IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE:                        )    Case No. 09-10138 (KG)
                              )    (Jointly Administered)
                              )
NORTEL NETWORKS, INC., et al. )    Chapter 11
                              )    Courtroom
                              )    824 Market Street
              Debtors.        )    Wilmington, Delaware
                              )
                              )    December 14, 2011
                              )    10:00 a.m.
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

```
For Debtor:               Cleary Gottlieb Steen & Hamilton,
                          LLP
                          BY:  LISA M. SCHWEITZER, ESQ.
                          BY:  JANE KIM, ESQ.
                          One Liberty Plaza
                          New York, New York  10006
                          (212) 225-2000


                          Morris Nichols Arsht & Tunnell, LLP
                          BY:  DEREK C. ABBOTT, ESQ.
                          BY:  ANN C. CORDO, ESQ.
                          1201 North Market Street, 18th Floor
                          Wilmington, Delaware  19899-1347
                          (302) 658-9200


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania  17110
                          (717) 233-6664
                          www.diazdata.com
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Creditors Committee:    Richards, Layton & Finger
                            BY:  CHRISTOPHER M. SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, Delaware  19801
                            (302) 651-7845

For Long-Term Disability
Committee:                  Elliott Greenleaf
                            BY:  RAFAEL X. ZAHRALDDIN, ESQ.
                            The Brandywine Building
                            1000 West Street
                            Wilmington, Delaware  19801

For Jeffries & Co.:         Cross & Simon, LLC
                            BY:  CRAIG SPRINGER, ESQ.
                            913 North Market Street, 11th Floor
                            Wilmington, Delaware  19801
                            (302) 777-4200

For Monitor:                Buchanan Ingersoll & Rooney, PC
                            BY:  MONA A. PARIKH, ESQ.
                            1105 North Market Street
                            Suite 1900
                            Wilmington, Delaware  19801-1054
                            (302) 552-4214

For Retiree Committee:      McCarter & English, LLP
                            BY:  KATE ROGGIO BUCK, ESQ.
                            405 North King Street, 8th Floor
                            Wilmington, Delaware 19801
                            (302) 984-6323

For UK Administrators:      Young Conaway Stargatt & Taylor LLP
                            BY:  JAIME LUTON CHAPMAN, ESQ.
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware  19801
                            (302) 571-5030

TELEPHONIC APPEARANCES:

For Retiree Committee:      Togut, Segal & Segal, LLP
                            BY:  NEIL BERGER, ESQ.
                            (212) 594-5000

TELEPHONIC APPEARANCES:
(Continued)

For Committee:          Akin Gump Strauss Hauer & Feld, LLP
                        BY:  BRAD KAHN, ESQ.
                        (212) 872-8121
                        BY:  DAVID T. BOTTER, ESQ.
                        (212) 872-1055

                        Jefferies & Co., Inc.
                        BY:  PATRICK MORROW, ESQ.
                        (212) 284-2374

For Dow Jones & Co.:    Dow Jones & Co-worker.
                        BY:  PEG BRICKLEY, ESQ.
                        (215) 462-0953

For Debtor:             Cleary Gottlieb Steen & Hamilton, LLP
                        BY:  JAMES BROMLEY, ESQ.
                        (212) 225-2264

For PSAM, LP:           PSAM, LP
                        BY:  PHILIP E. BROWN, ESQ.
                        (212) 649-9596

For Mercer:             Freeborn & Peters, LLP
                        BY:  THOMAS R. FAWKES, ESQ.
                        (312) 360-6000

For Chicago
Fundamental Investment
Partners:               Chicago Fundamental Investment
                        Partners
                        BY:  PETER GRUSZKA, ESQ.
                        (312) 416-4215

For Lazard Freres &
Co.:                    Lazard Freres & Co.
                        BY:  COLIN H. KEENAN, ESQ.
                        (212) 632-6197

For Ernst & Young:      Allen & Overy, LLP
                        BY:  LISA KRAIDIN, ESQ.
                        (212) 610-7300

                        Foley & Lardner, LLP
                        BY:  JOANNE LEE, ESQ.
                        (312) 832-4557

For Huron Consulting
Services, LLC:          Huron Consulting Services, LLC
                        BY:  JAMES LUKENDA, ESQ.
                        (312) 583-8700

```
TELEPHONIC APPEARANCES:
(Continued)

For Barclay's
Capital, Inc.:            Barclay's Capital, Inc.
                          BY:  OLIVIA MAURO, ESQ.
                          (212) 412-6773

For Ad Hoc Committee:     Milbank, Tweed, Hadley & McCloy LLP
                          BY:  MELANIE A. McLAUGHLIN, ESQ.
                          (212) 530-5327

For John Ray:             Avidity Partners/Trustee
                          BY:  JOHN RAY
                          (630) 613-7300

For Nortel England:       BY:  KRISTOFER McGHEE

For UBS Securities LLC:   UBS Securities, LLC
                          BY:  DENNIS RUGGERE, ESQ.
                          (203) 719-7875

For CITI:                 CITI
                          BY:  REBECCA SONG, ESQ.
                          (212) 559-9933

For International
Business Machines Corp.:  Paul Hastings LLP
                          BY:  ROBERT WINTER, ESQ.
                          (202) 551-1729

For Fraser Milner &
Casgrain:                 Fraser Milner & Casgrain
                          BY:  MICHAEL WUNDER, ESQ.
                          (416) 863-4715
```

1

1  WILMINGTON, DELAWARE, WED., DECEMBER 14, 2011, 9:59 A.M.

2          THE COURT:  Good morning, everyone.  Thank you,

3  and please be seated.  It's good to see you all.

4          MR. ABBOTT:  Good morning, Your Honor.

5          THE COURT:  Good morning, Mr. Abbott.

6          MR. ABBOTT:  Derek Abbott, here for the debtors,

7  Your Honor.  I hope we will be quick today.  It should be

8  relatively easy.  Your Honor, we have filed an amended

9  agenda, which I'll assume the Court has a copy of.

10          THE COURT:  Yes.

11          MR. ABBOTT:  Your Honor, item one is simply

12  adjourned.  Items two and three, Your Honor --

13          THE COURT:  I have signed orders.

14          MR. ABBOTT:  Oh, you have, okay --

15          THE COURT:  I -- yes.

16          MR. ABBOTT:  -- on those, terrific.

17          THE COURT:  I did sign those --

18          MR. ABBOTT:  We hadn't seen those.  And then item

19  four was also a certificate that was --

20          THE COURT:  Signed that as well.

21          MR. ABBOTT:  Okay.  So that's good.  That leaves

22  us with the fee applications, Your Honor, and I believe

23  there are a number of parties on the phone, with respect to

24  that.  And after that, Ms. Schweitzer would like to just

25  chat with the Court briefly about one issue.

1            THE COURT:  You bet.  I'll be happy to hear her.

2            MR. ABBOTT:  So, Your Honor, I -- you know, we've

3  got the exhibit.  I don't know if there are questions or how

4  you want to handle the fee app. portion of it.  As usual, we

5  do have an omnibus order prepared.

6            THE COURT:  That's fine.  And I indicated that

7  we've reviewed all of those binders, in great detail, and I

8  do not have issues with the fee applications, and I'm

9  prepared to sign the orders allowing them.

10            MR. ABBOTT:  Actually, I'll let Ms. Cordo walk --

11  there are a couple of changes to the order that she'd like

12  to highlight.

13            THE COURT:  All right.  Thank you.  Ms. Cordo --

14            MS. CORDO:  Good morning --

15            THE COURT:  -- good morning.

16            MS. CORDO:  -- Your Honor.

17            THE COURT:  How are you?

18            MS. CORDO:  I'm fine, thank you.  For the record,

19  Annie Cordo, Morris, Nichols, Arsht & Tunnell on behalf of

20  the debtors.  And I did communicate Your Honor's message to

21  all the professionals, so I actually don't think anyone did

22  dial into the hearing --

23            MR. ABBOTT:   Oh.

24            MS. CORDO:  -- aside from who is here this

25  morning.

1          THE COURT:  Wonderful.

2          MS. CORDO:  If I may approach with a form of

3  order, I just have a couple of footnotes I need to walk you

4  through.

5          THE COURT:  Yes, let's do that.  Thank you, Ms.

6  Cordo.

7          MS. CORDO:  Your Honor, just several changes from

8  our normal form of order.  Paragraph four in the actual

9  order, this was previously seen in our sixth omnibus order.

10  We're approving some of the minority sale transaction fees

11  for Lazard, so we've added in paragraph four.  And then,

12  there are some footnotes that go with that, on Exhibit A --

13          THE COURT:  Yes.

14          MS. CORDO:  -- and that is footnotes four, five,

15  and six -- or I'm sorry, five, six, and seven all relates to

16  Lazard's fee request and for the minority sale transaction

17  fees for the IP sale and the MSS sale --

18          THE COURT:  Wonderful.

19          MS. CORDO:  -- and those are identical to the

20  footnotes that were previously included in, I think, the

21  sixth omnibus order.

22          And then, just two other things to note:

23  Footnote four, we inadvertently left of about $5,000 of John

24  Ray's fees from the last omnibus order, so those have been

25  added back into the total for this order.

1          THE COURT:  Good.

2          MS. CORDO:  And with regards to footnote two,

3  Cleary Gottlieb had received some informal comments from the

4  United States Trustee, estimate of their expenses, and

5  they've taken a voluntary reduction in the amount of

6  $4,385.39, and that was reflected in their certificate of no

7  objection and in this order.

8          THE COURT:  Okay.

9          MS. CORDO:  And we have a new Exhibit C this

10  time, because we've added the LTD committee and the retiree

11  committee, and so those professionals are now -- they are

12  reflected on Exhibit C.

13          THE COURT:  Excellent.  All right.

14          MS. CORDO:  And that is all I have, Your Honor,

15  with the order.

16          THE COURT:  Thank you.  Thank you for those

17  explanations, Ms. Cordo.

18          MS. CORDO:  All right.  Thank you.

19          THE COURT:  I'm going to sign the order.

20          MS. CORDO:  Thank you.  And I'll turn the podium

21  over to Ms. Schweitzer.

22          THE COURT:  All right.  Mr. Zahralddin, how are

23  you this morning?

24          MR. ZAHRALDDIN:  Your Honor, how are you?

25          THE COURT:  Very well, thank you.

1                MR. ZAHRALDDIN:  Pleasure to see you.

2                THE COURT:  Good to see you.

3                MR. ZAHRALDDIN:  For the record, Rafael

4    Zahralddin, counsel to the long-term disability committee

5    Elliott Greenleaf.  And Your Honor, I have to apologize.  We

6    had an order that was attached, I believe, to a certificate

7    of counsel, which amended procedures for clients with

8    1102(b)(3) and 1103(c), and I think we inadvertently -- and

9    the folks at Cleary and Ms. Schweitzer were kind enough to

10   add in a signature block for you.  So if it's okay, I'd like

11   to approach and give that to you, because I know both sides

12   are eager to have that in place so we can continue with our

13   information exchange.

14               THE COURT:  My pleasure.  Yes.

15               MR. ZAHRALDDIN:  May I approach?  Thank you.

16               THE COURT:  You bet.  Thank you, sir.

17               MR. ZAHRALDDIN:  Thank you.

18               THE COURT:  Good morning.

19               MR. ZAHRALDDIN:  And that, hopefully, is all I'll

20   have to say, Your Honor, so I'm going to take my seat, and

21   cede it to Ms. Schweitzer.

22               THE COURT:  I am prepared to sign the order, and

23   thank you.

24               Ms. Schweitzer, it's -- good morning.

25               MS. SCHWEITZER:  Good morning, Your Honor.

1  Pleased --

2           THE COURT:  Before you even --

3           MS. SCHWEITZER:  -- to be here.

4           THE COURT:  -- speak, I want to say that I am

5  sorry that I have not issued an opinion yet.

6           MS. SCHWEITZER:  There's no need --

7           THE COURT:  I'm working on it.

8           MS. SCHWEITZER:  -- to apologize.

9           THE COURT:  I'm hoping that the next two weeks

10  will be a little quieter and that I'll have a chance to

11  actually finish it --

12           MS. SCHWEITZER:  That would be wonderful.

13           THE COURT:  -- but it's close.

14           MS. SCHWEITZER:  It's good to hear, Your Honor,

15  and you shouldn't apologize to us at all.  We realize you've

16  been quite busy with a lot of new matters hitting your

17  docket, and it's a tall order to get that done, so we

18  appreciate the update.  So --

19           THE COURT:  You bet.

20           MS. SCHWEITZER:  Thank you, Your Honor, for

21  signing all the orders this morning.  I think, you know, as

22  far as the LTD committee is involved, we're happy to work

23  forward with them.  As we had indicated in our order, we

24  look forward to starting working soon and promptly and

25  efficiently and that everyone's tried hard to -- and we

1    expect that to go forward.  I didn't come up to speak about

2    that.  I actually just wanted to give you an update on one

3    motion pending in front of Canada now, which --

4                    THE COURT:  Okay.

5                    MS. SCHWEITZER:  -- is not -- there's no relief

6    to be granted through Your Honor, but we wanted the Court to

7    be aware, is that today, in Canada, there's a series of

8    motions before the Court.  The first one, which is not

9    related to the point I ultimately want to make, is the

10   motion to extend their stay period.

11                   THE COURT:  Yes.

12                   MS. SCHWEITZER:  As you remember, it's not

13   automatic there, so it expires today or tomorrow, and

14   they're extending it -- or seeking to extend it -- or

15   another six months.

16                   THE COURT:  Good.

17                   MS. SCHWEITZER:  They're also seeking approval of

18   certain employee payments.  And like the United States, the

19   Canadian debtors have been implementing new retention

20   programs for 2012.  You'll recall, in the U.S., we recently

21   got our retention application -- our retention plan for next

22   year approved --

23                   THE COURT:  Yes.

24                   MS. SCHWEITZER:  -- and the Canadian debtors are

25   seeking a -- similar in kind, although they have their own

1    goals and employees and all that in Canada, they're own

2    plan, and that's fine.

3            In connection with the wind-down, there are also

4    certain U.S. employees, just a handful, who have been

5    assigned to do work for the Canadian debtors by agreement of

6    the U.S. debtors and the Canadian debtors.  And in

7    connection with that, the agreement between the two sets of

8    debtors was that we -- they would continue to be NNI

9    employees, but the Canadian debtors would reimburse or front

10   all of their salaries and such, and their work would

11   actually be for the Canadian debtors, rather than officially

12   moving the employment over.

13           THE COURT:  Sure.

14           MS. SCHWEITZER:  So in connection with that, now

15   we're at the point of putting in new retention plans in

16   place, and the Canadian debtors want to incent these

17   employees to stay and are seeking relief before the Canadian

18   Court with respect to -- in addition to the Canadian debtor

19   retention plan, they're -- the Canadian debtors are seeking

20   approval that the Canadian debtors are authorized to spend

21   their own estate resources to incent these five U.S.

22   employees, where the mechanism will be the Canadian debtors

23   will provide us the payments, and we'll actually disperse

24   the payments to the officially NNI employees but being

25   incented by Canada.

1              THE COURT:  Right.

2              MS. SCHWEITZER:  So we hadn't sought separate

3    relief before the U.S. Court, because this is effectively a

4    pass-through, but we had intended to inform the Court, in

5    connection with our retention program generally, the

6    deadline slipped a little for them getting their plan in

7    place, and it is referenced expressly in their papers that

8    they are seeking the relief.  They are getting the

9    permission to pay.  And they consider this a -- you know, a

10   plan that is their responsibility economically.  So we just

11   wanted Your Honor to be aware that that's happening, that

12   while we weren't seeking separate relief, but that the

13   payments technically are coming to the U.S. debtors but

14   being approved in Canada.  So if it comes across your desk

15   and just for the interest of knowing whether or not it comes

16   across your desk, we just wanted you to be aware of that

17   fact, so --

18             THE COURT:  And I think Justice Morawetz has a

19   hearing today, is that correct, which he's going to be

20   considering this?

21             MS. SCHWEITZER:  He does.  He has a hearing today

22   on -- it's a consolidated motion on these issues.  There are

23   a couple of employee payments and the stay relief, so it's

24   probably going on as we speak.

25             THE COURT:  Okay.

1              MS. SCHWEITZER:  We can race to see who gets done

2   first, but I bet it's us.

3    (Laughter)

4              THE COURT:  I have a feeling it will be, given

5   the agenda today.

6              MS. SCHWEITZER:  So -- and with that, that's all,

7   Your Honor, so --

8              THE COURT:  All right.  Well, I appreciate that

9   update, and I will look for something or be in touch with

10  Justice Morawetz --

11             MS. SCHWEITZER:  Okay.

12             THE COURT:  -- just to see where -- what

13  happened.

14             MS. SCHWEITZER:  Yes.  And we appreciate your

15  update as well, so --

16             THE COURT:  You bet.  You bet.

17             MR. BOTTER:  Good morning, Your Honor.  It's

18  David Botter from Akin Gump.  I --

19             THE COURT:  Yes, Mr. Botter, good morning.

20             MR. BOTTER:  Good morning.  And I'm sorry that I

21  could not be there with you in person, but I wanted to

22  update Your Honor, A, that we're here, and B, that the

23  Canadian hearing, as we're told, has concluded at this

24  point, and Justice Morawetz has extended the stay period for

25  a period of four months.

1          THE COURT:  Four months.  Okay.  They were asking

2    for six, and he cut it back to four?

3          MS. SCHWEITZER:  Yes.

4          MR. BOTTER:  Correct, Your Honor.  Actually, it

5    was a little bit more than six months.

6          THE COURT:  Okay.  And is that -- I'm not sure

7    about the Canadian procedure.  Can that be further

8    extended --

9          MS. SCHWEITZER:  Yes.

10          THE COURT:  -- on motion?

11          MR. BOTTER:  Yes, it's really, the only

12    difference between ours is that, in fact, they have to

13    further extend it, pursuant to a motion, at the expiration

14    of the applicable period, Your Honor.

15          THE COURT:  I see.  All right.  Okay.

16          MS. SCHWEITZER:  Right, each order is without

17    prejudice to the next order, so --

18          THE COURT:  Excellent.  Okay.  Well, thank you

19    for that update, Mr. Botter.  And I --

20          MS. KRAIDIN:  Your --

21          THE COURT:  -- don't know -- yes?

22          MS. KRAIDIN:  Oh, I'm -- Your Honor, good

23    morning.  This is also Lisa Kraidin from Allen & Overy on

24    behalf of the monitor.  I also apologize for not being there

25    in person today.  I just wanted to add to the comments that

1   have already been made that we will be filing, in both the

2   Chapter 15 and the Chapter 11, the latest stay orders, once

3   we receive them, as well as copies of the most recent

4   monitor's reports.  In fact, the 77th report, I believe, also

5   sets out, in some detail, the retention plans that Ms.

6   Schweitzer discussed earlier, so I just wanted to make you

7   aware of that as well.  Thank you.

8           THE COURT:  Oh, thank you, Ms. Kraidin.  I

9   appreciate that.

10          MS. SCHWEITZER:  And Your Honor, I actually have

11  copies of the motion and report, if you'd like me just to

12  hand them --

13          THE COURT:  Sure.

14          MS. SCHWEITZER:  -- up now.

15          THE COURT:  I would be happy to take those from

16  you.  Yes.  I'll have them available when the report comes

17  in that way.  Thank you.

18          MS. SCHWEITZER:  We'll get them filed.

19          THE COURT:  That's right.  Thank you.  All right.

20  Mr. -- yes, Mr. Abbott?

21          MR. ABBOTT:  Your Honor, I was just going to say

22  that I believe that concludes the matters, and I'm

23  embarrassed to admit that we're behind Canada, but --

24          MS. SCHWEITZER:  They started --

25          THE COURT:  I am, too.

1          MS. SCHWEITZER:  -- earlier.

2          THE COURT:  They must've.

3          MR. ABBOTT:  But I think we're done.  Thank you,

4    Your Honor.

5          THE COURT:  All right.  I thank all of you.  I

6    wish you a wonderful holiday season, and I don't know if we

7    have another hearing scheduled before the first of the year.

8    Do we?

9          MS. SCHWEITZER:  Your Honor, we do.  We have one

10   on December 30.  We're actually hoping to file a settlement

11   motion that the counterparty has asked us to get approved by

12   the end of the year, so --

13         THE COURT:  Okay.

14         MS. SCHWEITZER:  -- we might actually need the

15   date, unless we can get it CNO.  We'll see.  But -- and the

16   last one's the 30th, so --

17         THE COURT:  Okay.  Well, if you can get it with a

18   certificate of no objection, you'll make a hero to the Court

19   staff.

20         MS. SCHWEITZER:  Exactly.

21   (Laughter)

22         MS. SCHWEITZER:  Well, we'll --

23         THE COURT:  Because I think I'm the only --

24         MS. SCHWEITZER:  -- pass that on.

25         THE COURT:  I think I'm the only one with a

1    hearing scheduled for that day.

2                MS. SCHWEITZER:  So --

3                MR. ABBOTT:  So, Your Honor, the only other thing

4    is, after Your Honor leaves the bench, if I could have a

5    minute with Ms. Garuzi [ph], I would appreciate it.  I

6    suspect she's listening to us now, so --

7                THE COURT:  She probably is --

8                MR. ABBOTT:  -- she will hear that and maybe

9    grace me with a brief audience, if we're lucky.

10                THE COURT:  All right.  That would be wonderful.

11                MR. ABBOTT:  Thank you, Your Honor.

12                THE COURT:  I will make certain that Ms. Garuzi

13    comes to talk to you.

14                MR. ABBOTT:  Thank you, Your Honor.

15                THE COURT:  All right.  She monitors, because she

16    wants to make sure I don't make any mistakes.

17                MR. ABBOTT:  Yeah.

18    (Laughter)

19                THE COURT:  All right, counsel.  Thank you,

20    everyone.  And we will stand in recess.

21                UNKNOWN:  Judge, happy holidays to you.

22                THE COURT:  Thank you.  Thank you, everyone.

23    Good to see you.

24      (Whereupon, at 11:11 a.m., the hearing was adjourned.)

25

1                           CERTIFICATION

2            I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____          14 December 2011
8    Shelley M. Kohr, Transcriber                  Date

| Word | Page:Line |
|---|---|
| 1102(b)(3)(1) | 9:8 |
| a.m(3) | 1:14 5:1 18:24 |
| abbott(21) | 1:33 5:4 5:5 5:6 5:6 5:11 5:14 5:16 5:18 5:21 6:2 6:10 6:23 16:20 16:21 17:3 18:3 18:8 18:11 18:14 18:17 |
| about(4) | 5:25 7:23 11:1 15:7 |
| above-entitled(1) | 19:4 |
| across(2) | 13:14 13:16 |
| actual(1) | 7:8 |
| actually(10) | 6:10 6:21 10:11 11:2 12:11 12:23 15:4 16:10 17:10 17:14 |
| add(2) | 9:10 15:25 |
| added(3) | 7:11 7:25 8:10 |
| addition(1) | 12:18 |
| administered(1) | 1:6 |
| administrators(1) | 2:37 |
| admit(1) | 16:23 |
| after(2) | 5:24 18:4 |
| agenda(2) | 5:9 14:5 |
| agreement(2) | 12:5 12:7 |
| akin(2) | 3:4 14:18 |
| all(23) | 5:3 6:7 6:13 6:21 7:15 8:13 8:14 8:18 8:22 9:19 10:15 10:21 12:1 12:10 14:6 14:8 15:15 16:19 17:5 17:5 18:10 18:15 18:19 |
| allen(2) | 3:42 15:23 |
| allowing(1) | 6:9 |
| already(1) | 16:1 |
| also(6) | 5:19 11:17 12:3 15:23 15:24 16:4 |
| although(1) | 11:25 |
| amended(2) | 5:8 9:7 |
| amount(1) | 8:5 |
| and(77) | 5:3 5:12 5:18 5:22 5:24 6:6 6:7 6:8 6:20 7:11 7:14 7:15 7:15 7:16 7:17 7:19 7:22 8:2 8:4 8:6 8:7 8:9 8:10 8:11 8:14 8:20 9:6 9:8 9:8 9:8 9:11 9:19 9:20 9:22 10:10 10:15 10:17 10:24 10:25 10:25 11:11 11:18 11:24 12:1 12:1 12:2 12:6 12:10 12:10 12:10 12:16 12:17 12:23 13:7 13:9 13:15 13:18 13:23 14:6 14:9 14:14 14:20 14:22 14:24 15:2 15:6 15:19 16:2 16:10 16:11 16:22 17:6 17:15 18:8 18:20 |
| ann(1) | 1:34 |
| annie(1) | 6:19 |
| another(2) | 11:15 17:7 |
| any(1) | 18:16 |
| anyone(1) | 6:21 |
| apologize(4) | 9:5 10:8 10:15 15:24 |
| app(1) | 6:4 |
| appearances(3) | 2:44 3:1 4:3 |
| applicable(1) | 15:14 |
| application(1) | 11:21 |
| applications(2) | 5:22 6:8 |
| appreciate(5) | 10:18 14:8 14:14 16:9 18:5 |
| approach(3) | 7:2 9:11 9:15 |
| approval(2) | 11:17 12:20 |
| approved(3) | 11:22 13:14 17:11 |
| approving(1) | 7:10 |
| are(20) | 5:23 6:3 6:3 6:17 7:12 7:19 8:11 8:11 8:24 9:12 11:24 12:3 12:17 12:19 12:20 13:8 13:8 13:13 13:22 |
| arsht(2) | 1:32 6:19 |
| aside(1) | 6:24 |
| asked(1) | 17:11 |
| asking(1) | 15:1 |
| assigned(1) | 12:5 |
| assume(1) | 5:9 |
| attached(1) | 9:6 |
| audience(1) | 18:9 |
| authorized(1) | 12:20 |
| automatic(1) | 11:13 |
| available(1) | 16:16 |
| avidity(1) | 4:15 |
| aware(4) | 11:7 13:11 13:16 16:7 |
| back(2) | 7:25 15:2 |
| bankruptcy(2) | 1:1 1:19 |
| barclay's(2) | 4:6 4:7 |
| because(5) | 8:10 9:11 13:3 17:23 18:15 |
| been(5) | 7:24 10:16 11:19 12:4 16:1 |
| before(6) | 1:18 10:2 11:8 12:17 13:3 17:7 |
| behalf(2) | 6:19 15:24 |
| behind(1) | 16:23 |
| being(3) | 12:24 13:14 15:24 |
| believe(5) | 5:22 9:6 16:4 16:22 |
| bench(1) | 18:4 |
| berger(1) | 2:47 |
| bet(6) | 6:1 9:16 10:19 14:2 14:16 14:16 |
| between(2) | 7:2 15:12 |
| binders(1) | 6:7 |
| bit(1) | 15:5 |
| block(1) | 9:10 |
| both(2) | 9:11 16:1 |
| botter(8) | 3:7 14:17 14:18 14:19 14:20 15:4 15:11 15:19 |
| brad(1) | 3:5 |
| brandywine(2) | 2:14 2:39 |
| brickley(1) | 3:15 |
| brief(1) | 18:9 |
| briefly(1) | 5:25 |
| bromley(1) | 3:19 |
| brown(1) | 3:23 |
| buchanan(1) | 2:24 |
| buck(1) | 2:32 |
| building(2) | 2:14 2:39 |
| business(1) | 4:30 |
| busy(1) | 10:16 |
| but(22) | 6:10 10:13 11:6 12:9 12:24 13:4 13:12 13:13 14:2 14:21 16:23 17:3 17:15 |
| can(5) | 9:12 14:1 15:7 17:15 17:17 |
| canada(6) | 11:3 11:7 12:1 12:25 13:14 |
| canadian(14) | 11:19 11:24 12:5 12:6 12:9 12:11 12:16 12:17 12:18 12:19 12:20 12:22 14:23 15:7 |
| capital(2) | 4:7 4:7 |
| case(1) | 1:5 |
| casgrain(2) | 4:35 4:35 |
| cede(1) | 9:21 |
| certain(3) | 11:18 12:4 18:12 |
| certificate(4) | 5:19 8:6 9:6 17:18 |
| certification(1) | 19:1 |
| certify(1) | 19:2 |
| chance(1) | 10:10 |
| changes(2) | 6:11 7:7 |
| chapman(1) | 2:38 |
| chapter(3) | 1:8 16:2 16:2 |
| chat(1) | 5:25 |
| chicago(2) | 3:30 3:32 |
| christopher(1) | 2:5 |
| citi(2) | 4:25 4:25 |
| cleary(4) | 1:23 3:18 8:3 9:9 |
| clients(1) | 9:7 |
| close(1) | 10:13 |
| cno(1) | 17:15 |
| co-worker(1) | 3:14 |
| colin(1) | 3:39 |
| come(1) | 11:1 |
| comes(4) | 13:14 13:15 16:16 18:13 |
| coming(1) | 13:13 |
| comments(2) | 8:3 15:25 |
| committee(10) | 2:4 2:12 2:31 2:46 3:4 4:11 8:10 8:11 9:4 10:22 |
| communicate(1) | 6:20 |
| conaway(1) | 2:37 |
| concluded(1) | 14:23 |
| concludes(1) | 16:22 |
| connection(4) | 12:3 12:7 12:14 13:5 |
| consider(1) | 13:9 |
| considering(1) | 13:20 |
| consolidated(1) | 13:22 |
| consulting(2) | 3:50 3:51 |
| continue(2) | 9:12 12:8 |
| continued(3) | 2:2 3:2 4:4 |
| copies(2) | 16:3 16:11 |
| copy(1) | 5:9 |
| cordo(19) | 1:34 6:10 6:13 6:14 6:16 6:18 6:19 6:24 7:2 7:6 7:7 7:14 7:19 8:2 8:9 8:14 8:17 8:18 8:20 |
| corp(1) | 4:30 |
| correct(3) | 13:19 15:4 19:2 |
| could(2) | 14:21 18:4 |
| counsel(3) | 9:4 9:7 18:19 |
| counterparty(1) | 17:11 |
| couple(3) | 6:11 7:3 13:23 |
| court(79) | 1:1 5:2 5:5 5:9 5:10 5:13 5:15 5:17 5:20 5:25 6:1 6:6 6:13 6:15 6:17 7:5 7:13 7:18 8:1 8:8 8:13 8:16 8:19 8:22 8:25 9:2 9:14 9:16 9:18 9:22 10:2 10:4 10:7 10:9 10:13 10:14 11:2 11:6 11:8 11:11 11:16 11:23 12:13 12:18 13:1 13:3 13:4 13:18 13:25 14:4 14:8 14:12 14:16 14:19 15:1 15:6 15:10 15:15 15:18 15:21 16:3 16:8 16:13 16:19 16:25 17:2 17:5 17:13 17:17 17:18 17:23 18:7 18:10 18:12 18:15 18:19 18:22 |
| courtroom(1) | 1:9 |
| craig(1) | 2:19 |
| creditors(1) | 2:4 |
| cross(1) | 2:18 |
| cut(1) | 15:2 |
| data(1) | 1:42 |
| date(1) | 17:15 |
| david(2) | 3:7 14:18 |
| day(1) | 18:1 |
| deadline(1) | 13:6 |
| debtor(3) | 1:23 3:18 12:18 |
| debtors(16) | 1:11 5:6 6:20 11:19 11:24 12:5 12:6 12:8 12:8 12:9 12:11 12:16 12:19 12:20 12:22 13:13 |
| december(4) | 1:13 5:1 17:10 19:7 |
| delaware(10) | 1:2 1:11 1:36 2:8 2:16 2:21 2:28 2:34 2:41 5:1 |
| dennis(1) | 4:22 |
| derek(2) | 1:33 5:6 |
| desk(2) | 13:14 13:16 |
| detail(2) | 6:7 16:5 |
| dial(1) | 6:22 |
| diaz(1) | 1:42 |
| did(3) | 5:17 6:20 6:21 |
| didn't(1) | 11:1 |
| difference(1) | 15:12 |
| disability(2) | 2:11 9:4 |
| discussed(1) | 16:6 |
| disperse(1) | 12:23 |
| district(1) | 1:2 |
| docket(1) | 10:17 |
| does(1) | 13:21 |
| done(3) | 10:17 14:1 17:3 |
| don't(5) | 6:3 6:21 15:21 17:6 18:16 |
| dow(2) | 3:14 3:14 |
| each(1) | 15:16 |
| eager(1) | 9:12 |
| earlier(2) | 16:6 17:1 |
| easy(1) | 5:8 |
| economically(1) | 13:10 |
| ecro(1) | 1:40 |
| effectively(1) | 13:3 |
| efficiently(1) | 10:25 |
| electronic(1) | 1:49 19:3 |
| elliott(2) | 2:12 9:5 |
| embarrassed(1) | 16:23 |
| employee(2) | 11:18 13:23 |
| employees(6) | 12:1 12:4 12:9 12:17 12:22 12:24 |
| employment(1) | 12:12 |
| end(1) | 17:12 |
| england(1) | 4:19 |
| english(1) | 2:31 |
| enough(1) | 9:9 |
| ernst(1) | 3:42 |
| esq(29) | 1:25 1:26 1:33 1:34 2:5 2:13 2:19 2:25 2:32 2:38 2:47 3:5 3:7 3:11 3:15 3:19 3:23 3:27 3:34 3:39 3:43 3:47 3:52 4:8 4:12 4:22 4:26 4:31 4:36 |
| estate(1) | 12:21 |
| estimate(1) | 8:4 |
| even(1) | 10:2 |
| everyone(3) | 5:2 18:20 18:22 |
| everyone's(1) | 10:25 |
| exactly(1) | 17:20 |
| excellent(2) | 8:13 15:18 |
| exchange(1) | 9:13 |
| exhibit(4) | 6:3 7:12 8:9 8:12 |
| expect(1) | 11:1 |
| expenses(1) | 8:4 |
| expiration(1) | 15:13 |
| expires(1) | 11:13 |
| explanations(1) | 8:17 |
| expressly(1) | 13:7 |
| extend(3) | 11:10 11:14 15:13 |
| extended(2) | 14:24 15:8 |
| extending(1) | 11:14 |
| fact(3) | 11:17 15:12 16:4 |
| far(1) | 10:22 |
| fawkes(1) | 3:27 |
| fee(4) | 5:22 6:4 6:8 7:16 |
| feeling(1) | 14:4 |
| fees(3) | 7:10 7:17 7:24 |
| feld(1) | 3:4 |
| file(1) | 17:10 |
| filed(2) | 5:8 16:18 |
| filing(1) | 16:1 |
| fine(3) | 6:6 6:18 12:2 |
| finger(1) | 2:4 |
| finish(1) | 10:11 |
| first(3) | 7:14 14:2 17:7 |
| five(3) | 7:14 7:15 12:21 |
| floor(1) | 4:35 2:20 2:33 2:40 |
| foley(1) | 3:46 |
| folks(1) | 9:9 |
| footnote(2) | 7:23 8:2 |
| footnotes(4) | 7:3 7:12 7:14 7:20 |
| for(49) | 1:2 1:23 2:4 2:11 2:18 2:24 2:31 2:37 2:46 3:4 3:14 3:18 3:22 3:26 3:30 3:37 3:42 3:50 4:6 4:11 4:15 4:19 4:21 4:25 4:29 4:34 5:6 6:18 7:11 7:16 7:17 7:25 8:16 9:3 9:7 9:10 10:20 11:21 12:5 12:11 13:6 13:15 14:9 14:24 15:2 15:19 15:24 18:1 |
| foregoing(1) | 19:2 |
| form(2) | 7:2 7:8 |
| forward(3) | 10:23 10:24 11:1 |
| four(8) | 5:19 7:8 7:11 7:14 7:23 14:25 15:1 15:2 |
| fraser(2) | 4:34 4:35 |
| freeborn(1) | 3:26 |
| freres(3) | 3:37 3:38 |
| from(8) | 6:24 7:7 7:24 8:3 14:18 15:23 16:15 19:3 |
| front(2) | 11:3 12:9 |
| fundamenta(2) | 3:31 3:32 |
| further(2) | 15:7 15:13 |
| garuzi(2) | 18:5 18:12 |
| generally(1) | 13:5 |
| get(5) | 10:17 16:18 17:11 17:15 17:17 |
| gets(1) | 14:1 |

| Word | Page:Line |
| --- | --- |
| getting(2) 13:6 13:8 | |
| ginger(1) 1:40 | |
| give(2) 9:11 11:2 | |
| given(1) 14:4 | |
| goals(1) 12:1 | |
| going(5) 8:19 9:20 13:19 13:24 16:21 8:1 9:2 9:18 9:24 9:25 10:14 11:16 14:17 14:19 14:20 15:22 18:23 | |
| got(2) 6:3 11:21 | |
| gottlieb(3) 1:23 3:18 8:3 | |
| grace(1) 18:9 | |
| granted(1) 11:6 | |
| great(1) 6:7 | |
| greenleaf(2) 2:12 9:5 | |
| gross(1) 1:18 | |
| gruszka(1) 3:34 | |
| gump(2) 3:4 14:18 | |
| had(4) 8:3 9:6 10:23 13:4 | |
| hadley(1) 4:11 | |
| hadn't(2) 5:18 13:2 | |
| hamilton(2) 1:23 3:18 | |
| hand(1) 16:12 | |
| handful(1) 12:4 | |
| handle(1) 6:4 | |
| happened(1) 14:13 | |
| happening(1) 13:11 | |
| happy(4) 6:1 10:22 16:15 18:21 | |
| hard(1) 10:25 | |
| harrisburg(1) 1:44 | |
| has(5) 5:9 13:18 13:21 14:23 14:24 17:11 | |
| hastings(1) 4:30 | |
| hauer(1) 3:4 | |
| have(25) 5:8 5:13 5:14 6:5 6:8 7:3 7:24 8:9 8:14 9:5 9:12 9:20 10:5 10:10 11:19 11:25 12:4 14:4 14:12 16:1 16:10 16:16 17:7 17:9 18:4 | |
| hear(3) 6:1 10:14 18:8 | |
| hearing(7) 6:22 13:19 13:21 14:23 17:7 18:1 18:24 | |
| her(1) 6:1 | |
| here(4) 5:6 6:24 10:3 14:22 | |
| hero(1) 17:18 | |
| he's(1) 13:19 | |
| highlight(1) 6:12 | |
| hitting(1) 10:16 | |
| hoc(1) 4:11 | |
| holiday(1) 17:6 | |
| holidays(1) 18:21 | |
| honor(32) 5:4 5:7 5:8 5:11 5:12 5:22 6:2 6:16 7:7 8:14 8:24 9:5 9:20 9:25 10:14 10:20 11:6 13:11 14:7 14:17 14:22 15:4 15:14 15:22 16:10 16:21 17:4 17:9 18:3 18:4 18:11 18:14 | |
| honorable(1) 1:18 | |
| honor's(1) 6:20 | |
| hope(1) 5:7 | |
| hopefully(1) 9:19 | |
| hoping(2) 10:9 17:10 | |
| how(4) 6:3 6:17 8:22 8:24 | |
| huron(3) 3:50 3:51 | |
| identical(1) 7:19 | |
| implementing(1) 11:19 | |
| inadvertently(2) 7:23 9:8 | |
| inc(1) 1:8 3:10 4:7 4:7 | |
| incent(2) 12:16 12:21 | |
| incented(1) 12:25 | |
| included(1) 7:20 | |
| indicated(2) 6:6 10:23 | |
| inform(1) 13:4 | |
| informal(1) 8:3 | |
| information(1) 9:13 | |
| ingersoll(1) 2:24 | |
| intended(1) 13:4 | |
| interest(1) 13:15 | |

| Word | Page:Line |
| --- | --- |
| international(1) 4:29 | |
| into(2) 6:22 7:25 | |
| investment(2) 3:31 3:32 | |
| involved(1) 10:22 | |
| issue(1) 5:25 | |
| issued(1) 10:5 | |
| issues(2) 6:8 13:22 | |
| item(2) 5:11 5:18 | |
| items(1) 5:12 | |
| it's(12) 5:3 9:10 9:24 10:13 10:14 10:17 11:12 13:22 13:23 14:2 14:17 15:11 | |
| i'd(1) 9:10 | |
| i'll(7) 5:9 6:1 6:10 8:20 9:19 10:10 16:16 | |
| i'm(13) 6:8 6:18 7:15 8:19 9:20 10:7 10:9 14:20 15:6 15:22 16:22 17:23 17:25 | |
| jaime(1) 2:38 | |
| james(2) 3:19 3:52 | |
| jane(1) 1:26 | |
| jefferies(1) 3:10 | |
| jeffries(1) 2:18 | |
| joanne(1) 3:47 | |
| john(3) 4:15 4:16 7:23 | |
| jointly(1) 1:6 | |
| jones(2) 3:14 3:14 | |
| judge(3) 1:18 1:19 18:21 | |
| just(14) 5:24 7:3 7:7 7:22 11:2 12:4 13:10 13:15 13:16 14:12 15:25 16:6 16:11 16:21 | |
| justice(3) 13:18 14:10 14:24 | |
| kahn(1) 3:5 | |
| kate(1) 2:32 | |
| keenan(1) 3:39 | |
| kevin(1) 1:18 | |
| kim(1) 1:26 | |
| kind(2) 9:9 11:25 | |
| king(2) 2:7 2:33 | |
| know(7) 6:2 6:3 9:11 10:21 13:9 15:21 17:6 | |
| knowing(1) 13:15 | |
| kraidin(5) 3:43 15:20 15:22 15:23 16:8 | |
| kristofer(1) 4:19 | |
| lardner(1) 3:46 | |
| last(2) 7:24 17:16 | |
| latest(1) 16:2 | |
| laughter(3) 14:3 17:21 18:18 | |
| layton(1) 2:4 | |
| lazard(3) 3:37 3:38 7:11 | |
| lazard's(1) 7:16 | |
| leaves(2) 5:21 18:4 | |
| lee(1) 3:47 | |
| left(1) 17:23 | |
| let(1) 6:10 | |
| let's(1) 7:5 | |
| liberty(1) 1:27 | |
| like(5) 5:24 6:11 9:10 11:18 16:11 | |
| lisa(1) 1:25 3:43 15:23 | |
| listening(1) 18:6 | |
| little(3) 10:10 13:6 15:5 | |
| llc(5) 2:18 3:51 3:51 4:21 4:21 | |
| llp(12) 1:24 1:32 2:31 2:37 2:46 3:4 3:18 3:26 3:42 3:46 4:11 4:30 | |
| long-term(2) 2:11 9:4 | |
| look(2) 10:24 14:9 | |
| lot(1) 10:16 | |
| ltd(2) 8:10 10:22 | |
| lucky(1) 18:9 | |
| lukenda(1) 3:52 | |
| luton(1) 2:38 | |
| mace(1) 1:40 | |
| machines(1) 4:30 | |
| made(1) 16:1 | |
| make(6) 11:9 16:6 17:18 18:12 18:16 | |
| market(4) 1:10 1:35 2:20 2:26 | |
| matter(1) 19:4 | |
| matters(2) 10:16 16:22 | |

| Word | Page:Line |
| --- | --- |
| mauro(1) 4:8 | |
| may(2) 7:2 9:15 | |
| maybe(1) 18:8 | |
| mccarter(1) 2:31 | |
| mccloy(1) 4:11 | |
| mcghee(1) 4:19 | |
| mclaughlin(1) 4:12 | |
| mechanism(1) 12:22 | |
| melanie(1) 4:12 | |
| mercer(1) 3:26 | |
| message(1) 6:20 | |
| michael(1) 4:36 | |
| might(1) 17:14 | |
| milbank(1) 4:11 | |
| milner(2) 4:34 4:35 | |
| minority(2) 7:10 7:16 | |
| minute(1) 18:5 | |
| mistakes(1) 18:16 | |
| mona(1) 2:25 | |
| monitor(2) 2:24 15:24 | |
| monitors(1) 18:15 | |
| monitor's(1) 16:4 | |
| months(4) 11:15 14:25 15:1 15:5 | |
| morawetz(3) 13:18 14:10 14:24 | |
| more(1) 15:5 | |
| morning(15) 5:2 5:4 5:5 6:14 6:15 6:25 8:23 9:18 9:24 9:25 10:21 14:17 14:19 14:20 15:23 | |
| morris(2) 1:32 6:19 | |
| morrow(1) 3:11 | |
| most(1) 16:3 | |
| motion(7) 11:3 11:10 13:22 15:10 15:13 16:11 17:11 | |
| motions(1) 11:8 | |
| moving(1) 12:12 | |
| mss(1) 7:17 | |
| must've(1) 17:2 | |
| need(3) 7:3 10:6 17:14 | |
| neil(1) 2:47 | |
| networks(1) 1:8 | |
| new(6) 1:28 1:28 8:9 10:16 11:19 12:15 | |
| next(3) 10:9 11:21 15:17 | |
| nichols(2) 1:32 6:19 | |
| nni(2) 12:8 12:24 | |
| normal(1) 7:8 | |
| nortel(2) 1:8 4:19 | |
| north(5) 1:35 2:7 2:20 2:26 2:33 | |
| not(9) 6:8 10:5 11:5 11:8 11:12 13:15 14:21 15:6 15:24 | |
| note(1) 7:22 | |
| now(5) 8:11 11:3 12:14 16:14 18:6 | |
| number(1) 5:23 | |
| objection(2) 8:7 17:18 | |
| officially(2) 12:11 12:24 | |
| okay(13) 5:14 5:21 8:8 9:10 11:4 13:25 14:11 15:1 15:6 15:15 15:18 17:13 17:17 | |
| olivia(1) 4:8 | |
| omnibus(4) 6:5 7:9 7:21 7:24 | |
| once(1) 16:2 | |
| one(8) 1:27 2:6 5:11 5:25 11:2 11:8 17:9 17:25 | |
| one's(1) 17:16 | |
| only(4) 15:11 17:23 17:25 18:3 | |
| opinion(1) 10:5 | |
| order(18) 6:5 6:11 7:3 7:8 7:9 7:9 7:21 7:24 7:25 8:7 8:15 8:19 9:6 9:22 10:17 10:23 15:16 15:17 | |
| orders(4) 5:13 6:9 10:21 16:2 | |
| other(2) 7:22 18:3 | |
| our(7) 7:8 7:9 9:12 10:23 11:21 11:21 | |
| ours(1) 15:12 | |
| out(1) 16:5 | |
| over(2) 8:21 12:12 | |

| Word | Page:Line |
| --- | --- |
| overy(2) 3:42 15:23 | |
| own(3) 11:25 12:11 12:21 | |
| papers(1) 13:7 | |
| paragraph(2) 7:8 7:11 | |
| parikh(1) 2:25 | |
| parties(1) 5:23 | |
| partners(2) 3:32 3:33 | |
| partners/trustee(1) 4:15 | |
| pass(1) 17:24 | |
| pass-through(1) 13:4 | |
| patrick(1) 3:11 | |
| paul(1) 4:30 | |
| pay(1) 13:9 | |
| payments(5) 11:18 12:23 12:24 13:13 | |
| peg(1) 3:15 | |
| pending(1) 11:3 | |
| pennsylvania(1) 1:44 | |
| period(4) 11:10 14:24 14:25 15:14 | |
| permission(1) 13:9 | |
| person(4) 14:21 15:25 | |
| peter(1) 3:34 | |
| peters(1) 3:26 | |
| philip(1) 3:23 | |
| phone(1) 5:23 | |
| place(3) 9:12 12:16 13:7 | |
| plan(5) 11:21 12:2 12:19 13:6 13:10 | |
| plans(2) 12:15 16:5 | |
| plaza(1) 1:27 | |
| please(1) 5:3 | |
| pleased(1) 10:1 | |
| pleasure(2) 9:1 9:14 | |
| podium(1) 8:20 | |
| point(3) 11:9 12:15 14:24 | |
| portion(1) 6:4 | |
| ppearances(2) 1:21 2:1 | |
| prejudice(1) 15:17 | |
| prepared(3) 6:5 6:9 9:22 | |
| previously(2) 7:9 7:20 | |
| probably(2) 13:24 18:7 | |
| procedure(1) 15:7 | |
| procedures(1) 9:7 | |
| proceedings(3) 1:17 1:49 19:4 | |
| produced(1) 1:50 | |
| professionals(2) 6:21 8:11 | |
| program(1) 13:5 | |
| programs(1) 11:20 | |
| promptly(1) 10:24 | |
| provide(1) 12:23 | |
| psam(3) 3:22 3:22 | |
| pursuant(1) 15:13 | |
| putting(1) 12:15 | |
| questions(1) 6:3 | |
| quick(1) 5:7 | |
| quieter(1) 10:10 | |
| quite(1) 10:16 | |
| race(1) 14:1 | |
| rafael(2) 2:13 9:3 | |
| rather(1) 12:11 | |
| ray(2) 4:15 4:16 | |
| ray's(1) 7:24 | |
| realize(1) 10:15 | |
| really(1) 15:11 | |
| rebecca(1) 4:26 | |
| recall(1) 11:20 | |
| receive(1) 16:3 | |
| received(1) 8:3 | |
| recent(1) 16:3 | |
| recently(1) 11:20 | |
| recess(1) 18:20 | |
| record(2) 6:18 9:3 | |
| recorded(1) 1:49 | |
| recording(2) 1:49 19:3 | |
| reduction(1) 8:5 | |
| referenced(1) 13:7 | |
| reflected(2) 8:6 8:12 | |
| regards(1) 8:2 | |
| reimburse(1) 12:9 | |
| related(1) 11:9 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**relates**(1) 7:15
**relatively**(1) 5:8
**relief**(6) 11:5 12:17 13:3 13:8 13:12 13:23
**remember**(1) 11:12
**report**(3) 16:4 16:11 16:16
**reports**(1) 16:4
**request**(1) 7:16
**resources**(1) 12:21
**respect**(2) 5:23 12:18
**responsibility**(1) 13:10
**retention**(7) 11:19 11:21 11:21 12:15 12:19 13:5 16:5

**retiree**(3) 2:31 2:46 8:10
**reviewed**(1) 6:7
**richards**(1) 2:4
**right**(14) 6:13 8:13 8:18 8:22 13:1 14:8 15:15 15:16 16:19 16:19 17:5 18:10 18:12 18:19

**robert**(1) 4:31
**rodney**(1) 2:6
**roggio**(1) 2:32
**rooney**(1) 2:24
**ruggere**(1) 4:22
**salaries**(1) 12:10
**sale**(4) 7:10 7:16 7:17 7:17
**samis**(1) 2:5
**say**(3) 9:20 10:4 16:21
**scheduled**(2) 17:7 18:1
**schuylkill**(1) 1:43
**schweitzer**(39) 1:25 5:24 8:21 9:9 9:21 9:24 9:25 10:3 10:6 10:8 10:12 10:14 10:20 11:5 11:12 11:17 11:24 12:14 13:2 13:21 14:1 14:6 14:11 14:14 15:3 15:9 15:16 16:6 16:16 16:18 16:24 17:1 17:9 17:14 17:20 17:22 17:24 18:2

**season**(1) 17:6
**seat**(1) 9:20
**seated**(1) 5:3
**securities**(2) 4:21 4:21
**see**(8) 5:3 9:1 9:2 14:1 14:12 15:15 17:15 18:23

**seeking**(7) 11:14 11:17 11:25 12:17 12:19 13:8 13:12

**seen**(1) 5:18 7:9
**segal**(2) 2:46 2:46
**separate**(2) 13:2 13:12
**series**(1) 11:7
**service**(2) 1:42 1:50
**services**(3) 1:42 3:51 3:51
**sets**(2) 12:7 16:5
**settlement**(1) 17:10
**seven**(1) 7:15
**several**(1) 7:7
**she**(4) 18:7 18:8 18:15 18:15
**she'd**(1) 6:11
**she's**(1) 18:6
**should**(1) 5:7
**shouldn't**(1) 10:15
**sides**(1) 9:11
**sign**(4) 5:17 6:9 8:19 9:22
**signature**(1) 9:10
**signed**(2) 5:13 5:20
**signing**(1) 10:21
**similar**(1) 11:25
**simon**(1) 2:18
**simply**(1) 5:11
**sir**(1) 9:16
**six**(5) 7:15 7:15 11:15 15:2 15:5
**sixth**(2) 7:9 7:21
**slipped**(1) 13:6
**some**(4) 7:10 7:12 8:3 16:5
**something**(1) 14:9
**song**(1) 4:26
**soon**(1) 10:24

**sorry**(3) 7:15 10:5 14:20
**sought**(1) 13:2
**sound**(2) 1:49 19:3
**speak**(3) 10:4 11:1 13:24
**spend**(1) 12:20
**springer**(1) 2:19
**square**(1) 2:6
**staff**(1) 17:19
**stand**(1) 18:20
**stargatt**(1) 2:37
**started**(1) 16:24
**starting**(1) 10:24
**states**(4) 1:1 1:19 8:4 11:18
**stay**(5) 11:10 12:17 13:23 14:24 16:2
**steen**(2) 1:23 3:18
**strauss**(1) 3:4
**street**(9) 1:10 1:35 1:43 2:7 2:15 2:20 2:26 2:33 2:40

**such**(1) 12:10
**suite**(1) 2:27
**sure**(4) 12:13 15:6 16:13 18:16
**suspect**(1) 18:6
**take**(2) 9:20 16:15
**taken**(1) 8:5
**talk**(1) 18:13
**tall**(1) 10:17
**taylor**(1) 2:37
**technically**(1) 13:13
**telephonic**(3) 2:44 3:1 4:3
**terrific**(1) 5:16
**than**(2) 12:11 15:5
**thank**(26) 5:2 6:3 6:18 7:5 8:16 8:16 8:18 8:20 8:25 9:15 9:16 9:17 9:23 10:20 15:18 16:7 16:8 16:17 16:19 17:3 17:5 18:11 18:14 18:19 18:22 18:22

**that**(65) 5:19 5:20 5:21 5:24 5:24 6:6 6:11 7:5 7:12 7:12 7:14 7:20 8:6 8:14 9:4 9:11 9:12 9:19 10:4 10:5 10:9 10:10 10:12 10:17 10:25 11:1 11:2 11:7 12:1 12:7 12:8 12:14 12:20 13:7 13:10 13:11 13:11 13:12 13:13 13:19 14:6 14:8 14:20 14:22 14:22 15:6 15:7 15:12 15:19 15:25 16:1 16:5 16:7 16:9 16:17 16:22 16:22 16:23 17:11 17:24 18:1 18:8 18:10 18:12 19:2
**that's**(6) 5:21 6:6 12:2 13:11 14:6 16:19
**the**(188) 1:1 1:2 1:18 2:14 2:39 5:2 5:5 5:6 5:9 5:10 5:13 5:15 5:17 5:20 5:22 5:23 5:25 6:1 6:3 6:4 6:6 6:8 6:9 6:11 6:13 6:15 6:17 6:18 6:20 6:21 6:22 7:1 7:5 7:8 7:10 7:13 7:16 7:17 7:17 7:18 7:19 7:20 7:24 7:25 8:1 8:3 8:5 8:8 8:10 8:10 8:13 8:15 8:16 8:19 8:19 8:20 8:22 8:25 9:2 9:3 9:4 9:9 9:14 9:16 9:18 9:22 9:22 10:2 10:4 10:7 10:9 10:9 10:13 10:18 10:19 10:21 10:22 11:4 11:6 11:8 11:8 11:9 11:9 11:11 11:16 11:18 11:18 11:20 11:23 11:24 12:3 12:5 12:6 12:6 12:7 12:7 12:9 12:11 12:12 12:13 12:15 12:16 12:17 12:18 12:19 12:20 12:22 12:22 12:23 12:24 12:24 13:1 13:3 13:4 13:5 13:8 13:8 13:12 13:13 13:15 13:18 13:23 13:25 14:4 14:5 14:8 14:12 14:16 14:19 14:22 14:24 14:25 15:6 15:7 15:10 15:11 15:13 15:14 15:15 15:17 15:18 15:21 15:24 15:25 16:1 16:2 16:2 16:3 16:4 16:5 16:8 16:11 16:13 16:15 16:16 16:19 16:22 16:25 17:2 17:5 17:7 17:7 17:11 17:12 17:12 17:13 17:14 17:15 17:16 17:17 17:18 17:23 17:23 17:25 17:25 18:3 18:4 18:7 18:10 18:12 18:15 18:19 18:22 18:24 19:2 19:2 19:3 19:3 19:4

**their**(10) 8:4 8:6 11:10 11:25 12:10 12:10 12:21 13:6 13:7 13:10

**them**(7) 6:9 10:23 13:6 16:3 16:12 16:16 16:18

**then**(3) 5:18 7:11 7:22
**there**(9) 5:23 6:3 6:11 7:12 11:13 12:3 13:22 14:21 15:24

**there's**(3) 10:6 11:5 11:7
**these**(3) 12:16 12:21 13:22
**they**(10) 8:11 11:25 12:8 13:8 13:8 13:9 15:1 15:12 16:24 17:2

**they're**(4) 11:14 11:17 12:1 12:19
**they've**(1) 8:5
**thing**(1) 18:3
**things**(1) 7:22
**think**(8) 6:21 7:20 9:8 10:21 13:18 17:3 17:23 17:25

**this**(12) 6:24 7:9 7:25 8:7 8:9 8:23 10:21 13:3 13:9 13:20 14:23 15:23

**thomas**(1) 3:27
**those**(9) 5:16 5:17 5:18 6:7 7:19 7:24 8:11 8:16 16:15

**three**(1) 5:12
**through**(2) 7:4 11:6
**time**(1) 7:10
**today**(7) 5:7 11:7 11:13 13:19 13:21 14:5 15:25

**togut**(1) 2:46
**told**(1) 14:23
**tomorrow**(1) 11:13
**too**(1) 16:25
**total**(1) 7:25
**touch**(1) 14:9
**transaction**(2) 7:10 7:16
**transcript**(3) 1:17 1:50 19:3
**transcription**(2) 1:42 1:50
**tried**(1) 10:25
**trustee**(1) 8:4
**tunnell**(2) 1:32 6:19
**turn**(1) 8:20
**tweed**(1) 4:11
**two**(5) 5:12 7:22 8:2 10:9 12:7
**u.s**(6) 11:20 12:4 12:6 12:21 13:3 13:13
**ubs**(2) 4:21 4:21
**ultimately**(1) 11:9
**united**(4) 1:1 1:19 8:4 11:18
**unknown**(1) 18:21
**unless**(1) 17:15
**update**(6) 10:18 11:2 14:9 14:15 14:22 15:19

**usual**(1) 6:4
**very**(1) 8:25
**voluntary**(1) 8:5
**walk**(1) 16:17
**want**(4) 6:4 10:4 11:9 12:16
**wanted**(7) 11:2 11:6 13:11 13:16 14:21 15:25 16:6

**wants**(1) 18:16
**was**(9) 5:19 5:19 7:9 8:6 9:6 12:8 15:5 16:21 18:24

**way**(1) 16:17
**wed**(1) 5:1
**weeks**(1) 10:9
**well**(9) 5:20 8:25 14:8 14:15 15:18 16:3 16:7 17:17 17:22

**were**(3) 7:20 9:9 15:1
**weren't**(1) 13:12
**west**(2) 2:15 2:40
**we'll**(4) 12:23 16:18 17:15 17:22

**we're**(9) 7:10 10:22 12:15 14:22 14:23 16:23 17:3 17:10 18:9

**we've**(4) 6:2 6:7 7:11 8:10
**what**(1) 14:12
**when**(1) 16:16
**where**(2) 12:22 14:12
**whereupon**(1) 18:24
**whether**(1) 13:15
**which**(5) 5:9 9:7 11:3 11:8 13:19
**while**(1) 13:12
**who**(3) 6:24 12:4 14:1
**will**(10) 5:7 10:10 12:22 12:23 14:4 14:9 16:1 18:8 18:12 18:20

**wilmington**(9) 1:11 1:36 2:8 2:16 2:21 2:28 2:34 2:41 5:1

**wind-down**(1) 12:3
**winter**(1) 4:31
**wish**(1) 17:6
**with**(24) 5:22 5:23 5:25 6:8 7:2 7:12 8:2 8:15 9:7 9:12 10:16 10:23 12:3 12:7 12:14 12:18 13:5 14:6 14:9 14:21 14:17 17:25 18:5 18:9

**without**(1) 15:16
**wonderful**(5) 7:1 7:18 10:12 17:6 18:10
**work**(3) 10:22 12:5 12:10
**working**(2) 10:7 10:24
**would**(8) 5:24 10:12 12:8 12:9 12:10 16:15 18:5 18:10

**wunder**(1) 4:36
**www.diazdata.com**(1) 1:46
**yeah**(1) 18:17
**year**(3) 11:22 17:7 17:12
**yes**(15) 5:10 5:15 7:5 7:13 9:14 11:11 11:23 14:14 14:19 15:3 15:9 15:11 15:21 16:16 16:20
**yet**(1) 10:5
**york**(2) 1:28 1:28
**you**(58) 5:2 5:3 5:14 6:1 6:2 6:4 6:13 6:17 6:18 7:3 7:5 8:16 8:16 8:18 8:20 8:23 8:24 8:25 9:1 9:2 9:10 9:11 9:15 9:16 9:16 9:17 9:23 10:2 10:15 10:19 10:20 10:21 11:2 11:3 13:9 13:16 14:16 14:16 14:21 15:18 16:6 16:7 16:8 16:16 16:17 16:19 17:3 17:5 17:6 17:17 18:13 18:14 18:19 18:21 18:22 18:22 18:23
**young**(2) 2:37 3:42
**your**(38) 5:4 5:7 5:8 5:11 5:12 5:22 6:2 6:16 6:20 7:7 8:14 8:24 9:5 9:20 9:25 10:14 10:16 10:20 11:6 13:1 13:14 13:16 14:7 14:14 14:17 14:22 15:4 15:14 15:20 15:22 16:10 16:21 17:4 17:9 18:3 18:4 18:11 18:14

**you'd**(1) 16:11
**you'll**(2) 11:20 17:18
**you've**(1) 10:15
**zahralddin**(9) 2:13 8:22 8:24 9:1 9:3 9:4 9:15 9:17 9:19