# EXHIBIT A

2725046.2

EXHIBIT A

Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/02/2013 to 30/04/2013 in GBP as at 03/06/2013**

| Date | Name | Segment | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|---|
| **Claims** | | | | | | |
| 15/02/2013 | Jared Oyston | 010-Other (explain) | Filing document | 420.00 | 1.20 | 504.00 |
| 27/02/2013 | Mark Blyth | 010-Other (explain) | Review document and e-mail Cleary re update | 740.00 | 0.80 | 592.00 |
| 28/02/2013 | Mark Blyth | 002-Strategy | Review documents and email Cleary re same | 740.00 | 0.40 | 296.00 |
| 28/02/2013 | Mark Blyth | 002-Strategy | Email Cleary re employment issues | 740.00 | 0.10 | 74.00 |
| 01/03/2013 | Jared Oyston | 003-UK Pensions Law Advice | Email re next steps | 420.00 | 0.40 | 168.00 |
| 05/03/2013 | Jared Oyston | 003-UK Pensions Law Advice | Email re next steps | 420.00 | 0.10 | 42.00 |
| 15/03/2013 | Mark Blyth | 002-Strategy | Email Cleary re con call - internal email re same | 740.00 | 0.10 | 74.00 |
| 18/03/2013 | Jared Oyston | 003-UK Pensions Law Advice | Reviewing Nortel document; call with Mark Blyth and client | 420.00 | 4.50 | 1,890.00 |
| 18/03/2013 | Jared Oyston | 003-UK Pensions Law Advice | Reviewing document | 420.00 | 0.40 | 168.00 |
| 18/03/2013 | Mark Blyth | 002-Strategy | Telecon - email Cleary re same | 740.00 | 0.20 | 148.00 |
| 18/03/2013 | Mark Blyth | 002-Strategy | Con call Cleary re next steps - email follow-up to Cleary | 740.00 | 1.70 | 1,258.00 |
| 25/03/2013 | Jared Oyston | 010-Other (explain) | Email re intercompany issues | 420.00 | 0.40 | 168.00 |
| 27/03/2013 | Mark Blyth | 003-UK Pensions Law Advice | Review draft document - email client | 740.00 | 3.60 | 2,664.00 |
| 28/03/2013 | Mark Blyth | 003-UK Pensions Law Advice | Email re employment issues | 740.00 | 0.40 | 296.00 |
| 04/04/2013 | Jared Oyston | 010-Other (explain) | Filing document | 420.00 | 0.20 | 84.00 |
| 19/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Emails re employment issues | 740.00 | 0.20 | 148.00 |
| 19/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Email Cleary re employment issues | 740.00 | 0.40 | 296.00 |
| 23/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Emails with Cleary re employment issues | 740.00 | 0.70 | 518.00 |
| 24/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Emails and telecon Cleary re employment issues | 740.00 | 0.30 | 222.00 |
| 24/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | email Cleary re discovery issues | 740.00 | 0.20 | 148.00 |
| 26/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Emails re employment issues | 740.00 | 0.30 | 222.00 |
| 30/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Email Cleary re employment issues | 740.00 | 0.30 | 222.00 |
| 30/04/2013 | Mark Blyth | 003-UK Pensions Law Advice | Email and calls re employment issues | 740.00 | 0.40 | 296.00 |
| **Fee applications** | | | | | | |
| 05/02/2013 | Jared Oyston | 009-Fee Applications | Billing | 420.00 | 0.10 | 42.00 |
| 19/02/2013 | Geoffrey Lim | 009-Fee Applications | Reviewing billing narrative | 200.00 | 0.20 | 40.00 |
| 26/02/2013 | Geoffrey Lim | 009-Fee Applications | Completing fee application form and billing narrative | 200.00 | 2.20 | 440.00 |
| 27/02/2013 | Jared Oyston | 009-Fee Applications | Reviewing fee application | 420.00 | 1.80 | 756.00 |
| 28/02/2013 | Geoffrey Lim | 009-Fee Applications | Making amendments to fee application and scanning amended fee note from counsel | 200.00 | 0.60 | 120.00 |
| 01/03/2013 | Jared Oyston | 009-Fee Applications | Amending fee application | 420.00 | 0.20 | 84.00 |

Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/02/2013 to 30/04/2013 in GBP as at 03/06/2013**

| Date | Name | Segment | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|---|
| 01/03/2013 | Jared Oyston | 009-Fee Applications | Amending fee application - sending | 420.00 | 0.20 | 84.00 |
| 01/03/2013 | Geoffrey Lim | 009-Fee Applications | making amendments to Fee Application | 200.00 | 0.20 | 40.00 |
| 26/03/2013 | Jared Oyston | 009-Fee Applications | Preparing for, and attending, costs hearing (telephone) | 420.00 | 0.60 | 252.00 |
| 26/03/2013 | Mark Blyth | 009-Fee Applications | Attend fee application by call to court | 740.00 | 0.30 | 222.00 |
| 30/04/2013 | Jared Oyston | 009-Fee Applications | Billing | 420.00 | 0.30 | 126.00 |
| **Grand Total** | | | | | **24.00** | **12,704.00** |

Produced by acarolan 03/06/2013 15:55:49