IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re*  :  Chapter 11
 : 
Nortel Networks Inc., *et al.*,[1] :  Case No. 09-10138 (KG)
 : 
                   Debtors.  :  Jointly Administered
 : 
 :  Hearing Date: June 25, 2013 at 10:00 am
 : 
---------------------------------------------------------------x

**SEVENTEENTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Seventeenth Quarterly Fee Application Request (the "Request") for the period February 1, 2013 through and including April 30, 2013 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for February 2013 [D.I. 9932], March 2013 [D.I. 10416] and April 2013 [D.I. 10720] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 4/01/2013 [D.I. 9932] | 2/1/13 – 2/28/13 | $1,431,524.50 | $245,594.28 | 4/30/2013 [D.I. 10390] | $245,594.28 | $1,145,219.60 | $245,594.28 | $286,304.90 |
| 5/01/2013 [D.I. 10416] | 3/1/13 – 3/31/13 | 2,043,161.00 | 25,032.73 | 5/23/2013 [D.I. 10633] | 25,032.73 | 1,634,006.80[3] | 25,032.73 | 408,501.70 |
| 5/30/2013 [D.I. 10720] | 4/1/13 – 4/30/13 | 2,567,362.00 | 34,958.94 | Pending | 34,958.94 | 2,053,889.60 | 34,958.94 | 513,472.40 |
| TOTAL | | $6,042,047.50 | $305,585.95 | | $305,585.95 | $4,833,116.00 | $305,585.95 | $1,208,279.00 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: June 4, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

---

[3] This amount reflects the $652.50 reduction in total fees requested in Cleary Gottlieb's 51st interim fee application for the period March 1, 2013 through March 31, 2013 in response to an informal inquiry by the US Trustee and as reflected in the CNO regarding such fee application [D.I. 10633].

**CUMULATIVE COMPENSATION SUMMARY
BY PROFESSIONAL FOR APPLICATION PERIOD**[4]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| PEACOCK, LAUREN L. | Associate – Litigation (called to the bar in 2006; 3 years in current position) | $735.00 | 535.40 | $393,519.00 |
| UZIEL, JESSICA L. | Associate – Bankruptcy (called to the bar in 2012; 1 year in current position) | 510.00 | 492.60 | 251,226.00 |
| FLEMING, MEGAN J. | Associate – Bankruptcy (called to the bar in 2009; 5 years in current position) | 715.00 | 432.80 | 309,452.00 |
| MOESSNER, JACQUELINE | Associate – Litigation (called to the bar in 2007; 1 year in current position) | 725.00 | 414.90 | 300,802.50 |
| WEISS, EMILY S. | Associate – Litigation (called to the bar in 2010; 1 year in current position) | 650.00 | 388.90 | 252,785.00 |
| DECKER, MARLA A. | Associate – Litigation (called to the bar in 2007; 5 years in current position) | 715.00 | 379.30 | 271,199.50 |
| KIM, JOAN | Paralegal | 265.00 | 372.90 | 98,818.50 |
| WILSON-MILNE, KATHERINE L. | Associate – Litigation (called to the bar in 2010; 2 years in current position) | 650.00 | 352.30 | 228,995.00 |
| SCHWEITZER, LISA M. | Partner – Bankruptcy, Litigation (called to the bar in 1996; 7 years in current position) | 1,090.00 | 336.90 | 367,221.00 |
| GURGEL, MATTHEW G. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 650.00 | 317.20 | 206,180.00 |
| ROLL, JESSICA | Paralegal | 265.00 | 301.10 | 79,791.50 |

---

[4]  Arranged in descending order according to Total Billed Hours.

[5]  Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

3

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| RYAN, ROBERT J. | Associate – Bankruptcy (called to the bar in 2011; 2 years in current position) | 585.00 | 289.50 | 169,357.50 |
| FORREST, NEIL | Senior Attorney – Litigation (called to the bar in 1981; 8 years in current position) | 870.00 | 282.30 | 245,601.00 |
| ZELBO, HOWARD S. | Partner – Litigation (called to the bar in 1985; 19 years in current position) | 1,130.00 | 279.80 | 316,174.00 |
| IQBAL, AATIF | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 270.40 | 137,904.00 |
| ERICKSON, JODI | Associate – Litigation (called to the bar in 2006; 3 years in current position) | 370.00 | 259.20 | 95,904.00 |
| XU, DONNA | Law Clerk – Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 246.10 | 105,823.00 |
| TUNIS, BRENT M. | Associate – Litigation (called to the bar in 2013, less than 1 year in current position) | 430.00 | 238.30 | 102,469.00 |
| KLEIN, KERRIN T. | Associate – Litigation (called to the bar in 2010, 3 years in current position) | 650.00 | 219.90 | 142,935.00 |
| BLOCK, ELIZABETH | Law Clerk – Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 205.70 | 88,451.00 |
| STEIN, DARRYL G. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 189.40 | 96,594.00 |
| AGANGA-WILLIAMS, TEMIDAYO | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 159.80 | 81,498.00 |
| HEIKAL, HEDAYAT A. | Associate – Litigation (called to the bar in 2010; 3 years in current position) | 650.00/760.00 | 152.90 | 108,427.00 |
| HAILEY, KARA A. | Senior Attorney – Corporate, Bankruptcy (called to the bar in 1999; 4 years in current position) | 870.00 | 151.00 | 131,370.00 |
| BROMLEY, JAMES L. | Partner – Bankruptcy, Litigation (called to the bar in 1990; 14 years in current position) | 1,130.00 | 149.30 | 168,709.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| CROFT, JAMES A. | Associate – Bankruptcy (called to the bar in 2008; 5 years in current position) | 715.00 | 127.10 | 90,876.50 |
| ROSENTHAL, JEFFREY A. | Partner – Litigation (called to the bar in 1992; 12 years in current position) | 1,120.00 | 106.30 | 119,056.00 |
| O'DONOHUE, ALEXANDRA K. | Law Clerk – Bankruptcy (not yet called to the bar; less than 1 year in current position) | 430.00 | 99.00 | 42,570.00 |
| OPOLSKY, JEREMY R. | Associate – Bankruptcy (called to the bar in 2012; 1 year in current position) | 585.00 | 97.80 | 57,213.00 |
| GIBBON, BRENDAN H. | Associate – Litigation, Bankruptcy (called to the bar in 2006; 4 years in current position) | 735.00 | 94.50 | 69,457.50 |
| ECKENROD, RUSSELL D. | Associate – Bankruptcy (called to the bar in 2010; 2 years in current position) | 685.00 | 83.30 | 57,060.50 |
| LIPNER, LOUIS | Associate – Bankruptcy, Corporate (called to the bar in 2010; 4 years in current position) | 685.00 | 82.20 | 56,307.00 |
| MARETTE, PATRICK | Associate – Real Estate (called to the bar in 1993; 6 years in current position) | 735.00 | 81.70 | 60,049.50 |
| BAGARELLA, LAURA | Associate – Employee Benefits (called to the bar in 2010; 3 years in current position) | 650.00 | 77.50 | 50,375.00 |
| O'KEEFE, PETER M. | Paralegal | 320.00 | 75.70 | 24,224.00 |
| SHERRETT, JESSE D. H. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 67.50 | 39,487.50 |
| COLEMAN, RONALD J. | Associate – Litigation (called to the bar in 2011; 1 year in current position) | 510.00 | 66.90 | 34,119.00 |
| KAHN, MICHAEL | Associate – Litigation (called to the bar in 2013; less than 1 year in current position) | 430.00 | 59.20 | 25,456.00 |
| FAUBUS, BRYAN G. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 54.00 | 31,590.00 |
| CHEUNG, SU Y. | Assistant Managing Clerk | 155.00 | 46.30 | 7,176.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| REEB, REBECCA | Associate – Tax (called to the bar in 2012; 2 years in current position) | 650.00 | 43.90 | 28,535.00 |
| BARRETO, BRENDA | Temp. Attorney | 200.00 | 42.00 | 8,400.00 |
| ZUCKERWISE, LAURA A. | Associate – Litigation (called to the bar in 2009; 1 year in current position) | 685.00 | 39.20 | 26,852.00 |
| COOPER, ROGER A. | Partner – Litigation (called to the bar in 2004; 2 years in current position) | 960.00 | 38.40 | 36,864.00 |
| NARULA, RITU | Associate – Corporate (called to the bar in 2010; 2 years in current position) | 585.00 | 38.20 | 22,347.00 |
| BROD, CRAIG B. | Partner – Corporate (called to the bar in 1981; 24 years in current position) | 1,130.00 | 33.10 | 37,403.00 |
| ILAN, DANIEL | Counsel – Intellectual Property (called to the bar in 2009; 3 years in current position) | 870.00 | 32.80 | 28,536.00 |
| MALONE, LEAH | Associate – Employee Benefits (called to the bar in 2009; 4 years in current position) | 685.00 | 31.20 | 21,372.00 |
| WHATLEY, CAROL | Assistant Managing Clerk | 155.00 | 28.80 | 4,464.00 |
| O'NEILL, KATHLEEN M. | Associate – Corporate (called to the bar in 2007; 5 years in current position) | 725.00 | 27.70 | 20,082.50 |
| LUBIN, SETH B. | Associate – Intellectual Property (called to the bar in 2013; less than 1 year in current position) | 430.00 | 27.10 | 11,653.00 |
| SHEA, ZOE E. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 27.00 | 13,770.00 |
| HURLEY, RODGER | Temp. Attorney | 200.00 | 26.60 | 5,320.00 |
| KOSTOV, MARTIN N. | Associate – Bankruptcy (called to the bar in 2011; 2 years in current position) | 585.00 | 26.30 | 15,385.50 |
| BLACKLOW, KIMBERLY | Partner – Real Estate (called to the bar in 1995; 10 years in current position) | 1,120.00 | 24.90 | 27,888.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MARTIN, JACKSON | Trainee Solicitor – Employee Benefits (not yet called to bar; less than 1 year in current position) | 355.00 | 24.40 | 8,662.00 |
| KOHN, ARTHUR | Partner – Employee Benefits (called to the bar in 1987; 18 years in current position) | 1,130.00 | 23.80 | 26,894.00 |
| PARTHUM, MICHELLE J. | Associate – Litigation (called to the bar in 2012; less than 1 year in current position) | 510.00 | 23.30 | 11,883.00 |
| CHOTIROS, KATHLEYA | Associate – Intellectual Property (called to the bar in 2006; 7 years in current position) | 735.00 | 21.90 | 16,096.50 |
| HERRINGTON, DAVID H. | Counsel – Litigation (called to the bar in 1993; 9 years in current position) | 935.00 | 21.00 | 19,635.00 |
| PAK, JOANNA | Paralegal | 265.00 | 20.80 | 5,512.00 |
| STREATFEILD, LUKE | Associate – Litigation (called to the bar in 2007; 2 years in current position) | 865.00 | 19.70 | 17,040.50 |
| PASSARETTI, KATIE | Temp. Attorney | 200.00 | 19.50 | 3,900.00 |
| CADAVID, CATALINA | Paralegal | 265.00 | 18.60 | 4,929.00 |
| SADO, STEPHANIE | Associate – Litigation (called to the bar in 2009; 1 year in current position) | 685.00 | 17.10 | 11,713.50 |
| BUSSIGEL, EMILY A. | Associate – Bankruptcy, Litigation (called to the bar in 2010; 3 years in current position) | 650.00 | 15.90 | 10,335.00 |
| BRITT, TAMARA J. | Associate – Bankruptcy, Litigation (called to the bar in 2009; 3 years in current position) | 650.00 | 15.40 | 10,010.00 |
| MCDONALD, MAUREEN E. | Reference Librarian | 265.00 | 11.70 | 3,100.50 |
| RAINELLI, PAOLO | Associate – Corporate (called to the bar in 2003; 7 years in current position) | 670.00 | 11.40 | 7,638.00 |
| UNGBERG, ANDREW J. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 11.00 | 6,435.00 |
| STEECKER, MARCO | Paralegal | 265.00 | 10.30 | 2,729.50 |
| SWEENEY, TIMOTHY M. | Assistant Managing Clerk | 155.00 | 10.10 | 1,565.50 |
| LANG, PATRICK W. | Practice Support Specialist | 225.00 | 10.00 | 2,250.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| REENTS, SCOTT B. | Associate – E-Discovery, Litigation (called to the bar in 2008; 3 years in current position) | 715.00 | 9.90 | 7,078.50 |
| KALLSTROM-SCHRECKENGOST, JESSICA | Associate – Litigation (called to the bar in 2010; 2 years in current position) | 585.00 | 9.40 | 5,499.00 |
| GUZMAN, RICARDO | Associate – Litigation (called to the bar in 2007; 2 years in current position) | 370.00 | 9.00 | 3,330.00 |
| HO, VIVIEN | Associate – Corporate (called to the bar in 2008; 1 year in current position) | 720.00 | 8.80 | 6,336.00 |
| MASSELLA DUCCI TERI, BERNARDO | Associate – Corporate, Bankruptcy (called to the bar in 2010; 3 years in current position) | 400.00 | 7.00 | 2,800.00 |
| TSEYTKIN, OLGA | Associate – Employee Benefits (called to the bar in 2009; 3 years in current position) | 650.00 | 6.30 | 4,095.00 |
| GOODMAN, COREY M. | Associate – Tax (called to the bar in 2008; 5 years in current position) | 715.00 | 5.90 | 4,218.50 |
| MCDONALD, MARK E. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 5.90 | 3,009.00 |
| MONIZ, JENNIFER A. | Practice Support Specialist | 255.00 | 5.50 | 1,402.50 |
| JONES, MAGNUS | Associate – Corporate (called to the bar in 2010; 3 years in current position) | 605.00 | 5.40 | 3,267.00 |
| FISCHER, CRAIG M. | Associate – Corporate (called to the bar in 2011; 2 years in current position) | 585.00 | 5.40 | 3,159.00 |
| FORDE, CHARLENE | Temp. Attorney | 200.00 | 5.00 | 1,000.00 |
| ANGRAND, ALEXANDRA | Assistant Managing Clerk | 155.00 | 5.00 | 775.00 |
| **TOTAL HOURS:** | | | 9,518.50 | |
| **GRAND TOTAL:** | | | | **$6,041,395.00** |

8

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 6,124.20 | $3,935,121.00 |
| Claims Administration and Objections | 478.50 | 309,194.50 |
| Employee Matters | 2,204.90 | 1,380,714.00 |
| Customer Issues | 6.90 | 4,726.50 |
| Plan of Reorganization & Disclosure Statement | 3.60 | 2,176.00 |
| Tax | 12.20 | 9,788.50 |
| Intellectual Property | 77.10 | 49,062.00 |
| Fee and Employment Applications | 324.10 | 154,060.00 |
| Litigation | 89.60 | 55,931.50 |
| Real Estate | 197.40 | 140,621.00 |
| **TOTAL** | **9,518.50** | **$6,041,395.00** |

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $1,770.07 |
| Travel – Transportation | | 14,369.49 |
| Travel – Lodging | | 11110.19 |
| Travel – Meals | | 192.67 |
| Mailing and Shipping Charges | | 1193.65 |
| Scanning Charges (at $0.10/page) | | 368.30 |
| Duplicating Charges (at $0.10/page) | | 13,361.30 |
| Color Duplicating Charges (at $0.65/page) | | 1236.95 |
| Facsimile Charges (at $1.00/page) | | 15.00 |
| Legal Research | Lexis | 14,808.73 |
| | Westlaw | 21,731.12 |
| | Pacer | 932.70 |
| Late Work – Meals | | 4,952.37 |
| Late Work – Transportation | | 9,224.20 |
| Conference Meals | | 2,904.77 |
| Other Charges (Credit) | | -284.43 |
| Expert Expenses[6] | | 207,698.87 |
| **Grand Total Expenses** | | **$305,585.95** |

---

[6] These expert expenses were included in Cleary Gottlieb's 50th interim fee application for the period February 1, 2013 through February 28, 2013, which was filed on April 1, 2013 [D.I. 9932]. For the avoidance of doubt, new Local Rules 2014-1(c) and 2016-2 (f) do not apply to these expenses, which were incurred prior to March 5, 2013, the date the Court entered the Order Modifying the Application of Local Rules 2014-1(c) and 2016-2(f) [D.I. 9584].