**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
*In re*                                                  :        Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :        Case No. 09-10138 (KG)
                                                         :
                                    Debtors.             :        Jointly Administered
                                                         :
---------------------------------------------------------X

**ORDER GRANTING SEVENTEENTH QUARTERLY FEE APPLICATION
REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

Upon consideration of the Seventeenth Quarterly Fee Application Request (the

"Request") of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), as attorneys for the

above captioned debtors and debtors-in-possession (the "Debtors") for the period from February

1, 2013 through and including April 30, 2013; and upon consideration of the monthly fee

applications subject to the Request (the "Fee Applications"); the Court having reviewed the

Request and the Fee Applications; and finding that the Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has

been given and that no other or further notice is necessary; and after due deliberation thereon;

and good and sufficient cause appearing therefor,

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems
International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel
Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks
HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom
International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for
the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IT IS HEREBY ORDERED that:

1.   The Request is GRANTED.

2.   Cleary Gottlieb is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Cleary Gottlieb.

3.   The Debtors are authorized and directed to disburse to Cleary Gottlieb payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Applications and (b) the actual interim payments received by Cleary Gottlieb for fees and expenses under the Fee Applications, as set forth in the Request.

4.   The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.   This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.   This Order shall be effective immediately upon entry.


_____, 2013


                                                _____
                                                THE HONORABLE KEVIN GROSS
                                                CHIEF UNITED STATES BANKRUPTCY
                                                JUDGE


2