# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM
## April 1, 2013 THROUGH April 30, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Collazo, Sandra I. | Paralegal | $ 200.00 | 147.80 | $ 29,560.00 |
| Collazo, Sandra I. | Paralegal | $ 0.00 | 2.50 | $ 0.00 |
| Densmore, Ian D. | Paralegal | $ 200.00 | 49.50 | $ 9,900.00 |
| Cupingood, Dara J. | Paralegal | $ 200.00 | 4.50 | $ 900.00 |
| Ford, Jennifer L. | Paralegal | $ 200.00 | 68.70 | $ 13,740.00 |
| Heyman, Pamela A. | Paralegal | $ 225.00 | 0.50 | $ 112.50 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 105.50 | $ 23,737.50 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 48.10 | $ 18,037.50 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 44.30 | $ 12,182.50 |
| Curran, Margaret S. | Of Counsel | $ 138.00 | 2.90 | $ 398.75 |
| Kaiser, Jeffrey D. | Of Counsel | $ 375.00 | 24.30 | $ 9,112.50 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 143.00 | $ 60,060.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 13.30 | $ 6,118.00 |
| Kohart, Mary E. | Of Counsel | $ 230.00 | 9.00 | $ 2,070.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 157.40 | $ 70,830.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 0.30 | $ 169.50 |
| Simon, Debbie H. | Shareholder | $ 265.00 | 2.50 | $ 662.50 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 212.90 | $129,869.00 |

**Total:**  $387,460.25

**Blended Rate:**  $ 300.72