# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## APRIL 1, 2013 THROUGH APRIL 30, 2013

| Expense Category | Total Expenses |
|---|---|
| Computerized Legal Research | $ 68.89 |
| Copying | $ 1,806.60 |
| Delivery/Courier Service | $ 280.00 |
| Dockets | $ 573.70 |
| Express Mail | $ 6,900.41 |
| Meals | $ 45.15 |
| Postage | $ 878.80 |
| Telephone | $ 6,725.73 |
| Travel | $ 108.80 |
| **TOTAL:** | **$17,554.58** |

2