May 29, 2013

Case # 09-10138 KG  Nortel
ID # 9224

FILED
2013 JUN -3 AM 11: 05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it concern:

First place I do not have a Computer. I can't afford it. I know you said you would put our Life Ins. + Long Turm Care in a HRA

How can we trust you?

We Retairies Deserve that Money Should be giving to us.

That Way We can Inveated it for our last days on This Earth.

I have check out Serval Life Insurance Each one well cost us at Least $70.00 a Month With us trying to get Insurance for medical that going to cost us to.

You should Read Luke Chapter 16 Verse 19-31

We are Lazarus and you'll are Rich men. You well See us one day in Abraham Busom

You know you are Wrong for doing us this Way

Thank you Anna Dodd