# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) Case No. 09-10138 (KG) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Patricia I. Chen, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for Microvision, Inc., and requests to be removed from all notice and service lists in this case.[1]

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Patricia I. Chen, Esq., and does not impact the representation of Microvision, Inc. by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: June 6, 2013
     Boston, Massachusetts

                              By /s/ Patricia I. Chen
                              Patricia I. Chen
                              ROPES & GRAY LLP
                              Prudential Tower
                              800 Boylston Street
                              Boston, MA 02199-3600
                              Telephone: (617) 951-7000
                              Facsimile: (617) 951-7050
                              Email: patricia.chen@ropesgray.com

---

[1] Ms. Chen will no longer be an associate with Ropes & Gray LLP after June 7, 2013.

36047022_1