# EXHBIT A

| Last Name | First Name |
|-----------|------------|
| Abbott | Ernest (Ernie) |
| Aweya | James |
| Babula | Mark |
| Beaudin | Bernard |
| Beavan | Nancy |
| Bisson | Line |
| Blais | Pierre Pierre |
| Boileau | John |
| Bourden | Cynthia |
| Boutilier | Diane |
| Briard | Ernie |
| Bruce | Richard |
| Buchanan | Joseph (Chris) |
| Cai | Xuefeng |
| Carbone | Peter |
| Carbonneau | Martin |
| Carew | James |
| Chan | Eric |
| Chapman | Kevin |
| Chung | Chul-Hwan (Jason) |
| Cinicolo | Anthony |
| Cooke | Rob |
| Couser | David |
| Dasylva | Abel |
| Davies | Keith |
| De Baets | Leonard |
| Deevey | Cathy |
| Delisle | Francois |
| Desplanque | Dawn |
| Devlin | Marie |
| Dicks | Brad |
| Dillon | Norman |
| Dippold | Norby |
| Drwiega | Tadeusz |
| Dumas | Laurier |
| Dunning | John |
| Duong | Qui (Thong) |
| Dziubaniuk | Denise |
| Earl | Diane |
| Ellis | Donald |
| Farant | Lynda |
| Fiszman | Sergio |
| Fort | Timothy |
| Gale | Charles |
| Gallagher | Kim |
| Gee | Adrian |
| Gilchrist | Timothy |

| Last Name | First Name |
|-----------|-----------|
| Graham | Christina |
| Herman | Wendy |
| Herzog | Steven |
| Hesidence | David |

5

#152771