# EXHIBIT 1

| | |
|---|---|
| **From:** | Schweitzer, Lisa M. |
| **To:** | O"Connor, Brian; Bromley, James L.; Zelbo, Howard S.; Rosenthal, Jeffrey A. |
| **Cc:** | Advani, Sameer; Kozusko, Dan; AHanrahan@willkie.com; Hartman, Catherine |
| **Subject:** | RE: Nortel |
| **Date:** | Tuesday, May 28, 2013 7:06:52 PM |

Brian,

We believe our submission fairly characterized the relief you were explicitly seeking by your motion, and indeed noted that you were not seeking an extension of time to serve requests.  See below for a comparison of examples of statements in your motion to strike and our objection regarding your client's position.  While we disagree with your position that the Debtors' objection to the UK Pension claims was non-compliant with the Litigation Timetable and Discovery Plan, and believe that your request that the Debtors be compelled to file an answer (as opposed to the objection we did file) is without merit, we will save those arguments for our objection your Motion to Strike, to the extent one is required.

Motion to Strike:

4:  "the U.K. Pension Claimants are left with no choice but to assume that at trial the Debtors will deny all the allegations in the Amended Claims.  As a result, it will be virtually impossible for the U.K. Pension Claimants to serve "limited and specific requests" and at the same time adequately prepare for trial."

25:  "Without knowing which of the specific allegations contained in the 325 paragraphs of the Amended Claims are in dispute, drafting a "limited" request is not realistic or likely even possible.  Having been left in the dark by the Debtors, the U.K. Pension Claimants cannot reasonably be expected to be able to comply with the terms of the Discovery Plan."

27:  "Absent such joinder, the parties have no choice but to assume that the allegations supporting their claims will be denied putting them to the proof on all their allegations at trial."

Objection:

2(b):  "The U.K. Pension Claimants have affirmatively stated that they intend to serve broad discovery requests on the assumption that their allegations are all denied"

4:  "Even though the parties have an obligation to serve reasonable targeted discovery requests on a date certain (the Courts having rejected the Monitor's proposal for rolling requests over a period of weeks), the U.K. Pension Claimants are laying down their marker in advance to excuse their potential non-compliance."

While we would prefer to stay out of the Court's order to show cause on sanctions, if any submission you make were to mischaracterize or otherwise attack our Objection, we would be forced to respond.

Lisa

_____
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cverga@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com |lschweitzer@cgsh.com


-----Original Message-----
From: O'Connor, Brian [mailto:boconnor@willkie.com]
Sent: Wednesday, May 22, 2013 4:38 AM
To: Bromley, James; Schweitzer, Lisa
Cc: Advani, Sameer; Kozusko, Dan; AHanrahan@willkie.com; Hartman, Catherine

Subject: Nortel

For the record, our motion does not seek any relief from the Litigation Timetable. To the contrary, it seeks an order requiring that the debtors comply with the timetable by serving a required responsive pleading. We will be serving our document requests and interrogatories today, as we never requested any relief to do otherwise. To the extent your objection and request for a "stern warning" gave the Court a contrary impression, I fully expect you to correct that at the hearing on the motion.

BOC

Sent from my iPad

**********************************************************************

IMPORTANT NOTICE:  This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
**********************************************************************