## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Limited Joint Response of the Debtors and the Committee to the Responses of the U.K. Pension Claimants to the Court's Order to Show Cause Why the Court Should Not Impose** was caused to be made on June 6, 2013, in the manner indicated upon the individuals identified on the attached service list.

| | |
|---|---|
| Date: June 6, 2013 | */s/ Ann C. Cordo* |
| Wilmington, DE | Ann C. Cordo (No. 4817) |

**Via Hand Delivery and Email**

Mark Kenney, Esq.
(Mark.Kenney@usdoj.gov)
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
(mary.caloway@bipc.com)
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

James Patton (jpatton@ycst.com)
Edwin Harron (eharron@ycst.com)
John Dorsey (jdorsey@ycst.com)
Jamie Luton Chapman
(jchapman@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801

Selinda A. Melnik
(selinda.melnik@dlapiper.com)
DLA Piper LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Charlene D. Davis (cdavis@bayardlaw.com)
Justin Alberto (jalberto@bayardlaw.com)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Via Overnight Mail and Email**

Ken Coleman Esq.
(ken.coleman@allenovery.com)
Lisa J.P. Kraidin. Esq.
(lisa.kraidin@allenovery.com)
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Thomas R. Kreller (tkreller@milbank.com)
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek Adler (adler@hugheshubbard.com)
Neil Oxford (oxford@hugheshubbard.com)
Fara Tabatabai
(tabataba@hugheshubbard.com)
Charles Huberty
(huberty@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004

Kevin Lloyd (kevin.lloyd@hsf.com)
John Whiteoak (john.whiteoak@hsf.com)
Herbert Smith Freehills LLP
Exchange House
Primrose Street
London EC2A 2HS
England

Marc Abrams (mabrams@willkie.com)
Brian E. O'Connor
(boconnor@willkie.com)
Sameer Advani (sadvani@willkie.com)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

D.J. Miller (djmiller@tgf.ca)
Michael Barrack (mbarrack@tgf.ca)
Thornton Grout Finnigan LLP
100 Wellington Street West
Toronto, ON M5K 1K7
Canada