IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------ X | Chapter 11 |
| *In re* : |  |
|  : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : |  |
|  : | Jointly Administered |
| Debtors. : |  |
|  : | **Re: D.I. 10609** |
| ------------------------------------------------------------ X |  |

# CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(A) TO RETAIN AND EMPLOY CB RICHARD ELLIS-RALEIGH, LLC AS LISTING AND LEASING AGENT FOR THE DEBTORS *NUNC PRO TUNC* TO MARCH 27, 2013

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ CB Richard Ellis-Raleigh, LLC as Listing and Leasing Agent for the Debtors *Nunc Pro Tunc* to March 27, 2013** (the "Application") (D.I. 10609), filed on May 21, 2013.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than June 4, 2013 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: June 6, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*