## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | Hearing Date: June 25, 2013 at 10:00 a.m. (ET)<br>Objections Due: June 18, 2013 at 4:00 p.m. (ET) |
| ------------------------------------------------------------X | |

### NOTICE OF HEARING REGARDING ESTELLE LOGGINS LETTER APPEALING TO COURT FOR JUSTICE AND CONTINUED SUPPORT [D.I. 10408]

PLEASE TAKE NOTICE that on April 26, 2013, Estelle Loggins ("Ms. Loggins") filed the *Letter Appealing to Court for Justice and Continued Support* [D.I. 10408] (the "Letter").

PLEASE TAKE FURTHER NOTICE that after discussions between Ms. Loggins and counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors," and together with Ms. Loggins, the "Parties"), the Parties have agreed that a hearing on the Letter will be held on **June 25, 2013 at 10:00 a.m. (Eastern Time)**, before the Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, courtroom #3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Letter must (a) be in writing and served on or before **June 18, 2013 at 4:00 p.m. (Eastern Time)**; and (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: June 7, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*