# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt No. 10598 & 10607** |

## ORDER

1. On May 21, 2013, the Court issued an Order (D.I. 10607) which included a direction that the U.K. Pension Claimants (the "Claimants") show cause why the Court should not impose sanctions for the Claimant filing a motion to shorten time. The Claimants filed a Response (D.I. 10755) and the Debtors and Committee filed a Limited Response (D.I. 10769). Based on the Claimants' Response, the Court is satisfied that sanctions are not appropriate.

2. This Court has never been a "sanctions" court for numerous reasons which include the quality and professionalism of the lawyers who appear before it and the fact that encouraging parties to request sanctions adds an unproductive and hostile layer to cases which can delay the resolution of cases on their merits. The Court expects the numerous parties in this complex case to cooperate whenever possible and to limit disputes brought to the Court to those most essential to readying the case for the January 6, 2014, trial. All parties and the Court are best served by arriving at a result which permits funds to be distributed to those entitled to receive them. The costs of the case must also be limited.

3.    Given the expedited nature of these proceedings, the Debtors are directed to file their response to the Claimants' Motion to Strike (D.I. 10598) by the close of business on June 10, 2013, and the Court will hear the Motion to Strike at the hearing on June 11, 2013, at 10:00 a.m. The Claimants and the Debtors should also be prepared to discuss the necessity of a more particularized response by Debtors to the Claimants' Amended Claims.

Dated: June 7, 2013

_____
KEVIN GROSS, U.S.B.J.