# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Re: D.I. 10776** |
| SNMP Research International, Inc., <br><br>                 Plaintiff, <br><br> v. <br><br> Nortel Netwroks Inc., *et al.*, <br><br>                 Defendants. | Adv. Proc. No. 11-53454 (KG) <br><br> **Re: D.I. 83** |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on June 7, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On June 11, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

**Via Fax**

| | |
|---|---|
| Karen Grivner | Schuyler Carroll |
| Clark Hill Thorp Reed LLP | Jeffrey Vanacore |
| 824 N. Market St. | Perkins Coie LLP |
| Wilmington, DE 19801 | 30 Rockefeller Center |
| Fax: 302-421-9439 | New York, NY 10112 |
| | Fax: 212-977-1649 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Harvey Chaiton
Doug Bourassa
Chaitons LLP
5000 Yonge St.
Toronto, Ontario M2N 7E9
Canada
Fax: 416-218-1849

Richard Kremen
DLA Piper LLP
6225 Smith Ave.
Baltimore, MD 21209
Fax: 410-580-3191

**Via Overnight Mail**
Managing Officer
KGP Logistics, Inc.
c/o North Supply Co.
3305 Highway 60 W.
Faribault, MN 55021

Edward Abbati
Global IP Solutions, Inc.
642 Harrison St.
San Francisco, CA 94107

Amy Schmidt
Coface North America Inc.
50 Millstone Rd.
Bldg. 100
East Windsor, NJ 08520

John Wood
Egerton McAfee Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

Karen Katros
City and County of Denver/Treasury
201 W. Cofax Ave.
Department 1001
Denver, CO 80202

Adam Moskowitz
ASM Capital
7600 Jericho Turnpike
Woodbury, NY 11797

Wendy Spelfogel
Jaco Electronics, Inc.
145 Oser Ave.
Hauppauge, NY 11788

Dated: June 7, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
Eric D. Schwartz (No. 3134)

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.17