# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1] :  Case No. 09-10138 (KG)
:
           Debtors. :  Jointly Administered
:
:
---------------------------------------------------------X  **Re: D.I. 10778**

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on June 7, 2013, a copy of the **Notice of Hearing Regarding Estelle Loggins Letter Appealing to Court for Justice and Continued Support** was served as indicated on the attached service list.

Dated: June 7, 2013
Wilmington, Delaware

           CLEARY GOTTLIEB STEEN & HAMILTON LLP
           James L. Bromley (admitted pro hac vice)
           Lisa M. Schweitzer (admitted pro hac vice)
           One Liberty Plaza
           New York, NY 10006
           Telephone: (212) 225-2000
           Facsimile: (212) 225-3999

           and

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Ann C. Cordo*
           Derek C. Abbott (No. 3376)
           Ann C. Cordo (No. 4817)
           Tamara K. Minott (No. 5643)
           1201 North Market Street, 18th Floor
           Wilmington, DE 19899-1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.14

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

Rafael Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801

**Via First Class Mail**

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119