# EXHBIT A

| Last Name | First Name |
|---|---|
| Ackerman | Karon |
| Choi | Myung |
| Hooge | Rod |
| Horsun | Fusun |
| Hung | Betsy |
| Hunter | Craig |
| Hylarides | June |
| Jankowski | Diane |
| Jarmoc | Jacek |
| Johnson | Paul |
| Jones | Raymond |

#152851                                    2