IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> **Hearing date: June 11, 2013 at 10:00 a.m. (EST)** |

**NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE FACTUM AND BRIEF OF AUTHORITIES (PROTECTIVE ORDER) OF THE MONITOR AND CANADIAN DEBTORS IN THE CANADIAN PROCEEDINGS IN CONNECTION WITH THE JUNE 11, 2013 HEARING**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases [Dkt. No. 990], on June 10, 2013, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of the *Factum of Ernst & Young Inc. in its Capacity as Monitor and the Canadian Debtors* (the "**Factum**") and the *Brief of Authorities of Ernst & Young Inc. in its Capacity as Monitor* (the "**Brief of Authorities**") filed by the Monitor and Canadian Debtors in the Canadian Proceedings on June 7, 2013 in connection with the motion of the Monitor and the Canadian Debtors for an order of the Canadian Court approving the Monitor's and the Canadian Debtor's proposed form of Protective Order (as defined in the Factum).[2]  Copies of the Factum and Brief of Authorities are attached hereto as Exhibit A and Exhibit B respectively.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The Protective Order is the same version of such proposed order that was filed by the Monitor in the above-captioned cases on May 17, 2013 [Dkt. No. 10568].

**PLEASE TAKE FURTHER NOTICE** that a joint hearing with respect to the Protective Order, among other matters, is scheduled to be held in the Canadian Proceedings and the above-captioned cases on June 11, 2013, at 10:00 a.m. (EST).

Dated: June 10, 2013
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*