IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                            :
In re                                       :   Chapter 11
                                            :
Nortel Networks Inc., et al.,[1]            :   Case No. 09-10138 (KG)
                                            :
            Debtors.                        :   Jointly Administered
                                            :
------------------------------------------------------------X
```

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 11, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED MATTERS

1. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

   Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to December 3, 2013 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to July 16, 2013 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

Remaining Responses Received:

(a) Informal Response of ASM Capital Regarding Claim No. 7819; and

(b) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a) Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b) First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c) Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d) Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e) Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objections with respect to response (a) has been adjourned to the hearing scheduled for December 17, 2013 at 10:00 a.m. (ET). The hearing on the Objections with respect to response (b) has been adjourned to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

2. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital to December 3, 2013 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)  Informal Response of ASM Capital Regarding Claim No. 7819.

Related Pleading:

(a)  Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

(b)  First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

(c)  Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for December 17, 2013 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3.  Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ CB Richard Ellis-Raleigh, LLC as Listing and Leasing Agent for the Debtors *Nunc Pro Tunc* to March 27, 2013 (D.I. 10609, Filed 5/21/13).

    Objection Deadline: June 4, 2013 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a)  Certificate of No Objection Regarding Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ CB Richard Ellis-Raleigh, LLC as Listing and Leasing Agent for the Debtors *Nunc Pro Tunc* to March 27, 2013 (D.I. 10770, Filed 6/6/13); and

    (b)  **Order Authorizing the Retention and Employment of CB Richard Ellis-Raleigh LLC as Listing Leasing Agent for the Debtor Nunc Pro Tunc to March 27, 2013 (D.I. 10791, Entered 6/10/13).**

    Status: **An order has been entered regarding this matter.**

**UNCONTESTED MATTER GOING FORWARD**

4. Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10486, Filed 5/10/13).

    Objection Deadline: May 24, 2013 at 4:00 p.m. (ET). Extended for the City and County of Denver/Treasury regarding Claim No. 7562 to May 31, 2013 at 4:00 p.m. (ET). Extended for DLA Piper (US) regarding Claim No. 3468 to June 5, 2013 at 4:00 p.m. (ET). Extended for Hain Capital Holdings, LLC regarding Claim No. 1950 to July 9, 2013 at 4:00 p.m. (ET). Extended for ASM Capital III, L.P. regarding Claim No. 415 to June 18, 2013 at 4:00 p.m. (ET).

    Responses Received:

    (a) Informal Response of Hain Capital Holdings, LLC regarding Claim No. 1950;

    (b) Informal Response of DLA Piper (US) regarding Claim No. 3468;

    (c) Informal Response of the City and County of Denver/Treasury regarding Claim No. 7562; and

    (d) Informal Response of ASM Capital III, L.P. regarding Claim No. 415.

    Related Pleading: None.

    Status: The hearing on this matter will go forward and a revised proposed form of order will be presented at the hearing. The informal comments from DLA Piper (US) and the City and County of Denver/Treasury have been resolved. The hearing on Hain Capital Holdings, LLC's Claim No. 1950 has been adjourned to the hearing scheduled for July 16, 2013 at 10:00 a.m. (ET). The hearing on ASM Capital III, L.P.'s Claim No. 415 has been adjourned to the hearing scheduled for June 25, 2013 at 10:00 a.m. (ET).

**CONTESTED MATTERS GOING FORWARD**

5. Order Entering an Interim Protective Order (D.I. 10567, Entered 5/17/13).

    Related Pleading:

    (a) Certification of Counsel Regarding the Proposed Order Entering an Interim Protective Order (D.I. 10557, Filed 5/17/13);

    (b) Notice of Filing of Proposed Protective Order of the Monitor and the Canadian Debtors (D.I. 10568, Filed 5/17/13);

(c) Certification of Counsel Regarding the Proposed Order Entering an Interim Protective Order (D.I. 10574, Filed 5/17/13); and

(d) Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record for (Protective Order) of the Monitor and Canadian Debtors in the Canadian Proceedings in Connection with the June 11, 2013 Hearing (DI. 10765, Filed 6/5/13);

**(e) Notice Pursuant to Cross Border Protocol Section 12(d) of Canadian Creditors Committee Continuing Request for Revised Protection Order (D.I. 10779, Filed 6/7/13); and**

**(f) Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Factum and Brief of Authorities (Protective Order) of the Monitor and Canadian Debtors in the Canadian Proceedings in Connection with the June 11, 2013 Hearing (D.I. 10792, Filed 6/10/13).**

Status: **This matter has been resolved and a revised form of order will be either submitted under certification of counsel prior to the joint hearing or handed up at the joint hearing.**

6. Order: (1) Denying Motion to Shorten Notice Period with Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund and (2) Requiring the U.S. Pension Claimants to Show Cause Why the Court should not Impose Sanctions (D.I. 10607, Entered 5/21/13).

Objection Deadline: June 4, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) Responses of the U.K. Pension Claimants to the Court's Order to Show Cause Why the Court Should Not Impose Sanctions (D.I. 10755, Filed 6/4/13); and

(b) Limited Joint Response of the Debtors and the Committee to the Response of the U.K. Pension Claimants to the Court's Order to Show Cause Why the Court Should Not Impose Sanctions (D.I. 10769, Filed 6/6/13).

Related Pleadings:

(a) Motion to Shorten Notice Period with Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund (D.I. 10600, Filed 5/20/13);

(b) Joint Objection to the Motion to Shorten Notice Period with Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel

Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund (D.I. 10602, Filed 5/20/13);

(c) **Order in Reference to Order D.I. 10607 (D.I. 10780, Entered 6/7/13).**

Status: An order has been entered on this matter.

**PRETRIAL CONFERENCE**

7. Pretrial Conference in the Adversary Proceeding SNMP Research International, Inc. (Adversary Case No. 11-53454).

Status: The pretrial conference has been adjourned to August 21, 2013 at 10:00 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

8. **Motion of the U.K. Pension Claimants to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund (D.I. 10598, Filed 5/20/13)**

   **Objection Deadline:** June 10, 2013 at 5:00 p.m. (ET).

   **Responses Received:** None, as of the filing of the Amended Agenda

   **Related Pleadings:**

   (a) **Joint Objection to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund Filed by Nortel Networks Inc., et al., Official Committee of Unsecured Creditors of Nortel Networks Inc., et. Al. (D.I. 10519, Filed 5/19/13);**

   (b) **Declaration of Justin R. Alberto (D.I. 10599, Filed 5/20/13)**

   (c) **Motion to Shorten Notice Period with Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund (D.I. 10600, Filed 5/20/13);**

   (d) **Joint Objection to the Motion to Shorten Notice Period with Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund (D.I. 10602, Filed 5/20/13);**

**(e)** **Order: (1) Denying Motion to Shorten Notice Period with Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund and (2) Requiring the U.S. Pension Claimants to Show Cause Why the Court should not Impose Sanctions (D.I. 10607, Entered 5/21/13); and**

**(f)** **Order in Reference to Order D.I. 10607 (D.I. 10780, Entered 6/7/13).**

**Status: A hearing on this matter is going forward. In accordance with the Order in Reference to Order D.I. 10607 (D.I. 10780) the Debtors intend to file a response to the Motion to Strike prior to close of business today.**

Dated: June 10, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7257306.2