UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On June 6, 2013, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail or hand delivery on the service list attached hereto as Exhibit A:

| 06/05/2013 | 10765 | Notice of Hearing *Notice Pursuant to Cross Border Protocol of Filing of Motion Record for Joint Hearing* Filed by ERNST & YOUNG. (Attachments: # 1 Exhibit A) (Caloway, Mary) (Entered: 06/05/2013) |
|---|---|---|

_____
Gene Matthews

Dated: June 6, 2013

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 6th day of June, 2013, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x_____

[Notary seal: KRISTIN A. MCCLOSKEY, MY COMMISSION EXPIRES JULY 18, 2016, NOTARY PUBLIC STATE OF DELAWARE]

# EXHIBIT A

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Alissa T. Gazze
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

# Nortel Networks, Inc., *et al*,
## Core Parties Service List
(Allocation Litigation)
**HAND DELIVERY**

Derek Abbott
Annie Cordo
Morris, Nichols, Arsht & Tunell LLP
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Selinda A. Melnik, Richard Hans, Farah Lisa Whitley-Sebti
& Timothy Hoeffner
DLA Piper
919 North Market Street
Suite 1500
Wilmington, DE 19801

Christopher Samis
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Charlene D. Davis
Justin Alberto
Bayard, P.A.
222 Delaware Aveneu, Suite 900
Wilmington, DE 19899

**FIRST CLASS MAIL**

Ken Coleman, Paul Keller, Daniel Guyder,
Laura Hall, Joseph Badtke-Berkow, Jonathan Cho &
Nicolette Ward
Allen & Overy LLP
1221 Avenue fo the Americas
New York, NY 10020

James Bromley, Lisa Schweitzer, Howard Zelbo, Jeffrey
Rosenthal, Darryl Stein, Marla Decker, Lauren Peacock, Jacqueline
Moessner, Neil Forrest & Dan Queen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482

Thomas R. Kreller, Jennifer P. Harris, Albert A. Pisa, Samir Vora,
Andrew LeBlanc, Michael Hirschfeld, Atara Miller, Tom Matz,
Nick Bassett, Gabrielle Ruha & Rachel Pojunas
Milbank, Tweed, Hadley McCLoy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Fred S. Hodara, David H. Botter, Abid Qureshi, Robert A. Johnson & Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

## INTERNATIONAL MAIL

Derrick Tay
Jennifer Stam
Gowling Lafleur Henderson LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario M5X 1G5

Jay Carfagnini, Joseph Pasquariello, Ben Zarnett, Fred Myers, Peter Ruby, Jessica Kimmel & Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario M5K 1J7

Tony DeMarinis, Scott Bomhof, Sheila Block, Andrew Gray & Adam Slavens
Torys LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Robin B. Schwill, Sean Campbell
James Doris & Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Lax O'Sullivan Scott Lisus LLP
Counsel
Sutie 1920, 145 King Street West
Toronto, Ontario M5H 1J8

| | |
|---|---|
| Mark Zigler, Susan Philpott, Ari Kaplan & Barbara Walancik<br>Koskie Minsky<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario M5H 3R3 | Kenneth T. Rosenberg, Massimo (Max) Starnino, Lily Harmer, Karen Jones, Tina Lie & Michelle Jackson<br>Paliare Roland Rosenberg Rothstein LLP<br>Suite 501<br>250 University Avenue<br>Toronto, Ontario M5H 3E5 |
| Barry E. Wadsworth<br>Lewis Gottheil<br>CAW-CANADA<br>Legal Department<br>205 Placer Court<br>Toronto, Ontario M2H 3H9 | Arthur O. Jacques<br>Thomas McRae<br>Shibley Righton LLP<br>Barristers and Solicitors<br>250 University Avenue, Suite 700<br>Toronto, Ontario M5H 3E5 |
| Janice B. Payne, Steven Levitt, Christopher Rootham & Ainslie Benedict<br>Nelligan O'Brien Payne LLP<br>Barristers and Solicitors<br>50 O'Connor Street<br>Suite 1500<br>Ottawa, Ontario K1P 6L2 | Barbara J. Boake, James D. Gage, Elder C. Marques, Paul Steep & Byron Shaw<br>McCarthy Tetrault LLP<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario M5K 1E6 |
| Kevin Zych, S. Richard Orzy, Gavin Finlayson, Richard Swan, Sean Zweig & Jonathan Bell<br>Bennett Jones LLP<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario M5X 1A4 | R. Shayne Kukulowicz, Michael J. Wunder, Ryan Jacobs & Barbara Grossman<br>Dentons Canada LLP<br>77 King Street West, Suite 400<br>TD Centre<br>Toronto, ON M5K 0A1 |
| Angela Pearson<br>Antonia Croke<br>Ashurst LLP<br>Boardwalk House<br>5 Appold Street<br>London, EC2A 2HA<br>United Kingdom | E. Bruce Leonard, David S. Ward, Bill Burden, Christopher Horkins & Lara Jackson<br>Cassels Brock & Blackwell LLP<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, Ontario M5H 3C2 |
| Michael Barrack, D.J. Miller, Rebecca Lewis & Andrea McEwan<br>Thornton Grout Finnigan LLP<br>Suite 3200, 100 Wellington Street West<br>P.O. Box 329<br>Toronto-Dominion Centre<br>Toronto, ON M5K 1K7 | Sheryl E. Seigel<br>McMillan LLP<br>Brookfield Place<br>181 Bay Street, Sutie 4400<br>Toronto, Ontario<br>M5J 2T3 |
| John Salmas, Kenneth Kraft & Sara-Ann Van Allen<br>Heenan Blaikie LLP<br>Bay Adelaid Centre<br>333 Bay Street, Suite 2900<br>P.O. Box 2900<br>Toronto, Ontario M5H 2T4 | Edmond F. B. Lamek<br>James Szumski<br>Borden Ladner Gervais LLP<br>Barristers and Solicitors<br>40 King Street West<br>Toronto, ON M5H 3Y4 |

Lyndon Barnes, Edward Sellers, Betsy Putnam & Adam Hirsh
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place
Sutie 6100
P.O. Box 50
Toronto, Ontario M5X 1B8

Angela Dimsdale Gill, John Tillman & Matthew Bullen
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
United Kingdom

Michael Lang
Norton Rose Canada LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON M5J 2Z4