IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

          Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 10800**

---

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 10, 2013, a copy of the **Joint Objection to the Motion of the UK Pension Claimants to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund** was served as indicated on the attached service list.

Dated: June 10, 2013
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.15

y

**Via Hand Delivery and Email**

Mark Kenney, Esq.
(Mark.Kenney@usdoj.gov)
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
(mary.caloway@bipc.com)
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

James Patton (jpatton@ycst.com)
Edwin Harron (eharron@ycst.com)
John Dorsey (jdorsey@ycst.com)
Jamie Luton Chapman
(jchapman@ycst.com)
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801

Selinda A. Melnik
(selinda.melnik@dlapiper.com)
DLA Piper LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Charlene D. Davis (cdavis@bayardlaw.com)
Justin Alberto (jalberto@bayardlaw.com)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Via Overnight Mail and Email**

Ken Coleman Esq. (ken.coleman@allenovery.com)
Lisa J.P. Kraidin. Esq. (lisa.kraidin@allenovery.com)
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Thomas R. Kreller (tkreller@milbank.com)
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek Adler (adler@hugheshubbard.com)
Neil Oxford (oxford@hugheshubbard.com)
Fara Tabatabai (tabataba@hugheshubbard.com)
Charles Huberty (huberty@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004

Kevin Lloyd (kevin.lloyd@hsf.com)
John Whiteoak (john.whiteoak@hsf.com)
Herbert Smith Freehills LLP
Exchange House
Primrose Street
London EC2A 2HS
England

Marc Abrams (mabrams@willkie.com)
Brian E. O'Connor (boconnor@willkie.com)
Sameer Advani (sadvani@willkie.com)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

D.J. Miller (djmiller@tgf.ca)
Michael Barrack (mbarrack@tgf.ca)
Thornton Grout Finnigan LLP
100 Wellington Street West
Toronto, ON M5K 1K7
Canada