# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG        **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 11, 2013 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) OMNIBUS HEARING (joint hearing with Canada) ;   Pretrial Conference
   **R / M #:**   10,802 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Pretrial Conference -
   **R / M #:**   86 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 7/30/13 @ 10:00 am
#2 - Adjourned to 12/17/13 @ 10:00 am
#3 -  CNO Filed and Order Signed
#4 - Revised - ORDER SIGNED
#5 - Resolved - Revised ORDER SIGNED
#6 -   ORDER SIGNED
#7 -  Pretrial Conference Adv. 11-53454 - Adjourned to 8/21/13 @ 10 AM
#8 - Motion Denied - Order to be submitted to the court