# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 6/11/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DAN GUYDER | Allen & Overy | EY/Canadian Estates |
| LAURA HALL | " | " / Canadian Estates |
| NEIL OXFORD | Hughes Hubbard | EMEA Estates |
| John Dorsey | Young Conaway | EMEA Estates |
| Anne Cordo | Morris Nichols | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb | " |
| Marla Decker | " | " |
| James Bromley | " | " |
| Fred Hodara | Akin Gump | The Committee |
| David Botter | " | " |
| Robert Johnson | " | " |
| Amanda R. Steele | Richards, Layton & Finger | " |
| Selinda A. Melnik | DLA Piper | Canadian Creditors Committee |
| Kathleen Makowski | Pachulski Stang Ziehl Jones | Bond Holders |
| Justin Alberto | Bayard | UK Pension Claimants |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 6/11/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian O'Connor | Willkie Farr | UK Pension Claimants |
| Sameer Advani | '' | '' |
| Mary Caloway | Buchanan Ingersoll & Rooney | Monitor |
| Stephen Miller | Morris James LLP | Law Debenture (Trustee) |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 06/11/2013
Calendar Time: 10:00 AM ET

Amended Calendar 06/11/2013 05:59 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Karen B. Dine | | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Angela Dimsdale Gill | | Hogan Lovells US LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Ltd / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew LeBlanc | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel A. Lowenthal | | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | D.J. Miller | Thornton, Grout & Finnigan | Interested Party, Thornton, Grout & Finnigan / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Javier Schiffrin | Malek Schiffrin LLP | Interested Party, Javier Schiffrin / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Byron Shaw | McCarthy Tetrault LLP | Creditor, Canadian Creditors Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Rebecca J. Song | Napier Park Global Capital | Creditor, Rebecca Song / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Barry Wadsworth | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Mark Zigler | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |