

ONTARIO

# SUPERIOR COURT OF JUSTICE
## COUR SUPÉRIEURE DE JUSTICE

*361 University Avenue*
*Toronto, ON M5G 1T3*

*Telephone: (416) 327-5284 Fax: (416) 327-5417*

# FAX COVER SHEET

**Date: June 11, 2013**

**TO:**

Sherry Scaruzzi

**FAX NO.:**

302-252-2944

**FROM:** The Honourable Mr. Justice Morawetz

**TOTAL PAGES (INCLUDING COVER PAGE):** 2

**MESSAGE:** Counsel Slip for Nortel Hearing.

*The information contained in this facsimile message is confidential information. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address*

Original will NOT follow. If you do not receive all pages, please telephone us immediately at the above number.

# COUNSEL SLIP

COURT FILE NO CV-09-7950-00CL      DATE June 11, 2013

NO ON LIST   1

TITLE OF
PROCEEDING          Nortel Networks Corporation

| COUNSEL FOR:<br>PLAINTIFF(S)<br>APPLICANT(S)<br>PETITIONER(S) | Derrick Tay , Nortel<br>P. Rubby + J. Pasquariello & Ernst & Young<br>Inc, Monitor | PHONE & FAX NOS<br>416 349 1333<br>416-597-4216 (T)<br>416 979-1234 (F. |

| COUNSEL FOR:<br>DEFENDANT(S)<br>RESPONDENT(S) | | PHONE & FAX NOS |

Arthur O Jacques          416-214-5213 (T)
Nortel Continuing Employees   416-214-5413 (F)

Adam Slavens             416.865.7333  T
    Nortel Networks  Inc      416.865.7380  F

Shayne Kukulowicz   416-863-4740 (T)
    For US Committee  416-863-4592 (F)

Ari Kaplan   416-595-2087.
    For CCC / Former & Disabled Employees

Gottlieb, MP > Joint Administrators - Nortel Networks UK Limited  416 644 5355
                                                                  416 598 3730

A. Lokan   > PBGF  T 416 646 4300
M. Starnino          F 416 646 4301

D.J. Miller > UK Pension Claimants   T: 416-304-1616  F: 416-304-1313

R. McLachlan       Bennett Jones LLP        416-777-5393 (T)
                   Informal Nortel Noteholder  416-863-2088  (F).
                   Group.