**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
*In re*                                                  :     Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :     Case No. 09-10138 (KG)
                                                         :
                              Debtors.                   :     Jointly Administered
                                                         :
---------------------------------------------------------X     **Objections Due: July 1, 2013 at 4:00 p.m. (ET)**

**NOTICE OF FIFTY-SECOND INTERIM APPLICATION OF HURON CONSULTING**
**GROUP AS ACCOUNTING AND RESTRUCTURING CONSULTANT TO DEBTORS AND**
**DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND**
**FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013**

Attached hereto is the **Fifty-Second Interim Application of Huron Consulting Group as Accounting and Restructuring Consultant to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2013 through May 31, 2013** (the "Application").

You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 1, 2013 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on the Applicant and on counsel for the Debtors so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 11, 2013
     Wilmington, Delaware

     CLEARY GOTTLIEB STEEN & HAMILTON LLP

     James L. Bromley (admitted *pro hac vice*)
     Lisa M. Schweitzer (admitted *pro hac vice*)
     One Liberty Plaza
     New York, New York 10006
     Telephone:  (212) 225-2000
     Facsimile:  (212) 225-3999

     - and -

     MORRIS, NICHOLS, ARSHT & TUNNELL LLP


     */s/ Ann C. Cordo*
     Derek C. Abbott (No. 3376)
     Eric D. Schwartz (No. 3134)
     Ann C. Cordo (No. 4817)
     Tamara K. Minott (No. 5643)
     1201 North Market Street, 18th Floor
     P.O. Box 1347
     Wilmington, DE  19899-1347
     Telephone:  (302) 658-9200
     Facsimile:  (302) 425-4663

     Counsel for the Debtors and Debtors in Possession

2800497.51