# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MAY 1, 2013 THROUGH MAY 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/14/2013 | Weekly trade payable claims call with J. Croft and K. O'Neill of Cleary. | 0.80 | 420 | 336.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/15/2013 | Employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 5/23/2013 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/15/2013 | Reviewed employee claim omnibus objection analysis provided by M. Cilia of RLKS. | 2.10 | 420 | 882.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/17/2013 | Reviewed employee claim objection comments provided by J. Croft of Cleary and updated analyses accordingly. | 2.50 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/20/2013 | Reviewed employee claim objection comments provided by M. Cilia of RLKS. | 1.70 | 420 | 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/21/2013 | Updated employee claim objection analysis and provided to working team. | 2.00 | 420 | 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/29/2013 | Updated thirty-first omnibus objection analysis and provided to A. Tsai of Epiq. | 2.10 | 420 | 882.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/29/2013 | Updated thirty-second omnibus objection analysis and provided to A. Tsai of Epiq. | 2.30 | 420 | 966.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/29/2013 | Updated thirty-third omnibus objection analysis and provided to A. Tsai of Epiq. | 2.20 | 420 | 924.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 5/31/2013 | Worked with A. Tsai of Epiq to prepare next rounds of omnibus objection exhibits. | 2.90 | 420 | 1,218.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/9/2013 | Updated monthly fee application exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/9/2013 | Updated monthly fee application documents and provided to Huron MD for review. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 5/30/2013 | Updated 17th quarterly fee app and provided to Huron MD for review and signature. | 2.00 | 420 | 840.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/14/2013 | Nortel - review and sign-off monthly application, discuss with Huron manager. | 0.40 | 725 | 290.00 |
| 6 | Retention and Fee Applications | James Lukenda | 5/29/2013 | Nortel - review and sign-off 17th quarterly application, coordinate filing with Huron manager. | 0.40 | 725 | 290.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/1/2013 | Updated employee claims analysis per request of M. Cilia of RLKS. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/2/2013 | Prepared employee claim documentation exhibit per request of J. Croft of Cleary. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/6/2013 | Investigated employee claims items and followed up with L. Bagarella of Cleary. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2013 | Updated employee claims analysis and provided to working team. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/7/2013 | Updated employee claims analysis summary. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/10/2013 | Updated employee claim analysis. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2013 | Updated employee claims analysis and reconciled against claims database. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/13/2013 | Updated employee claims analysis with revised claims database information. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/15/2013 | Reviewed employee claim settlement letter analysis provided by M. Cilia of RLKS. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2013 | Reviewed employee claim communication analysis per request of M. Cilia of RLKS. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2013 | Analyzed employee claim objection analyses provided by M. Cilia of RLKS. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/16/2013 | Updated employee claims analysis and provided to M. Cilia of RLKS. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2013 | Reviewed and updated employee claim communication analysis based on comments from J. Croft of Cleary. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/20/2013 | Investigated employee claim items per request of J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2013 | Reviewed and updated employee claim communication documents analysis. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/21/2013 | Updated employee claims analysis per comments from working team. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/22/2013 | Reconciled employee claims analyses and updated analysis accordingly. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/30/2013 | Updated employee claims analysis per comments from M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 5/31/2013 | Updated employee claims analysis and comments from J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 5/14/2013 | Nortel - review status of work stream, correspondence, case status | 0.40 | 725 | 290.00 |