# Exhibit B

**Nortel Exhibit B-Expense Details May 1, 2013 through May 31, 2013**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | $ - |