# Exhibit A

"HR Shared Services U.S. – Termination Notification", 2010

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Peter Lawrence

GLOBAL ID: 0466816

TERMINATION EFFECTIVE DATE: 2010/08/31

ENTITY: LTD    DEPT: RP14

BENEFITS END DATE: 2010/08/31

EMPLOYEE STATUS:  Full Time: F
                                       Part Time:

CONTINUOUS SERVICE DATE : 1993/05/24

LOCATION : H44

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: VMMH

16295 VIA VENETIA W.
DELRAY BEACH
FL 33484

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE: 33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

### WITHHOLDINGS & AMOUNTS OWED
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Peter Lawrence

Employee Number: 0466816

Continuous Service Date: 1993/05/24

Severance Eligibility Date: 1993/05/24

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/01/25

Employee Home Address:

16295 VIA VENETIA W.
DELRAY BEACH
FL    33484

Severance Period (for employees with at least 6 months of service): 21
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636