Peter Lawrence            **0466816**            **12/01/2012**            Page2

# DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at 919-905-9351 or toll-free at 1-800-676-4636

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|---|---|---|---|---|
| Lawrence, Susan | xxx-xx-2106 | Spouse | F | 12-16-1957 |

Peter Lawrence

16295 Via Venetia W.

Delray Beach, FL 33484