IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: June 15, 2013 at 10a.m. |
| | ) Hearing Date: June 25, 2013 at 10 a.m. |
| | RE: Docket #s 10741, 10406, 10375 |

## JOINDER OF Michael S. McWalters IN SUPPORT OF MARK JANIS' MOTION (DOCKET NO. 10741) "COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE"

Michael S. McWalters signed herein, Long-Term Disabled Employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Joinder in support of Mark Janis' motion compelling Debtors to issue payment for Severance per Nortel Networks Severance Allowance Plan upon Debtors termination of my employment on June 30, 2013.

### Summary Statement

I *agree* and *support* Mark Janis' filing as *I too am contractually due Severance from the Debtors*:

- Severance is a *stand-alone* benefit that was promised me as a Nortel Employee upon my hire.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- I too am a Nortel Employee being terminated post-petition with the underpinning that the Debtors are winding down business and continue to reduce their entire workforce. The fact that I am being terminated now versus at the end-of-the bankruptcy is the result of the LTD Settlement; the underlying reason remains workforce reduction with no job to return to.
- Debtors are paying employees terminated post-petition at a rate of 100% expected Severance.
- Debtors carved out Severance benefits from the LTD Settlement Agreement; this *implies a continued right to Severance*.
- Debtors documented their Severance liability *on two additional occasions that I am due Severance and retain my full-time employee status per Nortel*. In my 2010 termination notice wherein Debtors specified on an *individual basis*, the Severance "Number of weeks to Commence Following Termination Date" as well as my "Employee Status: Full Time:F". In the 2013 LTD Retirement Election form, the Debtors require me to waive my right to Severance should I wish to Retire; this waiver request was directed to LTD Employees.
- I retain my status as a full-time employee of Debtors per Nortel's Severance Allowance Plan. An authorized leave of absence is defined as *not* being a 'break' in employment. As a full-time employee, I was granted an approved medical leave of absence when I became disabled.
- During my authorized medical leave of absence:
  - I continue to accrue a full-week of Severance for each anniversary of my date of hire and *at the rate of the full-time work schedule I was regularly scheduled prior to disability*. Severance is a benefit *based upon years of service prior* to termination.
  - In keeping with my employee status, I currently receive benefits *offered only to other full-time employees* such as medical, dental/vision/hearing, life and ad&d insurance.

- Upon Debtors termination of my employment on June 30th, Severance due me is $ 32,000.

- See attached claim number 7348

- Date: 6/7/2013        x Michael S. McWalters

    Michael S. McWalters,
    POB 338
    Alviso, CA 95002
    *Appearing Pro Se*

# PROOF OF CLAIM

United States Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

In Re:
Nortel Networks Inc., et al.
Debtors.

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

Name of Debtor Against Which Claim is Held: **NNI**
Case No of Debtor: **09-10138**

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000007348

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Michael McWalters
POB 338
Alviso, CA 95002

Telephone number: 405-262-4436    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **865,458**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **LTD W age 65**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: **7/10/10**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **Michael McWalters**

FOR COURT USE ONLY

FILED / RECEIVED
JUL 15 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit  L (2 of 2)
019336-02-71-02-0-0-0-0

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA    PA   19176
800-842-1718

Date: June 24, 2010

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL# 0039900
CLAIM# 10284102
ID#

CLAIMANT  MICHAEL S MCWALTERS

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,290.15 | 06/01/2010 | 06/30/2010 |
| - Medical | 45.62 | BENEFIT AMOUNT | 2,290.15 |
| - Dental | 20.12 | LESS OFFSET | 0.00 |
| - Mandatory FIT W4 | 249.67 | ADD'L BENEFITS | 0.00 |
| | | | 2,290.15 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 2,290.15 |
| | | LESS DEDUCTIONS | 315.41 |
| | | AMOUNT PAYABLE | 1,974.74 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Deposit Amount:    $1,974.74

Date: June 24, 2010

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking |  | $1,974.7 |

To the Account of

MICHAEL MCWALTERS

This is not a Check.

Not Negotiable

| Year | Annual LTD Benefit | COLA .05 Annual | Total Salary | Balance of Benefit at at 65 |
|---|---|---|---|---|
| 2011 | 28579 | 1428.95 | 30007.95 | |
| 2012 | 30007 | 1500.35 | 31507.35 | |
| 2013 | 31507 | 1575.35 | 33082.35 | |
| 2014 | 33082 | 1654.1 | 34736.1 | |
| 2015 | 35102 | 1755.1 | 36857.1 | |
| 2016 | 36506 | 1825.3 | 38331.3 | |
| 2017 | 38331 | 1916.55 | 40247.55 | |
| 2018 | 40247 | 2012.35 | 42259.35 | |
| 2019 | 41063 | 2053.15 | 43116.15 | |
| 2020 | 42705 | 2135.25 | 44840.25 | |
| 2021 | 44840 | 2242 | 47082 | |
| 2022 | 47082 | 2354.1 | 49436.1 | |
| 2023 | 49436 | 2471.8 | 51907.8 | |
| 2024 | 51907 | 2595.35 | 54502.35 | |
| 2025 | 54502 | 2725.1 | 57227.1 | |
| 2026 | 54031 | 2701.55 | 56732.55 | |
| 2027 | 56732 | 2836.6 | 59568.6 | |
| 2028 | 58439 | 2921.95 | 61360.95 | |
| 2029 | 61360 | 3068 | 64428 | |
| $835,458.00 | | | | 835458 |
| Plus 30 weeks severence pay of $52,000 | | 30,000.00 | | 865458 |

COLA is an AVG over the last 15 years COLA is a Cost Of Living Adjustment



Michael McWalters
PO Box 338
Alviso, Ca. 95002-0338

7009 1410 0000 5470 5432

CERTIFIED MAIL

US Bankruptcy Court of the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptch Solutions, LLC
FDR Station, PO Box 5075
New York, NY 10150-5075

U.S. POSTAGE
SANTA CLARA, CA
95054
JUL 12, '10
AMOUNT
$3.24
00044463-03

JUL 15 2010