# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
              Debtors. :
: **RE: D.I.s 10598, 10800**
:
---------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING THE PROPOSED ORDER DENYING THE MOTION OF THE UK PENSION CLAIMANTS TO STRIKE THE JOINT OBJECTION TO THE AMENDED PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS UK PENSION PLAN) AND THE BOARD OF THE PENSION PROTECTION FUND

      I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed *Order Denying The Motion Of The UK Pension Claimants To Strike The Joint Objection To The Amended Proofs Of Claim Filed By The Nortel Networks UK Pension Trust Limited (As Trustee Of The Nortel Networks UK Pension Plan) And The Board Of The Pension Protection Fund* (the "Proposed Order"), attached as **Exhibit A** hereto:

      1.     On May 20, 2013, the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(the "PPF," and together with the Trustee, the "U.K. Pension Claimants") filed the *Motion to Strike the Joint Objection to the Amended Proofs of Claim* [D.I. 10598].

2. On June 10, 2013, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession, and the Official Committee of Unsecured Creditors (collectively, the "US Interests") filed the *Joint Objection to the Motion to Strike the Joint Objection to the Amended Proofs of Claim* [D.I. 10800] (the "Objection").

3. On June 11, 2013, the Court held a hearing on the Motion and for the reasons set forth on the record at the hearing denied the Motion. The Court requested that the Debtors submit a proposed form of order under certification of counsel.

4. Attached hereto as **Exhibit A** is the Proposed Order which reflects the Court's ruling on the record. The Proposed Order has been circulated to the US Interests and the U.K. Pension Claimants and the Debtors are not aware of any objections to the entry of the Proposed Order.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: June 12, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |