**<u>Exhibit A – Proposed Order</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
                                     :       Chapter 11
:
*In re*                                 :       Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]        :
:       Jointly Administered
                    Debtors.       :
:       **Re: Docket No. 10598, 10800**
:
:
-----------------------------------------------------------X

**ORDER DENYING THE MOTION OF THE UK PENSION CLAIMANTS
TO STRIKE THE JOINT OBJECTION TO THE AMENDED PROOFS OF CLAIM
FILED BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED
(AS TRUSTEE OF THE NORTEL NETWORKS UK PENSION PLAN)
AND THE BOARD OF THE PENSION PROTECTION FUND**

Upon consideration of the *Motion to Strike the Joint Objection to the Amended Proofs of Claim* [D.I. 10598] (the "Motion") filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund, the *Joint Objection to the Motion to Strike the Joint Objection to the Amended Proofs of Claim* [D.I. 10800] filed by Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession, and the Official Committee of Unsecured Creditors, and the record of the hearing held on June 11, 2013 (the "Hearing");

IT IS HEREBY ORDERED THAT:

1.       For the reasons set forth on the record at the Hearing, the Motion is **DENIED**.

---

[1]     The US Debtors in these chapter 11 cases, along with the last four digits of each US Debtor's tax identification number, are:  Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).  Addresses for the US Debtors can be found in the US Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.       The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: _____, 2013
          Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE