IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Objection Deadline:** June 15, 2013 at 10a.m. |
| | ) **Hearing Date:** June 25, 2013 at 10 a.m. |
| | **RE: Docket #s** 10741, 10406, 10375 |

### JOINDER OF Janette M. Head IN SUPPORT OF MARK JANIS' MOTION (DOCKET NO. 10741)
### "COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE"

Janette M. Head signed herein, Long-Term Disabled Employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Joinder in support of Mark Janis' motion compelling Debtors to issue payment for Severance per Nortel Networks Severance Allowance Plan upon Debtors termination of my employment on June 30, 2013.

### Summary Statement

I *agree* and *support* Mark Janis' filing as *I too am contractually due Severance from the Debtors*:

- Severance is a *stand-alone* benefit that was promised me as a Nortel Employee upon my hire. I too am a Nortel Employee being terminated post-petition with the underpinning that the Debtors are winding down business and continue to reduce their entire workforce. The fact

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

that I am being terminated now versus at the end-of-the bankruptcy is the result of the LTD Settlement; the underlying reason remains workforce reduction with no job to return to.

- Debtors are paying employees terminated post-petition at a rate of 100% expected Severance.
- Debtors carved out Severance benefits from the LTD Settlement Agreement; this *implies a continued right to Severance.*
- Debtors documented their Severance liability *on two additional occasions that I am due Severance and retain my full-time employee status* per Nortel. In my 2010 termination notice wherein Debtors specified on an *individual basis*, the Severance "Number of weeks to Commence Following Termination Date" as well as my "Employee Status: Full Time:F". In the 2013 LTD Retirement Election form, the Debtors require me to waive my right to Severance should I wish to Retire; this waiver request was directed to LTD Employees.
- I retain my status as a full-time employee of Debtors per Nortel's Severance Allowance Plan. An authorized leave of absence is defined as *not* being a 'break' in employment. As a full-time employee, I was granted an approved medical leave of absence when I became disabled.
- During my authorized medical leave of absence:
    - I continue to accrue a full-week of Severance for each anniversary of my date of hire and *at the rate of the full-time work schedule I was regularly scheduled prior to disability.* Severance is a benefit *based upon years of service prior* to termination.
    - In keeping with my employee status, I currently receive benefits *offered only to other full-time employees* such as medical, dental/vision/hearing, life and ad&d insurance.
- Upon Debtors termination of my employment on June 30th, Severance due me is $ 50,215.

Date: June 11, 2013

x /s/ Janette M. Head
Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110
*Appearing Pro Se*



# United States Benefits
# Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Janette Head |
| Global ID: | 0188732 |
| Date of Birth: | 08/23/1955 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 76800.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.78 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 501.54 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 143.29 | $3,725.54 | 10,036.52 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 2x Benefits Earnings | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional Employee Life Insurance** | | | |
| 2x BENE Earnings Non-Smoker | $ 19.33 | $ 502.58 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 3.14 | $ 81.64 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 2x Benefits Earnings Single | $ 0.78 | $ 20.28 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 23.25 | $ 604.50 | $ 0.00 |

* If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.