# EXHIBIT A

# Nortel Networks Severance Allowance Plan

As Amended Effective: January 1, 2010
Modified: January 21, 20010

# U.S. - BENEFITS

# Nortel Networks Severance Allowance Plan
# Summary Plan Description
# 2010

## Contents

- Introduction
- Eligibility
    1. Does the Plan cover me?
    2. How do I determine if I am a Full-time or a Part-time Employee who is covered under the Plan?
    3. Under what circumstances will I qualify for a severance allowance?
    4. If my employment is terminated due to a "reduction in force," in what cases will I not qualify for a severance allowance?
    5. If I wish to terminate my employment as a result of receiving notification of the "reclassification" of my current position, will I qualify for a severance allowance?
    6. If my employment is terminated due to a "business transaction", in what cases will I not qualify for a severance allowance?
    7. What is "base weekly salary"?
- Severance Allowance Benefits
    8. How much will my severance allowance be?
    9. How is my length of Service determined?
    10. How will I receive my severance allowance?
    11. What happens if I die before receiving full payment of my severance allowance?
    12. If I qualify for a severance allowance, am I eligible for any other benefits?
    13. Can I continue the benefits identified in Question 12 beyond the periods described in that Question?
    14. What happens if I am reemployed by an Employer or an Affiliate?
    15. What happens if I am receiving severance allowance payments and become employed by an entity other than the companies described in Question 14?

- 16. <u>What happens if I am receiving severance allowance payments and am offered and refuse reemployment by an Employer or an Affiliate?</u>
- 17. <u>What happens if, after having received a severance allowance, I am subsequently reemployed by an Employer or an Affiliate and, after reemployment, I am again terminated from employment under circumstances where I qualify for a severance allowance?</u>
- 18. <u>Other than applicable federal, state and local tax withholding, will any other deductions be made from my severance allowance?</u>
- 19. <u>What happens if I move after I terminate employment and you are unable to locate me to make severance allowance benefit payments?</u>

- Administrative Information
- Glossary

# Introduction

The Nortel Networks Severance Allowance Plan (Plan), administered by Nortel Networks Inc., was established to provide a severance allowance to assist certain terminated employees.

**Employer Identification Number:**

The employer identification number assigned to Nortel Networks Inc. by the IRS is #04-2486332.

**Agent for Service of Legal Process:**

The agent for service of legal process is:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**Plan Identification:**

Formal Plan name: Nortel Networks Severance Allowance Plan
Plan Type: Welfare Plan
Plan Number: 507
Funding Method: Self funded
*Claims Administrator: HR Shared Services*
*Contribution Source: Nortel Networks Inc.*

This is a brief description of the severance allowance plan document as of January 1, 2010. This description serves as a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA).

PLEASE NOTE: Severance Plan Payments were suspended in accordance with the Nortel Bankruptcy filing on January 16, 2009.

For further information on the claims process in the U.S. and other information concerning the chapter 11 proceedings, you can contact the U.S. claims agent, Epiq Bankruptcy Solutions, LLC, at 1-866-897-6435 or go to the U.S. claims agent website at http://chapter11.epiqsystems.com/nortel.

This SPD summarizes the official plan document of the Severance Allowance Plan. We have tried to write this summary in clear, understandable and informal language. However, you should refer to the official plan document for more detailed information about the Plan. In the event of any conflict between the information we have summarized here and the official plan document, the plan document will control. The Plan may be amended or terminated at any time.

Please note that certain key words are capitalized throughout this document. These words are identified and defined in the Glossary section at the end of this document.

## Eligibility

### 1. Does the Plan cover me?

The Plan covers you if you are a Full-time or Part-time Employee of Nortel Networks Inc. (NNI) or one of the U.S. subsidiaries or Affiliate of NNI or Nortel Networks Corporation (NNC) that has adopted the plan. You must also have a total of at least six months of Service to qualify for a benefit. Some classes of Employees and other individuals who provide services to the Employers are not covered by the Plan. See Question 2 below for a description of which classes are excluded and for a description of Full-time and Part-time Employee.

### 2. How do I determine if I am a Full-time or a Part-time Employee who is covered under the Plan?

Generally, a Full-time Employee is one who is regularly scheduled to work at least 35 hours per week. A Part-time Employee is regularly scheduled to work at least 20 hours per week but less than 35 hours per week. Employees who are covered under separate severance arrangements with their Employer are excluded. The Plan also excludes certain categories of employees. Refer to the definition of "Employee" in the Glossary in this document for a detailed definition of "Employee" and list of exclusions.

### 3. Under what circumstances will I qualify for a severance allowance?

If the Plan covers you (see Question 1), you will normally qualify for a severance allowance when your employment is terminated:

a. as part of a "reduction in force[1]", or
b. a "business transaction[2]", or
c. when it is otherwise initiated by your Employer, or
d. when it is initiated by you following notification of the "reclassification[3]" of your current position,

unless one of the circumstances described below applies.

[1] *A "reduction in force" is a reduction in your Employer's work force or the elimination or consolidation of jobs by your Employer.*

[2] *A "business transaction" is a divestiture or a spin-off of a business, creation of a joint venture, an outsourcing transaction or any other similar transaction.*

[3] *A "reclassification" is the reclassification of your current position to a lower Job Complexity Indicator/Job Family Compensation Structure ("Job Complexity Indicator/Market Reference Range" prior to April 8, 2002) ("JCI/JFCS") as a result of changes to the duties, responsibilities or scope of that position. The benefits under this plan that apply to "reclassification" situations shall not apply to reclassifications that occur for reasons other than those stated here.*

Specifically, you will not qualify for a severance allowance if:

- the Plan Administrator determines your employment termination arises out of conduct and/or inaction by you which was not in the best interests of your Employer; for example your refusal to submit to a background check or drug or alcohol test as required by employer or your failing to meet the standards of an employer background check or failing the drug or alcohol test.
- you have released or waived your rights under this Plan in exchange for benefits or compensation to which you were not otherwise entitled; or
- you fall under one of the exceptions described in Questions 4, 5 or 6 below.

If you otherwise qualify for a severance allowance, it will not be paid unless: you sign a document within the specified time that contains a release and restrictive covenant provision along with other provisions as required by the Plan; you refrain from revoking that release; and you remain an Employee through your employment termination date. Severance allowance owed to you under this Plan may be reduced by any amount determined by the Plan Administrator to be owed to your Employer as of your employment termination date. Such amounts shall include, but not be limited to, any advances, loans, overpayments, excess commissions, any other monies or Employer property not returned immediately upon employment termination (including, but not limited to, tools, computers, and identification badges). Your Employer may recoup such amounts from the severance allowance by not commencing payment of the severance allowance, terminating the payment of severance allowances that have commenced, or reducing the amount of any severance allowance.

Note: Nortel, at its sole discretion, may choose to waive the requirement for an employee to sign a document that contains a release and restrictive covenant in order to receive a severance allowance. If Nortel waives its right to required a release, it will not affect an employee's right to receive a severance allowance under the Plan.

**4. If my employment is terminated due to a "reduction in force," in what cases will I not qualify for a severance allowance?**

You will not qualify for a severance allowance if:

a. you are offered and accept any other position as a Full-time or Part-time Employee with an Employer or an Affiliate; or

b. you are given notice of employment termination and your employment is terminated, and prior to that employment termination, you are :

i) offered and you refuse another Full-time or Part-time Employee position, as applicable, with an Employer or an Affiliate, for which you are qualified, as long as the position offered is in the same location or in a location that is no more than 25 miles further than the location of your former position, and

ii) the position offered has a "base weekly salary" not less than 80% of your former "base weekly salary." (See Question 7 for definition of "base weekly salary.")

The "notice of employment termination" referred in "b" above may include a notice that your position has been identified for elimination and provides for continued employment in a position determined by your Employer.

**5. If I wish to terminate my employment as a result of receiving notification of the "reclassification" of my current position, will I qualify for a severance allowance? (See Question 3 for definition of "reclassification").**

You will qualify for a severance allowance except in the following circumstances:

a. prior to your employment termination, you are offered and accept any other position as a Full-time or Part-time Employee with an Employer or an Affiliate; or
b. after March 31, 2002, you are notified of the "reclassification" and refuse the offer of the "reclassified" position or another Full-time or Part-time Employee position, as applicable, at the same or a different JCI/JFCS, with an Employer or an Affiliate, for which you are qualified (as long as the position or "reclassified" position offered is in the same location or in a location that is no more than 25 miles further than the location of your former position, and with a "base weekly salary" not less than 80% of your former "base weekly salary".

### 6. If my employment is terminated due to a "business transaction", in what cases will I not qualify for a severance allowance?

You will not qualify for a severance allowance if:

a. you are offered and accept any position as a Full-time or Part-time Employee with the company involved in the transaction with your Employer (or any subcontractor or affiliate of that company); or
b. you are offered and refuse a Full-time or Part-time Employee position, as applicable, with the company or related companies described in a) above for which you are qualified, in the same location or in a location that is no more than 25 miles further than the location of your former position, and with a "base weekly salary" not less than 80% of your former "base weekly salary".

### 7. What is "base weekly salary"?

It is your basic gross weekly salary on the day prior to your employment termination date, as determined solely by the Plan Administrator, excluding any other compensation (such as, but not limited to, overtime, bonus or incentive compensation, relocation payments, Global Sales Compensation MAVP/RVP 50-50 Incentive Plan earnings or the value of any other compensation or benefits). If the compensation for your position includes sales commissions and/or sales bonuses, your "base weekly salary" is determined by dividing your Total Targeted Compensation (basic gross annual salary plus target incentives paid at 100% annual objectives, but excluding sales bonuses, sales commissions, or incentive compensation payments earned or paid, overtime pay, interest differential payments or other relocation allowances, Global Sales Compensation MAVP/RVP 50-50 Incentive Plan earnings, or the value of any other compensation or benefit) by 52. If you are a Part-time Employee, your "base weekly salary" is calculated on the basis of the number of hours in your regular, normal work schedule.

The Plan Administrator compares your "base weekly salary" in effect on the day before your termination to the "base weekly salary" of the position which you are offered to determine if the 80% test stated in Questions 4, 5, or 6 respectively, are met.

### Severance Allowance Benefits

### 8. How much will my severance allowance be?

Your severance allowance is normally equal to four weeks of your "base weekly salary", plus one additional week of that "base weekly salary" for each year of your Service. The Plan Administrator can authorize additional severance allowance in its discretion in certain circumstances. Under no circumstances will a person's total severance allowance exceed twice the person's total annual compensation for the year prior to termination.

### 9. How is my length of Service determined?

Your Service is the total of your periods of employment with an Employer or Affiliate. Such period will include employment with a previous employer who became an Employer or Affiliate due to a merger or other acquisition transaction if you were employed by that previous employer on the effective date of the merger or other acquisition. In calculating years of Service, a partial year of service exceeding six (6) months constitutes a full year of Service. Service is counted based on your service anniversary date (not calendar year). If you have a "break" in your period of employment of more than 30 days, your period of employment before the "break" will not be counted as Service for purposes of calculating your severance benefit unless you have been back at work the required period of time. The period you must be back at work to have the "pre-break" employment counted is the lesser of the period of your break or one year. Medical and other authorized leaves of absence are not considered to be "breaks" in employment. If you are a rehire whose employment is being terminated and again qualify for a severance allowance, the Service used to calculate any severance allowance paid in connection with your earlier termination of employment from this Plan, any predecessor plan, or any other severance plan, procedure or agreement will be <u>excluded</u> in determining the Service to be applied in calculating the severance allowance payable in connection with any subsequent termination of employment. In calculating Service to determine any current severance benefit the date of your reemployment following your earlier date of termination shall commence the period to be used in any severance benefit calculation, if you received severance allowance or monetary payment pursuant to this Plan, any predecessor plan, or any other plan, procedure or agreement.

**10. How will I receive my severance allowance?**

You will receive your severance allowance payments in installments on the same paydays used during your employment. The total payment may not be made for more than 24 months after termination. Your severance allowance is subject to applicable federal, state and local income tax withholding.

**11. What happens if I die before receiving full payment of my severance allowance?**

The balance of your severance allowance will be paid in a single lump sum to the beneficiary or beneficiaries most recently designated by you under the group term life insurance coverage provided under the Nortel Networks FLEX Benefits Program. If no beneficiary was designated, it will be paid to your estate.

**12. If I qualify for a severance allowance, am I eligible for any other benefits?**

Yes. When you terminate, you may elect to continue either all or none of the following benefits (you may not elect to continue one without the others): the group term life insurance; accidental death and dismemberment insurance (AD&D); medical benefits; dental/vision/hearing care benefits; Employee Assistance Program (EAP) benefits; and Health Care Reimbursement Account (HCRA) as provided in the Nortel Networks FLEX Benefits Program in which you and your dependents (including, for health care coverage

purposes only, domestic partners) were enrolled at the time of termination. For terminating expatriate Employees, the International Health Services Plan ceases and the U.S. FLEX medical benefits and dental/vision/hearing care benefits will apply at the time of termination.

You may continue these benefits until the latest of:

   a. 90 days following employment termination;
   b. the end of the period calculated for payment of a severance allowance as described in Question 8 above; or
   c. the day before your retirement under the applicable Nortel Networks retirement plan in which you are a member on the first day of the month after the end of the period calculated for payment of your severance allowance.

> Note: You and any eligible dependents must be covered under the Nortel Networks medical benefits plan for active employees immediately prior to your retirement start date to be eligible for the Nortel Networks Retiree Medical Plan.

Your premiums, which will continue at active employee contribution rates (as determined by the Employer), will be deducted from your severance allowance payments. If you elect to continue this coverage, you will not be permitted to change it or to revoke it unless there is an annual enrollment period or you experience a qualified Status Change as defined in the Employer's benefit plan documents. Your other option is to revoke your health care benefits and group term life insurance benefit coverage at the time of your termination of employment. If you revoke your health care benefits and group term life insurance benefit coverage at the time of your termination of employment, or during your severance allowance period, these benefits cannot be reinstated. See Question 12 for COBRA information.

13. **Can I continue the benefits identified in Question 12 beyond the periods described in that Question?**

If you elect to terminate the above listed coverage in which you and your dependents are enrolled at the time your employment terminates, or during your severance allowance period, you will be permitted to continue your health care coverage at 102% of the full premium for the period required by the Consolidated Omnibus Budget Reconciliation Act (COBRA).

If you choose the alternative to continue all coverage at the active employee contribution rate for the period described in Question 12, you will still have the opportunity under COBRA to continue health care coverage in which you and your dependents are enrolled after the continuation period described in Question 12 ends. However, the COBRA continuation period will be reduced by the period during which you continued coverage at the active employee contribution rate.

Group term life insurance and AD&D insurance cannot be continued beyond the period described in Question 12. You may have the opportunity to convert your group term life insurance to an individual policy. AD&D insurance cannot be converted to an individual policy.

Travel Well (Health Benefits Abroad) coverage for business/personal travel will end at your termination date. However, you may continue the Health Benefits Abroad emergency medical, dental/vision/hearing care coverage for personal travel throughout the COBRA period at COBRA rates.

COBRA coverage will be explained in more detail in a COBRA enrollment package that will be sent to you at the appropriate time following your termination.

### 14. What happens if I am reemployed by an Employer or an Affiliate?

If you are receiving a severance allowance in installments and are reemployed, your remaining unpaid installments will stop as of your reemployment date. Those remaining unpaid installments will be forfeited. If you received your severance allowance in a lump sum, you must repay the Employer an amount based on the number of unexpired weeks between your reemployment date and the end of the severance period. The other benefits described in Question 12 will also end. Any benefits under plans maintained by the Nortel Employer that rehires you will be determined by the provisions of those plans.

### 15. What happens if I am receiving severance allowance payments and become employed by an entity other than the companies described in Question 14?

Your severance allowance will be unaffected. In other words, you will not forfeit your severance allowance. If you elected to continue benefits as described in Question 12, that coverage may be continued throughout your severance period. COBRA continuation coverage, described in Question 13, however, will end when you become covered by another group health plan, provided that the other group health plan does not have a pre-existing condition limitation affecting the covered person.

### 16. What happens if I am receiving severance allowance payments and am offered and refuse reemployment by an Employer or an Affiliate?

The obligation to pay any unpaid amounts under this Plan stops as of the date you refuse the reemployment offer for a position as a Full-time or Part-time Employee, as applicable, as long as the position offered is one for which you are qualified, is located in the same location or in a location that is no more than 25 miles further than the location of your former position, and which has a "base weekly salary" not less than 80% of your former "base weekly salary". The remaining unpaid installments will be forfeited. If you received your severance allowance in a lump sum you must repay your Employer an amount based on the number of unexpired weeks remaining between your reemployment date and the end of the period. If you elected to continue group term life insurance and

health care coverage as described in Question 12, those benefits will be unaffected by your rejection of the job offer.

**17. What happens if, after having received a severance allowance, I am subsequently reemployed by an Employer or an Affiliate and, after reemployment, I am again terminated from employment under circumstances where I qualify for a severance allowance?**

The length of Service used to determine your severance allowance paid for your earlier termination is excluded in determining the length of Service for your later termination. See Question 9 response for more detail on how Service is calculated and exclusions.

**18. Other than applicable federal, state and local tax withholding, will any other deductions be made from my severance allowance?**

Yes. Premiums for continued benefit coverage as described in Question 12 will be deducted from your severance payment(s). Also, if the Plan Administrator determines that you owe any money or property to your Employer including, but not limited to, advances, loans, overpayments, excess commissions, unpaid credit card balances, unreturned badges, computers, etc., your severance allowance may be withheld in part or in whole. The withholding of your severance allowance may also result in discontinued benefit coverage or other entitlements such as continued service accrual or stock option exercise capability. In addition, your severance allowance will be offset by any other severance, redundancy, pay in lieu of notice or termination payment including, but not limited to, any amounts paid as a result of federal, state, local or foreign government worker notification (e.g. U.S. Worker Adjustment and Retraining Notification Act) or office closing requirements, any amounts owed you due to a preexisting contract (unless the contract specifically provides otherwise) and amounts paid to you during a temporary layoff status (often referred to as a furlough) which immediately precedes the commencement of severance allowance payment(s).

**19. What happens if I move after I terminate employment and you are unable to locate me to make severance allowance benefit payments?**

It is important for you to report any address change to the appropriate Nortel Networks Employer. If a benefit payment is not made because a participant cannot be located after a reasonable and diligent effort, the benefit and any income that may accrue thereon shall be forfeited to the Plan on the first anniversary date when the benefit became payable.

## Administrative Information

This section provides administrative details about this plan, such as how to file a claim, how to appeal a denied claim, your ERISA rights, and how Nortel Networks Inc. may amend the plan.

**How to File a Claim:**

The claims filing process and the appeal of denied claims process is different for this plan. For the Severance Allowance Plan, the Human Resources Associates for your business unit routinely submit claims for severance benefits for terminating employees who qualify. If you believe that you qualify for a benefit, but a claim is not filed on your behalf, you can file a claim directly by writing to the Plan Administrator at the address below:

Plan Administrator
c/o HR Shared Services
P.O. Box 13010,
Dept. 7094, Mail Stop 570/02/0C2
Research Triangle Park, NC 27709-3010
919-905-9351
1-800-676-4636
ESN 355-9351

Overnight delivery packages should be sent to:

Plan Administrator
c/o HR Shared Services
Dept. 7094, 4001 E. Chapel Hill-Nelson Highway
Research Triangle Park, NC 27709.

The Plan Administrator will determine if you qualify for a benefit under the Plan. If a determination is made that you are not entitled to a benefit, you will be notified by certified mail or by electronic notification of the reason(s) for denial, including reference to the part of the Plan on which the decision is based. This notification will be given within a reasonable period of time but no later than 90 days after the receipt of your claim by the Plan Administrator, unless special circumstances require an extension of time for processing. If that is the case, written notice of the extension shall be sent to you within the initial 90 day period. The extension notice will explain why an extension is required and will indicate when the Plan Administrator expects to make a determination. This notification will provide the specific reason for the determination and will reference the specific plan provisions on which the determination is based. The notification will also indicate if any additional material or information is required from you and will include a description of the Plan's review procedures and a statement of your rights under ERISA following an adverse benefit determination on review.

**How to Appeal a Denied Claim:**

If you do not agree with the initial adverse decision, you have 60 days after receiving that notice in which to submit (by certified mail) an appeal with additional materials that support your claim. That information should be submitted to the Employee Benefits Committee at the address provided below. At your request, and free of charge, you will

be provided with reasonable access to, and copies of, all documents, records and other information relevant to your claim for benefits. The Employee Benefits Committee will then make a final decision on your appeal at a meeting of the Committee immediately following receipt of your request for a review, unless the request is filed within 30 days preceding the date of the meeting. In that case, the decision will be made at the second meeting following the receipt of your request for a review. If special circumstances require an extension of time for processing, a decision will be made at the third meeting of the Committee following your request for review. If this extension is required, you will be notified in writing of the extension, describing the special circumstances and the date that the decision will be made. You will be advised in writing by certified mail or electronic notification of the results as soon as possible but no later than five days after the benefit determination is made. This notification will include the specific reason for the denial, reference to the specific plan provisions on which the determination is based, a statement that you are entitled to receive, upon request, and free of charge, reasonable access to, and copies of, all documents, records and other information that is relevant to your claim for benefits. No further administrative appeals are available after the Employee Benefits Committee reaches its decision. However, you do have the right to bring a civil action under ERISA Section 502(a) following such an adverse benefit determination on final review of a denied claim once you have exhausted all of your administrative appeals.

Employee Benefits Committee
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
RTP, NC 27709

**Your ERISA Rights**

Employees covered by the Severance Allowance Plan are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

*Receive Information About Your Plan and Benefits*

Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements,

and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

*Prudent Actions by Plan Fiduciaries*

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

*Enforce Your Rights*

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

*Assistance with Your Questions*

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200

Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

## ⬆Glossary

| | |
|---|---|
| Affiliate: | shall mean Nortel Networks Corporation and any company wholly or partially owned, directly or indirectly, by Nortel Networks Corporation, excluding any Employer. |
| Employee: | shall mean any Full-time Employee or Part-time Employee, of an Employer, excluding employees covered by a collective bargaining agreement unless such agreement specifically provides for their participation in this Plan, excluding employees who are classified as co-op students, interns, INROADS and VOEs, and excluding employees who are eligible for benefits under the Nortel Networks Enhanced Severance Allowance Plan. "Employee" for purposes of this Plan shall not include an individual whose severance benefits are set forth in a separate writing between Employee and his or her Employer that is executed by an officer of the Employer or between Employee and Nortel Networks Inc. or one of its Affiliates that is executed by an officer of or power of attorney for such entity. "Employee" shall also exclude an individual whose severance benefits are set forth in another employee benefit plan adopted by the Employer to provide benefits upon termination of employment to such an individual and others who are similarly situated or to exclude coverage under this Plan to such an individual. Independent contractors and any other individuals who provide services to an Employer but do not receive W-2 earnings from an Employer are not eligible to participate in the Plan. |
| Employer: | shall mean Nortel Networks Inc., or any of its United States subsidiaries and affiliates, or a subsidiary or affiliate of Nortel Networks Corporation, that has been authorized by the Board of Nortel Networks Inc. to adopt this Plan and has adopted this Plan by action of its board of directors. A subsidiary or affiliate for purposes of this definition shall include any entity of which Nortel Networks Inc. or Nortel Networks Corporation, directly or indirectly, owns or controls greater than fifty percent (50%) of the voting shares, for a corporation, or value, for any other type of entity. A complete list of the employers sponsoring the plan may be obtained by participants and beneficiaries upon written request to the plan administrator, and is available for examination by participants and beneficiaries. |
| Full-time Employee: | shall mean an Employee who is regularly scheduled to work at least thirty-five (35) hours per week, as determined solely by the Employer. |

| | |
|---|---|
| Part-time Employee: | an Employee who is regularly scheduled to work at least twenty (20) hours but less than thirty-five (35) hours per week, as determined solely by the Employer. |
| Plan: | shall mean this Nortel Networks Severance Allowance Plan. |
| Plan Administrator: | shall mean Nortel Networks Inc. |
| Service: | shall mean the total cumulative period of an Employee's employment with any Employer or Affiliate, beginning on the Employee's date of employment and ending on the date of termination of employment. Such period shall include employment with an employer before the effective date when it became an Employer or Affiliate due to a merger or other acquisition transaction if such Employee was employed by that Employer on the effective date of the transaction. Service shall be expressed in full years and partial years. However, a partial year of employment of at least six (6) consecutive months shall be deemed to be one (1) year of Service. Provided, further, if there is a break in an Employee's employment other than due to medical or other authorized leaves of absence, the period of time prior to such break in employment shall be included in the calculation of Service only if either (i) such break in employment was for thirty (30) days or less, or (ii) in the case where the break in employment was for more than thirty (30) days, the Employee has been in the employment of an Employer or an Affiliate, as applicable, subsequent to the break in employment for a period of time equal to the break in employment or one (1) year, whichever is less. |