# EXHIBIT B

# Nortel Networks Benefits Confirmation Statement



**United States Benefits Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Mark Phillips |
| Global ID: | 0200531 |
| Date of Birth: | 06/27/1960 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 43400.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.78 |
| **Dental/Vision/Hearing Care** COMP | EE & Spouse | $ 11.11 | $ 288.86 | $ 608.66 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 283.40 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 132.24 | $3,438.24 | $9,212.84 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 2x Benefits Earnings | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional Employee Life Insurance** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** $100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** 2x Benefits Earnings Family | $ 0.80 | $ 20.80 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 7.72 | $ 200.72 | $ 0.00 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.