## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| NORTEL NETWORKS INC., *et al.*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF RICHARD S. BUSCH

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Richard S. Busch, Esquire of King & Ballow to represent SNMP Research, Inc. and SNMP Research International, Inc. in the above-referenced bankruptcy cases.

Dated: June 13, 2013  
Wilmington, Delaware

CLARK HILL THORP REED

/s/ Karen M. Grivner  
Karen M. Grivner, Esq.  
Bar No. 4372  
824 N. Market Street  
Suite 710  
Wilmington, DE 19801  
302.250.4749 (Phone)  
302.421.9439 (Fax)  
kgrivner@clarkhillthorpreed.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecome International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Tennessee and the State of New York, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Richard S. Busch, Esquire
King & Ballow
315 Union Street
Suite 1100
Nashville, Tennessee 37201
Telephone (615) 726-5422
Email: rbusch@kingballow.com

Dated: June 13, 2013

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: June 13, 2013

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE