# EXHBIT A

| Last Name | First Name |
|---|---|
| Kelly | Troy |
| Krahn | Stuart |
| Lam | Man Tat |
| Lapointe | Jean |
| Law | Anthony |
| Leaver | Sandra |
| Leblanc | Velma |
| Lee | Michael |
| Lemyre | Yvon |
| Leung | Daniel |

#00153016

2