IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 10786, 10787, 10806-10809, 10811-10822 and 10824-10826 |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF HARTFORD    )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On June 13, 2013, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Tim Conklin
Tim Conklin

Sworn to before me this
14th day of June, 2013

/s/ Amy Lewis
Amy Lewis
Notary Public, State of Connecticut

**AMY E. LEWIS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2017

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
```

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BERKLEY, GEORGE
          100 LEBLANC CT
          CARY, NC 27513
```

Please note that your claim # 3361 in the above referenced case and in the amount of $79,755.23 has been transferred **(unless previously expunged by court order)** to:

```
          HAIN CAPITAL HOLDINGS, LLC
          TRANSFEROR: BERKLEY, GEORGE
          ATTN: AMANDA RAPOPORT
          301 ROUTE 17, 7TH FLOOR
          RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10812   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/13/2013                              David D. Bird, Clerk of Court

```
                                              /s/ Tim Conklin
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 13, 2013.

**EXHIBIT B**

```
TIME: 10:12:32                                    NORTEL NETWORKS INC.                                        PAGE:  1
DATE: 06/13/13                                     CREDITOR LISTING
```

| Name | Address |
|---|---|
| BELLOWS, RAY | 2502 LARKIN DR. SUN CITY CENTER FL 33573 |
| BERKLEY, GEORGE | 100 LEBLANC CT CARY NC 27513 |
| DARDEN, JERI D | 525 OAK RUN DRIVE RALEIGH NC 27606 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WORDEN MASTER FUND LP C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FRETTE, LEE B. | 3692 SHEARMAN RD. PERRY NY 14530 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BELLOWS, RAY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BERKLEY, GEORGE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DARDEN, JERI D ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FRETTE, LEE B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HANSEN, KRISTEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HSIEH, PEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LI, RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LILLARD, CARLA A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MAZIARZ, THOMAS P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MERRITT, CLARENCE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NAYLOR, JERRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PATEL, KIRITKUMAR ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PIRACHA, NASIR A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PYLE, MARK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REA, JEFFERY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RENBARGER, STEVEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SMITH, DANA MATTHEW ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WILLIAMS, TERRON E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WILLIAMSON, PAMELA J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HANSEN, KRISTEN | 2658 LONG POINTE ROSWELL GA 30076 |
| HSIEH, PEN | 4 ATWOOD LANE ANDOVER MA 01810-6404 |
| LI, RICHARD | 32 NORMAN RD. SOUTH HAMILTON MA 01982 |
| LILLARD, CARLA A. | P.O. BOX 1727 MADISON TN 37116-1727 |
| MAZIARZ, THOMAS P. | 7 EARLE DRIVE LEE NH 03861-6234 |
| MERRITT, CLARENCE | 3551 WYNTERSET DRIVE SNELLVILLE GA 30039 |
| NAYLOR, JERRY | 6217 HAMPTON RIDGE ROAD RALEIGH NC 27603 |
| PATEL, KIRITKUMAR | KIRITKUMAR PATEL 2329 WOOTEN PLACE CUSTER CREEK ESTATES PLANO TX 75025 |
| PIRACHA, NASIR A. | 501 CUTTER LANE ALLEN TX 75013 |
| PYLE, MARK | MARK PYLE 3918 COMPTON DR RICHARDSON TX 75082 |
| REA, JEFFERY | 3913 LAKEHILL LANE MCKINNEY TX 75002 |
| RENBARGER, STEVEN | 1421 SPENCER ST GRINNELL IA 50112 |
| SMITH, DANA MATTHEW | 2767 CHRISTOPHER COURT HAYWARD CA 94541 |
| WILLIAMS, TERRON E. | 3240 DUVENECK DRIVE RALEIGH NC 27616 |
| WILLIAMSON, PAMELA J. | 1022 NEEDHAN DRIVE SMYRNA TN 37167 |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |

Total Number of Records Printed      40

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:39:26                          NORTEL NETWORKS INC.                                         PAGE:   1
DATE: 06/13/13                            CREDITOR LISTING

Name                         Address
HAIN CAPITAL HOLDINGS, LLC   TRANSFEROR: SEARS, RANDOLPH R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
SEARS, RANDOLPH R.           4204 SCOTTSDALE ST DURHAM NC 27712

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006