*Exhibit A*

# FLEX OVERVIEW

# SUMMARY PLAN DESCRIPTION

# PLAN YEAR 2013

## TABLE OF CONTENTS

- Spouse or Domestic Partner:
    - No Coverage
    - $10,000
    - $25,000
    - $50,000
    - $75,000
    - $100,000
- Child(ren):
    - No Coverage
    - $5,000
    - $10,000
    - $15,000

***Accidental Death & Dismemberment Insurance*** (Employee and Eligible Dependents**)
- Employee
    - No Coverage
    - 1 – 5 XFLEX Earnings
- Family
    - No Coverage
    - Family Coverage

** Refer to pages 7 – 8 of this section or page 16 of the Glossary for a definition of eligible Dependents.

# ELIGIBILITY

## For You

You are eligible for FLEX Benefits if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for FLEX unless specified in the collective bargaining agreement.

## For Your Dependents

If you are eligible for FLEX, you may enroll your eligible Dependents for Medical, Dental, Vision and Hearing Care and Dependent Life Insurance coverage under FLEX. Generally, eligible Dependents* include:

- Your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),

addition or deletion of dependent coverage for your current medical and/or dental, vision and hearing care options. However, this must be done within 12 months after the Life Event occurred and within the Calendar Year in which the 31-day enrollment period ended. No other changes to Optional FLEX Benefits are permitted outside the 31-day enrollment period.

Please note:
- Coverage for Dependents who become ineligible is terminated back to the date of the event that made them ineligible

# COST OF COVERAGE

## FLEX Credits

Each option under FLEX has its own price tag; the more extensive the coverage, the higher the cost. The Company helps you purchase optional medical benefits by giving you FLEX Credits. If you choose more coverage than your FLEX Credits will buy, you will pay the difference with Payroll Deductions each pay period. On the other hand, if you choose a Medical Plan option that costs less than your FLEX Credits you will receive the balance as taxable income.

All full-time and part-time Employees receive the same number of FLEX Credits. Each year, the Company will evaluate the amount of FLEX Credits provided to Employees and the FLEX Plan prices. Adjustments may be made from year to year.

## Your Contributions

You make Before-Tax Contributions for the following plans:
- Medical*
- Dental, Vision and Hearing Care*

*The cost of health care coverage for a Domestic Partner and a Domestic Partner's Child(ren) is after- tax unless your Domestic Partner and/or Domestic Partner's child(ren) qualify as your tax dependent under Internal Revenue Code (IRC) Section 152.*

When you pay for benefits before-tax, it means that the cost of coverage is deducted from your pay before federal taxes are taken out (as well as most state and local taxes, except in New Jersey and Pennsylvania). Because your taxable income is effectively lowered, you pay less in taxes. You do not pay FICA (Social Security) tax on these benefits, so your Social Security benefits may be reduced slightly in the future. These Before-Tax

Contributions will not affect the amount of your other benefits (like Life Insurance), which are calculated based on your FLEX Earnings.

You make After-Tax Contributions for the following benefits:
- Optional Employee Life
- Optional Dependent Life
- Optional AD&D Insurance

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are a part-time Employee regularly scheduled to work 20 to 34.5 hours per week, your FLEX Earnings are based on a 25-hour work week.* If you are a part-time Employee regularly scheduled to work 35 to 37.5 hours per week, your FLEX Earnings are based on a 40-hour work week. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

* Refer to the Short-Term Disability Plan summary plan description for special provisions regarding part-time FLEX Earnings and disability benefits.

| *If you are enrolling:* | *Your Flex Earnings are your base salary as of:* |
|---|---|
| For Annual Enrollment | January 1 of the plan year |
| As a new hire | Your hire date |
| Part-time to full-time or vice versa | Effective date of employment status change |

FLEX Earnings do *not* include:

- Overtime pay,
- Shift differentials,
- Relocation payments or
- Bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan year (except due to an employment status change – e.g., full-time to part-time), related FLEX Payroll deductions and credits will not change during the year since these deductions are based on your FLEX Earnings as of January 1 of the plan year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year, pay-related benefits (except

due to an employment status change – e.g., full-time to part-time) will be based on your FLEX Earnings as of January 1 of the plan year.

# ADDITIONAL INFORMATION

For more detailed information, please refer to the summary plan description(s) for each of the respective benefit plans. These documents are posted on www.nortel-us.com/.

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2013 Plan Year) are described in this summary for the Flex Benefits Program, the Company reserves the right to change or end the plan described in this summary and the coverage and benefits provided thereunder at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason without prior notice or consent.

The Company's practices, polices, and benefits are outlined here for your information as required by law.

# GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

*Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Active Duty**
Currently enlisted in the armed forces of any country and called upon to serve.

**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.