HOME » CURRENT EMPLOYEES » BENEFITS (HEALTH N-SITE) » CHOOSE THE RIGHT PLANS » *ELIGIBILITY*

# Eligibility

## Who Is Eligible

You're eligible for benefits if you're a Nortel full-time or part-time employee regularly scheduled to work 20 hours or more per week.

The following dependents are eligible for benefits under many benefits options:

- Your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),
- Your Child(ren) and/or Domestic Partner's Child(ren) under age 26 who do not have access to employer provided coverage. "Children" include:
  - Your natural or legally adopted (or placed for adoption) Children
  - Your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- Your eligible, unmarried, physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) over age 25 who are Wholly Dependent on you, incapable of self-sustaining employment, and unable to engage in the normal activities of a person of the same age, sex and ability by reason of mental or physical handicap and became disabled and Dependent before age 26. You must provide a notice of the disability to HR Shared Services within 31 days of your child turning age 26 for that child to be considered an eligible Dependent.

Your spouse/domestic partner or child may not be considered a dependent under any plan while on active duty in the armed forces of any country. In addition, except for dependent life insurance, your spouse/domestic partner or child may not be considered a dependent under any plan if he or she is covered as an employee.

**Update Dependent Information!**
Even if you chose to waive Medical Plan and Dental/ Vision/Hearing Care Plan coverage, it's important that all your dependents are listed accurately. You may have spousal group term life insurance and/or Accidental Death and Dismemberment (AD&D) Insurance for which this information would be required. Also, your dependents must be listed accurately so they can have easy access to the Employee Assistance Program (EAP). **Note:** You must elect the applicable coverage for each dependent listed in order for your dependents to receive coverage.

*Important Reminder!*
**If your spouse/domestic partner is currently covered under your Nortel medical plan, you will automatically be charged the spousal/domestic partner access fee of $50 each pay period in 2013 unless you recertify during this annual enrollment that your spouse/domestic partner does not have access to employer-provided medical coverage elsewhere in order to have this fee waived.**

## Who Is Not Eligible

Please note that the following individuals are **not** eligible for coverage under the Nortel Benefits Program:

- Divorced spouses,
- Unmarried partners with no recognized relationship under the plan,
- Children of live-in parents with no legal relationship,
- Children not residing with the participant in a parent/child relationship,
- Over-age dependents (not disabled),
- Stepchildren following divorce of the natural parent, and/or
- Grandchildren or other extended family dependents with no legal guardianship.

If your circumstances have changed or you have elected the wrong level of coverage, please contact HR Shared Services to correct your dependents. Purposely insuring dependents who are ineligible is fraudulent and could result in disciplinary action.

**Choose The Right Plans**
- 2013 Annual Enrollment Overview
- Eligibility
- Enrollment Dates
- How To Enroll
- Enrollment Checklist
- Benefits Overview
- Summary of Benefits and Coverage (SBC)