*Exhibit C*

# Nortel Networks Inc. Medical Plan

# Summary Plan Description 2013

# WHO IS ELIGIBLE

## You

You are eligible for the Medical Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Medical Plan unless specified in the collective bargaining agreement. If you are a non-payrolled worker or independent contractor you are not eligible for the Medical Plan.

If you are a long-term expatriate Employee on international assignment for the Company (as defined by the Company), you are not eligible for the Medical Plan. You will be eligible for health care coverage including medical under the International Health Services Plan. If you are a long-term expatriate Employee on international assignment for the Company (as defined by the Company) your eligible Dependents will also be eligible for coverage under the International Health Services Plan. If you are a short-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents do not accompany you on the assignment, you are eligible to continue your Medical Plan coverage under this Plan. If this situation applies to you, you will be given additional information about your benefits.

## Your Dependents

If you are eligible for and enrolled in the Medical Plan, you may enroll your eligible Dependents. Eligible Dependents include:

- your spouse, including your common-law spouse (as determined under applicable state law) or Domestic Partner (if qualified under FLEX Program and Medical Plan rules),
- your Child(ren) and/or Domestic Partner's Child(ren) under age 26 without access to employer coverage. "Children" include:
    - your natural or legally adopted Children or Children placed with you for adoption; and
    - your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.
- your eligible, physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) age 26 or over who are Wholly Dependent on you, incapable of self-sustaining employment, and unable to engage in the normal activities of a person of the same age, sex and ability by reason of mental or physical handicap and became disabled and Dependent before age 26. You must provide a notice of the disability to HR within 31 days of your child turning age 26 for that child to be considered an eligible Dependent.

Your spouse/domestic partner or child will not be considered a dependent under any plan while on active duty in the armed forces of any country. In addition, except for dependent life insurance, your spouse/domestic partner or child will not be considered a dependent under any plan if he or she is covered as an employee.

### Qualified Medical Child Support Order

Your Children will be eligible for the Medical Plan if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that directs the Plan Administrator to cover a child for benefits under the health care plans. Coverage under the plan will be provided in

2013 Medical Plan SPD — 10 —