*Exhibit D*

# Nortel Networks Inc. Dental/Vision/Hearing Care Plan

# Summary Plan Description 2013

sIn-network, there are discounts for elective lens options. Out-of-network, expenses for elective lens options are your responsibility. Examples of elective lens options are tinting, polycarbonates, and progressives. If you have any questions, please contact EyeMed.
∎ In lieu of spectacle lenses

# WHO IS ELIGIBILE

## You

You are eligible for the Dental/Vision/Hearing Care Plan if you are a regular Employee working 20 or more hours per week.



If you are a member of a bargaining unit, you are not eligible for the Dental/Vision/Hearing Care Plan unless specified in the collective bargaining agreement. If you are a non-payrolled worker or independent contractor you are not eligible for the Dental/Vision/Hearing Care Plan.

If you are a long-term expatriate Employee on international assignment for the Company (as defined by the Company), you are not eligible for the Dental/Vision/Hearing Care Plan. You will be eligible for health care coverage including dental, vision, and hearing care under the International Health Services Plan. If you are a long-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents accompany you on the assignment, they will also be eligible for coverage under the International Health Services Plan. If you are a short-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents do not accompany you on the assignment, you are eligible to continue your Dental/Vision/Hearing Care Plan coverage under this Plan for your eligible Dependents. If this situation applies to you, you will be given additional information about your benefits.

## Your Dependents

If you are eligible for and enrolled in the Dental/Vision/Hearing Care Plan, you may enroll your eligible Dependents. Eligible Dependents include:

- your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),

- your Child(ren) and/or Domestic Partner's Child(ren) under age 26 without access to employer coverage. "Children" include:

    - your natural or legally adopted (or placed for adoption) Children

    - your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year. and,