# Nortel Networks Inc. Long-Term Disability Plan

# Summary Plan Description 2010

# If You are on Long Term Disability During an Annual Enrollment Period

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

# WHEN COVERAGE ENDS

Your core and optional LTD Plan coverage will end on the earliest of:
- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the LTD Plan or the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

# WHAT COVERAGE COSTS

Core LTD coverage is provided at no cost to you. You pay the full cost of optional LTD coverage. The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary. If you select optional LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage. Effective Dates are described under " When Coverage Begins " on page 9.

Core LTD coverage is provided at no cost to you. You will pay for optional LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.