# Nortel Networks Inc. Life and Accidental Death & Dismemberment Insurance Plan

## Summary Plan Description
## 2013

# WHO IS ELIGIBLE

## You

You are eligible for the Life and AD&D Insurance Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Life and AD&D Insurance Plan unless specified in the collective bargaining agreement. If you are a non-payrolled worker or independent contractor, you are not eligible for the Life and AD&D Insurance Plan.

## Your Dependents

You may enroll your eligible Dependents for dependent term life insurance coverage. In addition, you may choose to cover your eligible Dependents for AD&D insurance coverage. Eligible Dependents include:

- your spouse, including your "common-law spouse" (as defined under applicable state law) or your qualified Domestic Partner
- your unmarried Children who are at least 14 days but less than 19 years old. "Child(ren)" include:
  your natural or legally adopted (or placed for adoption) Child(ren
  - your step-Child(ren), legally authorized foster Child(ren), and any child for whom you are legal guardian, if these Child(ren) depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.
- your unmarried Child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and
- your eligible, unmarried, physically or mentally disabled Child(ren) age 19 or over who are Wholly Dependent on you for support and maintenance and became disabled and Dependent before age 19 (or before age 25 if a full-time student). You must provide notice of the disability to HR within 31 days of your child turning age 19 for that child to be considered an eligible Dependent. If the child is over age 19, the child must have become incapacitated before age 19 *and* while covered under the plan to be considered an eligible Dependent.

## Special Eligibility Rules

### If Both You and Your Spouse or Domestic Partner Work for the Company

If both you and your spouse or Domestic Partner work for the Company and if you are both eligible to participate in the Life Insurance and AD&D Insurance Plan, then special rules apply for enrolling in the plan.
- You may enroll as both an Employee and as a Dependent.
- You both may enroll for Dependent Child coverage.

### If Both You and Your Child Work for the Company