
*Exhibit H*

# NORTEL

## United States Benefits Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2013. These selections remain in effect so long as Nortel Networks Inc. continues to provide Benefits in 2013, unless your eligibility changes or you make changes due to Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at 919-905-9351 or toll-free at 1-800-676-4636 immediately. This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

**Important Note: Nortel Networks Inc. may further amend or discontinue its Benefits Plan(s) and the coverage and benefits provided thereunder at any time without prior notice or consent, in accordance with the terms of the plan and subject to applicable law.**

| | |
|---|---|
| Name: | Deborah Jones |
| Global ID: | 0466806 |
| Date of Birth: | ▬▬▬▬ |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $115,610.00 |
| Event: | Annual Enrollment |
| Event Date: | 01/01/2013 |
| Prepared On: | 12/01/2012 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change when approval is received.

**Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $41.88 | $1,088.88 | $4,373.28 |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE Only | $5.43 | $141.18 | $297.24 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $0.00 | $0.00 | $754.93 |
| **Long-Term Disability** | | | | |
| 66 2/3% of Cov.Amt.Shown | | $4.89 | $127.14 | $0.00 |
| **Total Cost of Your After-Tax Selections** | | $52.20 | $1,357.20 | $5,425.45 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Core Employee Life Insurance** | | | | |
| 1x Benefits Earnings | | $0.00 | $0.00 | $180.96 |
| **Optional Employee Life Insurance** | | | | |
| 1x BENE Earnings Non-Smoker | | $5.14 | $133.64 | $0.00 |
| **Dependent Life Insurance - Spouse** | | | | |
| No Coverage | | $0.00 | $0.00 | $0.00 |
| **Dependent Life Insurance - Child(ren)** | | | | |
| No Coverage | | $0.00 | $0.00 | $0.00 |
| **Accidental Death & Dismemberment** | | | | |
| 5x Benefits Earnings Single | | $2.94 | $76.44 | $0.00 |
| **Total Cost of Your After-Tax Selections** | | $8.08 | $210.08 | $180.96 |

\* Spousal/Qualified DP access fee will be after tax.

\*\* If an increase was selected for Optional Life and/or Spouse/DP Life Insurance, a Health Statement must be completed and returned to the address listed