
*Exhibit I*

# NORTEL
## NETWORKS INC.

DEBORAH M. JONES
8 FAIRVIEW ACRES
WELLSBORO, PA 16901

April 2, 2012

Dear Active Participant with an LTIP Loan:

In early March, you received notification of Nortel's intent to terminate the Nortel Networks Long-Term Investment Plan (LTIP). As part of this plan termination process, effective June 30, 2012 (the plan termination date) you will no longer be able to make loan repayments through payroll deduction.

As an active employee participant with an outstanding loan against your account, we want to make you aware of how the process will impact you. As a service to you, Nortel will allow you to continue to repay your loan through September 30, 2012 using an Automated Clearing House (ACH) payment from your bank account. If you do not choose to make repayments through the ACH process, your outstanding loan balance will be subject to default on September 30, 2012. After ACH payments are no longer available, your outstanding loan will be subject to default on December 26, 2012, if you do not repay it in full.

To sign up to make loan repayments through an ACH process, please complete the enclosed **ACH Direct Debit Form**. Upon completion of the form, please attach a voided check and mail to:

**Aon Hewitt**
**Long-Term Savings Center**
**PO Box 785033**
**Orlando, FL 32878-5033**

If the form is complete and accurate, an ACH payment will be set up from your bank account, and a bi-weekly loan repayment will then be automatically deducted from your account. To avoid missing a loan payment and to ensure that the ACH debit process is set up timely, Aon Hewitt (the plan recordkeeper) will need to receive the ACH Direct Debit Form by June 1, 2012.

To check your current loan balance, go to the Plan website at
http://resources.hewitt.com/nortelnetworks (your user ID and password will be required).
If you have any questions, please contact the Plan's Service Center at 1-800-726-0026.

Sincerely,

Nortel Human Resources