*Exhibit J*

**NORTEL NETWORKS
LONG-TERM INVESTMENT PLAN**

**SUMMARY PLAN DESCRIPTION**

**2011**

This booklet is a Summary Plan Description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA).

**Disability Provision After January 1, 2008** - If you first became totally and permanently disabled on or after January 1, 2008, the Company will automatically contribute 2% of your base pay for the calendar year immediately preceding the date you became totally and permanently disabled.

The Company Contribution will be made monthly and will be the only contribution made on your behalf while you are totally and permanently disabled.

With respect to Company Contributions, you are "totally and permanently disabled" when you become entitled to receive a disability insurance benefit under federal Social Security law.

## Vesting

"Vested" amounts in the Plan are amounts that cannot be taken away or forfeited from your account (although they are subject to investment loss).

All Employee Contributions and Company Contributions (subject to adjustment for investment gains/losses) are always 100% vested. (see "Company Contributions")

## Investment Options

You may invest both your "Employee Elected Company Contributions" (see "Employee Contributions") and the Company Contributions (see "Company Contributions") in any of the investment fund options. Information about those options can be obtained from the Plan website or Savings Center (see "Administrative Information"). A general description, including performance history, of each option is included in Appendix A of this SPD.

You may invest all of your contributions in one fund or in combinations of more than one fund in 1% minimum increments. You may also invest your Employee Elected Company Contributions differently than your Company Contributions.  If you fail to make an election regarding your investment options, your Employee Elected Company Contributions and matching Company Contributions will be invested in the default fund.  The default fund is a Masterworks Lifepath Fund according to your age.

## Changing Your Contribution Rate or Investment Options

You can change the percentage of your Eligible Earnings that you contribute as Employee Elected Company Contributions (see "Employee Contributions"), including suspending your contributions completely. Generally, these changes are effective during the next full pay period (unless special scheduling is needed to accommodate occurrences such as year-end processing, systems conversion, or holidays).  You can also change the way that your Employee Elected Company Contributions or the Company Contributions are invested by electing different options among the investment options available to you.   Generally, these changes are effective the next business day if completed by the plan daily deadline.  The plan daily deadline is the close of the New York Stock Exchange (usually 4:00 p.m. Eastern).

To change either your contribution rate or the investment options you have previously elected, request your change through the Plan's web site at http://resources.hewitt.com/nortelnetworks or call the Savings Center toll-free at (800) 726-0026. A valid Password is required to submit changes through the web site or by phone. In order for a contribution rate change to be reflected on your next paycheck, your request must generally be completed before the close of the New York Stock Exchange (usually 4:00 p.m. Eastern) on the preceding payroll date (usually every other Friday).

## Fund Transfers/Reallocations

6

You can transfer your account balance in one or more funds to different funds in 1% minimum increments.  Or you can specify in what percentages you would like your total balances to be allocated.  If the Fund Transfer or Fund Reallocation request is completed before the daily deadline of the close of the New York Stock Exchange (usually 4:00 p.m. Eastern), the transfer will be effective the same day notice is given. Transfers can be made through the Plan's web site or by calling the Savings Center toll-free at (800) 726-0026 (see "Administrative Information").

## Determining the Value of Your Account

The term "value" means the monetary value of your account. The value of your account is re-calculated daily, based on the current market price of the investments you hold in your account.

The balance in your account is adjusted for contributions, distributions, loans, and fund transfers/reallocations. Increases or decreases resulting from investment gains or losses, investment expenses and any changes in share price are also reflected in the balance.

## Account Statements

You will receive a paper account statement once each year.  This statement will show the balances of your account and all activity since your previous statement.

Between statements, account information and statements can be accessed at any time via the plan's on-line web site at http://resources.hewitt.com/nortelnetworks  or from the Savings Center toll-free at (800) 726-0026 (see "Administrative Information").

## Assignment of Benefits

Participant accounts are generally not assignable and cannot be transferred or attached by creditors. Participant accounts cannot be used as collateral. However, to the extent required by federal law, accounts may be assigned by certain divorce and support orders called "Qualified Domestic Relations Orders" and are also subject to federal tax liens.

## Loans and Withdrawals

**Active employee** — As an active employee, there are three ways you can get money out of the Plan: loans, in-service withdrawals and hardship withdrawals. An early withdrawal federal excise tax of 10% generally applies to in-service or hardship withdrawals if you are less than 59-1/2 years old.

- Loans. The loan option is described in Appendix C.
Note - Effective May 13, 2011,  participants will not be able to initiate any new loans from the Plan.  This change applies to new loans only and does not impact existing loans.

- Age 59-1/2 Withdrawals. At age 59-1/2 you may withdraw all or part of your Account Balance even while continuing to be employed by Nortel Networks. Only one age 59-1/2 withdrawal is permitted each calendar year.

- In-service Withdrawals. You may withdraw the contributions made to the Plan by you and the Company prior to January 1, 1983, rollover contributions made prior to May 2000 and "eligible" matching Company Contributions, and earnings on each.  Eligible matching Company Contributions are those made prior to May 1, 2000 and contributed at least 2

7