*Exhibit K,*

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: <u>Deborah Jones</u>

TERMINATION EFFECTIVE DATE: <u>2010/08/31</u>

BENEFITS END DATE: <u>2010/08/31</u>

CONTINUOUS SERVICE DATE : <u>1997/09/02</u>

EMPLOYEE ADDRESS:

8 FAIRVIEW ACRES
WELLSBORO
PA 16901

GLOBAL ID: <u>0466806</u>

ENTITY: <u>LTD</u>     DEPT: <u>4802</u>

EMPLOYEE STATUS:  Full Time: <u>F</u>
                  Part Time:

LOCATION : <u>H44</u>

LOCATION DESCRIPTION: <u>VMMH</u>

SAP ACTION CODE : <u>84</u>

SAP SEPARATION REASON CODE: <u>33</u>

SAP SEPARTION REASON DESCRIPTION: <u>Work force reduction</u>

### WITHHOLDINGS & AMOUNTS OWED
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

