IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | Objection Deadline: June 15, 2013 at 10a.m. |
| | ) | Hearing Date:     June 25, 2013 at 10 a.m. |
| | ) | RE: Docket #s     10741, 10406, 10375 |

### JOINDER OF CHAE ROOB IN SUPPORT OF MARK JANIS' MOTION (DOCKET NO. 10741) "COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE"

I, Chae Roob, signed herein, Long-Term Disabled Employee, and not a Retiree, of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submit this Joinder in support of Mark Janis' motion, and for myself, compelling Debtors to issue payment for Severance to Mark Janis, to me and to all other eligible LTD employees, per Nortel Networks Severance Allowance Plan upon Debtors termination of my employment on June 30, 2013. (See, Nortel's letter sent to me, "RE: Termination of Employee Benefits," dated May 31, 2013.)

### Summary Statement

I *agree* and *support* Mark Janis' filing as *I too am contractually due Severance from the Debtors*:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- Severance is a *stand-alone* benefit that was promised me as a Nortel Employee based upon my hire on March 17, 1980 and my continued employment to date.
- I too am a Nortel Employee being terminated post-petition with the understanding that the Debtors are winding down business and continue to reduce their entire workforce. The fact that I am being terminated now versus at the end-of-the bankruptcy is the result of the LTD Settlement; the underlying reason remains "workforce reduction" with no job to return to.
- Debtors are paying employees terminated post-petition at a rate of 100% expected Severance.
- Debtors carved out Severance benefits from the LTD Settlement Agreement; this *implies a continuing Severance Plan and a continued right to Severance.*
- Debtors documented their Severance liability to me *on two additional occasions, stating that I am due Severance and retain my full-time employee status* per Nortel : 1) In my 2010 termination notice (copy attached) wherein Debtors specified on an *individual basis*, the "Severance Period: 34 (Number of weeks to Commence Following Termination Date)", as well as my "Employee Status: Full Time: F", and; 2) In the 2013 LTD Retirement Election form, the Debtors require me to waive my right to Severance should I wish to Retire. This waiver request was directed to each LTD Employee individually.
- I retain my status as a full-time employee of Debtors per Nortel's Severance Allowance Plan. An authorized leave of absence is defined as *not* being a 'break' in employment. As a full-time employee, I was granted an approved medical leave of absence when I became disabled.
- During my authorized medical leave of absence:
    - I continue to accrue a full-week of Severance for each anniversary of my date of hire and *at the rate of the full-time work schedule I was regularly scheduled prior to disability.* Severance is a benefit *based upon years of service prior* to termination.

- o In keeping with my employee status, I am currently receiving and offered benefits *only* available to other *full-time employees* such as LTD, medical, dental/vision/hearing, life and ad&d insurance.

- Upon Debtors termination of my employment on June 30th, 2013 the Severance pay due me is for 37 weeks x $392.00: Fourteen thousand five hundred four dollars ($14,504.00). [See attached, my "Basic Claim Information" form confirming "Monthly Salary: $1698.65.

- Date: _6-9-13_     x _Chae Roob_

  Chae (Livingston) Roob
  8584 Chanhassen Hills Dr. South,
  *Chanhassen, MN 55317*
  *Appearing Pro Se*

With assistance of: Richard J. Chadwick, Esq.
9530 Foxford Rd., Chanhassen, MN 55317
Phone: 952 445 2425; Cell: 952 297 4873;
E-mail: Chadwickassociatespa@mchsi.com