

Nortel
**HR Shared Services**
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709

Tel: 1-800-676-4636

Chae Roob
8584 Chanhassen
Hills Dr South
Chanhassen, Minnesota 55317

June 16, 2010

Name of employee:  Chae Roob

Global ID:  205756

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $40,768

Total amount of supplemental life insurance eligible to convert:  n/a

Name of spouse:  n/a

Total amount of spousal life insurance eligible to convert:  n/a

Name of dependent (s):  n/a

Total amount of dependent life insurance eligible to convert:  n/a

Life Insurance Group/Policy # with Prudential:  39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later. However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

**Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.**

HR Shared Services
1-800-676-4636

| HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION |
|---|
| PROBUSINESS / SAP INFORMATION |

EMPLOYEE NAME: **Chae Roob**

TERMINATION EFFECTIVE DATE: **2010/08/31**

BENEFITS END DATE: **2010/08/31**

CONTINUOUS SERVICE DATE: **1980/03/17**

EMPLOYEE ADDRESS:

8584 CHANHASSEN HILLS DR SOUTH
CHANHASSEN
MN 55317

GLOBAL ID: **0205756**

ENTITY: **LTD**     DEPT: **8900**

EMPLOYEE STATUS: Full Time: **F**
                                    Part Time:

LOCATION: **438**

LOCATION DESCRIPTION: **NASHF**

SAP ACTION CODE: **84**

SAP SEPARATION REASON CODE: **33**

SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Chae Roob

Employee Number: 0205756

Continuous Service Date: 1980/03/17

Severance Eligibility Date: 1980/03/17

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/04/26

Employee Home Address:

8584 CHANHASSEN HILLS DR SOUTH
CHANHASSEN
MN    55317

Severance Period (for employees with at least 6 months of service): **34**  *(IN 2010)*
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636

V5.0

US Workforce Reduction

Prudential Insurance Company
Group Insurance
Long Term Disability Benefits
Vocational Rehabilitation Program

BASIC CLAIM INFORMATION FOR AGENCIES

*********************************************************************

**Section I: Claimant Information**

Claimant: Chae S. Livingston

Policy/Plan #: 39900     Claim #: 88-292-0221
(Refer to this identification information on all correspondence to Prudential.)

Address: 4644 Stevens Ave.
Minneapolis, MN 55409

Telephone: (612) 827-4877

Date of Birth: 12/1/52

Disability: Chronic neck pain 2° cervical disc disease; thoracic outlet syndrome; chronic thumb pain & tendonitis; Chronic pain syndrome

Current Occupation: Assembler @ Northern Telecom 3/17/80 - 2/3/88

Work History: _____

Education: elementary

Training: _____

*********************************************************************

**Section II: Benefit Information**

Date of Disability: 8/4/88

Beginning 8/4/88, LTD payable up to 24 months if the claimant remains totally disabled for the occupation with the employer.

As of 8/4/90, if disability continues, LTD payable if the claimant is totally disabled for all occupations for which reasonably fitted by education, training, or work experience.

Maximum Benefit Duration: 11/30/17

Monthly Salary: $ 1698.65

Gross Monthly LTD Benefit: $ 1189.06

Offsets: Social Security - $ /
         Worker's Comp. - $ /
         Other (    ) - $ /

Net Monthly Benefit Payment: $ 1189.06

Rehabilitation Status (Trial Work Period)
  Maximum Duration: _____
  Percent LTD Reduced by Earnings: 80%
  (Gross earnings from trial work.)

*********************************************************************

**Section III: Employer Information**

Employer: NTl

Your Contact: Joyce Rubin

Telephone: (612) 932-8047

Division: _____

Worksite Address: 9705 Data Park
Minnetonka, MN 55343

*********************************************************************

Attachments:  ( ) Job Description    ( ) Current Medical    ( ) Current Activities

Rehabilitation Coordinator: Janis Truesdale/jw

Tel: (201) 631-2929

D-5328 Ed 3-86 (NGO)