## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |

### CHANGE OF ADDRESS TO EXISTING NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Kerry W Logan, hereby submits his request for a change of address to his **"NOTICE OF APPEARANCE"** that is already in existence.

**Prior Address:**    *Kerry W Logan*
1207 High Hammock Drive #102
Tampa, FL 33619

**New Address:**    Kerry W Logan
537 Avenida Cuarta #101
Clermont, FL 34714-6595

Dated: June 10, 2013

_____
Kerry W Logan
1207 High Hammock Dr # 102
Tampa, FL  33619
Email: kwlogan@embarqmail.com

*Appearing Pro Se*