**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,*[1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administrated |
| Debtors. | ) | |
| | ) | **RE: D.I.s 10731, 10741, 9598, 9600, 9647,** |
| | ) | **9665, 9674, 10151, 10170, 10186, 10452,** |
| | ) | **10454, 10603, 10730, 5790, 7685, 9304,** |
| | ) | **10364, 10375, 10406** |
| | ) | |
| | ) | **Hearing date: June 25, 2013 at 10:00 a.m.** |
| | ) | |
| | ) | **Objections due: June 20, 2013 at 10:00** |
| | ) | **a.m. (ET)** |
| | ) | |

**OBJECTION TO VARIOUS US LTD EMPLOYEES' MOTIONS FOR SEVERANCE
ALLOWANCE UPON DEBTORS PLANNED TERMINATION OF LTD EMPLOYEES'
EMPLOYMENT ON JUNE, 30, 2013 (INCLUDING MARK JANIS'S MOTION D.I.
10741 AND OTHER MOTIONS AND JOINDERS) AND DEBTORS' OMNIBUS
OBJECTION (D.I. 10731) TO VARIOUS NORTEL US LTD EMPLOYEES' MOTIONS
COMPELLING DEBTORS TO ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE
AS VALID PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND
ISSUE PAYMENT**

Kaushik Patel, a disabled LTD employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Objection to various US LTD employees' motions for severance allowance upon Debtor's planned termination of LTD employees' employment on JUNE, 30, 2013 (Including Mark Janis's motion D.I. 10741 and other similar motions and joinders) AND DEBTORS' OMNIBUS OBJECTION (D.I. 10731) TO VARIOUS

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

NORTEL US LTD EMPLOYEES' MOTIONS COMPELLING DEBTORS TO ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT

I, Kaushik Patel, respectfully represents as follows:

## BACKGROUND

1. On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks Inc., filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code (the "Chapter 11 Cases"), which cases are consolidated for procedural purposes only. The Debtors continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On June 3, 2011, a significant number of LTD Participants filed a joinder to the Retiree Committee Appointment Motion (Docket No. *5595).* Contemporaneously, certain LTD Participants filed a motion seeking appointment of a committee as the official representative for LTD Participants (Docket No. *5595)* (the "LTD Committee Appointment Motion"). Additionally, multiple other LTD Participants filed correspondence with the Court supporting the relief sought in the Retiree and LTD Committee Appointment Motions. *(See, e.g.,* Docket Nos.5659-61, *5670-76,* 5678-81, 5694-5701, *5703-5708, 5712-5716* and *5760-5764).*

3. On August 2, 2011, the United States Trustee appointed the members of the LTD Committee [D.I. 6073], as amended on August 4, 2011 [D.I. 6080];

4. The LTD committee by-laws were drafted and the LTD committee selected the legal representation of Elliot-Greenleaf as their Attorney on August 5, 2011.

5. *On July 30,2012 Debtors filed Motion for entry of an order pursuant to 11 US. C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long Term Disability Plans and the Employment of the LTD Employees* (Docket No. 8067).

6. On May 1, 2013 the Court approved "Order (A) Approving the Settlement Agrrement on a Final Basis (B) Certifying a Class for settlement Purpose Only on a Final Basis (C) Authorizing the Debtors to Terminate the LTD Plans and (D) Granting Related Relief". [D.I. 10406]

## RELIEF REQUESTED

7. Although the claims for severance allowance deserves this court's hearing and full attention, I object the aforementioned motions on both side and ask for 30 day continuance due to following reasons in "BASIS FOR RELIEF".

8. I respectfully request that the hearing for Debtor's, Mark Janis's and other related Motions hearing be postponed until the termination of employment notification has been served on individual basis to all LTD employees by Debtors and actual termination occur on June 30, 2013.

9. Honorable Judge should allow sufficient and reasonable time to all LTD employees to file their individual POC in a prescribed manner similar to the ones filed by employees who were terminated just prior to the Debtor's filing of Ch. 11 bankruptcy On January 14, 2009.

10. Publish the date for filing deadline for such POCs for LTD employees.

## BASIS FOR RELIEF

11. I feel that these Motions and Debtor's response are premature to the fact that LTD employee's termination has not taken place and the Debtor's pre-emptive Objection is not valid yet.

12. Individual LTD employees have had no opportunity to lawfully file their POCs

13. I have reasonable doubts that the Court can come up with a decision regarding Severance allowance payments without having the details of each LTD employee's history and relationship with the Debtors and following information described below.

14. Although there have been supporting documents such as 2010 Severance allowance SPD etc. that have been submitted, there are very important documents that I am awaiting from Department of Labor (DOL) and Employee Benefits Security Administration (EBSA).

15. These are the documents related to "severance plans" along with other welfare plans that the Debtors were required to file with DOL, EBSA, and PBGC. I have requested these documents from these government agencies under Freedom of Information Act (FOIA) and have received their response that I will be getting those documents within 30 days. I need these documents to make my case.

16. Not only these documents will provide information about the "severance plan", it also defines the definition of "Employee"

17. Although the Debtor's and LTD committee reached settlement on the future LTD income and welfare benefits, severance and other benefits, similar to vacation and sick pay are backward looking benefits which deserves court's attention. The event that triggers the hearing of "Severance" is June 30, 2013 because of the "Termination

of Employment". Respectfully, the LTD settlement was addressing the future "Income" and "Welfare" benefits only.

18. I hope that justice and fairness will prevail in this case.

## NOTICE

19. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Kaushik Patel respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

20. **WHEREFORE**, Kaushik Patel respectfully requests the entry of an Order that the hearing on motions by all parties related to Severance Allowance be postponed after June 30, 2013.

Dated: June 13, 2013

Kaushik Patel
(Current)
1806 Villanova Dr., Richardson, TX, 75081
(Former)
5665 Arapaho Rd., #1023
Dallas, TX, 75248

Telephone: 214-534-6397
Facsimile: 208-493-9355
Email: kaushik749@gmail.com