*Appearing Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | RE: D.I.s 10731, 10741, 9598, 9600, 9647, 9665, 9674, 10151, 10170, 10186, 10452, 10454, 10603, 10730, 5790, 7685, 9304, 10364, 10375, 10406 |

**ORDER GRANTING OBJECTION TO VARIOUS US LTD EMPLOYEES' MOTIONS FOR SEVERANCE ALLOWANCE UPON DEBTORS PLANNED TERMINATION OF LTD EMPLOYEES' EMPLOYMENT ON JUNE, 30, 2013 (INCLUDING MARK JANIS'S MOTION D.I. 10741 AND OTHER MOTIONS AND JOINDERS) AND DEBTORS' OMNIBUS OBJECTION (D.I. 10731) TO VARIOUS NORTEL US LTD EMPLOYEES' MOTIONS COMPELLING DEBTORS TO ADMIT MY CLAIM FOR**

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## SEVERANCE ALLOWANCE AS VALID PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT

Upon consideration of the Objection filed by Kaushik Patel, and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Hearing for all motions by all parties related to Severance Allowance be postponed after June 30, 2013.

Dated: _____, 2013
       Wilmington, Delaware

                                  HONORABLE KEVIN GROSS
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE