June 13, 2013

Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006

Ladies & Gentlemen,

I have scheduled to make a telephonic appearance via CourtCall in the Nortel Networks Inc. Case # 09-10138 under Judge Kevin Gross at the hearing on Tuesday, June 25, 2013 at 10:00 a.m. (ET) concerning the matter of my **OBJECTION to YOUR DOCKET 10731 AND "ALL MOTIONS COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF LTD EMPLOYEES"**

I am formally requesting that my Motion and my appearance be placed on the Agenda for that date and time.

Further, I request that I be presented first on the agenda so I can further my arguments, as appropriate

Sincerely,

*Kaushik S. Patel*

Kaushik Patel
(Current)
1806 Villanova Dr.
Richardson, TX, 75081

(Former)
5665 Arapaho Rd., # 1023
Dallas, TX, 75248