## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                        :

*In re*

Nortel Networks Inc., *et al.*,[1]

                  Debtors.

-------------------------------------------------------X

| | |
|---|---|
| Chapter 11 | |
| Case No. 09-10138 (KG) | |
| Jointly Administered | |
| **Re: D.I.'s 10848, 10850, 10851, 10852, 10853, 10854, 10866, 10867, 10869, 10870, 10872, 10873, 10874, 18075, 10876, 10877, 10879, 10885, 10886, 10887, 10888, 10889, 10890, 10891, 10893, 10894, 10895, 10896, 10897, 10898, 10900, 10901, 10903, 10904 and 10906** | |

**NOTICE OF OBJECTION TO LTD EMPLOYEES JOINDERS IN MOTION COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE (D.I. 10741, FILED 6/3/13)**

       **PLEASE TAKE NOTICE** that on June 3, 2013 Mark Janis filed the *Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee* (D.I. 10741, Filed 6/3/13) (the "Motion to Compel").

       **PLEASE TAKE FURTHER NOTICE THAT** between June 10, 2013, and June 14, 2013, the following joinders to Motion to Compel were filed:

- Joinder of Carmel Totman in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10848, Filed 6/12/13);

- Joinder of Peter Lawrence in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10850, Filed 6/10/13);

- Joinder of Fred S. Lindow in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10851, Filed 6/11/13);

- Joinder of Najam ud Dean in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10852, Filed 6/11/13);

- Joinder of Michael S. McWalters in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10853, Filed 6/11/13);

- Joinder of Remajos Brown in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10854, Filed 6/11/13);

- Joinder of Lois Uphold in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10866, Filed 6/13/13);

- Joinder of Steven E. Bennett in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10867, Filed 6/13/13);

- Joinder of Thomas M.D. Dikens in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10869, Filed 6/13/13);

- Joinder of Janette M. Head in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10870, Filed 6/13/13);

- Joinder of Cynthia Ann Schmidt in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10872, Filed 6/13/13);

- Joinder of Sandra Aiken in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10873, Filed 6/13/13);

- Joinder of Paul D. Wolfe in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10874, Filed 6/13/13);

- Joinder of William A. Reed in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10875, Filed 6/13/13);

- Joinder of Mark Phillips in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10876, Filed 6/13/13);

- Joinder Susan Paperno in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10877, Filed 6/13/13);

- Joinder of Dennis Wayne Bullock in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10879, Filed 6/13/13);

- Joinder of Michael Stutts in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10885, Filed 6/14/13);

- Joinder of Janet Elizabeth Bass in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10886, Filed 6/14/13);

- Joinder of Manuel Segura in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10887, Filed 6/14/13);

- Joinder of Brent Beasley in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10888, Filed 6/14/13);

- Joinder of Richard Engleman in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10889, Filed 6/14/13);

- Joinder of Vernon Long in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10890, Filed 6/14/13);

- Joinder of John S. Elliott in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10891, Filed 6/14/13);

- Joinder of Ronald Rose Jr. in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10893, Filed 6/14/13);

- Joinder of Bruce Francis in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10894, Filed 6/14/13);

- Joinder of Michael Rexroad in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10895, Filed 6/14/13);

- Joinder of Leah McCaffrey in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10896, Filed 6/14/13);

- Joinder of Deborah Jones in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10897, Filed 6/14/13);

- Joinder of Victoria Anstead in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10898, Filed 6/14/13);

- Joinder of Dianna Irish in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10900, Filed 6/14/13);

- Joinder of Carol F. Raymond in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10901, Filed 6/14/13);

- Joinder of Robert Martel in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10903, Filed 6/14/13);

- Joinder of Chae Roob in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10904, Filed 6/14/13); and

- Joinder of Kerry W. Logan in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" (D.I. 10906, Filed 6/14/13) (collectively the "LTD Employee Joinders").

**PLEASE TAKE FURTHER NOTICE THAT** the original Motion to Compel was timely filed and set for the omnibus hearing scheduled for June 25, 2013, (the "Hearing") with an objection deadline of June 20, 2013. The LTD Employee Joinders each set the same hearing date of June 25, 2013, but changed the objection deadline to June 15, 2013. While none of the LTD Employee Joinders were timely filed,[2] the Debtors are prepared to proceed with the argument on the LTD Employee Joinders, the Motion to Compel and other similar motions that

---

[2]    Rule 9006-1(c)(i) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), which absent leave of the Court, requires 21 days' notice of certain motions (of which the LTD Employee Joinders qualify) when served by first class mail. The LTD Employee Joinders were served by first class mail and filed between 13 and15 days before the Hearing. Additionally, Local Rule 9006-1(c)(ii) sets forth the procedure for setting objection deadlines, which absent leave of the Court, generally contemplate an objection period of two weeks. The LTD Employee Joinders set the objection deadline between two (2) and five (5) days after service and ten (10) day before the Hearing. As of the time of this Notice, none of the LTD Employee Joinder parties have sought leave of Court to modify the requirements of the Local Rules.

were previously noticed, or noticed and objected to, at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT on June 14, 2013, Ralph MacIver, filed the *Ralph MacIver, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment* (D.I. 10907, Filed 6/14/13) (the "MacIver Motion").[3]

PLEASE TAKE FURTHER NOTICE THAT the Debtors object to the LTD Employee Joinders and the MacIver Motion and in accordance with the Local Rules intend to file a written response detailing their objections by **4:00 p.m. on June 18, 2013**.

Dated: June 14, 2013
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

---

[3]     The MacIver Motion set a hearing date of June 13, 2013 and an objection deadline of June 3, 2013, which passed 11 days before the MacIver Motion was filed.  While the MacIver Motion was untimely filed, the Debtors are prepared to proceed with argument on MacIver Motion on June 25, 2013 at 10:00 a.m.