IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF DAVID A. CRICHLOW

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Rules") and the attached certification, counsel moves the admission *pro hac vice* of David A. Crichlow of Katten Muchin Rosenman LLP to represent Wilmington Trust, National Association, as Successor Indenture Trustee in these cases.

Dated: June 14, 2013
　　　　Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

/s/ Ann Kashishian

Scott D. Cousins (No. 3079)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:　(302) 295-0191
Facsimile:　(302) 295-0199
Email:　　　cousins@ccbllp.com
　　　　　　kashishian@ccbllp.com

*Counsel for Wilmington Trust, National Association, as Successor Indenture Trustee*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel).

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the District of Columbia, the United States District Courts for the Eastern, Southern and Northern Districts of New York, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 30, 2013

David A. Crichlow
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8941
Facsimile: (212) 940-8776
Email: david.crichlow@kattenlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2013
Wilmington, Delaware

_____
Honorable Kevin Gross
United States Bankruptcy Judge