# **EXHBIT A**

| Last Name | First Name |
|---|---|
| Lindia | Vittorio |
| Longchamps | Jane |
| Lozeau | Andre |
| Ma | Danny |
| Mah | George |
| Marcantonio | Joanne |
| Mastronardi | James |
| Matthies | Jonathan |
| Maurice | Andre |
| Mcbeth | Debbie |
| McDonald | Philip |
| Mcgillivray | Vicki |
| McIntosh | Heather |
| Mcruvie | Ann |
| Mignault | Diane |
| Mistry | Nalin |
| Mitenko | Peter |
| Moncrieff | James |
| Monforton | Gerald |
| Montsion | Gilles |
| Morra | Carm |
| Mundy | Wesley |
| Murdoch | Josephine |

00153076