IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: June 15, 2013 at 10a.m. |
| | ) Hearing Date:  June 25, 2013 at 10 a.m. |
| | ) RE: Docket #s  10741, 10406, 10375 |

### JOINDER OF ROGER G. CARLSEN IN SUPPORT OF MARK JANIS' MOTION (DOCKET NO. 10741) "COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE"

Roger G. Carlsen signed herein, Long-Term Disabled Employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Joinder in support of Mark Janis' motion compelling Debtors to issue payment for Severance per Nortel Networks Severance Allowance Plan upon Debtors termination of my employment on June 30, 2013.

### Summary Statement

I *agree* and *support* Mark Janis' filing as *I too am contractually due Severance from the Debtors*:

- Severance is a *stand-alone* benefit that was promised to me as a Nortel employee.

- I too am a Nortel Employee being terminated post-petition with the underpinning that the Debtors are winding down business and continue to reduce their entire workforce. The fact that I am being

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

terminated now versus at the end-of-the bankruptcy is the result of the LTD Settlement. The underlying reason for termination remains workforce reduction with no job to return to.

- Debtors are paying employees terminated post-petition at a rate of 100% expected Severance.
- Debtors specifically separated Severance benefits from the LTD Settlement Agreement.
- Debtors documented their Severance liability *on two additional occasions.*
    1) In my 2010 termination notice, wherein Debtors specified on an *individual basis*, the Severance "Number of weeks to Commence Following Termination Date" as well as my "Employee Status: Full Time: F". Severance years were based on hire date minus any service breaks less than 30 days; calculated as 4 weeks of base salary pay + 1 week for each year of accumulated service. Termination reason was a "reduction in force".
    2) Also, in the 2013 LTD Retirement Election form, I was asked to waive my right to Severance should I wish to Retire; clearly implying The Debtors were hoping to eliminate my continuing right to Severance.
- I retain my status as a full-time employee per Nortel's Severance Allowance Plan definition. An authorized leave of absence is defined as *not* being a 'break' in employment.
- During my authorized medical leave of absence I continue to accrue a full-week of Severance for each anniversary of my date of hire and *at the rate of the full-time work schedule I was regularly scheduled prior to disability.* Severance is a benefit *based upon years of service prior* to termination.
- I am a current, non-retired, U.S. employee being terminated due to "workforce reduction". Upon Debtors termination of my employment on June 30th, Severance due me is $ 57,346.15.

Date: 6/11/2013          X /s/ Roger G. Carlsen

Roger G. Carlsen
390 E Paseo Celestial
Sahuarita, AZ 85629
*Appearing Pro Se*