# BROWNING LAW FIRM, PLLC
## ATTORNEY AT LAW
## 120 E. MAIN STREET
## DURHAM, NORTH CAROLINA 27701

WILLIAM W. BROWNING

PAULA M. TURNER*

*N.C. Certified Paralegal

TELEPHONE (919) 687-4131
TELEFAX (919) 688-1216

June 14, 2013

Honorable Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 19801

    Re:   Nortel Networks Inc. et al
           Case No. 09-10138 (KG)
           Bobbie Coffey

Dear Judge Gross:

    I am writing on behalf of Ms. Bobbie Coffey who is a retired employee affected by the above-referenced Bankruptcy case. Ms. Coffey received her Election Form to allow her to opt into the Retiree Settlement. On or before May 13, 2013, Ms. Coffey completed the required form and made arrangements with Federal Express to return the form by overnight mail so that it would be received by the Retiree Committee prior to the May 17, 2013, deadline.

    Federal Express did not pick up the Express Mail envelope. The envelope was placed outside of her front door, which she does not use on a routine basis. This envelope containing the Election Form is included with this letter. Ms. Coffey was unaware that the envelope had not been transmitted until she received a notice from Togut, Segal & Segal LLP notifying her that she would not be entitled to participate in the Retiree Settlement Agreement. She participated in a Webinar last week addressing the settlement and had no indication that the Election Form had not been received.

    With this letter, Ms. Coffey requests that you submit this Election Form to the Retirement Committee so that she can be included in the Retiree Settlement Agreement.

    Please let me know if you have any questions or require any additional documentation. Thank you for your assistance.

Sincerely,

William W. Browning

WWB/pmt
enclosure