IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
*In re*                                                     :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
                     Debtors.   :   Jointly Administered
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

## NORTEL NETWORKS INC. AND AFFILIATED U.S. DEBTORS RETIREMENT ELECTION AND RELEASE FORM FOR LONG-TERM DISABLED EMPLOYEES

**The Retiree Settlement Agreement**

       The above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefits plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" herein, and are further defined in the attached retirement election and release form (the "Election Form").

       An Official Committee of Retired Employees (the "Retiree Committee") was appointed in the Debtors' cases to negotiate a possible consensual termination or modification of the Retiree Welfare Plans. Those negotiations ultimately resulted in a settlement agreement between the Debtors and the Retiree Committee (the "Retiree Settlement Agreement"),[2] which would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment to the Retiree Committee in accordance with the Retiree Settlement Agreement.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used in this Election Form that are not defined herein shall have the meaning given to them in the Retiree Settlement Agreement.

On December 31, 2012, Nortel filed the *Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Retiree Motion"), asking the Bankruptcy Court to approve the Retiree Settlement Agreement. Pursuant to the *Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9938], entered on April 2, 2013, the Bankruptcy Court approved the Retiree Settlement Agreement. **Accordingly, Nortel is authorized to terminate the Retiree Welfare Plans as of June 30, 2013 at 11:59 p.m. (ET) (the "Termination Date"), and discontinue providing benefits thereunder to current and future Retirees. The Retiree Settlement Agreement also releases Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits in exchange for paying the Settlement Amount to the Retiree Committee for the benefit of the Retirees.**

Under the terms of the Retiree Settlement Agreement, all current and former employees of the Debtors who were eligible as of January 31, 2013 to receive benefits under the Retiree Welfare Plans are permitted to participate in the settlement between the Debtors and the Retiree Committee, subject to the terms of the Retiree Settlement Agreement.[3]

On January 18, 2013, Nortel and the Official Committee of Long-Term Disability Participants (the "LTD Committee") jointly filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* [D.I. 9304] (the "Joint Motion"), asking the Bankruptcy Court to approve a settlement reached between Nortel and the LTD Committee, as memorialized in a settlement agreement (as amended and restated, the "LTD Settlement Agreement"), and to certify a settlement class consisting of all of the Debtors' long-term disabled employees who are participants in the Debtors' Long Term Disability Plan and certain other plans and programs (the "LTD Employees") as of the termination date (the "Settlement Class"), which is proposed to be June 30, 2013, solely for settlement purposes. Pursuant to the *Order (A) Preliminarily Approving the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief* [D.I. 9427], entered on February 14, 2013, the Bankruptcy Court will hold a hearing on April 30, 2013 to decide whether the LTD Settlement Agreement should be finally approved. **If the relief sought in the Joint Motion is finally granted, Nortel will be authorized to terminate the LTD Plans (as defined in the Joint Motion) in their entirety as of June 30, 2013 at 11:59 p.m. (ET), and**

---

[3] The Debtors and the Retiree Committee reserve the right to deny a current or former employee's participation in the Retiree Settlement Agreement if it is determined that such employee has not satisfied the eligibility criteria set forth in section 8(a) of the Retiree Settlement Agreement.

to discontinue providing benefits thereunder.  The LTD Settlement Agreement also will release Nortel and other third parties from liability related to the LTD Plans and the LTD Benefits (as defined in the LTD Settlement Agreement) in exchange for the allowance of a general non-priority, unsecured claim in favor of the LTD Committee.  If the LTD Settlement Agreement is not finally approved by the Bankruptcy Court, the Debtors and the LTD Committee reserve all of their rights and defenses with respect to the termination of the LTD Plans and the LTD Benefits.

IF YOU ARE A LONG-TERM DISABLED INDIVIDUAL WHO IS ELIGIBLE AND WOULD LIKE TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT, YOU MUST VOLUNTARILY ELECT TO RETIRE FROM NORTEL BY COMPLETING, SIGNING AND RETURNING THE ATTACHED ELECTION FORM TO NORTEL WITHIN THIRTY (30) DAYS AFTER THE DATE THAT THE ORDER APPROVING THE RETIREE SETTLEMENT AGREEMENT BECOMES FINAL AND NOT SUBJECT TO FURTHER APPEAL (WHICH, IF NO APPEAL IS TAKEN, WILL BE APRIL 17, 2013).  YOUR RETIREMENT FROM NORTEL WILL BE DEEMED EFFECTIVE ON THE TERMINATION DATE OF THE RETIREE WELFARE PLANS, WHICH IS PROPOSED TO BE JUNE 30, 2013 (WHICH SHALL BE TREATED AS YOUR "<u>RETIREMENT DATE</u>").  THEREFORE, IF YOU ARE AN LTD EMPLOYEE AND YOU ELECT TO RETIRE, INCLUDING RETIRING FOR THE PURPOSE OF PARTICIPATING IN THE RETIREE SETTLEMENT AGREEMENT, YOU WILL CONTINUE TO RECEIVE LTD BENEFITS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) UNDER AND SUBJECT TO THE TERMS OF THE LTD PLANS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) THROUGH THE RETIREMENT DATE.  THE EFFECTIVENESS OF YOUR ELECTION TO RETIRE IN ORDER TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT WILL BE TREATED AS CONDITIONED UPON THE RETIREE SETTLEMENT AGREEMENT BECOMING EFFECTIVE ON OR PRIOR TO APRIL 17, 2013.

BY VOLUNTARILY TERMINATING YOUR EMPLOYMENT WITH NORTEL, YOU WILL WAIVE YOUR RIGHT TO RECEIVE BENEFITS UNDER ALL PLANS, ARRANGEMENTS, AGREEMENTS AND PROGRAMS AVAILABLE TO CURRENT EMPLOYEES OF NORTEL, INCLUDING, WITHOUT LIMITATION, THE RIGHT TO RECEIVE ANY FURTHER INCOME CONTINUATION BENEFITS PURSUANT TO THE NORTEL NETWORKS INC. LONG-TERM DISABILITY PLAN, AFTER YOUR RETIREMENT DATE.  ADDITIONALLY, BY ELECTING TO RETIRE AND COMPLETING AND RETURNING THIS ELECTION FORM, YOU WILL AGREE TO RELEASE ALL CLAIMS RELATED TO OR ARISING UNDER THE LTD PLANS, INCLUDING, WITHOUT LIMITATION, ANY AND ALL LTD CLAIMS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) AND ACKNOWLEDGE THAT, IN ACCORDANCE WITH THE TERMS OF THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN, THE NORTEL NETWORKS ENHANCED SEVERANCE ALLOWANCE PLAN AND NORTEL'S PAST PRACTICE, YOU ARE NOT ENTITLED TO SEVERANCE BENEFITS AS A RESULT OF YOUR VOLUNTARY RETIREMENT FROM NORTEL.

Should you voluntarily retire and release your right to receive LTD Benefits under the LTD Plans by completing and returning the attached Election Form, you will **only** be eligible to participate in the Retiree Settlement Agreement and shall be deemed **not** to be a member of the Settlement Class for the purpose of participating in the LTD Settlement Agreement, receiving distributions under the LTD Settlement Agreement, or otherwise. For the avoidance of doubt, should the LTD Settlement Agreement not become effective for any reason, any LTD Employee who has voluntarily retired from Nortel, including in order to participate in the Retiree Settlement Agreement, will no longer have a right to receive LTD Benefits under the LTD Plans and shall no longer be a member of the Settlement Class.

IF YOU FAIL TO COMPLETE THE ELECTION FORM AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED ON OR BEFORE <u>MAY 17, 2013 AT 5:00 P.M. (ET)</u>, YOU WILL NOT BE ABLE TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT.

PLEASE CONTACT COUNSEL TO THE LTD COMMITTEE OR COUNSEL TO THE RETIREE COMMITTEE RATHER THAN THE CLERK OF THE BANKRUPTCY COURT, IN THE FIRST INSTANCE, WITH QUESTIONS REGARDING THE TERMS OF THE SETTLEMENTS AND THE ELECTION DESCRIBED HEREIN. IF YOU HAVE QUESTIONS REGARDING YOUR YEARS OF SERVICE, YOU MAY CONTACT NORTEL HR SHARED SERVICES BY TELEPHONE AT 919-905-9351 OR TOLL-FREE AT 800-676-4636.

SHOULD YOU HAVE PARTICULARIZED CONCERNS, YOU ARE ENCOURAGED TO RETAIN YOUR OWN COUNSEL TO PROVIDE YOU WITH ADVICE RELATED TO YOUR SITUATION. YOUR LOCAL BAR ASSOCIATION CAN PROVIDE YOU WITH THE NAMES OF QUALIFIED ATTORNEYS IN THE FIELD OF EMPLOYEE BENEFITS IF YOU DO NOT ALREADY HAVE AN ATTORNEY.

<u>Election Form Instructions</u>

You may voluntarily choose to retire as of the Termination Date of the Retiree Welfare Plans and participate in the settlement between Nortel and the Retiree Committee, as set forth in the Retiree Settlement Agreement, by following the instructions below. **Please read and follow these instructions carefully:**

- Complete <u>EACH</u> of the following sections of the Election Form:
    - Section I – Personal Information
    - Section II – Election and Release Signature
- Complete, sign and return the attached Election Form so that it is **actually received** by Nortel on <u>**May 17, 2013 at 5:00 p.m. (ET)**</u>. Please return your completed and signed Election Form via fax to 919-905-9301, via e-mail to HRSSNA@nortel-us.com <u>or</u> via mail to:

Nortel HR Shared Services<br>
P.O. Box 13010<br>
Research Triangle Park, NC 27709<br>
4

# NORTEL NETWORKS INC. AND AFFILIATED U.S. DEBTORS RETIREMENT ELECTION AND RELEASE FORM FOR LONG-TERM DISABLED EMPLOYEES

**I.  PERSONAL INFORMATION**

Employee Name: Bobbie J. Coffey

Global ID: D205822

Current Home Address: 1610 Mohegan Dr.

City: Durham   State: NC   Zip Code: 27712

Home Phone Number: 919-477-3560

Other Contact Number: 919-699-3505

Date of Birth: July 1, 1948

U.S. Citizen? (✓) Yes   or   ( ) No

---

**II.  ELECTION AND RELEASE SIGNATURE**

By signing this Election Form, the undersigned hereby represents and agrees that he or she:

(a) Currently is eligible for and is receiving long-term disability benefits from Nortel Networks Inc. or its U.S. affiliates (collectively, the "Debtors");

(b) Has been provided with a copy of the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* (the "Retiree Motion"), the settlement agreement between the Debtors and the Official Committee of Retired Employees (the "Retiree Committee"), dated December 28, 2012 (the "Retiree Settlement Agreement"), the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* (the "Joint Motion") and the proposed settlement agreement between the Debtors and the Official Committee of Long-Term Disability Participants (the "LTD Committee") (the "LTD Settlement Agreement"), which remains subject to court approval;

(c) Is eligible to participate in the Retiree Settlement Agreement based on his or her years of service as of January 31, 2013;

(d) Understands that the Debtors and the Retiree Committee reserve the right to deny his or her participation in the Retiree Settlement Agreement if it is determined that he or she has not satisfied the eligibility criteria set forth in section 8(a) of the Retiree Settlement Agreement;

(e) Is making the decision to execute this Election Form and to retire from the Debtors on a voluntary basis and fully understands that a Retiree Committee and LTD Committee have been appointed in the Debtors' pending chapter 11 bankruptcy cases who are available to explain the terms of the Retiree Settlement Agreement and the LTD Settlement Agreement, respectively;

(f) Acknowledges that he/she has been encouraged to obtain legal advice with respect to making this decision and executing this Election Form and has had the opportunity to obtain legal advice;

(g) Voluntarily terminates his/her employment with the Debtors, which termination shall be effective as of the termination date of the Retiree Welfare Plans[1] (the "Retirement Date");

(h) Waives the right to receive further benefits or coverage under the LTD Plans[2] after the Retirement Date, including, without limitation, income continuation benefits pursuant to the Nortel Networks Inc. Long-Term Disability Plan and medical benefits under the Nortel Networks Inc. Medical Plan, and affirmatively releases the Debtors from any further obligation to make such payments or provide such benefits;

(i) Waives the right to participate in the settlement contemplated by the LTD Settlement Agreement and waives the right to be a member of the Settlement Class (as defined in the LTD Settlement Agreement) for the purpose of

---

[1] For purposes of this Election Form, the "Retiree Welfare Plans" include the Nortel Networks Inc. Retiree Medical Plan, the Nortel Networks Inc. Retiree Life Insurance and Long-Term Care Plan for Retirees, certain predecessor plans, and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for current or future retired employees, their surviving spouses and eligible dependents, including plans, arrangements, agreements or programs for medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident, disability, or death, in each case as such plans, agreements, arrangements or programs have been amended or modified from time to time.

[2] For purposes of this Election Form, the "LTD Plans" include the Nortel Networks Inc. Long-Term Disability Plan, the Nortel Networks Short-Term Disability Plan, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan, such plans, as well as predecessor plans and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for disabled employees, their surviving spouses and eligible dependents, including for medical, surgical, or hospital care benefits, income continuation benefits or any other benefits in the event of sickness, accident, disability, or death (in each case as such plans have been amended or modified from time to time.

2

participating in the LTD Settlement Agreement, receiving distributions under the LTD Settlement Agreement, or otherwise;

(j) Acknowledges that, in accordance with the terms of the Nortel Networks Severance Allowance Plan, the Nortel Networks Enhanced Severance Allowance Plan and Nortel's past practice, he/she is not entitled to any severance benefits as a result of his/her voluntary retirement from the Debtors;

(k) Releases the Debtors, their estates, the LTD Plans, the LTD Plan administrators, the members of all Nortel benefit plan committees (including, without limitation, the Employee Benefits Committee, the Joint Leadership Resources Committee, the Compensation and Human Resources Committee and any predecessors thereto), the Official Committee of Unsecured Creditors, and the ad hoc group of bondholders that has been organized, and each of their respective past and present parents, subsidiaries, affiliates, general partners, limited partners, shareholders, administrators, liquidators, directors, officers, employees, managers, agents, attorneys, solicitors, trustees, fiduciaries, accountants and advisors, and each of all of their respective predecessors, successors and assigns, from any and all LTD Claims (as defined in the LTD Settlement Agreement);

(l) Understands that while he or she may discover or appreciate facts, claims, issues, or concerns in addition to or different from those that he or she now knows or believes to exist with respect to the subject matter of this Election Form, the Retiree Settlement Agreement and the LTD Settlement Agreement, which if known or suspected at the time of execution of this Election Form, might have materially affected the election and releases contained herein, this Election Form shall still govern the elections and releases contained herein and the releases herein shall be, and remain in effect, notwithstanding the discovery of additional or different facts, claims, issues, or concerns;

(m) Acknowledges that they are familiar with the provisions of California Civil Code section 1542 ("**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**"), Cal. Civ. Code § 1542 (West 2012) (emphasis added), and he or she hereby expressly waives any rights he or she may have thereunder, as well as under any other statutes or common law doctrines of similar effect; and

(n) Acknowledges that the election to retire and participate in the Retiree Settlement Agreement is subject to the terms and conditions set forth in the Retiree Settlement Agreement and the Retiree Settlement Agreement becoming effective on or prior to April 17, 2013.

_Bobbie J. Coffey_  
**Employee Name (Please Print)**

_0205822_  
**GID**

_Bobbie J. Coffey_  
**Employee Signature**

_5-14-13_  
**Date**