**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **RE:  D.I. 7931, 8270, 9673, 10408** |

### ORDER DENYING WITH PREJUDICE
### LETTER OF ESTELLE LOGGINS FOR
### APPEAL FOR JUSTICE AND CONTINUED SUPPORT AND RELATED MOTIONS

Upon consideration of the letters and motions filed by Estelle Loggins (collectively, the "Motions")[2] and the Debtors' Objection to the Letter of Estelle Loggins for Appeal for Justice and Continued Support and Related Motions (the "Objection"); and it appearing that the Court has jurisdiction to consider the Motions and the relief requested therein; and after due deliberation and sufficient cause appearing therefor; it is hereby:

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Motions Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The Motions include the: Letter Regarding Disability Benefits, filed on June 26, 2012 [D.I. 7931]; Motion for Compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 Through July 31, 2012, filed on August 20, 2012 [D.I. 8270]; Estelle Loggins, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 Through December 31, 2012 (D.I. 8270) as Valid Per Nortel Networks Summary Plan Description (SPD) 2000 and Issue Payment Immediately, filed on March 18, 2013 [D.I. 9673]; and Letter Appealing to Court for Justice and Continued Support, filed on April 26, 2013 [D.I. 10408].

1.    **ORDERED**, that the Objection is sustained and the Motions are **DENIED WITH PREJUDICE**; and it is further

2.    **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2013
       Wilmington, Delaware

                                  _____
                                  THE HONORABLE KEVIN GROSS
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE