IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                  Debtors. : Jointly Administered
:
: **RE: D.I. 7931, 8270, 9673, 10408**
:
--------------------------------------------------------------- X

### DECLARATION OF JOHN J. RAY III IN SUPPORT OF THE DEBTORS' OBJECTION TO THE LETTER OF ESTELLE LOGGINS FOR APPEAL FOR JUSTICE AND CONTINUED SUPPORT AND RELATED MOTIONS

I, John J. Ray III, declare under penalty of perjury as follows:

1. On January 6, 2010, upon the motion of Nortel Networks Inc. ("NNI") and the other above-captioned debtors (together, the "Debtors"), I was appointed by this court as Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009. I am also Senior Managing Director and the sole member of Avidity Partners, LLC.

2. Attached to this declaration is a true and correct copy of the following document obtained from the Debtors' records:

    **Exhibit 1:** Life Insurance and Accidental Death & Dismemberment Insurance Plan Summary Plan Description 2000

    **Exhibit 2:** Letter from Ruth Hillis, Senior Benefits Counsel at NNI, to Durwood D. Crawford, dated August 12, 2004

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Motions Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: ____June 18_____, 2013

_____
John J. Ray III