Exhibit 1



*Replace with Life / AD&D Tab*

# IN THIS SECTION

INTRODUCTION ............................................................................................................ 1

PLAN HIGHLIGHTS ...................................................................................................... 2

ELIGIBILITY ................................................................................................................. 4
    For You ...................................................................................................................... 4
    For Your Dependents ................................................................................................. 4
    Special Eligibility Rules ............................................................................................. 5

PARTICIPATION ........................................................................................................... 6
    Core FLEX Benefits ................................................................................................. 6
    Optional FLEX Benefits ........................................................................................... 6
    Evidence Of Insurability ........................................................................................... 7

WHEN COVERAGE BEGINS ...................................................................................... 9
    Core FLEX Benefits ................................................................................................. 9
    Optional FLEX Benefits ........................................................................................... 9
    Delay of Effective Date ............................................................................................. 11

CHANGING YOUR SELECTION .............................................................................. 12

COST OF COVERAGE .................................................................................................. 12

FLEX EARNINGS .......................................................................................................... 13

BENEFICIARY ............................................................................................................... 14

EMPLOYEE LIFE INSURANCE ................................................................................. 15
    Core FLEX Benefit Amount ................................................................................... 15
    Optional FLEX Benefit Amount ............................................................................. 15
    Maximum Benefit Amount ....................................................................................... 16
    Tax Implications ....................................................................................................... 16
    Accelerated Benefit Payment .................................................................................... 16

BUSINESS TRAVEL ACCIDENT (BTA) INSURANCE ................................................................ 17
    BTA Insurance Amount ............................................................................................ 17
    Exclusions ............................................................................................................... 17

OPTIONAL DEPENDENT LIFE INSURANCE ....................................................................... 18
    Optional Spousal Life Insurance Amount ................................................................ 18
    Optional Child Life Insurance Amount .................................................................... 18

OPTIONAL ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE ............... 19
    Optional Employee AD&D Insurance Amount ........................................................ 19
    Optional Family AD&D Insurance Amount ............................................................. 19
    Benefits Payable ..................................................................................................... 20
    Exclusions ............................................................................................................... 21

FILING CLAIMS .................................................................................................................. 21

HOW BENEFITS ARE PAID ................................................................................................ 22
    Employee Life Insurance ......................................................................................... 22
    Business Travel Accident Insurance ......................................................................... 22
    Optional Dependent Life Insurance ........................................................................ 22
    Optional AD&D Insurance ...................................................................................... 23

WHEN COVERAGE ENDS ................................................................................................... 23
    For You ................................................................................................................... 23
    For Your Dependents .............................................................................................. 24

OTHER IMPORTANT INFORMATION ................................................................................ 24
    Conversion Privilege ............................................................................................... 24
    Limits on Assignments ............................................................................................ 25
    Total Disability ....................................................................................................... 25

ADMINISTRATIVE INFORMATION .................................................................................... 26

# *Life Insurance and AD&D Insurance Plan*

# INTRODUCTION



Your life and accident benefits help in providing financial security for you and your family if you die or are Seriously Injured in an Accident. The Company provides Life Insurance and Business Travel Accident (BTA) Insurance coverage for you as part of your Core FLEX Benefits. FLEX also gives you the option to select Optional Life Insurance coverage and Optional Accidental Death & Dismemberment (AD&D) Insurance, including coverage for your Dependents.

The Company has chosen The Prudential Insurance Company of America to insure the Life Insurance and AD&D Insurance plans under a Group Term Life Insurance Policy, and Lloyds of London to insure the BTA Insurance plan.

This is a brief description of the various options the Company has designed for your review and selection and serves as a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). Please read the description carefully to learn more about the options the Company is offering to you.

The complete terms of the Life Insurance, AD&D Insurance and BTA Insurance plans, including a complete listing of covered services, exclusions and limitations, can be found in the Group Contracts which govern the plans. A copy of the booklet-certificate which is part of the Group Contract for the Life Insurance and AD&D Insurance plans and a copy of the Group Contract for the BTA Insurance plan can be obtained from the Company. If there is a difference between this summary and the Group Contracts, the Group Contracts will control. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

# PLAN HIGHLIGHTS

## Employee Life Insurance

*Core Employee Life Insurance*

1 X FLEX Earnings
(rounded up to the next higher $1,000,
up to $1,000,000)

*Optional Employee Life Insurance*

1 X FLEX Earnings
2 X FLEX Earnings
3 X FLEX Earnings
4 X FLEX Earnings*
5 X FLEX Earnings*
(rounded up to the next higher
$1,000, up to a maximum of $3,000,000)

## Business Travel Accident Insurance (BTA)

*Core BTA Insurance*

5 X FLEX Earnings,
up to a maximum of $1,000,000

*Optional BTA Insurance*

Not available

## Dependent Life Insurance

*Core Dependent Life Insurance*

Not available

*Optional Dependent Life Insurance*

Optional Spousal Life Insurance:
• $10,000
• $25,000
• $50,000*
• $75,000*
• $100,000*

Optional Child Life Insurance :
• $5,000**
• $10,000**
• $15,000**

*Note: Under Optional Child Life Insurance, the amount will be the same for each child. If you enroll in Optional Child Life Insurance, your Newborn child, age 14 days but less than six months, will automatically be covered in the amount of $1,000.*

---

\*   *Requires Evidence of Insurability at any time of enrollment regardless of whether you have a Qualified Family Status Change. For more information, see "Evidence of Insurability" on page 7.*

\*\*  *Per child coverage (age six months, but less than 19 years; 25 years if a full-time student).*

# Accidental Death & Dismemberment Insurance (AD&D)

*Core AD&D Insurance*

Not available

*Optional AD&D Insurance*

Optional Employee AD&D Insurance:
1 X FLEX Earnings
2 X FLEX Earnings
3 X FLEX Earnings
4 X FLEX Earnings
5 X FLEX Earnings
(rounded up to the next higher
$1,000, up to a maximum of $1,000,000)

*Optional Family AD&D Insurance:*

The amount of AD&D insurance on each of your Dependents is a percentage of your amount of Optional Employee AD&D Insurance. The percentage that applies is shown below. It is based on the persons who are your Dependents at the time the claim is incurred.

| *Persons who are your Dependents:* | *Amount of Insurance on each Dependent, as a percentage of your AD&D Insurance:* |
| --- | --- |
| Your spouse only | 60% on your spouse |
| Your child(ren) only | 20% on each child |
| Your spouse and child(ren) | 50% on your spouse and 15% on each child |

# ELIGIBILITY

## For You

You are eligible for the Life Insurance, Business Travel Accident Insurance and Accidental Death & Dismemberment (AD&D) Insurance plans if you are a regular employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Life Insurance, Business Travel Accident Insurance and AD&D Insurance plans unless specified in the collective bargaining agreement. If you are an Employee located in Puerto Rico, you are eligible for benefits under the *"FLEX Benefits Plan for Puerto Rico Employees."*

## For Your Dependents

*You may enroll your eligible Dependents for Optional Spousal or Child Life Insurance coverage, even if you do not select Optional Employee Life Insurance coverage for yourself. If you elect Optional AD&D coverage for yourself, you may also enroll your eligible Dependents for Optional Family AD&D Insurance coverage.*

You may enroll your eligible Dependents for Optional Spousal or Child Life Insurance coverage, even if you do not select Optional Employee Life Insurance coverage for yourself. In addition, you may choose to cover your eligible Dependents for Optional AD&D Insurance by selecting Optional Family AD&D coverage. However, to cover your eligible Dependents for Optional Family AD&D coverage, you must be enrolled with Optional Employee AD&D coverage. Eligible Dependents include:

- your spouse, including your common-law spouse (under state law)
- your unmarried child(ren) who are at least 14 days but less than 19 years old. "Children" include:

  – your natural or legally adopted (or placed for adoption) children

  – your step-children, legally authorized foster children, and any child for whom you are legal guardian, if these children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- your unmarried child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and
- your eligible physically or mentally disabled children age 19 or over who

are Wholly Dependent on you for support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student). You must provide notice of the disability to the InfoCenter within 31 days of your child turning age 19 for that child to be considered an eligible Dependent.

# Special Eligibility Rules

### If You and Your Spouse Both Work for the Company

If you and your spouse both work for the Company and if you are both eligible to participate in the Life Insurance and AD&D Insurance plans, then special rules apply for enrolling in the plans. You may enroll as both an Employee and as a Dependent, and only one of you may enroll your eligible Dependent children for Optional Child Life Insurance coverage.

### If You and Your Child Both Work for the Company

Your child will not be considered an eligible Dependent if your child is covered under this plan as an Employee.

### If Your Spouse or Child is in the Armed Forces

Your eligible dependent is not eligible for coverage under the plan while on Active Duty in the armed forces of any country.

### Domestic Partners and Their Children

Optional Dependent Life Insurance is not available to Domestic Partners or their children because they do not meet the contractual definition of "eligible dependents" for Dependent Life Insurance.

# PARTICIPATION

The Life Insurance and Accidental Death and Dismemberment Insurance plans are available to you on your Hire Date provided you turn in an enrollment form when required and make the applicable Employee Contributions when required.

## Core FLEX Benefits

You do not need to enroll for Core Employee Life Insurance or Business Travel Accident Insurance coverage.

## Optional FLEX Benefits

*You do not need to enroll for Core Employee Life Insurance or Business Travel Accident Insurance coverage.*

You may increase the amount of your Core Life Insurance coverage by selecting Optional Employee Life Insurance. And you may choose coverage for your spouse or children by selecting Optional Dependent Life Insurance. In addition, you may select Optional AD&D Insurance coverage for yourself only or for yourself and your spouse and child(ren).

*You may increase the amount of your Core Life Insurance coverage by selecting Optional Employee Life Insurance. In addition, you may select Optional AD&D Insurance coverage for you and your family.*

### Optional Employee Life Insurance

You may enroll for Optional Employee Life Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

### Optional Dependent Life Insurance

You may choose Life Insurance coverage for your eligible dependent(s) by selecting Optional Dependent Life Insurance. You may enroll for Optional Dependent Life Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

## *Optional Accidental Death & Dismemberment Insurance*

You may choose Optional Accidental Death & Dismemberment (AD&D) coverage for yourself and eligible dependents by enrolling in the Optional AD&D Insurance coverage. You may enroll for Optional AD&D Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

# Evidence Of Insurability

You will be required to provide acceptable Evidence of Insurability, or EOI, if you select certain levels of Optional Employee Life Insurance or Optional Dependent Life Insurance coverage.

To provide EOI, you will have to submit a completed medical questionnaire to the Claims Administrator, and you may have to provide additional information. For example, you may be asked to have a physical exam or laboratory work, at your expense. (If you participate in a Managed Care Plan, these medical expenses may be covered at in-network rates when you use your Primary Care Physician and submit a Claim form. Any charges for completing paperwork will be at your expense.)

EOI must be satisfactory to the Claims Administrator before coverage can be approved. The Claims Administrator uses its standard underwriting rules and procedures for reviewing applications and has the sole authority to approve or reject any application on the basis of health. Coverage will be provided at the current level while the decision on your EOI is pending. If not approved, your coverage will continue at the current level. New coverage begins on the date it is approved by the Claims Administrator.

*You will be required to provide acceptable Evidence of Insurability ... if you select certain levels of Optional Employee Life Insurance or Optional Dependent Life Insurance coverage.*

*Special Note: If you have a Qualified Family Status Change (as described in the FLEX Overview section on page 10), you may increase your Optional Employee Life Insurance coverage by one level without providing Evidence of Insurability. However, EOI is required for increases to four or five times FLEX Earnings, whether or not you have a Qualified Family Status Change.*

## For You

You must provide EOI if:

- you increase your current Optional Employee Life Insurance coverage
- you select Optional Employee Life Insurance coverage of four or five times your annual FLEX Earnings

## For Your Dependents

You will be required to provide EOI for your spouse if you select Optional Spousal Life Insurance coverage of $50,000, $75,000 or $100,000. However, you will not have to provide EOI for your spouse if you select Optional Spousal Life Insurance of $10,000 or $25,000, or if you select Optional Child Life Insurance, provided you enroll within 31 days of first becoming eligible, during an Annual Enrollment period or within 31 days of a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10).

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Employee Life Insurance and Business Travel Accident Insurance coverage is automatically effective on your date of hire as a new Employee.

## Optional FLEX Benefits

### Optional Employee Life Insurance

You may enroll for Optional Life Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

Your coverage will be effective as follows:

| If you enroll and pay the required contribution... | Your coverage will be effective on...* |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

*If you are required to provide Evidence of Insurability (as described under "Participation") your optional coverage will begin when EOI is approved.*

If you do not enroll under any of the above circumstances, you will be covered under Core Life Insurance only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to be eligible to add optional coverage.

## Optional Dependent Life Insurance

You may enroll for Optional Dependent Life Insurance coverage within 31 days of the date you first become eligible, during an Annual Enrollment period or within 31 days of a Qualified Family Status Change (Life Event, as described in the FLEX Overview section on pages 10–11.) Otherwise, your Dependents will have no Life Insurance coverage, and you must wait until an Annual Enrollment period or until you experience a Qualified Family Status Change (Life Event) to enroll for this coverage.

If you select Optional Dependent Life Insurance for your eligible Dependent(s) when you first become eligible, your Dependent(s) is/are covered at the same time your Employee Life Insurance coverage becomes effective, subject to EOI and the plan's delay of Effective Date provision. Otherwise, your Dependent's Life Insurance Coverage becomes effective (subject to any EOI and delay of effective date provision that may apply) the day the InfoCenter receives your choices if you experience a Qualified Family Status Change (Life Event), or on the first day of the next Plan Year if you enroll your Dependent during an Annual Enrollment period.

## Optional Accidental Death & Dismemberment (AD&D) Insurance

You may enroll for Optional Employee and Family* AD&D Insurance coverage within 31 days of the date you first become eligible, during an Annual Enroll-ment Period or within 31 days of a Qualified Family Status Change (Life Event, as described in the FLEX Overview section on pages 10–11). Otherwise, you and your Dependents will have no AD&D Insurance coverage, and you must wait until an Annual Enrollment period or until you experience a Qualified Family Status Change (Life Event) to enroll for this coverage.

*In order to enroll in Optional Family AD&D Insurance, you must also be enrolled in Optional Employee AD&D Insurance coverage.*

If you select Optional Family AD&D Insurance for your eligible dependents when you first become eligible, your dependent(s) is/are covered at the same time your Optional Employee AD&D Insurance coverage becomes effective. Otherwise, your Dependent(s) Optional AD&D Insurance becomes effective the day the InfoCenter receives your choices if you experience a Qualified Family Status Change (Life Event), or on the first day of the next Plan Year if you enroll your Dependent during an Annual Enrollment period.

## Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work status. In addition, if an eligible Dependent is confined for medical treatment at home or elsewhere on the date coverage would otherwise be effective, the Dependent will not be covered until they are released by their Physician and are no longer confined. However, this rule does not apply to your eligible Newborn child who is at least 14 days old if:

- the Newborn is your first eligible Dependent, or

- you already have Dependent coverage for other eligible Dependents

# CHANGING YOUR SELECTION

Your Optional Life Insurance and Optional Accidental Death and Dismemberment Insurance coverage selection(s) remains in effect the entire Plan Year. You will not be able to change your selection(s) during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on page 10.

# COST OF COVERAGE

*Core Employee Life Insurance and Business Travel Accident Insurance coverage is provided at no cost to you. You will pay for Optional Employee Life Insurance, Optional Dependent Life Insurance and Optional AD&D Insurance coverage with after-tax dollars. Contributions are deducted from your paycheck each pay period.*

Core Employee Life Insurance and Business Travel Accident Insurance coverage are provided at no cost to you. You will pay for Optional Employee Life Insurance, Optional Dependent Life Insurance and Optional AD&D Insurance coverage with after-tax dollars. Contributions are deducted from your paycheck each pay period.

The cost of Optional Employee Life Insurance coverage is based on your age and on whether you are a smoker or a non-smoker. Your age is your age on December 31 of the year for which you have enrolled. You are eligible for discounted non-smoker rates only if you have not smoked a cigarette or used any tobacco products for 12 continuous months. Once you have completed 12 months without using any tobacco product, you will be eligible for non-smoker rates during the next Annual Enrollment period.

The cost of Optional Spousal Life Insurance coverage is based on your age as of December 31 of the year for which you have enrolled. The cost of Optional Child Life Insurance coverage is fixed regardless of the number of children covered.

The cost of Optional AD&D Insurance coverage is applied on a rate per $1,000 basis of your election, and is based on either single or family rates.

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| *If you are enrolling:* | *Your FLEX Earnings are your base salary as of:* |
|---|---|
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment status change |

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change — e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year (except due to an employment status change — e.g., full-time to part-time), pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

*FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).*

# BENEFICIARY

*Your Beneficiary is the person who receives plan payments in the event of your death. You can name anyone you wish as your Beneficiary ... If more than one person is named, you must indicate the percentage of the total benefit each person should receive.*

Your Beneficiary is the person who receives plan payments in the event of your death. You can name anyone you wish as your Beneficiary. You can name one person or several people. If more than one person is named, you must indicate the percentage of the total benefit each person should receive. If you do not indicate each person's share, they will share equally in the benefit.

You can change your Beneficiary at any time by completing a new Beneficiary form and returning your completed form to the InfoCenter. Once received by the InfoCenter, the change will take effect on the date you sign the form. To obtain a Beneficiary form, contact the InfoCenter.

If you do not designate a Beneficiary, benefits will be paid in total to whomever is in the first order of priority as per the following order:

1. widow or widower
2. surviving children
3. surviving parent(s)
4. surviving brother(s) and sister(s)
5. executor(s) or administrator(s) of estate

*REMEMBER:*
*Benefits will be payable to the Beneficiary you have designated. Make sure your designation is current.*

If you purchase Optional Dependent Life Insurance and Optional Accidental Death and Dismemberment Insurance coverage, you are automatically the Beneficiary for any benefits paid due to the death of a covered family member.

# EMPLOYEE LIFE INSURANCE

If you die while covered under the plan, the plan will pay benefits to your Beneficiary. Benefits under Core Employee Life Insurance and Optional Employee Life Insurance coverages are based on a multiple of your annual FLEX Earnings.

*Benefits under Core Employee Life Insurance and Optional Employee Life Insurance coverages are based on a multiple of your annual FLEX Earnings.*

## Core FLEX Benefit Amount

Core Employee Life Insurance coverage is equal to one times your annual FLEX Earnings. This number is rounded to the next higher $1,000.

## Optional FLEX Benefit Amount

Optional Employee Life Insurance coverage is available in the following amounts:

- No coverage
- 1 X FLEX Earnings
- 2 X FLEX Earnings
- 3 X FLEX Earnings
- 4 X FLEX Earnings*
- 5 X FLEX Earnings*

To determine your Optional Employee Life Insurance coverage amount, first multiply your FLEX Earnings by the option you have selected. If the result is not an even multiple of $1,000, round the amount to the next $1,000. Here is an example, using FLEX Earnings of $22,400:

| Multiple | Benefit Amount |
|---|---|
| 1 X FLEX Earnings = $ 22,400 | $ 23,000 |
| 2 X FLEX Earnings = $ 44,800 | $ 45,000 |
| 3 X FLEX Earnings = $ 67,200 | $ 68,000 |
| 4 X FLEX Earnings = $ 89,600 | $ 90,000 |
| 5 X FLEX Earnings = $112,000 | $112,000 |

\* *Requires Evidence of Insurability at any time of enrollment regardless of whether you have a Qualified Family Status Change.*

# Maximum Benefit Amount

*The maximum coverage under Core Employee Life Insurance is $1,000,000 or one times your FLEX Earnings, whichever is less. The maximum coverage under Optional Employee Life Insurance is $3,000,000 or five times your annual FLEX Earnings, whichever is less.*

The maximum coverage under Core Employee Life Insurance is $1,000,000 or one times your FLEX Earnings, whichever is less. The maximum coverage under Optional Employee Life Insurance is $3,000,000 or five times your annual FLEX Earnings, whichever is less. Under no circumstances could you have Employee Life Insurance coverage in excess of $4,000,000 or six times your FLEX Earnings, whichever is less.

# Tax Implications

*Federal law requires you to pay income tax on the cost of Company-paid Employee Life Insurance coverage that exceeds $50,000. This amount is called "Imputed Income."*

Federal law requires you to pay income tax on the cost of Company-paid Employee Life Insurance coverage. If your Core Employee Life Insurance coverage is greater than $50,000, an additional amount of income equal to the cost of your coverage over $50,000 will be added as taxable earnings on your W-2 form at the end of the year. This amount is called "Imputed Income."

To avoid this taxation, you may elect to cap your Core Employee Life Insurance at $50,000 of coverage when you first enroll, when you have a Qualified Family Status Change or during an Annual Enrollment period. If you do so, you will not be eligible to elect any Optional Employee Life Insurance coverage.

# Accelerated Benefit Payment

*If you become Terminally Ill with six months or less to live, you can apply to have a portion of your Employee Life Insurance benefits paid directly to you. You must furnish satisfactory proof of your Illness to the Claims Administrator before any benefits can be paid.*

If you become Terminally Ill with six months or less to live, you can apply to have a portion of your Employee Life Insurance benefits paid directly to you. You must furnish satisfactory proof of your Illness to the Claims Administrator before any benefits can be paid.

You can receive up to 50% of the amount of your Employee Life Insurance coverage, but not more than $50,000. Benefits will be paid in a single lump sum or, if you choose, in six equal monthly installments.

Accelerated benefit payments are non-taxable and may affect your eligibility for certain government benefits. In addition, the amount of benefits payable to your Beneficiary upon your death will be reduced by the amount of accelerated benefits that you receive.

If you wish to apply for accelerated benefits, please contact the InfoCenter for forms and instructions.

# BUSINESS TRAVEL ACCIDENT (BTA) INSURANCE

Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business. BTA Insurance proceeds are payable to your Beneficiary in addition to any other life and accident insurance benefits.

Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business. Amounts payable will depend on the extent of your loss.

## BTA Insurance Amount

BTA Insurance coverage is equal to five times your FLEX Earnings, with a maximum coverage limit of $1,000,000.

## Exclusions

Business Travel Accident benefits are not payable if your death or Injury:

- occurs while commuting to your normal work site
- occurs during a personal side trip while on Company business
- results from participation in the commission of an assault or felony
- results from war or any act of war, declared or undeclared, including resistance to armed aggression

*Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business.*

*Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business.*

# OPTIONAL DEPENDENT LIFE INSURANCE

If your spouse or child dies while covered under the plan, you will receive a benefit.

## Optional Spousal Life Insurance Amount

Optional Spousal Life Insurance coverage is available in the following amounts:

- No coverage
- $10,000
- $25,000

- $50,000 (requires EOI)
- $75,000 (requires EOI)
- $100,000 (requires EOI)

Note: The maximum Optional Spousal Life Insurance available is limited to an amount not greater than your Employee Life Insurance. This means that you are not able to choose Dependent Life Insurance coverage that exceeds your own coverage through the plan. (This does not apply to Optional Dependent Life Insurance coverage that was already in effect at December 31, 1998.)

## Optional Child Life Insurance Amount

*If you have Optional Child Life Insurance coverage for your children and you gain a new eligible Dependent, the new Dependent will automatically be covered.*

Optional Child Life Insurance coverage is available in the following amounts:

- No coverage
- $5,000*

- $10,000*
- $15,000*

*Note: The amount will be the same for each child.*

If you have Optional Child Life Insurance coverage for your children and you gain a new eligible Dependent, the new Dependent will automatically be covered. Your Newborn child, age 14 days but less than six months, will automatically be covered in the amount of $1,000. You should contact the InfoCenter with the name of the new Dependent as soon as possible.

* *Per child coverage (age six months, but less than 19 years; 25 years if a full-time student).*

# OPTIONAL ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE

Optional Accidental Death & Dismemberment (AD&D) Insurance coverage provides a benefit in the event of an Accident-related death or Serious Injury, as described below.

## Optional Employee AD&D Insurance Amount

Optional Employee AD&D Insurance coverage is available in the following amounts:

- No coverage
- 1 X FLEX Earnings
- 2 X FLEX Earnings
- 3 X FLEX Earnings
- 4 X FLEX Earnings
- 5 X FLEX Earnings

Your coverage amount is rounded up to the next higher $1,000. The coverage amount you choose for yourself will affect the amount of coverage you can purchase for your eligible Dependents.

## Optional Family AD&D Insurance Amount

Optional Family AD&D Insurance coverage is available in the following amounts:

- No coverage
- Family coverage

The amount of AD&D Insurance on each of your Dependents is a percentage of your amount of Optional Employee AD&D Insurance. The percentage that applies is shown below. It is based on the persons who are your Dependents at the time the claim is incurred.

| Persons who are your Dependents: | Amount of Insurance on each Dependent, as a percentage of your AD&D Insurance: |
|---|---|
| Your spouse only | 60% on your spouse |
| Your child(ren) only | 20% on each child |
| Your spouse and child(ren) | 50% on your spouse and 15% on each child |

*NOTE: The loss may occur on or off the job while you are insured. However, the loss must occur within 90 days of the Accident to be eligible for Optional AD&D Insurance benefits. Optional AD&D Insurance benefits are payable regardless of other insurance.*

# Benefits Payable

If you elect Optional Employee and/or Family AD&D Insurance coverage and you or your eligible covered dependents die or experience loss of life, sight, hand or foot as the result of an Accident, you or your Beneficiary will receive a benefit through the AD&D Insurance plan. The amount of benefits payable depends on the nature of your loss, as shown below:

| If the following loss occurs... | Your AD&D Insurance will pay... |
|---|---|
| Death | The full amount of insurance to your Beneficiary |
| Both hands, both feet, sight of both eyes, one hand and one foot, one hand and sight of one eye, or one foot and sight of one eye | The full amount of insurance to you |
| One hand, one foot or sight of one eye | Half of the amount of insurance to you |

Loss of sight means total, irrecoverable loss of sight. Loss of hand or foot means loss by severance at or above the wrist or ankle.

The total payment for all losses due to any one Accident will not be more than the full amount of insurance.

## Exclusions

AD&D Insurance benefits are not payable from the plan if your or your eligible covered dependents death or Injury results from:

- suicide or attempted suicide, while sane or insane

- sickness, whether the loss results directly or indirectly from the sickness

- medical or surgical treatment of sickness, whether the loss results directly or indirectly from the treatment

- any infection, unless it is pyogenic and occurs through and at the time of an Accidental cut or wound

- war or any act of war, declared or undeclared, including resistance to armed aggression

# FILING CLAIMS

You or your Beneficiary should file a Claim for benefits after a death or Injury. The Plan Administrator must be given written proof of the loss when a Claim is filed. This proof must cover the occurrence, character and extent of loss and must be furnished within 90 days after the date of loss.

A Claim will not be considered valid unless the proof is furnished within these limits. However, it may not be reasonably possible to do so. In that case, the Claim will still be considered valid if the proof is furnished as soon as reasonably possible. The definition of reasonably possible is determined by the Plan Administrator.

When filing a Claim for benefits after an Injury, the AD&D Insurance and Business Travel Accident Insurance plans may require you to undergo a physical examination at the Company's expense.

See the Administrative Information section of this handbook for further details about Claims procedures. To request a Claim form, contact the InfoCenter at 1-800-676-4636.

# HOW BENEFITS ARE PAID

## Employee Life Insurance

*Note: If your Beneficiary dies while receiving installment payments, the remaining installments will be paid in one sum to the executors or administrators of your Beneficiary's estate.*

Normally, your Beneficiary receives benefits in a lump sum payment. However, if you or your Beneficiary choose, alternate methods of payment, such as monthly installments, can be used. Installment payments are not available:

- for Optional Spousal Life Insurance or Optional Child Life Insurance

- for the loss of life benefit under your AD&D Insurance

- if your Employee Life Insurance is less than $2,500

If you or your Beneficiary prefer benefits to be paid in installments, contact the InfoCenter for more information.

### Immediate Advance Feature

Your Beneficiary can receive $5,000 of the total coverage amount within five days of notifying Nortel Networks of your death. Generally, the benefit will be paid tax-free to your Beneficiary.

## Business Travel Accident Insurance

The plan will pay a lump sum benefit to your Beneficiary if you die as the result of an Accident while traveling on authorized Company business. If the Accident results in your permanent Total Disability, the plan will pay a lump sum benefit directly to you.

## Optional Dependent Life Insurance

If a covered family member dies, you will receive benefits in a lump sum payment. No alternate methods of payment are available.

## Optional AD&D Insurance

### Optional Employee AD&D Insurance

The plan will pay a lump sum benefit to your Beneficiary, depending on the coverage you select, if you die as the result of an Accident. If an Accidental Injury results in loss of hand, foot or sight, the plan will pay a lump sum benefit directly to you.

### Optional Dependent AD&D Insurance

If a covered family member dies as the result of an Accident or an Accidental Injury results in the loss of hand, foot or sight, you will receive benefits in a lump sum payment. No alternate methods of payment are available.

# WHEN COVERAGE ENDS

## For You

Your Employee Life Insurance, Business Travel Accident Insurance, Optional Life Insurance and Optional AD&D Insurance coverage will end on:

- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium Contribution.

*Note: If you retire directly from Nortel Networks Inc. (NNI) and you are eligible for NNI's Retiree Medical, Life and Long-Term Care Plan when you retire directly from the Company, your Employee Life Insurance, Optional Life Insurance and Optional AD&D Insurance coverage will end on the last day of the month in which your employment ends.*

*NOTE: If your Employee Life Insurance coverage ends, your Dependents' coverage will also end.*

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from full-time work.

If you stop Active Work for any reason, you should contact the InfoCenter at once to determine what arrangements, if any, can be made to continue any of your coverage.

## For Your Dependents

Your Dependents' Optional Dependent Life and/or Optional AD&D Insurance coverage will end on:

- the date the covered Dependent stops qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium Contribution, or
- the date your Employee Life and/or Optional AD&D Insurance coverage ends.

*Note: If your Employee Life and/or Optional AD&D Insurance coverage ends, your Dependents' coverage also will end.*

# OTHER IMPORTANT INFORMATION

## Conversion Privilege

*The conversion privilege gives you the option to convert all or part of your Life Insurance coverage under the plan to an individual policy if your group coverage ends.*

The conversion privilege gives you the option to convert all or part of your Life Insurance coverage (including Optional Dependent Life Insurance) under the plan to an individual policy if your group coverage ends. You will not have to provide Evidence of Insurability for this coverage.

To convert coverage, you must submit an application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later. However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

You cannot convert more than the amount of your group coverage at the time coverage ends.

If all insurance under the policy is canceled for your class of Employees, and you have been covered for at least five years, you may convert the lesser of:

- the amount of your group coverage in excess of the amount of group Life Insurance for which you are or become eligible during the 31-day conversion period, or

- $2,000

Your individual coverage will become effective at the end of the 31-day conversion period.

For information about Life Insurance conversion, contact the Claims Administrator, Prudential Group Insurance at (973) 548-6061.

You may not convert Business Travel Accident Insurance or Optional AD&D Insurance.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment or

- be held accountable in knowing about an assignment unless the Claims Administrator has received a copy of it.

For more information on limits of assignments or how to assign benefits as a gift, contact your legal or tax advisor or the Claims Administrator (as defined on page 5 of the Administrative Information section).

## Total Disability

If you become Totally Disabled, you should contact the InfoCenter as soon as possible to determine what can be done to continue your Life Insurance and AD&D Insurance coverage. The Company will pay the cost of Optional Employee Life Insurance if you furnish proof of your Total Disability between nine and 12 months after your Total Disability began, and thereafter as requested.

*To convert coverage, you must submit an application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege …*

*You cannot convert more than the amount of your group coverage at the time coverage ends.*

If you die during the first 12 months of Total Disability, your insurance will be paid even if you had not furnished proof of the Disability or premiums had not been continued.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about these plans, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, and how the Company may amend the plans.