## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration of John J. Ray III in Support of the Debtors' Objection to the Letter of Estelle Loggins for Appeal for Justice and Continued Support and Related Motions** was caused to be made on June 18, 2013, in the manner indicated upon the individuals identified on the attached service list.

Date: June 18, 2013                                */s/ Ann C. Cordo*
Wilmington, DE                                     Ann C. Cordo (No. 4817)

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Rafael Zahralddin
Shelley Kinsella
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

**Via Overnight Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217