# EXHBIT A

| Last Name | First Name |
|---|---|
| Neame | David |
| Newman | Kenneth |
| O'Connor | James |
| Orr | Kristi |
| Paarsmarkt | Jim |
| Paluzzi | Anna |
| Paradis | Denis |
| Partridge | Theresa |
| Paskaran | Thavaputhiran |
| Patterson | K. Raymond |
| Pelletier | Normand |
| Petrella | Susan |
| Pierson | Alex |

153122