IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **Re: D.I. 10932**
---------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on June 18, 2013, a copy of the **Debtors' Supplemental Omnibus Objection to Various Nortel LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment** was served as indicated on the attached service list.

Dated: June 18, 2013
Wilmington, Delaware

                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                   James L. Bromley (admitted pro hac vice)
                                   Lisa M. Schweitzer (admitted pro hac vice)
                                   One Liberty Plaza
                                   New York, NY 10006
                                   Telephone: (212) 225-2000
                                   Facsimile: (212) 225-3999

                                   and

                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Ann C. Cordo*
                                   Derek C. Abbott (No. 3376)
                                   Ann C. Cordo (No. 4817)
                                   Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7300189.1

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Rafael Zahralddin
Shelley Kinsella
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

**Via Overnight Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Sandra Aiken
3166 Tump Wilkins Rd.
Stem, NC 27581

Dennis Wayne Bullock
3557 Jacobs Rd.
Stem, NC 27581

Thomas M.D. Dikens
2612 Bengal Lane
Plano, TX 75023

Janette Head
16 Gleneagle Dr.
Bedford, NH 03110

Steven Bennett
37052 Chestnut St.
Newark, CA 94560

Lois Uphold
201 Camden Park Dr.
Goldsboro, NC 27530

Susan Paperno
1632 Julius Bridge Rd.
Ball Ground, GA 30107

Mark Phillips
6117 Trevor Simpson Dr.
Lake Park, NC 28079

William A. Reed
7810 Heaton Dr.
Theodore, AL 36582

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

Paul D. Wolfe
113 Red Drum Ln.
Gloucester, NC 28528

Remajos Brown
2353 Sword Dr.
Garland, TX 75044

Michael S. McWalters
PO Box 338
Alviso, CA 95002

Najum ud Dean
6 Augusta Dr.
Millbury, MA 01527

Fred S. Lindow
PO Box 33206
Los Gatos, CA 95031

Peter Lawrence
16295 Via Venetia W
Delray Beach, FL 33484

Carmel T. Totman
3028 McDade Farm Rd.
Raleigh, NC 27616

Janet Elizabeth Bass
1228 Moultrie Court
Raleigh, NC 27615

Manuel Segura
1028 Fairmount Ave.
Trenton, NJ 08629

Brent Beasley
541 Ammons Rd.
Dunn, NC 28334

Richard Engleman
1505 Nevada Dr.
Plano, TX 75093

Vernon Long
4929 Kelso Lane
Garland, TX 75043

Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

John Elliott
6 Grouse Lane
Merrimack, NH 03054

Ronald Rose, Jr.
26 Pheasant Run
Ballston Spa, NY 12010

Bruce Francis
5506 Lake Elton Rd.
Durham, NC 27713

Michael Rexroad
5244 Linwick Dr.
Fuquay Varina, NC 27526

Leah McCaffrey
7139 Debbe Dr.
Dallas, TX 75252

Deborah Jones
PO Box 458
Willow Spring, NC 27592

Victoria Anstead
3894 Ridge Lea Rd.
#A
Amherst, NY 14228

Dianna Irish
235 Atrium Court
Warner Robins, GA 31008

Carol F. Raymond
7962 S.W. 185 St.
Miami, FL 33157

Robert Martel
200 Lighthouse Lane
B3
Cedar Point, NC 28584

Chae Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN 55317

Richard Chadwick, Esq.
9530 Foxford Rd.
Chanhassen, MN 55317

Kerry Logan
537 Avenida Cuarta
#101
Clermont, FL 33471

Ralph MacIver
116 Honeycomb Lane
Morrisville, NC 27560

Scott David Howard
2050 Cabiao Rd.
Placerville, CA 95667

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

John J. Rossi
1568 Woodcrest Dr.
Wooster, OH 44691

Kaushik Patel
1806 Villanova Dr.
Richardson, TX 75081

Vada Wilson
101 Teny's Ln.
Rougemont, NC 27572

Mark Janis
193 Via Soderini
Aptos, CA 95003

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV 89060

Debra L. Vega
818 Glenco Rd.
Durham, NC 27703

Roger Carlsen
390 E Paseo Celestial
Sahuarita, AZ 85629

Bonnie J Boyer
305 W Juniper Ave.
Sterling, VA 20164