# EXHBIT A

| Last Name | First Name |
|---|---|
| Hudson | David |
| Pintwala | Thomas |
| Planas | Miguel |
| Pon | Ronnie |
| Preston | Kevin |
| Price | Steven |
| Prystie | Harold |
| Rahimpour | Mitra |
| Ramaswamy | Srinivasan |
| Ramey | Kenneth Scott |
| Ray | Nancy |
| Read | Joanne |
| Roddick | Paul |
| Roebothan | Wayne |

153156