IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | * | Chapter 11 |
| | * | |
| **Nortel Networks Inc., et al.,** | * | Case No. 09-10138 (KG) |
| | * | |
| Debtors. | * | Jointly Administrated |
| | * | D.I. 9840 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING the Motion to Withdraw:

IT IS HEREBY ORDERED that the law firm of HERMAN HERMAN & KATZ, LLC. and its partners and associates, including but not limited to, Soren E. Gisleson, be and are hereby permitted to withdraw as counsel of record for Ms. Lisa Fitzgerald, in this case.

SIGNED at Wilmington, Deleware, this 19th day of June, 2013.

_____
JUDGE

-ii-