IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 15, 2013 at 10a.m. |
| | ) Hearing Date:    June 25, 2013 at 10 a.m. |
| | RE: Docket #s    10741, 10406, 10375 |

## JOINDER OF BARBARA GALLAGHER IN SUPPORT OF MARK JANIS' MOTION (DOCKET NO. 10741) "COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE"

Barbara Gallagher, signed herein, a Long-Term Disabled Employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Joinder in support of Mark Janis' motion compelling Debtors to issue payment for Severance per Nortel Networks Severance Allowance Plan upon Debtors termination of my employment on June 30, 2013.

### Summary Statement

I *agree* and *support* Mark Janis' filing as *I too am contractually due Severance from the Debtors*:

- Severance is a stand-alone benefit that was promised to me as a Nortel Employee upon my hire.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- I am a Nortel Employee being terminated post-petition with the underpinning that the Debtors are winding down business and continue to reduce their entire workforce. The fact that I am being terminated now versus at the end-of-the bankruptcy is the result of the LTD Settlement; the underlying reason remains workforce reduction with no job to return to.

- Debtors are paying employees terminated post-petition at a rate of 100% of their expected Severance.

- Debtors carved out Severance benefits from the LTD Settlement Agreement; this implies a continued right to Severance.

- Debtors documented their Severance liability on two <u>additional</u> occasions that <u>I am due Severance</u> and <u>retain my full-time employee status</u>. In my 2010 termination notice wherein Debtors specified on an <u>individual basis</u>, the Severance "Number of weeks to Commence Following Termination Date" as well as my "Employee Status: Full Time". In the 2013 LTD Retirement Election form, the Debtors required me to waive my right to Severance should I wish to Retire; this waiver request was only directed to LTD Employees.

- I retain my status as a full-time employee of Debtors per Nortel's Severance Allowance Plan. An authorized leave of absence is defined as not being a 'break' in employment. As a full-time employee, I was granted an approved medical leave of absence when I became disabled.

- During my authorized medical leave of absence:
    - I continue to accrue a full-week of Severance for each anniversary of my date of hire and at the rate of the full-time work schedule I was regularly scheduled prior to disability. Severance is a benefit based upon years of service <u>prior</u> to termination.
    - In keeping with my employee status, I currently receive benefits offered <u>only</u> to other full-time employees such as medical, dental/vision/hearing, life and AD&D insurance.

- Upon Debtors termination of my employment on June 30th, Severance due to me is $38,120.00.

Date:  June 13, 2013

*[signature: Barbara Gallagher]*

Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273
ballyglas@pobox.com
*Appearing Pro Se*