# EXHBIT A

| Last Name | First Name |
|---|---|
| Piggott | Julia |
| Rosvick | Adrian |
| Royer | Claude |
| Ruprecht | John Paul |
| Russell | Graham |
| Ryu | Emma |
| Salameh | Charles |
| Sampaleanu | Marin |
| Sanchez | Pedro |
| Sandison | William (Bill) |
| Shephard | Scott |
| Singh | Rajinderpal |
| Slempers | Arnis |

153189