# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $100.00 |
| Transcripts | | 2,967.75 |
| Photos/Art/ Spec Duplicating | Out of Office | 7,559.35 |
| Meals | | 999.43 |
| Messenger Service | | 300.00 |
| Courier/Delivery Service | | 4,861.71 |
| Computer Research | Westlaw | 22.68 |
| Secretarial Overtime | | 119.00 |
| In House Duplicating | | 3,759.10 |
| Postage | | 347.52 |
| Pacer | | 137.00 |
| Paralegal Overtime | | 187.00 |
| Facsimile | | 1,624.50 |
| Conference Calls | | 112.59 |
| **Grand Total Expenses** | | **$23,097.63** |

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA  324886                AS OF 05/31/13

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1019999 | 04/03/13 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 4/3/13 | 503 | 000 | 195134 |
| 1020022 | 04/24/13 | B | 50.00 | Court Costs - AMERICAN EXPRESS` COURTS/ USDC - FILING FEES - 4/24/13 | 503 | 000 | 195134 |
| 1020023 | 04/25/13 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 4/25/13 | 503 | 000 | 195134 |
| 1024316 | 05/02/13 | B | 1,530.65 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - CASE #09-10138 | 506 | 904 | 195447 |
| 1017351 | 05/03/13 | B | 1,034.55 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - CASE#09-10138 5/3/13 | 506 | 904 | 194779 |
| 1020561 | 05/07/13 | B | 116.40 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT RE NORTEL NETWORKS 5/7/13 | 506 | 904 | 195207 |
| 1020562 | 05/15/13 | B | 286.15 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT RE NORTEL NETWORKS 5/15/13 | 506 | 904 | 195208 |
| 1017737 | 05/01/13 | B | 2,322.31 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT, ENVELOPES, POSTAGE AND HAND DELIVERIES 5/1/13 | 510 | 971 | 194824 |
| 1017734 | 05/02/13 | B | 1,557.57 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT, ENVELOPES, POSTAGE AND HAND DELIVERIES 5/2/13 | 510 | 684 | 194823 |
| 1018114 | 05/10/13 | B | 3,425.52 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT, ENVELOPES, POSTAGE, HAND 5/10/13 | 510 DELIVERIES | 684 | 194894 |
| 1019794 | 05/17/13 | B | 32.10 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT - 5/17/13 | 510 | 546 | 195118 |
| 1019796 | 05/17/13 | B | 221.85 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT, POSTAGE - 5/17/13 | 510 | 904 | 195119 |
| 1024610 | 04/30/13 | B | 184.90 | Meals - AMERICAN EXPRESS` COSI - BREAKFAST - 4/30/13 | 512 | 000 | 195469 |
| 1024607 | 04/30/13 | B | 143.00 | Meals - AMERICAN EXPRESS` COSI - BREAKFAST - 4/29/13 | 512 | 000 | 195469 |
| 1024616 | 05/01/13 | B | 229.96 | Meals - AMERICAN EXPRESS` PUREBREAD DELI - LUNCH - 4/30/13 | 512 | 000 | 195469 |
| 1024620 | 05/02/13 | B | 143.63 | Meals - AMERICAN EXPRESS` COSI - BREAKFAST - 5/2/13 | 512 | 000 | 195469 |
| 1024622 | 05/03/13 | B | 297.94 | Meals - AMERICAN EXPRESS` PUREBREAD DELI - LUNCH - 5/3/13 | 512 | 000 | 195469 |
| 1021439 | 04/11/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021460 | 04/11/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 1021464 | 04/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA 324886        AS OF 05/31/13        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 1021479 | 04/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021437 | 04/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021506 | 04/15/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1021509 | 04/16/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021530 | 04/16/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021539 | 04/17/13 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1021584 | 04/22/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021608 | 04/23/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021613 | 04/24/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1021615 | 04/24/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1021619 | 04/24/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023424 | 04/26/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023449 | 04/26/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023450 | 04/29/13 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1023469 | 04/30/13 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1023476 | 04/30/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023495 | 05/01/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023500 | 05/01/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023503 | 05/01/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023514 | 05/02/13 | B | 21.00 | Messenger Service | 513S | 000 | |
| 1023534 | 05/03/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023546 | 05/03/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023551 | 05/06/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023556 | 05/06/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023562 | 05/06/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023583 | 05/07/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023596 | 05/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023598 | 05/09/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023606 | 05/10/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023616 | 05/10/13 | B | 6.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/19/13 11:03:23

PRO FORMA 324886 AS OF 05/31/13 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1023620 | 05/13/13 | B | 18.00 | Messenger Service | 513S | 000 | |
| 1023638 | 05/14/13 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1023664 | 05/16/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023671 | 05/17/13 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1023681 | 05/20/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023698 | 05/20/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023700 | 05/21/13 | B | 36.00 | Messenger Service | 513S | 000 | |
| 1023729 | 05/22/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023744 | 05/23/13 | B | 15.00 | Messenger Service | 513S | 000 | |
| 1023816 | 05/30/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023817 | 05/30/13 | B | 18.00 | Messenger Service | 513S | 000 | |
| 1023837 | 05/31/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023838 | 05/31/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1023846 | 05/31/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1020003 | 04/06/13 | B | 90.55 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - EXPRESS MAIL - 4/5/13 | 514 | 000 | 195134 |
| 1020010 | 04/13/13 | B | 90.55 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - EXPRESS MAIL - 4/13/13 | 514 | 000 | 195134 |
| 1020021 | 04/24/13 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - EXPRESS MAIL - 4/24/13 | 514 | 000 | 195134 |
| 1018261 | 04/26/13 | B | 34.66 | Courier/Delivery Service | 514 | 322 | 194909 |
| 1020028 | 04/27/13 | B | 18.11 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - EXPRESS MAIL - 4/27/13 | 514 | 000 | 195134 |
| 1020029 | 04/27/13 | B | 181.10 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - EXPRESS MAIL - 4/27/13 | 514 | 000 | 195134 |
| 1016851 | 04/30/13 | B | 10.72 | Courier/Delivery Service | 514 | 000 | 194694 |
| 1016857 | 05/02/13 | B | 36.36 | Courier/Delivery Service | 514 | 322 | 194694 |
| 1017688 | 05/03/13 | B | 7.99 | Courier/Delivery Service | 514 | 000 | 194812 |
| 1018379 | 05/03/13 | B | 741.16 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 194917 |
| 1017842 | 05/06/13 | B | 7.84 | Courier/Delivery Service | 514 | 000 | 194836 |
| 1017843 | 05/06/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 194836 |
| 1017844 | 05/07/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 194836 |
| 1017964 | 05/07/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 194852 |
| 1019557 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195064 |
| 1019558 | 05/17/13 | B | 28.15 | Courier/Delivery Service | 514 | 000 | 195064 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/19/13 11:03:23

PRO FORMA 324886  AS OF 05/31/13  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1019559 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195064 |
| 1020049 | 05/17/13 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195138 |
| 1021747 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195325 |
| 1021749 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195325 |
| 1022152 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195363 |
| 1020253 | 05/17/13 | B | 36.95 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020254 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020255 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020256 | 05/17/13 | B | 38.17 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020334 | 05/17/13 | B | 29.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020335 | 05/17/13 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020336 | 05/17/13 | B | 34.43 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020837 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195257 |
| 1020838 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195257 |
| 1020839 | 05/17/13 | B | 33.31 | Courier/Delivery Service | 514 | 000 | 195257 |
| 1020327 | 05/17/13 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020328 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020330 | 05/17/13 | B | 34.43 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020331 | 05/17/13 | B | 22.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020332 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020333 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020321 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020322 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020323 | 05/17/13 | B | 36.95 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020324 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020325 | 05/17/13 | B | 35.67 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020326 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020315 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020316 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020317 | 05/17/13 | B | 38.29 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020318 | 05/17/13 | B | 33.10 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020319 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020320 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020309 | 05/17/13 | B | 18.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020310 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020311 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020312 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020313 | 05/17/13 | B | 38.29 | Courier/Delivery Service | 514 | 000 | 195159 |

```
Nortel Networks, Inc.                    PRO FORMA  324886      AS OF 05/31/13              INVOICE# ******
63989-DIP
DATE: 06/19/13 11:03:23
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1020314 | 05/17/13 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020303 | 05/17/13 | B | 36.95 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020304 | 05/17/13 | B | 34.43 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020305 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020306 | 05/17/13 | B | 34.43 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020307 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020308 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020293 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020294 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020295 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020296 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020301 | 05/17/13 | B | 36.67 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020302 | 05/17/13 | B | 33.10 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020287 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020288 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020289 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020290 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020291 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020292 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020281 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020282 | 05/17/13 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020283 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020284 | 05/17/13 | B | 31.07 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020285 | 05/17/13 | B | 28.15 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020286 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020275 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020276 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020277 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020278 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020279 | 05/17/13 | B | 34.59 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020280 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020269 | 05/17/13 | B | 18.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020270 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020271 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020272 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020273 | 05/17/13 | B | 24.63 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020274 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020263 | 05/17/13 | B | 28.15 | Courier/Delivery Service | 514 | 000 | 195159 |

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA 324886 AS OF 05/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1020264 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020265 | 05/17/13 | B | 34.43 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020266 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020267 | 05/17/13 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020268 | 05/17/13 | B | 38.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020257 | 05/17/13 | B | 36.95 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020258 | 05/17/13 | B | 30.58 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020259 | 05/17/13 | B | 32.00 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020260 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020261 | 05/17/13 | B | 36.83 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020262 | 05/17/13 | B | 34.44 | Courier/Delivery Service | 514 | 000 | 195159 |
| 1020241 | 05/17/13 | B | 34.05 | Courier/Delivery Service | 514 | 000 | 195156 |
| 1020538 | 05/21/13 | B | (12.63) | Reversal from Cancelled Voucher 195155 | 514 | 322 | 195192 |
| 1020539 | 05/21/13 | B | (21.31) | Reversal from Cancelled Voucher 195155 | 514 | 322 | 195192 |
| 1020540 | 05/21/13 | B | (12.63) | Reversal from Cancelled Voucher 195155 | 514 | 322 | 195192 |
| 1020541 | 05/21/13 | B | (12.63) | Reversal from Cancelled Voucher 195155 | 514 | 322 | 195192 |
| 1020542 | 05/21/13 | B | (12.63) | Reversal from Cancelled Voucher 195155 | 514 | 322 | 195192 |
| 1020250 | 05/21/13 | B | 46.00 | Courier/Delivery Service | 514 | 322 | 195158 |
| 1019991 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195132 |
| 1020233 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195155 |
| 1020234 | 05/21/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 195155 |
| 1020235 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195155 |
| 1020236 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195155 |
| 1020237 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195155 |
| 1020242 | 05/21/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195156 |
| 1019987 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195132 |
| 1019988 | 05/21/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 195132 |
| 1019989 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195132 |
| 1019990 | 05/21/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195132 |
| 1020243 | 05/22/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 195157 |
| 1022311 | 05/23/13 | B | 38.75 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195366 |
| 1020244 | 05/23/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195157 |
| 1020245 | 05/23/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195157 |
| 1020246 | 05/23/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195157 |
| 1020247 | 05/23/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 195157 |
| 1020827 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020834 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020835 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/19/13 11:03:23  

PRO FORMA 324886   AS OF 05/31/13   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1021745 | 05/23/13 | B | 46.05 | Courier/Delivery Service | 514 | 322 | 195324 |
| 1020828 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020829 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020830 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020831 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020832 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020833 | 05/23/13 | B | 34.05 | Courier/Delivery Service | 514 | 322 | 195256 |
| 1020864 | 05/28/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 195262 |
| 1023353 | 05/31/13 | B | 27.60 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195379 |
| 1017243 | 05/01/13 | B | 2.43 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1018705 | 05/06/13 | B | 20.25 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1020038 | 04/29/13 | B | 59.50 | Secretarial Overtime | 516S | 605 | |
| 1024193 | 05/22/13 | B | 59.50 | Secretarial Overtime | 516S | 605 | |
| 1015911 | 05/01/13 | B | 8.20 | In-House Duplicating | 519 | 971 | |
| 1015913 | 05/01/13 | B | 0.80 | In-House Duplicating | 519 | 971 | |
| 1015912 | 05/01/13 | B | 6.30 | In-House Duplicating | 519 | 684 | |
| 1017136 | 05/06/13 | B | 5.00 | In-House Duplicating | 519 | 971 | |
| 1017369 | 05/06/13 | B | 5.00 | In-House Duplicating | 519 | 971 | |
| 1017581 | 05/07/13 | B | 19.50 | In-House Duplicating | 519 | 605 | |
| 1018583 | 05/15/13 | B | 48.50 | In-House Duplicating | 519 | 684 | |
| 1018584 | 05/15/13 | B | 18.30 | In-House Duplicating | 519 | 670 | |
| 1018965 | 05/17/13 | B | 8.40 | In-House Duplicating | 519 | 605 | |
| 1019441 | 05/21/13 | B | 0.80 | In-House Duplicating | 519 | 684 | |
| 1019442 | 05/21/13 | B | 0.10 | In-House Duplicating | 519 | 553 | |
| 1019443 | 05/21/13 | B | 0.10 | In-House Duplicating | 519 | 553 | |
| 1019870 | 05/22/13 | B | 28.20 | In-House Duplicating | 519 | 605 | |
| 1019645 | 05/22/13 | B | 9.40 | In-House Duplicating | 519 | 626 | |
| 1019871 | 05/22/13 | B | 12.00 | In-House Duplicating | 519 | 605 | |
| 1019872 | 05/23/13 | B | 162.00 | In-House Duplicating | 519 | 623 | |
| 1019873 | 05/23/13 | B | 0.70 | In-House Duplicating | 519 | 623 | |
| 1020109 | 05/24/13 | B | 0.20 | In-House Duplicating | 519 | 605 | |
| 1020918 | 05/30/13 | B | 18.00 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/19/13 11:03:23

PRO FORMA 324886 AS OF 05/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1019580 | 04/11/13 | B | 2.52 | Postage | 520 | 000 | |
| 1019569 | 04/25/13 | B | 345.00 | Postage | 520 | 000 | |
| 1019795 | 05/17/13 | B | 812.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 5/17/13 | 522H | 546 | 195118 |
| 1019797 | 05/17/13 | B | 812.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 5/17/13 | 522H | 904 | 195119 |
| 1019810 | 04/30/13 | B | 137.00 | Pacer charges for the month of April | 529 | 000 | |
| 1020034 | 05/12/13 | B | 187.00 | Paralegal Overtime | 530S | 684 | |
| 1022369 | 08/15/12 | B | 54.45 | In-House Printing - black & white | 541 | 684 | |
| 1022370 | 08/17/12 | B | 41.50 | In-House Printing - black & white | 541 | 684 | |
| 1022371 | 08/20/12 | B | 32.65 | In-House Printing - black & white | 541 | 684 | |
| 1022372 | 08/21/12 | B | 4.40 | In-House Printing - black & white | 541 | 684 | |
| 1022373 | 08/23/12 | B | 3.55 | In-House Printing - black & white | 541 | 684 | |
| 1022374 | 08/24/12 | B | 7.10 | In-House Printing - black & white | 541 | 684 | |
| 1022375 | 09/11/12 | B | 3.85 | In-House Printing - black & white | 541 | 684 | |
| 1022376 | 09/13/12 | B | 17.30 | In-House Printing - black & white | 541 | 684 | |
| 1022377 | 09/14/12 | B | 4.15 | In-House Printing - black & white | 541 | 684 | |
| 1022378 | 09/17/12 | B | 5.00 | In-House Printing - black & white | 541 | 684 | |
| 1022379 | 09/18/12 | B | 1.60 | In-House Printing - black & white | 541 | 684 | |
| 1022380 | 09/25/12 | B | 3.60 | In-House Printing - black & white | 541 | 684 | |
| 1022381 | 09/26/12 | B | 32.45 | In-House Printing - black & white | 541 | 684 | |
| 1022382 | 09/28/12 | B | 1.45 | In-House Printing - black & white | 541 | 684 | |
| 1022383 | 10/01/12 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 1022384 | 10/05/12 | B | 3.55 | In-House Printing - black & white | 541 | 684 | |
| 1022385 | 10/15/12 | B | 5.90 | In-House Printing - black & white | 541 | 684 | |
| 1022386 | 10/16/12 | B | 4.20 | In-House Printing - black & white | 541 | 684 | |
| 1022387 | 10/17/12 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 1022388 | 10/19/12 | B | 5.00 | In-House Printing - black & white | 541 | 684 | |
| 1022389 | 10/23/12 | B | 103.55 | In-House Printing - black & white | 541 | 684 | |
| 1022390 | 10/24/12 | B | 23.50 | In-House Printing - black & white | 541 | 684 | |
| 1022391 | 10/25/12 | B | 47.95 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA  324886                    AS OF 05/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1022392 | 10/26/12 | B | 56.60 | In-House Printing - black & white | 541 | 684 | |
| 1022393 | 11/02/12 | B | 6.30 | In-House Printing - black & white | 541 | 684 | |
| 1022394 | 11/06/12 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 1022395 | 11/07/12 | B | 0.90 | In-House Printing - black & white | 541 | 684 | |
| 1022396 | 11/08/12 | B | 5.90 | In-House Printing - black & white | 541 | 684 | |
| 1022397 | 11/09/12 | B | 64.80 | In-House Printing - black & white | 541 | 684 | |
| 1022398 | 11/13/12 | B | 9.65 | In-House Printing - black & white | 541 | 684 | |
| 1022399 | 11/14/12 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 1022400 | 11/16/12 | B | 2.60 | In-House Printing - black & white | 541 | 684 | |
| 1022401 | 11/19/12 | B | 13.65 | In-House Printing - black & white | 541 | 684 | |
| 1022402 | 11/20/12 | B | 13.35 | In-House Printing - black & white | 541 | 684 | |
| 1022403 | 11/21/12 | B | 14.00 | In-House Printing - black & white | 541 | 684 | |
| 1022404 | 11/26/12 | B | 9.90 | In-House Printing - black & white | 541 | 684 | |
| 1022405 | 11/27/12 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |
| 1022406 | 11/28/12 | B | 11.10 | In-House Printing - black & white | 541 | 684 | |
| 1022407 | 11/29/12 | B | 14.95 | In-House Printing - black & white | 541 | 684 | |
| 1022408 | 12/03/12 | B | 14.10 | In-House Printing - black & white | 541 | 684 | |
| 1022409 | 12/04/12 | B | 1.20 | In-House Printing - black & white | 541 | 684 | |
| 1022410 | 12/12/12 | B | 1.45 | In-House Printing - black & white | 541 | 684 | |
| 1022411 | 12/14/12 | B | 4.20 | In-House Printing - black & white | 541 | 684 | |
| 1022412 | 12/18/12 | B | 1.25 | In-House Printing - black & white | 541 | 684 | |
| 1022413 | 12/19/12 | B | 1.20 | In-House Printing - black & white | 541 | 684 | |
| 1022414 | 12/20/12 | B | 3.50 | In-House Printing - black & white | 541 | 684 | |
| 1022415 | 12/27/12 | B | 3.05 | In-House Printing - black & white | 541 | 684 | |
| 1022416 | 12/28/12 | B | 2.20 | In-House Printing - black & white | 541 | 684 | |
| 1022417 | 01/02/13 | B | 6.15 | In-House Printing - black & white | 541 | 684 | |
| 1022418 | 01/07/13 | B | 6.45 | In-House Printing - black & white | 541 | 684 | |
| 1022419 | 01/08/13 | B | 9.60 | In-House Printing - black & white | 541 | 684 | |
| 1022420 | 01/15/13 | B | 1.20 | In-House Printing - black & white | 541 | 684 | |
| 1022421 | 01/17/13 | B | 33.60 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/19/13 11:03:23

PRO FORMA   324886   AS OF 05/31/13   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1022422 | 01/18/13 | B | 4.95 | In-House Printing - black & white | 541 | 684 | |
| 1022423 | 01/22/13 | B | 3.10 | In-House Printing - black & white | 541 | 684 | |
| 1022424 | 01/23/13 | B | 2.50 | In-House Printing - black & white | 541 | 684 | |
| 1022425 | 01/24/13 | B | 4.80 | In-House Printing - black & white | 541 | 684 | |
| 1022426 | 01/29/13 | B | 9.15 | In-House Printing - black & white | 541 | 684 | |
| 1022427 | 02/01/13 | B | 1.95 | In-House Printing - black & white | 541 | 684 | |
| 1022428 | 02/04/13 | B | 0.10 | In-House Printing - black & white | 541 | 684 | |
| 1022429 | 02/05/13 | B | 2.55 | In-House Printing - black & white | 541 | 684 | |
| 1022430 | 02/06/13 | B | 7.65 | In-House Printing - black & white | 541 | 684 | |
| 1022431 | 02/07/13 | B | 48.80 | In-House Printing - black & white | 541 | 684 | |
| 1022432 | 02/08/13 | B | 34.75 | In-House Printing - black & white | 541 | 684 | |
| 1022433 | 02/11/13 | B | 9.65 | In-House Printing - black & white | 541 | 684 | |
| 1022434 | 02/12/13 | B | 7.10 | In-House Printing - black & white | 541 | 684 | |
| 1022435 | 02/13/13 | B | 39.90 | In-House Printing - black & white | 541 | 684 | |
| 1022436 | 02/14/13 | B | 4.30 | In-House Printing - black & white | 541 | 684 | |
| 1022437 | 02/15/13 | B | 55.90 | In-House Printing - black & white | 541 | 684 | |
| 1022438 | 02/18/13 | B | 99.45 | In-House Printing - black & white | 541 | 684 | |
| 1022439 | 02/20/13 | B | 3.85 | In-House Printing - black & white | 541 | 684 | |
| 1022440 | 02/28/13 | B | 11.95 | In-House Printing - black & white | 541 | 684 | |
| 1022441 | 03/01/13 | B | 6.95 | In-House Printing - black & white | 541 | 684 | |
| 1022442 | 03/04/13 | B | 24.00 | In-House Printing - black & white | 541 | 684 | |
| 1022443 | 03/05/13 | B | 125.55 | In-House Printing - black & white | 541 | 684 | |
| 1022444 | 03/06/13 | B | 87.80 | In-House Printing - black & white | 541 | 684 | |
| 1022445 | 03/07/13 | B | 7.90 | In-House Printing - black & white | 541 | 684 | |
| 1022446 | 03/12/13 | B | 3.30 | In-House Printing - black & white | 541 | 684 | |
| 1022447 | 03/13/13 | B | 1.35 | In-House Printing - black & white | 541 | 684 | |
| 1022448 | 03/21/13 | B | 5.40 | In-House Printing - black & white | 541 | 684 | |
| 1022449 | 03/22/13 | B | 6.25 | In-House Printing - black & white | 541 | 684 | |
| 1022450 | 03/25/13 | B | 30.85 | In-House Printing - black & white | 541 | 684 | |
| 1022451 | 03/26/13 | B | 1.05 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA 324886   AS OF 05/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1022452 | 03/28/13 | B | 9.20 | In-House Printing - black & white | 541 | 684 | |
| 1022453 | 04/01/13 | B | 18.10 | In-House Printing - black & white | 541 | 684 | |
| 1022454 | 04/02/13 | B | 6.45 | In-House Printing - black & white | 541 | 684 | |
| 1022455 | 04/04/13 | B | 24.70 | In-House Printing - black & white | 541 | 684 | |
| 1022456 | 04/05/13 | B | 27.45 | In-House Printing - black & white | 541 | 684 | |
| 1022457 | 04/10/13 | B | 1.60 | In-House Printing - black & white | 541 | 684 | |
| 1022458 | 04/11/13 | B | 34.40 | In-House Printing - black & white | 541 | 684 | |
| 1022459 | 04/12/13 | B | 38.30 | In-House Printing - black & white | 541 | 684 | |
| 1022460 | 04/16/13 | B | 11.85 | In-House Printing - black & white | 541 | 684 | |
| 1022461 | 04/17/13 | B | 4.40 | In-House Printing - black & white | 541 | 684 | |
| 1022462 | 04/18/13 | B | 1.00 | In-House Printing - black & white | 541 | 684 | |
| 1022463 | 04/22/13 | B | 82.20 | In-House Printing - black & white | 541 | 684 | |
| 1022464 | 04/23/13 | B | 27.15 | In-House Printing - black & white | 541 | 684 | |
| 1022465 | 04/24/13 | B | 10.15 | In-House Printing - black & white | 541 | 684 | |
| 1022466 | 04/25/13 | B | 64.15 | In-House Printing - black & white | 541 | 684 | |
| 1022467 | 04/26/13 | B | 15.10 | In-House Printing - black & white | 541 | 684 | |
| 1022468 | 04/29/13 | B | 68.25 | In-House Printing - black & white | 541 | 684 | |
| 1022469 | 04/30/13 | B | 7.40 | In-House Printing - black & white | 541 | 684 | |
| 1022470 | 05/01/13 | B | 3.30 | In-House Printing - black & white | 541 | 684 | |
| 1016327 | 05/01/13 | B | 10.95 | In-House Printing - black & white | 541 | 605 | |
| 1015915 | 05/01/13 | B | 1.90 | In-House Printing - black & white | 541 | 904 | |
| 1016361 | 05/02/13 | B | 1.35 | In-House Printing - black & white | 541 | 626 | |
| 1022471 | 05/02/13 | B | 12.10 | In-House Printing - black & white | 541 | 684 | |
| 1022472 | 05/03/13 | B | 3.00 | In-House Printing - black & white | 541 | 684 | |
| 1022473 | 05/06/13 | B | 9.35 | In-House Printing - black & white | 541 | 684 | |
| 1017137 | 05/06/13 | B | 3.80 | In-House Printing - black & white | 541 | 322 | |
| 1017370 | 05/06/13 | B | 3.80 | In-House Printing - black & white | 541 | 322 | |
| 1017498 | 05/07/13 | B | 16.65 | In-House Printing - black & white | 541 | 605 | |
| 1022474 | 05/07/13 | B | 2.10 | In-House Printing - black & white | 541 | 684 | |
| 1022475 | 05/08/13 | B | 4.35 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 06/19/13 11:03:23

PRO FORMA 324886  AS OF 05/31/13  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1022476 | 05/09/13 | B | 1.80 | In-House Printing - black & white | 541 | 684 | |
| 1017758 | 05/09/13 | B | 3.60 | In-House Printing - black & white | 541 | 605 | |
| 1022477 | 05/10/13 | B | 15.75 | In-House Printing - black & white | 541 | 684 | |
| 1022478 | 05/13/13 | B | 3.70 | In-House Printing - black & white | 541 | 684 | |
| 1018024 | 05/13/13 | B | 2.40 | In-House Printing - black & white | 541 | 322 | |
| 1018186 | 05/13/13 | B | 2.40 | In-House Printing - black & white | 541 | 322 | |
| 1018585 | 05/14/13 | B | 9.90 | In-House Printing - black & white | 541 | 605 | |
| 1022479 | 05/14/13 | B | 9.30 | In-House Printing - black & white | 541 | 684 | |
| 1022480 | 05/15/13 | B | 60.30 | In-House Printing - black & white | 541 | 684 | |
| 1018586 | 05/15/13 | B | 45.60 | In-House Printing - black & white | 541 | 322 | |
| 1022481 | 05/16/13 | B | 6.55 | In-House Printing - black & white | 541 | 684 | |
| 1018813 | 05/16/13 | B | 52.95 | In-House Printing - black & white | 541 | 637 | |
| 1018966 | 05/17/13 | B | 9.80 | In-House Printing - black & white | 541 | 546 | |
| 1022482 | 05/20/13 | B | 5.45 | In-House Printing - black & white | 541 | 684 | |
| 1022483 | 05/21/13 | B | 12.45 | In-House Printing - black & white | 541 | 684 | |
| 1019444 | 05/21/13 | B | 7.15 | In-House Printing - black & white | 541 | 605 | |
| 1019646 | 05/21/13 | B | 3.20 | In-House Printing - black & white | 541 | 605 | |
| 1022484 | 05/22/13 | B | 65.40 | In-House Printing - black & white | 541 | 684 | |
| 1019647 | 05/22/13 | B | 1.45 | In-House Printing - black & white | 541 | 637 | |
| 1019874 | 05/23/13 | B | 10.50 | In-House Printing - black & white | 541 | 221 | |
| 1020365 | 05/28/13 | B | 4.00 | In-House Printing - black & white | 541 | 904 | |
| 1020919 | 05/29/13 | B | 2.05 | In-House Printing - black & white | 541 | 623 | |
| 1020727 | 05/29/13 | B | 1.20 | In-House Printing - black & white | 541 | 605 | |
| 1020920 | 05/30/13 | B | 45.85 | In-House Printing - black & white | 541 | 637 | |
| 1021085 | 05/31/13 | B | 36.60 | In-House Printing - black & white | 541 | 684 | |
| 1022486 | 09/11/12 | B | 35.00 | In-House Printing - color | 542 | 684 | |
| 1022487 | 09/18/12 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1022488 | 09/25/12 | B | 1.00 | In-House Printing - color | 542 | 684 | |
| 1022489 | 09/26/12 | B | 3.00 | In-House Printing - color | 542 | 684 | |
| 1022490 | 10/01/12 | B | 1.50 | In-House Printing - color | 542 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA 324886    AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1022491 | 10/05/12 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1022492 | 10/15/12 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1022493 | 10/19/12 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1022494 | 11/02/12 | B | 27.50 | In-House Printing - color | 542 | 684 | |
| 1022495 | 11/07/12 | B | 1.25 | In-House Printing - color | 542 | 684 | |
| 1022496 | 11/08/12 | B | 1.50 | In-House Printing - color | 542 | 684 | |
| 1022497 | 11/09/12 | B | 39.75 | In-House Printing - color | 542 | 684 | |
| 1022498 | 11/19/12 | B | 23.50 | In-House Printing - color | 542 | 684 | |
| 1022499 | 11/21/12 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022500 | 11/26/12 | B | 2.75 | In-House Printing - color | 542 | 684 | |
| 1022501 | 11/28/12 | B | 30.50 | In-House Printing - color | 542 | 684 | |
| 1022502 | 11/29/12 | B | 35.75 | In-House Printing - color | 542 | 684 | |
| 1022503 | 12/03/12 | B | 2.00 | In-House Printing - color | 542 | 684 | |
| 1022504 | 12/18/12 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1022505 | 12/19/12 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1022506 | 12/20/12 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1022507 | 12/27/12 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1022508 | 12/28/12 | B | 1.00 | In-House Printing - color | 542 | 684 | |
| 1022509 | 01/07/13 | B | 1.00 | In-House Printing - color | 542 | 684 | |
| 1022510 | 01/08/13 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1022511 | 01/17/13 | B | 3.00 | In-House Printing - color | 542 | 684 | |
| 1022512 | 01/18/13 | B | 4.50 | In-House Printing - color | 542 | 684 | |
| 1022513 | 01/22/13 | B | 1.75 | In-House Printing - color | 542 | 684 | |
| 1022514 | 01/24/13 | B | 1.00 | In-House Printing - color | 542 | 684 | |
| 1022515 | 01/29/13 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1022516 | 02/04/13 | B | 9.50 | In-House Printing - color | 542 | 684 | |
| 1022517 | 02/08/13 | B | 7.00 | In-House Printing - color | 542 | 684 | |
| 1022518 | 02/11/13 | B | 12.75 | In-House Printing - color | 542 | 684 | |
| 1022519 | 02/12/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022520 | 02/13/13 | B | 59.50 | In-House Printing - color | 542 | 684 | |

```
Nortel Networks, Inc.                    PRO FORMA  324886         AS OF 05/31/13              INVOICE# ******
63989-DIP
DATE: 06/19/13 11:03:23
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1022521 | 02/14/13 | B | 1.00 | In-House Printing - color | 542 | 684 | |
| 1022522 | 02/15/13 | B | 21.75 | In-House Printing - color | 542 | 684 | |
| 1022523 | 02/18/13 | B | 182.50 | In-House Printing - color | 542 | 684 | |
| 1022524 | 02/20/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022525 | 02/28/13 | B | 5.50 | In-House Printing - color | 542 | 684 | |
| 1022526 | 03/01/13 | B | 21.00 | In-House Printing - color | 542 | 684 | |
| 1022527 | 03/04/13 | B | 27.00 | In-House Printing - color | 542 | 684 | |
| 1022528 | 03/05/13 | B | 10.50 | In-House Printing - color | 542 | 684 | |
| 1022529 | 03/06/13 | B | 114.50 | In-House Printing - color | 542 | 684 | |
| 1022530 | 03/07/13 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1022531 | 03/26/13 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1022532 | 03/28/13 | B | 4.00 | In-House Printing - color | 542 | 684 | |
| 1022533 | 04/01/13 | B | 3.50 | In-House Printing - color | 542 | 684 | |
| 1022534 | 04/04/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022535 | 04/05/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022536 | 04/11/13 | B | 3.25 | In-House Printing - color | 542 | 684 | |
| 1022537 | 04/12/13 | B | 12.00 | In-House Printing - color | 542 | 684 | |
| 1022538 | 04/16/13 | B | 1.50 | In-House Printing - color | 542 | 684 | |
| 1022539 | 04/17/13 | B | 8.50 | In-House Printing - color | 542 | 684 | |
| 1022540 | 04/18/13 | B | 2.00 | In-House Printing - color | 542 | 684 | |
| 1022541 | 04/22/13 | B | 2.00 | In-House Printing - color | 542 | 684 | |
| 1022542 | 04/23/13 | B | 45.50 | In-House Printing - color | 542 | 684 | |
| 1022543 | 04/24/13 | B | 5.25 | In-House Printing - color | 542 | 684 | |
| 1022544 | 04/25/13 | B | 22.50 | In-House Printing - color | 542 | 684 | |
| 1022545 | 04/26/13 | B | 1.25 | In-House Printing - color | 542 | 684 | |
| 1022546 | 04/29/13 | B | 20.25 | In-House Printing - color | 542 | 684 | |
| 1022547 | 05/01/13 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1015916 | 05/01/13 | B | 0.75 | In-House Printing - color | 542 | 904 | |
| 1016362 | 05/02/13 | B | 0.50 | In-House Printing - color | 542 | 626 | |
| 1017138 | 05/06/13 | B | 0.50 | In-House Printing - color | 542 | 904 | |

```
Nortel Networks, Inc.                     PRO FORMA  324886           AS OF 05/31/13         INVOICE# ******
63989-DIP
DATE: 06/19/13 11:03:23
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1017371 | 05/06/13 | B | 0.50 | In-House Printing - color | 542 | 904 | |
| 1022548 | 05/06/13 | B | 1.25 | In-House Printing - color | 542 | 684 | |
| 1022549 | 05/07/13 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1017499 | 05/07/13 | B | 2.50 | In-House Printing - color | 542 | 651 | |
| 1022550 | 05/08/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1017759 | 05/09/13 | B | 1.00 | In-House Printing - color | 542 | 605 | |
| 1022551 | 05/10/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022552 | 05/13/13 | B | 0.25 | In-House Printing - color | 542 | 684 | |
| 1018587 | 05/14/13 | B | 0.50 | In-House Printing - color | 542 | 605 | |
| 1022553 | 05/14/13 | B | 8.75 | In-House Printing - color | 542 | 684 | |
| 1022554 | 05/15/13 | B | 82.50 | In-House Printing - color | 542 | 684 | |
| 1018588 | 05/15/13 | B | 125.75 | In-House Printing - color | 542 | 670 | |
| 1018814 | 05/16/13 | B | 1.50 | In-House Printing - color | 542 | 637 | |
| 1022555 | 05/16/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022556 | 05/20/13 | B | 1.25 | In-House Printing - color | 542 | 684 | |
| 1022557 | 05/21/13 | B | 2.50 | In-House Printing - color | 542 | 684 | |
| 1019648 | 05/21/13 | B | 0.25 | In-House Printing - color | 542 | 605 | |
| 1022558 | 05/22/13 | B | 0.50 | In-House Printing - color | 542 | 684 | |
| 1019649 | 05/22/13 | B | 8.25 | In-House Printing - color | 542 | 637 | |
| 1019875 | 05/23/13 | B | 0.25 | In-House Printing - color | 542 | 221 | |
| 1020728 | 05/29/13 | B | 0.75 | In-House Printing - color | 542 | 605 | |
| 1020921 | 05/30/13 | B | 0.75 | In-House Printing - color | 542 | 637 | |
| 1021087 | 05/31/13 | B | 10.50 | In-House Printing - color | 542 | 684 | |
| 1020000 | 04/04/13 | B | 30.00 | Conference Calls - AMERICAN EXPRESS' COURTCALL - CONFERENCE CALL - 4/4/13 | 552H | 000 | 195134 |
| 1020004 | 04/06/13 | B | 58.00 | Conference Calls - AMERICAN EXPRESS' COURTCALL - CONFERENCE CALL - 4/6/13 | 552H | 000 | 195134 |
| 1018282 | 04/22/13 | B | 11.34 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 194914 |
| 1018283 | 04/23/13 | B | 2.70 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 194914 |
| 1018279 | 04/26/13 | B | 7.48 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 194914 |
| 1020488 | 05/09/13 | B | 3.07 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 195185 |

23,097.63

Nortel Networks, Inc.
63989-DIP
DATE: 06/19/13 11:03:23

PRO FORMA  324886   AS OF 05/31/13

INVOICE# ******