## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., <u>et al.</u>, [1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 289 |
| | ) | |

### NINTH SUPPLEMENTAL DECLARATION OF FRED S. HODARA IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., <u>ET AL</u>. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009

**FRED S. HODARA**, hereby declares:

1.       I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York.  I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("<u>Akin Gump</u>"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2.       I am familiar with the matters set forth herein and make this supplemental declaration (the "<u>Supplemental Declaration</u>") in connection with the Application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Nortel Networks Inc., <u>et al.</u> (collectively, the "<u>Debtors</u>") to retain and employ Akin Gump, as co-counsel, <u>nunc pro tunc</u> to January 22, 2009 (Doc. No. 289), and to update my initial declaration, dated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

February 13, 2009, submitted in connection therewith, first supplemental declaration, dated March

20, 2009 (Docket No. 505), second supplemental declaration, dated May 6, 2009 (Docket No. 706),

third supplemental declaration, dated July 10, 2009 (Docket No. 1063), fourth supplemental

declaration, dated November 2, 2009 (Docket No. 1807), fifth supplemental declaration, dated

February 16, 2010 (Docket No. 2424), sixth supplemental declaration, dated July 7, 2011 (Docket

No. 5899), seventh supplemental declaration, dated August 29, 2011 (Docket No. 6253), and eighth

supplemental declaration, dated November 15, 2011 (Docket No. 6781) (collectively, the "Prior

Declarations").

3.        On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of

title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the

District of Delaware (the "U.S. Trustee") appointed the Committee.  The Committee currently

consists of three members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company

of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee.  On the

Committee Formation Date, the Committee selected Akin Gump to serve as co-counsel to the

Committee pursuant to section 1103(a) of the Bankruptcy Code.

4.        In preparing this Supplemental Declaration, through my colleagues, I caused to be

submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")[2]

additional entities not included in Schedule 1 to the Prior Declarations.  A copy of the list of the

parties searched by Akin Gump in connection with preparation of this Supplemental Declaration is

---

[2] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

annexed hereto as Schedule 1 (collectively, the "Searched Parties").  The entities listed in Schedule 1 to this Supplemental Declaration include:  (i) parties who filed notices of appearance; (ii) transferees of claims; (iii) parties involved in transactions pursuant to Bankruptcy Code section 363; (iv) parties identified in Bankruptcy Rule 2014 statements filed by other parties in these cases; (v) parties identified in Bankruptcy Rule 2019 statements filed by other parties in these cases; (vi) parties to adversary proceedings related to these cases; (vii) parties who filed statements pursuant to Schedule 13D of the Securities Exchange Act of 1934; and (viii) parties who came to the attention of Akin Gump in the course of its representation of the Committee.[3]

### Representation of Parties in Interest[4]

5.      Set forth in Schedule 2 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases.  In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action.  In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

---

[3] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1.  If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014.  Akin Gump will disclose such information in confidence to the Office of the United States Trustee if requested to do so.

[4] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

6.      Set forth in Schedule 3 annexed hereto is a listing of those parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

7.      Set forth in Schedule 4 of this Supplemental Declaration is a list of those Searched Parties from Schedule 1 of this Supplemental Declaration that appear in the Conflict Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

## Other Connections and General Disclosures

8.      Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on June 19, 2013

Fred S. Hodara

**SCHEDULE 1**

**PARTIES SEARCHED IN THE CONFLICT DATABASE**

**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING
CURRENT OR FORMER CLIENTS OF AKIN GUMP**

**Parties Who Have Filed Notices of Appearance: November 1, 2011 through May 6, 2013**

Alan Heinbaugh
Barbara Carr
Barbara Dunston
Barbara Gallagher
Bertam Fredrick
Betty Lewis
Bonnie J. Boyer
Brad Lee Henry
Brenda L. Rohrbaugh
Brenda L. Wread
Brent E. Beasley
Bruce Francis
Bruce Turner
Carmel Totman
Carol F. Raymond
Caroline Underwood
Chad Soraino
Chae S. Roob
Charles Sandner
Claudia Vidmer
Core Brookfield Lakes, LLC
Crickett Grissom
Cynthia Ann Schmidt
Cynthia B. Richardson
Daniel D. David
Danny Owenby
David Litz
Deborah Faircloth
Deborah M. Jones
Debra Vega
Edward G. Guevarra, Jr.
Ellen Sue Brady
Emily D. Cullen
Estelle Loggins
FCS North America, Inc.
Freddie Wormsbaker

Gary W. Garrett
George I. Hovater, Jr.
Gerald R. Utpadel
Gloria Benson
Gussie H. Anderson
Herbert Preston Stansbury
James Craig
James Hunt
James Lee
James Young
Jane Neumann
Janet Bass
Janetta Hames
Janette M. Head
Jeffrey B. Borron
Jerry Wadlow
John J. Rossi
John Mercer
John S. Elliott
Kathleen A. Reese
Kaushik Patel
Kerry Wayne Logan
Kien Chen
Kim M. Yates
Laurie Adams
Leah McCaffrey
Leona Purdum
Lois Diane Uphold
Lottie Edith Chambers
Lynette Kay Seymour
 Manuel Segura
Marilyn Day
Marilyn Green
Mark A. Phillips
Mark R. Janis
Mary L. Holbrook
Mera Networks
Mera NN
Mercer (US) Inc.
Michael D. Rexroad
Michael McWalters
Michael P. Alms
Michael R. Thompson
Michael Stutts
Miriam L. Stewart
Moreno Minto

Najam Dean
Nancy Ann Wilson
Nanette Faison
Olive Jane Stepp
Pamela J. Powell
Paul Douglas Wolfe
Paul E. Morrison
Peter Lawrence
Rahul Kumar
Ralph Maclver
Raymond Turner
Reid T. Mullett
Remajos Brown
Richard Hodges
Richard Lynn Engleman
Robert Dale Dover
Robert Horne
Robert Joseph Martel
Roger G. Carlsen
Ronald J. Rose, Jr.
Sandra Aiken
Scott David Howard
Scott Gennett
Shirley Bloom
Shirley Maddry
SPCP Group, LLC
Steven E. Bennett
Susan Ann Heisler
Terry D. Massengill
Thelma Watson
Thomas Fletcher
Vernon Long
Victoria Anstead
Wayne J. Schmidt
Wendy Boswell Mann
William A. Reed
William E. Johnson

## **Transferees of Claims: November 1, 2011 through May 6, 2013**

ASM Capital IV, L.P.
ASM Capital, L.P.
ASM SIP, L.P.
Avenue TC Fund, LP
Bowery Opportunity Fund, L.P.
Corre Opportunities Fund, L.P.

CRT Capital Group LLC
CRT Special Investments LLC
Deutsche Bank Securities Inc.
DG Value Partners II Master Fund LP
DG Value Partners LP
Drawbridge Special Opportunities Fund Ltd.
Equity Trust Company Custodian (FBO IRAs #109806 and #109595, as assignee of Sylvie
Lafreniere (GID 1595396))
Fair Harbor Capital, LLC
Farallon Capital (AM) Investors, LP
Farallon Capital Institutional Partners II, LP
Farallon Capital Institutional Partners III, LP
Farallon Capital Institutional Partners, LP
Farallon Capital Offshore Investors II, LP
Farallon Capital Partners, LP.
Hain Capital Group, LLC
Hain Capital Holdings, LLC
Liquidity Solutions, Inc.
Longacre Institutional Opportunity Fund, L.P.
Longacre Opportunity Fund, L.P.
Marblegate Special Opportunities Master Fund LP
Noonday Offshore, Inc.
Optical NN Holdings, LLC
Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio
Seaport V LLC
Solus Core Opportunities LP
Solus Recovery Fund II Master LP
Solus Recovery Fund LP
Solus Recovery Fund Offshore Master LP
Solus Recovery LH Fund LP
Sonar Credit Partners II, LLC
Sonar Credit Partners, LLC
Tannor Partners Credit Fund, LP
TR Capital Management, LLC
TRC MASTER FUND LLC
U.S. Debt Recovery IIA, LLC
U.S. Debt Recovery V, L.P.
U.S. Debt Recovery VIII, L.P.
United States Debt Recovery X, L.P.
US Debt Recovery III, L.P.
US Debt Recovery XI, L.P.
Waterstone Distressed Opportunities Master Fund, Ltd.
Waterstone Market Neutral Master Fund, Ltd.
Waterstone MF Fund, Ltd.
Waterstone Offshore AD Fund, Ltd.
Waterstone Offshore ER Fund, Ltd.

WB Claims Holding Nortel, LLC
Wellspring Capital LP

**Parties Involved in Sale Processes Pursuant to Bankruptcy Code Section 363: November 1, 2011 through May 6, 2013**

There were no ongoing sale processes pursuant to Bankruptcy Code section 363 from November 1, 2011 through May 6, 2013.

**Parties Identified in Bankruptcy Rule 2014 Statements: November 1, 2011 through May 6, 2013**

ABN AMRO Bank N.V.
Ace Insurance Company
ACE Parking Management
Acme Packet, Inc.
AIG Commercial Insurance Company of Canada
Airspan Communications Ltd.
Airspan Networks Inc.
Alcatel-Lucent SA
Aldine Independent School District
Allen & Overy LLP
Allianz Global Risks US Insurance Company
Allied World National Assurance Co.
Alltel Wireless
Allworx Corporation
Alpha Network USA, Inc.
Altera Corporation
Alvarion Ltd.
Ameriprise Financial Services, Inc.
Amphenol Corporation
Andrew Corporation
Anixter International
Aon Consulting
APC Workforce Solutions
Applied Micro Circuits Corporation
Arch Insurance Company
Artesyn Technologies
Atmos Energy Corporation
Bank of America, N.A.
Barclay's Capital, Inc., LE
Barclays Real Estate Capital, Inc.
Beeline Communications, Inc.
Bell Microproducts Canada-Tenex Data ULC
Benesch Friedlander Coplan & Aronoff LLP
Bexar County

Blank Rome LLP
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNY-SBL/PB
British Telecom
Broadcom Corporation
Brookfield Lakes Corporate Center
Brookfield Lepage Johnson
Brookfield Strategic Real Estate Partners, L.P.
Brown Brothers Harriman & Co.
BT Americas Inc.
Cablevision Lightpath, Inc
California State Board of Equalization
California State Teachers Retirement
Catlin Canada Inc.
CB Richard Ellis, Inc.
Charles Schwab & Co., Inc.
Chubb Group of Insurance Companies
CIBC World Markets, Inc.
Ciena Corporation
Cigna, Inc.
Ciminelli Development Co. Inc.
Cincinnati Bell, Inc.
Cisco Systems, Inc.
Citadel Derivatives Group, LLC
Citadel Trading Group, LLC
Citibank, NA
Citigroup Financial Services Corp.
Citigroup Global Markets Realty Corp.
Citigroup Global Markets, Inc.
Citigroup Global Markets, Inc./Salomon Brothers
Citigroup Private Bank & Trust
Citrix Systems Inc.
City and County of Denver
City of Durham
City of Santa Clara
Clearwire Corp.
Comcast Cable Communications LLC
Comcast Corporation
Comerica Bank
Communications Test Design Inc.
Communications Test Design, Inc.
Computer Science Corporation
Continental Casualty Co.
Cox Communications, Inc.
Credit Suisse Securities (USA)

Credit Suisse Strategic Partners
Cricket Communications, Inc.
Crowell & Moring LLP
CSC Holdings, LLC
Cypress Communications, Inc.
Datatec Networking and Com.
Davidson (D.A.) & Co., Inc.
Debka Immobielien Investment GMBH
Dell Marketing, LP
Department of the Navy
Deutsche Bank AG
Dresdner Kleinwort Securities LLC
Duane Morris LLP
Duesenberg Investment Company
Duke Energy Company
Duke Realty Ohio
E*Trade Capital Markets, LLC
E*Trade Cleary, LLC
Edward D. Jones & Co., LP
Embarq Corporation
EMC Corporation
Emerson Electric Co.
Ernst & Young Inc.
Ernst & Young LLP
Excel Insurance Solutions
Excelight Communications Inc.
Federal Insurance Company (Chubb)
Federated Treasury Obligations
Fidelity Capital Markets Services
Fidelity Management & Research Co.
Fidelity Management Trust Company
Fidelity Treasury Portfolio Fund
Flagler Development Company
Florida Power & Light Company
Fox Broadcasting Company
Fox News Network, LLC
Fox Sports Net West 2, LLC
France Telecom S.A.
Freescale Semiconductor, Inc.
Frontier Communications
GE Fanuc Embedded Systems, Inc.
GFI Inc.
Global IP Solutions
Glow Networks, Inc.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP

Goldman Sachs International Ltd.
Gores Group, Inc.
Grant Thornton LLP
Graybar Electric Company, Inc.
Great American Insurance Group
H&R Block, Inc.
Harris Corporation
Harris County
Harte-Hanks, Inc.
Hewlet- Packard Company
Hewlett-Packard Financial Services
Hiscox Syndicate
Hitachi Limited
HQ Global Workplaces Inc.
Huawei Technologies Co. Ltd.
Huntington National Bank
Huron Consulting Group
Ingalls & Snyder, LLC
Insight Direct USA, Inc.
Insignia ESG, Inc.
Intech Group, Inc.
Interactive Brokers, LLC/Retail Clearance
International Business Machines Corporation
Irell & Manella LLP
Iron Mountain Information Management Inc.
ITC Holdings Corp.
ITC Networks SRL
Jabil Circuit Inc (GDL)
Jackson Lewis, LLP
Jaguar Land Rover North America, LLC
Janney Montgomery Scott, LLC
JDS Uniphase Corporation
Johnson Controls Inc.
JP Morgan Chase & Co.
JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JP Morgan U.S. Money Market Funds
Juniper Networks, Inc.
Keybank National Association
Kuehne & Nagel International AG
Lehman Brothers Alpha Funds Plc for Lehman
Lehman Brothers First Trust Income Opportunities
Lehman Brothers High Yield Bond Fund LLC

Lehman Brothers Income Funds For Lehman
Lehman Brothers, Inc.
Level 3 Communications LLC
Loomis Sayles & Company, L.P.
LPL Financial Corporation
Mackay Sheilds LLC
Marshall & Illsey Bank
Masergy Communications, Inc.
Mellon Trust of New England, NA
Merrill Lynch
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Micron Technology, Inc.
Morgan Stanley
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
Morgan, Keegan & Company, Inc.
MTS Allstream Inc.
National City Bank
National Financial Services Corp.
National Fuel Gas, Co.
National Grid
National Grid- Massachusetts
National Grid- Melville
NationsBank of Texas, NA
NEC Corporation
Northern Trust Co.
Nuance Communications
Ogilvy Renault LLP
Oppenheimer & Co., Inc.
Oppenheimer Acquisition Corporation
Oracle America, Inc.
Oracle Corporation
Oracle USA, Inc.
Pacific Investment Management Company LLC
PG&E- California
PNC Bank, NA
Polycom, Inc.
Powerwave Technologies, Inc.
Precision Communication Services, Inc.
Prudential Insurance Company of America
QBE Specialty Insurance Company
Qualcomm Inc.
Quest Business Resources, Inc.
Quest Communications Corporation
Quest Corporation
Ranger Transportation, Inc.

Raymond James & Associates, Inc.
Raymond James Ltd.
RBC Capital Markets Corporation
RBC Dominion Securities Inc
Reckson Operating Partnership
Richardson Independent School District (lSD)
Right Management Inc.
RLKS Executive Solutions LLC
Sanford C. Bernstein & Co., LLC
Sanmina SCI Corporation
Santur Corporation
SAP America, Inc.
Scotia Capital Inc
Scottrade, Inc
SEAL Consulting
Sentra Securities and Spelman & Co.
Siemens Enterprise
Siemens Enterprise Communications, Inc.
Siemens Networks
SK Telecom Co., Ltd.
Sprint Nextel
Sprint Spectrum L.P.
SprintCom Inc.
SRP Telecom
Staples Inc.
Staples National Advantage
State of Michigan, Department of Treasury
State Street Bank & Tmst Co.
Sterne, Agee & Leach, Inc.
Stifel Nicolaus & Company
Sumitomo Electric Lightwave Corporation
Sun Microsystems, Inc.
Sun Trust Bank
Tandberg AS
Tata American International Corporation
Tata Consultancy Services
TD Ameritrade Inc.
TD Waterhouse Canada, Inc.
Technology Park X LTD Partnership
Tejas Networks
TEK Systems Inc.
Telefonica, S.A.
Tellabs, Inc.
Telmar Network Technology
Tennessee Department of Revenue
Texas Comptroller of Public Accounts

Texas Instruments Inc.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Fifth Third Bank
The Irvine Company
Thomas & Betts Manufacturing Inc.
T-Mobile US, Inc.
Trapeze Networks Inc.
Travelers Guarantee Company of Canada
Trustmark Corporation
TTI Team Telecom Netherlands B.V.
TXU Energy Retail Company, LLC
Tyco Electronics, Ltd.
UBS AG
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
Union Bank, N.A.
Unisys Corporation
United Business Media LLC
United Parcel Services
United States Cellular Corporation
US Bank NA
USAA Real Estate Company
Verint Americas Inc.
Verizon Communications, Inc.
Verizon New York, Inc.
Verizon Virginia, Inc.
Wachovia Bank, N.A.
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
Wind River Systems Inc.
Wipro Technologies
Wistron InfoComm Technology Corp.
Witness Systems Inc.
Xilinx Inc.
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd
ZTE Corporation
Zurich Insurance Company
Zurich North America

**Parties Identified in Bankruptcy Rule 2019 Statements: November 1, 2011 through May 6, 2013**

Alan Reid
Alan Sowards
Ana Noy
Andrew Chezem
Andrew Sutcliffe
Anthony Leger
Anthony Perez
Armando Tello
Bakul Khanna
Barry D'Amour
Bart Kohnhorst
Basil Papantonis
Ben Warren
Boyce Creamer
Brian Leonard
Brian McCune
Brian Page
Bruce Schofield
Bryan Ritchie
Carolyn Palmer
Carroll Gray-Preston
Cecil Farmer
Cecil Raynor
Cesar Lafaurie
Charla Crisler
Charles Berry
Ciriaco Valdez
Clyde Miller
Dan Mondor
Darnell Barber-Moye
Dave Brewer
David Adams
David Dautenhahn
David Grant
David Hilbig
David Ko
David Longaker
Debra Coleman
Dennis Missini
Detlef Soberay
Didier Werkoff
Donald Fedyk
Douglas Clark
Edmund Raubolt
Edward Natiuk
Edwin C. Koehler Jr.

Egbert Clark
Elias Cagiannos
Ellen Bovarnick
Enis Erkel
Eric Badowski
Frank Bayno
Frank Garbis
Frank Shepherd
Gary Kutac
George Montgomery
Gillian McColgan
Gordon Adamyk
Gregory Hoy
Gregory Lagios
Ivo Lekich
Jack Borchgrevink
Jag Sharma
James Decker
Jay Allan
Jeffrey Deneen
Jeffrey Townley
Jenifer Maryak
Jennifer May
Jim Mercure
John Hearn
John Kalfa
John Lowe
John Orbe
John Ryan
John Seligson
John Valentine
Jonathan Schmidt
Kalyan Basu
Kathryn Clark-Sellers
Kenneth Grelck
Kenneth Johnson
Kevin Garnica
Kollen Brower
Lawrence Ciccarelli
Lawrence Diburro
Lawrence Molina
Lee Laskin
Levon Habosian
Lori McLean
Luc Dhondt
Lynn Garrick

Manmohan Chima
Mara Foulois
Margaret Turner
Mark Conroy
Mark Hamilton
Mark Hankel
Mark Malzahn
Mark Racynski
Mark Stukel
Mason Young
Masood Tariq
Maurice Fradette
Mauricio Cvjetkovic
Meng Yee
Michael Heslop
Michael Whitehurst
Mitchell Simcoe
Mohan Dattatreya
Moses Sun
Nicola Garito
Niel Covey
Nora Winje
Patrick Davis
Patrick Lewis
Paul Knudsen
Paul Woodruff
Peter Cassidy
Peter Cellarius
Peter Farranto
Peter Mackinnon
Peter Maclaren
Peter Murphy
Prabir Das
Praveen Shekokar
Rajpriya Marsonia
Randy Dodd
Reginald Wilcox
Richard Callanan
Richard Daniel
Richard Lacerte
Richard Levin
Richard Rose
Rob Keates
Robert Graham
Robert McCabe
Robert Moseley

Robert Young
Ronald Frydach
Ronald Isom
Ruth Fax
Samuel Layne
Scott Matheny
Stephen Bridges
Stephen Lau
Steven Bandrowczak
Steven McNitt
Steven Searles
Susan Keegan
Tal Lavian
Thomas Skidmore
Timothy Parker
Timothy Pillow
Tom Chavez
Vince Iacoviello
Vivek Kapil
Wing Wong
Yuan-Hao Lin

## Parties to Adversary Proceedings Initiated November 1, 2011 through May 6, 2013

There were no adversary proceedings initiated during the period November 1, 2011 through May 6, 2013.

## Parties Who Filed Statements Pursuant to Schedule 13D of the Securities Exchange Act of 1934: November 1, 2011 through May 6, 2013

No parties filed statements pursuant to Schedule 13D of the Securities Exchange Act of 1934 during the period November 1, 2011 through May 6, 2013.

## Other Parties in Interest

Party A
Party B

**SCHEDULE 2**
**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1**
**WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING**
**CURRENT OR FORMER CLIENTS OF AKIN GUMP**

**Parties Who Have Filed Notices of Appearance:**
**November 1, 2011 through May 6, 2013**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Mercer (US) Inc.                                    SPCP Group LLC

**Transferees of Claims:**
**November 1, 2011 through May 6, 2013**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Avenue TC Fund, LP                                 Longacre Institutional Opportunity Fund, L.P.

Bowery Opportunity Fund, L.P.                      Longacre Opportunity Fund, L.P.

Deutsche Bank Securities Inc.

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

CRT Special Investments LLC                        Farallon Capital (AM) Investors, LP

CRT Capital Group LLC                              Farallon Capital Institutional Partners III, LP

Liquidity Solutions, Inc.                          Solus Recovery Fund LP

Farallon Capital Partners, LP                      Solus Core Opportunities LP

Farallon Capital Institutional Partners, LP        Solus Recovery Fund II Master LP

Farallon Capital Institutional Partners II, LP     Solus Recovery Fund Offshore Master LP

Farallon Capital Offshore Investors II, LP         Solus Recovery LH Fund LP

**Parties Identified in Bankruptcy Rule 2014 Statements:**
**November 1, 2011 through May 6, 2013**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

ABN AMRO Bank N.V.

Ace Insurance Company

AIG Commercial Insurance Company of
  Canada

Arch Insurance Company

Bank of America, N.A.

Barclay's Capital, Inc.

Barclays Real Estate Capital, Inc.

BNP of Paribas Prime Brokerage, Inc.

BNP Paribas Securities Corp/Fixed Income

Brown Brothers Harriman & Co.

Computer Science Corporation

CIBC World Markets, Inc.

Cisco Systems, Inc.

Citibank, NA

Citigroup Capital Markets Realty Group

Citigroup Global Markets, Inc.

Citigroup Financial Services Corp.

Citigroup Global Markets, Inc./Salomon
  Brothers

Citigroup Private Bank & Trust

Comcast Cable Communications LLC

Comcast Corporation

Comerica Bank

Cox Communications

Credit Suisse Securities (USA)

Credit Suisse Strategic Partners

Deutsche Bank AG

Duke Energy Company

EMC Corporation

Ernst & Young Inc.

Ernst & Young LLP

Fidelity Management & Research Co.

Fidelity Treasury Portfolio Fund

Fidelity Management Trust Company

Fidelity Capital Markets Services

Florida Power & Light Company

France Telecom S.A.

GE Fanuc Embedded Systems, Inc.

Goldman Sachs &Co.

Goldman Sachs Execution &Clearing, LP

Goldman Sachs International Ltd.

Hitachi Limited

International Business Machines Corporation

JP Morgan Chase &Co.

JP Morgan Chase Bank, National Association

JP Morgan Clearing Corp.

JP Morgan International

JP Morgan Securities Inc./Fixed Income

JP Morgan Securities, Inc.

JP Morgan U.S. Money Market Funds

Level 3 Communications LLC

Mackay Shields LLC

Merrill Lynch

Merrill Lynch, Pierce, Fenner & Smith
   Incorporated

Morgan Stanley

Morgan Stanley & Co. Inc./Retail

Morgan Stanley & Co. Inc.

National Grid

Oppenheimer & Co., Inc.

Pacific Investment Management Company
   LLC

PG&E-California

PNC Bank, NA

QBE Specialty Insurance Company

RBC Capital Markets Corporation

RBC Dominion Securities Inc.

Siemens Enterprise

Siemens Enterprise Communications, Inc.

Siemens Networks

State Street Bank & Trust Co.

Stifel Nicolaus & Company

Sun Trust Bank

Texas Instruments, Inc.

The Bank of Tokyo Mitsubishi UFJ, Ltd.

UBS AG

UBS Financial Services, Inc.

UBS Securities, LLC

UMB Bank NA

Union Bank of California

Union Bank, N.A.

United Parcel Services

US Bank NA

USAA Real Estate Company

Verizon Communications, Inc.

Verizon New York, Inc.

Verizon Virginia, Inc.

Wachovia Bank, N.A.

Wachovia Capital Markets, LLC

Wachovia Securities, LLC

Wells Fargo Bank, National Association

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Aon Consulting | E*Trade Capital Markets, LLC |
| Allianz Global Risks US Insurance Company | E*Trade Cleary, LLC |
| Alltel Wireless | Federal Insurance Company (Chubb) |
| APC Workforce Solutions | Fox Sports Net West 2, LLC |
| Bexar County | Fox News Network, LLC |
| Blank Rome LLP | Fox Broadcasting Company |
| BNY-SBL/PB | Freescale Semiconductor, Inc. |
| Broadcom Corporation | Glow Networks, Inc. |
| Cablevision Lightpath, Inc. | Gores Group, Inc. |
| California State Teachers Retirement | Great American Insurance Group |
| CB Richard Ellis | Grant Thornton LLP |
| Charles Schwab &Co., Inc. | Hewlett-Packard Company |
| Chubb Group of Insurance Companies | Hewlett-Packard Financial Services |
| Citadel Derivatives Group, LLC | Hiscox Syndicate |
| Citadel Trading Group, LLC | Huawei Technologies Co. Ltd. |
| City and County of Denver | Huntington National Bank |
| Continental Casualty Co. | Insignia ESG, Inc. |
| Cricket Communications, Inc. | Irell & Manella LLP |
| CSC Holdings, LLC | Janney Montgomery Scott, LLC |
| Dell Marketing, LP | Johnson Controls Inc. |
| Davidson (D.A.) & Co., Inc. | Juniper Networks, Inc. |
| Dresdner Kleinwort Securities LLC | Key Bank National Association |
| Duane Morris, LLP | Lehman Brothers, Inc. |
| Edward D. Jones & Co., LP | Lehman Brothers Income Funds for Lehman |

Lehman Brothers High Yield Bond Fund LLC

Lehman Brothers First Trust Income
   Opportunities

Lehman Brothers Alpha Funds Plc for
   Lehman

Level 3 Communications LLC

Morgan, Keegan & Company, Inc.

National Fuel Gas, Co.

NationsBank of Texas, NA

Northern Trust Co.

Oracle America, Inc.

Oracle Corporation

Oracle USA, Inc.

Polycom, Inc.

Powerwave Technologies, Inc.

Prudential Insurance Company of America

Qualcomm Inc.

Quest Business Resources

Quest Communications Corporation

Quest Corporation

Raymond James & Associates, Inc.

Raymond James Ltd.

Richardson Independent School District (ISD)

Sanford C. Bernstein &Co., LLC

SAP America, Inc.

SK Telecom Co., Ltd.

Sprint Nextel

SprintCom Inc.

Staples Inc.

Staples National Advantage

Sun Microsystems, Inc.

Sprint Spectrum L.P.

Tata Consultancy Services

Telefonica, S.A.

Thomas & Betts Manufacturing Inc.

Travelers Guarantee Company of Canada

Tyco Electronics, Ltd.

Unisys Corporation

Untied States Cellular Corporation

Xilinx Inc.

XL Insurance (Bermuda) Ltd

XL Insurance Company Ltd

Zurich Insurance Company

Zurich North America

**Parties Identified in Bankruptcy Rule 2019 Statements:**
**<u>November 1, 2011 through May 6, 2013</u>**

Akin Gump has not represented any of these individuals.

**<u>Other Parties in Interest:</u>**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Party A                                        Party B

**SCHEDULE 3**

**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY
OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP**

ABN AMRO Bank N.V.
Ace Insurance Company
AIG Commercial Insurance Company of Canada
Alcatel-Lucent SA
Aldine-Independent School District
Allianz Global Risks us Insurance Company
Allied World National Assurance Company
Alltel Wireless
Andrew Corporation
Anixter International
Aon Consulting
ASM Capital IV, L.P.
ASM Capital, L.P.
ASM SIP, L.P.
Avenue TC Fund, LP
Bank of America, NA
Barclay's Capital, Inc., LE
Barclays Real Estate Capital, Inc.
Bell Microproducts Canada Tenex Data ULC
Bexar County
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNY-SBL/PB
British Telecom
Broadcom Corporation
Brookfield Lakes Corporate Center
Brookfield Lepage Johnson
Brookfield Strategic Real Estate Partners, L.P.
Brown Brothers Harriman & Co.
BT Americas Inc.
California State Board of Equalization
California State Teachers Retirement
CB Richard Ellis
Charles Schwab & Co., Inc.
CIBC World Markets, Inc.
Cigna, Inc.
Cincinnati Bell, Inc.
Cisco Systems, Inc.
Citadel Derivatives Group, LLC

Citadel Trading Group, LLC
Citibank, NA
Citigroup Financial Services Corp.
Citigroup Global Markets Realty Corp.
Citigroup Private Bank & Trust /
Citigroup-Global Markets, Inc./Salomon
    Brothers
Citrix Systems Inc.
Clearwire Corp.
Comcast Cable Communications LLC
Comcast Corporation
Comerica Bank
Computer Science Corporation
Continental Casualty Co.
Corre Opportunities Fund, L.P.
Cox Communications, Inc.
Credit Suisse Securities (USA)
Credit Suisse Strategic Partners
Cricket Communications, Inc.
Crowell & Moring LLP
CRT Capital Group LLC
CRT Special Investments LLC
Dell Marketing, LP
Department of the Navy
Deutsche Bank AG
Drawbridge Special Opportunities Fund Ltd.
Dresdner Kleinwort Securities LLC
Duke Energy Company
Duke Realty Ohio
E*Trade Capital Markets, LLC
E*Trade Cleary, LLC
Edward D. Jones &-Co., LP
Embarq Corporation
EMC Corporation
Emerson Electric Co.
Ernst & Young Inc.
Ernst & Young LLP
Farallon Capital (AM) Investors, LP
Farallon Capital Institutional Partners II, LP

Farallon Capital Institutional Partners III, LP
Farallon Capital Institutional Partners, LP
Farallon Capital Offshore Investors II, LP
Farallon Capital Partners, LP
Federal Insurance Company (Chubb)
Fidelity Capital Markets Services
Fidelity Management & Research Co.
Fidelity Management Trust Company
Fidelity Treasury Portfolio Fund
Florida Power & Light Company
Fox Broadcasting Company
Fox News Network, LLC
Fox Sports Net West 2, LLC
France Telecom S.A.
Freescale Semiconductor, Inc.
Frontier Communications
GE Fanuc Embedded Systems, Inc.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Gores Group, Inc.
Grant Thorton LLP
Graybar Electric Company, Inc.
Great American Insurance Group
H&R Block
Harris Corporation
Harris County
Harte-Hanks, Inc.
Hewlet-Packard Company
Hewlett-Packard Financial Services
Hitachi Limited
HQ Global Workplaces Inc.
Huawei Technologies Co. Ltd.
Huntington National Bank
Insignia ESG, Inc.
Interactive Brokers, LLC/Retail Clearance
International Business Machines Corporation
Iron Mountain Information Management Inc.
ITC Holdings Corp.
Jaguar Land Rover North America, LLC
Janney Montgomery Scott, LLC
JDS Uniphase Corporation
Johnson Controls Inc.
JP Morgan Chase & Co.
JP Morgan Clearing Corp.
JP Morgan International

JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JP Morgan U.S. Money Market Funds
JP-Morgan Chase Bank, National Association
Juniper Networks, Inc.
Keybank National Association
Kuchne & Nagel International AG
Lehman Brothers Alpha Funds Plc for Lehman
Lehman Brothers First Trust Income
    Opportunities
Lehman Brothers High Yield Bond Fund LLC
Lehman Brothers Income Funds For Lehman
Lehman Brothers, Inc.
Loomis Sayles & Company, L.P.
LPL Financial Corporation
Mackay Sheilds LLC
Merrill Lynch
Merrill Lynch, Pierce, Fenner & Smith
    Incorporated
Micron Technology, Inc.
Morgan Stanley
Morgan Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
Morgan, Keegan & Company, Inc.
National City Bank
National Grid
NationsBank of Texas, NA
NEC Corporation
Northern Trust Co.
Nuance Communications
Oracle America, Inc.
Oracle Corporation
Oracle USA, Inc.
Pacific Investment Management Company LLC
Party A
Party B
PG&E- California
PNC Bank, NA
Powerwave Technologies, Inc.
Prudential Insurance Company of America
Qualcomm Inc.
Quest Business Resources, Inc.
Quest Communications Corporation
Quest Corporation
Raymond James & Associates, Inc
Raymond James Ltd.

RBC Capital Markets Corporation
RBC Dominion-Securities Inc
Reckson Operating Partnership
Richardson Independent School District (ISD)
Sanford C. Bernstein & Co., LLC
Sanmina SCI Corporation
SAP America, Inc.
Scotia Capital Inc.
Scottrade, Inc.
Siemens Enterprise
Siemens Enterprise Communications, Inc.
Siemens Networks
Solus Core Opportunities LP
Solus Recovery Fund II Master LP
Solus Recovery Fund LP
Solus Recovery Fund Offshore Master LP
Solus Recovery LH Fund LP
Sonar Credit Partners II, LLC
Sonar Credit Partners, LLC
SPCP Group, LLC
Sprint Nextel
Sprint Spectrum L.P.
SprintCom Inc.
Staples Inc.
Staples National Advantage
State of Michigan, Department of Treasury
State Street Bank & Trust Co.
Sterne, Agee & Leach, Inc.
Sun Microsystems, Inc.
Sun Trust Bank
TD Ameritrade Inc.
TD Waterhouse Canada, Inc.
Texas Comptroller of Public Accounts
Texas Instruments Inc.

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Fifth Third Bank
The Irvine Company
Thomas & Betts Manufacturing Inc.
T-Mobile
Travelers Guarantee Company of Canada
TXU Energy Retail Company, LLC
Tyco Electronics, Ltd.
UBS AG
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
Union Bank, N.A.
Unisys Corporation
United Parcel Services
United States Cellular Corporation
US Bank NA
USAA Real Estate Company
Verizon Communications, Inc.
Verizon New York, Inc.
Verizon Virginia, Inc.
Wachovia Bank, N.A.
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
Wellspring Capital LP
Wind River Systems Inc.
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd
ZTE Corporation
Zurich Insurance Company
Zurich North America

**SCHEDULE 4**

**PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING
SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS'
COMMITTEES REPRESENTED BY AKIN GUMP**

ABN AMRO Bank N.V.
AIG Commercial Insurance Company of
    Canada
Avenue TC Fund, LP
Bank of America, NA
Barclay's Capital, Inc., LE
Barclays Real Estate Capital, Inc.
BNY-SBL/PB
CIBC World Markets, Inc
Citadel Derivatives Group, LLC
Citadel Trading Group, LLC
Citigroup, NA
Citigroup Financial Services Corp.
Citigroup Global Markets, Inc./Salomon
    Brothers
Citigroup Global Markets Realty Corp.
Citigroup Private Bank & Trust
Credit Suisse Securities (USA)
Credit Suisse Strategic Partners
CRT Capital Group LLC
CRT Special Investments LLC
Deutsche Bank AG
Deutsche Bank Securities Inc.
Farallon Capital (AM) Investors, LP
Farallon Capital Institutional Partners II, LP
Farallon Capital Institutional Partners III, LP
Farallon Capital Institutional Partners, LP
Farallon Capital Offshore Investors II, LP
Fidelity Management & Research Co.
Fidelity Treasury Portfolio Fund
Fidelity Management Trust Company
Fidelity Capital Markets Services
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP -
Goldman Sachs International Ltd.
Hain Capital Group, LLC
Hain Capital Holdings, LLC
Hewlet-Packard Company
Hewlett-Packard Financial Services
JP Morgan Chase & Co.

JP Morgan Chase Bank, National Association
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities Inc./Fixed Income
JP Morgan Securities, Inc.
JP Morgan U.S. Money Market Funds
Lehman Brothers, Inc.
Lehman Brothers Income Funds For Lehman
Lehman Brothers High Yield Bond Fund
    LLC
Lehman Brothers First Trust Income
    Opportunities
Lehman Brothers Alpha Funds Plc for
    Lehman C,
Longacre Institutional Opportunity Fund, L.P.
Longacre Opportunity Fund, L.P.
Mackay Sheilds LLC
Marblegate Special Opportunities Master
    Fund LP
Merrill Lynch
Merrill Lynch, Pierce, Fenner & Smith
    Incorporated
Morgan Stanley
Morgan-Stanley & Co Inc./Retail
Morgan Stanley & Co. Inc.
Oppenheimer & Co., Inc.
Pacific Investment Management Company
    LLC
Prudential Insurance Company of America
Party A
Party B
Prudential Insurance Company of America
Sanford Bernstein
Solus Core Opportunities LP
Solus Recovery Fund II Master LP
Solus Recovery Fund LP
Solus Recovery Fund Offshore Master LP
Solus Recovery LH Fund LP
SPCP Group LLC
Sun Trust Bank

UBS AG
UBS Financial Services, Inc.
UBS Securities, LLC
US Bank NA
Verizon Virginia, Inc.
Verizon Communications, Inc.
Verizon New York, Inc.
Waterstone Distressed Opportunities Master
    Fund, Ltd.

Waterstone Market Neutral Master Fund, Ltd.
Waterstone MF Fund, Ltd.
Waterstone Offshore AD Fund, Ltd.
Waterstone Offshore ER Fun
Wachovia Bank, N.A.
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association