IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: June 20, 2013 at 10a.m.<br>) Hearing Date:    June 25, 2013 at 10 a.m.<br>RE: : D.I.s 10731, 10741, 9598, 9600, 9647, 9665, 9674, 10151, 10170, 10186, 10452, 10454, 10603, 10730, 5790, 7685, 9304, 10364, 10375, 10406 |

## JOINDER OF Name IN SUPPORT OF KAUSHIK PATEL'S OBJECTION (DOCKET NO. 10908) SEEKING CONTINUANCE OF HEARING ON VARIOS MOTIONS COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE ALLOWANCE AND DEBTORS OBJECTION (DOCKET NO. 10731) TO ALL MOTIONS RELATED TO SEVERANCE ALLOWANCE.

Name signed herein, Long-Term Disabled Employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Joinder in support of Kaushik Patel's motion for continuance on hearing on various motions compelling Debtor's to issue severance allowance and Debtor's objection to all motions related to severance allowance

### Summary Statement

I *agree* and *support* Kaushik Patel's filing as *I too would like an opportunity to file my Proof of Claim (POC) upon the receipt of termination notice from Debtor and after the actual termination date of June 30, 2013.*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*I anticipate Debtor's notice of termination of my employment to have sufficient information with which my severance allowance can be calculated and hence proper POC can be filed*

*I want Motion on all LTD participants' POCs to be heard after June 30, 2013 and with information being sought with respect to Debtors pre-petition filing on Severance Allowance Plans with Department of Labor (DOL) and Employee Benefits Security Administration (EBSA)*

- Date: 6-14-13         x BARbara Carr
                          145 Grecian Pkwy
     Name, Mailing Address   Rochester NY 14626
     *Appearing Pro Se*