**Rebecca Smith – D.I. 10383 – <u>CASE NO. 09-10138</u>** KG

May 30, 2013

To Whom it May Concern:

I am writing this letter in regards to how I feel I was treated when dealing with the committee for LTD. When I first joined the committee I was told that I would receive help with filing objections and/or anything that needed to be filed or submitted. When I mentioned that I have my contract/employee handbook and it states what my disability coverage is, I was told there was no such thing by a member of the committee. My contract states that I will receive benefits until I am no longer disabled or die.

I was hurt at Northern Telecom in 1992. I have been in pain for 21 years from this injury that occurred while working at the Northern Telecom RTP, NC location. My injury is a back injury. My disks have since deteriorated. There is no surgery or medication that can make me any better. It is only getting worse. I will never be pain free, or have the ability to ever return to work. It has been documented by doctors.

I have always taken pride in working at Northern Telecom and have been proud to be an employee until dealing with the committee. I feel that I have been brushed off and not helped. I feel the help was offered at first, but then maybe they didn't want anyone to know about my contract or the fact I was hurt at work, unlike others. This has become all about the committee having power and trying to be greedy. I am not writing this to try to get anything I don't deserve. I just want it to be known how I was treated and talked down to like I had no idea what I was talking about when I was reading my contract word for word as printed by Northern Telecom.

The money and benefits I currently receive monthly help me to survive. I cannot get help from the government or get a job to provide for myself due to my disability. I am very distraught and do not know how I am going to provide for myself once my money and benefits are discontinued.

Sincerely,

*Rebecca Smith*

Rebecca Smith
919-376-7185

Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Code, and bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans and (D) Grant Related Relief Filed by Rebecca Smith (D.I.10383, Filed 05/31/13) (Case No. 09-10138).