## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*, The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), | ) Case No. 09-10138 (KG) <br> ) <br> ) Jointly Administered <br> ) <br> ) |

**ESTELLE LOGGINS, SUPPORT OF DEBTORS SCHEDULED HEARING (June 25, 2013) IN RESPONSE TO MY LETTER TO THE COURT [D.I. 10408] APPEALING FOR JUSTICE AND CONTINUED SUPPORT**

Upon consideration of the Motion by ESTELLE LOGGINS for entry of an order Appealing for Justice and Continued Support from the Courts I request payment (the "Appeal") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

Dated: _____,2013
        Wilmington, Delaware

7