IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) |
| | ) Objection Deadline: June 18, 2013 at 4p.m. |
| | Hearing Date:     June 25, 2013 at 10 a.m. |
| | RE:          Docket #s 9673, 10741 |

---

## JOINDER OF ESTELLE LOGGINS IN SUPPORT OF MARK JANIS' MOTION [D # 10741] "COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE, 30 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE"

Estelle Loggins, signed herein, , Retired Disabled Employee of the above captioned

Debtors-in-possession (the "Debtors"), hereby submits this Joiner in support of Mark Janis'

motion compelling  Debtors to issue payment for  Severance  per Nortel Networks Severance

Allowance Plan upon termination of my employment on June 30, 2013.  In support of this

Motion, I respectfully represent as follows:

## Summary Statement

I agree and support Mark Janis' filing as I too am contractually due Severance from the Debtors:
- Severance is *a stand-alone* benefit that was promised me as a Nortel Employee upon my hire.
- I am a Nortel Employee retired post-petition with the understanding that the Debtors are winding down business and continue to reduce their entire workforce.
- Debtors are paying employees terminated post-position at a rate of 100% expected Severance.

- Debtors carved out Severance benefit's the LTD Settlement Agreement; this *implies a continued right to Severance.*
- Debtors documented their Severance liability *on two <u>additional</u> occasions that <u>I am due Severance</u> and <u>retain my full-time employee status</u>* per Nortel.  In my 2010 termination notice wherein Debtors specified on <u>*an individual basis*</u>, The Severance "Number of weeks to Commence Following Termination Date" as well as my "Employee Status: Full time: F"  In the 2013 LTD Retirement Election form, The Debtors me to waive my right to Severance should I wish to retire; this waiver was directed to LTD Employees.

- I retained my status as a full-time employee of Debtors per Nortel's Severance Allowance Plan.  An authorized leave of absence is defined as not being a 'break' in employment. As a full-time employee, I was granted an approved leave of absence when I became disabled.
- During my authorized medical leave of absence:
    ◦ I continue to accrue a full-week of Severance for each anniversary of my *date of hire and at the rate of the full-time work schedule I was regularly scheduled prior to disability*.  Severance is a benefit *based upon years of service prior* to termination.
- Upon Debtors termination of my employment on employment my employment effective June 30, 2013, Severance due me is $31,164.96

Date:  June 14, 2013

X *Estelle Loggins*

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217
*Appearing Pro Se*

2

June 14, 2013


Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006


Dear Sir or Madame


I have schedule to make a telephonic appearance via CourtCall in the Nortel Networks Inc. Case # 0910138 Under Judge Kevin Gross at the hearing on Tuesday, June 25, 2013 at 10:00a.m. (ET) concerning the Matter of my Letter 'Appealing to Court for Justice and Continued Support [D.I. 10408].

I am formally requesting that my appearance be placed on the Agenda for that date and time; in order that I might further my arguments, as appropriate, that build on my right to received the benefits requested.


Sincerely,

*Estelle Loggins*

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

(1)

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

## Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

## Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

Nortel Control No: 39900
Prudential Claim No: 10328806
ADJUSTED FOR SPD APPLICATION OF MEDICARE PART B PREMIUM

Date From: 10/3/2000
To: 12/3/2012

| To | Benefit Amount | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10/31/2000 | 3,635.92 | 2,224.30 | | | | 1,411.62 | 132.29 | 183.79 | 1,095.54 | 974.34 |
| 11/30/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 12/31/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 1/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 2/28/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 3/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 4/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 5/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 6/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 7/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 8/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 9/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 10/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 11/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 12/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 1/31/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 2/28/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 3/31/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,150.48 | 1,150.48 |
| 4/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 5/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 6/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 7/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 8/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 9/30/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 10/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 11/30/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 12/31/2002 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 1/1/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 2/28/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 3/31/2003 | 3,635.92 | 0.00 | | 1,000.00 | | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 4/30/2003 | 3,635.92 | 0.00 | | 0.00 | 1,188.00 | 2,447.92 | 58.36 | 80.73 | 2,308.83 | 2,308.83 |

adjustedPrudential.xlr

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 5/31/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 40 | 6/30/2003 | 3,635.92 | 0.00 | | 2,364.31 | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 41 | 7/31/2003 | 3,635.92 | | 5,250.00 | 2,364.31 | 3,552.31 | 369.46 | 58.36 | 0.00 | 305.23 | 25.25 |
| 42 | 8/31/2003 | 3,694.62 | | 5,250.00 | 2,364.31 | 3,552.31 | 369.46 | 58.36 | 0.00 | 311.10 | 25.25 |
| 43 | 9/30/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 44 | 10/31/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 45 | 11/30/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 369.46 | 58.36 | 0.00 | 311.10 | 0.00 |
| 46 | 12/31/2003 | 3,694.62 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 311.10 | 43.58 |
| 47 | 1/31/2004 | 3,761.22 | | 5,250.00 | 2,389.56 | 3,577.56 | 58.36 | 14.78 | 0.00 | 43.58 | 288.63 |
| 48 | 2/29/2004 | 3,761.22 | | 5,250.00 | 0.00 | 1,188.00 | 363.59 | 74.96 | 0.00 | 288.63 | 0.00 |
| 49 | 3/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 50 | 4/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 51 | 5/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 52 | 6/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 53 | 7/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 54 | 8/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 55 | 9/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 56 | 10/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 57 | 11/30/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 58 | 12/31/2004 | 3,761.22 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 59 | 1/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 60 | 2/28/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 61 | 3/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 62 | 4/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 63 | 5/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.86 | 0.00 | 315.73 | 0.00 |
| 64 | 6/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 65 | 7/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 66 | 8/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.53 | 0.00 | 316.06 | 0.00 |
| 67 | 9/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 68 | 10/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 69 | 11/30/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 70 | 12/31/2005 | 3,839.42 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 71 | 1/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 72 | 2/28/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 73 | 3/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 74 | 4/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 75 | 5/31/2006 | 3,927.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 76 | 6/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 77 | 7/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 78 | 8/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 79 | 9/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 80 | 10/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 81 | 11/30/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 82 | 12/31/2006 | 3,927.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |

adjustedPrudential.xlr

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 1/31/2007 | 4,021.42 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 84 | 2/28/2007 | 4,021.42 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 85 | 3/31/2007 | 4,021.42 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 86 | 4/30/2007 | 4,021.42 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 87 | 5/31/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 88 | 6/30/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 89 | 7/31/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 90 | 8/31/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 91 | 9/30/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 92 | 10/31/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 93 | 11/30/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 94 | 12/31/2007 | 4,021.42 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 0.00 |
| 95 | 1/31/2008 | 4,117.82 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 96 | 2/29/2008 | 4,117.82 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 97 | 3/31/2008 | 4,117.82 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 98 | 4/30/2008 | 4,117.82 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 99 | 5/31/2008 | 4,117.82 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 100 | 6/30/2008 | 4,117.82 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 101 | 7/31/2008 | 4,117.82 | | 0.00 | 910.49 | 2,098.49 | 2,019.33 | 70.94 | 14.99 | 1,933.40 | 1,451.50 |
| 102 | 8/31/2008 | 4,117.82 | | 0.00 | | 1,188.00 | 2,929.82 | 70.94 | 127.19 | 2,731.69 | 2,249.79 |
| 103 | 9/30/2008 | 4,117.82 | | 0.00 | | 1,188.00 | 2,929.82 | 70.94 | 127.19 | 2,731.69 | 2,249.79 |
| 104 | 10/31/2008 | 4,117.82 | | | | 1,188.00 | 2,929.82 | 70.94 | 127.19 | 2,731.69 | 2,249.79 |
| 105 | 11/30/2008 | 4,117.82 | | 0.00 | | 1,188.00 | 2,929.82 | 70.94 | 0.00 | 2,858.88 | 2,376.98 |
| 106 | 12/31/2008 | 4,117.82 | | 0.00 | | 1,188.00 | 2,929.82 | 70.94 | 0.00 | 2,858.88 | 2,376.98 |
| 107 | 1/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,946.08 |
| 108 | 1/31/2009 | 5468.3 premium adj. | | | | | 5,468.30 | 0 | 0 | 5,468.30 | 5,468.30 |
| 109 | 2/28/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 110 | 3/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 111 | 4/30/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 112 | 5/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 113 | 6/30/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 114 | 7/30/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 115 | 8/29/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 116 | 9/28/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 117 | 10/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 80.14 | 0 | 2,946.08 | 2,464.18 |
| 118 | 11/30/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 214.73 | 0 | 2,811.49 | 2,329.59 |
| 119 | 12/31/2009 | 4214.22 | 0 | 0 | 0 | 1,188.00 | 3,026.22 | 214.73 | 0 | 2,811.49 | 2,329.59 |
| 120 | 1/31/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 522.33 | 0 | 2,600.39 | 2,021.99 |
| 121 | 1/31/2010 | 251.28 mbursement. | | | | | 251.28 | 0 | 0 | 251.28 | 251.28 |
| 122 | 2/28/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 123 | 3/31/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 124 | 4/30/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 125 | 5/31/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |
| 126 | 6/30/2010 | 4310.72 | 0 | 0 | 0 | 1,188.00 | 3,122.72 | 271.05 | 0 | 2,851.67 | 2,273.27 |

6/17/2013

Control No: 39900
Claim No: 10328806

From: 10/31/200
To: 12/1/2012

| To | Benefit An | Workers Comp (1) | Less BTA (2) | Less Cyclical Adjustments or SSI (3) | Less Social Security (4) | Net LTD Benefits Before Taxes & Ins. (5) | Insurance (6) | Tax (7) | Net LTD Benefit Payable (8) | Total Payments To Me (9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2000 | 3,635.92 | 2,224.30 | | | | 1,411.62 | 132.29 | 183.79 | 1,095.54 | 974.34 |
| 11/30/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 12/31/2000 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 136.85 | 88.00 | 1,110.07 | 1,110.07 |
| 1/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 2/28/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 3/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 4/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 5/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 6/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 7/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 8/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 9/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 10/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 11/30/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 12/31/2001 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 1/31/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,101.27 | 1,101.27 |
| 2/28/2002 | 3,635.92 | 2,301.00 | | | | 1,334.92 | 145.65 | 88.00 | 1,150.48 | 1,150.48 |
| 3/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 4/30/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 5/31/2002 | 3,635.92 | 0.00 | | | | 3,635.92 | 96.44 | 88.00 | 3,451.48 | 3,457.78 |
| 6/30/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 7/31/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 8/31/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 9/30/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 10/31/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 11/30/2002 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |

6/17/2013

Control No: 39900
Claim No: 10328806

From:10/31/200
To:12/1/2012

| To | Benefit Amount | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 12/31/2002 | 3,635.92 | | | 0.00 | 1,000.00 | 2,635.92 | 96.44 | 88.00 | 2,451.48 | 2,457.78 |
| 1/1/2003 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 2/28/2003 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 3/31/2003 | 3,635.92 | 0.00 | | | 1,000.00 | 2,635.92 | 58.36 | 108.93 | 2,468.63 | 2,468.63 |
| 4/30/2003 | 3,635.92 | 0.00 | | | 1,188.00 | 2,447.92 | 58.36 | 80.73 | 2,308.83 | 2,308.83 |
| 5/31/2003 | 3,635.92 | 0.00 | | | 3,552.31 | 83.61 | 58.36 | 0.00 | 25.25 | 25.25 |
| 6/30/2003 | 3,635.92 | 0.00 | | | 3,552.31 | 83.36 | 58.36 | 0.00 | 25.25 | 25.25 |
| 7/31/2003 | 3,635.92 | | 5,250.00 | 2,364.31 | 3,552.31 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 8/31/2003 | 3,635.92 | | 5,250.00 | 2,364.31 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 9/30/2003 | 3,635.92 | | 5,250.00 | 2,364.31 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 10/31/2003 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 11/30/2003 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 12/31/2003 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 1/31/2004 | 3,635.92 | | 5,250.00 | 2,389.56 | 3,577.56 | 363.59 | 58.36 | 0.00 | 305.23 | 0.00 |
| 2/29/2004 | 3,635.92 | | 5,250.00 | 2,389.56 | 1,188.00 | 363.59 | 74.96 | 0.00 | 288.63 | 288.63 |
| 3/31/2004 | 3,635.92 | | 5,250.00 | 0.00 | 1,506.72 | 58.36 | 14.78 | 0.00 | 43.58 | 43.58 |
| 4/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 5/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 6/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 7/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 8/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 9/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 10/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 11/30/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 12/31/2004 | 3,635.92 | | 5,250.00 | 318.72 | 1,506.72 | 363.59 | 44.87 | 0.00 | 318.72 | 0.00 |
| 1/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |

Control No: 39900
Claim No: 10328806

From:10/31/200
To:12/1/2012

| To | Benefit An | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 2/28/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 3/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 4/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 5/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.86 | 0.00 | 315.73 | 0.00 |
| 6/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 7/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 8/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.53 | 0.00 | 316.06 | 0.00 |
| 9/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 10/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 11/30/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 47.83 | 0.00 | 315.76 | 0.00 |
| 12/31/2005 | 3,635.92 | | 5,250.00 | 315.76 | 1,503.76 | 363.59 | 54.08 | 0.00 | 315.76 | 0.00 |
| 1/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 2/28/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 3/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 4/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 5/31/2006 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 6/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 7/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 8/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 9/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 10/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 11/30/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 12/31/2006 | 3,635.92 | | 5,250.00 | 309.51 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 0.00 |
| 1/31/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 2/28/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 0.00 |
| 3/31/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |

6/17/2013

**From: 10/31/200**
**To: 12/1/2012**

**Control No: 39900**
**Claim No: 10328806**

| To | Benefit Amount | Workers Comp (1) | Less BTA (2) | Less Cyclical Adjustments or SSI (3) | Less Social Security (4) | Net LTD Benefits Before Taxes & Ins. (5) | Insurance (6) | Tax (7) | Net LTD Benefit Payable (8) | Total Payments To Me (9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2007 | 3,635.92 | | 5,250.00 | 297.68 | 1,485.68 | 363.59 | 65.91 | 0.00 | 297.68 | 1.71 |
| 5/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 6/30/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 7/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 8/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 9/30/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 10/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 11/30/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 12/31/2007 | 3,635.92 | | 5,250.00 | 299.39 | 1,487.39 | 363.59 | 64.20 | 0.00 | 299.39 | 299.39 |
| 1/31/2008 | 3,635.92 | | 5,250.00 | 299.39 | 1,497.51 | 363.59 | 54.08 | 0.00 | 309.51 | 309.51 |
| 2/29/2008 | 3,635.92 | | 5,250.00 | 309.51 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 292.65 |
| 3/31/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 292.65 |
| 4/30/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 292.65 |
| 5/31/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 292.65 |
| 6/30/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 292.65 |
| 7/31/2008 | 3,635.92 | | 5,250.00 | 292.65 | 1,480.65 | 363.59 | 70.94 | 0.00 | 292.65 | 0.00 |
| 8/31/2008 | 3,635.92 | | 0.00 | 910.49 | 2,098.49 | 1,537.43 | 70.94 | 14.99 | 292.65 | 1,451.50 |
| 9/30/2008 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 292.65 |
| 10/31/2008 | 3,635.92 | | 0.00 | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 2,249.79 |
| 11/30/2008 | 3,635.92 | | | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 2,249.79 |
| 12/31/2008 | 3,635.92 | 0.00 | | | 1,188.00 | 2,447.92 | 70.94 | 127.19 | 2,249.79 | 2,249.79 |
| 1/31/2009 | 3,635.92 | 0.00 | | | 1,188.00 | 2,447.92 | 70.94 | 0.00 | 2,376.98 | 2,376.98 |
| 1/31/2009 | 3,635.92 | 0 | | | 1,188.00 | 2,447.92 | 70.94 | 0.00 | 2,376.98 | 2,376.98 |
| 2/28/2009 | 5,468.30 Ltd Medicare Part B premium adj. | 0 | | | 1,188.00 | 2,447.92 | 80.14 | 0.00 | 2,367.78 | 2,367.78 |
| 3/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 5,468.30 |
| 4/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |
| 4/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | 0 | 2,464.18 | 2,464.18 |

6/17/2013

From: 10/31/200
To: 12/1/2012

Control No: 39900
Claim No: 10328806

| | Benefit Amount | Workers Comp 1 | Less BTA 2 | Less Cyclical Adjustments or SSI 3 | Less Social Security 4 | Net LTD Benefits Before Taxes & Ins. 5 | Insurance 6 | Tax 7 | Net LTD Benefit Payable 8 | Total Payments To Me 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | | 2,464.18 | 2,464.18 |
| 6/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | | 2,464.18 | 2,464.18 |
| 7/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | | 2,464.18 | 2,464.18 |
| 8/29/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | | 2,464.18 | 2,464.18 |
| 9/28/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 80.14 | | 2,464.18 | 2,464.18 |
| 10/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 214.73 | | 2,329.59 | 2,329.59 |
| 11/30/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 214.73 | | 2,329.59 | 2,329.59 |
| 12/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 214.73 | | 2,329.59 | 2,329.59 |
| 1/31/2009 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 522.33 | | 2,021.99 | 2,021.99 |
| | 251.58 | Ltd deduction reimbursement. | | | 0 | 251.58 | 0 | 0 | 251.58 | 251.58 |
| 2/28/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 522.33 | 0 | 2,021.99 | 2,021.99 |
| 3/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 4/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 5/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 6/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 7/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 8/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 9/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | 0 | 2,376.98 | 2,376.98 |
| 10/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 11/30/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 12/31/2010 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 271.05 | | 2,273.27 | 2,273.27 |
| 1/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | | 2,218.99 | 2,218.99 |
| 2/28/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | | 2,218.99 | 2,218.99 |
| 3/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | | 2,218.99 | 2,218.99 |
| 4/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 5/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |

6/17/2013

Control No: 39900
Claim No: 10328806

From: 10/31/200
To: 12/1/2012

| To | Benefit An | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 6/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 7/3/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 8/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 9/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 10/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 11/30/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 12/31/2011 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 1/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 1/17/2012 | 338.4 Adj. for Med | 0 | 0 | 0 | 0 | 338.40 | 0 | 0 | 338.40 | 338.40 |
| 2/29/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 3/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 4/30/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 5/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 6/30/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 7/31/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 8/1/012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 9/1/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 10/1/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 11/1/2012 | 3,635.92 | 0 | 0 | 0 | 1,091.60 | 2,544.32 | 325.33 | 0 | 2,218.99 | 2,218.99 |
| 12/1/2012 | 1066.16 | 0 | 0 | 0 | 0 | 1,066.16 | 325.32 | 0 | 740.84 | 740.84 |
| | 537,968.76 | 39,040.30 | 315,000.00 | 38,347.71 | 179,721.31 | 226,550.72 | 20,378.73 | 3,275.87 | 201,737.27 | 185,131.72 |

Net LTD Payable    201,737.27
Payments to Me     185,131.72

Prudential Actuals.xlr

Control No: 39900
Claim No: 10328806

From: 10/31/200
To: 12/1/2012

| | Workers Comp | Less BTA | Less Cyclical Adjustments or SSI | Less Social Security | Net LTD Benefits Before Taxes & Ins. | Insurance | Tax | Net LTD Benefit Payable | Total Payments To Me |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| Benefit An | 16,605.55 | | | | | | | | |

To
Underpayment

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

May 10, 2004

Estelle Loggins
2617 Palo Duro Canyon Drive
Mc Kinney, TX  75070

Claimant: Estelle Loggins
Control #/Br: 39900 / 000RB
Claim #: 10328806
Date of Birth: 12/11/1947

Dear Ms. Loggins:

We are in receipt of your letter of April 3, 2004, appealing our decision to offset your lump sum Business, Travel, and Accident (BTA) award from your Long Term Disability (LTD) benefit.

Under the "Reduction of Benefits Due to Other Income" section of the Nortel Networks, Inc. Group LTD Plan, you are advised that LTD benefits will be reduced by other sources of income payable to you or your family members because of your disability or retirement.  In regards to your BTA settlement, this is considered "other income" as defined in:

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

Your BTA settlement was paid under a group insurance plan that Nortel Networks, Inc. has with AIG insurance company.  Therefore, we offset your BTA settlement in accordance with the above LTD Plan provision.

In addition, the LTD Plan states that any single lump payment will be allocated to 60 monthly periods.  Your BTA settlement of $315,000.00 will be offset at a rate of $5,250.00 per month for the period of July 1, 2003 through June 30, 2008.  Since your BTA award and your Social Security award exceed your monthly LTD benefit of $3,635.92, you are entitled to receive a minimum monthly LTD benefit of $363.59.

On February 5, 2004 we wrote to you to advise you that an overpayment of $16,942.67 occurred *not true* on your LTD claim.  Since you have been unable to repay your overpayment in a lump sum we have been withholding your net monthly LTD benefit of $363.59 towards recovery of your overpayment.  By withholding benefits, your overpayment will be recovered by August 31, 2008.  The calculation chart that we provided to you was accurate.

We realize there may be factors of which we are unaware, and if you continue to feel our decision is incorrect, you may appeal to the Nortel Networks Employee Benefit Committee (EBC).  The Nortel Networks EBC will review any evidence you or your authorized representative may wish to submit which will support your appeal and, if the information warrants, alter our decision.



## LTD PROCEDURE/BENEFIT ENTITLEMENT FORM

**EMPLOYEE** _____          **BUS. UNIT** _____          **DEPT. #**

1.  In order to request Long-Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by: _____.

    - ***Reimbursement Agreement***.  Please complete this form and sign it and have it witnessed.  This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

    - ***Attending Physician's Statement***.  Take this form to your treating physician to complete.  Prudential must be provided with proof of disability from the day you first missed work due to disability through to present.  If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

    - ***Group Disability Employee Statement***.  Legibly complete and sign all sections as indicated:
      **Section A:  Employee Information**
      **Section B:  Authorization to Release Medical Information**
      **Section C:  Tax Notice**

2.  Return all of the above forms to:

    Company:          Nortel Networks
    Address  :

    MS
    City, State Zip:

    Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits and jeopardize your employment status.

3.  You will be notified by Prudential of your approval or denial of LTD benefits.
    If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application. If your claim is denied you will be instructed on how to appeal the claim decision.
    Prudential determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to Prudential's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

## BENEFIT ENTITLEMENT
### *(This information has been requested from the HR INFO CENTER)*

1.  Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance.  Health
    Care_____ + Life Insurance _____ + Spousal Life _____ + Dependent Life _____ = Total _____.

    These premiums will continue to be automatically deducted for the duration of your disability.  Additionally, these premiums are subject to change in accordance to premium increases or decreases each year.  Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Nortel Networks, Dept. 1094, P.O. Box 13010, RTP, NC 27709, Ph# 1-800-676-4636.

**BENEFIT ENTITLEMENT, Cont.**

2.  **Long Term Investment (Thrift Savings)/Flexible Spending Plans**:  You become a suspended participant in these plans. No employee contributions are deducted from disability payments.  Contributions are reinstated upon return to work.

3.  **Retirement Plan**:  The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

**Vacation/Sick Leave**:
    Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable).  If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5.  **Holiday Pay**:  Employees will not be eligible for holiday pay during a medical leave of absence.  Any holiday which falls during your medical leave is treated as any other day and is compensated accordingly.

6.  **Salary Review Date**:  Is extended by the length of leave so that the performance review period can be maintained.

7.  **Credit Union**:  No deductions are withheld for Credit Union accounts.  To continue your savings deposits and/or loan payments, you must contact the Credit Union.

8.  **Compensation for Long Term Disability (LTD) leave**:  Long Term Disability benefits for full and part-time employees working more than 20 hours/week:

    a.  Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
    b.  Long Term Disability benefits are payable for up to one year while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified.  For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday.  For employees disabled at age 61 or older, the maximum benefit period varies.  The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits.  These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits and No-Fault Insurance benefits.

9.  If you are a part-time/casual employee working less than 20 hours/week:

    a.  Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
    b.  Long Term Disability Investment Plan contributions will cease while on an unpaid leave of absence.
    c.  You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours.  If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

**NOTE**:  Long Term Disability benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.

10.  **Taxes**:  Employees are responsible for determining the amount of Federal Income Tax to be withheld from the Monthly LTD benefit by completing the Tax Notice which is part of the LTD package.  No state taxes are withheld from your Long-Term Disability benefits.

11.  For bargaining units, consult your Human Resource Associate for any adjustments to these guidelines.

12.  For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

( 8 )

# N⊘RTEL

September 21, 2010

Estelle Loggins
6717 Latta Street
Dallas, TX 75227

Dear Ms. Loggins,

I received your request for review of your HR Shared Services ticket #3049107 regarding vacation pay. Let me assure your request has been reviewed with all appropriate parties including Payroll, Employee Relations, and the Law Department.

The position of the Company is that the determination that we are unable to consider your request for additional or changed vacation payout will stand. You request is not timely; payroll is only legally required to retain records for seven years and we are unable to make any further determination regarding payroll actions that occurred 10 years ago.

If you had an unused/accrued vacation balance at the time of your progression from STD to LTD it would have been provided by your manager and paid out per Nortel policy. If you had a zero balance no payout would have been applicable. Nortel's vacation policy states, "On cessation of employment (e.g., termination, resignation, progression from STD to LTD, transfer of employment to a Nortel entity outside of the U.S.) any accrued and unused vacation will be paid out; vacation cannot be carried over." Further, we researched your call history into HR Shared Services since 2000 and no inquiries were made by you related to vacation prior to June 2009 at which time you were informed that per Company policy you would have been paid vacation at the time you commenced LTD in October 2000.

While I do understand that you may find this disappointing, please understand that Nortel followed the appropriate process to come to the determination that we are unable to consider your request. We consider this matter to be closed.

Sincerely,

*Stacy R. Knight*

Stacy R. Knight
U.S. Employee Relations Leader

Stacy R. Knight
US Employee Relations Leader
Nortel
c/o HR Shared Services • 4001 E. Chapel Hill-Nelson Hwy • P.O. Box 13010 • Research Triangle Park, NC 27709-3010 • USA
T 972.362-5522 • srknight@nortel.com

(9)

# BUSINESS TRAVEL ACCIDENT (BTA) INSURANCE

Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business. BTA Insurance proceeds are payable to your Beneficiary in addition to any other life and accident insurance benefits.

Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business. Amounts payable will depend on the extent of your loss.

## BTA Insurance Amount

BTA Insurance coverage is equal to five times your FLEX Earnings, with a maximum coverage limit of $1,000,000.

## Exclusions

Business Travel Accident benefits are not payable if your death or Injury:

- occurs while commuting to your normal work site
- occurs during a personal side trip while on Company business
- results from participation in the commission of an assault or felony
- results from war or any act of war, declared or undeclared, including resistance to armed aggression

*Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business.*

*Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business.*



# CHANGING YOUR SELECTIONS

### *Changing Your Options*

Your Dental, Vision and Hearing Care selection remains in effect for one entire Plan Year, or enrollment period. You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change as described in the FLEX Overview section on pages 10-11.

# COST OF COVERAGE

If you select the Dental, Vision and Hearing Care Plan, your required Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.

# MAINTENANCE OF BENEFITS PROVISION

All the Dental, Vision and Hearing Care Plan options contain the Maintenance of Benefits provision, which coordinates benefits available from more than one plan. If both you and your spouse (or your Domestic Partner) are working, you and your eligible Dependents may be covered under both the Company plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision coordinates benefits provided under all dental, vision and hearing care programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.

A dental, vision, hearing care program is defined as any of these which provide benefits or services for, or by reason of, medical care or treatment.

- Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are in excess of those of any private insurance program or other non-governmental program.

*You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change...*

*...your required Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.*

*The Maintenance of Benefits provision coordinates benefits provided under all dental, vision and hearing care programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.*

## Lifetime Maximum

The total of all benefits paid under the Medical Plans, excluding HMO's, the Hawaii PPO, prescription drug benefits and mental health and substance abuse benefits.

## Maintenance Drug

A Prescription Drug used for the treatment of chronic medical conditions including, but not limited to: chronic obstructive pulmonary disease, clotting disorders, congestive heart failure, coronary artery disease (angina), diabetes (oral agents only), glaucoma, hypertension, thyroid disease or seizure disorders.

## Maintenance of Benefits

A provision that applies to your Medical and Dental, Vision and Hearing Care coverage if you (or your eligible Dependents) have coverage from more than one source. If you're in a plan that covers less than 100% of eligible expenses, and you've already received that amount (or more) from another plan, the Nortel Networks plan will pay only up to the level it would pay if it were the only plan. For example, if you're in a FLEX medical option that covers 80% of eligible expenses and you've already received that 80% of eligible expenses for a dependent through your spouse's plan, the Nortel Networks plan will not make up the additional 20%.

## Major Services

A category of dental services that includes:

- crowns and crown repairs,
- inlays and onlays, and
- installation or replacement of dentures and bridges.

## Managed Care

A type of health plan that negotiates fees with hospitals, doctors and other health care professionals in advance. These providers then form a Managed Care network. Generally, when you use the providers who have an agreement with the Managed Care plan, you receive the highest benefit coverage level applicable under the plan.