# **EXHBIT A**

| Last Name | First Name |
|---|---|
| ROSE-LAVIGNE | DIANE |
| VENNE | FRANCIOS |
| VARGAS | OSCAR |
| TYLER | LAURENCE |
| TURNER | MARK |
| TURBIDE | KATHARINE |
| TROWBRIDGE | SHIRLEY |
| TOBER | TIMOTHY |
| THOMAS | TINA |
| THOM | DARWIN |
| TAUH | KAMAL |
| SUNG | WILLIAM |
| STORER | JEREMY |
| SMITH | KEVIN |
| SPENCE | CAROLYN |
| SUNDARAMOORTHY | MOHAN |

00153221