**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                                      :
*In re*                                               :     Chapter 11
                                                      :
Nortel Networks Inc., *et al.*,[1]                    :     Case No. 09-10138 (KG)
                                                      :
                                 Debtors.             :     Jointly Administered
                                                      :
                                                      :
                                                      :
------------------------------------------------------------X

**DECLARATION OF JOHN J. RAY III IN
SUPPORT OF THE DEBTORS' OMNIBUS OBJECTIONS TO VARIOUS
NORTEL US LTD EMPLOYEES' MOTIONS COMPELLING DEBTORS TO
ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER
NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT**

I, John J. Ray, III, hereby declare as follows:

1.      On January 6, 2010, upon the motion of Nortel Networks Inc. and the other

above-captioned debtors (together, the "Debtors"), I was appointed by this court as Debtors'

Principal Officer, *nunc pro tunc* to December 7, 2009.  I am also Senior Managing Director and

the sole member of Avidity Partners, LLC.

2.      I submit this declaration in support of the *Debtors' Omnibus Objection to Various*

*Nortel US LTD Employees Motions Compelling Debtors to Admit My Claim for Severance as*

*Valid per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10731], and the

*Debtors' Supplemental Omnibus Objection to Various Nortel US LTD Employees Motions*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10932] (together, the "Objections").  Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals based on, among other things, a review of the Debtors' files, books and records, or learned from my review of relevant documents or are based upon my opinion, which is founded upon my experience and knowledge of the Debtors' operations.

3.    In order to place before the Court an additional document relevant to the Objections, attached hereto as Exhibit 1 is a true and correct copy of the Nortel Networks Severance Allowance Plan Summary Plan Description 2012.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _____June 20_____, 2013

_____

John J. Ray III