**EXHIBIT 1**

# SUMMARY OF MATERIAL MODIFICATIONS
## Nortel Networks Severance Plan

### 2009

The **Nortel Networks Severance Allowance Plan** ("Plan") was amended on February 13, 2009 as described below in bold text.  The Q and A before the bold text is taken from the 2007 Nortel Networks Severance Allowance Plan Summary Plan Description posted on S@W in the Benefits Summary Plan Description folder.

NOTE: This Summary of Material Modifications is meant to supplement the existing Summary Plan Description. You should keep a copy of this Summary of Material Modifications with your 2007 Nortel Networks Severance Allowance Plan Summary Plan Description posted on S@W in the Benefits Summary Plan Description folder.  If you have any questions concerning the changes contained herein, please contact HRSS by calling 919-905-9351 or toll free at 800-676-4636.

| Section | Amendment |
|---|---|
| Question 3, Under what circumstance will I qualify for a severance allowance? | "If you otherwise qualify for a severance allowance, it will not be paid unless: you sign a document within the specified time that contains a release and restrictive covenant provision; you refrain from revoking that release; and you remain an Employee through your termination date. Severance allowance owed to you under this Plan may be reduced by any amount determined by the Plan Administrator to be owed to your Employer as of your employment termination date. Such amounts shall include, but not be limited to, any advances, loans, overpayments, excess commissions, any other monies or Employer property not returned immediately upon employment termination (including, but not limited to, tools, computers, and identification badges). Your Employer may recoup such amounts from the severance allowance by not commencing payment of the severance allowance, terminating the payment of severance allowances that have commenced, or reducing the amount of any severance allowance."<br><br>**The amendment enables Nortel Networks, at its sole discretion, to waive the requirement for an employee to sign a document that contains a release and restrictive covenant in order to receive a severance allowance.  If Nortel waives its right to require a release, that will not affect an employee's right to receive a severance allowance under this Plan.** |

| | |
|---|---|
| Question 18, Other than applicable federal, state and local tax withholding, will any other deductions be made from my severance allowance? | "Yes. Premiums for continued benefit coverage as described in Question 12 will be deducted from your severance payment(s) if you elect benefits continuation. Also, if the Plan Administrator determines that you owe any money or property to your Employer including, but not limited to, advances, loans, overpayments, excess commissions, unpaid credit card balances, unreturned badges, computers, etc., your severance allowance may be withheld in part or in whole. The withholding of your severance allowance may also result in discontinued benefit coverage or other entitlements such as continued service accrual or stock option exercise capability." **In addition, your severance allowance will be offset by any other severance, redundancy, pay in lieu of notice or termination payment including, but not limited to, any amounts paid as a result of federal, state, local or foreign government worker notification (e.g. U.S. Worker Adjustment and Retraining Notification Act) or office closing requirements, any amounts owed you due to a preexisting contract (unless the contract specifically provides otherwise) and amounts paid to you during a temporary layoff status (often referred to as a furlough) which immediately precedes the commencement of severance allowance payment(s).** |