**<u>EXHIBIT 5</u>**

# Nortel Networks Inc. Long-Term Disability Plan

# Summary Plan Description 2010

# IN THIS SUMMARY PLAN DESCRIPTION

ABOUT THIS SUMMARY PLAN DESCRIPTION..........................................................................4

# SECTION ONE LONG-TERM DISABILITY PLAN BENEFITS

INTRODUCTION TO LONG-TERM DISABILITY PLAN BENEFITS......................................................5

    Claims Administrator Information Used in Claim Determinations ...................................................5

PLAN HIGHLIGHTS............................................................................................................. 6

WHO IS ELIGIBLE ..............................................................................................................6

HOW TO ENROLL ...............................................................................................................7

    If You are on Disability During an Annual Enrollment Period..........................................................8

    Long-Term Disability Plan Options under FLEX.......................................................................9

WHEN COVERAGE BEGINS.....................................................................................................9

    Core Long-Term Disability Plan Benefits...............................................................................9

    Optional Long-Term Disability Plan Benefits.........................................................................9

    During the New Hire Enrollment Period............................................................................. 10

    During the Annual Enrollment Period............................................................................... 10

    Delay of Effective Date.............................................................................................. 11

    Changing Your Selections........................................................................................... 11

WHEN COVERAGE ENDS.................................................................................................... 12

WHAT COVERAGE COSTS................................................................................................... 12

WHEN CONTRIBUTIONS BEGIN............................................................................................ 12

FLEX EARNINGS..............................................................................................................13

LONG-TERM DISABIITY BENEFITS ........................................................................................14

    LTD Benefit Amount................................................................................................ ..14

    Definition of Disability for LTD Purposes ............................................................................ 14

    Reasonable Accommodations......................................................................................... 15

    When Benefits Begin and End........................................................................................15

    Waiver of Premium...................................................................................................18

    Reduction of LTD Benefits Due to Other Income.....................................................................18

    Applying for Social Security Benefits.................................................................................19

    Social Security Disability Benefits and Medicare.......................................................................20

    Mandatory Vocational Rehabilitation Program........................................................................20

Cost-of-Living Adjustment............................................................................................21

Exclusions....................................................................................................................21

Preexisting Conditions Exclusion................................................................................21

OCCUPATIONAL DISABILITY BENEFITS...................................................................22

OTHER IMPORTANT INFORMATION............................................................................22

A Note about State Disability Laws.............................................................................22

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION..................................................................................23

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW.........................................24

Claims Administrator Contact Information...................................................................24

Final Appeal Reviewer Contact Information................................................................24

Filing Claims and Appeals ..........................................................................................24

- Decision Regarding An Initial Claim for Long-Term Disability Plan Benefits by Prudential .....................25

- Appealing a Denied Long-Term Disability Plan Claim to Prudential...................................................... 25

- Appealing a Denied Long-Term Disability Plan Participation/Coverage Level Claim to HR Shared Services and

Employee Benefits Committee ........... ..................................................................................27

Final Note on Long-Term Disability Plan Claim Appeals ........................................................ 29

YOUR RIGHTS UNDER ERISA .......................................................................................... 29

FUTURE OF THE PLAN ..................................................................................................... 31

# SECTION THREE - GLOSSARY

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the Nortel Networks Long-Term Disability Plan that is in effect for the 2010 Calendar Year.  It is designed to provide you with a comprehensive resource providing detailed information about your long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD.  It is divided into the following sections:

- **SECTION ONE –LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Long-Term Disability Plan that determine your benefits.
- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.
- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document.   References to "you" throughout this document are references to the enrolled Employee.

# SECTION ONE –LONG-TERM DISABILITY PLAN BENEFITS

This section describes the provisions of the Long-Term Disability Plan, including who is eligible, how participation is elected, what benefits are paid, and when participation ends.

## Introduction to Long-Term Disability Plan Benefits

The Long-Term Disability Plan is part of the Nortel Networks FLEX Program, referred to as FLEX or FLEX Program in this document. The FLEX Program is a flexible benefits or "cafeteria" plan that offers you a choice among different types and levels of benefits. FLEX offers two kinds of benefits: "Core" and "Optional". Under FLEX, you may choose among various Core and Optional FLEX Program benefits to create your own customized benefits package. Under the Long-Term Disability Plan, you are provided long-term disability coverage as part of your Core FLEX Benefits and, as part of your Optional FLEX Benefits, you can choose optional long-term disability coverage for yourself. Or you may decline optional coverage.

Your Long -Term disability benefits are designed to continue a portion of your income if you are unable to work due to Illness or Injury after having first received benefits for the maximum period of 26 weeks under the Short Term Disability Plan (STD) and meet specific definitions of "Disabled" under the plan. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Long-Term Disability Plan. Additional information about the STD plan can be found in the STD Summary Plan Description.

The information contained in this document is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Long-Term Disability Plan consist of:
- this SPD, as well as
- subsequent information that is provided to you about plan changes from year-to-year, and
- certain information developed and used by the Claims Administrator in evaluating your Claims.

Such information includes the resources listed below.

## Claims Administrator Information Used In Claim Determinations

In connection with the appointment of Prudential as the Claims Administrator of the Long-Term Disability Plan, the Plan Administrator delegated the exclusive authority to interpret and administer the provisions of the Disability Plans, including discretionary authority to:

§    construe and interpret the terms of the Disability Plan,

§    determine the validity of charges submitted under the Disability Plan, and

§    make final, binding determinations concerning the availability of benefits under the Disability Plan.

In addition to the standards described in this SPD, when Prudential makes a claims decision they also rely on standard texts and Prudential policies concerning medical conditions, disabling conditions, and physical and mental requirements for the performance of different occupations.

In connection with the determination of your Claim, you may request, free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your Claim--including any written standards that were relevant other than this SPD.  For this purpose, a document, record, or other information is treated as "relevant" to your Claim if it:

(1) was relied upon in making the determination on your Claim;

(2) was submitted, considered, or generated in the course of making the determination on your Claim, regardless of whether such document, record, or other information was relied upon in making the determination;

 (3) demonstrates compliance with the administrative processes and safeguards required in making the determination on your Claim; or

(4) constitutes a statement of policy or guidance with respect to the Long-Term Disability Plan, regardless of whether such statement was relied upon in making the determination on your Claim.

To request a document, record, or other information described above in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
2 Ravinia Drive
Suite 1650
Atlanta, GA 30346

# PLAN HIGHLIGHTS

| Core LTD Benefit | Optional LTD Benefit |
|---|---|
| 55%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from 55% to 66 2/3% of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*or statutory minimum (if greater)

STD and LTD benefits are mutually exclusive and the determination of whether each option pays benefits is independent of the decision made under the other. Under no circumstances will STD and LTD benefits be paid concurrently.

# WHO IS ELIGIBLE

You are eligible to participate in the Long-Term Disability Plan if you are a regular Employee working 20 or more hours per week.   You must receive benefits for the maximum period of 26 weeks under the STD Plan to be eligible for benefits under the LTD Plan

If you are a member of a bargaining unit, you are not eligible for Long-Term Disability Plan unless specified in the collective bargaining agreement.   If you are a non-payrolled worker or independent contractor you are not eligible for the Long-Term Disability Plan.

# HOW TO ENROLL

You are automatically enrolled in the portion of the Long-Term Disability Plan that provides the Core LTD Benefits (as described under "Plan Highlights" above. You may choose to enroll for optional long-term disability plan benefits:

- Within 31 days of your Hire Date or the date you become eligible if you are not eligible on your Hire Date,
- During an Annual Enrollment Period, or
- When you experience a Status Change (see "Changing Your Selections" below for more information on status changes).

To enroll, you must complete the enrollment process and pay the applicable Employee contributions. The Long-Term Disability Plan options you are eligible to choose from and your costs for these options are shown on the FLEX online enrollment tool (or your Personalized Enrollment Worksheet if you do not have intranet access). You will automatically be provided with materials to help you make your decision when you are hired and prior to the Annual Enrollment Period. However, you must contact HR Shared Services and report your Status Change to receive information and make new elections following a Status Change. To report a Status Change or to obtain information about enrollment in the Long-Term Disability Plan upon your hire or during the Annual Enrollment Period, contact HR Shared Services at: 1-800-676-4636. You may not enroll in the Long-Term Disability Plan or change your coverage by contacting any of the Claims Administrators that process benefit Claims under the Plan; you must contact HR Shared Services to do that.

# If You are on Long Term Disability During an Annual Enrollment Period

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

# Long-Term Disability Plan Options under FLEX

## Core FLEX Benefits

You are eligible for core LTD coverage on your Hire Date. You do not need to enroll for core LTD coverage in order to participate. The amount of core LTD coverage available is described on pages 6, 13, and, 14.

## Optional FLEX Benefits

You may select from the following options for disability plan benefits under the FLEX Program:
- No Coverage
- Optional Long-Term Disability

If you choose to enroll in optional benefits, you may select coverage as follows:
- You only

The amount of optional long-term disability coverage available is described on pages 6, and 14.

# WHEN COVERAGE BEGINS

## Core Long-Term Disability Plan Benefits

Core Long-Term Disability Plan coverage is automatically effective on your date of hire as a new Employee. Refer to "Plan Highlights" on page 6 for more information about this coverage.

## Optional Long-Term Disability Plan Benefits

If you select any optional Long-Term Disability Plan coverage during your election of FLEX Benefits, your coverage will begin as follows:

| If you enroll and pay the required contribution … | Your coverage will be effective on … |
|---|---|
| As a new Employee within 31 days after your Hire Date | The day HR Shared Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core LTD plan only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional LTD coverage.

# During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Long-Term Disability Plan. If you enroll within 31 days of your Hire Date, your optional Long-Term Disability Plan coverage will be effective on the date HR Shared Services receives your selections. You will not have coverage under any optional Long-Term Disability Plan benefits until you enroll in the Plan. The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under the core Long-Term Disability Plan coverage only. (Information about the core benefits is provided on page 7.) YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choice among the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 11.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Long-Term Disability Plan option and coverage level in which you were enrolled in 2009 continue in 2010.

---

## Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work, regardless of the reason for your absence. Note that this provision will not apply in instances in which doing so would violate Federal law.

# Changing Your Selections During the Plan Year

Your FLEX Benefits selections for your Long-Term Disability Plan remain in effect through the end of the Plan Year (December 31st). You generally cannot change your selections until the next Annual Enrollment Period, unless you experience a Status Change that permits it.

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. The list of Status Changes includes but is not limited to:

- Marriage,
- Divorce, annulment, or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Death of a spouse,
- Death of Dependent Child
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),
- Change in your spouse's employment status affecting benefits eligibility (such as from or to part-time or full-time),
- Beginning or end of your spouse's employment.

If you make changes to your benefit selections due to a Status Change, the change must be consistent with the Status Change. For example, if you experience the birth of a Dependent child, you may wish to add additional optional LTD because of your new added responsibilities as a parent..

To make a change to your benefit selections, you must contact HR Shared Services within 31 days of the Status Change and indicate that you wish to make FLEX enrollment changes due to the Status Change. HR Shared Services will initiate the Status Change in the FLEX online enrollment tool, which will allow you to go online to make your benefit changes. Changes submitted within 31days of the Status Change event will be effective the date of the event.

Alternatively, you may ask to change your benefit selections by fax or mail. Contact HR Shared Services for a Personalized Enrollment Worksheet and an affidavit, which you must complete and return to HR Shared Services within 31 days of the Status Change.

When you request to change your benefit selections due to a Status Change, HR Shared Services may ask you to provide supporting documentation (such as a marriage or birth certificate, or a divorce decree). Such a request may either be made at the time you report your Status Change or at a later date for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after the date your Status Change occurred, you cannot change any FLEX Benefit Program options (e.g., adding optional Long -Term Disability Plan coverage) until the next Annual Enrollment Period.

# WHEN COVERAGE ENDS

Your core and optional LTD Plan coverage will end on the earliest of:
  • the date your employment ends, or
  • the date you stop qualifying for coverage, or
  • the date the LTD Plan or the part of the plan providing the coverage ends, or
  • the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

# WHAT COVERAGE COSTS

Core LTD coverage is provided at no cost to you.  You pay the full cost of optional LTD coverage.  The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary.  If you select optional LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a  Before-Tax basis.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage.  Effective Dates are described under " When Coverage Begins " on page 9.

Core LTD coverage is provided at no cost to you. You will pay for optional LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

# FLEX EARNINGS

FLEX Earnings are the basis on which your LTD benefits are calculated. Under Core LTD, the benefit is 55% of your pre-disability FLEX Earnings. FLEX Earnings generally equal your base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2010 annual enrollment | January 1, 2010 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective Date of employment Status Change |

FLEX Earnings do not include:
- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change - e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, term life insurance, etc.) will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings *decrease* during the year (except due to an employment Status Change - e.g., full-time to part-time), pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

FLEX Earnings are generally your annual base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 55% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of 66 2/3% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

## Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your Disability benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected.  . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o   Part-time or modified work schedules,

    o   Home-based work,

    o   Reassignment to vacant positions,

    o   Acquisition or modification of tools, equipment, and/or furniture, and

    o   Modifications to business travel schedules.

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD.  Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

# Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | Benefits will continue no longer than the following number of months after STD benefits began* : |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

*Note that this is a total period of disability benefits, including both the STD benefit (capped at 26 weeks) and LTD benefits.

# Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

# If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

    You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

If you return to Active Work from STD the same day you would have become eligible for LTD and become Totally Disabled within three consecutive months of your STD return to work date due to the same or related cause, you may be eligible to commence LTD benefits.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected.  You will be required to pay premiums for optional child and/or optional spouse life insurance coverage you have selected.

# Reduction of LTD Plan Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o  Unemployment compensation benefits,

    o  No-fault wage replacement benefits,

    o  Statutory disability benefits,

    o  Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,

    o  the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to monthly periods,

---

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum, will be allocated to 60 monthly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- **If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your LTD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

**While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.   You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending. Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded. The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabled Employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. To be protected as completely as possible, you need to accept Medicare coverage (Part A and Part B) when you become eligible. You may be contacted by a representative, acting on behalf of the Company, who will assist you in the Medicare enrollment process.

Coverage under Medicare Part A is free, while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefits you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (such as prescription drugs).

# Mandatory Vocational Rehabilitation Program

For disabilities beginning on or after January 1, 1999, you will be required to take part in an "approved rehabilitation program" to help you get back to work if you are deemed able to be rehabilitated while you are receiving LTD benefits. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)

An approved rehabilitation program is:

- A program of vocational rehabilitation, or

- A period of part-time work with the Company for purposes of rehabilitation which is recommended by your Physician and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator, and the Plan Administrator approve such a program in writing and will end when your Physician, the Claims Administrator, and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while in an approved rehabilitation program. During this period, your regular monthly LTD benefits will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings.

Here is an example:

| | |
|---|---|
| Monthly LTD Benefits From the Plan | $1,600 |
| Rehabilitative Earnings | $300 |

| 50% Reduction | $150 |
|---|---|
| Net LTD Benefits From the Plan | $1,750 |

If the plan determines that it is within your ability to become self-supporting through a rehabilitation program, the plan may pay certain expenses of such a program, at the discretion of the Plan Administrator. The maximum payment is $10,000.

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

A "Preexisting Condition" is also a disability or Injury that occurs:

- While on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- After a period of Total Disability has ended, but prior to your returning to Active Work.

The Preexisting Condition exclusion will not apply to Employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its Employees under the LTD plan as an Affiliate.

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may be payable to you for an occupational disability. Occupational disabilities are those caused by:

- An Injury arising out of, or in the course of, any employment for wage or profit, or

- A disease covered with respect to such employment by any Workers' Compensation law, occupational disease law, or similar legislation.

This benefit is provided on the same terms as the benefit for a non-occupational disability. (See Reduction of LTD Benefits Due to Other Income on page 18.) Disability benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable LTD benefit amounts.

# OTHER IMPORTANT INFORMATION

## A Note about State Disability Laws

In certain locations, state-mandated disability plans supersede the Company's plans. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plans may be assigned only as a gift assignment. The Claims Administrator will not:

- Be responsible for determining the validity of a purported gift assignment, or

- Be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as listed on page 30).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under the LTD plan or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

# Identifying Information

Plan Type under ERISA:  Welfare Plan

Plan Number:  520

Funding Method:  Self-funded with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan pay the full cost of the core LTD plan coverage and participating Employees contribute to the cost of the optional LTD plan coverages.

Companies that Sponsor the Plan:  Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees.  For a current list of sponsoring companies, please contact HR Shared Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group

---

Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

# CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW

The list below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits. Call HR Shared Services at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The entities responsible for each type of Claim and Appeal of denied Claims under the Long-Term Disability Plan are noted in the list below:

**Initial Claims for LTD eligibility to participate/coverage level and initial Claims and all appeals for denied payment of LTD benefits Claims:**

The Prudential Insurance Company of America
PO Box 13480
Philadelphia, PA 19101
1-800-842-1718

**First level appeals of denied eligibility to participate/ coverage levels Claims:**

HR Shared Services
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010
Direct: 919-905-9351
ESN: 355-9351
Toll Free 1-800-676-4636

**Second/final level appeals of denied eligibility to participate/ coverage levels Claims:**

Employee Benefits Committee
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC  27709

# FILING CLAIMS AND APPEALS

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Long-Term Disability Plan.   These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements.

In order to properly process your request, please refer to the "Contact Information for Claims Filing and Appeal Review" chart above for a complete list of all Claims Administrators, their respective addresses and phone numbers.

## Long-Term Disability Plan Benefit Claims and Appeals

### 1. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

### 2. Decision Regarding A Long-Term Disability Plan Benefits by Prudential

Prudential will notify you of the Claim decision on your Long-Term Disability Plan claim within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.   the specific reason(s) for the denial,
b.   references to the specific plan provisions on which the benefit determination was based,
c.   a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.   a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.   if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

### 3. Appealing a Long-Term Disability Plan Claim to Prudential

If your Claim for benefits under the Long-Term Disability Plan is denied or if you do not receive a response to your Claim within the appropriate time frame (in which case the Claim for benefits is deemed to have been denied), you or your representative may appeal your denied Claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date the Claim is denied. See the "Claims Administrators" chart above for contact information.  You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

A full review of the information in the Claim file and any new information submitted to support the appeal will be conducted by the Prudential Appeals Review Unit. The Claim decision will be made by a member of the Prudential Claims Management Team. The Prudential Appeals Review Unit and Claims

---

Management Team members are made up of individuals not involved in the initial benefit determination. This review will not give any deference to the initial benefit determination.

The Prudential Appeals Review Unit will make a determination on your Claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the Prudential Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the Claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and will include:

(a) the specific reason(s) for the adverse determination,
(b) references to the specific plan provisions on which the determination was based,
(c) a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit Claim upon request,
(d) a description of Prudential's review procedures and applicable time limits,
(e) a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and
(f) your right to a second appeal to Prudential, applicable time limits, and how to contact the Prudential Appeals Review Unit and
(g) your right to bring a civil suit under section 502(a) of ERISA following the conclusion of all of your appeals.

If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied on appeal.

If your initial appeal is denied or if you do not receive a response to the appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may make a second appeal of the denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such Claim is deemed denied. You may submit with the second appeal any written comments, documents, records and any other information relating to the Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to the Claim free of charge.

Upon receipt of a second appeal, the Prudential Appeals Review Unit will again conduct a full review of the Claim file and any additional information submitted. The Claim decision will be made by a member of the Prudential Senior Claims Management Team. The Appeals Unit and Senior Claims Management Team member would not have been involved in the initial benefit determination or in the first appeal.

The Prudential Appeals Review Unit will make a determination on the second Claim appeal within 45 days of the receipt of the appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you responds to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by you and shall include the same information that was included in the first adverse determination letter. If a

decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied upon appeal.

## 4. Appealing a Long-Term Disability Plan Participation/Coverage Levels Claim to HR Shared Services and Employee Benefits Committee

**First Level Appeals for Denied Participation/Coverage Levels Claims to HR Shared Services**

Appeals regarding eligibility to participate in the LTD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Long-Term Disability Plan coverage) must be made in writing to HR Shared Services. See the list above for contact information. Your appeal should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines. HR Shared Services will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

HR Shared Services will notify you of the appeal decision on your participation or coverage level issue under the Long-Term Disability Plan (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your appeal, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which HR Shared Services expects to decide on your appeal, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to render a decision, the period for making the benefit determination by HR Shared Services will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from HR Shared Services of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a. the specific reason(s) for the denial,
b. references to the specific plan provisions on which the benefit determination was based,
c. a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d. a description of your right to file a second/final appeal with the Employee Benefits Committee (as explained below), the appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following the conclusion of your appeals.

**Second/Final Level Appeal for Denied Participation/Coverage Levels Claims to the Employee Benefits Committee (EBC)**

If a Long-Term Disability Plan eligibility to participate or a coverage level appeal is denied by HR Shared Services, the Employee Benefits Committee reviews any additional appeal request that you file, i.e. they make the decision concerning your final appeal.

If your eligibility to participate/coverage level appeal is denied or if you do not receive a response to such appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may appeal in writing to the Employee Benefits Committee (EBC). See the list above for contact information. Your final appeal must be submitted within 180 days of your receipt of the written notice of denial or 180 days from the date such an appeal is denied. You may submit with your appeal any

written comments, documents, records and any other information relating to your appeal. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your appeal free of charge.

You have the right to:

1.  Submit written comments, documents, records and other information relating to the participation/coverage level appeal.
2.  Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation/coverage level appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation/coverage level appeal if it:
    o  Was relied upon in making the benefit determination
    o  Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
    o  Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3.  A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4.  A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5.  If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the Plan Administrator to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the prior adverse benefit determination nor the subordinate of any such individual.
6.  The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination.

The EBC will make a decision on your appeal of a denial of your participation/coverage level appeal under the plan no later 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if the EBC determines that special circumstances require an extension of time. If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1.  The specific reason(s) for the adverse appeal determination.
2.  Reference to the specific plan provisions on which the appeal determination is based.
3.  A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4.  Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5.  A statement of your right to bring an action under ERISA.

## Final Note on Long-Term Disability Plan Claim Appeals

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in state or Federal court, *but only after you have exhausted the plan's claims and appeals procedure as described above*

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you

may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance with Your Questions

If you have questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2010 Plan Year) are described in this summary for the Company's Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

# SECTION THREE – GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

> *Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Accident/Accidental**
An unexpected event resulting in bodily Injury by an external trauma.

**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work
days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's Long-Term Disability Plan and have adopted those programs.

**Annual Enrollment Period**
The period during which you may enroll yourself and/or your eligible Dependents in benefits for the coming year. The FLEX Annual Enrollment Period is held each fall. Benefits selected during the Annual Enrollment Period are generally effective the following January 1.

**Before-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.

**Behavioral Illness**
A mental, psychoneurotic or personality disorder, or chemical dependency (alcohol and substance abuse).

**Calendar Year**
January 1 through December 31. This period is also known as the Plan Year.

**Children**
Dependents who are:
- your natural Children,
- Children legally adopted by you or placed with you for adoption,
- your stepchildren,
- your legal foster Children,
- your responsibility as a legal guardian,
- Children of your Domestic Partner, or
- Children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster Children, Children for whom you are the legal guardian and Children of your Domestic Partner must depend on you for support and maintenance and live with you at least six months of the Calendar Year in a regular parent-child relationship.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company -- Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:
- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 66 /3% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 55% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:
- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Enrollment Period**
See "Annual Enrollment." The FLEX Benefits may be selected during a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Status Change.

**FLEX Benefits**
One of the Company's benefit programs, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

**FLEX Earnings**
Generally, your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses.  However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed. If you are a part-time employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work each week will be the number of hours you will receive each week for your disability benefit.

**Gross Disability Payment**
Core Long Term Disability:  55% of pre-disability FLEX Earnings before any deductions are taken
Optional Long Term Disability:  66 2/3% of pre-disability FLEX Earnings before any deductions are taken

**Hire Date**
The date your employment with the Company begins.

**HR Shared Services**
The service center for the Company's benefit plans. By contacting HR Shared Services, you can ask questions about any of the plans, request needed forms or change your employee information, such as your home address.

**Illness**
Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

**Injury**
A condition that results in damage to the covered person's body, independently of Illness.

**Medicaid**
Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medical Plan**
A plan that provides medical benefits for you and your enrolled Dependents.

**Medicare**
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Optional FLEX Benefits**

Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can make Before-Tax Contributions to the following options:

- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 66 2/3% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can make After-Tax Contributions to the following options:

- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**
Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness** See "Illness."

**Status Change**
You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by HR Shared Services
- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Disability of a spouse, enrolled Domestic Partner or Dependent child,
- Death of a spouse, enrolled Domestic Partner or Dependent child,
- Change in employment status affecting benefit eligibility for you, your spouse or enrolled Domestic Partner or Dependent Child (such as from or to part- time or full-time or a paid leave of absence),

- Change in your spouse's, enrolled Domestic Partner's or Dependent Child's employment status affecting benefits eligibility (such as from or to part- time or full-time or a paid leave of absence),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,
- You, your spouse or enrolled Domestic Partner take an unpaid leave of absence,
- Relocations affecting a Medical Plan network availability,
- Covered child's loss of Dependent status (e.g., no longer a full-time student)
- Dependent child becomes eligible (e.g., becomes a full-time student),
- Termination of your relationship with an enrolled Domestic Partner,
- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing care coverage,
- You, your spouse or enrolled Domestic Partner become eligible for Medicare or Medicaid,
- Shift change,
- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),
- Loss of the employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage),
- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends,
- Benefits plan year of a spouse's or domestic partner's plan differs from Nortel Networks' plan year,
- For Dependent Day Care Reimbursement Account participants - dependent child turns 13, or
- For Dependent Day Care Reimbursement Account participants - certain cost changes that occur related to dependent child's day care provider. The costs should increase or decrease a minimum of 5% to warrant a change to your Reimbursement Account.

The benefit selections you may make must be consistent with the Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must contact HR Shared Services and make your selection within 31 days of the Status Change. HR Shared Services will initiate the Status Change in the FLEX Benefits system that will allow you to go online to make your benefits changes. If you prefer you may request to make your selections by fax or mail. Contact HR Shared Services and they will send you a Personalized Enrollment Worksheet and an affidavit which must be completed and returned within 31 days of the Status Change. Employees must be able to provide supporting documentation (such as a marriage or birth certificate or divorce decree) at such time as may be requested by HR Shared Services for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after your event occurred:
- the plan does not permit you to change any FLEX Benefit options (e.g., medical, life or disability coverage) until the next Annual Enrollment period
- you may change your medical and dental, vision and hearing care dependent coverage level (e.g., employee and spouse, employee and child) by requesting the addition or deletion of Dependent coverage under your current medical or dental, vision and hearing care option and
- your dependent coverage level change will be effective the date all documents are received (i.e., via fax or mail) or via online affidavit in HR Shared Services.

Note: most HMOs do not allow Dependent additions after 31 days of the event.

**Termination Date**
The last day you work for the Company.

**Total Disability, Totally Disabled**

For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**
Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**
Benefits covered under Workers' Compensation law.