IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
:
*In re*                                                 :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      :    Case No. 09-10138 (KG)
:
　　　　　　　Debtors.                                   :    Jointly Administered
:
:
:    **Re: D.I. 10944 & 10945**
------------------------------------------------------- X

## NOTICE OF SERVICE

　　　　　PLEASE TAKE NOTICE that on June 20, 2013, copies of the following were served as indicated on the attached service list.

1. Declaration of John J. Ray III in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10944, Filed 6/20/13); and

2. Declaration of Julie Graffam-Kaplan in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10945, Filed 6/20/13).

Dated: June 18, 2013
Wilmington, Delaware

　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　　　　　　　　　　　　　James L. Bromley (admitted pro hac vice)
　　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted pro hac vice)
　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　Telephone: (212) 225-2000
　　　　　　　　　　　　　　　　Facsimile: (212) 225-3999

　　　　　　　　　　　　　　　　and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7307833.1