| **Via Hand Delivery** | **Via Overnight Mail** |
|---|---|
| Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE  19801-3519 | Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE  19899-8705 | Fred S. Hodara Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY  10036 |
| Mary F. Caloway Esq.<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 | Thomas R. Kreller<br>Milbank Tweed Hadley & McLoy LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017 |
| Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE  19801 | Albert Togut<br>Neil Berger<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119 |
| | Sandra Aiken<br>3166 Tump Wilkins Rd.<br>Stem, NC 27581 |
| Rafael Zahralddin<br>Shelley Kinsella<br>Elliott Greenleaf<br>1105 North Market Street<br>Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19801 | Dennis Wayne Bullock<br>3557 Jacobs Rd.<br>Stem, NC 27581 |
| | Thomas M.D. Dikens<br>2612 Bengal Lane<br>Plano, TX 75023 |
| William F. Taylor, Jr.<br>McCarter & English LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801 | Janette Head<br>16 Gleneagle Dr.<br>Bedford, NH 03110 |
| | Steven Bennett<br>37052 Chestnut St.<br>Newark, CA 94560 |
| | Lois Uphold<br>201 Camden Park Dr.<br>Goldsboro, NC 27530 |

Susan Paperno
1632 Julius Bridge Rd.
Ball Ground, GA 30107

Mark Phillips
6117 Trevor Simpson Dr.
Lake Park, NC 28079

William A. Reed
7810 Heaton Dr.
Theodore, AL 36582

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

Paul D. Wolfe
113 Red Drum Ln.
Gloucester, NC 28528

Remajos Brown
2353 Sword Dr.
Garland, TX 75044

Michael S. McWalters
PO Box 338
Alviso, CA 95002

Najum ud Dean
6 Augusta Dr.
Millbury, MA 01527

Fred S. Lindow
PO Box 33206
Los Gatos, CA 95031

Peter Lawrence
16295 Via Venetia W
Delray Beach, FL 33484

Carmel T. Totman
3028 McDade Farm Rd.
Raleigh, NC 27616

Janet Elizabeth Bass
1228 Moultrie Court
Raleigh, NC 27615

Manuel Segura
1028 Fairmount Ave.
Trenton, NJ 08629

Brent Beasley
541 Ammons Rd.
Dunn, NC 28334

Richard Engleman
1505 Nevada Dr.
Plano, TX 75093

Vernon Long
4929 Kelso Lane
Garland, TX 75043

Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

John Elliott
6 Grouse Lane
Merrimack, NH 03054

Ronald Rose, Jr.
26 Pheasant Run
Ballston Spa, NY 12010

Bruce Francis
5506 Lake Elton Rd.
Durham, NC 27713

Michael Rexroad
5244 Linwick Dr.
Fuquay Varina, NC 27526

Leah McCaffrey
7139 Debbe Dr.
Dallas, TX 75252

Deborah Jones
PO Box 458
Willow Spring, NC 27592

Victoria Anstead
3894 Ridge Lea Rd.
#A
Amherst, NY 14228

Dianna Irish
235 Atrium Court
Warner Robins, GA 31008

Carol F. Raymond
7962 S.W. 185 St.
Miami, FL 33157

Robert Martel
200 Lighthouse Lane
B3
Cedar Point, NC 28584

Chae Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN 55317

Richard Chadwick, Esq.
9530 Foxford Rd.
Chanhassen, MN 55317

Kerry Logan
537 Avenida Cuarta
#101
Clermont, FL 33471

Ralph MacIver
116 Honeycomb Lane
Morrisville, NC 27560

Scott David Howard
2050 Cabiao Rd.
Placerville, CA 95667

Barbara Carr
145 Greciar Parkway
Rochester, NY 14626

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

John J. Rossi
1568 Woodcrest Dr.
Wooster, OH 44691

Kaushik Patel
1806 Villanova Dr.
Richardson, TX 75081

Vada Wilson
101 Teny's Ln.
Rougemont, NC 27572

Mark Janis
193 Via Soderini
Aptos, CA 95003

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV 89060

Debra L. Vega
818 Glenco Rd.
Durham, NC 27703

Roger Carlsen
390 E Paseo Celestial
Sahuarita, AZ 85629

Bonnie J Boyer
305 W Juniper Ave.
Sterling, VA 20164