IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NORTEL NETWORKS, INC., et al.,** | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Novak Druce Connolly Bove + Quigg LLP, hereby withdraws as co-counsel and Howard A. Cohen, Esquire and Robert K. Malone, Esquire, of the firm of Drinker Biddle & Reath LLP, enter their appearance as co-counsel for Sanmina Corporation.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 9010, 2002(g), 2002(i), and 9007, counsel requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile number set forth below:

Howard A. Cohen, Esq.
**Drinker Biddle & Reath LLP**
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

howard.cohen@dbr.com


Robert K. Malone, Esq.
**Drinker Biddle & Reath LLP**
500 Campus Drive
Florham Park, NJ  07932
Telephone: (973) 360-1110
Facsimile:  (973) 360-9831

robert.malone@dbr.com

WM01/ 7932402.1

SANMINA CORPORATION
Sanmina Corporation
2700 North First Street
San Jose, CA 95134
Tel.: (408) 964-3617
Attn: Edward T. Attanasio, Esq.
ed.attanasio@sanmina.com

Dated: June 20, 2013

| **DRINKER BIDDLE & REATH LLP** | **NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP** |
|---|---|
| /s/ Howard A. Cohen | /s/ Francis DiGiovanni |
| Howard A. Cohen (DE 4082) | Francis DiGiovanni (DE 3189) |
| 1100 N. Market St., Suite 1000 | 1007 North Orange St., 9th Floor |
| Wilmington, DE 19801-1254 | Wilmington, DE 19801 |
| Telephone: (302) 467-4200 | Telephone: (302) 658-9141 |
| Facsimile: (302) 467-4201 | Facsimile: (302) 302-658-5614 |
| *Counsel to Sanmina Corporation* | *Former Counsel to Sanmina Corporation* |