IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | **Re: D.I. 10936, 10942** |
| ------------------------------------------------------------X | : | |

**NOTICE OF OBJECTION TO ADDITIONAL JOINDERS IN MOTION COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER
NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013
BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE (D.I. 10741, FILED 6/3/13)**

**PLEASE TAKE NOTICE** that on June 2, 2013, the Debtors filed the *Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10731] (the "Objection"), which responded to nine motions filed by current or former LTD Employees seeking to compel the Debtors to pay them severance as a result of their scheduled separation from the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on June 3, 2013, Mark Janis filed the *Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee* [D.I. 10741] (the "Janis Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on June 18, 2013, the Debtors filed the *Debtors' Supplemental Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10932] (the "Supplemental Objection"), in which the Debtors responded to among other motions, the Janis Motion and joinders to the Janis Motion (the "Joinders").

**PLEASE TAKE FURTHER NOTICE THAT** between June 19, 2013 and June

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

20, 2013, the following joinders to the Janis Motion were docketed:

- Joinder of Barbara Gallagher in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" [D.I. 10936, Filed 6/14/13]; and

- Estelle Loggins, Support of Debtors Scheduled Hearing (June 25, 2013) in Response to My Letter to the Court [D.I. 10408] Appealing for Justice and Continued Support [D.I. 10942, Filed 6/20/13][2] (together, the "Additional Joinders").

**PLEASE TAKE FURTHER NOTICE THAT** the Janis Motion was timely filed and set for the omnibus hearing scheduled for June 25, 2013, (the "Hearing") with an objection deadline of June 20, 2013. The Additional Joinders set the same hearing date of June 25, 2013, but changed the objection deadline to June 15, 2013 and June 18, 2013 respectively. While the Additional Joinders were not timely filed,[3] the Debtors are prepared to proceed with the argument on the Additional Joinders and other similar motions or joinders that were previously noticed, or noticed and objected to, at the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors' grounds for objection as stated in the Objection and the Supplemental Objection, copies of which will be enclosed in the service packages mailed to the Additional Joinder parties, relate equally to the Additional Joinders.

Dated: June 21, 2013  
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

---

[2] Estelle Loggins' joinder to the Janis Motion is attached as an exhibit to D.I. 10942.

[3] Rule 9006-1(c)(i) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), which absent leave of the Court, requires 21 days' notice of certain motions (of which the Additional Joinders qualify) when served by first class mail. The Additional Joinders were served by first class mail and filed between five and six days before the Hearing. Additionally, Local Rule 9006-1(c)(ii) sets forth the procedure for setting objection deadlines, which absent leave of the Court, generally contemplate an objection period of two weeks. The Additional Joinders set the objection deadline for a date that had already passed at the time of filing. As of the time of this Notice, none of the Additional Joinder parties have sought leave of Court to modify the requirements of the Local Rules.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3