# EXHIBIT A

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
| 1. | Najum ud Dean | Najam ud Dean, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 9598 | 3/7/2013 |
| 2. | Scott David Howard | Scott David Howard, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 9600 | 3/7/2013 |
| 3. | Remajos Brown | Remajos Brown, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 9647 | 3/11/2013 |
| 4. | Fred Lindow | Fred Lindow, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 9665 | 3/15/2013 |
| 5. | Estelle Loggins | Estelle Loggins, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 9674 | 3/18/2013 |
| 6. | Vada Wilson | Request to Consider Allowance for Severance Pay Filed by Vada Wilson | 10151 | 4/15/2013 |
| 7. | John J. Rossi | John J. Rossi, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 10170 | 4/18/2013 |
| 8. | Dennis Wayne Bullock | Dennis Wayne Bullock, Nortel US LTD Employee, Motion Compelling Debtors to Issue Payment for | 10454 | 5/6/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | Severance Per Nortel Networks Severance Allowance Plan |  |  |
| 9. | Vada Wilson | Letter Requesting Allowance of Claim Filed by Vada Wilson | 10730 | 5/31/2013 |
| 10. | Mark R. Janis | Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee | 10741 | 6/3/2013 |
| 11. | Lois Uphold | Lois Uphold, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 10742 | 6/3/2013 |
| 12. | Ralph MacIver | Ralph MacIver, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 10907 | 6/14/2013 |
| 13. | Bonnie J. Boyer | Bonnie J. Boyer, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment | 10926 | 6/18/2013 |