# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                        :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                  :     Case No. 09-10138 (KG)
:
          Debtors.              :     Jointly Administered
:
:
:     **Re: D.I. 10731, 10732, 10932, 10944,**
---------------------------------------------------------X   **10945, 10953**

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on June 21, 2013, copies of the following were served as indicated on the attached service list.

1. Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10731, Filed 6/2/13);

2. Declaration of John J. Ray III in Support of Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10732, Filed 6/2/13);

3. Debtors' Supplemental Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10932, Filed 6/18/13);

4. Declaration of John J. Ray III in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10944, Filed 6/20/13);

5. Declaration of Julie Graffam-Kaplan in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10945, Filed 6/20/13); and

6. Notice of Objection to Additional Joinders in Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13) (D.I. 10953, Filed 6/21/13).

Dated: June 21, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7309224.1

**<u>Via Overnight Mail</u>**

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

Barbara Gallagher
410 West Acres Rd
Whitesboro, TX 76273