**Exhibit A**

The Eighth Amendment to the Statement of Work

≣ǀ ERNST & YOUNG

Ernst & Young LLP
Suite 500
4130 Park Lake Avenue
Raleigh, NC 27612-4462

Tel  +1 919 981 2800
Fax +1 919 981 2997
www.ey.com

June 4, 2013

Mr. John J. Ray III
Principal Officer
c/o Nortel Networks, Inc.
4001 East Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709

Dear John:

This letter is the 8th amendment (the "8th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 8th Amendment, the parties agree to the following modifications in the Scope of services.

Except as modified by this 8th Amendment, all terms and conditions of the Original SOW shall continue in full force and effect and be unaffected by this 8th Amendment.

## ADDITIONAL SERVICES

As of June 4, 2013 and contingent upon this 8th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the Services described herein. This 8th Amendment will define Additional Services not covered by the SOW, which would otherwise fall into the category of "Out-of-Scope Services" as described in the SOW.

These Additional Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

### Out-of-Scope Services

The Out-of-Scope Services described below are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of estimated fees to be incurred. All such approved Services are hereinafter referred to as "Additional Services."

≡ǀ ERNST & YOUNG

### North Carolina Alternative Apportionment

EY will provide the following state and local tax consulting Services to Client related to renewing the previously obtained North Carolina Secretary of Revenue Administrative Decision granting alternative apportionment (the "current Decision"). The renewal will request use of the alternative apportionment methodology for tax years 2014 through 2016 (the "Renewal"). The specific Services include:

1. Providing technical advice, in memorandum format, addressing the applicable state and local rules related to the permissibility and timing of an extension of the method contained within the current Decision.
2. Meeting with the North Carolina Department of Revenue to communicate Client's fact pattern and seek agreement on an approach to securing an extension of the current Decision.
3. Providing technical submissions and follow-up communications, including meetings as needed, to the North Carolina Department of Revenue in respect of the Renewal.

### Internal Revenue Service Guidance Request

EY will provide pursuant to a mutually agreed work plan tax advisory and document preparation Services relating to the preparation and filing for a ruling request with, or other guidance from, the Internal Revenue Service (the "IRS") with respect to certain tax matters associated with the NNI estate and, as requested, other Nortel entities.

### Litigation Assistance

EY will provide tax advisory Services to the Client related to the pending litigations and/or potential litigation by and among the various affiliated debtors in the other related insolvency proceedings in the United Kingdom and Canada as requested by the Client, and confirmed for provision by EY (any such requests and confirmations may be by e-mail) (the "Litigation Assistance Services"). Client has retained Cleary Gottlieb Steen & Hamilton LLP ("CGS&H") as external counsel in relation to matters associated with the Litigation Assistance Services, and EY understands and agrees that CGS&H may make such requests of EY on behalf of Client. The Litigation Assistance Services form a part of the Additional Services described herein.

EY acknowledges that Client has informed EY that Client has engaged EY to provide the Litigation Assistance Services solely for the purpose of assisting CGS&H in CGS&H giving legal advice to Client. Although we have made no independent inquiry or determination with respect thereto, we acknowledge your belief that the Litigation Assistance Services are or may be protected from

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited



disclosure by the attorney-client privilege, work product protection, or both. Accordingly, we shall treat our communications, work product and documentation arising out of or relating to the Litigation Assistance Services in a manner consistent with the maintenance of any such privilege or protection, subject to our respective obligations under applicable law or professional requirements. Notwithstanding the foregoing, nothing in this 8th Amendment will require us to return, discard or destroy documents in contravention of our document retention policy, applicable law or professional requirements.

**FEES**

With respect to the Additional Services covered by this 8th Amendment, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with the Additional Services, including filing fees associated with any ruling requested of the IRS, subject to and in accordance with Bankruptcy Court approval.

For those Out-of-Scope Services set out above, the fees will be billed on a monthly basis using the rates set forth below (which may be adjusted annually to reflect the adjustments to the cost of living index).

| Professional | Rate per Hour |
| --- | --- |
| Partner/Principal/Executive Director | $640 |
| Senior Manager | $550 |
| Manager | $450 |
| Senior | $315 |
| Staff | $185 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

*[Remainder of this page intentionally left blank]*

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited



We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

**Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW**
**Nortel Networks India International Inc.**
**Nortel Ventures LLC**

By: _____
Mr. John J. Ray III
Principal Officer

Nortel Networks, Inc

A member firm of Ernst & Young Global Limited