# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>       Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Re: D.I. 10954** |
| Nortel Networks Inc., <br>      Plaintiff, <br><br> v. <br><br> State of Michigan Department of Treasury, <br><br>       Defendants. | Adv. Proc. No. 12-50773 (KG) <br><br> **Re: D.I. 30** |
| Nortel Networks Inc., <br>      Plaintiff, <br><br> v. <br><br> Commonwealth of Virginia Department of Taxation, <br><br>       Defendants. | Adv. Proc. No. 12-50608 (KG) <br><br> **Re: D.I. 51** |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on June 21, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On June 25, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: June 21, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE  19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.19

**Via Fax**

Allison M. Dietz
Heather L. Donald
Michigan Dept of Attorney General
3030 W. Grand Blvd
Detroit, MI 48202
Fax: 313-456-0141

Jeffrey A. Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax: 804-440-1171

**Via Overnight Mail**

Vada Wilson
101 Teny's Ln.
Rougemont, NC 27572

Peter Lawrence
16295 Via Venetia W
Delray Beach, FL 33484

Thomas M.D. Dikens
2612 Bengal Lane
Plano, TX 75023

Dennis Wayne Bullock
3557 Jacobs Rd.
Stem, NC 27581

Susan Paperno
1632 Julius Bridge Rd.
Ball Ground, GA 30107

Brent Beasley
541 Ammons Rd.
Dunn, NC 28334

Dianna Irish
235 Atrium Court
Warner Robins, GA 31008

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

Anthony Caruso
KGP Logistics, Inc.
North Supply Co.
3305 Highway 60 W.
Fairbault, MN 55021

Edward Abbati
Global IP Solutions Inc.
642 Harrison St.
San Francisco, CA 94107

**Via Express USPS Mail**

Fred S. Lindow
PO Box 33206
Los Gatos, CA 95031