# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

ALBERT TOGUT
FRANK A. OSWALD *
NEIL BERGER *
SCOTT E. RATNER *
SIDNEY SEGAL (1935-1968)
BERNARD SEGAL (1932-1983)

OF COUNSEL
RICHARD K. MILIN ⁰
BRIAN F. MOORE*
STEVEN S. FLORES

(212) 594-5000

FACSIMILE
(212) 967-4258

INTERNET
eMail@TeamTogut.com

DAVID M. SMITH
STEPHANIE A. SKELLY ◊
MICHAEL D. HAMERSKY
LARA R. SHEIKH
JONATHAN P. IBSEN ⁰
ANTHONY F. PIRRAGLIA
SAMANTHA J. ROTHMAN
LAUREN R. LIFLAND
KATHRYN A. KEEN
SCOTT A. GRIFFIN ᵛ
IVY B. GREY **
DAVID A. PAUL
RICHARD M. GOLDMAN
LEO MUCHNIK

*MEMBER NY AND NJ BAR
◊MEMBER NY AND CT BAR
⁰MEMBER NY AND MA BAR
°MEMBER NY AND AZ BAR
ᵛMEMBER NY, FL AND OH BAR
**MEMBER OR BAR ONLY

June 21, 2013

**VIA FIRST CLASS MAIL**

William W. Browning, Esq.
120 E. Main Street
Durham, NC 27701

    Re: Nortel Networks Inc. *et al.*, Case No. 09-10138
      <u>Retiree Settlement Election and Release Form</u>

Dear Mr. Browning:

  We represent the Official Committee of Retired Employees of Nortel Networks, Inc. (the "Retiree Committee") in the above-referenced bankruptcy case. We are responding to your June 14, 2013 letter to Judge Gross requesting submission of Ms. Coffey's untimely Retiree Settlement Election and Release Form (the "Election Form"). For the reasons set forth below and in our June 11, 2013 letter to your client, the Retiree Committee will not accept Ms. Coffey's late Election Form.

  When the Bankruptcy Court entered its April 2, 2013 Order approving the Settlement Agreement between the Retiree Committee and Nortel, it fixed May 17, 2013 as the deadline by which LTD Election Forms had to be received by Nortel to be effective. Ms. Coffey's Election Form was received after the deadline.

  There are discrepancies concerning Ms. Coffey's request to permit her late Election Form. In your letter, you state that Ms. Coffey completed her Election Form on or before May 13, 2013; however, her Election Form is dated May 14, 2013. Additionally, the first

TOGUT, SEGAL & SEGAL LLP

William W. Browning, Esq.
June 21, 2013
Page 2

notice we received of Ms. Coffey's intention to elect into the Retiree Settlement came on June 6th, three weeks after the deadline set forth in the Election Form and three weeks after Ms. Coffey purportedly completed the Election Form.

      Moreover, Ms. Coffey has not articulated or demonstrated any excusable neglect that could be the basis of any finding that she could be excused from compliance with the deadline that was fixed by the Bankruptcy Court's final order. Although your letter to the Court represents that you have a copy of the FedEx envelope that Ms. Coffey completed for mailing, it was not filed on the Court docket and in response to our request to your office for this document, we were informed that your office did not retain a copy, nor did it retain the FedEx invoice associated with the envelope.

      As a result of these discrepancies and the failure to produce any evidence for the Retiree Committee to consider, it is the Retiree Committee's continued position that there is no compelling reason, nor any showing of excusable neglect, that would warrant the Retiree Committee's acceptance of Ms. Coffey's late Election Form. Accordingly, the Retiree Committee will not set aside settlement funds for Ms. Coffey and she will not be permitted to participate in the Retiree Settlement.

      Very truly yours,

      TOGUT, SEGAL & SEGAL LLP
      By:
          /s/Stephanie A. Skelly

SAS/lv
cc:    Lisa Schweitzer, Esq. (via email)
      Rafael Zahralddin, Esq. (via email)
      Members of the Retiree Committee (via email)