**EXHIBIT "B"**

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
4/1/2013...4/30/2013

*6/10/2013*
*11:51:06 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Lodging | | 0.0 | 1,454.70 |
| Meals | | 0.0 | 227.11 |
| Overnight Couri | | 0.0 | 231.64 |
| Photocopies | | 0.0 | 862.50 |
| Postage | | 0.0 | 2.24 |
| Telephone | | 0.0 | 35.86 |
| Travel-ground | | 0.0 | 1,338.94 |
| | Grand Total: | 0.0 | 4,152.99 |

1

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
4/1/2013...4/30/2013

*6/10/2013*
*11:52:15 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter:  General** | | | |
| 4/1/13 | nberger / Travel-ground<br>General | E | 0.0<br>295.20 | 295.20<br>Billable |
| #267560 | Three roundtrip Amtrak train tickets for NB, SS and RKM from NY Penn Station to Wilmington, DE on 4/1/13 (return trip 4/2/13) for Nortel hearing to approve settlement agreement to be held on April 2, 2013.  (Amounts reduced from actual Business Class to Coach Class $657-$180= $477 and again reduced $181.80 for change of tickets for earlier departure). | | | |
| 4/1/13 | nberger / Lodging<br>General | E | 0.0<br>485.90 | 485.90<br>Billable |
| #267564 | One-night hotel stay for hearing in Delaware to approve settlement agreement on April 2, 2013 (water $3;  room rate $482.90). | | | |
| 4/1/13 | sskelly / Lodging<br>General | E | 0.0<br>485.90 | 485.90<br>Billable |
| #267586 | One-night hotel stay for hearing in Delaware to approve settlement agreement on April 2, 2013 (water $3;  room rate $482.90). | | | |
| 4/1/13 | nberger / Meals<br>General | E | 0.0<br>21.00 | 21.00<br>Billable |
| #267598 | Coffee on 4/1/13 for NB, SS, RKM, R. Winters, M. Daniele, M. Haupt -- preparation session prior to hearing on 4/2/13. | | | |
| 4/1/13 | atogut / Telephone<br>General | E | 0.0<br>35.86 | 35.86<br>Billable |
| #274313 | TS&S monthly telephone for April 2013. | | | |
| 4/1/13 | atogut / Postage<br>General | E | 0.0<br>2.24 | 2.24<br>Billable |
| #275918 | TS&S monthly postage for April 2013. | | | |

Page: 1

## Togut, Segal & Segal LLP
### Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 4/1/13 | atogut / Photocopies<br>General | E | 0.0<br>862.50 | 862.50<br>Billable |
| #276544 | TS&S monthly photocopies for April 2013. | | | |
| 4/2/13 | sskelly / Meals<br>General | E | 0.0<br>4.50 | 4.50<br>Billable |
| #267591 | Two bottles of water on 4/2/13 for SS and RKM on return Amtrak train to NY Penn Station from Delaware hearing. | | | |
| 4/2/13 | nberger / Meals<br>General | E | 0.0<br>120.00 | 120.00<br>Billable |
| #267602 | Breakfast meeting on 4/2/13 prior to hearing for NB, SS, RKM, R. Winters, M. Daniele, M. Haupt (reduced from $130.80 to $20 per person = $120). | | | |
| 4/2/13 | nberger / Meals<br>General | E | 0.0<br>30.04 | 30.04<br>Billable |
| #269581 | Lunch for NB, SS and M. Daniele following hearing on 4/2/13. | | | |
| 4/2/13 | nberger / Travel-ground<br>General | E | 0.0<br>54.00 | 54.00<br>Billable |
| #269582 | Parking for settlement approval hearing on 4/2/13 (billed at 1/2 rate). | | | |
| 4/2/13 | rmilin / Meals<br>General | E | 0.0<br>6.57 | 6.57<br>Billable |
| #269587 | Lunch on 4/2/13 for RKM -- traveled to Delaware for approval hearing. | | | |
| 4/2/13 | rmilin / Lodging<br>General | E | 0.0<br>482.90 | 482.90<br>Billable |
| #269588 | One-night hotel stay on 4/2/13 -- traveled to Delaware for approval hearing. | | | |

| | Togut, Segal & Segal LLP | | | |
|---|---|---|---|---|
| Nortel Networks Section 1114 | Client Billing Report | | | 6/10/2013 |
| 4/1/2013...4/30/2013 | | | | 11:52:15 AM |

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 4/4/13 | nberger / Travel-ground<br>General | E | 0.0<br>57.38 | 57.38<br>Billable |
| #272735 | Car service from office to home on 4/4/13 at 9:10pm -- worked late re retiree issues (1/2 car rate billed to non-Nortel client). | | | |
| 4/10/13 | nberger / Overnight Couri<br>General | E | 0.0<br>231.64 | 231.64<br>Billable |
| #274508 | FedEx (11 packages) -- document return. | | | |
| 4/10/13 | rmilin / Travel-ground<br>General | E | 0.0<br>7.50 | 7.50<br>Billable |
| #278854 | Taxi from office on 4/10/13 at 10:24pm -- worked late drafting response to Yoakum, including further review of transcript, SPDs, correspondence, applications and other relevant documents to integrate into response. | | | |
| 4/15/13 | sskelly / Travel-ground<br>General | E | 0.0<br>227.00 | 227.00<br>Billable |
| #272738 | Roundtrip ticket from Stamford, CT to Wilmington, DE for Omni Hearing held on April 16, 2013 (Business Class $337;  billed Coach fare $227). | | | |
| 4/16/13 | sskelly / Meals<br>General | E | 0.0<br>4.87 | 4.87<br>Billable |
| #272739 | Breakfast before attending Omni Hearing. | | | |
| 4/16/13 | sskelly / Meals<br>General | E | 0.0<br>9.74 | 9.74<br>Billable |
| #272740 | Lunch after attending Omni Hearing. | | | |
| 4/16/13 | rmilin / Travel-ground<br>General | E | 0.0<br>269.00 | 269.00<br>Billable |
| #278855 | Amtrak: roundtrip ticket to Delaware for omni hearing. | | | |

Togut, Segal & Segal LLP
Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 4/16/13 | rmilin / Meals<br>General | E | 0.0<br>11.59 | 11.59<br>Billable |
| #278856 | Lunch during travel to Delaware for omni hearing. | | | |
| 4/25/13 | sskelly / Travel-ground<br>General | E | 0.0<br>100.71 | 100.71<br>Billable |
| #278928 | Car service from office to home on 4/25/13 at 8:30pm -- worked late re LTD. | | | |
| 4/30/13 | nberger / Travel-ground<br>General | E | 0.0<br>259.00 | 259.00<br>Billable |
| #276128 | Amtrak: roundtrip coach rate on 4/30/13 to attend Final LTD settlement hearing in Wilmington, DE. | | | |
| 4/30/13 | nberger / Meals<br>General | E | 0.0<br>18.80 | 18.80<br>Billable |
| #276145 | Lunch for NB and K. Buck on 4/30/13 during break of the final LTD settlement hearing in Wilmington, DE. | | | |
| 4/30/13 | nberger / Travel-ground<br>General | E | 0.0<br>9.00 | 9.00<br>Billable |
| #276167 | Taxi from train station to Courthouse in Wilmington, DE to attend final LTD settlement hearing in Wilmington, DE. | | | |
| 4/30/13 | nberger / Travel-ground<br>General | E | 0.0<br>60.15 | 60.15<br>Billable |
| #281231 | Car service from office on 4/30/13 at 8:38pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel client). | | | |

|  |  |
|---|---|
| Matter Total: | 0.00   4,152.99 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 4,152.99 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 4,152.99 |
| Grand Total: | 4,152.99 |