IN THE UNITED STATES BANKRUPTCY COURT
F OR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 10441, 10445, and 10560 |
| | ) | Objection Deadline: 7/11/2013 @ 4:00 p.m. |
| | ) | Hearing Date: 9/24/2013 at 10:00 a.m. |
| | ) | |

**FIRST QUARTERLY FEE APPLICATION OF
E. MORGAN MAXWELL, III, ESQ., SPECIAL TAX
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG
TERM DISABILITY PARTICIPANTS, FOR COMPENSATION
AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222), E. Morgan Maxwell, III, Esq. ("Maxwell"), hereby files this First Quarterly Fee Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), for

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Services Rendered and Reimbursement of Expenses for the Period of February 1, 2013 through April 30, 2013 (the "Quarterly Application"). In support of this Quarterly Application, Maxwell respectfully represents as follows:

## INTRODUCTION

1. By this Application, Maxwell seeks Quarterly allowance and approval of $17,923.50 (the "Quarterly Amount") for fees and expenses for the period of February 1, 2013 through April 30, 2013 (the "Quarterly Period"). The Quarterly Amount consists of (i) 100% of the compensation that Maxwell earned during the Quarterly Period, in the amount of $17,912.50 and (ii) 100% of the expenses that Maxwell incurred in the course of its representation as special tax counsel to the LTD Committee during the Quarterly Period in the amount of $11.00.

2. As of the date of this Quarterly Application, the Debtors have been authorized to pay Maxwell $14,330.00 (80% of February, March and April fees) with respect to professional fees and expenses in the amount of $11.00 (100% of February, March and April expenses).

## FACTUAL BACKGROUND

3. On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On March 19, 2013, the Court ordered the appointment of Maxwell as Special Tax Counsel to the LTD Committee (Docket No. 9689).

5

**Monthly Applications Covered Herein**

8. Maxwell has filed and served monthly fee applications for the periods of (i) February 2013, (ii) March 2013 and (iii) April 2013. The following table summarizes the monthly fee applications that Maxwell filed with respect to the First Quarterly Period.

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Total Amount of Fees Approved to Date (80%) | Total Amount of Expenses Approved to Date (100%) |
|---|---|---|---|---|
| 2/1/13-2/28/13 Doc. No. 10441 5/3/2013 | $ 1,725.00 | $ 0.00 | $ 1,380.00 | $ 0.00 |
| 3/1/13-3/31/13 Doc. No. 10445 5/3/2013 | $ 3,625.00 | $ 0.00 | $ 2,900.00 | $ 0.00 |
| 4/1/13-4/30/13 Doc. No. 10560 5/17/2013 | $ 12,562.50 | $ 11.00 | $10,050.00 | $11.00 |
| Totals: | $ 17,912.50 | $ 11.00 | $ 14,330.00 | $ 11.00 |

9. <u>The February 2013 Fee Application</u>. On May 3, 2013, Maxwell filed and served his First Monthly Application for Compensation and Reimbursement of Expenses as Special Counsel to the Official Committee of Long Term Disability Participants for the Period of February 1, 2013 through February 28, 2013 (the "<u>First Monthly Fee Application</u>") (Docket No. 10441) requesting, *inter alia*, allowance of $1,725.00 in fees and reimbursement of $0.00 in expenses. Since no objections were filed, a Certificate of No Objection was filed on May 29, 2013, regarding the First Monthly Fee Application. Pursuant to the Interim Compensation Order, Maxwell is permitted a payment of $1,380.00 in fees and $0.00 in expenses for the First Monthly Fee Application. Holdback Fees with respect to the First Monthly Fee Application total $345.00.

10. <u>The March 2013 Fee Application</u>.  On May 3, 2013 Maxwell filed and served his Second Monthly Application for Compensation and Reimbursement of Expenses as Special Tax Counsel to the Official Committee of Long Term Disability Participants for the Period of March 1, 2013 through March 31, 2013 (the "<u>Second Monthly Fee Application</u>") (Docket No. 10445) requesting, *inter alia*, allowance of $3,625.00 in fees and reimbursement of $0.00 in expenses.  Since no objections were filed, a Certificate of No Objection was filed on May 29, 2013, regarding the Second Monthly Fee Application.  Pursuant to the Interim Compensation Order, Maxwell is permitted a payment of $2,900.00 in fees and $0.00 in expenses for the Second Monthly Fee Application.  Holdback Fees with respect to the Second Monthly Fee Application total $725.00.

11. <u>The April 2013 Fee Application</u>.  On May 17, 2013, Maxwell filed and served his Third Monthly Application for Compensation and Reimbursement of Expenses as Special Tax Counsel to the Official Committee of Long Term Disability Participants for the Period of April 1, 2013 through April 30, 2013 (the "<u>Third Monthly Fee Application</u>") (Docket No. 10560) requesting, *inter alia*, allowance of $12,562.50 in fees and reimbursement of $11.00 in expenses.  Since no objections were filed, a Certificate of No Objection was filed on June 10, 2013, regarding the Third Monthly Fee Application.  Pursuant to the Interim Compensation Order, Maxwell is permitted a payment of $10,050.00 in fees and $11.00 in expenses for the Third Monthly Fee Application.  Holdback Fees with respect to the Third Monthly Fee Application total $2,512.50.

12. The Monthly Fee Applications covered by this First Quarterly Application contained detailed daily time logs describing the actual and necessary services provided by

7

Maxwell during the Quarterly Period as well as other detailed information required that was included in his monthly fee applications.

### **Requested Relief**

13. By this First Quarterly Application, Maxwell requests that the Court (i) approve the Quarterly Amount of one-hundred percent (100%) of the fees earned and expenses incurred by Maxwell during the First Quarterly Period and evidenced in the Monthly Fee Applications (ii) payment of the outstanding twenty percent holdback fees and (iii) payment in full of any other outstanding fees and/or expenses for the Quarterly period.

14. At all relevant times, Maxwell has been a disinterested person, as that term is defined at Section 101(14) of the Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the LTD Committee.

15. Maxwell has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases, except as disclosed herein in the Monthly Fee Applications.  There is no agreement or understanding between Maxwell and any other person for the sharing of compensation to be received for services rendered in these cases.

16. All services for which Maxwell requests compensation were performed for or on behalf of the LTD Committee.  The professional services and related expenses for which Maxwell requests quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Maxwell's professional responsibilities as special tax counsel for the LTD Committee in the Debtors' Chapter 11 cases.

Maxwell's services have been reasonable, necessary and beneficial to the LTD Committee, the Debtors, their estates, creditors and other parties in interest.

17. In accordance with the factors enumerated at Section 330 of the Bankruptcy Code, Maxwell respectfully submits that the amount requested by Maxwell as compensation for its services is fair and reasonable.

## VERIFICATION

18. I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firm.

19. I have reviewed the foregoing Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Bankruptcy Rule 2016 and Local Rule 2016-2, and submit that the Quarterly Application substantially complies with such Rules.

WHEREFORE, Maxwell respectfully requests that the Court (i) approve and allow the Quarterly Amount of $17,923.50 for the Quarterly Period, consisting of fees in the sum of $17,912.50 as compensation for necessary professional services rendered and compensation for expenses in the amount of $11.00; (ii) allow for payment of any Quarterly Amounts not yet authorized; and (iii) for such other and further relief as may be just and proper.

Dated: June 21, 2013

E. Morgan Maxwell, III, Esquire
Attorney at Law
P.O. Box 876
Southeastern, PA 19399
Telephone: (610) 640-9481
Facsimile: (484) 801-1439
Email: morganmaxlaw@comcast.net

*Special Tax Counsel to the Official Committee of Long Term Disability Participants*

9