**Form 210A (10/06)**

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re  **Nortel Networks, Inc.**                    Case No. **09-10138**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                          **Name of Transferor**

**VonWin Capital Management, LP**                Jacqueline Martin

**Name and Address where notices to Transferee**   Court Claim# (if Known**): 4088**
**should be sent:**                               Amount of Claim: **$25,958.12**
By: VonWin Capital, LLC its general Partner      Date Claim Filed**: 9/28/09**
261 Fifth Avenue, 22nd Floor                     Debtor: **Nortel Networks, Inc.**
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**            Date:  June 21, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Case No. 09-10138

     Ch-11 Nortel Networks Inc.,              Chapter 11

            Debtor

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Martin, Jacqueline ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Claim Amount | Allowed Claim No. |
|---|---|
| $25,958.12 | 4088 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

BUYER:    VonWin Capital Management, L.P.    SELLER:    Jacqueline Martin
           By: VonWin Capital, LLC,        Address:    15737 Stonebridge Drive
           its general partner                Frisco, TX 75035
Address:    261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature:                            Signature:
Name:      Roger Von Spiegel         Name:    JACqueline Martin
Title:       Managing Director        Title:    former Nortel Employee
Date:                              Date:    6/19/2013