## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 10673 |

## CERTIFICATION OF NO OBJECTION REGARDING FIFTY-FIRST MONTHLY APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013 [DOCKET NO. 10673] (NO ORDER REQUIRED)

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Fifty-First Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application")[2] of Akin Gump Strauss Hauer & Feld LLP (the "Applicant") listed on Exhibit A attached hereto.[3]  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[4]  The Application was filed with the Court on the date listed on Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

[3] Following a discussion with the Office of the United States Trustee (the "UST"), Akin Gump has agreed to voluntarily reduce its fees for the compensation period by $12,069.00 and voluntarily reduce its expenses for the compensation period by $448.00 in order to address the UST's concerns.

[4] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant the fees and expenses set forth in Exhibit A in the column entitled "Fees and Expenses Allowed/Awarded" immediately upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: June 20, 2013
　　　　 Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.

## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 10673] | 4/1/13 - 4/30/13 | $726,184.00 (Fees)<br><br>$140,379.13 (Expenses) | $580,947.20[1] (Fees @ 80%)<br><br>$140,379.13[2] (Expenses @ 100%) | 5/28/13 | 6/18/13 |

---

[1] This figure reflects a voluntary reduction by Akin Gump of $12,069.00 in fees incurred during the compensation period per an agreement with the Office of the United States Trustee (the "UST").

[2] This figure reflects a voluntary reduction by Akin Gump of $448.00 in expenses incurred during the compensation period per an agreement with the UST.