June 7, 2013

Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006

Ladies & Gentlemen,

I have scheduled to make a telephonic appearance via CourtCall in the Nortel Networks Inc. Case # 09-10138 under Judge Kevin Gross at the hearing on Tuesday, June 25, 2013 at 10:00 a.m. (ET) concerning the matter of my **JOINDER to "MOTION COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY KENNETH S. HAZELRIG, A NORTEL U.S. LTD EMPLOYEE"**.

I am formally requesting that my Motion and my appearance be placed on the Agenda for that date and time.

Further, I request that I be presented on the agenda schedule in an order of appearance that follows <u>after</u> Mr. Janis so I can further my individual arguments, as appropriate, that build on my right to Severance.

Sincerely,

Kenneth S. Hazelrig
8170 Solway CT
Winston GA 30187