# EXHBIT A

| Last Name | First Name |
|---|---|
| FUNAMOTO | JEREMY |
| WILTON | ED |
| WILSON | DENNIS |
| WILLS | DEVON |
| WINNICKI | KRZYSZTOF |
| WONG | LESLIE |
| WONG | THOMAS |
| WEN | BING |
| XIAO | GUANG ZHI |
| YORK | CHRISTOPHER |
| ZHANG | YANSHENG JAMES |

153251