# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | **Re: D.I. 10974, 10975** |
| ------------------------------------------------------------X | : | |

## SECOND NOTICE OF OBJECTION TO ADDITIONAL JOINDERS IN MOTION COMPELLING DEBTORS TO ISSUE PAYMENT FOR SEVERANCE PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN UPON DEBTORS PLANNED TERMINATION OF MY EMPLOYMENT ON JUNE 30, 2013 BY MARK R. JANIS, A NORTEL U.S. LTD EMPLOYEE (D.I. 10741, FILED 6/3/13)

**PLEASE TAKE NOTICE** that on June 2, 2013, the Debtors filed the *Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10731] (the "Objection"), which responded to nine motions filed by current or former LTD Employees seeking to compel the Debtors to pay them severance as a result of their scheduled separation from the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on June 3, 2013, Mark Janis filed the *Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee* [D.I. 10741] (the "Janis Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on June 18, 2013, the Debtors filed the *Debtors' Supplemental Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10932] (the "Supplemental Objection"), in which the Debtors responded to among other motions, the Janis Motion and joinders to the Janis Motion (the "Joinders").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE THAT** on June 21, 2013, the Debtors filed the *Notice of Objection to Additional Joinders in Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13)* [D.I. 10953] (the "Notice"), in which the Debtors objected to two additional joinders to the Janis Motion docketed after the Debtors filed the Supplemental Objection.

**PLEASE TAKE FURTHER NOTICE THAT** on June 21, 2013, the following joinders to the Janis Motion were docketed:

- Joinder of Olive Jane Stepp in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" [D.I. 10974, Filed 6/21/13]; and

- Joinder of Kenneth S. Hazelrig in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" [D.I. 10975, Filed 6/21/13] (together, the "Additional Joinders").

**PLEASE TAKE FURTHER NOTICE THAT** the Janis Motion was timely filed and set for the omnibus hearing scheduled for June 25, 2013, (the "Hearing") with an objection deadline of June 20, 2013. The Additional Joinder filed by Kenneth S. Hazelrig sets the same hearing date of June 25, 2013, but changed the objection deadline to June 15, 2013. The Additional Joinder filed by Olivia Jane Stepp does not set a hearing date or objection deadline. While the Additional Joinders were not timely filed,[2] the Debtors are prepared to proceed with the argument on the Additional Joinders and other similar motions or joinders that were previously noticed, or noticed and objected to, at the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors' grounds for objection as stated in the Objection and the Supplemental Objection, copies of which will be enclosed in the service packages mailed to the Additional Joinder parties, relate equally to the Additional Joinders.

---

[2] Rule 9006-1(c)(i) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), which absent leave of the Court, requires 21 days' notice of certain motions (of which the Additional Joinders qualify) when served by first class mail. The Additional Joinders were served by first class mail and filed four days before the Hearing. Additionally, Local Rule 9006-1(c)(ii) sets forth the procedure for setting objection deadlines, which absent leave of the Court, generally contemplate an objection period of two weeks. One of the Additional Joinders sets the objection deadline for a date that had already passed at the time of filing while the other does not set an objection deadline. As of the time of this Notice, none of the Additional Joinder parties have sought leave of Court to modify the requirements of the Local Rules.

Dated: June 24, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*