# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Re: D.I. 10731, 10732, 10932, 10944,**
---------------------------------------------------X **10945, 10980**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 24, 2013, copies of the following were served as indicated on the attached service list.

1. Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10731, Filed 6/2/13);

2. Declaration of John J. Ray III in Support of Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10732, Filed 6/2/13);

3. Debtors' Supplemental Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10932, Filed 6/18/13);

4. Declaration of John J. Ray III in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10944, Filed 6/20/13);

5. Declaration of Julie Graffam-Kaplan in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

    for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10945, Filed 6/20/13); and

6.   Second Notice of Objection to Additional Joinders in Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13) (D.I. 10980, Filed 6/24/13).

Dated: June 24, 2013
Wilmington, Delaware

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    James L. Bromley (admitted pro hac vice)
                    Lisa M. Schweitzer (admitted pro hac vice)
                    One Liberty Plaza
                    New York, NY 10006
                    Telephone: (212) 225-2000
                    Facsimile: (212) 225-3999

                    and

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Tamara K. Minott*
                    Derek C. Abbott (No. 3376)
                    Ann C. Cordo (No. 4817)
                    Tamara K. Minott (No. 5643)
                    1201 North Market Street, 18th Floor
                    Wilmington, DE  19899-1347
                    Telephone:  (302) 658-9200
                    Facsimile:  (302) 425-4663

                    *Counsel for the Debtors and Debtors in Possession*

7309224.2

**<u>Via Overnight Mail</u>**

Kenneth S. Hazelrig
8170 Solway Ct.
Winston, GA 30187

Olive Jane Stepp
470 Fairview Rd.
Asheville, NC 28803