IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. :
:
---------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 25, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED MATTER

1. Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10486, Filed 5/10/13).

    Objection Deadline: May 24, 2013 at 4:00 p.m. (ET). Extended for Hain Capital Holdings, LLC regarding Claim No. 1950 to July 9, 2013 at 4:00 p.m. (ET). Extended for ASM Capital III, L.P. regarding Claim No. 415 to July 23, 2013 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a) Informal Response of Hain Capital Holdings, LLC regarding Claim No. 1950; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

(b) Informal Response of ASM Capital III, L.P. regarding Claim No. 415.

Related Pleading: None.

Status: The hearing on Hain Capital Holdings, LLC's Claim No. 1950 has been adjourned to the hearing scheduled for July 16, 2013 at 10:00 a.m. (ET). The hearing on ASM Capital III, L.P.'s Claim No. 415 has been adjourned to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc., v. State of Michigan Department of Treasury; Adv. Case No. 12-50773 (KG)*

2. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 Approving Stipulation Between Nortel Networks Inc. and Michigan Department of Treasury (Main Case D.I. 10754, Adv. Case D.I. 48, Filed 6/4/13).

   Objection Deadline: June 18, 2013 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Adversary Complaint (Main Case D.I. 7858, Adv. Case D.I. 1, Filed 6/15/12);

   (b) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 Approving Stipulation Between Nortel Networks Inc. and Michigan Department of Treasury (Main Case D.I. 10947, Adv. Case D.I. 50, Filed 6/20/13); and

   (c) **Order Approving the Stipulation Between Nortel Networks Inc. and Michigan Department of Treasury (Main Case D.I. 10979, Adv. Case D.I. 53, Entered 6/24/13).**

   Status: **An order has been entered regarding this matter.**

**CONTESTED MATTERS GOING FORWARD**

3. Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment

Objection Deadline: June 3, 2013 at 10:00 a.m. (ET) and June 18, 2013 at 4:00 p.m. (ET).

Various Motions to Compel:

(a)    See Exhibit A for complete list and tab item.

Various Joinders to Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13):

(a)    See Exhibit B for complete list and tab item.

Responses Received:

(a)    Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10731, Filed 6/2/13);

(b)    Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc. Et Al. to the Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10744, Filed 6/3/13);

(c)    Objection to Various US LTD Employees' Motions for Severance Allowance Upon Debtors Planned Termination of LTD Employees' Employment on June, 30, 2013 (Including Mark Janis's Motion D.I. 10741 and Other Motions and Joinders) and Debtors' Omnibus Objection (D.I. 10731) to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment Filed by Kaushik Patel (D.I. 10908, Filed 6/14/13);

(d)    Notice of Objection to LTD Employees Joinders in Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13) (D.I. 10911, Filed 6/14/13);

(e)    Debtors' Supplemental Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10932, Filed 6/18/13);

(f)     Joinder of Name [sic] in Support of Kaushik Patel's Objection (Docket No. 10908) Seeking Continuance of Hearing on Varios [sic] Motions Compelling Debtors to Issue Payment for Severance Allowance and Debtors Objection (Docket No. 10731) to all Motions Related to Severance Allowance. (D.I. 10940, Filed 6/20/13);

(g)     Notice of Objection to Additional Joinders in Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13) (D.I. 10953, Filed 6/21/13); **and**

**(h)**     **Second Notice of Objection to Additional Joinders in Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee (D.I. 10741, Filed 6/3/13) (D.I. 10980, Filed 6/24/13).**

Related Pleading:

(a)     Re-Notice of Motion of John J Rossi, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Notel [sic] Networks Severance Allowance Plan and Issue Payment [D.I. 10170] (D.I. 10186, Filed 4/18/13);

(b)     Re-Notice of Motion for a Hearing on June 25, 2013 Motion: Docket Id: 9598 (D.I. 10452, Filed 5/2/13);

(c)     Notice of Rescheduled Hearing Regarding Nortel US LTD Employees Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10603, Filed 5/21/13);

(d)     Declaration of John J. Ray III in Support of Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10732, Filed 6/2/13);

(e)     Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00 a.m. Regarding My Joinder Filed by Lois Diane Uphold (D.I. 10868, Filed 6/13/13);

(f)     Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00 a.m. Regarding My Joinder Filed by Janette M. Head (D.I. 10871, Filed 6/13/13);

(g) Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00 a.m. Regarding My Joinder Filed by Susan Paperno (D.I. 10878, Filed 6/13/13);

(h) Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00 a.m. Regarding My Joinder Filed by John S. Elliott (D.I. 10892, Filed 6/14/13);

(i) Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00 a.m. Regarding My Joinder Filed by Victoria Anstead (D.I. 10899, Filed 6/14/13);

(j) Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00 a.m. Regarding My Joinder Filed by Carol F. Raymond (D.I. 10902, Filed 6/14/13);

(k) Letter Notifying Court of Scheduled Telephonic Appearance for Hearing on Tuesday, June 25, 2013 at 10:00am Regarding My Objection Filed by Kaushik Patel (D.I. 10909, Filed 6/14/13);

(l) Letter Notifying the Court of My Telephonic Appearance on Tuesday, June 25, 2013 at 10:00 am Regarding My Joinder Filed by Charles Sandner (D.I. 10924, Filed 6/18/13);

(m) Letter Notifying the Court of My Telephonic Appearance on Tuesday, June 25, 2013 at 10:00 am Regarding My Joinder Filed by Bonnie J. Boyer (D.I. 10927, Filed 6/18/13);

(n) Declaration of John J. Ray III in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10944, Filed 6/20/13);

(o) Declaration of Julie Graffam-Kaplan in Support of the Debtors' Omnibus Objections to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance As Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10945, Filed 6/20/13); **and**

**(p) Letter Notifying the Court of My Telephonic Appearance on Tuesday, June 25, 2013 at 10:00 am Regarding My Joinder Filed by Kenneth S. Hazelrig (D.I. 10976, Filed 6/21/13).**

Status: The hearing on this matter will go forward.

4. Letter Appealing to Court for Justice and Continued Support Filed by Estelle Loggins (D.I. 10408, Filed 4/26/13).

Objection Deadline: June 18, 2013 at 10:00 a.m. (ET).

Responses Received:

(a) Debtors' Objection to the Letter of Estelle Loggins for Appeal for Justice and Continued Support and Related Motions (D.I. 10929, Filed 6/18/13).

Related Pleading:

(a) Letter Regarding Disability Benefits Filed by Estelle Loggins (D.I. 7931, Filed 6/26/12);

(b) Motion for Compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 Through July 31, 2012 (D.I. 8270, Filed 8/20/12);

(c) Estelle Loggins, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 Through December 31, 2012 (D.I. 8270) as Valid Per Nortel Networks Summary Plan Description (SPD) 2000 and Issue Payment Immediately (D.I. 9673, Filed 3/18/13);

(d) Notice of Hearing Regarding Estelle Loggins Letter Appealing to Court for Justice and Continued Support (D.I. 10778, Filed 6/7/13);

(e) Declaration of John J. Ray III in Support of the Debtors' Objection to the Letter of Estelle Loggins for Appeal for Justice and Continued Support and Related Motions (D.I. 10930, Filed 6/18/13); and

(f) Estelle Loggins, Support of Debtors Scheduled Hearing (June 25, 2013) in Response to My Letter to the Court [D.I. 10408] Appealing for Justice and Continued Support (D.I. 10942, Filed 6/20/13).

Status: The hearing on this matter will go forward.

**FEE APPLICATIONS**

5. Seventeenth Quarterly Fee Hearing Applications.

Related Pleading:

(a) See Exhibit C.

Objection Deadline: N/A.

Responses Received: None.

6

Status:  The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

6. Pretrial Conference in the Adversary Proceeding

Status: The pretrial conference regarding Commonwealth of Virginia Department of Taxation (Adv. Case No. 12-50608) has been adjourned to the pretrial conference scheduled for July 16, 2013 at 10:00 a.m. (ET).  As a result of the Debtors' pending motion to approve the stipulation of settlement with Michigan Department of Treasury, the pretrial conference regarding State of Michigan Department of Treasury (Adv. Case No. 12-50773) has been cancelled.

| | |
|---|---|
| Dated: June 24, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7316939.1