**EXHIBIT B**

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
| 1. | Carmel T. Totman | Joinder of Carmel Totman in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10848 | 6/12/2013 |
| 2. | Peter Lawrence | Joinder of Peter Lawrence in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10850 | 6/10/2013 |
| 3. | Fred S. Lindow | Joinder of Fred S. Lindow in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10851 | 6/11/2013 |
| 4. | Najam ud Dean | Joinder of Najam ud Dean in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10852 | 6/11/2013 |
| 5. | Michael S. McWalters | Joinder of Michael S. McWalters in Support of Mark Janis' Motion | 10853 | 6/11/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 6. | Remajos Brown | Joinder of Remajos Brown in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10854 | 6/11/2013 |
| 7. | Lois D. Uphold | Joinder of Lois Uphold in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10866 | 6/13/2013 |
| 8. | Steven E. Bennett | Joinder of Steven E. Bennett in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10867 | 6/13/2013 |
| 9. | Thomas M. D. Dikens | Joinder of Thomas M. D. Dikens in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My | 10869 | 6/13/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
| | | Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | | |
| 10. | Janette M. Head | Joinder of Janette M. Head in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10870 | 6/13/2013 |
| 11. | Cynthia Ann Schmidt | Joinder of Cynthia Ann Schmidt in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10872 | 6/13/2013 |
| 12. | Sandra Aiken | Joinder of Sandra Aiken in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" Sandra Aiken Signed Herein, Long-Term Disabled Employee of the Above-Captioned Debtors and Debtors-in-Possession (the "Debtors"), Hereby Submits this Joinder in Support of Mark Janis' Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Termination of My Employment on June 30, 2013 | 10873 | 6/13/2013 |
| 13. | Paul D. Wolfe | Joinder of Paul D. Wolfe in Support | 10874 | 6/13/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 14. | William A. Reed | Joinder of William A. Reed in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10875 | 6/13/2013 |
| 15. | Mark Phillips | Joinder of Mark Phippips [sic] in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10876 | 6/13/2013 |
| 16. | Susan Paperno | Joinder of Susan Paperno in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10877 | 6/13/2013 |
| 17. | Dennis Wayne Bullock | Joinder of Dennis Wayne Bullock in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon | 10879 | 6/13/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 18. | Michael Stutts | Joinder of Michael Stutts in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10885 | 6/14/2013 |
| 19. | Janet Elizabeth Bass | Joinder of Janet Elizabeth Bass in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10886 | 6/14/2013 |
| 20. | Manuel Segura | Joinder of Manuel Segura in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10887 | 6/14/2013 |
| 21. | Brent Beasley | Joinder of Brent Beasley in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10888 | 6/14/2013 |
| 22. | Richard Engleman | Joinder of Richard Engleman in | 10889 | 6/14/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 23. | Vernon Long | Joinder of Vernon Long in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10890 | 6/14/2013 |
| 24. | John S. Elliott | Joinder of John S. Elliott in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10891 | 6/14/2013 |
| 25. | Ronald Rose Jr. | Joinder of Ronald Rose Jr. in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10893 | 6/14/2013 |
| 26. | Bruce Francis | Joinder of Bruce Francis in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors | 10894 | 6/14/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 27. | Michael D. Rexroad | Joinder of Michael D. Rexroad in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10895 | 6/14/2013 |
| 28. | Leah McCaffrey | Joinder of Leah McCaffrey in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10896 | 6/14/2013 |
| 29. | Deborah Jones | Joinder of Deborah Jones in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10897 | 6/14/2013 |
| 30. | Victoria Anstead | Joinder of Victoria Anstead in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10898 | 6/14/2013 |
| 31. | Dianna Irish | Joinder of Dianna Irish in Support of | 10900 | 6/14/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 32. | Carol F. Raymond | Joinder of Carol F. Raymond in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10901 | 6/14/2013 |
| 33. | Robert Martel | Joinder of Robert Martel in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10903 | 6/14/2013 |
| 34. | Chae Roob | Joinder of Chae Roob in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10904 | 6/14/2013 |
| 35. | Kerry W. Logan | Joinder of Kerry W Logan in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon | 10906 | 6/14/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
|  |  | Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" |  |  |
| 36. | Debra L. Vega | Joinder of Debra L Vega in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10922 | 6/17/2013 |
| 37. | Charles Sandner | Joinder of Charles Sandner in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10923 | 6/18/2013 |
| 38. | Roger G. Carlsen | Joinder of Roger G. Carlsen in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10925 | 6/18/2013 |
| 39. | Barbara Gallagher | Joinder of Barbara Gallagher in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee" | 10936 | 6/14/2013 |
| 40. | Estelle Loggins | Estelle Loggins, Support of Debtors | 10942 | 6/20/2013 |

| Tab | Party | Name of Pleading | D.I. | Date Filed |
|---|---|---|---|---|
| | | Scheduled Hearing (June 25, 2013) in Response to My Letter to the Court [D.I. 10408] Appealing for Justice and Continued Support | | |
| 41. | Olive Jane Stepp | **Joinder of Olive Jane Stepp in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee"** | **10974** | **6/21/13** |
| 42. | Kenneth S. Hazelrig | **Joinder of Kenneth S. Hazelrig in Support of Mark Janis' Motion (Docket No. 10741) "Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee"** | **10975** | **6/21/13** |