**EXHIBIT C**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From February 1, 2013 through April 30, 2013, unless otherwise specified**

**Hearing: June 25, 2013 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A. Seventeenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2013 Through April 30, 2013 (D.I. 10676, Filed 5/29/13).

    1. Forty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 (D.I. 10013, Filed 4/8/13);

    2. Certification Of No Objection Regarding Forty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 [Docket No. 10013] (No Order Required) (D.I. 10412, Filed 5/1/13);

    3. Fiftieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 (D.I. 10518, Filed 5/14/13);

    4. Certification Of No Objection Regarding Fiftieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 [Docket No. 10518] (No Order Required) (D.I. 10773, Filed 6/6/13);

    5. Fifty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 (D.I. 10673, Filed 5/28/13); and

6. Certification Of No Objection Regarding Fifty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 [Docket No. 10673] (No Order Required) (D.I. **10970**, Filed 6/21/13).

Ashurst LLP

B. Seventeenth Interim Fee Application Request Of Ashurst LLP As European Counsel To The Official Committee Of Unsecured Creditors For The Period February 1, 2013 Through April 30, 2013 (D.I. 10678, Filed 5/29/13).

1. Forty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 (D.I. 9873, Filed 3/28/13);

2. Certification Of No Objection Regarding Forty-Ninth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 [Docket No. 9873] (No Order Required) (D.I. 10219, Filed 4/22/13);

3. Fiftieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 (D.I. 10377, Filed 4/29/13);

4. Certification Of No Objection Regarding Fiftieth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 [Docket No. 10377] (No Order Required) (D.I. 10615, Filed 5/22/13);

5. Fifty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 (D.I. 10677, Filed 5/29/13); and

6. Certification Of No Objection Regarding Fifty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For

       Services Rendered During The Period From April 1, 2013 Through April 30, 2013 [Docket No. 10677] (No Order Required) (D.I. 10950, Filed 6/20/13).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.    Eleventh Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2013 Through April 30, 2013 (D.I. 10530, Filed 5/15/13).

    1.    Twenty-Seventh Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From February 1, 2013 Through April 30, 2013 (D.I. 10528, Filed 5/15/13); and

    2.    Certification Of No Objection Regarding Docket No. 10528 (D.I. 10794, Filed 6/10/13).

Capstone Advisory Group, LLC

D.    Seventeenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period February 1, 2013 Through April 30, 2013 (D.I. 10685, Filed 5/29/13).

    1.    Forty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 (D.I. 10050, Filed 4/11/13);

    2.    Certification Of No Objection Regarding Forty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 [Docket No. 10050] (No Order Required) (D.I. 10456, Filed 5/6/13);

    3.    Fiftieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 (D.I. 10619, Filed 5/22/13);

    4.    Certification of No Objection Regarding Fiftieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

       Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 [Docket No. 10619] (No Order Required) (D.I. 10912, Filed 6/14/13);

5. Fifty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 (D.I. 10674, Filed 5/28/13); and

6. Certification of No Objection Regarding Fifty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 [Docket No. 10674] (No Order Required) (D.I. 10949, Filed 6/20/13).

Chilmark Partners LLC

E. Thirteenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10711, Filed 5/30/13 ).

1. Thirty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2013 Through February 28, 2013 (D.I. 10571, Filed 5/17/13);

2. Certificate of No Objection Regarding Thirty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2013 Through February 28, 2013 (D.I. 10798, Filed 6/10/13);

3. Thirty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2013 Through March 31, 2013 (D.I. 10597, Filed 5/20/13);

4. Certificate of No Objection Regarding Thirty-Seventh Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2013 Through March 31, 2013 (D.I. 10862, Filed 6/13/13);

5. Thirty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2013 Through April 30, 2013 (D.I. 10622, Filed 5/22/13); and

6. Certificate of No Objection Regarding Thirty-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2013 Through April 30, 2013 (D.I. 10880, Filed 6/13/13).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F. Seventeenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10759, Filed 6/4/13).

1. Fiftieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 9932, Filed 4/1/13);

2. Certificate Of No Objection Regarding Fiftieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 10390, Filed 4/30/13);

3. Fifty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10416, Filed 5/1/13);

4. Certificate Of No Objection Regarding Fifty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10633, Filed 5/23/13); and

5. Fifty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

        Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10720, Filed 5/30/13); and

6.     Certificate Of No Objection Regarding Fifty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. **10977**, Filed 6/24/13).

Crowell & Moring LLP

G.     Seventeenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10605, Filed 5/21/13).

    1.     Forty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. 10604, Filed 5/21/13); and

    2.     Certificate Of No Objection Regarding Forty-Eighth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. 10857, Filed 6/12/13).

Dentons Canada LLP f/k/a Fraser Milner Casgrain LLP

H.     Seventeenth Interim Fee Application Request Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period February 1, 2013 Through April 30, 2013 (D.I. 10689, Filed 5/29/13).

    1.     Forty-Ninth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 (D.I. 10675, Filed 5/28/13);

    2.     Certificate Of No Objection Regarding Forty-Ninth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2013 Through February 28, 2013 (D.I. **10971**, Filed 6/21/13);

    3.     Fiftieth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creteditors, For Interim Allowance Of

        Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 (D.I. 10683, Filed 5/29/13);

4. Certificate Of No Objection Regarding Fiftieth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2013 Through March 31, 2013 (D.I. **10972**, Filed 6/21/13);

5. Fifty-First Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 (D.I. 10688, Filed 5/29/13); and

6. Certificate Of No Objection Regarding Fifty-First Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2013 Through April 30, 2013 (D.I. **10973**, Filed 6/21/13).

Elliott Greenleaf

I. Seventh Quarterly Fee Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period February 1, 2013 Through April 30, 2013 (D.I. 10764, Filed 6/5/13).

    1. Nineteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period February 1, 2013 Through February 28, 2013 (D.I. 9876, Filed 3/28/13);

    2. Certificate Of No Objection Regarding Nineteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period February 1, 2013 Through February 28, 2013 (D.I. 10392, Filed 4/30/13);

    3. Twentieth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period March 1, 2013 Through March 31, 2013 (D.I. 10472, Filed 5/8/13);

    4. Certificate Of No Objection Regarding Twentieth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants,

        For Compensation And Reimbursement Of Expenses For The Period March 1, 2013 Through March 31, 2013 (D.I. 10712, Filed 5/30/13); and

    5.    Twenty First Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period April 1, 2013 Through April 30, 2013 (D.I. 10763, Filed 6/5/13).

Ernst & Young LLP

J.    Seventeenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of February 1, 2013 Through April 30, 2013 (D.I. 10737, Filed 6/3/13).

    1.    Twenty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2013 Through April 30, 2013 (D.I. 10727, Filed 5/31/13); and

    2.    Certificate Of No Objection Regarding Twenty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2013 Through April 30, 2013 (D.I. **10982**, Filed 6/24/13).

Huron Consulting Group

K.    Seventeenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10684, Filed 5/29/13).

    1.    Forty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 9596, Filed 3/6/13);

    2.    Certificate Of No Objection Regarding Forty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 9874, Filed 3/28/13);

    3.    Fiftieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

        Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10156, Filed 4/17/13);

    4.    Certificate Of No Objection Regarding Fiftieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10478, Filed 5/9/13);

    5.    Fifty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10517, Filed 5/14/13); and

    6.    Certificate Of No Objection Regarding Fifty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10777, Filed 6/7/13).

John Ray

L.    Fourteenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10682, Filed 5/29/13).

    1.    Thirty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. 10447, Filed 5/3/13); and

    2.    Certificate Of No Objection Regarding Thirty-Seventh Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. 10672, Filed 5/28/13).

Keightley & Ashner LLP

M.    Fifth Quarterly Fee Application Request Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors and Debtors In-Possession, For The Period May 1, 2012 Through April 30, 2013 (D.I. 10710, Filed 5/30/13).

    1.    Sixth Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors and Debtors-In-Possession, For Allowance Of Interim

Compensation For The Period May 1, 2012 Through April 30, 2013 (D.I. 10709, Filed 5/30/13); and

    2.    Certificate Of No Objection Regarding Sixth Interim Application Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors and Debtors In-Possession, For The Period May 1, 2012 Through April 30, 2013 (D.I. **10962**, Filed 6/21/13).

Linklaters LLP

N.    Thirteenth Quarterly Fee Application Request Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10757, Filed 6/4/13).

    1.    Fourteenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. 10756, Filed 6/4/13).

McCarter & English LLP

O.    Seventh Quarterly Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period February 1, 2013 Through April 30, 2013 (D.I. 10747, Filed 6/4/13).

    1.    Eighteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period February 1, 2013 Through February 28, 2013 (D.I. 9759, Filed 3/25/13);

    2.    Certificate Of No Objection Regarding Eighteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period February 1, 2013 Through February 28, 2013 (D.I. 10155, Filed 4/17/13);

    3.    Nineteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period March 1, 2013 Through March 31, 2013 (D.I. 10177, Filed 4/18/13);

    4.    Certificate Of No Objection Regarding Nineteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period March 1, 2013 Through March 31, 2013 (D.I. 10481, Filed 5/10/13);

5. Twentieth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period April 1, 2013 Through April 30, 2013 (D.I. 10699, Filed 5/30/13); and

6. Certificate Of No Objection Regarding Twentieth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period April 1, 2013 Through April 30, 2013 (D.I. **10963**, Filed 6/21/13).

Mercer (US) Inc.

P. Seventeenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of February 1, 2013 Through April 30, 2013 (D.I. 10729, Filed 5/31/13).

1. Seventeenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2013 Through April 30, 2013 (D.I. 10728, Filed 5/31/13); and

2. Certificate Of No Objection Regarding Seventeenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of February 1, 2013 Through April 30, 2013 (D.I. TBF, Filed 6/22/13).

Morris, Nichols, Arsht & Tunnell LLP

Q. Seventeenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10616, Filed 5/22/13).

1. Fiftieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 9925, Filed 4/1/13);

2. Certificate of No Objection Regarding Fiftieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 10278, Filed 4/24/13);

3. Fifty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10041, Filed 4/10/13);

4. Certificate Of No Objection Regarding Fifty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10433, Filed 5/2/13); and

5. Fifty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10608, Filed 5/21/13); and

6. Certificate Of No Objection Regarding Fifty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10856, Filed 6/12/13).

Punter Southall, LLC

R. Sixteenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2013 Through April 30, 2013 (D.I. 10726, Filed 5/31/13).

1. Eighteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2013 Through April 30, 2013 (D.I. 10725, Filed 5/31/13); and

2. Certificate Of No Objection Regarding Eighteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2013 Through April 30, 2013 (D.I. **10983**, Filed 6/24/13).

Richards, Layton & Finger, PA

S. Seventeenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2013 Through April 30, 2013 (D.I. 10686, Filed 5/29/13).

...

1. Forty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2013 Through February 28, 2013 (D.I. 9796, Filed 3/26/13);

2. Certification Of No Objection Regarding Forty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2013 Through February 28, 2013 [Docket No. 9796] (No Order Required) (D.I. 10163, Filed 4/17/13);

3. Fiftieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2013 Through March 31, 2013 (D.I. 10378, Filed 4/29/13);

4. Certification Of No Objection Regarding Fiftieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2013 Through March 31, 2013 [Docket No. 10378] (No Order Required) (D.I. 10617, Filed 5/22/13);

5. Fifty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2013 Through April 30, 2013 (D.I. 10679, Filed 5/29/13); and

6. Certification Of No Objection Regarding Fifty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2013 Through April 30, 2013 [Docket No. 10679] (No Order Required) (D.I. 10951, Filed 6/20/13).

RLKS Executive Solutions, LLC

T. Twelfth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2013 Through April 30, 2013 (D.I. 10736, Filed 6/3/13).

1. Thirty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. 10722, Filed 5/31/13); and

   2.   Certificate Of No Objection Regarding Thirty-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through April 30, 2013 (D.I. **10984**, Filed 6/24/13).

<u>Togut, Segal & Segal LLP</u>

U.   Sixth Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period January 1, 2013 Through March 31, 2013 (D.I. 10746, Filed 6/4/13).

   1.   Seventeenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9841, Filed 3/27/13);

   2.   Certificate Of No Objection Regarding Seventeenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 10178, Filed 4/18/13);

   3.   Eighteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 10410, Filed 5/1/13);

   4.   Certificate Of No Objection Regarding Eighteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 10635, Filed 5/24/13);

   5.   Nineteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10482, Filed 5/10/13); and

   6.   Certificate Of No Objection Regarding Nineteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10745, Filed 6/4/13).

Torys LLP

V. Tenth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period February 1, 2013 Through April 30, 2013 (D.I. 10719, Filed 5/30/13).

   1. Twenty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 9931, Filed 4/1/13);

   2. Certificate Of No Objection Regarding Twenty-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 10265, Filed 4/24/13);

   3. Twenty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10435, Filed 5/2/13);

   4. Certificate Of No Objection Regarding Twenty-Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 10637, Filed 5/24/13);

   5. Twenty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10716, Filed 5/30/13); and

   6. Certificate Of No Objection Regarding Twenty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. **10961**, Filed 6/21/13).