# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 10985** |
| Nortel Networks Inc.,<br><br>               Plaintiff,<br><br>v.<br><br>State of Michigan Department of Treasury,<br><br>               Defendants. | Adv. Proc. No. 12-50773 (KG)<br><br>**Re: D.I. 54** |
| Nortel Networks Inc.,<br><br>               Plaintiff,<br><br>v.<br><br>Commonwealth of Virginia Department of Taxation,<br><br>               Defendants. | Adv. Proc. No. 12-50608 (KG)<br><br>**Re: D.I. 32** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 24, 2013, a copy of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On June 25, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: June 24, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7318369.1

**Via Fax**

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Fred S. Hodara, Esq.
David H. Botter, Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Allison M. Dietz
Heather L. Donald
Michigan Dept of Attorney General
3030 W. Grand Blvd
Detroit, MI 48202
Fax: 313-456-0141

Rafael Zahralddin
Shelley Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE 19801
Fax: 302-384-9399

William F. Taylor Jr., Esq.
McCarter & English LLP
Renaissance Centre
405 N. King St. 8th Flr
Wilmington, DE 19801
Fax: 302-984-6399