Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | 2/1/13-4/30/13 | $3,778.00 | $3,022.40 | $755.60 | $67.40 | $3,845.40 | 0.00 | $3,845.40 | $506,482.00 | $506,482.00 |
| Chilmark Partners, LLC | 2/1/13-4/30/13 | $750,000.00 | $600,000.00 | $150,000.00 | $4,592.98 | $754,592.98 | 0.00 | $754,592.98 | $9,024,147.33 | $9,024,147.33 |
| Cleary Gottlieb Steen & Hamilton LLP | 2/1/13-4/30/13 | $6,042,047.50 | $4,833,638.00 | $1,208,409.50 | $305,585.95 | $6,347,633.45 | $652.50[2] | $6,346,980.95 | $193,225,364.51 | $193,225,364.51 |
| Crowell & Moring LLP | 2/1/13-4/30/13 | $7,634.00 | $6,107.20 | $1,526.80 | $30.00 | $7,664.00 | 0.00 | $7,664.00 | $801,121.53 | $801,121.53 |
| Ernst & Young LLP | 2/1/13-4/30/13 | $1,480,443.00 | $1,184,354.40 | $296,088.60 | $0.00 | $1,480,443.00 | 0.00 | $1,480,443.00 | $18,771,298.99 | $18,771,298.99 |
| Huron Consulting Group | 2/1/13-4/30/13 | $39,609.45 | $31,687.56 | $7,921.89 | $30.00 | $39,639.45 | 0.00 | $39,639.45 | $7,754,036.10 | $7,754,036.10 |
| John Ray | 2/1/13-4/30/13 | $63,047.00 | $50,437.60 | $12,609.40 | $1,062.00 | $64,109.00 | 0.00 | $64,109.00 | $3,329,556.21 | $3,329,556.21 |
| Keightley & Ashner LLP | 5/1/12-4/30/13 | $2,310.00 | $1,848.00 | $462.00 | $0.00 | $2,310.00 | 0.00 | $2,310.00 | $49,180.00 | $49,180.00 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] This amount reflects the $652.50 reduction in total fees requested in Cleary Gottlieb's 51st interim fee apparition for the period March 1, 2013 through March 31, 2013 in response to an informal inquiry by the US Trustee and as reflected in the CNO regarding such fee application [D.I. 10633].

| | 2/1/13-4/30/13 | £12,704.00[3] ($19,487.58) | £10,163.20[4] ($15,590.06) | £2,540.80[5] ($3,897.52) | £0.00 ($0.00) | £12,704.00 ($19,487.58) | £12,704.00 ($19,487.58) | £956,050.44 ($1,469,306.15) |
|---|---|---|---|---|---|---|---|---|
| Linklaters LLP | | | | | | | | £956,050.44 ($1,469,306.15) |
| Mercer | 2/1/13-4/30/13 | $88,313.22 | $70,650.58 | $17,662.64 | 0.00 | $91,208.47 | $91,208.47 | $2,264,644.91[6] |
| Morris, Nichols, Arsht & Tunnell LLP | 2/1/13-4/30/13 | $292,018.00 | $233,614.40 | $58,403.60 | 0.00 | $346,301.58 | $346,301.58 | $5,684,803.64 |
| Punter Southall LLC | 2/1/13-4/30/13 | $58,500.00 | $46,800.00 | $11,700.00 | 0.00 | $58,500.00 | $58,500.00 | $1,494,193.50 |
| RLKS Executive Solutions LLC | 2/1/13-4/30/13 | $254,767.50 | $203,814.00 | $50,953.50 | 0.00 | $258,541.94 | $258,541.94 | $6,454,419.87 |
| Torys LLP | 2/1/13-4/30/13 | $1,110,924.50 | $888,739.60 | $222,184.90 | 0.00 | $1,128,455.04 | $1,128,455.04 | $5,739,421.47 |
| **TOTALS** | | **$10,212,879.75** £12,704.00 | **$8,170,303.80** £10,163.20 | **$2,042,575.95** £2,540.80 | **$ 652.50** £ 0.00 | **$10,602,731.89** £12,704.00 | **$10,602,079.39** £12,704.00 | **$256,567,976.21** £956,050.44 |

---

[3] The amounts stated in parentheses are for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.53 as published by Bloomberg.com on the date of the application.

[4] The Thirteenth Quarterly Fee Application Request of Linklaters LLP as U.K. Counsel for Debtors and Debtors-in-Possession, for the Period February 1, 2013 through April 30, 2013 inadvertently understated the 80% requested by Linklaters LLP by £65.60. Therefore, the 80% amount requested has been increased by £65.60 to correct the error.

[5] The Thirteenth Quarterly Fee Application Request of Linklaters LLP as U.K. Counsel for Debtors and Debtors-in-Possession, for the Period February 1, 2013 through April 30, 2013 inadvertently overstated the 20% requested by Linklaters LLP by £65.60. Therefore, the 20% amount requested has been decreased by £65.60 to correct the error.

[6] At the request of the UST, $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts during the periods from May 1, 2009 through October 31, 2012 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

2

Exhibit B

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 2/1/13 - 4/30/13 | $1,643,785.50 | $1,315,028.40 | $328,757.10 | $247,578.67 | $1,891,364.17 | $0.00 | $1,878,847.17[2] | $32,933,226.19 | $32,920,709.19[2] |
| Ashurst LLP[3] | 2/1/13 - 4/30/13 | £162,321.50 (US $253,221.54) | £129,857.20 (US $202,577.23) | £32,464.30 (US $50,644.31) | £4,412.71 (US $6,883.83) | £166,734.21 (US $260,105.37) | £0.00 | £166,734.21 (US $260,105.37) | £4,063,954.76 (US $6,339,769.43) | £4,063,954.76 (US $6,339,769.43) |
| Capstone Advisory Group, LLC | 2/1/13 - 4/30/13 | $597,755.50 | $478,204.40 | $119,551.10 | $6,306.15 | $604,061.65 | $0.00 | $604,061.65 | $24,453,198.71 | $24,453,198.71 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] This figure reflects a voluntary reduction by Akin Gump of $12,069.00 in fees and $448.00 in expenses incurred during the compensation period per an agreement with the Office of the United States Trustee.

[3] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of £1 to US $1.56 as published by Bloomberg.com on June 18, 2013. All figures listed for Ashurst LLP are paid in Sterling in the Sterling amounts specified above.

| | Period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dentons Canada LLP[4] (f/k/a Fraser Milner Casgrain LLP) | 2/1/13 - 4/30/13 | CDN $494,299.00 (US $478,827.44) | CDN $395,439.20 (US $383,061.95) | CDN $98,859.80 (US $95,765.49) | CDN $4,531.22 (US $4,389.39) | CDN $498,830.22 (US $483,216.83) | CDN $0.00 | CDN $498,830.22 (US $483,216.83) | CDN $14,036,680.83 (US $13,597,332.72) |
| Richards, Layton & Finger, P.A. | 2/1/13 - 4/30/13 | $64,223.00 | $51,378.40 | $12,844.60 | $10,340.57 | $74,563.57 | $0.00 | $74,563.57 | $742,318.83 |
| **TOTALS** | | CDN $2,305,764.00 £162,321.50 CDN $494,299.00 | $1,844,611.20 £129,857.20 CDN $395,439.20 | $461,152.80 £32,464.30 CDN $98,859.80 | $264,225.39 £4,412.71 CDN $4,531.22 | $2,569,989.39 £166,734.21 CDN $498,830.22 | $0.00 £0.00 CDN $0.00 | $2,557,472.39 £166,734.21 CDN $498,930.22 | $58,116,226.73 £4,063,954.76 CDN $14,036,680.83 |
| | | | | | | | | $58,218,743.73 £4,063,954.76 CDN $14,036,680.83 | |

---

[4] The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $0.9687 as published by Reuters on May 27, 2013. All figures listed for Dentons Canada LLP are paid in Canadian currency at the Canadian dollar amounts specified above.

Exhibit C

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Elliott Greenleaf | 2/1/13-4/30/13 | $815,849.25 | $652,679.40 | $163,169.85 | $31,625.14 | $847,474.39 | $0.00 | $847,474.39 | $2,993,606.46 | $2,993,606.46 |
| McCarter & English, LLP | 2/1/2013-4/30/2013 | $389,246.50 | $311,397.20 | $77,849.30 | $31,357.36 | $420,603.86 | $0.00 | $420,603.86 | $2,387,518.16 | $2,387,518.16 |
| Togut, Segal & Segal LLP | 1/1/13-3/31/13 | $805,059.00 | $644,047.20 | $161,011.80 | $40,836.38 | $845,895.38 | $0.00 | $845,895.38 | $4,590,412.89 | $4,590,412.89 |
| **TOTALS** | | $2,010,154.75 | $1,608,123.80 | $402,030.95 | $103,818.88 | $2,113,973.63 | $0.00 | $2,113,973.63 | $9,971,537.51 | $9,971,537.51 |

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.