# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 25, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) FEE APPLICATIONS;  Pretrial Conference & OMNIBUS HEARING
   **R / M #:**   10,985 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Pretrial Conference
   **R / M #:**   0 / 0
   VACATED:   No matters going forward

3) **ADV: 1-12-50608**
   **Nortel Networks, Inc. vs Commonwealth of Virginia Department of T**
   Pretrial Conference
   **R / M #:**   32 / 0

4) **ADV: 1-12-50773**
   **Nortel Networks Inc. vs State of Michigan Department of Treasury**
   Pretrial Conference
   **R / M #:**   54 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 7/16/13 @ 10 AM Hain Capital Holdings;  7/30/13 @ 10 AM for ASM Capital III;
#2 - CNO Filed and Order Signed
#3 - Matter taken under advisement, Judge Gross will issue a ruling soon.
#4 - Matter taken under advisement, Judge Gross will issue a ruling soon.
#5 -  FEE APPLICATIONS - Revised  ORDER SIGNED
#6 - Pretrial Conference- Adv. 12-50608 Commonwealth of Virginia Department of Taxation adjourned to 7/16/13 @ 10 AM;  Adv. 12-50773
State of Michigan Department of Treasury - cancelled, working on Settlement.