# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138/12-50773/12-50608 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 6/25/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtor |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Megan Fleming | " | " |
| Jessica Uziel | " | " |
| William Taylor | McCarter & English | Retirees Comm |
| Evan Miller | Bayard | UK Pension |
| David Botter | Akin Gump | Comm. tee |
| Bent Kahn | (") | (") |
| Chris Samis | Richards Layton | (") |
| Thomas Matz | Milbank Tweed | bondholder Group |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Jaime Chapman | YCST | UK Joint Administrators |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 06/25/2013
Calendar Time: 10:00 AM ET

2nd Revision 06/25/2013 06:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Sandra Aiken | | Sandra Aiken - In Pro Per/Pro Se | In Propria Persona, Sandra Aiken / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Janet E. Bass | | Janet E. Bass - In Pro Per/Pro Se | Debtor, Janet E. Bass / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Brent Beasley | | Brent Beasley - In Pro Per/Pro Se | In Propria Persona, Brent Beasley / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Steven E. Bennett | | Steven E. Bennett - In Pro Per/Pro Se | Debtor, Steven E. Bennett / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee of the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Bonnie J. Boyer | | Bonnie J. Boyer - In Pro Per/Pro Se | Pro Se, Bonnie J. Boyer / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Remajos Brown | | Remajos Brown - In Pro Per/Pro Se | Creditor, Remajos Brown / LIVE |

Peggy Drasal ext. 802          CourtConfCal2012          Page 1 of 5

| Debtor | Case # | Type | Firm | Name | Representing |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Dennis Bullock - In Pro Per/Pro Se | Dennis Bullock | Petitioner, Dennis Bullock / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Roger G Carlsen - In Pro Per/Pro Se | Roger G Carlsen | In Propria Persona, Roger G Carlsen / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Milbank, Tweed, Hadley & McCloy, LLP | Cindy Chen Delano | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Najam U. Dean - In Pro Per/Pro Se | Najam U. Dean | Pro Se, Najam Dean / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Milbank, Tweed, Hadley & McCloy, LLP | Cindy Delano | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Patterson Belnap Webb & Tyler | Craig W. Dent | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Thomas dikens - In Pro Per/Pro Se | Thomas Dikens | Creditor, Thomas Dikens / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Freeborn & Peters LLP | Devon J. Eggert | Consultant, Mercer US, Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John S. Elliott - In Pro Per/Pro Se | John S. Elliott | Interested Party, John S. Elliott / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Barbara Gallagher - In Pro Per/Pro Se | Barbara Gallagher | Creditor, Barbara Gallagher / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Torys, LLP | William F. Gray | Debtor, Nortel Networks, Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Willkie Farr & Gallagher LLP | Andrew Hanrahan | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Janette Head | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Mark R. Janis | Mark R. Janis - In Pro Per/Pro Se | Pro Se, Mark Janis / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Deborah M. Jones | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael J. Kennedy | Chilmark Partners | Other Prof., Chilmark Partners / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Peter Lawrence | Peter Lawrence - In Pro Per/Pro Se | Creditor, Peter Lawrence / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Joanne Lee | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Fred Lindow | Fred Lindow - In Pro Per/Pro Se | Claimant, Fred Lindow / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kerry W. Logan | Kerry W. Logan - In Pro Per/Pro Se | In Propria Persona, Kerry W. Logan / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Estelle Loggins | Estelle Loggins - In Pro Per/Pro Se | Pro Se, Estelle Loggins / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Robert J. Martel | Robert J. Martel - In Pro Per/Pro Se | Pro Se, Robert Martel / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Leah McCaffrey | Leah McCaffrey - In Pro Per/Pro Se | In Propria Persona, Leah McCaffrey / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Susan Paperno | Susan Paperno - In Pro Per/Pro Se | Pro Se, Susan Paperno / LIVE |
| --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kaushik Patel | Kaushik Patel - In Pro Per/Pro Se | In Propria Persona, Kaushik Patel / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Mark Phillips | Mark Phillips - In Pro Per/Pro Se | In Propria Persona, Mark Phillips / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Rexroad | Michael Rexroad - In Pro Per/Pro Se | Pro Se, Michael Rexroad / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John J. Rossi | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Charles E. Sandner | Charles E. Sandner - In Pro Per/Pro Se | In Propria Persona, Charles E. Sandner / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Cynthia A. Schmidt | Cynthia A. Schmidt - In Pro Per/Pro Se | Interested Party, Cynthia A. Schmidt / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Rebecca J. Song | Napier Park Global Capital | Creditor, Rebecca Song / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Lois Uphold | Lois Uphold - In Pro Per/Pro Se | In Propria Persona, Lois Uphold / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Deborah West | Keightley & Ashner LLP | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 9-10138 | Hearing | Olive Stepp | Olive Stepp - In Pro Per/Pro Se | Petitioner, Olive Stepp / LIVE |