IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) Jointly Administrated |
| Debtors. | ) |
| | ) **RE: D.I.s 10731, 10741, 10944, 10945,** |
| | ) **9598, 9600, 9647, 9665, 9674, 10151, 10170,** |
| | ) **10186, 10452, 10454, 10603, 10730, 5790,** |
| | ) **7685, 9304, 10364, 10375, 10406** |
| | ) |
| | ) **Hearing date: June 25, 2013 at 10:00 a.m.** |
| | ) |
| | ) **Objections due: June 20, 2013 at 10:00** |
| | ) **a.m. (ET)** |
| | ) |

## SUPPORTING ARGUMENT FOR MY OBJECTION DOCKECT NOUMBER 10908 TO HEARING HELD FOR VARIOUS US LTD EMPLOYEES' MOTIONS FOR SEVERANCE ALLOWANCE AND DEBTORS' OMNIBUS OBJECTION (D.I. 10731, 10944, AND 10945)

Kaushik Patel, a disabled LTD employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this Objection to various US LTD employees' motions for severance allowance upon Debtor's planned termination of LTD employees' employment on JUNE, 30, 2013 (Including Mark Janis's motion D.I. 10741 and other similar motions and joinders) AND DEBTORS' OMNIBUS OBJECTION (D.I. 10731) TO VARIOUS NORTEL US LTD EMPLOYEES' MOTIONS COMPELLING DEBTORS TO ADMIT MY

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT

I, Kaushik Patel, respectfully represents as follows:

## BACKGROUND

1. I am awaiting evidentiary information from the Department of labor (DOL) and Employee Benefits Services Administration (EBSA) of DOL and PBGC concerning Debtors' filing with DOL of their severance plans and other employee benefits. These evidence are crucial for my future motion regarding the severance allowance that will become due upon my termination of employment on June 30, 2013

2. I have been informed that I should receive these documents within 30 days, and hence I am asking for continuance so that (a) I can file my proper POC, and (b) file my 'Motion" with the evidence that I am expecting from various US government agencies.

3. Not granting me the continuance would violate my **"Procedural due Process Clause"** rights, granted to me under the constitution of the United States of America, because I will not have an **"Opportunity to present reasons why the proposed action by debtor's should not be taken"**

## RELIEF REQUESTED

4. I respectfully request that the hearing for Debtor's, Mark Janis's and other related Motions hearing be postponed until the termination of employment notification has been served on individual basis to all LTD employees by Debtors and actual termination occur on June 30, 2013.

5. Honorable Judge should allow sufficient and reasonable time to all LTD employees to file their individual POC in a prescribed manner similar to the ones filed by employees who were terminated just prior to the Debtor's filing of Ch. 11 bankruptcy On January 14, 2009.

6. Publish the date for filing deadline for such POCs for LTD employees.

## BASIS FOR RELIEF

7. I feel that these the court should protect my "Due Process" rights and grant continuance until after the actual termination of employment and a proper **NEW "Motion"** with the evidence gathered from DOL is filed..

## NOTICE

8. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Kaushik Patel respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

9. **WHEREFORE**, Kaushik Patel respectfully requests the entry of an Order that the hearing on motions by all parties related to Severance Allowance be postponed after June 30, 2013.

Dated: June 24, 2013         /s/ Kaushik S. Patel
                             Kaushik Patel
                             (Current)
                             1806 Villanova Dr., Richardson, TX, 75081
                             (Former)
                             5665 Arapaho Rd., #1023
                             Dallas, TX, 75248

                             Telephone: 214-534-6397
                             Facsimile: 208-493-9355
                             Email: kaushik749@gmail.com

                             *Appearing Pro Se*