

Kaushik Patel <kaushik749@gmail.com>

## Acknowledgment
1 message

**Miller, Darlene - SOL** <Miller.Darlene@dol.gov>     Tue, Jun 18, 2013 at 4:10 PM
To: Kaushik Patel <kaushik749@gmail.com>
Cc: "Oliver, Ramona - SOL" <Oliver.Ramona@dol.gov>, "Thomas, Terri - EBSA" <Thomas.Terri@dol.gov>

Mr. Patel:

Your request has been assigned to EBSA with tracking number **721662**. When the agency begins processing your request, you will be able to track its progress at www.dol.gov/foia. If you need to contact them about the request for any reason, please phone 202-693-8655. In addition, it would be helpful to have the tracking number available at the time of your call.

Sincerely,

**Darlene Miller**

Program Specialist, Office of Information Services

Office of the Solicitor | Management & Administrative Legal Services

U.S. Department of Labor

200 Constitution Avenue NW, Rm. N2420

Washington, DC 20210

(202) 693-5442 (O) | (202) 693-5389 (F) | miller.darlene@dol.gov (E)

**From:** Kaushik Patel [mailto:kaushik749@gmail.com]
**Sent:** Saturday, June 15, 2013 12:59 AM
**To:** FOIARequests
**Subject:** FOIA Request - Nortel Networks Severance Allowance Plans Documents

To whomever it may concern,

I request all Severance Allowance Plans ever filed by Nortel Networks, or under any of its former names, with the United States Department of Labor or any of the Department's subsidiaries. Please let me know the cost of this request, if any, and if there are no records or documents pertaining to this request.

Thank you,

Kaushikl Patel

1806 Villanova Dr,