IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                                                     :    Chapter 11
                                                                              :
NORTEL NETWORKS, INC., ET AL.,              :    Case No. 09-10138 (KG)
                                                                              :
                                    Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On June 25, 2013, I caused to be served the following documents via First-Class Mail on those parties identified on **Exhibit A**:

- Notice Regarding Revised and Final Individual Claim Forms (June 14, 2013), a copy of which is attached hereto as **Exhibit B**
- NN Retirees Benefit Trust, VEBA Committee Letter (June 18, 2013), a copy of which is attached hereto as **Exhibit C**
- Final Individual Claim Form (June 14, 2013), in a form substantially similar to the copy attached hereto as **Exhibit D** and completed for each of the parties identified on **Exhibit A**
- Allocation Matrices, a copy of which is attached hereto as **Exhibit E**

Dated: June 25, 2013

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California      )
                                  ) ss
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 25th day of June 2013, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015