# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
                                        :
In re                                   :   Chapter 11
                                        :
Nortel Networks Inc., et al.,           :   Case No. 09-10138 (KG)
                                        :   Jointly Administered
                Debtors.                :
                                        :   Re:  9224
                                        :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

## NOTICE REGARDING REVISED AND FINAL INDIVIDUAL CLAIM FORMS

On April 2, 2013, the Bankruptcy Court entered an Order Approving the Settlement Agreement between Nortel and the Retiree Committee (the "Approval Order"). As a result, Nortel will terminate the Retiree Welfare Plans, and benefits and coverage provided thereunder, on June 30, 2013 at 11:59 p.m. (prevailing Eastern Time).

Enclosed herewith is your revised and final Individual Claim Form, which sets forth, under the Total Settlement Value line item, your expected allocable share of the Settlement Amount paid by Nortel on account of the termination of the Nortel Retiree Welfare Plans. The amount of your expected allocable share reflects adjustments that were necessitated by changes in the retiree population pursuant to the Approval Order and the extension of the Termination Date.

The full Settlement Amount (including your allocable share) has been transferred to the NN Retirees Benefit Trust (the "VEBA Trust"), which was established by the Retiree Committee. The VEBA Trust will sponsor and maintain a health reimbursement arrangement ("HRA Plan") for eligible retirees, effective July 1, 2013. The VEBA Committee (the successor to the Retiree Committee) will have oversight responsibility for the management of the VEBA Trust assets and the administration of the HRA Plan.

Dated:  June 14, 2013                   **The Official Committee of Retired**
                                        **Employees**