Exhibit C

**NN Retirees Benefit Trust**
**VEBA Committee**
**P.O. Box 292877**
**Nashville, TN 37229**

June 18, 2013

Dear Nortel Retiree,

Welcome and greetings to my fellow Nortel retirees.

On behalf of the VEBA Committee (the successor to the Retiree Committee), I would like to provide you with important updates regarding the termination of Nortel's retiree welfare benefit plans and the health reimbursement arrangement that will be established for the benefit of eligible retirees following the termination of Nortel's plans. In addition, enclosed with this letter is a *Final Individual Claim Form*, which provides information regarding your expected allocable share of the settlement reached between Nortel and the Retiree Committee.

As you may recall, on January 14, 2009, Nortel filed for bankruptcy. During the course of the bankruptcy proceeding, Nortel sought to terminate its retiree welfare benefit plans and, as a result, the U.S. Trustee appointed a Retiree Committee to represent the interests of Nortel retirees (including surviving spouses and dependents) with respect to those plans. The members of the Retiree Committee were Gary Donahee, Mark Haupt, Susan Kane, Mike Ressner, and John Zalokar.

On December 28, 2012, Nortel and the Retiree Committee entered into a settlement agreement. Under the settlement agreement, it was agreed that Nortel would terminate its retiree welfare benefit plans and pay $66,879,000 in satisfaction of all claims for retiree welfare benefits held by Nortel retirees with respect to those plans. The Bankruptcy Court approved the settlement agreement on April 2, 2013 and provided that the retiree welfare benefit plans were to be terminated as of May 31, 2013. Under the terms of the settlement agreement, the settlement proceeds were required to be reduced by $707,000 if Nortel agreed to continue such plans through June 30, 2013. As you know, Nortel did agree to continue these plans through June 30, 2013, with the result that the settlement amount was reduced to $66,172,000.

The Retiree Committee has established the NN Retirees Benefit Trust ("VEBA Trust") to receive the $66,172,000 settlement amount, which has been transferred to the VEBA Trust. The VEBA Trust is intended to constitute a tax-exempt VEBA ("voluntary employees' beneficiary association") and will offer the NN Retirees Benefit Trust HRA Plan ("HRA Plan") to eligible retirees, effective July 1, 2013. The VEBA Committee will have oversight responsibility for the management of the VEBA Trust assets and the administration of the HRA Plan. The same individuals who served on the Retiree Committee serve as the initial members of the VEBA Committee (and also serve as trustees of the VEBA Trust).

Under the HRA Plan, each eligible retiree will be able to obtain reimbursement of qualified medical expenses incurred on or after July 1, 2013, up to his or her HRA account balance, which will initially be based on the retiree's expected allocable share of the settlement as set forth in the Final Individual Claim Form. HRA account balances will be subject to change due to the costs associated with maintaining the VEBA Trust and the HRA Plan, and the investment performance of the VEBA Trust's assets.

Over the last month or so, the VEBA Committee has been diligently working on selecting key service providers for the VEBA Trust and the HRA Plan and negotiating reasonable fees. As a result of a comprehensive due diligence interview process, the VEBA Committee has selected two key service providers who have experience in working with VEBAs and HRAs. Wells Fargo Bank will manage the investment of the assets of the VEBA Trust with oversight provided by the VEBA Committee. WageWorks will administer the HRA Plan on a day-to-day basis and will be the main source of information for retirees who have questions regarding the types of medical expenses that can be reimbursed under the HRA Plan and the process of obtaining reimbursements under the HRA Plan.

WageWorks will soon be providing you with information regarding your HRA account and guidelines for the reimbursement of qualified medical care expenses under the HRA Plan. In addition, the VEBA Committee will maintain a website to serve as a source of information for retirees relating to the VEBA Trust and HRA Plan. The website address is www.nnrbt.org. We expect the website to be up and running during the last week of June 2013.

As you know, it is intended that the reimbursement of expenses under the HRA Plan will be tax-free to retirees. However, as noted in the *Frequently Asked Questions* previously made available on the Retiree Committee website during the course of the bankruptcy proceeding, rulings are being sought from the IRS to confirm the expected federal tax consequences relating to the HRA Plan. In addition, the VEBA Trust has filed an application for tax-exempt status with the IRS. To date, however, the IRS has not issued the requested tax rulings and has not made a determination as to the tax-exempt status of the VEBA Trust. As you are probably aware based on the media coverage lately, there have been some issues involving the IRS and its process for reviewing applications for tax-exempt status; we cannot be sure how those issues will affect the timing of the IRS' review of the VEBA Trust's pending application.

Given the current circumstances, it seems unlikely that the IRS will issue the requested tax rulings and make a determination as to the VEBA Trust's tax-exempt status prior to the July 1, 2013 effective date of the HRA Plan. If the IRS ultimately declines to issue the requested tax rulings or to confirm the VEBA Trust's tax-exempt status (or fails to do either within a reasonable time period), the VEBA Committee will determine whether the VEBA Trust and HRA Plan continue to be a viable means of providing benefits to retirees, and will consider other alternatives for distributing to retirees their allocable share of the settlement amount (e.g., making taxable cash distributions to retirees, subject to applicable tax withholdings).

In view of this situation, the VEBA Committee believes that it is prudent to take action now, rather than simply take a "wait and see" approach. Recognizing that the HRA Plan will be an important benefit for many retirees after Nortel's retiree welfare benefit plans are terminated on June 30, 2013, the VEBA Committee has determined that the HRA Plan should continue to "go live" on July 1, 2013, even if the requested tax rulings and determination of tax-exempt status are not issued by the IRS by that time.

However, in order to provide a reserve to pay for potential tax liabilities that could result in the event the VEBA Committee determines to "unwind" the VEBA Trust and HRA Plan because of the failure to receive from the IRS favorable tax rulings and/or a determination that the VEBA Trust is tax-exempt, a limit will initially be placed on the amount of qualified medical expenses that can be reimbursed to a retiree.

**Specifically, beginning July 1, 2013, the effective date of the HRA Plan, each retiree will be able to obtain reimbursement of up to 50% of his or her expected allocable share of the settlement amount (that is, initially, each retiree's account balance under the HRA Plan will be 50% of the "Total Settlement Value" shown on the Final Individual Claim Form).**

If the IRS then issues the requested tax rulings and determination of tax-exempt status within an appropriate timeframe, it is expected that the remainder of each retiree's allocable share of the settlement will be made available through the HRA Plan on a tax-advantaged basis.

We apologize for this inconvenience but the VEBA Committee believes this to be the prudent course of action to take under the existing circumstances and is in the best interests of the VEBA Trust and the eligible retirees who will be participants in the HRA Plan. Please be assured that we are diligently pursuing this matter with the IRS and we will keep you apprised of the situation.

The best way to contact the NN Retirees Benefit Trust/VEBA Committee is:

1.  through our Website:

    **www.nnrbt.org**

2.  by US mail at:

    **NN Retirees Benefit Trust**
    **VEBA Committee**
    **P.O. Box 292877**
    **Nashville, TN 37229**

3.  by E-Mail to **Patrick.rykwalder@nnrbt.org**

Also, through July, 2013 only, if you have any urgent questions about the settlement process, please call the **TEMPORARY RETIREE HOTLINE AT THE TOLL FREE NUMBER (877) 634-7178.** Please do not contact Togut, Segal & Segal LLP, as that firm is not participating in the implementation of the settlement or the HRA Plan.

You will be hearing more from the VEBA Committee in the upcoming months.

NN Retirees Benefit Trust

Gary R. Donahee,
Chair, VEBA Committee

3