# Exhibit D

# FINAL INDIVIDUAL CLAIM FORM
## (June 14, 2013)

**INDIVIDUAL DATA**[1]

**PRIVILEGED AND CONFIDENTIAL**
**Name: John Doe**

| Demographic and Employment Data | |
|---|---|
| Nortel ID Number | XXXXXXXX |
| Participant Date Of Birth | MM/DD/YYYY |
| Spouse Date Of Birth | MM/DD/YYYY |
| Retirement Date | MM/DD/YYYY |
| Years Of Service Toward Retiree Benefits | XX |
| Retired Under Restructuring Program[2] | [Yes/No] |

| Existing Retiree Benefits | |
|---|---|
| Retirement Program[3] | [Balanced, Traditional, Traditional Grandfathered, Investor] |
| Medical Benefit Coverage Level | [None, Participant Only, Participant & Spouse, Participant & Child, Family, Surviving Spouse, Surviving Spouse & Family] |
| Life Insurance Benefit Amount | [None, $10,000 or $35,000] |
| Long Term Care Benefit | [Retiree only: up to $100 per day up to a lifetime maximum of $180,000 or Retiree & spouse: up to $70 per day for retiree & spouse up to a combined lifetime maximum of $125,000] |

**SETTLEMENT VALUE TO BE FUNDED TO A HEALTH REIMBURSEMENT ARRANGEMENT ACCOUNT (HRA):**

| Claim Type | Settlement Value | Found on Page |
|---|---|---|
| Your Medical Claim | $x,xxx | YY |
| Your Dependents' Medical Claim | $x,xxx | YY |
| Life Insurance Claim | $x,xxx | YY |
| Your Long Term Care Claim | $x,xxx | YY |
| Your Dependents' Long Term Care Claim | $x,xxx | YY |
| Total Settlement Value | $x,xxx | |

The Total Settlement Value is an estimate based on your expected allocable share of the total $66.172 million Settlement Amount (less certain administrative expenses), as determined in accordance with the Settlement Agreement. Your HRA account balance will be subject to change due to the costs associated with maintaining the VEBA Trust and the HRA Plan, and the investment performance of the VEBA Trust's assets.

---

[1] The Retiree Committee relied upon individual data, including demographic and employment data and information concerning Nortel-sponsored benefits, including costs and subsidies that the Nortel Debtors provided to the Retiree Committee.

[2] "Yes" denotes retirement at age 50-54 in the 1995/96 Retirement Enhancement Program, in the 1998 Early Retirement Incentive Program, or under a similar program in 2000/2001.

[3] Denotes the previously-available Nortel Capital Accumulation and Retirement Program ("CARP") that you previously participated in and that governed your eligibility for and subsidy towards medical benefits from Nortel.