## CERTIFICATE OF SERVICE

I, Selinda A. Melnik, hereby certify that on this 26th day of June, 2013, I caused a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice* of Farah Lisa Whitley-Sebti** to be served upon the parties on the attached service list in the manner indicated.

/s/ Selinda A. Melnik
Selinda A. Melnik (DE #4032)

# NORTEL 2002 SERVICE LIST

BY HAND DELIVERY
Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Ave, Ste 1101
Wilmington, DE  19801

BY HAND DELIVERY
Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave, Ste 1501
Wilmington, DE  19801

BY HAND DELIVERY
Tobey M. Daluz
Leslie Heilman
David T. May
Ballard Spahr
919 Market St, 11th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street, Ste 1700
Wilmington, DE  19801

BY HAND DELIVERY
David B. Stratton
Leigh-Anne M. Raport
Evelyn J. Meltzer
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

BY HAND DELIVERY
Henry Jaffe
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

BY HAND DELIVERY
Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet, Ste 8000
Wilmington, DE  19801

BY HAND DELIVERY
Domenic Pacitti
Klehr Harrison
919 Market Street, Ste 1000
Wilmington, DE  19801

BY HAND DELIVERY
Michael D. DeBaecke
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE  19801

BY HAND DELIVERY
William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Ste 400
Wilmington, DE  19801

BY HAND DELIVERY
Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street, Ste 950
Wilmington, DE  19801

BY HAND DELIVERY
Adam G.  Landis
Kerri K. Mumford
J. Landon Ellis
Landis Rath & Cobb LLP
919 Market Street, Ste 1800
Wilmington, DE  19801

BY HAND DELIVERY
Mary F. Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1105 N. Market Street, Ste 1900
Wilmington, DE  19801-1228

BY HAND DELIVERY
James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
1000 W. King Street
Wilmington, DE  19801

BY HAND DELIVERY
Stephen M. Miller
Brett D. Fallon
Carl N.  Kunz
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

BY HAND DELIVERY
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

BY HAND DELIVERY
Mark Kenney
Office of the U.S. Trustee
844 King St, Ste 2207
Lockbox 35
Wilmington, DE  19801-3519

BY HAND DELIVERY
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O Box 636
Wilmington, DE  19899-0636

BY HAND DELIVERY
Mark D. Collins
Christopher M. Samis
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

BY HAND DELIVERY
Duane D. Werb
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave, Ste 1410
Wilmington, DE  19801

BY HAND DELIVERY
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

BY HAND DELIVERY
Kathleen M. Miller
Smith Katzenstein & Jenkins LLP
800 Delaware Ave, 10th Floor
Wilmington, DE  19801

BY HAND DELIVERY
William P. Bowden
Ashby & Geddes P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Ricardo Palacio
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

BY HAND DELIVERY
Maria Aprile Sawczuk
Stevens & Lee P.C.
1105 N Market St, 7th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Nicholas Skiles
Swartz Campbell LLC
300 Delaware Ave, Ste 1410
Wilmington, DE  19801

BY HAND DELIVERY
Rachel B. Mersky
Monzack Mersky McLaughlin Browder
1201 N Orange St, Ste 400
Wilmington, DE  19801

BY HAND DELIVERY
Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave, Ste 1600
Wilmington, DE  19801-1659

BY HAND DELIVERY
Jeffrey S. Wisler
Marc J. Phillips
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

BY HAND DELIVERY
Charlene D. Davis
Daniel A. O'Brien
Justin R. Alberto
Bayard P.A.
222 Delaware Ave, Ste 900
Wilmington, DE  19801

BY HAND DELIVERY
Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street
Box 1328
Wilmington, DE  19899

BY HAND DELIVERY
Christopher P. Simon
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE  19801

**BY HAND DELIVERY**
Kurt F. Gwynne
J. Cory Falgowski
Reed Smith LLP
1201 N Market Street, Ste 1500
Wilmington, DE  19801

**BY HAND DELIVERY**
William F. Taylor Jr.
McCarter & English LLP
405 N. King Street, 8th Floor
Renaissance Centre
Wilmington, DE  19801

**BY FIRST CLASS MAIL – INT'L.**
Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN

**BY FIRST CLASS MAIL – INT'L.**
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

**BY FIRST CLASS MAIL – INT'L.**
Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St., Ste 3800
Toronto, Ontario  M5J 2Z4
CANADA

**BY FIRST CLASS MAIL – INT'L.**
Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West, Ste 1600
Toronto, Ontario  M5X 1G5
CANADA

**BY FIRST CLASS MAIL – INT'L.**
Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West, Ste 400
Toronto, Ontario  M5K 0A1
CANADA

**BY FIRST CLASS MAIL – INT'L.**
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

**BY FIRST CLASS MAIL – INT'L.**
Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

**BY FIRST CLASS MAIL – INT'L.**
Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,   110078
INDIA

**BY FIRST CLASS MAIL – INT'L.**
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East, 4th Floor
Montreal, QC  H3G 2W6
CANADA

**BY FIRST CLASS MAIL**
Seth B. Shapiro
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

**BY FIRST CLASS MAIL**
Jan M. Geht
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

**BY FIRST CLASS MAIL**
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

**BY FIRST CLASS MAIL**
Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

EAST\55687453.1

**BY FIRST CLASS MAIL**
Sheryl L. Moreau
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO   65105-0475

**BY FIRST CLASS MAIL**
Laura L. McCloud
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

**BY FIRST CLASS MAIL**
Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC   28233

**BY FIRST CLASS MAIL**
John P. Dillman
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX   77253-3064

**BY FIRST CLASS MAIL**
Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1770
Midlothian, VA   23113

**BY FIRST CLASS MAIL**
Amos U. Priester IV
Anna B. Osterhout
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

**BY FIRST CLASS MAIL**
L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

**BY FIRST CLASS MAIL**
Michael McWalters
P.O. Box 338
Alviso, CA  95002-0338

**BY FIRST CLASS MAIL**
Jerry Wadlow
P.O. Box 79
Wewoka, OK  74884

**BY FIRST CLASS MAIL**
Thelma Watson
P.O. Box 971
Bath, SC  29816

**BY FIRST CLASS MAIL**
Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC  27592

**BY FIRST CLASS MAIL**
Vicente Matias Murrell
Stephen D. Schreiber
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

**BY FIRST CLASS MAIL**
Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St NW
Washington, DC  20005

**BY FIRST CLASS MAIL**
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW, Ste 200
Washington, DC  20036

**BY FIRST CLASS MAIL**
Joseph E. Shickich Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA  98154-1192

**BY FIRST CLASS MAIL**
Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029

**BY FIRST CLASS MAIL**
Ramona Neal
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

**BY FIRST CLASS MAIL**
Kaushik Patel
5665 Arapaho Road, #1023
Dallas, TX  75248

**BY FIRST CLASS MAIL**
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Bldg, Ste 300
711 Navarro
San Antonio, TX  78205

EAST\55687453.1

BY FIRST CLASS MAIL
Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave, 19th Floor
New York, NY 10173-1922

BY FIRST CLASS MAIL
Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

BY FIRST CLASS MAIL
David A. Rosenzweig
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

BY FIRST CLASS MAIL
Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center, Ste 400
New York, NY 10281-1022

BY FIRST CLASS MAIL
Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

BY FIRST CLASS MAIL
Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY 10019

BY FIRST CLASS MAIL
Michael L. Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

BY FIRST CLASS MAIL
Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

BY FIRST CLASS MAIL
Raniero D'Aversa Jr.
Laura D. Metzger
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

BY FIRST CLASS MAIL
Ronald S. Beacher
Pryor Cashman LLP
7 Times Square
New York, NY 10036

BY FIRST CLASS MAIL
Dennis Dunne
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

BY FIRST CLASS MAIL
Michelle McMahon
Bryan Cave LLP
1290 Ave of the Americas
New York, NY 10104

BY FIRST CLASS MAIL
N. Thodore Zink Jr.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

BY FIRST CLASS MAIL
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY 10036-8704

BY FIRST CLASS MAIL
Ken Coleman
Lisa J.P. Kraidin
Allen & Overy LLP
1221 Ave of the Americas, 20th Floor
New York, NY 10020

BY FIRST CLASS MAIL
Carren B. Shulman
Kimberly K. Smith
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

BY FIRST CLASS MAIL
Edmond P. O'Brien
Stempel Bennett Claman & Hochberg PC
675 Third Ave, 31st Floor
New York, NY 10017

**BY FIRST CLASS MAIL**
Steven J. Reisman
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061

**BY FIRST CLASS MAIL**
Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas, 19th Floor
New York, NY  10036

**BY FIRST CLASS MAIL**
Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

**BY FIRST CLASS MAIL**
Jeremy E. Crystal
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

**BY FIRST CLASS MAIL**
Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

**BY FIRST CLASS MAIL**
Susan P. Johnston
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

**BY FIRST CLASS MAIL**
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY  10022-4068

**BY FIRST CLASS MAIL**
David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY  10022-4068

**BY FIRST CLASS MAIL**
Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064

**BY FIRST CLASS MAIL**
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

**BY FIRST CLASS MAIL**
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

**BY FIRST CLASS MAIL**
Fred S. Hodara
Ryan C. Jacobs
David H. Botter
Akin Gump
One Bryant Park
New York, NY  10036

**BY FIRST CLASS MAIL**
Kenneth E. Noble
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

**BY FIRST CLASS MAIL**
Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

**BY FIRST CLASS MAIL**
Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119

**BY FIRST CLASS MAIL**
Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St, Ste 3000
Los Angeles, CA  90017

EAST\55687453.1

BY FIRST CLASS MAIL
Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave, Ste 200
Dallas, TX  75219

BY FIRST CLASS MAIL
Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201

BY FIRST CLASS MAIL
Stephen C. Stapleton
Cowles & Thompson PC
901 Main Street, Ste 3900
Dallas, TX  75202

BY FIRST CLASS MAIL
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave, Ste 3700
Dallas, TX  75202-2799

BY FIRST CLASS MAIL
Carol E. Momjian
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

BY FIRST CLASS MAIL
Fred S. Kurtzman
Klehr Harrison
1835 Market Street, Ste 1400
Philadelphia, PA  19103

BY FIRST CLASS MAIL
David L. Pollack
Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll LLP
51st Fl, Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103

BY FIRST CLASS MAIL
Dana S. Plon
Sirlin Gallogly & Lesser
123 S. Broad Street, Ste 2100
Philadelphia, PA  19109

BY FIRST CLASS MAIL
Alan S. Kopit
Christopher W. Peer
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH  44114

BY FIRST CLASS MAIL
Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

BY FIRST CLASS MAIL
Secretary of Treasury
John G. Townsend Bldg.
401 Federal St, Ste 4
Dover, DE  19901

BY FIRST CLASS MAIL
Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal Street, Ste 4
Dover, DE  19901

BY FIRST CLASS MAIL
Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr, Ste 400
Littleton, CO  80124

BY FIRST CLASS MAIL
Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA  90067-3012

BY FIRST CLASS MAIL
Christopher J. Horvay
Gould & Ratner LLP
222 N Lasalle St, Ste 800
Chicago, IL  60601

BY FIRST CLASS MAIL
Aaron L. Hammer
Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Dr, Ste 3000
Chicago, IL  60606

BY FIRST CLASS MAIL
Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Ste 3000
Chicago, IL  60606

BY FIRST CLASS MAIL
Eric S. Prezant
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL  60601

EAST\55687453.1

BY FIRST CLASS MAIL
Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St, Ste 2600
Chicago, IL  60601

BY FIRST CLASS MAIL
Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

BY FIRST CLASS MAIL
Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive, Ste 3000
Chicago, IL  60606

BY FIRST CLASS MAIL
Cullen K. Kuhn
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO  63102

BY FIRST CLASS MAIL
John J. Rossi
1568 Woodcrest Drive
Wooster, OH  44691

BY FIRST CLASS MAIL
Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903

BY FIRST CLASS MAIL
Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA  30363-1031

BY FIRST CLASS MAIL
Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave, 6th Floor
Orlando, FL  32801

BY FIRST CLASS MAIL
Steve  Jackman VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

BY FIRST CLASS MAIL
Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

BY FIRST CLASS MAIL
Richard M. Kremen
Dale K. Cathell
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD  21209

BY FIRST CLASS MAIL
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Ste 1000
Baltimore, MD  21202-1671

BY FIRST CLASS MAIL
Randall D. Crocker
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI  53202

BY FIRST CLASS MAIL
Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave, Ste 1400
Milwaukee, WI  53202-6613

BY FIRST CLASS MAIL
Shawn M. Christianson
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

BY FIRST CLASS MAIL
Merle C. Meyers
Michele Thompson
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA  94104

BY FIRST CLASS MAIL
Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

BY FIRST CLASS MAIL
Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX  75201

- 8 -

**BY FIRST CLASS MAIL**
James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR 97201-5630

**BY FIRST CLASS MAIL**
Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX 78701

**BY FIRST CLASS MAIL**
Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

**BY FIRST CLASS MAIL**
Rachel S. Budke
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

**BY FIRST CLASS MAIL**
Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY 14620-1678

**BY FIRST CLASS MAIL**
Scott K. Brown
Lewis and Roca LLP
40 North Central Ave, Ste 1900
Phoenix, AZ 85004

**BY FIRST CLASS MAIL**
Michael R. Thompson
564 Old Candia Road
Candia, NH 03034

**BY FIRST CLASS MAIL**
Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110

**BY FIRST CLASS MAIL**
Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA 19602-1184

**BY FIRST CLASS MAIL**
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH 43215

**BY FIRST CLASS MAIL**
Jennifer V. Doran
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

**BY FIRST CLASS MAIL**
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**BY FIRST CLASS MAIL**
James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA 02199-3600

**BY FIRST CLASS MAIL**
Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste 200
Melville, NY 11747

**BY FIRST CLASS MAIL**
Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY 11743

**BY FIRST CLASS MAIL**
Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY 10007

**BY FIRST CLASS MAIL**
Lawrence M. Schwab
Thomas M. Gaa
Patrick M. Costello
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA 94306

BY FIRST CLASS MAIL
David I. Swan
Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA  22102-4215

BY FIRST CLASS MAIL
Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street, Ste 2300
Charlotte, NC  28202

BY FIRST CLASS MAIL
David M. Schilli
Ty E. Shaffer
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Ste 1900
Charlotte, NC  28246

BY FIRST CLASS MAIL
J. Scott Douglass
909 Fannin, Ste 1800
Houston, TX  77010

BY FIRST CLASS MAIL
Brian W. Bisignani
Post & Schell P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

BY FIRST CLASS MAIL
Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

BY FIRST CLASS MAIL
Stephen K. Dexter
Lathrop & Gage LLP
US Bank Tower, Ste 2400
950 Seventeenth St
Denver, CO  80202

BY FIRST CLASS MAIL
Stephen C. Tingey
Ray Quinney & Nebeker P.C.
36 South State Street, Ste 1400
Salt Lake City, UT  84145-0385

BY FIRST CLASS MAIL
Kerry Wayne Logan
1207 High Hammock Drive, #102
Tampa, FL  33619-7609

BY FIRST CLASS MAIL
Elizabeth Banda
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX  76013

BY FIRST CLASS MAIL
Donald K. Ludman
Brown & Connery LLP
6 North Broad Street, Ste 1000
Woodbury, NJ  08096

BY FIRST CLASS MAIL
Attn: Chantel Pinnock
Travelers
1 Tower Square, 5MN
Hartford, CT  06183-4044

BY FIRST CLASS MAIL
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

BY FIRST CLASS MAIL
Mark G. Ledwin
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604

BY FIRST CLASS MAIL
Robert S. McWhorter
Nossaman LLP
915 L Street, Ste 1000
Sacramento, CA  95814

BY FIRST CLASS MAIL
Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530

BY FIRST CLASS MAIL
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

BY FIRST CLASS MAIL
Debra L. Vega
818 Glenco Road
Durham, NC  27703

BY FIRST CLASS MAIL
Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ  27560

EAST\55687453.1

**BY FIRST CLASS MAIL**
Wendy Boswell Mann
4913 Summit Place Dr. NW
Apt. 404
Wilson, NC  27896

**BY FIRST CLASS MAIL**
Ann Groninger
Patterson Harkavy
225 E. Worthington Ave, Ste 200
Charlotte, NC  28203

**BY FIRST CLASS MAIL**
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Floor
Dallas, TX  75234

**BY FIRST CLASS MAIL**
Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

**BY FIRST CLASS MAIL**
Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

**BY FIRST CLASS MAIL**
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

**BY FIRST CLASS MAIL**
David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

**BY FIRST CLASS MAIL**
Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ  85378

**BY FIRST CLASS MAIL**
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

**BY FIRST CLASS MAIL**
Ronald Rowland
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

**BY FIRST CLASS MAIL**
Office of Unemployment Ins Contrib Div
MD Department of Labor Licensing & Reg
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

**BY FIRST CLASS MAIL**
Deborah B. Waldmeir
State of MI Dept of Treasury
Cadillac Place, Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

**BY FIRST CLASS MAIL**
Attn:  Nathan  Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

**BY FIRST CLASS MAIL**
Securities & Exchange Commission
100 F St NE
Washington, DC  20549

**BY FIRST CLASS MAIL**
Najam ud Dean
6 Augusta Drive
Milbury, MA  01527

**BY FIRST CLASS MAIL**
Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

**BY FIRST CLASS MAIL**
Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

**BY FIRST CLASS MAIL**
Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

**BY FIRST CLASS MAIL**
William A. Reed
7810 Heaton Drive
Theodore, AL  36582-2362

**BY FIRST CLASS MAIL**
Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

**BY FIRST CLASS MAIL**
Nancy Ann Wilson
7101 Chase Oaks Blvd.
Apt. #1637
Plano, TX  75025

**BY FIRST CLASS MAIL**
Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

**BY FIRST CLASS MAIL**
Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

**BY FIRST CLASS MAIL**
Janetta Hames
649 Fossil Wood Drive
Saginaw, TX  76179

**BY FIRST CLASS MAIL**
Mark R. Janis
193 Via Soderini
Aptos, CA  95003

**BY FIRST CLASS MAIL**
Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX  75234

**BY FIRST CLASS MAIL**
Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

**BY FIRST CLASS MAIL**
Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

**BY FIRST CLASS MAIL**
Scott David Howard
2050 Cabiao Road
Placerville, CA  95667

**BY FIRST CLASS MAIL**
James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

**BY FIRST CLASS MAIL**
David Litz
316 N. Manus Drive
Dallas, TX  75224

**BY FIRST CLASS MAIL**
Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

**BY FIRST CLASS MAIL**
Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

**BY FIRST CLASS MAIL**
Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

**BY FIRST CLASS MAIL**
Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC  27526

**BY FIRST CLASS MAIL**
Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

**BY FIRST CLASS MAIL**
Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC  28584

**BY FIRST CLASS MAIL**
Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

**BY FIRST CLASS MAIL**
Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

**BY FIRST CLASS MAIL**
James Lee
1310 Richmond Street
El Cerrito, CA  94530

**BY FIRST CLASS MAIL**
John Mercer
121 Monastery Road
Pine City, NY  14871

**BY FIRST CLASS MAIL**
Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

**BY FIRST CLASS MAIL**
Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

**BY FIRST CLASS MAIL**
Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX  78737

**BY FIRST CLASS MAIL**
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

**BY FIRST CLASS MAIL**
Manuel Segura
215 Sheridan
Apt. #B-43
Perth Amboy, NJ  08861

**BY FIRST CLASS MAIL**
Nanette Faison
981 Kittrell Road
Kitrell, NC  27544

**BY FIRST CLASS MAIL**
William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC  27520

**BY FIRST CLASS MAIL**
Carmel Turlington Totman
164 Berton Street
Boone, NC  28607

**BY FIRST CLASS MAIL**
Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

**BY FIRST CLASS MAIL**
Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

**BY FIRST CLASS MAIL**
Bruce Turner
8 Sunset Drive
Homer, NY  13077

**BY FIRST CLASS MAIL**
Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

**BY FIRST CLASS MAIL**
Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

**BY FIRST CLASS MAIL**
Jane Neumann
11730 Co Road, 24
Watertown, MN  55388

**BY FIRST CLASS MAIL**
Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

**BY FIRST CLASS MAIL**
John S. Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

**BY FIRST CLASS MAIL**
Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC  27514

**BY FIRST CLASS MAIL**
Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ  85118

**BY FIRST CLASS MAIL**
Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

**BY FIRST CLASS MAIL**
Betty Lewis
1301-H Leon Street
Durham, NC  27705

**BY FIRST CLASS MAIL**
Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

**BY FIRST CLASS MAIL**
Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

**BY FIRST CLASS MAIL**
Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ  86004

**BY FIRST CLASS MAIL**
George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

**BY FIRST CLASS MAIL**
Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

**BY FIRST CLASS MAIL**
Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA  20164-3724

**BY FIRST CLASS MAIL**
Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

**BY FIRST CLASS MAIL**
Leah McCaffrey
7139 Debbe Drive
Dallas, TX  75252

**BY FIRST CLASS MAIL**
Terry D. Massengill
126 Keri Drive
Garner, NC  27529

**BY FIRST CLASS MAIL**
Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

**BY FIRST CLASS MAIL**
Olive Jane Stepp
470 Fairview Road
Asheville, NC  28803

**BY FIRST CLASS MAIL**
Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

**BY FIRST CLASS MAIL**
Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX  75709

**BY FIRST CLASS MAIL**
Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

**BY FIRST CLASS MAIL**
Raymond Turner
1813 Eric Drive
Graham, NC  27253

**BY FIRST CLASS MAIL**
Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

**BY FIRST CLASS MAIL**
Victoria Anstead
3894 Ridge Lea Road, #A
Amherst, NY  14228

**BY FIRST CLASS MAIL**
Sandra Aiken
3166 Tump Wilkins Road
Stern, NC  27581

**BY FIRST CLASS MAIL**
Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA  30044

**BY FIRST CLASS MAIL**
Barbara Dunston
261 McNair Drive
Henderson, NC  27537

**BY FIRST CLASS MAIL**
Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

**BY FIRST CLASS MAIL**
Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

**BY FIRST CLASS MAIL**
Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

**BY FIRST CLASS MAIL**
Janet Bass
1228 Moultrie Court
Raleigh, NC  27615

**BY FIRST CLASS MAIL**
Vernon M. Long
4929 Kelso Lane
Garland, TX 75043

**BY FIRST CLASS MAIL**
Shirley Maddry
2519 Riddle Road
Durham, NC 27703

**BY FIRST CLASS MAIL**
Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

**BY FIRST CLASS MAIL**
Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA 95035

**BY FIRST CLASS MAIL**
Ralph MacIver
116 Honeycomb Lane
Morrisville, NC 27560

**BY FIRST CLASS MAIL**
Emily D. Cullen
100 Telmew Court
Cary, NC 27518

**BY FIRST CLASS MAIL**
James Craig
42 E. Cavalier Road
Scottsville, NY 14546

**BY FIRST CLASS MAIL**
Reid T. Mullett
4224 Thamesgate Close
Norcross, GA 30092

**BY FIRST CLASS MAIL**
Danny Owenby
2136 Sapelo Court
Fernandina, FL 32034

**BY FIRST CLASS MAIL**
Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA 18610

**BY FIRST CLASS MAIL**
Deborah Faircloth
115 Winchester Lane
Rocky Point, NC 28457

**BY FIRST CLASS MAIL**
Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX 75089

**BY FIRST CLASS MAIL**
Gloria Benson
1824 Wilson Pike
Brentwood, TN 37027

**BY FIRST CLASS MAIL**
Ellen Sue Brady
1630 Dry Fork Road
Ashland City, TN 37015

**BY FIRST CLASS MAIL**
Richard Hodges
913 Windemere Lane
Wake Forest, NC 27587

**BY FIRST CLASS MAIL**
Wanda Jacobs
801 Dupree Street
Durham, NC 27701

**BY FIRST CLASS MAIL**
Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS 39455

**BY FIRST CLASS MAIL**
Paul Edward Morrison
2241 College Avenue
Quincy, IL 62301

**BY FIRST CLASS MAIL**
Andrew M. Gould
Wick Phillips Gould & Martin LLP
2100 Ross Avenue Ste. 950
Dallas, TX 75201