IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 10965 & 10967 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                         ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
26th day of June, 2013

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2016

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    WALKER, JAMES E
           727 BOXWOOD DR
           PENSACOLA, FL 32503

Please note that your claim # 5934 in the above referenced case and in the amount of
       $16,990.00 allowed at $17,195.44   has been transferred **(unless previously expunged by court order)** to:

           VONWIN CAPITAL MANAGEMENT, LP
           TRANSFEROR: WALKER, JAMES E
           ROGER VON SPIEGEL, MANAGING DIRECTOR
           261 FIFTH AVENUE, 22ND FLOOR
           NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          District of Delaware
                          824 Market Street, Fifth Floor
                          Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10965    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/26/2013                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 26, 2013.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

NORTEL NETWORKS INC., et al.,                   Case No. 09-10138 (KG)

        Debtors.                         Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MARTIN, JACQUELINE
        15737 STONEBRIDGE DRIVE
        FRISCO, TX 75035

Please note that your claim # 4088 in the above referenced case and in the amount of
    $22,733.08 allowed at $25,958.11  has been transferred **(unless previously expunged by court order)** to:

        VONWIN CAPITAL MANAGEMENT, LP
        TRANSFEROR: MARTIN, JACQUELINE
        ROGER VON SPIEGEL, MANAGING DIRECTOR
        261 FIFTH AVENUE, 22ND FLOOR
        NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10967      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/26/2013                             David D. Bird, Clerk of Court

                                    /s/ Kimberly Murray
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 26, 2013.

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**Nortel Networks Inc.**
**Creditor Listing**

| Name | Attention | Address |
|---|---|---|
| MARTIN, JACQUELINE | | 15737 STONEBRIDGE DRIVE<br>FRISCO, TX 75035 |
| VONWIN CAPITAL MANAGEMENT, LP | ROGER VON SPIEGEL, MANAGING DIRECTOR | 261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | ROGER VON SPIEGEL, MANAGING DIRECTOR | 261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 |
| WALKER, JAMES E | | 727 BOXWOOD DRIVE<br>PENSACOLA, TX 32503 |