**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **26 June 2013**   Our Ref: **GDB/CCN01.00001**   Invoice No.: **350208**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 178,937.00 |
| For the period to 31 May 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 512.58 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 477.37 |
| | 0.00 | | 179,926.95 |
| | | VAT | 0.00 |
| | | Total | 179,926.95 |
| | | **Balance Due** | **179,926.95** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 350208 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2013

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.50 | 400.00 | (C0007) |
|  |  | 2.70 | 2,160.00 | (C0012) |
|  |  | 2.40 | 1,920.00 | (C0031) |
|  |  | **5.60** | **4,480.00** |  |
| Partner: | Steven Hull | 2.70 | 1,930.50 | (C0012) |
|  |  | **2.70** | **1,930.50** |  |
| Partner: | Marcus Fink | 25.00 | 17,250.00 | (C0012) |
|  |  | **25.00** | **17,250.00** |  |
| Partner: | Angela Pearson | 58.90 | 42,113.50 | (C0012) |
|  |  | 2.30 | 1,644.50 | (C0031) |
|  |  | **61.20** | **43,758.00** |  |
| Senior Associate | Antonia Croke | 5.30 | 2,756.00 | (C0007) |
|  |  | 72.40 | 37,648.00 | (C0012) |
|  |  | 25.70 | 13,364.00 | (C0031) |
|  |  | **103.40** | **53,768.00** |  |
| Associate | Andy Wright | 12.30 | 5,350.50 | (C0012) |
|  |  | **12.30** | **5,350.50** |  |
| Associate | Lindsey Roberts | 4.20 | 1,701.00 | (C0003) |
|  |  | 5.70 | 2,308.50 | (C0007) |
|  |  | 49.70 | 20,128.50 | (C0012) |
|  |  | 17.20 | 6,966.00 | (C0031) |
|  |  | **76.80** | **31,104.00** |  |
| Junior Associate | Sophie Law | 2.60 | 845.00 | (C0007) |
|  |  | 15.50 | 5,037.50 | (C0012) |
|  |  | 20.30 | 6,597.50 | (C0031) |
|  |  | **38.40** | **12,480.00** |  |
| Trainee | Louise Chan | 3.10 | 589.00 | (C0003) |
|  |  | 35.30 | 6,707.00 | (C0012) |
|  |  | 6.50 | 1,235.00 | (C0031) |
|  |  | **44.90** | **8,531.00** |  |
| Trainee | Harriet Gray | 1.50 | 285.00 | (C0031) |
|  |  | **1.50** | **285.00** |  |
|  | **TOTAL** | **371.80** | **178,937.00** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/05/2013

## Matter: CCN01.00001 - BANKRUPTCY

**C0003** **Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 4.20 | 405.00 | 1,701.00 |
| **Trainee** |  |  |  |  |
| LCHAN | Louise Chan | 3.10 | 190.00 | 589.00 |
|  |  |  | Total | **2,290.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/05/2013 | Lindsey Roberts | LETT | Email to B Kahn re fee estimates for April (incl disc with S Gibson) | 0.20 | 405.00 | 81.00 |
| 13/05/2013 | Lindsey Roberts | DRFT | Review and mark-up of monthly invoice | 0.70 | 405.00 | 283.50 |
| 16/05/2013 | Lindsey Roberts | DRFT | Further amends to monthly invoice | 0.90 | 405.00 | 364.50 |
| 22/05/2013 | Lindsey Roberts | INTD | Discussion with Steve Gibson re: amends to monthly invoice | 0.20 | 405.00 | 81.00 |
| 23/05/2013 | Louise Chan | CASE | Reviewing fee application | 0.50 | 190.00 | 95.00 |
| 23/05/2013 | Louise Chan | DRFT | Drafting fee application | 1.20 | 190.00 | 228.00 |
| 23/05/2013 | Lindsey Roberts | READ | Review of monthly fee application | 0.60 | 405.00 | 243.00 |
| 24/05/2013 | Louise Chan | MISC | Review and update fee application | 0.50 | 190.00 | 95.00 |
| 24/05/2013 | Lindsey Roberts | CASE | Review of emails re docket numbers for interim fee application | 0.30 | 405.00 | 121.50 |
| 24/05/2013 | Lindsey Roberts | INTD | Email to GDB | 0.10 | 405.00 | 40.50 |
| 24/05/2013 | Lindsey Roberts | INTD | Email to LCHAN re: interim fee application | 0.20 | 405.00 | 81.00 |
| 24/05/2013 | Lindsey Roberts | LETT | Email to B Kahn re: monthly fee application | 0.10 | 405.00 | 40.50 |
| 28/05/2013 | Louise Chan | DRFT | Drafting interim fee application | 0.40 | 190.00 | 76.00 |
| 29/05/2013 | Louise Chan | MISC | Amending interim fee application + email LROBER re. the same | 0.50 | 190.00 | 95.00 |
| 29/05/2013 | Lindsey Roberts | LETT | Email to/from B Kahn re: interim fee application | 0.30 | 405.00 | 121.50 |
| 29/05/2013 | Lindsey Roberts | INTD | Discussions with LCHAN and review of interim fee application | 0.40 | 405.00 | 162.00 |
| 29/05/2013 | Lindsey Roberts | LETT | Emails to B Kahn/GDB re: further amends to interim fee application | 0.20 | 405.00 | 81.00 |

2,290.00

**Matter: CCN01.00001 - BANKRUPTCY**

| C0007 | **Creditors Committee Meetings** | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---:|---:|---:|
| **Partner** | | | | | |
| GDB | Giles Boothman | | 0.50 | 800.00 | 400.00 |
| **Senior Associate** | | | | | |
| ACROKE | Antonia Croke | | 5.30 | 520.00 | 2,756.00 |
| **Associate** | | | | | |
| LROBER | Lindsey Roberts | | 5.70 | 405.00 | 2,308.50 |
| **Junior Associate** | | | | | |
| SLAW | Sophie Law | | 2.60 | 325.00 | 845.00 |
| | | | | Total | 6,309.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/05/2013 | Antonia Croke | PHON | Attend in person UCC call | 2.20 | 520.00 | 1,144.00 |
| 02/05/2013 | Lindsey Roberts | PHON | Attending UCC in person meeting (by phone) | 3.30 | 405.00 | 1,336.50 |
| 09/05/2013 | Giles Boothman | ATTD | Committee call | 0.50 | 800.00 | 400.00 |
| 09/05/2013 | Sophie Law | PHON | Committee call, debrief ACROKE re same | 0.90 | 325.00 | 292.50 |
| 13/05/2013 | Antonia Croke | ATTD | Attend UCC Call | 0.40 | 520.00 | 208.00 |
| 13/05/2013 | Sophie Law | ATTD | Committee call | 0.50 | 325.00 | 162.50 |
| 16/05/2013 | Lindsey Roberts | PHON | UCC call | 0.30 | 405.00 | 121.50 |
| 17/05/2013 | Antonia Croke | ATTD | Attend UCC professionals call | 1.30 | 520.00 | 676.00 |
| 23/05/2013 | Antonia Croke | PHON | UCC call | 1.00 | 520.00 | 520.00 |
| 23/05/2013 | Lindsey Roberts | PHON | UCC call (including prep with ACROKE on pension point) | 1.70 | 405.00 | 688.50 |
| 30/05/2013 | Antonia Croke | PHON | UCC call | 0.40 | 520.00 | 208.00 |
| 30/05/2013 | Lindsey Roberts | PHON | UCC call | 0.40 | 405.00 | 162.00 |
| 30/05/2013 | Sophie Law | MISC | Emails in re reply briefs; read debtors/ucc brief; Committee call | 1.20 | 325.00 | 390.00 |

6,309.50

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**     **General Claims Analysis/Claims Objections**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 58.90 | 715.00 | 42,113.50 |
| GDB | Giles Boothman | 2.70 | 800.00 | 2,160.00 |
| MDF | Marcus Fink | 25.00 | 690.00 | 17,250.00 |
| SEH | Steven Hull | 2.70 | 715.00 | 1,930.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 72.40 | 520.00 | 37,648.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 12.30 | 435.00 | 5,350.50 |
| LROBER | Lindsey Roberts | 49.70 | 405.00 | 20,128.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 15.50 | 325.00 | 5,037.50 |
| **Trainee** | | | | |
| LCHAN | Louise Chan | 35.30 | 190.00 | 6,707.00 |
| | | | Total | **138,325.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012      General Claims Analysis/Claims Objections

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2013 | Antonia Croke | READ | Review emails re: pension issues | 0.30 | 520.00 | 156.00 |
| 01/05/2013 | Antonia Croke | INTD | Discussion with AMP; emails LROBER/SLAW | 0.30 | 520.00 | 156.00 |
| 01/05/2013 | Andy Wright | LETT | Reviewing warning notice materials and updating commentary table. Addressing query NNI and non request of guarantee. | 3.70 | 435.00 | 1,609.50 |
| 01/05/2013 | Angela Pearson | LETT | Email to Brad | 0.50 | 715.00 | 357.50 |
| 01/05/2013 | Angela Pearson | LETT | Review emails; discussion with ACROKE | 0.50 | 715.00 | 357.50 |
| 01/05/2013 | Angela Pearson | READ | Review docs | 0.50 | 715.00 | 357.50 |
| 01/05/2013 | Lindsey Roberts | READ | Review of emails re Hearing Report | 0.40 | 405.00 | 162.00 |
| 01/05/2013 | Lindsey Roberts | READ | Review of EMEA and debtors, pleadings and response | 1.80 | 405.00 | 729.00 |
| 01/05/2013 | Sophie Law | READ | Review emails | 0.30 | 325.00 | 97.50 |
| 02/05/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 02/05/2013 | Antonia Croke | READ | Consider pensions emails | 0.10 | 520.00 | 52.00 |
| 02/05/2013 | Andy Wright | LETT | Updating commentary table on warning notice materials | 3.80 | 435.00 | 1,653.00 |
| 02/05/2013 | Lindsey Roberts | READ | Debtors draft submission: various pleadings | 1.80 | 405.00 | 729.00 |
| 02/05/2013 | Marcus Fink | LETT | Review AMP email re draft allocation brief | 0.30 | 690.00 | 207.00 |
| 03/05/2013 | Antonia Croke | READ | Review emails re hearings and pleadings from 29/4/13 to 2/5/13 and attached pleadings | 2.60 | 520.00 | 1,352.00 |
| 03/05/2013 | Andy Wright | LETT | Updating warning notice exhibit commentary table | 2.20 | 435.00 | 957.00 |
| 03/05/2013 | Angela Pearson | LETT | Review emails | 0.30 | 715.00 | 214.50 |
| 06/05/2013 | Andy Wright | LETT | Updating commentary table on warning notice exhibits. Email to ACROKE re. documentation review. | 2.50 | 435.00 | 1,087.50 |
| 07/05/2013 | Antonia Croke | LETT | Review multiple emails re the ad hocs Draft Allocation Submission and FMV theories/analysis | 1.20 | 520.00 | 624.00 |
| 07/05/2013 | Antonia Croke | LETT | Emails LROBER/SLAW | 0.10 | 520.00 | 52.00 |
| 07/05/2013 | Antonia Croke | LETT | Emails AMP | 0.20 | 520.00 | 104.00 |
| 07/05/2013 | Antonia Croke | LETT | Emails re review of pension submission | 0.40 | 520.00 | 208.00 |
| 07/05/2013 | Antonia Croke | INTD | Confer LROBER | 0.40 | 520.00 | 208.00 |
| 07/05/2013 | Antonia Croke | READ | Review emails re Judge Gross Order and Opinion retaining jurisdiction pending appeal | 0.50 | 520.00 | 260.00 |
| 07/05/2013 | Antonia Croke | LETT | Review draft Omnibus objection | 2.60 | 520.00 | 1,352.00 |
| 07/05/2013 | Angela Pearson | READ | General review of Pension Submission | 1.00 | 715.00 | 715.00 |
| 07/05/2013 | Angela Pearson | LETT | Email Lisa Beckerman | 0.20 | 715.00 | 143.00 |
| 07/05/2013 | Angela Pearson | LETT | Email Antonia | 0.20 | 715.00 | 143.00 |
| 07/05/2013 | Angela Pearson | LETT | Email Marcus | 0.20 | 715.00 | 143.00 |
| 07/05/2013 | Angela Pearson | READ | Review emails - Akin | 1.50 | 715.00 | 1,072.50 |
| 07/05/2013 | Angela Pearson | READ | Review draft orders/ memo of opinion | 0.30 | 715.00 | 214.50 |
| 07/05/2013 | Angela Pearson | READ | Review draft allocation brief | 0.50 | 715.00 | 357.50 |
| 07/05/2013 | Lindsey Roberts | READ | Read emails re allocation pleading | 0.40 | 405.00 | 162.00 |
| 07/05/2013 | Lindsey Roberts | READ | Review of revised submission from Debtors | 0.60 | 405.00 | 243.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | | | |
|---|---|---|---|---|---|---|
| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| 07/05/2013 | Lindsey Roberts | READ | Review of J Morowitz endorsement | 0.20 | 405.00 | 81.00 |
| 07/05/2013 | Lindsey Roberts | READ | Review of J Gross order and Motai re appeal | 0.20 | 405.00 | 81.00 |
| 07/05/2013 | Lindsey Roberts | INTD | Discussion ACROKE re next steps | 0.40 | 405.00 | 162.00 |
| 07/05/2013 | Lindsey Roberts | READ | Review of emails re Gross announcement/EMEA to appeal | 0.30 | 405.00 | 121.50 |
| 07/05/2013 | Marcus Fink | LETT | Review draft objection to proof of claim filed by UK Pensions Parties and internal emails re the same | 1.40 | 690.00 | 966.00 |
| 07/05/2013 | Steven Hull | LETT | Review Lisa Beckerman email and review attached objection to the US claims filed by the UK pension parties; review email exchange in connection with comments on same | 0.70 | 715.00 | 500.50 |
| 07/05/2013 | Sophie Law | READ | Various emails re pensions document; review emails in re draft allocation submission | 0.50 | 325.00 | 162.50 |
| 08/05/2013 | Antonia Croke | LETT | Emails re Omnibus Objection and pensions pleading | 1.50 | 520.00 | 780.00 |
| 08/05/2013 | Antonia Croke | READ | Review emails re allocation | 0.10 | 520.00 | 52.00 |
| 08/05/2013 | Angela Pearson | LETT | Review emails | 0.50 | 715.00 | 357.50 |
| 08/05/2013 | Giles Boothman | READ | Read emails and catch up on status | 1.00 | 800.00 | 800.00 |
| 08/05/2013 | Lindsey Roberts | INTD | Disc with SLAW re UK pension claim draft response pleading | 0.20 | 405.00 | 81.00 |
| 08/05/2013 | Lindsey Roberts | READ | Review and comment on Cleary draft pension pleading (including review of previous advice and case law) | 2.70 | 405.00 | 1,093.50 |
| 08/05/2013 | Marcus Fink | LETT | Review Debtor's objection to proof of claim, checking cross references to witness exhibits, WN and statutory reference and sending mark-up with comments internally. | 5.20 | 690.00 | 3,588.00 |
| 08/05/2013 | Steven Hull | LETT | Review Lisa Beckerman email and review draft objection prepared by Cleary to the US claims filed by the US pension parties | 0.70 | 715.00 | 500.50 |
| 08/05/2013 | Sophie Law | READ | Review various emails in re drft allocation submissions | 0.50 | 325.00 | 162.50 |
| 08/05/2013 | Sophie Law | READ | Review Debtors' objections to UK pensions claims, compile comments; emails ACROKE and discuss with LROBER re same. | 2.00 | 325.00 | 650.00 |
| 08/05/2013 | Sophie Law | READ | Review various emails in re drft allocation submissions | 0.20 | 325.00 | 65.00 |
| 09/05/2013 | Antonia Croke | LETT | Confer AMP/LROBER re Omnibus and Pensions pleadings | 0.50 | 520.00 | 260.00 |
| 09/05/2013 | Antonia Croke | LETT | Emails AMP | 0.30 | 520.00 | 156.00 |
| 09/05/2013 | Antonia Croke | LETT | Emails re pensions calls | 0.60 | 520.00 | 312.00 |
| 09/05/2013 | Antonia Croke | LETT | Emails SLAW | 0.20 | 520.00 | 104.00 |
| 09/05/2013 | Antonia Croke | LETT | Emails LROBER; confer re same | 0.40 | 520.00 | 208.00 |
| 09/05/2013 | Antonia Croke | DRFT | Draft amends to pension pleading; emails re same | 0.90 | 520.00 | 468.00 |
| 09/05/2013 | Antonia Croke | DRFT | Review Debtors Omnibus objection; draft schedule of comments/amends; emails re same | 3.10 | 520.00 | 1,612.00 |
| 09/05/2013 | Antonia Croke | LETT | Emails B Kahn | 0.30 | 520.00 | 156.00 |
| 09/05/2013 | Antonia Croke | INTD | Confer AMP/LROBER re omnibus | 0.50 | 520.00 | 260.00 |
| 09/05/2013 | Angela Pearson | MISC | Review pension objection, doc referred to in it, Marcus' memo, Lisa Beckermans comments | 8.00 | 715.00 | 5,720.00 |
| 09/05/2013 | Angela Pearson | LETT | Emails Lisa Beckerman | 1.00 | 715.00 | 715.00 |
| 09/05/2013 | Angela Pearson | INTD | Discussions etc with Antonia/Lindsey re Omnibus | 0.50 | 715.00 | 357.50 |
| 09/05/2013 | Angela Pearson | INTD | Discussions etc with Antonia/Lindsey re Pensions Objection | 0.50 | 715.00 | 357.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | | | |
|---|---|---|---|---|---|---|
| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| 09/05/2013 | Angela Pearson | LETT | Review emails | 0.50 | 715.00 | 357.50 |
| 09/05/2013 | Angela Pearson | LETT | Email to Marcus | 0.20 | 715.00 | 143.00 |
| 09/05/2013 | Giles Boothman | READ | Emails re EMEA claims | 0.40 | 800.00 | 320.00 |
| 09/05/2013 | Lindsey Roberts | READ | Review and commenting on draft objection to EMEA claims (including discussion with AMP and ACROKE and producing note of combined comments) | 4.50 | 405.00 | 1,822.50 |
| 09/05/2013 | Lindsey Roberts | INTD | Disc with AMP and ACROKE re pensions pleading | 0.50 | 405.00 | 202.50 |
| 09/05/2013 | Steven Hull | READ | Review email exchanges between Angela Pearson, Lisa Beckerman, David Botter and Antonia Croke regarding comments on objection to US claims filed by UK pension parties and issues arising in connection with the same generally; review Angela Pearson email and review Ashurst comments on objection to amend UK pension claims. | 0.90 | 715.00 | 643.50 |
| 09/05/2013 | Sophie Law | READ | Emails ACROKE and LROBER re review of objection pleadings, review comments from Lisa at AG; query ACROKE re previous judgment | 0.30 | 325.00 | 97.50 |
| 10/05/2013 | Antonia Croke | ATTD | Attend meeting with AMP, MFINK, LROBER and SLAW re pensions pleading | 1.50 | 520.00 | 780.00 |
| 10/05/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 10/05/2013 | Antonia Croke | INTD | Confer SLAW x 2 | 0.20 | 520.00 | 104.00 |
| 10/05/2013 | Antonia Croke | INTD | Confer MFINK | 0.10 | 520.00 | 52.00 |
| 10/05/2013 | Antonia Croke | LETT | Emails Akin | 0.10 | 520.00 | 52.00 |
| 10/05/2013 | Antonia Croke | LETT | Emails re amends to pensions Objection | 0.50 | 520.00 | 260.00 |
| 10/05/2013 | Antonia Croke | DRFT | Draft amends to pensions Objection | 2.10 | 520.00 | 1,092.00 |
| 10/05/2013 | Antonia Croke | LETT | Emails SLAW/LROBER | 0.20 | 520.00 | 104.00 |
| 10/05/2013 | Antonia Croke | ATTD | Attend call with Akin re pensions Objection; post call confer AMP/MFINK and LROBER | 2.00 | 520.00 | 1,040.00 |
| 10/05/2013 | Antonia Croke | DRFT | Draft further Akin/Ash amends to pensions objection; emails re same | 0.90 | 520.00 | 468.00 |
| 10/05/2013 | Antonia Croke | LETT | Emails LROBER/SLAW | 0.10 | 520.00 | 52.00 |
| 10/05/2013 | Antonia Croke | LETT | Emails Lisa at Akin | 0.10 | 520.00 | 52.00 |
| 10/05/2013 | Angela Pearson | ATTD | Internal meeting Marcus Fink/Antonia Croke | 1.50 | 715.00 | 1,072.50 |
| 10/05/2013 | Angela Pearson | READ | Reviewing revised mark-ups/looking at reasonableness issue; discussion with ACROKE | 1.50 | 715.00 | 1,072.50 |
| 10/05/2013 | Angela Pearson | PHON | t/c with Counsel re reasonableness issue | 0.50 | 715.00 | 357.50 |
| 10/05/2013 | Angela Pearson | PHON | Con call with Akin | 2.00 | 715.00 | 1,430.00 |
| 10/05/2013 | Angela Pearson | LETT | Revising draft | 0.70 | 715.00 | 500.50 |
| 10/05/2013 | Angela Pearson | LETT | Emails to Antonia Croke | 0.80 | 715.00 | 572.00 |
| 10/05/2013 | Angela Pearson | INTD | Discussions with Lindsey Roberts | 0.20 | 715.00 | 143.00 |
| 10/05/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 10/05/2013 | Angela Pearson | LETT | Email to Keith Rowley QC | 0.30 | 715.00 | 214.50 |
| 10/05/2013 | Lindsey Roberts | ATTD | Meeting with AMP/MF re draft pensions pleading | 1.50 | 405.00 | 607.50 |
| 10/05/2013 | Lindsey Roberts | RSCH | Research into the JR test for reasonableness; follow-up discussion with AMP; email to ACROKE re the same | 3.10 | 405.00 | 1,255.50 |
| 10/05/2013 | Lindsey Roberts | PHON | t/c with Akin re pension pleading - follow up discussion with AMP, MFINK and ACROKE | 2.00 | 405.00 | 810.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012  General Claims Analysis/Claims Objections

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 10/05/2013 | Marcus Fink | LETT | Further review and discussion of Debtor's objection including internal meeting with AMP's team, conducting further research into points raised and providing further amendments to document - discussion with Akin team re same. Review and action emails re the same dated 09.05.10 received whilst on leave | 5.90 | 690.00 | 4,071.00 |
| 10/05/2013 | Steven Hull | LETT | Review Antonia Croke emails and review updated version of comments on the Objection | 0.40 | 715.00 | 286.00 |
| 10/05/2013 | Sophie Law | PHON | INTD Ashurst team re pension objection document; further research re cases, amends to pensions doc; discussion with ACROKE re same (X2). | 4.50 | 325.00 | 1,462.50 |
| 11/05/2013 | Antonia Croke | LETT | Review emails RE: Nortel - UK Pension objection; emails AMP re same | 1.50 | 520.00 | 780.00 |
| 11/05/2013 | Angela Pearson | LETT | Emails to Akin Gump | 0.50 | 715.00 | 357.50 |
| 11/05/2013 | Angela Pearson | LETT | Email to Mark Blyth | 0.20 | 715.00 | 143.00 |
| 11/05/2013 | Angela Pearson | READ | Review amendments from Clearys (Pensions Objection) | 0.80 | 715.00 | 572.00 |
| 11/05/2013 | Marcus Fink | LETT | Review exchange of emails between Akin and S&C | 0.40 | 690.00 | 276.00 |
| 12/05/2013 | Antonia Croke | LETT | Review emails Re: Nortel - UK Pension draft | 0.70 | 520.00 | 364.00 |
| 12/05/2013 | Angela Pearson | READ | Review comments from Akin amendment (Pensions Objection) | 0.70 | 715.00 | 500.50 |
| 12/05/2013 | Angela Pearson | PHON | t/c with Mark Blyth | 0.50 | 715.00 | 357.50 |
| 12/05/2013 | Angela Pearson | LETT | Emails to Akin | 0.70 | 715.00 | 500.50 |
| 12/05/2013 | Angela Pearson | LETT | Emails to Mark Blyth | 0.60 | 715.00 | 429.00 |
| 12/05/2013 | Marcus Fink | LETT | Review email correspondence relating to draft objection to claims and subsequent drafts of the objection | 0.70 | 690.00 | 483.00 |
| 13/05/2013 | Antonia Croke | LETT | Read Email from Mr Brad M. Kahn Re: Nortel- Draft Objections to EMEA Claims and UK Pension Claims | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Antonia Croke | READ | Review emails re pensions pleading | 0.20 | 520.00 | 104.00 |
| 13/05/2013 | Antonia Croke | READ | Review Gross J order and emails re scheduling and hearing | 0.30 | 520.00 | 156.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails re pensions | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Antonia Croke | READ | Review emails re Allocation Litigation motions and scheduling | 0.40 | 520.00 | 208.00 |
| 13/05/2013 | Antonia Croke | READ | Review revised Omnibus objections and note outstanding amends | 0.50 | 520.00 | 260.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails re pensions objection mark-up and call | 0.50 | 520.00 | 260.00 |
| 13/05/2013 | Antonia Croke | INTD | Confer AMP | 0.20 | 520.00 | 104.00 |
| 13/05/2013 | Antonia Croke | READ | Review updated draft of pension objection and comparite against earlier draft; emails re same | 0.90 | 520.00 | 468.00 |
| 13/05/2013 | Antonia Croke | ATTD | Attend call with Cleary/Akin re pensions objection; post confer AMP | 1.30 | 520.00 | 676.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails SLAW | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails MFINK | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails re hearing | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails Akin re Omnibus | 0.30 | 520.00 | 156.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails re Akin/Cleary call | 0.30 | 520.00 | 156.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Angela Pearson | PHON | t/c's with Mark Blyth | 0.80 | 715.00 | 572.00 |
| 13/05/2013 | Angela Pearson | LETT | Emails to Mark Blyth | 1.30 | 715.00 | 929.50 |
| 13/05/2013 | Angela Pearson | LETT | Emails to Akin | 1.40 | 715.00 | 1,001.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 13/05/2013 | Angela Pearson | LETT | Emails to Antonia/Marcus | 0.80 | 715.00 | 572.00 |
| 13/05/2013 | Angela Pearson | PHON | Con call Clearys/Akin | 1.00 | 715.00 | 715.00 |
| 13/05/2013 | Angela Pearson | INTD | Discussions with Antonia (X2) | 0.50 | 715.00 | 357.50 |
| 13/05/2013 | Angela Pearson | READ | Reviewing/commenting on various drafts of pensions objections | 2.50 | 715.00 | 1,787.50 |
| 13/05/2013 | Angela Pearson | READ | Reviewing amendments to EMEA objection | 0.50 | 715.00 | 357.50 |
| 13/05/2013 | Angela Pearson | READ | Reviewing emails/docs re scheduling | 0.80 | 715.00 | 572.00 |
| 13/05/2013 | Angela Pearson | READ | Reviewing docs on the emergency motion | 0.20 | 715.00 | 143.00 |
| 13/05/2013 | Giles Boothman | READ | Emails and docs | 0.30 | 800.00 | 240.00 |
| 13/05/2013 | Lindsey Roberts | READ | Review of email re hearing | 0.10 | 405.00 | 40.50 |
| 13/05/2013 | Lindsey Roberts | INTD | Emails ACROKE and SLAW | 0.40 | 405.00 | 162.00 |
| 13/05/2013 | Lindsey Roberts | READ | Review of email re emergency application | 0.30 | 405.00 | 121.50 |
| 13/05/2013 | Marcus Fink | LETT | Review drafts of objection to UK Pension Parties' proof of claim, discuss internally and join call with AKIN and CLEARY re the same | 2.10 | 690.00 | 1,449.00 |
| 14/05/2013 | Antonia Croke | LETT | Emails re UK pension doc requests | 0.20 | 520.00 | 104.00 |
| 14/05/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 520.00 | 52.00 |
| 14/05/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 14/05/2013 | Antonia Croke | READ | Review emails re revised Pensions Objection and filing | 0.50 | 520.00 | 260.00 |
| 14/05/2013 | Antonia Croke | READ | Review emails re EMEA claims objection | 0.20 | 520.00 | 104.00 |
| 14/05/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 14/05/2013 | Antonia Croke | READ | Review emails re updated pensions objection | 0.30 | 520.00 | 156.00 |
| 14/05/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 14/05/2013 | Angela Pearson | READ | Review revised drafts of Pensions Objection; confer Antonia | 0.80 | 715.00 | 572.00 |
| 14/05/2013 | Angela Pearson | LETT | Emails to Akin re draft Pensions Objections | 0.40 | 715.00 | 286.00 |
| 14/05/2013 | Angela Pearson | READ | Review emails re draft Pensions Objection | 0.50 | 715.00 | 357.50 |
| 14/05/2013 | Angela Pearson | READ | Review revised drafts EMEA Objection | 0.50 | 715.00 | 357.50 |
| 14/05/2013 | Marcus Fink | LETT | Review revised editions of objection to pension parties claims and comment on the same, review summary of Supreme Court proceedings in Nortel/Lehmann appeal | 2.90 | 690.00 | 2,001.00 |
| 14/05/2013 | Sophie Law | READ | Read various emails in/out re pension objections | 0.50 | 325.00 | 162.50 |
| 15/05/2013 | Antonia Croke | LETT | Emails AMP/MFINK re pensions | 0.30 | 520.00 | 156.00 |
| 15/05/2013 | Antonia Croke | INTD | Confer LROBER | 0.10 | 520.00 | 52.00 |
| 15/05/2013 | Antonia Croke | READ | Consider COMI issues | 0.20 | 520.00 | 104.00 |
| 15/05/2013 | Antonia Croke | READ | Consider declarations to pleadings and emails re same | 0.20 | 520.00 | 104.00 |
| 15/05/2013 | Antonia Croke | READ | Consider emails re pensions and EMEA claims objections | 0.30 | 520.00 | 156.00 |
| 15/05/2013 | Antonia Croke | INTD | Confer AMP | 0.30 | 520.00 | 156.00 |
| 15/05/2013 | Antonia Croke | INTD | Confer MFINK | 0.10 | 520.00 | 52.00 |
| 15/05/2013 | Antonia Croke | READ | Review UK pensions discovery list; draft email to S Gulate re further categories | 0.90 | 520.00 | 468.00 |
| 15/05/2013 | Antonia Croke | READ | Review JR/Reasonableness note | 0.20 | 520.00 | 104.00 |
| 15/05/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 520.00 | 52.00 |
| 15/05/2013 | Antonia Croke | READ | Review update re lit. timetable and discovery plan | 0.50 | 520.00 | 260.00 |
| 15/05/2013 | Antonia Croke | INTD | Confer MFINK re pensions doc | 0.20 | 520.00 | 104.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 15/05/2013 | Angela Pearson | LETT | Email Antonia | 0.20 | 715.00 | 143.00 |
| 15/05/2013 | Angela Pearson | LETT | Email Marcus | 0.20 | 715.00 | 143.00 |
| 15/05/2013 | Angela Pearson | READ | Review update to disclosure schedule | 0.20 | 715.00 | 143.00 |
| 15/05/2013 | Angela Pearson | READ | Review emails and annexures from Akin; discussion with Antonia re the same. | 1.50 | 715.00 | 1,072.50 |
| 15/05/2013 | Lindsey Roberts | INTD | Confer with ACROKE | 0.10 | 405.00 | 40.50 |
| 15/05/2013 | Lindsey Roberts | READ | Emails re timetable and Omnibus pleading and pension claim (including declarations) | 0.60 | 405.00 | 243.00 |
| 15/05/2013 | Marcus Fink | LETT | Reviewing AKIN draft disclosure list and previous ashurst editions. Reviewing Pension Parties proof of claim and objection to claim and requesting additional documents. Internal conversations re the same (ACROKE). | 3.20 | 690.00 | 2,208.00 |
| 16/05/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 16/05/2013 | Antonia Croke | INTD | Confer LROBER | 0.20 | 520.00 | 104.00 |
| 16/05/2013 | Antonia Croke | READ | Review emails re pleadings | 0.30 | 520.00 | 156.00 |
| 16/05/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 520.00 | 52.00 |
| 16/05/2013 | Antonia Croke | READ | Review emails re allocation pleadings | 0.30 | 520.00 | 156.00 |
| 16/05/2013 | Angela Pearson | READ | Review emails | 1.50 | 715.00 | 1,072.50 |
| 16/05/2013 | Angela Pearson | LETT | Emails to Antonia; discussions with Antonia re the same. | 0.20 | 715.00 | 143.00 |
| 16/05/2013 | Lindsey Roberts | INTD | Discussion re pension claims and timetable re ACROKE; review emails re pleading | 0.60 | 405.00 | 243.00 |
| 16/05/2013 | Lindsey Roberts | INTD | Emails to L Chan re schedule | 0.20 | 405.00 | 81.00 |
| 16/05/2013 | Lindsey Roberts | READ | Review of final UCC Allocation submission | 0.80 | 405.00 | 324.00 |
| 16/05/2013 | Lindsey Roberts | READ | Review of approved timetable and discovery plan; produce internal timetable; confer ACROKE re same | 0.60 | 405.00 | 243.00 |
| 17/05/2013 | Antonia Croke | READ | Review emails re allocation positions/pleadings | 1.70 | 520.00 | 884.00 |
| 17/05/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 17/05/2013 | Antonia Croke | INTD | Confer LCHAN and SLAW | 0.20 | 520.00 | 104.00 |
| 17/05/2013 | Antonia Croke | LETT | Emails re allocation bundles | 0.20 | 520.00 | 104.00 |
| 17/05/2013 | Antonia Croke | LETT | Emails re hearing | 0.10 | 520.00 | 52.00 |
| 17/05/2013 | Angela Pearson | READ | Review of Allocation submissions; discussion with Antonia | 2.00 | 715.00 | 1,430.00 |
| 17/05/2013 | Angela Pearson | READ | Review emails | 0.20 | 715.00 | 143.00 |
| 17/05/2013 | Giles Boothman | READ | Emails re submissions | 0.30 | 800.00 | 240.00 |
| 17/05/2013 | Louise Chan | PREP | Preparation of file of allocation briefs | 0.50 | 190.00 | 95.00 |
| 17/05/2013 | Louise Chan | DRFT | Compiling note re. litigation timetable/discovery plan; confer ACROKE/SLAW | 3.50 | 190.00 | 665.00 |
| 17/05/2013 | Lindsey Roberts | READ | Review of the Joint Administrators CCC and Monitors Allocation Submissions | 2.20 | 405.00 | 891.00 |
| 17/05/2013 | Lindsey Roberts | LETT | Follow-up email to Akin and emails with SLAW | 0.50 | 405.00 | 202.50 |
| 18/05/2013 | Lindsey Roberts | READ | Review of emails re allocation reply brief | 0.40 | 405.00 | 162.00 |
| 19/05/2013 | Lindsey Roberts | READ | Review of emails on allocation reply brief | 0.50 | 405.00 | 202.50 |
| 20/05/2013 | Antonia Croke | READ | Review materials re: JV rebuttal | 0.50 | 520.00 | 260.00 |
| 20/05/2013 | Antonia Croke | LETT | Emails LCHAN | 0.20 | 520.00 | 104.00 |
| 20/05/2013 | Antonia Croke | READ | Review allocation email | 0.10 | 520.00 | 52.00 |
| 20/05/2013 | Antonia Croke | READ | Review emails re: discovery requests | 0.50 | 520.00 | 260.00 |
| 20/05/2013 | Antonia Croke | INTD | Discussion with AMP re: JV research | 0.10 | 520.00 | 52.00 |
| 20/05/2013 | Antonia Croke | READ | Review emails re: allocation reply brief | 1.60 | 520.00 | 832.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/05/2013 | Antonia Croke | INTD | Emails LROBER/SLAW | 0.20 | 520.00 | 104.00 |
| 20/05/2013 | Antonia Croke | INTD | Discussion LROBER/SLAW re: JV memo | 0.60 | 520.00 | 312.00 |
| 20/05/2013 | Antonia Croke | READ | Review allocation pleadings | 2.10 | 520.00 | 1,092.00 |
| 20/05/2013 | Angela Pearson | READ | Review allocation submissions (particular reference to EMEA and Pensions) | 3.00 | 715.00 | 2,145.00 |
| 20/05/2013 | Angela Pearson | INTD | Internal discussion on JV research; review of emails re the same. | 0.50 | 715.00 | 357.50 |
| 20/05/2013 | Angela Pearson | READ | Review summary of reply | 0.30 | 715.00 | 214.50 |
| 20/05/2013 | Angela Pearson | READ | Review updated timetable | 0.20 | 715.00 | 143.00 |
| 20/05/2013 | Angela Pearson | READ | Review motion to strike | 0.30 | 715.00 | 214.50 |
| 20/05/2013 | Angela Pearson | READ | Review emails re submissions | 0.20 | 715.00 | 143.00 |
| 20/05/2013 | Giles Boothman | READ | Emails | 0.50 | 800.00 | 400.00 |
| 20/05/2013 | Louise Chan | INTD | Internal discussion with LROBER re. implied joint ventures | 1.00 | 190.00 | 190.00 |
| 20/05/2013 | Louise Chan | RSCH | Research re. implied joint ventures | 7.50 | 190.00 | 1,425.00 |
| 20/05/2013 | Louise Chan | DRFT | Drafting note re. joint ventures | 2.50 | 190.00 | 475.00 |
| 20/05/2013 | Louise Chan | PREP | Updating bundles of allocation briefs | 0.20 | 190.00 | 38.00 |
| 20/05/2013 | Lindsey Roberts | RSCH | Initial research into Joint Venture structures; discussion with LCHAN re: research into contractual joint ventures; discussions with SLAW, ACROKE and AMP re the same. | 1.80 | 405.00 | 729.00 |
| 20/05/2013 | Lindsey Roberts | RSCH | Research into joint venture companies | 2.60 | 405.00 | 1,053.00 |
| 20/05/2013 | Sophie Law | READ | Review emails re discovery requests and other upcoming deadlines; review outline arguments for allocation briefs, discovery requests list | 1.10 | 325.00 | 357.50 |
| 20/05/2013 | Sophie Law | READ | Intd ACROKE, LROBER re JV note | 0.50 | 325.00 | 162.50 |
| 21/05/2013 | Antonia Croke | READ | Review emails re: discovery requests | 0.20 | 520.00 | 104.00 |
| 21/05/2013 | Antonia Croke | INTD | Discussion with LROBER/SLAW re: JV research; emails re: same | 0.40 | 520.00 | 208.00 |
| 21/05/2013 | Antonia Croke | READ | Review UK pension parties motion to strike out the debtors joint objection and emails re: same | 0.90 | 520.00 | 468.00 |
| 21/05/2013 | Antonia Croke | INTD | Discussion with AMP | 0.20 | 520.00 | 104.00 |
| 21/05/2013 | Antonia Croke | PHON | Telephone conversation with TPR re: determinations panel | 0.20 | 520.00 | 104.00 |
| 21/05/2013 | Antonia Croke | READ | Review draft discovery request and interrogatories; email Akin re: same | 1.60 | 520.00 | 832.00 |
| 21/05/2013 | Angela Pearson | READ | Review documents re: disclosure requests | 0.50 | 715.00 | 357.50 |
| 21/05/2013 | Angela Pearson | INTD | Email ACROKE | 0.20 | 715.00 | 143.00 |
| 21/05/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 715.00 | 143.00 |
| 21/05/2013 | Angela Pearson | INTD | Discussion with LROBER re: JV research | 0.50 | 715.00 | 357.50 |
| 21/05/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 21/05/2013 | Louise Chan | RSCH | Research re. joint ventures; discussion with LROBER re the same. | 2.50 | 190.00 | 475.00 |
| 21/05/2013 | Louise Chan | DRFT | Drafting note re. joint ventures; further discussion with LROBER | 3.00 | 190.00 | 570.00 |
| 21/05/2013 | Lindsey Roberts | INTD | Discussions with LCHAN, AMP, ACROKE and SLAW re: JV research | 0.80 | 405.00 | 324.00 |
| 21/05/2013 | Lindsey Roberts | INTD | Further discussion with LCHAN | 0.40 | 405.00 | 162.00 |
| 21/05/2013 | Lindsey Roberts | RSCH | Work on JV analysis memo | 3.80 | 405.00 | 1,539.00 |
| 21/05/2013 | Lindsey Roberts | READ | Review of emails re: pleading and disclosure requests | 0.80 | 405.00 | 324.00 |
| 21/05/2013 | Sophie Law | DRFT | JV note - partnership assets on dissolution | 2.60 | 325.00 | 845.00 |
| 22/05/2013 | Antonia Croke | INTD | Emails LROBER/SLAW | 0.40 | 520.00 | 208.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012     General Claims Analysis/Claims Objections

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 22/05/2013 | Antonia Croke | LETT | Email re: pre-trial conference | 0.10 | 520.00 | 52.00 |
| 22/05/2013 | Antonia Croke | READ | Review emails re: discovery | 0.30 | 520.00 | 156.00 |
| 22/05/2013 | Antonia Croke | READ | Review emails re: motion to strike and to shorten notice and review joint objection to shorten notice and Order denying motion | 0.90 | 520.00 | 468.00 |
| 22/05/2013 | Antonia Croke | READ | Review memo re: JV Assets distribution on dissolution | 0.40 | 520.00 | 208.00 |
| 22/05/2013 | Antonia Croke | LETT | Emails AMP/LROBER | 0.30 | 520.00 | 156.00 |
| 22/05/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.20 | 520.00 | 104.00 |
| 22/05/2013 | Antonia Croke | INTD | Emails LROBER/SLAW | 0.20 | 520.00 | 104.00 |
| 22/05/2013 | Antonia Croke | DRFT | Review memo on joint ventures under English law; draft amends; emails re: same | 4.30 | 520.00 | 2,236.00 |
| 22/05/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.20 | 520.00 | 104.00 |
| 22/05/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.10 | 520.00 | 52.00 |
| 22/05/2013 | Angela Pearson | READ | Review memo | 0.80 | 715.00 | 572.00 |
| 22/05/2013 | Angela Pearson | INTD | Emails ACROKE/LROBER; discussion with LROBER | 0.50 | 715.00 | 357.50 |
| 22/05/2013 | Angela Pearson | LETT | Emails to Keith Rowley | 0.20 | 715.00 | 143.00 |
| 22/05/2013 | Louise Chan | DRFT | Reviewing and amending memo re. joint ventures; discussion with LROBER re the same. | 1.50 | 190.00 | 285.00 |
| 22/05/2013 | Louise Chan | RSCH | Research re. partnership act and connection to UK | 0.70 | 190.00 | 133.00 |
| 22/05/2013 | Louise Chan | DRFT | Note re. litigation timetable/discovery plan deadlines | 2.30 | 190.00 | 437.00 |
| 22/05/2013 | Lindsey Roberts | DRFT | Amending draft note on JV Venture; discussions with LCHAN, AMP and ACROKE re the same. | 4.10 | 405.00 | 1,660.50 |
| 22/05/2013 | Lindsey Roberts | READ | Review of note following AMP's amends; draft email to David Botter re: the same | 0.60 | 405.00 | 243.00 |
| 22/05/2013 | Sophie Law | DRFT | JV note - various rsch points and drafting | 1.10 | 325.00 | 357.50 |
| 23/05/2013 | Antonia Croke | LETT | Emails B Kahn | 0.10 | 520.00 | 52.00 |
| 23/05/2013 | Antonia Croke | LETT | Emails re: discovery requests | 0.10 | 520.00 | 52.00 |
| 23/05/2013 | Antonia Croke | LETT | Emails LROBER | 0.20 | 520.00 | 104.00 |
| 23/05/2013 | Antonia Croke | READ | Review allocation pleadings | 1.90 | 520.00 | 988.00 |
| 23/05/2013 | Louise Chan | DRFT | Reading in - Note on litigation timetable/discovery plan | 4.00 | 190.00 | 760.00 |
| 23/05/2013 | Sophie Law | READ | Review various emails in from AG team | 0.30 | 325.00 | 97.50 |
| 24/05/2013 | Antonia Croke | LETT | Emails re: document requests and interrogatories | 0.40 | 520.00 | 208.00 |
| 24/05/2013 | Antonia Croke | READ | Review email and parties service list | 0.20 | 520.00 | 104.00 |
| 24/05/2013 | Antonia Croke | INTD | Emails MFINK | 0.10 | 520.00 | 52.00 |
| 24/05/2013 | Antonia Croke | READ | Review allocation pleadings | 3.20 | 520.00 | 1,664.00 |
| 24/05/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 24/05/2013 | Angela Pearson | READ | Review Allocation brief | 0.50 | 715.00 | 357.50 |
| 24/05/2013 | Louise Chan | PREP | Preparation of interrogatories/doc request bundle | 1.00 | 190.00 | 190.00 |
| 24/05/2013 | Louise Chan | CASE | Compiling relevant documents/internal contacts; reading in. | 2.80 | 190.00 | 532.00 |
| 24/05/2013 | Lindsey Roberts | READ | Review of holiday schedule/timetable planner | 0.40 | 405.00 | 162.00 |
| 24/05/2013 | Lindsey Roberts | READ | Brief review of document request and interrogatories | 1.40 | 405.00 | 567.00 |
| 25/05/2013 | Antonia Croke | LETT | Emails re draft allocation reply | 0.50 | 520.00 | 260.00 |
| 25/05/2013 | Angela Pearson | READ | Review Allocation Reply | 1.30 | 715.00 | 929.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012     General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP/hour) | Amount |
|---|---|---|---|---|---|---|
| 25/05/2013 | Angela Pearson | LETT | Email re: Allocation Reply | 0.50 | 715.00 | 357.50 |
| 25/05/2013 | Lindsey Roberts | READ | Read emails re: pleadings/sub con issue. | 0.30 | 405.00 | 121.50 |
| 26/05/2013 | Antonia Croke | READ | Review draft allocation reply and Goode commentary on insolvency | 1.50 | 520.00 | 780.00 |
| 26/05/2013 | Antonia Croke | LETT | Emails Akin and Ashurst team re draft allocation reply | 0.90 | 520.00 | 468.00 |
| 26/05/2013 | Angela Pearson | LETT | Email re: Allocation Reply | 0.50 | 715.00 | 357.50 |
| 26/05/2013 | Louise Chan | RSCH | Research re. substantive consolidation in English law + email to ACROKE re. the same | 1.80 | 190.00 | 342.00 |
| 26/05/2013 | Lindsey Roberts | READ | Read emails re: pleadings | 0.50 | 405.00 | 202.50 |
| 27/05/2013 | Antonia Croke | READ | Review B Kahn email | 0.10 | 520.00 | 52.00 |
| 28/05/2013 | Antonia Croke | READ | Review emails re pensions regs | 0.20 | 520.00 | 104.00 |
| 28/05/2013 | Antonia Croke | READ | Review email re draft reply | 0.10 | 520.00 | 52.00 |
| 28/05/2013 | Andy Wright | INTD | Discussion re. updated pension regulator s89 report on Uniq | 0.10 | 435.00 | 43.50 |
| 28/05/2013 | Marcus Fink | LETT | Reviewing UK pensions regulator clarification on UNIQ reasonableness precedent and reviewing UNIQ s89 notice published in 2011. Review Objection to Pension parties claim to find reference to UNIQ s89 notice. Considering the same and setting out clarification and analysis re the same in email to AKIN | 2.10 | 690.00 | 1,449.00 |
| 28/05/2013 | Sophie Law | READ | Review various emails in/out re reply brief | 0.80 | 325.00 | 260.00 |
| 29/05/2013 | Angela Pearson | MISC | Review Reply to Allocations and discussion with Lindsey re: same | 1.00 | 715.00 | 715.00 |
| 29/05/2013 | Lindsey Roberts | READ | Review of revised draft of allocation pleading; discussion with AMP re the same email B Kahn re: comments on pension claimants; discussion with MFINK. | 1.90 | 405.00 | 769.50 |
| 29/05/2013 | Marcus Fink | LETT | Discussion with Lindsey re status of FSDs and differentiations re the FSD process with the application of Nortel/Lehman administrators re FSD ranking and consider same further. Review email exchange between Ashurst and Akin re the same | 0.80 | 690.00 | 552.00 |
| 29/05/2013 | Sophie Law | READ | Review various emails in/out re Ashurst comments on allocation reply brief. | 0.30 | 325.00 | 97.50 |
| 30/05/2013 | Antonia Croke | READ | Review emails re: amends to draft allocation reply | 0.50 | 520.00 | 260.00 |
| 30/05/2013 | Antonia Croke | READ | Review emails re: allocation replies and the pleadings | 1.60 | 520.00 | 832.00 |
| 30/05/2013 | Antonia Croke | READ | Review Allocation pleadings (continuing) | 1.70 | 520.00 | 884.00 |
| 30/05/2013 | Giles Boothman | READ | Emails | 0.20 | 800.00 | 160.00 |
| 30/05/2013 | Louise Chan | PREP | Preparation of bundle of reply briefs | 0.50 | 190.00 | 95.00 |
| 30/05/2013 | Lindsey Roberts | READ | Review of Allocation Reply Brief (Canadian and EMEA) | 2.20 | 405.00 | 891.00 |
| 30/05/2013 | Lindsey Roberts | LETT | Emails re: Allocation Reply briefs | 0.20 | 405.00 | 81.00 |
| 31/05/2013 | Antonia Croke | LETT | Review emails re proposed consolidated discovery requests | 1.10 | 520.00 | 572.00 |
| 31/05/2013 | Antonia Croke | READ | Review email re UK pension pleadings filed in Canada | 0.10 | 520.00 | 52.00 |

                                                              **138,325.50**

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**      **European Proceedings/Matters**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.30 | 715.00 | 1,644.50 |
| GDB | Giles Boothman | 2.40 | 800.00 | 1,920.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 25.70 | 520.00 | 13,364.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 17.20 | 405.00 | 6,966.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 20.30 | 325.00 | 6,597.50 |
| **Trainee** | | | | |
| HGRAY | Harriet Gray | 1.50 | 190.00 | 285.00 |
| LCHAN | Louise Chan | 6.50 | 190.00 | 1,235.00 |
| | | | Total | **32,012.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0031   European Proceedings/Matters

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2013 | Antonia Croke | INTD | Discussion with LROBER re UCC call | 0.10 | 520.00 | 52.00 |
| 01/05/2013 | Lindsey Roberts | PHON | Nortel Professional's Call | 1.10 | 405.00 | 445.50 |
| 01/05/2013 | Lindsey Roberts | INTD | Discuss and emails re UCC call | 0.20 | 405.00 | 81.00 |
| 02/05/2013 | Antonia Croke | READ | Review agenda and materials for UCC call | 0.70 | 520.00 | 364.00 |
| 02/05/2013 | Lindsey Roberts | LETT | Email re: LTD settlement | 0.10 | 405.00 | 40.50 |
| 03/05/2013 | Antonia Croke | LETT | Emails re Supreme Court hearing | 0.40 | 520.00 | 208.00 |
| 07/05/2013 | Antonia Croke | LETT | Emails LROBER/SLAW | 0.10 | 520.00 | 52.00 |
| 09/05/2013 | Antonia Croke | PHON | Phone call B Kahn | 0.10 | 520.00 | 52.00 |
| 09/05/2013 | Antonia Croke | INTD | Confer SLAW re UCC call | 0.20 | 520.00 | 104.00 |
| 09/05/2013 | Louise Chan | READ | Reviewing Supreme Court Judgment in Eurosail and considering impact on advice memo. | 1.80 | 190.00 | 342.00 |
| 10/05/2013 | Louise Chan | DRFT | Updating Memo re. administrators' claims following Supreme Court judgment in Eurosail | 1.30 | 190.00 | 247.00 |
| 10/05/2013 | Louise Chan | READ | Reading lower courts' judgments on In re Nortel | 0.70 | 190.00 | 133.00 |
| 10/05/2013 | Lindsey Roberts | INTD | Discussion with Inga West re Eurosail | 0.30 | 405.00 | 121.50 |
| 13/05/2013 | Antonia Croke | LETT | Emails re hearing | 0.10 | 520.00 | 52.00 |
| 13/05/2013 | Antonia Croke | INTD | Confer SLAW, LCHAN and HGRAY re hearing | 0.40 | 520.00 | 208.00 |
| 13/05/2013 | Antonia Croke | LETT | Emails re UCC call | 0.20 | 520.00 | 104.00 |
| 13/05/2013 | Harriet Gray | INTD | Research into logistics of attending Nortel hearing, followed by meeting discussing hearing. | 0.50 | 190.00 | 95.00 |
| 13/05/2013 | Louise Chan | DRFT | Amending advice memo re Eurosail. | 0.20 | 190.00 | 38.00 |
| 13/05/2013 | Louise Chan | INTD | Discussions re. supreme court hearing | 1.50 | 190.00 | 285.00 |
| 13/05/2013 | Louise Chan | READ | Reading lower court judgments on pensions issues | 1.00 | 190.00 | 190.00 |
| 13/05/2013 | Lindsey Roberts | LETT | Emails re internal meeting/next steps | 0.10 | 405.00 | 40.50 |
| 13/05/2013 | Lindsey Roberts | READ | Review of Eurosail Supreme Court judgment and review of L Chan's update to advice memo | 1.40 | 405.00 | 567.00 |
| 13/05/2013 | Sophie Law | READ | Review various emails in/out | 0.50 | 325.00 | 162.50 |
| 13/05/2013 | Sophie Law | MISC | Pensions hearing rsch, intds | 0.60 | 325.00 | 195.00 |
| 14/05/2013 | Antonia Croke | LETT | Attend Nortel/Lehman UK Supreme Court Hearing | 7.10 | 520.00 | 3,692.00 |
| 14/05/2013 | Antonia Croke | DRFT | Draft summary of Day 1 of UK Supreme Court hearing; discussion with AMP. | 1.70 | 520.00 | 884.00 |
| 14/05/2013 | Angela Pearson | READ | Review emails (including revised litigation schedule) | 0.60 | 715.00 | 429.00 |
| 14/05/2013 | Angela Pearson | INTD | Discuss with Antonia Lehmans' hearing, review summary | 0.40 | 715.00 | 286.00 |
| 14/05/2013 | Giles Boothman | READ | Emails | 0.30 | 800.00 | 240.00 |
| 14/05/2013 | Lindsey Roberts | READ | Review of pension/insolvency case law and provision in advance of Supreme Court hearing | 2.10 | 405.00 | 850.50 |
| 14/05/2013 | Lindsey Roberts | ATTD | Attended hearing (incl. travel and follow-up). | 7.10 | 405.00 | 2,875.50 |
| 14/05/2013 | Lindsey Roberts | DRFT | Dictation first draft of summary of the hearing | 0.50 | 405.00 | 202.50 |
| 14/05/2013 | Sophie Law | INTD | Update intd ACROKE re committee call, uk pensions | 0.50 | 325.00 | 162.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0031     European Proceedings/Matters

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 14/05/2013 | Sophie Law | READ | Review ACROKE emails out re pensions hearing | 0.30 | 325.00 | 97.50 |
| 15/05/2013 | Antonia Croke | LETT | AMP re hearing | 0.40 | 520.00 | 208.00 |
| 15/05/2013 | Antonia Croke | LETT | Email F Hodara | 0.10 | 520.00 | 52.00 |
| 15/05/2013 | Antonia Croke | LETT | Emails LROBER plus HGRAY re hearing | 0.20 | 520.00 | 104.00 |
| 15/05/2013 | Antonia Croke | ATTD | Watch Supreme Court hearing live | 0.60 | 520.00 | 312.00 |
| 15/05/2013 | Antonia Croke | READ | Review draft Court report; confer SLAW; emails re same | 0.50 | 520.00 | 260.00 |
| 15/05/2013 | Angela Pearson | INTD | Discussions with Antonia re hearing, etc | 0.40 | 715.00 | 286.00 |
| 15/05/2013 | Giles Boothman | READ | Emails and reports on Nortel Lehman case | 0.50 | 800.00 | 400.00 |
| 15/05/2013 | Sophie Law | ATTD | Attd Court hearing re Nortel/Lehman pensions claims | 6.50 | 325.00 | 2,112.50 |
| 15/05/2013 | Sophie Law | INTD | Intd ACROKE re hearing debrief | 0.20 | 325.00 | 65.00 |
| 15/05/2013 | Sophie Law | DRFT | Draft note of hearing - day 2 | 2.00 | 325.00 | 650.00 |
| 16/05/2013 | Antonia Croke | READ | Review emails re Gross/Morowitz J announcement | 0.40 | 520.00 | 208.00 |
| 16/05/2013 | Antonia Croke | READ | Review Canadian hearing update | 0.10 | 520.00 | 52.00 |
| 16/05/2013 | Antonia Croke | READ | Review emails and Agenda re UCC call | 0.30 | 520.00 | 156.00 |
| 16/05/2013 | Antonia Croke | LETT | Emails SLAW re hearing report | 0.20 | 520.00 | 104.00 |
| 16/05/2013 | Antonia Croke | ATTD | Attend UK Supreme Court hearing; discussion with AMP re the same. | 5.20 | 520.00 | 2,704.00 |
| 16/05/2013 | Antonia Croke | DRFT | Draft section of Court report for Day 3 of Supreme Court hearing | 0.50 | 520.00 | 260.00 |
| 16/05/2013 | Antonia Croke | LETT | Emails LROBER/SLAW | 0.30 | 520.00 | 156.00 |
| 16/05/2013 | Angela Pearson | INTD | Discussion Antonia re court hearing | 0.40 | 715.00 | 286.00 |
| 16/05/2013 | Giles Boothman | READ | Emails and docs | 0.50 | 800.00 | 400.00 |
| 16/05/2013 | Harriet Gray | DRFT | Preparing summary of part of Nortel hearing to be sent out to the client. | 1.00 | 190.00 | 190.00 |
| 16/05/2013 | Lindsey Roberts | READ | Review of emails re allocation submission | 0.40 | 405.00 | 162.00 |
| 16/05/2013 | Lindsey Roberts | READ | Review of email from SLAW re Supreme Court hearing (Day 2 + 3) | 0.40 | 405.00 | 162.00 |
| 16/05/2013 | Lindsey Roberts | INTD | Discussion with Inga West re Supreme Court hearing | 0.40 | 405.00 | 162.00 |
| 16/05/2013 | Lindsey Roberts | READ | Email re EMEA appeal in Canada | 0.10 | 405.00 | 40.50 |
| 16/05/2013 | Lindsey Roberts | READ | Review of emails re Judge Gross announcement | 0.30 | 405.00 | 121.50 |
| 16/05/2013 | Sophie Law | DRFT | Drft note of Day 3 of pensions hearing, incorporate HGRAY and ACROKE notes, send to client; Committee call and post-call intd re schedule | 2.70 | 325.00 | 877.50 |
| 16/05/2013 | Sophie Law | ATTD | Attend Nortel pensions hearing | 3.50 | 325.00 | 1,137.50 |
| 17/05/2013 | Antonia Croke | LETT | Emails SLAW re profs call | 0.10 | 520.00 | 52.00 |
| 17/05/2013 | Antonia Croke | LETT | Emails B Kahn | 0.10 | 520.00 | 52.00 |
| 17/05/2013 | Lindsey Roberts | PHON | Nortel Professionals call re: allocation submissions | 2.00 | 405.00 | 810.00 |
| 17/05/2013 | Sophie Law | MISC | Review various emails re allocation subs; emails re committee call re same | 0.50 | 325.00 | 162.50 |
| 17/05/2013 | Sophie Law | PHON | Professionals call re allocation briefs | 2.20 | 325.00 | 715.00 |
| 19/05/2013 | Antonia Croke | LETT | Emails re lit timetable | 0.20 | 520.00 | 104.00 |
| 20/05/2013 | Antonia Croke | LETT | Emails re litigation deadlines | 0.20 | 520.00 | 104.00 |
| 20/05/2013 | Antonia Croke | READ | Review Eurosail mark-up | 0.30 | 520.00 | 156.00 |
| 21/05/2013 | Angela Pearson | READ | Review Akin emails | 0.20 | 715.00 | 143.00 |
| 21/05/2013 | Giles Boothman | READ | Emails | 0.50 | 800.00 | 400.00 |
| 22/05/2013 | Antonia Croke | READ | Review emails re: Professional calls | 0.30 | 520.00 | 156.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>     <u>**European Proceedings/Matters**</u>

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/05/2013 | Sophie Law | PHON | Professionals call; emails to Ashurst team post call re same | 0.80 | 325.00 | 260.00 |
| 23/05/2013 | Antonia Croke | INTD | Emails SLAW | 0.10 | 520.00 | 52.00 |
| 23/05/2013 | Antonia Croke | READ | Review emails, agenda and materials for UCC call | 0.40 | 520.00 | 208.00 |
| 23/05/2013 | Antonia Croke | INTD | Discussion with Olga re: insolvency waterfall | 0.20 | 520.00 | 104.00 |
| 23/05/2013 | Antonia Croke | DRFT | Draft presentation on UK Supreme Court hearing for the UCC and prepare for presentation (including discussion with LROBER). | 2.80 | 520.00 | 1,456.00 |
| 23/05/2013 | Lindsey Roberts | READ | Review of emails | 0.30 | 405.00 | 121.50 |
| 23/05/2013 | Lindsey Roberts | RSCH | Review clauses of Insolvency legislation in prep for UCC call | 0.30 | 405.00 | 121.50 |
| 23/05/2013 | Lindsey Roberts | INTD | Email to ACROKE re: UCC call and update to the committee | 0.10 | 405.00 | 40.50 |
| 24/05/2013 | Antonia Croke | LETT | Emails Brad M. Kahn Re: Supreme Court Hearing | 0.20 | 520.00 | 104.00 |
| 28/05/2013 | Giles Boothman | READ | Emails and docs | 0.40 | 800.00 | 320.00 |
| 29/05/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 29/05/2013 | Giles Boothman | READ | Re effect of pension case | 0.20 | 800.00 | 160.00 |
| 30/05/2013 | Antonia Croke | LETT | Review email from Van Allen Re: Responding Submission of Wilmington Trust, National Association | 0.10 | 520.00 | 52.00 |
| 30/05/2013 | Antonia Croke | READ | Review UCC agenda | 0.10 | 520.00 | 52.00 |
| 30/05/2013 | Antonia Croke | READ | Review emails re: core parties service list | 0.20 | 520.00 | 104.00 |
| 31/05/2013 | Antonia Croke | READ | Review email re core parties service list | 0.10 | 520.00 | 52.00 |
| 31/05/2013 | Antonia Croke | READ | Review email from J Stam re hearing | 0.10 | 520.00 | 52.00 |
| 31/05/2013 | Antonia Croke | LETT | Emails AMP/LROBER | 0.10 | 520.00 | 52.00 |
| 31/05/2013 | Antonia Croke | LETT | Read Email from B Kahn Re: Reply to EMEA Cross-Petition for Direct Appeal | 0.10 | 520.00 | 52.00 |
| 31/05/2013 | Antonia Croke | READ | Email M Fagen | 0.10 | 520.00 | 52.00 |

                                                                               **32,012.00**