Exhibit C

DISBURSEMENT SUMMARY
MAY 01, 2013 THROUGH MAY 31, 2013

| Document Production | £512.58 |
|---|---|
| Travel – Ground Transportation | £292.14 |
| Meals | £110.51 |
| Telecommunications | £21.92 |
| Incidental Expenses | £52.80 |
| **TOTAL** | **£989.95** |