**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**                                                                                512.58

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 09/05/2013 | VENDOR: Roberts, Lindsey INVOICE#: 03613977052100106676 DATE: 21/05/2013 Food/drink, 09/05/13, CCN01.00001 - Working late,  Lindsey Roberts | 14.12 |
| 13/05/2013 | VENDOR: Conference Room Catering INVOICE#: 13 19 05 2013 DATE: 20/05/2013 ,Hospitality Recharges - Working late | 9.60 |
| 14/05/2013 | VENDOR: Croke, Antonia INVOICE#: 03597664051600117090 DATE: 16/05/2013 Food/drink, 14/05/13, CCN01.00001 - working lunch (ACROKE and LROBER) | 19.17 |
| 20/05/2013 | VENDOR: Roberts, Lindsey INVOICE#: 03635419052300116656 DATE: 23/05/2013 Food/drink, 20/05/13, Dinner working late - LROBER/LCHAN | 12.26 |
| 21/05/2013 | VENDOR: Roberts, Lindsey INVOICE#: 03635419052300116656 DATE: 23/05/2013 Food/drink, 21/05/13, Dinner working late - LROBER | 10.56 |
| 22/04/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAPR13 DATE: 24/04/2013 Expenses @  K10 CITY MODERN JAPANESE CUISNE LONDON. (1 Restaurant) 22/04/2013 ACROKE Late working dinner. | 44.80 |

### Fares, Courier Charges and Incidental Expenses (Publications)

| Date | Description | Amount |
|---|---|---|
| 22/04/2013 | VENDOR: Natwest OneCard; INVOICE#: APR2013-9H13; DATE: 28/04/2013  -  Natwest credit card statement for April 2013 - Article - the Retrospective effect of Rule Changes, LIT. 1955 15(5) | 52.80 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 10/05/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 189928; DATE: 10/05/2013  -  TAXI - ACROKE 09/05/13 | 44.29 |
| 14/05/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108042; DATE: 14/05/2013  -  TAXI - ACROKE 13/05/2013 | 42.74 |
| 14/05/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108042; DATE: 14/05/2013  -  TAXI - AMP | 78.03 |
| 14/05/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108042; DATE: 14/05/2013  -  TAXI - LROBER 09/05/2013 | 58.08 |
| 14/05/2013 | VENDOR: Croke, Antonia INVOICE#: 03597664051600117090 DATE: 16/05/2013 Taxi, 14/05/13, CCN01.00001 - Taxi fares to/from Court | 29.00 |
| 14/05/2013 | VENDOR: GRAY HARRIET INVOICE#: 03643683052400118450 DATE: 24/05/2013 Taxi, 14/05/13, Taxi to Court | 12.00 |
| 16/05/2013 | VENDOR: Croke, Antonia INVOICE#: 03613267052100107090 DATE: 21/05/2013 Taxi, 16/05/13, Taxi to and from Court | 28.00 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 14/05/2013 | VENDOR: Meetingzone Ltd; INVOICE#: 000823564; DATE: 14/05/2013  -  Conference calls between 07 -13/05/2013 | 21.92 |

**989.95**