Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 01, 2013 THROUGH MAY 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 May 2013 | Hourly Billing Rate After 1 May 2013 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | £800 | 5.60 | 4,480.00 |
| Steven Hull | Partner for 16 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £675 | £715 | 2.70 | 1,930.50 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £675 | £715 | 61.20 | 43,758.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | £690 | 25.00 | 17,250.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £460 | £520 | 103.40 | 53,768.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | £435 | 12.30 | 5,350.50 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £315 | £405 | 76.80 | 31,104.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £290 | £325 | 38.40 | 12,480.00 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group; London | £185 | £190 | 44.90 | 8,531.00 |
| Harriet Gray | Trainee Solicitor; Dispute Resolution Group; London | £185 | £190 | 1.50 | 285.00 |
| **TOTAL** | | | | 371.80 | 178,937.00 |


## COMPENSATION BY PROJECT CATEGORY
## MAY 01, 2013 THROUGH MAY 31, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 7.30 | 2,290.00 |
| Creditors Committee Meetings | 14.10 | 6,309.50 |
| General Claims Analysis | 274.50 | 138,325.50 |
| European Proceedings / Matters | 75.90 | 32,012.00 |
| **TOTAL** | **371.80** | **178,937.00** |