# EXHIBIT A

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Angelo, Gordon & Co. | 245 Park Avenue New York, NY 10167 | $23,000,000 of 10.125% Senior Notes due 2013<br><br>$140,689,000 of 10.75% Senior Notes due 2016<br><br>$28,000,000 of Floating Rate Notes due 2011 |
| CarVal Investors, LLC | 12700 Whitewater Dr. Minnetonka, MN 55343 | $22,612,000 of 10.125% Senior Notes due 2013<br><br>$47,478,000 of 10.75% Senior Notes due 2016<br><br>$52,000,000 of Floating Rate Notes due 2011<br><br>Approximately $700,000 of General Unsecured Claims Against NNI |
| Centerbridge Partners, L.P. | 375 Park Avenue 12th Floor New York, NY 10152 | $11,615,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$25,661,000 of 2.125% Senior Convertible Notes due 2014<br><br>$181,163,000 of 10.125% Senior Notes due 2013<br><br>$89,490,000 of 10.75% Senior Notes due 2016 |

---

\*   Each named member of the Bondholder Group either holds claims or acts as investment manager or advisor to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds.

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Franklin Mutual Advisers, LLC | 101 John F. Kennedy Parkway Short Hills, NJ 07078 | $78,224,000 of 1.75% Senior Convertible Notes due 2012<br><br>$4,561,000 of 2.125% Senior Convertible Notes due 2014<br><br>$45,000,000 of 10.125% Senior Notes due 2013<br><br>$20,500,000 of 10.75% Senior Notes due 2016<br><br>$20,912,000 of 6.875% Notes due 2023 |
| GoldenTree Asset Management | 300 Park Avenue 21st Fl New York, NY 10022 | $76,835,000 of 10.75% Senior Notes due 2016<br><br>$65,830,000 of Floating Rate Notes due 2011 |
| GS Investment Strategies, LLC | 200 West Street 34th Fl New York, NY 10282 | $203,300,000 of 1.75% Senior Convertible Notes due 2012<br><br>$74,130,000 of 2.125% Senior Convertible Notes due 2014<br><br>$25,000,000 of 10.125% Senior Notes due 2013<br><br>$22,000,000 of 10.75% Senior Notes due 2016<br><br>$46,200,000 of Floating Rate Notes due 2011 |
| King Street Capital Management, L.P. | 65 East 55th Street 30th Floor New York, NY 10022 | $14,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$6,300,000 of 2.125% of Senior Convertible Notes due 2014<br><br>$97,500,000 of Floating Rate Notes due 2011<br><br>$6,000,000 of 6.875% Notes due 2023 |

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Monarch Alternative Capital LP | 535 Madison Avenue<br>New York, NY 10022 | $51,889,000 of 10.125% Senior Notes due 2013<br><br>$16,377,000 of 10.75% Senior Notes due 2016<br><br>$56,056,000 of Floating Rate Notes due 2011<br><br>Approximately $479,000 of General Unsecured Claims Against NNI |
| Quantum Partners LP | 888 7th Avenue<br>32nd Floor<br>New York, NY 10106 | $81,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$130,123,000 of 2.125% Senior Convertible Notes due 2014<br><br>$50,255,000 of 10.75% Senior Notes due 2016<br><br>$114,075,000 of Floating Rate Notes due 2011 |
| Solus Alternative Asset Management L.P. | 430 Park Avenue<br>11th Floor<br>New York, NY 10022 | $2,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$5,734,000 of 2.125% Senior Convertible Notes due 2014<br><br>$20,300,000 of 10.75% Senior Notes due 2016<br><br>$89,608,000 of 7.875% Notes due 2026<br><br>Approximately $33,000,000 of General Unsecured Claims Against NNI |

| NAME* | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Tenor Capital Management | 1180 Avenue of the Americas Suite 1940 New York, NY 10036 | $38,527,000 of 1.75% Senior Convertible Notes due 2012<br><br>$13,484,000 of 2.125% Senior Convertible Notes due 2014<br><br>$2,000,000 of 10.125% Senior Notes due 2013<br><br>$123,500,000 of Floating Rate Notes due 2011 |

4