IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 10987 -11006 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
27th day of June, 2013

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2013

# EXHIBIT A

Case 09-10138-MFW    Doc 11038    Filed 06/27/13    Page 2 of 6

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALVAREZ, CARLOS
1401 GLEN ELLEN COURT
ALLEN, TX 75002

Please note that your claim # 3003 in the above referenced case and in the amount of $28,633.60 allowed at $31,851.08 has been transferred **(unless previously expunged by court order)** to:

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ALVAREZ, CARLOS
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10996 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/27/2013                                    David D. Bird, Clerk of Court

/s/ Kimberly Murray
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 27, 2013.

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 10:09:57                                    NORTEL NETWORKS INC.                                    PAGE: 1
DATE: 06/27/13                                      CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALVAREZ, CARLOS | 1401 GLEN ELLEN COURT ALLEN TX 75002 |
| BISHOP, HUNTER L. | 4668 MOUNTAIN CREEK DR ROSWELL GA 30075 |
| BRADSHAW, CHARLES W., JR. | 3319 MEADOW WOOD DRIVE RICHARDSON TX 75082 |
| CHEPREGI, TERRI A. | 1906 TIMBERCREEK DRIVE GARLAND TX 75042 |
| FAUROTE, JOSEPH H. | 1802 DREW LN RICHARDSON TX 75082-4822 |
| FISHER, NEIL R. | 4505 CRABTREE PINES LN. RALEIGH NC 27612 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ALVAREZ, CARLOS ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BISHOP, HUNTER L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BRADSHAW, CHARLES W., JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHEPREGI, TERRI A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FAUROTE, JOSEPH H. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FISHER, NEIL R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LANE, HENRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCRANEY, STEVEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NEUMEISTER JR., ROBERT M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REED, WILLIAM E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RENBARGER, STEVEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RENNIX, CLARISSA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SAIFULLAH, AKILA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCHWARTZ, SUSAN FOX ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SHANK, EDWARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TIN INC. D/B/A TEMPLE-INLAND ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TIN INC. D/B/A TEMPLE - INL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WALDICK, BRETT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WENDELL, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WEST, KENNETH LEON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WOODLIEF, DAVID W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| LANE, HENRY | 8920-103 LANGWOOD DRIVE RALEIGH NC 27613 |
| MCCRANEY, STEVEN | 106 TRELLINGWOOD DRIVE MORRISVILLE NC 27560 |
| NEUMEISTER JR., ROBERT M. | 2729 SILVER CLOUD DR. PARK CITY UT 84060 |
| NEUMEISTER, ROBERT M | 2729 SILVER CLOUD DR PARK CITY UT 84060 |
| REED, WILLIAM E. | 5199 JESSICA LANE COOKEVILLE TN 38506 |
| RENBARGER, STEVEN | 1421 SPENCER ST GRINNELL IA 50112 |
| RENNIX, CLARISSA | CLARISSA RENNIX 1240 EAST 80TH STREET 2ND FLOOR BROOKLYN NY 11236-4161 |
| SAIFULLAH, AKILA | 33 MILLET STREET DIX HILLS NY 11746 |
| SCHWARTZ, SUSAN FOX | 6726 SAWMILL ROAD DALLAS TX 75252 |
| SHANK, EDWARD | 1414 LINCOLN STREET BRYAN TX 77808 |
| TIN INC. D/B/A TEMPLE-INLAND | ATTN: LEGAL DEPT. - DANNY MCDONALD 1300 S. MOPAC, 3RD FLOOR AUSTIN TX 78746-6933 |
| TIN INC., D/B/A TEMPLE - INLAND | ATTN: LEGAL DEPT. - DANNY MCDONALD 1300 S MOPAC, 3RD FLOOR AUSTIN TX 78746-6933 |
| WALDICK, BRETT | 1101 SHELLEY RD RALEIGH NC 27609 |
| WENDELL, WILLIAM | 201 TALLEY RIDGE DR. HOLLY SPRINGS NC 27540 |
| WEST, KENNETH LEON | 9025 MEADOWKNOLL DR DALLAS TX 75243 |
| WOODLIEF, DAVID W. | 4141 SUMMER RIDGE CT. APEX NC 27539 |

Total Number of Records Printed        44