# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 3.3 | $2,865.00 |
| Fee and Employment Applications | 22.1 | $10,090.00 |
| Analysis of Canadian Law | 183.9 | $155,183.00 |
| Intercompany Analysis | 22.6 | $20,857.50 |
| Litigation | 175.7 | $144,746.50 |
| Canadian CCAA Proceedings/Matters | 309.6 | $181,825.50 |
| Claims Administration and Objections | 0.7 | $682.50 |
| U.S. Proceedings/Matters | 3.3 | $3,217.50 |
| **TOTAL** | 721.2 | $519,467.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 07/05/2013 | review and organization of accumulated court materials and counsel correspondence; | 0.6 | 585.00 | 11748092 |
| DeMarinis | Tony | 08/05/2013 | emails on work coordination; | 0.2 | 195.00 | 11750131 |
| DeMarinis | Tony | 15/05/2013 | internal discussion regarding planning, and review of counsel correspondence; | 0.7 | 682.50 | 11761366 |
| DeMarinis | Tony | 21/05/2013 | planning discussion and review of updated materials; | 0.9 | 877.50 | 11768240 |
| DeMarinis | Tony | 24/05/2013 | correspondence and planning on case requirements; | 0.4 | 390.00 | 11774890 |
| Su | Nan | 30/05/2013 | review and organize court filed documents; | 0.5 | 135.00 | 11783008 |

CLAIMS ADMINISTRATION AND OBJECTIONS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 14/05/2013 | review claims objection and related information; | 0.7 | 682.50 | 11759614 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/05/2013 | reviewing and revising April fee application; | 0.9 | 787.50 | 11740723 |
| DeMarinis | Tony | 07/05/2013 | review fee approval application materials; | 0.3 | 292.50 | 11748093 |
| Gray | William | 01/05/2013 | Work on fee application | 0.5 | 450.00 | 11737692 |
| Gray | William | 02/05/2013 | Review and revise fee application | 0.6 | 540.00 | 11739305 |
| Gray | William | 03/05/2013 | Work and file monthly fee application | 0.5 | 450.00 | 11743565 |
| Gray | William | 15/05/2013 | Work on monthly fee application | 0.4 | 360.00 | 11760055 |
| Gray | William | 22/05/2013 | Work on monthly fee application with N. Su | 0.4 | 360.00 | 11768854 |
| Gray | William | 29/05/2013 | Review monthly and quarterly fee application | 0.7 | 630.00 | 11782229 |
| Bauer | Alison D. | 02/05/2013 | Final review of fee app; | 0.2 | 155.00 | 11739866 |
| Bauer | Alison D. | 01/05/2013 | Composed email to T. DeMarinis, A. Gray and W. Gray re: Nortel Fee app (.1); composed email to A. Bernstein, A Buhr, A. DiPaolo, A. Gray and A. Pfleiderer (.1) | 0.2 | 155.00 | 11742389 |
| Bauer | Alison D. | 13/05/2013 | Attention to April fee app issues (.2); conference N. Su (.1) attention to quarterly fee app deadlines (1); | 0.4 | 310.00 | 11756766 |
| Bauer | Alison D. | 14/05/2013 | Confer with N. Su on fee app data while reviewing same; | 0.3 | 232.50 | 11758995 |
| Bauer | Alison D. | 17/05/2013 | Conference N. Su on quarterly fee app and on monthly fee apps; | 0.3 | 232.50 | 11763648 |
| Bauer | Alison D. | 22/05/2013 | Review fee app data with N. Su (.2); conference S.  Bomhof (.1); conference N. Su (.1); | 0.4 | 310.00 | 11769743 |
| Bauer | Alison D. | 28/05/2013 | Review final draft fee app (.2) and discuss with N. Su for filing (.1); | 0.3 | 232.50 | 11777244 |
| Bauer | Alison D. | 29/05/2013 | Edited document Torys Tenth Quarterly Fee Application (February 2013 - April 2013) (.3); confer with N. Su (.1); | 0.4 | 310.00 | 11781818 |
| Bauer | Alison D. | 30/05/2013 | Follow up on filing of monthly fee app (.1); review of quarterly fee app (.2); | 0.3 | 232.50 | 11782199 |
| Su | Nan | 01/05/2013 | compile the exhibits for the fee application (.1); discussions with J. Wong re same (.2); finalize the same for A. Bauer to review before ready for filing (.2); | 0.5 | 135.00 | 11738358 |
| Su | Nan | 02/05/2013 | finalize the fee application ready for filing (0.2); discussions with A. Bauer and W. Gray re same (0.2); review of court docket and retrieve filed fee application (0.4); | 0.8 | 216.00 | 11739953 |
| Su | Nan | 09/05/2013 | review and revise April times entries for all time keepers; | 0.8 | 216.00 | 11751457 |
| Su | Nan | 10/05/2013 | review and revise April time entries for all time keepers; | 2.8 | 756.00 | 11752889 |
| Su | Nan | 14/05/2013 | discussion with A. Bauer regarding time schedule to file monthly and quarterly fee applications(0.3) email to attorneys regarding April time entries (0.5); revise fee application data for all time keepers (1.2); | 2.0 | 540.00 | 11758752 |
| Su | Nan | 15/05/2013 | review and revise April fee application and prepare for filing; | 0.8 | 216.00 | 11760507 |
| Su | Nan | 17/05/2013 | update April fee application (0.8); email J. Wong re same (0.2); email fee application data to S. Bomhof, T. DeMarinis and A. Bauer for comments (0.2); confer with J. Chetri regarding changes (0.3); | 1.5 | 405.00 | 11764041 |
| Su | Nan | 21/05/2013 | revise and finalize April fee application (1.2); email J. Wong regarding same (0.3); work | 3.2 | 864.00 | 11767403 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Su | Nan | 22/05/2013 | on quarterly fee application (1.5); correspond with A. Bauer regarding the same (0.2); finalized fee application with additional changes from various attorneys (0.8); corresponding with A. Bauer and J. Wong regarding same (0.5); | 1.3 | 351.00 | 11769553 |
| Su | Nan | 23/05/2013 | email and review results regarding confirmation of no objections for March fee application; | 0.3 | 81.00 | 11771559 |
| Su | Nan | 30/05/2013 | review and finalize quarterly fee application (0.5); correspond with Morris Nichols and prepare for filing re same (0.5); | 1.0 | 270.00 | 11782858 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 20/05/2013 | exchange e-mails with H. Zelbo and Cleary team regarding allocation reply briefs and reviewing Nortel public filings for disclosure purposes; | 9.5 | 8,312.50 | 11766980 |
| Bomhof | Scott A. | 21/05/2013 | preparing materials for discovery requests/interogatories and telephone call with Cleary and Milbank with respect to same (3.0); reviewing court materials filed in CCAA proceedings regarding preparation of reply submissions (4.5); reviewing SEDAR filings of Nortel regarding reply submissions for allocation (1.0); | 8.5 | 7,437.50 | 11768938 |
| Bomhof | Scott A. | 22/05/2013 | Review public documents related to Nortel allocation disclosure/interrogatories and prepare materials for replies to Allocation Submissions (6.0); review interrogatories delivered by Canadian Debtors/Monitor, EMEA and creditors (1.4); | 7.4 | 6,475.00 | 11771087 |
| Bomhof | Scott A. | 23/05/2013 | reviewing allocation opening submissions and assisting in preparing reply brief (5.4); discussion with C. McCourt re same (.5); | 5.9 | 5,162.50 | 11773751 |
| Bomhof | Scott A. | 24/05/2013 | preparing materials for reply submissions and reviewing draft reply brief; | 2.5 | 2,187.50 | 11773761 |
| Bomhof | Scott A. | 27/05/2013 | reviewing and revising reply submissions on allocation (3.5); reviewing draft joinder and CCAA claims regarding EMEA and UK pension trustee (1.0); reviewing Nortel public filings for reply submissions (1.2); | 5.7 | 4,987.50 | 11777289 |
| Bomhof | Scott A. | 28/05/2013 | reviewing revised allocation reply submissions and providing comments on same (1.0); providing comments on Canadian materials for filing of reply submissions (.5); discussing allocation proceedings with M. Wunder of Dentons (.7); | 2.2 | 1,925.00 | 11777299 |
| Bomhof | Scott A. | 29/05/2013 | reviewing and revising reply submissions of U.S. debtors and assist in service of CCAA materials for reply (4.5); telephone call with Cleary regarding final comments on reply submissions (.3); various telephone calls with Goodmans, Dentons and Lax O'Sullivan regarding co-ordiantion of Canadian filings (.4); | 5.2 | 4,550.00 | 11783136 |
| Bomhof | Scott A. | 30/05/2013 | reviewing reply submissions for allocation proceeding (3.2); reviewing Monitor disallowance of EMEA claims and UK pension trustee claims and discussing joinder on disallowance with Cleary and Dentons (1.4); | 4.6 | 4,025.00 | 11784983 |
| Bomhof | Scott A. | 31/05/2013 | reviewing comments on protective order and reviewing protective order (1.1); reviewing compilation of interrogatories and consider meet and confer issues for June 6 (.6); | 1.7 | 1,487.50 | 11787382 |
| Bomhof | Scott A. | 30/05/2013 | meeting with M. Reynolds re discovery; | 0.4 | 350.00 | 11808810 |
| Gray | Andrew | 01/05/2013 | reviewing and discussing legal research materials (0.6); email regarding status of court proceedings (0.5); | 1.1 | 852.50 | 11738488 |
| Gray | Andrew | 03/05/2013 | reviewing decision of court (0.3); email communication and internal discussions on legal research issues (0.6); | 0.9 | 697.50 | 11744332 |
| Gray | Andrew | 08/05/2013 | working on court documents and legal research | 1.7 | 1,317.50 | 11750479 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | and discussing same; | | | |
| Gray | Andrew | 09/05/2013 | revising court documents; | 0.7 | 542.50 | 11752858 |
| Gray | Andrew | 10/05/2013 | revising court materials (0.8); reviewing materials regarding trial and discussion regarding same; | 2.9 | 2,247.50 | 11755182 |
| Gray | Andrew | 11/05/2013 | conference call with counsel and reviewing related e-mail and draft documents; | 2.8 | 2,170.00 | 11755187 |
| Gray | Andrew | 12/05/2013 | reviewing court materials and related e-mail correspondence; | 1.7 | 1,317.50 | 11755188 |
| Gray | Andrew | 07/05/2013 | telephone calls regarding pending court proceedings and reviewing court materials; | 2.4 | 1,860.00 | 11755965 |
| Gray | Andrew | 13/05/2013 | preparing court materials (0.3); discussions regarding litigation issues (0.6); | 0.9 | 697.50 | 11756930 |
| Gray | Andrew | 14/05/2013 | reviewing court filings and draft court materials (1.8); e-mail correspondence regarding court proceedings (0.3); | 2.1 | 1,627.50 | 11761528 |
| Gray | Andrew | 15/05/2013 | preparing for and attending at hearing (1.3); reviewing correspondence regarding litigation scheduling issues (0.8); reviewing legal research (0.6); reviewing court filings (0.9) | 3.6 | 2,790.00 | 11761531 |
| Gray | Andrew | 16/05/2013 | reviewing materials regarding appeal proceedings (0.6); reviewing allocation pleadings (1.3); | 1.9 | 1,472.50 | 11764612 |
| Gray | Andrew | 17/05/2013 | reviewing allocation pleadings (1.8); communications regarding allocation litigation (0.4); | 2.2 | 1,705.00 | 11764618 |
| Gray | Andrew | 20/05/2013 | reviewing allocation court materials (3.4); | 3.4 | 2,635.00 | 11767634 |
| Gray | Andrew | 21/05/2013 | reviewing allocation court materials (2.8); conference call and email regarding legal research and litigation matters (0.9); | 3.7 | 2,867.50 | 11770546 |
| Gray | Andrew | 22/05/2013 | reviewing appeal materials (1.2); reviewing allocation court materials and discussing same (0.8); conference call (0.3); | 2.3 | 1,782.50 | 11770553 |
| Gray | Andrew | 25/05/2013 | reviewing legal research (0.5); reviewing pleadings for allocation trial (0.8); | 1.3 | 1,007.50 | 11774241 |
| Gray | Andrew | 23/05/2013 | internal discussions with Scott Bomhof and others regarding litigation issues (0.9); reviewing legal memoranda and pleadings regarding allocation trial (1.3); | 2.2 | 1,705.00 | 11774650 |
| Gray | Andrew | 27/05/2013 | reviewing legal memoranda (0.9) and correspondence (0.3) relating to allocation; | 1.2 | 930.00 | 11776112 |
| Gray | Andrew | 31/05/2013 | drafting court documents (2.4); reviewing court materials (0.9); | 3.3 | 2,557.50 | 11785167 |
| Gray | Andrew | 30/05/2013 | reviewing litigation materials (0.6); correspondence regarding Canadian court proceedings (0.3); | 0.9 | 697.50 | 11785181 |
| Gray | Andrew | 29/05/2013 | reviewing and revising court documents regarding allocation dispute; | 1.7 | 1,317.50 | 11785209 |
| Slavens | Adam | 17/05/2013 | reviewing filed allocation position submissions of core parties; | 1.5 | 960.00 | 11766363 |
| Slavens | Adam | 20/05/2013 | reviewing Canadian public disclosure re allocation positions; | 2.5 | 1,600.00 | 11766369 |
| Slavens | Adam | 21/05/2013 | meeting with review team re review of CCAA case court documents; | 0.7 | 448.00 | 11768405 |
| Slavens | Adam | 21/05/2013 | meeting with research team re research on allocation position replies; | 0.5 | 320.00 | 11768406 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|------------|------|-------------|-------|-------|--------|
| Slavens | Adam | 21/05/2013 | reviewing and commenting on templates for discovery (1.0); conference call with Cleary, Milbank and Akin re same (0.7); | 1.7 | 1,088.00 | 11768419 |
| Slavens | Adam | 22/05/2013 | reviewing CCAA case court filings re allocation position replies (7.0); preparing reporting email to K. Wilson-Milne re same (1.0); | 8.0 | 5,120.00 | 11770468 |
| Slavens | Adam | 22/05/2013 | reviewing and commenting on templates for discovery (0.5); email correspondence with S. Bomhof, A. Gray and A. Cordo re same (0.4); | 0.9 | 576.00 | 11770480 |
| Slavens | Adam | 24/05/2013 | reviewing CCAA case court filings and findings of review team re same (1.8); meeting with K. Armitage re: same (0.2); preparing reporting chart and email correspondence re same (0.5); | 2.5 | 1,600.00 | 11774887 |
| Slavens | Adam | 24/05/2013 | reviewing and commenting on draft allocation submission reply; | 1.2 | 768.00 | 11774906 |
| Slavens | Adam | 23/05/2013 | reviewing CCAA case court filings re allocation position replies and findings of review team re same; | 4.5 | 2,880.00 | 11774916 |
| Slavens | Adam | 27/05/2013 | reviewing and commenting on revised draft allocation submission reply; | 2.0 | 1,280.00 | 11776804 |
| Slavens | Adam | 29/05/2013 | finalizing allocation response and coordinating service of same; | 3.0 | 1,920.00 | 11781850 |
| Slavens | Adam | 30/05/2013 | reviewing core parties' responses to allocation position submissions; | 3.5 | 2,240.00 | 11783023 |
| Reynolds | Molly | 30/05/2013 | meeting with S. Bomhof (.4), reviewing emails re interrogatories (.3); | 0.7 | 357.00 | 11782800 |
| Gotowiec | James | 02/05/2013 | research for case; | 0.6 | 249.00 | 11739215 |
| Gotowiec | James | 21/05/2013 | meeting with S. Bomhof, T. DeMarinis, A. Slavens, T. Yeo, J. Cameron, C. McCourt, and A. Gray regarding research for case (0.5); meeting with T. Yeo and J. Cameron regarding research for case (0.4); research for case (0.2); | 1.1 | 456.50 | 11766324 |
| Block | Sheila R. | 17/05/2013 | preparation (3.0) and meeting with U.S. counsel (Cleary) (3.0); | 6.0 | 5,970.00 | 11765452 |
| Block | Sheila R. | 21/05/2013 | office conference with S. Bomhof and C. McCourt; | 1.2 | 1,194.00 | 11768478 |
| DeMarinis | Tony | 01/05/2013 | reading proposed revisions to confidentiality stipulation, correspondence on same, and materials relating to appeal; | 0.9 | 877.50 | 11738857 |
| DeMarinis | Tony | 02/05/2013 | reviewing litigation procedural matters in connection with allocation; | 1.3 | 1,267.50 | 11740862 |
| DeMarinis | Tony | 03/05/2013 | review served endorsement, approved allocation protocol and correspondence on same, and accumulated materials and correspondence on litigation process; | 1.4 | 1,365.00 | 11742822 |
| DeMarinis | Tony | 06/05/2013 | internal discussion and review regarding U.S. motion on automatic stay, timeline, appeal, and related matters; | 1.4 | 1,365.00 | 11744904 |
| DeMarinis | Tony | 10/05/2013 | correspondence, review and consideration of various matters relating to litigation process and timeline including drafts of stipulation, protective order, final allocation protocol order, timetable circulated by Monitor, and counsel comments and correspondence; | 4.5 | 4,387.50 | 11755793 |
| DeMarinis | Tony | 17/05/2013 | review of compendium of submissions on | 2.0 | 1,950.00 | 11766187 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 21/05/2013 | allocation methodology; conference call with co-counsel and UCC/bondholder counsel on discovery requests, internal discussions and reviews on same, and consideration of representative roles and related issues; | 2.7 | 2,632.50 | 11768236 |
| DeMarinis | Tony | 22/05/2013 | correspondence on scheduling and planning, and review and consideration of multi-party discovery; | 3.2 | 3,120.00 | 11770382 |
| DeMarinis | Tony | 23/05/2013 | counsel correspondence on scheduling, planning, and consideration of timeline (1.6); review and assessment of core parties' submissions and arguments (2.5); | 4.1 | 3,997.50 | 11772601 |
| DeMarinis | Tony | 24/05/2013 | work relating to reply submission and associated legal issues, correspondence and discussions; | 2.8 | 2,730.00 | 11774886 |
| DeMarinis | Tony | 28/05/2013 | consideration of discovery process and party requests, and planning regarding same; | 2.0 | 1,950.00 | 11779678 |
| DeMarinis | Tony | 29/05/2013 | review and correspondence regarding litigation response, and reading and analysis of response materials of other parties; | 3.7 | 3,607.50 | 11781585 |
| DeMarinis | Tony | 31/05/2013 | review of proposed consolidated discovery request and related correspondence (0.6); consideration of individual discovery requests of all core parties (1.3); review of publicly available materials and related information (1.8); correspondence and scheduling consideration (0.4); | 4.1 | 3,997.50 | 11786207 |
| Bauer | Alison D. | 07/05/2013 | Conference W. Gray and S. Bomhof on appeals issue; | 0.2 | 155.00 | 11747223 |
| Bauer | Alison D. | 16/05/2013 | Attention to court order (.2); conference L. Schweitzer (.1); | 0.3 | 232.50 | 11763642 |
| Bauer | Alison D. | 21/05/2013 | Review fee app data (.3); emails to and from S. Bomhof and T. DeMarinis (.2); | 0.5 | 387.50 | 11767209 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/05/2013 | research regarding Canadian legal issues; | 2.0 | 1,750.00 | 11740722 |
| Bomhof | Scott A. | 06/05/2013 | research regarding Canadian legal issues; | 1.6 | 1,400.00 | 11745241 |
| Bomhof | Scott A. | 08/05/2013 | Research regarding canadian legal issues: | 1.0 | 875.00 | 11748999 |
| Bomhof | Scott A. | 09/05/2013 | research regarding Canadian legal issues; | 2.5 | 2,187.50 | 11755609 |
| Bomhof | Scott A. | 14/05/2013 | research regarding Canadian legal issues; | 1.5 | 1,312.50 | 11760092 |
| Bomhof | Scott A. | 15/05/2013 | Research regarding Canadian legal issues; | 1.4 | 1,225.00 | 11761930 |
| Bomhof | Scott A. | 16/05/2013 | research regarding Canadian legal issues regarding valuation; | 2.5 | 2,187.50 | 11765286 |
| Bomhof | Scott A. | 20/05/2013 | research regarding Canadian legal issues; | 2.5 | 2,187.50 | 11766981 |
| Bomhof | Scott A. | 21/05/2013 | meeting with C. McCourt and S. Block to discuss MRDA and patent law issues (1.2); reviewing Canadian law related to patents (2.0); | 3.2 | 2,800.00 | 11768939 |
| Bomhof | Scott A. | 22/05/2013 | Research regarding Canadian Legal issues related to allocation (1.3); discussion with W. Gray re same (.7); | 2.0 | 1,750.00 | 11771089 |
| Bomhof | Scott A. | 23/05/2013 | research regarding Canadian legal research regarding valuation and allocation issues; | 3.0 | 2,625.00 | 11773754 |
| Bomhof | Scott A. | 24/05/2013 | research regarding Canadian legal issues; | 2.0 | 1,750.00 | 11773759 |
| Bomhof | Scott A. | 27/05/2013 | research regarding Canadian legal issues related to allocation and valuation; | 1.4 | 1,225.00 | 11777291 |
| Bomhof | Scott A. | 21/05/2013 | meeting with S. Bomhof, J. Cameron, A. Gray, J. Gotowiec, A. Slavens and T. Yeo regarding research for case; | 0.5 | 437.50 | 11808812 |
| Yeo | Thomas | 01/05/2013 | call with J. Cameron re: research for case (0.5); meeting with .J. Cameron and J. Gotowiec re: research for case (0.2); conference call with J. Cameron, J. Gotowiec and D. Steele re: research for case (0.3); research for case (1.1); reviewing e-mails from J. Cameron, A. Gray and S. Bomhof re: research for case (0.2); | 2.3 | 1,782.50 | 11738839 |
| Yeo | Thomas | 02/05/2013 | research for case; | 1.6 | 1,240.00 | 11740876 |
| Yeo | Thomas | 03/05/2013 | research for case (0.2); meeting with J. Cameron and J. Gotowiec (0.4); | 0.6 | 465.00 | 11747865 |
| Yeo | Thomas | 09/05/2013 | research for case; | 1.4 | 1,085.00 | 11752680 |
| Yeo | Thomas | 13/05/2013 | reading e-mail from J. Cameron and responding to same re: research for case; | 0.1 | 77.50 | 11757564 |
| Yeo | Thomas | 16/05/2013 | e-mails from A. Slavens re: allocation position filings (0.1); call from A. Slavens re: allocation position filings (0.1); reviewing allocation position filings (0.6); | 0.8 | 620.00 | 11763994 |
| Yeo | Thomas | 17/05/2013 | reviewing submissions on allocation; | 3.2 | 2,480.00 | 11766383 |
| Yeo | Thomas | 20/05/2013 | reviewing allocation submissions (1.9); meeting with S. Bomhof, T. DeMarinis, J. Cameron, A. Gray, J. Gotowiec, A. Slavens and C. McCourt re: research for case (0.9); research for case (1.1); | 3.9 | 3,022.50 | 11767748 |
| Yeo | Thomas | 21/05/2013 | research for case (5.7); meeting with J. Cameron and J. Gotowiec re: research for case (0.4); | 6.1 | 4,727.50 | 11770052 |
| Yeo | Thomas | 23/05/2013 | research for case (5.3); meeting with J. Cameron re: research for case (0.3); | 5.6 | 4,340.00 | 11772983 |
| Yeo | Thomas | 24/05/2013 | research for case and drafting memo re: same; | 5.7 | 4,417.50 | 11774985 |
| Yeo | Thomas | 22/05/2013 | meeting with J. Cameron and J. Gotowiec regarding research for case; | 0.5 | 387.50 | 11808811 |
| McCourt | Conor | 21/05/2013 | meeting with S. Block and S. Bomhof regarding | 5.9 | 5,782.00 | 11766683 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | patent and patent licensing issues (0.8); considering license issues (4.6); meeting with S. Bomhof, J. Cameron, A. Gray, T. DeMarinis, T. Yeo and A. Slavens for update/status (0.5); | | | |
| McCourt | Conor | 22/05/2013 | continuing review of documentation as it relates to allocation issues; commencing memorandum to S. Bomhof and S. Block (7.2); | 7.2 | 7,056.00 | 11769223 |
| McCourt | Conor | 23/05/2013 | completing draft memorandum to S. Bomhof and S. Block regarding allocation issues (3.2); discussions with S. Bomhof (0.5); amendments to draft memorandum (0.5); | 4.2 | 4,116.00 | 11770815 |
| McCourt | Conor | 24/05/2013 | completing review of all relevant documentation, amending draft memorandum on licensing issues and e-mail to S. Bomhof (4.8); considering draft reply of U.S. Debtors (1.9); | 6.7 | 6,566.00 | 11773319 |
| McCourt | Conor | 27/05/2013 | completing review of draft reply of U.S. Interests including amendments made in second version and conveying comments to S. Bomhof; | 3.2 | 3,136.00 | 11775508 |
| McCourt | Conor | 29/05/2013 | considering memorandum on license issues (1.5); | 1.5 | 1,470.00 | 11780481 |
| McCourt | Conor | 30/05/2013 | completing consideration of memorandum on licensing issues (0.4); considering U.S. Interests' Response on allocation issues (2.2); | 2.6 | 2,548.00 | 11782300 |
| Slavens | Adam | 01/05/2013 | email correspondence with J. Cameron, S. Bomhof and A. Gray re Canadian legal research for case (0.2); telephone call with J. Cameron re same (0.1); | 0.3 | 192.00 | 11739020 |
| Slavens | Adam | 08/05/2013 | conducting Canadian legal research for case; | 3.7 | 2,368.00 | 11750441 |
| Slavens | Adam | 09/05/2013 | conducting Canadian legal research for case; | 1.6 | 1,024.00 | 11751444 |
| Slavens | Adam | 15/05/2013 | conducting Canadian legal research for case; | 1.8 | 1,152.00 | 11761488 |
| Slavens | Adam | 16/05/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11763841 |
| Slavens | Adam | 17/05/2013 | conducting Canadian legal research for case; | 3.0 | 1,920.00 | 11766362 |
| Slavens | Adam | 18/05/2013 | email correspondence with S. Bomhof, A. Gray and Cleary re Canadian legal research for case; | 0.4 | 256.00 | 11766366 |
| Slavens | Adam | 19/05/2013 | email correspondence with S. Bomhof, A. Gray and Cleary re Canadian legal research for case; | 0.5 | 320.00 | 11766367 |
| Slavens | Adam | 20/05/2013 | email correspondence with S. Bomhof, A. Gray and Cleary re Canadian legal research for case; | 0.5 | 320.00 | 11766368 |
| Slavens | Adam | 21/05/2013 | conducting Canadian legal research for case; | 5.0 | 3,200.00 | 11768414 |
| Slavens | Adam | 24/05/2013 | conducting Canadian legal research for case; | 0.6 | 384.00 | 11774900 |
| Slavens | Adam | 23/05/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11774913 |
| Slavens | Adam | 25/05/2013 | reviewing draft memorandum on Canadian law issues (0.5); email correspondence with Cleary re same (0.1); | 0.6 | 384.00 | 11774920 |
| Slavens | Adam | 27/05/2013 | conducting Canadian legal research; | 3.0 | 1,920.00 | 11776809 |
| Slavens | Adam | 28/05/2013 | conducting Canadian legal research; | 2.5 | 1,600.00 | 11779921 |
| Atkey | Matthew | 02/05/2013 | supplementary research regarding various Canadian law issues; | 1.7 | 1,003.00 | 11741248 |
| Atkey | Matthew | 13/05/2013 | update to memo regarding various Canadian law issues; | 0.9 | 531.00 | 11756655 |
| Atkey | Matthew | 14/05/2013 | further update to memo regarding various Canadian law issues; | 1.2 | 708.00 | 11758867 |
| Atkey | Matthew | 26/05/2013 | updating memo re various Canadian law issues; | 0.5 | 295.00 | 11774536 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Atkey | Matthew | 27/05/2013 | updating memo re various Canadian law issues; | 0.5 | 295.00 | 11776939 |
| Atkey | Matthew | 28/05/2013 | further updating memo re various Canadian law issues; | 2.3 | 1,357.00 | 11778826 |
| Gotowiec | James | 01/05/2013 | meeting with J. Cameron, T. Yeo, and D. Steele regarding research for case (0.3); reviewing emails between A. Gray, S. Bomhof, and J. Cameron regarding additional research tasks (0.2); | 0.5 | 207.50 | 11738245 |
| Gotowiec | James | 03/05/2013 | meeting with J. Cameron and T. Yeo regarding status of research (0.3); research for case (0.4); | 0.7 | 290.50 | 11740181 |
| Gotowiec | James | 08/05/2013 | email to J. Cameron, T. Yeo, and A. Gray regarding research (0.1); research for case (0.9); | 1.0 | 415.00 | 11747566 |
| Gotowiec | James | 22/05/2013 | research for case (0.8); meeting with J. Cameron and T. Yeo regarding research for case (0.5); | 1.3 | 539.50 | 11768009 |
| Gotowiec | James | 23/05/2013 | research for case; | 2.2 | 913.00 | 11770585 |
| Gotowiec | James | 24/05/2013 | research for case (0.6); summarizing research into note for J. Cameron (0.3); | 0.9 | 373.50 | 11771885 |
| Cameron | John | 01/05/2013 | review materials and other research (1.3) discussion with T. Yeo about legal research (0.5); discussion with T. Yeo, D. Steele and J. Gotowiec about research (0.3); follow up those discussions to provide updates to team (0.2); | 2.3 | 2,288.50 | 11738110 |
| Cameron | John | 03/05/2013 | discussion with T. Yeo and J. Gotowiec about research (0.5); further consideration of Canadian research and arguments based on documents; | 2.0 | 1,990.00 | 11741027 |
| Cameron | John | 17/05/2013 | review and consider allocation briefs; | 2.0 | 1,990.00 | 11763616 |
| Cameron | John | 21/05/2013 | research for case (2.0); conference with Torys team about legal issues, and follow up with T. Yeo and J. Gotowiec (1.0); | 3.0 | 2,985.00 | 11767346 |
| Cameron | John | 22/05/2013 | discussion with T. Yeo and J. Gotowiec about Canadian legal analysis; | 0.5 | 497.50 | 11769688 |
| Cameron | John | 23/05/2013 | consider Canadian law and prepare memorandum (4.2); meeting with T. Yeo re research (.3); | 4.5 | 4,477.50 | 11771485 |
| Cameron | John | 24/05/2013 | consider further legal issues raised in allocation briefs and revise draft memorandum; | 6.0 | 5,970.00 | 11772640 |
| Cameron | John | 25/05/2013 | analysis of Canadian legal issues and report by memorandum; | 3.0 | 2,985.00 | 11773262 |
| DeMarinis | Tony | 08/05/2013 | legal review of procedural matters for inter-company issues; | 2.0 | 1,950.00 | 11750130 |
| DeMarinis | Tony | 09/05/2013 | research on case; | 0.8 | 780.00 | 11752579 |
| DeMarinis | Tony | 13/05/2013 | research review regarding litigation process parties; | 1.5 | 1,462.50 | 11757417 |
| DeMarinis | Tony | 14/05/2013 | consideration of matters relating to core parties in litigation process; | 0.9 | 877.50 | 11759617 |
| DeMarinis | Tony | 15/05/2013 | consideration of issues on case; | 1.3 | 1,267.50 | 11761367 |
| DeMarinis | Tony | 16/05/2013 | issues review in relation to allocation submissions; | 1.0 | 975.00 | 11762364 |
| DeMarinis | Tony | 21/05/2013 | internal meeting on case research (0.5); review and consideration of research content (1.3) | 1.8 | 1,755.00 | 11768238 |
| DeMarinis | Tony | 22/05/2013 | analysis of Canadian law on case; | 2.5 | 2,437.50 | 11770389 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 23/05/2013 | internal meeting, review and consideration of research findings and report (1.3); research on Canadian legal issues (1.8); | 3.1 | 3,022.50 | 11772599 |
| DeMarinis | Tony | 24/05/2013 | research on case - review research findings and reports, discussion with A. Slavens, reading materials, and related analysis; | 3.5 | 3,412.50 | 11774888 |
| DeMarinis | Tony | 27/05/2013 | analysis of core parties' submissions, replies and legal arguments; | 4.5 | 4,387.50 | 11776598 |
| DeMarinis | Tony | 28/05/2013 | analysis and research on case; | 2.5 | 2,437.50 | 11779674 |
| DeMarinis | Tony | 29/05/2013 | read research reports; | 0.7 | 682.50 | 11781604 |
| DeMarinis | Tony | 31/05/2013 | review and analysis of Canadian research on case (2.0); reading accumulated research memos and reports (0.8); | 2.8 | 2,730.00 | 11786208 |
| Steele | David | 01/05/2013 | meeting with J. Cameron, T. Yeo and J. Gotowiec regarding research for case; | 0.3 | 262.50 | 11808809 |

TERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/05/2013 | review submissions and prior materials exchanged by parties; | 1.6 | 1,560.00 | 11740866 |
| DeMarinis | Tony | 07/05/2013 | review of research on case; | 1.4 | 1,365.00 | 11748094 |
| DeMarinis | Tony | 09/05/2013 | reading historic inter-company information; | 1.4 | 1,365.00 | 11752587 |
| DeMarinis | Tony | 17/05/2013 | review financial statement information; | 0.8 | 780.00 | 11766200 |
| DeMarinis | Tony | 28/05/2013 | reading organizational materials and documents; | 1.7 | 1,657.50 | 11779675 |
| Gray | William | 01/05/2013 | Review appeal issues in Canadian proceedings | 0.7 | 630.00 | 11737693 |
| Gray | William | 02/05/2013 | Work on application issues | 1.2 | 1,080.00 | 11739307 |
| Gray | William | 03/05/2013 | Work on allocation issues (.3); Review appeal issues (.5) | 0.8 | 720.00 | 11743566 |
| Gray | William | 07/05/2013 | Review appeal decision (.4); conference with S. Bomhof and A. Bauer regarding same (.2); review allocation issues and trial schedule (0.7); | 1.3 | 1,170.00 | 11745504 |
| Gray | William | 10/05/2013 | Work on allocation issues | 1.3 | 1,170.00 | 11754752 |
| Gray | William | 14/05/2013 | Work on allocation issues | 0.8 | 720.00 | 11758008 |
| Gray | William | 15/05/2013 | Review court arguments (.6); work on allocation issues (.7) | 1.3 | 1,170.00 | 11760054 |
| Gray | William | 16/05/2013 | Conference call with S. Bomhof regarding case law developments (.3); review litigation strategy and pre-trial order (.9) | 1.2 | 1,080.00 | 11761943 |
| Gray | William | 17/05/2013 | Work on allocation issues | 1.7 | 1,530.00 | 11765704 |
| Gray | William | 20/05/2013 | Work on allocation issues | 1.4 | 1,260.00 | 11765707 |
| Gray | William | 21/05/2013 | Work on allocation issues | 1.9 | 1,710.00 | 11766779 |
| Gray | William | 22/05/2013 | Work on allocation issues and conference S. Bomhof re same | 0.7 | 630.00 | 11768855 |
| Gray | William | 29/05/2013 | Review allocation issues | 0.6 | 540.00 | 11782226 |
| Gray | William | 31/05/2013 | Work on allocation issues | 0.8 | 720.00 | 11786078 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 01/05/2013 | follow up on US hearing on motion to lift stay pending appeal (.6); revising opening submissions on allocation hearing (1.6); office conference with A. Slavens re same (.1); reviewing materials related to EMEA motion for expedited hearing on leave to appeal (.3); | 2.6 | 2,275.00 | 11740719 |
| Bomhof | Scott A. | 02/05/2013 | exchange e-mails with Cleary and Dentons regarding US appeal issues and filing of opening submissions on allocation; | 0.4 | 350.00 | 11740731 |
| Bomhof | Scott A. | 03/05/2013 | reviewing allocation opening submissions (.6); reviewing endorsement of Justice Morawetz regarding allocation hearing scheduling motion and discussing same with Cleary (1.3); reviewing letter from Justice Morawetz regarding allocation protocol and discussing same with Cleary (.4); telephone call with FMC Dentons regarding EMEA appeal issues and telephone call with EMEA counsel regarding appeal (1.4); | 3.7 | 3,237.50 | 11741685 |
| Bomhof | Scott A. | 05/05/2013 | reviewing rulings of Justice Morawetz regarding allocation protocol and scheduling/discovery plan and follow up on issues related to discovery; | 0.9 | 787.50 | 11743528 |
| Bomhof | Scott A. | 06/05/2013 | follow up on US motion to lift stay and trial scheduling issues (.4); reviewing CCAA materials for opening submissions on allocation (1.0); | 1.4 | 1,225.00 | 11745240 |
| Bomhof | Scott A. | 07/05/2013 | Review ruling of Judge Gross on stay of proceedings and discuss same with Dentons and Cleary (1.2); review EMEA motion to expedite appeal and discuss same with Dentons, A. Bauer and W. Gray and prepare reply materials (1.8); telephone call with Cleary and A. Slavens to discuss litigation schedule and allocation submissions (1.0); | 4.0 | 3,500.00 | 11748982 |
| Bomhof | Scott A. | 08/05/2013 | Prepare reply materials to EMEA motion to expedite and combine leave to appeal and appeal and discuss same with Bennett Jones, Goodmans, Gowlings and Dentons (2.9); review Canadian cases on valuation and prepare summary for Clearys (1.5); | 4.4 | 3,850.00 | 11748997 |
| Bomhof | Scott A. | 10/05/2013 | Review emails from Core Parties and participate in call to discuss litigation schedule (1.5); Review issues related to litigation schedule and discovery plan (0.4); | 1.9 | 1,662.50 | 11754809 |
| Bomhof | Scott A. | 11/05/2013 | telephone call with G. Finlayson (Bennett Jones) regarding allocation submissions (0.5); participate in call with Core Parties regarding litigation schedule (1.3); review Monitor's proposed schedule and various calls with Clearys to discuss same (1.2); | 2.8 | 2,450.00 | 11754815 |
| Bomhof | Scott A. | 12/05/2013 | Review and provide comments on US Debtors emergency motion for relief related to litigation schedule and discovery plan and telephone call with Cleary to discuss same | 6.9 | 6,037.50 | 11754818 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | (2.5): prepare CCAA filing materials for emergency joint motion on litigation schedule and discuss May 13 CCAA motion with M. Wunder of Dentons (2.9); serve CCAA service list with notice of filing of NNI's Emergency Joint Motion regarding litigation schedule (1.0); review email from R. Schwill (Davies) regarding EMEA Debtor's position on litigation schedule (.3); | | | |
| Bomhof | Scott A. | 09/05/2013 | reviewing issues related to litigation schedule and discuss same with Goodmans (1.0); prepare reply factum for EMEA motion seeking to expedite leave to appeal, have appeal heard concurrently with leave motion and have both heard orally (2.5); | 3.5 | 3,062.50 | 11755606 |
| Bomhof | Scott A. | 13/05/2013 | various telephone calls with Cleary to settle emergency joint regarding litigation timetable and opening submissions and finalize and serve CCAA notice of emergency motion (2.0); attend motion on litigation schedule before Justice Morawetz (2.1); various telephone calls with Goodmans, Dentons and Cleary regarding joint hearing on litigation schedule for May 15 (1.2); preparing materials for May 15 CCAA only hearing and joint hearing with US Court (1.7); prepare for Court of Appeal motion regarding EMEA motion to expedite appeal (1.5); reviewing Goodmans e-mail enclosing revised litigation schedule and discovery plan and discussing same with Cleary (1.9); | 10.4 | 9,100.00 | 11756229 |
| Bomhof | Scott A. | 14/05/2013 | preparing materials for May 15 motions regarding litigation schedule and discovery plan and various telephone calls with Clearys and Goodmans with respect to same (5.0); filing materials with Canadian Court for May 15 motions and preparing for hearing (2.0); reviewing protective order for document disclosure and providing comments on same (.8); telephone call with counsel for EMEA and telephone call with counsel for UK Pension Trustee regarding settlement of litigation timetable and discovery plan (1.0); | 8.8 | 7,700.00 | 11760089 |
| Bomhof | Scott A. | 15/05/2013 | Prepare for and attend 8:30 Chambers motion before Justice Morawetz regarding update on status of timetable and discovery plan and protective order (3.5); various telephone calls with Cleary and counsel for EMEA, UK Pension Trustee and Monitor regarding joint hearing on timetable and discovery plan (2.2); review US filings for joint hearing and discuss same with Cleary (1.5): attend joint hearing before Justice Morawetz and Judge Gross regarding Litigation schedule and discovery plan (1.2); review and provide comments on Opening Submissions for allocation hearing (0.5); | 9.0 | 7,875.00 | 11761932 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 16/05/2013 | various telephone calls with Goodmans and counsel to CCC and UK Pension Trustee regarding interim protective order (1.5); preparing for and attending Chambers motion before Mr. Justice Morawetz regarding protective order (2.0); telephone call with M. Decker and reviewing various drafts of interim protective order (1.2); reviewing submissions of CCC and UK Pension Trustee on final form of protective order (.9); reviewing opening submissions filed for allocation hearing (3.0); | 7.4 | 6,475.00 | 11765285 |
| Bomhof | Scott A. | 17/05/2013 | reviewing allocation submissions and prepare for meeting with J. Bromley, L. Schweitzer, H. Zelbo and J. Rosenthal (3.0); meeting with J. Bromley, L. Schweitzer, H. Zelbo and J. Rosenthal and S. Block to discuss allocation litigation (3.0); | 6.0 | 5,250.00 | 11766160 |
| Bomhof | Scott A. | 29/05/2013 | prepare materials for EMEA leave to appeal motion related to allocation protocol and reviewing recent case law on joint hearings; | 2.5 | 2,187.50 | 11783137 |
| Bomhof | Scott A. | 30/05/2013 | prepare EMEA leave to appeal reply factum and reviewing EMEA's materials for leave to appeal; | 3.0 | 2,625.00 | 11784984 |
| Bomhof | Scott A. | 31/05/2013 | reviewing and revising U.S. debtors' reply factum regarding EMEA application for leave to appeal allocation protocol order; | 2.0 | 1,750.00 | 11787380 |
| Slavens | Adam | 01/05/2013 | reviewing CCAA case court materials; email correspondence with Cleary re same; | 2.3 | 1,472.00 | 11739011 |
| Slavens | Adam | 01/05/2013 | reviewing and commenting on opening submission (2.5); email correspondence with Cleary re same (0.2); office conference with S. Bomhof re same (0.1); | 2.8 | 1,792.00 | 11739016 |
| Slavens | Adam | 01/05/2013 | email correspondence with Dentons, S. Bomhof and A. Gray re EMEA appeal matters; | 0.2 | 128.00 | 11739018 |
| Slavens | Adam | 02/05/2013 | email correspondence with Cleary re litigation timetable and discovery plan (0.2); reviewing CCAA case court materials (0.7); email correspondence with Cleary re same (0.2); | 1.1 | 704.00 | 11741028 |
| Slavens | Adam | 03/05/2013 | reviewing endorsement re litigation timetable and discovery plan (0.4); email correspondence with S. Bomhof and Cleary re same (0.5); reviewing CCAA case court materials (1.0); | 1.9 | 1,216.00 | 11741129 |
| Slavens | Adam | 06/05/2013 | drafting factum re court of appeal motion for directions (3.0); conducting research re same (3.0); | 6.0 | 3,840.00 | 11745007 |
| Slavens | Adam | 07/05/2013 | drafting factum re court of appeal motion for directions (1.8); conference call with Dentons re same (0.4); | 2.2 | 1,408.00 | 11748243 |
| Slavens | Adam | 07/05/2013 | conference call with Cleary and S. Bomhof re allocation matters; | 0.4 | 256.00 | 11748244 |
| Slavens | Adam | 07/05/2013 | preparing CCAA court documents re opening submission on allocation position; | 4.0 | 2,560.00 | 11748245 |
| Slavens | Adam | 08/05/2013 | reviewing CCAA case court documents (2.0); email correspondence and telephone call with Cleary re same (0.3); | 2.3 | 1,472.00 | 11750439 |
| Slavens | Adam | 08/05/2013 | preparing CCAA court documents re opening submission on allocation position; | 2.5 | 1,600.00 | 11750447 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 08/05/2013 | telephone calls and email correspondence with Goodmans and Dentons re appeal matters; | 0.7 | 448.00 | 11750453 |
| Slavens | Adam | 09/05/2013 | preparing CCAA court documents re opening submission on allocation position; | 3.0 | 1,920.00 | 11751442 |
| Slavens | Adam | 09/05/2013 | preparing court documents re court of appeal motion for directions; | 4.2 | 2,688.00 | 11751445 |
| Slavens | Adam | 10/05/2013 | telephone call with J. Stam re court of appeal motion; | 0.2 | 128.00 | 11755621 |
| Slavens | Adam | 12/05/2013 | conference call re Chapter 11 and CCAA court filings; | 0.5 | 320.00 | 11755820 |
| Slavens | Adam | 12/05/2013 | monitoring chapter 11 case docket and preparing for service of CCAA court materials; | 6.0 | 3,840.00 | 11755824 |
| Slavens | Adam | 10/05/2013 | reviewing CCAA case court materials; | 1.5 | 960.00 | 11755826 |
| Slavens | Adam | 13/05/2013 | finalizing factum, brief of authorities and motion record re court of appeal motion returnable May 14, 2013 (3.0); coordinating service and filing of same (1.0). | 4.0 | 2,560.00 | 11757615 |
| Slavens | Adam | 13/05/2013 | reviewing CCAA case court documents; | 1.4 | 896.00 | 11757616 |
| Slavens | Adam | 13/05/2013 | preparing for court of appeal motion returnable May 14, 2013; | 1.5 | 960.00 | 11757618 |
| Slavens | Adam | 14/05/2013 | finalizing CCAA case court documents and coordinating service and filing of same; | 3.7 | 2,368.00 | 11759773 |
| Slavens | Adam | 14/05/2013 | attending court of appeal motion returnable May 14, 2013 (2.5); preparing for same (1.0); telephone calls and email correspondence re same (0.3); | 3.8 | 2,432.00 | 11759776 |
| Slavens | Adam | 15/05/2013 | preparing case materials for Morawetz J. re motion returnable May 15, 2013; | 1.3 | 832.00 | 11761483 |
| Slavens | Adam | 15/05/2013 | participating in telephonic cross-border hearing returnable on May 15, 2013; | 1.1 | 704.00 | 11761484 |
| Slavens | Adam | 15/05/2013 | attending 8:30 a.m. chambers appointment before Morawetz J. (2.5); preparing for same (1.0); | 3.5 | 2,240.00 | 11761485 |
| Slavens | Adam | 15/05/2013 | preparing CCAA case court documents; | 0.7 | 448.00 | 11761487 |
| Slavens | Adam | 15/05/2013 | reviewing and commenting on allocation position submission; | 1.5 | 960.00 | 11761490 |
| Slavens | Adam | 16/05/2013 | reviewing and commenting on allocation position submission; | 1.1 | 704.00 | 11763816 |
| Slavens | Adam | 16/05/2013 | coordinating service and filing of allocation position submission (1.5); email correspondence with Cleary and research team re same (0.5); preparing brief of allocation submissions filed in Canada (0.7); | 2.7 | 1,728.00 | 11763823 |
| Slavens | Adam | 16/05/2013 | reviewing court submissions; | 3.5 | 2,240.00 | 11763831 |
| Slavens | Adam | 17/05/2013 | reviewing CCAA case court materials; | 1.7 | 1,088.00 | 11766364 |
| Slavens | Adam | 21/05/2013 | preparing CCAA case court documents; | 1.4 | 896.00 | 11768421 |
| Slavens | Adam | 22/05/2013 | email correspondence with Cleary, S. Bomhof and A. Gray re EMEA's motion for leave to appeal from allocation protocol order (0.3); reviewing factum and motion materials re same (0.5); | 0.8 | 512.00 | 11770495 |
| Slavens | Adam | 24/05/2013 | preparing responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 4.0 | 2,560.00 | 11774899 |
| Slavens | Adam | 27/05/2013 | preparing responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 3.4 | 2,176.00 | 11776807 |
| Slavens | Adam | 28/05/2013 | reviewing CCAA case court documents; | 1.3 | 832.00 | 11779919 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Slavens | Adam | 28/05/2013 | preparing CCAA case court documents (1.8); email correspondence with Dentons and M. Gurgel re same (0.2). | 2.0 | 1,280.00 | 11779920 |
| Slavens | Adam | 28/05/2013 | preparing responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 3.5 | 2,240.00 | 11779925 |
| Slavens | Adam | 29/05/2013 | preparing responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 5.0 | 3,200.00 | 11781848 |
| Slavens | Adam | 29/05/2013 | preparing CCAA case court documents; | 2.3 | 1,472.00 | 11781849 |
| Slavens | Adam | 30/05/2013 | preparing responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 2.5 | 1,600.00 | 11783018 |
| Slavens | Adam | 30/05/2013 | preparing CCAA case court documents (1.7); conference call with Dentons re same and related matters (1.0). | 2.7 | 1,728.00 | 11783020 |
| Slavens | Adam | 30/05/2013 | reviewing Monitor's responses to EMEA and UK Pension claims (2.0); telephone call with L. Schweitzer and S. Bomhof re same (0.3); | 2.3 | 1,472.00 | 11783022 |
| Kuchinsky | Matthew | 21/05/2013 | preparing for meeting re reviewing CCAA case court filings re allocation position replies (.2); meeting re reviewing CCAA case court filings with A. Slavens (1.1); | 1.3 | 416.00 | 11766019 |
| Kuchinsky | Matthew | 22/05/2013 | research for case and meeting with K. Armitage re: same; | 0.7 | 224.00 | 11767756 |
| Kuchinsky | Matthew | 23/05/2013 | reviewing CCAA case court filings; | 0.9 | 288.00 | 11770787 |
| Posen | Jacob | 21/05/2013 | Meeting re: review of CCAA case court documents (1.2); reviewing CCAA case court documents (1.3); | 2.6 | 494.00 | 11766084 |
| Posen | Jacob | 21/05/2013 | reviewing CCAA case court documents: | 2.2 | 418.00 | 11766376 |
| Posen | Jacob | 22/05/2013 | reviewing CCAA case court documents; | 0.5 | 95.00 | 11768027 |
| Posen | Jacob | 23/05/2013 | Reviewing of CCAA case court documents: | 2.4 | 456.00 | 11769976 |
| Posen | Jacob | 23/05/2013 | Reviewing of CCAA case court documents; | 1.7 | 323.00 | 11770429 |
| Jason | Michael | 21/05/2013 | Meeting re reviewing CCAA case court doc; | 1.2 | 228.00 | 11766331 |
| Jason | Michael | 22/05/2013 | reviewing CCAA case court documents; | 4.1 | 779.00 | 11768486 |
| Jason | Michael | 23/05/2013 | reviewing CCAA case court documents; | 1.0 | 190.00 | 11769892 |
| Armitage | Kevin | 21/05/2013 | meeting re: reviewing CCAA case court documents; | 1.2 | 228.00 | 11767670 |
| Armitage | Kevin | 21/05/2013 | reviewing CCAA case court documents; | 2.7 | 513.00 | 11767681 |
| Armitage | Kevin | 22/05/2013 | reviewing CCAA case court documents | 0.9 | 171.00 | 11769897 |
| Armitage | Kevin | 22/05/2013 | meeting with M. Kuchinsky re: reviewing CCAA case court documents; | 0.3 | 57.00 | 11769900 |
| Armitage | Kevin | 22/05/2013 | reviewing CCAA case court documents | 0.8 | 152.00 | 11769901 |
| Armitage | Kevin | 22/05/2013 | reviewing CCAA case court documents | 1.0 | 190.00 | 11769902 |
| Armitage | Kevin | 22/05/2013 | reviewing CCAA case court documents | 0.5 | 95.00 | 11769906 |
| Armitage | Kevin | 22/05/2013 | reviewing CCAA case court documents | 1.0 | 190.00 | 11769908 |
| Armitage | Kevin | 22/05/2013 | reviewing CCAA case court documents | 0.5 | 95.00 | 11769917 |
| Armitage | Kevin | 23/05/2013 | reviewing CCAA case court documents | 1.2 | 228.00 | 11771804 |
| Armitage | Kevin | 23/05/2013 | Meeting with M. Kuchinsky re: reviewing CCAA case court documents (0.1); reviewing CCAA case court documents (1.0); | 1.1 | 209.00 | 11771810 |
| Armitage | Kevin | 23/05/2013 | reviewing CCAA case court documents | 0.6 | 114.00 | 11771813 |
| Armitage | Kevin | 23/05/2013 | organizing chart re: CCAA case court documents; | 0.9 | 171.00 | 11771816 |
| Armitage | Kevin | 23/05/2013 | organizing chart re: CCAA case court documents; | 1.3 | 247.00 | 11771819 |
| Armitage | Kevin | 23/05/2013 | Meeting with M. Kuchinsky re: organizing chart for CCAA case court documents; | 0.4 | 76.00 | 11771820 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Armitage | Kevin | 23/05/2013 | organizing chart re: CCAA case court documents; | 1.1 | 209.00 | 11771821 |
| Armitage | Kevin | 23/05/2013 | reviewing CCAA case court documents; | 1.8 | 342.00 | 11771823 |
| Armitage | Kevin | 24/05/2013 | organizing chart re: CCAA case court documents; | 0.2 | 38.00 | 11772858 |
| Armitage | Kevin | 24/05/2013 | organizing chart re: CCAA case court documents (0.7); meeting with A. Slavens re: reviewing CCAA case court documents (0.2); | 0.9 | 171.00 | 11772870 |
| Payne | Owen | 21/05/2013 | meeting re: reviewing Canadian CCAA case court; | 1.2 | 228.00 | 11766645 |
| Payne | Owen | 21/05/2013 | reviewing CCCAA case court filings; | 0.8 | 152.00 | 11766649 |
| Payne | Owen | 22/05/2013 | reviewing CCAA case court filings; | 8.6 | 1,634.00 | 11768149 |
| Payne | Owen | 23/05/2013 | reviewing CCAA case court filings; | 2.5 | 475.00 | 11770165 |
| Saulnier | Brett | 21/05/2013 | meeting re allocation submission replies (1.2); reviewing CCAA case court documents (4.3); | 4.3 | 817.00 | 11767542 |
| Saulnier | Brett | 22/05/2013 | reviewing CCAA case court filings; | 6.9 | 1,311.00 | 11769812 |
| Saulnier | Brett | 23/05/2013 | reviewing CCAA case court filings; | 5.2 | 988.00 | 11771721 |
| Shaunessy | Patrick | 21/05/2013 | meeting re: reviewing CCAA case court filing; | 1.2 | 228.00 | 11766076 |
| Shaunessy | Patrick | 21/05/2013 | reviewing CCAA case court filings; | 3.7 | 703.00 | 11766400 |
| Shaunessy | Patrick | 22/05/2013 | reviewing CCAA case court filings; | 0.5 | 95.00 | 11767846 |
| Shaunessy | Patrick | 22/05/2013 | reviewing CCAA case court filings; | 0.8 | 152.00 | 11767849 |
| Shaunessy | Patrick | 22/05/2013 | reviewing CCAA case court filings; | 1.7 | 323.00 | 11768007 |
| Shaunessy | Patrick | 22/05/2013 | reviewing CCAA case court filings; | 1.7 | 323.00 | 11768138 |
| Shaunessy | Patrick | 22/05/2013 | reviewing CCAA case court filings; | 2.7 | 513.00 | 11768519 |
| Shaunessy | Patrick | 23/05/2013 | reviewing CCAA case court filings (3.4); telephone call re same (0.1); email re same (0.2); | 3.7 | 703.00 | 11770180 |
| Guest | Lara | 21/05/2013 | reviewing CCCAA case court filings; | 7.0 | 1,330.00 | 11767578 |
| Guest | Lara | 22/05/2013 | reviewing CCAA case court filings; | 7.4 | 1,406.00 | 11769317 |
| Guest | Lara | 23/05/2013 | reviewing CCAA case court filings; | 1.5 | 285.00 | 11771743 |
| DeMarinis | Tony | 01/05/2013 | review served orders (stay extension, tolling) and Northstar appeal materials; | 0.5 | 487.50 | 11738855 |
| DeMarinis | Tony | 02/05/2013 | read current monitor's materials; | 0.4 | 390.00 | 11740864 |
| DeMarinis | Tony | 06/05/2013 | telephone exchange and consideration of claims treatment, and review of applicable orders and other materials; | 1.3 | 1,267.50 | 11744903 |
| DeMarinis | Tony | 08/05/2013 | review of motion to expedite and materials and issues relating to same; | 1.5 | 1,462.50 | 11750127 |
| DeMarinis | Tony | 09/05/2013 | correspondence and materials review in Canadian proceedings; | 2.0 | 1,950.00 | 11752576 11752576 |
| DeMarinis | Tony | 13/05/2013 | correspondence, document reviews and consideration of issues in relation to litigation process; | 3.5 | 3,412.50 | 11757415 |
| DeMarinis | Tony | 14/05/2013 | various correspondence, reviews and consideration of litigation timetable and discovery plan proposals, comments, and positions of parties on same; | 3.0 | 2,925.00 | 11759611 |
| DeMarinis | Tony | 15/05/2013 | review and consideration of litigation timeline, discovery and related matters; | 2.5 | 2,437.50 | 11761365 |
| DeMarinis | Tony | 16/05/2013 | review and consideration of multi-party allocation submissions, correspondence, discussion and related analysis; | 5.5 | 5,362.50 | 11762360 |
| DeMarinis | Tony | 17/05/2013 | review issued Canadian interim protective order and correspondence and consideration of same (0.4); review drafts and mark-ups of proposed Canadian protective order circulated by counsel to Monitor, CCC and UK Pension Claimants and related counsel correspondence (0.7); | 1.1 | 1,072.50 | 11766193 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| DeMarinis | Tony | 22/05/2013 | review and consideration of materials in appeal proceeding; | 0.9 | 877.50 | 11770385 |
| DeMarinis | Tony | 27/05/2013 | review of disclosure in Canadian proceedings; | 1.8 | 1,755.00 | 11776601 |
| DeMarinis | Tony | 29/05/2013 | review procedural and other orders in the Canadian proceedings; | 1.1 | 1,072.50 | 11781601 |

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 07/05/2013 | review of Judge Gross' decision on stay pending appeal and procedural considerations relating to same; | 0.7 | 682.50 | 11748090 |
| DeMarinis | Tony | 10/05/2013 | review materials filed in U.S. proceedings; | 1.2 | 1,170.00 | 11755795 |
| DeMarinis | Tony | 17/05/2013 | review draft proposed U.S. protective order and counsel correspondence on same (0.3); reading issued U.S. orders in relation to litigation timetable and discovery plan, allocation protocol and interim protective order, and correspondence (0.6); reading U.S. materials (0.5); | 1.4 | 1,365.00 | 11766189 |