# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Computer Research | Quicklaw / Westlaw | $828.82 |
| Duplicating/Printing | 31,261 pgs @ .10 per pg | $3,126.10 |
| Miscellaneous | Process Server | $208.44 |
| Courier | | |
| Taxi & Travel | | $2,256.77 |
| Binding/Exhibit Tabs & Copy Preparation | | - |
| Meals | | |
| USB Key | | $19.02 |
| Word Processing | | - |
| Telephone | Long Distance | $37.39 |
| **Grand Total Expenses** | | **$6,476.54** |

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 13/05/2013 | 34.74 | filing factum, brief of authorities, motion record (responding to motion for directors) and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 13/05/2013 | 34.74 | filing emergency joint motion; |
| 271 | Process Server Filing | 14/05/2013 | 34.74 | filing emergency joint motion and affidavit of service; |
| 271 | Process Server Filing | 15/05/2013 | 34.74 | filing compendium of evidence (motion returnable May 15, 2013), together with letter to Justice Geoffrey Morawetz; |
| 271 | Process Server Filing | 16/05/2013 | 34.74 | filing motion to approve allocation position of Nortel Networks Inc. and the Other US Debtors and the Official Committee of Unsecured Creditors, together with affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 30/05/2013 | 34.74 | filing response of US Debtors and Official Committee of Unsecured Creditors to the Core Parties' Allocation Positions and affidavit of service of Adam Slavens; |
| | | | **$ 208.44** | |
| 303 | Taxi & Travel | 15/05/2013 | 8.86 | Taxi & Travel Bomhof, Scott A.; Taxi/Car Service - Torys taxi from courthouse |
| 303 | Taxi & Travel | 19/05/2013 | 46.09 | Taxi & Travel Block, Sheila R.; Taxi/Car Service - St. Clements (home) taxi from Pearson Airport to St. Clements (home); |
| 317 | Taxi & Travel (Out of Town) | 17/05/2013 | 1,454.22 | Taxi & Travel (Out of Town) Block, Sheila R.; Airfare - Newark Cost of return flights to NYC and back to Toronto on May 17th. Sheila flew into Newark the morning of May 17, the on to South Bend for the weekend and back to Toronto on Sunday, May 19. The amount she is claiming is just the return amount to NYC and back. The one-way invoice of $1,038.85 gives an idea of just how much was really spent. |
| 317 | Taxi & Travel (Out of Town) | 17/05/2013 | 81.15 | Taxi & Travel (Out of Town) Block, Sheila R.; Taxi/Car Service - Newark Airport Car service from Cleary law firm where the meetings were held to the Newark Airport, including $4.00 for additional toll and $8.00 tip; |
| 317 | Taxi & Travel (Out of Town) | 28/05/2013 | 611.44 | Taxi & Travel (Out of Town) - - VENDOR: Merit Travel - Prepaid Passes SCOTT BOMHOF - MAY 17-, 2013 - LGA-YYZ - |
| 803 | Taxi & Travel | 13/05/2013 | 29.34 | Taxi & Travel DIAMOND TAXI, Date: 13/05/2013, Chit#3232881 |
| 803 | Taxi & Travel | 15/05/2013 | 25.67 | Taxi & Travel DIAMOND TAXI, Date: 15/05/2013, Chit#3232878 |
| | | | **$ 2,256.77** | |
| 375 | Miscellaneous | 15/05/2013 | **$ 19.02** | Miscellaneous - - VENDOR: Grand & Toy Limited (1) USB key |
| 480 | Telephone Charges | 10/05/2013 | 22.74 | Telephone Charges Slavens, Adam; Data Travel Pack sending and receiving email messages |
| 480 | Telephone Charges | 12/05/2013 | 7.94 | Telephone Charges Slavens, Adam; Rogers - No Tax long distance charges |
| 800 | Telephone Call | 01/05/2013 | 0.10 | Telephone Call Global Crossing, Inv # 19026278 GOTOWIEC, JAMES |
| 800 | Telephone Call | 01/05/2013 | 0.39 | Telephone Call Global Crossing, Inv # 19026278 GOTOWIEC, JAMES |
| 800 | Telephone Call | 13/05/2013 | 3.60 | Telephone Call Global Crossing, Inv # 19026278 BOMHOF, SCOTT |
| 800 | Telephone Call | 15/05/2013 | 0.15 | Telephone Call 13023519459 - Wilmington, DE - |

**Nortel**
**May 2013 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 800 | Telephone Call | 21/05/2013 | 2.47 | Telephone Call<br>Time: 11:47 - Dur: 2.73<br>Global Crossing, Inv # 19026278 SLAVENS, ADAM |
| | | | **$ 37.39** | |
| 801 | Copies | 10/05/2013 | 32.50 | Copies |
| 801 | Copies | 13/05/2013 | 2.80 | Copies |
| 801 | Copies | 13/05/2013 | 102.70 | Copies |
| 801 | Copies | 14/05/2013 | 16.40 | Copies |
| 801 | Copies | 15/05/2013 | 44.20 | Copies |
| 801 | Copies | 15/05/2013 | 11.40 | Copies |
| 801 | Copies | 16/05/2013 | 461.00 | Copies |
| 801 | Copies | 21/05/2013 | 18.10 | Copies |
| 801 | Copies | 22/05/2013 | 0.60 | Copies |
| 801 | Copies | 22/05/2013 | 2.70 | Copies |
| 801 | Copies | 23/05/2013 | 13.00 | Copies |
| 801 | Copies | 23/05/2013 | 2.70 | Copies |
| 801 | Copies | 27/05/2013 | 3.60 | Copies |
| 801 | Copies | 30/05/2013 | 211.10 | Copies |
| 801 | Copies | 30/05/2013 | 18.60 | Copies |
| 808 | Laser Printing | 01/05/2013 | 1.40 | Laser Printing |
| 808 | Laser Printing | 01/05/2013 | 12.00 | Laser Printing |
| 808 | Laser Printing | 01/05/2013 | 4.00 | Laser Printing |
| 808 | Laser Printing | 01/05/2013 | 11.00 | Laser Printing |
| 808 | Laser Printing | 01/05/2013 | 5.80 | Laser Printing |
| 808 | Laser Printing | 02/05/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 03/05/2013 | 3.50 | Laser Printing |
| 808 | Laser Printing | 06/05/2013 | 0.70 | Laser Printing |
| 808 | Laser Printing | 06/05/2013 | 0.70 | Laser Printing |
| 808 | Laser Printing | 07/05/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 07/05/2013 | 14.80 | Laser Printing |
| 808 | Laser Printing | 08/05/2013 | 7.90 | Laser Printing |
| 808 | Laser Printing | 08/05/2013 | 7.90 | Laser Printing |
| 808 | Laser Printing | 09/05/2013 | 4.80 | Laser Printing |
| 808 | Laser Printing | 09/05/2013 | 18.20 | Laser Printing |
| 808 | Laser Printing | 09/05/2013 | 5.70 | Laser Printing |
| 808 | Laser Printing | 10/05/2013 | 2.20 | Laser Printing |
| 808 | Laser Printing | 12/05/2013 | 1.10 | Laser Printing |
| 808 | Laser Printing | 13/05/2013 | 8.00 | Laser Printing |
| 808 | Laser Printing | 13/05/2013 | 105.30 | Laser Printing |
| 808 | Laser Printing | 13/05/2013 | 34.20 | Laser Printing |
| 808 | Laser Printing | 13/05/2013 | 5.00 | Laser Printing |
| 808 | Laser Printing | 14/05/2013 | 2.00 | Laser Printing |
| 808 | Laser Printing | 14/05/2013 | 7.20 | Laser Printing |
| 808 | Laser Printing | 14/05/2013 | 40.00 | Laser Printing |
| 808 | Laser Printing | 14/05/2013 | 7.00 | Laser Printing |
| 808 | Laser Printing | 15/05/2013 | 22.60 | Laser Printing |
| 808 | Laser Printing | 15/05/2013 | 3.70 | Laser Printing |
| 808 | Laser Printing | 15/05/2013 | 55.90 | Laser Printing |
| 808 | Laser Printing | 15/05/2013 | 15.30 | Laser Printing |
| 808 | Laser Printing | 16/05/2013 | 27.80 | Laser Printing |
| 808 | Laser Printing | 16/05/2013 | 17.10 | Laser Printing |
| 808 | Laser Printing | 16/05/2013 | 47.40 | Laser Printing |
| 808 | Laser Printing | 16/05/2013 | 59.10 | Laser Printing |
| 808 | Laser Printing | 16/05/2013 | 0.40 | Laser Printing |
| 808 | Laser Printing | 16/05/2013 | 25.60 | Laser Printing |
| 808 | Laser Printing | 17/05/2013 | 9.90 | Laser Printing |
| 808 | Laser Printing | 17/05/2013 | 3.50 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 1.00 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 2.20 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 4.50 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 0.60 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 2.20 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 3.20 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 1.90 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 18.80 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 73.30 | Laser Printing |

Nortel
May 2013 Disbursements

| | | | | |
|---|---|---|---|---|
| 808 | Laser Printing | 21/05/2013 | 34.70 | Laser Printing |
| 808 | Laser Printing | 21/05/2013 | 159.20 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 28.60 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 1.50 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 1.30 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 84.40 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 21.00 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 13.20 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 10.70 | Laser Printing |
| 808 | Laser Printing | 22/05/2013 | 79.80 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 24.80 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 1.80 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 0.60 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 667.80 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 74.10 | Laser Printing |
| 808 | Laser Printing | 23/05/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 24/05/2013 | 5.40 | Laser Printing |
| 808 | Laser Printing | 24/05/2013 | 4.10 | Laser Printing |
| 808 | Laser Printing | 24/05/2013 | 4.40 | Laser Printing |
| 808 | Laser Printing | 24/05/2013 | 4.90 | Laser Printing |
| 808 | Laser Printing | 25/05/2013 | 11.20 | Laser Printing |
| 808 | Laser Printing | 26/05/2013 | 4.50 | Laser Printing |
| 808 | Laser Printing | 27/05/2013 | 0.70 | Laser Printing |
| 808 | Laser Printing | 27/05/2013 | 3.60 | Laser Printing |
| 808 | Laser Printing | 27/05/2013 | 9.70 | Laser Printing |
| 808 | Laser Printing | 28/05/2013 | 18.10 | Laser Printing |
| 808 | Laser Printing | 29/05/2013 | 8.80 | Laser Printing |
| 808 | Laser Printing | 29/05/2013 | 6.00 | Laser Printing |
| 808 | Laser Printing | 29/05/2013 | 17.40 | Laser Printing |
| 808 | Laser Printing | 29/05/2013 | 11.90 | Laser Printing |
| 808 | Laser Printing | 29/05/2013 | 13.40 | Laser Printing |
| 808 | Laser Printing | 29/05/2013 | 0.10 | Laser Printing |
| 808 | Laser Printing | 30/05/2013 | 1.20 | Laser Printing |
| 808 | Laser Printing | 30/05/2013 | 21.20 | Laser Printing |
| 808 | Laser Printing | 30/05/2013 | 36.90 | Laser Printing |
| 808 | Laser Printing | 30/05/2013 | 53.80 | Laser Printing |
| 808 | Laser Printing | 31/05/2013 | 3.60 | Laser Printing |
| 808 | Laser Printing | 31/05/2013 | 5.20 | Laser Printing |
| 4808 | Laser Printing | 02/05/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 02/05/2013 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 02/05/2013 | 0.50 | Laser Printing |
| 4808 | Laser Printing | 07/05/2013 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 13/05/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 14/05/2013 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 21/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 22/05/2013 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 22/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 22/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 28/05/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 28/05/2013 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 28/05/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 29/05/2013 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 29/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 4.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 3.60 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 30/05/2013 | 2.50 | Laser Printing |
| | | | **$ 3,126.10** | |
| 885 | On Line Research Charges - Quicklaw | 08/05/2013 | 7.94 | On Line Research Charges - Quicklaw |

**Nortel**
**May 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 885 | On Line Research Charges - Quicklaw | 22/05/2013 | 44.68 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/05/2013 | 2.98 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/05/2013 | 5.96 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 23/05/2013 | 12.90 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 24/05/2013 | 4.96 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/05/2013 | 227.30 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 01/05/2013 | 7.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 08/05/2013 | 23.82 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/05/2013 | 43.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 23/05/2013 | 67.50 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/05/2013 | 73.45 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/05/2013 | 79.41 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/05/2013 | 222.34 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 29/05/2013 | 3.97 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 828.82** | |

**$ 6,476.54**