```
                 IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138
                                )    (Jointly Administered)
                                )
NORTEL NETWORKS, INC.,          )
         et al.,                )    Chapter 11
                                )
                                )    Courtroom 3
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    June 25, 2013
                                )    10;00 a.m.



                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                 UNITED STATES BANKRUPTCY JUDGE



APPEARANCES:

For Debtors:              Morris Nichols Arsht & Tunnell,
                          LLP
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357

                          Cleary Gottlieb Steen & Hamilton
                          BY: LISA SCHWEITZER, ESQ.
                          BY: MEGAN FLEMING, ESQ.
                          BY: JESSICA UZIEL, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 225-2000


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For Retirees:              McCarter & English
                           BY: WILLIAM TAYLOR, ESQ.
                           405 N. king St., 8th Floor
                           Wilmington, DE  19801
                           (302) 984-6313


For U.K. Pension:          Bayard, PA
                           BY: EVAN MILLER, ESQ.
                           222 Delaware Ave., Ste. 900
                           Wilmington, DE  19899
                           (302) 429-4226
For the Creditors'
Committee:                 Akin Gump Strauss Hauer & Feld
                           BY: DAVID BOTTER, ESQ.
                           BY: BRAD KAHN, ESQ.
                           One Bryant Park
                           New York, NY  10035
                           (212) 872-1000


                           Richards Layton & Finger
                           BY: CHRIS SAMIS, ESQ.
                           One Rodney Square
                           920 North King Street
                           Wilmington, DE  19801
                           (302) 651-7531


For Bondholder Group:      Milbank Tweed Hadley & McCloy
                           BY: THOMAS MATZ, ESQ.
                           One Chase Manhattan Plaza
                           New York, NY  10005
                           (212) 530-5000
For Monitor, Ernst &
Young:                     Buchanan Ingersoll & Rooney, PC
                           BY: KATHLEEN A. MURPHY, ESQ.
                           1105 North Market St., Ste. 1900
                           Wilmington, DE  19801-1054
                           (302) 552-4214


For U.K. Joint
Administrators:            Young Conaway Stargatt & Taylor
                           BY: JAIME CHAPMAN, ESQ.
                           Rodney Square
                           1000 North King Street
                           Wilmington, DE  19801
                           (302) 571-6000
```

TELEPHONIC APPEARANCES:

For Debtor, Nortel
Networks, Inc.:            Torys, LLP
                          BY: WILLIAM F. GRAY, ESQ.
                          (212) 880-6000

                          Keightley & Ashner, LLP
                          BY: DEBORAH WEST, ESQ.
                          (202) 558-5150

For Monitor, Ernst &
Young:                     Allen & Overy, LLP
                          BY: JOSEPH BADTKE-BERKOW, ESQ.
                          (646) 344-6563

For Financial Advisor,
Ernst & Young, LLP:        Foley & Lardner, LLP
                          BY: JOANNE LEE
                          (312) 832-4557

For Retiree Committee:     Togut Segal & Segal, LLP
                          BY: NEIL BERGER, ESQ.
                          (212) 594-5000

For Interested Party:      Dow Jones & Co.
                          BY: PEG BRICKLEY
                          (215) 462-0953

For Ad Hoc Committee:      Milbank Tweed Hadley & McCloy,
                          LLP
                          BY: CINDY DELANO, ESQ.
                          (212) 530-8978

For Creditor, Law
Debenture:                 Patterson Belnap Webb & Tyler
                          BY: CRAIG W. DENT, ESQ.
                          (212) 336-2864

For Nortel U.K.:           Willkie Farr & Gallagher, LLP
                          BY: ANDREN HANRAHAN, ESQ.
                          (212) 728-8179

For Ad Hoc Committee:      Milbank Tweed Hadley & McCloy
                          BY: CINDY CHEN DELANO, ESQ.
                          (212) 530-8978

For Claimant:              In Pro Per / Pro Se
                          BY: FRED LINDOW

                                        (408) 691-4169

For Consultant,
Mercer, US, Inc.:            Freeborn & Peters, LLP
                            BY: DEVON J. EGGERT, ESQ.
                            (312) 360-6378

For Chilmark Partners:       Chillmark Partners
                            BY: MICHAEL J. KENNEDY
                            (312) 984-9711

For Interested Party:        In Pro Per / Pro Se
                            BY: JOHN S. ELLIOTT
                            (603) 424-0933

For Interested Party:        In Pro Per/Pro Se
                            BY: MARK R. JANIS
                            (813) 684-1760

For Interested Party:        Farallon Capital Management
                            BY: MICHAEL LINN
                            (415) 421-2132

For Interested Party:        Napier Park Global Capital
                            BY: REBECCA J. SONG
                            (212) 559-8933

For Interested Party:        Aurelius Capital Management, LP
                            BY: MATTHEW A. ZLOTO
                            (646) 445-6518

For Interested Party:        In Pro Per / Pro Se
                            BY: CYNTHIA A. SCHMIDT
                            (530) 692-1299

In Propria Persona:          In Pro Per / Pro Se
                            BY: LOIS UPHOLD
                            (919) 221-6910

In Propria Persona:          In Pro Per/Pro Se
                            BY: JOHN J. ROSSI
                            (330) 264-7737

In Propria Persona:          In Pro Per / Pro Se
                            BY: SANDRA AIKEN
                            (919) 528-4058

In Propria Persona:        In Pro Per / Pro Se
                           BY: JANEL E. BASS
                           (919) 845-7179

In Propria Persona:        In Pro Per / Pro Se
                           BY: BRENT BEASLEY
                           (910) 230-0588

In Propria Persona:        In Pro Per / Pro Se
                           BY: BONNIE J. BOYER
                           (703) 430-1491

In Propria Persona:        In Pro Per/Pro Se
                           BY: JANETTE HEAD
                           (603) 626-6938

In Propria Persona:        In Pro Per/Pro Se
                           BY: KERRY W. LOGAN
                           (813) 644-7793

In Propria Persona:        In Pro Per / Pro Se
                           BY: ROGER G. CARLSEN
                           (520) 466-8287

In Propria Persona
(Employee):                In Pro Per/Pro Se
                           BY: DEBORAH M. JONES
                           (570) 439-1153

In Propria Persona:        In Pro Per / Pro Se
                           BY: NAJAM U. DEAN
                           (508) 865-4627

In Propria Persona:        In Pro Per / Pro Se
                           BY: THOMAS DIKENS
                           (972) 596-4853

In Propria Persona:        In Pro Per / Pro Se
                           BY: ESTELLE LOGGINS
                           (214) 694-8706

In Propria Persona:        In Pro Per / Pro Se
                           BY: ROBERT J. MARTEL
                           (910) 207-0861

In Propria Persona:        In Pro Per / Pro Se
                           BY: LEAH MCCAFFREY
                           (214) 563-0761

```
In Propria Persona:       In Pro Per / Pro Se
                          BY: SUSAN PAPERNO
                          (678) 467-9498

In Propria Persona:       In Pro Per / Pro Se
                          BY: KAUSHIK PATEL
                          (214) 534-6397

In Propria Persona:       In Pro Per / Pro Se
                          BY: MARK PHILLIPS
                          (704) 862-9006

In Propria Persona:       Nortel Networks, Inc.
                          BY: CAROL RAYMOND
                          (305) 238-4951

In Propria Persona:       In Pro Per / Pro Se
                          BY: MICHAEL REXROAD
                          (919) 762-9111

In Propria Persona:       In Pro Per / Pro Se
                          BY: CHARLES E. SANDNER
                          (702) 430-8788

For Creditor:             In Pro Per / Pro Se
                          BY: REMAJOS BROWN
                          (972) 530-7624

                          In Pro Per / Pro Se
                          BY: BARBARA GALLAGHER
                          (903) 564-9676

                          In Pro Per / Pro Se
                          BY: PETER LAWRENCE
                          (561) 865-5382

For Debtor:               In Pro Per / Pro Se
                          BY: STEVEN E. BENNETT
                          (510) 796-4626

For Petitioner:           In Pro Per / Pro Se
                          BY: DENNIS BULLOCK
                          (9190 452-1547

                          In Pro Per / Pro Se
                          BY: OLIVE STEPP
                          (828) 505-1917
```

1  WILMINGTON, DELAWARE, TUESDAY, JUNE 25, 2013, 10;04 A.M.

2            THE COURT:  Good morning, everyone.  Thank you.

3  Please be seated.  Mr. Abbott, good morning.

4            MR. ABBOTT:  Good morning, Your Honor.  Derek

5  Abbott, of Morris Nichols, here for the Debtors.  Your

6  Honor, we have a number of items on the Agenda.  One of them

7  I think will take some time.

8            THE COURT:  Yes.

9            MR. ABBOTT:  I thought I might start out of

10 order, Your Honor, if I might.

11           THE COURT:  Please.

12           MR. ABBOTT:  May I approach with a black line and

13 clean copy of the Fee Order?  I thought that's where we

14 would start.

15           THE COURT:  Yes.  I think we should start there

16 because there are probably a number of parties who can then

17 be excused after we've discussed this.

18           MR. ABBOTT:  Your Honor, the black line is the

19 thinner one that's stapled.

20           THE COURT:  Yes.

21           MR. ABBOTT:  We just added one paragraph pursuant

22 to the Court's instruction about making this order subject

23 to the appointment of a PE examiner.  It says you

24 communicated with counsel.

25           THE COURT:  Yes.

1            MR. ABBOTT:  Your Honor, on that point I think

2    this language doesn't -- I'd ask you to look at it and then

3    if that works, then the rest of the order is -- there have

4    been a number of insignificant changes, a reduction here, a

5    reduction there in the chart.  It's all in the exhibit.  I

6    think the most significant was the Akin firm took a pretty

7    significant discount based on conversations with the United

8    States Trustee.

9            THE COURT:  All right.

10            MR. ABBOTT:  And a minor correction here; nothing

11    as significant as that one, though, Your Honor.

12            THE COURT:  Okay.

13            MR. ABBOTT:  And then, Your Honor, the only other

14    thing that I thought we ought to just ask I understand the

15    court will be appointing a fee examiner.

16            THE COURT:  Yes.

17            MR. ABBOTT:  In other cases, we have had the

18    opportunity to confer with various counsel and some of the

19    other Judges have asked us to submit a name or names.  If

20    Your Honor thinks that would be helpful, we'd be happy to do

21    that.

22            THE COURT:  I have a real strong candidate in

23    mind who I've been talking with --

24            MR. ABBOTT:  Okay.

25            THE COURT:  -- and discussing the process, a

1  local firm --

2            MR. ABBOTT:  Okay.

3            THE COURT:  -- that does a lot of auditing work

4  and that sort of thing, and I thought it would be helpful to

5  have someone who I know is --

6            MR. ABBOTT:  Sure.

7            THE COURT:  -- very highly considered and does a

8  lot of work in bar related matters.

9            MR. ABBOTT:  Okay.

10           THE COURT:  And I'm just waiting to hear back

11 from them.  It's -- I'll tell you who it is.  It's the

12 Master and Sidlow firm.

13           MR. ABBOTT:  Okay, accounting firm.  All right.

14           THE COURT:  And they have a good size staff, and

15 they do a lot of this kind of this kind of work, and I just

16 thought it would be helpful for me to be able to meet with

17 people on occasion.

18           MR. ABBOTT:  Sure.

19           THE COURT:  I was reluctant to do it --

20           MR. ABBOTT:  Your Honor, look, it --

21           THE COURT:  -- but I was fearful --

22           MR. ABBOTT:  -- there is a lot of volume there.

23 We fully understand.

24           THE COURT:  Yes.  You know this last one, I tell

25 you, I -- and I didn't even, quite frankly, do as thorough a

1   job, and I spent about two days, you know, full days going

2   through these, and I think with the trial coming up and

3   other matters, and other matters in my life, I was concerned

4   that it would be very, very difficult for me to even do a

5   cursory review, frankly.

6             MR. ABBOTT:  Sure.

7             THE COURT:  So I think -- no one should take from

8   this a message that I'm at all troubled with your fee

9   applications.  I am not.  It's just simply, I think,

10  frankly, the Court could use the help.

11            MR. ABBOTT:  Sure.  And we understand that, Your

12  Honor.  And that's nice.  So we'll look for your Order.  If

13  Your Honor wishes any input from counsel --

14            THE COURT:  I may circulate the order.  Yes.

15            MR. ABBOTT:  -- to the parties, timing, things

16  like that, we'd be happy to weigh in if you think

17  appropriate or provide -- whatever Your Honor wants, we're

18  happy to oblige.

19            THE COURT:  Okay.  That would be fine.  Thank you

20  for that suggestion, Mr. Abbott.

21            MR. ABBOTT:  With that, Your Honor,

22            THE COURT:  I'm going to sign --

23            MR. ABBOTT:  -- if you're comfortable with the

24  language --

25            THE COURT:  I'm going to sign the Order as

1   revised.  I appreciate it.  And we will, I guess, move

2   along.

3           MR. ABBOTT:  And Your Honor, to that end --

4           THE COURT:  Incidentally, I have one matter

5   today, and I have to attend.  I hadn't really anticipated

6   having to attend.  It's the Federal Bar Association

7   Luncheon, which Judge Sleet asked me to attend and to make a

8   few comments, and I'll have to leave here about quarter of

9   12.

10          MR. ABBOTT:  Your Honor, it's on my calendar as

11  well, so --

12          THE COURT:  Oh, okay.  So we'll take a recess if

13  necessary and resume afterwards.

14          MR. ABBOTT:  Hopefully we can get through it,

15  Your Honor, and --

16          THE COURT:  Okay.

17          MR. ABBOTT:  I don't know.  Item 1 on the Agenda,

18  Your Honor, has been adjourned.  Item 2 has been signed.

19          THE COURT:  Yes.

20          MR. ABBOTT:  Your Honor, Items -- well Item 3 is

21  the big show.  Item 4 is, I think, contested, but similar --

22  you know, similar.  Six has been adjourned.  That leaves us

23  with Item 3 now.

24          THE COURT:  Here's what I thought, subject to

25  what you all --

1              MR. ABBOTT:  Sure.

2              THE COURT:  -- are thinking.  I think it will be

3    helpful, frankly, if Debtors' counsel would first address

4    the issues.  I think, first of all, that I certainly trust

5    Debtors' counsel to faithfully describe the claimants'

6    positions and then the Debtors' position and then we can

7    hear from the claimants as -- if needed.

8              MR. ABBOTT:  Your Honor, I think that makes a lot

9    of sense.  The one wrinkle in that, that I just will throw

10   out there, and we're happy to address it as well.  There was

11   one piece of paper we received.  I won't try to characterize

12   it.  It really seemed to be asking for an adjournment of the

13   hearing on these various motions.  There was a joinder to

14   that.

15             THE COURT:  Okay.

16             MR. ABBOTT:  Your Honor, I can -- if you want the

17   Debtors to sort of explain their thoughts on that one as

18   well --

19             THE COURT:  yes.

20             MR. ABBOTT:  -- and then launch into the

21   substance, I think that was Mr. Patel.  I don't know if he's

22   on the phone.  I suspect he may be.

23             THE COURT:  I understand that he sent something

24   to me by Federal Express, which I did not receive yet.

25             MR. PATEL:  Yes, Judge, Honorable Judge, the Fed

1   Ex came about 7:30 in the morning and the court was closed,

2   so they attempted again at, I believe, 9:53 or so it was

3   delivered

4            THE COURT:  All right.  It has not made its way

5   up to my office yet.

6            MR. ABBOTT:  Well, Your Honor, in any event, I

7   think what Mr. Patel has suggested is these matters

8   shouldn't go forward, but this is not -- these are not class

9   matters.  These are individual motions for severance pay.

10  If Mr. Patel wants to file a motion on appropriate notice

11  and timing, he can be heard later, you know, he doesn't have

12  a motion up as I understand it, so there's really no need to

13  adjourn the rest of these separate motions.

14            MR. PATEL:  Honorable Judge, the document that I

15  sent this morning, if I may, is essentially finding out that

16  (a) I'm waiting some important documents with respect to the

17  severance Plans from Department of Labor.  They have

18  promised me 30 days or so.  I believe that what I sent this

19  morning, yesterday, if that [indiscernible] due process is

20  not being protected by this hearing in the sense that any

21  judgment, one or the other, will prevent me from filing my

22  proper COC after the June 30, and then it prohibits new

23  motions at that time.  That is my objection to normally on

24  the [indiscernible] motions, on this subject, but also the

25  Nortel Networks objections, so I'm asking really for a

1   continuance.

2            THE COURT:  Well --

3            MR. ABBOTT:  Your Honor --

4            THE COURT:  -- it's my understanding that each of

5   these claims are basically asserting on an individual basis.

6            MR. ABBOTT:  That is correct, Your Honor.

7            THE COURT:  So any ruling, although it might

8   certainly indicate one way or the other, whether or not your

9   application would be successful, it certainly would not be

10  binding upon you as an individual.  Does that make sense?

11  Mr. Abbott, is that essentially what --

12           MR. ABBOTT:  Your Honor, look, I think that's

13  right, and quite frankly, there has been considerable

14  pressure from these other movants that want to move forward

15  and get a decision, right, wrong or indifferent, today, so

16  they have that in their pocket by the time their benefits

17  run out pursuant to the settlement, et cetera.  So I think

18  it makes --

19           THE COURT:  Yes.

20           MR. ABBOTT:  -- sense to go forward today.  Mr.

21  Patel, as I understand it, does not have a motion pending.

22  He's simply asking for other people's issues, and that makes

23  no procedural sense to us, Your Honor.

24           THE COURT:  I agree with that.  Mr. Patel, you

25  will still have every right to file what you wish to file

1  and to be heard on it, but other parties who wish to go

2  forward today and have properly and timely proceeded, really

3  I don't think that you can foreclose them from having that

4  opportunity.

5         MR. PATEL:  No, I certainly do not want to

6  foreclose anyone's rights to present their case.  My main

7  concern is the -- any form of the judgment with respect to

8  the [indiscernible] of the documents being discussed SPD, et

9  cetera, may have, in the future, impact on my motion.

10  Number one, nobody is injured yet, and number two, the

11  future severance allowance is my personal property, and I

12  should have an adequate time to bring evidence that I'm

13  waiting for the U.S. government agency.  So inasmuch as I

14  respect the rights of others to file a motion, ruling in

15  some fashion by Your Honor may or may not affect my motion

16  because it has become part of the "proceedings".

17         THE COURT:  Well, it will not -- when I rule,

18  will not be binding upon you.  As I say, it may certainly be

19  indicative of what the Court will rule eventually on your

20  application what that may be, but it doesn't mean that you

21  won't be able to point out why I may be incorrect in my

22  ruling and to argue whatever it is you deem appropriate at

23  the appropriate time.

24         MR. PATEL:  Okay.

25         MR. ABBOTT:  Thanks, Your Honor.

1          THE COURT:  Yes.  I -- but I do think we should

2     proceed.  People are waiting and properly so.

3          MR. ABBOTT:  Your Honor, and for that, I will

4     cede the podium to Ms. Fleming, who will handle Agenda Item

5     number 3.

6          THE COURT:  Thank you.  I'm going to also thank,

7     by the way, Ms. Cordo for bring to bear her exceptional

8     organizational skills.  It was extremely helpful to have the

9     chart that you used, Ms. Cordo, on the Agenda.  Thank you.

10          MS. FLEMING:  Good morning, Your Honor.

11          THE COURT:  Good morning, Ms. Fleming.

12          MS. FLEMING:  For the record, Megan Fleming, from

13     Cleary, Gottlieb, Steen & Hamilton, on behalf of the

14     Debtors.

15          THE COURT:  Yes.

16          MS. FLEMING:  And before we get started on the

17     main show, I just also wanted to raise one other procedural

18     issue, and follow-up to Mr. Abbott's discussion.  I believe

19     that Ms. Barbara Carr had filed a joinder in Mr. Patel's

20     objection, so I just wanted to make clear that, you know,

21     the Debtors obviously are willing to take the same position

22     with respect to Ms. Carr not being prejudiced if she wished

23     to proceed at a later time as well.

24          THE COURT:  Very well.  Thank you for pointing

25     that out, Ms. Fleming.

1              MS. FLEMING:  Sure.  So just to start again and

2     kind of summarize generally, individual LTD employees have

3     filed motions or joinders seeking severance payments.

4              THE COURT:  Yes.

5              MS. FLEMING:  And they're arguing that they're

6     entitled to such benefits under Nortel severance Plans

7     because of their status as LTD employees, and as we discuss,

8     I'll certainly let the LTD employees address their arguments

9     later, but I'll kind of just start out by walking through

10    the Plan document and then addressing some of the individual

11    arguments that were made in multiple motions and joinders.

12             THE COURT:  And there seems to be sort of -- it's

13    not easy to really delineate them, but there's a little bit

14    of a grouping of the claimants' positions.

15             MS. FLEMING: Yes, Your Honor, I think that's

16    right.  I think there were two or three models of sort of

17    forms of motions that others incorporated from, and so I'm

18    going to address certainly the main points that were raised

19    in those various motions --

20             THE COURT:  Excellent.

21             MS. FLEMING:  -- at once.

22             THE COURT:  Thank you.

23             MS. FLEMING:  Well, Your Honor, if there's one

24    thing I have learned in the past two years working on this

25    case on employee issue is that Plan language matters.

1          THE COURT:  Yes.

2          MS. FLEMING:  And after reviewing the relevant

3 documents here, the Debtors simply just didn't think that

4 they can allow the LTD employee severance claims, which

5 would total millions of dollars, in fairness to the other

6 creditors.  The Debtors understand the hardship that many of

7 the LTD employees are facing, and as you know, we just went

8 through the approval of a supplement with the LTD committee

9 under which the LTD committee was granted a general

10 unsecured claim in lieu of the continuing LTD benefits.  And

11 that claim was intended to compensate the LTD employees on

12 account of the benefits that they otherwise would have

13 received through the end of their personal eligibility had

14 Nortel not filed for bankruptcy, and you know, been forced

15 to line down the Plan.  And had those LTD employees aged out

16 of eligibility, they would not have been entitled to

17 severance, but rather their separation from the company

18 would have been coded as a voluntary termination for failure

19 to return to work.  So again, sort of going back to the Plan

20 language, the Debtors really feel strongly that it -- in

21 this scenario even when individuals are not aging out of the

22 Plan, the LTD employees are still not entitled to severance.

23          So just starting with the basics, there are two

24 severance Plans that the Debtors have, the severance

25 allowance Plan, and the enhanced severance Plan.  The two

1  Plans are very similar and really the main difference is

2  that the enhanced severance allowance Plan applies to

3  individuals with  more senior positions, and if you look at

4  the definition of employee in that enhanced severance Plan,

5  it simply -- it's very similar, again.  They still have the

6  hours requirement, but it does require also a higher job

7  complexity indicator as compared to the severance allowance

8  Plan.  Both of those Plans were suspended as a result of

9  Nortel's bankruptcy, meaning that post-petition participants

10 have received an allowed claim rather than cash when Nortel

11 had agreed with -- reached agreement with them about their

12 entitlement under the Plan.  However, those Plans don't

13 provide an automatic right to severance.  And it says you

14 have to satisfy the eligibility criteria that is set out in

15 Section 2.1 of both of those Plans.  And the first part of

16 that criteria, in fact, it's the first word in Section 2.1,

17 is that someone has to be an eligible employee.  And that's

18 an employee with a capital E.  In a defined term, employee,

19 is someone who is regularly scheduled to work at least a

20 certain number of hours per week as determined by NNI, and

21 under the severance allowance Plan, you could be a part-time

22 employee or a full-time employee and the number of hours

23 that are likely scheduled to work fluctuate between the 20-

24 and 35-hour-a-week range.  And your status -- the other

25 thing that the Plans clearly note is that your status as an

1   employee is determined on the day immediately before your

2   termination from the company.  It's uncontested here that

3   the LTD employees are not regularly scheduled to perform

4   work for the Debtors, and to my knowledge, none have

5   indicated to Nortel that their medical status had changed,

6   and they have been cleared to return to work before their

7   employments terminated on the 30th.

8             THE COURT:  And, indeed, there is no work to

9   which to return.

10             MS. FLEMING:  There isn't work to which to

11  return.  That is correct.

12             There are also SPDs or Summary Plan Descriptions

13  relating to the Severance Allowance Plan.  And here, because

14  there is an underlying Plan, the SPDs are intended just to

15  summarize the terms of that Plan in very clear, easy to

16  understand language.

17             THE COURT:  I was going to ask that, but it is

18  the Plan itself, I assume, which is the governing document.

19             MS. FLEMING:  I believe that's correct, Your

20  Honor.  And there is language at the beginning of the

21  Summary Plan descriptions that suggest that that is the

22  case.  That the SPD would govern in the event of an

23  inconsistency, although there isn't an inconsistency in this

24  case.  Both the SPDs and the Plans have the same eligibility

25  criteria.

1          THE COURT:  Okay.

2          MS. FLEMING:  And it's my understanding that the

3    2012 SPD would apply to eligible individuals who are

4    terminated from the Company this year and that to extent a

5    2013 SPD is later issued, I understand that the current Plan

6    is not to amend or modify how severance is calculated in any

7    way, but it would just update the year and it would also

8    update there are certain sections of the STD -- SPD that

9    describe other benefits that are being terminated in

10   accordance with the settlement.  So it would make clear that

11   COBRA benefits, for example, would no longer be available or

12   you couldn't continue your medical, retiree medical, things

13   like that, but that the underlying severance benefits would

14   not be changed.

15         THE COURT:  And let me just ask this.  I didn't

16   compare the various Plans from year to year, but let's say

17   from 2001 through 2012, did the term, "eligible employee",

18   did that definition change?

19         MS. FLEMING:  Since 2008, Your Honor --

20         THE COURT:  2008.

21         MS. FLEMING:  -- it has not.  When the Plan was

22   enacted, the SPDs have remained the same in terms of the

23   eligibility requirements.  So in 2008, the Debtors issued a

24   new Severance Plan just before filing for bankruptcy the

25   year before.  And they -- that definition of employee is

1  incorporated into the glossary of the SPDs.  And it's also

2  -- and this is one of the arguments we'll take about a

3  little bit more later, it's also briefly described in Answer

4  No. 2.  So these SPDs are in kind of question and answer

5  format.

6              THE COURT:  Yes.

7              MS. FLEMING:  And so, the Company intended to

8  kind of very conversationally describe that definition in

9  one of the answers as well, but it is -- it's the same

10 definition since 2008.  And you would only -- your severance

11 would be governed by the SPD and Plan that was in place at

12 the time you left.

13             THE COURT:  Okay.

14             MS. FLEMING:  So it's --

15             THE COURT:  Okay.

16             MS. FLEMING:  It would be --

17             THE COURT:  Yes.

18             MS. FLEMING:  -- the 2012 SPD, since that's the

19 most recent --

20             THE COURT:  Correct.

21             MS. FLEMING:  -- SPD in place at this time.

22             THE COURT:  Okay.  I was just thinking in terms

23 that perhaps the fact that the definition has been

24 consistent, sort of gives evidence that in 2013, the

25 definition would remain the same.

1            MS. FLEMING:  Yes, Your Honor.  And I think

2    that's definitely right.  The Debtors' understanding of who

3    is eligible for this Plan has not changed since this Plan

4    was drafted in 2008.

5            MR. PATEL:  Honorable Judge, can I -- this

6    Kaushik Patel.  Can I make a comment on the conditions for a

7    second?

8            THE COURT:  You'll -- Mr. Patel, you'll certainly

9    have an opportunity to do so, but we're going to -- we need

10   to proceed in an orderly fashion here.  I'm first hearing

11   from the Debtors and then parties who wish to be heard from

12   the long-term disabled will certainly have the opportunity.

13           MR. PATEL:  Thank you, sir.

14           THE COURT:  Yes.

15           MS. FLEMING:  So now that we've walked through

16   the basics of the Plan structure, I would like to take a few

17   minutes and just walk through some of the arguments that the

18   LTD Employees have raised as to why they believe they should

19   be paid severance and as to why the Debtors believe the Plan

20   documents just don't support those arguments.

21           THE COURT:  All right.

22           MS. FLEMING:  And I think that again, just

23   expanding a little bit more on the definition point, It's

24   important to remember that when you're dealing with benefit

25   Plans, just like a contract, you have to look at what a term

1    is defined to mean and not just interpret it to have the

2    meaning that we would have in everyday conversation.  And

3    this, obviously, as one with a lot of non-lawyer friends, I

4    understand that this sometimes is obnoxious and odd to non-

5    lawyers who don't think in these defined terms, but it

6    really is the case that you can be a lower case employee of

7    Nortel in the everyday sense of the word, without satisfying

8    the more narrow definition of an uppercase-defined term

9    employee who's eligible for severance under the Plans.

10                And that's, in fact, what has happened here.  And

11    that's why the Debtors, for example, argued that the LTD

12    employees were not former employees of the Company for

13    purposes of establishing an 1114 Committee.  And yet, still,

14    don't believe that the LTD Employees satisfy the criteria

15    for eligibility under the Plans.  And that's simply because

16    they do not at this time work for the Company or they're not

17    regularly scheduled to work for the Company.  And whether or

18    not they may have satisfied that definition prior to going

19    out on disability, the Plans, Section 2.5 of the Plans makes

20    clear that that determination as to whether or not you're an

21    employee, has to be made on the day before you're

22    terminated.  And so, it's simply not possible for the LTD

23    Employees to satisfy that definition at this time.

24                Certain other objections have pointed out that

25    Answer No. 2 in the SPDs says that generally, a full-time

1    employee is one who's regularly scheduled to work at least

2    35 hours a week.  And a part-time employee is scheduled to

3    work at least 20 hours per week.  And suggested that this --

4    the use of the word, "generally", means that there are

5    exceptions to that rule.

6            However, I think that if you keep reading that

7    paragraph, it's clear that the use of the word, "generally"

8    was meant to carve out specifically listed groups of people

9    who would otherwise have met the definition of employees,

10   but aren't covered by the Plans.  So for example, you know,

11   an intern, who may have been regularly scheduled to work 35

12   hours a week, and it looks like they would meet the

13   definition, the Plan is simply saying that that person still

14   isn't -- is going to be carved out of the definition of

15   employee.

16           And there's other categories.  And then if you

17   read further down, Answer No. 2, it refers you to the

18   definition in the glossary for a more complete list of what

19   those exceptions are.  And so I think it's the Debtors'

20   position that that is, in fact, what the word, "generally"

21   was intended to denote.  And there is nothing, I would point

22   out, saying that the LTDs should be included, although they

23   would otherwise not satisfy the definition.

24           Some other --

25           THE COURT:  So they were trying to make a point

1  using the lower case E employee?

2          MS. FLEMING:  Yes, Your Honor.

3          THE COURT:  And that --

4          MS. FLEMING:  There are certain lower case E

5  employees --

6          THE COURT:  Yes.

7          MS. FLEMING:  -- who facially would seem that --

8          THE COURT:  Yes.

9          MS. FLEMING:  -- that they satisfy the definition

10 because they were regularly scheduled to work the minimum

11 number of hours per week, but the Plan specifically carves

12 them out.  So some of the categories, just to give you a

13 sense, and you can see why they're carved out --

14         THE COURT:  Yes.

15         MS. FLEMING:  -- it's interns, right?

16         THE COURT:  Right.

17         MS. FLEMING:  It's individuals who are covered

18 under a Collective Bargaining Agreement.

19         THE COURT:  Okay.

20         MS. FLEMING:  And their Collective Bargaining

21 Agreement doesn't specifically incorporate the Severance

22 Plans.  Or its independent contractors.  It's people who are

23 working the minimum number of hours and look like they're

24 upper case employees, but the Plan is saying actually these

25 people still would not be eligible.

1           So I think that's also how they're

2   distinguishable from the LTD employees because they don't

3   facially meet the definition and the carves out are people

4   who facially meet that definition.

5           THE COURT:  Okay.

6           MS. FLEMING:  So some other objectors have

7   pointed out that LTD Employees were allowed to participate

8   in other welfare Plans, that although they have different

9   definitions, some of which do have language about working a

10  minimum number of hours per week.  And once again, the

11  answer to that argument lies in the Plan documents.  And

12  depending on the year, the summary Plan description either

13  for the specific benefit Plan at issue or for long-term

14  disability income continuation benefits has language making

15  clear that the LTD employees should continue to get those

16  benefits, even if it doesn't appear that they would facially

17  satisfy that requirement.

18          So an example is, you know, in the 2008 and the

19  2010 Long-Term Disability Summary Plan descriptions, there's

20  a section entitled, if you are on disability during an

21  annual enrollment period.  And that section goes on to say

22  that medical, dental, vision, hearing care, life insurance,

23  and AD&D which stands for accidental death and dismemberment

24  benefits --

25          THE COURT:  Yes.

1          MS. FLEMING:  -- will continue to be available

2    while someone is out on -- while you are out on long-term

3    disability.  So there's specific language addressing their

4    situation and bringing them back into coverage for those

5    benefits, even though they facially may not meet the

6    definition.  And that's why it's different than here where,

7    in fact, it does the opposite because Section 2.5 says you

8    have to be a capital E Employee on the day before you leave

9    the Company.

10          And I think, you know, it's also, if you think

11    about it, it's clear that the fact that there is no such

12    exception is different from the other Plans and it shows the

13    doctor's intent.

14          THE COURT:  And I would imagine, Ms. Fleming,

15    that there is some definition somewhere saying that in order

16    to qualify as a disabled person, you're unable to work.

17          MS. FLEMING:  Yes, Your Honor, I believe the

18    definition of permanent and total disability under the LTD

19    Plans, does require that you have not been able to perform

20    work, I think it's for two years.  So in order to get

21    benefits beyond a certain point of time, your disability

22    status has to have remained the same in order to be

23    permanently and totally disabled.

24          THE COURT:  Okay.

25          MS. FLEMING:  That is correct.  Other objectors

1    pointed to the fact that the Severance Plan and the SPDs

2    talk about how breaks in employment on account of authorized

3    medical leaves of absence are not breaks in service for

4    purposes of calculating a severance allowance.  And that

5    language simply is just not sufficient to overcome the

6    definition of employee as an eligibility criteria and it

7    doesn't overcome the requirement that someone is eligible

8    the day before their employment ends for such benefits.  All

9    it's really saying is that if you do return to work after a

10   period of disability, you're not going to be docked for the

11   time you were out on medical leave when calculating how much

12   severance would be owed to you now that you're eligible

13   again because you're back at work and you're again regularly

14   scheduled to work a number of hours.  So it's not creating a

15   right to severance, it's just telling you how to do the math

16   if you return to work and are again eligible.

17            THE COURT:  Okay.

18            MS. FLEMING:  And that's wholly consistent with

19   looking at an individual status with the Company at the time

20   their employment ends.

21            THE COURT:  Okay.

22            MS. FLEMING:  Furthermore, the Debtors historic

23   practice also supports the non-eligibility of LTD Employees

24   for severance.  The -- it's been the Debtors' practice to

25   pay severance to LTD Employees who return to work because of

1  a change in their medical condition and then are

2  subsequently laid off.  So it's not as if being on LTD

3  status at one point, precludes you from being eligible

4  later --

5            THE COURT:  Right.

6            MS. FLEMING:  You just have to return to work and

7  satisfy that criteria.  Because again, you're only looking

8  at your status the date before your employment ends --

9            THE COURT:  Right.

10           MS. FLEMING:  -- to determine if you're eligible.

11 And LTD Employees on the other hand, have not been paid

12 severance when they've aged out of benefits.  So the way

13 that it's coded in the system is that you on the day you age

14 out of benefits, if you don't return to work the day after

15 when you're no longer LTD eligible, the Company views that

16 as a voluntary termination for failure to return to work and

17 you are not paid severance benefits.

18           THE COURT:  Okay.

19           MS. FLEMING:  So putting aside that the LTD

20 Employees don't satisfy the eligibility requirements under

21 the Plans, they have also, obviously, received a claim

22 through the LTD settlement that represents the payment of

23 benefits they otherwise would have received through the end

24 of their eligibility.  And if that hadn't played out through

25 a claim that played out under the continuation of benefits,

1  they would not have been entitled to severance at that time.

2          So I think that granting them a severance claim,

3  despite allowing the general unsecured claim that was

4  bridging them to that end of their eligibility is

5  inconsistent with the terms of the severance Plans past

6  practice and ignores the purpose behind the LTD settlement.

7          The next argument that many of the LTD Employees

8  raised --

9          THE COURT:  Is this in effect, forgive the use of

10  the word, but is it a double dipping almost?

11          MS. FLEMING:  Your Honor, the Debtors believe

12  that it would be because the benefits, the -- excuse me, the

13  claim that was paid to the LTD Committee was granted in lieu

14  of continued benefits through the end of eligibility --

15          THE COURT:  Yes.

16          MS. FLEMING:  -- for most people at 65.  There

17  are certain exceptions.  And so paying them, granting a

18  claim to pay them on account of those benefits, at which

19  point when you age out, you wouldn't have been entitled to

20  severance.

21          THE COURT:  Yeah.

22          MS. FLEMING:  This is -- the Debtors would argue

23  that it is allowing them double dip for the benefit of those

24  -- of that period before they reach the maximum eligibility

25  age.

1                    THE COURT:  Okay.

2                    MS. FLEMING:  So certain other LTD Employees look

3     to other letters or correspondence that they received from

4     the Debtors which they believe indicate -- entitle them to

5     severance or indicated that the Debtors believed they were

6     entitled to severance.  And there were, in particular,

7     letters sent out in 2010, in conjunction with the Plan

8     termination that was filed around that time.

9                    THE COURT:  Yes.

10                   MS. FLEMING:  And also a 2013 Retirement Election

11    Form that was sent out as part of the settlement.  As I'm

12    sure you remember, Your Honor, there was a provision under

13    the Retiree Settlement Agreement that allowed LTD Employees

14    to waive into that settlement, even though certain other

15    criteria may not have made them eligible for retirement.

16                   THE COURT:  Exactly.

17                   MS. FLEMING:  So starting with the 2010 letters,

18    you know, both letters went out in 2010 and they included

19    information about what severance benefits those individuals

20    would have received, had they been eligible.  The forms were

21    generated in mass for all employees.  And there was

22    reservation of rights language on the cover letter which

23    clearly said that employment termination packages are

24    standard and as such, there may be information that's not

25    relevant to you given your long-term disability status.

1  Those letters were then withdrawn a few weeks later and

2  there was a letter sent out saying that they were no longer

3  applicable.

4          The Debtors apologize if that 2010 letter created

5  the impression of entitlement to severance benefits.

6  Certainly, that was not the Debtors' intent to create any

7  confusion.  And likewise, with the 2013 Retirement Election

8  Form, that form said that those who opted to retire were

9  waiving a severance benefit.  And the voluntary retirement

10  is not a basis for a severance claim regardless of whether

11  the other eligibility criteria are met.  So even if you are

12  an employee who voluntarily retires, you would not satisfy

13  the criteria set in Section 2.1 of the Plan which lists out

14  the types of terminations from the Company that make you

15  eligible.  And that language was meant to clarify that

16  point, rather to imply that everyone receiving it actually

17  had a valid severance claim.

18          And furthermore, I would point out, that that

19  same form was actually mailed to the Debtors' active

20  employees who -- some of whom they were obviously included

21  within that Retiree Settlement Agreement provision.  And

22  that some of them, I believe even returned it.  And they

23  have a different position than the LTD Employees under the

24  Severance Plans.

25          THE COURT:  Okay.

1              MS. FLEMING:  So the same form was used for

2    multiple parties.

3              THE COURT:  Okay.

4              MS. FLEMING:  Furthermore, I -- and again, I know

5    Your Honor's aware of this, but I would just remind everyone

6    that the Debtors filed a statement with the Court and served

7    it on all of the LTD Employees, excuse me, on April 29,

8    which was before the May 17, deadline, to return the

9    Retirement Election Forms.  And that statement that we filed

10   on April 29, clarified the Debtors' position that the LTD

11   Employees were not entitled to severance under the Plans.

12   And so there should not have been any confusion or any

13   reliance by the time those forms were returned.

14              And furthermore, those letters, the 2010 letters

15   and the 2013 Retirement Election Form are not enough and

16   cannot be enough to create a right to a severance payment

17   that doesn't otherwise exist under the terms of the Plan and

18   the law is clear on this point.  The Third Circuit has

19   consistently held that ERISA precludes an employer from

20   making oral or informal amendments to employee benefit Plans

21   that are not executed in accordance with formal procedures.

22   And here, Section 4.1 of both of the Plans require amendment

23   through a written instrument approved by the NNI Board of

24   Directors or an officer to whom the Board has delegated such

25   authority and that was not done.

1          So one of the last points that is raised

2  frequently across the motions and joinders is that the fact

3  that severance was carved out from the LTD settlement was

4  because the Debtors believed that the LTD Employees were

5  entitled to such benefits and that's why it was an excluded

6  claim under the release in that Settlement Agreement.  In

7  fact, it's actually the opposite.  The Debtors felt very

8  strongly that the severance claims should not be part of the

9  compromise.  That because the LTD Employees did not have a

10  right to such benefits and the severance was beyond the

11  scope of those negotiations.

12          And if you look at the Settlement Agreement,

13  Section 9(c) actually says that nothing in the agreement

14  shall constitute an admission that any excluded claims are

15  valid claims against the Debtors.  So the Debtors and the

16  LTD Agreement and Committee rather, specifically agreed that

17  just because something was being excluded from that

18  agreement, did not mean that it was an admission that that

19  was a valid claim against the Debtors.

20          THE COURT:  Okay.

21          MS. FLEMING:  So lastly, I would also just raise

22  one unique motion that was filed which relates to Ms.

23  Estelle Loggins.

24          THE COURT:  Yes, please.

25          MS. FLEMING:  Ms. Loggins aged out of LTD

1  benefits in December.  And so she is not -- her employment

2  with the Debtors is not being terminated as of June 30.  She

3  is not an employee of the Debtors, even for administrative

4  purposes any longer.  And her separation was a voluntary

5  termination for failure to return to work.  So in addition

6  to not satisfying the eligibility criteria for -- because

7  she's not a defined capital E Employee, she also doesn't

8  meet the extra criteria for eligibility about the cause of

9  her termination.

10              THE COURT:  Okay.

11              MS. FLEMING:  So again -- I'm sorry, Your Honor.

12              THE COURT:  And it was Ms. Loggins as I recall,

13  who took the matter up to the Fifth Circuit.

14              MS. FLEMING:  Yes, Your Honor.

15              THE COURT:  Okay.

16              MS. FLEMING:  And she -- we're going to be

17  addressing a separation motion that she filed later this

18  afternoon --

19              THE COURT:  Okay.

20              MS. FLEMING:  -- about that Fifth Circuit appeal.

21              THE COURT:  Fine.

22              MS. FLEMING:  But yes, she also did file a

23  Severance Motion and she's slightly -- she's situated

24  slightly differently from the others.

25              THE COURT:  Very well.

1          MS. FLEMING:  So again, while the Debtors do

2    sympathize and understand the LTD Employees' desire to get

3    paid for severance, the clear and plain language of the

4    governing Plans, it's clear that they're just not entitled

5    to receive such payments.  And allowing these claims as the

6    Debtors have done for other employees who did satisfy the

7    Plan criteria, would reduce the recoveries for creditors who

8    have valid claims.  And, therefore, it's against the

9    interest of the Debtors' estates and creditors.  And

10   accordingly, the Debtors respectfully request that the

11   motions be denied.

12         THE COURT:  All right.  Thank you, Ms. Fleming, I

13   appreciate it.

14         MS. FLEMING:  Thank you, Your Honor.

15         THE COURT:  It was -- this was helpful.

16         MS. FLEMING:  Thank you.  And I'm sorry, one last

17   administrative issue.  I just wanted to request that the

18   Declarations of John Ray --

19         THE COURT:  Oh, yes.

20         MS. FLEMING:  -- in support of the objections

21   which were filed on June 2, 2013 and June 20, 2013 at DI

22   Numbers 10732 and 1094, respectively, as well as, the

23   Declaration of Julie Graffam-Kaplan, which was filed on June

24   20, 2013 at DI Number 10945 be proffered into evidence.

25         THE COURT:  Is there any objection to the

1   admission into evidence of those declarations?

2           MR. PATEL:  No objection.

3           THE COURT:  All right.  All right.  Thank you.

4   They are admitted then.  Thank you, Ms. Fleming.

5           MS. FLEMING:  Thank you, Your Honor.

6           THE COURT:  Mr. Kahn, how are you?

7           MR. KAHN:  Good morning, Your Honor.  I'm doing

8   well.  How are you?

9           THE COURT:  Very well, thanks.

10          MR. KAHN:  For the record, Brad Kahn, Akin, Gump,

11  Strauss, Hauer & Feld, representing the Official Committee

12  of Unsecured Creditors.

13          Your Honor, I'll defer to you as to whether you

14  want to hear from parties supporting the Debtors omnibus

15  objections now or after, but I will be brief.

16          THE COURT:  I would suggest you proceed and that

17  way we have the two sides fairly well defined.

18          MR. KAHN:  Right, thank you, Your Honor.

19          THE COURT:  Okay.

20          MR. KAHN:  The Committee filed a joinder --

21          THE COURT:  Yes.

22          MR. KAHN:  -- to the Debtors' omnibus objections

23  to the various severance claims filed by the LTD Movants.

24  Like the Debtors, the Committee is sympathetic to the

25  Movants' plight, but for the same reasons that Ms. Fleming

1    so ably summarized, we agree with the Debtors that the LTD

2    Movants are not eligible for severance under the plain

3    language of the Severance Plans.

4            And we further agree that neither the 2010

5    Notices that were sent out to the various employees or the

6    terms of the retiree or LTD settlements themselves amended

7    those Plans or changed that fact.  And accordingly, we join

8    the Debtors in asking that the motions be denied.  Thank

9    you.

10           THE COURT:  Thank you, Mr. Kahn.  Good morning.

11           MR. JANIS:  Your Honor, this is Mark Janis.

12           THE COURT:  We have one more person in the

13   courtroom who wishes to be heard.

14           MR. MATZ:  I'll be brief.  Good morning, Your

15   Honor.

16           MR. JANIS:  Right.

17           MR. MATZ:  Thomas Matz of Milbank Tweed --

18           THE COURT:  Yes.

19           MR. MATZ:  -- Hadley & McCloy.

20           THE COURT:  Yes, sir.

21           MR. MATZ:  On behalf of the Ad Hoc Bondholder

22   Group.  And now I will be brief.  But I do want to for the

23   record, join in the submissions made by Ms. Fleming on

24   behalf of the Debtors.

25           THE COURT:  All right.  Thank you.

1          MR. MATZ:  Thank you.

2          THE COURT:  Thank you.  Good to see you again.

3          MR. MATZ:  Nice to see you.

4          THE COURT:  Anyone else in the courtroom who

5   wishes to be heard?

6                    (No audible response.)

7          THE COURT:  All right.  Let us turn to the

8   telephone and I would simply ask, of course, that you state

9   your name and that to the extent someone has covered your

10  point, that we not be, you know, too repetitive.  But if you

11  think you can state something better, than you're certainly

12  welcome to speak, all right?

13         MR. JANIS:  Good morning, Your Honor.  My name is

14  Mark Janis.

15         THE COURT:  Mr. Janis, good morning.

16         MR. JANIS:  Good morning.  I'm here representing

17  myself in a motion that I submitted to this Court.  It's

18  Docket Number 10741, a Motion compelling the Debtors to

19  issue a payment for severance, per Nortel Networks Severance

20  Allowance Plan upon the Debtors' Plan termination of my

21  employment on June 30.

22         If the Court will allow, I'd like to be able to

23  present this motion in a couple of parts.  It's -- we're

24  going to get you out of there in time for a lunch, Your

25  Honor.

1              THE COURT:  Well, don't rush, because as I

2    indicated, I'm happy to proceed again after lunch, if we

3    don't finish.  So --

4              MR. JANIS:  All right.

5              THE COURT:  -- this is not a race.

6              MR. JANIS:  Okay, good.  So in simple terms, what

7    I am doing is I am petitioning the Court to approve my

8    status as an upper level case employee who is entitled to

9    severance due to the fact that my employment is being

10   terminated prematurely by the Debtors.

11             Before we get into that, the first thing I'd like

12   to do is to thank the Court and Your Honor for approving the

13   LTD Settlement Agreement.  I believe that the settlement is

14   good and it's fair.  And I'm extremely grateful that it was

15   reached.  Obviously, I still have plenty of financial

16   concerns due to the fact of the reduced value of my portion

17   of the settlement.  In fact, you know I'll realize far less

18   than 50 percent of what I would have received had I been

19   able to mature out of the Plan at age 65.  However, it is,

20   it's a far better scenario than the Debtors attempted during

21   the Summer of 2010, and for that, I'm extremely happy.  I

22   doubt that a settlement could have been reached without the

23   hard work of all the teams involved, including the employees

24   of the Court and, of course, yourself, Your Honor.

25             The issue I'm bringing before the Court today is

1   a completely separate issue from the LTD settlement.

2            THE COURT:  Yes.

3            MR. JANIS:  My understanding, according to the

4   LTD Settlement Agreement and the Debtors' objections is that

5   we all agree that the Severance Plan is outside the scope of

6   the LTD settlement.  Therefore, on that basis, I would ask

7   the Court to ignore the LTD settlement in the context of

8   this motion.

9            I think that both sides would further agree that

10  I'm still an employee of Nortel.  And the heart of the

11  matter seems to come down to the type of employee I am.

12           The Debtors say that simply being a current

13  employee is not enough.  They said I must be working a

14  specified number of hours up until the day before I'm

15  terminated or fired in order to qualify for severance.

16           I disagree with that position as the requirement

17  is not fully recorded in the Severance Allowance Plans.

18  There's only stipulated that one must be a full-time or a

19  part-time employee.  While it is understandable that the

20  Debtors would like to terminate my employment without any

21  severance pay, I believe the documentation that has been

22  brought before this Court supports my position.

23           First of all, Your Honor, all LTD Employees were

24  working at least the minimum number of hours in order to

25  receive the LTD benefits.  Most, if not all were, in fact,

1  working full-time when they became disabled.  The result was

2  that they were first approved to receive short-term

3  disability benefits and then subsequently long-term

4  disability benefits, both of which were approved medical

5  leaves absence.

6          While on an approved medical leave of absence, I

7  still felt very much like an employee of the Company.

8  Anyway, I was asked to complete an Employee Benefit

9  Selection Form.  I complied and responded to any and all

10 requests that were made of me.  In my conversations with HR,

11 I was told repeatedly that I was still considered to be an

12 active employee who is on medical leave.

13         Lastly, I checked with Nortel Shared HR Services

14 and asked them what I should expect, after finding out that

15 Nortel filed for bankruptcy protection.  What they told me

16 was that as an employee, when Nortel closed its doors and

17 the last employee turned out the lights, we would go with

18 them.  We are clearly at that point today.  And if my

19 understanding is correct, on June 30, Nortel will

20 effectively no longer have any actual employees and the few

21 remaining employees will be replaced by contractors.

22         This brings us to the issue of severance pay.

23 The LTD Employees are being co-trained along with any other

24 remaining active employees.  I expect the other employees

25 who are not on medical leave would be paid severance and

1    similarly should be allowed to collect -- and similarly, we

2    should be allowed to collect severance as well.

3            With regards to the LTD Plan and the Severance

4    Plan, I believe that we are in unchartered waters.  I don't

5    believe that the original authors of the Plans ever

6    considered a situation where someone would be terminated

7    while out on an approved medical leave of absence.  It would

8    be unimaginable, unconscionable, not something that would be

9    approved as a normal course of action.  So as a result, the

10   Severance Plan does not address the issue directly.  It does

11   not specifically state that people on approved medical leave

12   of absence are excluded from the benefits of the Severance

13   Plan.  Whereas in many other benefits Plans documents, if

14   there were any caveats specific to an LTD employee, it was

15   expressly stated.  The Severance Plan does not state that

16   for the purpose of calculating the benefits, that the years

17   of severance -- or it does state that for the purposes of

18   calculating benefits, that the years of service include the

19   time spent on approved medical leave of absence.  It is not

20   considered a break in the employment.

21           When the Debtors first tried to terminate the LTD

22   Employees in July of 2010, we were sent a termination

23   package that included the calculation amount of severance we

24   had accrued up to that point in time.  It also identified us

25   active full-time employee status that I was always led to

1  believe was maintained by the Debtors.  At that point in

2  time, I was really worried that we were done.  I thought

3  that the Debtors' Motion would be approved.  That we would

4  be terminated as employees and that our benefits would end.

5  And that the only moneys that we would receive would be the

6  amount that we were due under severance.  I have included a

7  copy of the Termination Notice as part of my motion, so that

8  the Court can see the severance was listed as a line item.

9          Severance, however, is a different type of

10 benefit than LTD.  It is compensation for your past work and

11 efforts.  It's backward looking.  And it's calculated on

12 your past history, not your future.  It is compensation for

13 being terminated against our will and allows the Company to

14 avoid future lawsuits by obtaining releases from the

15 outgoing employees.  In fact, it was an important enough

16 issue that the Debtors included it as a requirement that it

17 felt it should be forfeit if an individual was to elect to

18 retire early and accept the Retiree Settlement.

19         It also was included in the 2010 Termination

20 Notice due to the possibility that it could affect -- also

21 -- it also included in the 2010 Termination Notice due to

22 the possibility that it could affect benefits from the PBGC

23 in electing early retirement, as opposed to being

24 terminated.  There was no similar requirement in the LTD

25 Settlement, so in accepting the LTD Settlement, I have not

1    waived that right.

2            Your Honor, the Debtors recorded specific

3    languages in the Plan that purportedly support their

4    position. I'd like to address a few of those issues.

5            First, is the issue that in order to receive

6    severance, an employee must be scheduled to work a minimum

7    number of hours in order to qualify for the benefit.  There

8    are occasions where employees are not scheduled to work, but

9    are still considered employees who have the right to

10   severance pay under the Severance Plan.  Examples of these

11   types of situations are the following:  an employee

12   attending jury duty; an employee on maternity leave; an

13   employee on holiday; an employee on vacation; an employee

14   who calls in sick; an employee on military leave, to name a

15   few.  None of those employees are scheduled to work for a

16   period of time.

17           In fact, Your Honor, as a manager, this is not

18   pretty, but I once had to let go of a person who was on an

19   extended vacation.  He was actually on his honeymoon.  We

20   were required to notify everyone who was being let go within

21   a specific timeframe.  And I had no choice but to notify him

22   while he was on vacation.  He was not scheduled to work any

23   hours at the time and was paid severance in accordance with

24   the Plan.

25           I also once worked with a young woman who was out

1  on maternity leave and the business changed.  And while she

2  was out on maternity leave, her position was eliminated and

3  now new openings existed for her to come back to.  And no --

4  and as a result, she was terminated with severance --

5        THE COURT:  Weren't those pursuant to a leave

6  policy?  In other words, those --

7        MR. JANIS:  I don't know, Your Honor.

8        THE COURT:  Okay.  I'll ask the Debtors at the

9  appropriate time, but I was just thinking that the types of

10  incidents that you described were, you know, not long-term

11  disability types of actions, so we'll talk about that a

12  little bit more.  I'm sorry.  You may proceed, Mr. Janis.

13        MR. JANIS:  All right.  Well, thank you.  Another

14  issue brought up is that LTD Employees are paid after a

15  vacation when they make the transition to short -- from

16  short-term to long-term disability.  This situation actually

17  benefits both parties.  It is in the Company's best interest

18  from an accounting perspective to pay out this vacation. All

19  accrued vacations held by the Company is a liability.  If

20  vacation was not paid out, the liability would be carried on

21  the books for an untold number of years with little chance

22  of getting it off the books.

23        Furthermore, from a personnel perspective, it

24  benefits the employees because the employee will only be

25  receiving a fraction of their pre-disability income and

1  often faces mounting medical bills.  And so the extra money

2  can come in handy at a difficult time.

3           Further, they claim that because we do not earn

4  vacation, we do not qualify for the Severance Plan.  Again,

5  Your Honor, earning vacation while being paid on an approved

6  medical leave of absence would be financially irresponsible

7  on the part of Nortel.  Vacation equates to time -- to paid

8  time off.  We were already being paid on the LTD Plan on

9  approved medical leave.  And so it doesn't make any sense,

10  the argument that we're not earning vacation.  Furthermore,

11  there's no language in the Plan that says that an employee

12  must be earning vacation in order to qualify for the

13  Severance Plan.

14           Another issue that was brought up is that in

15  order to receive benefits under the Severance Plan, an

16  individual must be an employee on the day before the day

17  they are terminated.  Your Honor, if I was an employee last

18  week and I'm an employee today, then I expect to be an

19  employee on June 29, which is the day before I'm expected to

20  be terminated.  I do not expect to quit, or to retire, or to

21  take another job.  About the only scenario that I can

22  foresee under which I would cease to be an employee is if I

23  was to die.  If that were to happen, I would still be -- I

24  would still qualify for the employee life insurance policy.

25  And depending on the circumstances, accidental death

1  insurance, all because I would still be an employee on the

2  day before I was terminated.

3          Another claim by the Debtors states that because

4  I was not allowed to increase my benefits during the annual

5  enrollment period, further supports the position that I am

6  not a qualified employee.  So to imagine a Plan where I can

7  increase my benefits while receiving those benefits is

8  nonsensical.  It would never be allowed in any company.  We

9  were, however, allowed to decrease or eliminate benefits.

10  So we did have a measure of control.

11          So now I would like to move on to a few

12  additional points that is posited in my motion.

13          In 2010, the Debtors attempted to terminate me

14  and sent me what can be found as Exhibit B, HR Shared

15  Services U.S. Termination Notice.  And on Page 1, if you

16  look at -- I don't know if you have it in front of you, Your

17  Honor.  But you can see clearly that my employee status is

18  listed as FT full-time.

19          THE COURT:  All right, yes.

20          MR. JANIS:  All right.  On Page 3, they list my

21  severance period at that time as sixteen weeks.

22          THE COURT:  Yes.

23          MR. JANIS:  On Page 6, it details how if I accept

24  severance, it may impact any benefits that I potentially

25  could receive and onward.  And then on Page 8, it asks me to

1    sign a waiver, if so desired to the Severance Plan, based

2    upon, I assume, that I would be entitled to severance.

3    And then referring to Exhibit D, that's the

4    document that was included as part of the Retiree

5    Settlement.  And then what it does is it's a similar type

6    document and if an employee was to sign it and select the

7    retiree settlement over the LTD settlement, they're once

8    again asked to waive their rights to any severance benefits.

9    You know, again, the implied message being that if you do

10   not sign the document, you still have the right to payment

11   under the Settlement Plan.

12   You know, another issue, Your Honor, is that I'm

13   a member of the 401(k) Plan which is one of the Retirement

14   Plans that Nortel offered.  And it's currently being

15   administered by Hewitt & Associates.  I know that Nortel

16   petitioned the IRS for permission to shut down that Plan.

17   So far, the Plan has not been terminated and I can only

18   speculate or assume that the Plan cannot be terminated

19   because it's still has active employees who are members of

20   the Plan.  Furthermore, I am currently prevented from

21   transferring that money out of the Plan, roll it over to an

22   IRA or whatever I choose, until after I'm terminated as an

23   active full-time employee.

24   So in summary, my position is that I'm on a

25   medical leave of absence and continue to accrue time

1   according to the calculations set forth in all of the sort

2   of Plan -- Severance Plan documents where employees who are

3   being terminated against their will without cause.  And as a

4   result, I believe that we're entitled to the same severance

5   benefits as any other full-time or part-time employee.  And

6   at this point, Your Honor, I would like to ask Deb Jones to

7   step in and conclude the presentation with the next part.

8            THE COURT:  Thank you, Mr. Janis, that certainly

9   is acceptable.

10           MR. JANIS:  Thank you.

11           MS. JONES:  Thank you.  Good morning, Your Honor.

12  My name is Deb Jones.

13           THE COURT:  Good morning, Ms. Jones.

14           MS. JONES:  I am an LTD -- good morning, sir.

15  And good morning, Ms. Fleming and ladies and gentlemen in

16  the Court today.

17           I am an LTD Committee Member.  I want to point

18  out that I'm appearing in front of the Court today in my

19  capacity as an individual employee of the Debtors about to

20  be terminated along with all the other LTD employees on June

21  30.  I am presenting arguments in support of my right to

22  severance as an employee of the Debtors for the Court's

23  consideration today.  My presentation will be traversed in

24  about 30 minutes and will move from the ensuing opening

25  statement to supporting facts of my position.

1          The critical fact I hope to effectively

2    communicate to the Court today is this, Your Honor.  The

3    Debtors have preserved my employee status as that of an

4    active, actively at work full-time employee without

5    exception to date.

6          An individual's employee status is that umbrella

7    statement overarching all of the Debtors' benefits Plans.

8    It defines the relationship, in essence, between an

9    individual and the employer.  It is this very Debtor

10   designated employee status that does three things.  It

11   guarantees in Nortel documentation as being preserved

12   throughout my disability.  It is recognized in practice vis-

13   a-vis the administration and delivery of Nortel benefits to

14   date.  And it both contractually promises the recognition of

15   my uninterrupted employee service to the Debtors throughout

16   my disability and in the Debtors' calculation of severance

17   due per the Severance Allowance Plan.

18          My full-time employee status, Your Honor,

19   designated by the Debtors themselves, it's been the

20   [indiscernible] seemingly dating documents and Plan

21   requirements, and has historically resulted in the actual

22   delivery of Nortel benefits.  It's this one decisive

23   overriding factor, the trump card, if you will, that

24   provides benefit access and similar dating Plan requirements

25   that one be a full-time employee.

1           By Nortel's Severance Allowance Plan Glossary, a

2    full-time employee is an employee who is regularly scheduled

3    to work at least 35 hours per week.  There is no --

4    absolutely no documentation that this overarching Debtor

5    designated full-time employee status is not honored within

6    the context of the Severance Allowance Plan.

7           With that opening statement being made, Your

8    Honor, I will press on to the details supporting my joinder

9    filed under Docket 10897.

10          THE COURT:  All right, thank you.

11          MS. JONES:  Thank you, Your Honor.  Your Honor,

12   there are three areas that I will leverage to support my

13   position that I am due severance upon termination as a big

14   "E" employee.  The Debtors' documentation, Debtors'

15   administration of benefits to date, and Debtors' own

16   supporting statement and filed motions when it has been

17   advantageous to refer to me as an employee.

18          Well, let's first take a look at the Severance

19   Allowance Plan, SPD 2012 filed by Mr. Ray recently in Docket

20   10944 as Exhibit A.  I agree -- it's my understanding that

21   this is the most recent Severance Allowance Plan that I am

22   personally aware of.  And I agree that it is the version we

23   should be opining on.

24          Further, it is my understanding that referencing

25   the most recent version of any Plan document is consistent

1  with the Debtors' stance that the most recent version of a

2  document is domain to administration of any benefit.  This

3  is resonated in Ms. Julie Graffam-Kaplan's statement filed

4  in Docket 10945.

5          If I could trouble you, Your Honor, if we can

6  please go directly to the glossary of the SAP, the Severance

7  Allowance Plan SPD on Page 14.

8          THE COURT:  All right.

9          MS. JONES:  Thank you, sir.

10         THE COURT:  Excuse me, I'm --

11         MS. JONES:  An employee is the --

12         THE COURT:  I'm sorry, Ms. Jones.

13         MS. JONES:  And employee -- yes, sir.

14         THE COURT:  You started to say?  I'm sorry.

15         MS. JONES:  If we can please go directly to the

16  glossary of the Severance Allowance Plan, SPD?

17         THE COURT:  All right.

18         MS. JONES:  Thank you, Your Honor.

19         THE COURT:  And I'm looking on Page 14 at the

20  definition of an employee.

21         THE COURT:  Let me --

22         MS. JONES:  And it starts off by saying it shall

23  mean any full-time or part-time employee of an employer.  It

24  goes on, but unless the Debtors would point out that the

25  application of any further element in that definition is

1  pertinent, I would rather just focus here.

2            We have always been referred to as employees of

3  the Debtors by this glossary definition offered by the

4  Debtors within the Severance Plan itself.  That implies we,

5  the LTD employees, are either a full-time or a part-time

6  employee of the Debtors.  There are only two options within

7  this definition, full-time or part-time when you apply the

8  specific term of employee, nothing else.

9            And if one goes down further to the definition of

10  full-time in this glossary, we find on Page 15 of that same

11  document, again, next to full-time employee, it shall mean

12  any employee who's regularly scheduled to work at least 35

13  hours per week.

14            The primary objection that the Debtors have

15  entered on record in their supplemental objection as I

16  discern it, is in Section 3 of Docket 10932 where, and I

17  quote, "The terms of the Severance Plan govern right to

18  payment of severance and provide that an employee must be

19  regularly scheduled to work a minimum number of hours per

20  week in order to be eligible, which presents the LTD

21  Employees from being eligible for such severance payments."

22            Your Honor, the takeaway from this particular

23  point I'm trying to make is this.  The Debtors constantly

24  refer to the LTD as employees.  The definition of employees

25  listed in the Severance Allowance Plan demonstrates that we,

1    LTD, retain an employee designated employer status of either

2    being a part-time or a full-time employee by both employee

3    statuses which puts particular each employee's regularly

4    scheduled hours, meet the criteria of this eligibility

5    requirement, and support a severance and make the Debtors'

6    primary objection innocuous.

7            Next, Your Honor, I'll demonstrate how the full-

8    time employee status I hold prior to the onset of my

9    disability is maintained throughout my disability in

10   accordance with the Debtors' Plan documentation, which we've

11   agreed early on in this discussion today is germane, the

12   plain document language itself.

13           To establish this baseline, we will need to look

14   at excerpts from both the Long-Term Disability Plan FT of

15   2010 and the Flexible Review FTD of 2013.  It is my

16   understanding that these are the most recent versions of

17   these Plan documents and I have provided both as exhibits in

18   the joinder that I filed.

19           First, I would draw the Court's attention to the

20   Long-Term Disability Plan SDT presented in Exhibit E of my

21   joinder.  The first reference I wish to bring up to you is

22   located on the second Page of Exhibit D and its labeled Page

23   12 at the bottom.  Should I pause, Your Honor, or --

24           THE COURT:  Yes, yes, please, thank you.  That

25   would be fine, Ms. Jones.  That will give me a chance to get

1 to the document.

2          MS. JONES:  Thank you, sir.

3          THE COURT:  Let's see.  All right, I'm with you.

4          MS. JONES:  Thank you, Your Honor.  Okay.  So

5 looking at Exhibit E on Page 12 at the bottom.

6          THE COURT:  Yes.

7          MS. JONES:  There's a section entitled, When

8 Coverage Ends.  Now this is in a disability document and it

9 speaks to when your disability coverage is going to end.

10 There's a statement with respect to the retention of an LTDs

11 actively at work status throughout their disability.  It

12 says and I quote, "For coverage purposes, your employment

13 will end when you are no longer actively at work as an

14 eligible full-time or part-time employee.  However, the

15 Company may consider you as still actively at work during

16 certain types of approved leave of absences from work."

17          As I continue to be employed by the Debtors to

18 this day, and continue to receive my LTD benefits, and my

19 medical leave of absence continues to be authorized by the

20 Debtors, it is a logical conclusion that they kept their

21 word within the context of the Plan document and the Debtors

22 continue to identify me as actively at work and an eligible

23 full-time employee or I wouldn't have cause to be here today

24 in support of my severance benefit.

25          Next, to understand what the term, "actively at

1  work" implies, I must bring us to Exhibit A of the same

2  joinder and I will pause there, Your Honor, to give you an

3  opportunity to --

4          THE COURT:  All right.  You certainly may

5  proceed.  Thank you.

6          MS. JONES:  Thank you, Your Honor.  Exhibit A is

7  called the Flexible Review SDT.  It's the highest level

8  document governing benefits offered to all full-time and

9  part-time employees.  The last page of that exhibit, labeled

10  Page #14 at the bottom is where we need to look to.  Please

11  see the definition for active work, actively at work.  And

12  just to draw the tie in there, the reason I'm bringing us to

13  this terminology is because it is what was just promised me

14  in the quote from the Disability Plan I read to the Court.

15          So if we look at Page 14, the definition for

16  active work, actively at work, it states that you will be

17  considered actively at work on any of the Company's

18  scheduled work days that you are performing the regular

19  duties of your job on that day in accordance with your

20  regularly scheduled hours.

21          So the definition of this actively at work status

22  is maintained as a result of the contract in the Long-Term

23  Disability Plan.  And it's been proven to be observed by the

24  Debtors once again because by the terms of the LTD Plan, it

25  must be in place or I would have already been terminated as

1  not having satisfied an authorized leave of absence and

2  again, we would not be having this discussion.  This is

3  further proof that the Debtors have maintained my employee

4  status as actively at work as an eligible full-time

5  employee, Your Honor.

6        Next, if I could, please. I would like to speak

7  about the actual practice.  How my actively at work full-

8  time employee status has been preserved and how I witnessed

9  it being preserved.

10        THE COURT:  All right.

11        MS. JONES:  And this --

12        THE COURT:  Please proceed, yes.

13        MS. JONES:  Thank you, Your Honor.  The actively

14  at work full-time employee status has been preserved by the

15  Debtors at the overarching employee status level, versus a

16  Plan-by-Plan determination.  And again, just to summarize

17  what I'm trying to walk us through at this point is that

18  overarching employee status the Debtors designated.  And I

19  just showed how in the Disability Plan, I'm promised to

20  maintain that actively at work status as a full-time

21  employee and it's the big enchilada.  It's that

22  relationship.  It's not modified Plan-by-Plan unless it is

23  so explicitly stated.  So my active full-time employee

24  status has been recognized in the administration of Plan

25  benefits to date, Plan benefits that have aiding

1  requirements equivalent to those in the Severance Allowance

2  Plan.

3           At the core of this eligibility criteria is the

4  requirement that an individual essentially possess the

5  employee status of a full or part-time employee whose

6  definitions we broached earlier in this presentation.  There

7  are no other requirements in the Severance Allowance Plan

8  beyond the essential requirement that one meet the criteria

9  of possessing an active full-time employee status.

10          Your Honor, at this point, I will be happy to

11  walk the Court through each Debtors' Plan document that I

12  have appended as exhibits in my joinder to demonstrate the

13  existence of essentially the same gating requirement across

14  all the Plan benefits that one be a full-time employee as

15  long as demonstrating proof that each benefit identified

16  with that dating requirement was delivered by the Debtors to

17  date, all in recognition that I have preserved that the

18  Debtors have preserved my actively at work full-time

19  employee status, if you would like me to.  I just don't want

20  to impose on the Court, if it is not your desire to do so or

21  you would want to take that into consideration on your own,

22  Your Honor.

23          THE COURT:  Well I would like to hear from you

24  even if you just sort of direct my attention to it, whatever

25  you think is pertinent and relevant to your claim.

1          MS. JONES:  Thank you, Your Honor.  Then given

2    that, sir, what I'll do is I'll step through a few to

3    demonstrate my point and then I'll ask you if you would want

4    me to continue or if that's sufficient with me having

5    communicated my point.

6          THE COURT:  All right, good, good.

7          MS. JONES:  All right.  Thank you, Your Honor.

8    In that case, I take us to Exhibit A which is the Nortel

9    Networks overview document.

10          THE COURT:  Yes.

11          MS. JONES:  Okay.  Thank you, Your Honor.  And --

12          THE COURT:  I think I'm -- yes, here I am.  Here

13    I am, yes.

14          MS. JONES:  Okay.  And on Page 6, it has, you

15    know, at the bottom of the page, it's labeled 6.  I would

16    direct your attention, Your Honor, to the eligibility

17    criteria.  Within the context of this document, it has, you

18    know, essentially the same requirements as the Severance

19    Plan in that it states, and I quote, "You are eligible for

20    flex benefits if you are a regular employee working 20 or

21    more hours per week."

22          THE COURT:  Yes.

23          MS. JONES:  You know, that's essentially it.  And

24    then what I would draw Your Honor's attention to is on

25    Exhibit H, Your Honor, H, as in Harry, Your Honor.

1          THE COURT:  Good, yes.

2          MS. JONES:  Okay, thank you.  So the flex

3   statements are the benefits offered for all full and part-

4   time employees. And we just read it in the governing Plan

5   document, that it requires you to be working part-time,

6   full-time active employee.  I, obviously, am not physically

7   doing that right now, but if we look at Exhibit H, the

8   Benefits Confirmation Statement, that's proof that my,

9   again, overarching retention by the Debtors, on the Debtors'

10  part of my active, actively at work, full-time employee

11  status is retained for the purposes of benefits and those

12  are all the benefits I got.  I mean, I was -- the Plan

13  requires and I'm at work, actively at work for 20 to 40

14  hours.  I'm obviously not physically doing it right now, but

15  the statement that I'm actually paying cost on all these

16  benefits, demonstrates very physically that that overarching

17  employee status is applied.

18          Okay.  The next example, Your Honor, I guess I

19  would take you to -- excuse me, one minute, Your Honor.

20          THE COURT:  Take your time, Ms. Jones.

21          MS. JONES:  Thank you, sir.  I would take you to

22  Exhibit C, Your Honor.  And that is going to be the Medical

23  Plan.  Okay.  There is only one page on that attachment,

24  Your Honor, and when you're there, I will continue.

25          THE COURT:  I -- let me make sure, but I think I

1  am there with the Medical Plan, yes.

2            MS. JONES:  Okay, thank you, Your Honor.  So the

3  point again is the eligibility criteria, Your Honor.  The

4  first sentence says you are eligible for the Medical Plan if

5  you are a regular employee working 20 or more hours per

6  week.  Again, similar language as in the Severance Plan

7  which says you have to be a full-time or part-time employee,

8  20 or more hours per week, unless the Debtors would argue

9  differently is what qualifies you as being at least a part-

10  time employee.

11       And again, is that Flex Benefits Confirmation

12  Statement.  I've been receiving my medical benefits all

13  along and that, again, is because the LTD Plan guaranteed

14  the preservation of my active, actively at work full-time

15  eligible employee status.

16            I guess the next example, so I don't step you

17  through all of them, Your Honor, and burden you with going

18  through all these documents, I think I would elect to bring

19  you to Exhibit K, Your Honor.

20            THE COURT:  And that is what, Ms. Jones, I'm

21  sorry?

22            MS. JONES:  I'm sorry, Your Honor, it is the

23  Termination Notice, Your Honor.

24            THE COURT:  Oh, fine, yes.

25            MS. JONES:  Okay.  So what I would like to point

1  out here, Your Honor is that yes, there was a disclaimer in

2  rebuttal to some of the counterarguments on the Debtors'

3  part that they had a cover letter stating that some of the

4  information is not pertinent to everyone.  It is reasonable

5  to expect that that reference was made to more generic

6  offerings of the different things somebody could participate

7  in.   I mean, if they're asking them to return equipment and

8  if somebody doesn't have company equipment at home, you

9  know, it wouldn't be expected that that would apply to that

10  individual.

11       But when you get to looking at the second page,

12  the first page, rather, Your Honor, of that Termination

13  Notice, it's very reasonable to expect and it actually is

14  accurate, that my individual personal information is

15  accurate.  And it has my employee name right.  It has my

16  continuous service dates, when I was fortunate enough to be

17  hired by Nortel.  It has my employee status as full-time.

18  My global ID is accurate.  And my global, my employee ID is

19  associated with that employee status of full-time and it

20  demonstrates that it is, in fact, something that the Debtors

21  maintain further as an eligible full-time actively at work

22  employee who they're delivering benefits to, and it is the

23  overarching umbrella beyond any individual Plan benefit

24  documentation.

25       So I think that as far as walking through

1  documents, I'd rather move onto some comments I read in

2  motions at this point, Your Honor, because I feel

3  comfortable that at least I've demonstrated sufficiently my

4  position on the documentation.

5          THE COURT:  All right.

6          MS. JONES:  And the benefits administration.

7          THE COURT:  Very well.

8          MS. JONES:  Okay.

9          THE COURT:  So now you --

10          MS. JONES:  So for the last grouping --

11          THE COURT:  You're going to be basically now

12  trying to rebut specific statements or arguments.  Is that

13  it, Ms. Jones?

14          MS. JONES:  Very briefly, Your Honor, yes.

15          THE COURT:  Yes.

16          MS. JONES:  So the last grouping of artifacts in

17  support of my designation of the active, actively at work

18  full-time employee status that I wish to bring to the Court

19  today is the fact that the Debtors have on any number of

20  occasions, referred to us, the LTD explicitly, as employees.

21  It's been lower case, upper case, used interchangeably.  I

22  should talk to support of my joinder by presenting to the

23  Court that per the Debtors' Severance Allowance Plan

24  document glossary of terms, there are only two sub-

25  classification options for an employee, full-time or part-

1    time.

2              THE COURT:  Okay.

3              MS. JONES:  So that is to preserve my active,

4    actively at work full-time employee status.  I'm either a

5    full-time or part-time.  I was always regularly scheduled to

6    work 40 hours a week and that is reflected in their

7    retention of my full-time employee status.  The Debtors have

8    held tight to their positioning of me of the LTD as a whole

9    as active employees, not just employees, but inserted active

10   very frequently and in any number of filed statements in

11   their motion.  I am an employee of the Debtors and along

12   with the explicit connotation that goes with that identifier

13   and the preservation of my actively at work employee status,

14   I am due severance upon termination, I believe.

15             While I understand why the Debtors would step

16   back down in position that I am only an employee under Plan

17   X, but not Plan Y, I believe it really is an unreasonable

18   stretch because again, my overarching employee status

19   retains that I have access to all the benefits entitled to

20   an actively at work, full-time employee.

21             On this point, I will highlight one of the

22   Debtors' statements I captured in my joinder and I would

23   only refer to probably in Docket 8067, Section 40.  This was

24   a statement filed by the Debtors when we were going through

25   mediation, Your Honor.  And basically, and I quote --

1          THE COURT:  Now, is this a statement made in

2    connection with the settlement discussions?

3          MS. JONES:  It's a general statement with respect

4    to employee statuses, Your Honor, not the details of the

5    LTD's settlement numbers or we weren't even at the settlement

6    portion, sir, it was when they were working towards

7    terminating us.

8          THE COURT:  All right.  In other words, it was not

9    something stated at the mediation?

10         MS. JONES:  Oh my gosh, no, Your Honor.  No.

11         THE COURT:  All right.  All right.

12         MS. JONES:  And I'm sorry I wasn't clear on that.

13         THE COURT:  That's fine.

14         MS. FLEMING:  I'm referring directly to Open

15   Public Document 8067 on the Court Docket.

16         THE COURT:  Oh, fine.  Thank you, Ms. Jones.

17   That's fine.

18         MS. JONES:  Excuse me for not being clear on that.

19   So I quote, it states "The Debtors maintain employees on

20   long-term disability under the LTD Plan as current employees

21   under the terms of the relevant Plans, including for the

22   purpose of eligibility of employee benefits."  And so even at

23   that late time in the LTD mediation when the Debtors made the

24   statement, there's no caveat there as to which benefits the

25   Debtors identified is a current employee for and which ones

1  they don't.  I really don't know how they could.  As again,

2  and I'm sorry for being redundant, but I feel very convicted

3  to this point; that attached with my global employee ID, my

4  years of employee service, there is an employee status, an

5  overall team employee status assigned to each individual

6  identified as an employee as an eligible part-time or full-

7  time employee.

8            So, in closing, Your Honor, I've had the benefit

9  of presenting my argument in support of severance and I hope

10 that I've come across convincingly.  To that end, I will

11 close by bringing us just back to one more exhibit.  It's

12 Exhibit A of my Joinder, Your Honor.

13            THE COURT:  Okay.

14            MS. JONES:  It's the Severance Allowance Plan and

15 I would ask us to take in the statement at the top of page

16 eight in Section 9.

17            THE COURT:  Let me get right there.  Yes, I'm with

18 you.

19            MS. JONES:  Okay.  Okay.  And at the top of page 8

20 of Section 9, it reads, and I quote, "Medical and authorized

21 leaves of absence are not considered breaks in employment."

22 The reason I highlight this is it further emphasizes that my

23 authorized medical LTD leave of absence is not an

24 interruption in my employment of the Plan definition, and

25 further, it does not diminish my claim to severance as I

1  remain an employee of the Debtors to this very day.  I ask

2  the Court, respectfully ask the Court, to approve my Petition

3  that the Debtors issue a general unsecured claim for my

4  severance in keeping with the calculation methodology

5  outlined in their Severance Allowance Plan.  I am an employee

6  of the Debtors, moreover, classified as a full-time employee

7  which involves all the explicit connotations of that

8  terminology per the Debtors' own Plan documents and,

9  therefore, I feel I'm eligible for severance upon

10 termination.

11          I would like to thank Your Honor and thank the

12 Debtors for granting me the courtesy of presenting my

13 position and if, at this time if it is acceptable to Your

14 Honor, we tried to organize so that we don't burden the Court

15 with too many overlapping statements and, you know, be a

16 little more organized, so if the Court would permit, I'd like

17 to hand this little virtual baton over to Mr. Thomas Dikens

18 in furtherance of arguments in support of severance, Your

19 Honor.

20          THE COURT:  That will be fine, Ms. Jones.  I

21 appreciate very much your argument and your assistance.

22          MS. JONES:  Thank you, Your Honor.

23          THE COURT:  All right.  And now, it's Mr. Dikens?

24          MR. DIKENS:  Thank you.  For the record, my name

25 is Thomas Dikens.  Good morning, Your Honor.

1          THE COURT:  Good morning.

2          MR. DIKENS:  As background, I am a long-term

3   disability person with Nortel Networks.  I am legally blind

4   due to macular degeneration problem.  I just want to mention

5   that in case I stumble a little bit over my notes.  It's not

6   a lack of preparation.  It's just my eyes betray me

7   sometimes.

8          THE COURT:  Thank you for -- yes, that's fine and

9   we'll certainly be patient.

10          MR. DIKENS:  Thank you.  I was hired by Nortel

11   Networks, who was then known as Northern Telecom in 1982.  I

12   transferred down to the U.S. organization in 1985 and I guess

13   15 or 16 years later, I went on disability in 2001.  If it

14   pleases the Court, I'd like to take about six minutes or less

15   and cover or expand on three points for my Motion which was

16   10869 which is the Joinder, of course, of Mark Janis' 10741.

17          My first point expands a little bit on one of

18   Mark's main points is that he was always treated, as was I,

19   as a full-time employee or whatever case employee both before

20   my going on long-term disability leave and as well as after.

21   This appears to me to be true in all my contacts with Nortel

22   Networks, including the human resources organization, as well

23   as when I was dealing with Nortel agencies, such as

24   Prudential.  I was never informed of any kind of a status

25   change and was always a full-time employee.  Now, because I

1   was relatively hired early compared to some of my peers in

2   the Long-Term Disability Group, I was on an original

3   Traditional Pension Plan and when it was finally ended, what

4   was decided that everyone who was on that Plan would continue

5   to receive an accrual of pension benefits in the form of a

6   $400 a month payment to their 401(k).  I mention this because

7   these contributions have continued throughout my disability

8   leave, and in fact, I believe I will get one more payment the

9   last working day of this month, June of 2013.  My point being

10  here is that a pension is a pretty special benefit and I

11  believe that Nortel, or any company for that matter, would

12  normally only give that benefit to full uppercase valued

13  employees.

14          To my knowledge, previous to the severance

15  discussion, the Debtors have always maintained my status as a

16  full-time employee.  I also in terms of discussions with

17  Prudential, both with the people on the phone, their Customer

18  Service Reps, and [indiscernible], it was always indicated

19  that I was still considered to be a full-time employee and

20  there was even questions such as what is my return-to-work

21  plan and questions along that line that gave me that

22  impression.

23          With respect to additional supporting

24  documentation that we've already discussed in the 2010

25  Termination Notice and, again, that gave me a very strong

1    impression that I was indeed a full-time employee and

2    severance was due me.  The main point about that document,

3    tying in to Deb Jones' point, was that all the information

4    was correct in terms of my global ID and date of hire, et

5    cetera, and I believe that it is also correct when it said I

6    was a full-time employee.  I'll just leave it there rather

7    than go on much further, you know, on that point.  I guess

8    the first point is I was a, capital -- uppercase employee of

9    Nortel Networks.

10           My second point is the -- again, which was

11   mentioned previously, is the Debtors agreed with that right

12   to severance when they issued a termination letter with the

13   -- saying I was eligible for the severance.  I've never given

14   up my right to the severance benefit and my understanding is

15   that I guess you might say there's ways out of it.  But going

16   back to Mark Janis's point, one could pass away or one could

17   go directly onto retirement or one could be fired for due

18   cause.  My only tag line there is that going blind is not a

19   crime; therefore, I wasn't dismissed for that.

20           My final point, in general, is the discussion of

21   what is severance compensation for.  I agree with Mark Janis

22   that it's based on the value of looking backwards on your

23   contributions as an employee to the corporation.  I believe

24   it's also somewhat compensation for looking forward.  There's

25   a certain benefit that's lost.  That benefit is the benefit

1  of future employment with Nortel.  Granted, the money is

2  generally used by a terminated employee to find a new

3  position and it carries it over into that time period where

4  he has another income as well.  Well, the bankruptcy has

5  removed the reality of future benefits of employees of

6  Nortel.  I still have the future reality that I will have a

7  significant gap between my termination and the beginning of

8  retirement.  While the LTD settlement does not have direct

9  impact on this, because it's an entirely separate benefit

10  that was being discussed, the long-term disability did not

11  take me all the way out to retirement in terms of $300

12  dollars or a time in concept.

13          I'll quote one quick line from the same document

14  that Ms. Jones mentioned; EI 8067, Section 4.  "Moreover,

15  consistent with their classifications of current employees,

16  employees receiving disability benefits may actively return

17  to work if their conditions improve and positions remain

18  open."  I bring that up because we bore witness to people

19  returning to work from relatively long illnesses when they,

20  fortunately, have recovered, and in some instances, there was

21  indeed no position available and so they were terminated or

22  usually after beginning some time to find a position that

23  worked, but if they couldn't find one, they were paid

24  severance.  They weren't laid off while they were on

25  disability leave but if they chose to return and they were

1   lucky enough to heal, they were indeed paid severance.

2           So I guess I would conclude by saying that I am a

3   full-time employee.  I did not lose my severance benefit to

4   take retirement or for being dismissed for cause.  The

5   monetary value of the years of service at Nortel, aside from,

6   you know, being paid while you're there, is reflective in the

7   severance benefit.  I was going to re-summarize my points.  I

8   think I'll forego that because I think everything has been

9   well-made.

10          I do want to add one minor fourth point, I guess.

11  I took a little bit of unreach at the idea of double-dipping.

12  With all the percentages and reductions and calculations, the

13  net present value, and 70 percent of my salary minus Social

14  Security to begin with, I don't think I'm a double-dipper.

15  I'm not even a full-dipper.  I would doubt that I'm even

16  half-dipper and I believe that the severance benefit is

17  entirely independent from  the other benefits that Nortel

18  offers or offered.

19          Thank you very much.  This is the first time I've

20  ever appeared in Court and it's interesting to see American

21  justice at work.  I would like to pass along the imaginary

22  baton as a fourth and final member of this little team, if

23  you will, and that's John Rossi.  If that's -- if you have no

24  questions, Your Honor, if that's appropriate.

25          THE COURT:  All right.  Thank you, Mr. Dikens.

1  Mr. Rossi?

2          MR. ROSSI:  Good morning, Your Honor.  My name is

3  John Rossi.  I'm representing myself, pro se.

4          THE COURT:  Yes, sir?

5          MR. ROSSI:  Your Honor, I'm an LTD employee of the

6  Debtors about to be terminated on June 30th.  I appear in

7  front of the Court today to support my Motion filed for

8  severance, Docket No. 10170.  Your Honor, I hope this sheds

9  light on the Debtors' convenient attempt to enface the active

10  full-time employee status that the Debtors have identified me

11  as, to date, to further their goals denying me the severance

12  that I am due.  Your Honor, I worked as a full-time employee

13  for Nortel Networks and I have 18 vested years of service.  I

14  was a Team Leader for the Remote Validation Center and worked

15  from out of my home.  During that time, I supervised,

16  mentored, trained, and oversaw an entire building and testing

17  of multiple products.  We're talking DMS Switch, More Plus,

18  Fiber Equipment and served as a technical advisor for the

19  field and the Remote Validation Center staff.  I wrote one-

20  of-a-kind NTPs for fiber systems where I went to Montreal,

21  developed a plan and implemented it in the field.  Witness to

22  my contributions to Nortel, a result I delivered.  I've

23  earned their top tier awards such as Top Gun and Border Drill

24  Award.  I, along with other employees, being terminated Post-

25  Petition, have provided years of service to this company and

1   I am losing any future opportunity of employment with them

2   should I recover.

3           Your Honor, in addition to administration of

4   employee benefits today, the Debtors have presented me as an

5   active employee to the world or anyone that asked, dropped my

6   disability when I needed a car loan, when I wanted to

7   refinance my home.  Nortel has consistently presented me in

8   the light of an active employee to financial institutions

9   when loan inquiries were made to them.  For that matter, when

10  I tried to access my pension benefits with the PBGC, I found

11  out because Nortel retains me as an actively employee, I

12  cannot access my pension until sometime after I'm terminated.

13  Your Honor, at the highest level, there are only two employee

14  stakes that Nortel categorizes in their SPD document.  Either

15  you are active full-time or a part-time employee.  Nowhere in

16  it does it state LTD employees are denied severance.  I've

17  always been presented as an active employee, Your Honor, but

18  the Debtors, except for this case when I seek to severance I

19  feel I am due and it suits the Creditors' interest to deny me

20  it.  I have to remark that, in respect to Ms. Kaplan's

21  statement; it's Docket No. 10945 from the Nortel Shared

22  Services perspective, I do not understand how a historic

23  statement around the right to severance can be made with

24  regard to long-term disabled.  It's my understanding that

25  this is the first time in Nortel history that such a

1  cleansing of the books is being executed without cause, a

2  case that LTD having failed to meet contractual requirements

3  of their LTD Plan.

4          Your Honor, all along, Nortel has maintained my

5  active full-time employee status and I do not agree with the

6  Debtors' attempts to change the rules at this time.

7  Severance is compensation for past years of service and

8  recognition where there will be no future opportunity of

9  employment with Nortel.  The Severance Allowance Plan is also

10 under your reason, Your Honor, and it is my understanding

11 that the Debtors have a fiduciary obligation to execute the

12 Plan fairly to the employees.  Even as the retirement picks

13 up with the Court by Nortel show that I was still

14 accumulating years of service while on LTD.

15         I hope that I have communicated well to the Court

16 the active employee status that Nortel has identified me as.

17 Your Honor, you're either an active full-time or part-time

18 employee, except for now when we are being terminated.  The

19 fact that Nortel has always identified me as an active

20 employee should allow me to receive severance.  Thank you for

21 allowing me to speak, Your Honor.  I would like to also add

22 my support to both Mark Janis', Motion 10741, and Deb Jones,

23 10897, and again, thank you, and I'd like to refer back to

24 Mark for summary.

25         THE COURT:  All right, sir.  Thank you, Mr. Rossi.

1    Mr. Janis?

2                  MR. JANIS:  Yes, Your Honor.  I mean you've heard

3    the majority of our arguments.  I know that there's a lot of

4    other people who are on the phone who would also like to put

5    their input into this but I think you've heard the bulk of

6    our argument.  We've gone through the documents, chapter and

7    verse, and the documents clearly do not indicate that LTD

8    employees are an exception.  I believe that, you know, we are

9    recognized by the Debtors and our employer as a full-time

10   employee.  They maintained our active status.  We are on an

11   approved medical leave of absence.  Our severance continues

12   to accumulate as we are employees and I would ask the Court

13   to rule in our favor.

14                  THE COURT:  All right.  I appreciate it very much,

15   Mr. Janis, and the rest of you and it certainly has given me

16   something hard to think about and I appreciate not only your

17   organizing, but your eloquence as well.  Thank you.  Now,

18   we're kind of close to the noon -- to the break we have to

19   take.  This might -- I'm sorry, Ms. Fleming.  This might be a

20   good time to do it and then return back here around I would

21   hope 1:30.  Mr. Abbott?

22                  MR. ABBOTT:  Your Honor, I think that makes sense.

23   It might be prudent at this point for the Court to inquire of

24   those folks on the phone, you know, just so we have a number

25   or an idea --

1              THE COURT:  I see.

2              MR. ABBOTT:  -- of who is left to speak.  I'm not

3    sure.  There may be -- I just don't know.  It might be smart

4    to know that before we --

5              THE COURT:  I think you're right and I think --

6    you know, I heard such good arguments, frankly, that I was

7    assuming that perhaps others would rely just upon these

8    arguments.  But are there others on the telephone who wish to

9    be heard?

10             MR. DEAN:  Yes, Your Honor, my name is Najum Dean.

11             THE COURT:  Yes?

12             MR. DEAN:  Yes.  Thank you, Your Honor.  I just

13   have a brief comment which I will make after 1:30 and that

14   would take only a minute or two.

15             THE COURT:  All right.  So we'll hear -- that's

16   from you.  Anyone else?

17             MS. LOGGINS:  This is Estelle Loggins.

18             THE COURT:  Yes, Ms. Loggins, we still have your

19   matter to take up.  I do understand that so I certainly

20   expect to hear you.

21             MS. LOGGINS:  Okay.  Thank you, Your Honor.

22             MS. UPHOLD:  Lois Uphold.

23             THE COURT:  All right.

24             MS. HEAD:  Your Honor, this is Janette Head.  I

25   would like to speak.

1           THE COURT:  Very well.  Yes, if you are going to

2   speak, wish to be heard, just state your name for us.

3           MS. AIKEN:  Sandra Aiken.

4           THE COURT:  Ms. Aiken, okay.

5           MS. UPHOLD:  Lois Uphold.

6           MS. HEAD:  Did you get Janette Head?

7           THE COURT:  I did get Ms. Head, yes.

8           MS. UPHOLD:  Did you get Lois Uphold?

9           THE COURT:  No, I missed that name.

10          MS. UPHOLD:  Lois Uphold.

11          THE COURT:  Thank you.

12          MS. BOYER:  Bonnie Boyer.

13          MR. LAWRENCE:  Peter Lawrence.

14          THE COURT:  Okay.

15          MS. RAYMOND:  Carol Raymond, that's my name.

16          THE COURT:  All right.

17                  (Crosstalk)

18          THE COURT:  Several of you were speaking; I'm

19  sorry.

20          BRENT BEASLEY:  Brent Beasley.

21          MS. BROWN:  Remajos Brown.

22          THE COURT:  All right.

23          MR. ELLIOTT:  My name is John Elliott.

24          THE COURT:  Yes.

25          MS. BOYER:  Bonnie Boyer.

1              THE COURT:  Okay.

2              MR. BENNETT:  Your Honor, Steven Bennett.  I

3    would just like to rely on what has already been said.

4              THE COURT:  Is that you, Mr. Bennett?

5              MR. BENNETT:  Yes.

6              THE COURT:  All right, yes, sir.

7              MR. BENNETT:  Thank you.

8              THE COURT:  Yes.

9              MR. ABBOTT:  Your Honor, it is clear we're coming

10   back I guess at this point.

11             THE COURT:  Yes.

12             MR. ABBOTT:  I wasn't sure how many folks, but by

13   my count, we're at least eight or ten so --

14             THE COURT:  Yes.

15             MR. ABBOTT:  -- perhaps we should allow the Court

16   to break.  The Debtors, obviously, will want a brief time to

17   just respond generally to the --

18             THE COURT:  Oh, certainly.

19             MR. ABBOTT:  -- matters but I think we have at

20   least the information I was looking for when I suggested

21   that the Court inquire, and I'm not sure that we need to

22   list them all by name now.  I just wanted to make sure that

23   there were folks who still wanted to talk so.

24             THE COURT:  Yes.  So I would suggest --

25             MR. ROSSI:  Your Honor?

1          THE COURT:  Yes?

2          MR. ROSSI:  This is John Rossi.  May I ask are we

3    going to have to then re-call back in or do we have to stay

4    on hold all the time?

5          THE COURT:  We -- how will that -- who will call

6    back; I'm sorry, Ms. Mace?

7          MS. MACE:  They'll stay --

8          MR. ROSSI:  I'm asking you whether or not --

9          THE COURT:  Oh, yes.

10         MR. ROSSI:  Can we call back in?

11         THE COURT:  Yes, call back in, Mr. Rossi.

12         MR. ROSSI:  Thank you, sir.

13         THE COURT:  Yes.  And just to be on the safe

14   side, I think we probably ought to figure more on 2:00 than

15   1:30.  So let's say 2:00 we'll return and that will still

16   give us I think ample time to complete today's matters.

17         MR. ABBOTT:  That makes -- Your Honor, I think

18   that makes sense.

19         THE COURT:  All right.  All right, everyone.  I

20   thank you for your patience.  I have a Bar matter to attend

21   and I will return and we will pick back up at 2:00 and

22   people will actually have a chance to get lunch.  Thank you,

23   everyone, we'll stand in recess.

24         MR. ABBOTT:  Thank you, Your Honor.

25            (Recess from 11:44 a.m. to 2:01 p.m.)

1               THE CLERK:  Please rise.

2               THE COURT:  Thank you, everyone.  Please be

3    seated.  And I assume we have all the people on the

4    telephone who would like to be on the phone so I am ready to

5    proceed and I think where we are is that there were a number

6    of participants on the telephone who wished to be heard and

7    I am prepared to hear them.

8               MR. DEAN:  Good afternoon, Your Honor, this is

9    Najum Dean.

10              THE COURT:  Good afternoon.

11              MR. DEAN:  My name is Najum Dean, Your Honor, and

12   I'm appearing as pro se and my Motion is Docket ID 9598 and

13   Joinder 10852.  Your Honor, I concur with my colleague, Mark

14   Janis, Deb Jones, Tom and John, and Your Honor, I just have

15   a comment.  It will take only 30 seconds.

16              THE COURT:  Please proceed, yes, sir.

17              MR. DEAN:  I have given this company 18 best

18   years of my life and until I no longer could.  I gave my

19   heart and soul to this company.  All I'm asking for is a

20   fair and just severance compensation.  Your Honor, I hope

21   the Court will see and approve [indiscernible] and come to a

22   fair and just decision.  Thank you, Your Honor, and I

23   conclude with that.

24              THE COURT:  Thank you.

25              MS. UPHOLD:  Your Honor, this is Lois Uphold.

1                    THE COURT:  Yes, good afternoon.

2                    MS. UPHOLD:  Hi.  I hope your luncheon went well.

3                    THE COURT:  It did.  Thank you so much.

4                    MS. UPHOLD:  Good.  I have two statements to

5    start with, and if it's okay, I'd like to go forward with a

6    personal statement.  First, I'd like to thank you and your

7    Court for the time you've given us to justify our claims for

8    a termination settlement.  And second, I concur with Mark

9    Janis, Deb Jones, and John Rossi's statements that they've

10   made so eloquently and informative in connection to our

11   claims.  This is the -- my statement from me.  I'd like to

12   say that being a disabled person, I am and have been

13   unemployable for a long time.  Also, I was able to work for

14   Nortel 11 plus years, and I was, you know, pretty much what,

15   you know, one calls a grunt worker and if you've been in the

16   military, you can relate to how important these people are

17   to a company and I did this with the utmost pride.  I

18   performed my job, which was traveling across the United

19   States and Alaska, making sure products they sold was being

20   kept in good working order.  I worked with full confidence

21   that I was doing it with honor, pride, and confidence that

22   Nortel was a company who could be trusted and would look

23   after its employees no matter what.  All along, Nortel's

24   been calling me their employee and now, all of a sudden,

25   they want to deny me of benefits due an employee.  They deny

1   them once and that's not fair.  I feel like since we are, as

2   it seems to me, damaged goods and do not deserve the same

3   respect and benefits as they have given to others -- I'm

4   sorry.

5           THE COURT:  That's quite all right.  Take your

6   time.

7           MS. UPHOLD:  Okay.  I have worked many years and

8   believed that what they said time and time again, they

9   basically stated the terms that needed to meet the

10  requirements of the procedures that they should anything

11  happen that caused us to be disabled while working for

12  Northern Telecomm and were unable to return to our jobs, if

13  able, -- if unable nor provided with simple work, that

14  severance pay would be available if the requirements were

15  not met and I have a 2000 severance package and it says down

16  the side, you'd normally qualify for a severance allowance

17  when your employment is terminated as part of a reduction in

18  force or when it is initiated by your employer and they've

19  got -- and they basically said the same thing year-after-

20  year and now they're -- you know, they're saying no, we're

21  not going to do that now and each and every one of us has

22  followed to the letter their requirements.  All we are

23  asking is that they follow through with their own

24  requirements as we did for them and should they not honor

25  their obligation, they will create an extreme financial

1   hardship for me.  And again, I thank you and the Court for

2   your time and that's all I have for this.  Thank you.

3            THE COURT:  Thank you.  Thank you.

4            MR. LAWRENCE:  Good afternoon.  Good afternoon,

5   Your Honor.

6            MS. UPHOLD:  Okay.  Bye.

7            THE COURT:  Goodbye, now.  Yes, next?  The next

8   person?

9            MR. LAWRENCE:  Good afternoon.  My name is Peter

10  Lawrence.

11           THE COURT:  Yes, Mr. Lawrence?

12           MR. LAWRENCE:  I want to thank the Court for

13  allowing me to speak on behalf of the Joinder Motion that I

14  submitted.

15           THE COURT:  Yes, sir.

16           MR. LAWRENCE:  10850, in support of Mark Janis'

17  Motion.  I want to say that I fully support the Motions and

18  the Joinders in front of the Court today seeking severance

19  for LTD employees.  The arguments that have already been

20  presented to the Court by Mr. Janis, Ms. Jones, Mr. Dikens,

21  and Mr. Rossi have been clearly and thoroughly articulated

22  and I essentially have nothing further to add without being

23  repetitive or redundant.  However, for the record, I would

24  like to say that I believe that I am a full-time employee as

25  represented by the Debtors, and therefore, feel, in

1  concurrence with my colleagues, that I am entitled to

2  severance benefits.  Having said that, I want to, once

3  again, thank the Court and Your Honor for giving me the

4  opportunity to speak and I will defer to my next colleague

5  on the line.

6              THE COURT:  Thank you, Mr. Lawrence.

7              MS. HEAD:  Your Honor, this is Janette Head.

8              THE COURT:  I'm sorry; I missed your name.

9              MS. HEAD:  Janette Head.

10             THE COURT:  Yes, Ms. Head?

11             MS. HEAD:  I filed Joinder No. 10870, and I don't

12  think I can say anything that hasn't already been said and

13  just to go on the record that, first off, I want to thank

14  you for -- throughout this process for your sense of service

15  and the legalities are very confusing but you were very

16  patient with us without being condescending with us and that

17  means more than you'll ever know.

18             As far as the severance, like I said, I don't

19  think I can add anything that hasn't already been said.

20  Along those lines, I'll just say whatever Deb Jones said,

21  ditto for me and thank you very much, sir.

22             THE COURT:  All right.  Thank you very much, Ms.

23  Head.

24             MS. SCHMIDT:  Your Honor, this is Cynthia

25  Schmidt.

1          THE COURT:  Yes, Ms. Schmidt?

2          MS. SCHMIDT:  I don't have my Joinder number on

3   me but I have filed Joinders in support of Mark Janis and --

4          THE COURT:  Yes, we have it.

5          MS. SCHMIDT:  And also, I am expressing my

6   support of everything that was said by Deb Jones and the

7   following two speakers.  So I also will not repeat these

8   same arguments or reference any of these same things because

9   I think that was done very well.  But I had four points that

10  I just felt that I wanted to make on my own behalf and

11  perhaps on behalf of the rest of us and it will take about

12  two minutes to say.

13         THE COURT:  That's fine.  Take your time.

14         MS. SCHMIDT:  Okay.  Thank you.  I was a full-

15  time active employee, with a capital "E", what we're doing

16  now the day before I went on disability.  Now, from that

17  point on, Your Honor, I entered into the unambiguous status

18  of active employee with an approved medical leave of

19  absence.  That's an unambiguous status that I was given and

20  it's a status that we have already shown makes an eligible

21  for severance pay.  Now, this status, it's been validated

22  first by words.  There were lots of words in the Plan

23  documents and I think it was created very well by Deb Jones

24  and I feel that while the Debtors have opted for a narrow

25  reading of the words in the documents, that they actually

1  validate -- those words actually validate our claim as

2  active employees and so we are eligible for severance.

3              Now, the second point is that actions are much

4  stronger than words.  So our status as active employees has

5  been further validated by internal and external actions over

6  many years and I think this speaks volumes in supporting our

7  reading of the various Plans and severance Plans, Your

8  Honor.  For example, when I applied for a bank credit card

9  in 2010 and that status post-Petition, I called Nortel

10  Employee Services first to ask how I should represent myself

11  and my salary on the Application form to the bank because I

12  wasn't sure and Nortel said, categorically, that I was

13  considered a full-time active employee and even gave me

14  their telephone number to put on the bank form for the bank

15  to call Nortel to verify my full-time active employee

16  status.  Now, many of us have many examples of this.  This

17  is what I think of as underlying actions that support the

18  words in all of these Plan documents that have given us this

19  designation of this unambiguous status of active employees.

20              Thirdly, from what I've heard this morning, it

21  seems that the LTD, the long-term disability settlement, is

22  somehow being positioned or misconstrued as an income stream

23  that takes me to age 65 on long-term disability and then,

24  hypothetically, transitions me to retirement, thus, aging me

25  out of my right to severance.  But I am not aging out of my

1   right to severance here.  The settlement amount actually

2   takes me to a -- what we could call virtual age of 59.

3   That's six years short of 65, and in that interval, it's in

4   this interval, Your Honor, that I'm being terminated as an

5   active employee because of the Nortel Bankruptcy.  So there

6   are no jobs to come back to and there's no retirement to

7   transition to.  Your Honor, since I'm being terminated as an

8   -- hello?  Are you --

9              THE COURT:  Yes.  No, I can still hear you.

10             MS. SCHMIDT:  Okay.  Thank you.  So in other

11  words, I am simply being terminated as an active employee

12  because of the bankruptcy and that there are no jobs to

13  return to.  The LTD settlement is not a factor here.  It's

14  the definition of active employee that matters as I think is

15  -- you know, I think of it as your major concern.

16             And finally, the Debtors have clearly decided to

17  honor the right to severance payment of all active employees

18  terminated post-Petition, and again, we stated that there's

19  no basis in any of the Plan documents to represent us as

20  active employees from receiving equal treatment as other

21  active employees.  So, in fact, to me and [indiscernible] to

22  me, is an odd bit of discrimination that all other active

23  employees are receiving severance.  You have black active

24  employees, Latino active employees, women, maybe even gay,

25  but none of the active employees who are disabled when we

1  are clearly -- we clearly fall into the same category of

2  active employees who are eligible for severance pay as

3  defined by that very Plan.  So that is my opinion, Your

4  Honor.  That's all I have to say.  Thank you very much and,

5  also, thanks to the Debtors for allowing us to speak today,

6  despite our procedural error.

7                THE COURT:  All right.

8                MR. ELLIOTT:  Your Honor?

9                THE COURT:  Ms. Schmidt, thank you, Ms. Schmidt.

10  Yes?

11                MR. ELLIOTT:  Yes, Your Honor, this is John

12  Elliott.

13                THE COURT:  All right.  Mr. Elliott?

14                MR. ELLIOTT:  I'm here to represent my Joinder,

15  10892, and I'm here to support Mark Janis and Deb Jones and

16  Tom Dikens and John Rossi as far as, you know, seeking the

17  severance for LTD employees, and that's really all I'd like

18  to say.  You know, I worked 18 hard years for Nortel and I

19  really feel that this is a benefit that's due to me and,

20  again, I thank you for letting me speak.

21                THE COURT:  All right.  Thank you, Mr. Elliott.

22                MS. RAYMOND:  Your Honor?

23                THE COURT:  Yes?

24                MS. RAYMOND:  This is Carol Raymond.

25                THE COURT:  Yes, Ms. Raymond?

1          MS. RAYMOND:  First of all, thank you, Your

2    Honor.  Thank you, Your Honor, for listening to us.  First

3    of all, I would like to say I support the Motion of Mark

4    Janis, Deb Jones, Tom Dikens, and John Rossi.  I have filed

5    my Joinder, No. 10901 and I just have one point to make,

6    Your Honor.  I have been referred to as an active employee

7    during my entire tenure with Nortel.  I understand that the

8    reason that the status was maintained is because of the

9    contractual comments made to me by the Debtors in their

10   promise to retain my actively at-work status as an eligible

11   full-time employee.  That is the golden ticket required to

12   continue my employment with Nortel and to receive benefits.

13          Further, Your Honor, I would like to respond to

14   the hint of double dipping by the Debtors.  My understanding

15   from the webinars that we've had with EG recently is that an

16   actuarial value was assigned my severance apportionment and

17   built into that actuarial value with enough settlement

18   factor and diminishing the return on my severance that

19   provided for the [indiscernible] representation and

20   specifically around my chance of recovery.  I'm sure that

21   value is different for everyone.  I am also pretty sure that

22   everyone was allocated such a value and I'm confident in

23   speculation that not one person was given a zero percent

24   chance of recovery.  If that were the cause, Prudential

25   would not have re-evaluated my LTD claim every other year.

1   This specifically supports that I am not double-dipping by

2   asking for severance and even the LTD Settlement Agreement

3   took into the account the mathematical chance of my

4   recovery.  So they acknowledge that I do have a chance of

5   recovery and by being terminated and losing the potential

6   for employment with Nortel in the future.  That loss has a

7   value.  My years of service with this company has a value

8   just like any other active employee.

9           I hope, Your Honor, that this statement resonates

10  with the Court.  And again, I thank you, Your Honor, for

11  hearing me and for always listening to us through this

12  entire process and I thank the Debtors for also giving us

13  this chance to talk.  Thank you.

14          THE COURT:  All right.  Thank you, Ms. Raymond.

15          MR. BEASLEY:  My name is Brent Beasley.

16          THE COURT:  Yes, sir?

17          MR. BEASLEY:  Good afternoon, ladies and

18  gentlemen.  I am an LTD participant, appearing in pro se,

19  and adjoining to Mark Janis's Motion.  There are a couple of

20  points I want to make in reference to the word employee and

21  how it's used.  Your Honor, if I may direct your attention

22  to the 2008 SPD on page 26 at the very top. It states:

23  Disabled Employee, and that's with a capital "E" and not a

24  lowercase "e", who have been receiving Social Security

25  disability income for at least two years are eligible for

1    Medicare.  This language carries forward and the exact same

2    language appears in the 2010 SPD on page 20, under Section

3    Social Security Disability and Medicare.

4            I would like to reiterate the word Employee is

5    capitalized.  This use of the word Employee, with a capital

6    "E", says two things.  A person can be disabled and be a,

7    capital "E" Employee, and that I am a disabled person who is

8    a, capital "E", Employee since I have Social Security and

9    Medicare as stated.

10           The other point I would like to make is there is

11   no distinction for the use of the word employee between the

12   lowercase and the uppercase in the glossary for the SPD.

13   There is simply no way for a layman to read the SPD and know

14   there are two different classifications for an employee

15   based on whether or not the E is capitalized as maintained

16   by the Debtor.  This is a significant omission of

17   information and creates a large amount of ambiguity in the

18   SPD.  Since severance is governed by ERISA and there is no

19   significant -- and there is a significant omission of

20   relevant information and gross ambiguity in the SPD, under

21   ERISA, I believe the identity of interpretation goes to the

22   employee.  My employment is being prematurely terminated

23   without cause.  I am an Employee, with the capital "E", as

24   shown, and I maintain I am entitled to a severance.  Thank

25   you, Your Honor.

1                THE COURT:  All right.  Mr. Beasley, thank you,

2    sir.

3                MR. LINDOW:  Your Honor, it's Fred Lindow.

4                THE COURT:  Yes, Mr. Lindow, good afternoon.

5                MR. LINDOW:  Thank you.  I do not have more that

6    I can add to what's already been said.  I am throwing in my

7    support for Mark Janis' statement.  I have been with Nortel

8    for 28 years, 24 years.  Started as a Project Manager and in

9    my second year with Nortel, I have documented $6 ½ million

10   worth of cost savings per year.  As one of the previous

11   speakers stated, that 28 years has a value.  The money that

12   is in escrow for Nortel, you know, I've contributed to a

13   small portion of that and I just wanted to make that

14   statement that we are valued full-time employees of Nortel

15   and should be treated as such, as people who provided Nortel

16   their success and that's what I have to say, Your Honor.

17   Thank you very much for listening and thank you very much

18   for all that you do with listening to us.

19               THE COURT:  All right.  Thank you, Mr. Lindow.

20   It's a pleasure to be listening.  You -- really, no one has

21   to thank me but I appreciate it and I'll hear the next

22   person.

23               MS. BOYER:  Your Honor, this is Bonnie Boyer.

24               THE COURT:  Yes, Ms. Boyer?

25               MS. BOYER:  Yes, hi.  I, too, would like to thank

1    Your Honor for listening to all of us and I am joining the

2    case of Deb Jones and Mr. Janis and everybody.  I was an

3    employee -- or am an employee of Nortel Networks since 1994

4    and I want to say that I enjoyed being an employee and I

5    continue to be enjoying to be an employee at Nortel and I --

6    excuse me.  I am an employee.  I will always be an employee

7    at Nortel, regardless of what happens, but I do not believe

8    in what they are trying to do to their employees right now.

9    Nortel was always a company based on their employees.  They

10   -- from the very beginning, it was employee and the business

11   was employee-driven and -- I'm sorry.  Every piece of -- I

12   have boxes and boxes of documentation here throughout this

13   whole process and every bit of it is addressed to "Dear

14   Employee", whether it's talking about termination; whether

15   it's talking about benefits, it is all addressed to "Dear

16   Employee".  And so I ask Your Honor, as everybody has said

17   before, Deb Jones, Mr. Janis, those were eloquent words that

18   I can't add to.  All I can do is ask Your Honor to look deep

19   in his heart and look at all of their words and then look at

20   the employees and know that our years of hard work, our

21   hearts, and just look and see if you think that we deserve

22   the severance pay and that's all I can ask and I thank you.

23   I thank you for your consideration and I want to thank all

24   of my fellow Nortel people for their words of wisdom and may

25   God bless us all that the best come out of all of this.

1          THE COURT:  All right.

2          MS. BOYER:  Thank you.

3          THE COURT:  Thank you, Ms. Boyer.

4          MR. CARLSEN:  This is Roger Carlsen.

5          THE COURT:  Yes, Mr. Carlsen, good afternoon.

6          MR. CARLSEN:  Good afternoon to you, Your Honor.

7  My Joinder was number 10925 in support of Mark Janis'

8  Motion.  I just have a very brief -- a couple brief

9  comments.  For every Nortel benefit, Nortel specifically

10  states what share of the benefit is due an LTD employee

11  except for severance.  On this benefit as a group, LTD

12  employees are not specifically included, nor are they

13  specifically excluded.  Otherwise, we would not be here

14  today.  So we need to look at actions as best we can.  I

15  have specifically been asked to waive my right to severance.

16  If it were clear that I had no such right, why would I be

17  asked to waive the right that does not exist?  Perhaps

18  Nortel had some doubts about as to the clarity of the issue.

19  In 2010, all the LTD employees received a packet.  It was

20  clearly included with full-time employee status and the

21  number of accrued hours.  It was implied today that Nortel

22  really didn't have any intent to pay severance to us as a

23  group and that it was all kind of a miscommunication problem

24  and that I have to reject because there was an error on my

25  accrued hours and I called H.R. and they acknowledged the

1    mistake and went to the effort of changing it.  If it is a

2    meaningless number, why go to the effort?  Why not just tell

3    me this doesn't matter?

4              Finally, when we talked about the definition for

5    employee and you read it throughout all the Nortel

6    documents, it's very clear it starts out, as we've all

7    stated, that it means full-time or part-time employee and

8    then it goes into 14 or 15 lines of exclusion.  Nowhere in

9    that group does it exclude LTD employees.  I want to say

10   that, in closing, that I value the promise which I was given

11   for a future job.  It has value to me.  Now Nortel is trying

12   to place a value of zero on this promise and I ask the Court

13   to reject this value, and on this basis, I ask for just

14   compensation.  Thank you.

15             THE COURT:  All right.  I thank you, sir.  Thank

16   you, Mr. Carlsen, yes.  Anyone else?

17             MS. BROWN:  Your Honor, this is Remajos Brown.

18             THE COURT:  Yes, Ms. Brown?

19             MS. BROWN:  I do not have my info currently at

20   hand.

21             THE COURT:  That's okay.  You're certainly --

22   you're on our list.

23             MS. BROWN:  Great.  I just want to say thank you,

24   like everyone else.  We are deeply indebted to you for you

25   giving us the opportunity to speak and I think Deb and Mr.

1  Janis did a great job saying everything I wanted to say.

2  Most of us who are really ill, are very emotional  because

3  it affects us deeply.  [indiscernible] in the position that

4  we're in and you believe in a company that you put your

5  whole heart and soul into, which I was with [indiscernible]

6  for over 20 years and [indiscernible] it happen at the end.

7  It's just not fair.  It's not fair.  And this is what we're

8  hoping that the Court will rule in our favor and understand

9  what you're doing is right.  They did promise this.  They

10  did promise it to us.  Thank you again, Your Honor.

11            THE COURT:  All right, Ms. Brown, thank you.

12            MS. AIKEN:  This is Sandra Aiken.

13            THE COURT:  Yes, Ms. Aiken?

14            MS. AIKEN:  Your Honor, I appreciate you

15  listening to us today and thank you for hearing us.  I want

16  to let you know, I'm supporting the Motion of Mark Janis,

17  Deb Jones, Mr. Dikens, and Mr. Rossi.  And I also wanted to

18  let you know I started with the company in 1981 and I'm an

19  Administrative Coordinator but I did not -- I'm not a

20  Management person, but I was there to support the

21  Management.  And whenever they asked me -- at that time, I

22  had a young baby, but I had to -- when they ever asked me to

23  work over, I worked over.  I did whatever they asked me to

24  do to help build that company.  I took work home with me and

25  that was -- you know, that was before the computer really

1   was in.  We was learning how to use the -- the computer

2   started and then we learned how to use that and then we had

3   people come and did everything we could to make that company

4   grow, and Nortel has been good to me, but I would, you know,

5   hope you would find in our favor.  And all those documents

6   that I still get saying I'm an active employee.  When I call

7   the 401(k), it says I'm an active employee.  It doesn't say

8   I am -- I'm not an active employee.  So I just wanted to let

9   you know what's going on.  I have 32 years in with the

10  company and if it hadn't been for them with their LTD

11  payment, -- I mean the money paying the insurance, I don't

12  know where I'd be.  I'd probably be in the grave because I

13  couldn't afford the treatments that I have to have and I

14  just want to thank you again.

15            THE COURT:  All right.  Thank you.

16            MS. AIKEN:  That's all I have to say.

17            THE COURT:  Thank you, Ms. Aiken.  Anyone else?

18            MR. MARTEL:  Your Honor?

19            THE COURT:  Anyone else?  Yes?

20            MR. MARTEL:  Robert Martel.

21            THE COURT:  Mr. Martel is that?

22            MR. MARTEL:  Yes, Robert Martel, sir.

23            THE COURT:  Yes, good afternoon, Mr. Martel.

24            MR. MARTEL:  Yes.  My Joinder is 10903 and I am

25  in full agreement with the arguments that have been

1  presented by my fellow Nortel employees seeking severance

2  according to our contracts of employment with Nortel

3  Networks, especially the one that John Rossi brought up

4  about applying for mortgages.  In 2007, I applied for a

5  mortgage with JPMorgan Chase.  JPMorgan Chase contacted

6  Nortel's H.R. Department.  They assured the mortgage company

7  that I was a full-time employee.  Again, back in May of this

8  year, Chase contacted me again asking if I wanted to

9  refinance at a lower rate.  I said why not.  So, once again,

10  they contacted Nortel's H.R. Department and H.R. assured

11  them that I was a full-time employee.  I think I can't add

12  anything else to any of the other arguments but I see us all

13  as full-time employees.  I thank you for your time, sir.

14         THE COURT:  Thank you, Mr. Martel.

15         MR. REXROAD:  Your Honor, this is Mike Rexroad.

16         THE COURT:  Yes, sir?

17         MR. REXROAD:  I'm an LTD employee.  I presented

18  to you approximately last October concerning about the LTD

19  and the retirement.

20         THE COURT:  Yes.

21         MR. REXROAD:  And you were very kind with me

22  there and you made sure everything worked out that we had

23  the information we needed and I very much appreciate all the

24  hard work that went into that to make that happen.  At that

25  time, I understood that being a possibility of double-

1  dipping.   That's what I want to speak to here.   I cannot

2  understand; maybe you can explain to me if it comes down to

3  that, how the severance of the LTD would be considered

4  double-dipping.   Actually, there was two separate issues;

5  two separate processes; two separate benefits and I want to

6  say that I agree with everything my colleagues had to say so

7  far about being a full-time active-type employee being on

8  disability, approved disability, and I just wanted to thank

9  you for all your help and understanding.

10            THE COURT:   Thank you.

11            MR. BULLOCK:   This is Dennis Bullock.

12            THE COURT:   Yes, sir, Mr. Bullock?

13            MR. BULLOCK:   Yes, sir.   I've contributed 29

14  years to Nortel, mostly in the installation where I've put

15  body and soul, capital B and S, into making Nortel what it

16  is today, traveled around the United States doing everything

17  anybody ever asked of me and I agree with all the comments

18  made; Mark Janis, Deb Jones, Mr. Dikens, and John Rossi.

19  Thank you.

20            THE COURT:   All right.   Thank you, Mr. Bullock.

21  Anyone else?

22            MS. LOGGINS:   Estelle Loggins.

23            THE COURT:   Yes, Ms. Morgan?

24            MS. LOGGINS:   It's Ms. Loggins, L-O-G-G-I-N-S.

25            THE COURT:   I'm sorry.   I am sorry.   Yes?   There

1   you are.  Now, I don't -- is Ms. Loggins' matter going to be

2   taken up separately, Ms. Fleming?

3            MS. FLEMING:  Yes.

4            THE COURT:  Yes?  We're going to take up your

5   matter separately, Ms. Loggins, if you'll just wait --

6            MS. LOGGINS:  Oh.

7            THE COURT:  -- wait just a little bit longer.

8   Yes.

9            MS. LOGGINS:  All right.  Thank you.

10           THE COURT:  Thank you.  We have not forgotten

11  you, for sure.

12           MS. LOGGINS:  Oh, okay.  Thank you, Judge.

13           THE COURT:  Well, I'm going to assume that anyone

14  else on the phone, of course, is supportive of the positions

15  having been asserted in favor of the LTD people and I'm

16  assuming that, at least as far as the LTD parties are

17  concerned.  So, unless you have something, you know,

18  somewhat separate to state for the record, I would hope

19  that, perhaps, it's satisfactory to you that the Court has

20  acknowledged that you have indeed filed either a Motion a

21  Joinder and we can move on, perhaps, to hear further

22  argument from the Debtors.

23           MR. ROSSI:  Your Honor, this is John Rossi.  I

24  thought maybe that Mark Janis would like to sum up, unless

25  he doesn't want to.

1          THE COURT:  If that's -- I would certainly be

2     willing to hear from Mr. Janis.

3          MR. JANIS:  Okay.  Your Honor, I was hoping to

4     hear from the Debtors if there was any other issues that we

5     needed to address but, you know, I'm happy to sum up now if

6     you'd prefer, Your Honor.

7          THE COURT:  I think that's the way it probably

8     should go at this point, yes.

9          MR. JANIS:  Okay.  So I guess, in conclusion, you

10    know, the position that we presented is that we're full-time

11    active employees who are on approved medical leave and

12    there's nothing in any of the language of the Plan documents

13    that contradicts that.  I believe that the Severance

14    Allowance Plan is a separate issue from the LTD settlement

15    and I believe that the two should be weighed separately.

16         I also take up a little bit of an issue with the claim

17    of double-dipping, primarily because, you know, Nortel

18    didn't agree to extend our benefits.  What they agreed to do

19    was to give us a general unsecured claim and then it was up

20    to the Committee to decide how to distribute that or what to

21    do with it or sell it or whatever, but they simply gave us a

22    claim.  And I would further argue, Your Honor, that the

23    reason they gave us a claim was to get two lawsuits

24    dismissed.  We were in litigation over our dismissal,

25    they're attempted termination of us, and there was a second

1   lawsuit that was brought, which was a class action lawsuit,

2   due to their failure to provide adequate fiduciary

3   responsibilities under ERISA and it was a settlement of

4   those two lawsuits that actually brought about this

5   settlement and so, you know, I think that should be noted.

6           The final thing I guess I want to say is that,

7   you know, when -- and you're very familiar with this, Your

8   Honor, having obviously lived this for many years, when a

9   company is formed, when a corporation is formed, you're

10  creating a new entity.  You're almost like giving birth to a

11  baby and that baby takes on really the characterization.  It

12  takes on the personality of the employees who work with it,

13  work for it; the people who work for the company that kind

14  of give it its soul and I think that, at some point through

15  the bankruptcy process, the soul of the company dies and

16  it's taken over by lawyers who really have very little

17  affiliation with the company and what they do is they try to

18  instill their desires into the words of the documents and I

19  think that what we have here is a situation where this

20  bridge has never been crossed before.  I don't think that

21  they've ever had to terminate employees in this type of

22  situation and I don't think you're going to find the answers

23  in the Plan documents, other than the fact that we are

24  employees; we are part of this severance plan and we should

25  be paid for it.

1          THE COURT:  Thank you, Mr. Janis.

2          MR. JANIS:  Thank you, Your Honor.

3          THE COURT:  Thank you.  I appreciate your

4   comments very much.  I must say that everyone, as I

5   indicated earlier, has been extremely helpful here and I

6   certainly fully understand your position.  I am not going to

7   rule from the bench today, but I certainly will go back.  I

8   will do some re-reading and I will issue a ruling fairly

9   promptly.  And next, I get to hear from Ms. Fleming again.

10  Ms. Fleming, for the Debtors.  Yes?

11          MS. FLEMING:  Thank you, Your Honor.  For the

12  record, Megan Fleming, from Clearly Gottlieb Steen &

13  Hamilton, on behalf of the Debtors.  And, Your Honor, now

14  that we've heard from the individual LTD employees, I just

15  want to take a minute to reiterate that the Debtors

16  appreciate the contributions and the personal circumstances

17  of the LTD employees.

18          THE COURT:  Yes.

19          MS. FLEMING:  And, ultimately, however, as a

20  Debtor, we have duties to our creditors and we're standing

21  here before you with a legal question.

22          THE COURT:  Right.

23          MS. FLEMING:  And that brings us back to the

24  fundamental legal question here, which is whether the LTD

25  employees are eligible for benefits under the terms of the

1    Severance Allowance Plan or the Enhanced Severance Allowance

2    Plan.  And regardless as to whether or not this is a new

3    issue or whether or not the Debtors have considered this

4    issue under the Plan before, the answer has to come from the

5    Plan documents.  That is the only document that exists to

6    guide the Debtors in making this determination.

7             And the Plan documents are clear that in order for

8    an individual to meet the definition of an employee as

9    defined in those Plans, irrespective of whether they are a

10   current employee of the Debtors or receiving other benefit

11   under different plans governed by different documents or for

12   other administrative purposes, we have to look at the

13   specific language that's used in the definitions of the

14   governing Plans.

15            And so those definitions are not ambiguous and I

16   think it may be helpful, though I described them earlier, to

17   just flip to those documents now and actually look at the

18   word that are written there.

19            THE COURT:  All right.

20            MS. FLEMING:  So if you turn to page 5 of the

21   Severance Allowance Plan, which was attached as Exhibit 1 to

22   the John Ray Declaration DI 10732.

23            THE COURT:  Okay.

24            MS. FLEMING:  Alternatively, I have copies, Your

25   Honor, if it would be easier for me to approach.

1            THE COURT:  Oh, I'm not great at finding things,

2    but let's see.  If you have a copy, let's do that.

3            MS. FLEMING:  I do, Your Honor.

4            THE COURT:  We'd probably save a few minutes.  I

5    think I have it here now but that's fine.  Thank you so

6    much.  Thank you.  And what you're giving me, just for those

7    on the telephone, is the Nortel Network Severance Allowance

8    Plan as amended and restated effective January 1, 2008.

9            MS. FLEMING:  Yes, Your Honor.  Now, if you turn

10   to page 5 as denoted in the header at the top --

11           THE COURT:  Right.

12           MS. FLEMING:  -- you will see the definition

13   of --

14           THE COURT:  Employee.

15           MS. FLEMING:  -- Employee.

16           THE COURT:  Right.

17           MS. FLEMING:  An employee shall mean any full-time

18   employee or part-time employee as defined herein.  And then

19   there are certain exclusions, which I will spare you from

20   reading out loud.  But looking down to full-time employee,

21   which is also defined on page 5, you will see a full-time

22   employee shall mean "an employee who is regularly scheduled

23   to work at least 35 hours per week as determined solely by

24   the employer."

25           THE COURT:  Right.

1          MS. FLEMING:  An employer, as you see right above,

2     is Nortel Networks, Inc.

3          THE COURT:  Correct.

4          MS. FLEMING:  Part-time employee, defined right

5     below that, says it shall mean any -- and, I'm sorry, "an

6     employee who is regularly scheduled to work at least 20

7     hours, but not less than 35 hours per week as determined

8     solely by the employer."

9          And so you'll see that now I think -- sorry.  It

10    may be helpful next to just flip to Section 2.5, which is

11    the other provision that I was referencing earlier.

12         THE COURT:  Right.

13         MS. FLEMING:  And if you look at the last -- and

14    that's on page 10.  If you look at the last sentence, it

15    says "any employee who otherwise qualifies for a severance

16    allowance in accordance with Section 2.1, but who fails or

17    refuses to timely execute and tender such a release, who

18    revokes such a release, or who is not an employee on the day

19    immediately preceding the effective date of his termination

20    of employment shall not receive a severance allowance."

21         That explanation as to the timing of the

22    determination is also reiterated in question #3 in the SPD,

23    which talks about the timing of the determination and says

24    that "you must remain an Employee," capital "E", "through

25    your employment termination date."

1          No one has -- here, that I've heard, has disputed

2    what the Plan terms say, and although this language does not

3    specifically reference LTD employees, the Debtors believe

4    that it is clear that such employees cannot satisfy this

5    definition because they are not regularly scheduled to work.

6          As Your Honor recognized earlier, part of getting

7    LTD benefits is that you are currently unable to work.  And,

8    in particular, the 2010 Summary Plan Description for the

9    Long-Term Disability Plan, which I believe is attached as

10   Exhibit #5 to the Declaration of Ms. Julie Graffam-Kaplan --

11          THE COURT:  Yes.

12          MS. FLEMING:  -- and I think if you don't have

13   that in front of you I also have --

14          THE COURT:  I do.

15          MS. FLEMING:  -- a copy of that.  That says on

16   page -- I believe it's 5 -- in page 5 it's the third

17   paragraph.  It says, "your long-term disability benefits are

18   designed to continue a portion of your income if you are

19   unable to work."  And it goes on from there.  But this has

20   always been the idea that in order to receive disability

21   benefits, you are -- you must be unable to work, and it is

22   the Debtor's position that none of the LTD employees have

23   been regularly scheduled to work for years at this point.

24          So for the first time in court today, Mr. Janis

25   has raised certain examples of individuals who were given

1  severance benefits while out on various forms of leave.  I

2  would point out those different forms of leave are not being

3  considered by the Court today.  No, I haven't heard anyone

4  allege they were on jury duty, right?  It's a different

5  issue.

6          THE COURT:  Yes.

7          MS. FLEMING:  And with respect to vacation and

8  jury duty, as Your Honor noted, those are not changes in

9  your status as someone who is regularly scheduled to work a

10 certain number of hours a week.  You know, we've all been

11 called to jury duty.  You go out for a couple of days, you

12 come back; it's -- you're still regularly scheduled to work

13 just like you were before.  And it's paid time off --

14 considered paid time off at Nortel.

15         The maternity leave example that was given, it's a

16 little bit harder to address without more information

17 because maternity leave can be very fact-specific.  You can

18 be out on short-term disability, you can be out under the

19 FMLA --

20         THE COURT:  Um-hum.

21         MS. FLEMING:  -- you could be out on vacation or

22 other forms of unpaid leave all appearing, you know, that

23 you're on maternity leave.  And so it's hard for us to

24 address those specific examples when we don't know who it's

25 referring to.  But what we do know is that the LTD employees

1    who are being considered here today are not regularly

2    scheduled to work and haven't been.

3         So the LTD employees are being terminated now, and

4    the Plan just simply doesn't allow for compensation of

5    individuals on a contingent basis had the facts change at a

6    future time.  So we've heard certain LTD employees suggest

7    that, for example, in their individual statements there was

8    a percentage of likelihood of their recovery -- future

9    recovery assigned to their benefits.  And no one here today

10   has said that they're capable of returning to work on or

11   before the date of termination on June 30th, and we don't

12   have any reason to expect that those facts will change.

13        Unfortunately, it's just not possible to value and

14   give a claim on account of an alternative future under these

15   Plans when it so specifically says under Section 2.5 that

16   you have to review and consider the definition as of the day

17   before your termination.

18        Other LTD employees -- excuse me -- have

19   emphasized that they are employees of the Debtor and they

20   have been told this in various contexts.  And the Debtors

21   don't dispute that the LTD employees are current employees

22   of the Debtors.

23        We've heard some examples, I will say, about how

24   LTD employees were treated, and again, those examples were

25   not raised in their Objections, and I really don't know --

1    we don't know all of the details and the circumstances which

2    would obviously matter about some of the statements that may

3    or may not have been made, but I can tell you that it is our

4    understanding that it is inconsistent with Nortel's policies

5    and also the Declarations that we put into evidence that the

6    LTD employees were considered to be regularly scheduled to

7    work.  And as you know, we've obviously litigated similar

8    issues over the past two years as part of the LTD

9    Settlement, some of those examples we've heard before.

10          The LTD employees are current employees of the

11   Debtors, which we've consistently said in our pleadings as

12   part of that LTD litigation as well, but they are, however,

13   separately categorized and there are differences in how they

14   are treated as compared to employees who are regularly

15   scheduled to work.  You know, if you take a look back at

16   that 2010 SPD --

17          THE COURT:  Um-hum.

18          MS. FLEMING:  -- you'll see on page 8, for

19   example, that it lists out different ways that your ability

20   to change benefits, for example, are affected if you're out

21   on disability leave.  So the second bullet says you can

22   increase optional life insurance or optional AD&D coverage,

23   for example.  That's one way that they're different from

24   other employees who are regularly scheduled to work.

25          As set forth in more detail in Ms. Graffam-

1  Kaplan's declaration, the LTD employees were requested to

2  return company property, and the LTD employees were supposed

3  to have their access to facilities and networks revoked as

4  well.  So again, this is very different from employees who

5  were regularly scheduled to work.

6          And, as with all employees, your eligibility for

7  benefits varies based on a number of factors, right?  It's

8  what did you pay for?  What did you elect?  And simply being

9  an employee is not enough to determine your benefits under

10 all of the various Plans that are offered by the Debtors.

11 And the specific terms of the Severance Plan have to be

12 looked to to govern who gets severance benefits.

13         And following up on that point a little bit more,

14 we've also heard people today who have cited to other

15 benefit plans, which were the subject of the LTD Settlement

16 and the terms of which are simply not relevant here and the

17 interpretation of which is not before the Court.

18         You know, Mr. Beasley has suggested, for example,

19 that the LTD Summary Plan Description is ambiguous because

20 it doesn't address severance.  But issues regarding the LTD

21 Summary Plan Description were resolved through the LTD

22 Settlement and are not at issue before you today.

23         So regardless, I think, it's also helpful just to

24 take a step back and think about some of the benefit plans

25 that they -- that were described and mentioned today.  So,

1    Ms. Jones, for example, cited extensively from the flex

2    benefits overview --

3              THE COURT:  Right.

4              MS. FLEMING:  -- and other flex benefits and rate

5    plan descriptions.  Severance is a completely separate plan

6    and it's not a flex benefit; it's not governed by those

7    documents or the definitions in those documents.  And the

8    term "actively at work," which is the definition from that

9    document, you'll notice, is not part of the definition we're

10   discussing here today, so the definition, the terminology,

11   the words are different because they're different plans.

12             And while we have the 2010 SPD open, you'll note

13   that although -- that there is a very clear reason why long-

14   term disabled employees got benefits under the flex plans

15   even if maybe facially they didn't satisfy other

16   definitions.

17             And on the same page 8 you'll see there's a

18   parenthetical starting in line 2 that makes clear that

19   certain benefits will continue to be available to you while

20   you're out on disability.  And so that has to be read in

21   conjunction with the other benefit plans that were cited to

22   today because it's creating a right and severance is not

23   included and it's not mentioned --

24             THE COURT:  Okay.

25             MS. FLEMING:  -- in that document.

1          So I'd like to move next to the 2010 letters,

2    which I did address earlier but I just wanted to reiterate.

3    The letters were sent and 2010 at a time when Nortel's

4    assets were being sold.  Thousands of employees were moving,

5    and when the letters went out in connection with the 2010

6    Termination Motion, the company used a standard form.  It

7    was filled in by the computer that people's information was

8    put in with like a mail merge-type program, and it went out

9    to everyone who was covered under the Plans.

10          And, again, as part of that package, the company

11    did include a letter, and that was attached as Exhibit 3 to

12    Mr. Ray's Declaration at DI 10732, and that letter expressly

13    says in paragraph 1 that "employment termination packages

14    are standard and, as such, there may be information that was

15    not relevant to you given your long-term disability status."

16          You know, it wasn't the case that Nortel intended

17    for the form package to change the terms of the governing

18    plans or to allow people to receive benefits under plans

19    they would not otherwise have been eligible for.  And,

20    furthermore, as we talked about earlier, the company could

21    not have amended the plans that way anyway pursuant to

22    governing 3rd Circuit law.  Furthermore, also attach to

23    Mr. Ray's declaration is a letter that was sent out a few

24    weeks later informing employees that they should regard --

25    disregard, excuse me -- the earlier package that you've

1  already received, as they are no longer applicable.

2          THE COURT:  Um-hum.

3          MS. FLEMING:  So those documents were withdrawn.

4          The last one I just wanted to address was the

5  double-dipping argument.  And, you know, we've heard people

6  arguing about the meaning of the LTD Settlement and how it

7  relates to what we're doing here today, and the LTD

8  Settlement represented a compromise of the right to receive

9  future benefits through the end of the eligibility period.

10          You know, we acknowledged that because the

11  Settlement is a compromise of those future claims, the LTD

12  employees, while we again, right, can disagree about whether

13  such a claim even exists, it was a compromise.  And the --

14  as part of that compromise, the LTD employees were not paid

15  in full for the future benefits.  But we think that it still

16  represents a payment on account of benefits that, had they

17  been received, would have precluded the receipt of

18  severance, and that's what we mean by that, that concept.

19          You know, and now, I would also point out that

20  another way that the LTD employees have been treated

21  differently from other employees at Nortel is that they did

22  get a payment as part of that Settlement for future loss of

23  benefits because of their status and how it was different

24  from other employees.  And other employees did not get

25  compensated for lost future income or benefits.

1              So I would just reiterate by saying that we have

2    to look at the Settlement in that way and kind of the

3    premise as to what it represents when we're talking about

4    the double dip argument.

5              THE COURT:  Yes.

6              MS. FLEMING:  Accordingly, while the Debtors

7    obviously sympathize with the LTD employees and their

8    personal circumstances, the Debtors simply do not believe

9    that the LTD employees are entitled to benefits under the

10   plain language of the Severance Plans and believe that the

11   Motions should be denied because paying such unsupported

12   claims would not be in the interest of the estate.

13             THE COURT:  All right.  Thank you, Ms. Fleming.

14             MS. FLEMING:  Thanks.

15             MR. PATEL:  This is Mr. Patel.  Can I be heard?

16             THE COURT:  Pardon me?

17             MR. PATEL:  This is Mr. Patel.  Can I be heard?

18             THE COURT:  Well, I think really I've heard pretty

19   much all the argument I think that is necessary at this

20   point.  I --

21             MR. PATEL:  No, my argument is different,

22   Honorable Judge, and the argument is in support of the -- my

23   objection toward the [indiscernible] for the three reasons

24   that we are looking at these SPDs, which is not the formal

25   document for the Department of Labor.

1          We have talked about the definition of employee.

2     I have one piece of document from the Department of labor

3     which defines employee for Nortel, which states that

4     employees are one who provides one hour of service in a

5     year.  That service for which he is paid can be

6     [indiscernible] including the disability payment.

7          So my point here, sir, is that there is other

8     piece of document that I'm awaiting from IPSA [ph] which

9     will dispel a lot of these definitions that we have

10    discussed today.

11         THE COURT:  All right.  Thank you, Mr. Patel.

12         MR. ABBOTT:  Your Honor, as you may recall from

13    the beginning of the hearing, Mr. Patel does not have a

14    Motion pending before the Court --

15         THE COURT:  I do.  Yes.

16         MR. ABBOTT:  -- so I would just ask the Court --

17         THE COURT:  I'm going to --

18         MR. ABBOTT:  -- to disregard that argument for

19    purposes --

20         THE COURT:  Yes.

21         MR. ABBOTT:  -- of the Motions that are before the

22    Court today without prejudice to his right to argue that if

23    he ever later files a Motion that is before the Court, Your

24    Honor.

25         THE COURT:  I think that is a fair request, and I

1  will strike Mr. Patel's comments --

2          MR. ABBOTT:  Thank you, Your Honor.

3          THE COURT:  -- from the record.

4          MR. ROSSI:  Your Honor, John Rossi.  May I make an

5  objection or a statement then?

6          THE COURT:  This will be the last one but you may,

7  Mr. Rossi.

8          MR. ROSSI:  Well, it has to do about

9  [indiscernible] according to what Megan Fleming --

10 Ms. Fleming had stated about us being employees and how we

11 were different, but I really just would think that being

12 disabled and according to Nortel's rules and pretty much

13 under the Disability Act, if I was going to return back to

14 work, that they had to hold my job open for me, but now my

15 job is not -- my spot is not open.  And I put it that I

16 might be -- might also be protected under that, the American

17 Disability Act.

18          That's all.  Thank you.

19          THE COURT:  All right.  Thank you, Mr. Rossi.  I

20 certainly understand that argument.  Ms. Fleming?

21          MS. FLEMING:  Well, Your Honor, I would just

22 respond quickly to Mr. Rossi's argument, which is to say

23 that my understanding is that Mr. Rossi is not expressing an

24 ability to return or an intent to return to work on or

25 before his termination date, and as to whether -- if he were

1  to return to work before that time, the Debtors may have a

2  different opinion and different interpretation of the Plan

3  and whether it would apply to him.  But because those aren't

4  the facts, we're just working with the facts as we know them

5  today.

6          THE COURT:  Thank you, Ms. Fleming.  All right.

7          MS. JONES:  Your Honor, please indulge me, sir.

8  It's Deb Jones and I will be quiet if you tell me you can't.

9  I'm sorry.

10          THE COURT:  Well --

11          MS. JONES:  Just two sentences.  I mean like --

12          THE COURT:  I'll give you three.  No, no, in all

13  seriousness, Ms. Jones, let me hear from you.

14          MS. JONES:  Thank you so much, sir.

15          Like I understand where everyone's coming from.

16  Like it's the Debtors job to protect their creditors, but at

17  the same time, like it shouldn't be cared about how much

18  loss it's going to cost them to pay up on a liability that

19  they owe employees -- the LTD employees.

20          What I'm looking at is the termination notice,

21  okay.  It came right from Nortel Networks and I wish to gosh

22  that I had filed it with the Debtors and I will be happy to

23  shoot it off very quickly.  But the termination of capital

24  "E", Employee benefits, and you know, we're referred to as

25  capital "E" throughout the whole thing, and I have to say it

1  discourages me a bit that we're talking about capital E's

2  versus little e's.

3        THE COURT:  Yes.

4        MS. JONES:  And I get it.  You know, I get it.  I

5  get it.  There's legal terms, I understand that.  But in

6  this letter, our termination is capital "E".  We're about to

7  lose our employment.  We provided years of service.  I,

8  personally, as one of the youngest people in this space,

9  right, I'm just 47, my family's all been here to take care

10 of me, I'm stepping up for this day, but generally, I can't

11 provide for myself.  But I have hopes that with the

12 treatment [indiscernible] that I will be able to.

13        The allocation given to me was 50 percent of my

14 portion, already discounted portion, of the Settlement

15 because explicitly they provided for my recovery because

16 specifically, specifically of course the whole United States

17 it's expected 50 percent that I'll recover.  And I hope

18 someday I do, God willing.  But that reflects my entitlement

19 to severance, right?  I'm losing the same thing that active

20 employees are losing, the potential of full-time employment

21 with Nortel.

22        And thank you, sir, for indulging me.  I'm very,

23 very sorry for even asking for that indulgence.  I'm sorry.

24        THE COURT:  All right, Ms. Jones.  That's quite

25 all right.  Okay.  I certainly have a very -- I have a much

1   more thorough understanding of the issue and the differences

2   between the parties and I will take the matter under

3   advisement and issue a ruling in short course.  I shouldn't

4   say that but I will.

5           All right, Ms. Fleming, yes.

6           MS. FLEMING:  Thank you, Your Honor.  Again, Megan

7   Fleming from Cleary Gottlieb Steen & Hamilton, on behalf of

8   the Debtors.

9           I think the last item on the Agenda today is the

10  Motion Ms. Loggins had filed seeking payment from the

11  Debtors for certain prepetition issues relating to her

12  benefits.

13          THE COURT:  Yes.

14          MS. FLEMING:  Ms. Loggins, are you still on the

15  telephone?

16          MS. LOGGINS:  Yes, I am.

17          THE COURT:  All right, Ms. Loggins, very well.

18          Yes, Ms. Fleming, let me hear from you.  Or do you

19  want to hear from Ms. -- should we hear from Ms. Loggins

20  first?

21          Ms. Loggins, why do you -- yes, why don't -- I

22  have read your papers and do you have anything to add to

23  what is in the document -- documents?

24          MS. LOGGINS:  Yes, I do.  Yes.

25          THE COURT:  Okay.

1          MS. LOGGINS:  May I begin?

2          THE COURT:  Yes.

3          MS. LOGGINS:  Okay.  First, let me say giving

4    honor to my Father, which is in heaven, and to Judge Kevin

5    Gross, Debtors, Creditors, and claims people, everybody

6    who's in the audience today.  And let me say that I am very

7    nervous, but I have waited for this day a long time.

8          THE COURT:  Okay.

9          MS. LOGGINS:  My problem is this:  Nortel over a

10   various period of time -- and mind you, I have been dealing

11   with Nortel for 13 years, and I think right now I'm at a

12   point where I have them to thank for my -- the position that

13   I'm in.  Okay.

14         I received documents where I owed them money for,

15   say, Social Security and I want the Judge to know that the

16   information contained that they sent me of how they figured

17   the 16,900, that information is incorrect.  First, they did

18   not file a GAAP.  They used some form of accounting.  I

19   could never figure it out and I'm an accountant, by the way.

20         I wrote to Nortel and I told them, I said you

21   can't do this.  Several times I have written all amount of

22   letters, you know, and even for the amount they said I owed

23   to Social Security, I don't know where they got these

24   numbers, but they didn't get them from the general ledger.

25   I wrote them and told them -- I made them very much aware.

1  But every time it would come back with the same result.  The

2  ruling stands.

3           So they took all this money, left me destitute

4  when I most needed it, and now I ask for the Court's -- the

5  mercy of the Court to help me get maybe some of the monies

6  that I should -- that I thought I was entitled to.  Do you

7  follow me?

8           THE COURT:  Yes.

9           MS. LOGGINS:  Okay.  I have the documents here if

10 you want to read -- look at them.  I've sent charge to the

11 -- to you --

12          THE COURT:  Yes.

13          MS. LOGGINS:  -- those charges are wrong if -- as

14 far as --

15          THE COURT:  Yes, I do have -- I certainly have

16 them, Ms. Loggins.

17          MS. LOGGINS:  Okay.  And I told Nortel -- I even

18 sent them a letter told -- I said look here.  I say you are

19 in a publicly traded entity.  You must file a GAAP for your

20 reporting, and when you send this information out to any --

21 if you don't file it, that's a violation.  It's not for me

22 of the -- not law but Federal Security -- the Security is in

23 the -- please forgive me.  Oh, Lord.

24          But this is not right.  You can't tell me that I

25 owe you money from false information when you give me

1  incorrect information.  I do -- I have a right to expect the

2  right information.

3          THE COURT:  Well, why don't I hear now from

4  Ms. Fleming for the Debtors and that way you'll have a

5  moment, you know, to compose yourself and I'll hear from

6  Ms. Fleming and then you may respond to her --

7          MS. LOGGINS:  Okay.

8          THE COURT:  -- legal argument.  Ms. Fleming.

9          MS. LOGGINS:  Okay.

10          THE COURT:  Yes.

11          MS. FLEMING:  Thank you, Your Honor.  And for the

12  record, Megan Fleming from Cleary Gottlieb, on behalf of the

13  Debtors.

14          The Debtors understand that Mrs. Loggins is upset

15  but respectfully contest the relief she has sought as she's

16  already exhausted her appeals on these issues and they lack

17  merit.

18          I would also point out none of these issues,

19  although they are prepetition actions that would have

20  properly been raised through a Proof of Claim were raised in

21  the Proof of Claim filed by Ms. Loggins, which was Claim

22  #7604, which only sought payment for benefits under the LTD

23  Plan and severance and which we spoke about at the hearing

24  to approve the LTD Settlement.  And it was partially

25  expunged to the extent it related to LTD benefits at that

1    time.

2           THE COURT:  That's right.

3           MS. FLEMING:  I'll start with -- I think there are

4    basically four categories of issues that Ms. Loggins has

5    raised across her various Motion papers.  I'll start with

6    her allegation that her business travel accident award was

7    improperly offset against her LTD Income Continuation

8    payments.

9           Ms. Loggins received a $315,000 award under the

10   Debtors' Business Travel Accident, or BTA, insurance policy

11   because she was injured while traveling for the company.

12   And Prudential, who is the administrator for the Debtors'

13   Long-Term Disability Income Continuation Plan, offset a

14   portion of that $315,000 award from Ms. Loggins' monthly

15   Income Continuation Benefits over a 60-month period, and

16   that was done in accordance with the Long-Term Disability

17   Summary Plan Description that governed her benefits.

18          Now, I say partial offset because the $315,000

19   award was prorated over a 60-month period.

20          THE COURT:  Okay.

21          MS. FLEMING:  But that prorated amount actually

22   exceeded Ms. Loggins' monthly LTD Income Continuation

23   Benefit.  And that difference was made larger by certain

24   other overpayments and premiums that were being deducted

25   from Ms. Loggins' check, and I understand there were also

1  certain minimums and other factors that -- minimum payments

2  that had to be made to her and other things that factored

3  into why the full 315,000 was not recovered over that time.

4          I have -- and this isn't in the record; it is a

5  court-filed document from the Northern District of Texas

6  [indiscernible] it's helpful.  I'm happy to present it to

7  Your Honor.  It's Nortel's Motion for Summary Judgment in

8  the Northern District of Texas action, and it does walk

9  through an accounting as to how that $315,000 award was and

10  was not set off against her benefits, and I think that

11  explains the numbers that are cited to in the Court

12  decisions, the 189, the $190,000 numbers.  It shows you how

13  that math was achieved.

14          THE COURT:  Okay.

15          MS. FLEMING:  If I may approach, I'm happy to --

16          THE COURT:  Please.

17          MS. FLEMING:  -- share that with you.

18          THE COURT:  Yes, Ms. Fleming.  Thank you.  Thank

19  you so much.  Let me -- while you walk back, let me ask you

20  as a practical matter, this is an issue that's now been

21  fully adjudicated?

22          MS. FLEMING:  Yes, Your Honor.  And that's my next

23  point which is that, you know, Ms. Loggins followed the

24  proper procedure for appealing these issues --

25          THE COURT:  Yes.

1          MS. FLEMING:  -- to Prudential, the Employee

2     Benefits Commission -- Committee rather, the Northern

3     District of Texas, and finally, the 5th Circuit Court of

4     Appeals.  And all of those bodies affirmed that her BTA

5     award had been properly offset and they went through the

6     math.  So I'm not sure if that's what Ms. Loggins was saying

7     she had some confusion about, but they did look at the math

8     as it's set out in the document I just gave you.

9          In the 3rd Circuit, a matter is barred by res

10    judicata when there is a final judgment on the merits of a

11    prior action involving the same parties and a subsequent

12    suit based on the same cause of action.  And the 5th

13    Circuit's decision obviously constitutes a final judgment on

14    this -- on the merits of this matter regarding the same

15    cause of action, and so it's the Debtors' position that

16    Ms. Loggins' request for further consideration of the offset

17    of her BTA award that was taken after Income Continuation is

18    barred by res judicata.

19          THE COURT:  Yes.  I agree with that position.  I

20    think it is clearly barred.  There's no question.

21          MS. FLEMING:  Thanks, Your Honor.

22          And then moving on to the -- what I understand is

23    Ms. Loggins has some concerns about the way that her

24    Medicare Part B premiums were reimbursed, and as is the

25    correct procedure under the LTD Plan, she raised this issue

1   with Prudential, who's the administrator, and Prudential

2   sent Ms. Loggins a letter on May 30th, 2012, which I think

3   it was attached as Exhibit 2 --

4          THE COURT:  Yes.

5          MS. FLEMING:  -- to her pleading that addressed

6   the math on those reimbursements and how they had been

7   properly done.

8          Nortel is unaware of any appeal of this issue that

9   Ms. Loggins took in accordance with the terms of the LTD

10  Plan, so in other words, unlike the BTA issue, this one was

11  not appealed further to my knowledge or to Nortel's

12  knowledge.  It wasn't raised in her Proof of Claim.  This is

13  obviously prepetition.  Ms. Loggins is no longer receiving

14  Income Continuation Benefits.  She reached the maximum age

15  for eligibility last December, and we're not aware of any

16  new evidence that has not been considered by Prudential in

17  the letter that was attached.

18         So again, we would say this matter has been fully

19  considered in accordance with the terms of considering

20  appeals and disagreements under the Plan and is now closed.

21         THE COURT:  All right.  And is it even a claim

22  against Nortel?

23         MS. FLEMING:  To the -- as I understand it,

24  because it would have been a reimbursement, I guess she's

25  saying that because it wasn't properly reimbursed that

1  Nortel would have owed her additional amounts --

2          THE COURT:  Oh, oh, oh, I see.

3          MS. FLEMING:  -- to make up the additional

4  reimbursement.

5          THE COURT:  Okay.

6          MS. FLEMING:  But Prudential has checked those

7  numbers and my understanding is that it's all been

8  rectified.

9          THE COURT:  All right.

10         MS. FLEMING:  The next issue that Ms. Loggins has

11 raised is concerns about her vacation, payment for her

12 vacation day -- days rather, and --

13         THE COURT:  And these go back --

14         MS. FLEMING:  To 2000.

15         THE COURT:  -- to 2005, is it?

16         MS. FLEMING:  Ms. Loggins went out on disability

17 status in the year 2000 --

18         THE COURT:  2000.

19         MS. FLEMING:  -- and it was a Nortel's -- and it

20 is Nortel's policy, rather, to pay LTD employees for their

21 accrued vacation days at the time that they transition to

22 long-term disability status.

23         THE COURT:  Yes.

24         MS. FLEMING:  So according to Nortel's records,

25 she didn't raise this vacation-day issue until June of

1   2009 --

2          THE COURT:  Okay.

3          MS. FLEMING:  -- which was almost 10 years after

4   the fact.  And Nortel's -- maintains its payroll records for

5   about seven years, so we just don't have sufficient

6   information to consider that matter further as the statute

7   of limitations for payroll record retention, as I understand

8   it, has passed.

9          And Ms. Loggins has not produced evidence that she

10  has not been paid, as would've been consistent with their

11  policy and practice in place of the time.  So the Debtors do

12  consider that issue to be closed off.

13         And I would also point out that the form that was

14  attached to Ms. Loggins' -- one of her Motions, which is the

15  LTD Procedure Benefit Entitlement form, had some language

16  about vacation days that she had pointed to.  But that

17  language actually is just saying that if you return to work,

18  the time that -- upon returning to work, the time you were

19  out on an approved medical leave won't be held against you

20  for purposes of accruing how much vacation you are entitled

21  to going forward.

22         THE COURT:  Okay.

23         MS. FLEMING:  And so that's -- that wasn't

24  intended to convey that she was actually owed any additional

25  payments for that.  And again, this issue would have been a

1    prepetition issue that was not raised in her Proof of Claim.

2                   Lastly -- the last issue that Ms. Loggins raises

3    -- and I think this one is also easily addressed through the

4    doctrine of res judicata -- she attached the portion of the

5    medical plan that apply to --

6                   THE COURT:  Yes.

7                   MS. FLEMING:  -- or applies to long-term

8    disability employees.  However, Ms. Loggins has stopped

9    receiving benefits under that Plan as she reached the

10   maximum age of eligibility last December.

11                  And also, as you know, Your Honor, there is an

12   Order in place upon which the Debtors will be terminating

13   all medical plans they offer --

14                  THE COURT:  June 30th.

15                  MS. FLEMING:  -- as of June 30th.

16                  THE COURT:  Yes.

17                  MS. FLEMING:  And so I would say that that issue

18   is barred by the Orders approving those settlements.

19                  THE COURT:  Yes.

20                  MS. FLEMING:  Thank you, Your Honor.

21                  So with that we would -- the Debtors would

22   respectfully request that Ms. Loggins' Motions be denied.

23                  THE COURT:  Okay.  Ms. Loggins, anything further

24   from you?

25                  MS. LOGGINS:  Yes, please, if I may at this time.

1              THE COURT:  Yes, please.

2              MS. LOGGINS:  On the first issue that I raised, I

3    realized that I'm -- that I have -- I'm talking about things

4    that happened prior to the termination -- my termination or

5    my retirement at the mandatory 65 years.  Okay.  I never

6    received my full long-term disability settlement.  I never

7    received the agreed-upon payments that I thought I would

8    receive.  And irregardless of what I did, if Nortel -- when

9    did Nortel lose its -- their responsibility as to plan

10   administrate -- judiciary responsibilities?  When did they

11   give that up?  When they filed for bankruptcy?  I don't

12   understand that.

13             THE COURT:  I don't think that --

14             MS. LOGGINS:  I thought they had a --

15             THE COURT:  That isn't the argument.  I think the

16   argument is that excessive time has passed beyond which they

17   were required to maintain records.

18             MS. LOGGINS:  In the State of Texas according to

19   the Texas Workforce Commission, a good -- I was an active

20   employee of Nortel.  As of such, they should have held onto

21   my work records until such time as I was no longer an

22   employee.  I mean -- an employee.

23             How can a company like Nortel justify throwing

24   away my records when I'm an active employee?  I was an

25   active, full-time employee.  Why would they do that?  That's

1  just not good business.  You should hold onto the records as

2  long as you exist for such purposes as are presented here in

3  court today.  Is that not true?

4         THE COURT:  Well, there had been a ruling against

5  your position.

6         MS. LOGGINS:  By Nortel?

7         THE COURT:  No, no, by the -- all the way through

8  the court system.

9         MS. LOGGINS:  Not on this issue.

10        THE COURT:  The Northern District of Texas --

11        MS. LOGGINS:  The only ruling against -- no, not

12  on this issue.  This is about my vacation pay.

13        THE COURT:  Oh, your vacation pay?

14        MS. LOGGINS:  I never [indiscernible] for it.

15        THE COURT:  Well, that extends --

16        MS. LOGGINS:  The only -- Nortel did not --

17        THE COURT:  All right.  Let me hear you further,

18  and what I'll do is issue a ruling at the conclusion.

19        MS. LOGGINS:  Okay.  On my vacation pay -- and at

20  the time I left, I received some forms that they gave me.  I

21  guess whatever it was [indiscernible] or something, and I

22  was never told that I could lose my vacation pay.  And, as a

23  matter fact, vacation pay is accrued.  You go the whole year

24  and then the next year you get your vacation.  You

25  understand what I'm saying?  So that -- I had worked that

1  seventh or eighth year and I was really entitled -- at the

2  end of the year entitled to three more weeks vacation

3  because, you know, they would post it to your account at the

4  beginning of the year.  You go a year and then you get

5  posted your vacation.

6           THE COURT:  Okay.

7           MS. LOGGINS:  So I never got to take my vacation

8  because I had no reason to take it after I was injured on

9  the job, by the way.  I had no reason because the company

10 was paying me, okay, and they surely didn't pay me when I

11 left long-term disability and went to -- when I left short-

12 term disability and went to a long-term disability because I

13 have a letter here from Prudential telling me how they was

14 going to pay me, and it does not include any vacation pay.

15          And as a result of my occupational disability,

16 Nortel has a policy in effect that a person who suffers an

17 occupational disability, the only thing that comes out of

18 their income is the excess of workers' -- is workers' comp

19 and any other laws -- federal, state laws relating to my

20 disability.  And that's on page 17.

21          And I would tell Nortel when they would call me, I

22 -- and talk to me about it, I said, well, they would tell me

23 about page 22.  I said, will you please read page 17 of the

24 SPD?  Now, when they replied to me, they were always mute on

25 that issue.

1          It's just like when I asked them about my -- going

2    to my -- the Medicare payment, the document -- the SPD says

3    that Medicare is to be added to your total disability amount

4    that you receive monthly.  Nortel didn't do that.  What did

5    they do?  They deducted it from my Social Security payments.

6    And the only -- and when I wrote them a letter, they never

7    -- they answered my letter but they never responded to that

8    question.  That's one thing -- if they didn't want to

9    answer, they just didn't answer.  They didn't respond to

10   that.  They just talked about everything else in their

11   responses to me but what I had asked them specific

12   information for.

13          This was Nortel and Prudential.  I exhausted all

14   my efforts with them.  They told me to sue them.  Well, I

15   can't afford to, you know, I couldn't afford to do that.

16          So now, as it so happens, I guess I'm one of those

17   people that just fell through the cracks.  Right now, I'm

18   not entitled to anything.  No -- I have no benefits coming.

19   I'm retired -- except for my retirement, I have nothing.  I

20   can't pay my medical bills.  I have nothing.

21          And because I told -- I called a lady the other

22   day.  I said, well, y'all said y'all -- I learned in some

23   documents I received from the attorneys that y'all had sent

24   me a letter about some of my benefits that I would be able

25   to get but I didn't respond to it.  I said I didn't respond

1   because I did not receive them.  So I called to tell them

2   HHR [indiscernible] and they said, well, since I didn't

3   respond, it was too late.  So I lost.  I lost any right to

4   those benefits.

5          And so I guess -- but anyway, all I'm saying is

6   they use bad accounting to charge me $16,000 with -- which I

7   could not afford to give them back and which I didn't owe

8   them.  And I told them and they did nothing about it.

9          THE COURT:  All right.  Well, Ms. Loggins, I

10  certainly -- I understand the position you're taking from

11  the papers you submitted and --

12         MS. LOGGINS:  Um-hum.

13         THE COURT:  -- I will take your issue under

14  advisement as well and issue a ruling.  And I thank you for

15  your patience and your appearance by telephone here today.

16         Mr. Abbott?

17         MR. ABBOTT:  Your Honor, that concludes the

18  matters that were on the Agenda, and we appreciate the

19  Court's time, as always.

20         THE COURT:  All right.  I thank everyone.  I thank

21  everyone on the phone and in court for a very professional

22  and civil hearing.  And thank you all and I wish you good

23  day and we'll stand in recess, everyone.  Thank you so much.

24  Thank you.

25         MS. LOGGINS:  Thank you, Your Honor, for listening

1   to me.

2      (Whereupon, at 3:24 p.m., the hearing was adjourned.)

3

4                     CERTIFICATION

5       I certify that the foregoing is a correct

6   transcript from the electronic sound recording of the

7   proceedings in the above-entitled matter.

8

9

10   _____      26 June 2013
11   Christy Snyder, Transcriber          Date

12

13

14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **35-hour-a-week**(1) 19:24 | | **active**(56) 33:19 43:12 43:24 44:25 50:19 50:23 52:4 58:11 58:16 59:23 60:9 62:6 62:10 63:14 65:17 66:3 66:9 66:9 75:9 76:5 76:8 76:15 76:17 77:5 77:16 77:17 77:19 78:10 88:15 88:18 89:2 89:4 89:13 89:15 89:19 90:5 90:11 90:14 90:17 90:20 90:21 90:22 90:23 90:24 90:25 91:2 92:6 93:8 100:6 100:7 100:8 104:11 122:19 134:19 134:24 134:25 | **against**(11) 35:15 35:19 37:8 45:13 51:3 127:7 128:10 130:22 132:19 135:4 135:11 | | **also**(49) 13:24 16:6 16:17 19:6 20:12 21:7 22:1 22:3 27:1 28:10 29:23 30:21 32:10 35:21 36:7 36:22 44:24 45:19 45:20 45:21 46:25 71:16 72:5 72:24 77:9 77:21 78:4 84:13 88:5 88:7 91:5 92:21 93:12 99:17 104:16 108:21 109:22 110:13 113:5 114:14 114:23 116:22 117:19 120:16 126:18 127:25 132:13 133:3 133:1 |
| **60-month**(2) 127:15 127:19 | | | | **age**(8) 30:13 31:19 31:25 41:19 89:23 90:2 130:14 133:10 | | |
| **a-vis**(1) 52:13 | | | | | | **alternative**(1) 112:14 |
| **a.m**(3) 1:1 82:25 | | | | **aged**(3) 18:15 30:12 35:25 | | **alternatively**(1) 107:24 |
| **abbott**(59) 1:28 7:3 7:4 7:5 7:9 7:12 7:18 7:21 8:1 8:10 8:13 8:17 8:24 9:2 9:6 9:9 9:13 9:18 9:20 9:22 10:6 10:11 10:15 10:20 10:21 10:23 11:3 11:10 11:14 11:17 11:20 12:1 12:8 12:16 12:20 13:6 14:3 14:6 14:11 14:12 14:20 15:25 16:3 78:21 78:22 79:2 81:9 81:12 81:15 81:19 82:17 82:24 119:12 119:16 119:18 119:21 120:2 138:16 138:17 | | | | **agencies**(1) 70:23 | | **although**(7) 14:7 20:23 25:22 27:8 110:2 115:13 126:19 |
| | | **active-type**(1) 102:7 | | **agency**(1) 15:13 | | |
| | | **actively**(27) 52:4 57:11 57:13 57:15 57:22 57:25 58:11 58:16 58:17 58:21 59:4 59:7 59:13 59:20 60:18 62:10 62:13 63:14 64:21 65:17 66:4 66:13 66:20 73:16 76:1 92:10 115:8 | | **agenda**(6) 7:6 11:17 16:4 16:9 123:9 | | **always**(15) 44:25 55:2 66:5 70:18 70:25 71:15 71:18 76:17 77:19 93:11 96:6 96:9 110:20 136:24 138:19 |
| **abbott's**(1) 16:18 | | | | **aging**(3) 18:21 89:24 89:25 | | |
| **ability**(2) 113:19 120:24 | | | | **agree**(13) 14:24 39:1 39:4 42:5 42:9 53:22 53:22 72:21 77:5 102:6 102:17 104:18 129:19 | | **ambiguity**(2) 94:17 94:20 |
| **able**(9) 9:16 15:21 28:19 40:22 41:19 84:13 85:13 122:12 137:24 | | **actual**(3) 43:20 52:21 59:7 | | | | **ambiguous**(2) 107:15 114:19 |
| | | **actually**(19) 26:24 33:16 33:19 35:7 35:13 46:19 47:16 62:15 64:13 82:22 88:25 89:1 90:1 102:4 105:4 107:17 127:21 132:17 132:22 | | **agreed**(5) 19:11 35:16 56:11 72:11 104:18 | | **amend**(1) 21:6 |
| **ably**(1) 130:17 | | | | **agreed-upon**(1) 134:7 | | **amended**(3) 39:6 108:8 116:21 |
| **about**(58) 7:22 10:1 11:8 13:1 19:11 22:2 27:9 28:11 29:2 32:19 36:8 36:20 47:11 48:21 51:19 51:24 59:7 70:14 72:2 75:6 78:16 88:11 96:14 96:15 97:18 98:4 101:4 101:18 102:7 105:4 109:23 112:23 113:2 114:24 116:20 117:6 117:12 118:3 119:1 120:8 120:10 121:17 122:1 122:6 126:23 129:7 129:23 131:11 132:5 132:16 134:3 135:12 136:22 136:23 137:1 137:10 137:24 138:8 | | **actuarial**(2) 92:16 92:17 | | **agreement**(14) 19:11 26:18 26:21 32:13 33:21 35:6 35:12 35:13 35:16 35:18 41:13 42:4 93:2 100:25 | | **amendment**(1) 34:22 |
| | | **add** (2) 27:23 113:22 | | | | **amendments**(2) 34:20 |
| | | **added**(8) 74:10 77:21 86:22 87:19 95:6 96:18 101:11 123:22 | | **aiding**(1) 59:25 | | **american**(2) 74:20 120:16 |
| | | | | **aiken**(10) 4:47 80:3 80:3 80:4 99:12 99:12 99:13 99:14 100:16 100:17 | | **amount**(8) 44:23 45:6 90:1 94:17 124:21 124:22 127:21 137:3 |
| | | **added**(2) 7:21 137:3 | | | | |
| | | **addition**(2) 36:5 76:3 | | **akin**(3) 2:16 8:6 38:10 | | **amounts**(1) 131:1 |
| **above**(1) 109:1 | | **additional**(5) 49:12 71:23 131:1 131:3 132:24 | | **alaska**(1) 84:19 | | **ample**(1) 82:16 |
| **aboveentitled** (1) 139:7 | | | | **all**(151) 8:5 8:9 9:13 10:8 11:25 12:4 13:4 23:21 29:8 32:21 34:7 37:12 38:3 38:3 39:25 40:7 40:12 41:4 41:23 42:5 42:23 42:23 42:25 43:9 47:13 47:18 49:1 49:19 49:20 51:1 51:20 52:7 53:10 54:8 54:17 57:3 58:4 58:8 59:10 60:14 60:17 61:6 70:21 72:3 73:11 74:12 74:25 77:4 77:25 78:14 79:15 79:23 80:16 80:22 81:6 81:23 82:4 82:19 82:19 83:3 83:19 84:23 84:24 85:5 85:22 86:2 87:22 89:18 90:17 90:22 91:4 91:7 91:13 91:17 91:21 92:1 92:3 93:14 95:1 95:18 95:19 96:1 96:15 96:18 96:19 96:22 96:23 96:25 96:25 97:1 97:12 100:16 100:17 100:21 100:23 102:9 102:11 103:9 107:19 111:10 111:22 113:1 114:6 114:10 118:13 118:19 119:11 120:18 120:19 121:16 121:12 122:24 122:25 123:5 123:17 124:21 125:3 129:4 130:21 131:7 131:9 133:13 135:7 135:17 137:13 138:5 138:9 138:20 138:22 | | **and**(301) 7:12 8:2 8:10 8:13 8:18 8:25 9:4 9:7 9:10 9:12 9:14 9:14 9:15 9:25 10:1 10:2 10:2 10:3 10:11 10:12 11:1 11:3 11:5 11:7 11:8 11:13 11:15 12:6 12:6 12:10 12:20 13:1 13:11 13:22 14:13 15:22 16:2 16:3 16:16 16:18 17:1 17:7 17:7 17:10 17:11 17:12 17:17 18:2 18:7 18:10 18:14 18:15 18:25 19:1 19:3 19:13 19:15 19:17 19:20 19:22 19:24 19:24 20:4 20:6 20:8 20:13 20:20 20:24 21:2 21:4 21:7 21:15 21:25 22:1 22:2 22:4 22:7 22:10 22:11 23:1 23:11 23:17 23:19 23:22 24:1 24:2 24:4 24:10 24:10 24:13 24:15 24:17 24:22 25:2 25:3 25:12 25:16 25:16 25:19 25:21 26:3 26:13 26:20 26:23 27:3 27:10 27:11 27:18 27:21 27:23 27:23 28:4 28:6 28:10 28:12 28:14 28:18 28:23 29:1 29:4 29:6 29:19 29:16 29:18 30:1 30:6 30:11 30:16 30:24 31:6 31:17 32:6 32:10 32:18 32:21 32:24 33:1 33:9 33:15 33:18 33:21 33:22 34:4 34:6 34:9 34:12 34:14 34:15 34:15 34:17 34:22 34:25 35:2 35:5 35:10 35:12 35:15 35:16 36:1 36:4 36:12 36:16 36:23 37:2 37:5 37:8 37:9 37:9 37:16 37:21 37:22 38:16 39:4 39:7 39:22 40:8 40:9 41:12 41:14 41:14 41:21 41:24 42:4 42:10 43:3 43:9 43:9 43:14 43:16 43:18 43:20 43:25 44:1 44:3 45:4 45:5 45:10 45:11 45:13 45:18 46:21 46:23 47:1 47:1 47:2 47:3 47:4 47:25 48:1 48:9 48:18 48:25 49:14 49:15 49:25 49:25 50:3 50:5 50:6 50:6 50:14 50:17 50:25 51:1 51:5 51:7 51:15 51:15 51:15 51:24 52:9 52:13 52:24 52:16 52:20 52:21 52:24 53:15 53:16 53:22 54:13 54:19 54:22 55:9 55:16 55:18 56:5 56:5 56:15 56:17 56:22 57:8 57:12 57:18 57:18 57:21 57:22 58:2 58:8 58:11 58:23 59:1 59:8 59:11 59:16 59:18 59:21 60:25 61:3 61:11 61:14 61:19 61:23 62:3 62:4 62:11 62:13 62:22 62:24 63:1 63:13 63:17 63:20 64:7 64:13 64:16 64:18 64:19 64:22 65:6 66:6 |
| **absence**(14) 29:3 43:5 43:6 44:7 44:12 44:19 48:6 50:25 57:19 59:1 68:21 68:23 78:11 88:19 | | | | | | |
| **absences**(1) 57:16 | | **address**(12) 12:3 12:10 17:8 17:18 44:10 46:4 104:5 111:16 111:24 114:20 116:2 117:4 | | | | |
| **absolutely**(1) 53:4 | | **addressed**(4) 96:13 96:15 130:5 133:3 | | | | |
| **accept**(2) 45:18 49:23 | | **addressing**(3) 17:10 28:3 36:17 | | | | |
| **acceptable**(2) 51:9 69:13 | | **adequate**(2) 15:12 105:2 | | **allegation**(1) 127:6 | | |
| **accepting**(1) 45:25 | | **adjoining**(1) 93:19 | | **allege**(1) 111:4 | | |
| **access**(5) 52:22 66:19 76:10 76:12 114:3 | | **adjourn**(1) 13:13 | | **allen**(1) 3:13 | | |
| **accident**(2) 126:7 127:10 | | **adjourned**(3) 11:18 11:22 139:2 | | **allocated**(1) 92:22 | | |
| **accidental**(2) 27:23 48:25 | | **adjournment**(1) 12:12 | | **allocation**(1) 122:13 | | |
| **accordance**(9) 21:10 34:21 46:23 56:10 58:19 109:16 127:16 130:9 130:19 | | **adjudicated**(1) 128:21 | | **allow**(6) 18:4 40:22 77:20 81:15 112:4 116:18 | | |
| | | **administered**(1) 1:6 50:15 | | | | |
| **according**(7) 42:3 51:1 101:2 120:9 120:12 131:24 134:3 | | **administrate**(1) 134:10 | | **allowance**(31) 15:11 18:25 19:2 19:7 19:21 20:13 29:4 40:20 42:17 52:17 53:1 53:6 53:19 53:21 54:7 54:16 55:25 60:1 60:7 65:23 68:14 69:5 77:9 85:16 104:14 107:1 107:1 107:21 108:7 109:16 109:20 | | |
| | | **administration**(4) 62:13 53:15 54:2 59:24 65:6 76:3 | | | | |
| **accordingly**(3) 37:10 39:7 118:6 | | **administrativ**(4) 36:3 37:17 99:19 107:12 | | | | |
| **account**(7) 18:12 29:2 31:18 93:3 112:14 117:16 136:3 | | **administrator**(2) 127:12 130:1 | | | | |
| | | **administrators**(1) 2:43 | | **allowed**(8) 19:10 27:7 32:13 44:1 44:2 49:4 49:8 49:9 | | |
| **accountant**(1) 124:19 | | **admission**(3) 35:14 35:18 38:1 | | | | |
| **accounting**(5) 9:13 47:18 124:18 128:9 138:6 | | **admitted**(1) 38:4 | | | | |
| | | **advantageous**(1) 53:17 | | **allowing**(6) 31:3 31:23 37:5 77:21 86:13 91:5 | | |
| **accrual**(1) 71:5 | | **advisement**(2) 123:3 138:14 | | | | |
| **accrue**(1) 50:25 | | **advisor**(2) 3:17 75:18 | | | | |
| **accrued**(6) 44:24 47:19 97:21 97:25 131:21 135:23 | | **affect**(3) 15:15 45:20 45:22 | | **allows**(1) 45:13 | | |
| | | **affected**(1) 113:20 | | **almost**(3) 31:10 105:10 132:3 | | |
| **accruing**(1) 132:20 | | **affects**(1) 99:3 | | **along**(11) 11:2 43:23 51:20 63:13 66:11 67:14 74:12 74:25 77:4 84:23 87:20 | | |
| **accumulate**(1) 78:12 | | **affiliation**(1) 105:17 | | | | |
| **accumulating**(1) 77:14 | | **affirmed**(1) 129:4 | | | | |
| **accurate**(3) 64:14 64:15 64:18 | | **afford**(4) 100:13 137:15 137:15 138:7 | | **allowed**(12) 44:8 58:25 71:24 81:3 86:19 87:12 87:19 88:20 95:6 117:1 122:14 126:16 | | |
| **achieved**(1) 128:13 | | **after**(18) 7:17 13:22 18:2 29:9 30:14 38:15 41:2 43:14 47:14 50:22 70:20 73:22 76:12 79:13 84:23 129:17 132:3 136:8 | | | | |
| **acknowledge**(1) 93:4 | | | | | | |
| **acknowledged**(8) 97:25 103:20 117:10 | | **afternoon**(12) 36:18 83:8 83:10 84:1 86:4 86:4 86:9 93:17 95:4 97:5 97:6 100:23 | | **allowing**(6) 31:3 31:23 37:5 77:21 86:13 91:5 | | |
| **across**(5) 35:2 60:13 68:10 84:18 127:5 | | | | | | |
| **act**(2) 120:13 120:17 | | **afterwards**(1) 11:13 | | **allows**(1) 45:13 | | |
| **action**(6) 44:9 105:1 128:8 129:11 129:12 129:15 | | **again**(51) 13:2 17:1 18:19 19:5 23:22 27:10 29:13 29:13 29:16 30:7 34:4 36:11 37:1 40:2 41:2 48:4 50:8 50:9 55:11 58:24 59:2 59:16 62:9 63:3 63:6 63:11 63:13 66:18 68:1 71:25 72:10 77:23 85:8 86:1 87:3 90:18 91:20 93:10 99:10 100:11 101:7 101:8 101:9 106:9 112:24 114:4 116:10 117:12 123:6 130:18 132:25 | | **already**(12) 44:8 58:25 71:24 81:3 86:19 87:12 87:19 88:20 95:6 117:1 122:14 126:16 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**and**(301) 66:10 66:11 66:13 66:22 66:25 66:25 67:12 67:22 67:25 68:2 68:9 68:14 68:19 68:20 68:20 68:24 69:8 69:11 69:1 69:15 69:21 69:23 70:8 70:12 70:15 70:20 70:25 71:3 71:8 71:10 71:18 71:19 71:21 71:25 72:1 72:4 72:5 72:14 73:3 73:7 73:17 73:20 73:21 73:25 74:12 74:12 74:13 74:16 74:20 74:22 74:25 75:13 75:14 75:16 75:16 75:18 75:19 75:21 75:23 75:25 76:19 77:5 77:7 77:10 77:22 77:23 77:23 78:6 78:7 78:9 78:12 78:15 78:15 78:16 78:20 79:5 79:13 81:21 82:1 82:15 82:21 82:21 82:21 83:3 83:5 83:6 83:11 83:12 83:12 83:14 83:14 83:18 83:19 83:20 83:21 83:21 83:22 83:22 84:3 84:6 84:8 84:9 84:10 84:12 84:14 84:15 84:17 84:19 84:21 84:22 84:24 85:1 85:2 85:3 85:7 85:8 85:12 85:15 85:15 85:18 85:19 85:20 85:21 85:21 85:24 86:1 86:1 86:2 86:17 86:21 86:21 86:22 86:25 87:3 87:4 87:11 87:12 87:15 87:16 87:21 88:3 88:5 88:6 88:10 88:11 88:19 88:23 88:24 89:2 89:5 89:6 89:7 89:9 89:11 89:12 89:13 89:23 90:3 90:6 90:12 90:16 90:18 90:21 91:4 91:15 91:15 91:15 91:16 91:17 91:18 91:19 92:4 92:5 92:12 92:16 92:18 92:19 92:22 93:2 93:5 93:5 93:10 93:11 93:12 93:17 93:19 93:20 93:23 93:23 94: 94:3 94:6 94:7 94:8 94:12 94:13 94:17 94:18 94:19 94:24 94:25 95:8 95:13 95:15 95:16 95:17 95:21 96:1 96:2 96:2 96:4 96:4 96:5 96:10 96:11 96:12 96:13 96:16 96:19 96:19 96:20 96:21 96:21 96:22 96:22 96:23 96:24 97:20 97:22 97:24 97:25 97:25 98:1 98:5 98:7 98:12 98:13 98:25 98:25 99:4 99:5 99:6 99:7 99:8 99:15 99:17 99:17 99:18 99:21 99:24 100:2 100:2 100:3 100:4 100:5 100:10 100:13 100:24 101:10 101:19 101:21 101:22 101:23 102:5 102:8 102:9 102:15 102:15 102:17 102:18 103:15 103:21 104:11 104:15 104:19 104:22 104:25 105: 105:5 105:7 105:11 105:14 105:15 105:1 105:18 105:22 105:24 106:5 106:8 106:9 106:13 106:16 106:19 106:20 106:23 107: 107:7 107:15 107:15 107:17 108:6

**and**(188) 108:8 108:18 109:5 109:9 109:13 109:19 109:17 109:23 110:2 110:7 110:1 110:19 110:21 111:7 111:7 111:13 111:23 112:2 112:3 112:9 112:11 112:13 112:16 112:19 112:20 112:24 113:1 113:1 113:5 113:7 113:13 114:2 114:3 114:6 114:8 114:11 114:13 114:16 114:16 114:22 114:24 114:25 115:4 115:4 115:6 115:7 115:12 115:17 115:20 115:22 115:23 116: 116:5 116:8 116:10 116:11 116:12 116:14 116:19 117:5 117:6 117:7 117:13 117:18 117:19 117:23 117:24 118:2 118:7 118:10 118:22 119:25 120:10 120:12 120:12 120:15 120:25 121:2 121:3 121:8 121:21 121:22 121:24 121:25 122:4 122:17 122:2 123:1 123:2 123:3 123:22 124:4 124:5 124:6 124:10 124:11 124:15 124:19 124:2 124:22 124:25 125:4 125:17 125:20 126:2 126:5 126:6 126:11 126:16 126:23 126:23 126:24 127:12 127:15 127:23 127:24 127:25 128:1 128:2 128:4 128:8 128:9 128:10 128:22 129:3 129:4 129:5 129:11 129:12 129:15 129:22 129:24 130:1 130:6 130:15 130:20 130:20 130:21 131:7 131:1 131:13 131:19 131:19 132:4 132:9 132:11 132:13 132:23 132:25 133:3 133:11 133:17 134:8 135:18 135:19 135:21 135:22 135:24 136:1 136:4 136:10 136:11 136:12 136:14 136:15 136:16 136:20 136:21 136:22 137:6 137:6 137:13 137:21 138:2 138:5 138:7 138:8 138:8 138:11 138:14 138:14 138:15 138:18 138:21 138:22 138:22 138:22 138:23

**andren**(1) 3:41
**ann**(1) 1:29
**annual**(2) 27:21 49:4
**another**(7) 47:13 48:14 48:21 49:3 50:12 73:4 117:20

**answer**(8) 22:3 22:4 24:25 25:17 27:11 107:4 137:9 137:9

**answered**(1) 137:7
**answers**(2) 22:9 105:22
**any**(53) 10:13 13:6 13:20 14:7 15:7 21:6 33:6 34:12 34:12 35:14 36:4 37:25 42:20 43:9 43:20 43:23 44:14 46:22 48:9 49:8 49:24 50:8 51:5 53:25 54:2 54:23 54:25 55:12 58:17 64:23 65:19 66:10 70:24 71:11 76:1 88:8 90:19 93:8 97:22 101:12 104:4 104:12 108:17 109:5 109:15 112:12 125:20 130:8 130:15 132:24 136:14 136:1 138:3

**anybody**(1) 102:17
**anyone**(9) 40:4 76:5 79:16 98:16 100:17 100:21 102:10 103:13 111:3

**anyone's**(1) 15:6
**anything**(7) 85:10 87:12 87:19 101:12 123:22 133:23 137:18

**anyway**(3) 43:8 116:21 138:5
**apologize**(1) 33:4
**appeal**(2) 36:20 130:8
**appealed**(1) 130:11
**appealing**(1) 128:24
**appeals**(3) 126:16 129:4 130:20
**appear**(2) 27:16 75:6
**appearance**(1) 138:15
**appearances**(1) 3:1
**appeared**(1) 74:20
**appearing**(4) 51:18 83:12 93:18 111:22
**appears**(2) 70:21 94:2
**applicable**(2) 60:12
**applicable**(2) 33:3 117:1
**applications**(1) 10:9
**applied**(3) 62:17 89:8 101:4
**application**(4) 14:9 15:20 54:25 89:11

**apply**(5) 21:3 55:7 64:9 121:3 133:5
**applying**(1) 101:4
**appointing**(1) 8:15
**appointment**(1) 7:23
**apportionment**(1) 92:16
**appreciate**(11) 11:1 37:13 69:21 78:14 78:16 95:21 99:14 101:23 106:3 106:16 138:18

**approach**(3) 7:12 107:25 128:15
**appropriate**(6) 10:17 13:10 15:22 15:23 47:9 74:24

**approval**(1) 18:8
**approve**(4) 41:7 69:2 83:21 126:24
**approved**(17) 34:23 43:2 43:4 43:6 44:7 44:9 44:11 44:19 45:3 48:5 48:9 57:16 78:11 88:18 102:8 104:11 132:19

**approving**(2) 41:12 133:18
**approximately**(1) 101:18
**april**(2) 34:7 34:10

**are**(157) 7:16 12:2 13:8 13:9 14:5 16:2 16:21 18:7 18:21 18:22 18:23 19:1 19:23 20:3 20:12 20:14 21:3 21:8 21:9 22:4 25:4 25:19 26:4 26:17 26:22 27:3 27:20 28:2 29:3 29:16 30:1 30:17 31:17 32:23 33:11 33:11 34:15 34:21 35:14 38:4 38:6 38:8 39:2 43:18 43:23 43:25 44:4 44:12 46:3 46:8 46:9 46:11 46:15 47:14 48:17 50:19 51:2 53:12 55:5 55:6 56:16 57:13 58:18 60:7 61:19 61:20 62:3 62:12 63:4 63:5 65:24 68:21 76:13 76:15 76:16 77:18 78:4 78:8 78:8 78:10 78:12 79:8 80:1 82:2 83:5 84:16 85:1 85:22 87:15 89:2 89:3 90:6 90:8 90:12 90:23 91:1 91:2 91:3 93:19 93:25 94:14 95:14 96:8 97:12 97:12 98:24 99:2 99:2 103:1 103:16 104:11 105:23 105:24 106:25 107:7 107:9 107:15 107:18 108:19 110:5 110:7 110:17 110:18 110:21 111:2 111:8 112:1 112:1 112:3 112:19 112:21 113:10 113:12 113:1 113:14 113:14 113:20 113:24 114:10 114:16 114:22 115:11 116:14 117:11 118:24 119:4 119:21 122:20 123:14 125:1 125:18 126:19 127:3 128:11 133:20 135:2

**areas**(1) 53:12
**aren't**(2) 25:10 121:3
**argue**(5) 15:22 31:22 63:8 104:22 119:22
**argued**(1) 24:11
**arguing**(2) 17:5 117:6
**argument**(18) 27:11 31:7 48:10 68:9 69:21 78:6 103:22 117:5 118:4 118:19 118:21 118:22 119:18 120:20 120:22 126:8 134:1 134:16

**arguments**(15) 17:8 17:11 22:2 23:17 23:20 51:21 65:12 69:18 78:3 79:6 79:8 86:19 88:8 100:25 101:12

**around**(5) 32:8 76:23 78:20 92:20 102:16
**arsht**(1) 1:26
**articulated**(1) 86:21
**artifacts**(1) 65:16
**ashner**(1) 3:8
**aside**(2) 30:19 74:5
**ask**(23) 8:2 8:14 20:17 21:15 40:8 42:6 47:8 51:6 61:3 68:15 69:1 69:2 78:12 82:2 89:10 96:16 96:18 96:22 98:12 98:13 119:16 125:4 128:19

**asked**(14) 8:19 11:7 43:8 43:14 50:8 76:5 97:15 97:17 99:21 99:22 99:23 102:17 137:1 137:11

**asking**(11) 12:12 13:25 14:22 39:8 64:7 82:8 83:19 85:23 93:2 101:8 122:23

**asks**(1) 49:25
**asserted**(1) 103:15
**asserting**(1) 14:5
**assets**(1) 116:4
**assigned**(3) 68:5 92:16 112:9
**assistance**(1) 69:21
**associated**(1) 64:19
**associates**(1) 50:15
**association**(1) 11:6
**assume**(5) 20:18 50:2 50:18 83:3 103:13
**assuming**(2) 79:7 103:16
**assured**(2) 101:6 101:10
**at-work**(1) 92:10
**attach**(1) 116:22
**attached**(8) 68:3 107:21 110:9 116:11 130:3 130:17 132:14 133:4

**attachment**(1) 62:23
**attempt**(1) 75:9
**attempted**(4) 13:2 41:20 49:13 104:25
**attempts**(1) 77:6
**attend**(4) 11:5 11:6 11:7 82:20

**attending**(1) 46:12
**attention**(5) 56:19 60:24 61:16 61:24 93:21
**attorneys**(1) 137:23
**audible**(1) 40:6
**audience**(1) 124:6
**auditing**(1) 9:3
**aurelius**(1) 4:30
**authority**(1) 34:25
**authorized**(5) 29:2 57:19 59:1 68:20 68:23
**authors**(1) 44:5
**automatic**(1) 19:13
**available**(5) 21:11 28:1 73:21 85:14 115:19
**ave**(1) 2:12
**avoid**(1) 45:14
**awaiting**(1) 119:8
**award**(8) 75:24 127:6 127:9 127:14 127:19 128:9 129:5 129:17

**awards**(1) 75:23
**aware**(4) 34:5 53:22 124:25 130:15
**away**(2) 72:16 134:24
**baby**(3) 99:22 105:11 105:11
**back**(28) 9:10 18:19 28:4 29:13 47:3 66:16 68:11 72:16 77:23 78:20 81:10 82:3 82:6 82:10 82:11 82:21 96:9 101:7 106:7 106:23 111:12 113:15 114:24 120:13 125:1 128:19 131:13 138:7

**background**(1) 70:2
**backward**(1) 45:11
**backwards**(1) 72:22
**bad**(1) 138:6
**badtke-berkow**(1) 3:14
**bank**(4) 89:8 89:11 89:14 89:14
**bankruptcy**(11) 1:1 1:21 18:14 19:9 21:24 43:15 73:4 90:5 90:12 105:15 134:11

**bar**(3) 9:8 11:6 82:20
**barbara**(2) 6:30 16:19
**bargaining**(2) 26:18 26:20
**barred**(4) 129:9 129:18 129:20 133:18
**based**(7) 8:7 50:1 72:22 94:15 96:9 114:7 129:12

**baseline**(1) 56:13
**basically**(6) 14:5 65:11 66:25 85:9 85:19 127:4

**basics**(2) 18:23 23:16
**basis**(6) 14:5 33:10 42:6 90:19 98:13 112:5
**bass**(1) 5:2
**baton**(2) 69:17 74:22
**bayard**(1) 2:10
**bear**(1) 16:7
**beasley**(8) 5:6 80:20 80:20 93:15 93:15 93:17 95:1 114:16

**became**(1) 43:1
**because**(63) 7:16 15:16 17:7 20:13 24:15 26:10 27:2 28:7 29:13 29:25 30:7 31:12 35:4 35:9 35:17 36:6 41:1 47:24 48:3 49:1 49:3 50:19 58:13 58:24 63:13 65:2 66:18 70:25 71:6 73:9 73:18 74:8 76:11 88:8 89:11 90:5 90:12 92:8 97:24 99:2 100:12 104:17 110:5 111:17 114:19 115:11 115:22 117:10 117:23 118:11 121:3 122:15 122:15 127:11 127:18 130:24 130:25 136:3 136:8 136:9 136:12 137:21 138:1

**become**(1) 15:16

| Word | Page:Line |
|---|---|
| **been**(79) | 8:4 8:23 11:18 11:18 11:22 14:13 18:14 18:16 18:18 20:6 22:23 25:1 28:19 29:24 30:11 31:1 31:19 32:20 34:1 41:18 41:22 42:21 50:17 52:19 53:16 55:2 58:23 58:25 59:8 59:14 59:24 63:12 65:2 74:8 76:17 81:3 84:12 84:15 84:24 86:21 87:12 87:19 88:21 89:5 92:6 93:24 95:6 95:7 97:15 100:4 100:10 100:25 103:15 105:20 106:5 110:20 110:23 111:1 112:2 112:20 113:3 116:19 117:17 117:20 122:9 124:10 126:20 128:20 129:5 130:6 130:16 130:18 130:24 131:7 132:10 132:1 132:25 135:4 |
| **before**(38) | 1:20 16:16 20:1 20:6 21:24 21:25 24:21 28:8 29:8 30:8 31:24 34:8 41:11 41:25 42:14 42:22 48:16 48:19 49:2 70:19 79:4 88:16 96:17 99:25 105:20 106:21 107:4 111:13 112:11 112:17 113:9 114:17 114:22 119:14 119:21 119:23 120:25 121:1 |
| **begin**(2) | 74:14 124:1 |
| **beginning**(6) | 20:20 73:7 73:22 96:10 119:13 136:4 |
| **behalf**(9) | 16:13 39:21 39:24 86:13 88:10 88:11 106:13 123:7 126:12 |
| **behind**(1) | 31:6 |
| **being**(56) | 13:20 15:8 16:22 21:9 30:2 30:3 35:17 36:2 41:9 42:12 43:23 45:13 45:23 46:20 48:5 48:8 50:9 50:14 51:3 52:11 53:7 55:21 56:2 59:9 63:9 67:18 68:2 71:9 73:10 74:4 74:6 75:24 77:1 77:18 84:12 84:19 86:22 87:16 89:22 90:4 90:7 90:11 93:5 94:22 96:4 101:25 102:7 102:? 111:2 112:1 112:3 114:8 116:4 120:10 120:11 127:24 |
| **believe**(36) | 13:2 13:18 16:18 20:19 23:18 23:19 24:14 28:17 31:11 32:4 33:22 41:13 42:21 44:4 44:5 45:1 51:4 66:14 66:17 71:8 71:11 72:5 72:23 74:16 78:8 86:24 94:21 96:7 99:4 104:13 104:15 110:3 110:9 110:16 118:18 118:10 |
| **believed**(3) | 32:5 35:4 85:8 |
| **belnap**(1) | 3:36 |
| **below**(1) | 109:5 |
| **bench**(1) | 106:7 |
| **benefit**(35) | 23:24 27:13 31:23 33:9 34:20 43:8 45:10 46:7 52:24 54:2 57:24 60:15 64:23 68:8 71:10 71:12 72:14 72:25 72:25 73:4 74:7 74:16 91:19 97:9 97:10 97:11 107:10 114:15 114:24 115:6 115:21 132:15 |
| **benefits**(113) | 14:16 17:6 18:10 18:12 21:9 21:11 21:13 27:14 27:16 27:24 28:25 28:2 29:8 30:12 30:14 30:17 30:23 30:25 31:12 31:14 31:18 32:19 33:5 35:5 35:10 36:1 42:25 43:3 43:4 44:12 44:13 44:16 44:18 45:4 45:22 47:17 47:24 48:15 49:4 49:7 49:7 49:9 49:24 50:8 51:5 52:7 52:13 52:22 53:15 57:18 58:8 59:25 59:25 60:14 61:20 62:3 62:8 62:11 62:12 62:16 63:11 63:12 64:22 65:6 66:19 67:24 71:5 73:5 73:16 74:17 76:4 76:10 84:25 85:3 87:2 92:12 96:15 102:5 104:18 106:25 110:7 110:17 110:21 111:1 111:9 113:20 114:7 114:9 114:12 115:2 115:4 115:14 115:19 116:18 117:9 117:15 117:16 117:23 117:25 118:9 121:24 123:12 126:22 126:25 127:15 127:17 128:10 129:2 130:14 133:9 137:18 137:24 138:4 |
| **benefits."**(1) | 67:22 |
| **bennett**(6) | 6:38 81:2 81:2 81:4 81:5 81:7 |
| **berger**(1) | 3:23 |
| **best**(4) | 47:17 83:17 96:25 97:14 |
| **betray**(1) | 70:6 |
| **better**(2) | 40:11 41:20 |
| **between**(5) | 19:23 52:8 73:7 94:11 123:2 |
| **beyond**(5) | 28:21 35:10 60:8 64:23 134:16 |
| **big**(3) | 11:21 53:13 59:21 |
| **bills**(2) | 48:1 137:20 |
| **binding**(2) | 14:10 15:18 |
| **birth**(1) | 105:10 |
| **bit**(14) | 17:13 22:3 23:23 47:12 70:5 70:17 74:11 90:22 96:13 103:7 104:16 111:16 114:13 122:1 |
| **black**(3) | 7:12 7:18 90:23 |
| **bless**(1) | 96:25 |
| **blind**(2) | 70:3 72:18 |
| **board**(2) | 34:23 34:24 |
| **bodies**(1) | 129:4 |
| **body**(1) | 102:15 |
| **bondholder**(2) | 2:30 39:21 |
| **bonnie**(4) | 5:10 80:12 80:25 95:23 |
| **books**(3) | 47:21 47:22 77:1 |
| **border**(1) | 75:23 |
| **bore**(1) | 73:18 |
| **both**(15) | 19:8 19:15 20:24 32:18 34:22 42:9 43:4 47:17 52:14 56:2 56:14 56:17 70:19 71:17 77:22 |
| **botter**(1) | 2:17 |
| **bottom**(4) | 56:23 57:5 58:10 61:15 |
| **boxes**(2) | 96:12 96:12 |
| **boyer**(11) | 5:10 80:12 80:12 80:25 80:25 95:23 95:23 95:24 95:25 97:2 97:3 |
| **brad**(2) | 2:18 38:10 |
| **break**(3) | 44:20 78:18 81:16 |
| **breaks**(3) | 29:2 29:3 68:21 |
| **brent**(4) | 5:6 80:20 80:20 93:15 |
| **brickley**(1) | 3:27 |
| **bridge**(1) | 105:20 |
| **bridging**(1) | 31:4 |
| **brief**(7) | 38:15 39:14 39:22 79:13 81:16 97:8 97:8 |
| **briefly**(2) | 22:3 65:14 |
| **bring**(5) | 15:12 16:7 56:21 58:1 63:18 65:18 73:18 |
| **bringing**(4) | 28:4 41:25 58:12 68:11 |
| **brings**(2) | 43:22 106:23 |
| **broached**(1) | 60:6 |
| **brought**(6) | 42:22 47:14 48:14 101:3 105:1 105:4 |
| **brown**(9) | 6:26 80:21 80:21 98:17 98:17 98:18 98:19 98:23 99:11 |
| **bryant**(1) | 2:19 |
| **bta**(4) | 127:10 129:4 129:17 130:10 |
| **buchanan**(1) | 2:36 |
| **build**(1) | 99:24 |
| **building**(1) | 75:16 |
| **built**(1) | 92:17 |
| **bulk**(1) | 78:5 |
| **bullet**(1) | 113:21 |
| **bullock**(6) | 6:42 102:11 102:11 102:12 102:12 102:20 |
| **burden**(2) | 63:17 69:14 |
| **business**(5) | 47:1 96:10 127:6 127:10 135:1 |
| **but**(102) | 9:21 11:21 13:8 13:24 15:1 15:20 16:1 17:9 17:13 18:17 19:6 20:17 21:7 21:13 21:16 22:9 23:9 24:5 25:10 26:11 26:24 31:10 34:5 36:22 38:15 38:25 39:22 40:10 46:8 46:18 46:21 47:9 49:17 54:24 62:7 62:14 62:25 64:11 66:9 66:17 68:2 72:15 73:23 73:25 76:17 78:5 78:17 79:8 81:12 81:19 87:15 88:3 88:9 89:25 90:25 95:21 96:7 99:19 99:20 99:22 100:4 101:12 104:5 104:21 106:7 108:2 108:5 108:20 109:7 109:16 110:19 111:25 113:3 113:12 114:20 116:2 117:15 120:6 120:11 120:14 121:3 121:16 121:23 122:10 122:11 122:18 123:4 124:7 124:24 125:1 125:22 125:24 126:15 127:21 129:7 131:6 132:16 137:7 137:11 137:25 138:5 |
| **bye**(1) | 86:6 |
| **calculated**(2) | 21:6 45:11 |
| **calculating**(4) | 29:4 29:11 44:16 44:18 |
| **calculation**(3) | 44:23 52:16 69:4 |
| **calculations**(2) | 51:1 74:12 |
| **calendar**(1) | 11:10 |
| **call**(7) | 82:5 82:10 82:11 89:15 90:2 100:6 136:21 |
| **called**(6) | 58:7 89:9 97:25 111:11 137:21 138:1 |
| **calling**(1) | 84:24 |
| **calls**(2) | 46:14 84:15 |
| **came**(2) | 13:1 121:21 |
| **can**(44) | 7:16 11:14 12:6 12:16 13:11 15:3 18:4 23:5 23:6 24:6 26:13 40:11 45:8 48:2 48:21 49:6 49:14 49:17 50:17 54:5 54:15 76:23 82:10 84:16 87:12 87:19 90:4 94:6 95:6 96:18 96:22 97:14 102:2 103:2 111:17 111:17 111:18 113:3 113:21 117:1 118:15 118:17 119:5 134:23 |
| **can't**(6) | 121:8 122:10 124:21 125:24 137:15 137:20 |
| **candidate**(1) | 8:22 |
| **cannot**(5) | 34:16 50:18 76:12 102:1 110:4 |
| **can't**(2) | 96:18 101:11 |
| **capable**(1) | 112:10 |
| **capacity**(1) | 51:19 |
| **capital**(19) | 4:22 4:26 4:30 19:18 28:8 36:7 72:8 88:15 93:23 94:5 94:7 94:8 94:23 102:15 109:24 121:23 121:25 122:1 122:6 |
| **capitalized**(2) | 94:5 94:15 |
| **captured**(1) | 66:22 |
| **car**(1) | 76:6 |
| **card**(2) | 52:23 89:8 |
| **care**(2) | 27:22 122:9 |
| **cared**(1) | 121:17 |
| **carlsen**(6) | 5:22 97:4 97:4 97:5 97:6 98:16 |
| **carol**(3) | 6:14 80:15 91:24 |
| **carr**(2) | 16:19 16:22 |
| **carried**(1) | 47:20 |
| **carries**(2) | 73:3 94:1 |
| **carve**(1) | 25:8 |
| **carved**(3) | 25:14 26:13 35:3 |
| **carves**(2) | 26:11 27:3 |
| **case**(20) | 1:5 15:6 17:25 20:22 20:24 24:6 24:6 26:1 26:4 26:24 41:8 61:8 65:21 65:21 70:5 70:19 76:18 77:2 96:2 116:16 |
| **cases**(1) | 8:17 |
| **cash**(1) | 19:10 |
| **categorically**(1) | 89:12 |
| **categories**(3) | 25:16 26:12 127:4 |
| **categorized**(1) | 113:13 |
| **categorizes**(1) | 76:14 |
| **category**(1) | 91:1 |
| **cause**(10) | 36:8 51:3 57:23 72:18 74:4 77:1 92:24 94:23 129:12 129:15 |
| **caused**(1) | 85:11 |
| **caveat**(1) | 67:24 |
| **caveats**(1) | 44:14 |
| **cease**(1) | 48:22 |
| **cede**(1) | 16:4 |
| **center**(2) | 75:14 75:19 |
| **certain**(18) | 19:20 21:8 24:24 26:4 28:21 31:17 32:2 32:14 57:16 72:25 108:19 110:25 111:10 112:6 115:19 123:11 127:23 128:1 |
| **certainly**(25) | 12:4 14:8 14:9 15:5 15:18 17:8 17:18 23:8 23:12 33:6 40:11 51:8 58:4 70:9 78:15 79:19 81:18 98:21 104:1 106:6 106:7 120:20 122:25 125:15 138:10 |
| **certification**(1) | 139:4 |
| **certify**(1) | 139:5 |
| **cetera**(3) | 14:17 15:9 72:5 |
| **chance**(5) | 47:21 56:25 82:22 92:20 92:24 93:3 93:4 93:13 |
| **change**(8) | 21:18 30:1 70:25 77:6 112:5 112:12 113:20 116:17 |
| **changed**(5) | 20:5 21:14 23:3 39:7 47:1 |
| **changes**(2) | 8:4 111:8 |
| **changing**(1) | 98:1 |
| **chapman**(1) | 2:44 |
| **chapter**(2) | 1:9 78:6 |
| **characterization**(1) | 105:11 |
| **characterize**(1) | 12:11 |
| **charge**(2) | 125:10 138:6 |
| **charges**(1) | 125:13 |
| **charles**(1) | 6:22 |
| **chart**(2) | 8:5 16:9 |
| **chase**(4) | 2:32 101:5 101:5 101:8 |
| **check**(1) | 127:25 |
| **checked**(2) | 43:13 131:6 |
| **chen**(1) | 3:45 |
| **chillmark**(1) | 4:8 |
| **chilmark**(1) | 4:8 |
| **choice**(1) | 46:21 |
| **choose**(1) | 50:22 |
| **chose**(1) | 73:25 |
| **chris**(1) | 2:24 |
| **christy**(1) | 139:11 |
| **cindy**(2) | 3:32 3:45 |
| **circuit**(6) | 34:18 36:13 36:20 116:22 129:3 129:9 |
| **circuit's**(1) | 129:13 |
| **circulate**(1) | 10:14 |
| **circumstances**(4) | 48:25 106:16 113:1 118:8 |
| **cited**(4) | 114:14 115:1 115:21 128:11 |
| **civil**(1) | 138:22 |
| **claim**(32) | 18:10 18:11 19:10 30:21 30:25 31:2 31:3 31:3 33:10 33:17 35:6 35:19 48:3 49:3 49:3 60:25 68:25 69:3 89:1 92:25 104:16 104:19 104:22 104:23 112:14 117:13 126:20 126:21 126:21 130:12 130:21 133:1 |
| **claimant**(1) | 3:48 |
| **claimants**(3) | 12:5 12:7 17:14 |
| **claims**(13) | 14:5 18:4 35:8 35:14 35:15 37:5 37:8 38:23 84:7 84:11 117:11 118:12 124:5 |
| **clarified**(1) | 34:10 |
| **clarify**(1) | 33:15 |
| **clarity**(1) | 97:18 |
| **class**(2) | 13:8 105:1 |
| **classification**(1) | 65:25 |
| **classifications**(2) | 73:15 94:14 |
| **classified**(1) | 69:6 |
| **clean**(1) | 7:13 |
| **cleansing**(1) | 77:1 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| clear(19) 16:20 20:15 21:10 24:20 25:7 27:15 28:11 34:18 37:3 37:4 67:12 67:18 81:9 97:16 98:6 107:7 110:4 115:13 115:18 | | confer(1) 8:18 | | couldn't(2) 21:12 137:15 | | craig(1) 3:37 |
| | | confidence(2) 84:20 84:21 | | couldn't(1) 73:23 100:13 | | create(3) 33:6 34:16 85:25 |
| cleared(1) 20:6 | | confident(1) 92:22 | | counsel(5) 7:24 8:18 10:13 12:3 12:5 | | created(2) 33:4 88:23 |
| clearly(12) 19:25 32:23 43:18 49:17 78:7 86:21 90:16 91:1 91:1 97:20 106:12 129:20 | | confirmation(2) 62:8 63:11 | | count(1) 81:13 | | creates(1) 94:17 |
| | | confusing(1) 87:15 | | counterarguments(1) 64:2 | | creating(3) 29:14 105:10 115:22 |
| cleary(4) 1:34 16:13 123:7 126:12 | | confusion(3) 33:7 34:12 129:7 | | couple(4) 40:23 93:19 97:8 111:11 | | credit(1) 89:8 |
| clerk(1) 83:1 | | conjunction(2) 32:7 115:21 | | course(7) 40:8 41:24 44:9 70:16 103:14 122:16 123:3 | | creditor(2) 3:35 6:25 |
| close(2) 68:11 78:18 | | connection(3) 67:2 84:10 116:5 | | | | creditors(8) 2:15 18:6 37:7 37:9 38:12 106:20 121:16 124:5 |
| closed(4) 13:1 43:16 130:20 132:12 | | connotation(1) 66:12 | | court(301) 1:1 7:2 7:8 7:11 7:15 7:20 7:25 8:9 8:12 8:15 8:16 8:22 8:25 9:3 9: 9:10 9:14 9:19 9:21 9:24 10:7 10:10 10:14 10:19 10:22 10:25 11:4 11:12 11:16 11:19 11:24 12:2 12:15 12:19 12:23 13:1 13:4 14:2 14:4 14:7 14:19 14:24 15:17 15:19 16:1 16:6 16:11 16:15 16:24 17:4 17:12 17:20 17:22 18:1 20:8 20:17 21:1 21:15 21:20 22:6 22:13 22:15 22:17 22:22 22:23 23:14 23:21 25:25 26:3 26:6 26:8 26:14 26:16 26:19 27:5 27:25 28:14 28:24 29:17 29:21 30:5 30:9 30:18 31:9 31:15 31:21 32:1 32:9 32:16 33:25 34:3 34:6 35:20 35:24 36:10 36:12 36:15 36: 36:21 36:25 37:12 37:15 37:19 37:25 38: 38:6 38:9 38:16 38:19 38:21 39:10 39:12 39:18 39:20 39:25 40:2 40:4 40:7 40:15 40:17 40:22 41:1 41:5 41:7 41:12 41:24 41:25 42:2 42:7 42:22 45:8 47:5 47:8 49:19 49:22 51:8 51:13 51:16 51:18 52:2 53:10 54:8 54:10 54:12 54:14 54:17 54:19 54:21 56:24 57:3 57:6 58:4 58:14 59:10 59:12 60:11 60:20 60:23 61:6 61:10 61:12 61:22 62:1 62:20 62:25 63:20 63:24 65:5 65:7 65:9 65:11 65:15 65:18 65:23 66:2 67:1 67:8 67:11 67:13 67:15 67:16 68:13 68:17 69:2 69:2 69:14 69:16 69:20 69:23 70:1 70:8 70:14 74:20 74:25 75:4 75:7 77:13 77:15 77:25 78:12 78:14 78:23 79: 79:5 79:11 79:15 79:18 79:23 80:1 80:4 80:7 80:9 80:11 80:14 80:16 80:18 80:22 80:24 81:1 81:4 81:6 81:8 81:11 81:14 81:15 81:18 81:21 81:24 82:1 82:5 82:9 82:11 82:13 82:19 83:2 83:10 83:16 83:2 83:24 84:1 84:3 84:7 85:5 86:1 86:3 86:7 86:11 86:12 86:15 86:18 86:20 87:3 87:6 87:8 87:10 87:22 88:1 88:4 88:13 90:9 91:7 91:9 91:13 91:21 91:25 93:10 93:14 93:16 95:1 95:4 95:19 95:24 97:1 97:3 97:5 98:12 98:15 98:18 98:21 99:8 99:11 99:13 100:15 100:17 100:19 100:21 100:23 101:4 101:16 101:20 102:10 102:12 102:20 102:23 102:25 103:4 103:7 103:10 103:13 | | creditors'(1) 76:19 |
| closing(2) 68:8 98:10 | | connotation(1) 69:7 | | | | crime(1) 72:19 |
| co-trained(1) 43:23 | | consider(4) 57:15 112:16 132:6 132:12 | | | | criteria(17) 19:14 19:16 20:25 24:14 29:6 30:7 32:15 33:11 33:13 36:6 36:8 37:7 56:4 60:3 60:8 61:17 63:3 |
| cobra(1) 21:11 | | considerable(1) 14:13 | | | | |
| coc(1) 13:22 | | consideration(4) 51:23 60:21 96:23 129:15 | | | | critical(1) 52:1 |
| coded(2) 118:18 30:13 | | considered(17) 9:7 43:11 44:6 44:20 46:9 58:17 68:21 71:19 89:13 102:3 107:3 111:3 111:14 112:1 113:6 130:16 130:19 | | | | crossed(1) 105:20 |
| colleague(2) 83:3 87:4 | | | | | | crosstalk(1) 80:17 |
| colleagues(2) 87:1 102:6 | | considering(1) 130:19 | | | | current(8) 21:5 42:12 67:20 67:25 73:15 107:10 112:21 113:10 |
| collect(2) 44:1 44:2 | | consistent(5) 22:24 29:18 53:25 73:15 132:10 | | | | |
| collective(2) 26:18 26:20 | | | | | | currently(4) 50:14 50:20 98:19 110:7 |
| come(11) 42:11 47:3 48:2 68:10 83:21 90:6 96:25 100:3 107:4 111:12 125:1 | | consistently(3) 34:19 76:7 113:11 | | | | cursory(1) 10:5 |
| | | constantly(1) 55:23 | | | | customer(1) 71:17 |
| comes(2) 102:2 136:17 | | constitute(1) 35:14 | | | | cynthia(2) 4:35 87:24 |
| comfortable(2) 10:23 65:3 | | constitutes(1) 129:13 | | | | |
| coming(4) 10:2 81:9 121:15 137:18 | | consultant(1) 4:3 | | | | damaged(1) 85:2 |
| comment(3) 23:6 79:13 83:15 | | contacted(3) 101:5 101:8 101:10 | | | | data(1) 1:44 |
| | | contacts(1) 70:21 | | | | date(13) 30:8 52:5 52:14 53:15 59:25 60:17 72:4 75:11 109:19 109:25 112:11 120:25 139:11 |
| comments(7) 11:8 65:1 92:9 97:9 102:17 106:4 120:1 | | contained(1) 124:16 | | | | |
| | | contest(1) 126:15 | | | | dates(1) 64:16 |
| commission(2) 129:2 134:19 | | contested(1) 11:7 | | | | dating(3) 52:20 52:24 60:16 |
| committee(12) 2:16 3:22 3:30 3:44 18:8 18:9 24:13 31:13 35:16 38:11 38:20 38:2 51:17 104:20 129:2 | | context(4) 42:7 53:6 57:21 61:17 | | | | david(1) 2:17 |
| | | contexts(1) 112:20 | | | | day(23) 20:1 24:21 28:8 29:8 30:13 30:14 42:14 48:16 48:16 48:19 49:2 57:18 58:19 69:1 71:9 88:16 109:18 112:16 122:10 124:7 131:12 137:22 138:23 |
| communicat(1) 52:2 | | contingent(1) 112:5 | | | | |
| communicated(3) 7:24 61:5 77:15 | | continuance(1) 14:1 | | | | |
| comp(1) 136:18 | | continuation(8) 27:14 30:25 127:7 127:13 127:15 127:22 129:17 130:14 | | | | days(8) 10:1 10:1 13:18 58:18 111:11 131:12 131:21 132:16 |
| company(42) 18:17 20:2 21:4 22:7 24:12 24:16 24:17 28:9 29:19 30:15 33:14 43:7 45:13 47:19 49:8 57:15 64:8 71:11 75:25 83:17 83:19 84:17 84:22 93:7 96:9 99:4 99:18 99:24 100:3 100:10 101:6 105:9 105:13 105:15 105:17 105:18 114:2 116:6 116:10 116:20 127:11 134:23 136:9 | | | | | | |
| | | continue(14) 21:12 27:15 28:1 50:25 57:17 57:18 57:22 61:4 62:24 71:4 92:12 96:5 110:18 115:19 | | | | deadline(1) 34:8 |
| | | | | | | dealing(3) 23:24 70:23 124:10 |
| | | continued(3) 3:2 31:14 71:7 | | | | dean(5) 5:31 79:10 79:10 79:12 83:8 83:9 83:11 83:11 83:17 |
| | | continues(2) 57:19 78:11 | | | | |
| | | continuing(1) 18:10 | | | | dear(2) 96:13 96:15 |
| | | continuous(1) 64:16 | | | | death(2) 27:23 48:25 |
| company's(2) 47:17 58:17 | | contract(2) 23:25 58:22 | | | | deb(17) 51:6 51:12 72:3 77:22 83:14 84:9 87:20 88:6 88:23 91:15 92:14 96:2 96:17 98:25 99:17 102:18 121:8 |
| compare(1) 21:16 | | contractors(2) 26:22 43:21 | | | | |
| compared(3) 19:7 71:1 113:14 | | contracts(1) 101:2 | | | | |
| compelling(1) 40:18 | | contractual(1) 77:2 92:9 | | | | debenture(1) 3:36 |
| compensat(1) 18:11 | | contractually(1) 52:14 | | | | deborah(2) 3:9 5:27 |
| compensated(1) 117:25 | | contradicts(1) 104:13 | | | | debtor(7) 3:3 6:37 52:9 53:4 94:16 106:20 112:19 |
| compensation(8) 45:10 45:12 72:21 72:24 77:7 83:20 98:14 112:4 | | contributed(2) 95:12 102:13 | | | | |
| | | contributions(4) 71:7 72:23 75:22 106:16 | | | | debtor's(1) 110:22 |
| complete(3) 25:18 43:8 82:16 | | control(1) 49:10 | | | | |
| completely(2) 42:1 115:5 | | convenient(1) 75:9 | | | | |
| complexity(1) 19:7 | | conversation(1) 24:2 | | | | |
| complied(1) 43:9 | | conversationally(1) 22:8 | | | | |
| compose(1) 126:5 | | conversations(2) 8:7 43:10 | | | | |
| compromise(5) 35:9 117:8 117:11 117:13 117:14 | | convey(1) 132:24 | | | | |
| | | convicted(1) 68:2 | | | | |
| | | convincingly(1) 68:10 | | | | |
| computer(3) 99:25 100:1 116:7 | | coordinator(1) 99:19 | | | | |
| conaway(1) 2:43 | | copies(1) 107:24 | | | | |
| concept(2) 73:12 117:18 | | copy(4) 7:13 45:7 108:2 110:15 | | court(102) 103:19 104:1 104:7 106:1 106:3 106:18 106:22 107:19 107:23 108:1 108:4 108:11 108:14 108:16 108:25 109:2 109:12 110:11 110:14 110:24 111:3 111:6 111:20 113:17 114:17 115:3 115:24 117:2 118:5 118:13 118:16 118:18 119:11 119:17 119:15 119:16 119:17 119:20 119:22 119:23 119:25 120:3 120:6 120:19 121:6 121:10 121:12 122:3 122:24 123:13 123:17 123:25 124:2 124:8 125:5 125:8 125:12 125:15 126:3 126:8 126:10 127:2 127:20 128:11 128:14 128:16 128:18 128:25 129:3 129:19 130:4 130:21 131:2 131:5 131:9 131:13 131:15 131:18 131:23 132:2 132:22 133:6 133:14 133:16 133:19 133:23 134:1 134:13 134:15 135:3 135:4 135:7 135:8 135:10 135:13 135:15 135:17 136:6 138:9 138:13 138:20 138:21 | | debtors(11) 14:6 20:11 20:19 22:20 28:25 43:19 72:4 72:5 109:3 129:25 139:5 |
| concern(2) 15:7 90:15 | | cordo(3) 1:29 16:7 16:9 | | | | |
| concerned(2) 10:3 103:17 | | core(1) 60:3 | | | | |
| concerning(1) 101:18 | | corporation(2) 72:23 105:9 | | | | |
| concerns(3) 41:16 129:23 131:11 | | correct(11) 14:6 20:11 20:19 22:20 28:25 43:19 72:4 72:5 109:3 129:25 139:5 | | | | |
| conclude(3) 51:7 74:2 83:23 | | | | | | |
| concludes(1) 138:17 | | correction(1) 8:10 | | | | |
| conclusion(3) 57:20 104:9 135:18 | | correspondence(1) 32:3 | | court's(5) 7:22 51:22 56:19 125:4 138:19 | | |
| concur(2) 83:13 84:8 | | cost(3) 62:15 95:10 121:18 | | court-filed(1) 128:5 | | |
| concurrence(1) 87:1 | | could(22) 10:10 19:21 41:22 45:20 45:22 49:25 54:5 59:6 64:6 68:1 72:16 72:16 72:17 83:18 84:22 90:2 100:3 111:21 116:20 124:19 135:22 138:7 | | courtesy(1) 69:12 | | |
| condescending(1) 87:16 | | | | courtroom(3) 1:11 39:13 40:4 | | |
| condition(1) 30:1 | | | | cover(3) 32:22 64:3 70:15 | | |
| conditions(2) 23:6 73:17 | | | | coverage(5) 28:4 57:8 57:9 57:12 113:22 | | |
| | | correction(1) 8:10 | | covered(4) 25:10 26:17 40:9 116:9 | | |
| | | | | cracks(1) 137:17 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **debtors**(157) 1:13  1:26  7:5  12:3  12:5  12:6 | | **department**(5) 13:17  101:6  101:10  118:25 | | **disagreement**(1) 130:20 | | **doubts**(1) 97:18 | |
| 12:17  16:14  16:21  18:3  18:6  18:20  18:24 | | 119:2 | | **discern**(1) 55:16 | | **dow**(1) 3:26 | |
| 20:4  21:23  23:2  23:11  23:19  24:11  25:19 | | | | **disclaimer**(1) 64:1 | | **down**(8) 18:15  25:17  42:11  50:16  55:9 | |
| 29:22  29:24  31:11  31:22  32:4  32:5  33:4 | | **depending**(2) 27:12  48:25 | | **discount**(1) 8:7 | | 66:16  70:12  85:15  102:2  108:20 | |
| 33:6  33:19  34:6  34:10  35:4  35:7  35:15 | | **derek**(2) 1:28  7:4 | | **discounted**(1) 122:14 | | | |
| 35:15  35:19  36:2  36:3  37:1  37:6  37:9 | | **describe**(3) 12:5  21:9  22:8 | | **discourages**(1) 122:1 | | **drafted**(1) 23:4 | |
| 37:10  38:14  38:22  38:24  39:1  39:8  39:24 | | **described**(4) 22:3  47:10  107:16  114:25 | | **discrimination**(1) 90:22 | | **draw**(2) 56:19  58:12  61:24 | |
| 40:18  40:20  41:10  41:20  42:4  42:12  42:20 | | **description**(5) 27:12  110:8  114:19  114:21 | | **discuss**(1) 17:7 | | **drill**(1) 75:23 | |
| 44:21  45:1  45:3  45:16  46:2  47:8  49:3 | | 127:17 | | **discussed**(5) 5:17  15:8  71:24  73:10  119:10 | | **dropped**(1) 76:5 | |
| 49:13  51:19  51:22  52:3  52:7  52:15  52:16 | | | | **discussing**(2) 8:25  115:10 | | **due**(18) 13:19  41:9  41:16  45:6  45:20 | |
| 52:19  53:14  53:14  53:15  54:1  54:24  55:3 | | **descriptions**(4) 20:12  20:21  27:19  115:5 | | **discussion**(5) 16:18  56:11  59:2  71:15  72:2 | | 45:21  52:17  53:13  66:14  70:4  72:2  72:17 | |
| 55:4  55:6  55:14  55:23  56:5  56:10  57:17 | | **deserve**(2) 85:2  96:21 | | **discussions**(2) 67:2  71:16 | | 75:12  76:19  84:25  91:19  97:10  105:2 | |
| 57:20  57:21  58:24  59:3  59:15  59:18  60:1 | | **designated**(5) 52:10  52:19  53:5  56:1  59:18 | | **dismembermen**(1) 27:23 | | | |
| 60:16  60:18  62:9  62:9  63:8  64:2  64:20 | | **designation**(2) 65:17  89:19 | | **dismissal**(1) 104:24 | | **during**(6) 27:20  41:20  49:4  57:15  75:15 | |
| 65:19  65:23  66:7  66:11  66:15  66:22  66:24 | | **designed**(1) 110:18 | | **dismissed**(3) 72:19  74:4  104:24 | | 92:7 | |
| 67:19  67:23  67:25  69:1  69:3  69:6  69:12 | | **desire**(2) 37:2  60:20 | | **dispel**(1) 119:9 | | | |
| 71:15  72:11  75:6  75:10  76:4  76:18  77:11 | | **desired**(1) 50:1 | | **dispute**(1) 112:21 | | **duties**(2) 58:19  106:20 | |
| 78:9  81:16  86:25  88:24  90:16  91:5  92:9 | | **desires**(1) 105:18 | | **disputed**(1) 110:1 | | **duty**(4) 46:12  111:4  111:8  111:11 | |
| 92:14  93:12  103:22  104:4  106:10  106:13 | | **despite**(2) 31:3  91:6 | | **disregard**(2) 116:25  119:18 | | **e's**(2) 122:1  122:2 | |
| 106:15  107:3  107:6  107:10  110:3  112:20 | | **destitute**(1) 125:3 | | **distinction**(1) 94:11 | | **each**(6) 14:4  56:3  60:11  60:15  68:5  85:21 | |
| 112:22  113:11  114:10  118:6  118:8  121:1 | | **detail**(1) 113:25 | | **distinguishable**(1) 27:2 | | **earlier**(8) 60:6  106:5  107:16  109:11  110:6 | |
| 121:16  121:22  123:8  123:11  124:5  126:4 | | **details**(4) 49:23  53:8  67:4  113:1 | | **distribute**(1) 104:20 | | 116:2  116:20  116:25 | |
| 126:13  126:14  127:10  127:12  129:15 | | **determination**(5) 24:20  59:16  107:6 | | **district**(5) 1:2  128:5  128:8  129:3  135:10 | | | |
| 132:11  133:12  133:21 | | 109:22  109:23 | | **ditto**(1) 87:21 | | **early**(4) 45:18  45:23  56:11  71:1 | |
| | | | | **dms**(1) 75:17 | | **earn**(1) 48:3 | |
| **debtors'**(3) 69:8  75:9  77:6 | | **determine**(2) 30:10  114:9 | | **docked**(1) 29:10 | | **earned**(1) 75:23 | |
| | | **determined**(4) 19:20  20:1  108:23  109:7 | | **docket**(10) 40:18  53:9  53:19  54:4  55:16 | | **earning**(3) 48:5  48:10  48:12 | |
| **december**(3) 36:1  130:15  133:10 | | **developed**(1) 75:21 | | 66:23  67:15  75:8  76:21  83:12 | | **easier**(1) 107:25 | |
| **decide**(1) 104:20 | | **devon**(1) 4:5 | | | | **easily**(1) 133:3 | |
| **decided**(2) 71:4  90:16 | | **diaz**(1) 1:44 | | **doctor's**(1) 28:13 | | **easy**(2) 17:13  20:15 | |
| **decision**(3) 14:15  83:22  129:13 | | **did**(37) 12:24  21:17  21:18  35:9  35:18 | | **doctrine**(1) 133:4 | | **ecro**(1) 1:42 | |
| **decisions**(1) 128:12 | | 36:22  37:6  49:10  73:10  74:3  80:6  80:7 | | **document**(33) 13:14  17:10  20:18  50:4 | | **effect**(2) 31:9  136:16 | |
| **decisive**(1) 52:22 | | 80:8  84:3  84:17  85:24  99:1  99:17  99:10 | | 50:6  50:10  53:25  54:2  55:17  56:17  57:1 | | **effective**(2) 108:8  109:19 | |
| **declaration**(6) 37:23  107:22  110:10  114:1 | | 99:19  99:23  100:3  114:8  114:8  116:2 | | 57:8  57:21  58:8  60:11  61:9  61:17  62:5 | | **effectively**(2) 43:20  52:1 | |
| 116:12  116:23 | | 116:11  117:21  117:24  124:17  129:7  134:8 | | 65:24  67:15  72:2  73:13  76:14  107:5  115:9 | | **effort**(2) 98:1  98:2 | |
| | | 134:9  134:10  135:16  137:4  138:1  138:8 | | 115:25  118:25  119:2  119:8  123:23  128:5 | | **efforts**(2) 45:11  137:14 | |
| **declarations**(3) 37:18  38:1  113:5 | | | | 129:8  137:2 | | **eggert**(1) 4:5 | |
| **decrease**(1) 49:9 | | **didn't**(15) 9:25  18:3  21:15  115:15  124:24 | | | | **eight**(2) 68:16  81:13 | |
| **deducted**(2) 127:24  137:5 | | 131:25  136:10  137:4  137:8  137:9  137:19 | | **documentation**(9) 42:21  52:11  53:4  53:14 | | **eighth**(1) 136:1 | |
| **deem**(1) 15:22 | | 137:25  137:25  138:2  138:7 | | 56:10  64:24  65:4  71:24  96:12 | | **either**(7) 27:12  55:5  56:1  66:4  76:14 | |
| **deep**(1) 96:18 | | | | | | 77:17  103:20 | |
| **deeply**(2) 98:24  99:3 | | **didn't**(7) 97:22  104:18 | | **documented**(1) 95:9 | | | |
| **defer**(2) 38:13  87:4 | | **die**(1) 48:23 | | **documents**(34) 13:16  15:8  18:3  23:20 | | **elect**(3) 45:17  63:18  114:8 | |
| **defined**(10) 19:18  24:1  24:5  36:7  83:17 | | **dies**(1) 105:15 | | 27:11  44:13  51:2  52:20  56:17  63:18  65:1 | | **electing**(1) 45:23 | |
| 91:3  107:9  108:18  108:21  109:4 | | **difference**(2) 19:1  127:23 | | 69:8  78:6  78:7  88:23  88:25  89:18  98:9 | | **election**(4) 32:10  33:7  34:9  34:15 | |
| | | **differences**(2) 113:13  123:1 | | 98:6  100:5  104:12  105:18  105:23  107:5 | | **electronic**(2) 1:50  139:6 | |
| **defines**(2) 52:8  119:3 | | **different**(21) 27:8  28:6  28:12  33:23  45:9 | | 107:7  107:11  107:17  115:7  115:17  117:3 | | **element**(1) 54:25 | |
| **definitely**(1) 23:2 | | 64:6  92:21  94:14  107:11  107:11  111:1 | | 123:23  124:14  125:9  137:23 | | **eligibility**(24) 18:13  18:16  19:14  20:24 | |
| **definition**(43) 19:4  21:18  21:25  22:8  22:10 | | 111:4  113:19  113:23  114:4  115:11  115:11 | | | | 21:23  24:15  29:6  30:20  30:24  31:4  31:14 | |
| 22:23  22:25  23:23  24:8  24:18  24:23  25:9 | | 117:23  118:21  120:11  121:2  121:2 | | **does**(22) 9:3  9:7  14:10  14:21  19:6  28:7 | | 31:24  33:11  36:6  36:8  56:4  60:3  61:16 | |
| 25:13  25:14  25:18  25:23  26:9  27:3  27:4 | | | | 28:19  44:10  44:10  44:15  44:17  50:5  52:10 | | 63:3  67:22  114:6  117:9  130:15  133:10 | |
| 28:6  28:15  28:18  29:6  54:20  54:25  55:3 | | **differently**(3) 36:24  63:9  117:21 | | 68:25  73:8  76:16  97:17  98:9  110:2  119:13 | | | |
| 55:7  55:9  55:24  58:11  58:15  58:21  68:24 | | **difficult**(2) 10:4  48:2 | | 128:8  136:14 | | **eligible**(35) 19:17  21:3  21:17  23:3  24:9 | |
| 90:14  98:4  107:8  108:12  110:5  112:16 | | **dikens**(13) 5:35  69:17  69:23  69:24  69:25 | | | | 26:25  29:7  29:12  29:16  30:3  30:10  30:15 | |
| 118:5  119:5  115:10  119:1 | | 70:2  70:10  74:25  86:20  91:16  92:4  99:17 | | **doesn't**(12) 8:2  13:11  15:20  26:21  27:16 | | 32:15  32:20  33:15  39:2  55:20  55:21  57:14 | |
| | | 102:18 | | 29:7  34:17  36:7  48:9  64:8  112:4  114:20 | | 57:22  59:4  61:19  63:4  63:15  64:21  68:6 | |
| **definitions**(7) 27:9  60:6  107:13  107:15 | | **diminish**(1) 68:25 | | | | 69:9  72:13  88:20  89:2  91:2  92:10  93:25 | |
| 115:7  115:16  119:9 | | **diminishing**(1) 92:18 | | **doesn't**(3) 98:3  100:7  103:25 | | 106:25  116:19 | |
| | | **dip**(2) 31:23  118:4 | | | | | |
| **degeneration**(1) 70:4 | | **dipping**(3) 31:10  92:14  102:1 | | **doing**(9) 38:7  41:7  62:7  62:14  84:21  88:15 | | **eliminate**(1) 49:9 | |
| **delano**(2) 3:32  3:45 | | **direct**(4) 60:24  61:16  73:8  93:21 | | 99:9  102:16  117:7 | | **eliminated**(1) 47:2 | |
| **delaware**(4) 1:2  1:13  2:12  7:1 | | **directly**(5) 44:10  54:6  54:15  67:14  72:17 | | | | **elliott**(9) 4:15  80:23  80:23  91:8  91:11 | |
| **delegated**(1) 34:24 | | **directors**(1) 34:24 | | **dollars**(2) 18:5  73:12 | | 91:12  91:13  91:14  91:21 | |
| **delineate**(1) 17:13 | | **disability**(65) 24:19  27:14  27:19  27:20 | | **domain**(1) 54:2 | | | |
| **delivered**(1) 13:3  60:16  75:22 | | 28:3  28:18  28:21  29:10  32:25  43:3  43:4 | | **don't**(30) 11:17  12:21  15:3  19:12  23:20 | | **eloquence**(1) 78:17 | |
| **delivering**(1) 64:22 | | 47:11  47:16  52:12  52:16  56:9  56:9  56:14 | | 24:5  24:14  27:2  30:14  30:20  41:1  41:3 | | **eloquent**(1) 96:17 | |
| **delivery**(2) 52:13  52:22 | | 56:20  57:8  57:9  57:11  58:14  58:23  59:19 | | 44:4  47:7  49:16  60:19  63:16  110:12 | | **eloquently**(1) 84:10 | |
| **demonstrate**(3) 56:7  60:12  61:3 | | 67:20  70:3  70:13  70:20  71:7  73:15  73:16 | | 111:24  112:11  112:21  112:25  113:1  123:2 | | **else**(11) 40:4  55:8  79:16  98:16  98:24 | |
| **demonstrated**(1) 65:3 | | 73:16  73:25  76:6  88:16  89:21  89:23  93:25 | | 124:23  125:21  126:3  132:5  134:11  134:11 | | 100:17  100:19  101:12  102:21  103:14 | |
| **demonstrates**(3) 55:25  62:16  64:20 | | 94:3  102:8  102:8  110:9  110:17  110:20 | | | | 137:10 | |
| **demonstrating**(1) 60:15 | | 111:18  113:21  115:20  116:15  119:6  120:1 | | **don't**(12) 68:1  68:1  69:14  74:14  79:3 | | | |
| **denied**(5) 37:11  39:8  76:16  118:11  133:22 | | 120:17  127:13  127:16  131:16  131:22 | | 87:11  87:18  88:2  100:11  103:1  105:20 | | **emotional**(1) 99:2 | |
| **dennis**(2) 6:42  102:11 | | 133:8  134:6  136:11  136:12  136:12  136:15 | | 105:22 | | **emphasized**(1) 112:19 | |
| **denote**(1) 25:21 | | 136:17  136:20  137:3 | | **doors**(1) 43:16 | | **emphasizes**(1) 68:22 | |
| **denoted**(1) 108:10 | | | | **double**(5) 31:23  31:23  92:14  101:25  118:4 | | **employed**(1) 57:17 | |
| **dent**(1) 3:37 | | **disabled**(13) 23:12  28:16  28:23  43:1  76:24 | | **double-dipper**(1) 74:14 | | | |
| **dental**(1) 27:22 | | 84:12  85:11  90:25  93:23  94:6  94:7  115:1 | | **double-dipping**(5) 74:11  93:1  102:4 | | | |
| **deny**(3) 76:19  84:25  84:25 | | 120:12 | | 104:17  117:5 | | | |
| **denying**(1) 75:11 | | | | | | | |
| | | **disagree**(2) 42:16  117:12 | | **doubt**(2) 41:22  74:15 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **employee**(229) 5:26  17:25  18:4  19:4  19:17  19:18  19:18  19:22  19:22  20:1  21:17  21:2  24:6  24:9  24:21  25:1  25:2  25:15  26:1  28:8  29:6  33:12  34:20  36:3  36:7  41:8  42:10  42:11  42:13  42:19  43:7  43:8  43:12  43:16  43:17  44:14  44:25  46:6  46:11  46:12  46:13  46:13  46:13  46:14  46:14  47:24  48:11  48:16  48:17  48:18  48:19  48:22  48:24  49:  49:6  49:17  50:6  50:23  51:5  51:19  51:22  52:3  52:4  52:6  52:10  52:18  52:25  53:2  53:2  53:5  53:14  53:17  54:11  54:13  54:20  54:23  55:8  55:11  55:12  55:18  56:1  56:2  56:2  56:8  57:14  57:23  59:3  59:5  59:8  59:14  59:15  59:18  59:21  59:23  60:5  60:5  60:9  60:14  60:19  61:20  62:6  62:10  62:17  63:5  63:7  63:10  63:15  64:15  64:17  64:18  64:19  64:22  65:18  65:25  66:4  66:7  66:11  66:13  66:16  66:18  66:20  67:4  67:22  67:25  68:3  68:4  68:4  68:5  68:6  68:7  69:11  69:5  69:6  70:19  70:19  70:25  71:16  71:19  72:1  72:6  72:8  72:23  73:2  74:3  75:5  75:10  75:12  76:4  76:5  76:10  76:11  76:13  76:15  76:17  77:5  77:16  77:15  77:20  78:10  84:24  84:25  86:24  88:15  88:18  89:10  89:13  89:15  90:5  90:11  90:1  92:6  92:11  93:8  93:20  93:23  94:4  94:5  94:7  94:8  94:11  94:14  94:22  94:23  96:3  96:3  96:6  96:5  96:6  96:6  96:10  96:14  96:16  97:10  97:20  98:5  98:7  100:6  100:7  100:8  101:7  101:11  101:17  102:7  107:8  107:10  108:14  108:15  108:17  108:18  108:18  108:20  108:22  108:22  109:4  109:25  109:15  109:18  109:24  114:9  119:1  119:3  121:24  129:1  134:20  134:22  134:22  134:2  134:25 | | **enhanced**(4) 18:25  19:2  19:4  107:1  | | **exceeded**(1) 127:22  **excellent**(1) 17:20  **except**(4) 76:18  77:18  97:11  137:19  **exception**(3) 28:12  52:5  78:8  **exceptional**(1) 16:7  **exceptions**(3) 25:5  25:19  31:17  **excerpts**(1) 56:14  **excess**(1) 136:18  **excessive**(1) 134:16  **exclude**(1) 98:9  **excluded**(5) 35:5  35:14  35:17  44:12  97:13  **exclusion**(1) 98:8  **exclusions**(1) 108:19  **excuse**(8) 31:12  34:7  54:10  62:19  67:18  96:6  112:18  116:25  | | **fairness**(1) 18:5  **faithfully**(1) 12:5  **fall**(1) 91:1  **false**(1) 125:25  **familiar**(1) 105:7  **family's**(1) 122:9  **far**(9) 41:17  41:20  50:17  64:25  87:18  91:16  102:7  103:16  125:14 |
| | **enjoyed**(1) 96:4  **enjoying**(1) 96:5  **enough**(8) 34:15  34:16  42:13  45:15  64:16  74:1  92:17  114:9  | | | | | **farallon**(1) 4:22  **farr**(1) 3:40  **fashion**(2) 15:15  23:10  **father**(1) 124:4  **favor**(4) 78:13  99:8  100:5  103:15  **fearful**(1) 9:21  **fed**(1) 12:25 |
| | **enrollment**(2) 27:21  49:5  **ensuing**(1) 51:24  **entered**(2) 55:15  88:17  **entire**(3) 75:16  92:7  93:12  **entirety**(2) 73:9  74:17  **entitle**(1) 32:4  **entitled**(23) 17:6  18:16  18:22  27:20  31:1  31:19  32:6  34:11  35:5  37:4  41:8  50:2  51:4  57:7  66:19  87:1  94:24  118:9  125:6  132:20  136:1  136:2  137:18 | | **excused**(1) 7:17  **execute**(2) 77:11  109:17  **executed**(2) 34:21  77:1  **exhausted**(2) 126:16  137:13  **exhibit**(21) 8:5  49:14  50:3  53:20  56:20  56:22  57:5  58:1  58:6  58:9  61:8  61:25  62:7  62:22  63:19  68:11  68:12  107:21  110:10  116:11  130:3 | | **federal**(4) 11:6  12:24  125:22  136:19  **fee**(3) 7:13  8:15  10:8  **feel**(9) 18:20  65:2  68:2  69:9  76:19  85:1  86:25  88:24  91:19  |
| | | | | | **feld**(2) 2:16  38:11  **fell**(1) 137:17  **fellow**(4) 96:24  101:1  **felt**(4) 35:7  43:7  45:17  88:10  **few**(10) 11:8  23:16  33:1  43:20  46:4  46:15  49:11  61:22  104:8  116:23 |
| | **entitlement**(4) 19:12  33:5  122:18  132:15  **entity**(2) 105:10  125:19  **equal**(1) 90:20  **equates**(1) 48:17  **equipment**(3) 64:7  64:8  75:18  **equivalent**(1) 60:1  **erisa**(4) 34:19  94:18  94:21  105:3  **ernst**(3) 2:35  3:12  3:18  **error**(1) 91:6  97:24  **escrow**(1) 95:12  **especially**(1) 101:3  | | **exhibits**(2) 56:17  60:12  **exist**(3) 34:17  97:17  135:2  **existed**(1) 47:3  **existence**(1) 60:13  **exists**(2) 107:5  117:13  **expand**(1) 70:15  **expanding**(1) 23:23  **expands**(1) 70:17  **expect**(9) 43:14  43:24  48:18  48:20  64:5  64:13  79:20  112:12  126:1 | | **fiber**(2) 75:18  75:20  **fiduciary**(2) 77:11  105:2  **field**(2) 75:19  75:21  **fifth**(2) 36:13  36:20  **figure**(2) 82:14  124:19  **figured**(1) 124:16 |
| | **esq**(22) 1:28  1:29  1:35  1:36  1:37  2:5  2:11  2:17  2:18  2:24  2:31  2:37  2:44  3:5  3:9  3:14  3:23  3:32  3:37  3:41  3:45  4:5  | | **expected**(3) 48:19  64:9  122:17  **explain**(2) 12:17  102:2  **explains**(1) 128:11  **explanation**(1) 109:21  **explicit**(2) 66:12  69:7  **explicitly**(3) 59:23  65:20  122:15  **express**(1) 12:24  **expressing**(2) 88:5  120:23  **expressly**(2) 44:15  116:12  **expunged**(1) 126:25 | | **file**(8) 13:10  14:25  14:25  15:14  36:22  124:18  125:19  125:21  **filed**(29) 16:19  17:3  18:14  32:8  34:6  34:9  35:22  36:17  37:21  37:23  38:20  38:23  43:15  53:9  53:16  53:19  54:3  56:18  66:10  66:24  75:7  87:11  88:3  92:4  103:20  121:22  123:10  126:21  134:11 |
| | **essence**(1) 52:8  **essential**(1) 60:8  **essentially**(7) 13:15  14:11  60:4  60:13  61:18  61:23  86:22  | | | | **files**(1) 119:23  **filing**(2) 13:21  21:24  **filled**(1) 116:7  **final**(5) 72:20  74:22  105:6  129:10  129:13  **finally**(4) 71:3  90:16  98:4  129:3  **financial**(3) 3:17  41:15  76:8  85:25  **financially**(1) 48:6  **find**(6) 55:10  73:2  73:22  73:23  100:5  105:22 |
| | **establish**(1) 56:13  **establishing**(1) 24:13  **estate**(1) 118:12  **estates**(1) 37:9  **estelle**(4) 5:39  35:23  79:17  102:22  **evan**(1) 2:11  **even**(25) 9:25  10:4  18:21  27:16  28:5  31:1  33:11  33:22  36:3  60:24  67:5  67:22  71:20  74:15  74:15  77:12  89:13  90:4  93:  115:15  117:13  122:23  124:22  125:17  130:21 | | **extend**(1) 104:18  **extended**(1) 46:19  **extends**(1) 135:15  **extensively**(1) 115:1  **extent**(3) 21:4  40:9  126:25  **external**(1) 89:5  **extra**(2) 36:8  48:1  **extreme**(1) 85:25  **extremely**(4) 16:8  41:14  41:21  106:5  **eyes**(1) 70:6 | | **finding**(3) 13:15  43:14  108:1  **fine**(11) 10:19  36:21  56:25  63:24  67:13  67:16  67:17  69:20  70:8  88:13  108:5  |
| | **event**(2) 13:6  20:22  **eventually**(1) 15:19  **ever**(7) 44:5  74:20  87:17  99:22  102:17  105:21  119:23  | | **faces**(1) 48:1  **facially**(6) 26:7  27:3  27:4  27:16  28:5  115:15 | | **finger**(1) 2:23  **finish**(1) 41:3  **fired**(2) 42:15  72:17  **firm**(4) 8:6  9:1  9:12  9:13 |
| | **every**(14) 25:1  85:21  92:25  96:11  96:13  97:9  125:1  | | **facilities**(1) 111:17  **facing**(1) 18:7  **fact**(25) 19:16  22:23  24:10  25:20  28:7  28:11  29:1  35:2  35:7  39:7  41:9  41:16  41:17  42:25  45:15  46:17  52:1  64:20  65:19  71:8  77:19  90:21  105:23  132:4  135:23 | | **first**(30) 12:3  12:4  19:1  19:16  19:16  23:10  56:21  63:4  64:12  70:17  72:8  74:19  76:25  84:6  87:13  88:22  89:10  92:1  92:2  100:24  123:20  124:3  124:17  134:2 |
| | **everybody**(3) 96:2  96:16  124:5  **everyday**(2) 24:2  24:7  **everyone**(17) 7:2  33:16  34:5  46:20  64:4  71:4  82:19  82:23  83:2  92:21  92:22  98:24  106:4  116:9  138:20  138:21  138:23  | | | | |
| | **everyone's**(1) 121:15  **everything**(6) 74:8  88:6  99:1  100:3  101:22  102:6  102:16  137:10  | | **fact-specific**(1) 111:17  | | |
| | **evidence**(7) 15:12  22:24  37:24  38:1  113:5  130:16  132:9 | | **factor**(3) 52:23  90:13  92:18  **factored**(1) 128:2  **factors**(2) 114:7  128:1  **facts**(5) 91:25  112:5  112:12  121:4  121:4  **failed**(1) 77:2  **fails**(1) 109:16  **failure**(4) 18:18  30:16  36:5  105:2  **fair**(7) 41:14  83:20  83:22  85:1  99:7  99:7  119:25  | | |
| | **employer**(9) 34:19  52:9  54:23  56:1  78:9  85:18  108:24  109:1  109:8  | | | | |
| | **employment**(25) 29:2  29:8  29:20  30:8  32:23  36:1  40:21  44:3  44:20  44:20  57:12  68:24  73:1  76:1  77:9  85:17  92:12  93:6  94:22  101:2  109:20  109:25  116:13  122:7  122:20 | | | | |
| | **employment.'**(1) 68:21  **employments**(1) 20:7  **enacted**(1) 21:22  **enchilada**(1) 59:21  **end**(12) 11:3  18:13  30:23  31:4  31:14  45:4  57:9  57:13  68:10  99:6  117:9  136:2  | | **exact**(1) 94:1  **exactly**(1) 32:16  **examiner**(1) 7:23  8:15  **example**(14) 21:11  24:11  25:10  27:18  62:18  63:16  89:8  111:15  112:7  113:19  113:20  113:23  114:18  115:1  | | **fair**(7) 38:17  77:12  106:8 |
| | **ended**(1) 71:3  **ends**(4) 29:8  29:20  30:8  57:8  **enface**(1) 75:9  **english**(1) 2:4 | | **examples**(7) 46:10  89:16  110:25  111:24  112:23  112:24  113:9 | | **fairly**(3) 38:17  77:12  106:8 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

fleming(138) 1:36 16:4 16:10 16:11 16:12 16:12 16:16 16:25 17:1 17:5 17:15 17:21 17:23 18:2 20:10 20:19 21:2 21:19 21:21 22:7 22:14 22:16 22:18 22:21 23:1 23:15 23:22 26:2 26:4 26:7 26:9 26:15 26:17 26:20 27:6 28:1 28:14 28:17 28:25 29:18 29:22 30:6 30:10 30:19 31:11 31:16 31:22 32:2 32:10 32:17 34:1 34:4 35:21 35:25 36:11 36:14 36:16 36:20 36:22 37:1 37:12 37:14 37:16 37:20 38:4 38:5 38:25 39:23 51:15 67:14 78:19 103:2 103:3 106:9 106:10 106:11 106:12 106:19 106:23 107:20 107:24 108:3 108:9 108:12 108:15 108:17 109:1 109:4 109:13 110:12 110:15 111:7 111:21 113:18 115:4 115:25 117:3 118:6 118:13 118:14 120:9 120:10 120:20 120:21 121:6 123:5 123:6 123:7 123:14 123:18 126:4 126:6 126:8 126:11 126:12 127:3 127:21 128:15 128:17 128:18 128:22 129:1 129:21 130:5 130:23 131:3 131:6 131:10 131:14 131:16 131:19 131:24 132:1 132:23 133:7 133:15 133:17 133:20

flex(2) 61:20 62:2 63:11 115:1 115:4 115:6 115:14

flexible(2) 56:15 58:7
flip(2) 107:17 109:10
floor(2) 1:30 2:6
fluctuate(1) 19:23
fmla(1) 111:19
focus(1) 55:1
foley(1) 3:18
folks(3) 78:24 81:12 81:23
follow(2) 85:23 125:7
follow-up(1) 16:18
followed(2) 85:22 128:23
following(3) 46:11 88:7 114:13

for(290) 1:2 1:26 2:4 2:10 2:15 2:30 2:35 2:42 3:3 3:12 3:17 3:22 3:26 3:30 3:35 3:40 3:44 3:48 4:3 4:8 4:14 4:18 4:22 4:26 4:30 4:34 4:36 6:25 6:37 6:41 7:5 9:16 10:4 10:12 10:20 12:12 13:9 13:25 14:22 15:13 16:3 16:7 16:12 16:24 18:14 18:19 20:4 21:11 21:24 23:3 23:6 24:9 24:11 24:12 24:15 24:16 24:17 24:22 25:10 25:18 27:13 27:13 27:23 28:4 28:20 29:3 29:8 29:10 29:24 30:16 31:16 31:23 32:23 32:21 33:10 34:1 36:3 36:6 36:8 37:6 37:16 37:7 38:10 38:25 39:2 39:22 40:19 40:24 41:12 41:21 42:15 43:15 44:16 44:17 45:10 45:12 46:7 46:15 47:3 47:21 48:4 48:12 48:24 50:16 51:22 55:22 57:12 58:11 58:15 61:19 62:3 62:13 63:4 65:10 65:25 67:18 67:21 67:25 68:2 69:3 69:9 69:12 69:24 70:8 70:15 71:11 72:13 72:17 72:19 72:21 72:24 74:4 74:4 75:7 75:13 75:14 75:18 75:20 76:9 76:18 77:7 77:18 77:20 77:24 78:23 80:2 81:20 82:20 83:19 84:7 84:7 84:13 84:13 85:11 85:16 85:24 86:1 86:1 86:2 86:12 86:19 86:23 87:3 87:14 87:14 87:21 88:21 88:2 89:2 89:8 89:8 89:14 91:2 91:5 91:17 91:18 91:20 92:2 92:19 92:22 93:2 93:6 93:10 93:11 93:12 93:25 93:25 94:11 94:12 94:13 94:14 95:7 95:8 95:12 95:17 95:18 96:1 96:23 96:24 97:9 97:11 98:4 98:11 98:13 98:24 99:6 99:15 100:10 101:4 101:4 101:13 102:9 103:11 103:18 105:8 105:13 105:13 105:25 106:10 106:1 106:25 107:7 107:11 107:25 108:6 109:15 110:8 110:23 110:24 111:11 111:23 112:4 112:7 113:18 113:20 113:23 114:6 114:8 114:18 115:1 116:17 116:19 117:15 117:19 117:25 118:23 118:25 119:3 119:5 119:12 120:14 122:10 122:11 122:15 122:22 122:23 122:23 123:11 124:7 124:11 124:12 124:14 124:22 125:4 125:19 125:21 126:2 126:11 126:22 127:11 127:12 128:7 128:2 129:16 130:15 131:11 131:20 132:4 132:7 132:20 132:25 134:11 135:2 135:14 137:1 137:19 138:14 138:21 138:25

force(1) 85:18
forced(1) 18:14
foreclose(2) 15:3 15:6
forego(1) 74:8
foregoing(1) 139:5
foresee(1) 48:22
forfeit(1) 45:17
forgive(2) 31:9 125:23
forgotten(1) 103:10
form(16) 15:7 32:11 33:8 33:8 33:19 34:1 34:15 43:9 71:5 89:11 89:14 116:6 116:1 124:18 132:13 132:15

formal(2) 34:21 118:24
format(1) 22:5
formed(2) 105:9 105:9
former(1) 24:12
forms(8) 17:17 32:20 34:9 34:13 111:1 111:2 111:22 135:20

forth(2) 51:1 113:25
fortunate(1) 64:16
fortunately(1) 73:20
forward(8) 13:8 14:14 14:20 15:2 72:24 84:5 94:1 132:21

found(2) 49:14 76:10
four(2) 88:9 127:4
fourth(2) 74:10 74:22
fraction(1) 47:25
frankly(6) 9:25 10:5 10:10 12:3 14:13
fred(2) 3:49 95:3
freeborn(1) 4:4
frequently(2) 35:2 66:10

friends(1) 24:3
from(99) 9:11 10:7 10:13 12:7 13:17 13:21 14:14 15:3 16:12 17:17 18:17 20:2 21:4 21:16 21:17 23:11 23:11 27:2 28:12 30:3 32:3 33:14 34:19 35:3 35:17 36:24 38:14 42:1 44:12 45:14 45:22 47:15 47:18 47:23 50:20 51:24 55:21 55:22 56:14 57:16 58:14 60:23 73:13 73:19 74:5 74:17 75:15 76:21 79:16 82:25 84:11 88:16 89:20 90:20 96:15 96:10 103:22 104:2 104:4 104:14 106:7 106:9 106:12 106:14 107:4 108:19 110:19 113:23 114:4 115:1 115:8 117:21 117:24 119:2 119:8 119:12 120:3 121:13 121:15 121:21 123:7 123:10 123:18 123:19 123:19 124:24 125:25 126:5 126:12 127:14 127:25 128:5 133:24 136:13 137:5 137:23 138:10 139:6

front(5) 49:16 51:18 75:7 86:18 110:13
ftd(1) 56:15
full(13) 10:1 56:7 59:7 60:5 62:3 68:6 71:12 84:20 88:14 100:25 117:15 128:3 134:6

full-dipper(1) 74:15
full-time(73) 19:22 24:25 42:18 43:1 44:25 49:18 50:23 51:5 52:4 52:8 52:23 52:23 53:5 54:23 55:5 55:7 55:10 55:11 56:2 57:14 57:23 58:8 59:4 59:14 59:20 59:23 60:9 60:14 60:18 62:6 62:10 63:7 63:14 64:17 64:19 64:21 65:18 65:25 66:4 66:5 66:7 66:20 69:6 70:19 70:25 71:16 71:19 72:1 72:6 74:3 75:10 75:21 75:14 77:5 77:9 78:9 86:24 89:13 89:15 92:11 95:14 97:20 98:7 101:7 101:11 101:13 102:7 104:10 108:17 108:20 108:21 122:20 134:25

fully(6) 9:23 42:17 86:17 106:6 128:21 130:18

fundamental(1) 106:24
further(24) 25:17 39:4 42:9 48:3 49:5 53:24 54:25 55:9 59:3 64:21 68:22 68:25 72:7 75:11 86:22 89:5 92:13 101:3 104:22 129:16 130:11 132:6 133:23 135:1

furtherance(1) 69:18
furthermore(9) 29:22 33:18 34:4 34:14 47:23 48:10 50:20 116:20 116:22

future(19) 15:9 15:11 45:12 45:14 73:1 73:5 73:6 76:1 77:8 93:6 98:11 112:6 112:8 112:14 117:9 117:11 117:15 117:22 117:25

gaap(2) 124:18 125:19
gallagher(2) 3:40 6:30
gap(1) 73:7
gating(1) 60:13
gave(8) 71:21 71:25 83:18 89:13 104:21 104:23 129:8 135:20

gay(1) 90:24
general(7) 18:9 31:3 67:3 69:3 72:20 104:19 124:24

generally(8) 17:2 24:25 25:4 25:7 25:20 73:2 81:17 120:10

generated(1) 32:21
generic(1) 64:5
gentlemen(2) 51:15 93:18
germane(1) 56:11
get(29) 11:14 14:15 16:16 27:15 28:20 37:2 40:24 41:11 56:25 64:11 68:17 71:8 80:6 80:7 80:8 82:22 100:6 104:23 106:9 117:22 117:24 122:4 122:4 122:5 124:24 125:5 135:24 136:4 137:25

gets(1) 114:12
getting(2) 47:22 110:6
ginger(1) 1:42

give(12) 26:12 56:25 58:2 71:12 82:16 104:19 105:14 112:14 121:12 125:25 134:11 138:7

given(15) 32:25 61:1 72:13 78:15 83:17 84:7 85:3 88:19 89:18 92:23 98:10 110:25 111:15 116:15 122:13

gives(1) 22:24
giving(6) 87:3 93:12 98:25 105:10 108:6 124:3

global(5) 4:26 64:18 64:18 68:3 72:4
glossary(9) 22:1 25:18 53:1 54:6 54:16 55:3 55:10 65:24 94:12

goals(1) 75:11
god(2) 96:25 122:18
goes(7) 27:21 54:24 55:9 66:12 94:21 98:8 110:19

going(37) 10:1 10:22 10:25 16:6 17:18 18:19 20:17 23:9 24:18 25:14 29:10 36:16 40:24 57:9 62:22 63:17 65:11 66:24 70:20 72:15 72:18 74:7 80:1 82:3 85:21 100:9 103:1 103:4 103:13 105:22 106:6 119:17 120:13 121:18 132:21 136:14 137:1

golden(1) 92:11
gone(1) 78:6
good(44) 7:2 7:3 7:4 9:14 16:10 16:11 38:7 39:10 39:14 40:2 40:13 40:15 40:16 41:6 41:14 51:11 51:13 51:14 51:15 61:6 61:6 62:1 69:25 70:1 75:2 78:20 79:6 83:8 83:10 84:1 84:4 84:20 86:4 86:4 86:9 93:17 95:4 97:5 97:6 100:4 100:23 134:19 135:1 138:22

goodbye(1) 86:7
goods(1) 85:2
gosh(2) 67:10 121:21
got(5) 62:12 85:19 115:14 124:23 136:7
gottlieb(5) 1:34 16:13 106:12 123:7 126:12
govern(3) 20:22 55:17 114:12
governed(5) 22:11 94:18 107:11 115:6 127:17

governing(7) 20:18 37:4 58:8 62:4 107:14 116:17 116:22

government(1) 15:13
graffam(1) 113:25
graffam-kaplar(2) 37:23 110:10
graffam-kaplan's(1) 54:3
granted(3) 18:9 31:13 73:1
granting(3) 31:2 31:17 69:12
grateful(1) 41:14
grave(1) 100:12
gray(1) 3:5
great(3) 98:23 99:1 108:1
gross(3) 1:20 94:20 124:5
group(6) 2:30 39:22 71:2 97:11 97:23 98:9
grouping(3) 17:14 65:10 65:16
groups(1) 25:8
grow(1) 100:4
grunt(1) 84:15
guaranteed(1) 63:13
guarantees(1) 52:11
guess(15) 11:1 62:18 63:16 70:12 72:7 72:15 74:2 74:10 81:10 104:9 105:6 130:24 135:21 137:16 138:5

guide(1) 107:6
gump(2) 2:16 38:10
gun(1) 75:23
h.r(4) 97:25 101:6 101:10 101:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**had**(43) 8:17 16:19 18:13 18:15 19:11 20:5 32:20 33:17 41:18 44:24 46:18 46:2 64:3 68:8 88:9 92:15 97:16 97:18 99:22 99:22 100:2 101:22 102:6 105:21 112:5 117:16 120:10 120:14 121:22 123:10 128: 129:5 129:7 130:6 132:15 132:16 134:14 135:4 135:25 136:8 136:9 137:11 137:23

**hadley**(4) 2:30 3:30 3:44 39:19
**hadn't**(2) 11:5 30:24
**hadn't**(1) 100:10
**half-dipper**(1) 74:16
**hamilton**(4) 1:34 16:13 106:13 123:7
**hand**(3) 30:11 69:17 98:20
**handle**(1) 16:4
**handy**(1) 48:2
**hanrahan**(1) 3:41
**happen**(4) 48:23 85:11 99:6 101:24
**happened**(2) 24:10 134:4
**happens**(2) 96:7 137:16
**happy**(11) 8:20 10:16 10:18 12:10 41:2 41:21 60:10 104:5 121:22 128:6 128:15

**hard**(6) 41:23 78:16 91:18 96:20 101:24 111:23

**harder**(1) 111:16
**hardship**(2) 18:6 86:1
**harrisburg**(1) 1:46
**harry**(1) 61:25
**has**(74) 11:18 11:18 11:22 13:4 13:7 14:13 15:16 19:17 21:21 22:23 23:3 24:10 24:21 27:14 28:22 34:18 34:24 40:9 42:2 50:17 50:19 52:21 53:16 59:8 59:14 59:21 61:14 61:17 64:15 64:15 64:17 73:4 73:4 74:8 76:7 77:4 77:16 77:19 78:15 81:3 85:21 89:4 93:6 93:7 95:11 95:20 96:16 98:11 100:4 103:19 105:20 106:5 107:4 110:1 110:1 110:19 110:25 112:10 114:18 115:20 120:8 126:15 127:4 129:23 130:16 130:18 131:6 131:10 132:8 132:9 132:10 133:8 134:16 136:16

**hasn't**(2) 87:12 87:19
**hauer**(2) 2:16 38:11
**have**(216) 7:6 8:3 8:17 8:19 8:22 9:5 9:14 11:4 11:5 11:8 13:11 13:17 14:16 14:21 14:25 15:2 15:9 15:12 16:8 17:2 17:24 18:12 18:16 18:18 18:24 19:5 19:10 19:14 20:4 20:6 20:24 21:22 23:9 23:12 23:18 23:25 24:1 24:2 24:18 24:24 25:9 25:11 27:6 27:8 27:9 28:8 28:19 28:22 30:6 30:11 30:21 30:23 31:1 31:19 32:15 32:20 33:23 34:12 35:9 37:6 37:8 38:17 39:12 41:15 41:18 41:22 43:20 45:6 45:25 46:7 49:10 49:16 50:10 52:3 55:2 55:14 56:17 57:23 58:25 59:3 59:25 60:12 60:17 60:18 63:7 64:8 65:19 66:7 66:19 71:7 71:15 73:6 73:6 73:8 73:20 74:23 75:10 75:13 75:25 76:4 76:20 77:11 77:15 78:18 78:22 79:13 79:18 81:19 82:3 82:20 82:22 83:3 83:14 83:17 84:4 84:12 85:3 85:7 85:15 86:2 86:19 86:21 86:22 88:2 88:3 88:4 88:20 88:24 89:16 89:18 90:16 90:2 91:4 92:4 92:5 92:6 92:23 93:4 93:24 94:8 95:5 95:7 95:9 95:16 96:12 97:8 97:15 97:22 97:24 98:19 100:9 100:13 100:13 100:16 105:19 106:20 107:3 107:12 107:24 108:2 108:5 110:12 110:13 110:22 112:12 112:16 112:18 112:20 113:3 114:3 114:11 114:14 115:12 116:19 116:21 117:17 117:20 118:1 119:1 119:2 119:9 119:13 121:1 121:25 122:11 122:25 122:25 123:22 123:22 124:7 124:10 124:12 124:21 125:9 125:15 125:15 126:1 126:4 126:19 128:4 130:24 131:1 132:5 132:25 134:3 134:20 136:13 137:18 137:19 137:20

**haven't**(2) 111:3 112:2
**having**(9) 11:6 15:3 59:1 59:2 61:4 77:2 87:2 103:15 105:8

**he's**(2) 12:21 14:22
**head**(13) 51:14 79:24 79:24 80:6 80:6 80:7 87:7 87:7 87:9 87:9 87:10 87:11 87:23

**header**(1) 108:10
**heal**(1) 74:1
**hear**(20) 9:10 12:7 38:14 60:23 79:15 79:20 83:7 90:9 95:21 103:21 104:2 104: 106:9 121:13 123:18 123:19 123:19 126:3 126:5 135:17

**heard**(23) 13:11 15:1 23:11 39:13 40:5 78:2 78:5 79:6 79:9 80:2 83:6 89:20 106:14 110:1 111:3 112:6 112:23 113:9 114:14 117:5 118:15 117:18 118:18

**hearing**(10) 12:13 13:20 23:10 27:22 93:11 99:15 119:13 126:23 138:22 139:2

**heart**(4) 42:10 83:19 96:19 99:5
**hearts**(1) 96:21
**heaven**(1) 124:4
**held**(5) 34:19 47:19 66:8 132:19 134:20
**hello**(1) 90:8
**help**(4) 10:10 99:24 102:9 125:5
**helpful**(1) 8:20 9:4 9:16 12:3 16:8 37:15 107:16 109:10 114:23 128:6

**her**(26) 16:7 36:1 36:4 36:9 47:2 47:3 123:11 126:6 126:16 127:5 127:6 127:7 127:17 127:18 128:10 129:4 129:17 129:23 130:5 130:12 131:1 131:11 131:11 132:14 133:1

**here**(44) 7:5 8:4 8:10 11:8 18:3 20:2 20:13 23:10 24:10 28:6 34:22 40:16 55:1 57:23 61:12 61:12 64:1 71:10 78:20 90:1 90:13 91:14 91:15 96:12 97:13 102:1 105:19 106:5 106:21 106:24 108:5 110:1 112:1 112:9 114:16 115:10 117:7 119:7 122:9 125:9 125:18 135:2 136:13 138:15

**here's**(1) 11:24
**herein**(1) 108:18
**hewitt**(1) 50:15
**hhr**(1) 138:2
**higher**(1) 19:6
**highest**(2) 58:7 76:13
**highlight**(2) 66:21 68:22
**highly**(1) 9:7
**him**(2) 46:21 121:3
**hint**(1) 92:14
**hire**(1) 72:4
**hired**(3) 64:17 70:10 71:1
**his**(5) 46:19 96:19 109:19 119:22 120:25
**historic**(2) 29:22 76:22
**historically**(1) 52:21
**history**(2) 45:12 76:25
**hoc**(3) 3:30 3:44 39:21
**hold**(4) 56:8 82:4 120:14 135:1
**holiday**(1) 46:13
**home**(4) 64:8 75:15 76:7 99:24
**honeymoon**(1) 46:19

**honor**(202) 7:4 7:6 7:10 7:18 8:1 8:11 8:13 8:20 9:20 10:12 10:13 10:17 10:21 11:3 11:10 11:15 11:18 11:20 12:8 12:16 13:6 14:3 14:6 14:12 14:23 15:15 15:25 16:3 16:10 17:15 17:23 20:20 21:19 23:1 26:2 28:17 31:11 32:12 36:11 36:14 37:14 38:5 38:7 38:13 38:18 39:11 39:15 40:13 40:25 41:12 41:24 42:23 46:2 46:17 47:7 48:5 48:17 49:17 50:12 51:6 51:11 52:2 52:18 53:8 53:11 53:11 54:5 54:18 55:22 56:7 56:23 57:4 58:2 58:6 59:5 59:13 60:10 60:22 61:1 61:7 61:11 61:16 61:25 61:25 62:18 62:19 62:22 62:24 63:2 63:3 63:17 63:19 63:22 63:23 64:1 64:12 65:2 65:14 66:25 67:4 67:10 68:8 68:12 69:11 69:14 69:19 69:22 69:25 74:24 75:2 75:5 75:8 75:12 76:3 76:13 76:17 77:4 77:10 77:17 77:21 78:2 78:22 79:10 79:12 79:2 79:24 81:2 81:9 81:25 82:17 82:24 83:8 83:11 83:13 83:14 83:20 83:22 83:25 84:21 85:24 86:5 87:3 87:7 87:24 88:17 89:8 90:4 90:7 90:17 91:4 91:8 91:11 91:22 92:2 92:6 92:13 93:9 93:10 93:21 94:25 95:3 95:16 95:23 96:1 96:16 96:18 97:6 98:17 99:10 99:14 100:18 101:15 103:23 104:3 104:6 104:22 105:8 106:2 106:11 106:13 107:25 108:3 108:9 110:6 111:8 119:12 119:24 120:2 120:4 120:21 121:7 123:6 124:4 126:11 128:7 128:22 129:21 133:11 133:20 138:17 138:25

**honor's**(2) 34:5 61:24
**honorable**(5) 1:20 12:25 13:14 23:5 118:2
**honored**(1) 53:5
**hope**(11) 52:1 68:9 75:8 77:15 78:21 83:20 84:2 93:9 100:5 103:18 122:17

**hopefully**(1) 11:14
**hopes**(1) 122:11
**hoping**(2) 99:8 104:3
**hour**(1) 119:4
**hours**(30) 19:6 19:20 19:22 25:2 25:3 25:12 26:11 26:23 27:10 29:14 42:14 42:24 46:7 46:23 53:3 55:13 55:19 56:4 58:20 61:21 62:14 63:5 63:8 66:6 97:21 97:25 108:23 109:7 109:7 111:10

**how**(36) 21:6 27:1 29:2 29:11 29:15 38:6 38:8 49:23 56:7 59:7 59:8 59:18 61:8 76:22 81:12 82:5 84:16 89:10 93:21 100: 100:2 102:3 104:20 112:23 113:13 117:6 117:23 120:10 121:17 124:16 128:9 128:1 130:6 132:20 134:23 136:13

**however**(10) 19:12 25:6 41:19 45:9 49:9 57:14 86:23 106:19 113:12 133:8

**human**(1) 70:22
**hypothetically**(1) 89:24

**i'd**(6) 8:2 40:22 41:11 46:4 65:1 116:1
**i'll**(18) 9:11 11:8 17:8 17:9 38:13 39:14 41:17 47:8 56:7 61:2 61:2 61:3 121:12 122:17 126:5 127:3 127:5 135:18

**i'm**(70) 9:10 10:8 10:22 10:25 13:16 13:25 13:12 16:6 17:17 23:10 32:11 36:11 37:1 38:7 40:16 41:2 41:14 41:21 41:25 42:10 42:14 47:12 48:18 48:19 50:12 50:22 50:24 51:18 54:10 54:12 54:14 54:19 55:23 57:3 58:12 59:17 59:19 61:12 62:1 62:14 62:15 63:20 63:22 66:4 99:18 108: 109:5 119:8 119:17 121:9 121:20 122:9 122:10 122:19 122:22 123:23 124:11 124:13 124:19 128:6 128:15 129:6 134:3 134:3 134:24 135:25 137:16 137:17 137:17 138:5

**i've**(6) 8:23 63:12 65:3 110:1 118:18
**idea**(3) 74:11 78:25 110:20

**identified**(7) 44:24 60:15 67:25 68:6 75:10 77:16 77:19

**identifier**(1) 66:12
**identify**(1) 57:22
**identity**(1) 94:21
**ignore**(1) 42:7
**ignores**(1) 31:6
**ill**(1) 99:2
**illnesses**(1) 73:19
**imaginary**(1) 74:21
**imagine**(2) 28:14 49:6
**immediately**(2) 20:1 109:19
**impact**(3) 15:9 49:24 73:9
**implemented**(1) 75:21
**implied**(2) 50:9 97:21
**implies**(2) 55:4 58:1
**imply**(1) 33:16
**important**(4) 13:16 23:24 45:15 84:16
**impose**(1) 60:20
**impression**(3) 33:5 71:22 72:1
**improperly**(1) 127:7
**improve**(1) 73:17
**inasmuch**(1) 15:13
**inc**(5) 1:8 3:4 4:4 6:13 109:2
**incidentally**(1) 11:4
**incidents**(1) 47:10
**include**(3) 44:18 116:11 136:14
**included**(12) 25:22 32:18 33:20 44:23 45:6 45:16 45:19 45:21 50:4 97:12 97:20 115:23

**including**(4) 41:23 67:21 70:22 119:6
**income**(14) 27:14 47:25 73:4 89:22 93:25 110:18 117:25 127:7 127:13 127:15 127:22 129:17 130:14 136:18

**inconsistency**(2) 20:23 20:23
**inconsistent**(2) 31:5 113:4
**incorporate**(1) 26:21
**incorporated**(2) 17:17 22:1
**incorrect**(3) 15:21 124:17 126:1
**increase**(3) 49:4 49:7 113:22
**indebted**(1) 98:24
**indeed**(5) 20:8 72:1 73:21 74:1 103:20
**independent**(2) 26:22 74:17
**indicate**(3) 14:8 32:4 78:7
**indicated**(5) 20:5 32:5 41:2 71:18 106:5
**indicative**(1) 15:19
**indicator**(1) 19:7
**indifferent**(1) 14:15
**indiscernible**(19) 13:19 13:24 15:8 52:20 71:18 83:21 90:21 92:19 99:3 99:6 99:6 118:23 119:6 120:9 122:12 128:6 135:14 135:21 138:2

**individual**(18) 13:9 14:5 14:10 17:2 17:10 29:19 45:17 48:16 51:19 52:9 60:4 64:10 64:14 64:23 68:5 106:14 107:8 112:7

**individual's**(1) 52:6
**individuals**(7) 18:21 19:3 21:3 26:17 32:19 110:25 112:5

**indulge**(1) 121:7
**indulgence**(1) 122:23
**indulging**(1) 122:22
**info**(1) 98:19
**informal**(1) 34:20
**information**(20) 32:19 32:24 64:4 64:14 72:3 81:20 94:17 94:20 101:23 111:16 116:7 116:14 124:16 124:17 125:20 125:25 126:1 126:2 132:6 137:12

**informative**(1) 84:10
**informed**(1) 70:24
**informing**(1) 116:24
**ingersoll**(2) 2:36
**initiated**(1) 85:18
**injured**(3) 15:10 127:11 136:8

| Word | Page:Line |
|---|---|
| **innocuous**(1) 56:6 | |
| **input**(2) 10:13 78:5 | |
| **inquire**(2) 78:23 81:17 | |
| **inquiries**(1) 76:9 | |
| **inserted**(1) 66:9 | |
| **insignificant**(1) 8:4 | |
| **installation**(1) 102:14 | |
| **instances**(1) 73:20 | |
| **instill**(1) 105:18 | |
| **institutions**(1) 76:8 | |
| **instruction**(1) 7:22 | |
| **instrument**(1) 34:23 | |
| **insurance**(6) 27:22 48:24 49:1 100:11 113:22 127:10 | |
| **intended**(6) 18:11 20:14 22:7 25:21 116:16 132:24 | |
| **intent**(4) 28:13 33:6 97:22 120:24 | |
| **interchangeably**(1) 65:21 | |
| **interest**(4) 37:9 47:17 76:19 118:12 | |
| **interested**(7) 3:26 4:14 4:18 4:22 4:26 4:30 4:34 | |
| **interesting**(1) 74:20 | |
| **intern**(1) 25:11 | |
| **internal**(1) 89:5 | |
| **interns**(1) 26:15 | |
| **interpret**(1) 24:1 | |
| **interpretation**(3) 94:21 114:17 121:2 | |
| **interruption**(1) 68:24 | |
| **interval**(2) 90:3 90:4 | |
| **into**(21) 12:20 22:1 28:4 32:14 37:24 38:1 41:11 60:21 73:3 78:5 88:17 91:1 92:17 93:3 98:8 99:5 101:24 102:15 105:18 113:5 128:3 | |
| **involved**(1) 41:23 | |
| **involves**(1) 69:7 | |
| **involving**(1) 129:11 | |
| **ipsa**(1) 119:8 | |
| **ira**(1) 50:22 | |
| **irregardless**(1) 134:8 | |
| **irrespective**(1) 107:9 | |
| **irresponsible**(1) 48:6 | |
| **irs**(1) 50:16 | |
| **isn't**(3) 20:10 20:23 25:14 128:4 134:15 | |
| **issue**(43) 16:18 17:25 27:13 37:17 40:19 41:25 42:1 43:22 44:10 45:16 46:5 47:14 48:14 50:12 69:3 97:18 104:14 104:16 106:8 107:3 107:4 111:5 114:22 123:1 123:3 128:20 129:25 130:8 130:10 131:10 131:25 132:12 132:25 133:1 133:2 133:17 134:2 135:9 135:12 135:18 136:25 138:13 138:14 | |
| **issued**(3) 21:5 21:23 72:12 | |
| **issues**(12) 12:4 14:22 46:4 102:4 104:4 113:8 114:20 123:11 126:16 126:18 127:4 128:24 | |
| **it's**(82) 8:5 9:11 9:11 10:9 11:6 11:10 14:4 17:12 19:5 19:16 20:2 21:2 22:1 22:3 22:9 22:14 23:23 24:22 25:7 25:19 26:15 26:17 26:22 28:6 28:10 28:11 28:20 29:9 29:14 29:19 30:3 30:13 35:7 37:4 37:8 40:17 40:23 41:4 41:20 45:11 45:11 50:5 50:6 50:19 52:19 52:22 53:20 58:7 58:23 59:21 59:21 59:22 61:15 64:11 65:21 110:16 110:16 111:4 111:12 111:13 111:5 111:23 111:24 112:13 114:7 114:2 115:6 115:6 115:22 115:23 121:8 121:16 121:18 121:24 125:21 126:6 128:7 129:8 129:15 131:7 137:1 | |
| **item**(8) 11:17 11:18 11:20 11:21 11:23 16:4 45:8 123:9 | |
| **items**(2) 7:6 11:20 | |
| **its**(8) 13:4 26:22 43:16 56:22 84:23 105:14 132:4 134:9 | |
| **itself**(3) 20:18 55:4 56:12 | |
| **it's**(28) 67:3 68:11 68:14 69:23 70:5 70:6 72:22 72:24 73:9 74:20 76:21 76:24 84:5 88:20 88:21 90:3 90:13 93:21 95:3 95:20 96:14 96:15 98:6 99:7 99:7 102:24 103:15 105:16 | |
| **i'd**(9) 69:16 70:14 77:23 84:5 84:6 84:11 91:17 100:12 100:12 | |
| **i'll**(5) 72:6 73:13 74:8 87:20 95:21 | |
| **i'm**(38) 67:12 67:14 68:2 68:17 69:9 74:14 74:15 74:15 75:3 75:5 76:12 78:19 79:2 80:18 81:21 82:6 82:8 83:12 83:19 85:3 87:8 90:4 90:7 91:14 91:15 92:20 92:22 96:11 99:16 99:19 100:6 100:7 100:8 101:17 102:25 103:13 103:15 104:5 | |
| **i've**(10) 68:8 68:10 72:13 74:19 75:22 76:16 89:20 95:12 102:13 102:14 | |
| **jaime**(1) 2:44 | |
| **janel**(1) 5:2 | |
| **janette**(5) 53:14 78:24 80:6 87:7 87:9 | |
| **janis**(40) 4:19 39:11 39:11 39:16 40:13 40:14 40:15 40:16 41:4 41:6 42:3 47:7 47:12 47:13 49:20 49:23 51:8 51:10 72:2 78:11 78:2 78:15 83:14 84:9 86:20 88:3 91:15 92:4 96:2 96:17 99:1 99:16 102:18 103:24 104:2 104:3 104:9 106:1 106:2 110:24 | |
| **janis'**(5) 50:16 77:22 86:16 95:7 97:7 | |
| **janis's**(2) 72:16 93:19 | |
| **january**(1) 108:8 | |
| **jessica**(1) 1:37 | |
| **joanne**(1) 3:19 | |
| **job**(11) 10:1 19:6 48:21 58:19 84:18 98:1 99:1 120:14 120:15 121:16 136:9 | |
| **jobs**(3) 85:12 90:6 90:12 | |
| **john**(17) 4:15 4:43 37:18 74:23 75:3 80:23 82:2 83:14 84:9 91:11 91:16 92:4 101:3 102:18 103:23 107:22 120:4 | |
| **join**(2) 39:7 39:23 | |
| **joinder**(21) 12:13 16:19 38:20 53:8 56:18 56:21 58:2 60:12 65:22 66:22 68:12 70:16 83:13 86:13 87:11 88:2 91:14 92:5 97:7 100:24 103:21 | |
| **joinders**(5) 17:3 17:11 35:2 86:18 88:3 | |
| **joining**(1) 96:1 | |
| **joint**(1) 2:42 | |
| **jointly**(1) 1:6 | |
| **jones**(72) 3:26 5:27 51:6 51:11 51:12 51:13 51:14 53:11 54:9 54:11 54:12 54:1 54:15 54:18 54:22 56:25 57:2 57:4 57:7 58:6 59:11 59:13 61:1 61:7 61:11 61:14 61:23 62:2 62:20 62:21 63:2 63:20 63:22 63:25 65:6 65:10 65:13 65:14 65:16 66:3 67:3 67:10 67:12 67:16 67:18 68:14 68:19 69:20 69:22 73:14 77:22 83:14 84:5 86:20 87:20 88:6 88:23 91:5 91:15 92:4 96:2 96:17 99:17 102:18 115:1 121:7 121:8 121:11 121:11 121:13 121:14 122:4 122:24 | |
| **jones'**(1) 72:3 | |
| **joseph**(1) 3:14 | |
| **jpmorgan**(2) 101:5 101:5 | |
| **judge**(10) 1:20 1:21 11:7 12:25 12:25 13:14 23:5 103:12 118:22 124:4 124:15 | |
| **judges**(1) 8:19 | |
| **judgment**(5) 123:11 15:7 128:7 129:10 129:13 | |
| **judicata**(3) 129:10 129:18 133:4 | |
| **judiciary**(1) 134:10 | |
| **julie**(1) 37:23 54:3 110:10 | |
| **july**(1) 44:22 | |
| **june**(18) 1:15 7:1 13:22 36:2 37:21 37:21 37:23 40:21 43:19 48:19 51:20 71:9 75:6 112:11 131:25 133:14 133:15 139:10 | |
| **jury**(4) 46:12 111:4 111:8 111:11 | |
| **just**(100) 7:21 8:14 9:10 9:15 10:9 12:9 16:17 16:20 17:1 17:9 18:3 18:7 18:23 20:14 21:7 21:15 21:24 22:22 23:17 23:20 23:22 23:25 24:1 26:12 29:5 29:15 30:6 34:5 35:17 35:21 37:4 37:17 47:9 55:1 58:12 58:13 59:16 59:19 60:19 60:24 62:4 66:9 68:11 70:4 70:6 72:6 78:24 79:3 79:7 79:12 80:2 81:3 81:17 81:22 82:13 83:14 83:20 83:22 87:13 87:20 88:10 92:5 93:8 95:13 96:21 97:8 98:2 98:13 98:23 99:7 100:8 100:14 102:8 103:5 105:7 106:14 107:17 108:6 109:10 111:13 112:4 112:13 114:23 116:2 117:4 118:1 119:16 120:11 120:21 121:4 121:11 122:9 129:8 132:5 132:17 135:1 137:1 137:9 137:10 137:17 | |
| **justice**(1) 74:21 | |
| **justify**(2) 84:7 134:23 | |
| **kahn**(9) 2:18 38:6 38:7 38:10 38:10 38:18 38:20 38:22 39:10 | |
| **kaplan's**(1) 114:1 | |
| **kaplan's**(1) 76:20 | |
| **kathleen**(1) 2:37 | |
| **kaushik**(2) 6:6 23:6 | |
| **keep**(1) 25:6 | |
| **keeping**(1) 69:4 | |
| **keightley**(1) 3:8 | |
| **kennedy**(1) 4:9 | |
| **kept**(2) 57:20 84:20 | |
| **kerry**(1) 5:19 | |
| **kevin**(2) 1:20 124:4 | |
| **kind**(12) 9:15 9:15 17:2 17:9 22:4 22:8 70:24 78:18 97:23 101:21 105:13 118:2 | |
| **king**(3) 2:6 2:26 2:46 | |
| **know**(83) 9:5 9:24 10:1 11:17 11:22 12:21 13:11 16:20 16:20 18:7 18:14 25:10 27:18 28:21 32:18 34:4 40:10 41:17 47:7 47:10 49:16 50:9 50:12 50:15 61:5 61:18 61:23 64:9 68:1 69:15 72:7 74:6 78:3 78:8 78:24 79:3 79:4 79:6 84:14 84:15 85:20 87:17 90:15 91:16 91:18 94:13 95:12 96:20 99:16 99:18 99:25 100:4 100:9 100:12 103:17 104:5 104:10 104:17 105:5 105:7 111:10 111:22 111:24 111:25 112:25 113:7 113:15 114:18 116:16 117:5 117:10 117:19 121:4 121:24 122:4 124:15 124:22 124:23 126:5 128:23 133:11 136:3 137:15 | |
| **knowledge**(4) 20:4 71:14 130:11 130:12 | |
| **known**(1) 70:11 | |
| **l-o-g-g-i-n-s**(1) 102:24 | |
| **labeled**(3) 56:22 58:9 61:15 | |
| **labor**(3) 13:17 118:21 119:2 | |
| **lack**(2) 70:6 126:16 | |
| **ladies**(2) 51:15 93:17 | |
| **lady**(1) 137:21 | |
| **laid**(2) 30:2 73:24 | |
| **language**(25) 8:2 10:24 17:25 18:20 20:16 20:20 27:9 27:14 28:3 29:5 32:22 33:15 37:3 39:3 48:11 56:12 63:6 94:1 94:2 104:12 107:13 110:2 118:10 132:15 132:1 | |
| **languages**(1) 46:3 | |
| **lardner**(1) 3:18 | |
| **large**(1) 94:17 | |
| **larger**(1) 127:23 | |
| **last**(18) 9:24 35:1 37:16 43:17 48:17 58:9 65:10 65:16 71:9 101:18 109:13 109:14 117:4 120:6 123:9 130:15 133:2 133:10 | |
| **lastly**(3) 35:21 43:13 133:2 | |
| **late**(2) 67:23 138:3 | |
| **later**(11) 13:11 16:23 17:9 21:5 22:3 30:4 33:1 36:17 70:13 116:24 119:23 | |
| **latino**(1) 90:24 | |
| **launch**(1) 12:20 | |
| **law**(4) 33:5 34:18 116:22 125:22 | |
| **lawrence**(10) 6:34 80:13 80:13 86:4 86:9 86:10 86:11 86:12 86:12 87:6 | |
| **laws**(2) 136:19 136:19 | |
| **lawsuit**(2) 105:1 105:1 | |
| **lawsuits**(3) 45:14 104:23 105:4 | |
| **lawyers**(2) 24:5 105:16 | |
| **layman**(1) 94:13 | |
| **layton**(1) 2:23 | |
| **leader**(1) 75:14 | |
| **leah**(1) 5:47 | |
| **learned**(3) 17:24 100:2 137:22 | |
| **learning**(1) 100:1 | |
| **least**(14) 19:19 25:1 25:3 42:24 53:3 55:12 63:9 65:3 81:13 81:20 93:25 103:16 108:23 109:6 | |
| **leave**(36) 11:8 28:8 29:11 43:6 43:12 43:25 44:7 44:11 44:19 46:12 46:14 47:1 47:2 47:5 48:6 48:9 50:25 57:16 57:19 59:1 68:23 70:20 71:8 72:6 73:25 78:11 88:18 104:11 111:1 111:2 111:15 111:17 111:22 111:23 113:21 132:19 | |
| **leaves**(4) 11:22 29:3 43:5 68:21 | |
| **led**(1) 44:25 | |
| **ledger**(1) 124:24 | |
| **lee**(1) 3:19 | |
| **left**(6) 22:12 79:2 125:3 135:20 136:11 136:11 | |
| **legal**(4) 106:21 106:24 122:5 126:8 | |
| **legalities**(1) 87:15 | |
| **legally**(1) 70:3 | |
| **less**(18) 3:41 17 70:14 109:7 | |
| **let**(18) 17:8 21:15 40:7 46:18 46:20 54:21 62:25 68:17 99:16 99:18 100:8 121:13 123:18 124:3 124:6 128:19 128:19 135:17 | |
| **let's**(5) 21:16 53:18 57:3 108:2 108:2 | |
| **letter**(17) 32:22 33:2 33:4 64:3 72:12 85:22 116:11 116:12 116:23 122:6 129:18 130:2 130:17 136:13 137:6 137:7 137:24 | |
| **letters**(11) 32:3 32:7 32:17 32:18 33:1 34:14 34:14 116:1 116:3 116:5 124:22 | |
| **letting**(1) 91:20 | |
| **let's**(1) 82:15 | |
| **level**(4) 41:8 58:7 59:15 76:13 | |
| **leverage**(1) 53:12 | |
| **liability**(3) 47:19 47:20 121:18 | |
| **liberty**(1) 1:38 | |
| **lies**(1) 27:1 | |
| **lieu**(2) 18:10 31:13 | |
| **life**(5) 10:3 27:22 48:24 83:18 113:22 | |
| **light**(2) 75:9 76:8 | |
| **lights**(1) 43:17 | |
| **like**(53) 10:16 21:13 23:16 23:25 25:12 26:23 38:24 40:22 41:11 42:20 43:7 46:4 49:11 51:6 59:6 60:19 60:23 63:25 69:11 69:16 70:14 74:21 77:21 77:23 78:4 79:25 87:18 91:17 92:3 92:13 93:8 94:4 94:10 95:25 98:24 103:24 105:10 111:13 116:1 116:8 121:11 121:15 121:16 121:17 134:23 137:1 | |
| **likelihood**(1) 112:8 | |
| **likely**(1) 19:23 | |
| **likewise**(1) 33:7 | |
| **limitations**(1) 132:7 | |
| **lindow**(6) 3:49 95:3 95:3 95:4 95:5 95:19 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| line(9) 7:12 7:18 18:15 45:8 71:21 72:18 73:13 87:5 115:18 | | ltd(140) 17:2 17:7 17:8 18:4 18:7 18:8 18:9 18:10 18:11 18:15 18:22 20:3 23:18 24:11 24:14 24:22 27:2 27:7 27:15 28:18 29:23 29:25 30:2 30:11 30:15 30:19 30:22 31:6 31:7 31:13 32:2 32:13 33:23 34:7 34:10 35:3 35:4 35:9 35:16 35:25 37:2 38:23 39:1 39:6 41:13 42:1 42:4 42:6 42:7 42:23 42:25 43:23 44:3 44:14 44:21 45:10 45:24 45:25 47:14 48:8 50:7 51:14 51:17 51:20 55:5 55:20 55:24 56:1 57:18 58:24 63:13 65:20 66:8 67:20 67:23 68:25 73:8 75:5 76:16 77:2 77:3 77:14 78:7 86:19 89:21 90:13 91:17 92:25 93:2 93:18 97:10 97:11 97:19 98:9 100:10 101:17 101:18 102:3 103:15 103:16 104:14 106:1 106:17 106:24 110:3 110:7 110:22 111:25 112:3 112:6 112:18 112:21 112:24 113:6 113:8 113:10 113:12 114:1 114:2 114:15 114:19 114:20 114:21 117:6 117:7 117:11 117:14 117:20 118:7 118:9 121:19 126:22 126:24 126:25 127:7 127:22 129:25 130:9 131:20 132:15 | | matter(20) 11:4 36:13 42:11 71:11 76:9 79:19 82:20 84:23 98:3 103:1 103:5 123:2 128:20 129:9 129:14 130:18 132:6 135:21 139:7 | | minus(1) 74:13 minute(2) 62:19 79:14 106:15 minutes(5) 23:17 51:24 70:14 88:12 108:4 miscommunication(1) 97:23 misconstrued(1) 89:22 missed(2) 80:9 87:8 mistake(1) 98:1 models(1) 17:16 modified(1) 59:22 modify(1) 21:6 moment(1) 126:5 monetary(1) 74:5 money(8) 48:1 50:21 73:1 95:11 100:11 124:14 125:3 125:25 |
| lines(2) 87:20 98:8 | | | | matters(10) 9:8 10:3 10:3 13:7 13:9 17:25 81:19 82:16 90:14 138:18 | | |  |
| linn(1) 4:23 | | | | | | |  |
| lisa(1) 1:35 | | | | matthew(1) 4:31 | | |  |
| list(4) 25:18 49:20 81:22 98:22 | | | | mature(1) 41:19 | | |  |
| listed(4) 25:8 45:8 49:18 55:25 | | | | matz(8) 2:31 39:14 39:17 39:17 39:19 39:21 40:1 40:3 | | |  |
| listening(8) 92:2 93:11 95:17 95:18 95:20 96:1 99:15 138:25 | | | | | | moneys(1) 45:5 monies(1) 125:5 |  |
| lists(2) 33:13 113:19 | | | | maximum(3) 31:24 130:14 133:10 | | monitor(2) 2:35 3:12 |  |
| litigated(1) 113:7 | | | | may(40) 7:12 10:14 12:22 13:15 15:9 15:15 15:15 15:18 15:20 15:21 24:18 25:11 28:5 32:15 32:24 34:8 47:12 49:24 57:15 58:4 73:16 79:3 82:2 93:21 96:24 101:7 107:16 109:10 113:2 113:3 116:14 119:12 120:4 120:6 121:1 124:1 126:6 128:15 130:2 133:25 | | month(2) 71:6 71:9 monthly(3) 127:14 127:22 137:4 montreal(1) 75:20 more(23) 19:3 22:3 23:23 24:8 25:18 39:12 47:12 61:21 63:5 63:8 64:5 68:11 69:16 71:8 75:17 82:14 87:17 95:5 111:16 113:25 114:13 123:1 136:2 |  |
| litigation(2) 104:24 113:12 | | | | | | |  |
| little(17) 17:13 22:3 23:23 47:12 47:21 69:16 69:17 70:5 70:17 74:11 74:22 103:7 104:16 105:16 111:16 114:13 122:2 | | | | | | |  |
| lived(1) 105:8 | | | | | | |  |
| llp(10) 1:27 3:4 3:8 3:13 3:18 3:18 3:22 3:31 3:40 4:4 | | | | maybe(5) 90:24 102:2 103:24 115:15 125:1 | | |  |
| | | | | mccaffrey(1) 5:47 | | moreover(1) 69:6 morgan(1) 102:23 morning(22) 7:2 7:3 7:4 13:1 13:15 13:19 16:10 16:11 38:7 39:10 39:14 40:13 40:15 40:16 51:11 51:13 51:14 51:15 69:25 70:1 75:2 89:20 |  |
| loan(2) 76:6 76:9 | | | | mccarter(1) 2:4 | | |  |
| local(1) 9:1 | | | | mccloy(4) 2:30 3:30 3:44 39:19 | | |  |
| located(1) 56:22 | | | | mean(15) 15:20 24:1 35:18 54:23 55:11 62:12 64:7 78:2 100:11 108:17 108:22 109:5 117:18 121:11 134:22 | | |  |
| logan(1) 5:18 | | | | | | |  |
| loggins(68) 5:39 35:23 35:25 36:12 79:17 79:17 79:18 79:21 102:22 102:22 102:24 102:24 103:5 103:6 103:9 103:12 123:10 123:14 123:16 123:17 123:19 123:21 123:24 124:1 124:3 124:9 124:25 125:13 125:16 125:17 126:7 126:9 126:14 126:21 127:4 127:9 127:14 127:22 128:23 129:6 129:16 129:23 130:2 130:9 130:13 131:10 131:16 132:9 132:14 133:2 133:8 133:22 133:23 133:25 134:2 134:14 134:1 135:6 135:9 135:11 135:14 135:16 135:19 136:7 138:9 138:12 138:25 | | | | | | morris(2) 1:26 7:5 mortgage(2) 101:5 101:6 mortgages(1) 101:4 most(10) 8:6 22:19 31:16 42:25 53:21 53:25 54:1 56:16 99:2 125:4 |  |
| | | | | meaning(3) 19:9 24:2 117:6 meaningless(1) 98:2 means(3) 25:4 87:17 98:7 meant(2) 25:8 33:15 measure(1) 49:10 | | |  |
| | | | | | | mostly(1) 102:14 motion(34) 13:10 13:12 14:21 15:9 15:14 15:15 35:22 36:17 36:23 40:17 40:18 40:23 42:8 45:3 45:7 49:12 66:11 70:15 75:7 77:22 83:12 86:13 86:17 92:3 93:19 97:8 99:6 103:20 116:6 119:14 119:23 123:10 127:5 128:7 |  |
| | | | | mediation(3) 66:25 67:9 67:23 medical(31) 20:5 21:12 21:12 27:22 29:3 29:11 30:1 43:4 43:6 43:12 43:25 44:7 44:11 44:19 48:1 48:6 48:9 50:25 57:19 62:22 63:1 63:4 63:12 68:23 78:11 88:18 104:11 132:19 133:5 133:13 137:20 | | |  |
| loggins'(1) 103:1 | | ltds(2) 25:22 57:10 | | | | |  |
| logical(1) 57:20 | | ltd's(1) 67:5 | | | | |  |
| lois(4) 4:39 79:22 80:5 80:8 80:10 83:25 | | lucky(1) 74:1 | | | | |  |
| long(6) 60:15 73:19 84:13 115:13 124:7 135:2 | | lunch(3) 40:24 41:2 82:22 luncheon(2) 11:7 84:2 | | | | motions(19) 12:13 13:9 13:13 13:23 13:24 17:3 17:11 17:17 17:19 35:2 37:11 39:8 53:16 65:2 86:17 118:11 119:21 132:14 133:22 |  |
| | | mace(1) 1:42 82:6 82:7 | | | | |  |
| | | macular(1) 70:4 | | medicare(6) 94:1 94:3 94:9 129:24 137:2 137:3 | | |  |
| long-term(29) 23:12 27:13 27:19 28:2 32:25 43:3 47:10 47:16 56:14 56:20 58:2 67:20 70:2 71:2 73:10 76:24 89:21 89:23 110:9 110:17 116:15 127:13 127:16 131:22 133:7 134:6 136:11 136:12 | | made(20) 13:4 17:11 24:21 32:15 39:23 43:10 53:7 64:5 67:1 67:23 76:9 76:23 84:10 92:9 101:22 102:18 113:3 124:25 127:23 128:2 | | | | |  |
| | | | | meet(11) 9:16 25:12 27:3 27:4 28:5 36:8 56:4 60:8 77:2 85:9 107:8 | | |  |
| | | mail(1) 116:8 mailed(1) 33:19 | | | | mounting(1) 48:1 movants(4) 14:14 38:23 38:25 39:2 move(7) 11:1 14:14 49:11 51:24 65:1 103:21 116:1 |  |
| longer(11) 21:11 30:15 33:2 36:4 43:20 57:13 83:18 103:7 117:1 130:13 134:21 | | | | megan(6) 1:36 16:12 106:12 120:9 123:6 126:12 | | |  |
| | | main(6) 15:6 16:17 17:18 19:1 70:18 72:2 maintain(5) 59:20 64:21 67:19 94:24 maintained(9) 45:1 56:9 58:22 59:3 71:15 77:4 78:10 92:8 94:15 | | | | |  |
| | | | | member(3) 50:13 51:17 74:22 members(1) 50:19 mention(2) 70:4 71:6 mentioned(4) 72:11 73:14 114:25 115:23 mentored(1) 75:16 mercer(1) 4:4 mercy(1) 125:5 merge-type(1) 116:8 merit(1) 126:17 merits(2) 129:10 129:14 message(2) 10:8 50:9 met(3) 25:9 33:11 85:15 methodology(1) 69:4 | | moving(2) 116:4 129:22 mrs(1) 126:14 much(26) 29:11 43:7 69:21 72:7 74:19 78:14 84:3 84:14 87:21 87:22 89:3 91:4 95:17 95:17 101:23 106:4 108:6 118:19 120:12 121:14 121:17 122:25 124:25 128:19 132:20 138:23 |  |
| look(30) 8:2 9:20 10:12 14:12 19:3 25:25 26:23 32:2 35:12 49:16 53:18 56:13 58:10 58:15 62:7 84:22 96:18 96:19 96:19 96:2 97:14 107:12 107:17 109:13 109:14 113:1 118:2 125:10 125:18 129:7 | | | | | | |  |
| looked(1) 114:12 | | makes(9) 12:8 14:18 14:22 24:19 78:22 82:17 82:18 88:20 115:18 | | | | |  |
| looking(12) 29:19 30:7 45:11 54:19 57:5 64:11 72:22 72:24 81:20 108:20 118:24 121:20 | | | | | | multiple(3) 17:11 34:2 75:17 murphy(1) 2:37 must(12) 42:13 42:18 46:6 48:12 48:16 55:18 58:1 58:25 106:4 109:24 110:21 125:19 |  |
| | | making(6) 7:22 27:14 34:20 84:19 102:15 107:6 | | michael(3) 4:9 4:23 6:18 might(10) 7:9 7:10 14:7 72:15 78:19 78:19 78:23 79:3 120:16 120:16 | | |  |
| looks(1) 25:12 | | | | | | |  |
| lord(1) 125:23 | | | | | | |  |
| lose(4) 74:3 122:7 134:9 135:22 | | | | | | |  |
| losing(4) 76:1 93:5 122:19 122:20 | | management(4) 4:22 4:30 99:20 99:21 manager(2) 46:17 95:8 mandatory(1) 134:5 | | | | |  |
| loss(3) 93:6 117:22 121:18 | | | | mike(1) 101:15 | | mute(1) 136:24 |  |
| lost(4) 72:25 117:25 138:3 138:3 | | | | milbank(4) 2:30 3:30 3:44 39:17 | | myself(4) 40:17 75:3 89:10 122:11 |  |
| lot(8) 9:3 9:8 9:15 9:22 12:8 24:3 78:3 119:9 | | manhattan(1) 2:32 many(10) 18:6 31:7 44:13 69:15 81:12 85:7 89:6 89:16 89:16 105:8 | | military(2) 46:14 84:16 miller(1) 2:11 million(1) 95:9 millions(1) 18:5 mind(2) 8:23 124:10 minimum(7) 26:10 26:23 27:10 42:24 46:6 55:19 128:1 | | najam(1) 5:31 najum(3) 79:10 83:9 83:11 name(18) 8:19 40:9 40:13 46:14 51:12 64:15 69:24 75:2 79:10 80:2 80:9 80:15 80:23 81:22 83:11 86:9 87:8 93:15 |  |
| lots(1) 88:22 | | | | | | |  |
| loud(1) 108:20 | | mark(21) 4:19 6:10 39:11 40:14 70:16 72:16 72:21 77:22 77:24 83:13 84:8 86:16 88:3 91:15 92:3 93:19 95:7 97:7 99:16 102:18 103:24 | | | | |  |
| lower(5) 24:6 26:1 26:4 65:21 101:9 | | | | | | |  |
| lowercase(2) 93:24 94:12 | | mark's(1) 70:18 market(3) 1:12 1:30 2:38 | | minimum(1) 128:1 minor(2) 8:10 74:10 | | names(1) 8:19 napier(1) 4:26 narrow(2) 24:8 88:24 |  |
| | | martel(10) 5:43 100:18 100:20 100:20 100:21 100:22 100:22 100:23 100:24 101:14 mass(1) 32:21 master(1) 9:12 maternity(6) 46:12 47:1 47:2 111:15 111:17 111:23 | | | | |  |
| | | math(5) 29:15 128:13 129:6 129:7 130:6 mathematical(1) 93:3 | | | | |  |

| Word | Page:Line |
| --- | --- |

necessary(2) 11:13 118:19

need(6) 13:12 23:9 56:13 58:10 81:21

needed(6) 12:7 76:6 85:9 101:23 104:5 125:4

negotiations(1) 35:11

neil(1) 3:23

neither(1) 39:4

nervous(1) 124:7

net(1) 74:13

network(1) 108:7

networks(16) 1:8 3:4 6:13 13:25 40:19 61:9 70:3 70:11 70:22 72:9 75:13 96:3 101:3 109:2 114:3 121:21

never(12) 49:8 70:24 72:13 105:20 124:19 134:5 134:6 135:14 135:22 136:7 137:6 137:7

new(10) 1:39 2:20 2:33 13:22 21:24 47:3 73:2 105:10 107:2 130:16

next(18) 31:7 51:7 55:11 56:7 57:25 59:6 62:18 63:16 86:7 86:7 87:4 95:21 106:9 109:10 116:1 128:22 131:10 135:24

nice(2) 10:12 40:3

nichols(2) 1:26 7:5

nni(2) 19:20 34:23

nobody(1) 15:10

non(1) 24:4

non-eligibility(1) 29:23

non-lawyer(1) 24:3

none(5) 20:4 46:15 90:25 110:22 126:18

nonsensical(1) 49:8

noon(1) 78:18

nor(2) 85:13 97:12

normal(1) 44:9

normally(3) 13:23 71:12 85:16

nortel(103) 1:8 3:3 3:40 6:13 13:25 17:6 18:14 19:10 20:5 24:7 40:19 42:10 43:13 43:15 43:16 43:19 48:7 50:14 50:15 52:1 52:13 52:22 61:8 64:17 70:3 70:10 70:21 70:23 71:11 72:9 73:1 73:6 74:5 74:17 75:13 75:22 76:7 76:11 76:14 76:21 76:25 77:4 77:9 77:13 77:16 77:19 84:14 84:22 89:9 89:12 89:15 90:5 91:18 92:7 92:12 93:6 95:7 95:9 95:12 95:14 95:15 96:3 96:5 96:7 96:9 96:24 97:9 97:9 97:18 97:21 98:5 98:11 100:4 101:1 101:2 102:14 102:15 104:17 108:7 109:2 111:14 116:16 117:21 119:3 121:21 122:21 124:9 124:11 124:20 125:17 130:8 130:22 131:1 134:8 134:9 134:20 134:23 135:16 136:16 136:21 137:4 137:13

nortel's(11) 19:9 53:1 113:4 116:3 120:12 128:7 131:18 131:19 131:20 131:24 132:4

nortel's(3) 84:23 101:6 101:10

north(4) 1:30 2:26 2:38 2:46

northern(6) 70:11 85:12 128:5 128:8 129:2 135:10

not(204) 10:9 12:24 13:4 13:8 13:8 13:20 14:8 14:19 14:21 15:5 15:15 15:17 15:18 16:22 17:13 18:14 18:16 18:21 18:22 20:25 21:6 21:14 21:21 23:3 24:1 24:12 24:16 24:16 24:18 24:20 24:22 25:23 26:25 28:25 28:19 29:3 29:5 29:10 29:14 30:2 30:11 30:17 31:1 32:15 32:24 33:6 33:10 33:12 34:11 34:12 34:15 34:21 34:25 35:15 35:9 35:18 36:1 36:2 36:3 36:6 36:7 37:4 39:2 40:10 41:5 42:13 42:17 42:25 44:8 44:10 44:11 44:15 44:19 45:12 45:25 46:8 46:17 46:22 47:10 47:20 48:3 48:4 48:10 48:20 49:4 49:6 50:10 50:17 53:5 59:1 59:2 59:22 60:20 62:6 62:14 64:4 66:9 66:17 67:8 67:18 68:21 68:23 68:25 70:5 72:18 73:4 74:3 74:15 76:22 77:5 78:7 78:16 79:2 81:21 82:8 85:1 85:2 85:15 85:21 85:24 88:7 89:25 90:13 92:23 92:25 93:1 93:23 94:15 95:6 96:7 97:12 97:13 97:17 98:2 99:8 99:17 99:7 99:19 99:19 100:8 101:9 103:10 106:6 107:2 107:13 107:15 108:1 109:7 109:18 109:20 110:2 110:5 111:2 111:8 112:1 112:13 112:25 113:3 114:9 114:16 114:17 114:22 115:6 115:9 115:22 115:23 116:15 116:19 116:21 117:14 117:24 118:12 118:24 119:13 120:15 120:15 120:23 124:18 125:21 125:22 125:24 128:10 129:6 130:11 130:15 130:16 132:12 132:10 133:1 135:1 135:3 135:9 135:11 135:16 136:14 137:18 138:1 138:7

note(2) 19:25 115:12

noted(2) 105:5 111:8

notes(1) 70:5

nothing(9) 8:10 25:21 35:13 55:8 86:22 104:12 137:19 137:20 138:8

notice(10) 13:10 45:7 45:20 45:21 49:15 63:23 64:13 71:25 115:9 121:20

notices(1) 39:5

notify(2) 46:20 46:21

now(48) 11:23 23:15 29:12 38:15 39:22 47:3 49:11 57:8 62:7 62:14 65:9 65:11 67:23 69:23 70:25 77:18 78:17 81:22 84:2 85:20 85:21 86:7 88:16 88:16 88:21 89:3 89:16 96:8 98:11 103:1 104:5 106:13 107:17 108:5 108:9 109:9 112:3 117:19 122:14 124:11 125:4 126:3 127:18 128:20 130:20 136:24 137:16 137:17

nowhere(2) 76:15 99:8

ntps(1) 75:20

number(30) 7:6 7:16 8:4 15:10 15:10 16:1 19:20 19:22 26:11 26:23 27:10 29:14 37:24 40:18 42:14 42:24 46:7 47:21 55:19 65:19 66:10 78:24 83:5 88:2 89:14 97:7 97:21 98:2 111:10 114:7

numbers(4) 37:22 67:5 124:24 128:11 128:12 131:7

objection(9) 13:23 16:20 37:25 38:2 55:14 55:15 56:6 118:23 120:5

objections(7) 13:25 24:24 37:20 38:15 38:22 42:4 112:25

objectors(2) 27:6 28:25

obligation(2) 77:11 85:25

oblige(1) 10:18

obnoxious(1) 24:4

observed(1) 58:23

obtaining(1) 45:14

obviously(14) 16:21 24:3 30:21 33:20 41:15 62:6 62:14 81:16 105:8 113:2 113:7 118:7 129:13 130:13

occasion(1) 9:17

occasions(2) 46:8 65:20

occupational(2) 136:15 136:17

october(1) 101:18

odd(2) 24:4 90:22

of-a-kind(1) 75:20

off(11) 30:2 47:22 48:8 54:22 73:24 87:13 111:13 111:14 121:23 128:10 132:12

offer(1) 133:13

offered(6) 50:14 55:3 58:8 62:3 74:18 114:10

offerings(1) 64:6

offers(1) 74:18

office(1) 13:5

officer(1) 34:24

official(1) 38:11

offset(5) 127:7 127:13 127:18 129:5 129:10

often(1) 48:1

okay(78) 8:12 8:24 9:2 9:9 9:13 10:19 11:12 11:16 12:5 15:24 21:1 22:13 22:15 22:22 26:19 27:5 28:24 29:17 29:21 30:18 32:1 33:25 34:3 35:20 36:10 36:15 36:19 38:19 41:6 47:8 57:4 61:11 61:14 62:2 62:18 62:23 63:2 63:25 65:8 66:2 68:13 68:19 68:19 79:21 80:4 80:14 81:1 84:5 85:7 86:6 88:14 90:10 98:21 103:12 104:9 107:23 115:24 121:21 122:25 123:2 124:3 124:8 124:13 125:9 125:17 126:7 126:9 127:20 128:14 131:5 132:2 132:22 133:23 134:5 135:19 136:6 136:10

olive(1) 6:46

omission(2) 94:16 94:19

omnibus(2) 38:14 38:22

once(9) 17:21 27:10 46:18 46:25 50:7 58:24 85:1 87:2 101:9

one(69) 1:38 2:19 2:25 2:32 7:6 7:19 7:21 8:11 9:24 10:7 11:4 12:9 12:11 12:17 13:21 14:8 15:10 16:17 17:23 22:2 22:9 24:3 25:1 30:3 35:1 35:22 37:16 39:12 42:18 50:13 52:22 52:25 55:9 60:8 60:14 62:19 62:23 66:21 68:11 70:17 71:8 72:16 72:16 72:17 73:13 73:23 74:10 75:19 80:1 110:1 112:9 112:13 117:4 119:2 119:4 119:4 120:6 122:8 130:10 132:14 133:3 137:8 137:16

ones(1) 67:25

only(25) 8:13 22:10 30:7 42:18 45:5 47:24 48:21 50:17 55:6 62:23 65:24 66:16 66:22 71:12 72:18 76:13 78:16 79:14 83:15 107:5 126:22 135:11 135:16 136:17 137:6

onset(1) 56:8

onto(4) 6:15 72:17 134:20 135:1

onward(1) 49:25

open(4) 67:14 115:12 120:14 120:15

open."(1) 73:18

opening(2) 51:24 53:7

openings(1) 47:3

opining(1) 53:23

opinion(2) 91:3 121:2

opportunity(9) 8:18 15:4 23:9 23:12 58:3 76:1 77:8 87:4 98:25

opposed(1) 45:23

opposite(2) 28:7 35:7

opted(2) 33:8 88:24

optional(2) 113:22 113:22

options(2) 55:6 65:25

oral(1) 34:20

order(21) 7:10 7:13 7:22 8:3 10:12 10:14 10:25 28:15 28:20 28:22 42:15 42:24 46:7 46:7 48:12 48:15 55:20 84:20 107:7 110:20 133:12

orderly(1) 23:10

orders(1) 133:18

organization(2) 70:12 70:22

organizational(1) 16:8

organize(1) 69:14

organized(1) 69:16

organizing(1) 78:17

original(2) 44:5 71:2

other(67) 8:13 8:17 8:19 10:3 10:3 13:21 14:8 14:14 14:22 15:1 16:17 18:5 19:24 21:9 24:24 25:16 25:24 27:6 27:8 28:12 28:25 30:11 32:2 32:3 32:14 33:11 37:6 43:23 43:24 44:13 47:6 51:5 51:20 60:7 67:8 74:17 75:24 78:4 90:10 90:20 90:22 92:25 93:8 94:10 101:12 104:4 105:23 107:10 107:12 109:11 111:22 112:18 113:24 114:14 115:4 115:15 115:21 117:21 117:24 117:24 119:7 127:24 128:1 128:2 130:10 136:19 137:21

others(6) 15:14 17:17 36:24 79:7 79:8 97:13 109:15 116:19

otherwise(8) 18:12 25:9 25:23 30:23 34:17 97:13 109:15 116:19

ought(2) 8:14 82:14

our(28) 45:4 45:13 78:3 78:6 78:9 78:10 78:11 78:13 84:7 84:10 85:12 89:1 89:4 89:6 91:6 96:20 96:20 98:22 99:8 100:5 101:2 104:18 104:24 106:20 113:3 113:11 122:6 122:7

out(80) 7:9 12:10 13:15 14:17 15:21 16:25 17:9 18:15 18:21 19:14 24:19 24:24 25:8 25:14 25:22 26:12 26:13 27:3 27:7 28:2 28:2 29:11 30:12 30:14 30:24 30:25 31:19 32:7 32:11 32:18 33:2 33:13 33:18 35:3 35:25 39:5 40:24 41:19 43:14 43:17 44:7 46:25 47:2 47:18 47:20 50:21 51:18 54:24 64:1 72:15 73:11 75:15 76:11 89:25 89:25 96:25 98:6 101:22 108:20 111:1 111:2 111:11 111:18 111:21 113:19 113:20 115:20 116:5 116:18 116:23 117:19 124:19 125:20 126:18 129:8 131:16 132:13 132:19 136:17

outgoing(1) 45:15

outlined(1) 69:5

outside(1) 42:5

over(16) 50:7 50:21 69:17 70:5 73:3 89:5 99:6 99:23 99:23 104:24 105:16 113:8 124:9 127:15 127:19 128:3

overall(1) 68:5

overarching(8) 52:7 53:4 59:15 59:18 62:9 62:16 64:23 66:18

overcome(2) 29:5 29:7

overlapping(1) 69:15

overpayments(1) 127:24

overriding(1) 52:23

oversaw(1) 75:16

overview(2) 61:9 115:2

overy(1) 3:13

owe(1) 12:19 125:25 138:7

owed(5) 29:12 124:14 124:22 131:1 132:4

own(5) 53:6 62:01 69:8 85:23 88:10

p.m(2) 82:25 139:2

package(5) 44:23 85:15 116:10 116:17 116:23

packages(2) 32:23 116:13

packet(1) 97:19

page(33) 49:15 49:20 49:23 49:25 54:7 54:19 55:10 56:22 56:22 57:5 58:9 58:10 58:15 61:14 61:15 62:23 64:11 64:12 68:15 68:19 93:22 94:2 107:20 108:10 108:21 109:14 110:16 110:16 113:18 115:17 136:20 136:23 136:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**paid**(21) 23:19 30:11 30:17 31:13 37:3 43:25 46:23 47:14 47:20 48:5 48:7 48:8 73:23 74:1 74:6 105:25 111:13 111:14 117:14 119:15 132:10

**paper**(1) 12:11
**paperno**(1) 6:2
**papers**(3) 123:22 127:5 138:11
**paragraph**(4) 7:21 25:7 110:17 116:13
**pardon**(1) 118:16
**park**(2) 2:19 4:26
**part**(23) 15:16 19:15 32:11 35:8 45:7 48:7 50:4 51:7 62:3 62:10 63:9 64:3 65:25 85:17 105:24 110:6 113:8 113:12 115:9 116:10 117:14 117:22 129:24

**part-time**(20) 19:21 25:2 42:19 51:5 54:23 55:5 55:2 57:14 58:9 60:5 62:5 63:19 66:5 68:6 76:15 77:17 98:7 108:18 109:4

**partial**(1) 127:18
**partially**(1) 126:24
**participant**(1) 93:18
**participants**(2) 19:9 83:6
**participate**(2) 27:7 64:6
**particular**(4) 32:6 55:22 56:3 110:8
**parties**(10) 7:16 10:15 15:1 23:11 34:2 38:14 47:17 103:16 123:2 129:21

**partners**(2) 4:8 4:8
**parts**(1) 40:23
**party**(7) 3:26 4:14 4:18 4:22 4:26 4:30 4:34

**pass**(2) 72:16 74:21
**passed**(2) 132:8 134:16
**past**(6) 17:24 31:5 45:10 45:12 77:7 113:8
**patel**(22) 6:6 12:21 12:25 13:7 13:10 13:14 14:21 14:24 15:5 15:24 23:5 23:6 23:8 23:13 38:2 118:15 118:15 118:17 118:17 118:21 119:11 119:13

**patel's**(2) 16:19 120:1
**patience**(2) 81:22 138:15
**patient**(2) 70:9 87:16
**patterson**(1) 3:36
**pause**(2) 56:23 58:2
**pay**(24) 13:9 29:25 31:18 42:21 43:22 46:10 47:18 85:14 88:21 91:2 96:22 97:2 114:8 121:18 131:20 135:12 135:13 135:15 135:22 135:23 136:10 136:14 136:14 137:20
**paying**(5) 31:17 62:15 100:11 118:11 136:10

**payment**(16) 30:22 34:16 40:19 50:10 55:18 71:6 71:8 90:17 100:11 117:16 117:22 119:6 123:10 126:22 131:11 137:2

**payments**(8) 17:3 37:5 55:21 127:8 128:1 132:25 134:7 137:5

**payroll**(1) 132:4 132:7
**pbgc**(2) 45:22 76:10
**peers**(1) 71:1
**peg**(1) 3:27
**pending**(2) 14:21 119:14
**pennsylvania**(1) 1:46
**pension**(6) 2:10 71:3 71:5 71:10 76:10 76:12

**people**(25) 9:17 16:2 25:8 26:22 26:25 27:3 31:16 44:11 71:17 73:18 78:4 82:22 83:3 84:16 95:15 96:24 100:3 103:15 105:13 114:14 116:18 117:5 122:8 124:5 137:17
**people's**(2) 14:22 116:7

**per**(42) 3:48 4:14 4:34 4:38 4:46 5:1 5:5 5:9 5:21 5:30 5:34 5:38 5:42 5:46 6:1 6:5 6:9 6:17 6:21 6:25 6:29 6:33 6:37 6:41 6:45 19:20 25:3 26:11 27:10 40:19 52:17 53:3 55:13 55:19 61:21 63:5 63:8 65:23 69:8 95:10 108:23 109:7

**per/pro**(5) 4:18 4:42 5:13 5:17 5:26
**percent**(5) 41:18 74:13 92:23 122:13
**percentage**(1) 112:8
**percentages**(1) 74:12
**perform**(2) 20:3 28:19
**performed**(1) 84:18
**performing**(1) 58:18
**perhaps**(7) 22:23 79:7 81:15 88:11 97:17 103:19 103:21

**permanent**(1) 28:18
**permanently**(1) 28:23
**permission**(1) 50:16
**permit**(1) 69:16
**person**(13) 25:13 28:16 39:12 46:18 70:3 84:12 86:8 92:23 94:6 94:7 95:22 99:20 136:16
**persona**(21) 4:38 4:42 4:46 5:1 5:5 5:9 5:13 5:17 5:21 5:25 5:30 5:34 5:38 5:42 5:46 6:1 6:5 6:9 6:13 6:17 6:21

**personal**(6) 15:11 18:13 64:14 84:6 106:16 118:8

**personality**(1) 105:12
**personally**(2) 53:22 122:8
**personnel**(1) 47:23
**perspective**(3) 47:18 47:23 76:22
**pertinent**(3) 55:1 60:25 64:4
**peter**(3) 6:34 80:13 86:9
**peters**(1) 4:4
**petition**(2) 69:2 75:25
**petitioned**(1) 50:16
**petitioner**(1) 6:41
**petitioning**(1) 41:7
**phillips**(1) 6:10
**phone**(7) 12:22 71:17 78:4 78:24 83:4 103:14 138:21

**physically**(3) 62:6 62:14 62:16
**pick**(1) 82:21
**picks**(1) 77:12
**piece**(4) 12:11 96:11 119:2 119:8
**place**(6) 22:11 22:21 58:25 98:12 132:11 133:12

**plain**(4) 37:3 39:2 56:12 118:10

**plan**(152) 17:10 17:25 18:15 18:19 18:22 18:25 18:25 19:2 19:4 19:8 19:12 19:21 20:12 20:13 20:14 20:15 20:18 20:21 21:5 21:21 21:24 22:11 23:3 23:3 23:16 23:19 25:13 26:11 26:24 27:11 27:12 27:13 27:19 29:1 32:7 33:13 34:17 37:7 40:20 40:20 41:19 42:5 44:3 44:4 44:10 44:13 44:15 46:3 46:10 46:24 48:4 48:8 48:11 48:13 48:15 49:6 50:1 50:11 50:13 50:16 50:17 50:18 50:20 50:21 51:2 51:22 51:7 52:20 52:24 53:1 53:6 53:19 53:21 53:25 54:7 54:16 55:4 55:17 55:25 56:10 56:14 56:17 56:20 57:21 58:14 58:23 58:24 59:19 59:24 59:25 60:2 60:7 60:11 61:14 61:19 62:4 62:12 62:23 63:1 63:4 63:6 63:13 64:23 65:23 66:16 66:17 67:20 68:14 68:24 69:5 69:8 71:3 71:4 71:21 75:21 77:3 77:9 77:12 88:22 89:18 90:19 91:3 100:12 104:14 105:23 105:24 107:1 107:2 107:4 107:5 107:7 107:21 108:8 110:2 110:8 110:9 112:4 114:11 114:19 114:21 115:5 115:5 121:2 126:23 127:13 127:17 129:25 130:10 130:20 133:5 133:9 134:9

**plan-by-plan**(2) 59:16 59:22
**plans**(53) 13:17 17:6 18:24 19:1 19:8 19:12 19:15 19:25 20:24 21:16 23:25 24:25 24:15 24:19 24:19 25:10 26:22 27:8 28:11 28:19 30:21 31:5 33:24 34:11 34:20 34:22 37:4 39:3 39:7 42:17 44:5 44:13 50:14 52:7 67:21 89:7 89:7 107:9 107:11 107:14 112:15 114:10 114:15 114:24 115:11 115:14 115:21 116:9 116:16 116:18 116:2 118:10 133:13

**played**(2) 30:24 30:25
**plaza**(1) 1:38 2:32
**pleading**(1) 130:5
**pleadings**(1) 113:11
**please**(18) 7:3 7:11 35:24 54:6 54:15 56:24 58:10 59:6 59:12 83:1 83:2 83:16 121:7 125:23 128:16 133:25 134:1 136:23

**pleases**(1) 70:14
**pleasure**(1) 95:20
**plenty**(1) 41:15
**plight**(1) 38:25
**plus**(2) 75:17 84:14
**pocket**(1) 14:16
**podium**(1) 16:4
**point**(56) 8:1 15:21 23:23 25:21 25:25 28:21 30:3 31:19 33:16 33:18 34:18 40:16 43:18 44:24 45:1 51:6 51:17 54:24 55:23 59:17 60:10 61:3 61:5 63:3 63:25 65:2 65:22 68:3 70:17 71:9 72:7 72:8 72:10 72:16 72:20 74:10 78:23 81:10 88:17 89:3 92:5 94:10 104:8 105:14 110:23 111:2 114:13 117:19 118:20 119:7 124:12 126:18 128:23 132:13

**pointed**(4) 24:24 27:7 29:1 132:16
**pointing**(1) 16:24
**points**(8) 17:18 35:1 49:12 70:15 70:18 74:7 88:9 93:20

**policies**(1) 113:4
**policy**(6) 47:6 48:24 127:10 131:20 132:11 136:16

**portion**(8) 41:16 67:6 95:13 110:18 122:14 122:14 127:14 133:4

**posited**(1) 49:12
**position**(28) 12:6 16:21 25:20 33:23 34:10 42:16 42:22 46:4 47:2 49:5 50:24 51:25 53:13 65:4 66:16 69:13 73:3 73:21 73:22 99:3 104:10 106:16 110:22 124:12 129:15 129:19 135:5 138:10

**positioned**(1) 89:22

**positioning**(1) 66:8
**positions**(5) 12:6 17:14 19:3 73:17 103:14
**possess**(1) 60:4
**possessing**(1) 60:9
**possibility**(3) 45:20 45:22 101:25
**possible**(2) 24:22 112:13
**post**(2) 75:24 136:3
**post-petition**(3) 19:9 89:9 90:18
**posted**(1) 136:5
**potential**(2) 93:5 122:20
**potentially**(1) 49:24
**ppearances**(2) 1:24 2:1
**practical**(1) 128:20
**practice**(6) 29:23 29:24 31:6 52:12 59:7 132:11

**pre-disability**(1) 47:25
**preceding**(1) 109:19
**precluded**(1) 117:17
**precludes**(2) 30:3 34:19
**prefer**(1) 104:6
**prejudice**(1) 119:22
**prejudiced**(1) 16:22
**prematurely**(2) 41:10 94:22
**premise**(1) 118:3
**premiums**(2) 127:24 129:24
**preparation**(1) 70:6
**prepared**(1) 83:7
**prepetition**(4) 123:11 126:19 130:13 133:1
**present**(4) 15:6 40:23 74:13 128:6
**presentation**(3) 51:7 51:23 60:6
**presented**(9) 56:20 76:4 76:7 76:17 86:20 101:1 101:17 104:10 135:2

**presenting**(4) 51:21 65:22 68:9 69:12
**presents**(1) 55:20
**preservation**(2) 63:14 66:13
**preserve**(1) 66:3
**preserved**(7) 52:3 52:11 59:8 59:9 59:14 60:17 60:18

**press**(1) 53:8
**pressure**(1) 14:14
**pretty**(7) 8:6 46:18 71:10 84:14 92:21 118:18 120:12

**prevent**(1) 13:21
**prevented**(1) 50:20
**previous**(2) 71:14 95:10
**previously**(1) 72:11
**pride**(2) 84:17 84:21
**primarily**(1) 104:17
**primary**(2) 55:14 56:6
**prior**(62) 24:18 56:8 129:11 134:4
**pro**(58) 3:48 3:48 4:14 4:14 4:18 4:34 4:34 4:38 4:38 4:42 4:46 4:46 5:1 5:1 5:5 5:5 5:9 5:9 5:13 5:17 5:21 5:21 5:26 5:30 5:30 5:34 5:34 5:38 5:38 5:42 5:42 5:46 5:46 6:1 6:1 6:5 6:5 6:9 6:9 6:17 6:17 6:21 6:21 6:25 6:25 6:29 6:29 6:33 6:33 6:37 6:37 6:41 6:41 6:45 6:45 75:3 83:12 93:18

**probably**(6) 7:16 66:23 82:14 100:12 104:7 108:4

**problem**(3) 70:4 97:23 124:9
**procedural**(3) 14:23 16:17 91:6
**procedure**(3) 128:24 129:25 132:15
**procedures**(2) 34:21 85:10
**proceed**(10) 16:12 36:3 23:10 38:16 41:2 47:12 58:5 59:12 83:5 83:16

**proceeded**(1) 15:2
**proceedings**(4) 1:19 1:50 15:16 139:7
**process**(6) 8:25 13:19 87:14 93:12 96:13 105:15

**processes**(1) 102:5
**produced**(2) 1:51 132:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| products(2) 75:17 84:19 | | rather(11) 18:17 19:10 33:16 35:16 55:1 64:12 65:1 72:6 129:2 131:12 131:20 | | referred(4) 55:2 65:20 92:6 121:24 | | resonates(1) 93:9 | |
| professional(1) 138:21 | | | | referring(3) 50:3 67:14 111:25 | | resources(1) 70:22 | |
| proffered(1) 37:24 | | ray(3) 37:18 53:19 107:22 | | refers(1) 25:17 | | respect(10) 13:16 15:7 15:14 16:22 57:10 | |
| program(1) 116:8 | | ray's(2) 116:12 116:23 | | refinance(2) 76:7 101:9 | | 67:3 71:23 76:20 85:3 111:7 | |
| prohibits(1) 13:22 | | | | reflected(1) 66:6 | | | |
| project(1) 95:8 | | raymond(9) 6:14 80:15 80:15 91:22 91:24 91:24 91:25 92:1 93:14 | | reflective(1) 74:8 | | respectfully(4) 37:10 69:2 126:15 133:22 | |
| promise(5) 92:10 98:10 98:12 99:9 99:10 | | | | reflects(1) 122:18 | | respectively(1) 37:22 | |
| promised(3) 13:18 58:13 59:19 | | re-call(1) 82:3 | | refuses(1) 109:17 | | respond(8) 81:17 92:13 10:22 126:6 | |
| promises(1) 52:14 | | re-evaluated(1) 92:25 | | regard(2) 76:24 116:24 | | 137:9 137:25 137:25 138:3 | |
| promptly(1) 106:9 | | re-reading(1) 106:8 | | regarding(2) 114:20 129:14 | | | |
| proof(7) 59:3 60:15 11:22 126:20 126:21 130:12 133:1 | | re-summarize(1) 74:7 | | regardless(4) 33:10 96:7 107:2 114:23 | | responded(2) 43:9 137:7 | |
| | | reach(1) 31:24 | | regards(1) 44:3 | | response(1) 40:6 | |
| proper(2) 13:22 128:24 | | reached(5) 19:11 41:15 41:22 130:14 133: | | regular(3) 58:18 61:20 63:5 | | responses(1) 137:11 | |
| properly(6) 15:2 16:2 126:20 129:5 130:7 130:25 | | read(10) 25:17 58:14 62:4 65:1 94:13 98:5 115:20 123:22 125:10 136:23 | | regularly(24) 19:19 20:3 24:17 25:1 25:11 26:10 29:13 53:2 55:19 55:19 56:3 58:20 66:5 108:22 109:6 110:5 110:23 111:9 | | responsibilities(2) 105:3 134:10 | |
| | | | | | | responsibility(1) 134:9 | |
| property(2) 15:11 114:2 | | reading(4) 25:6 88:25 89:7 108:20 | | | | rest(4) 8:3 13:13 78:15 88:11 | |
| propria(21) 4:38 4:42 4:46 5:1 5:5 5:9 5:13 5:17 5:21 5:25 5:30 5:34 5:38 5:42 5:46 6:1 6:5 6:9 6:13 6:17 6:21 | | reads(1) 68:20 | | 111:12 112:1 113:6 113:14 113:24 114:5 | | restated(1) 108:8 | |
| | | ready(1) 83:4 | | | | result(9) 19:8 43:1 44:9 47:4 51:4 58:22 | |
| | | real(1) 8:22 | | reimbursed(2) 129:24 130:25 | | 75:22 125:1 136:15 | |
| prorated(2) 127:19 127:21 | | reality(2) 73:5 73:6 | | reimbursement(2) 130:24 131:4 | | | |
| protect(1) 121:16 | | realize(1) 41:17 | | reimbursements(1) 130:6 | | resulted(1) 52:21 | |
| protected(2) 13:20 120:16 | | realized(1) 134:3 | | reiterate(4) 94:4 106:15 116:2 118:1 | | resume(1) 11:13 | |
| protection(1) 43:15 | | really(25) 11:5 12:12 13:12 13:25 15:2 17:13 18:20 19:1 24:6 29:9 45:2 66:17 68:1 91:17 91:19 95:20 97:22 99:2 99:25 105:11 105:16 112:25 118:18 120:11 136: | | reiterated(1) 109:22 | | retain(2) 56:1 92:10 | |
| proven(1) 58:23 | | | | reject(2) 97:24 98:13 | | retained(2) 62:11 | |
| provide(5) 10:17 19:13 55:18 105:2 122:1 | | | | relate(1) 84:16 | | retains(2) 66:19 76:11 | |
| provided(7) 56:17 75:25 85:13 92:19 95:15 122:7 122:15 | | | | related(2) 9:8 126:25 | | retention(4) 57:10 62:9 66:7 132:7 | |
| | | | | relates(2) 35:22 117:7 | | retire(3) 33:8 45:18 48:20 | |
| provides(2) 52:24 119:4 | | reason(9) 58:12 68:22 77:10 92:8 104:23 112:12 115:13 136:8 136:9 | | relating(2) 20:13 123:11 136:19 | | retired(1) 137:19 | |
| provision(3) 32:12 33:21 109:11 | | | | relationship(2) 52:8 59:22 | | retiree(8) 3:22 21:12 32:13 33:21 39:6 45:18 50:4 50:7 | |
| prudent(1) 78:23 | | reasonable(2) 64:4 64:13 | | relatively(2) 71:1 73:19 | | | |
| prudential(11) 70:24 71:17 92:24 127:12 129:1 130:1 130:1 130:16 131:6 136:13 137:13 | | reasons(2) 38:25 118:23 | | release(3) 35:6 109:17 109:18 | | retirees(1) 2:4 | |
| | | rebecca(1) 4:27 | | releases(1) 45:14 | | retirement(18) 32:10 32:15 33:7 33:9 34:9 34:15 45:23 50:13 72:17 73:8 73:11 74:4 77:12 89:24 90:6 101:19 134:5 137:19 | |
| public(1) 67:15 | | rebut(1) 65:12 | | relevant(7) 18:2 32:25 60:25 67:21 94:20 114:16 116:15 | | | |
| publicly(1) 125:19 | | rebuttal(1) 64:2 | | | | | |
| purportedly(1) 46:3 | | recall(2) 36:12 119:12 | | reliance(1) 34:13 | | retires(1) 33:12 | |
| purpose(3) 31:6 44:16 67:22 | | receipt(1) 117:17 | | relief(1) 126:15 | | return(9) 18:19 20:6 20:9 20:11 29:9 29:16 29:25 30:6 30:14 30:16 34:8 36:5 64:7 73:16 73:25 78:20 82:15 82:21 85:12 90:13 92:18 114:2 120:13 120:24 120:24 121:1 132:17 | |
| purposes(10) 24:13 29:4 36:4 44:17 57:12 62:11 107:12 119:19 132:20 135:2 | | receive(19) 12:24 37:5 42:25 43:2 45:5 46:5 48:15 49:25 57:18 71:5 77:20 92:12 109:20 110:20 116:18 117:8 134:8 137:4 138:1 | | reluctant(1) 9:19 | | | |
| | | | | rely(2) 79:7 81:3 | | | |
| pursuant(4) 7:21 14:17 47:5 116:21 | | | | remained(2) 22:25 69:1 73:17 109:24 | | | |
| put(7) 78:4 89:14 99:4 102:14 113:5 116:8 120:15 | | | | remained(2) 21:22 28:22 | | | |
| | | received(17) 12:11 18:13 19:10 30:21 30:23 32:3 32:20 41:18 97:19 117:1 117:17 124:14 127:9 134:6 134:7 135:20 137:23 | | remaining(2) 43:21 43:24 | | return-to-work(1) 71:20 | |
| puts(1) 56:3 | | | | remajos(3) 6:26 80:21 98:17 | | returned(2) 33:22 34:13 | |
| putting(1) 30:19 | | | | remark(1) 76:20 | | returning(3) 73:19 112:10 132:18 | |
| qualified(1) 49:6 | | | | remember(2) 23:24 32:12 | | review(4) 10:5 56:15 58:7 112:16 | |
| qualifies(2) 63:9 109:15 | | receiving(11) 33:16 47:25 49:7 63:12 73:16 90:20 90:23 93:24 107:10 130:13 133:9 | | remind(1) 34:5 | | reviewing(1) 18:2 | |
| qualify(7) 28:16 42:15 46:7 48:4 48:12 48:24 85:16 | | | | remote(2) 75:14 75:19 | | revised(1) 11:1 | |
| | | | | removed(1) 73:5 | | revoked(1) 114:3 | |
| quarter(1) 11:8 | | recent(5) 22:19 53:21 53:25 54:1 56:16 | | repeat(1) 88:7 | | revokes(1) 109:18 | |
| question(6) 22:4 106:21 106:24 109:22 129:20 137:8 | | recently(2) 53:19 92:15 | | repeatedly(1) 43:11 | | rexroad(5) 6:18 101:15 101:17 101:21 | |
| | | recess(4) 11:12 82:23 82:25 138:23 | | repetitions(1) 86:23 | | | |
| questions(3) 71:20 71:21 74:24 | | recognition(3) 52:14 60:17 77:8 | | repetitive(1) 40:10 | | richards(1) 2:23 | |
| quick(1) 73:13 | | recognized(4) 52:12 59:24 78:9 110:6 | | replaced(1) 43:21 | | right(125) 8:9 9:13 13:4 14:13 14:15 14:25 17:16 19:13 23:2 23:21 26:15 26:16 29:15 30:5 30:9 34:16 35:10 37:12 38:3 38:3 38:18 39:16 39:25 40:7 40:12 41:4 46:1 46:9 47:13 49:19 49:20 50:10 51:21 53:10 54:8 54:17 55:17 57:3 58:6 59:10 61:6 61:7 62:7 62:14 64:15 65:5 67:8 67:11 67:11 68:17 69:23 72:11 72:14 74:25 76:23 77:25 78:14 79:5 79:15 79:22 80:16 80:22 81:6 82:19 82:19 85:5 87:22 89:25 90:1 90:17 91:7 91:13 91:21 93:14 95:1 95:19 96:8 97:1 97:15 97:16 97:17 98:15 99:9 99:11 100:15 102:20 103:9 106:22 107:19 108:11 108:16 108:25 109:1 109:4 109:12 111:4 114:7 115:3 115:22 117:8 117:12 118:13 119:11 119:22 120:19 121:6 121:21 122:9 122:19 122:24 122:25 123:5 123:17 124:11 124:24 126:1 126:2 127:2 130:21 131:9 135:17 137:17 138:3 138:9 138:20 | |
| | | | | replied(1) 136:24 | | | |
| quickly(2) 120:22 121:23 | | record(13) 16:12 38:10 39:23 55:15 69:24 86:23 87:13 103:18 106:12 120:3 126:12 128:4 132:7 | | reporting(1) 125:20 | | | |
| quiet(1) 121:8 | | | | represent(3) 89:10 90:19 91:14 | | | |
| quit(1) 48:20 | | | | representation(1) 92:19 | | | |
| quite(4) 9:25 14:13 85:5 122:24 | | | | represented(2) 86:25 117:8 | | | |
| quote(8) 55:17 57:12 58:14 61:19 66:25 67:19 68:20 73:13 | | recorded(3) 1:50 42:17 46:2 | | representing(3) 38:11 40:16 75:3 | | | |
| | | recording(2) 1:50 139:6 | | represents(3) 30:22 117:16 118:3 | | | |
| | | records(6) 131:24 132:4 134:17 134:21 134:24 135:1 | | reps(1) 71:18 | | | |
| race(1) 41:5 | | | | request(5) 37:10 37:17 119:25 129:16 133:22 | | | |
| raise(3) 9:16 17:6 35:21 131:25 | | | | | | | |
| raised(14) 17:18 23:18 31:8 35:1 110:25 112:25 126:20 126:20 127:5 129:25 130:1 131:11 133:1 134:2 | | recover(2) 76:2 122:17 | | requested(1) 114:1 | | | |
| | | recovered(2) 73:20 128:3 | | requests(1) 43:10 | | | |
| | | recoveries(1) 37:7 | | require(3) 19:6 28:19 34:22 | | rights(4) 15:6 15:14 32:22 50:8 | |
| raises(1) 133:2 | | recovery(7) 92:20 92:24 93:4 93:5 112:8 112:9 122:15 | | required(3) 46:20 92:11 134:17 | | rise(1) 83:1 | |
| range(1) 19:24 | | | | requirement(11) 19:6 27:1 29:7 42:16 45:16 45:24 56:5 60:4 60:8 60:13 60:16 | | robert(3) 5:43 100:20 100:22 | |
| rate(2) 101:9 115:4 | | rectified(1) 131:8 | | | | rodney(2) 2:25 2:45 | |
| | | reduce(1) 37:7 | | | | | |
| | | reduced(1) 41:16 | | requirements(12) 21:23 30:20 52:21 52:24 60:1 60:7 61:18 77:2 85:10 85:14 85:22 85:24 | | | |
| | | reduction(3) 8:4 8:5 85:17 | | | | | |
| | | reductions(1) 74:12 | | | | | |
| | | redundant(2) 68:2 86:23 | | requires(2) 62:5 62:13 | | | |
| | | refer(4) 53:17 55:24 66:23 77:23 | | res(3) 129:9 129:18 133:4 | | | |
| | | reference(1) 56:21 64:5 88:8 93:20 110:3 | | reservation(1) 32:22 | | | |
| | | referencing(2) 53:24 109:11 | | resolved(1) 114:21 | | | |
| | | | | resonated(1) 54:3 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| roger(2) 5:22 97:4 | | section(19) 19:15 19:16 24:19 27:20 27:21 | | severance(183) 13:9 13:17 15:11 17:3 17:6 | | sir(28) 23:13 39:20 51:14 54:9 54:13 57:2 |
| roll(1) 50:21 | | 28:7 33:13 34:22 35:13 55:16 57:7 66:23 | | 18:4 18:17 18:22 18:24 18:24 18:25 19:2 | | 61:2 62:21 67:6 75:4 77:25 81:6 82:12 |
| rooney(1) 2:36 | | 68:16 68:20 73:14 94:2 109:10 109:16 | | 19:4 19:7 19:13 19:21 20:13 21:6 21:13 | | 83:16 86:15 87:21 93:16 95:2 98:15 |
| rossi(28) 4:43 74:23 75:1 75:2 75:3 75:5 | | 112:15 | | 21:24 22:10 23:19 24:9 26:21 29:1 29:4 | | 100:22 101:13 101:16 102:12 102:13 119:7 |
| 77:25 81:25 82:2 82:2 82:8 82:10 82:11 | | sections(1) 21:8 | | 29:12 29:15 29:24 29:25 30:12 30:17 31:1 | | 121:7 121:14 122:22 |
| 82:12 86:21 91:16 92:4 99:17 101:3 | | security(9) 74:14 93:24 94:3 94:8 124:15 | | 31:2 31:5 31:20 32:5 32:6 32:19 33:5 | | |
| 102:18 103:23 103:23 120:4 120:4 120:7 | | 124:23 125:22 125:22 137:5 | | 33:9 33:10 33:17 33:24 34:11 34:16 35:3 | | situated(1) 36:23 |
| 120:8 120:19 120:23 | | | | 35:8 35:10 36:23 37:3 38:23 39:2 39:3 | | situation(5) 28:4 44:6 47:16 105:19 105:22 |
| | | see(20) 26:13 40:2 40:3 45:8 49:17 57:3 | | 40:19 40:19 41:9 42:5 42:15 42:17 42:21 | | situations(1) 46:11 |
| rossi's(1) 120:22 | | 58:11 74:20 79:1 83:21 96:21 101:12 | | 43:22 43:25 44:2 44:3 44:10 44:12 44:15 | | six(3) 11:22 70:14 90:3 |
| rossi's(1) 84:9 | | 108:2 108:12 108:21 109:1 109:9 113:18 | | 44:17 44:23 45:6 45:8 45:9 46:6 46:10 | | sixteen(1) 49:21 |
| rule(6) 15:17 15:19 25:5 78:13 99:8 106:7 | | 115:17 131:2 | | 46:10 46:23 47:4 48:4 48:13 48:15 49:21 | | size(1) 9:14 |
| rules(2) 77:6 120:12 | | | | 49:24 50:1 50:2 50:8 51:2 51:4 51:22 | | skills(1) 16:8 |
| ruling(10) 14:7 15:14 15:22 106:8 123:3 | | seek(1) 76:18 | | 52:16 52:17 53:1 53:6 53:13 53:18 53:21 | | sleet(1) 11:7 |
| 125:2 135:4 135:11 135:18 138:14 | | seeking(5) 17:3 86:18 91:16 91:11 123:10 | | 54:6 54:16 55:4 55:17 55:18 55:21 55:25 | | slightly(2) 36:23 36:24 |
| | | seem(1) 26:7 | | 56:5 57:24 60:1 60:7 61:18 63:6 65:23 | | small(1) 95:13 |
| run(1) 14:17 | | seemed(1) 12:12 | | 66:14 68:9 68:14 68:25 69:4 69:5 69:9 | | smart(1) 79:3 |
| rush(1) 41:1 | | seemingly(1) 52:20 | | 69:18 71:14 72:2 72:12 72:13 72:14 72:2 | | snyder(1) 139:11 |
| safe(1) 82:13 | | seems(4) 17:12 42:11 85:2 89:21 | | 73:24 74:1 74:3 74:7 74:16 75:8 75:11 | | social(7) 74:13 93:24 94:3 94:8 124:15 |
| said(28) 32:23 33:8 42:13 72:5 81:3 85:8 | | segal(2) 3:22 3:22 | | 76:16 76:18 76:23 77:7 77:9 77:20 78:11 | | 124:23 137:5 |
| 85:19 87:2 87:12 87:18 87:19 87:20 88:6 | | select(1) 50:6 | | 83:20 85:14 85:15 85:16 86:18 87:2 87:18 | | |
| 89:12 95:6 96:16 101:9 112:10 113:11 | | selection(1) 43:9 | | 88:21 89:2 89:7 89:25 90:1 90:17 90:23 | | sold(2) 84:19 116:4 |
| 124:20 124:22 125:18 136:22 136:23 | | sell(1) 104:21 | | 91:2 91:17 92:16 92:18 93:2 94:18 94:24 | | solely(2) 108:23 109:8 |
| 137:22 137:22 137:25 138:2 | | send(1) 125:20 | | 96:22 97:11 97:15 97:22 101:1 102:3 | | some(34) 7:7 8:18 13:16 15:15 17:10 |
| | | senior(1) 19:3 | | 104:13 105:24 107:1 107:1 107:21 108:7 | | 23:17 25:24 26:12 27:6 27:9 28:15 33:20 |
| salary(2) 74:13 89:11 | | sense(11) 12:9 13:20 14:10 14:20 14:23 | | 109:15 109:20 111:1 114:11 114:12 114:2 | | 33:22 64:2 64:3 65:1 71:1 73:20 73:22 |
| same(28) 16:21 20:24 21:22 22:9 22:25 | | 24:7 26:13 48:9 78:22 82:18 87:14 | | 115:5 115:22 117:18 118:10 122:19 | | 97:18 105:14 106:8 112:23 113:2 113:9 |
| 28:22 33:19 34:1 38:25 51:4 55:10 58:1 | | | | 126:23 | | 114:24 124:18 125:5 129:7 129:23 132:15 |
| 60:13 61:18 73:13 85:2 85:19 88:8 88:8 | | sent(16) 12:23 13:15 13:18 32:7 32:11 | | | | 135:20 137:22 137:24 |
| 91:1 94:1 115:17 121:17 122:19 125:1 | | 33:2 39:5 44:22 49:14 116:3 116:23 | | shall(7) 35:14 54:22 55:11 108:17 108:22 | | |
| 129:11 129:12 129:14 | | 124:16 125:10 125:18 130:2 137:23 | | 109:5 109:20 | | somebody(2) 64:6 64:8 |
| | | | | | | someday(1) 122:18 |
| samis(1) 2:24 | | sentence(2) 63:4 109:14 | | share(2) 97:10 128:17 | | somehow(1) 89:22 |
| sandner(1) 6:22 | | sentences(1) 121:11 | | shared(3) 43:13 49:14 76:21 | | someone(8) 9:5 19:17 19:19 28:2 29:7 |
| sandra(3) 4:47 80:3 99:12 | | separate(9) 13:13 42:1 73:9 102:4 102:5 | | she(20) 16:22 36:1 36:2 36:7 36:16 36:17 | | 40:9 44:6 111:9 |
| sap(1) 54:6 | | 102:5 103:18 104:14 115:5 | | 36:22 47:1 47:4 126:15 127:11 129:7 | | |
| satisfactory(1) 103:19 | | separately(4) 103:2 103:5 104:15 113:13 | | 129:25 130:14 131:25 132:9 132:16 132:2 | | something(9) 12:23 35:17 40:11 44:8 |
| satisfied(2) 24:18 59:1 | | separation(3) 18:17 36:4 36:17 | | 133:4 133:9 | | 64:20 67:9 78:16 103:17 135:21 |
| satisfy(12) 19:14 24:14 24:23 25:23 26:9 | | seriousness(1) 121:13 | | | | sometime(1) 76:12 |
| 27:17 30:7 30:20 33:12 37:6 110:4 115:15 | | served(2) 34:6 75:18 | | she's(5) 36:7 36:23 36:23 126:15 130:24 | | sometimes(2) 24:4 70:7 |
| | | service(18) 1:44 1:51 29:3 44:18 52:15 | | sheds(1) 75:8 | | somewhat(2) 72:24 103:18 |
| satisfying(2) 24:7 36:6 | | 64:16 68:4 71:18 74:5 75:5 75:25 77:7 | | shoot(1) 121:13 | | somewhere(1) 28:15 |
| save(1) 108:4 | | 77:14 87:14 93:7 119:4 119:5 122:7 | | short(4) 47:15 90:3 123:3 136:11 | | song(1) 4:27 |
| savings(1) 95:10 | | | | short-term(3) 43:2 47:16 111:18 | | sorry(22) 36:11 37:16 47:12 54:12 54:14 |
| say(39) 15:18 21:16 27:21 42:12 54:14 | | services(5) 1:44 43:13 49:15 76:22 89:10 | | should(33) 7:15 10:7 15:12 16:1 23:18 | | 63:21 63:22 67:12 68:2 78:19 80:19 82:6 |
| 72:15 82:15 84:12 86:17 86:24 87:12 | | 129:8 | | 25:22 27:15 34:12 35:8 43:14 44:1 44:2 | | 85:4 87:8 96:11 102:25 102:25 109:5 |
| 87:20 88:12 91:4 91:18 92:3 95:16 96:4 | | | | 45:17 53:23 56:23 65:22 76:2 77:20 81:15 | | 109:9 121:9 122:23 122:23 |
| 98:9 98:23 99:1 100:7 100:16 102:6 102:9 | | settlement(50) 14:17 21:10 30:22 31:6 | | 85:10 85:24 89:10 95:15 104:8 104:15 | | |
| 105:6 106:4 110:2 112:23 120:22 121:25 | | 32:11 32:13 32:14 33:21 35:3 35:6 35:1 | | 105:5 105:24 116:24 118:11 123:19 125:6 | | sort(8) 9:4 12:17 17:12 17:16 18:19 22:24 |
| 123:4 124:3 124:6 124:15 125:18 127:18 | | 41:13 41:13 41:17 41:22 42:1 42:4 42:6 | | 134:20 135:1 | | 51:1 60:24 |
| 130:18 133:17 | | 42:7 45:18 45:25 45:25 50:5 50:7 50:7 | | | | |
| | | 50:11 67:2 67:5 67:5 73:8 84:8 89:21 | | shouldn't(3) 13:8 121:17 123:3 | | sought(2) 126:15 126:22 |
| saying(18) 25:13 25:22 26:24 28:15 29:9 | | 90:1 90:13 92:17 93:2 104:14 105:3 105:2 | | show(3) 11:21 16:17 77:13 | | soul(5) 83:19 99:5 102:15 105:14 105:15 |
| 33:2 54:22 72:13 74:2 85:20 99:1 100:6 | | 113:9 114:15 114:22 117:6 117:8 117:11 | | showed(1) 59:19 | | sound(2) 1:50 139:6 |
| 118:1 129:6 130:25 132:17 135:25 138:5 | | 117:22 118:2 122:14 126:24 134:6 | | shown(2) 88:20 94:24 | | space(1) 122:8 |
| | | | | shows(2) 28:12 128:12 | | spare(1) 108:19 |
| says(21) 7:23 19:13 24:25 28:7 35:13 | | settlements(2) 39:6 133:18 | | shut(1) 50:16 | | spd(23) 15:8 20:22 21:3 21:5 21:8 22:11 |
| 48:11 57:12 63:4 63:7 85:15 94:6 100:7 | | seven(1) 132:5 | | sick(1) 46:14 | | 22:18 22:21 53:19 54:7 54:16 76:14 93:22 |
| 109:5 109:15 109:23 110:15 110:17 112:1 | | seventh(1) 136:1 | | side(2) 82:14 85:16 | | 94:2 94:12 94:13 94:18 94:20 109:22 |
| 113:21 116:13 137:2 | | several(2) 80:18 124:21 | | sides(2) 38:17 42:9 | | 113:16 115:12 136:24 137:2 |
| | | | | sidlow(1) 9:12 | | |
| scenario(3) 18:21 41:20 48:21 | | | | sign(5) 10:22 10:25 50:1 50:6 50:10 | | spds(9) 20:12 20:14 20:24 21:22 22:1 22:4 |
| scheduled(31) 19:19 19:23 20:3 24:17 | | | | signed(1) 11:18 | | 24:25 29:11 138:14 |
| 25:1 25:2 25:11 26:10 29:14 46:6 46:8 | | | | significant(7) 8:6 8:7 8:11 73:7 94:16 | | |
| 46:15 46:22 53:2 55:12 55:19 56:4 58:18 | | | | 94:19 94:19 | | speak(12) 40:12 59:6 77:21 79:2 79:25 |
| 58:20 66:5 108:22 109:6 110:5 110:23 | | | | | | 80:2 86:13 87:4 91:5 91:20 98:25 102:1 |
| 111:9 111:12 112:2 113:6 113:15 113:24 | | | | similar(9) 11:21 11:22 19:1 19:5 45:24 | | |
| 114:5 | | | | 50:5 52:24 63:6 113:7 | | speakers(2) 88:7 95:11 |
| | | | | | | speaking(1) 80:18 |
| schmidt(10) 4:35 87:24 87:25 88:1 88:2 | | | | similarly(2) 44:1 44:1 | | speaks(2) 57:9 89:6 |
| 88:5 88:14 90:19 91:9 91:9 | | | | simple(2) 41:6 85:13 | | special(1) 71:10 |
| | | | | simply(17) 10:9 14:22 18:3 19:5 24:15 | | specific(11) 27:13 28:3 44:14 46:2 46:21 |
| schuylkill(1) 1:45 | | | | 24:22 25:13 29:5 40:8 42:12 90:11 94:13 | | 55:8 65:12 107:13 111:24 114:11 137:11 |
| schweitzer(1) 1:35 | | | | 104:21 112:4 114:8 114:16 118:8 | | |
| scope(2) 35:11 42:5 | | | | | | specifically(15) 25:8 26:11 26:21 35:16 |
| sdt(2) 56:20 58:7 | | | | | | 44:11 92:20 93:1 97:9 97:12 97:13 97:15 |
| seated(2) 7:3 83:3 | | | | since(10) 21:19 22:10 22:18 23:3 85:1 | | 110:3 112:15 122:16 122:16 |
| second(9) 23:7 56:22 64:11 72:10 84:8 | | | | 90:7 94:8 94:18 96:3 138:2 | | |
| 89:3 95:9 104:25 113:21 | | | | | | specified(1) 42:14 |
| | | | | | | |
| seconds(1) 83:15 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| speculate(1) 50:18 | | subject(4) 7:22 11:24 13:24 114:15 | | taylor(2) 2:5 2:43 | | that(301) 8:1 8:3 8:11 8:14 8:20 8:21 9:3 |
| speculation(1) 92:23 | | submissions(1) 39:23 | | team(3) 68:5 74:22 75:14 | | 9:4 10:4 10:8 10:11 10:16 10:19 10:20 |
| spent(2) 10:1 44:19 | | submit(1) 8:19 | | teams(1) 41:23 | | 10:21 11:3 11:22 12:4 12:8 12:9 12:9 |
| spoke(1) 126:23 | | submitted(3) 40:17 86:14 138:11 | | technical(1) 75:18 | | 12:14 12:17 12:21 12:23 13:14 13:15 |
| spot(1) 120:15 | | subsequent(1) 129:11 | | telecom(1) 70:11 | | 13:18 13:19 13:20 13:23 13:23 14:4 14:6 |
| square(2) 2:25 2:45 | | subsequently(2) 30:2 43:3 | | telecomm(1) 85:12 | | 14:10 14:11 14:14 14:16 14:22 14:24 15:3 |
| staff(2) 9:14 75:19 | | substance(1) 12:21 | | telephone(8) 40:8 79:8 83:4 83:6 89:14 | | 15:3 15:12 15:20 15:20 16:3 16:9 16:19 |
| stakes(1) 76:14 | | success(1) 95:16 | | 108:7 123:15 138:15 | | 16:20 16:25 17:5 17:11 17:17 17:18 17:25 |
| stance(1) 54:1 | | successful(1) 14:9 | | | | 18:3 18:6 18:11 18:12 18:20 18:24 19:2 |
| stand(2) 82:23 138:23 | | such(26) 17:6 28:11 29:8 32:24 34:24 | | telephonic(1) 3:1 | | 19:4 19:9 19:14 19:16 19:17 19:23 19:25 |
| standard(3) 32:24 116:6 116:14 | | 35:5 35:10 37:5 55:21 70:23 71:20 75:23 | | tell(9) 9:11 9:24 98:2 113:3 121:8 125:24 | | 19:25 20:2 20:5 20:11 20:15 20:17 20:21 |
| standing(1) 106:20 | | 76:25 79:6 92:22 95:15 97:16 109:17 | | 136:21 136:22 138:1 | | 20:21 20:21 20:22 21:2 21:4 21:5 21:8 |
| stands(2) 27:23 125:2 | | 109:18 110:4 116:14 117:13 118:11 134:20 | | | | 21:9 21:10 21:13 21:13 21:18 21:25 22:8 |
| stapled(1) 7:19 | | 134:21 135:2 | | telling(2) 29:15 136:13 | | 22:11 22:23 22:23 22:24 23:15 23:17 |
| stargatt(1) 2:43 | | | | ten(1) 81:13 | | 23:22 23:24 24:2 24:4 24:6 24:11 24:14 |
| start(8) 7:9 7:14 7:15 17:1 17:9 84:5 | | sudden(1) 84:24 | | tender(1) 109:17 | | 24:18 24:20 24:20 24:23 24:24 24:25 25:3 |
| 127:3 127:5 | | sue(1) 137:14 | | tenure(1) 92:7 | | 25:4 25:5 25:6 25:7 25:13 25:13 |
| | | suffers(1) 136:16 | | term(9) 19:18 21:17 23:25 24:8 55:8 | | 25:20 25:20 25:22 26:3 26:7 26:9 27:4 |
| started(5) 16:16 54:14 95:8 99:18 100:2 | | sufficient(3) 29:5 61:4 132:5 | | 57:25 115:8 115:14 116:12 | | 27:7 27:8 27:11 27:15 27:16 27:17 27:21 |
| starting(3) 18:23 32:17 115:18 | | sufficiently(1) 65:3 | | | | 27:22 28:11 28:15 28:15 28:19 |
| starts(2) 52:22 98:6 | | suggest(4) 20:21 38:16 81:24 112:6 | | terminate(4) 42:20 44:21 49:13 105:21 | | 28:25 29:1 29:4 29:7 29:9 29:12 30:7 |
| state(10) 40:8 40:11 44:11 44:15 44:17 | | suggested(4) 13:7 25:3 81:20 114:18 | | terminated(35) 20:7 21:4 21:9 24:22 36:2 | | 30:13 30:13 30:15 30:19 30:22 30:24 |
| 76:16 80:2 123:18 134:18 136:19 | | suggestion(1) 10:20 | | 41:10 42:15 44:6 45:4 45:13 45:24 47:4 | | 30:25 31:1 31:2 31:3 31:4 31:7 31:12 |
| | | suit(1) 129:12 | | 48:17 48:20 49:2 50:17 50:18 50:22 51:3 | | 31:13 31:23 31:24 32:3 32:5 32:8 32:8 |
| stated(9) 44:15 59:23 67:9 85:9 90:18 | | suits(1) 76:19 | | 51:20 58:25 73:2 73:21 75:6 75:24 76:12 | | 32:11 32:13 32:14 32:23 33:2 33:4 33:6 |
| 94:9 95:11 98:7 120:10 | | sum(2) 103:24 104:5 | | 77:18 85:17 90:4 90:7 90:11 90:18 93:5 | | 33:8 33:8 33:14 33:15 33:15 33:16 33:18 |
| | | summarize(3) 17:2 20:15 59:16 | | 94:22 112:3 | | 33:18 33:21 33:22 34:6 34:9 34:9 34:10 |
| statement(24) 34:6 34:9 51:25 52:7 53:7 | | summarized(1) 39:1 | | | | 34:17 34:19 34:21 34:25 35:1 35:2 35:3 |
| 53:16 54:3 57:10 62:8 62:15 63:12 66:24 | | summary(11) 20:12 20:21 27:12 27:19 | | terminating(2) 67:7 133:12 | | 35:4 35:6 35:8 35:9 35:13 35:14 35:16 |
| 67:1 67:3 67:24 68:15 76:21 76:23 84:6 | | 50:24 77:24 110:8 114:19 114:21 127:17 | | termination(36) 18:18 20:2 30:16 32:8 | | 35:17 35:18 35:18 35:18 35:22 36:17 |
| 84:11 93:9 95:7 95:14 120:5 | | 128:7 | | 32:23 36:5 36:9 40:20 44:22 45:7 45:19 | | 36:20 37:4 37:10 37:17 38:16 38:25 39:1 |
| | | summer(1) 41:21 | | 45:21 49:15 53:13 63:23 64:12 66:14 | | 39:4 39:5 39:7 39:8 40:8 40:9 40:10 |
| statements(9) 62:3 65:12 66:10 66:22 | | supervised(1) 75:15 | | 69:10 71:25 72:12 73:7 84:8 96:14 104:25 | | 40:17 41:9 41:11 41:13 41:14 41:21 41:22 |
| 69:15 84:4 84:9 112:7 113:2 | | supplement(1) 18:8 | | 109:19 109:25 112:11 112:17 116:6 116:1 | | 42:4 42:5 42:6 42:9 42:9 42:12 42:16 |
| | | supplemental(1) 55:15 | | 120:25 121:20 121:23 122:6 134:4 134:4 | | 42:18 42:19 42:21 43:2 43:10 43:11 43:14 |
| states(13) 1:1 1:21 8:8 49:3 58:16 61:19 | | support(24) 23:20 37:20 46:3 51:21 53:12 | | | | 43:16 43:18 44:4 44:5 44:8 44:11 44:15 |
| 67:19 84:19 93:22 97:10 102:16 119:3 | | 56:5 57:24 65:17 65:22 68:9 75:7 | | terminations(1) 33:14 | | 45:2 45:3 45:3 45:4 45:5 45:5 45:6 45:7 |
| 122:16 | | 77:22 86:16 86:17 88:3 88:6 89:17 91:15 | | terminology(3) 58:13 69:8 115:10 | | 45:16 45:16 45:20 45:22 46:1 46:3 46:5 |
| stating(1) 64:3 | | 92:3 95:7 97:7 99:20 118:22 | | terms(24) 20:15 21:22 22:22 24:5 31:5 | | 47:9 47:10 47:17 47:14 48:3 48:10 48:11 |
| status(65) 17:7 19:24 19:25 20:5 28:22 | | | | 34:17 39:6 41:6 55:17 58:24 65:24 67:21 | | 48:11 48:14 48:14 48:21 48:23 49:3 49:5 |
| 29:19 30:3 30:8 32:25 41:8 44:25 49:17 | | supporting(7) 38:14 51:25 53:8 53:16 | | 71:16 72:4 73:11 85:9 106:25 110:2 | | 49:12 49:17 49:21 49:24 50:2 50:4 50:9 |
| 52:3 52:6 52:10 52:18 53:5 56:1 56:8 | | 71:23 89:6 99:16 | | 114:11 114:16 116:17 122:5 130:9 130:19 | | 50:12 50:14 50:15 50:16 50:18 50:21 |
| 57:11 58:21 59:4 59:8 59:14 59:15 59:18 | | | | | | 50:24 51:4 51:8 51:18 52:3 |
| 59:20 59:24 60:5 60:9 60:19 62:11 62:17 | | supportive(1) 103:14 | | testing(1) 75:16 | | |
| 63:15 64:17 64:19 65:18 66:4 66:5 66:18 | | supports(4) 29:23 42:22 49:5 93:1 | | texas(6) 128:5 128:8 129:3 134:18 134:19 | | |
| 66:18 68:4 68:5 70:24 71:15 75:10 77:5 | | supposed(1) 114:2 | | 135:10 | | |
| 77:16 78:10 88:17 88:19 88:20 88:21 89: | | sure(19) 9:6 9:18 10:6 10:11 12:1 17:1 | | | | |
| 89:9 89:16 89:19 92:8 92:10 97:20 111:9 | | 32:12 62:25 79:3 81:12 81:21 81:22 84:1 | | than(13) 19:10 28:6 33:23 40:11 41:18 | | |
| 116:15 117:23 131:17 131:22 | | 89:12 92:20 92:21 101:22 103:11 129:6 | | 45:20 45:10 72:7 82:14 87:17 89:4 105:23 | | |
| | | | | 109:7 | | |
| statuses(2) 56:3 67:4 | | surely(1) 136:10 | | | | |
| statute(1) 132:6 | | susan(1) 6:2 | | thank(148) 7:2 10:19 16:6 16:6 16:9 | | |
| stay(2) 82:3 82:7 | | suspect(1) 12:22 | | 16:24 17:22 23:13 37:12 37:14 37:16 38:3 | | |
| std(1) 21:8 | | suspended(1) 19:8 | | 38:4 38:5 38:18 39:8 39:10 39:25 40:1 | | |
| ste(2) 2:12 2:38 | | switch(1) 75:17 | | 40:2 41:12 47:13 51:8 51:10 51:11 53:10 | | |
| steen(4) 1:34 16:13 106:12 123:7 | | sympathetic(1) 38:24 | | 53:11 54:9 54:18 56:24 57:2 57:4 58:5 | | |
| step(5) 51:7 61:2 63:16 66:15 114:24 | | sympathize(2) 37:2 118:7 | | 58:6 59:13 61:1 61:7 61:11 62:2 62:21 | | |
| stepp(1) 6:46 | | system(2) 30:13 135:8 | | 63:2 67:16 69:11 69:11 69:22 69:24 70:8 | | |
| stepping(1) 122:10 | | systems(1) 75:20 | | 70:10 74:19 74:25 77:20 77:23 77:25 | | |
| steven(2) 6:38 81:2 | | tag(1) 72:18 | | 78:17 79:12 79:21 80:11 81:7 82:12 82:20 | | |
| still(28) 14:25 18:22 19:5 24:13 25:13 | | take(34) 7:7 10:7 11:12 16:21 22:2 23:16 | | 82:22 82:24 83:2 83:22 83:24 84:3 84:6 | | |
| 26:25 41:15 42:10 43:7 43:11 46:9 48:23 | | 48:21 53:18 60:21 61:8 62:19 62:20 62:22 | | 86:1 86:2 86:3 86:3 86:12 87:3 87:6 | | |
| 48:24 49:1 50:10 50:19 57:15 71:19 73:6 | | 68:15 70:14 73:11 74:4 78:19 79:14 79:19 | | 87:13 87:21 87:22 88:14 90:10 91:4 91:9 | | |
| 77:13 79:18 81:23 82:15 90:9 100:6 | | 83:15 85:5 88:11 88:13 103:4 104:16 | | 91:20 91:21 92:1 92:2 93:10 93:12 93:13 | | |
| 111:12 117:15 123:14 | | 106:15 113:15 114:24 122:9 123:2 136:7 | | 93:14 94:24 95:1 95:5 95:17 95:17 95:19 | | |
| | | 136:8 138:13 | | 95:21 95:25 96:22 96:23 96:23 97:2 97:3 | | |
| stipulated(1) 42:18 | | | | 98:14 98:15 98:18 98:23 99:10 99:11 | | |
| stopped(1) 133:8 | | takeaway(1) 55:22 | | 99:15 100:14 100:15 100:17 101:13 101:14 | | |
| strauss(2) 2:16 38:11 | | taken(3) 103:2 105:16 129:17 | | 102:8 102:10 102:19 102:20 103:9 103:10 | | |
| stream(1) 89:22 | | takes(4) 89:23 90:2 105:11 105:12 | | 103:12 106:1 106:2 106:3 106:11 108:5 | | |
| street(4) 1:12 1:45 2:26 2:46 | | taking(1) 138:10 | | 108:6 118:13 119:11 120:2 120:18 120:19 | | |
| stretch(1) 66:18 | | talk(6) 29:2 47:11 65:22 81:23 93:13 | | 121:6 121:14 122:22 123:6 124:12 126:11 | | |
| strike(1) 120:1 | | 136:22 | | 128:18 128:18 133:20 138:14 138:20 | | |
| strong(2) 8:22 71:25 | | | | 138:20 138:22 138:23 138:24 138:25 | | |
| stronger(1) 89:4 | | talked(4) 98:4 116:20 119:1 137:10 | | | | |
| strongly(2) 18:20 35:8 | | talking(7) 8:23 75:17 96:14 96:15 118:3 | | thanks(5) 15:25 38:9 91:5 118:14 129:21 | | |
| structure(1) 23:16 | | 122:1 134:3 | | | | |
| stumble(1) 70:5 | | | | | | |
| sub(1) 65:24 | | talks(1) 109:23 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that**(301) 52:6 52:10 52:23 52:25 53:4 53:7 53:12 53:13 53:20 53:21 53:22 53:24 54:1 54:24 54:25 55:4 55:10 55:14 55:18 55:25 56:16 56:18 56:24 56:25 57:20 58:1 58:16 58:18 58:19 59:3 59:17 59:20 59:21 59:25 60:4 60:8 60:11 60:14 60:15 60:16 60:17 60:17 60:21 61:2 61:8 61:19 62:5 62:7 62:8 62:15 62:16 62:16 62:22 62:23 63:11 63:13 63:20 64:1 64:3 64:3 64:5 64:5 64:9 64:9 64:9 64:12 64:14 64:19 64:20 64:20 64:25 65:12 65:18 65:19 65:23 66:3 66:6 66:12 66:12 66:16 66:19 67:12 67:18 67:23 68:3 68:10 68:10 68:22 69:3 69:7 69:14 69:20 70:5 70:18 71:4 71:4 71:10 71:11 71:11 71:12 71:19 71:21 71:21 71:24 71:25 72:1 72:2 72:3 72:5 72:7 72:11 72:15 72:18 72:19 72:22 72:25 73:3 73:6 73:10 73:14 73:18 73:22 74:2 74:8 74:15 74:16 74:17 75:10 75:12 75:15 76:5 76:14 76:20 76:24 76:25 77:2 77:11 77:13 77:15 77:16 77:19 78:3 78:7 78:8 78:22 79:4 79:6 79:7 79:13 79:19 80:9 81:4 81:21 81:21 81:22 82:5 82:15 82:17 82:18 83:5 83:23 84:9 84:12 84:21 84:21 85:8 85:9 85:10 85:11 85:13 85:21 85:23 86:11 86:17 86:19 86:24 86:24 87:1 87:2 87:12 87:13 87:16 87:19 88:6 88:9 88:9 88:10 88:16 88:19 88:20 88:24 88:25 89:3 89:9 89:17 89:18 89:21 89:23 90:3 90:4 90:12 90:14 90:18 90:22 91:3 91:3 91:19 92:7 92:8 92:11 92:15 92:17 92:18 92:20 92:21 92:23 92:24 93:1 93:4 93:6 93:9 94:7 95:5 95:11 95:13 95:13 95:14 95:18 96:4 96:17 96:20 96:21 96:25 97:16 97:17 97:21 97:23 97:24 98:7 98:9 98:10 98:10 99:3 99:4 99:8 99:21 99:24 99:25 99:25 100:2 100:3 100:6 100:13 100:21 100:25 101:3 101:7 101:11 101:22 101:24 101:24 101:24 101:24 101:25 102:3 102:6 103:13 103:16 103:19 103:19 103:20 103:24 104:1 104:10 104:10 104:13 104:13 104:13 104:15 104:20 104:22 105:1 105:4 105:5 105:6 105:11 105:13 105:14 105:19 105:21 105:23 106:4 106:14 106:15 106:23

**that**(203) 107:5 107:5 107:7 107:18 108:2 109:5 109:9 109:11 109:21 109:24 110:1 110:4 110:14 110:7 110:13 110:15 110:15 110:20 110:22 111:15 111:22 111:25 112:10 112:12 112:15 112:19 112:21 113:2 113:3 113:4 113:5 113:5 113:12 113:16 113:19 113:19 113:23 114:10 114:13 114:19 114:25 114:25 115:8 115:1 115:13 115:18 115:18 115:20 115:21 115:25 116:7 116:10 116:11 116:12 116:1 116:14 116:16 116:21 116:23 116:24 117:18 117:18 117:19 117:20 117:21 117:22 118:1 118:2 118:9 118:10 118:19 118:24 119:3 119:5 119:7 119:8 119:9 119:18 119:21 119:22 119:23 119:25 120:11 120:14 120:15 120:16 120:20 120:23 120:23 121:1 121:18 121:22 122:5 122:11 122:12 122:17 122:18 122:1 122:23 123:4 124:6 124:12 124:15 124:16 124:17 125:6 125:6 125:24 126:4 126:14 126:19 126:25 127:4 127:6 127:14 127:16 127:17 127:21 127:23 127:24 128:1 128:2 128:2 128:3 128:9 128:10 128:11 128:13 128:17 128:23 129:4 129:15 129:17 129:1 129:23 130:5 130:8 130:10 130:17 130:25 130:31 131:10 131:21 132:6 132:9 132:12 132:13 132:13 132:16 132:16 132:17 132:18 132:23 132:24 132:25 133:2 133:5 133:9 133:17 133:17 133:21 133:22 134:2 134:3 134:3 134:4 134:7 134:11 134:12 134:13 134:15 134:16 134:25 135:3 135:15 135:20 135:22 135:2 135:25 136:16 136:17 136:25 137:3 137:23 137:4 137:7 137:10 137:15 137:17 137:23 137:24 138:17 138:18 139:5

**that's**(37) 7:13 7:19 10:12 14:12 17:15 19:17 20:19 22:18 23:2 24:10 24:11 24:1 27:1 28:6 29:18 32:24 35:5 50:3 61:4 61:23 62:8 107:13 108:5 109:14 113:23 117:18 120:18 122:24 125:21 127:2 128:20 128:22 129:6 132:23 134:25 136:20 137:8

**that's**(26) 67:13 67:17 70:8 72:25 74:23 74:23 74:24 79:15 80:15 85:1 85:5 86:2 88:13 88:19 90:3 91:4 91:17 91:19 93:23 95:16 96:22 98:21 100:16 102:1 104:1 104:7

**the**(301) 1:1 1:2 1:20 2:15 7:2 7:5 7:6 7:8 7:11 7:13 7:15 7:18 7:18 7:20 7:22 7:23 7:25 8:3 8:3 8:5 8:5 8:6 8:6 8:7 8:9 8:12 8:13 8:14 8:16 8:17 8:18 8:22 8:25 8:25 9:3 9:7 9:10 9:11 9:14 9:19 9:21 9:24 10:2 10:7 10:10 10:10 10:14 10:14 10:15 10:19 10:22 10:23 10:25 10:25 11:4 11:6 11:12 11:16 11:17 11:19 11:21 11:24 12:2 12:4 12:5 12:6 12:7 12:9 12:12 12:15 12:16 12:19 12:20 12:22 12:23 12:25 13:1 13:3 13:13 13:13 13:14 13:16 13:20 13:21 13:22 13:24 13:24 14:2 14:4 14:7 14:8 14:16 14:17 14:19 14:24 15:7 15:7 15:8 15:8 15:9 15:10 15:13 15:14 15:16 15:17 15:19 15:20 16:1 16:4 16:6 16:7 16:8 16:9 16:11 16:12 16:15 16:16 16:16 16:23 16:21 16:24 17:4 17:8 17:10 17:10 17:12 17:14 17:18 17:22 17:24 18:1 18:2 18:3 18:4 18:5 18:6 18:6 18:7 18:8 18:8 18:9 18:10 18:11 18:12 18:13 18:15 18:17 18:19 18:20 18:21 18:22 18:23 18:24 18:25 18:25 19:1 19:4 19:5 19:7 19:12 19:14 19:15 19:16 19:21 19:23 19:24 19:25 20:1 20:2 20:3 20:4 20:7 20:8 20:13 20:14 20:15 20:17 20:18 20:20 20:24 20:24 20:24 21:1 21:2 21:4 21:5 21:7 21:8 21:10 21:13 21:15 21:16 21:17 21:20 21:21 21:22 21:22 21:22 21:23 22:11 22:12 22:13 22:15 22:17 22:18 22:18 22:20 22:22 22:23 22:23 22:24 23:2 23:6 23:8 23:11 23:12 23:12 23:14 23:16 23:17 23:17 23:19 23:19 23:21 23:23 24:1 24:6 24:7 24:7 24:8 24:9 24:11 24:11 24:12 24:14 24:14 24:15 24:16 24:17 24:19 24:19 24:21 24:22 24:25 25:4 25:4 25:7 25:7 25:9 25:10 25:12 25:13 25:14 25:17 25:18 25:19 25:20 25:22 25:23 25:25 26:1 26:3 26:6 26:8 26:9 26:10 26:11 26:12 26:14 26:16 26:19 26:21 26:23 26:24 27:2 27:3 27:5 27:10 27:11 27:12 27:12

**the**(301) 27:13 27:15 27:18 27:18 27:25 28:5 28:7 28:8 28:9 28:11 28:12 28:12 28:14 28:17 28:18 28:22 28:24 29:1 29:1 29:1 29:5 29:7 29:8 29:10 29:15 29:17 29:19 29:19 29:21 29:22 29:23 29:24 29:24 30:5 30:8 30:9 30:11 30:12 30:13 30:13 30:14 30:15 30:18 30:19 30:20 30:21 30:22 30:22 30:23 30:25 31:3 31:5 31:5 31:6 31:6 31:7 31:7 31:9 31:9 31:10 31:11 31:12 31:12 31:12 31:13 31:14 31:15 31:21 31:22 31:23 31:24 32:1 32:4 32:5 32:7 32:9 32:11 32:13 32:16 32:17 32:20 32:22 33:4 33:5 33:6 33:7 33:9 33:11 33:13 33:13 33:13 33:14 33:14 33:19 33:23 33:23 33:25 34:1 34:3 34:6 34:6 34:7 34:8 34:8 34:10 34:10 34:11 34:13 34:14 34:15 34:17 34:17 34:18 34:18 34:22 34:23 34:24 35:1 35:2 35:2 35:3 35:4 35:4 35:6 35:7 35:7 35:8 35:8 35:9 35:10 35:10 35:12 35:13 35:15 35:15 35:15 35:19 35:20 35:24 36:2 36:3 36:6 36:8 36:8 36:10 36:12 36:13 36:13 36:15 36:19 36:21 36:24 36:25 37:1 37:2 37:3 37:3 37:5 37:6 37:7 37:8 37:9 37:10 37:10 37:12 37:15 37:17 37:19 37:20 37:22 37:25 37:25 38:3 38:6 38:9 38:10 38:11 38:14 38:16 38:17 38:19 38:20 38:21 38:22 38:23 38:23 38:24 38:24 38:24 38:25 39:1 39:1 39:2 39:3 39:4 39:5 39:5 39:6 39:8 39:8 39:10 39:12 39:18 39:20 39:21 39:22 39:23 39:24 39:25 40:2 40:4 40:4 40:7 40:7 40:9 40:15 40:18 40:20 40:22 41:1 41:5 41:7 41:9 41:10 41:11 41:12 41:12 41:13 41:16 41:16 41:17 41:19 41:20 41:21 41:22 41:23 41:23 41:24 41:25 41:25 42:1 42:2 42:3 42:4 42:5 42:5 42:6 42:7 42:7 42:7 42:10 42:10 42:11 42:12 42:14 42:16 42:17 42:19 42:21 42:24 42:25 43:1 43:7 43:17 43:17 43:23 43:23 43:24 44:3 44:3 44:5 44:5 44:9 44:10 44:12 44:12 44:15 44:16 44:16 44:16 44:17 44:18 44:18 44:20 44:21 44:21 44:23 45:1 45:3 45:5 45:5 45:7 45:8 45:8 45:13 45:14 45:16 45:18 45:19 45:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) | 45:21 45:22 45:22 45:24 45:25 | **the**(301) | 67:23 67:23 67:23 67:24 68:8 | **the**(301) | 96:10 96:20 96:22 96:25 97:1 | **the**(231) | 119:23 119:25 120:3 120:3 120:6 |

**the**(301) 45:21 45:22 45:22 45:24 45:25
46:2 46:3 46:5 46:7 46:9 46:10 46:11
46:23 46:24 47:1 47:5 47:8 47:8 47:8
47:9 47:15 47:17 47:19 47:20 47:21 47:22
47:24 47:24 48:1 48:4 48:7 48:8 48:10
48:11 48:12 48:15 48:16 48:16 48:19
48:21 48:24 48:25 49:1 49:3 49:4 49:5
49:13 49:19 49:22 50:1 50:3 50:4 50:6
50:7 50:9 50:10 50:10 50:10 50:11 50:13 50:13
50:16 50:17 50:18 50:20 50:21 51:1 51:1
51:4 51:7 51:7 51:8 51:13 51:16 51:18
51:19 51:20 51:22 51:22 51:24 52:1 52:2
52:2 52:7 52:8 52:9 52:13 52:14 52:15
52:16 52:17 52:19 52:21 52:23 53:6
53:6 53:8 53:10 53:14 53:18 53:21 53:22
53:25 54:1 54:1 54:6 54:6 54:6 54:8
54:10 54:11 54:12 54:14 54:15 54:16
54:17 54:19 54:19 54:21 54:24 54:24 55:3
55:3 55:4 55:5 55:6 55:7 55:9 55:14
55:14 55:17 55:17 55:20 55:22 55:23
55:24 55:24 55:25 56:4 56:5 56:7 56:8
56:10 56:11 56:14 56:15 56:16 56:18
56:19 56:19 56:21 56:22 56:23 56:24 57:3
57:3 57:5 57:6 57:10 57:14 57:17 57:19
57:21 57:21 57:21 57:25 58:1 58:4 58:7
58:7 58:9 58:10 58:11 58:12 58:12 58:14
58:14 58:14 58:15 58:17 58:18 58:21
58:22 58:22 58:23 58:24 58:24 59:3 59:7
59:10 59:12 59:13 59:14 59:15 59:18
59:19 59:21 59:24 60:1 60:3 60:3 60:4
60:7 60:8 60:8 60:11 60:12 60:13 60:14
60:16 60:17 60:20 60:23 61:6 61:8 61:10
61:12 61:15 61:15 61:16 61:17 61:18
61:18 61:22 62:1 62:2 62:3 62:4 62:7
62:9 62:9 62:11 62:12 62:12 62:15 62:18
62:20 62:22 62:25 63:1 63:2 63:3 63:3
63:4 63:6 63:8 63:13 63:14 63:16 63:20
63:22 63:24 64:2 64:2 64:3 64:6 64:11
64:12 64:20 64:22 65:4 65:5 65:6 64:11
65:9 65:10 65:11 65:15 65:16 65:17 65:18
65:19 65:19 65:20 65:22 65:23 66:2 66:7
66:8 66:11 66:13 66:15 66:19 66:23
66:24 67:1 67:2 67:4 67:4 67:5 67:8 67:9
67:11 67:13 67:15 67:16 67:20 67:21
67:21 67:21

**the**(301) 67:23 67:23 67:23 67:24 68:8
68:13 68:14 68:15 68:15 68:17 68:19
68:22 68:24 69:1 69:2 69:2 69:3 69:4
69:6 69:7 69:8 69:11 69:12 69:14 69:16
69:20 69:23 69:24 70:1 70:8 70:12 70:14
70:16 70:22 71:2 71:5 71:8 71:14 71:15
71:17 71:17 71:24 72:2 72:3 72:8 72:10
72:11 72:12 72:13 72:14 72:20 72:22
72:23 72:25 73:1 73:4 73:5 73:6 73:7
73:8 73:10 73:11 73:13 74:4 74:5 74:6
74:11 74:12 74:12 74:16 74:17 74:19
74:21 74:25 75:4 75:5 75:7 75:9 75:9
75:10 75:11 75:14 75:18 75:19 75:21 76:4
76:5 76:8 76:10 76:13 76:18 76:19 76:21
76:23 76:25 77:1 77:5 77:6 77:9 77:11
77:11 77:12 77:12 77:13 77:15 77:16
77:18 77:25 78:3 78:4 78:5 78:6 78:7
78:24 79:1 79:5 79:8 79:11 79:15 79:18
79:23 80:1 80:4 80:7 80:9 80:11 80:14
80:16 80:18 80:22 80:24 81:1 81:4 81:6
81:8 81:11 81:14 81:15 81:16 81:17 81:18
81:20 81:21 81:24 82:1 82:4 82:5 82:9
82:11 82:13 82:13 82:19 83:1 83:2 83:3
83:3 83:4 83:6 83:10 83:16 83:21 83:24
84:1 84:3 84:7 84:11 84:15 84:17 84:18
85:2 85:5 85:9 85:9 85:10 85:14 85:16
85:19 85:22 86:1 86:3 86:7 86:7 86:11
86:12 86:13 86:15 86:17 86:18 86:18
86:19 86:20 86:23 86:25 87:3 87:5 87:6
87:6 87:8 87:10 87:13 87:15 87:18 87:22
88:1 88:4 88:6 88:11 88:13 88:16 88:17
88:22 88:24 88:25 88:25 89:3 89:7 89:11
89:11 89:14 89:14 89:17 89:21 89:21 90:1
90:5 90:9 90:12 90:13 90:14 90:16 90:17
90:19 90:25 91:1 91:5 91:7 91:9 91:13
91:16 91:21 91:23 91:25 92:3 92:7 92:8
92:8 92:9 92:11 92:14 92:14 92:15 93:6
92:19 92:24 93:2 93:3 93:3 93:5 93:6
93:10 93:12 93:14 93:20 93:22
93:22 94:1 94:2 94:4 94:5 94:10 94:11
94:11 94:11 94:12 94:12 94:12 94:13
94:15 94:16 94:17 94:20 94:21 94:21
94:23 95:1 95:4 95:10 95:11 95:19 95:21
95:24 96:1 96:10

**the**(301) 96:10 96:20 96:22 96:25 97:1
97:3 97:5 97:10 97:17 97:18 97:18 97:19
97:20 97:25 98:1 98:2 98:4 98:5 98:10
98:12 98:15 98:18 98:21 98:25 99:3 99:6
99:8 99:11 99:13 99:16 99:18 99:20 99:25
100:1 100:1 100:7 100:9 100:11 100:11
100:12 100:13 100:15 100:17 100:19
100:21 100:23 100:25 101:3 101:6 101:12
101:14 101:16 101:18 101:19 101:20
101:23 101:23 102:3 102:3 102:10 102:12
102:14 102:16 102:17 102:20 102:23
102:25 103:4 103:7 103:10 103:13 103:14
103:14 103:15 103:16 103:18 103:19
103:22 104:1 104:4 104:7 104:7 104:10
104:12 104:12 104:13 104:14 104:15
104:16 104:30 104:22 105:6 105:11 105:11
105:12 105:13 105:13 105:15 105:15
105:15 105:17 105:18 105:18 105:22
105:23 105:23 106:1 106:3 106:7 106:10
106:11 106:13 106:14 106:15 106:16
106:16 106:17 106:18 106:22 106:23
106:24 106:25 106:25 107:1 107:3 107:4
107:4 107:4 107:5 107:6 107:7 107:8
107:10 107:12 107:13 107:13 107:17
107:19 107:20 107:22 107:23 108:1 108:4
108:7 108:7 108:10 108:10 108:11 108:17
108:14 108:16 108:24 108:25 109:3 109:8
109:11 109:12 109:13 109:14 109:18
109:19 109:21 109:21 109:22 109:23
109:23 110:2 110:3 110:8 110:8 110:10
110:11 110:14 110:16 110:20 110:22
110:22 110:24 111:3 111:6 111:15 111:18
112:16 112:16 112:19 112:20 112:21
112:22 113:1 113:1 113:2 113:5 113:5
113:8 113:8 113:10 113:10 113:17 113:21
114:1 114:2 114:10 114:10 114:11 114:11
114:15 114:15 114:16 114:16 114:17
114:19 114:20 114:21 114:24 115:1 115:3
115:7 115:7 115:8 115:9 115:10 115:10
115:11 115:12 115:14 115:17 115:21
115:24 116:1 116:3 116:5 116:5 116:6
116:7 116:9 116:10 116:16 116:17 116:17
116:17 116:20 116:21 116:25 117:2 117:4
117:4 117:6 117:6 117:7 117:8 117:9
117:9 117:10 117:11 117:13 117:14 117:17
117:17 117:20 118:2 118:2 118:4 118:5
118:6 118:7 118:8 118:9 118:9 118:10
118:10 118:12 118:12 118:13 118:16
118:18 118:19 118:22 118:22 118:23
118:23 118:24 118:25 119:1 119:2 119:6
119:11 119:13 119:13 119:14 119:15
119:16 119:17 119:20 119:21 119:21

**the**(231) 119:23 119:25 120:3 120:3 120:6
120:6 120:13 120:16 120:19 121:1 121:2
121:4 121:4 121:6 121:10 121:12 121:16
121:17 121:19 121:20 121:22 121:23
121:25 122:3 122:8 122:11 122:13 122:14
122:16 122:19 122:20 122:24 123:1 123:1
123:2 123:2 123:8 123:8 123:9 123:9 123:9
123:10 123:13 123:14 123:17 123:23
123:25 124:2 124:6 124:8 124:12 124:15
124:15 124:17 124:19 124:22 124:24 125:1
125:1 125:4 125:4 125:5 125:5 125:8
125:9 125:10 125:12 125:15 125:22 125:22
125:23 126:1 126:3 126:4 126:8 126:10
126:11 126:12 126:14 126:15 126:21
126:22 126:23 126:24 126:25 127:2 127:9
127:11 127:12 127:12 127:16 127:18
127:20 128:3 128:4 128:5 128:8 128:11
128:11 128:12 128:12 128:14 128:16
128:18 128:23 128:25 129:1 129:2 129:3
129:5 129:7 129:8 129:9 129:10 129:11
129:12 129:12 129:14 129:14 129:15
129:16 129:19 129:22 129:23 129:24
129:25 130:1 130:4 130:6 130:9 130:9
130:10 130:14 130:17 130:19 130:20
130:21 130:23 131:2 131:3 131:5 131:9
131:10 131:13 131:15 131:17 131:18
131:21 131:23 132:2 132:4 132:6 132:11
132:11 132:13 132:14 132:18 132:18
132:22 133:2 133:3 133:4 133:4 133:6
133:9 133:12 133:14 133:16 133:18 133:19
133:21 133:23 134:1 134:2 134:4 134:5
134:7 134:13 134:15 134:15 134:15 134:18
134:19 135:1 135:4 135:7 135:7 135:7
135:8 135:10 135:10 135:11 135:13 135:15
135:16 135:17 135:18 135:20 135:23
135:24 136:1 136:2 136:3 136:4 136:6
136:9 136:9 136:9 136:17 136:18 136:23
137:2 137:2 137:2 137:6 137:17 137:21
137:23 138:9 138:10 138:11 138:13 138:17
138:18 138:18 138:20 138:21 139:2 139:5
139:6 139:6 139:7

**their**(65) 12:17 14:16 14:16 15:6 17:7
17:8 18:13 18:17 19:11 20:5 20:6 26:20
28:3 29:8 29:20 30:1 30:24 31:4 46:3
47:25 50:8 51:3 55:15 57:11 57:20 66:6
66:8 66:11 69:5 71:6 71:17 73:15 73:17
75:11 75:23 76:14 77:3 78:5 84:24 85:22
85:23 85:25 89:14 92:9 95:16 96:8 96:9
96:19 96:24 100:10 105:2 105:18 112:7
112:8 112:9 112:25 114:3 117:23 118:7
121:16 131:20 132:10 134:9 136:18 137:10

**them**(50) 7:6 9:11 15:3 17:13 19:11 26:12
28:4 31:2 31:4 31:17 31:18 31:23 32:4
32:15 33:22 43:14 43:18 63:17 64:7 76:1
76:9 81:22 83:7 85:1 85:24 100:10 101:11
107:16 121:4 121:14 121:14 124:14 124:20
124:24 124:25 124:25 124:25 125:10
125:16 125:18 137:1 137:6 137:11 137:14
137:14 138:1 138:1 138:7 138:8 138:8

**themselves**(2) 39:6 52:19

**then**(37) 7:16 8:2 8:3 8:13 12:6 12:6
12:20 13:22 17:10 23:11 25:16 30:1 33:1
38:4 43:3 48:18 49:25 50:3 50:5 61:1
61:3 61:24 70:11 78:20 82:3 89:23 96:19
98:8 100:2 100:2 104:19 108:18 120:5
126:6 129:22 135:24 136:4

| Word | Page:Line |
| --- | --- |

**there**(91) 7:15 7:16 8:3 8:5 9:22 9:22 12:10 12:10 12:13 14:13 17:12 17:16 18:23 20:8 20:10 20:12 20:14 20:20 20:23 21:8 25:4 25:21 26:4 28:11 28:15 31:16 32:6 32:12 32:21 32:24 33:2 34:12 37:25 40:24 44:14 45:24 46:7 53:3 53:12 55:6 58:2 58:12 60:6 62:23 62:24 63:1 64:1 65:24 67:24 68:4 68:17 71:20 72:6 72:18 73:20 74:6 76:13 77:8 79:3 79:8 81:23 83:5 88:22 90:5 90:12 93:19 94:10 94:13 94:14 94:18 94:19 97:24 99:20 101:22 102:4 102:25 104:4 104:25 107:18 108:19 110:19 112:7 113:13 115:13 116:14 119:7 127:3 127:25 129:10 133:11 135:4

**there's**(13) 17:13 17:23 25:16 27:19 28:3 42:18 48:11 57:7 57:10 115:17 122:5 129:20

**therefore**(5) 37:8 42:6 69:9 72:19 86:25
**there's**(7) 67:24 72:15 72:24 78:3 90:6 90:18 104:12

**these**(31) 10:2 12:13 13:7 13:8 13:9 13:13 14:5 14:14 22:4 24:5 26:24 37:5 46:10 56:16 56:17 62:15 63:18 71:7 79:7 84:16 88:7 88:8 89:18 112:14 118:24 119:9 124:23 126:16 126:18 128:24 131:13

**they**(149) 9:14 9:15 13:2 13:17 14:16 18:18 18:12 18:16 19:5 20:6 21:25 23:18 23:18 24:16 24:18 25:12 25:22 25:25 26:9 26:10 27:2 27:8 27:16 28:5 30:21 30:23 31:1 31:24 32:3 32:4 32:5 32:18 32:20 33:2 33:20 33:22 38:4 42:13 43:1 43:2 43:15 47:15 48:3 48:17 49:20 57:20 64:3 67:6 68:1 68:1 72:12 73:19 73:21 73:23 73:23 73:24 73:24 73:25 73:25 74:1 78:10 84:19 84:25 84:25 85:3 85:8 85:8 85:10 85:9 85:23 85:24 85:25 88:25 93:4 96:8 96:9 97:12 97:25 99:9 99:9 99:21 99:22 99:23 101:6 101:10 104:18 104:21 104:23 105:1 105:17 107:9 110:5 111:4 112:19 112:19 113:12 113:13 114:25 115:15 116:19 116:24 117:1 117:16 117:21 120:14 121:1 122:15 124:16 124:16 124:17 124:18 124:22 124:23 124:24 125:3 126:16 126:22 125:9 129:7 130:6 131:21 133:13 134:10 134:11 134:14 134:16 134:20 134:25 135:20 136:3 136:10 136:13 136:21 136:22 136:24 136:24 137:5 137:5 137:6 137:7 137:7 137:8 137:9 137:10 137:14 138:2 138:6 138:8

**they're**(13) 17:5 17:5 24:16 26:13 26:23 27:1 37:4 50:7 64:7 64:22 112:10 113:23 115:11
**they've**(1) 30:12
**they'll**(1) 82:7
**they're**(3) 85:20 85:20 104:25
**they've**(3) 84:9 85:18 105:21

**thing**(11) 8:14 9:4 17:24 19:25 41:11 85:19 105:6 121:25 122:19 136:17 137:8

**things**(9) 10:15 21:12 52:10 64:6 88:8 94:6 108:1 128:2 134:3

**think**(88) 7:7 7:15 8:1 8:6 10:2 10:7 10:9 10:16 11:21 12:2 12:4 12:8 12:21 13:7 14:12 14:17 15:3 16:1 17:15 17:16 18:3 23:1 23:22 24:5 25:6 25:19 27:1 28:10 28:10 28:20 31:2 40:11 42:9 60:25 61:12 62:25 63:18 64:25 74:8 74:8 74:14 78:5 78:16 78:22 79:5 79:5 81:19 82:14 82:16 82:17 83:5 87:12 87:19 88:9 88:23 89:6 89:17 90:14 90:15 96:21 98:25 101:11 104:7 105:5 105:14 105:19 105:20 105:22 107:16 108:5 109:9 110:12 114:23 114:24 117:15 118:18 118:19 119:25 120:11 123:1 124:11 127:3 128:10 129:20 130:2 133:3 134:13 134:15

**thinking**(3) 12:2 22:22 47:9
**thinks**(1) 8:20
**thinner**(1) 7:19
**third**(2) 34:18 110:16
**thirdly**(1) 89:20
**this**(190) 7:17 7:22 8:2 9:15 9:15 9:24 10:8 13:8 13:15 13:18 13:20 13:24 17:24 18:21 20:23 21:4 21:15 22:2 22:21 23:3 23:3 23:5 24:3 24:4 24:16 24:23 25:3 31:9 31:22 34:5 34:18 36:17 37:15 39:11 40:10 40:23 41:5 42:8 42:22 43:22 46:17 47:16 47:18 51:6 52:2 52:9 52:22 53:4 53:21 54:2 55:3 55:7 55:10 55:22 55:23 56:4 56:11 56:13 57:8 57:18 58:13 58:21 59:2 59:2 59:11 59:17 60:3 60:6 60:10 61:17 65:2 66:21 66:23 67:1 68:3 68:22 69:13 69:17 70:21 71:6 71:9 73:9 74:19 74:22 75:8 75:25 76:18 76:25 77:6 78:5 78:19 78:19 78:23 79:17 79:24 81:12 82:2 83:8 83:17 83:19 83:25 84:11 84:17 86:16 89:18 89:19 89:20 90:4 91:1 91:19 94:1 94:3 93:3 93:9 93:11 93:13 94:1 94:5 94:16 95:23 96:12 96:25 97:4 97:11 98:3 98:12 98:13 98:13 98:17 99:7 99:9 99:12 101:7 101:15 102:11 103:23 104:8 105:4 105:7 105:8 105:19 105:21 105:24 107:2 107:3 107:6 110:2 110:4 110:19 110:23 112:20 114:4 118:15 118:17 118:1 120:6 122:6 122:8 122:10 124:7 124:9 124:21 125:3 125:20 125:24 128:4 128:20 129:14 129:14 129:25 130:8 130:10 130:12 130:18 131:25 132:25 133:3 133:25 135:2 135:12 135:12 137:13

**thomas**(5) 2:31 5:35 39:17 69:17 69:25
**thorough**(2) 9:25 123:1
**thoroughly**(1) 86:21
**those**(54) 17:19 18:15 19:8 19:12 19:15 23:20 25:19 27:15 28:4 31:18 31:23 32:1 33:1 33:8 34:13 34:14 35:11 38:1 39:7 46:4 46:15 47:5 47:6 49:7 60:1 62:11 78:24 87:20 89:1 96:17 100:5 105:4 107:5 107:15 107:17 108:6 111:2 111:8 111:24 112:12 112:24 113:19 115:6 115:7 117:3 117:11 121:3 125:13 129:4 130:6 131:6 133:18 137:16 138:4

**though**(4) 8:11 28:5 32:14 107:16
**thought**(11) 7:9 7:13 8:14 9:4 9:16 11:24 45:2 103:24 125:6 134:7 134:14

**thoughts**(1) 12:17
**thousands**(1) 116:4
**three**(7) 17:16 52:10 53:12 70:15 118:23 121:12 136:2

**through**(33) 10:2 11:14 17:9 18:8 18:13 21:17 23:15 23:17 30:22 30:23 30:24 31:14 34:23 59:17 60:11 61:2 63:17 63:18 64:25 66:24 78:6 85:23 93:11 105:14 109:24 114:21 117:9 126:20 128:9 129:5 133:3 135:7 137:17

**throughout**(9) 52:12 52:15 56:9 57:11 71:7 87:14 96:12 98:5 121:25

**throw**(1) 12:9
**throwing**(2) 95:6 134:23
**thus**(1) 89:24
**ticket**(1) 92:11
**tie**(1) 58:12
**tier**(1) 75:23
**tight**(1) 66:8
**time**(80) 7:7 13:23 14:16 15:12 15:23 16:23 22:12 22:21 24:16 24:23 28:21 29:11 29:19 31:1 32:8 34:13 40:24 44:19 44:24 45:2 46:16 46:23 47:8 48:7 48:8 49:21 50:25 56:8 59:8 62:4 62:20 63:10 66:1 67:23 68:7 69:13 73:3 73:12 73:22 74:19 75:15 76:25 77:6 78:20 81:16 82:4 82:16 84:7 84:13 85:6 85:8 85:8 86:2 88:13 88:15 99:21 101:13 101:25 110:24 111:13 111:14 112:6 116:3 121:1 121:17 124:7 124:10 125:1 127:1 128:3 131:21 132:11 132:18 132:18 133:25 134:16 134:21 135:20 138:19

**timeframe**(1) 46:21
**timely**(2) 15:2 109:17
**times**(1) 124:21
**timing**(4) 10:15 13:11 109:21 109:23
**today**(40) 11:5 14:15 14:20 15:2 41:25 43:18 48:18 51:16 51:18 51:23 52:2 56:1 57:23 65:19 75:7 76:4 86:18 91:5 97:14 97:21 99:15 102:16 106:7 110:24 111:3 112:1 112:9 114:14 114:22 114:25 115:10 115:22 117:7 119:10 119:22 121:5 123:9 124:6 135:3 138:15

**today's**(1) 82:16
**togut**(1) 3:22
**told**(11) 43:11 43:15 112:20 124:20 124:25 125:17 125:18 135:22 137:14 137:21 138:8
**tom**(3) 83:14 91:16 92:4
**too**(4) 40:10 69:15 95:25 138:3
**took**(7) 8:6 36:13 74:11 93:3 99:24 125:3 130:9

**top**(6) 68:15 68:19 75:23 75:23 93:22 108:10

**torys**(1) 3:4
**total**(3) 18:5 28:18 137:3
**totally**(1) 28:23
**toward**(1) 118:23
**towards**(1) 67:6
**traded**(1) 125:19
**traditional**(1) 71:3
**trained**(1) 75:16
**transcriber**(1) 139:11
**transcript**(3) 1:19 1:51 139:6
**transcription**(2) 1:44 1:51
**transferred**(1) 70:12
**transferring**(1) 50:21
**transition**(3) 47:15 90:7 131:21
**transitions**(1) 89:24
**travel**(2) 127:6 127:10
**traveled**(1) 102:16
**traveling**(2) 84:18 127:11
**traversed**(1) 51:23
**treated**(5) 70:18 95:15 112:24 113:14 117:20

**treatment**(2) 90:20 122:12
**treatments**(1) 100:13
**trial**(1) 10:2
**tried**(3) 44:21 69:14 76:10
**trouble**(1) 54:5
**troubled**(1) 10:8
**true**(2) 70:21 135:3
**trump**(1) 52:23

**trust**(1) 12:4
**trusted**(1) 84:22
**trustee**(1) 8:8
**try**(2) 121 105:17
**trying**(6) 12:25 55:23 59:17 65:12 96:8 98:11

**tuesday**(1) 7:1
**tunnell**(1) 1:26
**turn**(3) 40:7 107:20 108:9
**turned**(1) 43:17
**tweed**(4) 2:30 3:30 3:44 39:17
**two**(26) 10:1 15:10 17:16 17:24 18:23 18:25 28:20 38:17 55:6 65:24 76:13 79:14 84:4 88:7 88:12 93:25 94:6 94:14 102:4 102:5 102:5 104:15 104:23 105:4 113:8 121:11

**tying**(1) 72:3
**tyler**(1) 3:36
**type**(4) 42:11 45:9 50:5 105:21
**types**(5) 33:14 46:11 47:9 47:11 57:16
**u.k**(3) 2:10 2:42 3:40
**u.s**(3) 15:13 49:15 70:12
**ultimately**(1) 106:19
**um-hum**(4) 111:20 113:17 117:2 138:12
**umbrella**(2) 52:6 64:23
**unable**(6) 28:16 85:12 85:13 110:7 110:19 110:21

**unambiguous**(3) 88:17 88:19 89:19
**unaware**(1) 130:8
**unchartered**(1) 44:4
**unconscionable**(1) 44:8
**uncontested**(1) 20:2
**under**(49) 17:6 18:9 19:12 19:21 24:9 24:15 26:18 28:18 30:20 30:25 32:12 33:23 34:11 34:17 35:6 39:2 45:6 46:10 48:15 48:22 50:11 53:9 66:16 67:20 67:21 77:10 94:2 94:20 105:3 106:25 107:4 107:11 111:18 112:14 112:15 114:9 115:14 116:9 116:18 118:9 120:13 120:16 123:2 126:22 127:9 129:25 130:20 133:9 138:13

**underlying**(3) 20:14 21:13 89:17
**understand**(30) 8:14 9:23 10:11 12:23 13:12 14:21 18:6 20:16 21:5 24:4 37:2 57:25 66:15 76:22 79:19 92:7 99:8 102:2 106:6 120:20 121:15 122:5 126:14 127:25 129:22 130:23 132:7 134:12 135:25 138:10

**understandable**(1) 42:19
**understanding**(17) 14:4 21:2 23:2 42:3 43:19 53:20 53:24 56:16 72:14 76:24 77:10 92:14 102:9 113:4 120:23 123:1 131:7
**understood**(1) 101:25
**unemployable**(1) 84:13
**unfortunately**(1) 112:13
**unimaginable**(1) 44:8
**uninterrupted**(1) 52:15
**unique**(1) 35:22
**united**(6) 1:1 1:21 8:7 84:18 102:16
**unless**(5) 54:24 59:22 63:8 103:17 103:24
**unlike**(1) 130:10
**unpaid**(1) 111:22
**unreach**(1) 74:11
**unreasonable**(1) 66:17
**unsecured**(5) 18:10 31:3 38:12 69:3 104:19
**unsupported**(1) 118:11
**until**(6) 42:14 50:22 76:12 83:18 131:25 134:21

**untold**(1) 47:21
**update**(2) 21:7 21:8
**uphold**(15) 4:39 79:22 79:22 80:5 80:5 80:8 80:8 80:10 80:10 83:25 83:25 84:2 84:4 85:7 86:6

| Word | Page:Line |
|------|-----------|

**upon**(10) 14:10 15:18 40:20 50:2 53:13 66:14 69:9 79:7 132:18 133:12

**upper**(3) 24:24 41:8 65:21
**uppercase**(3) 71:12 72:8 94:12
**uppercase-defined**(1) 24:8
**upset**(1) 126:14
**use**(9) 10:10 25:4 25:7 31:9 94:5 94:11 100:1 100:2 138:6

**used**(8) 16:9 34:1 65:21 73:2 93:21 107:13 116:6 124:18

**using**(1) 26:1
**usually**(1) 73:22
**utmost**(1) 84:17
**uziel**(1) 1:37

**vacation**(28) 46:13 46:19 46:22 47:15 47:18 47:20 48:4 48:5 48:7 48:10 48:12 111:7 111:21 131:11 131:12 131:21 132:1 132:20 135:12 135:13 135:19 135:22 135:23 135:24 136:2 136:5 136:7 136:14

**vacation-day**(1) 131:25
**vacations**(1) 47:19
**valid**(4) 33:17 35:15 35:19 37:8
**validate**(2) 89:1 89:1
**validated**(2) 88:21 89:5
**validation**(2) 75:14 75:19
**value**(16) 41:16 72:22 74:5 74:13 92:16 92:17 92:21 92:22 93:7 93:7 95:11 98:10 98:11 98:12 98:13 112:13

**valued**(2) 71:12 95:14
**varies**(1) 114:7
**various**(12) 8:18 12:13 17:19 21:16 38:23 39:5 89:7 111:1 112:20 114:10 114:10 127:5
**verify**(1) 89:15
**verse**(1) 78:7
**version**(3) 53:22 53:25 54:1
**versions**(1) 56:16
**versus**(2) 59:15 122:2
**very**(56) 9:7 10:4 10:4 16:24 19:1 19:5 20:15 22:8 35:7 36:25 38:9 43:7 52:9 62:16 64:13 65:7 65:14 66:10 68:2 69:1 69:21 71:25 74:19 78:14 80:1 87:15 87:15 87:21 87:22 88:9 88:23 91:3 91:4 93:22 95:17 95:17 96:10 97:8 98:9 99:2 101:21 101:23 105:7 105:16 106:4 111:17 114:4 115:13 121:23 122:22 122:23 122:25 123:17 124:6 124:25 138:21

**vested**(1) 75:13
**views**(1) 30:15
**violation**(1) 125:21
**virtual**(2) 69:17 90:2
**vis**(1) 52:12
**vision**(1) 27:22
**volume**(1) 9:22
**volumes**(1) 89:6
**voluntarily**(1) 33:12
**voluntary**(4) 18:18 30:16 33:9 36:4
**wait**(2) 103:5 103:7
**waited**(1) 124:7
**waiting**(4) 9:10 13:16 15:13 16:2
**waive**(4) 32:14 50:8 97:15 97:17
**waived**(1) 46:1
**waiver**(1) 50:1
**waiving**(1) 33:9
**walk**(5) 23:17 59:17 60:11 128:8 128:19
**walked**(2) 23:15
**walking**(2) 17:9 64:25

**want**(33) 12:16 14:14 15:5 38:14 39:22 51:17 60:19 60:21 61:3 70:4 74:10 81:16 84:25 86:12 86:17 87:2 87:13 93:20 96:4 96:23 98:9 98:23 99:15 100:14 102:1 102:5 103:25 105:6 106:15 123:19 124:15 125:10 137:8

**wanted**(15) 16:17 16:20 37:17 76:6 81:22 81:23 88:10 95:13 99:1 99:17 100:8 101:8 102:8 116:2 117:4

**wants**(2) 10:17 13:10
**was**(214) 8:6 9:19 9:21 10:3 12:10 12:13 12:21 13:1 13:2 16:8 18:9 18:11 20:17 21:21 22:11 22:22 23:4 25:8 25:21 31:3 31:13 31:13 32:8 32:11 32:12 32:21 33:3 33:6 33:15 33:19 34:1 34:8 34:25 35:3 35:5 35:5 35:10 35:17 35:18 35:19 35:22 36:4 36:12 37:15 37:23 41:14 43:1 43:8 43:11 43:11 43:16 44:14 44:25 45:1 45:2 45:8 45:15 45:17 45:19 45:24 46:18 46:19 46:20 46:22 46:22 46:23 46:25 47:2 47:4 47:9 47:20 48:14 48:17 48:23 49:2 49:4 50:4 50:6 58:13 60:16 62:12 64:1 64:5 64:16 66:5 66:23 67:6 67:8 70:10 70:11 70:15 70:18 70:18 70:23 70:24 70:25 71:1 71:2 71:3 71:4 71:4 71:18 71:19 71:20 72:1 72:2 72:3 72:4 72:6 72:8 72:10 72:13 73:10 73:20 74:7 75:14 77:13 79:6 81:20 84:3 84:14 84:18 84:19 84:21 84:22 88:6 88:9 88:14 88:19 88:23 89:12 92:8 92:16 92:22 92:23 96:2 96:9 96:10 96:11 97:7 97:19 97:21 97:23 97:24 98:10 99:5 99:20 99:25 100:1 100:1 101:7 101:11 102:4 104:3 104:4 104:19 104:19 104:23 104:25 105:1 105:5 105:13 107:21 109:11 111:15 112:7 116:7 116:7 116:9 116:11 116:14 116:23 117:13 117:23 120:13 122:13 125:6 126:2 126:24 127:6 127:11 127:16 127:19 127:23 128:3 128:9 128:10 128:13 129:6 129:17 130:3 130:10 131:19 132:3 132:13 132:24 133:1 134:19 134:21 134:25 135:21 135:22 136:1 136:8 136:10 136:16 137:13 138:3 139:2

**wasn't**(4) 116:16 130:12 130:25 132:23
**wasn't**(4) 67:12 72:19 81:12 89:12
**waters**(1) 44:4
**way**(18) 13:4 14:8 16:7 21:7 30:12 38:17 73:11 94:13 104:7 113:23 116:21 117:20 118:2 124:19 126:4 129:23 135:7 136:9

**ways**(2) 72:15 113:19
**we'd**(3) 8:20 10:16 108:4
**we'll**(5) 10:12 11:12 22:2 47:11 138:23
**we're**(18) 10:17 12:10 23:9 36:16 40:23 48:10 51:4 99:4 99:7 106:20 115:9 117:7 118:3 121:4 121:24 122:1 122:6 130:15

**we've**(11) 7:17 23:15 56:10 111:10 112:6 112:23 113:7 113:9 113:11 114:14 117:5

**webb**(1) 3:36
**webinars**(1) 92:15
**week**(17) 19:20 25:2 25:3 25:12 26:11 27:10 48:18 53:3 55:13 55:20 61:21 63:6 63:8 66:6 108:23 109:7 111:10

**weeks**(4) 33:1 49:21 116:24 136:2
**weigh**(1) 10:16
**weighed**(1) 104:15
**welcome**(1) 40:12
**welfare**(1) 27:8

**well**(49) 11:11 11:20 12:10 12:18 13:6 14:2 15:17 16:23 16:24 17:23 22:9 36:25 37:22 38:8 38:9 38:17 41:1 44:2 47:13 53:18 60:23 65:7 70:20 70:22 73:4 73:4 77:15 78:17 80:1 84:2 88:9 88:23 103:13 113:12 114:4 118:18 120:8 120:21 121:10 123:17 126:3 135:4 135:15 136:22 137:14 137:22 138:2 138:9 138:14

**well-made**(1) 74:9
**went**(14) 18:7 32:18 70:13 75:20 84:2 88:16 98:1 101:24 116:5 116:8 129:5 131:16 136:11 136:12

**were**(83) 17:11 17:16 17:18 19:8 24:12 25:25 26:10 27:7 29:11 32:5 32:6 32:20 33:1 33:2 33:8 33:20 34:11 34:13 35:4 37:21 39:5 42:23 42:25 43:2 43:4 43:10 44:14 44:22 45:2 45:6 46:20 47:10 48:8 48:23 49:9 66:24 73:23 73:23 73:24 73:25 74:1 76:9 80:18 81:23 83:5 85:12 85:14 87:15 88:22 92:24 96:17 97:16 101:21 104:24 110:25 111:4 111:13 112:22 112:24 113:6 114:1 114:2 114:5 114:8 114:21 114:25 115:21 116:3 116:4 116:4 117:3 117:14 120:11 120:25 126:20 127:2 127:25 129:24 132:18 134:17 136:24 138:18

**weren't**(1) 47:5
**weren't**(2) 67:5 73:24
**west**(1) 3:9
**we'll**(4) 70:9 79:15 82:15 82:23
**we're**(8) 75:17 78:18 81:9 81:13 85:20 88:15 103:4 104:10

**we've**(5) 71:24 78:6 92:15 98:6 106:14
**what**(68) 11:24 11:25 13:7 13:18 14:11 14:25 15:19 15:20 23:25 24:10 25:18 50:5 57:25 58:13 59:17 61:2 61:24 63:9 63:20 63:25 71:3 71:20 72:21 81:3 84:14 84:23 85:8 88:15 89:17 89:20 90:2 95:16 96:7 96:8 97:10 99:7 99:9 102:1 102:15 104:18 104:20 105:17 105:19 108:6 110:2 111:25 114:8 114:8 117:7 117:18 118:3 120:9 121:20 123:23 129:6 129:22 134:8 135:18 135:25 137:4 137:11

**whatever**(9) 10:17 15:22 50:22 60:24 99:2 99:23 104:21 135:21

**what's**(2) 95:6 100:9
**when**(65) 15:17 18:21 19:10 21:21 23:24 29:11 30:12 30:15 31:19 43:1 43:16 44:2 47:15 53:16 55:7 57:7 57:9 57:13 62:24 64:11 64:16 66:24 67:6 67:23 70:23 71:3 72:5 72:12 73:19 76:6 76:6 76:9 76:9 76:18 77:18 81:20 85:17 85:18 89:8 90:22 94:8 99:22 100:6 105:7 105:8 105:9 111:24 112:15 116:3 116:5 118:3 125:4 125:20 125:25 129:10 134:8 134:10 134:1 134:24 136:10 136:11 136:21 136:24 137:1 137:6

**whenever**(1) 99:21
**where**(19) 7:13 28:6 44:6 46:8 49:6 51:2 55:16 58:10 73:3 75:20 77:8 83:5 100:12 102:14 105:11 121:15 124:12 124:14 124:23

**whereas**(1) 44:13
**whereupon**(1) 139:2
**whether**(16) 14:8 24:17 24:20 33:10 38:13 82:8 94:15 96:14 96:14 106:24 107:2 107:3 107:9 117:12 120:25 121:3

**which**(69) 11:7 12:24 18:4 18:9 20:9 20:10 20:18 27:9 27:23 31:18 32:4 32:22 33:13 34:8 35:22 37:21 37:23 43:4 48:19 48:22 50:13 55:20 56:3 56:10 61:8 63:7 67:24 67:25 69:7 70:15 70:16 72:10 79:13 84:18 98:10 99:5 105:1 106:24 107:21 108:19 108:21 109:10 109:23 110:9 113:1 113:11 114:15 114:16 114:17 115:8 116:2 118:24 119:3 119:3 119:5 119:8 120:22 124:4 126:21 126:22 126:23 128:23 130:2 132:3 132:14 133:12 134:16 138:6 138:7

**while**(24) 28:2 28:2 37:1 42:19 43:6 44:7 46:22 47:1 48:5 49:7 66:15 73:8 73:24 74:6 77:14 85:11 88:24 111:1 115:12 115:19 117:12 118:6 127:11 128:19

**who**(87) 7:16 8:23 9:5 9:11 15:1 16:4 19:19 21:3 23:2 23:11 24:5 25:9 25:11 26:7 26:17 26:22 27:4 29:25 33:8 33:12 33:20 36:13 37:6 37:7 39:13 40:4 41:8 43:12 43:25 46:9 46:14 46:18 46:20 46:25 50:19 51:2 53:2 64:22 70:11 71:4 78:4 78:4 79:2 79:8 81:23 82:5 83:4 83:6 84:22 90:25 91:2 93:24 94:7 95:15 99:2 104:11 105:12 105:13 105:16 108:22 109:5 109:15 109:16 109:17 109:18 110:25 111:9 111:24 112:1 113:14 113:24 114:4 114:12 114:14 116:9 119:4 127:12 136:16

**who's**(5) 24:9 25:1 55:12 124:6 130:1
**whole**(6) 66:8 96:13 99:5 121:25 122:16 135:23

**wholly**(1) 29:18
**whom**(2) 33:20 34:24
**whose**(1) 60:5
**why**(18) 15:21 23:18 23:19 24:11 26:13 28:6 35:5 66:15 97:16 98:2 98:2 101:9 115:13 123:21 123:21 126:3 128:3 134:25

**will**(77) 7:7 8:15 11:1 12:2 12:9 13:2 18:21 18:15 17:18 15:19 16:3 16:4 23:12 47:24 51:3 51:23 51:24 52:23 53:8 53:12 56:13 56:25 57:13 58:2 58:16 60:10 62:24 66:21 68:10 69:20 71:8 73:6 74:23 77:8 79:13 81:16 82:5 82:5 82:15 82:21 82:21 82:22 83:15 83:21 85:25 87:4 88:7 88:11 96:6 99:8 106:7 106:8 106:8 108:12 108:19 108:21 112:12 112:23 115:19 119:9 120:1 120:6 121:8 121:22 122:12 123:2 123:4 133:12 136:13 138:13

**william**(2) 2:5 3:5
**willing**(3) 16:21 104:2 122:18
**willkie**(1) 3:40
**wilmington**(8) 1:13 1:31 2:7 2:13 2:27 3:29 2:47 7:1

**wisdom**(1) 96:24
**wish**(9) 14:25 15:1 23:11 56:21 65:18 79:8 80:2 121:21 138:22

**wished**(2) 16:22 83:6
**wishes**(3) 10:13 39:13 40:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**with**(157) 7:12 7:24 8:7 8:18 8:23 9:16 10:2 10:8 10:21 10:23 11:23 13:16 14:24 15:7 16:22 18:8 18:23 19:3 19:11 19:11 19:18 21:10 23:24 24:3 29:18 29:19 31:5 32:7 32:17 33:7 34:6 34:21 36:2 39:1 42:16 43:10 43:13 43:17 43:23 44:3 46:22 46:25 47:4 47:21 51:7 51:20 53:7 54:1 56:10 57:3 57:10 58:19 60:16 61:4 63:17 64:19 66:12 66:12 67:2 67:3 68:3 68:17 69:4 69:15 70:3 70:21 70:23 71:16 71:17 71:23 72:11 72:12 72:21 73:1 73:15 74:12 74:14 75:3 76:1 76:10 76:23 77:5 77:9 77:13 83:13 83:23 84:5 84:5 84:8 84:17 84:20 84:21 85:13 85:23 87:1 87:16 87:16 88:15 88:18 92:7 92:12 92:15 92:17 93:6 93:7 93:10 93:23 94:5 94:23 95:7 95:9 95:18 97:20 99:5 99:18 99:24 100:10 100:25 101:2 101:5 101:21 102:6 102:17 104:16 104:21 105:7 105:12 105:17 106:21 109:16 111:7 113:4 114:6 115:21 116:5 116:8 118:7 121:4 121:22 122:11 122:21 124:11 125:1 127:3 127:5 127:16 128:17 129:19 130:1 130:9 130:19 132:10 133:21 137:14 137:24

**withdrawn**(2) 33:1 117:3

**within**(7) 33:21 46:20 53:5 55:4 55:6 57:21 61:17

**without**(11) 24:7 41:22 42:20 51:3 52:4 77:1 86:22 87:16 94:23 111:16 119:22

**witness**(2) 73:18 75:21
**witnessed**(1) 59:8
**woman**(1) 46:25
**women**(1) 90:24
**won't**(3) 12:11 15:21 132:19
**word**(12) 19:16 24:7 25:4 25:7 25:20 31:10 57:21 93:20 94:4 94:5 94:11 107:18
**words**(15) 47:6 67:8 88:22 88:22 88:25 89:1 89:4 89:18 90:11 96:17 96:19 96:24 105:18 115:11 130:10

**work**(99) 9:3 9:8 9:15 18:19 19:19 19:23 20:4 20:6 20:8 20:10 24:16 24:17 25:1 25:3 25:11 26:10 28:16 28:20 29:9 29:13 29:14 29:16 29:25 30:6 30:14 30:16 36:5 41:23 45:10 46:6 46:8 46:15 46:22 52:4 53:3 55:12 55:19 57:11 57:13 57:15 57:16 57:22 58:1 58:11 58:11 58:16 58:16 58:17 58:18 58:21 59:4 59:7 59:14 59:20 60:18 62:10 62:13 62:13 63:14 64:21 65:17 66:7 66:6 66:13 66:20 73:17 73:19 74:21 84:13 85:13 96:20 99:23 99:24 101:24 105:12 105:13 105:13 108:23 109:6 110:5 110:7 110:19 110:21 110:23 111:9 111:12 112:2 112:10 113:7 113:15 113:24 114:5 115:8 120:14 120:24 121:1 132:17 132:18 134:2

**worked**(10) 46:25 73:23 75:12 75:14 84:20 85:7 91:18 99:23 101:22 135:25

**worker**(1) 84:15
**workers**(2) 136:18 136:18
**workforce**(1) 134:19
**working**(14) 17:24 26:23 27:9 42:13 42:24 43:1 61:20 62:5 63:5 67:6 71:9 84:20 85:11 121:4

**works**(1) 8:3
**world**(1) 76:5
**worried**(1) 45:2
**worth**(1) 95:10

**would**(158) 7:14 8:20 9:4 9:16 10:4 10:19 12:3 14:9 14:9 18:5 18:12 18:16 18:18 20:22 21:3 21:7 21:17 21:10 21:11 21:13 22:10 22:11 22:16 22:25 23:16 24:2 25:9 25:12 25:21 25:23 26:7 26:25 27:16 28:14 29:12 30:23 31:1 31:12 31:22 32:20 33:13 33:18 34:5 35:21 37:7 38:16 40:8 41:18 42:6 42:9 42:20 43:17 43:25 44:6 44:7 44:8 45:3 45:3 45:4 45:5 45:5 47:20 48:6 48:22 48:23 48:24 49:1 49:8 49:11 50:2 50:16 54:24 55:1 56:19 56:25 58:25 59:2 59:6 60:19 60:21 60:23 61:3 61:15 61:24 62:19 62:21 63:8 63:18 63:25 64:9 66:15 66:22 68:15 69:11 69:16 71:4 71:11 74:2 79:14 79:25 81:3 81:24 83:4 84:22 85:10 86:23 92:3 92:13 92:25 94:4 94:10 95:25 97:13 97:16 100:4 100:5 102:3 103:18 103:24 104:1 104:22 107:25 111:2 113:2 116:19 117:17 117:19 118:1 118:12 119:15 120:11 120:21 121:3 125:1 126:18 126:19 130:18 130:24 131:1 132:13 132:25 136:3 136:12 133:21 136:22 137:24

**would've**(1) 132:10
**wouldn't**(3) 31:19 57:23 64:9
**wrinkle**(1) 12:9
**written**(3) 34:23 107:18 124:21
**wrong**(2) 14:15 125:13
**wrote**(4) 75:19 124:20 124:25 137:6
**www.diazdata.com**(1) 1:48
**y'all**(3) 137:22 137:22 137:23
**yeah**(1) 31:21
**year**(19) 21:4 21:7 21:16 21:16 21:25 27:12 85:20 92:25 95:9 95:10 101:8 119:5 131:17 135:23 135:24 136:1 136:2 136:4 136:4
**year-after**(1) 85:19
**years**(35) 17:24 28:20 44:16 44:18 47:21 68:4 70:13 74:5 75:13 75:25 77:7 77:14 83:18 84:14 85:7 89:6 90:3 91:18 93:7 93:25 95:8 95:8 95:11 96:20 99:6 100:9 102:14 105:18 110:23 113:8 122:7 124:11 132:3 132:5 134:5
**yes**(141) 8:7 7:15 7:20 7:25 8:16 9:24 10:14 11:19 12:19 12:25 14:19 16:1 16:17 17:4 17:15 18:1 22:6 22:17 23:11 23:14 26:2 26:6 26:8 26:14 27:25 28:17 31:15 29:22 35:24 36:14 36:22 37:19 38:21 39:18 39:20 42:2 49:19 49:22 54:13 56:24 56:24 57:6 59:12 61:10 61:12 61:13 61:22 62:12 63:1 63:24 64:1 65:14 65:15 68:17 70:8 75:4 78:2 79:10 79:12 79:18 80:1 80:7 80:24 81:5 81:6 81:8 81:11 81:14 82:4 82:21 82:9 82:11 82:13 83:16 84:1 86:7 86:11 86:15 87:10 88:1 88:4 90:9 91:7 91:11 91:23 91:25 92:5 95:2 95:25 97:5 98:16 98:18 99:13 100:19 100:22 100:23 100:24 101:16 101:20 102:12 102:13 102:23 102:25 103:3 103:4 103:8 104:8 106:10 106:18 108:9 110:21 111:6 118:5 119:15 119:20 122:3 123:5 123:13 123:16 123:14 123:21 123:24 123:24 124:2 125:8 125:12 125:15 126:10 128:18 128:22 128:25 129:19 130:4 131:2 133:6 133:16 133:19 133:25 134:1

**yesterday**(1) 13:19
**yet**(4) 12:24 13:5 15:10 24:13
**york**(3) 1:39 2:20 2:33

**you**(301) 7:2 7:23 8:2 9:11 9:24 9:25 10:1 10:16 10:19 11:22 11:25 12:16 13:11 14:10 14:24 14:25 15:3 15:18 15:20 15:22 16:6 16:9 16:9 16:20 16:24 17:22 18:7 18:14 19:3 19:13 19:21 21:12 22:10 22:11 23:13 23:25 24:6 25:6 25:10 25:16 25:17 26:12 26:13 27:18 27:20 28:2 28:7 28:8 28:10 28:10 28:19 29:9 29:11 29:12 29:16 30:3 30:6 30:13 30:13 30:14 30:17 31:19 31:19 32:12 32:18 32:25 33:11 33:12 33:14 35:12 37:12 37:14 37:16 38:5 38:4 38:5 38:6 38:8 38:13 38:13 38:16 38:18 39:9 39:10 39:25 40:1 40:2 40:2 40:3 40:8 40:10 40:10 40:11 40:24 41:17 47:10 47:10 47:12 47:13 49:15 49:20 49:16 49:17 50:9 50:9 50:10 50:12 51:8 51:10 51:11 52:23 53:10 53:11 54:5 54:9 54:14 54:18 55:7 56:21 56:24 57:2 57:3 57:4 57:13 57:15 58:2 58:4 58:5 58:6 58:16 58:18 59:13 60:19 60:21 60:23 60:24 60:25 61:1 61:3 61:7 61:11 61:14 61:17 61:19 61:20 61:23 62:2 62:5 62:19 62:21 62:21 63:2 63:4 63:5 63:7 63:9 63:16 63:17 63:19 64:8 64:11 65:9 67:16 68:18 69:15 69:22 69:24 70:8 70:10 72:7 72:15 74:6 74:19 74:23 74:23 74:25 76:15 77:20 77:23 77:25 78:8 78:15 78:5 78:24 79:6 79:12 79:16 79:20 79:21 80:1 80:6 80:8 80:11 80:18 81:4 81:7 82:8 82:12 82:20 82:22 82:24 83:2 83:22 83:2 84:3 84:6 84:14 84:15 84:16 85:20 86:1 86:2 86:3 86:3 87:6 87:14 87:15 87:21 87:22 88:14 90:8 90:9 90:10 90:15 90:23 91:4 91:9 91:16 91:18 91:20 91:21 92:1 92:2 93:10 93:13 93:14 94:25 95:1 95:5 95:12 95:17 95:17 95:18 95:19 95:20 96:21 96:22 96:23 97:3 97:6 98:5 98:14 98:15 98:16 98:23 98:24 98:24 99:4 99:4 99:10 99:11 99:14 99:15 99:16 99:18 99:25 100:4 100:5 100:9 100:14 100:15 100:17 101:13 101:14 101:18 101:21 101:22 102:2 102:9 102:10 102:19 102:20 103:1 103:9 103:10 103:11 103:12 103:17 103:17 103:19 103:20 104:5 104:9 104:17 105:5 105:7 106:1 106:2

**you**(117) 106:3 106:11 106:21 107:20 108:2 108:5 108:6 108:9 108:12 108:19 108:21 109:1 109:13 109:14 109:24 110:7 110:12 110:13 110:18 110:21 110:22 111:10 111:11 111:11 111:13 111:17 111:18 111:21 111:22 112:16 113:2 113:7 113:15 113:15 113:21 114:8 114:8 114:18 114:22 115:19 116:15 116:16 117:5 117:15 117:19 118:13 119:11 119:12 120:2 120:6 120:18 120:19 121:6 121:8 121:8 121:12 121:13 121:14 121:24 122:4 122:22 123:6 123:14 123:18 123:18 123:21 123:22 124:10 124:20 124:22 125:6 125:10 125:11 125:18 125:19 125:20 125:21 125:24 125:25 125:25 126:6 126:11 128:12 128:17 128:18 128:19 128:19 128:22 128:23 129:8 132:17 132:18 132:19 132:20 133:11 133:20 133:24 135:1 135:2 135:17 135:23 135:24 135:24 136:1 136:4 136:4 136:23 137:4 137:15 138:11 138:14 138:22 138:22 138:23 138:24 138:25

**you'll**(8) 23:8 23:8 109:9 113:18 115:9 115:12 115:17 126:4

**you're**(21) 10:23 23:24 24:20 24:21 28:16 29:10 29:12 29:14 29:23 30:7 30:10 30:15 40:11 62:24 65:11 108:6 111:12 111:23 113:20 115:20 138:10

**you've**(1) 116:25
**young**(6) 2:36 2:43 3:13 3:18 46:25 99:22
**youngest**(1) 122:8

**your**(274) 7:4 7:5 7:10 7:18 8:1 8:11 8:13 8:20 9:20 10:8 10:11 10:12 10:13 10:17 10:21 11:3 11:10 11:15 11:18 11:20 12:8 12:16 13:6 14:3 14:6 14:8 14:12 14:23 15:15 15:19 15:25 16:3 16:10 17:15 17:23 19:24 19:25 20:1 20:19 21:12 21:19 22:10 23:1 26:2 28:17 28:21 30:8 30:8 31:11 32:12 32:25 34:5 36:11 36:14 37:14 38:7 38:13 38:18 39:11 39:14 40:9 40:9 40:13 40:24 41:12 41:24 42:23 45:10 45:12 45:12 46:2 46:17 47:7 48:5 48:17 49:16 50:12 51:6 51:7 52:2 52:18 53:7 53:11 53:11 54:5 54:18 55:22 56:7 56:23 57:4 57:9 57:12 58:2 58:6 58:19 58:19 59:5 59:13 60:10 60:20 60:21 60:22 60:25 61:1 61:7 61:11 61:16 61:16 61:24 61:25 61:25 62:18 62:19 62:20 62:22 62:24 63:2 63:3 63:17 63:19 63:22 63:23 64:1 64:12 65:2 65:14 66:25 67:4 67:10 68:8 68:12 69:11 69:13 69:18 69:21 69:21 69:22 69:25 72:22 74:24 75:2 75:5 75:8 75:12 76:3 76:13 76:17 77:4 77:10 77:10 77:17 77:21 78:2 78:16 78:17 78:22 79:10 79:12 79:18 79:21 79:24 80:2 81:2 81:9 81:25 82:17 82:20 82:24 83:8 83:11 83:13 83:14 83:20 83:22 83:25 84:2 84:6 85:5 85:17 85:18 86:2 86:5 87:3 87:7 87:8 87:14 87:24 88:13 88:17 88:9 90:4 90:7 90:15 91:3 91:8 91:11 91:22 92:1 92:2 92:6 92:13 93:9 93:10 93:21 93:21 94:25 95:3 95:16 95:23 96:1 96:16 96:18 96:23 97:6 98:17 99:4 99:10 99:14 100:18 101:12 101:15 102:9 103:4 103:23 104:3 104:6 104:22 105:7 106:2 106:3 106:6 106:11 106:13 107:24 108:3 108:9 109:25 110:6 110:17 110:18 111:8 111:9 112:17 113:19 114:6 114:9 116:15 119:12 119:23 120:2 120:4 120:21 121:7 123:6 123:22 125:19 126:11 128:7 128:22 129:21 129:11 133:11 133:20 135:5 135:13 135:24 136:3 136:5 137:3 138:13 138:15 138:15 138:17 138:25

**yourself**(2) 41:24 126:5
**you'd**(2) 85:16 104:6
**you'll**(2) 87:17 103:5
**you're**(10) 74:6 77:17 79:5 98:21 98:22 99:9 105:19 105:9 105:10 105:22

**you've**(4) 78:2 78:5 84:7 84:15
**zero**(2) 92:23 98:12
**zloto**(1) 4:31
**"medical**(1) 68:20
**"moreover**(1) 73:14
**"the**(1) 67:19