# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Objection Deadline: July 17, 2013 at 4:00 p.m.** |

## FIFTY-SECOND MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 19, 2009, *nunc pro tunc* to January 26, 2009 |
| Period for which compensation and reimbursement are sought: | May 1, 2013 through May 31, 2013 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $23,684.80 (80% of $29,606.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,705.30 |

This is a(n): __X__ monthly ____ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 3/31/09 | 1/26/09 - 2/28/09 | $33,806.50 | $9,013.45 |
| 4/27/09 | 3/1/09 - 3/31/09 | $9,557.50 | $2,370.03 |
| 5/28/09 | 4/1/09 - 4/30/09 | $5,003.00 | $579.58 |
| 6/30/09 | 5/1/09 - 5/31/09 | $5,940.50 | $1,746.88 |
| 7/31/09 | 6/1/09 - 6/30/09 | $11,247.50 | $1,479.03 |
| 8/28/09 | 7/1/09 - 7/31/09 | $7,799.50 | $1,883.69 |
| 9/30/09 | 8/1/09 - 8/31/09 | $5,632.00 | $579.60 |
| 10/29/09 | 9/1/09 - 9/30/09 | $10,652.50 | $1,651.38 |
| 11/30/09 | 10/1/09 - 10/31/09 | $7,559.00 | $1,899.58 |
| 12/31/09 | 11/1/09 - 11/30/09 | $5,920.00 | $1,424.32 |
| 1/27/10 | 12/1/09 - 12/31/09 | $7,969.50 | $2,546.64 |
| 2/23/10 | 1/1/10 - 1/31/10 | $7,779.50 | $2,896.33 |
| 3/26/10 | 2/1/10 - 2/28/10 | $9,673.50 | $2,025.44 |
| 4/28/10 | 3/1/10 - 3/31/10 | $15,121.50 | $4,944.86 |
| 5/26/10 | 4/1/10 - 4/30/10 | $3,958.50 | $928.23 |
| 6/24/10 | 5/1/10 - 5/31/10 | $4,552.00 | $656.31 |
| 7/29/10 | 6/1/10 - 6/30/10 | $7,002.00 | $610.59 |
| 8/25/10 | 7/1/10 - 7/31/10 | $7,160.50 | $708.00 |
| 9/30/10 | 8/1/10 - 8/31/10 | $8,999.50 | $743.10 |
| 10/22/10 | 9/1/10 - 9/30/10 | $11,743.00 | $914.94 |
| 11/19/10 | 10/1/10 - 10/31/10 | $9,773.00 | $880.56 |
| 12/23/10 | 11/1/10 - 11/30/10 | $10,174.50 | $1,285.36 |
| 1/27/11 | 12/1/10 - 12/31/10 | $9,435.00 | $2,467.63 |
| 2/25/11 | 1/1/11 - 1/31/11 | $9,257.50 | $1,577.91 |
| 3/18/11 | 2/1/11 - 2/28/11 | $7,777.00 | $991.55 |

| | | | |
|---|---|---|---|
| 4/27/11 | 3/1/11 - 3/31/11 | $8,985.50 | $785.77 |
| 5/25/11 | 4/1/11 - 4/30/11 | $25,558.00 | $1,659.92 |
| 6/23/11 | 5/1/11 - 5/31/11 | $16,602.00 | $1,366.02 |
| 7/20/11 | 6/1/11 - 6/30/11 | $34,746.00 | $17,651.49 |
| 8/16/11 | 7/1/11 - 7/31/11 | $19,498.50 | $1,855.69 |
| 9/27/11 | 8/1/11 - 8/31/11 | $14,110.50 | $2,243.58 |
| 10/19/11 | 9/1/11 - 9/30/11 | $20,344.00 | $956.79 |
| 11/21/11 | 10/1/11 - 10/31/11 | $16,196.00 | $3,501.41 |
| 12/22/11 | 11/1/11 - 11/30/11 | $12,571.00 | $1,849.43 |
| 1/25/12 | 12/1/11 - 12/31/11 | $8,644.00 | $416.69 |
| 2/23/12 | 1/1/12 - 1/31/12 | $5,437.50 | $444.82 |
| 3/21/12 | 2/1/12 - 2/29/12 | $15,896.50 | $1,281.19 |
| 4/24/12 | 3/1/12 - 3/31/12 | $21,358.00 | $2,033.24 |
| 5/18/12 | 4/1/12 - 4/30/12 | $9,653.00 | $630.86 |
| 6/25/12 | 5/1/12 - 5/31/12 | $17,041.50 | $714.05 |
| 7/26/12 | 6/1/12 - 6/30/12 | $11,818.00 | $775.83 |
| 8/23/12 | 7/1/12 - 7/31/12 | $13,581.50 | $2,017.84 |
| 9/26/12 | 8/1/12 - 8/31/12 | $19,444.50 | $1,634.84 |
| 10/31/12 | 9/1/12 - 9/30/12 | $13,158.50 | $621.75 |
| 11/21/12 | 10/1/12 - 10/31/12 | $11,332.00 | $1,411.55 |
| 12/28/12 | 11/1/12 - 11/30/12 | $11,483.00 | $2,676.89 |
| 1/28/13 | 12/1/12 - 12/31/12 | $4,512.50 | $413.68 |
| 2/22/13 | 1/1/13 - 1/31/13 | $9,967.00 | $1,573.44 |
| 3/26/13 | 2/1/13 - 2/28/13 | $14,807.00 | $1,913.89 |
| 4/29/13 | 3/1/13 - 3/31/13 | $20,029.50 | $4,580.15 |
| 5/24/13 | 4/1/13 - 4/30/13 | $29,386.50 | $3,846.53 |

RLF1 8823971v.1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $775 | 0.1 | $77.50 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of DE & PA Bars since 2006. | $450 | 55.8 | $25,110.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Member of DE since 2010. | $350 | 0.4 | $140.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $215 | 18.3 | $3,934.50 |
| Cathy M. Greer | Paralegal since 1990. Joined firm in 2000. | $215 | 0.8 | $172.00 |
| Rebecca V. Speaker | Paralegal since 2001. Joined firm in 2001. | $215 | 0.8 | $172.00 |
| **TOTAL** | | | **76.2** | **$29,606.00** |

| | |
|---|---|
| Grand Total | $29,606.00 |
| Attorney Compensation | $25,327.50 |
| Total Attorney Hours | 56.3 |
| Blended Rate | $449.87 |

Dated: June 27, 2013
      Wilmington, Delaware

RLF1 8823971v.1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 2.7 | $660.00 |
| Creditor Inquiries (B) | 0.0 | $0.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 0.0 | $0.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Reorganization/Disclosure Statement (F) | 0.0 | $0.00 |
| Use, Sale, Lease of Assets (G) | 0.6 | $270.00 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 6.2 | $2,790.00 |
| Court Hearings (J) | 21.0 | $8,557.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 0.0 | $0.00 |
| Employee Issues (M) | 0.3 | $135.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 28.9 | $13,005.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.0 | $0.00 |
| RL&F Fee Applications (R-1) | 3.4 | $919.00 |
| Fee Applications of Others (R-2) | 13.1 | $3,270.00 |
| Vendor/Suppliers (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **76.2** | **$29,606.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $30.58 |
| Conference Calling | | $527.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 3,107 @ $.10 pg. <br> Printing: 1,376 @ $.10 pg. | $448.30 |
| Outside Reproduction | | $0.00 |
| Legal Research | | $0.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | Diaz Data Services | $423.00 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Federal Express, Blue Marble | $153.25 |
| Postage | | $55.17 |
| Binding | | $2.50 |
| Business Meals | (meal detail attached) | $0.00 |
| Document Retrieval | Pacer | $65.50 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| **TOTAL** | | **$1,705.30** |

6

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Meal & # of people | Description | Amount |
| TOTAL | | | | NONE |

7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: July 17, 2013 at 4:00 p.m.** |
|  | ) |  |
|  | ) |  |

### FIFTY-SECOND MONTHLY APPLICATION OF
### RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE
### OF COMPENSATION FOR SERVICES RENDERED AND
### FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO
### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009 [Docket No. 222] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this Fifty-Second Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors (the "Committee") for the Period From May 1, 2013 through May 31, 2013 (the "Application"). By this Application, RL&F seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $23,684.80 (80% of

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

$29,606.00) as compensation and $1,705.30 for reimbursement of actual and necessary expenses

for a total of $25,390.10 for the period May 1, 2013 through and including May 31, 2013 (the

"Compensation Period").   In support of this Application, RL&F respectfully represents as

follows:

## Background

1.      On January 14, 2009 (the "Petition Date"), each of the Debtors filed

voluntary petitions for relief (collectively, the "Debtors") under chapter 11 of the Bankruptcy

Code.

2.      On March 19, 2009, this Court entered an order authorizing the retention

of RL&F as co-counsel to the Committee, *nunc pro tunc* to January 26, 2009 (the "Retention

Order").  The Retention Order authorized RL&F to be compensated on an hourly basis and to be

reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.      All services for which compensation is requested by RL&F were

performed for or on behalf of the Committee.

4.      Except to the extent of the retainer paid to RL&F as described in the

application seeking approval of RL&F's employment by the Committee during the period

covered by this Application, RL&F has received no payment and no promises for payment from

any source for services rendered or to be rendered in any capacity whatsoever in connection with

the matters covered by this Application.  There is no agreement or understanding between RL&F

and any other person other than the directors of RL&F for the sharing of compensation to be

received for services rendered in these cases.

RLF1 8823971v.1

**Fee Statements**

5.      The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period.    To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

**Actual and Necessary Expenses**

6.      A summary of  actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as Exhibit B.  RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost.  RL&F currently is under contract to pay these providers a flat fee every month.  Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.      RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services.  In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

<u>**Summary of Services Rendered**</u>

9.      The associates of RL&F who have rendered professional services in these cases are as follows: Mark D. Collins, Christopher M. Samis and Amanda R. Steele.  The paraprofessional of RL&F who has provided service to these attorneys in these cases is as follows:  Barbara J. Witters, Cathy M. Greer and Rebecca V. Speaker.

10.      RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

<u>**Summary of Services By Project**</u>

11.      The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached <u>Exhibit A</u>. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in <u>Exhibit A</u> attached hereto.

4

A.    Case Administration/Miscellaneous Matters

Fees: $660.00;  Total Hours: 2.7

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.    Creditor Inquiries

Fees: $0.00;  Total Hours: 0.0

This category includes all matters related to responding to creditor inquiries.

C.    Meetings

Fees: $0.00;  Total Hours: 0.0

This category includes all matters related to preparing for and attending meetings with debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.    Executory Contracts/Unexpired Leases

Fees: $0.00;    Total Hours: 0.0

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.    Automatic Stay/Adequate Protection

Fees: $0.00;  Total Hours: 0.0

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

RLF1 8823971v.1

F.    Plan of Reorganization/Disclosure Statement

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.    Use, Sale, Lease of Assets

Fees: $270.00; Total Hours: 0.6

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.    Cash Collateral/DIP Financing

Fees: $0.00; Total Hours: 0.0

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.    Claims Administration

Fees: $2,790.00; Total Hours: 6.2

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.    Court Hearings

Fees: $8,557.00; Total Hours: 21.0

This category includes all matters relating to preparation for and attendance at court hearings.

RLF1 8823971v.1

K.    General Corporate/Real Estate

Fees: $0.00; Total Hours: 0.0

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.    Schedules/SOFA/U.S. Trustee Reports

Fees: $0.00; Total Hours: 0.0

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.    Employee Issues

Fees: $135.00; Total Hours: 0.3

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.    Environmental

Fees: $0.00; Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O.    Tax Issues

Fees:  $0.00; Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

RLF1 8823971v.1

P.    Litigation/Adversary Proceedings

Fees: $13,005.00; Total Hours: 28.9

This category includes all matters relating to litigation and adversary proceedings.

Q-1.    RL&F Applications

Fees:  $0.00; Total Hours: 0.0

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.    Retention of Others

Fees: $0.00; Total Hours: 0.0

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.    RL&F Fee Application

Fees: $919.00; Total Hours: 3.4

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.    Fee Application of Others

Fees:  $3,270.00; Total Hours: 13.1

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

RLF1 8823971v.1

S.     <u>Vendor/Suppliers</u>

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.     <u>Non-Working Travel</u>

Fees: $0.00; Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U.     <u>Utilities</u>

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to utility issues.

V.     <u>Insurance</u>

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12.     Attorneys and paraprofessionals of RL&F have expended a total of 76.2 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 0.1 | $775 |
| Christopher M. Samis | 55.8 | $450 |
| Amanda R. Steele | 0.4 | $350 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 18.3 | $215 |
| Cathy M. Greer | 0.8 | $215 |
| Rebecca V. Speaker | 0.8 | $215 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value

of the services rendered by RL&F to the Committee during the Compensation Period is $29,606.00.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period May 1, 2013 through May 31, 2013, an allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $29,606.00 compensation for necessary professional services rendered, (80% of which equals $23,684.80), and the sum of $1,705.30 as 100% reimbursement of actual necessary costs and expenses, for a total of $31,311.30 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: June 27, 2013
     Wilmington, Delaware

                                      Mark D. Collins (No. 2981)
                                      Christopher M. Samis (No. 4909)
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware  19801
                                      Telephone:  (302) 651-7700
                                      Facsimile:  (302) 651-7701

                                      *Counsel to the Official Committee of Unsecured*
                                      *Creditors of Nortel Networks Inc., et al.*

## VERIFICATION

STATE OF DELAWARE          )
                                     ) SS:

COUNTY OF NEW CASTLE     )

        Christopher M. Samis, after being duly sworn according to law, deposes and says:

        a)     I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

        b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

        c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

                                                   _____

                                      Christopher M. Samis (No. 4909)

SWORN AND SUBSCRIBED before me
this 27th day of  June, 2013.

My Commission Expires:  2/20/15

BARBARA J. WITTERS
NOTARY PUBLIC
EXPIRES
FEB. 20, 2015
STATE OF DELAWARE