# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 2
Client #  732310

Matter #  165839

For services through May 31, 2013
relating to  Case Administration

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 05/03/13 | | Email to B. Witters re: removing J. Sturm from electronic service | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |
| 05/10/13 | | Review docket (.1); Review and update critical dates (.2); E-mail to distribution list re: same (.1) | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 05/15/13 | | Attention to e-mail from M. Fagen re: pdfs of notice of filings in the Canadian Nortel case (.1); Retrieve re: same (.2); E-mail to M. Fagen re: pdfs of same (.1) | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 05/21/13 | | Prepare pro hac motion re: R. Johnson (.4); E-mail to C. Samis re: same (.1); Revise pro hac motion re: R. Johnson x2 (.2) Prepare pro hac motions for A. Qureshi, D. Botter and F. Hodara (.6); E-mail to C. Samis re: same (.1); Prepare pro hac re: R. Johnson bankruptcy Court (.2); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | | 1.70 hrs. | 215.00 | $365.50 |
| 05/21/13 | | Review order denying motion to shorten | | | |
| Director | Mark D. Collins | | 0.10 hrs. | 775.00 | $77.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $660.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$660.00** |
| BALANCE BROUGHT FORWARD | $526.30 |
| **TOTAL DUE FOR THIS MATTER** | **$1,186.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 3
Client #  732310

Matter #  165839

For services through May 31, 2013
relating to  Use, Sale of Assets

| 05/08/13 | Review U.S. Customs payment stipulation and order | | | |
|----------|---------------------------------------------------|-----------|--------|---------|
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |

|  | Total Fees for Professional Services | $270.00 |
|--|--------------------------------------|---------|

| **TOTAL DUE FOR THIS INVOICE** | **$270.00** |
|--------------------------------|-------------|
| BALANCE BROUGHT FORWARD | $630.00 |
| **TOTAL DUE FOR THIS MATTER** | **$900.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 4

Client # 732310

Matter # 165839

For services through May 31, 2013
relating to Claims Administration

| 05/01/13 | Call from V. Kat re: calls from claims purchasers | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

| 05/08/13 | Review order scheduling T. Bowbeer claim transfer dispute for hearing (.2); Review memorandum order denying motion of Stephen Paroski for payment (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |

| 05/10/13 | Emails to B. Kahn re: status of EMEA claims objection (x2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

| 05/14/13 | Emails to B. Kahn re: authority to file U.K. Pension claims objection (.2); Review revised final U.K. Pension claims objection (1.6); Emails to A. Cordo re: authority to file U.K. Pension claims objection (.3); Emails to A. Cordo re: authority to file EMEA claims objection (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.30 hrs. | 450.00 | $1,035.00 |

| 05/20/13 | Review U.K. Pension motion to strike claims objection and related documents (1.6); Call from A. Cordo re: responding to U.K. Pension motion to strike claims objection and related documents and related motion to shorten (.3); Emails to A. Cordo and J. Alberto re: responding to U.K. Pension motion to strike claims objection and related documents and related motion to shorten (.2); Email to B. Kahn re: responding to U.K. Pension motion to strike claims objection and related documents and related motion to shorten (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.20 hrs. | 450.00 | $990.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 5

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 05/21/13 | Email to B. Kahn re: filing and service of objection to U.K. Pension motion to shorten on motion to strike objection to U.K. Pension claims (.1); Email to K. Klein re: filing and service of objection to U.K. Pension motion to shorten on motion to strike objection to U.K. Pension claims (.1); Review order denying U.K. Pension motion to shorten on motion to strike objection to U.K. Pension claims (.2); Email to B. Kahn re: order denying U.K. Pension motion to shorten on motion to strike objection to U.K. Pension claims (.1); Email to M. Collins re: order denying U.K. Pension motion to shorten on motion to strike objection to U.K. Pension claims (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |

Total Fees for Professional Services $2,790.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$2,790.00** |
| BALANCE BROUGHT FORWARD | $1,060.80 |
| **TOTAL DUE FOR THIS MATTER** | **$3,850.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 6
Client # 732310

Matter # 165839

For services through May 31, 2013
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 05/01/13 | Prepare for 5/1/13 hearing (2.0); Attend 5/1/13 hearing (3.4); Attend post-5/1/13 hearing lunch meeting with L. Beckerman, T. Matz and others to discuss outcome of 5/1/13 hearing (1.0); Emails to R. Speaker re: preparation for 5/1/13 hearing (.2); Emails to L. Morris re: preparation for 5/1/13 hearing (.5); Emails to R. Albanese re: preparation for 5/1/13 hearing (.2); Emails to F. Hodara re: outcome of 5/1/13 hearing (.2); Emails to D. Botter re: outcome of 5/1/13 hearing (.4) | | | |
| Associate | Christopher M. Samis | 7.90 hrs. | 450.00 | $3,555.00 |
| | | | | |
| 05/01/13 | Revise 5/1/13 hearing binders for C. Samis (4-sets) | | | |
| Paralegal | Rebecca V. Speaker | 0.60 hrs. | 215.00 | $129.00 |
| | | | | |
| 05/03/13 | Retrieve and review re: 5/7/13 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| | | | | |
| 05/06/13 | Attention to e-mail from M. Fagen re: 5/7/13 telephonic appearance for D. Botter and F. Hodara (.1); Telephone call to Courtcall re: same (.2); E-mail to M. Fagen re: same (.1); Retrieve re: 5/7/13 agenda pleadings (.2); Prepare 5/7/13 hearing binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| | | | | |
| 05/06/13 | Review joint omnibus objection to remaining EMEA claims (2.1); Prepare for 5/7/13 hearing (1.3); Prepare for 5/7/13 hearing (.6); Review agenda for 5/7/13 hearing (.2); Emails to B. Witters re: preparation for 5/7/13 hearing (.2); Email to A. Steele re: preparation for 5/7/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 4.50 hrs. | 450.00 | $2,025.00 |
| | | | | |
| 05/07/13 | Prepare for 5/7/13 hearing (.8); Attend 5/7/13 hearing (.7); Email to B. Kahn re: preparation for 5/7/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 450.00 | $720.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 7
Client #  732310

Matter # 165839

| 05/13/13 | Attention to e-mail from C. Samis re: 5/14/13 telephonic appearances (.1); Telephone call to Court re: 5/14/13 appearances for F. Hodara, D. Botter, A. Qureshi. B. Kahn and C. Samis (.5) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 05/13/13 | Calls to/from A. Cordo re: status of hearing on allocation litigation schedule (.6); Call to B. Kahn re: status of hearing on allocation litigation schedule (.3); Emails to B. Witters re: logistics of 5/15/13 hearing (.2); Email to B. Kahn re: logistics of 5/15/13 hearing (.1); Emails to A. Cordo re: status of hearing on allocation litigation schedule (.2); Emails to B. Kahn re: preparation for 5/13/13 hearing (.2); Email to F. Hodara re: format for 5/15/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 450.00 | $765.00 |
| 05/14/13 | Telephone call to Courtcall re: 5/15/13 telephonic appearances for A. Qureshi and C. Samis (.2); E-mail to distribution re: Courtcall confirmations of F. Hodara, D. Botter, A. Qureshi, B. Kahn and C. Samis (.2); Retrieve and review re: notice of joint telephonic hearing (.1); E-mail to distribution re: same (.1); Circulate to distribution re: 5/7/13 hearing transcript (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 05/15/13 | Attention to e-mail from M. Wunder re: 5/15/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1); Attention to e-mail from M. Wunder re: 5/15/13 telephonic appearance for S. Kukulowicz (.1); Telephone call to Courtcall re: same (.1); E-mail to S. Kukulowicz re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 05/15/13 | Prepare for 5/15/13 telephonic hearing (.5); Participate in 5/15/13 telephonic hearing (1.0) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 450.00 | $675.00 |
| 05/17/13 | Retrieve and review 5/21/13 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |

Total Fees for Professional Services                    $8,557.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 8

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$8,557.00** |
| BALANCE BROUGHT FORWARD | $21,250.60 |
| **TOTAL DUE FOR THIS MATTER** | **$29,807.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 9

Client #  732310

Matter # 165839

For services through May 31, 2013
relating to  Employee Issues

| | | | | |
|---|---|---|---|---|
| 05/08/13 | Review motion to compel payment of severance to D. Wayne Bullock | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

Total Fees for Professional Services    $135.00

TOTAL DUE FOR THIS INVOICE    **$135.00**
BALANCE BROUGHT FORWARD    $3,244.30

**TOTAL DUE FOR THIS MATTER**    **$3,379.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 10
Client # 732310

Matter # 165839

For services through May 31, 2013
relating to Litigation/Adversary Proceedings


| 05/01/13 | Review joint opposition to EMEA's motion for leave to appeal allocation protocol order (1.3); Email to R. Johnson re: review of joint opposition to EMEA's motion for leave to appeal allocation protocol order (.1); Email to A. Cordo re: page limits for joint opposition to EMEA's motion for leave to appeal allocation protocol order (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.50 hrs. | 450.00 | $675.00 |

| 05/07/13 | Review memorandum opinion and order on retaining jurisdiction pending appeal | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |

| 05/08/13 | Review JA reply memorandum in support of motion for leave to appeal allocation protocol order (.9); Email to B. Kahn re: approval of request for oral argument on JA motion for leave to appeal allocation protocol order (.1); Email to A. Cordo re: approval of request for oral argument on JA motion for leave to appeal allocation protocol order (.1); Review request for oral argument on JA motion for leave to appeal allocation protocol order (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.30 hrs. | 450.00 | $585.00 |

| 05/12/13 | Call with F. Hodara, D. Botter, L. Schweitzer, J. Bromley and others re: emergency hearing on allocation litigation timetable and related pleadings (1.1); Review proposed allocation procedure protocol and related certification of counsel (.9); Review emergency motion for establishment of litigation timetable and related documentation (1.4); Review motion to shorten for emergency motion for establishment of litigation timetable and related documentation (.6); Emails to A. Cordo re: filing and service of litigation timetable documents (.4); Email to B. Kahn re: filing and service of litigation timetable documents (.1); Call to A. Cordo re: filing and service of litigation timetable documents (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 4.70 hrs. | 450.00 | $2,115.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 11

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 05/14/13 | Review revised discovery plan and joint notice for allocation litigation (.8); Email to A. Cordo re: authority to file revised discovery plan and joint notice for allocation litigation (.1); Email to B. Kahn re: draft allocation briefing (.2); Email to A. Cordo re: draft allocation briefing (.1); Email to F. Hodara and others re: Judge Gross decision on allocation litigation timetable (.1) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 450.00 | $585.00 |
| 05/15/13 | Review revised proposed discovery timeline/litigation schedule (1.4); Emails to B. Kahn re: proposed discovery timeline/litigation schedule (.2); Call from A. Cordo re: proposed discovery timeline/litigation schedule (.2); Review designation of record in allocation appeal (.8); Email to A. Cordo re: authority to file designation of record in allocation appeal (.1); Email to B. Kahn re: designation of record in allocation appeal (.1) | | | |
| Associate | Christopher M. Samis | 2.80 hrs. | 450.00 | $1,260.00 |
| 05/16/13 | Review allocation briefing (2.7); Review CCC allocation submission (1.7); Email to B. Kahn re: review of allocation briefing (.1); Email to E. Fay re: clearance to file allocation briefing (.1) | | | |
| Associate | Christopher M. Samis | 4.60 hrs. | 450.00 | $2,070.00 |
| 05/20/13 | Emails to B. Kahn re: pro hacs for allocation litigation (.2); Emails to B. Witters re: pro hacs for allocation litigation (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 05/21/13 | Review District Court pro hac motions for R. Johnson, D. Botter, F. Hodara and A. Qureshi for District Court allocation litigation (.4); Review templates for document requests and interrogatories in allocation litigation (1.4); Call from A. Cordo re: document requests and interrogatories in allocation litigation (.2); Review objection to U.K. Pension motion to shorten on motion to strike objection to U.K. Pension claims (.6); Review Joint Administrator's cross-motion to directly appeal allocation protocol to Third Circuit (.8); Emails to B. Witters re: drafting District Court pro hac motions for R. Johnson, D. Botter, F. Hodara and A. Qureshi for District Court allocation litigation (.2) | | | |
| Associate | Christopher M. Samis | 3.60 hrs. | 450.00 | $1,620.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 12

Client #  732310

Matter # 165839

---

| 05/22/13 | Review finalized allocation discovery (1.8); Emails to A. Cordo re: service of finalized allocation discovery (.2); Email to B. Khan re: service of finalized allocation discovery (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.10 hrs. | 450.00 | $945.00 |
| 05/23/13 | Email to K. Parent re: adding RL&F to master allocation litigation e-mail service list (.1); Email to E. Harron re: adding RL&F to master allocation litigation e-mail service list (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 05/26/13 | Review initial draft of allocation response brief (3.1); Email to B. Kahn re: initial draft of allocation response brief (.1) | | | |
| Associate | Christopher M. Samis | 3.20 hrs. | 450.00 | $1,440.00 |
| 05/29/13 | Email to B. Kahn re: finalizing response to the core parties' allocation positions (.1); Email to A. Cordo re: finalizing response to the core parties' allocation positions (.1); Email to M. Fagen re: circulating litigation expert expenses per protocol (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 05/30/13 | Review response to joint administrator's cross-petition for direct appeal (1.8); Email to L. Morris re: circulating litigation expert expenses per procedures (.1); Call from M. Fagen re: circulating litigation expert expenses per procedures (.1); Emails to A. Cordo and B. Kahn re: authority to execute response to joint administrator's cross-petition for direct appeal (.2) | | | |
| Associate | Christopher M. Samis | 2.20 hrs. | 450.00 | $990.00 |

Total Fees for Professional Services          $13,005.00

TOTAL DUE FOR THIS INVOICE          **$13,005.00**
BALANCE BROUGHT FORWARD          $2,920.60

**TOTAL DUE FOR THIS MATTER**          **$15,925.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 13
Client #  732310

Matter # 165839

For services through May 31, 2013
relating to  RLF Fee Applications

| 05/08/13 | E-mail to B. Kahn re: RLF april fee and expense estimates | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 05/15/13 | Review RLF April bill memo and meal charge | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 05/22/13 | Prepare cno re: RLF March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 05/29/13 | Revise and update RLF April fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Prepare RLF 17th interim fee application (.4); E-mail to accounting re: same (.1); Prepare cos re: RLF 17th interim fee application (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 215.00 | $322.50 |
| 05/29/13 | File RL&F fifty-first fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 215.00 | $43.00 |
| 05/29/13 | Review, revise and finalize RL&F April 2013 fee application and interim fee application | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |
| 05/29/13 | Email to B. Witters re: revisions to RL&F interim fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

Total Fees for Professional Services          $919.00

TOTAL DUE FOR THIS INVOICE                                    **$919.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230

Page 14

Client #  732310

Matter # 165839

BALANCE BROUGHT FORWARD                                    $1,353.60

**TOTAL DUE FOR THIS MATTER**                              **$2,272.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 15
Client #  732310

Matter # 165839

For services through May 31, 2013
relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 05/01/13 | Email with A. Cordo re: committee fee expense application (.1); Email to M. Fagan re: same (.1); Conference with C. Samis re: revised cover pages for certification re: experts (.1); Email to A. Cordo re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.40 hrs. | 350.00 | $140.00 |
| 05/01/13 | Prepare cno re: Akin Gump February fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 05/01/13 | Finalize and file Akin CNO | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 215.00 | $43.00 |
| 05/06/13 | Prepare cno re: Capstone February fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 05/14/13 | Attention to e-mail from B. Kahn re: Akin Gump March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 05/14/13 | Email to B. Witters re: filing and service of March 2013 Akin fee application (.1); Email to R. Maddox re: filing and service of March 2013 Akin fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 05/22/13 | Attention to e-mail from B. Kahn re: Capstone March fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare cno re: Ashurst March fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Committee first fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 215.00 | $387.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 16

Client #  732310

Matter #  165839

---

05/28/13    Attention to e-mail from B. Kahn re: Akin Gump April fee application (.1);
Retrieve and review re: same (.2); Prepare notice of application re: same
(.2); Prepare cos re: same (.2); Attention to e-mail from B. Kahn re:
Capstone April fee application (.1); Retrieve and review re: same (.2);
Prepare notice of application re: same (.2); Prepare cos re: same (.2);
Attention to e-mail from M. Wunder re: Dentons February fee application
(.1); Retrieve and review re: same (.2); Prepare notice of application re:
same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re:
Akin Gump April fee application (.3); Finalize, file and coordinate service
re: Capstone April fee application (.3); Finalize, file and coordinate service
re: Dentons February fee application (.3); E-mail to M. Wunder re:
confirmation of filing of same (.1)

| Paralegal | Barbara J. Witters | 3.10 hrs. | 215.00 | $666.50 |

05/28/13    Email to B. Kahn re: filing and service of April 2013 Akin fee application
(.1); Review, revise and finalize 51st monthly fee application of Akin Gump
(.2); Review 49th monthly fee application of Dentons (.2); Review 51st
monthly fee application of Captstone (.2)

| Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |

05/29/13    Attention to e-mail from B. Kahn re: Ashurst April fee application (.1);
Retrieve and review re: same (.2); Prepare notice of application re: same
(.2); Prepare cos re: same (.2); Attention to e-mail from B. Kahn re: Ashurst
17th interim fee application (.1); Prepare cos re: same (.2); Attention to
e-mail from B. Kahn re: Akin Gump 17th interim fee application (.1);
Prepare cos re: same (.2); Attention to e-mail from M. Wunder re: Dentons
March fee application (.1); Retrieve and review re: same (.2); Prepare notice
of application re: same (.2); Prepare cos re: same (.2); Finalize, file and
coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of
same (.1); Attention to e-mail from B. Kahn re: Capstone 17th interim fee
application (.1); Prepare cos re: same (.2); Finalize, file and coordinate
service re: same (.2); Attention to e-mail from M. Wunder re: April fee
application (.1); Retrieve and prepare re: same (.2); Prepare notice of
application re: same (.2); Prepare cos re: same (.2); Attention to e-mail from
M. Wunder re: 17th interim fee application (.1); Prepare cos re: same (.2)

| Paralegal | Barbara J. Witters | 3.90 hrs. | 215.00 | $838.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

June 26, 2013
Invoice 433230
Page 17
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 05/29/13 | File Ashurst fifty-first fee application (.2); File Ashurst seventeenth interim fee application (.2); File Akin seventeenth interim fee application (.2) | | | |
| Paralegal | Cathy M. Greer | 0.60 hrs. | 215.00 | $129.00 |
| | | | | |
| 05/29/13 | Review, revise and finalize Akin April 2013 fee application (.3); Review, revise and finalize Dentons April 2013 fee application (.3); Review, revise and finalize Capstone interim fee application (.1); Review, revise and finalize Akin interim fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |

Total Fees for Professional Services $3,270.00

TOTAL DUE FOR THIS INVOICE **$3,270.00**
BALANCE BROUGHT FORWARD $5,346.10

**TOTAL DUE FOR THIS MATTER** **$8,616.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 18

Client #  732310

### Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.40 | 350.00 | 140.00 |
| Barbara J. Witters | 18.30 | 215.00 | 3,934.50 |
| Cathy M. Greer | 0.80 | 215.00 | 172.00 |
| Christopher M. Samis | 55.80 | 450.00 | 25,110.00 |
| Mark D. Collins | 0.10 | 775.00 | 77.50 |
| Rebecca V. Speaker | 0.80 | 215.00 | 172.00 |
| TOTAL | 76.20 | $388.53 | 29,606.00 |

**TOTAL DUE FOR THIS INVOICE**                         **$31,311.30**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310