# EXHIBIT B



RICHARDS
LAYTON &
FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

June 26, 2013
Invoice 433230

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through May 31, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $2.50 |
| Conference Calling | $527.00 |
| Court Reporter Services | $423.00 |
| Document Retrieval | $65.50 |
| Long distance telephone charges | $30.58 |
| Messenger and delivery service | $153.25 |
| Photocopying/Printing<br>3,107 @ $.10 pg./ 1,376 @ $.10/pg. | $448.30 |
| Postage | $55.17 |

| | |
|---|---:|
| Other Charges | $1,705.30 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,705.30** |
| BALANCE BROUGHT FORWARD | $3,846.53 |
| **TOTAL DUE FOR THIS MATTER** | **$5,551.83** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 19

Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Use, Sale of Assets
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 04/29/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $133.20 | |
| 05/01/13 | 12128727425 Long Distance | | LD |
| | Amount = | $1.39 | |
| 05/01/13 | Messenger and delivery | | MESS |
| | Amount = | $16.50 | |
| 05/01/13 | Messenger and delivery | | MESS |
| | Amount = | $14.50 | |
| 05/01/13 | Messenger and delivery | | MESS |
| | Amount = | $16.50 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $4.50 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 20
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $4.80 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $18.20 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/01/13 | Printing | | DUP.10CC |
| | Amount = | $7.80 | |
| 05/02/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $215.10 | |
| 05/02/13 | 12128728012 Long Distance | | LD |
| | Amount = | $18.07 | |
| 05/03/13 | PACER | | DOCRETRI |
| | Amount = | $6.00 | |
| 05/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/06/13 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $2.50 | |
| 05/06/13 | CourtCall | | CONFCALL |
| | Amount = | $321.00 | |
| 05/06/13 | Photocopies | | DUP.10CC |
| | Amount = | $17.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 21

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/06/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $3.10 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $2.80 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/06/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 22

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/10/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/13/13 | CourtCall | | CONFCALL |
| | Amount = $30.00 | | |
| 05/13/13 | 12128728121 Long Distance | | LD |
| | Amount = $11.12 | | |
| 05/14/13 | CourtCall | | CONFCALL |
| | Amount = $58.00 | | |
| 05/14/13 | Photocopies | | DUP.10CC |
| | Amount = $41.00 | | |
| 05/14/13 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 05/14/13 | PACER | | DOCRETRI |
| | Amount = $6.20 | | |
| 05/14/13 | Postage | | POST |
| | Amount = $15.69 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $7.70 | | |
| 05/14/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |

Nortel Creditors Committee                                          June 26, 2013
c/o Fred S. Hodara, Esq.                                           Invoice 433230
Akin Gump Strauss Hauer Feld LLP                                   Page 23
One Bryant Park
New York NY  10036                                                 Client #  732310

| | | | |
|---|---|---|---|
| 05/15/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/15/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/15/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/16/13 | Printing | | DUP.10CC |
| | | Amount =   $3.60 | |
| 05/16/13 | Printing | | DUP.10CC |
| | | Amount =   $3.70 | |
| 05/21/13 | PACER | | DOCRETRI |
| | | Amount =   $7.30 | |
| 05/21/13 | PACER | | DOCRETRI |
| | | Amount =   $4.70 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 24

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/22/13 | CourtCall | | CONFCALL |
| | | Amount = $60.00 | |
| 05/22/13 | Photocopies | | DUP.10CC |
| | | Amount = $21.50 | |
| 05/22/13 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 05/22/13 | Postage | | POST |
| | | Amount = $6.96 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |

Nortel Creditors Committee                                    June 26, 2013
c/o Fred S. Hodara, Esq.                                      Invoice 433230
Akin Gump Strauss Hauer Feld LLP                             Page 25
One Bryant Park
New York NY  10036                                           Client #  732310

| | | | |
|---|---|---|---|
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 05/22/13 | Printing | | DUP.10CC |
| | | Amount =   $3.70 | |
| 05/23/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 05/28/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | | Amount =   $21.60 | |
| 05/28/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | | Amount =   $53.10 | |
| 05/28/13 | Photocopies | | DUP.10CC |
| | | Amount =   $101.50 | |
| 05/28/13 | Messenger and delivery | | MESS |
| | | Amount =   $12.00 | |
| 05/28/13 | Postage | | POST |
| | | Amount =   $15.15 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 26

Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $4.00 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/13 | Photocopies | | DUP.10CC |
| | | Amount = $33.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 27

Client #  732310

| 05/29/13 | Photocopies | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $62.50 | |
| 05/29/13 | Photocopies | | DUP.10CC |
| | | Amount =  $34.00 | |
| 05/29/13 | Messenger and delivery | | MESS |
| | | Amount =  $63.30 | |
| 05/29/13 | PACER | | DOCRETRI |
| | | Amount =  $41.30 | |
| 05/29/13 | Postage | | POST |
| | | Amount =  $17.37 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $5.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 28

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $5.50 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $1.30 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount = $3.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 29

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $2.70 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

June 26, 2013
Invoice 433230
Page 30

Client #  732310

| | | | |
|---|---|---|---|
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 05/30/13 | CourtCall | | CONFCALL |
| | | Amount =  $58.00 | |
| 05/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 05/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 05/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 05/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 05/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 05/31/13 | Printing | | DUP.10CC |
| | | Amount =  $6.70 | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel
                           Networks Inc


Expenses     $1,705.30