# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*[1], ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Re: Doc. No: 10566** |
| ) | |

## NOTICE OF SERVICE OF
## THE RESPONSES OF THE CANADIAN CREDITORS COMMITTEE
## TO THE AGREED SET OF CONSOLIDATED INTERROGATORIES

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan dated May 17, 2013 [D.I. 10566] (the "**Order**"), counsel for the Canadian Creditors Committee (the "**CCC**") this date served by electronic mail on counsel for the Core Parties, as defined in the Order, a true and correct copy of the *Responses of the CCC to the Agreed Set of Consolidated Interrogatories* dated June 20, 2013.

Dated:  June 27, 2013
         Wilmington, Delaware         Respectfully submitted,

                                      **DLA PIPER, LLP (US)**
                                       /s/  Selinda A. Melnik
                                      Selinda A. Melnik (No. 4032)
                                      919 North Market Street, Suite 1500
                                      Wilmington, DE 19801
                                      Tel: +1.302.468.5650
                                      Email: selinda.melnik@dlapiper.com

                                      *Counsel for the Canadian Creditors Committee*

---

[1]  The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation , CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc.