## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS, INC.,** *et al.,*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 09-10138 (KG)**<br>**Jointly Administered** |

### <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on June 26, 2013, each Member[2] (as shown in Exhibit A attached hereto), by and through their undersigned attorneys, caused copies of their individual **Responses and Objections to Debtors' First Set of Requests for Production of Documents Directed to Members of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition** to be served upon the following in the manner indicated:

| <u>VIA HAND DELIVERY</u> | <u>VIA FIRST CLASS MAIL</u> |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Attn: Derek C. Abbott, Esquire<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Attn: Lisa M. Schweitzer, Esquire<br>One Liberty Plaza<br>New York, NY 10006 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Member is defined as an individual member of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition.

Dated:  June 28, 2013

**MONZACK MERSKY MCLAUGHLIN
AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Tel:    (302) 656-8162
Fax:    (302) 656-2769
Email: rmersky@monlaw.com

**Attorneys for the Members of the
Ad Hoc Committee of Canadian
Employees Terminated Pre-Petition**

153286

# EXHBIT A

153284

| Last Name | First Name |
|---|---|
| ARTUSO | ELIO |
| CAMPBELL | MICHAEL |
| CHETREANU | ADELIA |
| GRECO | KAREN |
| HUANG | MINGTAO |
| KLEIN | PAULA |
| SMAOUI | MAHDI |
| SRIVASTAVA | PRADEEP |

153284