## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF SERVICE OF INTERROGATORY RESPONSES

**PLEASE TAKE NOTICE THAT**, the undersigned caused true and correct copies of the *Responses of the Monitor and Canadian Debtors to the "Persons" Consolidated Interrogatories* to be served by Electronic Mail on June 27, 2013, and either FedEx or Hand Delivery on June 28, 2013 on the following parties in the manner indicated:

#### U.S. DEBTORS

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com

(Electronic Mail and FedEx)

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Jeremy Opolsky
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker

Email:  jbromley@cgsh.com
lschweitzer@cgsh.com
jopolsky@cgsh.com
hzelbo@cgsh.com
jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com

(Electronic Mail and FedEx)

1

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Derek Abbott
Annie Cordo

Email:  dabbott@mnat.com
        acordo@mnat.com

(Electronic Mail and Hand Delivery)

## EMEA DEBTORS

**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email:  rschwill@dwpv.com
        scampbell@dwpv.com
        jdoris@dwpv.com
        lsarabia@dwpv.com

(Electronic Mail and FedEx)

**HUGHES HUBBARD & REED**
One Battery Park Plaza
New York, NY 10004-1482

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty

Email:  adler@hugheshubbard.com
        oxford@hugheshubbard.com
        tabataba@hugheshubbard.com
        huberty@hugheshubbard.com

(Electronic Mail and FedEx)

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell

Email:  mgottlieb@counsel-toronto.com
        twynne@counsel-toronto.com
        pmichell@counsel-toronto.com

(Electronic Mail and FedEx)

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ed Harron
John Dorsey

Email:  eharron@ycst.com
        jdorsey@ycst.com

(Electronic Mail and Hand Delivery)

## INFORMAL NORTEL NOTEHOLDER GROUP

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweigs
Jonathan Bell

Email:  zychk@bennettjones.com
orzyr@bennettjones.com
finlaysong@bennettjones.com
swanr@bennettjones.com
zweigs@bennettjones.com
bellj@bennettjones.com

(Electronic Mail and FedEx)

**MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email:  TKreller@milbank.com
JHarris@milbank.com
APisa@milbank.com
svora@milbank.com
aleblanc@milbank.com
mhirschfeld@milbank.com
amiller@milbank.com
tmatz@milbank.com
nbassett@milbank.com
gruha@milbank.com
rpojunas@milbank.com

(Electronic Mail and FedEx)

**PACHULSKI STRANG ZIEHL & JONES**
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Laura Davis Jones
Timothy P. Cairns
Kathleen P. Makowski

Email:  ljones@pszjlaw.com
tcairns@pszjlaw.com
kmakowski@pszjlaw.com

(Hand Delivery)

Case 09-10138-MFW

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
            Michael.wunder@fmc-law.com
            ryan.jacobs@fmc-law.com

(Electronic Mail and FedEx)

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara
David H. Botter
Abid Qureshi

Email:   fhodara@akingump.com
            dbotter@akingump.com
            aqureshi@akingump.com

(Electronic Mail and FedEx)

**RICHARDS LAYTON & FINGER**
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.

Email:   collins@rlf.com
            samis@rlf.com

(Hand Delivery)

## UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins

Email:   bleonard@casselsbrock.com
         dward@casselsbrock.com
         bburden@casselsbrock.com
         chorkins@casselsbrock.com

(Electronic Mail and FedEx)

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan

Email:   mbarrack@tgf.ca
         djmiller@tgf.ca
         rlewis@tgf.ca
         amcewan@tgf.ca

(Electronic Mail and FedEx)

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor

Email:   boconnor@willkie.com

(Electronic Mail and FedEx)

**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Charlene D. Davis
Justin R. Alberto

Email:   cdavis@bayardlaw.com
         jalberto@bayardlaw.com

(Hand Delivery)

## UK PENSIONS REGULATOR

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:  jmarshall@blgcanada.com
           chill@blgcanada.com

(Electronic Mail and FedEx)

## THE BANK OF NEW YORK MELLON

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email: sheryl.seigel@mcmillan.ca

(Electronic Mail and FedEx)

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email:  michael.riela@lw.com

(Electronic Mail and FedEx)

## WILMINGTON TRUST, NATIONAL ASSOCIATION

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:  jsalmas@heenan.ca
           kkraft@heenan.ca
           svanallen@heenan.ca

(Electronic Mail and FedEx)

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine

Email:  craig.barbarosh@kattenlaw.com
           david.crichlow@kattenlaw.com
           Karen.dine@kattenlaw.com

(Electronic Mail and FedEx)

## LAW DEBENTURE TRUST COMPANY OF NEW YORK

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:   elamek@blg.com
         jszumski@blg.com

(Electronic Mail and FedEx)

**MORRIS JAMES LLP**
500 Delaware Ave, Suite 1500
Wilmington, DE 19801

Stephen Miller
Courtney Hamilton

Email:   smiller@morrisjames.com
         chamilton@morrisjames.com

(Hand Delivery)

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:   dalowenthal@pbwt.com

(Electronic Mail and FedEx)

## BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED

**OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh

Email:   lbarnes@osler.com
         esellers@osler.com
         eputnam@osler.com
         ahirsh@osler.com

(Electronic Mail and FedEx)

Dated: June 28, 2013

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Debtors*