**EXHIBIT A**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
RENDERING SERVICES FROM
MAY 1, 2013 THROUGH MAY 31, 2013**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Giusini, Brittany, M. | Law Clerk | $ 150.00 | 6.70 | $ 1,005.00 |
| Smith, Heidi | Secretary | $ 175.00 | 1.30 | $ 227.50 |
| Collazo, Sandra I. | Paralegal | $ 200.00 | 51.10 | $ 10,220.00 |
| Densmore, Ian D. | Paralegal | $ 200.00 | 36.90 | $ 7,380.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 8.90 | $ 1,780.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 33.30 | $ 7,492.50 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 1.60 | $ 600.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 7.70 | $ 2,117.50 |
| Kaiser, Jeffrey D. | Of Counsel | $ 375.00 | 98.20 | $ 36,825.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 35.70 | $ 14,994.00 |
| Kohart, Mary E. | Of Counsel | $ 230.00 | 1.00 | $ 230.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 3.50 | $ 1,610.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 56.30 | $ 25,335.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 120.70 | $ 73,627.00 |
| **Total:** | | | 462.90 | $183,443.50 |
| **Blended Rate:** | | $ 310.36 | | |