**EXHIBIT C**

**SUMMARY OF EXPENSES FOR THE PERIOD
MAY 1, 2013 THROUGH MAY 31, 2013**

| Expense Category | Total Expenses |
|---|---|
| Legal Research | $      83.25 |
| Copying | $ 3,229.70 |
| Delivery/Courier Service | $    280.00 |
| Express Mail | $75,685.21 |
| Meals | $    349.98 |
| Mileage | $    108.48 |
| Parking | $      53.00 |
| Postage | $        1.84 |
| Outside Professional Services | $ 2,591.50 |
| TOTAL: | $82,382.96 |