IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Re:  Docket No. 10566 |

NOTICE OF SERVICE OF
RESPONSES OF LAW DEBENTURE TRUST COMPANY OF NEW YORK
TO THE AGREED SET OF CONSOLIDATED INTERROGATORIES

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan dated May 17, 2013 [Docket No. 10566] (the "Order"), counsel for Law Debenture Trust Company of New York served on June 27, 2013 via electronic mail upon the Core Parties, as defined in the Order, the *Responses of Law Debenture Trust Company of New York to the Agreed Set of Consolidated Interrogatories*.

*[Signature page follows.]*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

6563689/1

Dated: June 28, 2013

MORRIS JAMES LLP

*(signature)*

Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com

– and –

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-mail: dlowenthal@pbwt.com
E-mail: bguiney@pbwt.com

*Counsel for Law Debenture Trust Company of New York*

6563689/1