# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al*.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned counsel caused a true and correct copy of the **U.K. Pension Claimants' First Response to Agreed Set of Consolidated Interrogatories** to be served by electronic mail on June 27, 2013 on all parties indicated on the service list attached hereto as <u>Exhibit A</u>, and by First Class United States Mail on June 28, 2013, on the U.S. counsel indicated on the service list attached hereto as <u>Exhibit A.</u>

Dated: June 28, 2013
　　　　　Wilmington, Delaware

| BAYARD, P.A.<br><br>*/s/ Justin R. Alberto*<br>Charlene D. Davis (No. 2336)<br>Justin Alberto (No. 5126)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: cdavis@bayardlaw.com<br>　　　　jalberto@bayardlaw.com | WILLKIE FARR & GALLAGHER LLP<br>Marc Abrams<br>Brian E. O'Connor<br>Sameer Advani<br>Andrew Hanrahan<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: boconnor@willkie.com<br>　　　　sadvani@willkie.com<br>　　　　ahanrahan@willkie.com |

*Counsel for the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*

{BAY:02314525v1}