# EXHIBIT A

{BAY:01752961v1}

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**CORE PARTIES SERVICE LIST**
**(Allocation Litigation)**

**Updated as of May 30, 2013**

**CANADIAN DEBTORS**

TO: **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario M5X 1G5

Derrick Tay
Jennifer Stam

Email: derrick.tay@gowlings.com
jennifer.stam@gowlings.com

Tel: 416.862.5697
Fax: 416.862.7661

Lawyers for the Applicants

AND TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong

Email: jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
bzarnett@goodmans.ca
fmyers@goodmans.ca
pruby@goodmans.ca
jkimmel@goodmans.ca
carmstrong@goodmans.ca

Tel: 416.597.4107
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario M5K 1J7

Murray McDonald
Brent Beekenkamp

Email: nortel.monitor@ca.ey.com

Tel: 416.943.3016
Fax: 416.943.3300

AND TO: **ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

Email: ken.coleman@allenovery.com
Tel: 212.610.6434
Fax: 212.610.6399

Email: paul.keller@allenovery.com
Tel: 212.610.6414
Fax: 212.610.6399

Email: daniel.guyder@allenovery.com
Tel: 212.756.1132
Fax: 212.610.6399

Email: laura.hall@allenovery.com
Tel: 212.756.1171
Fax: 212.610.6399

Email: Joseph.Badtke-Berkow@AllenOvery.com
Tel: 212.610.6417
Fax: 212.610.6399

Email: jonathan.cho@allenovery.com
Tel: 212.756.1118
Fax: 212.610.6399

Email: Nicolette.ward@allenovery.com
Tel: 212.610.6412
Fax: 212.610.6399

U.S. Lawyers for the Canadian Debtors

AND TO: **BUCHANAN INGERSOLL & ROONEY**
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054

Kathleen A. Murphy
Mary F. Caloway

Email: Kathleen.murphy@bipc.com
Tel: 302.552.4214
Fax: 302.552.4295

Email: mary.caloway@bipc.com
Tel: 302.552.4209
Fax: 302.552.4295

Local U.S. Lawyers for the Canadian Debtors

**U.S. DEBTORS**

AND TO: **TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com

Tel:  416.865.0040
Fax:  416.865.8730

Canadian Lawyers for Nortel Networks Inc.

AND TO: **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen

Email:  jbromley@cgsh.com
lschweitzer@cgsh.com
hzelbo@cgsh.com
jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com
lpeacock@cgsh.com
jmoessner@cgsh.com
nforrest@cgsh.com
dqueen@cgsh.com

Tel:  212.225.2000
Fax:  212.225.3999

U.S. Lawyers for Nortel Networks Inc.

AND TO: **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Derek Abbott
Annie Cordo

Email:  dabbott@mnat.com
Tel:  302.351.9357
Fax:  302.425.4664

Email:  acordo@mnat.com
Tel:  302.351.9459
Fax:  302.225.2559

Local U.S. Lawyers for the U.S. Debtors

**EMEA DEBTORS**

AND TO: **DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email: rschwill@dwpv.com
Email: scampbell@dwpv.com
Email: jdoris@dwpv.com
Email: lsarabia@dwpv.com

Tel: 416.863.0900
Fax: 416.863.0871

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

AND TO: **LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell

Email: mgottlieb@counsel-toronto.com
Tel: 416.644.5353
Fax: 416.598.3730

Email: twynne@counsel-toronto.com
Tel: 416.598.7835
Fax: 416.598.3730

Email: pmichell@counsel-toronto.com
Tel: 416.644.5359
Fax: 416.598.3730

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

AND TO: **HUGHES HUBBARD & REED**
One Battery Park Plaza
New York, NY 10004-1482

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty

Email: adler@hugheshubbard.com
Tel: 212.837.6086
Fax: 212.422.4726

Email: oxford@hugheshubbard.com
Tel: 212.837.6843
Fax: 212.422.4726

Email: tabataba@hugheshubbard.com
Tel: 212.837.6296
Fax: 212.299.6269

Email: huberty@hugheshubbard.com
Tel: 212.837.6045
Fax: 212.299.6045

U.S. Lawyers the Joint Administrators of Nortel Networks UK Limited

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ed Harron
John Dorsey

Email: eharron@ycst.com
Tel: 302.571.6703
Fax: 302.576.3298

Email: jdorsey@ycst.com
Tel: 302.571.6712
Fax: 302.576.3401

Local U.S. Lawyers for the Joint Administrators of Nortel Networks UK Limited

**CANADIAN CREDITORS COMMITTEE**

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:    mzigler@kmlaw.ca
Tel:       416.595.2090
Fax:       416.204.2877

Email:    sphilpott@kmlaw.ca
Tel:       416.595.2104
Fax:       416.204.2882

Email:    akaplan@kmlaw.ca
Tel:       416.595.2087
Fax:       416.204.2875

Email:    bwalancik@kmlaw.ca
Tel:       416.542.6288
Fax:       416.204.2906

Lawyers for the Former Employees of Nortel and
LTD Beneficiaries

AND
TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN
LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:    ken.rosenberg@paliareroland.com
Tel:       416.646.4304
Fax:       416.646.4301

Email:    max.starnino@paliareroland.com
Tel:       416.646.7431
Fax:       416.646.4301

Email:    lily.harmer@paliareroland.com
Tel:       416.646.4326
Fax:       416.646.4301

Email:    karen.jones@paliareroland.com
Tel:       416.646.4339
Fax:       416.646.4301

Email:    tina.lie@paliareroland.com
Tel:       416.646.4332
Fax:       416.646.4301

Email:    michelle.jackson@paliareroland.com
Tel:       416.646.7470
Fax:       416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension Benefits
Guarantee Fund

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email: barry.wadsworth@caw.ca
lewis.gottheil@caw.ca

Tel.: 416.495.3776
Fax: 416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

AND TO: **SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel: 416.214.5213
Fax: 416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel : 416.214.5206
Fax : 416.214.5400

Lawyers for The Recently Severed Canadian Nortel Employees Committee

AND TO: **NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email: janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca
ainslie.benedict@nelligan.ca

Tel: 613.231.8245
Fax: 613.788.3655

Lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw

E-mail: bboake@mccarthy.ca
Tel: 416.601.7557
Fax: 416.868.0673

Email: jgage@mccarthy.ca
Tel: 416.601.7539
Fax: 416.686.0673

Email: emarques@mccarthy.ca
Tel: 416.601.7822
Fax: 416.686.0673

Email: psteep@mccarthy.ca
Tel: 416.601.7998
Fax: 416.686.0673

Email: bdshaw@mccarthy.ca
Tel: 416.601.8256
Fax: 416.686.0673

Lawyers for Morneau Shepell Limited

AND TO: **DLA PIPER**
919 North Market Street
Suite 1500
Wilmington, Delaware 19801

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti

Email: selinda.melnik@dlapiper.com
Tel: 302.468.5650
Fax: 302.778.7914

Email: richard.hans@dlapiper.com
Tel: 212.335.4530
Fax: 212.884.8730

Email: timothy.hoeffner@dlapiper.com
Tel: 212.656.3341
Fax: 215.606.3341

Email: farahlisa.sebti@dlapiper.com
Tel: 212.335.4829
Fax: 212.884.8529

U.S. Lawyers for the Canadian Creditors Committee

**INFORMAL NORTEL NOTEHOLDER GROUP**

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell

Email:   zychk@bennettjones.com
Tel:     416.777.5738
Fax:     416.863.1716

Email:   orzyr@bennettjones.com
Tel:     416.777.5737
Fax:     416.863.1716

Email:   finlaysong@bennettjones.com
Tel:     416.777.5762
Fax:     416.863.1716

Email:   swanr@bennettjones.com
Tel:     416.777.7479
Fax:     416.863.1716

Email:   zweigs@bennettjones.com
Tel:     416.777.6254
Fax:     416.863.1716

Email:   bellj@bennettjones.com
Tel:     416.777.6511
Fax:     416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

AND
TO:

**MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email:   TKreller@milbank.com
Tel:     213.892.4463
Fax:     213.629.5063

Email:   JHarris@milbank.com
Tel:     212.530.5475
Fax:     212.530.5219

Email:   APisa@milbank.com
Tel:     212.530.5319
Fax:     212.530.5219

Email:   svora@milbank.com
Tel:     213.892.4595
Fax:     213.629.5063

Email:   aleblanc@milbank.com
Tel:     202.835.7574
Fax:     202.263.7574

Email:   mhirschfeld@milbank.com
Tel:     212.530.5832
Fax:     212.822.5832

Email:   amiller@milbank.com
Tel:     212.530.5421
Fax:     212.822.5421

Email:   tmatz@milbank.com
Tel:     212.530.5885
Fax:     212.822.5885

Email:   nbassett@milbank.com
Tel:     202.835.7546
Fax:     202.263.7546

Email:   gruha@milbank.com
Tel:     212.530.5155
Fax:     212.822.5155

Email:   rpojunas@milbank.com

Tel: 202.835.7551
Fax: 202.263.7551

U.S. Lawyers for The Informal Nortel Noteholder Group

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AND TO: **DENTONS CANADA LLP**
77 King Street West, Suite 400
TD Centre
Toronto, ON M5K 0A1

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman

Email: Shayne.kukulowicz@dentons.com
Michael.wunder@dentons.com
ryan.jacobs@dentons.com
Barbara.grossman@dentons.com

Tel: 416.863.4511
Fax: 416.863.4592

Canadian Lawyers for the Official Committee of Unsecured Creditors

AND TO: **AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn

Email: fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
bkahn@akingump.com

Tel: 212.872.1000
Fax: 212.872.1002

U.S. Lawyers for the Official Committee of Unsecured Creditors

AND TO: **ASHURST LLP**
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Angela Pearson
Antonia Croke

Email: angela.pearson@ashurst.com
Antonia.croke@ashurst.com

Tel: +44 (0)20 7638 1111
Fax: +44 (0)20 7638 1112

U.K. Lawyers for the Official Committee of Unsecured Creditors

AND TO: **RICHARDS LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE 19801

Christopher Samis

Email: samis@rlf.com
Tel: 302.651.7845
Fax: 302.498.7845

Local U.S. Lawyers for the Official Committee of Unsecured Creditors

**UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED**

AND TO:
**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson

Email:   bleonard@casselsbrock.com
         dward@casselsbrock.com
         bburden@casselsbrock.com
         chorkins@casselsbrock.com
         ljackson@casselsbrock.com

Tel:     416.860.6455
Fax:     416.640.3054

Co-Counsel for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND TO:
**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan

Email:   mbarrack@tgf.ca
Tel:     416.304.1109
Fax:     416.304.1313

Email:   djmiller@tgf.ca
Tel:     416.304.0559
Fax:     416.304.1313

Email:   rlewis@tgf.ca
Tel:     416.304.0603
Fax:     416.304.1313

Email:   amcewan@tgf.ca
Tel:     416.304.0596
Fax:     416.304.1313

Co-Counsel to the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND TO:
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor
Sameer Advani
Andrew Hanrahan

Email:   boconnor@willkie.com
Tel:     (212) 728-8251
Fax:     (212) 728-9251

Email:   sadvani@willkie.com
Tel:     (212) 728-8587
Fax:     (212) 728-9587

Email:   ahanrahan@willkie.com
Tel:     (212) 728-8170
Fax:     (212) 728-9170

US Counsel for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND TO:
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Charlene D. Davis
Justin Alberto

Email:   cdavis@bayardlaw.com
         jalberto@bayardlaw.com

Tel:     302.655.5000
Fax:     302.658.6395

Local U.S. Lawyers for the UK Pension
Protection Fund and Nortel Networks UK
Pension Trust Limited

**THE BANK OF NEW YORK MELLON**

AND TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:     416.307.4063
Fax:    416.365.1719

Canadian Lawyers for The Bank of New York Mellon

AND TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email:  michael.riela@lw.com

Tel :    212.906.1373
Fax :   212.751.4864

U.S. Lawyers for The Bank of New York Mellon

**WILMINGTON TRUST, NATIONAL ASSOCIATION**

AND
TO:

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:    jsalmas@heenan.ca
Tel:      416.360.3570
Fax:      416.360.8425

Email:    kkraft@heenan.ca
Tel:      416.643.6822
Fax:      416.360.8425

Email:    svanallen@heenan.ca
Tel:      416.360.3570
Fax:      416.360.8425

Canadian Lawyers for Wilmington Trust, National
Association

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine

Email:    craig.barbarosh@kattenlaw.com
Tel:      212.940.8665
Fax:      212.940.8776

Email:    david.crichlow@kattenlaw.com
Tel:      212.940.8941
Fax:      212.940.8776

Email:    Karen.dine@kattenlaw.com
Tel:      212.940.8772
Fax:      212.940.8776

U.S. Lawyers to Wilmington Trust, National
Association

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

AND TO: **BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email: elamek@blg.com
Tel: 416.367.6311
Fax: 416.361.2436

Email: jszumski@blg.com
Tel: 416.367.6310
Fax: 416.682.2811

Lawyers for Law Debenture Trust Company of New York

AND TO: **PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036

Daniel A. Lowenthal

Email: dalowenthal@pbwt.com
Tel: 212.336.2720
Fax: 212.336.1253

U.S. Lawyers for Law Debenture Trust Company of New York

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

AND TO:

**OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh

Email: lbarnes@osler.com
esellers@osler.com
eputnam@osler.com
ahirsh@osler.com

Tel: 416.362.2111
Fax: 416.862.6666

Lawyers for the Boards of Directors of Nortel Networks Corporation and Nortel Networks Limited

**COURTESY COPIES:**

AND
TO:

**NORTON ROSE CANADA LLP**
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael Lang

Email:    michael.lang@nortonrose.com

Tel:      416.216.3939
Fax:      416.216.3930

AND
TO:

**HOGAN LOVELLS INTERNATIONAL LLP**
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom

Angela Dimsdale Gill
John Tillman
Matthew Bullen

Email:    amdg@hoganlovells.com
          john.tillman@hoganlovells.com
          Matthew.bullen@hoganlovells.com

Tel:      +44 20 7296 2000
Fax:      +44 20 7296 2001