## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 10566 |
| ) | |

### NOTICE OF SERVICE OF FIRST RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE AGREED SET OF CONSOLIDATED INTERROGATORIES

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan, dated May 17, 2013 [Docket No. 10566] (the "Order"), counsel for the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al., served on June 27, 2013 via electronic mail upon the Core Parties, as defined in the Order, the *First Response of the Official Committee of Unsecured Creditors to the Agreed Set of Consolidated Interrogatories*.

*[Signature Page Follows.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

|  |  |
|---|---|
| Dated: June 28, 2013<br>Wilmington, Delaware | Respectfully submitted,<br><br>By: _____<br>Mark D. Collins (No. 2981)<br>Christopher M. Samis (No. 4909)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel.: (302) 651-7700<br><br>and<br><br>Fred S. Hodara (*pro hac vice*)<br>Davod H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*)<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel.: (212) 872-1000<br><br>*Co-counsel for the Official Committee of Unsecured Creditors* |