## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on June 28, 2013, the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited ("NNUK") and certain of its affiliates located in the region known as EMEA (Europe, Middle East, and Africa) (collectively, the "EMEA Debtors" and together with NNUK, the "Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A by electronic mail:

*The Joint Administrators' First Set of Responses to the Consolidated Interrogatories*

Dated:    Wilmington, Delaware
          July 1, 2013

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Jaime Luton Chapman
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
David W. Wiltenburg
Neil J. Oxford
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

-and-

**HERBERT SMITH FREEHILLS LLP**
John Whiteoak
Exchange House
Primrose Street
London EC2A 2HS

*Counsel for the Joint Administrators*

01:10358692.6

068476.1001

# SERVICE LIST

**U.S. DEBTORS**

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:    tdemarinis@torys.com
          sbomhof@torys.com
          sblock@torys.com
          agray@torys.com
          aslavens@torys.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen

Email:    jbromley@cgsh.com
          lschweitzer@cgsh.com
          hzelbo@cgsh.com
          jrosenthal@cgsh.com
          dstein@cgsh.com
          mdecker@cgsh.com
          lpeacock@cgsh.com
          jmoessner@cgsh.com
          nforrest@cgsh.com
          dqueen@cgsh.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Derek Abbott
Annie Cordo

Email:    dabbott@mnat.com
          acordo@mnat.com

01:10358692.6

068476.1001

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**DENTONS CANADA LLP**
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman

Email:    Shayne.kukulowicz@dentons.com
        Michael.wunder@dentons.com
        ryan.jacobs@dentons.com
        Barbara.grossman@dentons.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn

Email:    fhodara@akingump.com
        dbotter@akingump.com
        aqureshi@akingump.com
        rajohnson@akingump.com
        bkahn@akingump.com

**ASHURST LLP**
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Angela Pearson
Antonia Croke

Email:    angela.pearson@ashurst.com
        Antonia.croke@ashurst.com

**RICHARDS LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE  19801

Christopher Samis

Email:    samis@rlf.com

**CANADIAN DEBTORS**

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam

Email:    derrick.tay@gowlings.com
        jennifer.stam@gowlings.com

**GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong

Email:    jcarfagnini@goodmans.ca
        jpasquariello@goodmans.ca
        bzarnett@goodmans.ca
        fmyers@goodmans.ca
        pruby@goodmans.ca
        jkimmel@goodmans.ca
        carmstrong@goodmans.ca

**ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:    nortel.monitor@ca.ey.com

**CANADIAN CREDITORS COMMITTEE**

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:    mzigler@kmlaw.ca
          sphilpott@kmlaw.ca
          akaplan@kmlaw.ca
          bwalancik@kmlaw.ca

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:    ken.rosenberg@paliareroland.com
          max.starnino@paliareroland.com
          lily.harmer@paliareroland.com
          karen.jones@paliareroland.com
          tina.lie@paliareroland.com
          michelle.jackson@paliareroland.com

**DLA PIPER**
919 North Market Street
Suite 1500
Wilmington, Delaware 19801

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti

Email:    selinda.melnik@dlapiper.com
          richard.hans@dlapiper.com
          timothy.hoeffner@dlapiper.com
          farahlisa.sebti@dlapiper.com

**CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:   barry.wadsworth@caw.ca
         lewis.gottheil@caw.ca

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca
         ainslie.benedict@nelligan.ca

**INFORMAL NORTEL NOTEHOLDER GROUP**

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell

Email:   zychk@bennettjones.com
         orzyr@bennettjones.com
         finlaysong@bennettjones.com
         swanr@bennettjones.com
         zweigs@bennettjones.com
         bellj@bennettjones.com

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
         thomas.mcrae@shibleyrighton.com

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw

E-mail:   bboake@mccarthy.ca
          jgage@mccarthy.ca
          emarques@mccarthy.ca
          psteep@mccarthy.ca
          bdshaw@mccarthy.ca

**MILBANK, TWEED, HADLEY McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email:   TKreller@milbank.com
         JHarris@milbank.com
         APisa@milbank.com
         svora@milbank.com
         aleblanc@milbank.com
         mhirschfeld@milbank.com
         amiller@milbank.com
         tmatz@milbank.com
         nbassett@milbank.com
         gruha@milbank.com
         rpojunas@milbank.com

**UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED**

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson

Email:    bleonard@casselsbrock.com
          dward@casselsbrock.com
          bburden@casselsbrock.com
          chorkins@casselsbrock.com
          ljackson@casselsbrock.com

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan

Email:    mbarrack@tgf.ca
          djmiller@tgf.ca
          rlewis@tgf.ca
          amcewan@tgf.ca

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor
Sameer Advani
Andrew Hanrahan

Email:    boconnor@willkie.com
          sadvani@willkie.com
          ahanrahan@willkie.com

**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Charlene D. Davis
Justin Alberto

Email:    cdavis@bayardlaw.com
          jalberto@bayardlaw.com

**THE BANK OF NEW YORK MELLON**

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email:    michael.riela@lw.com

01:10358692.6

**WILMINGTON TRUST, NATIONAL ASSOCIATION**

| | |
|---|---|
| **HEENAN BLAIKIE LLP**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 2900<br>P.O. Box 2900<br>Toronto, Ontario  M5H 2T4<br><br>John Salmas<br>Kenneth Kraft<br>Sara-Ann Van Allen<br><br>Email:    jsalmas@heenan.ca<br>           kkraft@heenan.ca<br>           svanallen@heenan.ca | **KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, NY  10022-2585<br><br>Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br><br>Email:    craig.barbarosh@kattenlaw.com<br>           david.crichlow@kattenlaw.com<br>           Karen.dine@kattenlaw.com |

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

| | |
|---|---|
| **BORDEN LADNER GERVAIS LLP**<br>Barristers and Solicitors<br>40 King Street West<br>Toronto, ON  M5H 3Y4<br><br>Edmond F. B. Lamek<br>James Szumski<br><br>Email:    elamek@blg.com<br>           jszumski@blg.com | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY  10036<br><br>Daniel A. Lowenthal<br><br>Email:    dalowenthal@pbwt.com |

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

**OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh

Email:    lbarnes@osler.com
           esellers@osler.com
           eputnam@osler.com
           ahirsh@osler.com

01:10358692.6

**NORTON ROSE CANADA LLP**
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael Lang

Email:     michael.lang@nortonrose.com

**HOGAN LOVELLS INTERNATIONAL LLP**
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom

Angela Dimsdale Gill
John Tillman
Matthew Bullen

Email:     amdg@hoganlovells.com
           john.tillman@hoganlovells.com
           Matthew.bullen@hoganlovells.com

**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

Email:     ken.coleman@allenovery.com
           paul.keller@allenovery.com
           daniel.guyder@allenovery.com
           laura.hall@allenovery.com
           Joseph.Badtke-Berkow@AllenOvery.com
           jonathan.cho@allenovery.com
           Nicolette.ward@allenovery.com

**BUCHANAN INGERSOLL & ROONEY**
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054

Kathleen A. Murphy
Mary F. Caloway

Email:     Kathleen.murphy@bipc.com
           mary.caloway@bipc.com

01:10358692.6