### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: D.I. 11055 |
| Debtors | ) | |
| | ) | |
| SNMP Research International, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 11-53454 |
| | ) | (KG) |
| v. | ) | |
| | ) | Re: D.I. 89 |
| Nortel Networks Inc., | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 2, 2013, a copy of the **Notice of Rescheduled Omnibus Hearing Date** was served in the manner indicated on the persons identified below and on the attached service list.

**Via Hand Delivery**

Karen M. Grivner
Clark Hill Thorp Reed
824 Market Street, Suite 710
Wilmington, DE 19801

Dated: July 2, 2013        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

                                   */s/ Ann C. Cordo*
                              Derek C. Abbott (No. 3376)
                              Ann C. Cordo (No. 4817)
                              Tamara K. Minott (No. 5643)
                              1201 North Market Street
                              Wilmington, Delaware 19801
                              Telephone:  (302) 658-9200
                              Facsimile: (302) 658-3989

                              and

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

Counsel for the Debtors and Debtors in Possession