## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :

:  SS.

NEW CASTLE COUNTY   :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of June, 2013, she caused a copy of the following to be served via hand delivery and via first class mail on the attached list:

      *Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.. to the Debtors' Omnibus Objection to various Nortel US Ltd. Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan abd Issue Payment [Docket No. 10744]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 4th day of June, 2013.

Notary Public

LESLEY A. MORRIS
MY COMMISSION
EXPIRES
FEB. 26, 2015
NOTARY PUBLIC
STATE OF DELAWARE

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**

| | |
|---|---|
| **Via Hand Delivery** | **Via First Class Mail** |

**Via Hand Delivery**

(United States Trustee)
Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

(Co-Counsel to the Debtors)
Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Tamara K. Minott, Esq.
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

(Counsel to Bonds)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to the Monitor)
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street, Suite 1900
Wilmington, DE 19801

**Via First Class Mail**

(Counsel to the Official Committee of
Unsecured Creditors)
Fred S. Hodara, Esq.
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

(Co-Counsel to the Debtors)
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

(Counsel to the Monitor)
Ken Coleman, Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Thomas R. Kreller, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017

Najam ud Dean
6 Augusta Drive
Millbury, MA 01527

Scott David Howard
2050 Cabiao Road
Placerville, CA 95667

Remajos Brown
2353 Sword Drive
Garland, TX 75044

Fred Lindow
P.O. Box 33206
Los Gatos, CA 95031

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

Vada Wilson
101 Teny's Lane
Rougemont, NC 27572

John J. Rossi
1568 Woodcrest Drive
Wooster, OH 44691

Dennis Wayne Bullock
3557 Jacobs Road
Stem, NC 27581