# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of May 31, 2013 through June 30, 2013

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of May 31, 2013 through June 30, 2013 | $ 481,863.23 | $ 2,896.36 | $ 484,759.59 |

Exhibit C    Page 1 of 1