## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of May 31, 2013 through June 30, 2013

| Expense Category | | Expenses |
|---|---|---:|
| Airfare | $ | 1,541.60 |
| Lodging | $ | 1,134.73 |
| Meals | $ | 29.03 |
| Parking | $ | 47.00 |
| Ground Transportation | $ | 144.00 |
| Office Expense | $ | - |
| Professional | $ | - |
| Miscellaneous | $ | - |
| **For the period of May 31, 2013 through June 30, 2013** | **$** | **2,896.36** |