# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of May 31, 2013 through June 30, 2013

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 6/19/13 - 6/20/13 | Timothy C. Ross | Nortel Networks Inc. Tax Matters | CGSH Offices in NYC - 1 Liberty Plaza | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | American Airlines | $ | 951.80 |
| | Lodging | Hyatt, 75 Wall Street | $ | 651.83 |
| | Meals | Paradies Shops - RDU Airport | $ | 6.70 |
| | Parking | RDU Airport Authority | $ | 27.00 |
| | **Total** | | **$** | **1,637.33** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 6/25/13 - 6/26/13 | Deborah M. Parker | Long Term Disability Severance Hearing | Wilmington, Delaware | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | US Airways- Economy | $ | 589.80 |
| | Lodging | Hotel du Pont | $ | 482.90 |
| | Meals | Chick-fila and Hotel du Pont | $ | 22.33 |
| | Parking | RDU Airport Authority | $ | 20.00 |
| | Ground Transportation | Newark Express Taxi and Checker Cab | $ | 144.00 |
| | **Total** | | **$** | **1,259.03** |

| | | | | |
|---|---|---|---|---|
| **For the period of May 31, 2013 through June 30, 2013** | | | **$** | **2,896.36** |