IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                   Debtors. : Jointly Administered
:
:
------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.
COUNTY OF NEW YORK )

DANIEL D. QUEEN, being duly sworn, deposes and says:

1. I am an associate with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"); and

2. Pursuant to Rules 7033 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 7026-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I served a copy of the **US Debtors' Additional Responses to Agreed Set of Consolidated Interrogatories (Responses to Non-Witness Identification Interrogatories)**, by email upon the parties on the attached service list.

                                                                              Daniel D. Queen

Sworn to before me this
8th day of July, 2013

*Jennifer Lynn Grogan*
Notary Public

JENNIFER LYNN GROGAN
Registration #01GR6057007
Qualified in Queens County
My Commission Expires
April 9, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## EMAIL SERVICE LIST

cdoniak@AkinGump.com, dalowenthal@pbwt.com, pruby@goodmans.ca, nortel.monitor@ca.ey.com, derrick.tay@gowlings.com, jennifer.stam@gowlings.com, ken.coleman@allenovery.com, paul.keller@allenovery.com, daniel.guyder@allenovery.com, laura.hall@allenovery.com, Joseph.Badtke-Berkow@AllenOvery.com, jonathan.cho@allenovery.com, Nicolette.ward@allenovery.com, Kathleen.murphy@bipc.com, mary.caloway@bipc.com, tdemarinis@torys.com, sbomhof@torys.com, sblock@torys.com, agray@torys.com, aslavens@torys.com, rschwill@dwpv.com, scampbell@dwpv.com, jdoris@dwpv.com, lsarabia@dwpv.com, mgottlieb@counsel-toronto.com, twynne@counsel-toronto.com, pmichell@counsel-toronto.com, adler@hugheshubbard.com, oxford@hugheshubbard.com, tabataba@hugheshubbard.com, huberty@hugheshubbard.com, eharron@ycst.com, jdorsey@ycst.com, mzigler@kmlaw.ca, sphilpott@kmlaw.ca, akaplan@kmlaw.ca, bwalancik@kmlaw.ca, ken.rosenberg@paliareroland.com, max.starnino@paliareroland.com, lily.harmer@paliareroland.com, karen.jones@paliareroland.com, tina.lie@paliareroland.com, michelle.jackson@paliareroland.com, barry.wadsworth@caw.ca, lewis.gottheil@caw.ca, arthur.jacques@shibleyrighton.com, thomas.mcrae@shibleyrighton.com, janice.payne@nelligan.ca, steven.levitt@nelligan.ca, christopher.rootham@nelligan.ca, ainslie.benedict@nelligan.ca, bboake@mccarthy.ca, jgage@mccarthy.ca, emarques@mccarthy.ca, psteep@mccarthy.ca, skour@mccarthy.ca, bdshaw@mccarthy.ca, selinda.melnik@dlapiper.com, richard.hans@dlapiper.com, timothy.hoeffner@dlapiper.com, zychk@bennettjones.com, orzyr@bennettjones.com, finlaysong@bennettjones.com, swanr@bennettjones.com, zweigs@bennettjones.com, bellj@bennettjones.com, tkreller@milbank.com, JHarris@milbank.com, APisa@milbank.com, svora@milbank.com, aleblanc@milbank.com, mhirschfeld@milbank.com, amiller@milbank.com, tmatz@milbank.com, nbassett@milbank.com, gruha@milbank.com, rpojunas@milbank.com, Shayne.kukulowicz@dentons.com, Michael.wunder@dentons.com, ryan.jacobs@dentons.com, Barbara.Grossman@dentons.com, fhodara@akingump.com, dbotter@akingump.com, aqureshi@akingump.com, rajohnson@AkinGump.com, sgulati@akingump.com, bkahn@akingump.com, angela.pearson@ashurst.com, Antonia.croke@ashurst.com, samis@rlf.com, bleonard@casselsbrock.com, dward@casselsbrock.com, bburden@casselsbrock.com, chorkins@casselsbrock.com, ljackson@casselsbrock.com, mbarrack@tgf.ca, djmiller@tgf.ca, rlewis@tgf.ca, amcewan@tgf.ca, boconnor@willkie.com, sadvani@willkie.com, ahanrahan@willkie.com, sheryl.seigel@mcmillan.ca, jsalmas@heenan.ca, kkraft@heenan.ca, svanallen@heenan.ca, craig.barbarosh@kattenlaw.com, david.crichlow@kattenlaw.com, Karen.dine@kattenlaw.com, elamek@blg.com, jszumski@blg.com, lbarnes@osler.com, esellers@osler.com, eputnam@osler.com, ahirsh@osler.com, michael.lang@nortonrose.com, amdg@hoganlovells.com, john.tillman@hoganlovells.com, Matthew.bullen@hoganlovells.com, david.graves@hogan.lovells.com, katherine.tallett-williams@hoganlovells.com, james.norris-jones@hsf.com, fmyers@goodmans.ca, jkimmel@goodmans.ca, jpasquariello@goodmans.ca, jcarfagnini@goodmans.ca, carmstrong@goodmans.ca, TJacobson@goodmans.ca, bguiney@pbwt.com, cdent@pbwt.com, SMiller@morrisjames.com, bzarnett@goodmans.ca, Michael.riela@lw.com