IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
              Debtors. : Jointly Administered
:
:
------------------------------------------------------- X

**NOTICE OF SERVICE OF CERTIFICATION OF THE DEBTORS
TO CORE PARTIES OF SUBSTANTIAL DOCUMENT PRODUCTION PROGRESS**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan dated May 17, 2013 [D.I. 10566] (the "Order"), counsel for the Debtors on July 3, 2013 served by electronic mail on counsel for the Core Parties, as defined in the Order, certification of the Debtors' substantial progress with regard to the collection, review and production of documents requested of the Debtors pursuant to that certain Agreed Set of Consolidated Document Requests and Interrogatories dated as of June 20, 2013.

Dated: July 8, 2013
Wilmington, Delaware

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                          James L. Bromley (admitted pro hac vice)
                                          Lisa M. Schweitzer (admitted pro hac vice)
                                          One Liberty Plaza
                                          New York, NY 10006
                                          Telephone: (212) 225-2000
                                          Facsimile: (212) 225-3999

                                          and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.17