Honorable Kevin Gross
824 North Market Street
Wilmington, DA 19801

Dear Honorable Judge Gross:

As you are aware, Nortel Incorporation filed for bankruptcy and was granted their request effective June 30, 2013. I am a long-term disabled employee with Nortel and received my income through the Long-Term Disability Program.

During the process of Nortel filing bankruptcy, I received an overwhelming amount of legal documents on the bankruptcy. On July 1, 2013, I contacted the law office of Elliott and Greenleaf and was informed I submitted a document indicating that I wanted to be withdrawn from the Long-Term Disability Program and elected to be part of the Retiree portion. However, that was not what I believe I was electing to do. I wanted to continue to be enrolled in the Long-Term Disability Program so that I could receive a monthly allotment and maintain my health insurance. The income I was receiving from the Long-Term Disability Program was my only source of income. Ms. Ford of the Elliott and Greenleaf law office informed me that I needed to make a request to you in order to be part of the Long-Term Disability Program portion of the bankruptcy.

I have a severe case of cardiomyopathy (weak/enlarged heart) and I'm listed as a class 4 heart patient. In an effort to stabilize my condition and to maintain some quality of life, I have received two cardioverter-defibrillators along with a regime of medications I consume on a daily basis.

Due to my condition along with all the medications I consume I was not able to understanding all the documents I received, I am requesting to be able to submit the correct documentation to remain in the Long-Term Disability Program. My contact information is listed below. Your prompt attention in this decision would be greatly appreciated.

RONALD P. ELIAS
1309 North Meridian Avenue
#246
Oklahoma City, OK  73107
Phone (615) 500-4991