Estelle L. Loggins
250 Old Mill Lane
Dallas, Texas 75217

July 2, 2003

To: Honorable Judge Kevin Gross

From: **Estelle Loggins (EMPLYEE OF NORTEL NETWORKS INC.) (EMP. ID: 0883338**

Re: **Nortel Networks INC. Chapter 11. Case No: 09-10138(KG) & Re: DI 10408**

Subject: **APPEAL FOR MERCY AND CONTINUED SUPPORT**

Honorable Kevin Gross United States Bankruptcy Judge

**Information For CourtCall Hearing July 25, 2013**

1. Please find attached to this letter Charts showing how Nortel used incorrect accounting procedures to process my overpayments in the amounts of $16,942.67 and $23,600.97.

Nortel promised its employees that for the hours we worked (sometimes without pay; when I left on disability I had over 120 hours of overtime I will never be compensated for.) Nortel told us we would be rewarded with better benefits at retirement, that has proved not to be true. We were promised that as long as there was a Nortel we would be protected!! I believed this until I was injured on the job; what I did not realize is I would have to fight the debtors (in and out of court) and their business partners (such as Prudential) every bit of the way for every dime I received.

Also, Nortel paid Clarence Chandra, President of Public Carrier Networks; if they handled his payment any different than they handled mine; the debtors are in serious violation of their fiduciary duties under ERISIA.

If Nortel does not keep its word I fear for my future. I relied on the information in the SPD to my detriment. To deny me these benefits as promised assures me a future of poverty and homelessness. I have worked to hard all my life to come to such and end. IT IS NOT JUST; IT IS NOT RIGHT; AND IT IS UNCONSTITUTIONAL!! NO MAN OR WOMAN SHOULD NOT BE DEPRIVED OF THERE LIFE, LIBERTY OR PURSUIT OF HAPPINESS. I have suffered for thirteen years at the hands of Nortel and Prudential; if I am forced to continue I will surely be come homeless and DIE from depression or heart failure!

My mental health has declined and I continue to be treated for severe depression due to the fact that they have been denied my expected and legally promised financial expectations as per SPD 2000; per ERISA I have a vested right in the Benefits promised and the plan administrator has a fiduciary duty to ensure I receive them. I am someone's Mother; how would you feel if your Mother had to suffer such indignation by a corporation?

I relied on information in the SPD to my detriment. As a result I have lost my Home, Good Credit, and my Self-Respect. I find myself at the mercy and continue to request Justice in this matter.

Respectively yours,

*Estelle Loggins*

Estelle L. Loggins

Attachments:
1. Prudential Nortel chart showing the numbers they used to calculate my Medicare overpayment.
2. My charts created from information in the Voucher ledger system with the correct amounts.
3. Letter from Prudential's David Moran for overpayment of 23,757.40, dated 2/5/2004.
4. Letter from Prudential's Jeff Dell for overpayment of $16,942.67, dated 4/17/2003.
5. Prudential Nortel chart showing the numbers they used to calculate my BTA overpayment.
6. My charts created from information in the Voucher ledger system with the correct amounts.
7. Ledger Vouchers from 10/31/2003--1/31/2004.
8. Occupational Disability Benefits.
9. Letter from Prudential's Regina M. Carter, explaining my disability pay and deductions; did NOT indicate any knowledge of my accrued vacation pay or that she was to pay it.