IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re D.I. 11070** |

## ORDER DIRECTING RESPONSE FROM LONG TERM DISABILITY COMMITTEE

The Court received a letter on July 3, 2013, from Mr. Ronald P. Elias (D.I. 11070). Mr. Elias elected to request inclusion in the "Long Term Disability Program." Counsel for the Official Committee of Long Term Disability Participants (the "LTD Committee") referred Mr. Elias to the Court.

IT IS ORDERED that:

1. Counsel for the LTD Committee shall respond to the letter on or before July 15, 2013.

2. The Court will hear Mr. Elias' request at the hearing on July 16, 2013. Mr. Elias should call-in (using CourtCall) to the hearing on July 16, 2013, at 10:00 a.m.

Dated: July 9, 2013

Kevin Gross, U.S.B.J.