## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                        :

*In re*                           :     Chapter 11

                           :

Nortel Networks Inc., *et al.*, [1]     :     Case No. 09-10138 (KG)

                           :

             Debtors.       :     Jointly Administered

                           :     **Re: D.I. 11072**

-------------------------------------------------------X

                           :

Nortel Networks Inc.,         :

             Plaintiff,     :

                           :

v.                           :

                           :     Adv. Proc. No. 12-50608 (KG)

Commonwealth of Virginia    :

Department of Taxation,     :     **Re: D.I. 37**

             Defendant.   :

                           :

-------------------------------------------------------X

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on July 9, 2013, a copy of the **Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 Approving Stipulation Between Nortel Networks Inc. and Virginia Department of Taxation** was served in the manner indicated on the persons identified on the attached service lists.

Dated:  July 9, 2013        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Wilmington, Delaware

                                 */s/ Tamara K. Minott*
                         Derek C. Abbott (No. 3376)
                         Ann C. Cordo (No. 4817)
                         Tamara K. Minott (No. 5643)
                         1201 North Market Street
                         Wilmington, Delaware 19801
                         Telephone:  (302) 658-9200

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Facsimile: (302) 658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

Counsel for the Debtors and Debtors in Possession

**<u>Via First Class Mail</u>**

Jeffrey Scharf, Esq.
Taxing Authority Consulting Services, P.C.
P.O. Box 1270
Midlothian, VA 23113

Elizabeth Bushnell Myers
Assistant Attorney General
Financial Law and Government Support
Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Craig M. Burns, Commissioner of Taxation
Virginia Department of Taxation
600 East Main Street, 23rd Floor
Richmond, VA 23219

Virginia Department of Taxation
Office of Customer Relations
P.O. Box 1115
Richmond, VA 23218