IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al., [1] ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 10566 |
| ) | |

**NOTICE OF SERVICE OF CERTIFICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO CORE PARTIES OF
SUBSTANTIAL DOCUMENT PRODUCTION PROGRESS**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan, dated May 17, 2013 [Docket No. 10566] (the "Order"), counsel for the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee"), caused to be served on July 3, 2013 via electronic mail upon the Core Parties, as defined in the Order, certification of the Committee's substantial progress with regard to the collection, review and production of documents requested of the Committee pursuant to that certain Agreed Set of Consolidated Document Requests and Interrogatories dated as of June 20, 2013.

*[Signature Page Follows.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

1

RLF1 8895627v.1

Dated: July 9, 2013
       Wilmington, Delaware

Respectfully submitted,

By: /s/ Katherine Good
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel.: (302) 651-7700

and

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: (212) 872-1000

*Co-counsel for the Official Committee of Unsecured Creditors*

2

RLF1 8895627v.1