IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE OF CERTIFICATION OF THE MONITOR AND CANADIAN DEBTORS TO CORE PARTIES OF SUBSTANTIAL DOCUMENT PRODUCTION PROGRESS

**PLEASE TAKE NOTICE THAT**, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan dated May 17, 2013 (the "Order"), counsel for the Monitor and Canadian Debtors certified the Monitor and Canadian Debtors' substantial progress with regard to the collection, review and production of documents requested of the Monitor and Canadian Debtors on July 3, 2013 by electronic mail on counsel for the Core Parties, as defined in the Order, pursuant to the *Agreed Set of Consolidated Document Requests and Interrogatories* dated as of June 20, 2013.

Dated: July 9, 2013

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*