# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2013 THROUGH MAY 31, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Giusini, Brittany, M. | Law Clerk | $ 150.00 | **1.40** | $ 210.00 |
| Smith, Heidi | Secretary | $ 175.00 | 1.30 | $ 227.50 |
| Collazo, Sandra I. | Paralegal | $ 200.00 | **50.10** | $ **10,020.00** |
| Densmore, Ian D. | Paralegal | $ 200.00 | 36.90 | $ 7,380.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 8.90 | $ 1,780.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | **32.60** | $ **7,335.50** |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 1.60 | $ 600.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 7.70 | $ 2,117.50 |
| Kaiser, Jeffrey D. | Of Counsel | $ 375.00 | **91.80** | $ **34,425.00** |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | **35.40** | $ **14,868.00** |
| Kohart, Mary E. | Of Counsel | $ 230.00 | 1.00 | $ 230.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 3.50 | $ 1,610.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | **48.70** | $ **21,915.00** |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | **116.90** | $ **71,309.00** |
| **Total:** | | | 437.80 | $174,027.00 |
| **Blended Rate:** | | $ 310.36 | | |