<u>**EXHIBIT C**</u>

**SUMMARY OF EXPENSES FOR THE PERIOD**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| <u>**Expense Category**</u> | <u>**Total Expenses**</u> |
|---|---|
| Legal Research | $      83.25 |
| Copying | $  3,229.70 |
| Delivery/Courier Service | $    280.00 |
| Express Mail | **$33,214.74** |
| Meals | $    349.98 |
| Mileage | $    108.48 |
| Parking | $      53.00 |
| Postage | $        1.84 |
| Outside Professional Services | $  2,591.50 |
| TOTAL: | **$39,912.49** |