# **<u>EXHIBIT A</u>**

ME1 16010941v.1



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

June 20, 2013
Invoice 7857433

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| TOTAL FEES............................................................................. | $9,798.00 |
| TOTAL DISBURSEMENTS....................................................... | 512.70 |
| TOTAL DUE THIS INVOICE ................................................... | $10,310.70 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $145,113.27 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | $155,423.97 |

Please include this page with your remittance. Thank you.



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
June 20, 2013
Invoice 7857433

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**................................................................................ | $9,798.00 |
| **TOTAL DISBURSEMENTS**........................................................ | 512.70 |
| **TOTAL DUE THIS INVOICE**...................................................... | $10,310.70 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $145,113.27 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $155,423.97 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 05/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 05/01/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.50 |
| 05/01/13 | EXAMINE AND ANALYZE TS&S PROPOSED 18TH MONTH (WITH SIGNIFICANT BACK UP) AND EDIT AND FINALIZE AND APPROVE OF SAME FOR FILING ANDS SERVICE. | 02718/WFT | 0.60 |
| 05/01/13 | ATTEND AS LOCAL COUNSEL SECOND DAY HEARING ON LTD MOTIONS. | 02718/WFT | 3.10 |
| 05/01/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.40 |
| 05/01/13 | CONFER WITH COUNSEL REGARDING RETRIEVAL OF HEARING TRANSCRIPTS OF APRIL 30, 2013 & MAY 1, 2013 HEARINGS. | 04990/JFS | 0.30 |
| 05/01/13 | REVISE AND ELECTRONICALLY FILE TOGUT SEGAL & SEGAL 18TH FEE APPLICATION. | 04990/JFS | 0.90 |
| 05/02/13 | EXAMINE AND ANALYZE THE ORDER (A) APPROVING THE SETTLEMENT AGREEMENT ON A FINAL BASIS, (B) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES ONLY ON A FINAL BASIS, (C) AUTHORIZING THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANTING RELATED RELIEF MAIN CASE D.I. 10406, ADV. D.I. 49 (THE "SETTLEMENT ORDER") ENTERED IN IN RE NORTEL NETWORKS INC., ET AL., CASE NO. 09-10138 AND IN OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS V. NORTEL NETWORKS, ADVERSARY PROCEEDING NO. 12-50995. | 02718/WFT | 0.30 |
| 05/02/13 | CONFER WITH COUNSEL AND DEBTOR'S COUNSEL REGARDING RETRIEVAL OF APRIL 30, 2013 AND MAY 1, 2013 HEARING TRANSCRIPTS. | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 05/02/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING TOGUT SEGAL & SEGAL 18TH FEE APPLICATION; | 04990/JFS | 0.20 |
| 05/03/13 | BRIEFLY EXAMINE AND ANALYZE TRANSCRIPT OF MAY 1 HEARING AS REQUESTED BY THE RETIREES COMMITTEE AND INSURE IT IS ACCURATELY REFLECTED HEARING. | 02718/WFT | 0.50 |
| 05/03/13 | PREPARE TELEPHONIC APPEARANCE FOR MAY 7, 2013 HEARING. | 04990/JFS | 0.40 |
| 05/06/13 | CALL FORM RETIREE (PATRICIA BOTTS) RE HER BENEFITS, ETC; CORRESPOND AND UPDATE LEAD COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 05/06/13 | EXAMINE AND ANALYZE AGENDA FOR 5/7 HEARING. | 03706/KRB | 0.20 |
| 05/07/13 | APPEARING FOR 5/7 HEARING REGARDING SUB-LEASES AND LTD EMPLOYEES MOTION FOR STATEMENT FROM DEBTOR'S REGARDING SEVERANCE ISSUE. | 03706/KRB | 0.80 |
| 05/07/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING COMMITTEE MEMBERS 5TH FEE APPLICATION. | 04990/JFS | 0.40 |
| 05/08/13 | CONFER WITH CO-COUNSEL REGARDING PREPARATION AND FILING OF FEE APPLICATIONS. | 04990/JFS | 0.40 |
| 05/09/13 | EXAMINE AND ANALYZE DRAFT CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013; REVISE AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.20 |
| 05/09/13 | EXAMINE AND ANALYZE DRAFT CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH APPLICATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2013 THROUGH APRIL 3, | 02718/WFT | 0.30 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | 2013 ; REVISE AND FINALIZE SAME FOR FILING. | | |
| 05/09/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH 19TH FEE APPLICATION. | 04990/JFS | 0.40 |
| 05/10/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.40 |
| 05/10/13 | REVISE AND ELECTRONICALLY FILE TOGUT SEGAL & SEGAL 19TH FEE APPLICATION. | 04990/JFS | 0.80 |
| 05/10/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING CERTIFICATE OF NO OBJECTIONS AND FEE APPLICATION. | 04990/JFS | 0.30 |
| 05/10/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING COMMITTEE MEMBERS 5TH FEE APPLICATION. | 04990/JFS | 0.40 |
| 05/10/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH 19TH FEE APPLICATION. | 04990/JFS | 0.40 |
| 05/14/13 | CONFER WITH CO-COUNSEL REGARDING STATUS OF COMMITTEE FEE APPLICATION AND APPROACHING QUARTERLY FEE APPLICATIONS. | 04990/JFS | 0.40 |
| 05/15/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.80 |
| 05/15/13 | CORRESPONDENCE WITH LEAD COUNSEL REGARDING FILING AFFIDAVIT OF SERVICE. | 03706/KRB | 0.10 |
| 05/15/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.20 |
| 05/15/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING UPDATE OF SETTLEMENT PACKAGE. | 04990/JFS | 0.30 |
| 05/16/13 | CALL FROM RETIREE (MASKELL MAXINE) RE CASE ISSUES; CORRESPOND AND ALERT LEAD COUNSEL RE SAME. | 02718/WFT | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 05/17/13 | CONFER WITH COUNSEL REGARDING STATUS OF PAYMENT TO BE SENT TO COMMITTEE MEMBERS. | 04990/JFS | 0.20 |
| 05/20/13 | CONFER PAYMENT AMOUNTS TO COMMITTEE MEMBERS REGARDING FIFTH MONTHLY FEE APPLICATION. | 04990/JFS | 0.30 |
| 05/21/13 | REVIEW OF THE BILLS AND PREPARATION FOR THE FEE APPLICATION. | 00952/MAD | 0.50 |
| 05/21/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL & SEGAL 18TH FEE APPLICATION. | 04990/JFS | 0.40 |
| 05/22/13 | EXAMINE AND ANALYZE CORRESPONDENCE AND PROPOSED RESPONSE TO BE FILED RE INDIVIDUAL RETIREE LETTER OBJECTION RECEIVED (COUTIS). | 02718/WFT | 0.20 |
| 05/22/13 | CORRESPONDENCE WITH CO-COUNSEL REGARDING RESPONSE TO COUTIS LETTER. | 03706/KRB | 0.20 |
| 05/22/13 | EXAMINE AND ANALYZE COUTIS LETTER AND FINALIZING AND FILING RESPONSE THERETO. | 03706/KRB | 0.70 |
| 05/23/13 | DRAFT, REVISE AND CREATE APRIL M&E FEE APPLICATION AND REVIEW UNDERLYING MATERIALS TO INSURE THAT TIME AND EXPENSES ARE APPROPRIATE FOR THE CASE. | 02718/WFT | 1.20 |
| 05/23/13 | FOLLOW-UP CORRESPONDENCE WITH CO-COUNSEL REGARDING SERVICE/RESPONSE TO COUTIS LETTER. | 03706/KRB | 0.20 |
| 05/23/13 | REVISE CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL & SEGAL 18TH FEE APPLICATION. | 04990/JFS | 0.20 |
| 05/24/13 | EXAMINE AND ANALYZE PROPOSED TS&S 18TH MONTHLY CNO; REVISE AND FINALIZE SAME FOR FILING AND SERVICE. | 02718/WFT | 0.30 |
| 05/24/13 | EXAMINING ALL RECENT FILINGS AND NOTICES FOR POTENTIAL IMPACT ON CLIENT ISSUES. | 03706/KRB | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 05/24/13 | REVIEW, REVISE AND FINALIZE NCO AND SUBMIT TO COURT. | 05176/C-T | 0.80 |
| 05/29/13 | DRAFT, REVISE, FINALIZE AND APPROVE FOR FILING THE 20TH MONTHLY OF M&E. | 02718/WFT | 1.30 |
| 05/29/13 | DRAFT TWENTIETH FEE APPLICATION OF MCCARTER & ENGLISH. | 04990/JFS | 0.80 |
| 05/30/13 | CONFER WITH CO-COUNSEL REGARDING PREPARATION AND FILING OF FEE APPLICATIONS AND APPROACHING QUARTERLY FEE APPLICATION FILING DEADLINE. | 04990/JFS | 0.40 |
| 05/30/13 | REVISE AND ELECTRONICALLY FILE TWENTIETH FEE APPLICATION OF MCCARTER & ENGLISH. | 04990/JFS | 0.50 |
| 05/31/13 | CALL FROM RETIREE (MCDANIEL) RE BENEFITS; CORRESPOND AND UPDATE LEAD COUNSEL RE SAME. | 02718/WFT | 0.20 |
| 05/31/13 | CONFER WITH CO-COUNSEL REGARDING FINAL FEE APPLICATIONS AND FORWARD EXAMPLE OF SAME. | 04990/JFS | 0.50 |
|  | TOTAL HOURS: |  | 26.00 |

TOTAL FEES............................................................................................ $9,798.00
TOTAL DISBURSEMENTS....................................................................      512.70

**TOTAL DUE THIS INVOICE** ................................................................ $10,310.70

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**                         $145,113.27

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                                 $155,423.97

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

|  |  |  | HOURS |  | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 0.50 | Hours @ | 525.00 | 262.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 12.00 | Hours @ | 525.00 | 6,300.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 3.40 | Hours @ | 320.00 | 1,088.00 |
| 05176 | CARRIE TAYLOR | PARALEGAL | 0.80 | Hours @ | 185.00 | 148.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 9.30 | Hours @ | 215.00 | 1,999.50 |
| **ATTORNEY TOTALS:** |  |  | **26.00** |  |  | **9,798.00** |