# **EXHIBIT B**

ME1 16010941v.1

Case 09-10138-MFW   Doc 11079-3   Filed 07/10/13   Page 2 of 2

Page 8
Invoice 7857433

Case 09-10138-MFW   Doc 11079-3   Filed 07/10/13   Page 2 of 2

Page 8
Invoice 7857433

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 05/23/2013 | TELEPHONE/CONFERENCE CALLS. | 57.57 | |
| | **Total For: TELEPHONE** | | **57.57** |
| 05/03/2013 | POSTAGE POSTAGE | 89.44 | |
| 05/20/2013 | POSTAGE POSTAGE | 1.32 | |
| 05/24/2013 | POSTAGE POSTAGE | 7.84 | |
| 05/28/2013 | POSTAGE POSTAGE | 1.45 | |
| | **Total For: POSTAGE** | | **100.05** |
| 04/02/2013 | FILING FEES | 3.70 | |
| 04/11/2013 | FILING FEES | 1.30 | |
| | **Total For: FILING FEES-MISC** | | **5.00** |
| 05/14/2013 | TELEPHONIC COURT APPEARANCE | 177.00 | |
| 05/14/2013 | TELEPHONIC COURT APPEARANCE | 44.00 | |
| | **Total For: SERVICES** | | **221.00** |
| 05/20/2013 | FEDERAL EXPRESS Delivery to: Susan Kane - COMMITTEE MEMBER Tracking #: 799804918763 | 19.82 | |
| 05/20/2013 | FEDERAL EXPRESS Delivery to: Mark M Haupt, Sr - COMMITTEE MEMBER Tracking #: 799804986193 | 19.35 | |
| 05/20/2013 | FEDERAL EXPRESS Delivery to: Michael Ressner - COMMITTEE MEMBER Tracking #: 799805045471 | 19.35 | |
| 05/20/2013 | FEDERAL EXPRESS Delivery to: John T Zalokar - COMMITTEE MEMBER Tracking #: 799805143037 | 19.82 | |
| 05/20/2013 | FEDERAL EXPRESS Delivery to: Gary Donahee - COMMITTEE MEMBER Tracking #: 799805185879 | 19.92 | |
| 05/22/2013 | FEDERAL EXPRESS Delivery to: WILLIAM F TAYLOR, JR MCCARTER & ENGLISH LLP Tracking #: 564475136980 | 9.93 | |
| 05/24/2013 | FEDERAL EXPRESS Delivery to: Gary Donahee - COMMITTEE MEMBER Tracking #: 799844442882 | 20.89 | |
| | **Total For: FEDERAL EXPRESS** | | **129.08** |

**TOTAL DISBURSEMENTS** ............................................................ **$512.70**