# EXHIBIT A

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS**
**CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION,**
**NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**CORE PARTIES SERVICE LIST**
**(Allocation Litigation)**

**Updated as of May 30, 2013**

- 2 -

## CANADIAN DEBTORS

TO: **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam

Email: derrick.tay@gowlings.com
jennifer.stam@gowlings.com

Tel: 416.862.5697
Fax: 416.862.7661

Lawyers for the Applicants

AND
TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong

Email: jcarfagnini@goodmans.ca
jpasquariello@goodmans.ca
bzarnett@goodmans.ca
fmyers@goodmans.ca
pruby@goodmans.ca
jkimmel@goodmans.ca
carmstrong@goodmans.ca

Tel: 416.597.4107
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email: nortel.monitor@ca.ey.com

Tel: 416.943.3016
Fax: 416.943.3300

- 3 -

<table>
<tr><td>AND<br>TO:</td><td><strong>ALLEN & OVERY LLP</strong><br>1221 Avenue of the Americas<br>New York, NY 10020</td><td>AND<br>TO:</td><td><strong>BUCHANAN INGERSOLL & ROONEY</strong><br>1105 North Market Street,<br>Suite 1900<br>Wilmington, DE 19801-1054</td></tr>
</table>

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

| Email: | ken.coleman@allenovery.com |
|---|---|
| Tel: | 212.610.6434 |
| Fax: | 212.610.6399 |

| Email: | paul.keller@allenovery.com |
|---|---|
| Tel: | 212.610.6414 |
| Fax: | 212.610.6399 |

| Email: | daniel.guyder@allenovery.com |
|---|---|
| Tel: | 212.756.1132 |
| Fax: | 212.610.6399 |

| Email: | laura.hall@allenovery.com |
|---|---|
| Tel: | 212.756.1171 |
| Fax: | 212.610.6399 |

| Email: | Joseph.Badtke-Berkow@AllenOvery.com |
|---|---|
| Tel: | 212.610.6417 |
| Fax: | 212.610.6399 |

| Email: | jonathan.cho@allenovery.com |
|---|---|
| Tel: | 212.756.1118 |
| Fax: | 212.610.6399 |

| Email: | Nicolette.ward@allenovery.com |
|---|---|
| Tel: | 212.610.6412 |
| Fax: | 212.610.6399 |

U.S. Lawyers for the Canadian Debtors

Kathleen A. Murphy
Mary F. Caloway

| Email: | Kathleen.murphy@bipc.com |
|---|---|
| Tel: | 302.552.4214 |
| Fax: | 302.552.4295 |

| Email: | mary.caloway@bipc.com |
|---|---|
| Tel: | 302.552.4209 |
| Fax: | 302.552.4295 |

Local U.S. Lawyers for the Canadian Debtors

- 4 -

**U.S. DEBTORS**

<table>
<tr><td>AND<br>TO:</td><td><b>TORYS LLP</b><br>79 Wellington St. W., Suite 3000<br>Box 270, TD Centre<br>Toronto, Ontario  M5K 1N2</td><td>AND<br>TO:</td><td><b>CLEARY GOTTLIEB STEEN & HAMILTON<br>LLP</b><br>One Liberty Plaza<br>New York, NY 10006</td></tr>
</table>

<table>
<tr>
<td valign="top">

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
         sbomhof@torys.com
         sblock@torys.com
         agray@torys.com
         aslavens@torys.com

Tel:    416.865.0040
Fax:   416.865.8730

Canadian Lawyers for Nortel Networks Inc.

</td>
<td valign="top">

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen

Email:  jbromley@cgsh.com
         lschweitzer@cgsh.com
         hzelbo@cgsh.com
         jrosenthal@cgsh.com
         dstein@cgsh.com
         mdecker@cgsh.com
         lpeacock@cgsh.com
         jmoessner@cgsh.com
         nforrest@cgsh.com
         dqueen@cgsh.com

Tel:    212.225.2000
Fax:   212.225.3999

U.S. Lawyers for Nortel Networks Inc.

</td>
</tr>
</table>

<table>
<tr><td>AND<br>TO:</td><td><b>MORRIS, NICHOLS, ARSHT & TUNNELL LLP</b><br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347</td></tr>
</table>

Derek Abbott
Annie Cordo

Email:  dabbott@mnat.com
Tel:    302.351.9357
Fax:   302.425.4664

Email:  acordo@mnat.com
Tel:    302.351.9459
Fax:   302.225.2559

Local U.S. Lawyers for the U.S. Debtors

**EMEA DEBTORS**

AND TO:  **DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email:  rschwill@dwpv.com
Email:  scampbell@dwpv.com
Email:  jdoris@dwpv.com
Email:  lsarabia@dwpv.com

Tel:  416.863.0900
Fax:  416.863.0871

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

AND TO:  **HUGHES HUBBARD & REED**
One Battery Park Plaza
New York, NY 10004-1482

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty

Email:  adler@hugheshubbard.com
Tel:  212.837.6086
Fax:  212.422.4726

Email:  oxford@hugheshubbard.com
Tel:  212.837.6843
Fax:  212.422.4726

Email:  tabataba@hugheshubbard.com
Tel:  212.837.6296
Fax:  212.299.6269

Email:  huberty@hugheshubbard.com
Tel:  212.837.6045
Fax:  212.299.6045

U.S. Lawyers the Joint Administrators of Nortel Networks UK Limited

AND TO:  **LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell

Email:  mgottlieb@counsel-toronto.com
Tel:  416.644.5353
Fax:  416.598.3730

Email:  twynne@counsel-toronto.com
Tel:  416.598.7835
Fax:  416.598.3730

Email:  pmichell@counsel-toronto.com
Tel:  416.644.5359
Fax:  416.598.3730

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ed Harron
John Dorsey

Email:  eharron@ycst.com
Tel:  302.571.6703
Fax:  302.576.3298

Email:  jdorsey@ycst.com
Tel:  302.571.6712
Fax:  302.576.3401

Local U.S. Lawyers for the Joint Administrators of Nortel Networks UK Limited

- 6 -

**CANADIAN CREDITORS COMMITTEE**

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:      416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:      416.204.2882

Email:   akaplan@kmlaw.ca
Tel:      416.595.2087
Fax:      416.204.2875

Email:   bwalancik@kmlaw.ca
Tel:      416.542.6288
Fax:      416.204.2906

Lawyers for the Former Employees of Nortel and
LTD Beneficiaries

AND
TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN
LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:   ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:      416.646.4301

Email:   max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:      416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:      416.646.4301

Email:   karen.jones@paliareroland.com
Tel:      416.646.4339
Fax:      416.646.4301

Email:   tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:      416.646.4301

Email:   michelle.jackson@paliareroland.com
Tel:      416.646.7470
Fax:      416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension Benefits
Guarantee Fund

- 7 -

AND **CAW-CANADA**
TO:   Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:  barry.wadsworth@caw.ca
          lewis.gottheil@caw.ca

Tel.:   416.495.3776
Fax:   416.495.3786

Lawyers for all active and retired Nortel employees
represented by the CAW-Canada


AND **NELLIGAN O'BRIEN PAYNE LLP**
TO:   Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:  janice.payne@nelligan.ca
          steven.levitt@nelligan.ca
          christopher.rootham@nelligan.ca
          ainslie.benedict@nelligan.ca

Tel:   613.231.8245
Fax:   613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post CCAA as
at January 14, 2009


AND **SHIBLEY RIGHTON LLP**
TO:   Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:   416.214.5213
Fax:   416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee


AND **McCARTHY TETRAULT LLP**
TO:   Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw

E-mail:  bboake@mccarthy.ca
Tel:   416.601.7557
Fax:   416.868.0673

Email:  jgage@mccarthy.ca
Tel:   416.601.7539
Fax:   416.686.0673

Email:  emarques@mccarthy.ca
Tel:   416.601.7822
Fax:   416.686.0673

Email:  psteep@mccarthy.ca
Tel:   416.601.7998
Fax:   416.686.0673

Email:  bdshaw@mccarthy.ca
Tel:   416.601.8256
Fax:   416.686.0673

Lawyers for Morneau Shepell Limited

- 8 -

AND    **DLA PIPER**
TO:   919 North Market Street
      Suite 1500
      Wilmington, Delaware 19801

      Selinda A. Melnik
      Richard Hans
      Timothy Hoeffner
      Farah Lisa Whitley-Sebti

      Email:   selinda.melnik@dlapiper.com
      Tel:     302.468.5650
      Fax:    302.778.7914

      Email:   richard.hans@dlapiper.com
      Tel:     212.335.4530
      Fax:    212.884.8730

      Email:   timothy.hoeffner@dlapiper.com
      Tel:     212.656.3341
      Fax:    215.606.3341

      Email:   farahlisa.sebti@dlapiper.com
      Tel:     212.335.4829
      Fax:    212.884.8529

      U.S. Lawyers for the Canadian Creditors
      Committee

**INFORMAL NORTEL NOTEHOLDER GROUP**

| | | | |
|---|---|---|---|
| AND TO: | **BENNETT JONES LLP**<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario  M5X 1A4 | AND TO: | **MILBANK, TWEED, HADLEY McCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

<div style="display:flex">
<div>

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell

Email:   zychk@bennettjones.com
Tel:       416.777.5738
Fax:      416.863.1716

Email:   orzyr@bennettjones.com
Tel:       416.777.5737
Fax:      416.863.1716

Email:   finlaysong@bennettjones.com
Tel:       416.777.5762
Fax:      416.863.1716

Email:   swanr@bennettjones.com
Tel:       416.777.7479
Fax:      416.863.1716

Email:   zweigs@bennettjones.com
Tel:       416.777.6254
Fax:      416.863.1716

Email:   bellj@bennettjones.com
Tel:       416.777.6511
Fax:      416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

</div>
<div>

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email:   TKreller@milbank.com
Tel:       213.892.4463
Fax:      213.629.5063

Email:   JHarris@milbank.com
Tel:       212.530.5475
Fax:      212.530.5219

Email:   APisa@milbank.com
Tel:       212.530.5319
Fax:      212.530.5219

Email:   svora@milbank.com
Tel:       213.892.4595
Fax:      213.629.5063

Email:   aleblanc@milbank.com
Tel:       202.835.7574
Fax:      202.263.7574

Email:   mhirschfeld@milbank.com
Tel:       212.530.5832
Fax:      212.822.5832

Email:   amiller@milbank.com
Tel:       212.530.5421
Fax:      212.822.5421

Email:   tmatz@milbank.com
Tel:       212.530.5885
Fax:      212.822.5885

Email:   nbassett@milbank.com
Tel:       202.835.7546
Fax:      202.263.7546

Email:   gruha@milbank.com
Tel:       212.530.5155
Fax:      212.822.5155

Email:   rpojunas@milbank.com

</div>
</div>

- 10 -

Tel:     202.835.7551
Fax:     202.263.7551

U.S. Lawyers for The Informal Nortel Noteholder
Group

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AND
TO:

**DENTONS CANADA LLP**

77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman

Email:    Shayne.kukulowicz@dentons.com
          Michael.wunder@dentons.com
          ryan.jacobs@dentons.com
          Barbara.grossman@dentons.com

Tel:      416.863.4511
Fax:      416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park
New York, NY  10036

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn

Email:    fhodara@akingump.com
          dbotter@akingump.com
          aqureshi@akingump.com
          rajohnson@akingump.com
          bkahn@akingump.com

Tel:      212.872.1000
Fax:      212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**ASHURST LLP**

Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Angela Pearson
Antonia Croke

Email:    angela.pearson@ashurst.com
          Antonia.croke@ashurst.com

Tel:      +44 (0)20 7638 1111
Fax:      +44 (0)20 7638 1112

U.K. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**RICHARDS LAYTON & FINGER, P.A.**

920 North King Street
Wilmington, DE  19801

Christopher Samis

Email:    samis@rlf.com
Tel:      302.651.7845
Fax:      302.498.7845

Local U.S. Lawyers for the Official Committee of
Unsecured Creditors

- 12 -

**UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED**

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson

Email:   bleonard@casselsbrock.com
         dward@casselsbrock.com
         bburden@casselsbrock.com
         chorkins@casselsbrock.com
         ljackson@casselsbrock.com

Tel:     416.860.6455
Fax:     416.640.3054

Co-Counsel for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan

Email:   mbarrack@tgf.ca
Tel:     416.304.1109
Fax:     416.304.1313

Email:   djmiller@tgf.ca
Tel:     416.304.0559
Fax:     416.304.1313

Email:   rlewis@tgf.ca
Tel:     416.304.0603
Fax:     416.304.1313

Email:   amcewan@tgf.ca
Tel:     416.304.0596
Fax:     416.304.1313

Co-Counsel to the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor
Sameer Advani
Andrew Hanrahan

Email:   boconnor@willkie.com
Tel:     (212) 728-8251
Fax:     (212) 728-9251

Email:   sadvani@willkie.com
Tel:     (212) 728-8587
Fax:     (212) 728-9587

Email:   ahanrahan@willkie.com
Tel:     (212) 728-8170
Fax:     (212) 728-9170

US Counsel for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Charlene D. Davis
Justin Alberto

Email:   cdavis@bayardlaw.com
         jalberto@bayardlaw.com

Tel:     302.655.5000
Fax:     302.658.6395

Local U.S. Lawyers for the UK Pension
Protection Fund and Nortel Networks UK
Pension Trust Limited

**THE BANK OF NEW YORK MELLON**

AND
TO:   **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:     416.307.4063
Fax:    416.365.1719

Canadian Lawyers for The Bank of New York Mellon

AND
TO:   **LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email:  michael.riela@lw.com

Tel :   212.906.1373
Fax :  212.751.4864

U.S. Lawyers for The Bank of New York Mellon

- 14 -

**WILMINGTON TRUST, NATIONAL ASSOCIATION**

AND
TO:

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:    jsalmas@heenan.ca
Tel:      416.360.3570
Fax:      416.360.8425

Email:    kkraft@heenan.ca
Tel:      416.643.6822
Fax:      416.360.8425

Email:    svanallen@heenan.ca
Tel:      416.360.3570
Fax:      416.360.8425

Canadian Lawyers for Wilmington Trust, National
Association

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine

Email:    craig.barbarosh@kattenlaw.com
Tel:      212.940.8665
Fax:      212.940.8776

Email:    david.crichlow@kattenlaw.com
Tel:      212.940.8941
Fax:      212.940.8776

Email:    Karen.dine@kattenlaw.com
Tel:      212.940.8772
Fax:      212.940.8776

U.S. Lawyers to Wilmington Trust, National
Association

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:   elamek@blg.com
Tel:      416.367.6311
Fax:     416.361.2436

Email:   jszumski@blg.com
Tel:      416.367.6310
Fax:     416.682.2811

Lawyers for Law Debenture Trust Company of New
York

AND
TO:

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:   dalowenthal@pbwt.com
Tel:      212.336.2720
Fax:     212.336.1253

U.S. Lawyers for Law Debenture Trust
Company of New York

- 16 -

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

AND
TO:     **OSLER HOSKIN AND HARCOURT LLP**
        100 King Street West
        1 First Canadian Place
        Suite 6100
        P.O. Box 50
        Toronto, Ontario  M5X 1B8

        Lyndon Barnes
        Edward Sellers
        Betsy Putnam
        Adam Hirsh

        Email:   lbarnes@osler.com
                 esellers@osler.com
                 eputnam@osler.com
                 ahirsh@osler.com

        Tel:     416.362.2111
        Fax:     416.862.6666

        Lawyers for the Boards of Directors of Nortel
        Networks Corporation and Nortel Networks Limited

**COURTESY COPIES:**

AND
TO:

**NORTON ROSE CANADA LLP**
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael Lang

Email:    michael.lang@nortonrose.com

Tel:      416.216.3939
Fax:     416.216.3930

AND
TO:

**HOGAN LOVELLS INTERNATIONAL LLP**
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom

Angela Dimsdale Gill
John Tillman
Matthew Bullen

Email:    amdg@hoganlovells.com
          john.tillman@hoganlovells.com
          Matthew.bullen@hoganlovells.com

Tel:      +44 20 7296 2000
Fax:     +44 20 7296 2001