IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
                    Debtors. : Jointly Administered
 :
 :
---------------------------------------------------------X Re: D.I. 11082

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on July 10, 2013, a copy of **Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: July 10, 2013
Wilmington, Delaware

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                              James L. Bromley (admitted pro hac vice)
                              Lisa M. Schweitzer (admitted pro hac vice)
                              One Liberty Plaza
                              New York, NY 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

**Via Hand Delivery**

Raymond H. Lemisch
Jennifer R. Hoover
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**Via First Class Mail**

Michael Kennedy
Shelly Shannon
Chilmark Partners, LLC
875 N. Michigan Ave.
Chicago, IL 60611

James J. Regan
Matthew W. Cheney
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Doug Smith
Eugene F. Collins Solicitors
3 Burlington Rd.
Dublin 4
Ireland

Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654

Coley Brown
James M. Lukenda, CIRA
Huron Consulting Group
599 Lexington Avenue, 25th Floor
New York, NY 10022

Rene E. Thorne
Rhonda James
Jackson Lewis LLP
650 Poydras Street
Suite 1900
New Orleans, LA 70130

Roger P. Smith, Jr.
John Ray
Avidity Partners
One Lincoln Center
18W140 Butterfield Road
15th Floor
Oakbrook Terrace, IL 60181

James J. Keightley
Keightley & Ashner LLP
700 12th Street, NW, Suite 700
Washington, DC 20005

David Descoteaux
Frank Savage
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

Jared Oyston
Mark Blyth
Linklaters LLP
One Silk Street
London, UK
EC2Y 8HQ

Mercer (US) Inc.
c/o Devon J. Eggert
Freeborn & Peters LLP
3111 South Wacker Drive, Suite 3000
Chicago, IL 60606

Ryan D. McGlothlin
Punter Southall LLC
200 West Street
Waltham, MA 02451

Kathryn Schultea
RLKS Executive Solutions LLC
101 Westcott #706
Houston, TX 77007

Stuart Baskin
Terence Gilroy
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022

William F. Gray, Jr.
Alison D. Bauer
Torys LLP
237 Park Avenue
New York, NY 10017

Giles Boothman
Ashurst LLP
Broadwalk House
5 Appold Street
London, EC2A 2HA
UK

Jay Borow
Capstone Advisory Group
104 West 40th Street
16th Floor
New York, NY 10018

Michael J. Wunder
Dentons Canada LLP
77 King Street West, Suite 400
Toronto, Ontario
M5K 0A1
Canada

Ronald Winters
Alvarez & Marsal
600 Madison Ave.
8th Floor
New York, NY 10022

E. Morgan Maxwell III
Attorney at Law
PO Box 876
Southeastern, PA 19399