## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2013 THROUGH MAY 15, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| E. Morgan Maxwell, III | Attorney | $250.00 | 12.8 | $3,200.00 |
| **Total:** | | | **12.8** | **$3,200.00** |
| **Blended Rate:** | | **$250.00** | | **$3,200.00** |