## EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---|---|
| Case Administration | | |
| Asset Disposition | | |
| Meetings of and Comm. With Creditors | 2.3 | **$ 575.00** |
| Maxwell Retention | | |
| Employment & Retention Application - Other | | |
| Maxwell Fee Applications | | |
| Maxwell Fee Objections | | |
| Fee Applications and Invoices -Other | | |
| Fee Objections - Others | | |
| Non-Working Travel | | |
| Claims Administration and Objections | | |
| Business Operations | | |
| Employee Benefits/Pensions | | |
| Tax Issues | | |
| Plan and Disclosure Statement | | |
| Financing/Cash Collections | 10.5 | **$2,625.00** |
| Court Hearings | | |
| Labor Issues | | |
| Litigation | | |
| Research | | |
| **Total Fees** | **12.8 hours** | **$3,200.00** |

*E. Morgan Maxwell III*
*Attorney at Law*

P.O. Box 876
Southeastern, PA   19399
610 640-9481
484 645-3678 (cell)
1-484-801-1439 (fax)
morganmaxlaw@comcast.net

July 9, 2013

Nortel Networks, Inc. Long-Term Disabled Employees Committee
c/o ELLIOTT GREENLEAF
1105 North Market Street
17th Floor
Wilmington, DE  19801

Attn.:    Rafael X. Zahralddin, Esq.

### Statement for Services

May 1-15, 2013

| | | | |
|---|---|---|---|
| 5/1 | (Code 230) | Participating in discussions with respect to Court approval of settlement and distribution motions; consideration of steps and stages of ruling request processes | 2.5 |
| 5/2 | (Code 230) | Telephone conference with professionals, tax and practical considerations in formation of LLC, VEBA trust and other documents | .8 |
| 5/3 | (Code 230) | Discussions with Mr. Kaiser, EG, re: relationship between VEBA, HRA, disability plan; reviewing draft of HRA plan for Internal Revenue Code references; further discussions with Jeff and Raf | 1.1 |
| 5/5 | (Code 230) | Discussions with Mr. Kaiser regarding draft VEBA trust document, reviewing same | 1.1 |
| 5/7 | (Code 150) | Committee call | .8 |
| 5/7 | (Code 230) | Consideration of commingling question and brief associated research, exchanging email messages with Mr. Henderson | .8 |
| 5/8 | (Code 230) | Additional research: VEBA and commingling of investments; discussions with Ms. Curran re: tax and ERISA issues implicated by trust and other documents being drafted | 1.3 |
| 5/8 | (Code 150) | Committee call | 1.5 |
| 5/9 | (Code 230) | Brief consideration and review of final orders; noting email exchanges with respect to methods and consequences of distributions, handling disputes and challenges; reviewing versions of documents sent by Delaware Investments | .8 |
| 5/10 | (Code 230) | Brief review of additional document sent by Delaware Investments; noting Mr. Kaiser's message re: status of documents | .4 |

1

| | | | |
|---|---|---|---|
| 5/12 | (Code 230) | Discussions with Mr. Kaiser, status and open issues with respect to document preparation and review | .3 |
| 5/13 | (Code 230) | Reviewing documents distributed by Mr. Kaiser, noting comments | .5 |
| 5/14 | (Code 230) | Brief review of VEBA Trust Committee By-Laws; telephone conference with Mr. Mizak re: LTD disability testing procedures and budget | .6 |
| 5/15 | (Code 230) | Brief review of revised draft of HRA plan and SPD | .3 |
| | | | 12.8 hrs |
| 5/1 | (Code for travel) | (1/2 hourly rate @ $125/hr) | 1.4 |

|  |  |
|---|---|
| Fee for services | $ 3,200.00 |
| Travel | 175.00 |
| Parking  5/1 | 11.00 |
| Total | $ 3,386.00 |

Statement Due Upon Receipt

I Appreciate the Opportunity to be Helpful