## EXHIBIT C

### SUMMARY OF EXPENSES FOR THE PERIOD
### MAY 1, 2013 THROUGH MAY 15, 2013

| **Expense Category** | **Total Expenses** |
|---|---|
| Travel | $175.00 |
| Parking | $11.00 |
| **TOTAL:** | **$186.00** |