## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                            :

*In re*                            :      Chapter 11
                            :

Nortel Networks Inc., *et al.*,[1]      :      Case No. 09-10138 (KG)
                            :

               Debtors.     :      Jointly Administered
                            :

                            :      **Objections due: July 31, 2013 at 4 p.m.**
------------------------------------------------------------X

### FIFTY-THIRD INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013

| | |
|---|---|
| Name of Applicant: | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | February 4, 2009 <u>nunc pro tunc</u> to January 14, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2013 through May 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 3,089,068.00 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $ 83,716.92 |

This is an <u> x </u> interim <u>   </u> final application

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

The total time expended for fee application preparation is approximately 165.00 hours and the corresponding compensation requested is approximately $77,300.00.[2]

[REST OF PAGE LEFT INTENTIONALLY BLANK]

---

[2]        Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 3/13/2009 | 1/14/09 – 1/31/09 | $1,332,922.00 / $40,486.21 | $1,332,922.00 / $40,486.21 |
| 4/24/2009 | 2/1/09 – 2/28/09 | $2,401,013.00 / $85,992.41 | $2,401,013.00 / $85,992.41 |
| 6/8/2009 | 3/1/09 – 3/31/09 | $2,576,907.00 / $72,828.04 | $2,576,907.00 / $72,828.04 |
| 6/26/2009 | 4/1/09 – 4/30/09 | $3,623,969.00 / $120,840.61 | $3,623,969.00 / $120,840.61 |
| 8/12/2009 | 5/1/09 – 5/31/09 | $4,189,301.00 / $149,375.78 | $4,189,301.00 / $149,375.78 |
| 8/28/2009 | 6/1/09 – 6/30/09 | $6,719,870.00 / $260,256.78 | $6,719,870.00 / $260,256.78 |
| 9/2/2009 | 7/1/09 – 7/31/09 | $6,401,447.00 / $105,860.59 | $6,401,447.00 / $105,860.59 |
| 10/12/09 | 8/1/09 – 8/31/09 | $3,500,255.50 / $144,692.17 | $3,500,255.50 / $144,692.17 |
| 11/4/09 | 9/1/09 – 9/30/09 | $6,121,796.50 / $211,814.25 | $6,121,796.50 / $211,814.25 |
| 11/20/09 | 10/1/09 – 10/31/09 | $5,809,684.00 / $113,043.44 | $5,809,684.00 / $113,043.44 |
| 1/27/10 | 11/1/09 – 11/30/09 | $6,749,148.00 / $331,025.87 | $6,749,148.00 / $331,025.87 |
| 2/17/10 | 12/1/09 – 12/31/09 | $5,464,702.00 / $181,160.07 | $5,464,702.00 / $181,160.07 |
| 2/24/10 | 1/1/10 – 1/31/10 | $4,140,091.00 / $219,515.26 | $4,140,091.00 / $219,515.26 |
| 4/29/10 | 2/1/10 – 2/28/10 | $4,905,787.00 / $171,181.35 | $4,905,787.00 / $171,181.35 |
| 5/25/10 | 3/1/10 – 3/31/10 | $5,773,802.50 / $192,424.98 | $5,773,802.50 / $192,424.98 |
| 6/3/10 | 4/1/10 – 4/30/10 | $4,167,775.00 / $99,664.64 | $4,167,775.00 / $99,664.64 |
| 7/30/10 | 5/1/10 – 5/31/10 | $5,235,168.50 / $122,250.74 | $5,235,168.50 / $122,250.74 |
| 8/20/10 | 6/1/10 – 6/30/10 | $4,656,897.50 / $125,657.93 | $4,656,897.50 / $125,657.93 |
| 9/7/10 | 7/1/10 – 7/31/10 | $3,807,758.00 / $61,121.85 | $3,807,758.00 / $61,121.85 |
| 10/1/10 | 8/1/10 – 8/31/10 | $4,768,299.00 / $68,351.89 | $4,768,299.00 / $68,351.89 |
| 11/4/10 | 9/1/10 – 9/30/10 | $5,064,338.00 / $101,664.93 | $5,064,338.00 / $101,664.93 |
| 11/24/10 | 10/1/10 – 10/31/10 | $5,283,347.50 / $184,289.11 | $5,283,347.50 / $184,289.11 |
| 1/14/11 | 11/1/10 – 11/30/10 | $5,105,656.50 / $271,866.71 | $5,105,656.50 / $271,866.71 |
| 2/10/11 | 12/1/10 – 12/31/10 | $3,399,682.50 / $130,866.79 | $3,399,682.50 / $130,866.79 |
| 2/25/11 | 1/1/11 – 1/31/11 | $4,280,308.00 / $59,060.14 | $4,280,308.00 / $59,060.14 |
| 3/30/11 | 2/1/11 – 2/28/11 | $4,082,343.50 / $105,648.81 | $4,082,343.50 / $105,648.81 |

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 5/3/11 | 3/1/11 – 3/31/11 | $7,029,897.00 / $129,162.41 | $7,029,897.00 / $129,162.41 |
| 5/25/11 | 4/1/11 – 4/30/11 | $5,241,975.50 / $123,255.29 | $5,241,975.50 / $123,255.29 |
| 7/5/11 | 5/1/11 – 5/31/11 | $5,622,130.00 / $130,820.87 | $5,622,130.00 / $130,571.00 |
| 7/28/11 | 6/1/11 – 6/30/11 | $6,152,797.50 / $144,954.40 | $6,152,797.50 / $144,954.40 |
| 8/19/11 | 7/1/11 – 7/31/11 | $4,566,733.00 / $457,823.71 | $4,566,733.00 / $455,412.71 |
| 9/28/11 | 8/1/11 – 8/31/11 | $3,121,464.50 / $324,511.42 | $3,121,464.50 / $324,511.42 |
| 10/26/11 | 9/1/11 – 9/30/11 | $3,260,567.50 / $88,807.26 | $3,260,567.50 / $88,807.26 |
| 11/17/11 | 10/1/11 – 10/31/11 | $2,867,288.00 / $443,206.27 | $2,867,288.00 / $438,820.88 |
| 1/10/12 | 11/1/11 – 11/30/11 | $1,900,718.00 / $61,672.25 | $1,900,718.00 / $61,672.25 |
| 1/31/12 | 12/1/11 – 12/31/11 | $1,918,815.75 / $35,151.11 | $1,918,815.75 / $35,151.11 |
| 2/23/12 | 1/1/12 – 1/31/12 | $2,143,255.50 / $38,556.35 | $2,143,255.50 / $38,556.35 |
| 3/28/12 | 2/1/12 – 2/29/12 | $2,138,345.50 / $35,253.58 | $2,138,345.50 / $35,253.58 |
| 5/2/12 | 3/1/12 – 3/31/12 | $1,766,951.00 / $212,322.80 | $1,766,951.00 / $212,322.80 |
| 5/29/12 | 4/1/12 – 4/30/12 | $1,605,730.00 / $224,251.76 | $1,605,730.00 / $224,251.76 |
| 7/2/12 | 5/1/12 – 5/31/12 | $1,809,917.00 / $410,917.27 | $1,809,917.00 / $410,917.27 |
| 8/2/12 | 6/1/12 – 6/30/12 | $1,482,217.00 / $149,544.52 | $1,482,217.00 / $149,544.52 |
| 8/17/12 | 7/1/12 – 7/31/12 | $1,446,235.50 / $124,193.51 | $1,446,235.50 / $124,193.51 |
| 10/1/12 | 8/1/12 – 8/31/12 | $1,883,204.00 / $53,809.92 | $1,883,204.00 / $53,809.92 |
| 11/6/12 | 9/1/12 – 9/30/12 | $1,502,130.50 / $167,099.47 | $1,502,130.50 / $167,099.47 |
| 11/20/12 | 10/1/12 – 10/31/12 | $1,669,498.50 / $22,919.64 | $1,669,498.50 / $22,919.64 |
| 1/7/13 | 11/1/12 – 11/30/12 | $1,246,078.50 / $309,638.27 | $1,246,078.50 / $309,638.27 |
| 2/6/13 | 12/1/12 – 12/31/12 | $1,160,174.00 / $20,038.65 | $1,160,174.00 / $20,038.65 |
| 2/26/13 | 1/1/13 – 1/31/13 | $1,409,333.50 / $27,102.82 | $1,406,526.50 / $27,102.82 |
| 4/1/13 | 2/1/13 – 2/28/13 | $1,431,524.50 / $245,594.28 | $1,431,524.50 / $245,594.28 |
| 5/1/13 | 3/1/13 – 3/31/13 | $2,043,161.00 / $25,032.73 | $2,042,508.50 / $25,032.73 |
| 5/30/13 | 4/1/13 – 4/30/13 | $2,567,362.00 / $34,958.94 | $2,567,362.00 / $34,958.94 |

**COMPENSATION BY PROFESSIONAL**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013[3]

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| GURGEL, MATTHEW G. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | $650.00 | 254.10 | $165,165.00 |
| PASSARETTI, KATIE | Temp. Attorney | 200.00 | 221.20 | 44,240.00 |
| STEIN, DARRYL G. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 195.50 | 99,705.00 |
| DECKER, MARLA A. | Associate – Litigation (called to the bar in 2007; 5 years in current position) | 715.00 | 187.70 | 134,205.50 |
| GUIHA, ALEXANDER | Temp. Attorney | 200.00 | 182.90 | 36,580.00 |
| GRAHAM, ASHLEY | Temp. Attorney | 200.00 | 176.10 | 35,220.00 |
| TUNIS, BRENT M. | Associate – Litigation (called to the bar in 2013, less than 1 year in current position) | 430.00 | 175.70 | 75,551.00 |
| XU, DONNA | Law Clerk – Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 169.80 | 73,014.00 |
| QUEEN, DANIEL D. | Associate – Litigation (called to the bar in 2011, 2 years in current position) | 585.00 | 167.40 | 97,929.00 |
| PHILIPPEAUX, GERALD | Temp. Attorney | 200.00 | 157.30 | 31,460.00 |
| BAWA, SUNEET | Temp. Attorney | 200.00 | 154.20 | 30,840.00 |
| KIM, JOAN | Paralegal | 265.00 | 145.00 | 38,425.00 |
| WILSON-MILNE, KATHERINE L. | Associate – Litigation (called to the bar in 2010; 2 years in current position) | 650.00 | 143.70 | 93,405.00 |
| HONG, HEE SON | Temp. Attorney | 200.00 | 142.80 | 28,560.00 |
| AGANGA-WILLIAMS, TEMIDAYO | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 130.80 | 66,708.00 |
| ERICKSON, JODI | Associate – Litigation (called to the bar in 2006; 3 years in current position) | 370.00 | 127.20 | 47,064.00 |

---

[3]        Arranged in descending order according to Total Billed Hours.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| IQBAL, AATIF | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 126.60 | 64,566.00 |
| PEACOCK, LAUREN L. | Associate – Litigation (called to the bar in 2006; 3 years in current position) | 735.00 | 126.10 | 92,683.50 |
| DEVANEY, AARON | Temp. Attorney | 200.00 | 126.10 | 25,220.00 |
| FORDE, CHARLENE | Temp. Attorney | 200.00 | 126.10 | 25,220.00 |
| BARRETO, BRENDA | Temp. Attorney | 200.00 | 124.70 | 24,940.00 |
| NG, PHILIP | Temp. Attorney | 200.00 | 121.50 | 24,300.00 |
| BROMLEY, JAMES L. | Partner – Bankruptcy, Litigation (called to the bar in 1990; 14 years in current position) | 1,130.00 | 120.30 | 135,939.00 |
| SCHWEITZER, LISA M. | Partner – Bankruptcy, Litigation (called to the bar in 1996; 7 years in current position) | 1,090.00 | 120.10 | 130,909.00 |
| ROLL, JESSICA | Paralegal | 265.00 | 119.70 | 31,720.50 |
| ZELBO, HOWARD S. | Partner – Litigation (called to the bar in 1985; 19 years in current position) | 1,130.00 | 118.20 | 133,566.00 |
| ROSENTHAL, JEFFREY A. | Partner – Litigation (called to the bar in 1992; 12 years in current position) | 1,120.00 | 117.20 | 131,264.00 |
| BLOCK, ELIZABETH | Associate – Litigation (called to the bar in 2013; less than 1 year in current position) | 430.00 | 116.70 | 50,181.00 |
| KLEIN, KERRIN T. | Associate – Litigation (called to the bar in 2010, 3 years in current position) | 650.00 | 108.00 | 70,200.00 |
| MOESSNER, JACQUELINE | Associate – Litigation (called to the bar in 2007; 1 year in current position) | 725.00 | 105.90 | 76,777.50 |
| ARRICK, DAVID | Temp. Attorney | 200.00 | 95.00 | 19,000.00 |
| O'CONNOR, ROBERT | Temp. Attorney | 200.00 | 94.10 | 18,820.00 |
| TRINGALI, LAUREN | Temp. Attorney | 200.00 | 88.40 | 17,680.00 |
| FLEMING, MEGAN J. | Associate – Bankruptcy (called to the bar in 2009; 5 years in current position) | 715.00 | 87.30 | 62,419.50 |
| FORREST, NEIL | Senior Attorney – Litigation (called to the bar in 1981; 8 years in current position | 870.00 | 85.90 | 74,733.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| UZIEL, JESSICA L. | Associate – Bankruptcy (called to the bar in 2012; 1 year in current position) | 510.00 | 75.70 | 38,607.00 |
| KHMELNITSKY, ANGELINA | Temp. Attorney | 200.00 | 74.50 | 14,900.00 |
| CROFT, JAMES A. | Associate – Bankruptcy (called to the bar in 2008; 5 years in current position) | 715.00 | 67.90 | 48,548.50 |
| MOHAN, MONIKA V. | Temp. Attorney | 200.00 | 66.60 | 13,320.00 |
| GATTI, JOHN | Temp. Attorney | 200.00 | 66.30 | 13,260.00 |
| HAILEY, KARA A. | Senior Attorney – Corporate, Bankruptcy (called to the bar in 1999; 4 years in current position) | 870.00 | 64.30 | 55,941.00 |
| DOMPIERRE, YVONNE | Associate | 200.00 | 61.10 | 12,220.00 |
| GUZMAN, RICARDO | Associate | 370.00 | 59.60 | 22,052.00 |
| MARETTE, PATRICK | Associate – Real Estate (called to the bar in 1993; 6 years in current position) | 735.00 | 54.30 | 39,910.50 |
| ZUCKERWISE, LAURA A. | Associate – Litigation (called to the bar in 2009; 1 year in current position) | 685.00 | 52.30 | 35,825.50 |
| YAM, MARIA | Temp. Attorney | 200.00 | 46.60 | 9,320.00 |
| LIPNER, LOUIS | Associate – Bankruptcy, Corporate (called to the bar in 2010; 4 years in current position) | 685.00 | 45.40 | 31,099.00 |
| HEIKAL, HEDAYAT A. | Associate – Litigation (called to the bar in 2010; 3 years in current position) | 650.00 | 44.50 | 28,925.00 |
| KHYM, HANDOL | Temp. Attorney | 200.00 | 43.60 | 8,720.00 |
| LESSNER, KIMBERLY | Temp. Attorney | 200.00 | 42.80 | 8,560.00 |
| O'KEEFE, PETER M. | Paralegal | 320.00 | 41.40 | 13,248.00 |
| ECKENROD, RUSSELL D. | Associate – Bankruptcy (called to the bar in 2010; 2 years in current position) | 685.00 | 39.20 | 26,852.00 |
| RICCHI, LINDSEY | Paralegal | 240.00 | 39.00 | 9,360.00 |
| IDOKO, NICOLE N. | Summer Associate | 345.00 | 36.50 | 12,592.50 |
| DE LEMOS, DAISY | Temp. Attorney | 200.00 | 36.10 | 7,220.00 |
| KANBURIYAN, ANI | Temp. Attorney | 200.00 | 34.60 | 6,920.00 |
| WIRTH, JESSICA L. | Summer Associate | 345.00 | 33.70 | 11,626.50 |
| RYAN, ROBERT J. | Associate – Bankruptcy (called to the bar in 2011; 2 years in current position) | 585.00 | 32.80 | 19,188.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HERRMANN, TRACY L. | Summer Associate | 345.00 | 29.50 | 10,177.50 |
| MALONE, LEAH | Associate – Employee Benefits (called to the bar in 2009; 4 years in current position) | 685.00 | 28.90 | 19,796.50 |
| BAGARELLA, LAURA | Associate – Employee Benefits (called to the bar in 2010; 3 years in current position) | 650.00 | 28.60 | 18,590.00 |
| GOODMAN, COREY M. | Associate – Tax (called to the bar in 2008; 5 years in current position) | 715.00 | 25.80 | 18,447.00 |
| O'DONOHUE, ALEXANDRA K. | Law Clerk – Bankruptcy (not yet called to the bar; less than 1 year in current position) | 430.00 | 25.70 | 11,051.00 |
| ILAN, DANIEL | Counsel – Intellectual Property (called to the bar in 2009; 3 years in current position) | 870.00 | 22.90 | 19,923.00 |
| SHERRETT, JESSE D. H. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 22.80 | 13,338.00 |
| FAUBUS, BRYAN G. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 22.60 | 13,221.00 |
| PAK, JOANNA | Paralegal | 265.00 | 22.00 | 5,830.00 |
| BERHANE, LUWAM | Summer Associate | 345.00 | 18.70 | 6,451.50 |
| O'NEILL, KATHLEEN M. | Associate – Corporate (called to the bar in 2007; 5 years in current position) | 725.00 | 18.50 | 13,412.50 |
| OPOLSKY, JEREMY R. | Associate – Bankruptcy (called to the bar in 2012; 1 year in current position) | 585.00 | 18.30 | 10,705.50 |
| SHEA, ZOE E. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 17.00 | 8,670.00 |
| MCRAE, WILLIAM L. | Partner – Tax (called to the bar in 1998; 8 years in current position) | 1,100.00 | 15.80 | 17,380.00 |
| WEISS, EMILY S. | Associate – Litigation (called to the bar in 2010; 1 year in current position) | 650.00 | 12.90 | 8,385.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| REEB, REBECCA | Associate – Tax (called to the bar in 2012; 2 years in current position) | 650.00 | 12.60 | 8,190.00 |
| CHEUNG, SU Y. | Assistant Managing Clerk | 155.00 | 12.30 | 1,906.50 |
| COLEMAN, RONALD J. | Associate – Litigation (called to the bar in 2011; 1 year in current position) | 510.00 | 12.00 | 6,120.00 |
| KAHN, MICHAEL J. | Associate – Litigation (called to the bar in 2013; less than 1 year in current position) | 430.00 | 11.80 | 5,074.00 |
| CAPSUTO, TARA | Summer Associate | 345.00 | 11.50 | 3,967.50 |
| WHATLEY, CAROL A. | Assistant Managing Clerk | 155.00 | 11.00 | 1,705.00 |
| IRWIN, LAUREN M. | Summer Associate | 345.00 | 11.00 | 3,795.00 |
| NARULA, RITU | Associate – Corporate (called to the bar in 2010; 2 years in current position) | 585.00 | 10.70 | 6,259.50 |
| KALLSTROM-SCHRECKENGOST, JESSICA | Associate – Litigation (called to the bar in 2010; 2 years in current position) | 585.00 | 10.00 | 5,850.00 |
| BROD, CRAIG B. | Partner – Corporate (called to the bar in 1981; 24 years in current position) | 1,130.00 | 9.60 | 10,848.00 |
| CADAVID, CATALINA | Paralegal | 265.00 | 8.90 | 2,358.50 |
| FISCHER, CRAIG M. | Associate – Corporate (called to the bar in 2011; 2 years in current position) | 585.00 | 8.80 | 5,148.00 |
| CHOTIROS, KATHLEYA | Associate – Intellectual Property (called to the bar in 2006; 7 years in current position) | 735.00 | 8.70 | 6,394.50 |
| SPENCER, GARTH A. | Associate – Tax (called to the bar in 2012, 1 year in current position) | 510.00 | 7.70 | 3,927.00 |
| BARRAS, MICHELLE | Paralegal | 265.00 | 7.70 | 2,040.50 |
| SADO, STEPHANIE | Associate – Litigation (called to the bar in 2009; 1 year in current position) | 685.00 | 7.60 | 5,206.00 |
| MEYER, TIMOTHY | Associate – Corporate (called to the bar in 2009; 1 year in current position) | 650.00 | 7.40 | 4,810.00 |
| BUSSIGEL, EMILY A. | Associate – Bankruptcy, Litigation (called to the bar in 2010; 3 years in current position) | 650.00 | 7.00 | 4,550.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| REENTS, SCOTT B. | Associate – E-Discovery, Litigation (called to the bar in 2008; 3 years in current position) | 715.00 | 6.70 | 4,790.50 |
| SWEENEY, TIMOTHY M. | Assistant Managing Clerk | 155.00 | 6.60 | 1,023.00 |
| SCOTT, CYNTHIA | Managing Clerk | 210.00 | 6.00 | 1,260.00 |
| MASSELLA DUCCI TERI, BERNARDO | Associate – Corporate (called to the bar in 2010, 3 years in current position) | 400.00 | 5.10 | 2,040.00 |
| **TOTAL HOURS:** | | | **6,548.80** | |
| **GRAND TOTAL:** | | | | **$3,089,068.00** |
| **BLENDED RATE:** | | **$488.26** | | |

# COMPENSATION BY PROJECT CATEGORY[4]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 355.20 | $209,422.00 |
| Claims Administration and Objections | 144.30 | 88,394.50 |
| Employee Matters | 371.00 | 236,500.00 |
| Customer Issues | 1.80 | 1,233.00 |
| Plan of Reorganization and Disclosure Statement | 1.00 | 585.00 |
| Tax | 49.50 | 44,566.00 |
| Intellectual Property | 9.90 | 4,942.50 |
| Fee and Employment Applications | 130.60 | 61,358.00 |
| Real Estate | 95.30 | 65,792.00 |
| Allocation/Claims Litigation | 5,390.20 | 2,376,275.00 |
| **TOTAL** | **6,548.80** | **$3,089,068.00** |

---

[4]      Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

# EXPENSE SUMMARY[5]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $1,294.70 |
| Travel – Transportation | | 6,158.52 |
| Travel – Lodging | | 4,829.00 |
| Mailing and Shipping Charges | | 645.98 |
| Scanning Charges (at $0.10/page) | | 74.40 |
| Duplicating Charges (at $0.10/page) | | 8,023.60 |
| Color Duplicating Charges (at $0.65/page) | | 225.55 |
| Legal Research | Lexis | 6,058.45 |
| | Westlaw | 19,009.90 |
| | Pacer | 1,224.80 |
| Late Work – Meals | | 1,853.34 |
| Late Work – Transportation | | 4,916.47 |
| Conference Meals | | 1,921.65 |
| Other Charges | | 309.57 |
| Expert Expenses | | 27,170.99 |
| **Grand Total Expenses** | | **$83,716.92** |

---

[5]    Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[6] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Objections due: July 31, 2013 at 4 p.m.** |
|  | : |  |

---------------------------------------------------------------X


**FIFTY-THIRD INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN &
HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-
POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD
MAY 1, 2013 THROUGH MAY 31, 2013**

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for Nortel Networks

Inc. ("NNI") and its affiliated debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), submits this application (the "Application") for interim allowance

of compensation for professional services rendered by Cleary Gottlieb to the Debtors for the

period May 1, 2013 through May 31, 2013 (the "Application Period") and reimbursement of

actual and necessary expenses incurred by Cleary Gottlieb during the Application Period under

sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the

---

[6]	The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the

District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330,

effective January 30, 1996 (the "U.S. Trustee Guidelines"), the Administrative Order under 11

U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 293] (the

"Interim Compensation Procedures Order"), and the Order Modifying the Application of Local

Rules 2014-1(C) and 2016-2(F), dated March 5, 2013 [D.I. 9584] (the "Modification Oder").  In

support of this Application, Cleary Gottlieb represents as follows:

## **JURISDICTION**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330 and 331 of the

Bankruptcy Code.

## **BACKGROUND**

3.      On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel

Networks (CALA) Inc.,[7] filed voluntary petitions for relief under chapter 11 of the Bankruptcy

Code, which cases are consolidated for procedural purposes only.  The Debtors continue to

operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[7]      Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

4.      The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has appointed an Official Committee of Unsecured Creditors (the "Committee") in respect of the Debtors [D.I.s 141, 142], and an ad hoc group of bondholders has been organized (the "Bondholder Group").

5.      On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[8] commenced a proceeding before the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by the Canadian Court.  Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[9] into administration (the "English Proceedings") under the control of individuals from Ernst & Young LLP (collectively, the "Joint Administrators").  Other Nortel affiliates have commenced and in the future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

---

[8]      The Canadian Debtors include the following entities:  NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[9]      The EMEA Debtors include the following entities:  Nortel Networks (UK) Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

6.      Since the Petition Date, Nortel has sold its business units and other assets to various purchasers.  For further information regarding these chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the Debtors and http://dm.epiq11.com/nortel.

### CLEARY GOTTLIEB'S RETENTION

7.      Prior to the Petition Date, the Debtors engaged Cleary Gottlieb as counsel in connection with potential bankruptcy filings by the Debtors.  On February 4, 2009, this Court entered the Order Authorizing the Retention and Employment of Cleary Gottlieb Steen & Hamilton LLP as Counsel for the Debtors nunc pro tunc to the Petition Date [D.I. 221].

### FEE PROCEDURES ORDER

8.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order [D.I. 222], which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.[10]

9.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month.  Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

---

[10]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

10.     On March 5, 2012, the Court entered the Modification Order, which modified the application in these chapter 11 cases of certain amendments to Local Rules 2014-1(C) and 2016-2(F), which took effect on February 1, 2013 [D.I. 9584].

11.     On June 26, 2009, Cleary Gottlieb filed its First Interim Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period January 14, 2009 Through April 30, 2009 [D.I. 978] (the "First Quarterly Application").  On July 17, 2009, this Court entered an Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses [D.I. 1103], approving the First Quarterly Application.  On September 2, 2009, Cleary Gottlieb filed its Second Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2009 Through July 31, 2009 [D.I. 1421] (the "Second Quarterly Application").  On September 30, 2009, this Court entered the Second Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses [D.I. 1582], approving the Second Quarterly Application.  On November 20, 2009, Cleary Gottlieb filed its Third Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2009 Through October 31, 2009 [D.I. 1943] (the "Third Quarterly Application").  On December 15, 2009, this Court entered the Third Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 2143], approving the Third Quarterly Application.  On February 25, 2010, Cleary Gottlieb filed its Fourth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period November 1, 2009 Through January 31, 2010 [D.I. 2535] (the "Fourth

Quarterly Application"). On March 17, 2010, this Court entered the Fourth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 2730], approving the Fourth Quarterly Application. On June 4, 2010, Cleary Gottlieb filed its Fifth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period February 1, 2010 Through April 30, 2010 [D.I. 3147] (the "Fifth Quarterly Application"). On June 24, 2010, this Court entered the Fifth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 3217], approving the Fifth Quarterly Application. On September 8, 2010, Cleary Gottlieb filed its Sixth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period May 1, 2010 Through July 31, 2010 [D.I. 3892] (the "Sixth Quarterly Application"). On September 30, 2010, this Court entered the Sixth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 4048], approving the Sixth Quarterly Application. On November 24, 2010, Cleary Gottlieb filed its Seventh Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period August 1, 2010 Through October 31, 2010 [D.I. 4434] (the "Seventh Quarterly Application"). On December 15, 2010, this Court entered the Seventh Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 4605], approving the Seventh Quarterly Application. On February 28, 2011, Cleary Gottlieb filed its Eighth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period November 1, 2010 Through January 31, 2011 [D.I. 5022] (the "Eighth Quarterly Application"). On March

18

23, 2011, this Court entered the Eighth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 5156], approving the Eighth Quarterly Application.  On May 27, 2011, Cleary Gottlieb filed its Ninth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period February 1, 2011 Through April 30, 2011 [D.I. 5511] (the "Ninth Quarterly Application").  On June 21, 2011, this Court entered the Ninth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 5781], approving the Ninth Quarterly Application.  On August 22, 2011, Cleary Gottlieb filed its Tenth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period May 1, 2011 Through July 31, 2011 [D.I. 6188] (the "Tenth Quarterly Application").  On September 21, 2011, this Court entered the Tenth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 6444], approving the Tenth Quarterly Application.  On November 21, 2011, Cleary Gottlieb filed its Eleventh Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period August 1, 2011 Through October 31, 2011 [D.I. 6824] (the "Eleventh Quarterly Application").  On December 14, 2011, this Court entered the Eleventh Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered and Reimbursement of Expenses [D.I. 6979], approving the Eleventh Quarterly Application.  On February 29, 2012, Cleary Gottlieb filed its Twelfth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the Period November 1, 2011 Through January 31, 2012 [D.I. 7311] (the "Twelfth Quarterly Application").  On March

21, 2012, this Court entered the Twelfth Omnibus Order Allowing Certain Professionals Interim

Compensation For Services Rendered and Reimbursement of Expenses [D.I. 7421], approving

the Twelfth Quarterly Application.  On May 30, 2012, Cleary Gottlieb filed its Thirteenth

Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For

Debtors And Debtors-In-Possession, For the Period February 1, 2012 Through April 30, 2012

[D.I. 7746] (the "Thirteenth Quarterly Application").  On June 21, 2012, this Court entered the

Thirteenth Omnibus Order Allowing Certain Professionals Interim Compensation For Services

Rendered and Reimbursement of Expenses [D.I. 7889], approving the Thirteenth Quarterly

Application.  On August 22, 2012, Cleary Gottlieb filed its Fourteenth Quarterly Fee Application

Request of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-

Possession, For the Period May 1, 2012 Through July 31, 2012 [D.I. 8277] (the "Fourteenth

Quarterly Application").  On September 19, 2012, this Court entered the Fourteenth Omnibus

Order Allowing Certain Professionals Interim Compensation For Services Rendered and

Reimbursement of Expenses [D.I. 8524], approving the Fourteenth Quarterly Application.  On

November 21, 2012, Cleary Gottlieb filed its Fifteenth Quarterly Fee Application Request of

Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession,

For the Period August 1, 2012 Through October 31, 2012 [D.I. 8991] (the "Fifteenth Quarterly

Application").  On December 17, 2012, this Court entered the Fifteenth Omnibus Order

Allowing Certain Professionals Interim Compensation For Services Rendered and

Reimbursement of Expenses [D.I. 9133], approving the Fifteenth Quarterly Application.  On

February 28, 2013, Cleary Gottlieb filed its Sixteenth Quarterly Fee Application Request of

Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession,

For the Period November 1, 2012 Through January 31, 2013 [D.I. 9537] (the "Sixteenth

20

Quarterly Application").  On March 26, 2013, this Court entered the Sixteenth Omnibus Order

Allowing Certain Professionals Interim Compensation For Services Rendered and

Reimbursement of Expenses [D.I. 9787], approving the Sixteenth Quarterly Application. On

June 4, 2013, Cleary Gottlieb filed its Seventeenth Quarterly Fee Application Request of Cleary

Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For the

Period February 1, 2013 Through April 30, 2013 [D.I. 10759] (the "Seventeenth Quarterly

Application").  On June 25, 2013, this Court entered the Seventeenth Omnibus Order Allowing

Certain Professionals Interim Compensation For Services Rendered and Reimbursement of

Expenses [D.I. 11027], approving the Seventeenth Quarterly Application.

12.     During the Application Period, Cleary Gottlieb provided extensive services to the

Debtors.  During such period, with the aid of Cleary Gottlieb and Morris, Nichols, Arsht &

Tunnell LLP ("Morris Nichols"), the Debtors were successful in obtaining certain relief

including, without limitation: (i) an order approving the Debtors' entry into a settlement

agreement with the Official Committee of Long-Term Disability Participants (the "LTD

Committee"); (ii) an order approving the Debtors' entry into a settlement agreement with the

United States Customs and Border Protection Agency; (iii) an order approving the Debtors' entry

into a sublease agreement in connection with certain real estate assets; (iv) an order retaining the

Court's jurisdiction during the Joint Administrators' appeal to the Third Circuit regarding the

Court's decision to retain jurisdiction to hear the litigation among the Debtors and their

international affiliates regarding the allocation of the proceeds from certain asset sales (the

"Allocation Litigation"); and (v) an order authorizing and approving the employment and

retention of the Mergis Group.  The Debtors also continued to address various employee-related

issues, which included efforts to provide requested information to the Official Committee of

Retirees and the LTD Committee.  Moreover, during the Application Period, the Debtors

continued to prepare for the Allocation Litigation and continued the process of reviewing and

reconciling claims filed by creditors prior to the general claims bar dates established in the

chapter 11 proceedings, including filing omnibus objections to certain claims filed by creditors in

the proceedings.  The Debtors also continued their efforts to avoid and recover preferential

transfers made to parties in the ninety days prior to the Petition Date.

13.     Cleary Gottlieb also continued to assist the Debtors in effectively addressing

many of the matters which arise during a chapter 11 case.  Many of these issues were more

complex due to the international nature of the Debtors' historical operations.  In addition, Cleary

Gottlieb engaged in numerous discussions with representatives of the Committee, the

Bondholder Group, the Canadian Debtors, the Monitor, the EMEA Debtors and the Joint

Administrators on a wide range of matters including, without limitation, inter-estate issues, and

assisted the Debtors in preparing for and engaging in discussions with the same.  Cleary Gottlieb

also assisted the Debtors with numerous other matters, including the Debtors' reporting

obligations established by the Code.

14.     Included in this Application are certain fees and expenses incurred during a period

related to an application previously submitted, but which were not entered into the Cleary

Gottlieb accounting system until the period covered by this Application.

## RELIEF REQUESTED

15.     Cleary Gottlieb submits this Application (a) for allowance of reasonable

compensation for the actual, reasonable and necessary professional services that it has rendered

as bankruptcy counsel for the Debtors in these cases for the period from May 1, 2013 through

May 31, 2013 (and previous periods, as discussed above), and (b) for reimbursement of actual,

reasonable and necessary expenses incurred in representing the Debtors during that same period (and previous periods, as discussed above).

16.     During the period covered by this Application (and previous periods, as discussed above), Cleary Gottlieb accrued fees in the amount of $3,089,068.00.  For the same period (and previous periods, as discussed above), Cleary Gottlieb incurred actual, reasonable and necessary expenses totaling $83,716.92.  With respect to these amounts, as of the date of this Application, Cleary Gottlieb has received no payments.

17.     Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

18.     <u>Exhibit A</u> attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paralegals and other support staff and descriptions of the services provided.

19.     <u>Exhibit B</u> attached hereto contains a breakdown of disbursements incurred by Cleary Gottlieb during the Application Period.

20.     Cleary Gottlieb charges $0.10 per page for photocopying.

21.     Cleary Gottlieb charges $0.65 per page for color photocopying and printing.

22.     Cleary Gottlieb charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

23.     In accordance with Local Rule 2016-2, Cleary Gottlieb has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

24.     Cleary Gottlieb has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Cleary Gottlieb so that work has been performed by those most familiar with the

particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Cleary Gottlieb has endeavored to coordinate with Morris Nichols and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  We believe we have been successful in this regard.

25.    No agreement or understanding exists between Cleary Gottlieb and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

26.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Cleary Gottlieb respectfully requests that this Court:  (a) allow Cleary Gottlieb (i) interim compensation in the amount of $3,089,068.00 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period May 1, 2013 through May 31, 2013 (and previous periods, as discussed above), and (ii) interim reimbursement in the amount of $83,716.92 for actual, reasonable and necessary expenses incurred during the same period (and previous periods, as discussed above); (b) authorize and direct the Debtors to pay to Cleary Gottlieb the amount of $2,554,971.32, which is equal to the sum of 80% of Cleary Gottlieb's allowed interim compensation and 100% of Cleary Gottlieb's allowed expense reimbursement; and (c) grant such other and further relief as the Court deems just and proper.

Dated: July 10, 2013
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*