# EXHIBIT A

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
5/1/2013...5/31/2013

*7/10/2013*
*1:48:21 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|----|------------------|-----------:|------------:|
| bmoore | Brian Moore | 0.3 | 193.50 |
| cstachon | Caitlin Stachon | 3.9 | 624.00 |
| dperson | Dawn Person | 4.4 | 1,298.00 |
| mhamersky | Michael Hamersky | 0.2 | 75.00 |
| nberger | Neil Berger | 20.7 | 16,663.50 |
| srothman | Samantha Rothman | 0.8 | 180.00 |
| sskelly | Stephanie Skelly | 54.2 | 20,325.00 |
| | Grand Total: | 84.5 | 39,359.00 |

1

Nortel Networks Section 1114
5/1/2013...5/31/2013

**Togut, Segal & Segal LLP**
Summary Report

*6/27/2013*
*3:40:53 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| LTD/ICF | | 84.5 | 39,359.00 |
| | Grand Total: | 84.5 | 39,359.00 |

1

# Togut, Segal & Segal LLP

Nortel Networks Section 1114
5/1/2013...5/31/2013

## Summary Report

*6/27/2013*
*3:41:12 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|----|------------------|-----------:|------------:|
| **LTD/ICF** | | **84.5** | **39,359.00** |
| bmoore | Brian Moore | 0.3 | 193.50 |
| cstachon | Caitlin Stachon | 3.9 | 624.00 |
| dperson | Dawn Person | 4.4 | 1,298.00 |
| mhamersky | Michael Hamersky | 0.2 | 75.00 |
| nberger | Neil Berger | 20.7 | 16,663.50 |
| srothman | Samantha Rothman | 0.8 | 180.00 |
| sskelly | Stephanie Skelly | 54.2 | 20,325.00 |
| | Grand Total: | 84.5 | 39,359.00 |

Togut, Segal & Segal LLP
Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: LTD/ICF** | | | |
| 5/1/13 | nberger / Attend Hearing<br>LTD/ICF | T | 2.9<br>805.00 | 2,334.50<br>Billable |
| #276122 | Prep for today's continued LTD hearing (.3);  Attend same (2.5);  Pre- and post-hearing o/c's w/ SS re same (.2). | | | |
| 5/1/13 | nberger / Review Docs.<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #276142 | Review entered LTD settlement approval order. | | | |
| 5/1/13 | cstachon / Prep. Charts<br>LTD/ICF | T | 0.6<br>160.00 | 96.00<br>Billable |
| #277404 | Updated call log with 5/1/13 retiree messages re LTD Settlements and TSS's calls to retirees | | | |
| 5/1/13 | cstachon / Prep. Charts<br>LTD/ICF | T | 1.4<br>160.00 | 224.00<br>Billable |
| #277405 | Updated log of retiree email inquiries with 5/1/13 emails from retirees re LTD Settlement and TSS responses | | | |
| 5/1/13 | cstachon / Review Docs.<br>LTD/ICF | T | 0.5<br>160.00 | 80.00<br>Billable |
| #277412 | Reviewed and downloaded LTD Settlement Order and LTD Distribution Order (.1); updated LTD Settlement binders with same (.4) | | | |
| 5/1/13 | cstachon / Comm. Profes.<br>LTD/ICF | T | 0.2<br>160.00 | 32.00<br>Billable |
| #277413 | Coordinated service of duplicate Individual Claim Form to retiree D. Keene with KCC (.1); updated email log with information re same (.1) | | | |
| 5/1/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #278607 | O/c with NB re hearing on LTD settlement motion and continued hearing. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/1/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #278610 | O/c with NB pre and post LTD settlement hearing. | | | |
| 5/1/13 | sskelly / Attend Hearing LTD/ICF | T | 2.5 375.00 | 937.50 Billable |
| #278611 | Participate telephonically in hearing re LTD settlement motion | | | |
| 5/1/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #278613 | T/c with D. LaRue re question re settlement amounts and retiree election form. | | | |
| 5/1/13 | sskelly / Comm. Others LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #278615 | T/c to R. Elias re election form. | | | |
| 5/1/13 | nberger / OC/TC strategy LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #290922 | O/c with SS re hearing on LTD settlement motion and continued hearing. | | | |
| 5/1/13 | nberger / Comm. Profes. LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #290923 | O/c with SS pre and post LTD settlement hearing. | | | |
| 5/2/13 | nberger / Correspondence LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #276437 | Email w/ M. Daniele and R. Winters re request for data re LTD liabilities and final ICFs. | | | |
| 5/2/13 | nberger / Correspondence LTD/ICF | T | 0.8 805.00 | 644.00 Billable |
| #276874 | Review LTD pro se motion for severance info (.3); Revioew Nortel response and Severance Allowance Plan (.3);  Email w/ L. Schweitzer re same (.2). | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

## Togut, Segal & Segal LLP
## Client Billing Report

6/27/2013
3:40:12 PM

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/2/13 | nberger / Correspondence LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #276993 | Review and revise draft responses to LTD participants inquiries re settlement: Rexroad and Patel. | | | |
| 5/2/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #278626 | Email to M. Fleming and J. Uziel re follow up inquiries re data needed for revised ICF forms. | | | |
| 5/2/13 | sskelly / Comm. Others LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #278630 | T/c with R. Elias re questions about option into retiree settlement. | | | |
| 5/2/13 | sskelly / Review Docs. LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #278633 | Review plans and respond to email by K. Patel requesting same to evaluate opting into retiree settlement. | | | |
| 5/2/13 | sskelly / Comm. Others LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #278634 | Response to M. Rexroad re settlement questions and election forms. | | | |
| 5/2/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #278637 | Email to J. Uziel re data needed for retirees and P. Cohen re revised ICF forms. | | | |
| 5/2/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #278642 | Email to R. Mizak re outstanding requests for data to Nortel for revised ICF forms and review of same. | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/3/13 | nberger / Correspondence LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #276987 | Email w/ L. Schweitzer re LTD pro se motion re severance. | | | |
| 5/3/13 | nberger / Correspondence LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #276994 | Review and revise draft follow-up responses to LTD participants inquiries re settlement: Rexroad. | | | |
| 5/3/13 | nberger / Correspondence LTD/ICF | T | 0.3 805.00 | 241.50 Billable |
| #277002 | Review May 1 hearing transcript and email to forward to McCarter re private letter ruling request. | | | |
| 5/3/13 | nberger / Correspondence LTD/ICF | T | 0.3 805.00 | 241.50 Billable |
| #277034 | Follow-up email w/ R. Mizak re extent of possible LTD liability to migrate to RC settlement for calculation of final individual claim forms. | | | |
| 5/3/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #278648 | Email to A. Shapiro to determine revised settlement value for G. Norman for revised ICF form per data provided by Nortel. | | | |
| 5/3/13 | sskelly / Comm. Others LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #278649 | Email to M. Rexroad re questions re opting into settlement. | | | |
| 5/3/13 | sskelly / Comm. Others LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #278654 | Response to M. Rexroad re HRA account and remaining funds related to election choice. | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/3/13 | sskelly / Draft Documents LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #278655 | Draft email to retiree committee re hearing to consider LTD motion to compel. | | | |
| 5/3/13 | sskelly / Review Docs. LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #278661 | Review information from Nortel re G. Norman ability to opt in to retiree settlement; email to G. Norman re same. | | | |
| 5/3/13 | sskelly / Comm. Others LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #278663 | Follow up email to G. Norman, follow up email to A. Shapiro. | | | |
| 5/3/13 | sskelly / Comm. Others LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #286392 | Email to J. Schierbaum re court call appearance re LTD matter. | | | |
| 5/4/13 | sskelly / Review Docs. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #278664 | Review emails from R. Winters re allocation for LTD plan participants who opt into settlement. | | | |
| 5/6/13 | nberger / Draft Documents LTD/ICF | T | 2.5 805.00 | 2,012.50 Billable |
| #278001 | Work on TSS March monthly statement re redaction of confi in formation. | | | |
| 5/6/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #287179 | Email to A. Shapiro re analysis re change in date from Nortel re retirement date for updated ICF forms. | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/7/13 | nberger / Draft Documents LTD/ICF | T | 2.1 805.00 | 1,690.50 Billable |
| #278751 | Extensive work on redaction of confi info in TSS March 2013 statement. | | | |
| 5/7/13 | cstachon / Comm. Profes. LTD/ICF | T | 0.2 160.00 | 32.00 Billable |
| #278805 | Coordinated service of duplicate Individual Claim Form to retiree S. Duke with KCC (.1); updated email log with information re same (.1) | | | |
| 5/7/13 | sskelly / Prep. Hearing LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #279192 | Prepare for hearing re LTD employee motion to compel by reviewing motion and debtor's reply | | | |
| 5/7/13 | sskelly / Attend Hearing LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #279195 | Participate in hearing telephonically re LTD motion to compel payment of severance. | | | |
| 5/7/13 | sskelly / Comm. Client LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #279207 | Email to RC members re update on hearing re LTD severance motion (.4) revise and send same per NB comments (.2). | | | |
| 5/8/13 | nberger / Draft Documents LTD/ICF | T | 0.6 805.00 | 483.00 Billable |
| #279027 | Work/revise TSS March monthly statement (.4);  O/c w/ DP re same (.2). | | | |
| 5/8/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #279268 | T/C with A. Shapiro re changes to ICF form for P. Cohen (.1), review of analysis re same (.1), review email re D. Patterson and change to icf form (.1) | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
5/1/2013...5/31/2013

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/8/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #279275 | Email to G. Norman re Cobra release (.2), email to D. Patterson re revised ICF form (.2) | | | |
| 5/8/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #279277 | Email responding to R. Mizak inquiry re R. Lamregtse and revision to ICF form. | | | |
| 5/8/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #279281 | O/C w/ NB re G. Norman inquiry re Cobra election (.2), email to J. Uziel requesting G. Norman severance agreement re cobra election issues (.1) | | | |
| 5/8/13 | dperson / Revise Docs.<br>LTD/ICF | T | 0.9<br>295.00 | 265.50<br>Billable |
| #284575 | Revise March Monthly Fee Statement and prepared exhibits | | | |
| 5/8/13 | dperson / Inter Off Memo<br>LTD/ICF | T | 0.2<br>295.00 | 59.00<br>Billable |
| #285277 | Emails with NB re: Total Fees and Expense analysis update. | | | |
| 5/8/13 | dperson / Prep. Charts<br>LTD/ICF | T | 0.7<br>295.00 | 206.50<br>Billable |
| #285278 | Update and prepare schedule re: Total Fees and Expense analysis. | | | |
| 5/8/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #290924 | O/C w/ SS re G. Norman inquiry re Cobra election. | | | |

Nortel Networks Section 1114

# Togut, Segal & Segal LLP
## Client Billing Report

5/1/2013...5/31/2013

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/9/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #280386 | Email to R. Mizak re P. Roberts election and change to ICF form (.2), review emails from J. Uziel re changes in election re same (.2), email to J. Uziel re information for P Roberts for settlement calculation (.1), memo to CS for correspondence re same (.1) and review correspondence re same (.2). | | | |
| 5/9/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #280390 | O/c with NB re changes to ICF form for P. Roberts (.2) , t/c with P. Roberts re election of benefits (.2), emails to R. Mizak and A. Shapiro re ICF changes for P. Roberts and P. Hart (.4), memo to NB re settlement and revised ICF for P. Cohen (.1). | | | |
| 5/9/13 | dperson / Prep. Charts<br>LTD/ICF | T | 0.3<br>295.00 | 88.50<br>Billable |
| #285289 | Assist NB re: April 2013 Estimates for fees incurred. | | | |
| 5/9/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #290926 | O/c with NB re changes to ICF form for P. Roberts. | | | |
| 5/10/13 | nberger / Correspondence<br>LTD/ICF | T | 0.1<br>805.00 | 80.50<br>Billable |
| #279555 | Review and respond to N. Pernick email re M. Mand settlement and updated ICF. | | | |
| 5/10/13 | mhamersky / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #279624 | Email w opposing counsel re: Mand settlement update | | | |
| 5/10/13 | nberger / Comm. Profes.<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #279656 | T/c and email w/ counsel re fila date for LTD election. | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

Togut, Segal & Segal LLP
Client Billing Report

6/27/2013
3:40:12 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/13/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #280014 | Review J. Uziel email re elections to retiree settlement and<br>forward to A&M/Towers. | | | |
| 5/14/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #281091 | Review and comments to draft responses to LTD election<br>inquiries. | | | |
| 5/14/13 | nberger / Inter Off Memo<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #281093 | Memos w/ SS re updated individual claim forms (.2);  Email<br>w/ KCC re same (.1). | | | |
| 5/14/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #282797 | Email to R. Mizak and A. Shapiro re P. Roberts  data and<br>changes to icf forms (.2), memo to NB re changes to ICF<br>forms per email from K. Wagner (.1) | | | |
| 5/14/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #282798 | Email to R. Mizak and A. Shapiro re individuals electing<br>into retiree settlement and process for revised ICF forms. | | | |
| 5/14/13 | srothman / Comm. Profes.<br>LTD/ICF | T | 0.1<br>225.00 | 22.50<br>Billable |
| #282861 | Email Andy Shapiro death certificate for Alvin Wheeler for<br>ICF calculation. | | | |
| 5/14/13 | srothman / Comm. Others<br>LTD/ICF | T | 0.3<br>225.00 | 67.50<br>Billable |
| #285010 | TC w/ Brenda Wread re election deadline | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/14/13 | cstachon / Comm. Profes. LTD/ICF | T | 0.2 160.00 | 32.00 Billable |
| #285620 | Updated records with new address of retiree C. Totman for ICF (.1); emailed R. Ryan at Cleary and A. Shapiro at Towers re same (.1) | | | |
| 5/15/13 | nberger / OC/TC strategy LTD/ICF | T | 0.4 805.00 | 322.00 Billable |
| #281050 | O/c w/ SS re status of LTD inquiries and election issues. | | | |
| 5/15/13 | sskelly / Comm. Others LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #281180 | T/c to L. Victory re questions concerning opting into retiree settlement. | | | |
| 5/15/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.9 375.00 | 337.50 Billable |
| #281185 | T/c to A. Shapiro re calculation of liability re election forms received from Nortel (.1), review of spreadsheets re electing participants (.3), o/c's with SJR re responding to election questions from B. Reed (.2), t/c with B. Reed re questions re election form (.3). | | | |
| 5/15/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #281188 | T/c with R. Mizak and A. Shapiro re LTD and Cobra election calculations (.2), t/c to D. Moscovitz re inquiry about ltd election form (.2). | | | |
| 5/15/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #281193 | O/C with NB re status of inquiries and election issues (.4), o/c with SJR re returning inquiries to LTD inquiries (.1), memo to SJR re responding to same (.1). | | | |
| 5/15/13 | sskelly / Review Docs. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #281197 | Review revised election spreadsheet per email from J. Uziel. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/15/13 | srothman / Comm. Others<br>LTD/ICF | T | 0.4<br>225.00 | 90.00<br>Billable |
| #282862 | Follow up TC w/ Brenda Wread re election deadline and questions regarding retiree settlement and election | | | |
| 5/16/13 | nberger / Comm. Profes.<br>LTD/ICF | T | 1.0<br>805.00 | 805.00<br>Billable |
| #281304 | T/c w/ LTD counsel and SS re open LTD questions re election and Irish situation (.3);  O/c w/ SS re same (.2); T/c w/ L. Schweitzer re same (.2); Email w. LTD counsel re same (.3). | | | |
| 5/16/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #282372 | Review revised spreadsheet and email to A. Shapiro and R. Mizak re review of same and calculation of liability (.2) t/c with D. Moscowitz, lawyer for B. Reed, re election questions (.3). | | | |
| 5/16/13 | sskelly / Comm. Others<br>LTD/ICF | T | 1.0<br>375.00 | 375.00<br>Billable |
| #282373 | T/c's to C. Addison, J. McNeill (.4)  t/c to R. Zahrraldin re election forms and procedure (.3), follow up o/c with NB re same (.3). | | | |
| 5/16/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #282375 | Email to K. Wagner re logisitics for revising ICF forms. | | | |
| 5/16/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #285734 | Email w/ SS and K. Wagner re updated individual claim forms. | | | |
| 5/17/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #282384 | T/c to J. McNeill re LTD election form (.2), email to K. Wagner re sending revised icf forms and prep for same (.1). | | | |

Togut, Segal & Segal LLP

Nortel Networks Section 1114
5/1/2013...5/31/2013

Client Billing Report

6/27/2013
3:40:12 PM

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/17/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #282386 | T/c with K. Wagner re preparation for ICF form mailings (.4), email to A. Shapiro re same (.2). | | | |
| 5/17/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #282390 | T/c's with J. McNeill re LTD form for his daughter and where to send etc. | | | |
| 5/17/13 | sskelly / Review Docs.<br>LTD/ICF | T | 1.5<br>375.00 | 562.50<br>Billable |
| #282392 | Review spreadsheet of election forms for eligibility (.6), review plans re same (.7) and t/c to M. Fleming re same (.2). | | | |
| 5/20/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #281680 | Email to M. Fleming re updated address information for electing individuals. | | | |
| 5/20/13 | sskelly / Prep. Ct./Calls<br>LTD/ICF | T | 0.7<br>375.00 | 262.50<br>Billable |
| #281683 | Prepare for call with M. Fleming and J. Uziel re eligibility issues re election forms (.3), email to R. Mizak and A. Shapiro re latest election forms and call re eligibility (.1), t/c with M. Fleming and J. Uziel re eligibility questions (.3). | | | |
| 5/20/13 | sskelly / Comm. Others<br>LTD/ICF | T | 2.2<br>375.00 | 825.00<br>Billable |
| #281685 | T/c to A. Shapiro re preparation of revised ICF forms (.1), review of revised spreadsheet from J. Uziel re eligibility electing individuals (.7), review and revise ICF form (.5), draft letter to retirees re revised ICF form (.6), email to M. Daniele re same (.2) t/c to A. Shapiro re next steps preparation of ICF forms (.1). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/20/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #281688 | T/c to M. Fleming re status of current employees and election options (.1), t/c with K. Murray LTD plan participant (.1). | | | |
| 5/20/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #281691 | T/c with K. Brown re number of eligible LTDers, retirees (.1), follow up t/c with A. Shapiro re same (.1) , memo to CS re election forms and spreadsheet (.1). | | | |
| 5/20/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #281693 | T/c with A. Shapiro re number of retirees for ICF (.1), email to K. Brown re same (.1). | | | |
| 5/20/13 | sskelly / Review Docs. LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #281696 | Cross reference active employees with election list and former census per inquiry from K. Brown (.3), email to A. Shapiro re same (.1),  t/c to M. Fleming re status of current employees (.1). | | | |
| 5/20/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #281697 | Email to R. Mizak re revision to ICF Form for P Cohen (.1) , t/c with A. Shapiro re active employees (.1) , t/c with K. Brown re active employees (.1). | | | |
| 5/20/13 | cstachon / Inter Off Memo LTD/ICF | T | 0.2 160.00 | 32.00 Billable |
| #285711 | Email to AT re appeal of Nortel and the Official Committee of Unsecured Creditors | | | |
| 5/21/13 | nberger / Comm. Client LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #281773 | Email w. client and M. Daniele re new ICFs and cover letter. | | | |

Nortel Networks Section 1114

# Togut, Segal & Segal LLP
## Client Billing Report

5/1/2013...5/31/2013

*6/27/2013*
*3:40:12 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/21/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.6<br>805.00 | 483.00<br>Billable |
| #281977 | O/c w/ SS re new individual claim forms (.2)  T/c w/ M. Daniele re same (.2);  Email w/ L. Schweitzer adn LTD counsel re L. Uphold election issues (.2). | | | |
| 5/21/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #282028 | Review election forms for R. Stanulis S. Cummins, and D. Ray re analysis of eligibility. | | | |
| 5/21/13 | sskelly / Review Docs.<br>LTD/ICF | T | 1.4<br>375.00 | 525.00<br>Billable |
| #282038 | Review SPDs for retiree medical, life insurance plans and settlement agreement for analysis of elections made by COBRA participants and benefits they are entitled to for settlement value calculations. | | | |
| 5/21/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #282041 | O/C with NB re revised ICF forms (.1), email to M. Fleming re revocation of election by L. Uphold (.1). | | | |
| 5/21/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #282042 | T/c with K. Wagner re revised ICF forms (.4), O/c with NB re review of election forms (.1), O/c with NB re letter to retirees re revised ICF forms (.1). | | | |
| 5/21/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #282043 | T/c to C. Disanto re election option if any. | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/21/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #282052 | T/c with C. Disanto re election requirements for COBRA participants (.6), follow up t/c with M. Fleming re same (.1), o/c with NB re same (.1) review emails from R. Zhallradin, NB and L. Schweitzer re revocation of election by L. Uphold (.1). | | | |
| 5/21/13 | dperson / Revise Docs.<br>LTD/ICF | T | 0.3<br>295.00 | 88.50<br>Billable |
| #286094 | Revised 18th Monthly CNO (.2) emails with NB re: review of same for filing approval (.1) | | | |
| 5/22/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #282124 | Review Upton election recession and email w/ Cleary and LTD counsel re same. | | | |
| 5/22/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #282306 | Review letter from S. Coutis filed with court re revisions to ICF form (.2), email to A. Shapiro and R. Mizak re same, (.2) email to CS re same (.1), review of correspondence with S. Coutis re same (.1). | | | |
| 5/22/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #282307 | Email to R. Ryan re letter to Court from S. Coutis re revised ICF forms. | | | |
| 5/22/13 | sskelly / Draft Documents<br>LTD/ICF | T | 1.8<br>375.00 | 675.00<br>Billable |
| #282309 | Draft letter to S. Coutis re revised ICF form (.6), review and revise same (.3), t/cs to S. Coutis re same (.2), emails to K. Buck and J. Schierbaum re filing of letter to S. Coutis (.3) email to Committee members re same (.4). | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

6/27/2013
3:40:12 PM

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/22/13 | sskelly / Review Docs. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #282311 | Review and revise email to Committee members re letter to S. Coutis (.2), email to K. Buck re same (.1). | | | |
| 5/22/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #282315 | Email to R. Mizak re status of revised chart for review of revised and final ICF forms (.2), review spreadsheet of election forms in preparation for o/c with NB (.2). | | | |
| 5/22/13 | nberger / Review Docs. LTD/ICF | T | 0.4 805.00 | 322.00 Billable |
| #282338 | Begin review of chart of LTD election forms received. | | | |
| 5/23/13 | nberger / Correspondence LTD/ICF | T | 0.9 805.00 | 724.50 Billable |
| #282337 | Email w/ L. Beckerman and Cleary re status of LTD elections (.2);  Follow-up review of chart re same (.7). | | | |
| 5/23/13 | nberger / Correspondence LTD/ICF | T | 0.3 805.00 | 241.50 Billable |
| #282483 | Review Chacon late election and J. Uziel email re same (.1);  Email to M. Daniele re same (.2). | | | |
| 5/23/13 | nberger / OC/TC strategy LTD/ICF | T | 1.0 805.00 | 805.00 Billable |
| #282559 | O/c and review and update chart w/ SS re elections for new/updated individual claim forms. | | | |
| 5/23/13 | nberger / Correspondence LTD/ICF | T | 0.3 805.00 | 241.50 Billable |
| #282563 | Email w/ M. Daniele and Towers re prep of new individual claim forms. | | | |

Togut, Segal & Segal LLP

Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/23/13 | nberger / Review Docs. LTD/ICF | T | 0.1 805.00 | 80.50 Billable |
| #282564 | Review CNO for TSS 18th monthly statement and memo to DP re same. | | | |
| 5/23/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #282725 | Email to K. Buck re service of letter to S. Coutis re revised ICF form (.1) , email to J. Schierbaum re filing (.1) | | | |
| 5/23/13 | sskelly / Review Docs. LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #282729 | Review outstanding requests for information re L. Gross, P. Roberts, and D. Bowen for revised and final individual claim forms and email to M. Fleming re same. | | | |
| 5/23/13 | sskelly / Comm. Others LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #282733 | Emails to P. Roberts re retirement application and revised ICF form (.1) , review of application re same(.1) | | | |
| 5/23/13 | sskelly / Review Docs. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #282737 | Review letter re L. Uphold election (.1) , review email and election form re A. Chacon (.1) | | | |
| 5/23/13 | sskelly / Comm. Others LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #282739 | T/c with S. Coutis responding to letter docketed re revised ICF forms (.2) | | | |
| 5/23/13 | sskelly / Review Docs. LTD/ICF | T | 0.8 375.00 | 300.00 Billable |
| #282740 | Review severance agreement and review elections in preparation of meeting with NB (.7) , email to M. Daniele re status of review of election forms (.1) | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/23/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #282742 | T/c from L. Uphold re election and memo to R Zhallradin re same (.1), review email from M. Daniele re total elections and email to M. Daniele re status of same (.1) | | | |
| 5/23/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 1.0<br>375.00 | 375.00<br>Billable |
| #282746 | O/C with NB re review and analysis of elections for revised icf forms and review of letter to retirees re same. | | | |
| 5/23/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #283650 | Email to K. Buck re service of letter to S. Coutis re revised ICF form (.1), email to J. Schierbaum re filing (.1). | | | |
| 5/23/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #283654 | Review outstanding requests for information re L. Gross, P. Roberts, and D. Bowen for revised and final individual claim forms and email to M. Fleming re same. | | | |
| 5/23/13 | dperson / Inter Off Memo<br>LTD/ICF | T | 0.1<br>295.00 | 29.50<br>Billable |
| #286133 | Communications with NB re: review status of TSS 18th monthly statement | | | |
| 5/23/13 | dperson / Inter Off Memo<br>LTD/ICF | T | 0.1<br>295.00 | 29.50<br>Billable |
| #286137 | Communications with J. Schierbaum re: Revisions to CNO for TSS 18th monthly statement | | | |
| 5/24/13 | bmoore / OC/TC strategy<br>LTD/ICF | T | 0.3<br>645.00 | 193.50<br>Billable |
| #282984 | Oc with SS re exclusion of COBRA claims on LTC elections for inculded in settlement | | | |

Togut, Segal & Segal LLP
Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/24/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #284643 | Review and revise notice regarding revised ICF forms , template ICF form (.6) and email to M. Daniele re same for comments (.2). | | | |
| 5/24/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.8<br>375.00 | 675.00<br>Billable |
| #284645 | Email to M. Fleming re status of analysis of elections and letter to be mailed to participants (.2), email to K. Wagner re preparation for mailing ICF forms and notice re same (.2), memo to NB re entitlement of COBRA participants to life and LTC (.3), review and revise recommendations for Committee re elections (.5), review plan documents re determining eligilbility of cobra participants to life and LTC insurance elections (.6). | | | |
| 5/24/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.0<br>375.00 | 375.00<br>Billable |
| #284649 | Email to A. Shapiro re P. Roberts status of info request to Nortel and election analysis (.2), review severance agreements re issue of commencing benefits under Retiremement Income Plan (.3), t/c with M. Daniele re letter for revised ICF forms (.3), email to M. Daniele, A. Kornstein and K. Brown re analysis of election forms (.2). | | | |
| 5/24/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #284651 | Review plan SPDs re information on payment of life insurance premiums re electors who failed to pay retiree medical premiums re final individual claim forms. | | | |
| 5/24/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #284659 | Email to K. Wagner re preparation of retiree information (.1), email to M. Fleming scheduling call to discus elections and additional information (.1) , memos to NB re ICF letter and election chart (.1), email to retiree committee re election chart (.3), email to A&M re election chart (.3). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/24/13 | sskelly / Review Docs.<br>LTD/ICF | T | 1.4<br>375.00 | 525.00<br>Billable |
| #284661 | Prep of ICFs:  Cross reference census with election list and emails to A. Shapiro re same (.6), review and revise emails to RC and A&M re election analysis (.4),  email to M. Daniele re employee info (.1), t/c with NB re revisions to election analysis (.1), memos with CS and NB re same (.2). | | | |
| 5/24/13 | cstachon / Prep. Charts<br>LTD/ICF | T | 0.6<br>160.00 | 96.00<br>Billable |
| #285779 | Revised chart of LTD election data for final ICF. | | | |
| 5/24/13 | dperson / Comm. Profes.<br>LTD/ICF | T | 0.1<br>295.00 | 29.50<br>Billable |
| #286141 | Followup communications with C. Taylor re: CNO Filing. | | | |
| 5/24/13 | nberger / Review Docs.<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #287526 | Review SS draft memo to Committee re info for final individual claim forms (.2);  Memos w/ SS re same (.2). | | | |
| 5/24/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #287530 | Email w/ R. Zahralddin re D. Irish election. | | | |
| 5/24/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #290927 | Oc with BM re exclusion of COBRA claims on LTC elections for inculded in settlement | | | |
| 5/25/13 | sskelly / Review Docs.<br>LTD/ICF | T | 1.2<br>375.00 | 450.00<br>Billable |
| #285361 | Analysis of cost of elections by LTD and COBRA participants into settlement per request by committee member (.6), email to M. Ressner re anticipated liability for elections into settlement by LTD and COBRA participants (.3), memo to NB re same (.1), review election list re inquiry from R. Dover and email to NB re same (.2). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/28/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #283526 | Follow-up email w. M. Daniele and Towers re final individual claim forms. | | | |
| 5/28/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #283856 | Follow-up o/c w/ SS re updated individual claim forms. | | | |
| 5/28/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #283938 | Review emails from NB, M. Daniele and R. Winters re revised number of population participating in retiree settlement re election forms received for preparation of final individual claim forms and email to M. Daniele re same. | | | |
| 5/28/13 | sskelly / Prep. Ct./Calls<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #283943 | Prepare for call with M. Fleming re election process (.2), review pending changes to ICF forms for committee approval and email to R. Mizak re same (.3). | | | |
| 5/28/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.7<br>375.00 | 262.50<br>Billable |
| #283945 | T/c with M. Fleming re election analysis (.5); follow up with M. Fleming re same (.1); t/c with A. Shapiro re same (.1). | | | |
| 5/28/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #283948 | Review severance applications for G Norman, K. Smith per t/c with M. Fleming (.3), review severance and election form for D. Ray per t/c with M. Fleming (.2), review email from A. Shapiro re updated changes for revised ICF forms (.1), review outstanding requests for information for calculation of revised settlement amounts (.3). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/28/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #283953 | Email to R. Mizak re revision to ICF forms and chart to RC (.1), email to A. Shapiro re data for D. Ray per phone call with M. Fleming and age waiver (.1), t/c's with R. Mizak re revisions to ICF form and revised form of chart for RC approval (.2). | | | |
| 5/28/13 | sskelly / Review Docs. LTD/ICF | T | 0.7 375.00 | 262.50 Billable |
| #283958 | Review chart of revisions to ICF forms and email to A. Shapiro and R. Mizak re P. Roberts calculation (.6), email to R. Mizak re revisions to ICF updates (.1). | | | |
| 5/28/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #283960 | O/c's with NB re revised ICF forms and status of same (.4), email to A. Shapiro re change to D. Ray status (.1), email to A. Shapiro re calculations for all of election forms for reserve (.1). | | | |
| 5/28/13 | sskelly / Review Docs. LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #283963 | Review files re K. Reese per email from R. Mizak and email to R Mizak re elections and status re same. | | | |
| 5/28/13 | sskelly / Review Docs. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #283965 | Review and revise election analysis re D. Ray. | | | |
| 5/28/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #283967 | Email to M. Daniele re social security numbers for retirees and status of request with Cleary for prep of final individual claim forms. | | | |
| 5/28/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #290897 | Follow-up o/c w/ NB re updated individual claim forms. | | | |

Nortel Networks Section 1114

# Togut, Segal & Segal LLP
## Client Billing Report

5/1/2013...5/31/2013

6/27/2013
3:40:12 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/28/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #290928 | O/c's with NB re revised ICF forms and status of same. | | | |
| 5/29/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #285345 | T/c with A. Shapiro re preparation of ICF forms (.1), email re revised ICF template (.1), email to M. Daniele re same (.1), email to M. Fleming re information for R. Stanulis for calculation of revised ICF form (.1), email to K. Wagner re status of ICF forms (.1). | | | |
| 5/29/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #285350 | Email and t/c to R. Mizak re questions about changes to ICF revisons chart (.2), email to R. Mizak re same (.2). | | | |
| 5/29/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #285354 | T/c with R. Mizak re revisions to ICF chart (.2), t/c with P. Cohen re same (.1), email to R. Dover (.2). | | | |
| 5/29/13 | sskelly / Inter Off Memo<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #285358 | Memo to NB re changes to ICF forms per email from R. Mizak (.1), message from K. Smith re election form and review of same (.1). | | | |
| 5/29/13 | dperson / Draft Documents<br>LTD/ICF | T | 1.7<br>295.00 | 501.50<br>Billable |
| #286544 | Draft 6th Quarterly Fee Application. | | | |
| 5/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #284615 | Email to M. Daniele re info needed for revised ICF forms and HRA templates (.2), memo to NB re election of D. Irish (.1). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 5/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #284619 | Email to R. Zhallradin re D. Irish and election status. | | | |
| 5/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #284625 | Email to K. Wagner re revised schedule for mailing of revised ICF forms. | | | |
| 5/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #284629 | T/c to D. Daniels re deceased retiree (.2), email to A. Shapiro re same (.1). | | | |
| 5/30/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #284633 | Review email from R. Ryan re information requested for analysis of elections into retiree settlement (.2), review emails from R. Zhallradin and NB re election forms (.1). | | | |
| 5/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #284635 | T/c from M. Fleming re analysis of election participants who elected severance in lieu of retiree benefits. | | | |
| 5/30/13 | nberger / Comm. Profes.<br>LTD/ICF | T | 0.1<br>805.00 | 80.50<br>Billable |
| #284915 | T/c w/ M. Daniele re status of info for final individual claim forms. | | | |
| 5/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #286490 | T/c with M. Fleming re social security numbers for M. Daniele (.1), follow up email to M. Daniele re information needed for ICFs (.1). | | | |

Nortel Networks Section 1114
5/1/2013...5/31/2013

## Togut, Segal & Segal LLP
### Client Billing Report

6/27/2013
3:40:12 PM

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/31/13 | nberger / Comm. Profes. LTD/ICF | T | 1.0 805.00 | 805.00 Billable |
| #284800 | Prep for teleconf w/ Cleary re objectionable COBRA elections and impact on final individual claim forms (.3); Attend call w/ Cleary and SS re same (.5);  Follow-up o/c w/ SS re next steps (.2). | | | |
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #285365 | Email to A. Shapiro re information re R. Stanulis for calculation of revised ICF form (.1), email to A. Shapiro re process for merge of ICF form (.1), email to M. Daniele re same (.1). | | | |
| 5/31/13 | sskelly / Review Docs. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #285367 | Review settlement agreement re payment terms and email to L. Schweitzer re payment of the settlement amount. | | | |
| 5/31/13 | sskelly / Review Docs. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #285371 | Review email from M. Daniele re information needed from wage works and email to A. Shapiro re same. | | | |
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #285372 | T/c with R. Zhallradin re elections from LTD participants. | | | |
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #285382 | Email to R. Zhallradin re LTD plan participants eligible to participate (.2), follow up email re same (.1),  o/c with NB re settlement payment (.1). | | | |
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #285384 | T/c with M. Fleming re LTD election forms. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
5/1/2013...5/31/2013

*6/27/2013*
*3:40:12 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #285387 | T/c with M. Daniele re status of settlement payment. | | | |
| 5/31/13 | sskelly / Review Docs. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #285388 | Review analysis in preparation for call with L. Schweitzer and M. Fleming. | | | |
| 5/31/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.7 375.00 | 262.50 Billable |
| #285391 | Pre and post o/c with NB re analysis of election forms (.2), call with L. Schweitzer and M. Fleming, J. Uziel, and R. Ryan re review of election forms and next steps (.5). | | | |
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #285393 | T/c with A. Shapiro re data for ICF forms and format (.1) and email to K. Wagner re same (.2). | | | |
| 5/31/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #285397 | T/c with M. Daniele re status of revised ICF template (.1) and o/c with NB re same (.1). | | | |
| 5/31/13 | nberger / OC/TC strategy LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #290929 | Pre and post o/c with SS re analysis of election forms. | | | |

|  | | |
|---|---|---|
| Matter Total: | 84.50 | 39,359.00 |
| Total Time Bill: | | 39,359.00 |
| Total Time Non Bill: | | |
| Total Costs Bill: | | |
| Total Costs Non Bill: | | |
| Total Non Billable: | | |
| Total Billable: | | 39,359.00 |
| Grand Total: | | 39,359.00 |