# **EXHIBIT B**

ME1 16036919v.1

Nortel Networks Section 1114     Togut, Segal & Segal LLP     6/24/2013
5/1/2013...5/31/2013     Summary Report     9:36:30 AM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Photocopies | | 0.0 | 82.70 |
| Postage | | 0.0 | 0.46 |
| Telephone | | 0.0 | 53.23 |
| | Grand Total: | 0.0 | 136.39 |

1

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
5/1/2013...5/31/2013

7/11/2013
1:42:16 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 5/1/13 | atogut / Telephone<br>General | E | 0.0<br>22.29 | 22.29<br>Billable |
| #282092 | TS&S monthly telephone for May 2013. | | | |
| 5/1/13 | atogut / Postage<br>General | E | 0.0<br>0.46 | 0.46<br>Billable |
| #285907 | TS&S monthly postage for May 2013. | | | |
| 5/1/13 | atogut / Photocopies<br>General | E | 0.0<br>82.70 | 82.70<br>Billable |
| #286065 | TS&S monthly photocopies for May 2013. | | | |
| 5/15/13 | sskelly / Telephone<br>General | E | 0.0<br>15.82 | 15.82<br>Billable |
| #290072 | Conference call held on 5/15/13 re LTD. | | | |
| 5/31/13 | sskelly / Telephone<br>General | E | 0.0<br>15.12 | 15.12<br>Billable |
| #290073 | Conference call held on 5/31/13 re LTD. | | | |

|  |  |
|---|---|
| Matter Total: | 0.00    136.39 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 136.39 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 136.39 |
| Grand Total: | 136.39 |

Page: 1