## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |
| ------------------------------------------------------X | | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 16, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED MATTER

1.      Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10486, Filed 5/10/13).

Objection Deadline:   May 24, 2013 at 4:00 p.m. (ET). Extended for Hain Capital Holdings, LLC regarding Claim No. 1950 to September 3, 2013 at 4:00 p.m. (ET). Extended for ASM Capital III, L.P. regarding Claim No. 415 to July 23, 2013 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)      Informal Response of Hain Capital Holdings, LLC regarding Claim No. 1950; and

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(b)      Informal Response of ASM Capital III, L.P. regarding Claim No. 415.

Related Pleading:  None.

Status: The hearing on Hain Capital Holdings, LLC's Claim No. 1950 has been adjourned to the hearing scheduled for September 10, 2013 at 10:00 a.m. (ET).  The hearing on ASM Capital III, L.P.'s Claim No. 415 has been adjourned to the hearing scheduled for July 30, 2013 at 10:00 a.m. (ET).

## CONTESTED MATTER GOING FORWARD

2.      Letter from Ronald P. Elias Regarding Long Term Disability Program (D.I. 11070, Filed 7/3/13).

Response Deadline: July 15, 2013.

Responses Received:  None.

Related Pleading:

(a)      Order Directing Response from Long Term Disability Committee (D.I. 11073, Entered 7/9/13).

Status: The hearing on this matter will go forward.

## PRETRIAL CONFERENCE

3.      Pretrial Conference in the Adversary Proceeding

Status: As a result of the Debtors' pending motion to approve the stipulation of settlement with the Commonwealth of Virginia Department of Taxation, the pretrial conference regarding Commonwealth of Virginia Department of Taxation (Adv. Case No. 12-50608) has been cancelled.

Dated: July 12, 2013          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE               James L. Bromley (admitted *pro hac vice*)
                             Lisa M. Schweitzer (admitted *pro hac vice*)
                             One Liberty Plaza
                             New York, New York 10006
                             Telephone:  (212) 225-2000
                             Facsimile:  (212) 225-3999

                             - and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*

Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7338374.1

3