IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          : Case No. 09-10138 (KG)
:
          Debtors.                                : Jointly Administered
:
:  **RE: D.I. 11084, 11085**
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on July 10, 2013, Nortel Networks Inc. ("NNI"), and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), together with the Official Committee of Unsecured Creditors (the "Committee," and collectively with the U.S. Debtors, the "Applicants"), filed the *Joint Application for Issuance of International Letters of Request (Letters Rogatory)* (D.I. 11084) (the "Joint Application") and the *Declaration of Matthew Gurgel in Support of Joint Application for Issuance of International Letters of Request (Letts Rogatory)* (D.I. 11085) (the "Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Applicants hereby withdraw the Joint Application and Declaration without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: July12, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Dated: July12, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Fred Hodara (admitted pro hac vice)
David Botter (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

and

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square

        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701

        Counsel for the Official Committee
        of Unsecured Creditors

5765285.8