IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:    Jointly Administered
                    Debtors.                             :
:
:
:
:
---------------------------------------------------------X

**DECLARATION OF MATTHEW GURGEL IN SUPPORT OF
JOINT APPLICATION FOR ISSUANCE OF
INTERNATIONAL LETTERS OF REQUEST (LETTERS ROGATORY)**

I, Matthew Gurgel, do hereby declare as follows pursuant to 28 U.S.C. § 1746.

1. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the Joint Application for Issuance of International Letters of Request (Letters Rogatory).

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.  Annexed to this declaration are true and correct copies of the following documents:

|  |  |
|---|---|
| **EXHIBIT A:** | UK Evidence (Proceedings in Other Jurisdictions) Act 1975 (c.34) |
| **EXHIBIT B:** | Part 34 of the UK Civil Procedure Rules |

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
July 12, 2013

_____
Matthew Gurgel