## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                          |   |                              |
|------------------------------------------|---|------------------------------|
| In re:                                   | ) | Chapter 11                   |
|                                          | ) |                              |
| Nortel Networks Inc., *et al.*,          | ) | Case No. 09-10138 (KG)       |
|                                          | ) |                              |
| Debtors.                                 | ) | Jointly Administered         |
|                                          | ) |                              |
|                                          | ) | **Re: Docket Nos. 11070, 11073 & 11074** |

## DECLARATION OF JENNIFER L. FORD

I, Jennifer L. Ford, declare as follows:

1.      I am a paralegal with Elliott Greenleaf ("EG").  I have over 12 years of paralegal experience and obtained my paralegal certificate from the University of Delaware in 2003.

2.      My role in the Nortel case was to field all calls concerning general inquiries from people associated with Nortel.  I was instructed not to provide any advice, including legal advice, and only to provide direction to the long-term disability participate to the appropriate party that would assist the participant with their inquiry.

3.      On February 25, 2013, Ronald Elias was sent the Individual Settlement Statement attached with Individual Settlement Claim Amount cover letter via Federal Express to the following addresses:

8300 NW 10th #156
Oklahoma City, OK 73127

8300 NW 10th Street
Oklahoma City, OK 73127-2911

1309 North Meridian Ave
Apt. 246
Oklahoma City, OK 73107

12120 Birch View Dr.
Clinton, MD 20735

4.    On March 19, 2013, Ronald Elias was sent a Second Individual

Settlement Statement, attached with Individual Settlement Claim Amounts cover letter

via Federal Express to the following addresses:

8300 NW 10th #156              8300 NW 10th Street
Oklahoma City, OK 73127        Oklahoma City, OK 73127-2911

1309 North Meridian Ave        12120 Birch View Dr.
Apt. 246                       Clinton, MD 20735
Oklahoma City, OK 73107

5.    On April 11, 2013, Mr. Elias was sent the Supplemental Individual

Settlement Statement via Federal Express to the following addresses:

8300 NW 10th #156              8300 NW 10th Street
Oklahoma City, OK 73127        Oklahoma City, OK 73127-2911

1309 North Meridian Ave        12120 Birch View Dr.
Apt. 246                       Clinton, MD 20735
Oklahoma City, OK 73107

6.    On April 25, 2013, Mr. Elias was sent the Omnibus Reply of LTD to

Objections to Distribution Motion and Omnibus Reply of LTD in Support of Joint Motion

to Approve Settlement to the following addresses:

8300 NW 10th #156              8300 NW 10th Street
Oklahoma City, OK 73127        Oklahoma City, OK 73127-2911

1309 North Meridian Ave        12120 Birch View Dr.
Apt. 246                       Clinton, MD 20735
Oklahoma City, OK 73107

7.    On May 2, 2013, Ronald Elias was sent the Omnibus Reply of LTD to

Objections to Distribution Motion and Omnibus Reply of LTD in Support of Joint

Motion to Approve Settlement via Federal Express to the following addresses:

8300 NW 10th #156
Oklahoma City, OK 73127

8300 NW 10th Street
Oklahoma City, OK 73127-2911

1309 North Meridian Ave
Apt. 246
Oklahoma City, OK 73107

12120 Birch View Dr.
Clinton, MD 20735

8.  I received a voicemail message from Ronald Elias on June 14, 2013. On June 17, 2013, I returned Ronald Elias' call and he discussed his concerns regarding taxes.  I explained that I was unable to answers his questions although I would have an attorney contact him back.  Thereafter, I sent an e-mail to Rafael X. Zahralddin, Esquire and Eric M. Sutty, Esquire at Elliot Greenleaf.  Mr. Sutty replied and stated he would contact Ronald Elias.

9.  On June 18, 2013, I received another call from Mr. Elias regarding his status as a long –term disability participant.  I explained to Ronald Elias that he elected to become a retiree via submitting the election form in May 2013.  He did not understand so he requested that someone contact him.  I sent an e-mail to Rafael X. Zahralddin, Esquire and Eric M. Sutty, Esquire explaining the confusion Mr. Elias had concerning his status.

10. On June 28, 2013, I received a message from Ronald Elias' sister, Lynnette Elias, on behalf of her brother regarding the Nortel case.  I discussed this issue with Eric M. Sutty, Esquire, together we contacted Lynnette Elias and explained the status of the case and that Ronald Elias submitted an election form requesting that he become a retiree.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  July 15, 2013

Jennifer L. Ford