## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross**

was caused to be made on July 15, 2013, in the manner indicated upon the entities identified

below.

Date: July 15, 2013                          */s/ Ann C. Cordo*
Wilmington, Delaware                          Ann C. Cordo (No. 4817)


**Via Hand Delivery**

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

**Via First Class Mail**

Revonet, Inc.
Attn: General Manger
125 Elm Street
New Canaan, CT 06840

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Adam D. Wolper
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102
(Counsel for Sterling Mets)