# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2013 through June 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $100.00 |
| Transcripts | | 2,564.05 |
| Photos/Art/ Spec Duplicating | Out of Office | 3,542.91 |
| Messenger Service | | 123.00 |
| Courier/Delivery Service | | 8,605.77 |
| In House Duplicating | | 1,144.95 |
| Facsimile | | 1,997.25 |
| Pacer | | 98.70 |
| Conference Calls | | 165.00 |
| **Grand Total Expenses** | | **$18,341.63** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 07/15/13 09:21:59

PRO FORMA 326476          AS OF 7/15/13          INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1025892 | 05/21/13 | B | 75.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 5/21/13 | 503 | 000 | 195630 |
| 1025893 | 05/21/13 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC - FILING FEES - 5/21/13 | 503 | 000 | 195630 |
| 1025288 | 06/11/13 | B | 1,953.00 | Transcripts - WILCOX & FETZER, LTD` TRANSCRIPT FOR NORTEL NETWORKS - 6/11/13 | 506 | 322 | 195546 |
| 1026271 | 06/20/13 | B | 611.05 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT OF CASE# 09-10138 - 6/20/13 | 506 | 904 | 195666 |
| 1023408 | 06/03/13 | B | 1,083.87 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT, POSTAGE & HAND DELIVERIES - 6/3/13 | 510 | 971 | 195418 |
| 1024766 | 06/07/13 | B | 58.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 6/7/13 | 510 | 684 | 195479 |
| 1025730 | 06/14/13 | B | 143.67 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT, HAND DELIVERIES, POSTAGE - 6/14/13 | 510 | 684 | 195613 |
| 1027284 | 06/20/13 | B | 872.35 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` ENVELOPES, COPY PRINT, HAND DELIVERIES - 6/20/13 | 510 | 684 | 195762 |
| 1027285 | 06/21/13 | B | 740.92 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` ENVELOPES, COPY PRINT, HAND DELIVERIES - 6/21/13 | 510 | 684 | 195763 |
| 1027289 | 06/21/13 | B | 367.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT - 6/21/13 | 510 | 971 | 195766 |
| 1027286 | 06/24/13 | B | 266.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT, POSTAGE - 6/24/13 | 510 | 684 | 195764 |
| 1030012 | 06/30/13 | B | 9.90 | Photos/Art/Spec Duplicating-Out of Office - RELIABLE COPY SERVICE-DELAWARE` COPY OF TRANSCRIPT - 6/30/13 | 510 | 904 | 195963 |
| 1030028 | 06/03/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030035 | 06/03/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030039 | 06/03/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 1030042 | 06/03/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030043 | 06/03/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030076 | 06/04/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030079 | 06/04/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030080 | 06/04/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030085 | 06/05/13 | B | 9.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1030106 | 06/06/13 | B | 27.00 | Messenger Service | 513S | 000 | |
| 1030133 | 06/10/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030140 | 06/10/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030141 | 06/10/13 | B | 24.00 | Messenger Service | 513S | 000 | |
| 1030142 | 06/11/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1030162 | 06/11/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030167 | 06/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030174 | 06/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030216 | 06/18/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1030230 | 06/18/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1023322 | 06/05/13 | B | 28.95 | Courier/Delivery Service | 514 | 000 | 195376 |
| 1023324 | 06/06/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195376 |
| 1023325 | 06/06/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195376 |
| 1023326 | 06/06/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195376 |
| 1023327 | 06/06/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195376 |
| 1024446 | 06/06/13 | B | 33.74 | Courier/Delivery Service | 514 | 322 | 195454 |
| 1024447 | 06/06/13 | B | 45.58 | Courier/Delivery Service | 514 | 322 | 195454 |
| 1024561 | 06/07/13 | B | 59.45 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195457 |
| 1024546 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024547 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024548 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024549 | 06/07/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024550 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024551 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024540 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024541 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024542 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024543 | 06/07/13 | B | 19.82 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024544 | 06/07/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024545 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024534 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024535 | 06/07/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024536 | 06/07/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024537 | 06/07/13 | B | 26.20 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024538 | 06/07/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195455 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1024539 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024528 | 06/07/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024529 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024530 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024531 | 06/07/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024532 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024533 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024522 | 06/07/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024523 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024524 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024525 | 06/07/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024526 | 06/07/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024527 | 06/07/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024516 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024517 | 06/07/13 | B | 20.83 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024518 | 06/07/13 | B | 17.42 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024519 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024520 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024521 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024510 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024511 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024512 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024513 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024514 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024515 | 06/07/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024504 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024505 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024506 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024507 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024508 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024509 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024498 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024499 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024500 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024501 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024502 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024503 | 06/07/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024492 | 06/07/13 | B | 18.90 | Courier/Delivery Service | 514 | 322 | 195455 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1024493 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024494 | 06/07/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024495 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024496 | 06/07/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024497 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024486 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024487 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024488 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024489 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024490 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024491 | 06/07/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024480 | 06/07/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024481 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024482 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024483 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024484 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024485 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024474 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024475 | 06/07/13 | B | 25.93 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024476 | 06/07/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024477 | 06/07/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024478 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024479 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024468 | 06/07/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024469 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024470 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024471 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024472 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024473 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024462 | 06/07/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024463 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024464 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024465 | 06/07/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024466 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024467 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024456 | 06/07/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024457 | 06/07/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024458 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

PROFORMA 326474   AS OF 06/30/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1024459 | 06/07/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024460 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024461 | 06/07/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024450 | 06/07/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024451 | 06/07/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024452 | 06/07/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024453 | 06/07/13 | B | 23.46 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024454 | 06/07/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024455 | 06/07/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195455 |
| 1024758 | 06/07/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195478 |
| 1025327 | 06/07/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195574 |
| 1025328 | 06/07/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195574 |
| 1024750 | 06/07/13 | B | 53.08 | Courier/Delivery Service | 514 | 322 | 195477 |
| 1024751 | 06/07/13 | B | 33.74 | Courier/Delivery Service | 514 | 322 | 195477 |
| 1025329 | 06/07/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195574 |
| 1024756 | 06/10/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195478 |
| 1024757 | 06/10/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195478 |
| 1024760 | 06/10/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195478 |
| 1024935 | 06/10/13 | B | 33.74 | Courier/Delivery Service | 514 | 322 | 195501 |
| 1025122 | 06/10/13 | B | 45.58 | Courier/Delivery Service | 514 | 322 | 195507 |
| 1024759 | 06/10/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195478 |
| 1025127 | 06/11/13 | B | 7.74 | Courier/Delivery Service | 514 | 000 | 195508 |
| 1025715 | 06/14/13 | B | 48.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195605 |
| 1026001 | 06/17/13 | B | 10.43 | Courier/Delivery Service | 514 | 000 | 195632 |
| 1026002 | 06/17/13 | B | 7.74 | Courier/Delivery Service | 514 | 000 | 195632 |
| 1027933 | 06/18/13 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195843 |
| 1026038 | 06/18/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026039 | 06/18/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026040 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026041 | 06/18/13 | B | 21.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026042 | 06/18/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026043 | 06/18/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026032 | 06/18/13 | B | 21.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026033 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026034 | 06/18/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026035 | 06/18/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026036 | 06/18/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026037 | 06/18/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195632 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 07/15/13 09:21:59

PROFORMA 326474 AS OF 06/30/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1026026 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026027 | 06/18/13 | B | 21.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026028 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026029 | 06/18/13 | B | 21.26 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026030 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026031 | 06/18/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026020 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026021 | 06/18/13 | B | 14.62 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026022 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026023 | 06/18/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026024 | 06/18/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026025 | 06/18/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026014 | 06/18/13 | B | 20.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026015 | 06/18/13 | B | 21.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026016 | 06/18/13 | B | 20.61 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026017 | 06/18/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026018 | 06/18/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026019 | 06/18/13 | B | 20.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026008 | 06/18/13 | B | 21.26 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026009 | 06/18/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026010 | 06/18/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026011 | 06/18/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026012 | 06/18/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026013 | 06/18/13 | B | 16.80 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026003 | 06/18/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026004 | 06/18/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026005 | 06/18/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026006 | 06/18/13 | B | 21.26 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026007 | 06/18/13 | B | 21.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026044 | 06/18/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026045 | 06/18/13 | B | 23.88 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026046 | 06/18/13 | B | 21.34 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026047 | 06/18/13 | B | 25.07 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026048 | 06/18/13 | B | 21.26 | Courier/Delivery Service | 514 | 322 | 195632 |
| 1026143 | 06/18/13 | B | 38.05 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026144 | 06/20/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026133 | 06/20/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026134 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1026135 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026136 | 06/20/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026137 | 06/20/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026138 | 06/20/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026127 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026128 | 06/20/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026129 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026130 | 06/20/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026131 | 06/20/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026132 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026121 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026122 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026123 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026124 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026125 | 06/20/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026126 | 06/20/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026120 | 06/20/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026163 | 06/20/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026164 | 06/20/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026165 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026166 | 06/20/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026167 | 06/20/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026855 | 06/20/13 | B | 34.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026157 | 06/20/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026158 | 06/20/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026159 | 06/20/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026160 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026161 | 06/20/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026162 | 06/20/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026151 | 06/20/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026152 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026153 | 06/20/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026154 | 06/20/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026155 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026156 | 06/20/13 | B | 23.46 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026145 | 06/20/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026146 | 06/20/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026147 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1026148 | 06/20/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026149 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026150 | 06/20/13 | B | 30.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026139 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026140 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026141 | 06/20/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026142 | 06/20/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195661 |
| 1026852 | 06/20/13 | B | 7.87 | Courier/Delivery Service | 514 | 000 | 195706 |
| 1027749 | 06/21/13 | B | 21.11 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 195797 |
| 1026853 | 06/21/13 | B | 14.86 | Courier/Delivery Service | 514 | 000 | 195706 |
| 1027131 | 06/21/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027261 | 06/21/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195749 |
| 1026958 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026959 | 06/21/13 | B | 18.90 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026960 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026961 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1027105 | 06/21/13 | B | 33.74 | Courier/Delivery Service | 514 | 322 | 195739 |
| 1027106 | 06/21/13 | B | 53.08 | Courier/Delivery Service | 514 | 322 | 195739 |
| 1026952 | 06/21/13 | B | 17.42 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026953 | 06/21/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026954 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026955 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026956 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026957 | 06/21/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026946 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026947 | 06/21/13 | B | 19.82 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026948 | 06/21/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026949 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026950 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026951 | 06/21/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026940 | 06/21/13 | B | 23.46 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026941 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026942 | 06/21/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026943 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026944 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026945 | 06/21/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026934 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026935 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1026936 | 06/21/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026937 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026938 | 06/21/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026939 | 06/21/13 | B | 26.20 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026928 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026929 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026930 | 06/21/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026931 | 06/21/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026932 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026933 | 06/21/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026922 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026923 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026924 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026925 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026926 | 06/21/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026927 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026916 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026917 | 06/21/13 | B | 26.20 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026918 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026919 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026920 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026921 | 06/21/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026910 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026911 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026912 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026913 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026914 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026915 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026904 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026905 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026906 | 06/21/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026907 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026908 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026909 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026898 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026899 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026900 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026901 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1026902 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026903 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026892 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026893 | 06/21/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026894 | 06/21/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026895 | 06/21/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026896 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026897 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026886 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026887 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026888 | 06/21/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026889 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026890 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026891 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026880 | 06/21/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026881 | 06/21/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026882 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026883 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026884 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026885 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026874 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026875 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026876 | 06/21/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026877 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026878 | 06/21/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026879 | 06/21/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026868 | 06/21/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026869 | 06/21/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026870 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026871 | 06/21/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026872 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026873 | 06/21/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026862 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026863 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026864 | 06/21/13 | B | 25.93 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026865 | 06/21/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026866 | 06/21/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026867 | 06/21/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195706 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1026856 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026857 | 06/21/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026858 | 06/21/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026859 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026860 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1026861 | 06/21/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195706 |
| 1027123 | 06/21/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027408 | 06/21/13 | B | 33.11 | Courier/Delivery Service | 514 | 322 | 195769 |
| 1027124 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027125 | 06/24/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027126 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027127 | 06/24/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027116 | 06/24/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027117 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027118 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027119 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027120 | 06/24/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027121 | 06/24/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027110 | 06/24/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027111 | 06/24/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027112 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027113 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027114 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027115 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027152 | 06/24/13 | B | 24.72 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027153 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027154 | 06/24/13 | B | 30.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027155 | 06/24/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027156 | 06/24/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027157 | 06/24/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027146 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027147 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027148 | 06/24/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027149 | 06/24/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027150 | 06/24/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027151 | 06/24/13 | B | 23.46 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027140 | 06/24/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027141 | 06/24/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195740 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1027142 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027143 | 06/24/13 | B | 24.45 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027144 | 06/24/13 | B | 21.95 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027145 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027134 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027135 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027136 | 06/24/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027137 | 06/24/13 | B | 28.42 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027138 | 06/24/13 | B | 25.78 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027139 | 06/24/13 | B | 12.51 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027128 | 06/24/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027129 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027130 | 06/24/13 | B | 26.20 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027132 | 06/24/13 | B | 21.11 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027133 | 06/24/13 | B | 22.23 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027122 | 06/24/13 | B | 20.91 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1030005 | 06/24/13 | B | 21.09 | Courier/Delivery Service | 514 | 322 | 195961 |
| 1027158 | 06/24/13 | B | 22.24 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027159 | 06/24/13 | B | 22.39 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027160 | 06/24/13 | B | 18.41 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027161 | 06/24/13 | B | 16.00 | Courier/Delivery Service | 514 | 322 | 195740 |
| 1027262 | 06/24/13 | B | 24.60 | Courier/Delivery Service | 514 | 322 | 195749 |
| 1027263 | 06/24/13 | B | 34.24 | Courier/Delivery Service | 514 | 322 | 195749 |
| 1027407 | 06/25/13 | B | 7.74 | Courier/Delivery Service | 514 | 000 | 195769 |
| 1027953 | 06/25/13 | B | 101.44 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 195844 |
| 1027409 | 06/27/13 | B | 39.77 | Courier/Delivery Service | 514 | 322 | 195769 |
| 1027901 | 06/28/13 | B | 10.43 | Courier/Delivery Service | 514 | 000 | 195830 |
| 1021240 | 06/03/13 | B | 105.30 | In-House Duplicating | 519 | 684 | |
| 1022368 | 06/07/13 | B | 43.00 | In-House Duplicating | 519 | 546 | |
| 1024098 | 06/10/13 | B | 1.60 | In-House Duplicating | 519 | 971 | |
| 1024099 | 06/10/13 | B | 3.60 | In-House Duplicating | 519 | 971 | |
| 1024097 | 06/10/13 | B | 40.20 | In-House Duplicating | 519 | 684 | |
| 1024100 | 06/10/13 | B | 1.50 | In-House Duplicating | 519 | 684 | |
| 1024342 | 06/11/13 | B | 3.50 | In-House Duplicating | 519 | 904 | |
| 1024343 | 06/11/13 | B | 38.80 | In-House Duplicating | 519 | 971 | |
| 1024344 | 06/11/13 | B | 2.50 | In-House Duplicating | 519 | 605 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1025337 | 06/18/13 | B | 132.00 | In-House Duplicating | 519 | 684 | |
| 1025749 | 06/19/13 | B | 55.50 | In-House Duplicating | 519 | 670 | |
| 1025750 | 06/19/13 | B | 43.80 | In-House Duplicating | 519 | 670 | |
| 1025748 | 06/19/13 | B | 32.00 | In-House Duplicating | 519 | 684 | |
| 1026321 | 06/21/13 | B | 34.00 | In-House Duplicating | 519 | 684 | |
| 1026322 | 06/21/13 | B | 23.10 | In-House Duplicating | 519 | 684 | |
| 1026323 | 06/24/13 | B | 5.60 | In-House Duplicating | 519 | 971 | |
| 1026759 | 06/25/13 | B | 13.60 | In-House Duplicating | 519 | 971 | |
| 1027186 | 06/27/13 | B | 17.60 | In-House Duplicating | 519 | 684 | |
| 1024767 | 06/07/13 | B | 267.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 6/7/13 | 522H | 684 | 195479 |
| 1027288 | 06/19/13 | B | 155.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX - 6/19/13 | 522H | 684 | 195765 |
| 1027290 | 06/21/13 | B | 1,487.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX - 6/21/13 | 522H | 971 | 195766 |
| 1027287 | 06/24/13 | B | 87.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX - 6/24/13 | 522H | 684 | 195764 |
| 1026500 | 05/31/13 | B | 98.70 | Pacer charges for the month of May | 529 | 000 | |
| 1021086 | 06/01/13 | B | 0.15 | In-House Printing - black & white | 541 | 451 | |
| 1021241 | 06/03/13 | B | 19.90 | In-House Printing - black & white | 541 | 684 | |
| 1021628 | 06/04/13 | B | 31.10 | In-House Printing - black & white | 541 | 684 | |
| 1022171 | 06/06/13 | B | 12.90 | In-House Printing - black & white | 541 | 684 | |
| 1022485 | 06/07/13 | B | 43.00 | In-House Printing - black & white | 541 | 221 | |
| 1024101 | 06/10/13 | B | 43.10 | In-House Printing - black & white | 541 | 684 | |
| 1024345 | 06/11/13 | B | 0.85 | In-House Printing - black & white | 541 | 605 | |
| 1025022 | 06/14/13 | B | 4.20 | In-House Printing - black & white | 541 | 684 | |
| 1025206 | 06/17/13 | B | 17.10 | In-House Printing - black & white | 541 | 684 | |
| 1025338 | 06/18/13 | B | 8.45 | In-House Printing - black & white | 541 | 684 | |
| 1025751 | 06/19/13 | B | 9.50 | In-House Printing - black & white | 541 | 684 | |
| 1025909 | 06/20/13 | B | 25.05 | In-House Printing - black & white | 541 | 684 | |
| 1026181 | 06/20/13 | B | 25.05 | In-House Printing - black & white | 541 | 684 | |
| 1026324 | 06/21/13 | B | 18.75 | In-House Printing - black & white | 541 | 684 | |
| 1026325 | 06/24/13 | B | 89.35 | In-House Printing - black & white | 541 | 684 | |
| 1026760 | 06/25/13 | B | 6.25 | In-House Printing - black & white | 541 | 904 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/15/13 09:21:59

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1027187 | 06/27/13 | B | 5.05 | In-House Printing - black & white | 541 | 684 | |
| 1021088 | 06/01/13 | B | 0.50 | In-House Printing - color | 542 | 451 | |
| 1021242 | 06/03/13 | B | 4.25 | In-House Printing - color | 542 | 684 | |
| 1021629 | 06/04/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1022172 | 06/06/13 | B | 5.00 | In-House Printing - color | 542 | 684 | |
| 1022559 | 06/07/13 | B | 78.50 | In-House Printing - color | 542 | 546 | |
| 1024102 | 06/10/13 | B | 4.00 | In-House Printing - color | 542 | 684 | |
| 1024346 | 06/11/13 | B | 43.25 | In-House Printing - color | 542 | 684 | |
| 1025339 | 06/18/13 | B | 1.50 | In-House Printing - color | 542 | 605 | |
| 1025752 | 06/19/13 | B | 26.50 | In-House Printing - color | 542 | 221 | |
| 1025910 | 06/20/13 | B | 3.00 | In-House Printing - color | 542 | 684 | |
| 1026182 | 06/20/13 | B | 3.00 | In-House Printing - color | 542 | 684 | |
| 1026326 | 06/21/13 | B | 0.75 | In-House Printing - color | 542 | 684 | |
| 1026327 | 06/24/13 | B | 6.25 | In-House Printing - color | 542 | 637 | |
| 1026761 | 06/25/13 | B | 10.50 | In-House Printing - color | 542 | 904 | |
| 1027188 | 06/27/13 | B | 0.25 | In-House Printing - color | 542 | 322 | |
| 1026067 | 05/07/13 | B | 107.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 5/7/13 | 552H | 000 | 195630 |
| 1025887 | 05/15/13 | B | 58.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 5/15/13 | 552H | 000 | 195630 |
| | | | 18,341.63 | | | | |