# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 5/1/2013 | 5/31/2013 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 39.40 | $450.00 | $17,730.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 71.30 | $450.00 | $32,085.00 |
| 4 | Fee Apps | 3.00 | $450.00 | $1,350.00 |
| 5 | Non-working travel | 4.50 | $225.00 | $1,012.50 |
| 6 | Claims Administration | 104.00 | $450.00 | $46,800.00 |
| 7 | Tax/Finance Matters and Budget Projects | 9.70 | $450.00 | $4,365.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **231.90** | | **$103,342.50** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/2013 | Netbackup catalog update / monitoring jobs | Brandon Bangerter | 1 | 1.0 |
| 5/2/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 5/3/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 0.5 |
| 5/5/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 2.2 |
| 5/5/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 1.0 |
| 5/6/2013 | Desktop profile issues / server maintenance, troubleshooting | Brandon Bangerter | 1 | 1.5 |
| 5/7/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 5/7/2013 | Weekly meeting updates / Livelink Explorer discussion and troubleshooting | Brandon Bangerter | 1 | 1.0 |
| 5/8/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 1.0 |
| 5/9/2013 | Weekly IT meeting / server discussions | Brandon Bangerter | 1 | 0.5 |
| 5/10/2013 | Netbackup jobs monitoring / BOXI backups / preventative maintenance on servers, patches | Brandon Bangerter | 1 | 1.5 |
| 5/10/2013 | Correspondence received, reviewed, responded re Retiree Data Discussion | Kathryn Schultea | 1 | 2.5 |
| 5/13/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 5/14/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 5/14/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 0.5 |
| 5/15/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.5 |
| 5/16/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 1.0 |
| 5/17/2013 | Netbackup catalog update / monitoring jobs | Brandon Bangerter | 1 | 1.0 |
| 5/18/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.5 |
| 5/20/2013 | Preventative server maintenance / Netbackup monitoring | Brandon Bangerter | 1 | 1.5 |
| 5/21/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 5/21/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 5/23/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 0.5 |
| 5/24/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 5/24/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.5 |
| 5/27/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 0.5 |
| 5/28/2013 | Preventative server maintenance / Netbackup monitoring | Brandon Bangerter | 1 | 1.5 |
| 5/29/2013 | Netbackup catalog update / monitoring jobs | Brandon Bangerter | 1 | 1.0 |
| 5/30/2013 | Preventative server maintenance / Netbackup monitoring | Brandon Bangerter | 1 | 1.0 |
| 5/31/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 4.2 |
| 5/31/2013 | Netbackup jobs monitoring / BOXI backups / preventative maintenance on servers, patches | Brandon Bangerter | 1 | 1.5 |
| 5/1/2013 | Correspondence received, reviewed, responded re LTIP Status | Kathryn Schultea | 3 | 0.5 |
| 5/1/2013 | Correspondence received, reviewed, responded re LTD Matters | Kathryn Schultea | 3 | 1.3 |
| 5/2/2013 | HR Development and Support | Raj Perubhatla | 3 | 0.7 |
| 5/2/2013 | Conference Call re: Nortel - Hewitt Call | Kathryn Schultea | 3 | 1.0 |
| 5/2/2013 | Correspondence received, reviewed, responded re Benefit discussion | Kathryn Schultea | 3 | 0.7 |
| 5/2/2013 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 1.2 |
| 5/3/2013 | Conference Call re: Staff Meeting | Kathryn Schultea | 3 | 1.0 |
| 5/3/2013 | Correspondence received, reviewed, responded re Benefit Plans | Kathryn Schultea | 3 | 0.8 |
| 5/6/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.5 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/Minutes Worked |
|---|---|---|---|---|
| 5/6/2013 | Correspondence received, reviewed, responded re Retiree LTD Issues | Kathryn Schultea | 3 | 1.3 |
| 5/6/2013 | Correspondence received, reviewed, responded re Benefits Comp Report | Kathryn Schultea | 3 | 1.0 |
| 5/7/2013 | Correspondence received, reviewed, responded re Retiree Benefits and Life Insurance Issues | Kathryn Schultea | 3 | 1.8 |
| 5/8/2013 | HR and IT Support | Raj Perubhatla | 3 | 1.7 |
| 5/8/2013 | Correspondence received, reviewed, responded re Benefit issues - 401K | Kathryn Schultea | 3 | 1.2 |
| 5/8/2013 | Correspondence received, reviewed, responded re Contract spreadsheet discussion | Kathryn Schultea | 3 | 0.8 |
| 5/9/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.7 |
| 5/9/2013 | Conference Call re: Mergis Agreement | Kathryn Schultea | 3 | 0.5 |
| 5/9/2013 | Conference Call re: Retiree/LTD Issues | Kathryn Schultea | 3 | 0.5 |
| 5/10/2013 | HR Development and Support | Raj Perubhatla | 3 | 4.2 |
| 5/10/2013 | Conference Call re: Mergis Agreement | Kathryn Schultea | 3 | 0.7 |
| 5/11/2013 | HR Development and Support | Raj Perubhatla | 3 | 4.5 |
| 5/13/2013 | HR Development and Support | Raj Perubhatla | 3 | 2.2 |
| 5/13/2013 | Conference Call re: Nortel LTIP Bi-Weekly | Kathryn Schultea | 3 | 0.6 |
| 5/13/2013 | Correspondence received, reviewed, responded re LTD Benefits | Kathryn Schultea | 3 | 1.3 |
| 5/13/2013 | Correspondence received, reviewed, responded re Benefit Contracts | Kathryn Schultea | 3 | 1.0 |
| 5/14/2013 | Correspondence received, reviewed, responded re HR Matters re settlements | Kathryn Schultea | 3 | 1.4 |
| 5/15/2013 | Correspondence received, reviewed, responded re HR Matters current EEs | Kathryn Schultea | 3 | 1.5 |
| 5/15/2013 | Correspondence received, reviewed, responded re Retirement Election Forms | Kathryn Schultea | 3 | 0.8 |
| 5/15/2013 | Correspondence received, reviewed, responded re CIGNA Conversion Policy | Kathryn Schultea | 3 | 0.5 |
| 5/16/2013 | Conference Call re: Staff Meeting | Kathryn Schultea | 3 | 1.0 |
| 5/16/2013 | Conference Call re: Weekly HR Touch point | Kathryn Schultea | 3 | 0.5 |
| 5/16/2013 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 1.5 |
| 5/17/2013 | Conference Call re: Vendor Notices | Kathryn Schultea | 3 | 1.2 |
| 5/17/2013 | Correspondence received, reviewed, responded re Staffing/Outsourcing Matters | Kathryn Schultea | 3 | 1.0 |
| 5/17/2013 | Correspondence received, reviewed, responded re Retiree discussion | Kathryn Schultea | 3 | 0.5 |
| 5/20/2013 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 2.5 |
| 5/21/2013 | Correspondence received, reviewed, responded re Staffing/Outsourcing Matters | Kathryn Schultea | 3 | 3.0 |
| 5/22/2013 | Correspondence received, reviewed, responded re Compensation report | Kathryn Schultea | 3 | 0.6 |
| 5/22/2013 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 5/23/2013 | Conference Call re: Monthly Staffing Report | Kathryn Schultea | 3 | 0.8 |
| 5/23/2013 | Conference Call re: Weekly HR Touch point | Kathryn Schultea | 3 | 0.5 |
| 5/23/2013 | Correspondence received, reviewed, responded re Retiree and LTD Settlements | Kathryn Schultea | 3 | 1.2 |
| 5/23/2013 | Correspondence received, reviewed, responded re Compensation report | Kathryn Schultea | 3 | 1.0 |
| 5/24/2013 | Correspondence received, reviewed, responded re Staffing/Outsourcing Matters | Kathryn Schultea | 3 | 2.7 |
| 5/28/2013 | Conference Call re: Bi-Weekly Touch Base - Nortel | Kathryn Schultea | 3 | 0.5 |
| 5/28/2013 | Correspondence received, reviewed, responded re Marsh | Kathryn Schultea | 3 | 2.0 |
| 5/29/2013 | HR Development and Support | Raj Perubhatla | 3 | 2.7 |
| 5/29/2013 | Correspondence received, reviewed, responded re LTD Request | Kathryn Schultea | 3 | 0.5 |
| 5/29/2013 | Correspondence received, reviewed, responded re LTIP Termination Discussion | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/30/2013 | HR Development and Support | Raj Perubhatla | 3 | 3.5 |
| 5/30/2013 | Correspondence received, reviewed, responded re LTD Settlement/Draft Notices | Kathryn Schultea | 3 | 0.7 |
| 5/30/2013 | Correspondence received, reviewed, responded re Staffing/Outsourcing Matters | Kathryn Schultea | 3 | 1.5 |
| 5/31/2013 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 0.4 |
| 5/31/2013 | Correspondence received, reviewed, responded re Retiree Committee Requests | Kathryn Schultea | 3 | 0.6 |
| 5/31/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 5/20/2013 | Non-Working Travel - Houston to New York | Mary Cilia | 5 | 4.5 |
| 5/1/2013 | Claims Database Administration | Raj Perubhatla | 6 | 1.3 |
| 5/1/2013 | Claims Database Updates | Mary Cilia | 6 | 2.0 |
| 5/2/2013 | Claims Database Administration | Raj Perubhatla | 6 | 1.2 |
| 5/2/2013 | Call Center Follow-up re: Employee Claims | Mary Cilia | 6 | 0.5 |
| 5/2/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/3/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.5 |
| 5/4/2013 | Claims Database Administration | Raj Perubhatla | 6 | 4.2 |
| 5/4/2013 | Analysis and Reports for Cleary re: Employee claims for Claims Status Update Meeting | Mary Cilia | 6 | 4.8 |
| 5/4/2013 | Claims Database Updates | Mary Cilia | 6 | 0.5 |
| 5/4/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/5/2013 | Analysis and Reports for Cleary re: Employee claims for Round 4 Settlement Letters | Mary Cilia | 6 | 2.5 |
| 5/5/2013 | Analysis and Reports for Cleary re: Employee claims for Next Omnibus Objection | Mary Cilia | 6 | 2.3 |
| 5/6/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/8/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 5/9/2013 | Work re Glitnir Claims | Kathryn Schultea | 6 | 0.5 |
| 5/10/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/12/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.0 |
| 5/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/13/2013 | Analysis and Reports for Cleary re: Non-Employee claims for Claims Status Update Meeting | Mary Cilia | 6 | 2.8 |
| 5/13/2013 | Correspondence received, reviewed, responded re Glitnir Claims | Kathryn Schultea | 6 | 0.8 |
| 5/14/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/14/2013 | Analysis and Reports for Cleary re: Non-Employee claims for Claims Status Update Meeting | Mary Cilia | 6 | 2.5 |
| 5/14/2013 | Conference Call and Related Prep, Follow-up re: Non-Employee Claims | Mary Cilia | 6 | 1.0 |
| 5/14/2013 | Correspondence received, reviewed, responded re Glitnir Claims | Kathryn Schultea | 6 | 2.0 |
| 5/15/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.0 |
| 5/15/2013 | Conference Call and Related Prep, Follow-up re: Employee Omnibus Objection and Round 4 Settlement | Mary Cilia | 6 | 1.3 |
| 5/15/2013 | Analysis and Reports for Cleary re: Employee claims for Round 4 Settlement Letters | Mary Cilia | 6 | 2.5 |
| 5/15/2013 | Analysis and Reports for Cleary re: Employee claims for Next Omnibus Objection | Mary Cilia | 6 | 3.5 |
| 5/16/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.2 |
| 5/16/2013 | Analysis and Reports for Cleary re: Employee claims for Claims Status Update Meeting | Mary Cilia | 6 | 3.8 |
| 5/16/2013 | Conference Call with Jane Davison re: Employee claims for Claims Status Update Meeting | Mary Cilia | 6 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/16/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/17/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.5 |
| 5/19/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 5/20/2013 | Analysis re: Non-Employee claims for Claims Status Update Meeting | Mary Cilia | 6 | 1.8 |
| 5/21/2013 | Meet with Jane to Review Employee Claims Status and Prepare Report - Miscellaneous Assertions | Mary Cilia | 6 | 4.5 |
| 5/21/2013 | Prepare and review reports for Claims Status Update Meeting | Mary Cilia | 6 | 3.0 |
| 5/21/2013 | Meet with Cleary to Prepare for Claims Status Update Meeting | Mary Cilia | 6 | 1.5 |
| 5/22/2013 | Prepare and review reports for Claims Status Update Meeting | Mary Cilia | 6 | 7.0 |
| 5/22/2013 | Claims Status Update Meeting with John Ray and Cleary | Mary Cilia | 6 | 3.0 |
| 5/22/2013 | Follow up from Claims Status Update Meeting | Mary Cilia | 6 | 1.5 |
| 5/23/2013 | Conference Call and Follow up re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 5/28/2013 | Analysis and Reports for Cleary re: Employee claims for Round 4 Settlement Letters | Mary Cilia | 6 | 1.8 |
| 5/28/2013 | Analysis and Reports for Cleary re: Employee claims for Next Omnibus Objections | Mary Cilia | 6 | 1.8 |
| 5/28/2013 | Analysis and Reports for Cleary re: LTIP Restoration Claims | Mary Cilia | 6 | 2.3 |
| 5/28/2013 | Prepare file and work with EPIQ to Reflect Retiree Order on Claims Register | Mary Cilia | 6 | 1.3 |
| 5/29/2013 | Employee Claims Analysis for Cleary | Mary Cilia | 6 | 0.8 |
| 5/29/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 5/30/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 5/31/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 5/8/2013 | Preparation for presentation | Richard Lydecker | 7 | 1.0 |
| 5/9/2013 | Cleary presentation | Richard Lydecker | 7 | 3.0 |
| 5/9/2013 | In-Person Tax Meeting | Kathryn Schultea | 7 | 2.0 |
| 5/17/2013 | EY call | Richard Lydecker | 7 | 0.8 |
| 5/23/2013 | EY call | Richard Lydecker | 7 | 1.3 |
| 5/23/2013 | Strategy file | Richard Lydecker | 7 | 0.8 |
| 5/31/2013 | EY call | Richard Lydecker | 7 | 0.8 |