# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**May 1, 2013 through May 31, 2013**

| Expense Category | Total Expenses |
|---|---:|
| Travel – Airline | $      - |
| Travel – Lodging | - |
| Travel – Transportation | 35.00 |
| Travel – Meals | - |
| Office Expenses | - |
| TOTAL | $   35.00 |
| | |

# Nortel Expense Report

**PERIOD:** May 1, 2013 through May 31, 2013

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 5/9/2013 | Travel to Cleary Office | | | | $35.00 | | Kathryn Schultea |
| | | $ - | $ - | $ - | $ 35.00 | $ - | |