<u>**Exhibit A**</u>

**PROPOSED FORM OF ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X
                                                :

*In re*                                      :       Chapter 11
                                                :
Nortel Networks Inc., *et al.*,[1]         :       Case No. 09-10138 (KG)
                                                :
                    Debtors.             :       Jointly Administered
                                                :       **Re: D.I. _____**
      :
      :
      :
-------------------------------------------------------- X

**ORDER GRANTING THE MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 102(1) AND 105, FED. R. BANKR. P. 9006 AND BANKR. D. DEL. L.R. 9006-1(e) SHORTENING NOTICE FOR DEBTORS' APPLICATION FOR ENTRY OF AN ORDER APPROVING FURTHER AMENDMENTS TO THE TERMS OF COMPENSATION AND RETENTION OF PUNTER SOUTHALL LLC AS A PENSION ADVISOR TO THE DEBTORS *NUNC PRO TUNC* TO JULY 1, 2013**

Upon the joint motion dated July 15, 2013 (the "<u>Motion to Shorten</u>"),[2] of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), requesting an order shortening notice to allow the *Debtors' Application for Entry of an Order Approving Further Amendments to the Terms of Compensation and Retention of Punter Southall LLC as a Pension Advisor to the Debtors Nunc Pro Tunc to July 1, 2013* (the "<u>Application</u>") to be considered at the hearing currently scheduled

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]       Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

for July 30, 2013, at 10:00 a.m.; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided to the parties listed therein and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Shorten is **GRANTED** as set forth herein.

2.      The Application will be considered at the hearing scheduled on July 30, 2013, at 10:00 a.m. (ET)

3.      Objections, if any, to the Application may be raised on or before July 25, 2013, at 4:00 p.m. (ET).

4.      This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: _____, 2013
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE