# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JULY 16, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### Matter:

1) OMNIBUS HEARING
   **R / M #:**   11,108 / 0

2) **ADV: 1-12-50608**
   **Nortel Networks, Inc. vs Commonwealth of Virginia Department of T**
   Pretrial Conference
   **R / M #:**   40 / 0
   **VACATED:**   Settled - no matters going forward

3) **ADV: 1-12-50773**
   **Nortel Networks Inc. vs State of Michigan Department of Treasury**
   Pretrial Conference
   **R / M #:**   0 / 0
   **VACATED:**   No matters going forward

4) **ADM: 09-10164-KG**
   Motion to Enforce Order in the Canadian Court
   **R / M #:**   546 / 0
   **VACATED:**   order signed - matter not going forward

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 7/30/13 @ 10 AM
#2 - Motion Denied - Judge Gross will issue an order
#3 - Settled - pending motion to approve the stipulation