# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138; 12-50608; 12-50773; 09-10164 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 7/16/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Megan Fleming | Cleary Gottlieb Steen & Hamilton | Nortel Networks Inc, et al |
| Annie Cordo | Morris, Nichols, Arsht & Tunnell | " |
| Derek Abbott | " | " |
| Chris Samis | Richards Layton | Official Comm. of Unsecured Creds. |
| Evan Miller | GE Bedard | UK Pension |
| William Taylor | McCarter + English | Retirees Comm. |
| Eric Sutty | Elliott Greenleaf | LTD Committee |
| Kathleen Murphy | Buchanan Ingersoll | Canadian Monitor |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 07/16/2013
Calendar Time: 10:00 AM ET

*1st Revision 07/16/2013 05:10 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLl | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Ronald Elias | | Ronald Elias - In Pro Per/Pro Se | In Propria Persona, Ronald Elias / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

Raymond Reyes ext. 881        CourtConfCal2012        Page 1 of 3

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Thomas Matz | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LIVE |
| --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brian E. O'Connor | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Stephanie Skelly | Togut, Segal & Segal LLP | Creditor, Offical Committee of Retiree / LIVE |

Raymond Reyes ext. 881    CourtConfCal2012