# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Nortel Networks Inc., *et al.***<br><br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 9598, 9600, 9647, 966, 9674, 10151, 10170, 10452, 10454, 10603, 10730, 10731, 10732, 10741, 10742, 10744, 10848, 10850, 10851, 10852, 10853, 10854, 10848, 10866, 10867, 10869, 10870, 10872, 10873, 10874, 10875, 10876, 10877, 10879, 10885, 10886, 10887, 10888, 10889, 10890, 10891, 10893, 10894, 10895, 10896, 10897, 10898, 10900, 10901, 10903, 10904, 10906, 10907, 10911, 10922, 10923, 10925, 10926, 10932, 10936, 10940, 10953 |

## ORDER

Upon consideration of the Motions filed by certain long-term disabled individuals generally stylized as Nortel US Employee Motion, Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment; as well as the Motion Compelling Debtors to Issue Payment for Severance Per Nortel Networks Severance Allowance Plan Upon Debtors Planned Termination of My Employment on June 30, 2013 by Mark R. Janis, a Nortel U.S. LTD Employee, filed on June 3, 2013 [D.I. 10741] (the "Janis Motion"); and all Joinders to the Janis Motion (the "Joinders") (all together, the "Movants" or "LTD Employees"), the

Omnibus Objection and the Supplemental Omnibus Objection filed by Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") and for reasons set forth in the accompanying Opinion, it is hereby:

**ORDERED**, that the LTD Employees' Motions are **GRANTED**.

**BY THE COURT**:

Dated: July 16, 2013
Wilmington, Delaware

Kevin Gross
United States Bankruptcy Judge