```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
     et al.,                    )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    July 16, 2013
                                )    10:00 a.m.

                 TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JUDGE KEVIN GROSS
              UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:            Morris Nichols Arsht & Tunnell, LLP
                        BY: DEREK ABBOTT, ESQ.
                        BY: ANN CORDO, ESQ.
                        1201 North Market St., 18th Floor
                        Wilmington, DE  19899-1347
                        (302) 351-9357

                        Cleary Gottlieb Steen & Hamilton
                        BY: MEGAN FLEMING, ESQ.
                        One Liberty Plaza
                        New York, NY  10006
                        (212) 437-4350

ECRO:                   GINGER MACE

Transcription Service:  DIAZ DATA SERVICES, LLC
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For Official Creditors' Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 King Street<br>Wilmington, DE  19801<br>(302) 651-7845 |
| For UK Pension: | Bayard<br>BY: EVAN T. MILLER, ESQ.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19899<br>(302) 429-4227 |
| For LTD Committee: | Elliott Greenleaf<br>BY: ERIC SUTTY, ESQ.<br>The Brandywine Building<br>1000 West St., Ste. 1440<br>Wilmington, DE  19801<br>(302) 384-9400 |
| For Canadian Monitor: | Buchanan Ingersoll & Rooney, PC<br>BY: KATHLEEN MURPHY, ESQ.<br>1105 North Market Street<br>Suite 1900<br>Wilmington, DE  19801-1054<br>(302) 552-4214 |
| For Retiree's Committee: | McCarter & English<br>BY: WILLIAM TAYLOR, ESQ.<br>Renaissance Centre<br>405 N. King St., 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6313 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Debtors: | Clearly Gottlieb Steen & Hamilton<br>BY: BY: LISA SCHWEITZER, ESQ. |
| For Ernst & Young: | Allen & Overy, LLP<br>BY: JOSEPH BADTKE-BERKOW, ESQ.<br>(212) 610-6417<br>BY: DANIEL GUYDER, ESQ.<br>(212) 756-1132 |

```
TELEPHONIC APPEARANCES:
(Continued)

For Bank of America:          Bank of America
                              BY: ESTHER CHUNG
                              (646) 855-6705


For Official Committee of
Unsecured Creditors:          Akin Gump Strauss Hauer &
                              Feld, LLP
                              BY: DAVID H. BOTTER, ESQ.
                              (212) 872-1055


For Ad Hoc Committee:         Milbank Tweed Hadley & McCloy,
                              LLP
                              BY: CINDY DELANO, ESQ.
                              (212) 530-5501


For The Bondholder Group:     Milbank Tweed Hadley & McCloy,
                              LLP
                              BY: THOMAS MATZ, ESQ.
                              (212) 530-5885


For UK Pension Trust:         Willkie Farr & Gallagher, LLP
                              BY: ANDREW HANRAHAN, ESQ.
                              (212) 728-8170
                              BY: BRIAN E. O'CONNOR, ESQ.
                              (212) 728-8251


For Farallon Capital          Farallon Capital Management
Management:                   BY: MICHAEL LINN


For Retiree Committee:        Togut Segal & Segal
                              BY: STEPHANIE SKELLY, ESQ.
                              (212) 594-5000


For In Propria Persona:       Ronald Elias, In Pro Per/
                              Pro Se


For Interested Party:         Dow Jones & Co.
                              Peg Brickley
```

1  WILMINGTON, DELAWARE, TUESDAY, JULY 16, 2013, 10:00 A.M.

2            THE CLERK:  Please rise.

3            THE COURT:  Good morning everyone.  Thank you, and
4  please be seated.

5            MR. ABBOTT:  Good morning, Your Honor.

6            THE COURT:  Mr. Abbott, good morning, sir.

7            MR. ABBOTT:  Derek Abbott, here for the Nortel
8  Debtors.  Your Honor, we just have one matter on the Agenda,
9  but I was hoping I could just take up very quickly one off-
10 Agenda item.

11           THE COURT:  Take your time.

12           MR. ABBOTT:  Your Honor, we had previously
13 submitted some letters rogatory.

14           THE COURT:  Yes.

15           MR. ABBOTT:  We got some comments from Counsel for
16 the UK Pension Trustee -- Trustees, I guess, and we have
17 incorporated those comments and submitted some revised
18 letters rogatory, I believe, yesterday?  Monday morning,
19 okay.  So I believe the revisions have resolved all of the
20 issues and that they're now ripe for the Court's entry, and I
21 know Mr. O'Connor is on the phone, and obviously, we've got
22 folks in the Courtroom if anybody else wants to be heard.
23 But I just wanted to alert the Court that those, I think, are
24 ready to go now.

25           THE COURT:  All right.  And these --

1           MR. O'CONNOR:  Your Honor?

2           THE COURT:  Yes.

3           MR. O'CONNOR:  Good morning.  It's Brian O'Connor,
4  from Willkie Farr & Gallagher, on behalf of the UK Pension
5  Claimants.  That is correct.  We had provided some comments
6  to the Debtors and they have incorporated those and we have
7  no further objection to the Application.

8           THE COURT:  All right.  Just so I'm clear, these
9  would be -- have been filed on the 12th, is that right, Ms.
10 Cordo?  I'm sorry.

11          MR. ABBOTT:  It's the 16th so --

12          MS. CORDO:  They were filed on Friday.

13          THE COURT:  Friday?

14          MR. ABBOTT:  They were filed on Friday so they
15 probably --

16          THE COURT:  Excellent.

17          MR. ABBOTT:  -- they probably didn't get here in
18 hard copy until --

19          THE COURT:  Monday, yes.

20          MR. ABBOTT:  -- Monday morning.

21          THE COURT:  Yes.

22          MR. ABBOTT:  But that was when they were sent in,
23 Your Honor.

24          THE COURT:  All right.  And they were accompanied
25 by a Notice of Withdrawal of the previous set?

1          MS. CORDO: Correct.

2          THE COURT: Okay. I will sign those and we'll get

3 those on the docket. Thank you.

4          MR. ABBOTT: Your Honor, the only matter going

5 forward today, I believe, is the letter from Mr. Elias.

6          THE COURT: Yes.

7          MR. ABBOTT: And I know Mr. Sutty's here as well.

8          THE COURT: Good.

9          MR. ABBOTT: I'm not sure if Mr. Elias is in the

10 Courtroom or on the phone somewhere.

11          THE COURT: Mr. Elias, are you on the telephone?

12                    (No audible response)

13          THE COURT: I don't hear Mr. Elias.

14          THE OPERATOR: He has not checked in.

15          THE COURT: I'm sorry?

16          THE OPERATOR: This is the operator. He has not

17 checked in today.

18          THE COURT: All right, thank you. And I certainly

19 -- we did give him notice and mailed him the Order itself and

20 -- so he was well aware of the fact --

21          MR. ABBOTT: And I'll cede the podium then to Mr.

22 Sutty who can, I think, explain the circumstances more fully.

23          THE COURT: Thank you. Thank you, Mr. Abbott.

24 Mr. Sutty, good morning.

25          MR. SUTTY: Good morning, Your Honor, Eric Sutty,

1  of Elliott Greenleaf, on behalf of the Long-Term Disability
2  VEBA Trust for former Nortel Employees.  As a matter of fact,
3  we even sent Mr. Elias an email last night with the Court
4  Call information and dial-in information --
5            THE COURT:  Thank you.
6            MR. SUTTY:   -- hearing information just to
7  confirm.  Since he's not here, I'll proceed first I guess.
8            THE COURT:  Yes.
9            MR. SUTTY:  We are very sympathetic to Mr. Elias'
10 situation but we are now past the point of no return and
11 cannot undo the settlement, the settlement distribution, and
12 reallocate the HRA distributions now that Mr. Elias has
13 changed his mind and wants to rescind his election form.
14 Through a Court-approved process, the Long-Term Disabled
15 Participants were given the opportunity to participate in the
16 Retiree Settlement.  Each LTD Participant was sent an
17 election form in order to participate in the LTD Settlement.
18 They did not have to do anything.  They did not have to
19 affirmatively send in anything or elect.  In order to elect
20 the Retiree Settlement, eligible Participants were required
21 to complete, sign, and return the election form to Nortel.
22           THE COURT:  Yes.
23           MR. SUTTY:  As Mr. Elias did.  Many LTD
24 Participants, who are not yet 65, did elect to go to the
25 Retiree Settlement, in part, because of the uncertainty

regarding how the PBGC was going to treat early retirement for these folks --

THE COURT: Exactly.

MR. SUTTY: -- that are still hanging out there. Your Honor, the election process requires finality. The Trust has made cash disbursements to all eligible Participants on June 30th. The HRA accounts were all fully funded as of July 1st. To now include Mr. Elias as an LTD Participant would create a costly and litigious situation, all to the detriment of the other LTD Participants who took an informed role in these cases. In our response, we highlighted some of the costs, costs between $4 and $5,000 to reallocate the settlement amounts; $2,500 to redistribute the HRA funds; between $26,000 and $30,000 to prepare and send out new individualized Notices to all the Participants; re-educate the Class and to address questions and concerns that are inevitably to come after their amounts have been reduced. Even a greater concern to the Trust is the fact that 33 LTD Participants received one and only check. To reallocate those amounts, we would have to disgorge the funds from those 33 Participants which would be extremely expensive, costly, and I'm not sure how fruitful the exercise would be.

THE COURT: Yes.

MR. SUTTY: These folks are located all over the Country.

1          THE COURT:  And it would be unsettling too I think
2    to them.
3          MR. SUTTY:  Oh, yes, and, as Your Honor is aware,
4    a lot of these people are very sick and --
5          THE COURT:  Yes.
6          MR. SUTTY:  -- may have already spent their
7    settlement funds.  Who knows?  These are simply costs that
8    the Trust should not bear.  As the Court is aware from the
9    hearings regarding both the Settlement Motion and the
10   Distribution Motion, the LTD Committee made tremendous
11   efforts to inform and educate the LTD Participants.  We have
12   held numerous conference calls, webinars, Town Hall meetings,
13   and sent various mailings to the LTD Participants, including
14   Mr. Elias.  Despite efforts to engage Mr. Elias, he chose not
15   to participate.  We had calls which we addressed the election
16   form and the election process.  He chose not to participate
17   in those calls.  We spoke to every LTD Participant who called
18   us and had questions.  We set up an 1102, a web inquiry
19   system.  He never questioned nor asked or had concerns of the
20   election form.  He simply chose not to participate in the
21   process.  Instead, he elected to participate in the Retiree
22   Settlement, and unless Your Honor has any further questions,
23   we would submit that Mr. Elias not be allowed to rescind his
24   election form.
25         THE COURT:  Thank you, Mr. Sutty.  Ms. Fleming,

1  did you wish to be heard also?

2  MS. FLEMING:  Yes, Your Honor.

3  THE COURT:  Good morning.

4  MS. FLEMING:  Just very briefly.

5  THE COURT:  Yes.

6  MS. FLEMING:  Good morning, for the record, Megan
7  Fleming, from Cleary Gottlieb Steen & Hamilton, on behalf of
8  the Debtors.  Your Honor, the Debtors are not taking a view
9  on the specifics of Mr. Elias' request given that it facially
10 is an allocation of liability between the two settlement
11 pools in which the Debtors have no interest.  We do note,
12 however, that Mr. Elias' election was not merely an election
13 to participate in the Retiree Settlement as opposed to the
14 LTD Settlement, but also, an affirmative retirement from
15 Nortel.  So if his request --

16 THE COURT:  Oh.

17 MS. FLEMING:  -- were to be granted, his reason
18 for separation from employment at Nortel would also need to
19 be changed and that could potentially affect his ability to
20 get other benefits, such as, for example, pension benefits
21 from the PBGC to the extent that he otherwise would have been
22 eligible for such benefits.  The Debtors do also share the
23 Committee's address in finality to the settlement and would
24 be concerned if a ruling here opened the door to further
25 requests in the future.  We would just also quickly note that

Case 09-10138-MFW    Doc 11137    Filed 07/17/13    Page 11 of 18

11

1   the form Mr. Elias signed, which is available on the docket
2   at 10259 as an exhibit to an Affidavit of Service from EPIC,
3   did require Mr. Elias to confirm his waiver of his rights and
4   benefits under the settlement with the LTD Committee and also
5   under the LTD Plans.  And by signing that form, Mr. Elias
6   expressly acknowledged that he had been encouraged to obtain
7   legal advice regarding his decision to sign and had the
8   opportunity to do so.  It also directed the reader to contact
9   Counsel to the LTD or Retiree Committee with questions about
10  the settlements and the election to retire.  And so the
11  Debtors, therefore, believe that Mr. Elias was provided with
12  clear disclosure of the consequences of signing the form and
13  knew who to call if he had questions.  I also understand that
14  he may have, in fact, reached out to the Retiree Committee
15  Counsel before making his election.  Thank you.
16          THE COURT:  Thank you, Ms. Fleming.  Anyone else
17  wish to be heard?
18          MS. SKELLY:  Your Honor, Stephanie Skelly, from
19  Togut Segal & Segal.
20          THE COURT:  Yes, good morning.
21          MS. SKELLY:  If I --
22          THE COURT:  Yes.
23          MS. SKELLY:  Good morning.  I also just wanted to
24  note the Debtors and the LTD Committee's sentiment regarding
25  finality in this issue and also to explain that I did, in

Case 09-10138-MFW    Doc 11137    Filed 07/17/13    Page 12 of 18

12

1  fact, speak with Mr. Elias before he made his election.  We
2  did also direct him to LTD Counsel.
3           THE COURT:  All right, thank you for that
4  information.  That certainly is helpful and -- and I am going
5  to deny Mr. Elias' request at this time.  First of all, let
6  me just note that Mr. Elias didn't -- chose not to
7  participate in the hearing today and I just think that,
8  really, as Mr. Sutty pointed out, and I was going to say, all
9  of the eligible parties were fully informed.  There was a
10 tremendous effort to educate them, and in fact, as I've now
11 heard from everyone, Mr. Elias did seek information, and
12 therefore, I find that he made his decision knowingly and
13 fully informed, and it would be tremendously prejudicial at
14 this time to all of the parties were Mr. Elias' request to be
15 granted by the Court, and therefore, I will deny that request
16 and leave things as they are.  And I'll also tell the parties
17 that I do have an Opinion coming out I think today on our
18 hearing last time regarding the LTD and -- LTD partyies'
19 request to participate in severance benefits.  So that will
20 be coming out today, as well as a separate Opinion addressing
21 -- and her name just escaped me.
22          MS. FLEMING:  Ms. [indiscernible]?
23          THE COURT:  Yes, her issues.  So I was a little
24 longer than I had hoped to be but those will come out today.
25 Have you heard anything from the Third Circuit, Mr. Abbott,

```
 1  on the appeal?
 2              MR. ABBOTT:  Your Honor, there has been --
 3              THE COURT:  Is there briefing going on or?
 4              MR. ABBOTT:  The briefing has not yet.  I think
 5  we're sort of still on the assembling the appendix.
 6              THE COURT:  Okay.
 7              MR. BOTTER:  Your Honor, it's David Botter, from
 8  Akin Gump.
 9              THE COURT:  Yes, Mr. Botter.
10              MR. BOTTER:  Good morning.
11              THE COURT:  Good morning.
12              MR. BOTTER:  The Third Circuit time for responses
13  included just after July 5$^{th}$.  I don't think that we've heard
14  anything other than the appendix matters that Mr. Abbott
15  refers to.
16              THE COURT:  Okay.  I had heard from Justice
17  Morawetz that the Ontario Court of Appeals denied the appeal
18  so.
19              MR. ABBOTT:  That's right, Your Honor, and then --
20              MR. BOTTER:  Yes, the --
21              MR. ABBOTT:  I'm sorry.  Go ahead, Mr. Botter.
22              MR. BOTTER:  No, I'm sorry.
23              MR. ABBOTT:  Sorry.
24              THE COURT:  Mr. Botter, yes, sir.
25              MR. BOTTER:  No, that's correct.  That was on a
```

1  Motion to Leave, Your Honor.
2              THE COURT:  Yes.  All right.
3              MR. ABBOTT:  And then, Your Honor, there is also
4  some activity in the District Court on the Motion to Leave
5  -- Motion for Leave.
6              THE COURT:  Okay.
7              MR. ABBOTT:  And we've got a teleconference set up
8  with Judge Stark on that I believe Friday afternoon.
9              THE COURT:  Very well.  Okay, thank you.  I thank
10 you very much.  And I think we're back -- when are we back
11 here?  On the 30th is it?  Okay.  All right.
12             MR. ABBOTT:  And I think that concludes the
13 matters for today, Your Honor.
14             THE COURT:  Counsel, thank you.  Good to see
15 everyone and I wish you all a good day and stay indoors.
16 We'll stand in recess.
17             MR. BOTTER:  Thank you, Judge.
18             THE COURT:  Thank you all.  Good day to you.
19             MR. BOTTER:  Good day.
20

1  (Whereupon at 10:14 a.m., the hearing was adjourned)

2  <u>CERTIFICATION</u>

3  I certify that the foregoing is a correct
4  transcript from the electronic sound recording of the
5  proceedings in the above-entitled matter.

_____     <u>17 July 2013</u>
Tammy Kelly, Transcriber                       Date
Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15  4:1  15:1 | **bear**(1) | 9:8 | **court**(54) | 1:1  4:3  4:6  4:11  4:14  4:23  4:25  5:2  5:8  5:13  5:16  5:19  5:21  5:24  6:2  6:6  6:8  6:11  6:13  6:15  6:18  6:23  7:3  7:5  7:8  7:22  8:3  8:23  9:1  9:5  9:8  9:25  10:3  10:5  10:16  11:16  11:20  11:22  12:3  12:15  12:23  13:3  13:6  13:9  13:11  13:16  13:17  13:24  14:2  14:4  14:6  14:9  14:14  14:18 | **ernst**(1) | 2:47 |
| **abbott**(27) | 1:23  4:5  4:6  4:7  4:7  4:12  4:15  5:11  5:14  5:17  5:20  5:22  6:4  6:7  6:9  6:2  6:23  12:25  13:2  13:4  13:14  13:19  13:21  13:23  14:3  14:7  14:12 | **because**(1) | 7:25 | | | **escaped**(1) | 12:21 |
| | | **been**(5) | 5:9  8:17  10:21  11:6  13:2 | | | **esq**(17) | 1:23  1:24  1:30  2:6  2:13  2:20  2:28  2:35  2:45  2:48  2:50  3:11  3:16  3:21  3:25  3:27  3:34 |
| | | **before**(3) | 1:18  11:15  12:1 | | | | |
| | | **behalf**(3) | 5:4  7:1  10:7 | | | | |
| | | **believe**(5) | 4:18  4:19  6:5  11:11  14:8 | | | | |
| **ability**(1) | 10:19 | **benefits**(5) | 10:20  10:20  10:22  11:4  12:19 | | | **esther**(1) | 3:5 |
| **about**(1) | 11:9 | **between**(3) | 8:12  8:14  10:10 | **court-approved**(1) | 7:14 | **evan**(1) | 2:13 |
| **above-entitled**(1) | 15:5 | **bondholder**(1) | 3:19 | **courtroom**(3) | 1:10  4:22  6:10 | **even**(2) | 7:3  8:18 |
| **accompanied**(1) | 5:24 | **both**(1) | 9:9 | **court's**(1) | 4:20 | **every**(1) | 9:17 |
| **accounts**(1) | 8:7 | **botter**(13) | 3:11  13:7  13:7  13:9  13:10  13:12  13:20  13:21  13:22  13:24  13:25  14:17  14:19 | **create**(1) | 8:9 | **everyone**(3) | 4:3  12:11  14:15 |
| **acknowledged**(1) | 11:6 | | | **creditors**(1) | 3:9 | **exactly**(1) | 8:3 |
| **activity**(1) | 14:4 | | | **creditors'**(1) | 2:5 | **example**(1) | 10:20 |
| **address**(2) | 8:16  10:23 | **brandywine**(1) | 2:21 | **daniel**(1) | 2:50 | **excellent**(1) | 5:16 |
| **addressed**(1) | 9:15 | **brian**(2) | 3:27  5:3 | **data**(2) | 1:37  15:9 | **exercise**(1) | 8:22 |
| **addressing**(1) | 12:20 | **brickley**(1) | 3:41 | **date**(1) | 15:8 | **exhibit**(1) | 11:2 |
| **adjourned**(1) | 15:1 | **briefing**(2) | 13:3  13:4 | **david**(2) | 3:11  13:7 | **expensive**(1) | 8:21 |
| **administered**(1) | 1:6 | **briefly**(1) | 10:4 | **day**(3) | 14:15  14:18  14:19 | **explain**(2) | 6:22  11:25 |
| **advice**(1) | 11:7 | **buchanan**(1) | 2:26 | **debtors**(11) | 1:12  1:22  2:43  4:8  5:6  10:8  10:8  10:11  10:22  11:11  11:24 | **expressly**(1) | 11:6 |
| **affect**(1) | 10:19 | **building**(1) | 2:21 | | | **extent**(1) | 10:21 |
| **affidavit**(1) | 11:2 | **but**(6) | 4:9  4:23  5:22  7:10  10:14  12:24 | | | **extremely**(1) | 8:21 |
| **affirmative**(1) | 10:14 | **call**(2) | 7:4  11:13 | **decision**(2) | 11:7  12:12 | **facially**(1) | 10:9 |
| **affirmatively**(1) | 7:19 | **called**(1) | 9:17 | **delano**(1) | 3:16 | **fact**(6) | 6:20  7:2  8:18  11:14  12:1  12:10 |
| **after**(2) | 8:17  13:13 | **calls**(3) | 9:12  9:15  9:17 | **delaware**(4) | 1:2  1:12  2:14  4:1 | **farallon**(2) | 3:30  3:30 |
| **afternoon**(1) | 14:8 | **can**(1) | 6:22 | **denied**(1) | 13:17 | **farr**(2) | 3:24  5:4 |
| **agenda**(2) | 4:8  4:10 | **canadian**(1) | 2:26 | **deny**(2) | 12:5  12:15 | **feld**(1) | 3:10 |
| **ahead**(1) | 13:21 | **cannot**(1) | 7:11 | **derek**(2) | 1:23  4:7 | **filed**(3) | 5:9  5:12  5:14 |
| **akin**(2) | 3:9  13:8 | **capital**(2) | 3:30  3:30 | **despite**(1) | 9:14 | **finality**(3) | 8:5  10:23  11:25 |
| **alert**(1) | 4:23 | **case**(1) | 1:5 | **detriment**(1) | 8:10 | **find**(1) | 12:12 |
| **all**(18) | 4:19  4:25  5:8  5:24  6:18  8:6  8:7  8:10  8:15  8:24  12:3  12:5  12:8  12:14  14:2  14:11  14:15  14:18 | **cases**(1) | 8:11 | **dial-in**(1) | 7:4 | **finger**(1) | 2:5 |
| | | **cash**(1) | 8:6 | **diaz**(2) | 1:37  15:9 | **first**(2) | 7:7  12:5 |
| | | **cede**(1) | 6:21 | **did**(10) | 6:19  7:18  7:18  7:23  7:24  10:1  11:3  11:25  12:2  12:11 | **fleming**(9) | 1:30  9:25  10:2  10:4  10:6  10:7  10:17  11:16  12:22 |
| | | **centre**(1) | 2:36 | | | | |
| | | **certainly**(2) | 6:18  12:4 | | | | |
| **allen**(1) | 2:47 | **certification**(1) | 15:2 | **didn't**(2) | 5:17  12:6 | **floor**(2) | 1:25  2:37 |
| **allocation**(1) | 10:10 | **certify**(1) | 15:3 | **direct**(1) | 12:2 | **folks**(3) | 4:22  8:2  8:24 |
| **allowed**(1) | 9:23 | **changed**(2) | 7:13  10:19 | **directed**(1) | 11:8 | **for**(31) | 1:2  1:22  2:5  2:12  2:19  2:26  2:34  2:43  2:47  3:4  3:8  3:14  3:19  3:24  3:30  3:33  3:37  3:40  4:7  4:15  4:20  7:2  8:2  10:6  10:18  10:20  10:22  12:3  13:12  14:5  14:13 |
| **already**(1) | 9:6 | **chapter**(1) | 1:8 | **disability**(1) | 7:1 | | |
| **also**(13) | 10:1  10:14  10:18  10:22  10:25  11:4  11:8  11:13  11:23  11:25  12:2  12:16  14:3 | **check**(1) | 8:19 | **disabled**(1) | 7:14 | | |
| | | **checked**(2) | 6:14  6:17 | **disbursements**(1) | 8:6 | | |
| | | **chose**(4) | 9:14  9:16  9:20  12:6 | **disclosure**(1) | 11:12 | | |
| **america**(2) | 3:4  3:4 | **chris**(1) | 2:6 | **disgorge**(1) | 8:20 | **foregoing**(1) | 15:3 |
| **amounts**(3) | 8:13  8:17  8:20 | **chung**(1) | 3:5 | **distribution**(2) | 7:11  9:10 | **form**(9) | 7:13  7:17  7:21  9:16  9:20  9:24  11:1  11:5  11:12 |
| **and**(69) | 4:3  4:16  4:17  4:20  4:20  4:21  4:25  5:6  5:6  5:24  6:2  6:7  6:18  6:19  6:19  6:21  7:4  7:10  7:11  7:13  7:21  8:9  8:12  8:14  8:14  8:16  8:16  8:19  8:22  9:1  9:3  9:4  9:9  9:11  9:13  9:16  9:18  9:22  10:19  10:23  11:3  11:4  11:5  11:7  11:10  11:10  11:12  11:24  11:25  12:4  12:4  12:7  12:10  12:11  12:12  12:13  12:15  12:16  12:16  12:18  12:21  13:19  14:3  14:7  14:10  14:12  14:15  14:15 | **cindy**(1) | 3:16 | **distributions**(1) | 7:12 | | |
| | | **circuit**(2) | 12:25  13:12 | **district**(2) | 1:2  14:4 | | |
| | | **circumstances**(1) | 6:22 | **docket**(2) | 6:3  11:1 | **former**(1) | 7:2 |
| | | **claimants**(1) | 5:5 | **don't**(2) | 6:13  13:13 | **forward**(1) | 6:5 |
| | | **class**(1) | 8:16 | **door**(1) | 10:24 | **friday**(4) | 5:12  5:13  5:14  14:8 |
| | | **clear**(2) | 5:8  11:12 | **dow**(1) | 3:40 | **from**(16) | 4:15  5:4  6:5  8:20  9:8  10:7  10:14  10:18  10:21  11:2  11:18  12:11  12:25  13:7  13:16  15:4 |
| | | **clearly**(1) | 2:43 | **each**(1) | 7:16 | | |
| | | **cleary**(2) | 1:29  10:7 | **early**(1) | 8:1 | | |
| | | **clerk**(1) | 4:2 | **ecro**(1) | 1:35 | | |
| | | **come**(2) | 8:17  12:24 | **educate**(3) | 8:16  9:11  12:10 | **fruitful**(1) | 8:22 |
| **andrew**(1) | 3:25 | **coming**(2) | 12:17  12:20 | **effort**(1) | 12:10 | **fully**(4) | 6:22  8:7  12:9  12:13 |
| **ann**(1) | 1:24 | **comments**(3) | 4:15  4:17  5:5 | **efforts**(2) | 9:11  9:14 | **funded**(1) | 8:8 |
| **any**(1) | 9:22 | **committee**(10) | 2:6  2:19  2:34  3:8  3:14  3:33  9:10  11:4  11:9  11:14 | **elect**(3) | 7:19  7:19  7:24 | **funds**(3) | 8:14  8:20  9:7 |
| **anybody**(1) | 4:22 | | | **elected**(1) | 9:21 | **further**(3) | 5:7  9:22  10:24 |
| **anyone**(1) | 11:16 | | | **election**(13) | 7:13  7:17  7:21  8:5  9:15  9:16  9:20  9:24  10:12  10:12  11:10  11:15  12:1 | **future**(1) | 10:25 |
| **anything**(4) | 7:18  7:19  12:25  13:14 | **committee's**(2) | 10:23  11:24 | | | **gallagher**(2) | 3:24  5:4 |
| **appeal**(2) | 13:1  13:17 | **complete**(1) | 7:21 | | | **get**(3) | 5:17  6:2  10:20 |
| **appeals**(1) | 13:17 | **concern**(1) | 8:18 | **electronic**(2) | 1:43  15:4 | **ginger**(1) | 1:35 |
| **appearances**(2) | 2:41  3:1 | **concerned**(1) | 10:24 | **elias**(19) | 3:37  6:5  6:9  6:11  6:13  7:3  7:12  7:23  8:8  9:14  9:14  9:23  11:1  11:3  11:5  11:11  12:1  12:6  12:11 | **give**(1) | 6:19 |
| **appendix**(2) | 13:5  13:14 | **concerns**(2) | 8:16  9:19 | | | **given**(2) | 7:15  10:9 |
| **application**(1) | 5:7 | **concludes**(1) | 14:12 | | | **going**(5) | 6:4  8:1  12:4  12:8  13:3 |
| **are**(13) | 4:23  6:11  7:9  7:10  7:24  8:4  8:17  8:24  9:4  9:7  10:8  12:16  14:10 | **conference**(1) | 9:12 | | | **good**(17) | 4:3  4:5  4:6  5:3  6:8  6:24  6:25  10:3  10:6  11:20  11:23  13:10  13:11  14:14  14:15  14:18  14:19 |
| | | **confirm**(2) | 7:7  11:3 | **elias'**(5) | 7:9  10:9  10:12  12:5  12:14 | | |
| | | **consequences**(1) | 11:12 | **eligible**(4) | 7:20  8:6  10:22  12:9 | | |
| | | **contact**(1) | 11:8 | **elliott**(2) | 2:19  7:1 | | |
| **arsht**(1) | 1:22 | **continued**(2) | 2:2  3:2 | **else**(2) | 4:22  11:16 | **got**(3) | 4:15  4:21  14:7 |
| **asked**(1) | 9:19 | **copy**(1) | 5:18 | **email**(1) | 7:3 | **gottlieb**(3) | 1:29  2:43  10:7 |
| **assembling**(1) | 13:5 | **cordo**(4) | 1:24  5:10  5:12  6:1 | **employees**(1) | 7:2 | **granted**(2) | 10:17  12:15 |
| **audible**(1) | 6:12 | **correct**(4) | 5:5  6:1  13:25  15:3 | **employment**(1) | 10:18 | **greater**(1) | 8:18 |
| **available**(1) | 11:1 | **costly**(2) | 8:9  8:21 | **encouraged**(1) | 11:6 | **greenleaf**(2) | 2:19  7:1 |
| **avenue**(1) | 2:14 | **costs**(3) | 8:12  8:12  9:7 | **engage**(1) | 9:14 | **gross**(1) | 1:18 |
| **aware**(3) | 6:20  9:3  9:8 | **could**(2) | 4:9  10:19 | **english**(1) | 2:34 | **group**(1) | 3:19 |
| **back**(2) | 14:10  14:10 | **counsel**(5) | 4:15  11:9  11:15  12:2  14:14 | **entry**(1) | 4:20 | **guess**(2) | 4:16  7:7 |
| **badtke-berkow**(1) | 2:48 | **country**(1) | 8:25 | **epic**(1) | 11:2 | **gump**(2) | 3:9  13:8 |
| **bank**(2) | 3:4  3:4 | | | **eric**(2) | 2:20  6:25 | **guyder**(1) | 2:50 |
| **bankruptcy**(2) | 1:1  1:19 | | | | | | |
| **bayard**(1) | 2:12 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **had**(10) | 4:12  5:5  9:15  9:18  9:19  11:6  11:7  11:13  12:24  13:16 | **kelly**(1) | 15:8 | **now**(6) | 4:20  4:24  7:10  7:12  8:8  12:10 | **recess**(1) | 14:16 |
| | | **kevin**(1) | 1:18 | **numerous**(1) | 9:12 | **record**(1) | 10:6 |
| **hadley**(2) | 3:14  3:19 | **king**(2) | 2:8  2:37 | **objection**(1) | 5:7 | **recorded**(1) | 1:43 |
| **hall**(1) | 9:12 | **knew**(1) | 11:13 | **obtain**(1) | 11:6 | **recording**(2) | 1:43  15:4 |
| **hamilton**(3) | 1:29  2:44  10:7 | **know**(2) | 4:21  6:7 | **obviously**(1) | 4:21 | **redistribute**(1) | 8:13 |
| **hanging**(1) | 8:4 | **knowingly**(1) | 12:12 | **off**(1) | 4:9 | **reduced**(1) | 8:17 |
| **hanrahan**(1) | 3:25 | **knows**(1) | 9:7 | **official**(2) | 2:5  3:8 | **refers**(1) | 13:15 |
| **hard**(1) | 5:18 | **last**(2) | 7:3  12:18 | **okay**(7) | 4:19  6:2  13:6  13:16  14:6  14:9  14:11 | **regarding**(5) | 8:1  9:9  11:7  11:24  12:18 |
| **harrisburg**(1) | 1:39 | **layton**(1) | 2:5 | | | **renaissance**(1) | 2:36 |
| **has**(7) | 6:14  6:16  7:12  8:6  9:22  13:2  13:4 | **leave**(4) | 12:16  14:1  14:4  14:5 | **one**(5) | 1:31  2:7  4:8  4:9  8:19 | **request**(6) | 10:9  10:15  12:5  12:14  12:15  12:19 |
| **hauer**(1) | 3:9 | **legal**(1) | 11:7 | **only**(2) | 6:4  8:19 | | |
| **have**(17) | 4:8  4:16  4:19  5:6  5:6  5:9  7:18  7:18  8:17  8:20  9:6  9:11  10:11  10:21  11:14  12:17  12:25 | **let**(1) | 12:5 | **ontario**(1) | 13:17 | **requests**(1) | 10:25 |
| | | **letter**(1) | 6:5 | **opened**(1) | 10:24 | **require**(1) | 11:3 |
| | | **letters**(2) | 4:13  4:18 | **operator**(3) | 6:14  6:16  6:16 | **required**(1) | 7:20 |
| | | **liability**(1) | 10:10 | **opinion**(2) | 12:17  12:20 | **requires**(1) | 8:5 |
| **hear**(1) | 6:13 | **liberty**(1) | 1:31 | **opportunity**(2) | 7:15  11:8 | **rescind**(2) | 7:13  9:23 |
| **heard**(7) | 4:22  10:1  11:17  12:11  12:25  13:13  13:16 | **linn**(1) | 3:31 | **opposed**(1) | 10:13 | **resolved**(1) | 4:19 |
| | | **lisa**(1) | 2:45 | **order**(3) | 6:19  7:17  7:19 | **response**(2) | 6:12  8:11 |
| | | **litigious**(1) | 8:9 | **other**(3) | 8:10  10:20  13:14 | **responses**(1) | 13:12 |
| **hearing**(4) | 7:6  12:7  12:18  15:1 | **little**(1) | 12:23 | **otherwise**(1) | 10:21 | **retire**(1) | 11:10 |
| **hearings**(1) | 9:9 | **llc**(2) | 1:37  15:9 | **our**(2) | 8:11  12:17 | **retiree**(8) | 3:33  7:16  7:20  7:25  9:21  10:13  11:9  11:14 |
| **held**(1) | 9:12 | **llp**(6) | 1:22  2:47  3:10  3:15  3:20  3:24 | **out**(7) | 8:4  8:15  11:14  12:8  12:17  12:20  12:24 | | |
| **helpful**(1) | 12:4 | **located**(1) | 8:24 | | | | |
| **her**(2) | 12:21  12:23 | **long-term**(2) | 7:1  7:14 | | | **retiree's**(1) | 2:34 |
| **here**(6) | 4:7  5:17  6:7  7:7  10:24  14:11 | **longer**(1) | 12:24 | **over**(1) | 8:24 | **retirement**(2) | 8:1  10:14 |
| **he's**(1) | 7:7 | **lot**(1) | 9:4 | **overy**(1) | 2:47 | **return**(2) | 7:10  7:21 |
| **highlighted**(1) | 8:12 | **ltd**(19) | 2:19  7:16  7:17  7:23  8:8  8:10  8:18  9:10  9:11  9:13  9:17  10:14  11:4  11:5  11:9  11:24  12:2  12:18  12:18 | **o'connor**(5) | 3:27  4:21  5:1  5:3  5:3 | **revised**(1) | 4:17 |
| **him**(3) | 6:19  6:19  12:2 | | | **part**(1) | 7:25 | **revisions**(1) | 4:19 |
| **his**(12) | 7:13  7:13  9:23  10:15  10:17  10:19  11:3  11:3  11:7  11:15  12:1  12:12 | | | **participant**(3) | 7:16  8:9  9:17 | **richards**(1) | 2:5 |
| | | | | **participants**(10) | 7:15  7:20  7:24  8:7  8:10  8:15  8:19  8:21  9:11  9:13 | **right**(9) | 4:25  5:8  5:9  5:24  6:18  12:3  13:19  14:2  14:11 |
| **hoc**(1) | 3:14 | **mace**(1) | 1:35 | | | | |
| **honor**(19) | 4:5  4:8  4:12  5:1  5:23  6:4  6:25  8:5  9:3  9:22  10:2  10:8  11:18  13:2  13:7  13:19  14:1  14:3  14:13 | **made**(4) | 8:6  9:10  12:1  12:12 | **participate**(9) | 7:15  7:17  9:15  9:16  9:20  9:21  10:13  12:7  12:19 | **rights**(1) | 11:3 |
| | | **mailed**(1) | 6:19 | | | **ripe**(1) | 4:20 |
| | | **mailings**(1) | 9:13 | | | **rise**(1) | 4:2 |
| | | **making**(1) | 11:15 | **parties**(3) | 12:9  12:14  12:16 | **rodney**(1) | 2:7 |
| **honorable**(1) | 1:18 | **management**(2) | 3:30  3:31 | **party**(1) | 3:40 | **rogatory**(2) | 4:13  4:18 |
| **hoped**(1) | 12:24 | **many**(1) | 7:23 | **partyies**(1) | 12:18 | **role**(1) | 8:11 |
| **hoping**(1) | 4:9 | **market**(3) | 1:11  1:25  2:29 | **past**(1) | 7:10 | **ronald**(1) | 3:37 |
| **how**(2) | 8:1  8:22 | **matter**(4) | 4:8  6:4  7:2  15:5 | **pbgc**(2) | 8:1  10:21 | **rooney**(1) | 2:26 |
| **however**(1) | 10:12 | **matters**(2) | 13:14  14:13 | **peg**(1) | 3:41 | **ruling**(1) | 10:24 |
| **hra**(3) | 7:12  8:7  8:14 | **matz**(1) | 3:21 | **pennsylvania**(1) | 1:39 | **samis**(1) | 2:6 |
| **inc**(1) | 1:7 | **may**(2) | 9:6  11:14 | **pension**(5) | 2:12  3:24  4:16  5:4  10:20 | **say**(1) | 12:8 |
| **include**(1) | 8:8 | **mccarter**(1) | 2:34 | **people**(1) | 9:4 | **schuylkill**(1) | 1:38 |
| **included**(1) | 13:13 | **mccloy**(2) | 3:14  3:19 | **per**(1) | 3:37 | **schweitzer**(1) | 2:45 |
| **including**(1) | 9:13 | **meetings**(1) | 9:12 | **persona**(1) | 3:37 | **seated**(1) | 4:4 |
| **incorporated**(2) | 4:17  5:6 | **megan**(2) | 1:30  10:6 | **phone**(2) | 4:21  6:10 | **see**(1) | 14:14 |
| **indiscernible**(1) | 12:22 | **merely**(1) | 10:12 | **plans**(1) | 11:5 | **seek**(1) | 12:11 |
| **individualized**(1) | 8:15 | **michael**(1) | 3:31 | **plaza**(1) | 1:31 | **segal**(4) | 3:33  3:33  11:19  11:19 |
| **indoors**(1) | 14:15 | **milbank**(2) | 3:14  3:19 | **please**(2) | 4:2  4:4 | **send**(2) | 7:19  8:14 |
| **inevitably**(1) | 8:17 | **miller**(1) | 2:13 | **podium**(1) | 6:21 | **sent**(4) | 5:22  7:3  7:16  9:13 |
| **inform**(1) | 9:11 | **mind**(1) | 7:13 | **point**(1) | 7:10 | **sentiment**(1) | 11:24 |
| **information**(5) | 7:4  7:4  7:6  12:4  12:11 | **monday**(3) | 4:18  5:19  5:20 | **pointed**(1) | 12:8 | **separate**(1) | 12:20 |
| **informed**(3) | 8:11  12:9  12:13 | **monitor**(1) | 2:26 | **pools**(1) | 10:11 | **separation**(1) | 10:18 |
| **ingersoll**(1) | 2:26 | **morawetz**(1) | 13:17 | **potentially**(1) | 10:19 | **service**(3) | 1:37  1:44  11:2 |
| **inquiry**(1) | 9:18 | **more**(1) | 6:22 | **ppearances**(2) | 1:21  2:1 | **services**(2) | 1:37  15:9 |
| **instead**(1) | 9:21 | **morning**(14) | 4:3  4:5  4:6  4:18  5:3  5:20  6:24  6:25  10:3  10:6  11:20  11:23  13:10  13:11 | **prejudicial**(1) | 12:13 | **set**(3) | 5:25  9:18  14:7 |
| **interest**(1) | 10:11 | | | **prepare**(1) | 8:14 | **settlement**(15) | 7:11  7:11  7:16  7:17  7:20  7:25  8:13  9:7  9:9  9:22  10:10  10:13  10:14  10:23  11:4 |
| **interested**(1) | 3:40 | | | **previous**(1) | 5:25 | | |
| **issue**(1) | 11:25 | **morris**(1) | 1:22 | **previously**(1) | 4:12 | | |
| **issues**(2) | 4:20  12:23 | **motion**(5) | 9:9  9:10  14:1  14:4  14:5 | **pro**(2) | 3:37  3:38 | | |
| **item**(1) | 4:10 | **much**(1) | 14:10 | **probably**(2) | 5:15  5:17 | **settlements**(1) | 11:10 |
| **itself**(1) | 6:19 | **murphy**(1) | 2:28 | **proceed**(1) | 7:7 | **severance**(1) | 12:19 |
| **it's**(3) | 5:3  5:11  13:7 | **name**(1) | 12:21 | **proceedings**(3) | 1:17  1:43  15:5 | **share**(1) | 10:22 |
| **i'll**(3) | 6:21  7:7  12:16 | **need**(1) | 10:18 | **process**(4) | 7:14  8:5  9:16  9:21 | **should**(1) | 9:8 |
| **i'm**(7) | 5:8  5:10  6:9  6:15  8:22  13:21  13:22 | **networks**(1) | 1:7 | **produced**(1) | 1:44 | **sick**(1) | 9:4 |
| | | **never**(1) | 9:19 | **propria**(1) | 3:37 | **sign**(3) | 6:2  7:21  11:7 |
| **i've**(1) | 12:10 | **new**(2) | 1:32  8:15 | **provided**(2) | 5:5  11:11 | **signed**(1) | 11:1 |
| **jointly**(1) | 1:6 | **nichols**(1) | 1:22 | **questioned**(1) | 9:19 | **signing**(2) | 11:5  11:12 |
| **jones**(1) | 3:40 | **night**(1) | 7:3 | **questions**(5) | 8:16  9:18  9:22  11:9  11:13 | **simply**(2) | 9:7  9:20 |
| **joseph**(1) | 2:48 | **nor**(1) | 9:19 | **quickly**(2) | 4:9  10:25 | **since**(1) | 7:7 |
| **judge**(4) | 1:18  1:19  14:8  14:17 | **nortel**(6) | 1:7  4:7  7:2  7:21  10:15  10:18 | **reached**(1) | 11:14 | **sir**(2) | 4:6  13:24 |
| **july**(5) | 1:14  4:1  8:8  13:13  15:7 | **north**(2) | 1:25  2:29 | **reader**(1) | 11:8 | **situation**(2) | 7:10  8:9 |
| **june**(1) | 8:7 | **not**(17) | 6:9  6:14  6:16  7:7  7:18  7:18  7:24  8:22  9:8  9:14  9:16  9:20  9:23  10:8  10:12  12:6  13:4 | **ready**(1) | 4:24 | **skelly**(5) | 3:34  11:18  11:18  11:21  11:23 |
| **just**(12) | 4:8  4:9  4:23  5:8  7:6  10:4  10:25  11:23  12:6  12:7  12:21  13:13 | | | **reallocate**(3) | 7:12  8:13  8:19 | **some**(6) | 4:13  4:15  4:17  5:5  8:12  14:4 |
| | | | | **really**(1) | 12:8 | **somewhere**(1) | 6:10 |
| **justice**(1) | 13:16 | **note**(4) | 10:11  10:25  11:24  12:6 | **reason**(1) | 10:17 | **sorry**(5) | 5:10  6:15  13:21  13:22  13:23 |
| **kathleen**(1) | 2:28 | **notice**(2) | 5:25  6:19 | **received**(1) | 8:19 | **sort**(1) | 13:5 |
| | | **notices**(1) | 8:15 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| **sound**(2) 1:43 15:4 | | **they're**(1) 4:20 | | **yes**(19) 4:14 5:2 5:19 5:21 6:6 7:8 7:22 8:23 9:3 9:5 10:2 10:5 11:20 11:22 12:23 13:9 13:20 13:24 14:2 | |
| **speak**(1) 12:1 | | **things**(1) 12:16 | | | |
| **specifics**(1) 10:9 | | **think**(9) 4:23 6:22 9:1 12:7 12:17 13:4 13:13 14:10 14:12 | | | |
| **spent**(1) 9:6 | | | | | |
| **spoke**(1) 9:17 | | | | **yesterday**(1) 4:18 | |
| **square**(1) 2:7 | | **third**(2) 12:25 13:12 | | **yet**(2) 7:24 13:4 | |
| **stand**(1) 14:16 | | **this**(4) 6:16 11:25 12:5 12:14 | | **york**(1) 1:32 | |
| **stark**(1) 14:8 | | **thomas**(1) 3:21 | | **you**(20) 4:3 6:3 6:11 6:18 6:23 6:23 7:5 9:25 10:1 11:15 11:16 12:3 12:25 14:9 14:10 14:14 14:15 14:17 14:18 14:18 | |
| **states**(2) 1:1 1:19 | | **those**(9) 4:17 4:23 5:6 6:2 6:3 8:20 8:20 9:17 12:24 | | | |
| **stay**(1) 14:15 | | | | | |
| **ste**(1) 2:22 | | | | | |
| **steen**(3) 1:29 2:43 10:7 | | **through**(1) 7:14 | | **young**(1) 2:47 | |
| **stephanie**(2) 3:34 11:18 | | **time**(5) 4:11 12:5 12:14 12:18 13:12 | | **your**(20) 4:5 4:8 4:11 4:12 5:1 5:23 6:4 6:25 8:5 9:3 9:22 10:2 10:8 11:18 13:2 13:7 13:19 14:1 14:3 14:13 | |
| **still**(2) 8:4 13:5 | | **today**(7) 6:5 6:17 12:7 12:17 12:20 12:24 14:13 | | | |
| **strauss**(1) 3:9 | | | | | |
| **street**(4) 1:11 1:38 2:8 2:29 | | | | | |
| **submit**(1) 9:23 | | **togut**(2) 3:33 11:19 | | | |
| **submitted**(2) 4:13 4:17 | | **too**(1) 9:1 | | | |
| **such**(2) 10:20 10:22 | | **took**(1) 8:10 | | | |
| **suite**(2) 2:15 2:30 | | **town**(1) 9:12 | | | |
| **sure**(2) 6:9 8:22 | | **transcriber**(1) 15:8 | | | |
| **sutty**(14) 2:20 6:22 6:24 6:25 6:25 7:6 7:9 7:23 8:4 8:24 9:3 9:6 9:25 12:8 | | **transcript**(3) 1:17 1:44 15:4 | | | |
| | | **transcription**(2) 1:37 1:44 | | | |
| **sutty's**(1) 6:7 | | **treat**(1) 8:1 | | | |
| **sympathetic**(1) 7:9 | | **tremendous**(2) 9:10 12:10 | | | |
| **system**(1) 9:19 | | **tremendously**(1) 12:13 | | | |
| **take**(2) 4:9 4:11 | | **trust**(5) 3:24 7:2 8:6 8:18 9:8 | | | |
| **taking**(1) 10:8 | | **trustee**(1) 4:16 | | | |
| **tammy**(1) 15:8 | | **trustees**(1) 4:16 | | | |
| **taylor**(1) 2:35 | | **tuesday**(1) 4:1 | | | |
| **teleconference**(1) 14:7 | | **tunnell**(1) 1:22 | | | |
| **telephone**(1) 6:11 | | **tweed**(2) 3:14 3:19 | | | |
| **telephonic**(2) 2:41 3:1 | | **two**(1) 10:10 | | | |
| **tell**(1) 12:16 | | **uncertainty**(1) 7:25 | | | |
| **than**(2) 12:24 13:14 | | **under**(2) 11:4 11:5 | | | |
| **thank**(15) 4:3 6:3 6:18 6:23 6:23 7:5 9:25 11:15 11:16 12:3 14:9 14:14 14:17 14:18 | | **understand**(1) 11:13 | | | |
| | | **undo**(1) 7:11 | | | |
| **that**(36) 4:20 4:23 5:5 5:9 5:22 7:12 8:4 8:16 8:18 9:7 9:23 10:9 10:12 10:19 10:21 10:25 11:5 11:6 11:11 11:13 11:25 12:3 12:4 12:6 12:7 12:12 12:15 12:17 12:19 13:13 13:14 13:17 13:25 14:8 14:12 15:3 | | **united**(2) 1:1 1:19 | | | |
| | | **unless**(1) 9:22 | | | |
| | | **unsecured**(1) 3:9 | | | |
| | | **unsettling**(1) 9:1 | | | |
| | | **until**(1) 5:18 | | | |
| | | **various**(1) 9:13 | | | |
| | | **veba**(1) 7:2 | | | |
| **that's**(2) 13:19 13:25 | | **very**(6) 4:9 7:9 9:4 10:4 14:9 14:10 | | | |
| **the**(180) 1:1 1:2 1:18 2:21 3:19 4:2 4:3 4:6 4:7 4:8 4:11 4:14 4:16 4:19 4:19 4:20 4:21 4:22 4:23 4:25 5:2 5:4 5:6 5:7 5:8 5:9 5:11 5:13 5:16 5:19 5:21 5:24 5:25 6:2 6:3 6:4 6:5 6:6 6:8 6:9 6:10 6:11 6:11 6:13 6:14 6:15 6:16 6:16 6:18 6:19 6:20 6:21 6:22 6:23 7:1 7:3 7:5 7:8 7:10 7:11 7:11 7:12 7:14 7:15 7:15 7:17 7:20 7:21 7:22 7:24 7:25 8:1 8:1 8:3 8:5 8:7 8:10 8:10 8:12 8:13 8:13 8:15 8:16 8:18 8:18 8:20 8:22 8:23 8:24 9:1 9:5 9:8 9:8 9:8 9:9 9:9 9:10 9:11 9:13 9:15 9:16 9:19 9:20 9:21 9:25 10:3 10:5 10:6 10:8 10:8 10:9 10:10 10:11 10:13 10:13 10:16 10:21 10:21 10:22 10:22 10:23 10:24 10:25 11:1 11:4 11:4 11:5 11:7 11:8 11:9 11:10 11:10 11:10 11:12 11:12 11:14 11:16 11:20 11:22 11:24 11:24 12:3 12:7 12:9 12:14 12:15 12:16 12:18 12:23 12:25 13:1 13:3 13:4 13:5 13:5 13:6 13:9 13:11 13:12 13:14 13:16 13:17 13:17 13:20 13:24 14:2 14:4 14:4 14:6 14:9 14:11 14:12 14:14 14:18 15:1 15:3 15:4 15:4 15:5 | | **view**(1) 10:8 | | | |
| | | **waiver**(1) 11:3 | | | |
| | | **wanted**(2) 4:23 11:23 | | | |
| | | **wants**(2) 4:22 7:13 | | | |
| | | **was**(12) 4:9 5:22 6:20 7:16 8:1 10:12 11:11 12:8 12:9 12:23 13:25 15:1 | | | |
| | | **web**(1) 9:18 | | | |
| | | **webinars**(1) 9:12 | | | |
| | | **well**(4) 6:7 6:20 12:20 14:9 | | | |
| | | **were**(10) 5:12 5:14 5:22 5:24 7:15 7:20 8:7 10:17 12:9 12:14 | | | |
| | | **west**(1) 2:22 | | | |
| | | **we'll**(2) 6:2 14:16 | | | |
| | | **we're**(2) 13:5 14:10 | | | |
| **their**(2) 8:17 9:6 | | **we've**(3) 4:21 13:13 14:7 | | | |
| **them**(2) 9:2 12:10 | | **when**(2) 5:22 14:10 | | | |
| **then**(3) 6:21 13:19 14:3 | | **whereupon**(1) 15:1 | | | |
| **there**(5) 8:4 12:9 13:2 13:3 14:3 | | **which**(4) 8:21 9:15 10:11 11:1 | | | |
| **therefore**(3) 11:11 12:12 12:15 | | **who**(6) 6:22 7:24 8:10 9:7 9:17 11:13 | | | |
| **these**(7) 4:25 5:8 8:2 8:11 8:24 9:4 9:7 | | **will**(4) 6:2 12:15 12:19 12:24 | | | |
| **they**(10) 5:6 5:12 5:14 5:14 5:17 5:22 5:24 7:18 7:18 12:16 | | **william**(1) 2:35 | | | |
| | | **willkie**(2) 3:24 5:4 | | | |
| | | **wilmington**(8) 1:12 1:26 2:9 2:16 2:23 2:31 2:38 4:1 | | | |
| | | **wish**(3) 10:1 11:17 14:15 | | | |
| | | **with**(6) 7:3 11:4 11:9 11:11 12:1 14:8 | | | |
| | | **withdrawal**(1) 5:25 | | | |
| | | **would**(12) 5:9 8:9 8:20 8:21 8:22 9:1 9:23 10:18 10:21 10:23 10:25 12:13 | | | |
| | | **www.diazdata.com**(1) 1:41 | | | |