# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------X
:
*In re*                                                                         :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                  :    Case No. 09-10138 (KG)
:
           Debtors.                            :    Jointly Administered
:
:
:    **Re: D.I. 11117, 11118, & 11138**
----------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on July 17, 2013, copies of the following were served as indicated on the service list attached hereto as Exhibit A.

1.    Memorandum Opinion (D.I. 11117, Filed 7/16/13); and

2.    Order (D.I. 11118, Filed 7/16/13).

      PLEASE TAKE NOTICE that on July 17, 2013, a copy of the following was served as indicated on the service list attached hereto as Exhibit B.

1.    Memorandum Opinion (D.I. 11138, Filed 7/17/13).

Dated: July 17, 2013
Wilmington, Delaware

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          James L. Bromley (admitted pro hac vice)
                          Lisa M. Schweitzer (admitted pro hac vice)
                          One Liberty Plaza
                          New York, NY 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7367755.1

## EXHIBIT A

**Via First Class Mail**

Sandra Aiken
3166 Tump Wilkins Rd.
Stem, NC 27581

Dennis Wayne Bullock
3557 Jacobs Rd.
Stem, NC 27581

Thomas M.D. Dikens
2612 Bengal Lane
Plano, TX 75023

Janette Head
16 Gleneagle Dr.
Bedford, NH 03110

Steven Bennett
37052 Chestnut St.
Newark, CA 94560

Lois Uphold
201 Camden Park Dr.
Goldsboro, NC 27530

Susan Paperno
1632 Julius Bridge Rd.
Ball Ground, GA 30107

Mark Phillips
6117 Trevor Simpson Dr.
Lake Park, NC 28079

William A. Reed
7810 Heaton Dr.
Theodore, AL 36582

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

Paul D. Wolfe
113 Red Drum Ln.
Gloucester, NC 28528

Remajos Brown
2353 Sword Dr.
Garland, TX 75044

Michael S. McWalters
PO Box 338
Alviso, CA 95002

Najum ud Dean
6 Augusta Dr.
Millbury, MA 01527

Fred S. Lindow
PO Box 33206
Los Gatos, CA 95031

Peter Lawrence
16295 Via Venetia W
Delray Beach, FL 33484

Carmel T. Totman
3028 McDade Farm Rd.
Raleigh, NC 27616

Janet Elizabeth Bass
1228 Moultrie Court
Raleigh, NC 27615

Manuel Segura
1028 Fairmount Ave.
Trenton, NJ 08629

Brent Beasley
541 Ammons Rd.
Dunn, NC 28334

Richard Engleman
1505 Nevada Dr.
Plano, TX 75093

Vernon Long
4929 Kelso Lane
Garland, TX 75043

Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

John Elliott
6 Grouse Lane
Merrimack, NH 03054

Ronald Rose, Jr.
26 Pheasant Run
Ballston Spa, NY 12010

Bruce Francis
5506 Lake Elton Rd.
Durham, NC 27713

Michael Rexroad
5244 Linwick Dr.
Fuquay Varina, NC 27526

Leah McCaffrey
7139 Debbe Dr.
Dallas, TX 75252

Deborah Jones
PO Box 458
Willow Spring, NC 27592

Victoria Anstead
3894 Ridge Lea Rd.
#A
Amherst, NY 14228

Dianna Irish
235 Atrium Court
Warner Robins, GA 31008

Carol F. Raymond
7962 S.W. 185 St.
Miami, FL 33157

Robert Martel
200 Lighthouse Lane
B3
Cedar Point, NC 28584

Chae Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN 55317

Richard Chadwick, Esq.
9530 Foxford Rd.
Chanhassen, MN 55317

Kerry Logan
537 Avenida Cuarta
#101
Clermont, FL 33471

Ralph MacIver
116 Honeycomb Lane
Morrisville, NC 27560

Scott David Howard
2050 Cabiao Rd.
Placerville, CA 95667

Barbara Carr
145 Greciar Parkway
Rochester, NY 14626

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

John J. Rossi
1568 Woodcrest Dr.
Wooster, OH 44691

Kaushik Patel
1806 Villanova Dr.
Richardson, TX 75081

Vada Wilson
101 Teny's Ln.
Rougemont, NC 27572

Mark Janis
193 Via Soderini
Aptos, CA 95003

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV 89060

Debra L. Vega
818 Glenco Rd.
Durham, NC 27703

Roger Carlsen
390 E Paseo Celestial
Sahuarita, AZ 85629

Bonnie J Boyer
305 W Juniper Ave.
Sterling, VA 20164

Kenneth S. Hazelrig
8170 Solway Ct.
Winston, GA 30187

Barbara Gallagher
410 West Acres Rd
Whitesboro, TX 76273

James Hunt
8903 Handel Loop
Land O Lakes, FL 34637

Rebecca Smith
424 Southerland St.
Durham, NC 27703

Olive Jane Stepp
470 Fairview Rd.
Asheville, NC 28803

## **EXHIBIT B**

**Via First Class Mail**

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217