# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2013 through June 30, 2013

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date **5/1/13** — End Date **6/27/13**

**Enter Billing Rate/Hr:** **670.00**

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 45.8 | $670.00 | $30,686.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 1.5 | $670.00 | $1,005.00 |
| 5 | Fee Applications | 6.5 | $670.00 | $4,355.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | | | |
| | **Hours/Billing Amount for Period:** | **53.8** | | **$36,046.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 5/1/13 | LTD matters | 3 | 0.8 |
| 5/1/13 | Employee matters | 3 | 0.8 |
| 5/1/13 | Insurance renewals | 3 | 0.8 |
| 5/2/13 | LTD matters | 3 | 0.8 |
| 5/3/13 | Prepare and file Feb-Apr fee app | 5 | 3.5 |
| 5/3/13 | Raleigh sublease | 3 | 0.8 |
| 5/3/13 | Environmental matters | 3 | 0.5 |
| 5/3/13 | Tax reporting | 3 | 0.8 |
| 5/4/13 | Billing matter for professionals | 3 | 0.8 |
| 5/5/13 | Employee matters | 3 | 1.8 |
| 5/5/13 | Retiree letter | 3 | 1.2 |
| 5/5/13 | Discuss allocation | 3 | 1.0 |
| 5/7/13 | Call re liquidation matters | 3 | 1.0 |
| 5/8/13 | Mexico matter | 3 | 1.0 |
| 5/9/13 | Tax matters and omnibus | 3 | 2.5 |
| 5/12/13 | Allocation matters | 3 | 0.8 |
| 5/13/13 | Weekly case management call | 3 | 1.0 |
| 5/14/13 | Litigation matters re allocation | 3 | 1.5 |
| 5/15/13 | Allocation matters | 3 | 1.3 |
| 5/15/13 | Employee terminations | 3 | 1.3 |
| 5/16/13 | LTD settlement follow up and allocation matter | 3 | 1.2 |
| 5/20/13 | Environmental matter | 3 | 1.3 |
| 5/20/13 | Allocation matters | 3 | 1.0 |
| 5/21/13 | Litigation scheduling and update | 3 | 2.3 |
| 5/24/13 | Tax matters | 3 | 1.0 |
| 5/24/13 | Allocation reply brief | 3 | 1.2 |
| 5/28/13 | Reply brief | 3 | 1.0 |
| 5/28/13 | Tax matters, review EY work | 3 | 1.2 |
| 5/29/13 | Prepare and file quarterly fee app | 5 | 3.0 |
| 5/29/13 | Revised allocation submission and EMEA brief | 3 | 1.0 |
| 5/30/13 | Tax stipulations | 3 | 1.5 |
| 6/2/13 | Severance objection review and approval | 3 | 1.3 |
| 6/4/13 | Further severance filings for review | 3 | 1.0 |
| 6/5/13 | Claims settlements | 3 | 0.5 |
| 6/5/13 | Submissions on leave to appeal re EMEA | 3 | 1.0 |
| 6/10/13 | Execution of consent re allocation | 3 | 0.5 |
| 6/20/13 | Tax meeting | 4 | 1.5 |
| 6/23/13 | May MOR | 3 | 1.0 |
| 6/24/13 | Weekly status call | 3 | 0.8 |
| 6/25/13 | Michigan settlement follow up | 3 | 0.7 |
| 6/25/13 | Subsidiary liquidations | 3 | 1.0 |
| 6/25/13 | Amendment to data hosting agreement | 3 | 0.5 |
| 6/25/13 | Canadian claims review | 3 | 1.2 |
| 6/26/13 | RM report for APAC wind down | 3 | 1.3 |
| 6/27/13 | Allocation; EMEA letter to district court | 3 | 0.5 |
| 6/27/13 | Interrogatory responses | 3 | 1.3 |