**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2013 through June 30, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $              - |
| Travel – Lodging | | - |
| Travel – Meals | | - |
| Travel – Car Service | | - |
| Travel – Parking | | - |
| Office supplies, shipping, and other office related expenses | | - |
| PACER | | - |
| TOTAL | | $              - |