IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
                                                           :
        Debtors.   :    (Jointly Administered)
                                                           :
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that the appearances of Nora Salvatore, Jeremy R. Lacks, Katherine M. Weaver, Salvatore Bianca, Sanjeet Malik, Melissa J. Durkee, Ebunoluwa Taiwo, Kimberly C. Spiering, Nancy Picknally, Robin J. Baik, Meghan Sercombe, Tomislav A. Joksimovic, Emily Weiss, David Y. Livshiz, Andrew J. Ungberg, Jennifer M. Palmer, Wanda J. Olson, and Aren Goldsmith of Cleary Gottlieb Steen & Hamilton LLP are hereby withdrawn as counsel for the Debtors in the above-captioned proceedings. The Debtors continue to be represented by the law firms of Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP.

Dated: July 17, 2013           CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                 James L. Bromley (admitted *pro hac vice*)
                               Lisa M. Schweitzer (admitted *pro hac vice*)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone:  (212) 225-2000
                               Facsimile:  (212) 225-3999

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
_____*/s/ Ann C. Cordo*_____
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7367396.1