# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JUNE 1, 2013  THROUGH JUNE 30, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/10/2013 | Reviewed comments to omnibus objection exhibits provided by J. Croft of Cleary and updated accordingly. | 2.00 | 420 | 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/11/2013 | Reviewed comments to 32 omnibus objection exhibits provided by J. Croft of Cleary and investigated certain items. | 2.10 | 420 | 882.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/11/2013 | Reviewed comments to 33 omnibus objection exhibits provided by J. Croft of Cleary and investigated certain items. | 2.00 | 420 | 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/12/2013 | Reviewed 31st omnibus objection exhibits and documented comments. | 1.50 | 420 | 630.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/12/2013 | Reviewed and investigated employee claim items for purposes of omnibus objection. | 2.30 | 420 | 966.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/13/2013 | Reviewed 32nd omnibus objection exhibits and documented comments. | 2.50 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/13/2013 | Reviewed 33rd omnibus objection exhibits and documented comments. | 2.50 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/14/2013 | Reconciled 31st omnibus objection comments provided by J. Croft of Cleary and made necessary updates. | 2.40 | 420 | 1,008.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/14/2013 | Reconciled 32nd omnibus objection comments provided by J. Croft of Cleary and made necessary updates. | 2.30 | 420 | 966.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/14/2013 | Reconciled 33rd omnibus objection comments provided by J. Croft of Cleary and made necessary updates. | 2.40 | 420 | 1,008.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 6/14/2013 | Corresponded with A. Tsai of Epiq regarding omnibus objection exhibit updates. | 0.90 | 420 | 378.00 |
| 4 | Court Hearings / Preparation | James Lukenda | 6/24/2013 | Nortel - preparation for hearing, call with Huron manager, re hearing cancelled notice | 0.20 | 725 | 145.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/11/2013 | Updated monthly fee application documents and exhibits and provided to Huron MD for review. | 2.00 | 420 | 840.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/6/2013 | Investigated preference items per request of K. Sidhu of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/3/2013 | Updated employee claim reconciliation per request of K. Ponder of Nortel. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/3/2013 | Updated employee claims analysis and provided to Cleary. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/4/2013 | Reviewed and updated employee claims analysis. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/4/2013 | Updated employee claim reconciliation based on list of expunged claims. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/5/2013 | Updated employee claims analysis from D. Parker of Nortel. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/5/2013 | Reviewed employee claims items per request of M. Cilia of RLKS and J. Croft of Cleary. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/5/2013 | Updated employee claims analysis and provided to Epiq. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/6/2013 | Investigated employee claim items per request of J. Croft of Cleary and M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/6/2013 | Reviewed updated claim and schedule report provided by B. Hunt of Epiq. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/7/2013 | Updated employee claim reconciliation. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/7/2013 | Updated employee claims analysis and provided comments to M. Cilia of RLKS. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/10/2013 | Investigated employee claim items and followed up with J. Croft of Cleary and M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/12/2013 | Reviewed and updated employee claim reconciliation. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2013 | Reviewed and updated employee claim analysis and provided to D. Parker of Nortel. | 1.60 | 420 | 672.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/13/2013 | Reviewed and updated employee claim analysis and provided to K. Ponder of Nortel. | 1.40 | 420 | 588.00 |