# Exhibit B

**Nortel Exhibit B-Expense Details June 1, 2013 through June 30, 2013**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | $ - |