# EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1, 2013 THROUGH MAY 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,726.45 |
| Conference Call /Telephone/Video Conferencing | $3,944.00 |
| Courier Service/Postage | $255.89 |
| Duplicating (billed at $.10 per page) | $2,830.70 |
| Duplicating – Third Party Charges (billed at cost) | $215.64 |
| Document Production Charges | $355.60 |
| Meals/Committee Meeting Expenses | $4,980.11 |
| Travel Expenses – Airfare | $405.61 |
| Travel Expenses – Ground Transportation | $2,483.50 |
| Travel Expenses – Lodging | $1,009.80 |
| Travel Expenses – Parking | $52.64 |
| Travel Expenses – Telephone & Fax | $88.22 |
| Travel Expenses – Train Fare | $2,053.00 |
| Retained Professional Fees & Expenses | $532,937.72 |
| **TOTAL** | **$553,338.88** |