# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

<table>
<tr><td>NORTEL NETWORKS INC. CREDITORS COMMITTEE<br>ATTN: JOHN DOLITTLE<br>2221 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082</td><td>Invoice Number   1489165<br>Invoice Date   07/11/13<br>Client Number   687147<br>Matter Number   0001</td></tr>
</table>

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|------|-------|
| 03/10/13 | Meals - Business  Late working meal out of office.; Lisa Beckerman; Off the Wall | $50.00 |
| 03/17/13 | Meals - Business  Late working meal out of office.; Lisa Beckerman; Off the Wall | $50.00 |
| 03/22/13 | Meals - Business  Late working meal out of office.; Lisa Beckerman; Zina Grocery and Deli | $51.00 |
| 03/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #: 0588357152 DEPARTURE DATE: 03/26/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Hodara Fred S TICKET #: 0588353952 DEPARTURE DATE: 03/26/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB - Note - $130.00 credit below - INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 03/27/2013 ROUTE: NYP/WIL/NYP | $269.00 |
| 03/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB - Note - $130.00 credit below - INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Hodara Fred S TICKET #: | $269.00 |

| Date | Description | Amount |
|---|---|---|
| | DEPARTURE DATE: 03/27/2013 ROUTE: NYP/WIL/NYP | |
| 03/27/13 | Meals - Business  Late working meal out of office.; Lisa Beckerman; Casual Thai | $50.00 |
| 03/27/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 03/27/2013 ROUTE: WIL/NYP | $-130.00 |
| 03/27/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 03/27/2013 ROUTE: WIL/NYP | $-130.00 |
| 03/28/13 | Travel - Ground Transportation  Taxi from office to home - worked late; NYC Taxi | $7.00 |
| 03/28/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0588444593 DEPARTURE DATE: 03/28/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/28/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 04/02/2013 ROUTE: NYP/WIL/NYP | $235.00 |
| 04/02/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #: 0588574412 DEPARTURE DATE: 04/02/2013 ROUTE: WAS/NYP | $37.00 |
| 04/02/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: BOTTER DAVID TICKET #: 0588573542 DEPARTURE DATE: 04/03/2013 ROUTE: LGA/DCA/LGA | $45.00 |
| 04/02/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7215704763 DEPARTURE DATE: 04/03/2013 ROUTE: LGA/DCA/LGA | $721.22 |
| 04/02/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 04/03/2013 ROUTE: WAS/NYP | $139.00 |
| 04/03/13 | Travel - Airfare  VENDOR: DINERS | $-360.61 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1489165

| Date | Description | Amount |
|---|---|---|
| | CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7215704763 DEPARTURE DATE: 04/03/2013 ROUTE: DCA/LGA | |
| 04/04/13 | Document Retrieval  Usage From: 01/01/13 - 03/31/13 VENDOR: PACER SERVICE CENTER; INVOICE#: AK0004-Q12013; DATE: 4/4/2013  -  Account ID: AK0004 | $50.90 |
| 04/14/13 | Travel - Ground Transportation  Taxi from office to home - worked late; NYC Taxi | $9.00 |
| 04/15/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1409035 DATE: 4/21/2013 Fagen Matthew - Haru On Broadway - 04/15/2013 | $41.05 |
| 04/15/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1409035 DATE: 4/21/2013 Halabi Oz - The Original Fresh Tortillas Grill - 04/15/2013 | $21.99 |
| 04/16/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1409035 DATE: 4/21/2013 Yecies Jacqueline - Mangia 48th St.) - 04/16/2013 | $22.04 |
| 04/16/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1409035 DATE: 4/21/2013 Lilling Austin - Kodama Japanese - 04/16/2013 | $31.06 |
| 04/17/13 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 469864 DATE: 4/26/2013 SENDER'S NAME: DAVID BOTTER; JOB NUMBER: 8637153; PICKUP: 1 BRYANT PARK; DESTINATION: 4 KETTLEPOND ROAD; DATE: 04/17/2013 | $138.29 |
| 04/17/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0589166396 DEPARTURE DATE: 04/17/2013 ROUTE: WAS/NYP | $37.00 |
| 04/17/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #:   DEPARTURE DATE: 04/22/2013 ROUTE: WAS/NYP | $139.00 |
| 04/18/13 | Meals (100%)  4/15/13 M. Joseph - Litigation team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $54.44 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1489165

| | | |
|---|---|---|
| | 2033800237; DATE: 4/18/2013 | |
| 04/18/13 | Meals (100%) 4/17/13 M. Fagen - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800237; DATE: 4/18/2013 | $154.60 |
| 04/18/13 | Meals (100%) 4/18/13 M. Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800237; DATE: 4/18/2013 | $280.90 |
| 04/19/13 | Travel - Train Fare  Train returning to NYC after attending court.; Amtrak | $168.00 |
| 04/19/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0589269349 DEPARTURE DATE: 04/19/2013 ROUTE: WAS/NYP | $37.00 |
| 04/19/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #: 0589237534 DEPARTURE DATE: 04/19/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 04/19/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 04/24/2013 ROUTE: NYP/WIL/NYP | $260.00 |
| 04/20/13 | Meals - Business  Weekend work - coffee; J. Yecies; Starbucks | $4.19 |
| 04/21/13 | Meals - Business  Weekend work - coffee; J. Yecies; Starbucks | $4.19 |
| 04/22/13 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E173A DATE: 4/27/2013 TRACKING #: 1Z02E52E0154811064; PICKUP DATE: 04/22/2013; SENDER: Reginald Orcel; RECEIVER: Robert T. Wentland - Navigant; | $71.60 |
| 04/22/13 | Travel - Ground Transportation  Late working taxi home.; 687147 | $15.62 |
| 04/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0589322513 DEPARTURE DATE: 04/22/2013 ROUTE: WAS/NYP | $37.00 |
| 04/23/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1422034 DATE: 4/27/2013 Hodara Fred - Chop't Creative Salad Co. Times Square) - 04/23/2013 | $13.39 |
| 04/23/13 | Travel - Ground Transportation | $78.19 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1489165

| Date | Description | Amount |
|---|---|---|
| | VENDOR: DIAL CAR INC INVOICE#: 1161575 DATE: 5/1/2013 Vendor: Dial Car Voucher #: DLA3524911 Date: 04/23/2013 Name: Robert Johnson\|\|Car Service, Vendor: Dial Car Voucher #: DLA3524911 Date: 04/23/2013 Name: Robert Johnson | |
| 04/23/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 420; DATE ORDERED: 4/23/13 | $42.00 |
| 04/23/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0589368004 DEPARTURE DATE: 04/23/2013 ROUTE: NYP/WIL | $37.00 |
| 04/23/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #:   DEPARTURE DATE: 04/30/2013 ROUTE: NYP/WIL | $151.00 |
| 04/24/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1422034 DATE: 4/27/2013 Fagen Matthew - Haru On Broadway - 04/24/2013 | $32.37 |
| 04/24/13 | Travel - Train Fare  Train fare (Newark Penn to Wilmington, DE) - attend court hearing; Amtrak | $131.00 |
| 04/24/13 | Travel - Train Fare  Train fare (Wilmington to New York Penn) after court hearing; Amtrak | $118.00 |
| 04/24/13 | Travel - Ground Transportation  Taxi from home to Newark Penn Station re attendance at hearing in Wilmington; Universal Car Service | $35.00 |
| 04/24/13 | Meals - Business  Working lunch while attending court hearing.; Abid Qureshi, David Botter, Robert Johnson; Loma Coffee | $31.47 |
| 04/24/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1161575 DATE: 5/1/2013 Vendor: Dial Car Voucher #: DLA3524796 Date: 04/24/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3524796 Date: 04/24/2013 Name: Abid Qureshi | $39.12 |
| 04/24/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1161917 DATE: 5/8/2013 Vendor: Dial Car Voucher #: DLA3854584 Date: 04/24/2013 Name: Robert Johnson\|\|Car Service, Vendor: Dial Car Voucher #: DLA3854584 Date: | $74.11 |

| Date | Description | Amount |
|---|---|---|
| 04/24/13 | 04/24/2013 Name: Robert Johnson Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162361 DATE: 5/15/2013 Vendor: Dial Car Voucher #: DLA3908754 Date: 04/24/2013 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3908754 Date: 04/24/2013 Name: David Botter | $126.99 |
| 04/25/13 | Meals (100%) 4/22/13 S. Daly - In-person meeting w/Committee Professionals & Retained Professionals' (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800238; DATE: 4/25/2013 | $640.72 |
| 04/25/13 | Meals (100%) 4/23/13 M. Fagen - In-person meeting of committee and Ad Hoc Band professionals (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800238; DATE: 4/25/2013 | $358.74 |
| 04/25/13 | Meals (100%) 4/25/13 N. Kunen - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800238; DATE: 4/25/2013 | $118.02 |
| 04/25/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162361 DATE: 5/15/2013 Vendor: Dial Car Voucher #: DLA3759077 Date: 04/25/2013 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3759077 Date: 04/25/2013 Name: David Botter | $127.54 |
| 04/25/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162361 DATE: 5/15/2013 Vendor: Dial Car Voucher #: DLA3787498 Date: 04/25/2013 Name: Austin Lilling‖Car Service, Vendor: Dial Car Voucher #: DLA3787498 Date: 04/25/2013 Name: Austin Lilling | $189.78 |
| 04/26/13 | Travel - Train Fare Train to Wilmington, DE to attend court.; Amtrak | $131.00 |
| 04/26/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: APR13-53062500000206 DATE: 4/25/2013 PASSENGER: Beckerman Lisa TICKET #: DEPARTURE DATE: 04/26/2013 ROUTE: WAS/NYP | $-30.00 |
| 04/27/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162361 DATE: 5/15/2013 Vendor: Dial Car Voucher #: DLA3510728 Date: 04/27/2013 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3510728 Date: | $123.39 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1489165

| Date | Description | Amount |
|------|-------------|--------|
| 04/28/13 | 04/27/2013 Name: David Botter<br>Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 699497<br>DATE: 5/3/2013<br>Vendor: Executive Royal Voucher #:<br>402455 Date: 04/28/2013 Name: Lisa<br>Beckerman\|Car Service, Vendor:<br>Executive Royal Voucher #: 402455<br>Date: 04/28/2013 Name: Lisa Beckerman | $140.51 |
| 04/28/13 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 699497<br>DATE: 5/3/2013<br>Vendor: Executive Royal Voucher #:<br>424954 Date: 04/28/2013 Name: Lisa<br>Beckerman\|Car Service, Vendor:<br>Executive Royal Voucher #: 424954<br>Date: 04/28/2013 Name: Lisa Beckerman | $69.99 |
| 04/29/13 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 699497<br>DATE: 5/3/2013<br>Vendor: Executive Royal Voucher #:<br>381442 Date: 04/29/2013 Name: Lisa<br>Beckerman\|Car Service, Vendor:<br>Executive Royal Voucher #: 381442<br>Date: 04/29/2013 Name: Lisa Beckerman | $69.33 |
| 04/29/13 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1424748 DATE: 5/5/2013<br>KrasaBerstell Dagmara - Tina's<br>Restaurant Madison) - 04/29/2013 | $16.52 |
| 04/29/13 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1424748 DATE: 5/5/2013<br>Samper Jonathan - Tina's Restaurant<br>Madison) - 04/29/2013 | $16.51 |
| 04/29/13 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 699932<br>DATE: 5/10/2013<br>Vendor: Executive Royal Voucher #:<br>429055 Date: 04/29/2013 Name:<br>Dagmara Krasa-Berstell\|Car Service,<br>Vendor: Executive Royal Voucher #:<br>429055 Date: 04/29/2013 Name:<br>Dagmara Krasa-Berstell | $59.88 |
| 04/29/13 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#:<br>1162361 DATE: 5/15/2013<br>Vendor: Dial Car Voucher #:<br>DLA3854171 Date: 04/29/2013 Name:<br>Oz Halabi\|Car Service, Vendor: Dial Car<br>Voucher #: DLA3854171 Date:<br>04/29/2013 Name: Oz Halabi | $106.75 |
| 04/29/13 | Meals - Business  Meal for A. Kurichety<br>@ Hotel Dupont; A. Kurichety; Hotel | $40.30 |

| | | |
|---|---|---|
| | Dupont | |
| 04/29/13 | Travel - Lodging (Hotel, Apt, Other)  A. Kurichety's Dupont Hotel Stay (2 nights); Lodging @ Hotel Dupont; Hotel Dupont | $1,009.80 |
| 04/29/13 | Travel - Ground Transportation  A. Kurichety's cab fare from Airport to Hotel; Philadelphia Taxi | $61.31 |
| 04/29/13 | Meals - Business  Snack for A Kurichety @ LAX; A. Kurichety; CPK, LAX | $12.96 |
| 04/30/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699497 DATE: 5/3/2013  Vendor: Executive Royal Voucher #: 344934 Date: 04/30/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 344934 Date: 04/30/2013 Name: Lisa Beckerman | $69.33 |
| 04/30/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1424748 DATE: 5/5/2013 Johnson Robert - Aki Sushi West - 04/30/2013 | $25.64 |
| 04/30/13 | Meals (100%)  4/22/13 - Order ID: 357001035 - A. Kurichety VENDOR: SEAMLESS NORTH AMERICA LLC; INVOICE#: 1424196; DATE: 4/30/2013 | $20.42 |
| 05/01/13 | Duplication - In House  Photocopy - User # 990100, NY, 4504 page(s) | $450.40 |
| 05/01/13 | Duplication - In House  Photocopy - User # 990100, NY, 40 page(s) | $4.00 |
| 05/01/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/1/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.36 |
| 05/01/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1424748 DATE: 5/5/2013 Catering Akin Gump - Mendy's Kosher Restaurant - 05/01/2013 | $34.14 |
| 05/01/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 1600; DATE ORDERED: 5/1/13 | $160.00 |
| 05/01/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699932 DATE: 5/10/2013  Vendor: Executive Royal Voucher #: 411097 Date: 05/01/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 411097 Date: 05/01/2013 Name: Lisa Beckerman | $69.33 |
| 05/01/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162361 DATE: 5/15/2013 | $43.56 |

| | | |
|---|---|---|
| | Vendor: Dial Car Voucher #: DLA3784283 Date: 05/01/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3784283 Date: 05/01/2013 Name: Abid Qureshi | |
| 05/01/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162361 DATE: 5/15/2013 | $74.11 |
| | Vendor: Dial Car Voucher #: DLA3909897 Date: 05/01/2013 Name: Robert Johnson\|\|Car Service, Vendor: Dial Car Voucher #: DLA3909897 Date: 05/01/2013 Name: Robert Johnson | |
| 05/01/13 | Travel - Parking  Parking @ LAX for A. Kurichety; Park N Fly @ LAX | $52.64 |
| 05/01/13 | Travel - Ground Transportation  Taxi to Amtrak station to attend court hearing; Medallion cab | $11.30 |
| 05/01/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/1/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.36 |
| 05/02/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1424748 DATE: 5/5/2013 Fagen Matthew - Haru On Broadway - 05/02/2013 | $28.86 |
| 05/02/13 | Meals (100%)  4/29/13 J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800239; DATE: 5/2/2013 | $27.22 |
| 05/02/13 | Meals (100%)  4/30/13 J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800239; DATE: 5/2/2013 | $27.22 |
| 05/02/13 | Meals (100%)  5/1/13 M. Fagen - Meeting for hearing (5 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800239; DATE: 5/2/2013 | $172.46 |
| 05/02/13 | Meals (100%)  5/1/13 N. Kunen - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800239; DATE: 5/2/2013 | $143.72 |
| 05/02/13 | Meals (100%)  5/2/13 N. Kunen - In-person committee meeting working meal (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800239; DATE: 5/2/2013 | $1,345.70 |
| 05/03/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 836 page(s) | $83.60 |
| 05/03/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 694 page(s) | $69.40 |
| 05/03/13 | Computerized Legal Research - Westlaw User: ORCEL,REGINALD J Date: | $66.04 |

| | | |
|---|---|---|
| | 5/3/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 05/03/13 | Computerized Legal Research - Westlaw User: ORCEL,REGINALD J Date: 5/3/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $66.04 |
| 05/04/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1424748 DATE: 5/5/2013 Orcel Reginald - Chef Yu - 05/04/2013 | $15.00 |
| 05/05/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1424748 DATE: 5/5/2013 Yecies Jacqueline - Wondee Siam II - 05/05/2013 | $27.93 |
| 05/05/13 | Audio and Web Conference Services April 2013 VENDOR: TELCONF LLC; INVOICE#: 05001-01001-13; DATE: 5/5/2013 | $3,944.00 |
| 05/05/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699932 DATE: 5/10/2013  Vendor: Executive Royal Voucher #: 400505 Date: 05/05/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 400505 Date: 05/05/2013 Name: Lisa Beckerman | $71.32 |
| 05/05/13 | Travel - Ground Transportation  Taxi from office to home - worked late; NYC Taxi | $9.35 |
| 05/05/13 | Meals - Business  Weekend work - lunch; J. Yecies; Chop't | $15.31 |
| 05/06/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 5/6/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $85.75 |
| 05/06/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 600; DATE ORDERED: 5/6/13 | $60.00 |
| 05/06/13 | Travel - Telephone & Fax  Internet use for Owusu; Internet | $83.27 |
| 05/06/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1162418 DATE: 5/22/2013  Vendor: Dial Car Voucher #: DLA3837814 Date: 05/06/2013 Name: Joseph Ginsberg‖Car Service, Vendor: Dial Car Voucher #: DLA3837814 Date: 05/06/2013 Name: Joseph Ginsberg | $105.73 |
| 05/06/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1429124 DATE: 5/12/2013 Fagen Matthew - Shun Lee West - 05/06/2013 | $34.03 |
| 05/07/13 | Duplication - In House  Photocopy - | $17.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1489165

| Date | Description | Amount |
|---|---|---|
| | Orcel, Reginald, NY, 170 page(s) | |
| 05/07/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 536 page(s) | $53.60 |
| 05/07/13 | Computerized Legal Research - Westlaw User: ORCEL,REGINALD J Date: 5/7/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $578.08 |
| 05/08/13 | Duplication - In House  Photocopy - User # 990100, NY, 117 page(s) | $11.70 |
| 05/08/13 | Duplication - In House  Photocopy - User # 990100, NY, 972 page(s) | $97.20 |
| 05/08/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/8/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $87.03 |
| 05/08/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 936; DATE ORDERED: 5/8/13 | $93.60 |
| 05/08/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1429124 DATE: 5/12/2013 Fagen Matthew - Haru On Broadway - 05/08/2013 | $31.78 |
| 05/09/13 | Meals (100%)  5/3/13 M. Fagen - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800240; DATE: 5/9/2013 | $172.46 |
| 05/09/13 | Meals (100%)  5/6/13 M. Fagen - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800240; DATE: 5/9/2013 | $143.72 |
| 05/09/13 | Meals (100%)  5/6/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800240; DATE: 5/9/2013 | $143.72 |
| 05/09/13 | Meals (100%)  5/8/13 N. Kunen - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800240; DATE: 5/9/2013 | $172.46 |
| 05/09/13 | Meals (100%)  5/9/13 N. Kunen - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800240; DATE: 5/9/2013 | $172.46 |
| 05/10/13 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 472285 DATE: 5/10/2013 SENDER'S NAME: MATT FAGEN; JOB NUMBER: 8763267; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 05/10/2013 | $46.00 |
| 05/10/13 | Travel - Ground Transportation | $69.33 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1489165

|          |                                                                                                                                                                                                                                                                 |          |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|          | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700142 DATE: 5/17/2013 Vendor: Executive Royal Voucher #: 428862 Date: 05/10/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 428862 Date: 05/10/2013 Name: Lisa Beckerman              |          |
| 05/13/13 | Duplication - In House  Photocopy - User # 990100, NY, 280 page(s)                                                                                                                                                                                             | $28.00   |
| 05/13/13 | Duplication - In House  Photocopy - User # 990100, NY, 470 page(s)                                                                                                                                                                                             | $47.00   |
| 05/14/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700400 DATE: 5/24/2013 Vendor: Executive Royal Voucher #: 426274 Date: 05/14/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 426274 Date: 05/14/2013 Name: Lisa Beckerman | $69.33   |
| 05/14/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700400 DATE: 5/24/2013 Vendor: Executive Royal Voucher #: 421390 Date: 05/14/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 421390 Date: 05/14/2013 Name: Lisa Beckerman | $69.33   |
| 05/15/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700400 DATE: 5/24/2013 Vendor: Executive Royal Voucher #: 424770 Date: 05/15/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 424770 Date: 05/15/2013 Name: Lisa Beckerman | $69.33   |
| 05/16/13 | Duplication - In House  Photocopy - Krane, Jessica, NY, 683 page(s)                                                                                                                                                                                            | $68.30   |
| 05/16/13 | Duplication - In House  Photocopy - Lupton, Michael, NY, 896 page(s)                                                                                                                                                                                           | $89.60   |
| 05/16/13 | Duplication - In House  Photocopy - User # 990100, NY, 2169 page(s)                                                                                                                                                                                            | $216.90  |
| 05/16/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1431305 DATE: 5/19/2013 Gulati Sunny - Go Sushi 51st/9th) - 05/16/2013                                                                                                                                | $30.65   |
| 05/16/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700400 DATE: 5/24/2013 Vendor: Executive Royal Voucher #: 312992 Date: 05/16/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 312992                      | $69.33   |

| Date | Description | Amount |
|------|-------------|--------|
| 05/16/13 | Date: 05/16/2013 Name: Lisa Beckerman Travel - Telephone & Fax  Fee for Delta Airlines in-flight internet use re: flight to Washington, D.C. to attend meeting.; Nortel - Delta Airlines Boingo | $4.95 |
| 05/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 1422 page(s) | $142.20 |
| 05/17/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1431305 DATE: 5/19/2013 Fagen Matthew - Dig Inn Seasonal Market  275 Madison - 05/17/2013 | $22.41 |
| 05/18/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/18/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.04 |
| 05/19/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700400 DATE: 5/24/2013  Vendor: Executive Royal Voucher #: 402321 Date: 05/19/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 402321 Date: 05/19/2013 Name: Lisa Beckerman | $69.33 |
| 05/19/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/19/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $136.09 |
| 05/19/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/19/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $263.23 |
| 05/20/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700400 DATE: 5/24/2013  Vendor: Executive Royal Voucher #: 410400 Date: 05/20/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 410400 Date: 05/20/2013 Name: Lisa Beckerman | $69.33 |
| 05/20/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1435634 DATE: 5/26/2013 Fagen Matthew - Arno - 05/20/2013 | $23.72 |
| 05/21/13 | Computerized Legal Research - Westlaw User: FAHIMY,GEELAN Date: 5/21/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 05/21/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/21/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $18.35 |
| 05/21/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1435634 DATE: 5/26/2013 Fagen Matthew - Haru On Broadway - | $37.17 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                              Page 14
Invoice Number: 1489165                                                            July 11, 2013

| | | |
|---|---|---|
| 05/21/13 | 05/21/2013<br>Duplication - Off Site  Heavy Litigation<br>VENDOR: SITELOGIC<br>TECHNOLOGIES LLC; INVOICE#:<br>629870; DATE: 5/21/2013 | $215.64 |
| 05/22/13 | Computerized Legal Research - Westlaw<br>User: FAGEN,MATTHEW Date:<br>5/22/2013 AcctNumber: 1000193694<br>ConnectTime: 0.0 | $281.58 |
| 05/22/13 | Meals (100%)  VENDOR: SEAMLESS<br>NORTH AMERICA LLC INVOICE#:<br>1435634 DATE: 5/26/2013<br>Fagen Matthew - Pita Grill of Hell's<br>Kitchen - 05/22/2013 | $15.45 |
| 05/22/13 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 700624<br>DATE: 5/31/2013<br> Vendor: Executive Royal Voucher #:<br>396254 Date: 05/22/2013 Name: Lisa<br>Beckerman‖Car Service, Vendor:<br>Executive Royal Voucher #: 396254<br>Date: 05/22/2013 Name: Lisa Beckerman | $69.33 |
| 05/23/13 | Duplication - In House  Photocopy -<br>Orcel, Reginald, NY, 70 page(s) | $7.00 |
| 05/23/13 | Duplication - In House  Photocopy -<br>Orcel, Reginald, NY, 5186 page(s) | $518.60 |
| 05/23/13 | Duplication - In House  Photocopy - User<br># 990100, NY, 1044 page(s) | $104.40 |
| 05/23/13 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 700624<br>DATE: 5/31/2013<br> Vendor: Executive Royal Voucher #:<br>312997 Date: 05/23/2013 Name: Lisa<br>Beckerman‖Car Service, Vendor:<br>Executive Royal Voucher #: 312997<br>Date: 05/23/2013 Name: Lisa Beckerman | $69.33 |
| 05/25/13 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH<br>SERVICES, INC INVOICE#: 700624<br>DATE: 5/31/2013<br> Vendor: Executive Royal Voucher #:<br>419066 Date: 05/25/2013 Name: Lisa<br>Beckerman‖Car Service, Vendor:<br>Executive Royal Voucher #: 419066<br>Date: 05/25/2013 Name: Lisa Beckerman | $71.99 |
| 05/28/13 | Duplication - In House  Photocopy - User<br># 990100, NY, 440 page(s) | $44.00 |
| 05/30/13 | Duplication - In House  Photocopy - User<br># 990100, NY, 1460 page(s) | $146.00 |
| 05/31/13 | Duplication - In House  Photocopy -<br>Gulati, Sunny, NY, 2896 page(s) | $289.60 |
| 05/31/13 | Duplication - In House  Photocopy - User<br># 990100, NY, 3422 page(s) | $342.20 |

Current Expenses                                                                  $20,401.16