# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 61.00 | $61,000.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 184.70 | $184,700.00 |
| Joseph Ginsberg | Partner for 13 years; Admitted in 1990; Real Estate Department | $715 | 18.80 | $13,442.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 123.15 | $135,465.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 181.60 | $157,992.00 |
| Stephen B. Kuhn | Partner for 13 years, Admitted in 1991; Corporate Department | $850 | 5.50 | $4,675.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 49.05 | $44,145.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $850 | 28.90 | $24,565.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 73.70 | $53,064.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 81.30 | $54,064.50 |
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 152.30 | $102,802.50 |
| Arun Kurichety | Counsel for 1 year; Admitted in 2006; Financial Restructuring Department | $675 | 5.20 | $3,510.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Vondle | Counsel for 4 years; Admitted in 2002; Intellectual Property Department | $600 | 17.60 | $10,560.00 |
| Graeme Bell | International Law Advisor for 5 years; Admitted in 2008; Financial Restructuring | $760 | 12.50 | $9,500.00 |
| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 2.80 | $1,582.00 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 130.30 | $58,635.00 |
| Geelan A. Fahimy | Associate for 1 years; Admitted in 2012; Litigation department | $365 | 10.80 | $3,942.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 31.10 | $13,684.00 |
| Jacqueline Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 29.80 | $17,284.00 |
| Ashton Barrineau | Summer Associate; Second Year Law Student | $245 | 4.50 | $1,102.50 |
| Jacob E. Itzkowitz | Summer Associate; Second Year Law Student | $350 | 8.90 | $3,115.00 |
| Vincent E. Colavita | Legal Assistant for 2 years; Litigation Department | $235 | 1.30 | $305.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 2.40 | $588.00 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 26.20 | $6,812.00 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $245 | 7.20 | $1,764.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 15.40 | $4,389.00 |

Total Amount of Fees:     $972,688.00
Total Number of Hours:  1,266.00
Blended Hourly Rate:      $768.32