# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*[1], ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Re: Doc. No: 10566** |
| ) | |

## NOTICE OF SERVICE OF CERTIFICATION OF THE
## CANADIAN CREDITORS COMMITTEE TO CORE PARTIES OF
## SUBSTANTIAL COMPLETION WITH REGARD TO PRODUCTION PRODUCTION

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan dated May 17, 2013 [D.I. 10566] (the "**Order**"), counsel for the Canadian Creditors Committee (the "**CCC**") this date served by electronic mail on counsel for the Core Parties, as defined in the Order, certification of the CCC's substantial completion with regard to the collection, review and production of documents requested of the CCC pursuant to that certain *Agreed Set of Consolidated Document Requests and Interrogatories* dated as of June 20, 2013.

Dated: July 19, 2013
         Wilmington, Delaware                    Respectfully submitted,

                                                 **DLA PIPER, LLP (US)**
                                                  /s/  Selinda A. Melnik
                                                 Selinda A. Melnik (No. 4032)
                                                 919 North Market Street, Suite 1500
                                                 Wilmington, DE 19801
                                                 Tel: +1.302.468.5650
                                                 Email: selinda.melnik@dlapiper.com

                                                 *Counsel for the Canadian Creditors Committee*

---

[1] The Debtors in the above-captioned Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation , CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc.