# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2013 - May 31, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | May 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 4.5 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 9.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 232.0 |
| 15 | Travel | 23.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **268.5** |

**Summary of Services Rendered by Professional**

| Name | May 2013 Hours |
|---|---|
| Michael Kennedy, Member | 120.5 |
| Matthew Rosenberg, Managing Director | 78.0 |
| Aaron Taylor, Vice President | 70.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| **TOTAL** | **268.5** |

**Nortel Networks, Inc**
May 1, 2013 - May 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | May 2013 Hours | Code |
|---|---|---:|---:|
| 5/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 5/2/2013 | Review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 5/2/2013 | Review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 5/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/3/2013 | Call and communications w/ Cleary re: claim litigation | 0.5 | 14 |
| 5/6/2013 | Calls and comminication re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/7/2013 | Review draft material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/7/2013 | Call and communications w/ Cleary re: claim litigation | 1.0 | 14 |
| 5/7/2013 | Calls with Capstone | 1.0 | 6 |
| 5/8/2013 | Travel to NY | 4.0 | 15 |
| 5/8/2013 | Review CCAA claims data and filings | 1.5 | 1 |
| 5/9/2013 | Meetings and discussions re allocation, claims, court matters and case management | 6.0 | 14 |
| 5/9/2013 | Travel to Chicago | 4.0 | 15 |
| 5/10/2013 | Review US Debtor operational and forecast materials | 1.0 | 1 |
| 5/10/2013 | Review and discuss material re allocation litigation | 4.0 | 14 |
| 5/10/2013 | Review and discuss material re claim litigation | 2.0 | 14 |
| 5/11/2013 | Review and discuss material re allocation litigation | 2.0 | 14 |
| 5/13/2013 | Calls & communications with Capstone | 1.0 | 6 |
| 5/13/2013 | Calls and comminication re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/13/2013 | Review draft material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/14/2013 | Calls & communications with Capstone | 1.0 | 6 |
| 5/14/2013 | Follow-up data review from communications with UCC advisors | 2.0 | 6 |
| 5/14/2013 | Review draft material re allocation litigation | 2.0 | 14 |
| 5/15/2013 | Calls and discussions with Cleary ad hoc advisors re: litigation | 2.0 | 6 |
| 5/16/2013 | Calls and discussions with Cleary, UCC and advisors re: litigation | 2.0 | 6 |
| 5/16/2013 | Follow-up calls and data review with Cleary | 0.5 | 14 |
| 5/16/2013 | Review draft material re allocation litigation | 5.0 | 14 |
| 5/17/2013 | Review draft material re claim litigation and allocation litigation | 6.0 | 14 |
| 5/18/2013 | Review CCAA Monitors report | 1.0 | 1 |
| 5/18/2013 | Calls and comminication re allocation, claims, court matters and case management | 2.5 | 14 |
| 5/18/2013 | Review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/21/2013 | Review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 5/21/2013 | Follow-up calls and data review with Cleary | 0.5 | 14 |
| 5/22/2013 | Call and communications w/ Cleary re: claim litigation | 1.0 | 14 |
| 5/22/2013 | Meetings/conf. call re allocation, claims, court matters and case management | 5.0 | 14 |
| 5/23/2013 | Review RM Report | 1.0 | 1 |
| 5/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 5/29/2013 | Review draft material re allocation litigation | 2.0 | 14 |
| 5/29/2013 | Review, comment and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/30/2013 | Review, comment and discuss material re claim litigation and allocation litigation | 8.0 | 14 |
| 5/31/2013 | Review, comment and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| | **May 2013 Total** | **120.5** | |

**Nortel Networks, Inc**
May 1, 2013 - May 31, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | May 2013 Hours | Code |
|---|---|---|---|
| 5/1/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 5/6/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/7/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/8/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 5/9/2013 | Meetings and analysis re allocation, claims, court matters and case management | 6.0 | 14 |
| 5/9/2013 | Travel to Chicago | 4.0 | 15 |
| 5/10/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management; meetings with professionals | 2.0 | 15 |
| 5/13/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management; meetings with professionals | 2.0 | 14 |
| 5/14/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/15/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 5/16/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 15 |
| 5/17/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 15 |
| 5/18/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/19/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 5/20/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 6.0 | 14 |
| 5/21/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 5/21/2013 | Travel to NYC | 4.0 | 15 |
| 5/22/2013 | Meetings and analysis re allocation, claims, court matters and case management | 5.0 | 14 |
| 5/23/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 5/24/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 5/27/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/28/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 5/29/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 5/30/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| **May 2013 Total** | | **78.0** | |

**Nortel Networks, Inc**
May 1, 2013 - May 31, 2013 Time Detail
Chilmark Partners, LLC
Aaron Taylor

| Date | Description of Work | May 2013 Hours | Code |
|---|---|---:|---:|
| 5/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/2/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/6/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 5/6/2013 | Calls and comminication re allocation, claims, court matters and case management | 2.0 | 14 |
| 5/7/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 5/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 5/14/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/22/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 5/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 5/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 5/31/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| **May 2013 Total** | | **70.0** | |