# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through May 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 4/9/13-4/11/13 ** | Flight to New York, NY | $ 244.90 |
| Matt Rosenberg | 4/9/13-4/11/13 ** | Hotel (two nights) | $ 500.00 |
| Matt Rosenberg | 4/9/13-4/11/13 ** | Ground Transportation | $ 146.00 |
| Mike Kennedy | 5/8/13-5/9/13 | Flight to New York, NY | $ 962.33 |
| Mike Kennedy | 5/8/13-5/9/13 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 5/8/13-5/9/13 | Ground Transportation | $ 131.50 |
| Mike Kennedy | 5/8/13-5/9/13 | Breakfast | $ 15.00 |
| Mike Kennedy | 5/8/13-5/9/13 | Lunch | $ 20.00 |
| Mike Kennedy | 5/8/13-5/9/13 | Dinner | $ 40.00 |
| Mike Kennedy | 5/8/13-5/9/13 | Dinner | $ 16.29 |
| Matt Rosenberg | 5/6/13-5/9/13 ** | Flight to New York, NY | $ 283.40 |
| Matt Rosenberg | 5/6/13-5/9/13 ** | Hotel (three nights) | $ 750.00 |
| Matt Rosenberg | 5/6/13-5/9/13 ** | Ground Transportation | $ 153.00 |
| Matt Rosenberg | 5/6/13-5/9/13 ** | Breakfast | $ 10.00 |
| Matt Rosenberg | 5/6/13-5/9/13 ** | Lunch | $ 25.00 |
| Matt Rosenberg | 5/6/13-5/9/13 ** | Dinner | $ 50.00 |
| Matt Rosenberg | 5/21/13-5/23/13 | Flight to New York, NY | $ 250.90 |
| Matt Rosenberg | 5/21/13-5/23/13 | Hotel (two nights) | $ 500.00 |
| Matt Rosenberg | 5/21/13-5/23/13 | Ground Transportation | $ 111.00 |
| Matt Rosenberg | 5/21/13-5/23/13 | Dinner for four people | $ 100.00 |
| **Total Expenses** | | | **$ 4,809.32** |

** Trip was for two separate clients and travel expenses were split between the two clients.