# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**June 1, 2013 - June 30, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Jun 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 12.5 |
| 7 | Claims Administration and Analysis | 5.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 201.0 |
| 15 | Travel | 12.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **235.5** |

**Summary of Services Rendered by Professional**

| Name | Jun 2013 Hours |
|---|---|
| Michael Kennedy, Member | 104.0 |
| Matthew Rosenberg, Managing Director | 41.0 |
| Aaron Taylor, Vice President | 60.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 30.5 |
| **TOTAL** | **235.5** |

**Nortel Networks, Inc**
June 1, 2013 - June 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Jun 2013 Hours | Code |
|---|---|---|---|
| 6/3/2013 | Calls with Capstone | 1.0 | 6 |
| 6/3/2013 | Call w/ Cleary and advisors re: claim update and discussion | 2.0 | 7 |
| 6/3/2013 | Prepare and review material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/3/2013 | Review cash flash report | 1.0 | 1 |
| 6/4/2013 | Prepare and review material re claim litigation and allocation litigation | 6.0 | 14 |
| 6/5/2013 | Calls with Capstone | 0.5 | 6 |
| 6/5/2013 | Review cash flash report | 0.5 | 1 |
| 6/6/2013 | Review cash forecast report | 0.5 | 1 |
| 6/6/2013 | Prepare and review material re claim litigation and allocation litigation | 5.0 | 14 |
| 6/7/2013 | Prepare and review material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/7/2013 | Review material and documents provided by Nortel re: allocation | 2.0 | 14 |
| 6/10/2013 | Call and communications w/ Cleary re: claim litigation | 1.0 | 14 |
| 6/10/2013 | Calls and comminication re allocation, claims, court matters and case management | 1.0 | 14 |
| 6/10/2013 | Prepare, review and discuss material re claim litigation | 3.0 | 14 |
| 6/11/2013 | Calls with Capstone | 1.0 | 6 |
| 6/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 6/11/2013 | Calls and communications with Nortel management re: allocation and litigation data | 2.0 | 14 |
| 6/11/2013 | Review US Debtor operational and forecast materials | 1.0 | 1 |
| 6/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.5 | 14 |
| 6/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/14/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/18/2013 | Review and discuss discussion material re: US Debtors non-litigation claims | 3.0 | 7 |
| 6/19/2013 | Travel to NY | 4.0 | 15 |
| 6/19/2013 | Meetings, discussions and follow-up review re allocation, claims, court matters and case management | 5.0 | 14 |
| 6/20/2013 | Meetings with creditor advisors re: US Debtors claims | 4.0 | 6 |
| 6/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/20/2013 | Travel to Chicago | 4.0 | 15 |
| 6/21/2013 | Review cash flash report | 1.0 | 1 |
| 6/21/2013 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 6/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/25/2013 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 6/25/2013 | Review mediation material re: allocation litigation | 2.0 | 14 |
| 6/25/2013 | Conference call with Cleary re: allocation litigation | 3.0 | 14 |
| 6/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 6/26/2013 | Review RM Report | 1.0 | 1 |
| 6/27/2013 | Review and discuss material re claim litigation | 3.0 | 14 |
| 6/27/2013 | Review material from management re: allocation and litigation data | 2.0 | 14 |
| 6/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| | **Jun 2013 Total** | **104.0** | |

**Nortel Networks, Inc**
June 1, 2013 - June 30, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Jun 2013 Hours | Code |
|---|---|---|---|
| 6/3/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 6/4/2013 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 6/5/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/6/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/7/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/10/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/11/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/12/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/13/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/14/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/18/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/19/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 6/20/2013 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 6/20/2013 | Travel | 4.0 | 15 |
| 6/21/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/24/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 6/25/2013 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 6/26/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 6/27/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |

**Jun 2013 Total**  **41.0**

**Nortel Networks, Inc**
June 1, 2013 - June 30, 2013 Time Detail
Chilmark Partners, LLC
Aaron Taylor

| Date | Description of Work | Jun 2013 Hours | Code |
|---|---|---|---|
| 6/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 6/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/5/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/6/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/7/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 6/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 6/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 6/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 6/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 6/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 6/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| | **Jun 2013 Total** | **60.0** | |

**Nortel Networks, Inc**
June 1, 2013 - June 30, 2013 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Jun 2013 Hours | Code |
|---|---|---|---|
| 6/10/2013 | Review and discuss material re allocation & litigation | 3.0 | 14 |
| 6/11/2013 | Review and discuss material re allocation & litigation | 2.0 | 14 |
| 6/12/2013 | Review and discuss material re allocation & litigation | 2.0 | 14 |
| 6/13/2013 | Review and discuss material re allocation & litigation | 4.0 | 14 |
| 6/14/2013 | Review and discuss material re allocation & litigation | 1.5 | 14 |
| 6/17/2013 | Review and discuss material re allocation & litigation | 3.5 | 14 |
| 6/20/2013 | Meetings with creditor advisors re: US Debtors claims | 4.0 | 6 |
| 6/20/2013 | Prepare material re allocation litigation - R&D | 3.5 | 14 |
| 6/25/2013 | Review of documents and material re: litigation | 4.0 | 14 |
| 6/25/2013 | Call with other professionals re allocation & litigation | 2.0 | 6 |
| 6/25/2013 | Research regarding allocation data | 1.0 | 14 |
| **Jun 2013 Total** | | **30.5** | |