# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2013 through June 30, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 6/19/13-6/20/13 | Flight to New York, NY | $ 962.33 |
| Mike Kennedy | 6/19/13-6/20/13 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 6/19/13-6/20/13 | Ground Transportation | $ 146.00 |
| Mike Kennedy | 6/19/13-6/20/13 | Dinner | $ 50.00 |
| Matt Rosenberg | 6/18/13-6/20/13 ** | Flight to New York, NY | $ 293.90 |
| Matt Rosenberg | 6/18/13-6/20/13 ** | Hotel (three nights) | $ 500.00 |
| Matt Rosenberg | 6/18/13-6/20/13 ** | Ground Transportation | $ 150.00 |
| Matt Rosenberg | 6/18/13-6/20/13 ** | Breakfast | $ 7.50 |
| Matt Rosenberg | 6/18/13-6/20/13 ** | Dinner | $ 25.00 |
| Matt Rosenberg | 6/18/13-6/20/13 ** | Dinner | $ 17.50 |
| **Total Expenses** | | | **$ 2,652.23** |

** Trip was for two separate clients and travel expenses were split between the two clients.