# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 11047 and 11078 |

**CERTIFICATE OF NO OBJECTION REGARDING
AMENDED TWENTY SECOND MONTHLY APPLICATION
OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF MAY 1, 2013 THROUGH MAY 31, 2013**

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to either of the Twenty Second Monthly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants of Nortel Networks, Inc., for Compensation and Reimbursement of Expenses for the period May 1, 2013 through May 31, 2013 filed by Official Committee of Long-Term Disability Participants (the "Application") (Docket No. 11047) or the Amended Twenty Second Monthly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants of Nortel Networks, Inc., for Compensation and Reimbursement of Expenses for the period May 1, 2013 through May 31, 2013 filed by Official

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Committee of Long-Term Disability Participants (the "Amended Application") (Docket No. 11078) filed on June 28, 2013.and July 9, 2013, respectively.

2.     Pursuant to the Notice of Application, objections to the Application were to be filed and served by July 18, 2013 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures section 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3.     The Application requested allowance of fees in the amount of $174,027.00 and expenses in the amount of $39,912.49 pursuant to the Administrative Order Pursuant to 11 U.S.C. sections 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $139,221.60 (80% of $174,027.00) and payment of 100% of the expenses in the amount of $39,912.49 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Elliott Greenleaf fee and expense request.

*[signature on next page]*

2

Dated: July 22, 2013
      Wilmington, DE

ELLIOTT GREENLEAF

*/s/ Shelley A. Kinsella*
_____
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*

3