# EXHIBIT A

# ⇒‖ ERNST & YOUNG

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

INVOICE NUMBER: US0130845521

June 1, 2013

**NORTEL NETWORKS INC**
Tim Ross, Chief Financial Officer
PO Box 280510
Nashville, TN 37228

| PLEASE REMIT TO: |
|---|
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: US017    CLIENT NUMBER: 60009478

Pursuant to the 6th Amendment (dated December 12, 2012) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 6 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                           $450,000

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

*Due to our fiscal year end close, your payment is appreciated prior to June 28, 2013.*

*Thank You!*

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**