# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 6/1/2013 | 6/30/2013 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 50.20 | $450.00 | $22,590.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 46.50 | $450.00 | $20,925.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration | 33.20 | $450.00 | $14,940.00 |
| 7 | Tax/Finance Matters and Budget Projects | 3.80 | $450.00 | $1,710.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **139.70** | | **$62,865.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/1/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 6/2/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 2.2 |
| 6/2/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 0.5 |
| 6/3/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 6/4/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.5 |
| 6/4/2013 | Livelink server issues / troubleshooting / configuration changes/ Weekly Meeting | Brandon Bangerter | 1 | 2.5 |
| 6/5/2013 | ADP Server troublshooting / testing DEV to test updates / NetBackup monitoring | Brandon Bangerter | 1 | 1.5 |
| 6/6/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 6/6/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 1.0 |
| 6/9/2013 | Desktop profile issues / server maintenance, troubleshooting | Brandon Bangerter | 1 | 1.0 |
| 6/10/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 6/11/2013 | NNI vault troubleshooting / weekly meeting dicussions | Brandon Bangerter | 1 | 1.5 |
| 6/12/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 1.0 |
| 6/13/2013 | NNI vault space issues / weekly IT meeting discussion and resolutions | Brandon Bangerter | 1 | 2.5 |
| 6/14/2013 | Desktop profile issues / server maintenance, troubleshooting | Brandon Bangerter | 1 | 1.0 |
| 6/15/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 6/17/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 0.5 |
| 6/18/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 6/18/2013 | Weekly IT meeting / server discussions | Brandon Bangerter | 1 | 1.5 |
| 6/19/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 6/20/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 6/20/2013 | Weekly meeting updates / schedules / Cleary requests (DBR) process | Brandon Bangerter | 1 | 1.5 |
| 6/21/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.5 |
| 6/23/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 6/24/2013 | DBR restore process with Cleary requests / server maintenance | Brandon Bangerter | 1 | 1.5 |
| 6/25/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 8.5 |
| 6/25/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 1.0 |
| 6/26/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.5 |
| 6/26/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 6/27/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.0 |
| 6/27/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 6/29/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 6/29/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 6/1/2013 | HR Development and Support | Raj Perubhatla | 3 | 0.5 |
| 6/2/2013 | IT Infrastructure Support | Raj Perubhatla | 3 | 1.5 |

# NORTEL TIME SHEET

## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/3/2013 | Correspondence received, reviewed, responded re LTD Severance and Declaration | Kathryn Schultea | 3 | 1.0 |
| 6/3/2013 | HR Development and Support | Raj Perubhatla | 3 | 3.5 |
| 6/4/2013 | Correspondence received, reviewed, responded re Nortel Benefits (Prudential & LTD) | Kathryn Schultea | 3 | 2.2 |
| 6/5/2013 | Correspondence received, reviewed, responded re Nortel LTD (Prudential Follow-up) | Kathryn Schultea | 3 | 1.0 |
| 6/5/2013 | Follow-up EE compensation matters finalized | Kathryn Schultea | 3 | 0.5 |
| 6/5/2013 | HR Development and Support | Raj Perubhatla | 3 | 2.5 |
| 6/6/2013 | Conference Call re: EBC follow-up issue | Kathryn Schultea | 3 | 0.6 |
| 6/7/2013 | Correspondence received, reviewed, responded re Cleary response for former EE | Kathryn Schultea | 3 | 0.3 |
| 6/7/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.5 |
| 6/9/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.5 |
| 6/9/2013 | IT Infrastructure Support | Raj Perubhatla | 3 | 1.0 |
| 6/10/2013 | Correspondence received, reviewed, responded re EBC issue (JR/MF) | Kathryn Schultea | 3 | 0.5 |
| 6/10/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.0 |
| 6/12/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.2 |
| 6/14/2013 | Conference Calls and follow-up re: HR Matters | Kathryn Schultea | 3 | 3.5 |
| 6/14/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.0 |
| 6/15/2013 | HR Development and Support | Raj Perubhatla | 3 | 4.0 |
| 6/17/2013 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 6/20/2013 | Correspondence received, reviewed, responded re LTD Serverance Materials | Kathryn Schultea | 3 | 1.0 |
| 6/21/2013 | Correspondence received, reviewed, responded re LTD Serverance Materials | Kathryn Schultea | 3 | 2.3 |
| 6/22/2013 | HR Development and Support | Raj Perubhatla | 3 | 2.5 |
| 6/23/2013 | HR Development and Support | Raj Perubhatla | 3 | 3.5 |
| 6/24/2013 | HR Development and Support | Raj Perubhatla | 3 | 4.5 |
| 6/26/2013 | Correspondence received, reviewed, responded re Severance Claims | Kathryn Schultea | 3 | 0.4 |
| 6/28/2013 | HR Development and Support | Raj Perubhatla | 3 | 1.5 |
| 6/2/2013 | Quarterly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 6/30/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 6/1/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.5 |
| 6/2/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.0 |
| 6/5/2013 | LTD Settlement - E-Mail correspondence and claims review | Mary Cilia | 6 | 1.3 |
| 6/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 6/8/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.5 |
| 6/10/2013 | Employee Claims Analysis for Cleary | Mary Cilia | 6 | 2.8 |
| 6/11/2013 | Conference Call with Jane to discuss Scheduled Claim matches | Mary Cilia | 6 | 1.0 |
| 6/12/2013 | Claims Database Updates | Mary Cilia | 6 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/13/2013 | Correspondence received, reviewed, responded re Claims Transfer | Kathryn Schultea | 6 | 0.8 |
| 6/13/2013 | Claims Database Administration | Raj Perubhatla | 6 | 1.2 |
| 6/15/2013 | LTD Settlement - E-Mail correspondence and claims review | Mary Cilia | 6 | 0.5 |
| 6/16/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.0 |
| 6/17/2013 | Correspondence received, reviewed, responded re Claims Transfer | Kathryn Schultea | 6 | 0.5 |
| 6/17/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.0 |
| 6/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 6/18/2013 | Update Claims Database | Mary Cilia | 6 | 2.0 |
| 6/19/2013 | Claims Database Administration | Raj Perubhatla | 6 | 1.5 |
| 6/25/2013 | Conference Call and Related Prep, Follow-up re: Non-Employee Claims | Mary Cilia | 6 | 0.8 |
| 6/28/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 6/30/2013 | Analysis re:  Unmatched Schedules | Mary Cilia | 6 | 2.5 |
| 6/7/2013 | EY tax status call | Richard Lydecker | 7 | 1.3 |
| 6/12/2013 | Correspondence received, reviewed, responded re CC meeting/tax discussion | Kathryn Schultea | 7 | 0.4 |
| 6/12/2013 | Tax presentation | Richard Lydecker | 7 | 1.3 |
| 6/18/2013 | Tax presentation | Richard Lydecker | 7 | 0.8 |
| | | | | |