IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11121-11128, 11145-11147, 11149, 11151-11152** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
24th day of July, 2013

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   HEINRICH, CHRISTOPHER
      3606 BOXWOOD DR.
      GARLAND, TX 75040
```

Please note that your claim # 6778 in the above referenced case and in the amount of
    $7,404.32 allowed at $5,655.46   has been transferred **(unless previously expunged by court order)** to:

```
      SOLUS RECOVERY FUND II MASTER LP.
      TRANSFEROR: HEINRICH, CHRISTOPHER
      ATTN: JON ZINMAN
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11121      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2013                            David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 24, 2013.

# EXHIBIT B

Nortel Networks Inc.

| TRANSFEROR & TRANSFEREE | ADDRESS | | | | |
|---|---|---|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES BROMLEY | ONE LIBERTY PLAZA | | NEW YORK | NY 10006 |
| ALDERMAN, DONALD SANFORD | 2605 IMAN DRIVE | | | RALEIGH | NC 27615-3876 |
| BAUMANN, VINCENT | 7902 BLUE QUAIL LN | | | ROWLETT | TX 75088 |
| CAMPBELL, TERRENCE S | 9417 KOUPELA DRIVE | | | RALEIGH | NC 27615 |
| KEMP, CHRISTAL | 1257 MOHR CIRCLE | | | MANTECA | CA 95337 |
| KREIGER, JERRY L. | 318 MINT SPRING CIRCLE | | | BRENTWOOD | TN 37027 |
| LAMBERT, BOBBIE | 320 FOLEY DRIVE | | | GARNER | NC 27529 |
| LAMBERT, BOBBIE | 320 FOLEY DRIVE | | | GARNER | NC 27529 |
| NORTH, THERESA J. | 5008 NORTH HILLS DR | | | RALEIGH | NC 27612 |
| REEVES, RITA | 2734 MIDLAND ROAD | | | SHELBYVILLE | TN 37160 |
| REINKE, KARL | 1665 EBERHARD STREET | | | SANTA CLARA | CA 95050-4013 |
| ROBINSON, ROBERT J. III | 625 OCCONEECHEE DR | | | FUQUAY VARINA | NC 27526 |
| HEINRICH, CHRISTOPHER | 3606 BOXWOOD DR. | | | GARLAND | TX 75040 |
| WALKER, JUDITH F. | 106 ASHMONT LANE | | | DURHAM | NC 27713 |
| WEISS, HOWARD ERIC | 5385 PEACHTREE DUNWOODY ROAD | APT #109 | | ATLANTA | GA 30342 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ALDERMAN, DONALD SANFORD | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BAUMANN, VINCENT | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CAMPBELL, TERRENCE S | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FAUROTE, JOSEPH H. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KEMP, CHRISTAL | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LAMBERT, BOBBIE | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NORTH, THERESA J. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: HEINRICH, CHRISTOPHER | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: KREIGER, JERRY L. | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: REEVES, RITA | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: REINKE, KARL | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: ROBINSON, ROBERT J. III | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: WALKER, JUDITH F. | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: WEISS, HOWARD ERIC | ATTN: JON ZINMAN | 410 PARK AVENUE, 11TH FLOOR | NEW YORK | NY 10022 |