IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11148, 11153-11156, 11158-11159, 11173-11178** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 25, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
25th day of July, 2013

_____
Notary Public

REGINA AMPORRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2013

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CLARK, SCOTT                       CLARK, SCOTT
      SCOTT CLARK                        5718 VELASCO AVE
      5718 VELASCO AVE.                  DALLAS, TX 75206
      DALLAS TX 75206
```

Please note that your claim # 4242 in the above referenced case and in the amount of
    $42,864.00 allowed at $44,222.95  has been transferred **(unless previously expunged by court order)** to:

```
                              HAIN CAPITAL HOLDINGS, LLC
                              TRANSFEROR: CLARK, SCOTT
                              ATTN: AMANDA RAPOPORT
                              301 ROUTE 17, 7TH FLOOR
                              RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11153        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/25/2013                     David D. Bird, Clerk of Court

                                     /s/ Kimberly Murray
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 25, 2013.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BROOM, JAMES | 807 NORTHAMPTON DR CARY NC 27513 |
| CLARK, SCOTT | 5718 VELASCO AVE DALLAS TX 75206 |
| CLARK, SCOTT | SCOTT CLARK 5718 VELASCO AVE. DALLAS TX 75206 |
| COOPER, LINDA F. | PO BOX 70126 NASHVILLE TN 37207 |
| DICKERSON JR, PAUL | 2015 DIMMOCK'S MILL HILLSBOROUGH NC 27278 |
| DICKERSON, PAUL, JR. | 2015 DIMMOCKS MILL ROAD HILLSBOROUGH NC 27278 |
| GARRISON, JOHN E. | 5828 MORNING GLORY LANE PLANO TX 75093 |
| GRAMMER, WANDA R. | 204 CROOKED CREEK LANE HENDERSONVILLE TN 37075 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BROOM, JAMES ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CLARK, SCOTT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COOPER, LINDA F. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DICKERSON JR, PAUL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DICKERSON, PAUL, JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GARRISON, JOHN E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GRAMMER, WANDA R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HAMILL, TIMOTHY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOHNSON, KEITH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOYNER, KATINA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PARSONS, PAUL A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RAY, DANIEL G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SEZER, ORAL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SEZER, ORAL T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SEZER, ORAL T. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAMILL, TIMOTHY | 104 BROWNFIELD CT. CARY NC 27511 |
| JOHNSON, KEITH | 2230 BENT CREEK MANOR ALPHARETTA GA 30005 |
| JOYNER, KATINA | 2105 WHEELERBROOK COURT RALEIGH NC 27603 |
| PARSONS, PAUL A. | 539 HESWELL COURT ROLESVILLE NC 27571 |
| RAY, DANIEL G. | 4401 GLENDALE SQUARE NASHVILLE TN 37204 |
| SEZER, ORAL | 3724 SWAN LAKE FM RD APEX NC 27539 |
| SEZER, ORAL T | 3724 SUNLAKE FARMS RD. APEX NC 27539 |
| SEZER, ORAL T. | 3424 SUNLAKE FARMS RD. APEX NC 27539 |
| SEZER, ORAL T. | 3724 SUNLAKE FARMS RD. APEX NC 27539-8392 |

Total Number of Records Printed 32

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006