IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al*.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF CERTIFICATION OF THE U.K. PENSION
CLAIMANTS TO CORE PARTIES OF SUBSTANTIAL
DOCUMENT PRODUCTION PROGRESS**

PLEASE TAKE NOTICE that, pursuant to the Court's Order Entering Litigation Timetable and Discovery Plan, dated May 17, 2013 [D.I. 10566], counsel for the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (the "U.K. Pension Claimants"), on July 22, 2013, served by electronic mail on the parties listed on Exhibit A, certification of the U.K. Pension Claimants' substantial progress with regard to the collection, review and production of documents requested of the U.K. Pension Claimants pursuant to that certain Agreed Set of Consolidated Document Requests and Interrogatories, dated June 20, 2013.

Dated: July 25, 2013
       Wilmington, Delaware

| BAYARD, P.A. | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| | Marc Abrams |
| */s/ Justin R. Alberto* | Brian E. O'Connor |
| Charlene D. Davis (No. 2336) | Sameer Advani |
| Justin Alberto (No. 5126) | Andrew Hanrahan |
| Evan T. Miller (No. 5364) | 787 Seventh Avenue |
| 222 Delaware Avenue, Suite 900 | New York, New York 10019 |
| Wilmington, Delaware 19899 | Telephone: (212) 728-8000 |
| Telephone: (302) 655-5000 | Facsimile: (212) 728-8111 |
| Facsimile: (302) 658-6395 | Email: mabrams@willkie.com |
| Email: cdavis@bayardlaw.com |        boconnor@willkie.com |
|        jalberto@bayardlaw.com |        sadvani@willkie.com |
|        emiller@bayardlaw.com |        ahanrahan@willkie.com |

*Counsel for the Nortel Networks UK Pension Trust
Limited and the Board of the Pension Protection Fund*

{BAY:02331168v1}