# **EXHIBIT A**

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**

**CORE PARTIES SERVICE LIST**
**(Allocation Litigation)**

**Updated as of May 30, 2013**

**CANADIAN DEBTORS**

| | | | |
|---|---|---|---|
| TO: | **GOWLING LAFLEUR HENDERSON LLP**<br>Suite 1600, First Canadian Place<br>100 King Street West<br>Toronto, Ontario  M5X 1G5 | AND<br>TO: | **GOODMANS LLP**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, Ontario  M5H 2S7 |

Derrick Tay
Jennifer Stam

Email:   derrick.tay@gowlings.com
         jennifer.stam@gowlings.com

Tel:   416.862.5697
Fax:   416.862.7661

Lawyers for the Applicants

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong

Email:   jcarfagnini@goodmans.ca
         jpasquariello@goodmans.ca
         bzarnett@goodmans.ca
         fmyers@goodmans.ca
         pruby@goodmans.ca
         jkimmel@goodmans.ca
         carmstrong@goodmans.ca

Tel:   416.597.4107
Fax:   416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:   **ERNST & YOUNG INC.**
      Ernst & Young Tower
      222 Bay Street, P.O. Box 251
      Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:   416.943.3016
Fax:   416.943.3300

| | | | | |
|---|---|---|---|---|
| AND TO: | **ALLEN & OVERY LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020 | | AND TO: | **BUCHANAN INGERSOLL & ROONEY**<br>1105 North Market Street,<br>Suite 1900<br>Wilmington, DE 19801-1054 |

ALLEN & OVERY LLP personnel:

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

Email:  ken.coleman@allenovery.com
Tel:    212.610.6434
Fax:    212.610.6399

Email:  paul.keller@allenovery.com
Tel:    212.610.6414
Fax:    212.610.6399

Email:  daniel.guyder@allenovery.com
Tel:    212.756.1132
Fax:    212.610.6399

Email:  laura.hall@allenovery.com
Tel:    212.756.1171
Fax:    212.610.6399

Email:  Joseph.Badtke-Berkow@AllenOvery.com
Tel:    212.610.6417
Fax:    212.610.6399

Email:  jonathan.cho@allenovery.com
Tel:    212.756.1118
Fax:    212.610.6399

Email:  Nicolette.ward@allenovery.com
Tel:    212.610.6412
Fax:    212.610.6399

U.S. Lawyers for the Canadian Debtors

BUCHANAN INGERSOLL & ROONEY personnel:

Kathleen A. Murphy
Mary F. Caloway

Email:  Kathleen.murphy@bipc.com
Tel:    302.552.4214
Fax:    302.552.4295

Email:  mary.caloway@bipc.com
Tel:    302.552.4209
Fax:    302.552.4295

Local U.S. Lawyers for the Canadian Debtors

**U.S. DEBTORS**

AND TO: **TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email: tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com

Tel: 416.865.0040
Fax: 416.865.8730

Canadian Lawyers for Nortel Networks Inc.

AND TO: **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen

Email: jbromley@cgsh.com
lschweitzer@cgsh.com
hzelbo@cgsh.com
jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com
lpeacock@cgsh.com
jmoessner@cgsh.com
nforrest@cgsh.com
dqueen@cgsh.com

Tel: 212.225.2000
Fax: 212.225.3999

U.S. Lawyers for Nortel Networks Inc.

AND TO: **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Derek Abbott
Annie Cordo

Email: dabbott@mnat.com
Tel: 302.351.9357
Fax: 302.425.4664

Email: acordo@mnat.com
Tel: 302.351.9459
Fax: 302.225.2559

Local U.S. Lawyers for the U.S. Debtors

**EMEA DEBTORS**

AND TO: **DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email: rschwill@dwpv.com
Email: scampbell@dwpv.com
Email: jdoris@dwpv.com
Email: lsarabia@dwpv.com

Tel: 416.863.0900
Fax: 416.863.0871

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

AND TO: **LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell

Email: mgottlieb@counsel-toronto.com
Tel: 416.644.5353
Fax: 416.598.3730

Email: twynne@counsel-toronto.com
Tel: 416.598.7835
Fax: 416.598.3730

Email: pmichell@counsel-toronto.com
Tel: 416.644.5359
Fax: 416.598.3730

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

AND TO: **HUGHES HUBBARD & REED**
One Battery Park Plaza
New York, NY 10004-1482

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty

Email: adler@hugheshubbard.com
Tel: 212.837.6086
Fax: 212.422.4726

Email: oxford@hugheshubbard.com
Tel: 212.837.6843
Fax: 212.422.4726

Email: tabataba@hugheshubbard.com
Tel: 212.837.6296
Fax: 212.299.6269

Email: huberty@hugheshubbard.com
Tel: 212.837.6045
Fax: 212.299.6045

U.S. Lawyers the Joint Administrators of Nortel Networks UK Limited

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ed Harron
John Dorsey

Email: eharron@ycst.com
Tel: 302.571.6703
Fax: 302.576.3298

Email: jdorsey@ycst.com
Tel: 302.571.6712
Fax: 302.576.3401

Local U.S. Lawyers for the Joint Administrators of Nortel Networks UK Limited

**CANADIAN CREDITORS COMMITTEE**

| | | | |
|---|---|---|---|
| AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 | AND TO: | **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**<br>Suite 501<br>250 University Avenue<br>Toronto, Ontario  M5H 3E5 |

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:     416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:     416.204.2882

Email:  akaplan@kmlaw.ca
Tel:      416.595.2087
Fax:     416.204.2875

Email:  bwalancik@kmlaw.ca
Tel:      416.542.6288
Fax:     416.204.2906

Lawyers for the Former Employees of Nortel and LTD Beneficiaries

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:  ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:     416.646.4301

Email:  max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:     416.646.4301

Email:  lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:     416.646.4301

Email:  karen.jones@paliareroland.com
Tel:      416.646.4339
Fax:     416.646.4301

Email:  tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:     416.646.4301

Email:  michelle.jackson@paliareroland.com
Tel:      416.646.7470
Fax:     416.646.4301

Lawyers for the Superintendent of Financial Services as Administrator of the Pension Benefits Guarantee Fund

| | | | |
|---|---|---|---|
| AND TO: | **CAW-CANADA**<br>Legal Department<br>205 Placer Court<br>Toronto, Ontario M2H 3H9<br><br>Barry E. Wadsworth<br>Lewis Gottheil<br><br>Email: barry.wadsworth@caw.ca<br>　　　　lewis.gottheil@caw.ca<br><br>Tel.:　416.495.3776<br>Fax:　416.495.3786<br><br>Lawyers for all active and retired Nortel employees represented by the CAW-Canada | AND TO: | **SHIBLEY RIGHTON LLP**<br>Barristers and Solicitors<br>250 University Avenue, Suite 700<br>Toronto, Ontario M5H 3E5<br><br>Arthur O. Jacques<br>Thomas McRae<br><br>Email:　arthur.jacques@shibleyrighton.com<br>Tel:　416.214.5213<br>Fax:　416.214.5413<br><br>Email :　thomas.mcrae@shibleyrighton.com<br>Tel :　416.214.5206<br>Fax :　416.214.5400<br><br>Lawyers for The Recently Severed Canadian Nortel Employees Committee |
| AND TO: | **NELLIGAN O'BRIEN PAYNE LLP**<br>Barristers and Solicitors<br>50 O'Connor Street<br>Suite 1500<br>Ottawa, Ontario  K1P 6L2<br><br>Janice B. Payne<br>Steven Levitt<br>Christopher Rootham<br>Ainslie Benedict<br><br>Email:　janice.payne@nelligan.ca<br>　　　　steven.levitt@nelligan.ca<br>　　　　christopher.rootham@nelligan.ca<br>　　　　ainslie.benedict@nelligan.ca<br><br>Tel:　613.231.8245<br>Fax:　613.788.3655<br><br>Lawyers for the Steering Committee of Nortel Canadian Continuing Employees – Post CCAA as at January 14, 2009 | AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6<br><br>Barbara J. Boake<br>James D. Gage<br>Elder C. Marques<br>Paul Steep<br>Byron Shaw<br><br>E-mail:　bboake@mccarthy.ca<br>Tel:　416.601.7557<br>Fax:　416.868.0673<br><br>Email:　jgage@mccarthy.ca<br>Tel:　416.601.7539<br>Fax:　416.686.0673<br><br>Email:　emarques@mccarthy.ca<br>Tel:　416.601.7822<br>Fax:　416.686.0673<br><br>Email:　psteep@mccarthy.ca<br>Tel:　416.601.7998<br>Fax:　416.686.0673<br><br>Email:　bdshaw@mccarthy.ca<br>Tel:　416.601.8256<br>Fax:　416.686.0673<br><br>Lawyers for Morneau Shepell Limited |

| | |
|---|---|
| AND TO: | **DLA PIPER**<br>919 North Market Street<br>Suite 1500<br>Wilmington, Delaware 19801 |

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti

Email: selinda.melnik@dlapiper.com
Tel: 302.468.5650
Fax: 302.778.7914

Email: richard.hans@dlapiper.com
Tel: 212.335.4530
Fax: 212.884.8730

Email: timothy.hoeffner@dlapiper.com
Tel: 212.656.3341
Fax: 215.606.3341

Email: farahlisa.sebti@dlapiper.com
Tel: 212.335.4829
Fax: 212.884.8529

U.S. Lawyers for the Canadian Creditors Committee

**INFORMAL NORTEL NOTEHOLDER GROUP**

| | | | |
|---|---|---|---|
| AND TO: | **BENNETT JONES LLP**<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario  M5X 1A4 | AND TO: | **MILBANK, TWEED, HADLEY McCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell

Email: zychk@bennettjones.com
Tel: 416.777.5738
Fax: 416.863.1716

Email: orzyr@bennettjones.com
Tel: 416.777.5737
Fax: 416.863.1716

Email: finlaysong@bennettjones.com
Tel: 416.777.5762
Fax: 416.863.1716

Email: swanr@bennettjones.com
Tel: 416.777.7479
Fax: 416.863.1716

Email: zweigs@bennettjones.com
Tel: 416.777.6254
Fax: 416.863.1716

Email: bellj@bennettjones.com
Tel: 416.777.6511
Fax: 416.863.1716

Canadian Lawyers for The Informal Nortel Noteholder Group

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email: TKreller@milbank.com
Tel: 213.892.4463
Fax: 213.629.5063

Email: JHarris@milbank.com
Tel: 212.530.5475
Fax: 212.530.5219

Email: APisa@milbank.com
Tel: 212.530.5319
Fax: 212.530.5219

Email: svora@milbank.com
Tel: 213.892.4595
Fax: 213.629.5063

Email: aleblanc@milbank.com
Tel: 202.835.7574
Fax: 202.263.7574

Email: mhirschfeld@milbank.com
Tel: 212.530.5832
Fax: 212.822.5832

Email: amiller@milbank.com
Tel: 212.530.5421
Fax: 212.822.5421

Email: tmatz@milbank.com
Tel: 212.530.5885
Fax: 212.822.5885

Email: nbassett@milbank.com
Tel: 202.835.7546
Fax: 202.263.7546

Email: gruha@milbank.com
Tel: 212.530.5155
Fax: 212.822.5155

Email: rpojunas@milbank.com

- 10 -

Tel:    202.835.7551
Fax:    202.263.7551

U.S. Lawyers for The Informal Nortel Noteholder Group

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | | | |
|---|---|---|---|
| AND TO: | **DENTONS CANADA LLP**<br>77 King Street West, Suite 400<br>TD Centre<br>Toronto, ON  M5K 0A1<br><br>R. Shayne Kukulowicz<br>Michael J. Wunder<br>Ryan Jacobs<br>Barbara Grossman<br><br>Email:  Shayne.kukulowicz@dentons.com<br>Michael.wunder@dentons.com<br>ryan.jacobs@dentons.com<br>Barbara.grossman@dentons.com<br><br>Tel:  416.863.4511<br>Fax:  416.863.4592<br><br>Canadian Lawyers for the Official Committee of Unsecured Creditors | AND TO: | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY  10036<br><br>Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Robert A. Johnson<br>Brad M. Kahn<br><br>Email:  fhodara@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com<br>rajohnson@akingump.com<br>bkahn@akingump.com<br><br>Tel:  212.872.1000<br>Fax:  212.872.1002<br><br>U.S. Lawyers for the Official Committee of Unsecured Creditors |
| AND TO: | **ASHURST LLP**<br>Boardwalk House<br>5 Appold Street<br>London, EC2A 2HA<br>United Kingdom<br><br>Angela Pearson<br>Antonia Croke<br><br>Email:  angela.pearson@ashurst.com<br>Antonia.croke@ashurst.com<br><br>Tel:  +44 (0)20 7638 1111<br>Fax:  +44 (0)20 7638 1112<br><br>U.K. Lawyers for the Official Committee of Unsecured Creditors | AND TO: | **RICHARDS LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, DE  19801<br><br>Christopher Samis<br><br>Email:  samis@rlf.com<br>Tel:  302.651.7845<br>Fax:  302.498.7845<br><br>Local U.S. Lawyers for the Official Committee of Unsecured Creditors |

Case 09-10138-MFW   Doc 11208-1   Filed 07/25/13   Page 13 of 18

- 12 -

**UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED**

| | | | |
|---|---|---|---|
| AND TO: | **CASSELS BROCK & BLACKWELL LLP**<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, Ontario  M5H 3C2<br><br>E. Bruce Leonard<br>David S. Ward<br>Bill Burden<br>Christopher Horkins<br>Lara Jackson<br><br>Email: bleonard@casselsbrock.com<br>dward@casselsbrock.com<br>bburden@casselsbrock.com<br>chorkins@casselsbrock.com<br>ljackson@casselsbrock.com<br><br>Tel: 416.860.6455<br>Fax: 416.640.3054<br><br>Co-Counsel for the UK Pension Protection Fund and Nortel Networks UK Pension Trust Limited | AND TO: | **THORNTON GROUT FINNIGAN LLP**<br>Suite 3200, 100 Wellington Street West<br>P.O. Box 329<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 1K7<br><br>Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br><br>Email: mbarrack@tgf.ca<br>Tel: 416.304.1109<br>Fax: 416.304.1313<br><br>Email: djmiller@tgf.ca<br>Tel: 416.304.0559<br>Fax: 416.304.1313<br><br>Email: rlewis@tgf.ca<br>Tel: 416.304.0603<br>Fax: 416.304.1313<br><br>Email: amcewan@tgf.ca<br>Tel: 416.304.0596<br>Fax: 416.304.1313<br><br>Co-Counsel to the UK Pension Protection Fund and Nortel Networks UK Pension Trust Limited |
| AND TO: | **WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099, U.S.A.<br><br>Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan<br><br>Email: boconnor@willkie.com<br>Tel: (212) 728-8251<br>Fax: (212) 728-9251<br><br>Email: sadvani@willkie.com<br>Tel: (212) 728-8587<br>Fax: (212) 728-9587<br><br>Email: ahanrahan@willkie.com<br>Tel: (212) 728-8170<br>Fax: (212) 728-9170<br><br>US Counsel for the UK Pension Protection Fund and Nortel Networks UK Pension Trust Limited | AND TO: | **BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19899<br><br>Charlene D. Davis<br>Justin Alberto<br><br>Email: cdavis@bayardlaw.com<br>jalberto@bayardlaw.com<br><br>Tel: 302.655.5000<br>Fax: 302.658.6395<br><br>Local U.S. Lawyers for the UK Pension Protection Fund and Nortel Networks UK Pension Trust Limited |

**THE BANK OF NEW YORK MELLON**

| | | | |
|---|---|---|---|
| AND TO: | **McMILLAN LLP**<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, Ontario, M5J 2T3<br><br>Sheryl E. Seigel<br><br>Email:  sheryl.seigel@mcmillan.ca<br>Tel:     416.307.4063<br>Fax:    416.365.1719<br><br>Canadian Lawyers for The Bank of New York Mellon | AND TO: | **LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022-4834<br><br>Michael J. Riela<br><br>Email:  michael.riela@lw.com<br><br>Tel :    212.906.1373<br>Fax :   212.751.4864<br><br>U.S. Lawyers for The Bank of New York Mellon |

T991328\TOR_LAW\ 8152227\5

**WILMINGTON TRUST, NATIONAL ASSOCIATION**

| | | | |
|---|---|---|---|
| AND TO: | **HEENAN BLAIKIE LLP**<br>Bay Adelaide Centre<br>333 Bay Street, Suite 2900<br>P.O. Box 2900<br>Toronto, Ontario  M5H 2T4<br><br>John Salmas<br>Kenneth Kraft<br>Sara-Ann Van Allen<br><br>Email:  jsalmas@heenan.ca<br>Tel:      416.360.3570<br>Fax:     416.360.8425<br><br>Email:  kkraft@heenan.ca<br>Tel:      416.643.6822<br>Fax:     416.360.8425<br><br>Email:  svanallen@heenan.ca<br>Tel:      416.360.3570<br>Fax:     416.360.8425<br><br>Canadian Lawyers for Wilmington Trust, National Association | AND TO: | **KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, NY  10022-2585<br><br>Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br><br>Email:  craig.barbarosh@kattenlaw.com<br>Tel:      212.940.8665<br>Fax:     212.940.8776<br><br>Email:  david.crichlow@kattenlaw.com<br>Tel:      212.940.8941<br>Fax:     212.940.8776<br><br>Email:  Karen.dine@kattenlaw.com<br>Tel:      212.940.8772<br>Fax:     212.940.8776<br><br>U.S. Lawyers to Wilmington Trust, National Association |

**LAW DEBENTURE TRUST COMPANY OF NEW YORK**

| | | | |
|---|---|---|---|
| AND TO: | **BORDEN LADNER GERVAIS LLP**<br>Barristers and Solicitors<br>40 King Street West<br>Toronto, ON  M5H 3Y4<br><br>Edmond F. B. Lamek<br>James Szumski<br><br>Email:   elamek@blg.com<br>Tel:       416.367.6311<br>Fax:      416.361.2436<br><br>Email:   jszumski@blg.com<br>Tel:       416.367.6310<br>Fax:      416.682.2811<br><br>Lawyers for Law Debenture Trust Company of New York | AND TO: | **PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY  10036<br><br>Daniel A. Lowenthal<br><br>Email:   dalowenthal@pbwt.com<br>Tel:       212.336.2720<br>Fax:      212.336.1253<br><br>U.S. Lawyers for Law Debenture Trust Company of New York |

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

AND TO: **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh

Email:  lbarnes@osler.com
esellers@osler.com
eputnam@osler.com
ahirsh@osler.com

Tel: 416.362.2111
Fax: 416.862.6666

Lawyers for the Boards of Directors of Nortel Networks Corporation and Nortel Networks Limited

T991328\TOR_LAW\ 8152227\5

**COURTESY COPIES:**

| | | | |
|---|---|---|---|
| AND TO: | **NORTON ROSE CANADA LLP**<br>Suite 3800, Royal Bank Plaza<br>South Tower, 200 Bay Street<br>P.O. Box 84<br>Toronto, ON  M5J 2Z4<br><br>Michael Lang<br><br>Email:   michael.lang@nortonrose.com<br><br>Tel:   416.216.3939<br>Fax:  416.216.3930 | AND TO: | **HOGAN LOVELLS INTERNATIONAL LLP**<br>Atlantic House<br>Holborn Viaduct<br>London  EC1A 2FG<br>United Kingdom<br><br>Angela Dimsdale Gill<br>John Tillman<br>Matthew Bullen<br><br>Email:   amdg@hoganlovells.com<br>             john.tillman@hoganlovells.com<br>             Matthew.bullen@hoganlovells.com<br><br>Tel:   +44 20 7296 2000<br>Fax:  +44 20 7296 2001 |