IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11148, 11153-11155, 11158-11159, 11173-11178** |

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                        ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 25, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
27 day of July, 2013

/s/ Notary
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  CLARK, SCOTT                      CLARK, SCOTT
        SCOTT CLARK                       5718 VELASCO AVE
        5718 VELASCO AVE.                 DALLAS, TX 75206
        DALLAS TX 75206
```

Please note that your claim # 4242 in the above referenced case and in the amount of
    $42,864.00 allowed at $44,222.95  has been transferred **(unless previously expunged by court order)** to:

```
                                          HAIN CAPITAL HOLDINGS, LLC
                                          TRANSFEROR: CLARK, SCOTT
                                          ATTN: AMANDA RAPOPORT
                                          301 ROUTE 17, 7TH FLOOR
                                          RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11153     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/25/2013                      David D. Bird, Clerk of Court

                                      /s/ Kimberly Murray
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 25, 2013.

# EXHIBIT B

```
TIME:  11:02:12                                           NORTEL NETWORKS INC.                                                        PAGE:   1
DATE:  07/25/13                                             CREDITOR LISTING

Name                                   Address
BROOM, JAMES                           807 NORTHAMPTON DR CARY NC 27513
CLARK, SCOTT                           5718 VELASCO AVE DALLAS TX 75206
CLARK, SCOTT                           SCOTT CLARK 5718 VELASCO AVE. DALLAS TX 75206
COOPER, LINDA F.                       PO BOX 70126 NASHVILLE TN 37207
DICKERSON JR, PAUL                     2015 DIMMOCK'S MILL HILLSBOROUGH NC 27278
DICKERSON, PAUL, JR.                   2015 DIMMOCKS MILL ROAD HILLSBOROUGH NC 27278
GARRISON, JOHN E.                      5828 MORNING GLORY LANE PLANO TX 75093
GRAMMER, WANDA R.                      204 CROOKED CREEK LANE HENDERSONVILLE TN 37075
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: BROOM, JAMES ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: CLARK, SCOTT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: COOPER, LINDA F. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: DICKERSON JR, PAUL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: DICKERSON, PAUL, JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: GARRISON, JOHN E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: GRAMMER, WANDA R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: HAMILL, TIMOTHY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: JOHNSON, KEITH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: JOYNER, KATINA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: PARSONS, PAUL A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: RAY, DANIEL G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: SEZER, ORAL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: SEZER, ORAL T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC             TRANSFEROR: SEZER, ORAL T. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAMILL, TIMOTHY                        104 BROWNFIELD CT. CARY NC 27511
JOHNSON, KEITH                         2230 BENT CREEK MANOR ALPHARETTA GA 30005
JOYNER, KATINA                         2105 WHEELERBROOK COURT RALEIGH NC 27603
PARSONS, PAUL A.                       539 HESWELL COURT ROLESVILLE NC 27571
RAY, DANIEL G.                         4401 GLENDALE SQUARE NASHVILLE TN 37204
SEZER, ORAL                            3724 SWAN LAKE FM RD APEX NC 27539
SEZER, ORAL T                          3724 SUNLAKE FARMS RD. APEX NC 27539
SEZER, ORAL T.                         3424 SUNLAKE FARMS RD. APEX NC 27539
SEZER, ORAL T.                         3724 SUNLAKE FARMS RD. APEX NC 27539-8392

Total Number of Records Printed    32
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006