# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 1, 2013 through June 30, 2013

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Case Administration | 1.8 | $979.50 |
| Fee and Employment Applications | 14.6 | $8,366.00 |
| Analysis of Canadian Law | 135.8 | $111,643.50 |
| Intercompany Analysis | 28.9 | $26,212.50 |
| Litigation | 488.7 | $256,154.00 |
| Canadian CCAA Proceedings/Matters | 101.1 | $71,718.00 |
| Canadian Sec.18.6 Proceedings/Matters | 16.5 | $11,124.00 |
| **TOTAL** | 787.4 | $486,197.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 14/06/2013 | assembling materials exchanged by the core parties on case; | 0.7 | 682.50 | 11811573 |
| Su | Nan | 04/06/2013 | review recent court filings and set calendar deadlines; | 0.2 | 54.00 | 11791732 |
| Su | Nan | 03/06/2013 | review of court docket (0.1); retrieve filed fee applications (0.2); provide update to attorneys (0.1); | 0.4 | 108.00 | 11810239 |
| Su | Nan | 21/06/2013 | review court docket and obtain filing and report to attorney; | 0.1 | 27.00 | 11823564 |
| Su | Nan | 24/06/2013 | review of court docket; provide updates and download documents for attorneys; | 0.1 | 27.00 | 11826859 |
| Su | Nan | 25/06/2013 | review court docket and provide updates to attorneys; calendar deadlines regarding fee application filings and hearing; | 0.2 | 54.00 | 11829444 |
| Su | Nan | 27/06/2013 | review of court docket, provide updates and download documents for attorneys; | 0.1 | 27.00 | 11836892 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/06/2013 | Review time entry system to comply with current expectations | 0.6 | 540.00 | 11789927 |
| Gray | William | 07/06/2013 | Review monthly fee application | 0.4 | 360.00 | 11797835 |
| Gray | William | 18/06/2013 | work on monthly and quarterly applications | 0.6 | 540.00 | 11815080 |
| Gray | William | 19/06/2013 | Review final fee applications and objection status | 0.4 | 360.00 | 11817392 |
| Gray | William | 20/06/2013 | Review fee applications (.2); review docket for objections and related fee application filings (.1) | 0.3 | 270.00 | 11822835 |
| Gray | William | 21/06/2013 | work on review for no objection to fee application and update monthly and quarterly fee applications | 0.6 | 540.00 | 11826171 |
| Gray | William | 24/06/2013 | review quarterly fee application and monthly fee applications | 1.4 | 1,260.00 | 11826179 |
| Gray | William | 25/06/2013 | Review monthly fee application | 0.8 | 720.00 | 11828874 |
| Gray | William | 26/06/2013 | Work on fee application for May | 0.6 | 540.00 | 11831827 |
| Gray | William | 27/06/2013 | Review and finalize May fee application | 0.2 | 180.00 | 11832943 |
| Bauer | Alison D. | 05/06/2013 | emails re fee application requirements | 0.1 | 77.50 | 11793021 |
| Bauer | Alison D. | 06/06/2013 | Email to all time billers re May fee application (.2); email to litigation document review team re fee application (.1) | 0.3 | 232.50 | 11795385 |
| Bauer | Alison D. | 19/06/2013 | Read email from N. Su re: Nortel Twenty-Fifth Monthly Fee App | 0.1 | 77.50 | 11818888 |
| Bauer | Alison D. | 24/06/2013 | emails re next fee app (.1); read email and draft order re examiner fee approval process and respond to same (.2) | 0.3 | 232.50 | 11826875 |
| Bauer | Alison D. | 25/06/2013 | review and comment upon fee app | 0.4 | 310.00 | 11830316 |
| Bauer | Alison D. | 27/06/2013 | Review of and emails re Torys Nortel Twenty-Sixth Monthly (May 2013) Application | 0.2 | 155.00 | 11837745 |
| Su | Nan | 07/06/2013 | review and revise May fee application data; | 0.5 | 135.00 | 11796945 |
| Su | Nan | 13/06/2013 | review and revise fee application data; | 3.5 | 945.00 | 11809114 |
| Su | Nan | 14/06/2013 | review and revise May fee application data (1.2); corresponding with J. Wong and J. Chetri re same (0.2); | 1.4 | 378.00 | 11810250 |
| Su | Nan | 19/06/2013 | review and revise Twenty-Sixth Monthly Fee Application (0.8); contact court and schedule to appear for hearing telephonically (0.2); corresponding with A. Bauer and review 17th Omnibus Fee Order for accuracy in advance of filing (0.3); email regarding April fee application objections (0.1); | 1.4 | 378.00 | 11818004 |
| Su | Nan | 27/06/2013 | revise and finalize May fee application and prepare for filing; | 0.5 | 135.00 | 11836689 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/06/2013 | Various calls with Clearys, Goodmans and Gowlings regarding document production process, interrogatories and proposed Protective Order (2.2); Review additional interrogatories filed for document review process (1.3); Review Consolidated Interrogatories and prepare for June 6th "meet and confer" (2.5); telephone call with Dentons on support filings for disallowance of EMEA claims and UK Pension Trustee claims in Canada and revise support filing documents (0.7); | 6.7 | 5,862.50 | 11789874 |
| Bomhof | Scott A. | 04/06/2013 | reviewing supplemental interrogatories and consolidation of interrogatories (1.1); reviewing comments on protective order and prepare for June 11 motion to approve protective order (.5); office conference with A. Gray and A. Slavens regarding discovery/interrogatories (1.0); prepare for June 6 "meet and confer" and reviewing database issues (1.5); prepare support filings for CCAA disallowance of EMEA claims and UKPT claims and discussing same with Dentons (1.0); | 5.1 | 4,462.50 | 11791910 |
| Bomhof | Scott A. | 05/06/2013 | various telephone calls with Clearys and Goodmans regarding logistics for document review and disclosure (3.0); telephone call with Gowlings and Cleary regarding revisions to protective order and reviewing motion record for June 11 motion (1.1); reviewing NDA's to be released as part of protective order (.7); | 4.8 | 4,200.00 | 11791916 |
| Bomhof | Scott A. | 06/06/2013 | Attend "meet and confer" at Goodmans offices and assist D. Stein in revising consolidation of requests for circulation; | 9.5 | 8,312.50 | 11794116 |
| Bomhof | Scott A. | 07/06/2013 | various follow-up calls from June 6 'meet and confer' and reviewing comments on consolidated requests (3.9); telephone call with core parties to discuss consolidated interrogatories (1.9); telephone call with Goodmans and Gowlings to discuss finalization of protective order (.3); | 6.1 | 5,337.50 | 11797790 |
| Bomhof | Scott A. | 09/06/2013 | discussing contested "consolidated requests" with Cleary and A. Slavens (.5); participate on call with U.S. debtors, Monitor, EMEA debtors and CCC to settle contested document requests for consolidated requests (2.5); | 3.0 | 2,625.00 | 11797798 |
| Bomhof | Scott A. | 10/06/2013 | attend telephone call to discuss consolidated document requests and interrogatories (2.5); prepare for allocation hearing (1.5); reviewing revised document requests and interrogatories (.5); reviewing materials for joint hearing to approve protective order and various telephone calls with Goodmans regarding potential opposition by purchasers of business assets/patent portfolio (2.1); | 6.6 | 5,775.00 | 11801196 |
| Bomhof | Scott A. | 11/06/2013 | reviewing revised consolidated discovery requests and interrogatories and join telephone | 5.0 | 4,375.00 | 11804251 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | call with core parties to discuss same (3.0); reviewing final materials for protective order and reviewing order and endorsement approving protective order (1.0); telephone call with Cleary to discuss experts and allocation litigation issues (1.0); | | | |
| Bomhof | Scott A. | 12/06/2013 | conference call with Core Parties to settle consolidated discovery requests and interrogatories (2.9); reviewing allocation litigation schedule and revised consolidated discovery requests/interrogatories (.7); | 3.6 | 3,150.00 | 11811470 |
| Bomhof | Scott A. | 14/06/2013 | follow up on allocation litigation trial preparation issues (1.0); telephone call with Dentons to discuss allocation litigation issues (1.0); | 2.0 | 1,750.00 | 11815038 |
| Bomhof | Scott A. | 17/06/2013 | prepare for allocation hearing and reviewing briefs; | 1.0 | 875.00 | 11817424 |
| Bomhof | Scott A. | 20/06/2013 | reviewing and reporting on Ontario Court of Appeal decision denying EMEA leave to appeal and discussing impact of U.S. appeal with Cleary (2.9); preparing claim materials regarding post-filing activities (1.2); | 4.1 | 3,587.50 | 11820026 |
| Bomhof | Scott A. | 25/06/2013 | telephone call with H. Zelbo and J. Bromely and reviewing issues related to allocation proceedings; | 1.9 | 1,662.50 | 11830807 |
| Bomhof | Scott A. | 26/06/2013 | telephone call with M. Decker of Cleary, M. Reynolds and A. Slavens regarding document review and production issues; | 1.0 | 875.00 | 11832931 |
| Bomhof | Scott A. | 27/06/2013 | follow up on interrogatories and document review process (.7); reviewing core party interrogatory responses (1.6); | 2.3 | 2,012.50 | 11840446 |
| Bomhof | Scott A. | 28/06/2013 | reviewing responses to interrogatories; | 1.3 | 1,137.50 | 11840457 |
| Gray | Andrew | 02/06/2013 | revising court materials and email regarding same; | 2.7 | 2,092.50 | 11785172 |
| Gray | Andrew | 03/06/2013 | conference calls regarding allocation dispute proceedings (1.7); reviewing draft court documents (0.9); | 2.6 | 2,015.00 | 11788890 |
| Gray | Andrew | 04/06/2013 | conference call and meeting regarding claims litigation with A. Gray and S. Bomhof (0.5); meeting regarding allocation dispute litigation and reviewing court documents (0.9); | 1.4 | 1,085.00 | 11790681 |
| Gray | Andrew | 05/06/2013 | reviewing court filings (0.4); discussion of discovery issues (0.2); | 0.6 | 465.00 | 11792700 |
| Gray | Andrew | 06/06/2013 | reviewing discovery and pleading materials regarding claims and allocation dispute; | 0.3 | 232.50 | 11796105 |
| Gray | Andrew | 07/06/2013 | internal discussions regarding allocation dispute issues and motion for leave to appeal allocation protocol decision; | 1.1 | 852.50 | 11797182 |
| Gray | Andrew | 12/06/2013 | internal discussions regarding legal issues arising in allocation dispute; | 2.4 | 1,860.00 | 11807783 |
| Gray | Andrew | 14/06/2013 | reviewing court material and email regarding allocation dispute; | 0.4 | 310.00 | 11810749 |
| Gray | Andrew | 16/06/2013 | revising court documents; | 1.2 | 930.00 | 11811832 |
| Gray | Andrew | 28/06/2013 | reviewing legal analysis and related draft court documents; | 0.9 | 697.50 | 11839907 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 13/06/2013 | working on expert evidence issues (.8); participating in discussion of possible expert witness involvement (.6); conducting legal research (2.8); | 4.2 | 3,255.00 | 11839923 |
| McCourt | Conor | 10/06/2013 | considering expert issues (0.5); discussion with S. Bomhof (0.2); | 0.7 | 686.00 | 11804250 |
| McCourt | Conor | 11/06/2013 | participating in conference call regarding potential use of expert; | 0.7 | 686.00 | 11804261 |
| McCourt | Conor | 13/06/2013 | preparing for call with potential expert (0.6); participating in call with potential expert with A. Gray to discuss possible expert witness involvement (0.6); | 1.2 | 1,176.00 | 11808462 |
| McCourt | Conor | 21/06/2013 | discussion with potential expert (0.2); e-mail to S. Bomhof and A. Slavens (0.2); | 0.4 | 392.00 | 11824097 |
| Slavens | Adam | 02/06/2013 | reviewing core parties' responses to allocation position submissions; | 1.3 | 832.00 | 11786353 |
| Slavens | Adam | 04/06/2013 | reviewing interrogatories and document requests and office conference with A. Gray and S. Bomhof re same; | 1.0 | 640.00 | 11791306 |
| Slavens | Adam | 05/06/2013 | participating in webinar on document discovery and responding to requests re same; | 0.8 | 512.00 | 11796624 |
| Slavens | Adam | 05/06/2013 | coordinating internal team re document discovery and responding to requests re same; | 1.0 | 640.00 | 11796627 |
| Slavens | Adam | 06/06/2013 | reviewing consolidated document requests and interrogatories; | 2.0 | 1,280.00 | 11796640 |
| Slavens | Adam | 07/06/2013 | meeting with internal team re document discovery and responding to requests re same; | 0.5 | 320.00 | 11797191 |
| Slavens | Adam | 07/06/2013 | participating in conference calls re consolidated document requests and interrogatories; | 2.0 | 1,280.00 | 11797192 |
| Slavens | Adam | 07/06/2013 | reviewing consolidated document requests and interrogatories; | 2.0 | 1,280.00 | 11797194 |
| Slavens | Adam | 08/06/2013 | reviewing consolidated document requests and interrogatories; | 1.5 | 960.00 | 11797195 |
| Slavens | Adam | 09/06/2013 | participating in conference calls re consolidated document requests and interrogatories (4.1) discussing with Cleary and S. Bomhof re same (.5); | 4.6 | 2,944.00 | 11798853 |
| Slavens | Adam | 09/06/2013 | reviewing consolidated document requests and interrogatories; | 1.0 | 640.00 | 11798855 |
| Slavens | Adam | 10/06/2013 | participating in conference calls re consolidated document requests and interrogatories; | 3.6 | 2,304.00 | 11803723 |
| Slavens | Adam | 10/06/2013 | reviewing consolidated document requests and interrogatories; | 1.5 | 960.00 | 11803724 |
| Slavens | Adam | 11/06/2013 | reviewing consolidated document requests and interrogatories; | 1.2 | 768.00 | 11805836 |
| Slavens | Adam | 11/06/2013 | participating in conference calls re consolidated document requests and interrogatories; | 3.0 | 1,920.00 | 11805839 |
| Slavens | Adam | 11/06/2013 | conference call with S. Bomhof, C. McCourt and Cleary re allocation litigation matters; | 0.5 | 320.00 | 11805841 |
| Slavens | Adam | 12/06/2013 | participating in conference calls re consolidated document requests and interrogatories (2.5); revise related documents re same (2.5); | 5.0 | 3,200.00 | 11807669 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 12/06/2013 | reviewing consolidated document requests and interrogatories (1.0); email correspondence with Cleary re same (0.5); | 1.5 | 960.00 | 11807673 |
| Slavens | Adam | 13/06/2013 | participating in conference calls re consolidated document requests and interrogatories; | 9.0 | 5,760.00 | 11809371 |
| Slavens | Adam | 14/06/2013 | reviewing consolidated document requests and interrogatories (0.5); reviewing email correspondence re same (0.3); | 0.8 | 512.00 | 11813982 |
| Slavens | Adam | 17/06/2013 | reviewing consolidated document requests and interrogatories (0.5); reviewing email correspondence re same (0.2); | 0.7 | 448.00 | 11813990 |
| Slavens | Adam | 20/06/2013 | reviewing consolidated document requests and interrogatories; | 0.5 | 320.00 | 11823101 |
| Slavens | Adam | 21/06/2013 | email correspondence with S. Bomhof, C. McCourt, A. Gray and D. Bereskin re litigation matters for case; | 0.5 | 320.00 | 11828894 |
| Slavens | Adam | 23/06/2013 | reviewing draft letter to Delaware District Court (0.7); email correspondence with S. Bomhof and A. Gray re same (0.2); | 0.9 | 576.00 | 11829790 |
| Slavens | Adam | 26/06/2013 | conference call with Cleary, S. Bomhof and M. Reynolds re discovery matters; | 0.5 | 320.00 | 11831341 |
| Slavens | Adam | 28/06/2013 | reviewing responses to consolidated interrogatories; | 2.5 | 1,600.00 | 11839240 |
| Reynolds | Molly | 04/06/2013 | reviewing emails and attachments from S. Bomhof (0.2); reviewing allocation positions (1.2); | 1.4 | 714.00 | 11790293 |
| Reynolds | Molly | 05/06/2013 | exchanging emails with S. Bomhof, A. Slavens and reviewing attachments re discovery (1.0); participating in discovery meeting (1.2); exchanging emails with J. Erickson re document review (0.2); | 2.4 | 1,224.00 | 11792164 |
| Reynolds | Molly | 06/06/2013 | meeting with T. DeMarinis and S. Bomhof re discovery plan (1.0), participating in all party meet and confer (7.5); | 8.5 | 4,335.00 | 11795365 |
| Reynolds | Molly | 07/06/2013 | meeting with document review team (1.5), emailing with S. Bomhof and document review team and reviewing related documents (1.4); | 2.9 | 1,479.00 | 11795893 |
| Reynolds | Molly | 10/06/2013 | corresponding with document review team and reviewing related documents (0.7) | 0.7 | 357.00 | 11802702 |
| Reynolds | Molly | 11/06/2013 | corresponding with document review team (0.1); | 0.1 | 51.00 | 11804647 |
| Reynolds | Molly | 12/06/2013 | communicating with document review team (0.1) | 0.1 | 51.00 | 11808875 |
| Reynolds | Molly | 14/06/2013 | emailing document review team (0.1); office conference with document reviewer (0.1); | 0.2 | 102.00 | 11809525 |
| Reynolds | Molly | 13/06/2013 | emailing document review team (0.1); | 0.1 | 51.00 | 11813308 |
| Reynolds | Molly | 18/06/2013 | meeting with A. Slavens (0.1); | 0.1 | 51.00 | 11815652 |
| Reynolds | Molly | 20/06/2013 | reviewing allocation position responses (0.2); corresponding with S. Bomhof re leave to appeal (0.5); | 0.7 | 357.00 | 11822445 |
| Reynolds | Molly | 21/06/2013 | drafting legal memo (1.2); | 1.2 | 612.00 | 11830919 |
| Reynolds | Molly | 25/06/2013 | corresponding with S. Bomhof and document review team (0.5); | 0.5 | 255.00 | 11830938 |
| Reynolds | Molly | 26/06/2013 | call with document review team and emails to same | 1.7 | 867.00 | 11831244 |
| Reynolds | Molly | 27/06/2013 | meeting with document review team (0.5); | 0.5 | 255.00 | 11836907 |
| Reynolds | Molly | 28/06/2013 | meeting with and emailing document review team (0.4); | 0.4 | 204.00 | 11837974 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Armitage | Kevin | 06/06/2013 | reviewing background materials related to conducting document discovery and responding to requests re same; | 1.4 | 266.00 | 11796724 |
| Armitage | Kevin | 06/06/2013 | conducting document discovery and responding to requests re same; | 1.7 | 323.00 | 11796728 |
| Armitage | Kevin | 07/06/2013 | meeting re: conducting document discovery; | 1.2 | 228.00 | 11798584 |
| Armitage | Kevin | 07/06/2013 | conducting document discovery and responding to requests re same; | 2.8 | 532.00 | 11798585 |
| Armitage | Kevin | 10/06/2013 | conducting document discovery and responding to requests re same; | 1.7 | 323.00 | 11803865 |
| Armitage | Kevin | 10/06/2013 | conducting document discovery and responding to requests re same; | 0.9 | 171.00 | 11803866 |
| Armitage | Kevin | 12/06/2013 | conducting document discovery and responding to requests re same; | 1.4 | 266.00 | 11807404 |
| Armitage | Kevin | 14/06/2013 | conducting document discovery and responding to requests re same; | 0.5 | 95.00 | 11811654 |
| Armitage | Kevin | 14/06/2013 | conducting document discovery and responding to requests re same" | 0.9 | 171.00 | 11811658 |
| Armitage | Kevin | 20/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11823486 |
| Armitage | Kevin | 20/06/2013 | conducting document discovery and responding to requests re same; | 0.5 | 95.00 | 11823489 |
| Armitage | Kevin | 25/06/2013 | conducting document discovery and responding to requests re same; | 0.6 | 114.00 | 11829474 |
| Armitage | Kevin | 27/06/2013 | conducting document discovery and responding to requests re same; | 1.2 | 228.00 | 11837221 |
| Payne | Owen | 05/06/2013 | participating in webinar on document discovery and responding to requests re same; | 1.5 | 285.00 | 11790811 |
| Payne | Owen | 06/06/2013 | conducting document discovery and responding to requests re same; | 3.6 | 684.00 | 11794033 |
| Payne | Owen | 07/06/2013 | meeting re doc review; | 1.5 | 285.00 | 11796167 |
| Payne | Owen | 07/06/2013 | conducting document discovery and responding to requests re same; | 3.0 | 570.00 | 11796395 |
| Payne | Owen | 10/06/2013 | conducting document discovery and responding to requests re same; | 5.4 | 1,026.00 | 11798505 |
| Payne | Owen | 11/06/2013 | conducting document discovery and responding to requests re same; | 1.8 | 342.00 | 11803149 |
| Payne | Owen | 12/06/2013 | conducting document discovery and responding to requests re same; | 2.1 | 399.00 | 11805288 |
| Payne | Owen | 13/06/2013 | conducting document discovery and responding to requests re same; | 4.8 | 912.00 | 11807407 |
| Payne | Owen | 14/06/2013 | conducting document discovery and responding to requests re same; | 5.8 | 1,102.00 | 11809993 |
| Payne | Owen | 17/06/2013 | conducting document discovery and responding to requests re same; | 5.4 | 1,026.00 | 11812197 |
| Payne | Owen | 18/06/2013 | conducting document discovery and responding to requests re same; | 1.8 | 342.00 | 11814137 |
| Payne | Owen | 20/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11818258 |
| Payne | Owen | 21/06/2013 | conducting document discovery and responding to requests re same; | 1.5 | 285.00 | 11823167 |
| Payne | Owen | 22/06/2013 | conducting document discovery and responding to requests re same; | 0.6 | 114.00 | 11823741 |
| Payne | Owen | 24/06/2013 | conducting document discovery and responding to requests re same; | 1.3 | 247.00 | 11824627 |
| Payne | Owen | 25/06/2013 | conducting document discovery and responding to | 1.6 | 304.00 | 11826952 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Payne | Owen | 26/06/2013 | conducting document discovery and responding to requests re same; | 0.4 | 76.00 | 11830183 |
| Payne | Owen | 27/06/2013 | conducting document discovery and responding to requests re same; | 3.2 | 608.00 | 11831559 |
| Payne | Owen | 28/06/2013 | conducting document discovery and responding to requests re same; | 4.1 | 779.00 | 11837325 |
| Roberts | Ryan | 05/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11792445 |
| Roberts | Ryan | 05/06/2013 | participating in webinar on document discovery and responding to requests re same; | 2.0 | 380.00 | 11792501 |
| Roberts | Ryan | 06/06/2013 | conducting document discovery and responding to requests re same; | 0.5 | 95.00 | 11795567 |
| Roberts | Ryan | 07/06/2013 | attending meeting re document discovery and reading documents re same; | 2.0 | 380.00 | 11795782 |
| Roberts | Ryan | 07/06/2013 | conducting document discovery and responding to requests re same; | 7.1 | 1,349.00 | 11796353 |
| Roberts | Ryan | 08/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11797106 |
| Roberts | Ryan | 10/06/2013 | conducting document discovery and responding to requests re same; | 2.5 | 475.00 | 11802722 |
| Roberts | Ryan | 11/06/2013 | conducting document discovery and responding to requests re same; | 1.6 | 304.00 | 11804838 |
| Roberts | Ryan | 12/06/2013 | conducting document discovery and responding to requests re same; | 3.3 | 627.00 | 11806834 |
| Roberts | Ryan | 13/06/2013 | conducting document discovery and responding to requests re same; | 1.5 | 285.00 | 11808945 |
| Roberts | Ryan | 14/06/2013 | conducting document discovery and responding to requests re same; | 4.5 | 855.00 | 11809557 |
| Roberts | Ryan | 24/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11826647 |
| Roberts | Ryan | 25/06/2013 | conducting document discovery and responding to requests re same; | 1.5 | 285.00 | 11829050 |
| Roberts | Ryan | 27/06/2013 | conducting document discovery and responding to requests re same; | 0.2 | 38.00 | 11836605 |
| Roberts | Ryan | 28/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11837498 |
| Saulnier | Brett | 05/06/2013 | participating in webinar on document discovery and responding to requests re same; | 1.3 | 247.00 | 11792469 |
| Saulnier | Brett | 07/06/2013 | reviewing materials re document discovery (0.5); conducting document discovery and responding to request re same (0.4); | 0.9 | 171.00 | 11796413 |
| Saulnier | Brett | 07/06/2013 | meeting re document discovery; | 1.2 | 228.00 | 11796889 |
| Saulnier | Brett | 08/06/2013 | conducting document discovery and responding to request re same; | 5.4 | 1,026.00 | 11797115 |
| Saulnier | Brett | 10/06/2013 | conducting document discovery and responding to request re same; | 2.1 | 399.00 | 11802663 |
| Saulnier | Brett | 12/06/2013 | conducting document discovery and responding to request re same; | 0.5 | 95.00 | 11807220 |
| Saulnier | Brett | 13/06/2013 | conducting document discovery and responding to request re same; | 1.7 | 323.00 | 11808940 |
| Saulnier | Brett | 13/06/2013 | conducting document discovery and responding to request re same; | 0.9 | 171.00 | 11809237 |
| Saulnier | Brett | 14/06/2013 | conducting document discovery and responding to request re same; | 1.4 | 266.00 | 11810176 |
| Saulnier | Brett | 11/06/2013 | conducting document discovery and responding to | 1.1 | 209.00 | 11811622 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Saulnier | Brett | 16/06/2013 | conducting document discovery and responding to request re same; | 0.9 | 171.00 | 11811625 |
| Saulnier | Brett | 18/06/2013 | conducting document discovery and responding to request re same; | 0.9 | 171.00 | 11815728 |
| Saulnier | Brett | 24/06/2013 | conducting document discovery and responding to request re same; | 1.8 | 342.00 | 11826663 |
| Saulnier | Brett | 26/06/2013 | conducting document discovery and responding to request re same; | 1.0 | 190.00 | 11831102 |
| Saulnier | Brett | 27/06/2013 | conducting document discovery and responding to request re same; | 0.4 | 76.00 | 11836814 |
| Shaunessy | Patrick | 05/06/2013 | reviewing materials for document discovery webinar and making arrangements re same; | 1.8 | 342.00 | 11791182 |
| Shaunessy | Patrick | 05/06/2013 | participating in webinar on document discovery and responding to requests re same; | 1.5 | 285.00 | 11791188 |
| Shaunessy | Patrick | 06/06/2013 | preparing for document discovery; responding to emails re same; | 2.5 | 475.00 | 11793209 |
| Shaunessy | Patrick | 06/06/2013 | conducting document discovery and responding to requests re same; | 2.4 | 456.00 | 11793215 |
| Shaunessy | Patrick | 07/06/2013 | meeting re document discovery procedures; | 1.3 | 247.00 | 11796170 |
| Shaunessy | Patrick | 07/06/2013 | conducting document discovery and responding to requests re same; | 3.9 | 741.00 | 11796172 |
| Shaunessy | Patrick | 08/06/2013 | conducting document discovery and responding to requests re same; | 0.5 | 95.00 | 11797112 |
| Shaunessy | Patrick | 10/06/2013 | conducting document discovery and responding to requests re same; | 4.5 | 855.00 | 11798575 |
| Shaunessy | Patrick | 11/06/2013 | conducting document discovery and responding to requests re same; | 1.3 | 247.00 | 11803396 |
| Shaunessy | Patrick | 12/06/2013 | conducting document discovery and responding to requests re same; | 2.0 | 380.00 | 11805252 |
| Shaunessy | Patrick | 13/06/2013 | conducting document discovery and responding to requests re same; | 4.6 | 874.00 | 11807408 |
| Shaunessy | Patrick | 14/06/2013 | conducting document discovery and responding to requests re same; | 4.2 | 798.00 | 11809627 |
| Shaunessy | Patrick | 16/06/2013 | conducting document discovery and responding to requests re same; | 0.3 | 57.00 | 11810730 |
| Shaunessy | Patrick | 17/06/2013 | conducting document discovery and responding to requests re same; | 1.3 | 247.00 | 11812722 |
| Shaunessy | Patrick | 18/06/2013 | conducting document discovery and responding to requests re same; | 1.3 | 247.00 | 11814472 |
| Shaunessy | Patrick | 20/06/2013 | conducting document discovery and responding to requests re same; | 5.3 | 1,007.00 | 11818181 |
| Shaunessy | Patrick | 21/06/2013 | conducting document discovery and responding to requests re same; | 0.4 | 76.00 | 11823216 |
| Shaunessy | Patrick | 23/06/2013 | conducting document discovery and responding to requests re same; | 1.9 | 361.00 | 11823787 |
| Shaunessy | Patrick | 24/06/2013 | conducting document discovery and responding to requests re same; | 3.5 | 665.00 | 11824809 |
| Shaunessy | Patrick | 26/06/2013 | conducting document discovery and responding to requests re same; | 0.7 | 133.00 | 11830136 |
| Shaunessy | Patrick | 27/06/2013 | conducting document discovery and responding to requests re same; | 1.4 | 266.00 | 11831685 |
| Shaunessy | Patrick | 28/06/2013 | conducting document discovery and responding to requests re same; | 1.3 | 247.00 | 11837190 |
| Shelley | Alexandra | 27/06/2013 | conducting document discovery and responding to request re: same; | 2.1 | 399.00 | 11837025 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Guest | Lara | 05/06/2013 | participating in webinar on document discovery and responding to requests re same; | 1.0 | 190.00 | 11791587 |
| Guest | Lara | 07/06/2013 | attending internal meeting re document discovery; | 1.3 | 247.00 | 11797528 |
| Guest | Lara | 10/06/2013 | conducting document discovery and responding to requests re same; | 4.5 | 855.00 | 11803017 |
| Guest | Lara | 11/06/2013 | conducting document discovery and responding to requests re same; | 1.2 | 228.00 | 11804314 |
| Guest | Lara | 12/06/2013 | conducting document discovery and responding to requests re same; | 4.5 | 855.00 | 11805727 |
| Guest | Lara | 16/06/2013 | conducting document discovery and responding to requests re same; | 2.7 | 513.00 | 11810752 |
| Guest | Lara | 24/06/2013 | conducting document discovery and responding to requests re same; | 3.4 | 646.00 | 11825366 |
| Guest | Lara | 27/06/2013 | conducting document discovery and responding to requests re same; | 0.1 | 19.00 | 11831552 |
| Guest | Lara | 28/06/2013 | conducting document discovery and responding to requests re same; | 2.1 | 399.00 | 11838505 |
| DeMarinis | Tony | 03/06/2013 | consolidated interrogatory list review and related correspondence (0.4); reading documents (0.7); review supplemental interrogatories request (0.3); | 1.4 | 1,365.00 | 11789096 |
| DeMarinis | Tony | 04/06/2013 | discussions with S. Bomhof, counsel emails, review of various lists of interrogatories, consideration of underlying issues, and planning in relation to discovery and June 6 counsel sessions; | 3.7 | 3,607.50 | 11791231 |
| DeMarinis | Tony | 05/06/2013 | engaged in connection with tomorrow's meeting of core parties on document requests and interrogatories, including review of various comments and proposed revisions to draft consolidated list, discussion and correspondence on same, and review of materials and issues in preparation for tomorrow; | 5.5 | 5,362.50 | 11791931 |
| DeMarinis | Tony | 06/06/2013 | participate in meeting of core parties' counsel to negotiate consolidated list of document requests and interrogatories at Goodmans' offices (3.0); reviewing current versions of all individual party requests, consolidated list, protective order, reservation of rights, and other materials in preparation for same (3.0); internal discussions before and after meeting, post-meeting counsel emails and deliveries, and review of associated materials (1.5); | 7.5 | 7,312.50 | 11796570 |
| DeMarinis | Tony | 10/06/2013 | review and consideration of cumulative document and correspondence exchanges on production process, issues separating parties, and prospective timetable; | 4.5 | 4,387.50 | 11803651 |
| DeMarinis | Tony | 11/06/2013 | engaged in review and consideration of production matters, including further exchange and reviews regarding consolidated list of document requests and interrogatories, reservation of rights, and protective order; | 2.5 | 2,437.50 | 11805829 |
| DeMarinis | Tony | 12/06/2013 | consideration of legal submissions, production requests and issues, and core party arguments; | 2.5 | 2,437.50 | 11807925 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 14/06/2013 | various counsel exchanges on consolidated list and related matters; | 1.3 | 1,267.50 | 11811569 |
| DeMarinis | Tony | 17/06/2013 | correspondence, issues and document consideration, and other activities regarding prospective discovery process; | 3.0 | 2,925.00 | 11814336 |
| DeMarinis | Tony | 18/06/2013 | review of information and materials relating to litigation, and counsel correspondence; | 2.8 | 2,730.00 | 11816396 |
| DeMarinis | Tony | 19/06/2013 | review and consideration of current draft of consolidated discovery list and productions; | 2.0 | 1,950.00 | 11818750 |
| DeMarinis | Tony | 20/06/2013 | correspondence regarding consolidate discovery list, and review of production and deliverables; | 1.2 | 1,170.00 | 11822092 |
| DeMarinis | Tony | 21/06/2013 | correspondence, materials review and issues analysis relating to litigation; | 3.5 | 3,412.50 | 11824411 |
| DeMarinis | Tony | 25/06/2013 | review consolidated list and production materials; | 2.0 | 1,950.00 | 11830010 |
| DeMarinis | Tony | 26/06/2013 | consideration and analysis regarding claims and evidence in allocation proceeding; | 2.8 | 2,730.00 | 11832112 |
| DeMarinis | Tony | 27/06/2013 | review counsel exchanges on interrogatories and responses, and production of documents; | 1.5 | 1,462.50 | 11833714 |
| Gray | William | 06/06/2013 | Work on discovery issues relating to allocation and document production including meeting with J. Leader, M. Simpson and M. Graham regarding document review | 1.7 | 1,530.00 | 11794196 |
| Gray | William | 07/06/2013 | Conference with M. Reynolds (.2); review implementation of document review (.5); work on allocation issues (2.1) | 2.8 | 2,520.00 | 11797831 |
| Gray | William | 12/06/2013 | Review document production issues | 0.2 | 180.00 | 11811439 |
| Gray | William | 21/06/2013 | Review court document review process | 0.3 | 270.00 | 11826170 |
| Gray | William | 05/06/2013 | coordinate team of lawyers in conjunction with S. Bomhof and A. Bauer to engage in discovery; | 1.3 | 1,170.00 | 11862538 |
| Gray | William | 03/06/2013 | work on litigation issues regarding document review etc.; | 0.6 | 540.00 | 11869411 |
| Bauer | Alison D. | 05/06/2013 | Nortel webinar on Litigation (1.2); staffing conferences with W. Gray (.3) | 1.5 | 1,162.50 | 11792456 |
| Bauer | Alison D. | 06/06/2013 | Read allocation review memo | 1.5 | 1,162.50 | 11795475 |
| Leader | Jaclyn | 05/06/2013 | Attend webinar for phase 2 document review (1.8); emails regarding phase 2 document review (.4); review background materials for document review (1.2) | 3.4 | 2,210.00 | 11792584 |
| Leader | Jaclyn | 06/06/2013 | Prepare for meeting regarding case background, document review (.6); meet with M. Simpson, M. Graham, W. Gray regarding case background, document review (.4); set up document review software (1.6); review documents (1.5); email regarding document categorization (.2), review background documents (2.1) | 6.4 | 4,160.00 | 11795703 |
| Leader | Jaclyn | 07/06/2013 | Quality control review of documents (6.4); emails with M. Reynolds and J. Erickson regarding same (.4) | 6.8 | 4,420.00 | 11797905 |
| Leader | Jaclyn | 10/06/2013 | Review background documents (1.4) Second level document review (0.6); review emails from M. Reynolds, J. Erickson regarding documents circulated as important, privilege questions (0.6); | 2.8 | 1,820.00 | 11802734 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Leader | Jaclyn | 11/06/2013 | Second review of documents (4.5 ); emails with M. Simpson, M. Graham, and M. Reynolds regarding review progress (.4); review background material (.7) | 5.6 | 3,640.00 | 11808867 |
| Leader | Jaclyn | 12/06/2013 | Second review of documents (4.7) | 4.7 | 3,055.00 | 11813305 |
| Leader | Jaclyn | 13/06/2013 | Review emails from M. Simpson and M. Reynolds regarding progress of document review (0.2) | 0.2 | 130.00 | 11813965 |
| Leader | Jaclyn | 17/06/2013 | Review emails regarding document review questions (0.2) | 0.2 | 130.00 | 11814665 |
| Leader | Jaclyn | 14/06/2013 | Review emails regarding questions concerning document review (0.6) | 0.6 | 390.00 | 11814668 |
| Leader | Jaclyn | 20/06/2013 | Second review of documents (5.6); calls and speak with M. Simpson regarding same (.3) | 5.9 | 3,835.00 | 11822287 |
| Leader | Jaclyn | 24/06/2013 | Emails with R. Antonia regarding training on new document review system | 0.2 | 130.00 | 11829025 |
| Leader | Jaclyn | 21/06/2013 | Emails with A. Rahneva regarding status of document review (0.3) | 0.3 | 195.00 | 11830274 |
| Leader | Jaclyn | 26/06/2013 | Emails with M. Reynolds and M. Simpson regarding document review (0.2); review document (0.6) | 0.8 | 520.00 | 11838265 |
| Leader | Jaclyn | 25/06/2013 | Second review of documents (1.6) | 1.6 | 1,040.00 | 11838496 |
| Leader | Jaclyn | 28/06/2013 | Second review of documents (6.4) | 6.4 | 4,160.00 | 11838591 |
| Leader | Jaclyn | 27/06/2013 | Review background documents for document review (1.2); second review of documents (2.4) | 3.6 | 2,340.00 | 11838596 |
| Simpson | Matthew | 06/06/2013 | Review instructions memo and begin document review (4.6); meeting with J. Leader, M. Graham and W. Gray re same (1.0) | 5.6 | 2,940.00 | 11803559 |
| Simpson | Matthew | 13/06/2013 | document review in data room; | 2.1 | 1,102.50 | 11809379 |
| Simpson | Matthew | 20/06/2013 | document review (4.5); conference with J. Leader re same (.3) | 4.8 | 2,520.00 | 11822553 |
| Simpson | Matthew | 25/06/2013 | Read email: Recommind training | 0.1 | 52.50 | 11850268 |
| Simpson | Matthew | 25/06/2013 | Document review | 1.5 | 787.50 | 11850269 |
| Graham | Mark | 07/06/2013 | Conference call with M. Reynolds regarding document review (1.5); review of background materials regarding document review (2.0) | 3.5 | 1,925.00 | 11801230 |
| Graham | Mark | 06/06/2013 | Meeting with J. Leader, M. Simpson and W. Gray regarding document review (1.0); review documents (.5); review background case documentation (2.0) | 3.5 | 1,925.00 | 11801242 |
| Graham | Mark | 12/06/2013 | Review background information binder (2.0), review second level documents (2.1) | 4.1 | 2,255.00 | 11814410 |
| Graham | Mark | 13/06/2013 | Review litigation summary (1.5), review second level documents (1.0) | 2.5 | 1,375.00 | 11814447 |
| Graham | Mark | 20/06/2013 | Review summary of litigation issues | 3.0 | 1,650.00 | 11827695 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 11/06/2013 | research regarding Canadian legal issues; | 1.9 | 1,662.50 | 11804253 |
| Bomhof | Scott A. | 12/06/2013 | research regarding Canadian legal issues; | 3.2 | 2,800.00 | 11811467 |
| Bomhof | Scott A. | 17/06/2013 | Canadian legal research; | 3.0 | 2,625.00 | 11817428 |
| Bomhof | Scott A. | 19/06/2013 | research regarding Canadian legal issues; | 2.0 | 1,750.00 | 11820050 |
| Bomhof | Scott A. | 21/06/2013 | research regarding Canadian legal issues related to allocation hearing; | 1.0 | 875.00 | 11825914 |
| Bomhof | Scott A. | 25/06/2013 | research regarding Canadian legal issues related to allocation and intercompany claims; | 2.0 | 1,750.00 | 11830808 |
| Bomhof | Scott A. | 28/06/2013 | research regarding Canadian legal issues related to allocation hearing; | 1.8 | 1,575.00 | 11840458 |
| Bomhof | Scott A. | 27/06/2013 | conference call with J. Cameron and A. Slavens re Canadian legal research; | 0.3 | 262.50 | 11865042 |
| Yeo | Thomas | 04/06/2013 | reviewing responses to allocation positions; | 1.6 | 1,240.00 | 11793643 |
| Yeo | Thomas | 27/06/2013 | meeting with C. Thatcher and J. Cameron re: legal research for case (1.0); research for case (8.8); | 9.8 | 7,595.00 | 11838211 |
| Yeo | Thomas | 28/06/2013 | meetings with J. Cameron and C. Thatcher re: research for case (0.7); research for case (6.6); | 7.6 | 5,890.00 | 11839621 |
| Yeo | Thomas | 30/06/2013 | research for case; | 1.8 | 1,395.00 | 11839627 |
| Slavens | Adam | 03/06/2013 | conducting Canadian legal research re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 1.5 | 960.00 | 11789169 |
| Slavens | Adam | 04/06/2013 | conducting Canadian legal research re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 2.0 | 1,280.00 | 11791313 |
| Slavens | Adam | 11/06/2013 | conducting Canadian legal research for case; | 2.6 | 1,664.00 | 11805842 |
| Slavens | Adam | 12/06/2013 | conducting Canadian legal research for case; | 1.7 | 1,088.00 | 11807680 |
| Slavens | Adam | 18/06/2013 | conducting Canadian legal research for case and discussion with T. DeMarinis re same; | 2.0 | 1,280.00 | 11817483 |
| Slavens | Adam | 20/06/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11823097 |
| Slavens | Adam | 21/06/2013 | conducting Canadian legal research for case; | 1.5 | 960.00 | 11828895 |
| Slavens | Adam | 26/06/2013 | conducting Canadian legal research for case; | 3.6 | 2,304.00 | 11831331 |
| Slavens | Adam | 27/06/2013 | conducting Canadian legal research for case (2.3); conference call with J. Cameron and S. Bomhof re same (0.3); | 2.6 | 1,664.00 | 11838020 |
| Slavens | Adam | 28/06/2013 | conducting Canadian legal research for case (1.7); telephone call with J. Cameron re same (0.3); email correspondence to Cleary re same (0.1); | 2.1 | 1,344.00 | 11839243 |
| Thatcher | Christian | 27/06/2013 | meeting and communicating internally with J. Cameron and T. Yeo (1.8); meeting and communicating with library to conduct research (0.9); conducting research and summarizing results (5.7); | 8.4 | 3,990.00 | 11852969 |
| Thatcher | Christian | 28/06/2013 | meeting and communicating internally with J. Cameron and T. Yeo (0.9); communicating with library to conduct research (0.5); conducting research and summarizing results (5.8); | 7.2 | 3,420.00 | 11852973 |
| Cameron | John | 03/06/2013 | review and consider materials filed by other parties to allocation proceedings; | 4.0 | 3,980.00 | 11788800 |
| Cameron | John | 26/06/2013 | research further questions raised by US counsel for US debtors; | 7.0 | 6,965.00 | 11831400 |
| Cameron | John | 27/06/2013 | researching further Canadian law questions (6.7); conference call with S. Bomhof and A. Slavens re same (.3); meeting with C. | 8.0 | 7,960.00 | 11836601 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Cameron | John | 28/06/2013 | Thatcher and T. Yeo (1.0); research and drafting memorandum providing preliminary report summarizing relevant Canadian law (11.0); conference with A. Slavens and T. Yeo re same (1.0); | 12.0 | 11,940.00 | 11837222 |
| DeMarinis | Tony | 03/06/2013 | read Canadian research findings; | 0.7 | 682.50 | 11789103 |
| DeMarinis | Tony | 05/06/2013 | review research materials; | 0.8 | 780.00 | 11791934 |
| DeMarinis | Tony | 06/06/2013 | consideration of issues relating to discovery process; | 0.6 | 585.00 | 11796575 |
| DeMarinis | Tony | 11/06/2013 | research and analysis on case issues; | 2.8 | 2,730.00 | 11805828 |
| DeMarinis | Tony | 12/06/2013 | meeting with A. Gray, A. Slavens and S. Bomhof on legal issues in litigation (2.5); reference research materials and consider Canadian law (1.5); | 4.0 | 3,900.00 | 11807924 |
| DeMarinis | Tony | 14/06/2013 | research and analysis on case issues and related email correspondence and document review; | 2.5 | 2,437.50 | 11811567 |
| DeMarinis | Tony | 17/06/2013 | analysis of Canadian legal principles in relation to litigation, and associated email exchange with Adam Slavens; | 2.5 | 2,437.50 | 11814341 |
| DeMarinis | Tony | 18/06/2013 | engaged in consideration of Canadian law relating to allocation matter, including review of materials, discussion with Adam Slavens, and issues analysis; | 2.4 | 2,340.00 | 11816393 |
| DeMarinis | Tony | 19/06/2013 | review and analysis of matters relating to allocation litigation; | 3.5 | 3,412.50 | 11818748 |
| DeMarinis | Tony | 20/06/2013 | analysis, discussion and review of matters relating litigation submissions; | 2.7 | 2,632.50 | 11822090 |
| DeMarinis | Tony | 21/06/2013 | consideration of research issue relating to exchange with Howard Zelbo, and associated legal review; | 2.5 | 2,437.50 | 11824412 |
| DeMarinis | Tony | 25/06/2013 | emails, consideration of legal analysis and litigation strategy, and related review and analysis; | 3.0 | 2,925.00 | 11830004 |
| DeMarinis | Tony | 26/06/2013 | research on proceedings; | 1.0 | 975.00 | 11832116 |
| DeMarinis | Tony | 27/06/2013 | analysis regarding legal principles; | 1.5 | 1,462.50 | 11833715 |
| Mauro | Clare | 27/06/2013 | advising associate re research strategy for indemnity research (C. Thatcher); | 0.5 | 185.00 | 11836741 |
| Mauro | Clare | 28/06/2013 | advising associate re research strategy for indemnity research (C. Thatcher); | 0.6 | 222.00 | 11837159 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 03/06/2013 | review inter-corporate information; | 0.8 | 780.00 | 11789098 |
| DeMarinis | Tony | 04/06/2013 | reading historical organizational financial information and related matters; | 1.9 | 1,852.50 | 11791233 |
| Gray | William | 03/06/2013 | Allocation issues (.9); conference with S. Bomhof regarding the same (.2) | 1.1 | 990.00 | 11789926 |
| Gray | William | 04/06/2013 | Conferences regarding interrogatory review and document production issues (.6); work on allocation issues (2.1) | 2.7 | 2,430.00 | 11789950 |
| Gray | William | 05/06/2013 | Work on document discovery interrogatory response (1.5); work on allocation issues (0.9); | 2.4 | 2,160.00 | 11791853 |
| Gray | William | 10/06/2013 | Work on allocation issues including legal research regarding the same | 1.4 | 1,260.00 | 11803469 |
| Gray | William | 11/06/2013 | Work on and research allocation issues | 1.4 | 1,260.00 | 11804444 |
| Gray | William | 12/06/2013 | Research and Review allocation issues | 1.6 | 1,440.00 | 11811446 |
| Gray | William | 13/06/2013 | work on allocaton issues | 1.6 | 1,440.00 | 11811485 |
| Gray | William | 17/06/2013 | Work on allocation research matters | 1.6 | 1,440.00 | 11812990 |
| Gray | William | 18/06/2013 | work on allocation issues | 0.7 | 630.00 | 11815081 |
| Gray | William | 19/06/2013 | Work on allocation issues | 1.3 | 1,170.00 | 11817394 |
| Gray | William | 20/06/2013 | Review trial memorandum draft (.70); work on allocation issues (1.2) | 1.9 | 1,710.00 | 11822833 |
| Gray | William | 21/06/2013 | work on allocation issues | 1.6 | 1,440.00 | 11826169 |
| Gray | William | 24/06/2013 | work on allocation issues | 1.7 | 1,530.00 | 11826180 |
| Gray | William | 25/06/2013 | Work on allocation issues | 2.3 | 2,070.00 | 11828875 |
| Gray | William | 26/06/2013 | Work on allocation issues | 1.4 | 1,260.00 | 11831828 |
| Gray | William | 27/06/2013 | Review allocation memorandum | 0.8 | 720.00 | 11832941 |
| Gray | William | 28/06/2013 | Work on allocation issues | 0.7 | 630.00 | 11838453 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/06/2013 | Review EMEA leave to appeal factum and revise US Debtors' reply factum regarding approval of allocation protocol; | 2.5 | 2,187.50 | 11789875 |
| Bomhof | Scott A. | 04/06/2013 | preparing materials for reply brief to EMEA leave to appeal from order approving allocation protocol and various telephone calls with Dentons and Clearys regarding same; | 5.0 | 4,375.00 | 11791911 |
| Bomhof | Scott A. | 05/06/2013 | reviewing reply factums to EMEA and finalize US Debtors appeal factum and discussing same with Dentons; | 2.8 | 2,450.00 | 11791917 |
| Bomhof | Scott A. | 06/06/2013 | Review CCC and Bondholders' reply factums in EMEA leave to appeal matter (1.0); finalize support filings for disallowance of EMEA claims and UKPT claims in Canadian proceedings (0.6); | 1.6 | 1,400.00 | 11794117 |
| Bomhof | Scott A. | 07/06/2013 | Reviewing EMEA reply factum on leave to appeal motion (.5); reviewing responding factums and law regarding EMEA lease to appeal motion (.9); | 1.4 | 1,225.00 | 11797792 |
| Bomhof | Scott A. | 10/06/2013 | reviewing cases filed on EMEA leave to appeal motion; | 1.0 | 875.00 | 11801197 |
| Bomhof | Scott A. | 14/06/2013 | telephone call with Dentons to discuss EMEA leave to appeal issues; | 0.5 | 437.50 | 11815037 |
| Bomhof | Scott A. | 21/06/2013 | reviewing Court of Appeal decision EMEA application for leave to appeal allocation protocol and reviewing further appeal options/tests for appeal; | 2.5 | 2,187.50 | 11825915 |
| Bomhof | Scott A. | 28/06/2013 | reviewing and revising updated claim document and conference with A. Slavens re same; | 1.0 | 875.00 | 11840456 |
| Slavens | Adam | 02/06/2013 | reviewing comments of A. Gray on responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order and email correspondence re same; | 1.2 | 768.00 | 11786355 |
| Slavens | Adam | 03/06/2013 | preparing CCAA case court documents; | 2.6 | 1,664.00 | 11789165 |
| Slavens | Adam | 03/06/2013 | preparing responding factum re EMEA Debtors' motion for leave to appeal from allocation protocol order (4.5); conference call with Dentons re same (0.5); | 5.0 | 3,200.00 | 11789168 |
| Slavens | Adam | 04/06/2013 | preparing responding factum, brief of authorities and motion record re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 4.0 | 2,560.00 | 11791299 |
| Slavens | Adam | 04/06/2013 | preparing CCAA case court documents; | 1.8 | 1,152.00 | 11791304 |
| Slavens | Adam | 05/06/2013 | finalizing, serving and filing responding factum, brief of authorities and motion record re EMEA Debtors' motion for leave to appeal from allocation protocol order; | 4.7 | 3,008.00 | 11796607 |
| Slavens | Adam | 05/06/2013 | reviewing responding factums and briefs of authorities filed in connection with EMEA Debtors' motion for leave to appeal from allocation protocol order; | 2.5 | 1,600.00 | 11796615 |
| Slavens | Adam | 05/06/2013 | preparing CCAA case court documents (0.5); email correspondence with Cleary and Dentons re same (0.3); | 0.8 | 512.00 | 11796631 |
| Slavens | Adam | 06/06/2013 | finalizing, serving and filing filings in support of monitor's responses; | 2.7 | 1,728.00 | 11796632 |
| Slavens | Adam | 10/06/2013 | reviewing CCAA case court documents (1.6); | 1.8 | 1,152.00 | 11803728 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | telephone call with A. Iqbal re same (0.2); | | | |
| Slavens | Adam | 10/06/2013 | preparing for motion returnable June 11, 2013; | 1.1 | 704.00 | 11803730 |
| Slavens | Adam | 11/06/2013 | attending motion returnable June 11, 2013 (2.0); preparing for same (0.5); | 2.5 | 1,600.00 | 11805835 |
| Slavens | Adam | 12/06/2013 | office conference with T. DeMarinis, S. Bomhof and A. Gray re CCAA case matters; | 1.3 | 832.00 | 11807681 |
| Slavens | Adam | 12/06/2013 | preparing CCAA case court documents; | 1.5 | 960.00 | 11807682 |
| Slavens | Adam | 13/06/2013 | preparing CCAA case court documents; | 5.5 | 3,520.00 | 11809373 |
| Slavens | Adam | 13/06/2013 | email correspondence with Cleary and S. Bomhof re MOE appeal; | 0.1 | 64.00 | 11809375 |
| Slavens | Adam | 14/06/2013 | conference call with Dentons re MOE appeal and related matters; | 0.5 | 320.00 | 11813961 |
| Slavens | Adam | 14/06/2013 | preparing CCAA case court documents; | 1.2 | 768.00 | 11813979 |
| Slavens | Adam | 17/06/2013 | email correspondence with S. Bomhof, T. DeMarinis and A. Gray re CCAA case court documents; | 0.4 | 256.00 | 11813986 |
| Slavens | Adam | 18/06/2013 | reviewing CCAA case court documents; | 1.0 | 640.00 | 11817480 |
| Slavens | Adam | 18/06/2013 | preparing CCAA case court documents; | 2.7 | 1,728.00 | 11817482 |
| Slavens | Adam | 18/06/2013 | preparing for court of appeal (MOE appeal) and conference with M. Reynolds re same; | 3.0 | 1,920.00 | 11817484 |
| Slavens | Adam | 19/06/2013 | attending court of appeal hearing (MOE appeal) (7.0); preparing for same (0.5); | 7.5 | 4,800.00 | 11818460 |
| Slavens | Adam | 19/06/2013 | preparing CCAA case court documents; | 1.5 | 960.00 | 11818465 |
| Slavens | Adam | 20/06/2013 | preparing CCAA case court documents; | 1.4 | 896.00 | 11823096 |
| Slavens | Adam | 20/06/2013 | reviewing court of appeal decision on EMEA claim (0.3); email correspondence with Cleary, S. Bomhof, A. Gray and M. Reynolds re same (0.4); | 0.7 | 448.00 | 11823100 |
| Slavens | Adam | 24/06/2013 | email correspondence with K. Wilson-Milne and S. Bomhof re CCAA case court documents; | 0.2 | 128.00 | 11828907 |
| Slavens | Adam | 25/06/2013 | conference call with Cleary and S. Bomhof re CCAA case court documents (1.1); preparing for same (0.5); telephone call with S. Bomhof re same (0.2); | 1.8 | 1,152.00 | 11829792 |
| Slavens | Adam | 25/06/2013 | preparing CCAA case court documents; | 1.5 | 960.00 | 11829796 |
| Slavens | Adam | 26/06/2013 | preparing CCAA case court documents; | 5.8 | 3,712.00 | 11831336 |
| Slavens | Adam | 27/06/2013 | preparing CCAA case court documents; | 4.5 | 2,880.00 | 11838023 |
| Slavens | Adam | 28/06/2013 | preparing CCAA case court documents (1.7); office conference with S. Bomhof re same (0.2); | 1.9 | 1,216.00 | 11839242 |
| DeMarinis | Tony | 03/06/2013 | search Canadian orders in relation to claims; | 1.0 | 975.00 | 11789100 |
| DeMarinis | Tony | 05/06/2013 | review of leave to appeal materials and applicable issues; | 1.3 | 1,267.50 | 11791932 |
| DeMarinis | Tony | 10/06/2013 | review of compiled materials filed in connection with leave to appeal hearing; | 2.5 | 2,437.50 | 11803654 |
| DeMarinis | Tony | 11/06/2013 | readings filings in Canadian proceedings; | 1.0 | 975.00 | 11805830 |
| DeMarinis | Tony | 20/06/2013 | correspondence and review regarding leave to appeal denial and related matters; | 0.8 | 780.00 | 11822091 |
| DeMarinis | Tony | 25/06/2013 | review of Canadian orders and filings; | 1.5 | 1,462.50 | 11830012 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 11/06/2013 | discussing recognition motion for final LTD settlement and final retiree settlement with Goodmans and schedule motion; | 0.5 | 437.50 | 11804252 |
| Bomhof | Scott A. | 17/06/2013 | finalize materials for recognition of U.S. LTD and retiree settlement orders; | 0.9 | 787.50 | 11817426 |
| Bomhof | Scott A. | 20/06/2013 | reviewing application for recognition orders related to LTD and retiree settlements and reviewing issued recognition orders; | 1.0 | 875.00 | 11820027 |
| Slavens | Adam | 07/06/2013 | preparing CCAA section 18.6 court materials re recognition of certain U.S. orders; | 4.5 | 2,880.00 | 11797193 |
| Slavens | Adam | 12/06/2013 | preparing CCAA section 18.6 court materials re recognition of certain U.S. orders (1.0); email correspondence with S. Bomhof and M. Fleming re same (0.2); | 1.2 | 768.00 | 11807675 |
| Slavens | Adam | 13/06/2013 | revising CCAA section 18.6 court materials re recognition of certain U.S. orders (0.3); email correspondence with M. Fleming re same (0.1); | 0.4 | 256.00 | 11809374 |
| Slavens | Adam | 14/06/2013 | finalizing, serving and filing motion materials re motion returnable June 20, 2013; | 3.4 | 2,176.00 | 11813976 |
| Slavens | Adam | 19/06/2013 | preparing for motion returnable June 20, 2013; | 1.6 | 1,024.00 | 11818481 |
| Slavens | Adam | 20/06/2013 | attending motion returnable June 20, 2013 (2.5); preparing for same (0.5); | 3.0 | 1,920.00 | 11823094 |