# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

June 1, 2013 through June 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $2,517.34 |
| Duplicating/Printing | 25,538 pgs @ .10 per pg | $2,553.80 |
| Miscellaneous | Process Server | $101.28 |
| Courier | | $12.58 |
| Taxi & Travel | | $36.12 |
| Motion | | $122.49 |
| Meals | | |
| USB Key | | |
| Word Processing | | $159.75 |
| Telephone | Long Distance | $48.63 |
| **Grand Total Expenses** | | **$5,551.99** |

**Nortel**
**June 2013 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 87 Motion | | 6/14/2013 | $ **122.49** | Motion |
| | | | | McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 271 Process Server Filing | | 6/5/2013 | 33.76 | filing joint factum, motion record and brief of authorities (responding to the motion for leave to appeal) of Nortel and the other US Debtors and the Official Committee of Unsecured Creditors and affidavit of service of Marian Bojovich; |
| 271 Process Server Filing | | 6/6/2013 | 33.76 | filing 1) filing by US Debtors and Official Committee (EMEA) and 2) filing by US Debtors and Official Committee (UK Pension); |
| 271 Process Server Filing | | 6/14/2013 | 33.76 | filing motion record (returnable June 20, 2013) and affidavit of service of Marian Bojovich; |
| | | | $ **101.28** | |
| 303 Taxi & Travel | | 6/20/2013 | 9.65 | Taxi & Travel |
| | | | | Slavens, Adam; Taxi/Car Service - 330 University taxi to court |
| 803 Taxi & Travel | | 6/11/2013 | 8.91 | Taxi & Travel |
| | | | | DIAMOND TAXI, Date: 11/06/2013, Chit#3231785 |
| 803 Taxi & Travel | | 6/30/2013 | 17.56 | Taxi & Travel |
| | | | | DIAMOND TAXI, Date: 30/06/2013, Chit#3231782 |
| | | | $ **36.12** | |
| 480 Telephone Charges | | 6/20/2013 | 36.27 | Telephone Charges |
| | | | | Slavens, Adam; Data Travel Pack Nortel telephone calls |
| 800 Telephone Call | | 6/3/2013 | 2.60 | Telephone Call |
| | | | | Global Crossing, Inv # 19030598 BOMHOF, SCOTT |
| 800 Telephone Call | | 6/7/2013 | 0.34 | Telephone Call |
| | | | | 12122252892 - New York, NY - Time: 16:14 - Dur: 6.80 |
| 800 Telephone Call | | 6/14/2013 | 3.89 | Telephone Call |
| | | | | Global Crossing, Inv # 19030598 SLAVENS, ADAM |
| 800 Telephone Call | | 6/24/2013 | 1.74 | Telephone Call |
| | | | | 16308691015 - Downers Grove, IL - Time: 16:06 - Dur: 35.15 |
| 800 Telephone Call | | 6/26/2013 | 1.30 | Telephone Call |
| | | | | 17199550541 - Colorado Springs, CO - Time: 13:29 - Dur: 27.00 |
| 800 Telephone Call | | 6/26/2013 | 1.25 | Telephone Call |
| | | | | 17199550541 - Colorado Springs, CO - Time: 13:30 - Dur: 25.47 |
| 4800 Telephone | | 6/5/2013 | 0.13 | Telephone |
| | | | | 19058428954 - Oakville, ON - Time: 09:47 - Dur: 4.68 |
| 4800 Telephone | | 6/24/2013 | 0.03 | Telephone |
| | | | | 13023519319 - Wilmington, DE - Time: 16:28 - Dur: 0.73 |
| 4800 Telephone | | 6/25/2013 | 0.03 | Telephone |
| | | | | 13632770130 - - Time: 15:06 - Dur: 0.55 |
| 4800 Telephone | | 6/25/2013 | 1.05 | Telephone |
| | | | | 16362770130 - - Time: 15:07 - Dur: 41.78 |
| | | | $ **48.63** | |
| 801 Copies | | 6/4/2013 | 336.80 | Copies |
| 801 Copies | | 6/5/2013 | 20.20 | Copies |
| 801 Copies | | 6/6/2013 | 71.00 | Copies |
| 801 Copies | | 6/6/2013 | 56.30 | Copies |
| 801 Copies | | 6/6/2013 | 48.40 | Copies |
| 801 Copies | | 6/10/2013 | 5.60 | Copies |
| 801 Copies | | 6/12/2013 | 2.80 | Copies |
| 801 Copies | | 6/14/2013 | 116.60 | Copies |
| 801 Copies | | 6/20/2013 | 10.40 | Copies |

**Nortel**
**June 2013 Disbursements**

| | | | |
|---|---|---|---|
| 801 Copies | 6/28/2013 | 70.00 | Copies |
| 808 Laser Printing | 6/3/2013 | 0.50 | Laser Printing |
| 808 Laser Printing | 6/3/2013 | 2.70 | Laser Printing |
| 808 Laser Printing | 6/3/2013 | 55.10 | Laser Printing |
| 808 Laser Printing | 6/3/2013 | 10.90 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 38.60 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 45.80 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 1.60 | Laser Printing |
| 808 Laser Printing | 6/4/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 6/5/2013 | 4.80 | Laser Printing |
| 808 Laser Printing | 6/5/2013 | 6.60 | Laser Printing |
| 808 Laser Printing | 6/5/2013 | 24.40 | Laser Printing |
| 808 Laser Printing | 6/5/2013 | 32.10 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 4.80 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 4.80 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 7.30 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 1.40 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 97.60 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 81.90 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 106.90 | Laser Printing |
| 808 Laser Printing | 6/6/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 6/7/2013 | 3.40 | Laser Printing |
| 808 Laser Printing | 6/7/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 6/7/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 6/7/2013 | 4.80 | Laser Printing |
| 808 Laser Printing | 6/7/2013 | 159.10 | Laser Printing |
| 808 Laser Printing | 6/7/2013 | 48.60 | Laser Printing |
| 808 Laser Printing | 6/10/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 6/10/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/10/2013 | 2.30 | Laser Printing |
| 808 Laser Printing | 6/10/2013 | 6.30 | Laser Printing |
| 808 Laser Printing | 6/10/2013 | 39.20 | Laser Printing |
| 808 Laser Printing | 6/10/2013 | 9.20 | Laser Printing |
| 808 Laser Printing | 6/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/11/2013 | 11.50 | Laser Printing |
| 808 Laser Printing | 6/11/2013 | 18.00 | Laser Printing |
| 808 Laser Printing | 6/12/2013 | 19.30 | Laser Printing |
| 808 Laser Printing | 6/12/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/12/2013 | 9.00 | Laser Printing |
| 808 Laser Printing | 6/12/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 6/13/2013 | 1.10 | Laser Printing |
| 808 Laser Printing | 6/13/2013 | 11.40 | Laser Printing |
| 808 Laser Printing | 6/14/2013 | 80.40 | Laser Printing |
| 808 Laser Printing | 6/14/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 6/16/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 6/18/2013 | 98.40 | Laser Printing |
| 808 Laser Printing | 6/19/2013 | 2.00 | Laser Printing |
| 808 Laser Printing | 6/19/2013 | 31.20 | Laser Printing |
| 808 Laser Printing | 6/20/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 6/20/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 6/20/2013 | 27.90 | Laser Printing |
| 808 Laser Printing | 6/21/2013 | 3.90 | Laser Printing |
| 808 Laser Printing | 6/24/2013 | 3.60 | Laser Printing |
| 808 Laser Printing | 6/24/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 6/25/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 6/26/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 6/26/2013 | 47.90 | Laser Printing |
| 808 Laser Printing | 6/27/2013 | 47.90 | Laser Printing |
| 808 Laser Printing | 6/27/2013 | 4.90 | Laser Printing |
| 808 Laser Printing | 6/27/2013 | 8.00 | Laser Printing |
| 808 Laser Printing | 6/27/2013 | 6.60 | Laser Printing |
| 808 Laser Printing | 6/27/2013 | 9.50 | Laser Printing |

**Nortel**

**June 2013 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 6/27/2013 | 7.50 | Laser Printing |
| 808 Laser Printing | 6/28/2013 | 11.00 | Laser Printing |
| 808 Laser Printing | 6/28/2013 | 13.90 | Laser Printing |
| 808 Laser Printing | 6/28/2013 | 8.90 | Laser Printing |
| 808 Laser Printing | 6/28/2013 | 2.00 | Laser Printing |
| 808 Laser Printing | 6/28/2013 | 36.20 | Laser Printing |
| 808 Laser Printing | 6/28/2013 | 7.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 5.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 2.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 7.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 33.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 33.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 9.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 6.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 3.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 9.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 6.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 3.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 3.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 2.90 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 9.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 8.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 1.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 3.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 3.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 6.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 9.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 33.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 7.20 | Laser Printing |

**Nortel**
**June 2013 Disbursements**

| | | | |
|---|---|---|---|
| 4808 Laser Printing | 6/5/2013 | 2.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 5.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 1.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 8.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 9.00 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 2.90 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 3.80 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/5/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 9.60 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.70 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 3.50 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 6.00 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 9.80 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 33.20 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 7.20 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 2.20 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 5.50 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/6/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/7/2013 | 2.20 | Laser Printing |
| 4808 Laser Printing | 6/7/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/10/2013 | 7.30 | Laser Printing |
| 4808 Laser Printing | 6/13/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/13/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/14/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/14/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/14/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/17/2013 | 7.30 | Laser Printing |
| 4808 Laser Printing | 6/17/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/19/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 8.80 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 1.30 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |

**Nortel**
**June 2013 Disbursements**

| | | | |
|---|---|---|---|
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 3.70 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 4.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 4.60 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 2.60 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 3.00 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 9.00 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.70 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 12.30 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 3.80 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 1.60 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 2.90 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 2.90 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 2.10 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 1.20 | Laser Printing |
| 4808 Laser Printing | 6/20/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 6/25/2013 | 1.50 | Laser Printing |
| 4808 Laser Printing | 6/25/2013 | 2.10 | Laser Printing |
| 4808 Laser Printing | 6/26/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 6/27/2013 | 1.50 | Laser Printing |
| 4808 Laser Printing | 6/27/2013 | 2.10 | Laser Printing |
| 4808 Laser Printing | 6/27/2013 | 0.40 | Laser Printing |
| | | **$ 2,553.80** | |
| | | | |
| 822 Courier | 6/6/2013 | 3.47 | Courier |
| | | | 79 Wellington Street West,Inv # 56646 |
| | | | 77 King St W,Dentons Canada LLP, |
| | | | raymond,1,2 |
| 822 Courier | 6/14/2013 | 4.56 | Courier |
| | | | 79 Wellington Street West,Invoice # 56712, |
| | | | 40 King St W,Bereskin & Parr, |
| | | | l alves/l alves,1,1 |
| 822 Courier | 6/28/2013 | 4.55 | Courier |
| | | | 199 Bay St,Black, Cassels & Graydon LLP, |
| | | | 79 Wellington Street West,Inv # 56817 |
| | | | keith,1,1 |
| | | **$   12.58** | |
| | | | |
| 885 On Line Research Charges - Quicklaw | 6/27/2013 | 2.89 | On Line Research Charges - Quicklaw |

**Nortel**
**June 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 885 | On Line Research Charges - Quicklaw | 6/27/2013 | 22.18 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 6/28/2013 | 192.90 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 6/28/2013 | 380.98 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 6/28/2013 | 106.11 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 6/28/2013 | 43.38 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/3/2013 | 73.30 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/4/2013 | 11.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/12/2013 | 11.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/20/2013 | 3.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/21/2013 | 67.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/27/2013 | 19.29 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/27/2013 | 324.07 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/27/2013 | 57.87 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/27/2013 | 3.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/27/2013 | 84.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/28/2013 | 84.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/28/2013 | 11.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/28/2013 | 354.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/28/2013 | 648.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/28/2013 | 3.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 6/28/2013 | 7.72 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 2,517.34** | |
| | | | | |
| 4196 | Word Processing | 6/9/2013 | 103.50 | Word Processing Client Billing summary for period Ending 06/06/2013 |
| 4196 | Word Processing | 6/23/2013 | 56.25 | Word Processing Client Billing Summary for Period Ending 06/23/13 |
| | | | **$   159.75** | |
| | | | | |
| | | | **$ 5,551.99** | |