## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>RE: Docket No. 10566 |

### NOTICE OF SERVICE OF CERTIFICATION OF THE JOINT ADMINISTRATORS TO CORE PARTIES OF SUBSTANTIAL DOCUMENT PRODUCTION COMPLETION

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Entering Litigation Timetable and Discovery Plan*, dated May 17, 2013 [D.I. 10566] (the "Order"), the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited ("NNUK") and certain of its affiliates located in the region known as EMEA (Europe, Middle East, and Africa) (collectively, and including NNUK, the "EMEA Debtors"), by and through their undersigned counsel, caused to be served on July 22, 2013, by electronic mail upon the Core Parties, as defined in the Order, certification of the EMEA Debtors' substantial completion with regard to the collection, review, and production of documents requested of the EMEA Debtors pursuant to that certain *Agreed Set of Consolidated Document Requests and Interrogatories* dated as of June 20, 2013.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>July 25, 2013 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Jaime Luton Chapman<br>Edwin J. Harron (No. 3396)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571–6600<br>Facsimile: (302) 571–1253<br><br>- and - |

01:13944442.1

068476.1001

HUGHES HUBBARD & REED LLP
Derek J.T. Adler
David W. Wiltenburg
Neil J. Oxford
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

-and-

HERBERT SMITH FREEHILLS LLP
John Whiteoak
Exchange House
Primrose Street
London EC2A 2HS

*Counsel for the Joint Administrators*

01:13944442.1

2