FILED
2013 JUL 26 AM 8: 32
US BANKRUPTCY COURT

**Honorable Kevin Gross,**

    As July 1, 2013, I am now a former Employee for Nortel Networks. I have attached my Proof of Claim for Severance Allowance with this letter. My dates of employment are as follows, February 21, 1995 to June 30, 2013, eighteen years 4 months. Related Documents are 11117, 11118

    I have attached my Nortel HR Shared Services US- Termination Notification from 2010. My United States Benefits Personalized Enrollment Worksheet for year of 2013 showing yearly base rate. A Paycheck stub form 04/24/09/ showing base hourly rate. As well as my Proof of Claim. Thank you in advance for your time and consideration.

Sincerely

Chad Soriano

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

**EMPLOYEE NAME:** Chad Soriano

**TERMINATION EFFECTIVE DATE:** 2010/08/31

**BENEFITS END DATE:** 2010/08/31    6/30/2013

**CONTINUOUS SERVICE DATE:** 1995/02/21

**EMPLOYEE ADDRESS:**

8974 HICKORY AVE
HESPERIA
CA 92345

**GLOBAL ID:** 0241742

**ENTITY:** LTD    **DEPT:** 2287

**EMPLOYEE STATUS:** Full Time: E
                     Part Time:

**LOCATION:** M98

**LOCATION DESCRIPTION:** YKAR

---

**SAP ACTION CODE:** 84

**SAP SEPARATION REASON CODE:** 33

**SAP SEPARTION REASON DESCRIPTION:** Work force reduction

---

**WITHHOLDINGS & AMOUNTS OWED**

Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

V5.0                                                                    US Workforce Reduction

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Chad Soriano

Employee Number: 0241742

Continuous Service Date: 1995/02/21

Severance Eligibility Date: 2005/01/04

Employment Termination Date: 2010/08/31

Severance Stop Date: 2010/11/09

Employee Home Address:

8974 HICKORY AVE
HESPERIA
CA    92345

Severance Period (for employees with at least 6 months of service) 10 .
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636

4
18
22 WEEKS Severance

Hourly rate $31.0260

week rate $2141.04

22 week rate $27,302.88

# NORTEL

## United States Benefits
## Personalized Enrollment Worksheet

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details. The benefits described herein are in all cases subject to the terms of the relevant benefit plans.

**Important Note:** Nortel Networks Inc. may further amend or discontinue its Benefits Plan(s) and the coverage and benefits provided thereunder at any time without prior notice or consent, in accordance with the terms of the plan and subject to applicable law.

| | |
|---|---|
| Name: | Chad Sorimo |
| Global ID: | 0241742 |
| Date Of Birth: | 06/04/1971 |
| Pay Frequency: | US Bi-weekly |
| Benefit Earnings: | $64,542.00   **$64,542.00** |
| Event: | Annual Enrollment |
| Prepared On: | 10/16/2012 |

Your current Benefit coverage (if available) is noted on pages 1, 2 and 3

## AFTER-TAX SELECTIONS

**Medical**
(Any negative costs represent Benefit Credit income to you)

| | You Only | You & Child(ren) | You & Spouse/DP | You & Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | ~~$29.54~~ | ~~$56.44~~ | ~~$76.17~~ | ~~$114.28~~ |
| * 90/70 PPO, Anthem | ~~$44.95~~ | ~~$90.78~~ | ~~$121.13~~ | * ~~$160.86~~ |
| Waived Medical | $0.00 | $0.00 | $0.00 | $0.00 |

Your Cost Per-Pay-Period: $_____(a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere? 

If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $_____(b)

**Dental/Vision/Hearing Care**

| | You Only | You & Child(ren) | You & Spouse/DP | You & Family |
|---|---|---|---|---|
| Dental/Vision/Hearing, Comp | ~~$6.43~~ | ~~$19.26~~ | ~~$20.07~~ | ~~$30.00~~ |
| * Dental/Vision/Hearing, Plus | ~~$11.00~~ | ~~$22.41~~ | ~~$23.25~~ | * ~~$33.25~~ |
| Dental/Vision/Hearing, Waived | $0.00 | $0.00 | $0.00 | $0.00 |

Your Cost Per-Pay-Period: $_____(c)

**Short Term Disability**        Rate

You are not eligible to receive this benefit at this time

$_____(d) 

**Long Term Disability**        Rate

$_____(e)

**Core Employee Life Insurance**

Core Coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

- $50,000 Core Life Insurance     $0.00
- * 1x Benefits Earnings            $0.00

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

**Page 1 Subtotal: Cost Per-Pay-Period** 

Add the amounts shown above (a-e) in the right column of this worksheet and enter the total here.

$_____(f)

Note to financial institutions: This electronic representation of Chad Soriano's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 4/24/2009.

[ Done ]

# N❂RTEL

04/24/09    D064569

4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7
Research Triangle Park NC 27709-3010

**ADVICE OF DEPOSIT**

CHAD SORIANO
8974 HICKORY AVE.
HESPERIA, CA 92345

**NON-NEGOTIABLE**

| Employee CHAD SORIANO | Id 123352 | Social Security XXX-XX-2719 | Status Married | Exemptions / Allowances US-4/0 CA-4/0 | Number D064569 |
|---|---|---|---|---|---|
| Code NN-US | Paygroup 1RA | | Division 598 | Department 2287 | Hire Date | Period Start 04/24/09 | Period End 04/24/09 | Pay Date 04/24/09 |

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | | Amount |
|---|---|---|---|---|---|---|---|
| Regular Pay | - | - | - | 7064.45 | Checking | | |
| Overtime - 1.5x | | | | 372.91 | | | |
| Short Term Disability 100% | - | - | - | 7446.24 | W2 Gross Wages | Current | YTD |
| Short Term Disability 90% Calculated | 31.0260 | 80.00 | 2233.87 | 4244.86 | | 2400.93 | |
| Disability | - | - | -23.12 | -229.97 | | | |
| Group Term Life > $50000 | - | - | 0.62 | 4.96 | | | |
| Second Shift Premium | - | - | - | 40.84 | | | |
| Third Shift Premium | - | - | - | 1309.40 | | | |
| Total Gross | | | 2257.91 | 21036.02 | | | |

Handwritten: Hourly Rate $31.0260

| Taxes | | |
|---|---|---|
| Federal Income Tax | 125.41 | 1985.17 |
| Social Security (FICA) | 130.33 | |
| Federal Medicare | 30.48 | |
| California Income Tax | 25.02 | |
| California Vol. Disability | 23.12 | |
| Total | 388.18 | 3430.13 |

| PreTax Deductions | | |
|---|---|---|
| Pretax Medical Plan | 121.75 | |
| Pretax DVH Plan | 26.88 | 345.44 |
| Pretax STD | 3.07 | |
| Pretax LTD | 2.75 | 24.84 |
| 401K Unmatched | - | |
| 401K Matched-Option D | - | |
| Total | 152.36 | |

| AfterTax Deductions | | |
|---|---|---|
| Voluntary AD&D | 2.00 | |
| Life Insurance | | 33.24 |
| Dependent Life Ins. Spouse | | |
| Dependent Life Ins. Child | | 4.40 |
| 401K Loan | | |
| Group Term Life Offset | -0.62 | -4.96 |
| Total | 125.74 | 1005.92 |

| Net Pay | 1045.33 | |

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5875

**PROOF OF CLAIM**

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held: Nortel Networks Inc., et al. | Case No. of Debtor: 09-10138 |

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Chad Soriano
8974 Hickory Ave.
Hesperia, Ca. 92345

Telephone number: (760) 956-9101    Email Address: pgimpooh@yahoo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
Same As Above

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim for the same claim herein against the Canadian Debtors in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 27,302.88

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Nortel Severance Allowance Plan 2012 SPD
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☒ Other
   Describe: Severance Allowance

   Value of Property: $ _____    Annual Interest Rate _____ %

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____    Basis for perfection: _____

   **Amount of Secured Claim:** $ _____    **Amount Unsecured:** $ 27,302.88

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $ 27,302.88

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
   **DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
   If the documents are not available, please explain:

FOR COURT USE ONLY

2013 JUL 26 AM 8:3_
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
FILED

Date: July 22, 2013    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.