IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks, Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: August 15, 2013 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: Only if Objections Filed** |

NOTICE OF EIGHTEENTH MONTHLY
APPLICATION OF ALVAREZ & MARSAL
HEALTHCARE INDUSTRY GROUP, LLC ("A&M"), AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES AND THE OFFICIALCOMMITTEE OF
LONG TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC.
("NNI"), *et al*, AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE OF
INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013

TO: The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222) shall be served as required therein. Parties receiving Notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Alvarez & Marsal Healthcare Industry Group, LLC, Financial Advisors to the Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks Inc. in the above-captioned cases, has filed the **Eighteenth Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC, as Financial Advisors to the Official Committee of Retired Employees and The Official Committee of Long Term**

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Disability Participants of Nortel Networks, Inc. ("NNI"), and its Affiliated Debtors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2013 through March 31, 2013** (the "Application"). The Application seeks the allowance of fees in the amount of **$379,974.50** and expenses in the amount of **$1,989.92** for the period **March 1, 2013 through and including March 31, 2013** and payment of 80% of fees in the amount of **$303,979.60** and 100% of the expenses in the amount of **$1,989.92** pursuant to the Interim Compensation Order.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or **before August 15, 2013 at 4:00 p.m. (prevailing Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on August 15, 2013:**

(i) the Debtors, Nortel Networks, Inc., Attn: Accounts Payable, P.O. Box 13010, RTP, NC 27709; (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin-Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE ABOVE-CAPTIONED DEBTORS WILL BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

      PLEASE TAKE FURTHER NOTICE THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE PURSUANT TO THE INTERIM COMPENSATION ORDER, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: July 26, 2013  
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Shelley A. Kinsella (DE Bar No. 4023)  
1105 North Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*  
*Long Term Disability Participants*