# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2013 through March 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | 114.46 |
| Telephone | | 1,452.81 |
| Food[11] | | (7.29) |
| Mail | | 416.08 |
| Miscellaneous | | 13.86 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses[12]** | | **$1,989.92** |

---

[11]   Reconciliation of over-charge for prior period food expense
[12]   Does not include all expenses incurred during the period.  The balance of any expenses will be included in a future fee application.

2725046.2