IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X : Chapter 11
: 
*In re* : Case No. 09-10138 (KG)
: 
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
: 
                Debtors. :
: 
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 30, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTERS**

1.    Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to December 3, 2013 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to September 10, 2013 at 4:00 p.m. (ET).

    Remaining Responses Received:

    (a)    Informal Response of ASM Capital Regarding Claim No. 7819; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(b)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)     Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e)     Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objections with respect to response (a) has been adjourned to the hearing scheduled for December 17, 2013 at 10:00 a.m. (ET). The hearing on the Objections with respect to response (b) has been adjourned to the hearing scheduled for September 24, 2013 at 10:00 a.m. (ET).

2.     Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10486, Filed 5/10/13).

Objection Deadline: May 24, 2013 at 4:00 p.m. (ET). Extended for Hain Capital Holdings, LLC regarding Claim No. 1950 and ASM Capital III, L.P. regarding Claim No. 415 to September 3, 2013 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Informal Response of Hain Capital Holdings, LLC regarding Claim No. 1950; and

(b) Informal Response of ASM Capital III, L.P. regarding Claim No. 415.

Related Pleading:

(a) Order Granting Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10804, Entered 6/11/13).

Status: The hearing on Hain Capital Holdings, LLC's Claim No. 1950 and ASM Capital III, L.P.'s Claim No. 415 has been adjourned to the hearing scheduled for September 10, 2013 at 10:00 a.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc. v. Commonwealth of Virginia Department of Taxation; Adv. Case No. 12-50608*

3. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 Approving Stipulation Between Nortel Networks Inc. and Virginia Department of Taxation (Main Case D.I. 11072, Adv. Case D.I. 37, Filed 7/9/13).

Objection Deadline: July 23, 2013 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 Approving Stipulation Between Nortel Networks Inc. and Virginia Department of Taxation (Main Case D.I. 11211, Adv. Case D.I. 43, Filed 7/25/13); and

(b) Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

**UNCONTESTED MATTER GOING FORWARD**

4. Debtors' Application for Entry of an Order Approving Further Amendments to the Terms of Compensation and Retention of Punter Southall LLC as a Pension Advisor to the Debtors *Nunc Pro Tunc* to July 1, 2013 (D.I. 11111, Filed 7/15/13).

   Objection Deadline: July 25, 2013 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Order Granting the Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice of Debtors' Application for Entry of an Order Approving Further Amendments to the Terms of Compensation and Retention of Punter Southall LLC as a Pension Advisor to the Debtors *Nunc Pro Tunc* to July 1, 2013 (D.I. 11114, Entered 7/16/13).

   Status: The hearing on this matter will go forward.

Dated: July 26, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7357634.3