# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 11218** |
| Nortel Networks Inc.,<br>                      Plaintiff,<br><br>v.<br><br>Commonwealth of Virginia Department of Taxation,<br><br>                      Defendants. | Adv. Proc. No. 12-50608 (KG)<br><br>**Re: D.I. 44** |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on July 26, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On July 30, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: July 26, 2013               CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                    James L. Bromley (admitted *pro hac vice*)
                                     Lisa M. Schweitzer (admitted *pro hac vice*)
                                     One Liberty Plaza
                                     New York, New York 10006
                                     Telephone: (212) 225-2000
                                     Facsimile: (212) 225-3999

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.21

**Via Fax**

Jeffrey A. Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax: 804-440-1171

**Via Overnight Mail**

Adam Moskowitz
ASM Capital
7600 Jericho Turnpike
Woodbury, NY 11797

Managing Officer
KGP Logistics, Inc.
c/o North Supply Co.
3305 Highway 60 W.
Faribault, MN 55021

Amy Schmidt
Coface North America Inc.
50 Millstone Rd.
Bldg. 100
East Windsor, NJ 08520

Wendy Spelfogel
Jaco Electronics, Inc.
145 Oser Ave.
Hauppauge, NY 11788