IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11215 & 11216** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
____ day of July, 2013

_____
Notary Public

REGINA AMPORRO
Notary Public, State of New York
No. 01AM6064503
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, ____

13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11
                                                |
NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)
                                                |
               Debtors.                         | Jointly Administered
                                                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  COOPER, CHARLES ALLEN                    COOPER, CHARLES ALLEN
                                              5064 NE BELLVILLE RD
                                              PINETTA, FL 32350

Please note that your claim # 6227 in the above referenced case and in the amount of
      $97,167.84 has been transferred **(unless previously expunged by court order)** to:

                                              SOLUS RECOVERY FUND II MASTER LP.
                                              TRANSFEROR: COOPER, CHARLES ALLEN
                                              ATTN: JON ZINMAN
                                              410 PARK AVENUE, 11TH FLOOR
                                              NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11216    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/26/2013                         David D. Bird, Clerk of Court


                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 26, 2013.

# EXHIBIT B

TIME: 14:24:27
DATE: 07/26/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| COOPER, CHARLES | 5064 NE BELLVILLE RD PINETTA FL 32350 |
| COOPER, CHARLES ALLEN | |
| COOPER, CHARLES ALLEN | 5064 NE BELLVILLE RD PINETTA FL 32350 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: COOPER, CHARLES ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: COOPER, CHARLES ALLEN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed      5

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006