# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ---------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| ---------------------------------------------------X | Re: D.I. 11222 |
| Nortel Networks Inc., | |
| Plaintiff, | |
| v. | Case No. 12-50608 (KG) |
| Commonwealth of Virginia Department of Taxation, | |
| Defendant. | Re: D.I. 46 |
| ---------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2013, a copy of **Order Approving the Stipulation Between Nortel Networks Inc. and Virginia Department of Taxation** was served in the manner indicated upon the individuals identified on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: July 26, 2013
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*

**Via First Class Mail**

Jeffrey Scharf, Esq.
Taxing Authority Consulting Services, P.C.
P.O. Box 1270
Midlothian, VA 23113

Elizabeth Bushnell Myers
Assistant Attorney General
Financial Law and Government Support
Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Craig M. Burns, Commissioner of Taxation
Virginia Department of Taxation
600 East Main Street, 23rd Floor
Richmond, VA 23219

Virginia Department of Taxation
Office of Customer Relations
P.O. Box 1115
Richmond, VA 23218