IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2013, a copy of the **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks Limited and Nortel Networks Corporation** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail and Email**

| | |
|---|---|
| Derrick Tay | Jay Carfagnini |
| Jennifer Stam | Joseph Pasquariello |
| GOWLING LAFLEUR HENDERSON LLP | Ben Zarnett |
| Suite 1600, First Canadian Place | Fred Myers |
| 100 King Street West | Peter Ruby |
| Toronto, Ontario  M5X 1G5 | Jessica Kimmel |
| Email:   derrick.tay@gowlings.com | Chris Armstrong |
|              jennifer.stam@gowlings.com | GOODMANS LLP |
| | Bay Adelaide Centre |
| Murray McDonald | 333 Bay Street, Suite 3400 |
| Brent Beekenkamp | Toronto, Ontario  M5H 2S7 |
| ERNST & YOUNG INC. | Email:  jcarfagnini@goodmans.ca |
| Ernst & Young Tower |             jpasquariello@goodmans.ca |
| 222 Bay Street, P.O. Box 251 |             bzarnett@goodmans.ca |
| Toronto, Ontario  M5K 1J7 |             fmyers@goodmans.ca |
| Email:  nortel.monitor@ca.ey.com |             pruby@goodmans.ca |
| |             jkimmel@goodmans.ca |
| |             carmstrong@goodmans.ca |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| **Via First Class Mail and Email** | **Via Hand Delivery and Email** |
|---|---|
| Ken Coleman<br>Paul Keller<br>Daniel Guyder<br>Laura Hall<br>Joseph Badtke-Berkow<br>Jonathan Cho<br>Nicolette Ward<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Email:  ken.coleman@allenovery.com<br>         paul.keller@allenovery.com<br>         daniel.guyder@allenovery.com<br>         laura.hall@allenovery.com<br>         Joseph.Badtke-Berkow@AllenOvery.com<br>         jonathan.cho@allenovery.com<br>         Nicolette.ward@allenovery.com | Kathleen A. Murphy<br>Mary F. Caloway<br>BUCHANAN INGERSOLL & ROONEY<br>1105 North Market Street,<br>Suite 1900<br>Wilmington, DE 19801-1054<br>Email:  Kathleen.murphy@bipc.com<br>         mary.caloway@bipc.com |

Dated: July 26, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*