IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1] :  Case No. 09-10138 (KG)
:
             Debtors. :  Jointly Administered
:
:
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2013, a copy of the **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to the Canadian Creditors Committee** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail and Email**

| | |
|---|---|
| Mark Zigler | Kenneth T. Rosenberg |
| Susan Philpott | Massimo (Max) Starnino |
| Ari Kaplan | Lily Harmer |
| Barbara Walancik | Karen Jones |
| KOSKIE MINSKY | Tina Lie |
| 20 Queen Street West | Michelle Jackson |
| Suite 900 | PALIARE ROLAND ROSENBERG |
| Toronto, Ontario  M5H 3R3 | ROTHSTEIN LLP |
| Email:  mzigler@kmlaw.ca | Suite 501 |
|        sphilpott@kmlaw.ca | 250 University Avenue |
|        akaplan@kmlaw.ca | Toronto, Ontario  M5H 3E5 |
|        bwalancik@kmlaw.ca | Email:  ken.rosenberg@paliareroland.com |
| |        max.starnino@paliareroland.com |
| |        lily.harmer@paliareroland.com |
| |        karen.jones@paliareroland.com |
| |        tina.lie@paliareroland.com |
| |        michelle.jackson@paliareroland.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via First Class Mail and Email**

Barry E. Wadsworth
Lewis Gottheil
CAW-CANADA
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9
Email:  barry.wadsworth@caw.ca
        lewis.gottheil@caw.ca

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2
Email:  janice.payne@nelligan.ca
       steven.levitt@nelligan.ca
       christopher.rootham@nelligan.ca
       ainslie.benedict@nelligan.ca

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
McCARTHY TETRAULT LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
E-mail: bboake@mccarthy.ca
      jgage@mccarthy.ca
      emarques@mccarthy.ca
      psteep@mccarthy.ca
      bdshaw@mccarthy.ca

**Via Hand Delivery and Email**

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA PIPER
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
Email:  selinda.melnik@dlapiper.com
       richard.hans@dlapiper.com
       timothy.hoeffner@dlapiper.com
       farahlisa.sebti@dlapiper.com

Dated: July 26, 2013
Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      James L. Bromley (admitted pro hac vice)
      Lisa M. Schweitzer (admitted pro hac vice)
      One Liberty Plaza
      New York, NY 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)
    1201 North Market Street, 18th Floor
    Wilmington, DE  19899-1347
    Telephone:  (302) 658-9200
    Facsimile:  (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

7394249.1