IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                                                  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                        : Case No. 09-10138 (KG)
:
            Debtors.                  : Jointly Administered
:
:
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2013, a copy of the **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Wilmington Trust, National Association, as Successor Indenture Trustee** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail and Email**

| | |
|---|---|
| John Salmas | Craig A. Barbarosh |
| Kenneth Kraft | David A. Crichlow |
| Sara-Ann Van Allen | Karen B. Dine |
| HEENAN BLAIKIE LLP | KATTEN MUCHIN ROSENMAN LLP |
| Bay Adelaide Centre | 575 Madison Avenue |
| 333 Bay Street, Suite 2900 | New York, NY  10022-2585 |
| P.O. Box 2900 | Email:  craig.barbarosh@kattenlaw.com |
| Toronto, Ontario  M5H 2T4 |         david.crichlow@kattenlaw.com |
| Email:  jsalmas@heenan.ca |         Karen.dine@kattenlaw.com |
|        kkraft@heenan.ca | |
|        svanallen@heenan.ca | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: July 26, 2013
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    James L. Bromley (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)
    1201 North Market Street, 18th Floor
    Wilmington, DE  19899-1347
    Telephone:  (302) 658-9200
    Facsimile:  (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

7394279.1