IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2013, a copy of the **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to the Board of the Pension Protection Fund** and **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan)** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail and Email**

| | |
|---|---|
| E. Bruce Leonard<br>David S. Ward<br>Bill Burden<br>Christopher Horkins<br>Lara Jackson<br>CASSELS BROCK & BLACKWELL LLP<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, Ontario  M5H 3C2<br>Email:  bleonard@casselsbrock.com<br>           dward@casselsbrock.com<br>           bburden@casselsbrock.com<br>           chorkins@casselsbrock.com<br>           ljackson@casselsbrock.com | Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br>THORNTON GROUT FINNIGAN LLP<br>Suite 3200, 100 Wellington Street West<br>P.O. Box 329<br>Toronto-Dominion Centre<br>Toronto, ON  M5K 1K7<br>Email:  mbarrack@tgf.ca<br>           djmiller@tgf.ca<br>           rlewis@tgf.ca<br>           amcewan@tgf.ca |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| **Via First Class Mail and Email** | **Via Hand Delivery and Email** |
| Brian O'Connor | Charlene D. Davis |
| Sameer Advani | Justin Alberto |
| Andrew Hanrahan | BAYARD, P.A. |
| WILLKIE FARR & GALLAGHER LLP | 222 Delaware Avenue, Suite 900 |
| 787 Seventh Avenue | Wilmington, Delaware 19899 |
| New York, N.Y. 10019-6099 | Email:  cdavis@bayardlaw.com |
| Email:  boconnor@willkie.com |             jalberto@bayardlaw.com |
|             sadvani@willkie.com | |
|             ahanrahan@willkie.com | |

Dated: July 26, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7394164.1