IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2013, copies of the following were served in the manner indicated upon the individuals identified below.

1. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks (Austria) GMBH;**
2. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks NV;**
3. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks S.R.O.;**
4. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks OY;**
5. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel GMBH;**
6. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks B.V.;**
7. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks Engineering Service KFT;**
8. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks (Ireland) Limited;**
9. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel S.P.A.;**
10. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks AS;**
11. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks POLSKA SP Z.O.O.;**
12. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks PORTUGAL S.A.;**
13. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks ROMANIA SRL;**
14. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks SLOVENSKO S.R.O.;**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

15. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks South Africa (Proprietary) Limited;**
16. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks HISPANIA SA;**
17. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks AB;**
18. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks A.G.;**
19. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks International Finance and Holding BV;**
20. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks Optical Components Limited;**
21. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks S.A. and its French Liquidator;**
22. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks FRANCE SAS;**
23. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Northern Telecom France SA;**
24. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Northern Telecom PCN Limited; and**
25. **Notice of Deposition Pursuant to Rule 30(b)(6) Directed to Nortel Networks UK Limited.**

**Via First Class Mail and Email**

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
DAVIES WARD PHILLIPS & VINEBERG LLP
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1
Email:  rschwill@dwpv.com
          scampbell@dwpv.com
          jdoris@dwpv.com
          lsarabia@dwpv.com

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
LAX O'SULLIVAN SCOTT LISUS LLP
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8
Email:  mgottlieb@counsel-toronto.com
          twynne@counsel-toronto.com
          pmichell@counsel-toronto.com

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
HUGHES HUBBARD & REED
One Battery Park Plaza
New York, NY 10004-1482
Email:  adler@hugheshubbard.com
          oxford@hugheshubbard.com
          tabataba@hugheshubbard.com
          huberty@hugheshubbard.com

**Via Hand Delivery and Email**

Ed Harron
John Dorsey
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email:  eharron@ycst.com
          jdorsey@ycst.com

Dated: July 26, 2013

Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7398707.1