**Exhibit B**

17

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

## ashurst

**Interim** (S)

VAT Invoice Date: **25 July 2013**        Our Ref: **GDB/CCN01.00001**        Invoice No.: **351697**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 47,141.50 |
| For the period to 30 June 2013, in connection with the above matter |  |  |  |
| (Please see attached) |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 82.30 |
| **Disbursements:** (NT) |  |  |  |
| External Photocopying Charges | 0.00 | 0.00 | 56.10 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 275.46 |
|  | 0.00 |  | 47,555.36 |
|  | VAT |  | 0.00 |
|  | Total |  | 47,555.36 |
|  | **Balance Due** |  | **47,555.36** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 351697 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA
SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2013

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.90 | 720.00 | (C0012) |
|  |  | **0.90** | **720.00** |  |
| Partner: | Marcus Fink | 0.30 | 207.00 | (C0002) |
|  |  | 9.30 | 6,417.00 | (C0012) |
|  |  | **9.60** | **6,624.00** |  |
| Partner: | Angela Pearson | 8.90 | 6,363.50 | (C0012) |
|  |  | **8.90** | **6,363.50** |  |
| Senior Associate | Antonia Croke | 0.50 | 260.00 | (C0002) |
|  |  | 1.00 | 520.00 | (C0007) |
|  |  | 1.30 | 676.00 | (C0031) |
|  |  | 43.70 | 22,724.00 | (C0012) |
|  |  | **46.50** | **24,180.00** |  |
| Associate | Andy Wright | 0.20 | 87.00 | (C0002) |
|  |  | 11.10 | 4,828.50 | (C0012) |
|  |  | **11.30** | **4,915.50** |  |
| Associate | Lindsey Roberts | 0.20 | 81.00 | (C0002) |
|  |  | 0.20 | 81.00 | (C0031) |
|  |  | 5.00 | 2,025.00 | (C0003) |
|  |  | 2.10 | 850.50 | (C0007) |
|  |  | 2.00 | 810.00 | (C0012) |
|  |  | **9.50** | **3,847.50** |  |
| Junior Associate | Sophie Law | 0.40 | 130.00 | (C0002) |
|  |  | **0.40** | **130.00** |  |
| Trainee | Louise Chan | 1.90 | 361.00 | (C0003) |
|  |  | **1.90** | **361.00** |  |
|  | **TOTAL** | **89.00** | **47,141.50** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2013

## Matter: CCN01.00001 - BANKRUPTCY

### C0002    General Case Administration

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| MDF | Marcus Fink | 0.30 | 690.00 | 207.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.50 | 520.00 | 260.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 0.20 | 435.00 | 87.00 |
| LROBER | Lindsey Roberts | 0.20 | 405.00 | 81.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.40 | 325.00 | 130.00 |
| | | | Total | **765.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/06/2013 | Sophie Law | READ | Review emails in from R Johnson | 0.20 | 325.00 | 65.00 |
| 10/06/2013 | Sophie Law | MISC | Review emails in; emails ACROKE | 0.20 | 325.00 | 65.00 |
| 11/06/2013 | Andy Wright | LETT | Reviewing case timetable; internal email correspondence | 0.20 | 435.00 | 87.00 |
| 11/06/2013 | Lindsey Roberts | CASE | Case Schedule - input; sending email re: the same | 0.20 | 405.00 | 81.00 |
| 18/06/2013 | Antonia Croke | LETT | Draft email to Akin re update | 0.30 | 520.00 | 156.00 |
| 18/06/2013 | Marcus Fink | LETT | Review emails re scheduling | 0.30 | 690.00 | 207.00 |
| 21/06/2013 | Antonia Croke | LETT | Review email from Abid Qureshi re Resourcing; emails re same | 0.20 | 520.00 | 104.00 |

                                                                                          **765.00**

**Matter: CCN01.00001 - BANKRUPTCY**

## C0003      Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 5.00 | 405.00 | 2,025.00 |
| **Trainee** |  |  |  |  |
| LCHAN | Louise Chan | 1.90 | 190.00 | 361.00 |
|  |  |  | Total | 2,386.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2013 | Lindsey Roberts | INTD | Email to S Gibson re: draft invoice | 0.10 | 405.00 | 40.50 |
| 12/06/2013 | Lindsey Roberts | DRFT | Amending monthly invoice | 0.80 | 405.00 | 324.00 |
| 18/06/2013 | Lindsey Roberts | DRFT | Amending monthly invoice | 1.30 | 405.00 | 526.50 |
| 18/06/2013 | Lindsey Roberts | LETT | Emails re: Interim fee exhibit; review of interim fee exhibit; email to B Witters re: marked-up exhibit | 0.50 | 405.00 | 202.50 |
| 20/06/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.70 | 405.00 | 283.50 |
| 20/06/2013 | Lindsey Roberts | READ | Review and amend monthly invoices | 0.80 | 405.00 | 324.00 |
| 25/06/2013 | Louise Chan | DRFT | Updating fee application for June 2013 | 0.80 | 190.00 | 152.00 |
| 25/06/2013 | Louise Chan | CASE | Reviewing draft invoice; discussion with LROBER | 0.50 | 190.00 | 95.00 |
| 25/06/2013 | Lindsey Roberts | INTD | Emails to/from S Gibson re: invoice | 0.10 | 405.00 | 40.50 |
| 25/06/2013 | Lindsey Roberts | INTD | Discussion with LCHAN | 0.10 | 405.00 | 40.50 |
| 26/06/2013 | Louise Chan | CASE | Updating and finalising fee application for June 2013 | 0.30 | 190.00 | 57.00 |
| 26/06/2013 | Lindsey Roberts | READ | Review of final monthly fee application and comments; emails to Giles and Brad re: the same | 0.60 | 405.00 | 243.00 |
| 27/06/2013 | Louise Chan | DRFT | Updating eighteenth interim fee application | 0.30 | 190.00 | 57.00 |

                                                                                              **2,386.00**

**Matter: CCN01.00001 – BANKRUPTCY**

| **C0007** | **Creditors Committee Meetings** | | | |
|---|---|---|---|---|
| | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.00 | 520.00 | 520.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 2.10 | 405.00 | 850.50 |
| | | | Total | 1,370.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/06/2013 | Antonia Croke | ATTD | Attend UCC Call | 0.60 | 520.00 | 312.00 |
| 07/06/2013 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 405.00 | 202.50 |
| 13/06/2013 | Lindsey Roberts | PHON | Weekly UCC call | 0.50 | 405.00 | 202.50 |
| 20/06/2013 | Lindsey Roberts | ATTD | UCC call | 0.70 | 405.00 | 283.50 |
| 27/06/2013 | Antonia Croke | ATTD | Attend UCC Call | 0.40 | 520.00 | 208.00 |
| 27/06/2013 | Lindsey Roberts | PHON | Attend UCC call | 0.40 | 405.00 | 162.00 |
| | | | | | | 1,370.50 |

Matter: CCN01.00001 - BANKRUPTCY

**C0012** **General Claims Analysis/Claims Objections**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 8.90 | 715.00 | 6,363.50 |
| GDB | Giles Boothman | 0.90 | 800.00 | 720.00 |
| MDF | Marcus Fink | 9.30 | 690.00 | 6,417.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 43.70 | 520.00 | 22,724.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 11.10 | 435.00 | 4,828.50 |
| LROBER | Lindsey Roberts | 2.00 | 405.00 | 810.00 |
| | | | Total | **41,863.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## <u>C0012</u>    <u>General Claims Analysis/Claims Objections</u>

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/2013 | Antonia Croke | READ | Review draft consolidated discovery and interrogatory requests | 1.40 | 520.00 | 728.00 |
| 03/06/2013 | Antonia Croke | READ | Review email re: proposed consolidated discovery requests | 0.10 | 520.00 | 52.00 |
| 03/06/2013 | Antonia Croke | LETT | Email J Stum | 0.10 | 520.00 | 52.00 |
| 03/06/2013 | Angela Pearson | READ | Review Allocation Submissions | 1.00 | 715.00 | 715.00 |
| 03/06/2013 | Marcus Fink | MISC | Reviewing the Affirmative Claims Pleading of NNUK Pension Trust Ltd and the Board of the Pension Protection Fund and comparing with US pleading. | 2.80 | 690.00 | 1,932.00 |
| 04/06/2013 | Antonia Croke | READ | Review US Response to JAs cross petition for direct appeal | 1.10 | 520.00 | 572.00 |
| 04/06/2013 | Antonia Croke | READ | Review emails re: proposed consolidated discovery requests | 1.00 | 520.00 | 520.00 |
| 04/06/2013 | Antonia Croke | READ | Review monitor/CCCs supplementary document requests, interrogatories and comments on consolidated list prepared by US debtors | 1.60 | 520.00 | 832.00 |
| 04/06/2013 | Angela Pearson | READ | Review emails/documents | 0.50 | 715.00 | 357.50 |
| 04/06/2013 | Marcus Fink | MISC | Reviewing Joint response of the Monitor and Canadian Debtors to the Claims Filed on Behalf of the EMEA Claimants and considering NNUK pension scheme and position of US claims by comparison | 2.30 | 690.00 | 1,587.00 |
| 05/06/2013 | Antonia Croke | READ | Review emails re: propose consolidated discovery requests | 0.80 | 520.00 | 416.00 |
| 05/06/2013 | Antonia Croke | READ | Review emails re: UKP claimants response to non-imposition of sanctions | 0.10 | 520.00 | 52.00 |
| 05/06/2013 | Antonia Croke | READ | Review UKP claimants response to the Order to show cause | 0.90 | 520.00 | 468.00 |
| 05/06/2013 | Angela Pearson | READ | Review email | 0.50 | 715.00 | 357.50 |
| 05/06/2013 | Lindsey Roberts | READ | Review emails. | 0.20 | 405.00 | 81.00 |
| 05/06/2013 | Marcus Fink | MISC | Reviewing joint Response of the Monitor and Canadian Debtors to the Claims by the UK Pension Trustee and PPF re the UK Pension Scheme in detail and comparing with Ashurst historical advice to determine material omissions | 3.90 | 690.00 | 2,691.00 |
| 06/06/2013 | Antonia Croke | READ | Review emails re: proposed consolidated discovery requests | 0.50 | 520.00 | 260.00 |
| 06/06/2013 | Antonia Croke | READ | Review emails re: Canadian pleadings | 0.30 | 520.00 | 156.00 |
| 06/06/2013 | Antonia Croke | READ | Review UKPC Canadian factum | 0.40 | 520.00 | 208.00 |
| 06/06/2013 | Antonia Croke | READ | Review Canadian protective orders and pleadings | 0.30 | 520.00 | 156.00 |
| 06/06/2013 | Andy Wright | INTD | Discuss Canadian trustee claim and objection with MDF | 0.30 | 435.00 | 130.50 |
| 06/06/2013 | Angela Pearson | READ | Review emails re: Canadian pleadings. | 0.50 | 715.00 | 357.50 |
| 06/06/2013 | Marcus Fink | INTD | Discuss Canadian trustee claim and objection with ACW | 0.30 | 690.00 | 207.00 |
| 07/06/2013 | Antonia Croke | READ | Review emails re reply to UKPC pleading | 0.40 | 520.00 | 208.00 |
| 07/06/2013 | Antonia Croke | READ | Review email re Canadian Court docs | 0.10 | 520.00 | 52.00 |
| 07/06/2013 | Antonia Croke | READ | Review emails and US Ct order re sanctions not appropriate | 0.20 | 520.00 | 104.00 |
| 07/06/2013 | Antonia Croke | READ | Review emails re proposed discovery list and interrogatories | 1.00 | 520.00 | 520.00 |
| 07/06/2013 | Antonia Croke | READ | Review emails re CCC filed authorities | 0.10 | 520.00 | 52.00 |

**C0012**  **General Claims Analysis/Claims Objections**

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 07/06/2013 | Angela Pearson | READ | Review emails re CCC filed authorities | 0.30 | 715.00 | 214.50 |
| 09/06/2013 | Angela Pearson | READ | Review emails re document request and interrogatories | 0.50 | 715.00 | 357.50 |
| 10/06/2013 | Antonia Croke | READ | Review 8/6/13 and 9/6/13 emails re document requests and interrogatories | 1.80 | 520.00 | 936.00 |
| 10/06/2013 | Antonia Croke | READ | Review CCC's cross motion (protective order) | 0.20 | 520.00 | 104.00 |
| 10/06/2013 | Antonia Croke | READ | Review notice of agenda of matters scheduled for hearing on 11/6/13 | 0.40 | 520.00 | 208.00 |
| 10/06/2013 | Antonia Croke | READ | Review emails re document requests and interrogatories | 0.40 | 520.00 | 208.00 |
| 10/06/2013 | Antonia Croke | READ | Review email re US response to motion to strike | 0.10 | 520.00 | 52.00 |
| 10/06/2013 | Antonia Croke | READ | Review email re Canadian protective order | 0.10 | 520.00 | 52.00 |
| 10/06/2013 | Andy Wright | READ | Reviewing submissions to Canadian and U.S. bankruptcy courts | 3.50 | 435.00 | 1,522.50 |
| 10/06/2013 | Angela Pearson | READ | Review emails re document request and interrogatories | 0.30 | 715.00 | 214.50 |
| 11/06/2013 | Antonia Croke | READ | Review emails re discovery and interrogatories | 0.30 | 520.00 | 156.00 |
| 11/06/2013 | Antonia Croke | READ | Review email re protective order | 0.10 | 520.00 | 52.00 |
| 11/06/2013 | Antonia Croke | READ | Review US response to the UKPC motion to strike and email re same | 1.20 | 520.00 | 624.00 |
| 11/06/2013 | Antonia Croke | READ | Review notice of amended agenda of matters schedule for hearing on 11/06/13 | 0.40 | 520.00 | 208.00 |
| 11/06/2013 | Antonia Croke | READ | Review letter and email re US debtors first document production | 0.20 | 520.00 | 104.00 |
| 11/06/2013 | Antonia Croke | READ | Review emails re Canadian and EMEA debtors first production of documents | 0.20 | 520.00 | 104.00 |
| 11/06/2013 | Antonia Croke | READ | Review amended document request list of the Indenture Trustees and email re same | 0.30 | 520.00 | 156.00 |
| 11/06/2013 | Antonia Croke | READ | Review email re update on UKPC motion | 0.10 | 520.00 | 52.00 |
| 11/06/2013 | Antonia Croke | READ | Review email re doc request | 0.10 | 520.00 | 52.00 |
| 11/06/2013 | Angela Pearson | READ | Review emails re document production | 0.50 | 715.00 | 357.50 |
| 11/06/2013 | Lindsey Roberts | READ | Review of email re: US Pension Parties Motion to Strike | 0.10 | 405.00 | 40.50 |
| 12/06/2013 | Antonia Croke | READ | Review emails re rolling production of docs and discovery requests | 0.60 | 520.00 | 312.00 |
| 12/06/2013 | Angela Pearson | READ | Review emails re rolling production | 0.50 | 715.00 | 357.50 |
| 13/06/2013 | Antonia Croke | READ | Review email from Jackson, Lara Re: Start of Rolling Production | 0.10 | 520.00 | 52.00 |
| 13/06/2013 | Antonia Croke | READ | Review email re rolling production | 0.10 | 520.00 | 52.00 |
| 13/06/2013 | Antonia Croke | READ | Review 3rd circuit order and email re same | 0.20 | 520.00 | 104.00 |
| 13/06/2013 | Angela Pearson | READ | Review emails re rolling production | 0.50 | 715.00 | 357.50 |
| 14/06/2013 | Antonia Croke | READ | Review discovery Protective Order | 1.80 | 520.00 | 936.00 |
| 14/06/2013 | Antonia Croke | READ | Review emails RE: approval of US, Canada and EMEA Consolidated Discovery Requests | 0.40 | 520.00 | 208.00 |
| 14/06/2013 | Antonia Croke | READ | Review email from L Harmer re: US, Canada and EMEA Consolidated Discovery Requests | 0.10 | 520.00 | 52.00 |
| 14/06/2013 | Antonia Croke | READ | Review emails RE: Start of Rolling Production of documents | 0.20 | 520.00 | 104.00 |
| 14/06/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A. Re: US, Canada and EMEA Consolidated Discovery Requests (corrected cover e-mail) | 0.20 | 520.00 | 104.00 |
| 14/06/2013 | Antonia Croke | READ | Consider emails re discovery requests | 0.10 | 520.00 | 52.00 |
| 14/06/2013 | Andy Wright | READ | Drafting summary on Canadian submission and points of interest | 3.30 | 435.00 | 1,435.50 |
| 15/06/2013 | Antonia Croke | READ | Review emails RE: US, Canada and EMEA Consolidated Discovery Requests | 0.40 | 520.00 | 208.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0012     General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 16/06/2013 | Antonia Croke | READ | Review email from Advani, Sameer Re: US, Canada and EMEA Consolidated Discovery Requests | 0.10 | 520.00 | 52.00 |
| 17/06/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Start of Rolling Production | 0.10 | 520.00 | 52.00 |
| 17/06/2013 | Antonia Croke | READ | Review email from Stein, Darryl G. Re: Consolidated Discovery Requests | 0.10 | 520.00 | 52.00 |
| 17/06/2013 | Antonia Croke | READ | Review emails Re: Start of Rolling Production | 0.20 | 520.00 | 104.00 |
| 17/06/2013 | Antonia Croke | READ | Review email re rolling production | 0.10 | 520.00 | 52.00 |
| 17/06/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 17/06/2013 | Antonia Croke | READ | Review allocation pleadings (continuing) | 1.80 | 520.00 | 936.00 |
| 17/06/2013 | Angela Pearson | INTD | Confer ACROKE | 0.10 | 715.00 | 71.50 |
| 18/06/2013 | Antonia Croke | READ | Review emails from Abid | 0.10 | 520.00 | 52.00 |
| 18/06/2013 | Antonia Croke | READ | Review email re document production | 0.10 | 520.00 | 52.00 |
| 18/06/2013 | Andy Wright | LETT | Preparing note re. points of interest in Canadian response | 4.00 | 435.00 | 1,740.00 |
| 18/06/2013 | Angela Pearson | READ | Review emails re Canadian response | 0.50 | 715.00 | 357.50 |
| 18/06/2013 | Angela Pearson | LETT | Email to Akin | 0.20 | 715.00 | 143.00 |
| 18/06/2013 | Giles Boothman | READ | Emails and docs | 0.30 | 800.00 | 240.00 |
| 19/06/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: Production Logistics | 0.10 | 520.00 | 52.00 |
| 19/06/2013 | Antonia Croke | READ | Review allocation pleadings (continuing) | 0.90 | 520.00 | 468.00 |
| 19/06/2013 | Giles Boothman | READ | Emails | 0.30 | 800.00 | 240.00 |
| 20/06/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 20/06/2013 | Lindsey Roberts | LETT | Emails to ACROKE re recent de facto/shadows case law | 0.20 | 405.00 | 81.00 |
| 21/06/2013 | Antonia Croke | READ | Review email from Stam, Jennifer Re: EMEA Debtor Claims | 0.10 | 520.00 | 52.00 |
| 21/06/2013 | Antonia Croke | READ | Review email re consolidated discovery requests | 0.10 | 520.00 | 52.00 |
| 21/06/2013 | Antonia Croke | READ | Review Ontario Court of Appeal decision and email re same | 0.40 | 520.00 | 208.00 |
| 21/06/2013 | Angela Pearson | READ | Review emails re consolidated discovery requests | 0.50 | 715.00 | 357.50 |
| 21/06/2013 | Lindsey Roberts | READ | Re emails re: Ontario Court of Appeal decision | 0.10 | 405.00 | 40.50 |
| 24/06/2013 | Antonia Croke | READ | Review email from Guiney, Brian P Re: UK Discovery Issues | 0.10 | 520.00 | 52.00 |
| 24/06/2013 | Antonia Croke | ATTD | Attend conference call with Patterson Belknapp and Akin; draft advice on UK data protection act and cross border transfers of personal data; emails re same | 1.50 | 520.00 | 780.00 |
| 24/06/2013 | Antonia Croke | LETT | Emails re query/advice from Patterson Belknapp | 0.50 | 520.00 | 260.00 |
| 24/06/2013 | Angela Pearson | READ | Review emails re DPA 1998. | 0.30 | 715.00 | 214.50 |
| 24/06/2013 | Angela Pearson | INTD | Emails to ACROKE | 0.20 | 715.00 | 143.00 |
| 24/06/2013 | Lindsey Roberts | RSCH | Telephone conversation with Law Debenture and follow-up work on DPA 1998 | 1.40 | 405.00 | 567.00 |
| 25/06/2013 | Antonia Croke | READ | Review EMEA Debtors motion to expedite appeal and email re same | 0.90 | 520.00 | 468.00 |
| 25/06/2013 | Antonia Croke | READ | Review the 89th report of the Canadian monitor | 2.80 | 520.00 | 1,456.00 |
| 25/06/2013 | Antonia Croke | READ | Review allocation pleadings (continued) | 0.70 | 520.00 | 364.00 |
| 26/06/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: Global Patent System | 0.10 | 520.00 | 52.00 |
| 26/06/2013 | Antonia Croke | READ | Review Debtors and UCC's support of EMEA debtors request to expedite appeal and email re same | 0.20 | 520.00 | 104.00 |

**C0012**    **General Claims Analysis/Claims Objections**

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 26/06/2013 | Antonia Croke | READ | Review commentary on pensions deficit: group liability; emails re same | 0.50 | 520.00 | 260.00 |
| 26/06/2013 | Antonia Croke | READ | Review allocation pleadings (continuing) | 1.30 | 520.00 | 676.00 |
| 26/06/2013 | Antonia Croke | READ | Review Monitor's motion for an order enforcing the tolling order of the Ontario Court | 0.90 | 520.00 | 468.00 |
| 26/06/2013 | Angela Pearson | READ | Review emails EMEA requests to expedite | 0.30 | 715.00 | 214.50 |
| 27/06/2013 | Antonia Croke | READ | Review supplemental verified statement of the bondholders | 0.50 | 520.00 | 260.00 |
| 27/06/2013 | Antonia Croke | READ | Review allocation pleadings (continuing) | 1.80 | 520.00 | 936.00 |
| 27/06/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 27/06/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 715.00 | 143.00 |
| 27/06/2013 | Antonia Croke | INTD | Discussion with AMP | 0.20 | 520.00 | 104.00 |
| 27/06/2013 | Giles Boothman | READ | Review of emails | 0.30 | 800.00 | 240.00 |
| 28/06/2013 | Antonia Croke | READ | Review emails re interrogatory responses of parties | 0.60 | 520.00 | 312.00 |
| 28/06/2013 | Antonia Croke | READ | Reviewing allocation pleadings (continuing) | 3.60 | 520.00 | 1,872.00 |
| 28/06/2013 | Antonia Croke | READ | Review all filed responses of parties to the interrogatories | 2.60 | 520.00 | 1,352.00 |
| 28/06/2013 | Angela Pearson | READ | Review emails responses to interrogatories | 0.50 | 715.00 | 357.50 |
| 28/06/2013 | Angela Pearson | READ | Review interrogatories | 0.50 | 715.00 | 357.50 |

    **41,863.00**

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0031** | **European Proceedings/Matters** | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.30 | 520.00 | 676.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.20 | 405.00 | 81.00 |
| | | | Total | **757.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/06/2013 | Antonia Croke | LETT | Emails re UCC Call | 0.40 | 520.00 | 208.00 |
| 07/06/2013 | Antonia Croke | READ | Review Agenda re UCC call | 0.10 | 520.00 | 52.00 |
| 12/06/2013 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 520.00 | 52.00 |
| 13/06/2013 | Antonia Croke | READ | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 18/06/2013 | Antonia Croke | READ | Review email re UCC Call | 0.10 | 520.00 | 52.00 |
| 20/06/2013 | Antonia Croke | READ | Review agenda for UCC Call + J Bromley letter re escrow funds | 0.30 | 520.00 | 156.00 |
| 20/06/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 20/06/2013 | Lindsey Roberts | READ | UCC materials | 0.20 | 405.00 | 81.00 |
| 27/06/2013 | Antonia Croke | READ | Review UCC agenda and email re same | 0.10 | 520.00 | 52.00 |
| | | | | | | **757.00** |