## Exhibit C

### DISBURSEMENT SUMMARY
### JUNE 01, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Document Production | £138.40 |
| Travel – Ground Transportation | £238.19 |
| Meals | £37.27 |
| **TOTAL** | **£413.86** |