**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** 138.40

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 09/05/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXMAY13 DATE: 24/05/2013 Expenses @ K10 SUSHI LONDON. (GOODS) 09/05/2013 ACROKE Dinner whilst working late. | 23.15 |
| 09/05/2013 | VENDOR: Roberts, Lindsey INVOICE#: 03599394051600116676 DATE: 16/05/2013 Food/drink, 09/05/13, CCN01.00001/512B.00053 - working late, Lindsey Roberts | 14.12 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 04/06/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 192384; DATE: 04/06/2013 - TAXI - AMP (Appold Street to SW12) 03/06/13 | 48.64 |
| 21/05/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108153; DATE: 21/05/2013 - TAXI - AMP (EC2A to SW12 8QN) 21/05/2013 | 45.71 |
| 21/05/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108153; DATE: 21/05/2013 - TAXI - LROBER (EC2A to SE26 6RS) 20/5/13 | 61.08 |
| 21/05/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 190045; DATE: 21/05/2013 - TAXI - LCHAN (Appold street to SE1) 20/05/13 | 24.68 |
| 22/05/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108278; DATE: 31/05/2013 - TAXI - LROBER (EC2A to SE26 6RS) 22/5/13 | 58.08 |

413.86