**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JUNE 01, 2013 THROUGH JUNE 30, 2013**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £800 | 0.90 | 720.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 8.90 | 6,363.50 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 9.60 | 6,624.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 46.50 | 24,180.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £435 | 11.30 | 4,915.50 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 9.50 | 3,847.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 0.40 | 130.00 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group; London | £190 | 1.90 | 361.00 |
| **TOTAL** | | | **89.00** | **47,141.50** |

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 01, 2013 THROUGH JUNE 30, 2013**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 1.60 | 765.00 |
| Ashurst Fee Application / Monthly Billing Reports | 6.90 | 2,386.00 |
| Creditors Committee Meetings | 3.10 | 1,370.50 |
| General Claims Analysis | 75.90 | 41,863.00 |
| European Proceedings / Matters | 1.50 | 757.00 |
| **TOTAL** | **89.00** | **47,141.50** |