# **EXHIBIT A**

RLF1 8986084v.1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 26, 2013  
Invoice 435057  
Page 3  
Client # 732310  

Matter # 165839  

---

For services through June 30, 2013  
relating to Case Administration  

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/13 | E-mail to B. Kahn re: pro hac vice for A. Qureshi, F. Hodara, D. Botter and R. Johnson | Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 06/05/13 | Attention to review and calendaring upcoming critical dates | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 06/06/13 | Review docket (.2); Review and update critical dates (.3); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 06/13/13 | Finalize and file re: pro hac motion of D. Botter (.2); Finalize and file re: pro hac motion of F. Hodara (.2); Finalize and file re: pro hac motion of A. Qureshi (.2); Finalize and file re: pro hac motions of R. Johnson x2 in UK District Court and main cases (.4); Coordinate to Judge Stark re: pro hac motions (.1); Coordinate to Judge Gross re: pro hac motions (.1) | Paralegal | Barbara J. Witters | 1.20 hrs. | 215.00 | $258.00 |
| 06/28/13 | Review and calendar upcoming critical dates | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $588.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$588.50** |
| BALANCE BROUGHT FORWARD | $660.00 |
| **TOTAL DUE FOR THIS MATTER** | **$1,248.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 4  
Client #  732310

Matter #  165839

For services through June 30, 2013  
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 06/03/13 | E-mail to A. Kurichety re: review of joinder to debtors objection to LTD severance claim motion | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| | | | | |
| 06/10/13 | Review, revise and finalize response to U.K. Pension motion to strike objection (.8); E-mail to A. Cordo re: comments to / finalizing response to U.K. Pension motion to strike objection (.1); E-mail to B. Kahn re: comments to / finalizing response to U.K. Pension motion to strike objection (.1); E-mail to D. Botter re: comments to / finalizing response to U.K. Pension motion to strike objection (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |

Total Fees for Professional Services          $540.00

TOTAL DUE FOR THIS INVOICE          **$540.00**  
BALANCE BROUGHT FORWARD          $2,790.00

**TOTAL DUE FOR THIS MATTER**          **$3,330.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 26, 2013  
Invoice 435057  
Page 5  
Client # 732310

Matter # 165839

For services through June 30, 2013  
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/13 | Retrieve and review 6/10/13 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 06/10/13 | Retrieve and review re: 6/11/13 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 6/11/13 agenda pleadings (.2); Prepare 6/11/13 hearing binder (.3) | | | | |
| | Paralegal Barbara J. Witters | | 0.70 hrs. | 215.00 | $150.50 |
| 06/10/13 | Review agenda for 6/11/13 hearing (.2); E-mail to B. Witters re: preparation for 6/11/13 hearing (.1) | | | | |
| | Associate Christopher M. Samis | | 0.30 hrs. | 450.00 | $135.00 |
| 06/11/13 | E-mail with C. Samis re: attending Nortel hearing (.2); Prepare for and attend hearing (3.0); Conference with C. Samis re: status of hearing (.1) | | | | |
| | Associate Amanda R. Steele | | 3.30 hrs. | 350.00 | $1,155.00 |
| 06/11/13 | Prepare for 6/11/13 hearing (.3); E-mail to A. Steele re: covering 6/11/13 hearing (.1) | | | | |
| | Associate Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 06/12/13 | Circulate to distribution list re: 6/11/13 hearing transcript | | | | |
| | Paralegal Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 06/21/13 | Retrieve and review 6/25/13 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 06/24/13 | Review 6/25/13 agenda (.2); Retrieve re: 6/25/13 agenda pleadings (1.0); Prepare 6/25/13 hearing binders x2 (1.0) | | | | |
| | Paralegal Barbara J. Witters | | 2.20 hrs. | 215.00 | $473.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 6  
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 06/25/13 | Prepare for 6/25/13 hearing (1.5); Attend 6/25/13 hearing (4.5); E-mail to B. Kahn re: preparation for 6/25/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 6.10 hrs. | 450.00 | $2,745.00 |
| 06/26/13 | E-mail to S. Scarruzzi re: retrieval of boxes from 6/25/13 hearing (.1); E-mail to B. Witters re: retrieval of boxes from 6/25/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| | | Total Fees for Professional Services | | $5,036.00 |
| | TOTAL DUE FOR THIS INVOICE | | | **$5,036.00** |
| | BALANCE BROUGHT FORWARD | | | $8,557.00 |
| | **TOTAL DUE FOR THIS MATTER** | | | **$13,593.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 26, 2013  
Invoice 435057  
Page 7  
Client #  732310  

Matter # 165839  

For services through June 30, 2013  
relating to Employee Issues  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/13 | Finalize and file re: joinder to Debtors omnibus objection to employees claims (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.60 hrs. | 215.00 | $129.00 |
| 06/03/13 | Review and revise joinder to debtors objection to LTD severance claim motion (.5); Review S. Coutis retiree claim letter (.2) | | | | |
| Associate | Christopher M. Samis | | 0.70 hrs. | 450.00 | $315.00 |
| 06/06/13 | Review Mark Janis motion to authorize payment of severance (1.0); Review letter from A. Dodd re: payment of retiree benefits (.2); Review Debtors omnibus objection to LTD claimants seeking severance (.9) | | | | |
| Associate | Christopher M. Samis | | 2.10 hrs. | 450.00 | $945.00 |
| 06/07/13 | Review Estelle Loggins payment demands, objections and correspondence | | | | |
| Associate | Christopher M. Samis | | 1.10 hrs. | 450.00 | $495.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,884.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,884.00** |
| BALANCE BROUGHT FORWARD | $135.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,019.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 8  
Client #  732310

Matter #  165839

For services through June 30, 2013  
relating to  Tax Issues

| | | | | |
|---|---|---|---|---|
| 06/06/13 | Review Michigan Department of Treasury 9019 | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |

Total Fees for Professional Services     $360.00

TOTAL DUE FOR THIS INVOICE     **$360.00**

**TOTAL DUE FOR THIS MATTER**     **$360.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 26, 2013  
Invoice 435057  
Page 9  

Client #  732310  

Matter #  165839  

For services through June 30, 2013  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/13 | Review bondholders response to parties' allocation positions (1.2); Review response of UK Pension Trust allocation response (.6) | Associate | Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |
| 06/04/13 | Attention to e-mail re: entry of appearance in Third Circuit (.1); Prepare entry of appearance for C. Samis and M. Collins (.4); E-mail to C. Samis re: same (.1) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 06/04/13 | E-mails to B. Witters re: drafting notices of appearance for 3d Cir. appellate litigation (x3) | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 06/05/13 | Attention to e-mails from C. Samis re: Third Circuit entry of appearances filed in UK Pension case (.2); Search Third Circuit docket re: same (.2); E-mail to C. Samis re: docket for UK Pension (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 06/05/13 | E-mails to B. Witters re: preparation of entries of appearance and pro hac motions for Third Circuit and District Court litigation (.6); Review, revise and finalize entries of appearance and pro hac motions for Third Circuit and District Court litigation (1.0); Review District Court and Third Circuit rules on entry of appearance and pro hac practice (.8) | Associate | Christopher M. Samis | 2.40 hrs. | 450.00 | $1,080.00 |
| 06/06/13 | Review and revise joint response of the Debtors and the Committee to the response of the U.K. Pension Claimants to the courts order to show cause (.8); Review and revise response of the U.K. Pension Claimants to the courts order to show cause (.8); Email to K. Klein re: authorization to file joint response of the Debtors and the Committee to the response of the U.K. Pension Claimants to the courts order to show cause (.1) | Associate | Christopher M. Samis | 1.70 hrs. | 450.00 | $765.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 10  
Client #  732310

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 06/07/13 | Review open issues chart in connection proposed consolidated discovery requests in allocation litigation (.8); Review revised proposed consolidated discovery requests in allocation litigation (1.6) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 450.00 | $1,080.00 |
| 06/10/13 | E-mails to B. Witters re: submission of pro hacs in Third Circuit and District Court allocation litigation | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 06/13/13 | Call from B. Rohrbacher re: Third Circuit appellate practice with assignment of judges (.2); E-mail to B. Kahn re: order in allocation appeal (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 06/16/13 | E-mail to A. Quereshi and others re: Third Circuit appellate practice in assembling panels for allocation litigation | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 06/24/13 | Review letter to Judge Stark summarizing allocation litigation and mooting of motion for leave (.8); Call to A. Cordo re: letter to Judge Stark summarizing allocation litigation and mooting of motion for leave (.1); E-mails to D. Botter re: letter to Judge Stark summarizing allocation litigation and mooting of motion for leave (.2); E-mails to B. Witters re: preparation of Third Circuit notices of appearance in allocation litigation (.2) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 450.00 | $585.00 |
| 06/25/13 | Prepare entry of appearances for Third Circuit Nortel UK re: M. Collins, C. Samis, D. Botter, F. Hodara and A. Qureshi (1.0); Prepare cos re: same (1.0) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 215.00 | $430.00 |
| 06/26/13 | Revise entry of appearances the the Nortel UK Third Circuit case re: A. Qureshi, F. Hodara, D. Botter, M. Collins and C. Samis (.5); Revise cos re: M. Collins and C. Samis entry of appearance (.2); E-mail to F. Hodara, D. Botter and A. Qureshi re: Third Circuit entry of appearances (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 26, 2013  
Invoice 435057  
Page 11  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/26/13 | Attention to finalizing 4 notices of appearance in Third Circuit allocation litigation (.8); E-mail to D. Botter re: execution of notice of appearance in Third Circuit appellate litigation (.1) | Associate | Christopher M. Samis | 0.90 hrs. | 450.00 | $405.00 |
| 06/27/13 | Review JA letter to Judge Stark responding to Debtors' 6/24/13 correspondence | Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 06/28/13 | Finalize and efile notice of service re: discovery | Paralegal | Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |
| 06/28/13 | E-mail to M. Fagen re: notice of service of discovery in allocation litigation | Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

Total Fees for Professional Services     $6,438.00

TOTAL DUE FOR THIS INVOICE     **$6,438.00**

$13,005.00

**TOTAL DUE FOR THIS MATTER**     **$19,443.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

July 26, 2013  
Invoice 435057  
Page 12  
Client # 732310

Matter # 165839

For services through June 30, 2013  
relating to Retention of Others

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/13 | Attention to e-mail from M. Wunder re: supplemental declaration (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare aos re: same (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 06/06/13 | Review supplemental M. Wunder declaration re: Dentons transition | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 06/07/13 | Prepare notice of withdrawal re: supplemental declaration of M. Wunder (.2); Finalize and file re: same (.2); Attention to e-mail from M. Wunder re: revised supplemental declaration of M. Wunder (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare aos re: same (.2) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 06/19/13 | E-mail to R. Speaker re: filing supplemental Hodara declaration in support of Akin retention (.1); E-mail to M. Fagen re: filing supplemental Hodara declaration in support of Akin retention (.1) | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 06/19/13 | Assist with preparation for after-hours filing of Akin Gump declaration (.5); Finalize and file declaration (.2); Coordinate service of declaration (.2); Draft affidavit of service for declaration (.1) | Paralegal | Rebecca V. Speaker | 1.00 hrs. | 215.00 | $215.00 |
| 06/27/13 | Telephone call from C. Samis re: Jefferies retention order (.1); Search docket and retrieve re: same (.1); E-mail to C. Samis re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 26, 2013  
Invoice 435057  
Page 13  
Client #  732310  

Matter #  165839  

| Date | Description | | | |
|---|---|---|---|---|
| 06/27/13 | E-mail to A. Cordo re: position on Jefferies indemnification and related process (.1); Review Jefferies retention order and engagement agreement for indemnification position and related process (.8); Calls to M. Fagen re: position on Jefferies indemnification and related process (.4); Call to D. Abbott re: Jefferies indemnification position and related process (.2) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 450.00 | $675.00 |

Total Fees for Professional Services    $1,523.50

TOTAL DUE FOR THIS INVOICE    **$1,523.50**

**TOTAL DUE FOR THIS MATTER**    **$1,523.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 14
Client #  732310

Matter #  165839

For services through June 30, 2013
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/13 | Attention to e-mail from B. Kahn re: RLF april fee and expense estimates (.1); E-mail to accounting re: same (.1); E-mail to B. Kahn re: estimates of same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 06/20/13 | Prepare cno re: RLF April fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 06/24/13 | Retrieve re: RLF interim fee applications and cnos (.2); Prepare RLF interim fee binder (.3) | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 06/25/13 | Review RLF May bill memos | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 06/25/13 | Review RL&F bill memo for May 2013 | Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 06/27/13 | Review and revise RLF May fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 06/27/13 | Review, revise and finalize RL&F 52nd fee application | Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |

Total Fees for Professional Services                $1,279.00

TOTAL DUE FOR THIS INVOICE                          $1,279.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 26, 2013  
Invoice 435057  
Page 15  
Client #  732310  

Matter #  165839  

$919.00

**TOTAL DUE FOR THIS MATTER**      $2,198.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 16  
Client #  732310

Matter #  165839

For services through June 30, 2013  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/13 | Finalize and file cno | Paralegal — Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 06/06/13 | Review and revise CNO for 50th Akin monthly fee application | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 06/10/13 | E-mail to A. Cordo re: supplying W-9 for Dentons (.1); E-mail to M. Wunder re: supplying W-9 for Dentons (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 06/12/13 | Prepare exhibit B re: 17th interim fee order | Paralegal — Barbara J. Witters | 1.50 hrs. | 215.00 | $322.50 |
| 06/13/13 | E-mail to A. Cordo re: Dentons payment information (.1); E-mail to M. Wunder re: Dentons payment information (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 06/14/13 | Prepare cno re: Capstone Advisory March fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 06/15/13 | Revise exhibit B re: 17th interim fee application (.5); E-mail to B. Kahn re: same (.1) | Paralegal — Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 06/19/13 | Revise exhibit B re 17th interim fee order (.3); Prepare cno re: Capstone April fee application (.2) | Paralegal — Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 17  

Client #  732310  

Matter #  165839

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/20/13 | Revise exhibit B re: 17th interim fee applications (.4); E-mail to M. Maddox re: same (.1); Revise cno re: Capstone April fee application (.1); Finalize and file cno re: same (.2); Prepare cno re: Ashurst April fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump April fee application (.3); Revise cno re: same x2 (.2); E-mail to C. Samis re: same x2 (.2) | Paralegal | Barbara J. Witters | 1.90 hrs. | 215.00 | $408.50 |
| 06/20/13 | E-mails to B. Witters re: Akin taking voluntary reduction in fees and expenses on April 2013 fee application (.4); E-mails to B. Kahn, D. Botter, M. Fagen and others re: revisions to CNO for April 2013 Akin fee application and related changes to interim fee order (.5); Review revisions to CNO for April 2013 Akin fee application and related changes to interim fee order (.6) | Associate | Christopher M. Samis | 1.50 hrs. | 450.00 | $675.00 |
| 06/21/13 | Prepare cno re: Dentons Canada February fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Dentons Canada March fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Dentons Canada April fee application (.2); Finalize and file cno re: same (.2); Finalize and file cno re: Akin Gump April fee application (.2) | Paralegal | Barbara J. Witters | 1.40 hrs. | 215.00 | $301.00 |
| 06/21/13 | Review, revise and finalize 49th Dentons fee application (.2); Review, revise and finalize 50th Dentons fee application (.2); Review, revise and finalize CNO for 51st Dentons fee application (.2); Review, revise and finalize CNO for 50th Akin fee application (.2); Revise CNO for Akin 51st fee application to address UST comments (.3); Email to D. Botter re: addressing UST comments to Akin 51st (.1) | Associate | Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |
| 06/24/13 | Discussion with C. Samis re: 17th interim order and Akin Gump reductions for April (.1); Revise 17th interim fee order (.8); E-mail to B. Kahn re: same (.1); Revise 17th interim order x3 (.6); E-mail to and fro B. Kahn re: same (.3) | Paralegal | Barbara J. Witters | 1.90 hrs. | 215.00 | $408.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

July 26, 2013  
Invoice 435057  
Page 18  
Client #  732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/13 | Call from A. Cordo re: fee auditor recommendation (.2); E-mail to B. Kahn re: voluntary reduction in Akin fees for 17th interim fee order (.1); E-mail to A. Cordo re: appointment of fee auditor (.1); E-mail to B. Kahn re: appointment of fee auditor (.1); Meet with B. Witters re: voluntary reduction in Akin fees for 17th interim fee order (.3); E-mail to B. Witters re: revised 17th interim fee order (.1) | Associate Christopher M. Samis | 0.90 hrs. | 450.00 | $405.00 |
| 06/25/13 | E-mail to M. Wunder re: approval of interim fee applications | Associate Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 06/26/13 | Review e-mail from B. Kahn re: Ashurst May fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 06/26/13 | E-mail to bankruptcy department re: Master & Sidlow as fee auditor | Associate Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 06/28/13 | E-mails to F. Hodara re: appointment of fee auditor (.1 x 3) | Associate Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

Total Fees for Professional Services $4,093.00

TOTAL DUE FOR THIS INVOICE **$4,093.00**

$3,270.00

**TOTAL DUE FOR THIS MATTER** **$7,363.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

July 26, 2013  
Invoice 435057  
Page 19  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 3.30 | 350.00 | 1,155.00 |
| Ann Jerominski | 0.10 | 215.00 | 21.50 |
| Barbara J. Witters | 23.70 | 215.00 | 5,095.50 |
| Christopher M. Samis | 33.90 | 450.00 | 15,255.00 |
| Rebecca V. Speaker | 1.00 | 215.00 | 215.00 |
| TOTAL | 62.00 | $350.68 | 21,742.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                 $25,868.11

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310