# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

July 26, 2013
Invoice 435057

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through June 30, 2013

relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $25.00 |
| Business Meals | $24.25 |
| Court Reporter Services | $90.90 |
| Document Retrieval | $287.00 |
| Filing Fees/Court Costs | $100.00 |
| Long distance telephone charges | $30.58 |
| Messenger and delivery service | $749.10 |
| Photocopying/Printing | $2,022.40 |
| 16,675 @ $.10 pg./ 3,549 @ $.10/pg. | |
| Postage | $796.88 |

|  | |
|---|---:|
| Other Charges | $4,126.11 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$4,126.11** |
| BALANCE BROUGHT FORWARD | $1,705.30 |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057

Page 2

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                **$5,831.41**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 20
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Tax Issues
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 06/03/13 | Photocopies | | DUP.10CC |
| | | Amount =  $8.00 | |
| 06/03/13 | Messenger and delivery | | MESS |
| | | Amount =  $75.30 | |
| 06/03/13 | PACER | | DOCRETRI |
| | | Amount =  $3.30 | |
| 06/03/13 | Postage | | POST |
| | | Amount =  $13.44 | |
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057
Page 21

Client #  732310

| Date | Type | | Code |
|---|---|---|---|
| 06/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/04/13 | PACER | | DOCRETRI |
| | | Amount = $8.60 | |
| 06/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/05/13 | PACER | | DOCRETRI |
| | | Amount = $15.10 | |
| 06/05/13 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 06/05/13 | PACER | | DOCRETRI |
| | | Amount = $20.10 | |
| 06/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 22

Client #  732310

| | | | | |
|---|---|---|---|---|
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 06/05/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057

Page 23

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $2.90 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $3.00 | |
| 06/06/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 24
Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 06/06/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/06/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/06/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/06/13 | Printing | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 06/07/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $120.00 | |
| 06/07/13 | Postage | | | POST |
| | | Amount = | $283.16 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.60 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.90 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/07/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 25

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/07/13 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 06/07/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/07/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/10/13 | Photocopies | | DUP.10CC |
| | | Amount =  $26.60 | |
| 06/10/13 | Photocopies | | DUP.10CC |
| | | Amount =  $217.60 | |
| 06/10/13 | PACER | | DOCRETRI |
| | | Amount =  $83.00 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $17.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $20.10 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $14.50 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $3.90 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $39.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057

Page 26

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $5.20 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $4.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $3.80 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $4.50 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 06/10/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/11/13 | DIAZ DATA SERVICES | | CTRPT |
| | | Amount = $90.90 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 27

Client #  732310

| 06/11/13 | Richards Layton and Finger/PACHULSKI STANG Messenger and delivery charges | MESS |
|---|---|---|
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/SMITH KATZENSTEIN & FURLOW Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/STEVENS & LEE Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/Swartz Campbell Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/MONZACK MERSKY MCLAUGHLIN & BROWDER Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/CONNOLLY BOVE Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/DUANE MORRIS Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/BAYARD FIRM Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/CROSS & SIMON Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/REED SMITH Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/EDWARDS & ANGELL Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |
| 06/11/13 | Richards Layton and Finger/MCCARTER & ENGLISH Messenger and delivery charges | MESS |
| | Amount =   $9.65 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057
Page 28
Client # 732310

| Date | Description | | |
|---|---|---|---|
| 06/11/13 | Richards Layton and Finger/DLA PIPER LLP Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/COUSINS CHIPMAN & BROWN LLP Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/POLSINELLI SHALTON FLANIGAN SUELTHAUS Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/WOMBLE CARLYLE SANDRIDGE & RICE Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/US Attorney Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/Morris James Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/Buchanan Ingersoll and Rooney Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |
| 06/11/13 | Richards Layton and Finger/Landis Rath & Cobb Messenger and delivery charges | MESS | |
| | Amount = $9.65 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 29

Client #  732310

| 06/11/13 | Richards Layton and Finger/ASHBY & GEDDES Messenger and delivery charges | MESS |
|---|---|---|
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/BALLARD SPAHR ANDREWS & INGERSOLL Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/ELLIOTT GREENLEAF Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/PEPPER HAMILTON Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/BLANK ROME Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/PINCKNEY HARRIS & WEIDINGER Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/SULLIVAN HAZELTINE ALLINSON LLC Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/Klehr Harrison Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/WERB & SULLIVAN Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |
| 06/11/13 | Richards Layton and Finger/COLE SCHOTZ MEISEL FORMAN & LEONARD Messenger and delivery charges | MESS |
| | Amount =  $9.65 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057
Page 30

Client # 732310

| 06/11/13 | Messenger and delivery | | MESS |
|---|---|---|---|
| | | Amount = $7.50 | |
| 06/11/13 | Messenger and delivery | | MESS |
| | | Amount = $7.50 | |
| 06/11/13 | PACER | | DOCRETRI |
| | | Amount = $3.10 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee                                    July 26, 2013
c/o Fred S. Hodara, Esq.                                      Invoice 435057
Akin Gump Strauss Hauer Feld LLP                             Page 31
One Bryant Park
New York NY 10036                                            Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/13/13 | AMERICAN EXPRESS: BJW PHV | | FLFEE |
| | | Amount = $25.00 | |
| 06/13/13 | AMERICAN EXPRESS: BJW PHV | | FLFEE |
| | | Amount = $75.00 | |
| 06/13/13 | 19014191299 Long Distance | | LD |
| | | Amount = $6.95 | |
| 06/13/13 | 15672320672 Long Distance | | LD |
| | | Amount = $4.17 | |
| 06/13/13 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 32
Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.50 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/13/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/14/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.80 | |
| 06/14/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/14/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 06/14/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 06/15/13 | PACER | | | DOCRETRI |
| | | Amount = | $2.70 | |

Nortel Creditors Committee                                        July 26, 2013
c/o Fred S. Hodara, Esq.                                         Invoice 435057
Akin Gump Strauss Hauer Feld LLP                                 Page 33
One Bryant Park
New York NY  10036                                              Client #  732310

| Date | Description | | Code |
|------|-------------|------|------|
| 06/16/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/16/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/17/13 | Richards Layton and Finger/US DISTRICT Messenger and delivery charges | | MESS |
| | | Amount =   $6.45 | |
| 06/17/13 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount =   $6.45 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.70 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.50 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/18/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/19/13 | Photocopies | | DUP.10CC |
| | | Amount =   $515.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057
Page 34
Client # 732310

| Date | Description | | Code |
|------|-------------|--|------|
| 06/19/13 | Photocopies | | DUP.10CC |
| | Amount = | $385.30 | |
| 06/19/13 | 15308939558 Long Distance | | LD |
| | Amount = | $4.17 | |
| 06/19/13 | Messenger and delivery | | MESS |
| | Amount = | $234.00 | |
| 06/19/13 | Messenger and delivery | | MESS |
| | Amount = | $28.65 | |
| 06/19/13 | PACER | | DOCRETRI |
| | Amount = | $17.70 | |
| 06/19/13 | Postage | | POST |
| | Amount = | $484.56 | |
| 06/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 06/19/13 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 06/19/13 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 06/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/19/13 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 06/20/13 | PACER | | DOCRETRI |
| | Amount = | $12.30 | |
| 06/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 06/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 06/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 06/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 35

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.10 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.10 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.10 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.20 | DUP.10CC |
| 06/20/13 | Printing | Amount = $1.30 | DUP.10CC |
| 06/20/13 | Printing | Amount = $0.10 | DUP.10CC |
| 06/21/13 | PACER | Amount = $27.90 | DOCRETRI |
| 06/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 06/21/13 | Printing | Amount = $0.30 | DUP.10CC |
| 06/21/13 | Printing | Amount = $0.10 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057

Page 36

Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/21/13 | Printing | | DUP.10CC |
| | Amount = $3.40 | | |
| 06/24/13 | Binding/Tabs Velobinding | | BIND |
| | Amount = $25.00 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 37

Client #  732310

| 06/24/13 | Photocopies | | DUP.10CC |
| | | Amount =  $90.00 | |
| 06/24/13 | Photocopies | | DUP.10CC |
| | | Amount =  $117.00 | |
| 06/24/13 | Photocopies | | DUP.10CC |
| | | Amount =  $136.80 | |
| 06/24/13 | 12128728121 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 06/24/13 | Messenger and delivery From Washington Street Ale House BJW | | MEALSCL |
| | | Amount =  $24.25 | |
| 06/24/13 | PACER | | DOCRETRI |
| | | Amount =  $2.30 | |
| 06/24/13 | PACER | | DOCRETRI |
| | | Amount =  $45.40 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $5.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $2.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $12.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 38

Client #  732310

| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $5.50 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $2.60 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $4.50 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $7.00 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $4.90 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 39

Client #  732310

| Date | Description | | |
|------|-------------|---|---|
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $5.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $2.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 40

Client #  732310

| Date | Description | | |
|------|-------------|---|---|
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.70 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $3.70 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.50 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |

Nortel Creditors Committee                                          July 26, 2013
c/o Fred S. Hodara, Esq.                                            Invoice 435057
Akin Gump Strauss Hauer Feld LLP                                    Page 41
One Bryant Park
New York NY 10036                                                   Client #  732310

| | | | |
|---|---|---|---|
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.70 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057
Page 42

Client # 732310

| Date | Description | | Code |
|------|------|------|------|
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $2.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $2.60 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $10.90 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.90 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount = $3.00 | |

Nortel Creditors Committee                                      July 26, 2013
c/o Fred S. Hodara, Esq.                                        Invoice 435057
Akin Gump Strauss Hauer Feld LLP                               Page 43
One Bryant Park
New York NY  10036                                            Client #  732310

| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $3.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $3.40 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $10.90 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee                                                July 26, 2013
c/o Fred S. Hodara, Esq.                                                  Invoice 435057
Akin Gump Strauss Hauer Feld LLP                                         Page 44
One Bryant Park
New York NY  10036                                                       Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $3.40 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/24/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/25/13 | Messenger and delivery | | MESS |
| | Amount = $12.50 | | |
| 06/25/13 | PACER | | DOCRETRI |
| | Amount = $2.40 | | |
| 06/25/13 | PACER | | DOCRETRI |
| | Amount = $15.00 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057

Page 45

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 06/25/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 46

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/25/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 06/25/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/25/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/25/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/25/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/26/13 | Photocopies | | DUP.10CC |
| | Amount = $23.00 | | |
| 06/26/13 | Messenger and delivery | | MESS |
| | Amount = $16.50 | | |
| 06/26/13 | Messenger and delivery | | MESS |
| | Amount = $4.50 | | |
| 06/26/13 | PACER | | DOCRETRI |
| | Amount = $21.60 | | |
| 06/26/13 | Postage | | POST |
| | Amount = $7.56 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057

Page 47

Client #  732310

| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 06/26/13 | Printing | | DUP.10CC |
| | | Amount =  $4.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 26, 2013
Invoice 435057
Page 48

Client # 732310

| Date | Description | | Code |
|------|-------------|--|------|
| 06/27/13 | Photocopies | | DUP.10CC |
| | Amount = $28.00 | | |
| 06/27/13 | 12128727425 Long Distance | | LD |
| | Amount = $5.56 | | |
| 06/27/13 | 12128727425 Long Distance | | LD |
| | Amount = $8.34 | | |
| 06/27/13 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 06/27/13 | Postage | | POST |
| | Amount = $8.16 | | |
| 06/27/13 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 06/27/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 06/27/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/27/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/27/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/28/13 | PACER | | DOCRETRI |
| | Amount = $4.30 | | |
| 06/28/13 | Printing | | DUP.10CC |
| | Amount = $6.80 | | |
| 06/28/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/28/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/28/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 06/28/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 06/28/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

TOTALS FOR  732310          Official Committee of the Board of Directors of Nortel

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 26, 2013
Invoice 435057
Page 49

Client #  732310

Networks Inc

Expenses    $4,126.11