**EXHIBIT B**

**SCHEDULE 1**

**<u>FILED UNDER SEAL</u>**