# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG          **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 30, 2013 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matters:

1) OMNIBUS HEARING
   R / M #:   11,218 / 0

2) **ADV: 1-12-50608**
   Nortel Networks, Inc. vs Commonwealth of Virginia Department of T
   9019 Motion
   R / M #:   0 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 9/24/13 @ 10 AM
#2 - Adjourned to 9/10/13 @ 10 AM
#3 - CNO Filed and Order Signed
#4 - ORDER SIGNED