# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 / 12-50608 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 7/30/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Amanda Steele | Richards, Layton & Finger | Creditors Committee |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| David Botter | Akin Gump | Creditors Committee |
| Derek Abbott | Morris Nichols | Debtors |
| Lisa Schweitzer | Cleary Gottlieb | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Calendar Date: 07/30/2013
Calendar Time: 10:00 AM ET

Page 1 of 1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0910138 | Hearing | | Angela Dimsdale Gill | | Hogan Lovells US LLP | Creditor, UK Pension Trust LTD / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0910138 | Hearing | | Dan Kozusko | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust LTD / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |