```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
      et al.,                   )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
             Debtors.           )    Wilmington, Delaware
                                )
                                )    July 30, 2013
                                )    10:00 a.m.

                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE JUDGE KEVIN GROSS
                    UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:                    Morris Nichols Arsht & Tunnell, LLP
                                BY: DEREK ABBOTT, ESQ.
                                1201 North Market St., 18th Floor
                                Wilmington, DE  19899-1347
                                (302) 351-9357

                                Cleary Gottlieb Steen & Hamilton
                                BY: LISA SCHWEITZER, ESQ.
                                One Liberty Plaza
                                New York, NY  10006
                                (212) 225-2000


ECRO:                           GINGER MACE

Transcription Service:          DIAZ DATA SERVICES, LLC
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For the Creditors'           Richards Layton & Finger
Committee:                   BY: AMANDA STEELE, ESQ.
                             One Rodney Square
                             920 North King Street
                             Wilmington, DE  19801
                             (302) 651-7531


                             Akin Gump Strauss Hauer & Feld
                             BY: DAVID BOTTER, ESQ.
                             One Bryant Park
                             New York, NY  10035
                             (212) 872-1000

For Monitor, Ernst &
Young:                       Buchanan Ingersoll & Rooney, PC
                             BY: KATHLEEN A. MURPHY, ESQ.
                             1105 North Market St., Ste. 1900
                             Wilmington, DE  19801-1054
                             (302) 552-4214


TELEPHONIC APPEARANCES:

UK Pension Trust:            Hogan Lovells International, LLP
                             BY: ANGELA DIMSDALE GILL, ESQ.
                             (212) 728-3135

For Nortel UK:               Willkie Farr & Gallagher, LLP
                             BY: DAN KOZUSKO, ESQ.
                             (212) 728-8179

For Monitor, Ernst &
Young:                       Allen & Overy, LLP
                             BY: JOSEPH BADTKE-BERKOW, ESQ.
                             BY: DANIEL GUYDER, ESQ.
                             (646) 344-6563

For Bank of America:         Bank of America
                             BY: ESTHER CHUNG
                             (646) 855-6705

For Ad Hoc Committee:        Milbank Tweed Hadley & McCloy
                             BY: CINDY DELANO, ESQ.
                             (212) 530-8978

For Interested Party:        Farallon Capital Management
                             BY: MICHAEL LINN
                             (415) 421-2132
```

WILMINGTON, DELAWARE, TUESDAY, JULY 30, 2013, 10:00 A.M.

1              THE CLERK:  Please rise.

2              THE COURT:  Good morning, everyone.  Please be

3    seated.  It's good to see you all.

4              MR. ABBOTT:  Good morning, Judge.

5              THE COURT:  Mr. Abbott --

6              MR. ABBOTT:  Good morning, Your Honor.

7              THE COURT:  As usual, you're at the ready.

8              MR. ABBOTT:  I'm trying.  I'm trying.  Your

9    Honor, Derek Abbott of Morris Nichols here for the Debtors.

10             Your Honor, the only -- I think the only item

11   going forward on today's Agenda is item #4, which should be

12   relatively brief.  Three, we submitted a CNO.  I'm not sure

13   if an Order was entered on that or not yet, but we can

14   follow up --

15             THE COURT:  I'm not sure.  It certainly -- I

16   certainly intended to.  If I haven't, I will.  I think I

17   signed it.

18             MS. SCHWEITZER:  Okay.

19             MR. ABBOTT:  That could be our bad, Your Honor.

20             MS. SCHWEITZER:  We have --

21             THE COURT:  Do you have --

22             MS. SCHWEITZER:  We have a copy if you'd like us

23   to hand it up.

24             THE COURT:  I'll take that from you,

1  Ms. Schweitzer.  What I'll do is I'll be careful not to have

2  two on the docket but --

3          MS. SCHWEITZER:  Two is better than none.

4          THE COURT:  That's right.  Two is better than

5  none.  That's right.

6          MS. SCHWEITZER:  Especially if they match.

7          THE COURT:  Yes.

8          MR. ABBOTT:  Your Honor, I'm sorry.  That's the

9  Order for #4 --

10          THE COURT:  Oh, okay.

11          MS. SCHWEITZER:  Yeah.

12          MR. ABBOTT:  -- I think.  #3 I'm still not sure

13  but we'll --

14          THE COURT:  I'll check.

15          MR. ABBOTT:  If not, we'll --

16          UNIDENTIFIED SPEAKER:  No, this one is signed.

17          MS. SCHWEITZER:  Oh, which one is this?

18          THE COURT:  It is signed?  It is signed.

19          MR. ABBOTT:  I'm sure you're on top of it.  Okay,

20  good.

21          MS. SCHWEITZER:  Okay.

22          MR. ABBOTT:  So we're here on --

23          THE COURT:  I'm -- my --

24          MS. SCHWEITZER:  Okay.

25          THE COURT:  My ace assistant tells me it's

1  signed.

2            MS. SCHWEITZER:  Very good.

3            MR. ABBOTT:  Okay, perfect.

4            MS. SCHWEITZER:  That was magical.

5            THE COURT:  And fast.

6            MS. SCHWEITZER:  That was like --

7            THE COURT:  How about that?  Ms. Schweitzer, good

8  morning.

9            MS. SCHWEITZER:  Good morning, Your Honor.  So we

10 will make this quick.  I'm sure you have plenty of things on

11 your desk.  But if they just have the record straight, so #3

12 is the settlement with the Virginia Taxation Department,

13 which was signed.

14            THE COURT:  Yes.

15            MS. SCHWEITZER:  #4 is less clear to us if it was

16 signed, which is the Order to Retain Punter Southall.

17            THE COURT:  I never received, I don't think, a

18 Certificate of No Objection, and so I figured for whatever

19 reason maybe you wished to be heard about it.

20            MS. SCHWEITZER:  Right.  For that, actually, we

21 didn't -- I think it was a timing issue because it was done

22 on short notice.

23            THE COURT:  Right.

24            MS. SCHWEITZER:  So we wanted to make sure that

25 it was -- everyone was given the proper time to object and

1  it was a matter of hours.  We figured it was easier to come

2  before you.

3           THE COURT:  Sure.

4           MS. SCHWEITZER:  Also, Your Honor, without

5  getting into substance, we thought that it would be helpful

6  just to give preview to a general status of the litigation

7  of what's coming down the pike in the next month realizing

8  that you'll be -- have limited accessibility.

9           And then also there's another Motion that's being

10  filed today that we just wanted to give you a head's up as

11  being filed just so it doesn't surprise you hitting the

12  docket.

13           THE COURT:  And I hope that toward the end of the

14  month I'll be somewhat available to review matters and sign

15  Orders or at least to ask my colleagues to sign Orders if

16  appropriate.

17           MS. SCHWEITZER:  Right.  We appreciate that.  And

18  consistent with what we've tried to do for four years now,

19  we've -- we'll try to leave you alone unless we need you and

20  we can't resolve things otherwise.

21           On that note, in the larger allocation and claims

22  litigations, we're doing pretty well staying on track --

23           THE COURT:  Yes.

24           MS. SCHWEITZER:  -- that, as you know, we are

25  going from the stage of completing written fact discovery

1    into the next stage will be oral depositions of fact

2    witnesses.

3              THE COURT:  Okay.

4              MS. SCHWEITZER:  And the parties have

5    substantially completed our written fact discovery.  The

6    last productions are still rolling in, but substantial

7    productions have been certified by the core parties, and the

8    parties have answered interrogatories as well and begun

9    serving 30(b)(6) notices for the witnesses.

10             There have been discrete issues that have come up

11   between the core parties back-and-forth regarding some of

12   the responses provided and the like, but we hope that

13   ultimately we can resolve those without having to come

14   before one or both of the Courts --

15             THE COURT:  All right.

16             MS. SCHWEITZER:  -- so that the schedule had

17   contemplated the filing of Motions to Compel, and to date,

18   we're working on things.  And then the parties, as I said,

19   are also starting to exchange witness lists so the next step

20   will be depositions pending from mid-August until the end of

21   September on fact witnesses, and that's the next staging.

22             Consistent with that, we have on the schedule a

23   meet-and-confer scheduled for August 6 among the parties,

24   which is not -- because of issues, that was planted on the

25   schedule specifically to see --

1          THE COURT:  Yes.

2          MS. SCHWEITZER:  -- what we can resolve.  Cleary

3  is hosting this time and it's focused on deposition issues.

4  And finally, just in case Your Honor hadn't seen the various

5  dockets floating around, I believe it was the last week the

6  District Court considered EMEA's Motion for Leave to Appeal

7  on the Allocation Protocol.

8          THE COURT:  Yes.

9          MS. SCHWEITZER:  It had denied that leave to

10  appeal.

11          THE COURT:  Oh, wonderful.

12          MS. SCHWEITZER:  So --

13          THE COURT:  Well, I don't mean to -- for -- what

14  I mean is it's wonderful --

15          MS. SCHWEITZER:  In the sense of finality.

16          THE COURT:  Exactly.  Exactly.

17          MS. SCHWEITZER:  And an update of information.

18  And speaking of expeditiously as well that the Third Circuit

19  has taken the leave on the next -- this is the appeal on

20  whether arbitration is an appropriate remedy and the Third

21  Circuit, as you know, accepted cert and has now granted the

22  Motion to Expedite the Appeal, and the argument for that is

23  set on October 8th.  So the parties will start briefing that

24  soon and the Court will hear it on October 8th.

25          THE COURT:  All right.

1                    MS. SCHWEITZER:  So --

2                    THE COURT:  That's helpful.

3           I wanted to take something up with the parties

4 and I know that not many people are here or even on the

5 telephone, but I'll just raise it and raise it again if

6 necessary.  Justice Morawetz and I are, as all of you

7 probably are, concerned about the logistics of the trial,

8 for example, where the trial will take place.  Will it be

9 taking place in two separate locations, in Toronto and here?

10 Is there a mechanism -- is there jurisdiction to hear it

11 together in one location and where that might be and how the

12 process would take place?  And it's little early but I don't

13 think in this situation, given the complexity, it's ever too

14 early to be considering this.  And we're looking into it as

15 well.

16           But at some point it would be very helpful to

17 both of us if the parties perhaps would be prepared to

18 address certainly the jurisdictional issue.  Am I able, for

19 example, to sit outside of Delaware?  We are doing that

20 research as well, but it's something where I certainly would

21 welcome any input from the parties and any other thoughts

22 that the parties may be having or discussing about the

23 logistics.  I can certainly see with technology it's

24 possible to have the trial in two locations but it's going

25 to be more complicated and difficult to do that.

1    So that's something that, as I say -- I know that

2  Justice Morawetz forwarded to me an opinion out of their

3  Court of Appeals indicating that a Canadian Judge could sit

4  outside of his specific jurisdiction but that wasn't outside

5  of the country.  So we have that matter to think about.

6    MR. BOTTER:  That was in Québec actually.

7    MS. SCHWEITZER:  Yes.

8    MR. BOTTER:  Yes.

9    THE COURT:  Yes.

10    MS. SCHWEITZER:  Yes.

11    MR. BOTTER:  We've seen that.

12    THE COURT:  Okay.

13    MS. SCHWEITZER:  Yes.  We are definitely aware of

14  that opinion and we do appreciate Your Honor raising that,

15  and we're happy to raise it probably at -- the most

16  appropriate time is we can certainly raise it and then meet

17  and confer in a week or two and we can certainly flag for

18  the other core parties that thoughts are welcome.

19  Certainly, everyone is focused on the same issues from a

20  jurisdictional and also a practical point, just trying to

21  find --

22    THE COURT:  Sure.

23    MS. SCHWEITZER:  -- the most practical solution

24  that we can within everyone's abilities.

25    THE COURT:  That's right.

1          MS. SCHWEITZER:  And we recognize that you're

2   willing to do what you're able to do but we first have to

3   figure out what you're able to do so --

4          THE COURT:  We all may be in Buffalo in January.

5   Who knows?

6          MS. SCHWEITZER:  Yes, exactly.

7          THE COURT:  Isn't that a wonderful thought?

8          MS. SCHWEITZER:  We've already explored all the

9   islands around --

10          THE COURT:  Yes.  Well, the Virgin Islands are in

11   the Third Circuit so we can always perhaps --

12          MS. SCHWEITZER:  Exactly.

13          THE COURT:  -- work something like that.

14          MS. SCHWEITZER:  We were thinking of the suites

15   along Niagara Falls, that half of us will take north and

16   half of us will take south or something.

17          THE COURT:  There you go.

18          MS. SCHWEITZER:  There you go.

19          MR. BOTTER:  Your Honor, there's --

20          THE COURT:  Mr. Botter, good morning.

21          MR. BOTTER:  There's -- good morning.  Good to

22   see you.  There's actually an opera house --

23          MS. SCHWEITZER:  Yes.

24          MR. BOTTER:  -- that sits on the border of

25   Vermont and Québec that is about 300 seats.

1                    THE COURT:  Boy.

2                    MR. BOTTER:  And now the stage, I believe, is in

3    one country and the seats are in another.  That may cause a

4    problem.

5                    MR. BOTTER:  Exactly.

6                    THE COURT:  Well --

7                    MS. SCHWEITZER:  But the seats will have better

8    food so --

9                    THE COURT:  That's right.  I would promise not to

10   sing.

11                   MS. SCHWEITZER:  And as a gift to Your Honor, we

12   all promise not to sing.

13                   THE COURT:  Okay.

14                   MS. SCHWEITZER:  So, no, but it's definitely

15   helpful to open the dialogue on that, and we'll obviously

16   give thought to it and work with all the parties to see what

17   we can come up with as -- in terms of all the practical

18   solutions.

19                   So I think that's it as far as an update on the

20   litigations.  Again, it wasn't meant to dive into anything

21   substantive but just so you -- to remind you of what's

22   coming up next.

23                   The only other Motion we wanted to flag for you,

24   which again is nothing for you to do today but just so you

25   see it, relates to the LTD severance decision, which we

 1   obviously are respectful of Your Honor's ruling.  And now

 2   we're on to this stage, we don't intend to appeal.  However,

 3   we are on the stage of trying to figure out how to reconcile

 4   the actual Proofs of Claims and that the Opinion and Order

 5   provide that the Motions are granted.  The Motions are

 6   inconsistently filed as Motions in Joinder.  Some of them

 7   have claim amounts; some of them don't.

 8             THE COURT:  Right.

 9             MS. SCHWEITZER:  We had reserved our rights with

10   respect to the specific claim amounts but there's a need to

11   implement process to make clear to people -- we've seen new

12   Proofs of Claim suddenly filed on the docket, and so we'd

13   like to get out in front of that to make sure that the

14   claims were being dealt with in an orderly manner.  So we're

15   filing a Motion today that will effectively propose a

16   procedure for reconciling those claims where it provides

17   that the Debtors are filing our list of what we think each

18   claimant is owed regardless of whether they filed a Motion

19   or not.

20             THE COURT:  Okay.

21             MS. SCHWEITZER:  And -- or sought relief because

22   there are additional LTD employees that never sought relief

23   to date.  So we don't want a flood of new claims and new

24   Motions unnecessarily.  We'll provide our column of what we

25   think they're owed.  If they filed a Motion or Proof of

1  Claim or anything previously, we'll take their highest-

2  dollar one, list what think they're owed, and provide a

3  process worth -- if our claim is higher or they don't object

4  to our claim, our claim amount can stand.  If their claim is

5  higher, we'll work it out or try to work it out, and if we

6  can't, then those can get teed up for Your Honor.

7           THE COURT:  Okay.

8           MS. SCHWEITZER:  Just -- so -- and what we

9  thought is that -- I mean, certainly the issues before Your

10  Honor last time we were with you it was the legal question

11  under the documents.  The way the Order being written saying

12  the Motion is granted and the claims are very -- the Motions

13  are loose as to whether that means the claims are granted or

14  the dollar amounts in the claims are granted.  So the Motion

15  is stylized as a Motion to Amend your prior Order just as --

16           THE COURT:  Yes.

17           MS. SCHWEITZER:  -- an abundance of clarity.

18           THE COURT:  Yes.

19           MS. SCHWEITZER:  Obviously, we're not intending

20  to prejudge issues, but we just wanted to let Your Honor

21  know why it was stylized as such.

22           THE COURT:  I appreciate that.

23           MS. SCHWEITZER:  And we'll set it to be heard in

24  September --

25           THE COURT:  Yes.

1          MS. SCHWEITZER:  -- at the next Omnibus hearing

2   that's on the calendar.

3          THE COURT:  Okay.

4          MS. SCHWEITZER:  And it'd be nice if we could

5   come at that point with a fully consensual list or largely

6   consensual list.  But the only thing we're proving at that

7   point is the procedures and then it would be followed by a

8   reconciliation of -- the reconciliation of the actual

9   claims.  And it'd be nice -- we'll obviously work between

10  now and that hearing to come to substantive agreement with

11  as many people as we can.

12         THE COURT:  Excellent.

13         MS. SCHWEITZER:  So --

14         THE COURT:  Excellent.

15         MS. SCHWEITZER:  So that's hitting the docket but

16  we never like filing Motions to Reconsider Orders so we

17  wanted you to understand --

18         THE COURT:  No, I --

19         MS. SCHWEITZER:  -- the context.

20         THE COURT:  -- understand and I appreciate it --

21         MS. SCHWEITZER:  The --

22         THE COURT:  -- and I certainly appreciate your

23  effort to make my decision work if you will.

24         MS. SCHWEITZER:  Yes.  Yes.  And if it gives you

25  any comfort from our initial review of the list that there

1  are a few outliers, but largely, they're similar or our

2  claim amounts are slightly higher.  So we're not seeing 100

3  disputes lined up so far --

4              THE COURT:  Okay.

5              MS. SCHWEITZER:  -- but obviously everyone has

6  the right to, once they see the numbers --

7              THE COURT:  You bet.

8              MS. SCHWEITZER:  -- review their own claims.

9              THE COURT:  Okay.

10             MS. SCHWEITZER:  So --

11             THE COURT:  All right.

12             MS. SCHWEITZER:  All right?

13             THE COURT:  I greatly appreciate -- I did sign

14  the Order, by the way, on item #4.

15             MR. ABBOTT:  Thank you, Your Honor.

16             MS. SCHWEITZER:  Wonderful.  Thank you, Your

17  Honor.

18             THE COURT:  That's been signed.

19             MR. BOTTER:  Thank you, Your Honor.

20             THE COURT:  Mr. Botter?

21             MR. BOTTER:  Very briefly, David -- for the

22  record, David Botter, Akin Gump Strauss Hauer & Feld --

23             THE COURT:  Yes.

24             MR. BOTTER:  -- from the official committee.

25  Good morning to you.

1           THE COURT:  Good morning.

2           MR. BOTTER:  I just wanted to briefly say with

3  respect to the allocation of claims litigation, as

4  Ms. Schweitzer said, we are all quite hard at work.

5           THE COURT:  I know you are.

6           MR. BOTTER:  There is a tremendous effort going

7  on.  As you can tell from our comments, we, too, are

8  concerned about logistics.  So, for example, there could

9  easily be U.S. lawyers and/or Canadian lawyers who need to

10  be, if the trial were to occur separately, in two different

11  locations almost on the same day depending upon which

12  witness was being presented.  So these are issues that we've

13  been thinking long and hard about.

14           THE COURT:  And Justice Morawetz and I really

15  want to be helpful here.  It's -- we'll do what we can do to

16  be helpful and that we're allowed to do to be helpful, if

17  you will, to make this thing work.

18           MR. BOTTER:  Well, we appreciate that and we have

19  been looking at, you know, the what-you're-allowed-to-do

20  issue as well.

21           THE COURT:  Okay.

22           MR. BOTTER:  And we will come up with something.

23  I just wanted to wish Your Honor the best of the remainder

24  of the summer --

25           THE COURT:  Thank you, Mr. Botter

1          MR. BOTTER:  -- and we will continue to work hard

2   and will look forward to seeing you in September.

3          MS. SCHWEITZER:  Yes.

4          THE COURT:  I look forward to it as well.

5          MS. SCHWEITZER:  Absolutely.

6          THE COURT:  Very much.  I didn't say good morning

7   to Ms. Murphy and Ms. Steele.  Good morning to both of you.

8   And that's it.

9          MS. SCHWEITZER:  Excellent.

10         THE COURT:  Mr. Abbott?

11         MR. ABBOTT:  It is, Your Honor, although just off

12  the record --

13         THE COURT:  Yes.

14         MR. ABBOTT:  -- could I speak with you in

15  chambers for two moments about a bar issue that we've got to

16  get --

17     (Whereupon at 10:13 a.m., the hearing was adjourned.)

18                      CERTIFICATION

19         I  certify  that  the  foregoing  is  a  correct

20  transcript  from  the  electronic  sound  recording  of  the

21  proceedings in the above-entitled matter.

22

23

24  _____        30 July 2013

25  Christy Snyder, Transcriber                Date

26  Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

30(b)(6)(1) 7:9

a.m(3) 1:15  3:1  18:17
abbott(17) 1:23  3:5  3:6  3:7  3:9  3:10  3:20  4:8  4:12
4:15  4:19  4:22  5:3  16:15  18:10  18:11  18:14
abilities(1) 10:24
able(3) 9:18  11:2  11:3
about(9) 5:7  5:19  9:7  9:22  10:5  11:25  17:8  17:13
18:15

above-entitled(1) 18:21
absolutely(1) 18:5
abundance(1) 14:17
accepted(1) 8:21
accessibility(1) 6:8
ace(1) 4:25
actual(2) 13:4  15:8
actually(3) 5:20  10:6  11:22
additional(1) 13:22
address(1) 9:18
adjourned(1) 18:17
administered(1) 1:6
again(3) 9:5  12:20  12:24
agenda(1) 3:12
agreement(1) 15:10
akin(2) 2:11  16:22
all(12) 3:4  7:15  8:25  9:6  11:4  11:8  12:12  12:16
12:17  16:11  16:12  17:4

allen(1) 2:35
allocation(3) 6:21  8:7  17:3
allowed(1) 17:11
almost(1) 17:11
alone(1) 6:19
along(1) 11:15
already(1) 11:8
also(4) 6:4  6:9  7:19  10:20
although(1) 18:11
always(1) 11:11
amanda(1) 2:5
amend(1) 14:15
america(2) 2:40  2:40
among(1) 7:23
amount(1) 14:4
amounts(4) 13:7  13:10  14:14  16:2
and(76) 5:5  5:18  5:25  6:9  6:13  6:14  6:17  6:19  6:21
7:4  7:7  7:8  7:12  7:17  7:18  7:21  8:3  8:4  8:17  8:18
8:20  8:21  8:22  8:24  9:4  9:5  9:6  9:9  9:11  9:12
9:14  9:21  9:25  10:14  10:15  10:16  10:17  10:17  10:20
11:1  11:15  11:25  12:2  12:11  12:12  12:16  13:1
13:4  13:4  13:12  13:21  13:23  14:2  14:5  14:8  14:12
14:23  15:4  15:7  15:9  15:10  15:20  15:22  15:24  17:13
17:14  17:14  17:16  17:18  18:21  18:1  18:2  18:7  18:8

and/or(1) 17:9
angela(1) 2:27
another(2) 6:9  12:3
answered(1) 7:8
any(3) 9:21  9:21  15:25
anything(2) 12:20  14:1
appeal(5) 8:6  8:10  8:19  8:22  13:2
appeals(1) 10:3
appearances(1) 2:24
appreciate(7) 6:17  10:14  14:22  15:20  15:22  16:13
17:18

appropriate(3) 6:16  8:20  10:16
arbitration(1) 8:20
are(27) 6:24  7:6  7:19  9:4  9:6  9:7  9:19  10:13  10:18
11:10  12:3  13:1  13:3  13:5  13:5  13:17  13:22  14:12
14:13  14:13  14:14  16:1  16:2  17:4  17:5  17:7  17:12

argument(1) 8:22
around(2) 8:5  11:9
arsht(1) 1:22
ask(1) 6:15
assistant(1) 4:25
august(1) 7:23
available(1) 6:14
aware(1) 10:13

botter(21) 2:12  10:6  10:8  10:11  11:19  11:20  11:21
11:24  12:2  12:5  16:19  16:20  16:21  16:22  16:24  17:2
17:6  17:18  17:22  17:25  18:1

boy(1) 12:1
brief(1) 3:13
briefing(1) 8:23
briefly(2) 16:21  17:2
bryant(1) 2:13
buchanan(1) 2:18
buffalo(1) 11:4
but(23) 3:14  4:2  4:13  5:11  7:6  7:12  9:5  9:12  9:16
9:20  9:24  10:4  11:2  12:7  12:14  12:21  12:24  13:10
14:20  15:6  15:15  16:1  16:5

calendar(1) 15:2
can(14) 3:14  7:13  8:2  9:23  10:16  10:17  10:24  11:11
12:17  14:4  14:6  15:11  17:7  17:15

can't(2) 6:20  14:6
canadian(2) 10:3  17:9
capital(1) 2:48
careful(1) 4:1
case(2) 1:5  8:4
cause(1) 12:3
cert(1) 8:21
certainly(10) 3:16  3:17  9:18  9:20  9:23  10:16  10:17
10:19  14:9  15:22

certificate(1) 5:18
certification(1) 18:18
certified(1) 7:7
certify(1) 18:19
chambers(1) 15:6
chapter(1) 1:8
check(1) 4:14
christy(1) 18:25
chung(1) 2:41
cindy(1) 2:45
circuit(3) 8:18  8:21  11:11
claim(9) 13:7  13:10  13:12  14:1  14:3  14:4  14:4  14:4
16:2

claimant(1) 13:18
claims(11) 6:21  13:4  13:14  13:16  13:23  14:12  14:13
14:14  15:9  16:8  17:3

clarity(1) 14:17
clear(2) 5:15  13:11
cleary(1) 1:28  8:2
clerk(1) 3:2
cno(1) 3:13
colleagues(1) 6:15
column(1) 13:4
come(7) 6:1  7:10  7:13  12:17  15:5  15:10  17:22
comfort(1) 15:25
coming(2) 6:7  12:22
comments(1) 7:7
committee(3) 2:5  2:44  16:24
compel(1) 7:17
completed(1) 7:5
completing(1) 6:25
complexity(1) 9:13
complicated(1) 9:25
concerned(2) 9:7  17:8
confer(1) 10:17
consensual(2) 15:5  15:6
considered(1) 8:6
considering(1) 9:14
consistent(2) 6:18  7:22
contemplated(1) 7:17
context(1) 15:19
continue(1) 18:1
continued(1) 2:2
copy(1) 3:23
core(3) 7:7  7:10  10:18
correct(1) 18:19
could(5) 3:20  10:3  15:4  17:8  18:14
country(2) 10:5  12:3
court(78) 1:1  3:3  3:3  3:6  3:8  3:16  3:22  3:25  4:4  4:7
4:10  4:14  4:18  4:23  4:25  5:5  5:7  5:14  5:17  5:23  6:3
6:13  6:23  7:1  7:3  8:13  8:15  8:16  8:16  8:24  8:25
8:25  9:2  10:3  10:9  10:12  10:22  10:25  11:4  11:7
11:10  11:13  11:17  11:20  12:1  12:6  12:9  12:13  13:8
13:20  14:7  14:16  14:18  14:24  14:25  15:3  15:12
15:14  15:18  15:20  16:4  16:7  16:9  16:11  16:13
16:18  16:20  16:23  17:1  17:5  17:14  17:21  17:25  18:4
18:6  18:10  18:13

courtroom(1) 1:10
courts(1) 7:14
creditors'(1) 2:4
dan(1) 2:31
daniel(1) 2:37
data(1) 1:37
date(3) 7:17  13:23  18:25
david(3) 2:12  16:21  16:22
day(1) 17:11
dealt(1) 13:14

debtors(4) 1:12  1:22  3:10  13:17
decision(2) 12:25  15:23
definitely(2) 10:13  12:14
delano(1) 2:45
delaware(4) 1:2  1:12  3:1  9:19
denied(1) 8:9
department(1) 5:12
depending(1) 17:11
deposition(1) 8:3
depositions(2) 7:1  7:20
derek(2) 1:23  3:10
desk(1) 5:11
dialogue(1) 12:15
diaz(1) 1:37
did(1) 16:13
didn't(2) 5:21  18:6
different(1) 17:10
difficult(1) 9:22
dimsdale(1) 2:27
discovery(2) 6:25  7:5
discrete(1) 7:10
discussing(1) 9:22
disputes(1) 16:3
district(2) 1:2  8:18
dive(1) 12:20
docket(4) 4:2  6:12  13:12  15:15
dockets(1) 8:5
documents(1) 14:11
doesn't(1) 6:11
doing(2) 6:22  9:19
dollar(2) 14:2  14:14
don't(7) 5:17  8:13  9:12  13:2  13:7  13:23  14:3
done(1) 5:21
down(1) 6:7
each(1) 13:17
early(2) 9:12  9:14
easier(1) 6:1
easily(1) 17:9
ecro(1) 1:35
effectively(1) 13:15
effort(2) 15:23  17:6
electronic(2) 1:43  18:20
emea's(1) 8:6
employees(1) 13:22
end(2) 6:13  7:20
entered(1) 3:14
ernst(2) 2:17  2:34
especially(1) 4:6
esq(10) 1:23  1:29  2:5  2:12  2:19  2:27  2:31  2:36  2:37
2:45

esther(1) 2:41
even(1) 9:4
ever(1) 9:13
everyone(4) 3:3  5:25  10:19  16:5
everyone's(1) 10:24
exactly(5) 8:16  8:16  11:6  11:12  12:5
example(3) 9:8  9:19  17:8
excellent(3) 15:12  15:14  18:9
exchange(1) 7:19
expedite(1) 8:22
expeditiously(1) 8:18
explored(1) 11:8
fact(4) 6:25  7:1  7:5  7:21
falls(1) 11:15
far(2) 12:19  16:3
farallon(1) 2:48
farr(1) 2:30
fast(1) 5:5
feld(2) 2:11  16:22
few(1) 16:1
figure(2) 11:3  13:3
figured(2) 5:18  6:1
filed(6) 6:10  6:13  13:12  13:18  13:25
filing(4) 7:17  13:15  13:17  15:16
finality(1) 8:15
finally(1) 8:4
find(1) 10:21
finger(1) 2:4
first(1) 11:12
flag(2) 10:17  12:23
floating(1) 8:5
flood(1) 13:23
floor(1) 1:24
focused(2) 8:3  10:19
follow(1) 3:15
followed(1) 15:7
food(1) 17:6
for(29) 1:12  1:22  2:4  2:17  2:30  2:34  2:40  2:44  2:48
3:10  4:9  5:18  5:20  6:18  7:9  7:23  8:6  8:13  8:22  9:8
9:18  10:17  12:23  12:24  13:16  14:6  16:21  17:8  18:15

foregoing(1) 18:19
forward(3) 3:12  18:2  18:4
forwarded(1) 10:2
four(1) 6:18
from(9) 3:25  6:25  7:20  9:21  10:19  15:25  16:24  17:7
18:20

front(1) 13:13
fully(1) 15:5
gallagher(1) 2:30
general(1) 6:6
get(3) 13:13  14:6  18:16
getting(1) 6:5
gift(1) 12:11
gill(1) 2:27
ginger(1) 1:35
give(3) 6:6  6:10  12:16
given(2) 5:25  9:13
gives(1) 15:24
going(4) 3:12  6:25  9:24  17:6
good(15) 3:3  3:4  3:5  3:7  4:20  5:2  5:7  5:9  11:20
11:21  11:21  16:25  17:1  18:6  18:7

got(1) 18:15
gottlieb(1) 1:28
granted(5) 8:21  13:5  14:12  14:13  14:14
greatly(1) 16:13
gross(1) 1:18
gump(2) 2:11  16:22
guyder(1) 2:37
had(3) 7:16  8:9  13:9
hadley(1) 2:44
hadn't(1) 8:4
half(2) 11:15  11:16
hamilton(1) 1:28
hand(1) 3:24
happy(1) 10:15
hard(3) 17:4  17:13  18:1
harrisburg(1) 1:39
has(3) 8:19  8:21  16:5
hauer(2) 2:11  16:22
have(19) 3:21  3:22  3:23  4:1  5:10  5:11  6:8  7:4  7:7
7:8  7:10  7:10  7:22  9:24  10:5  11:2  12:7  13:17  17:18

haven't(1) 3:17
having(2) 7:13  9:22
head's(1) 6:10
hear(2) 8:24  9:10
heard(2) 5:19  14:23
hearing(3) 15:1  15:10  18:17
helpful(7) 6:5  9:2  9:16  12:15  17:15  17:16  17:16
here(5) 3:10  4:22  9:4  9:9  17:15
higher(3) 14:3  14:5  16:2
highest(1) 14:1
his(1) 10:4
hitting(2) 6:11  15:15
hoc(1) 2:44
hogan(1) 2:26
honor(19) 3:7  3:10  3:11  3:20  4:8  5:9  6:4  8:4  10:14
11:19  12:11  14:6  14:10  14:20  16:15  16:17  16:19
17:23  18:11

honor's(1) 13:1
honorable(1) 1:18
hope(2) 6:13  7:12
hosting(1) 8:3
hours(1) 6:1
house(1) 11:22
how(3) 5:7  9:11  13:3
however(1) 13:2
i'll(6) 3:25  4:1  4:1  4:14  6:14  9:5
i'm(9) 3:9  3:9  3:13  3:16  4:8  4:12  4:19  4:23  5:10
implement(1) 13:11
inc(1) 1:7
inconsistently(1) 13:6
indicating(1) 10:3
information(1) 8:17
ingersoll(1) 2:18
initial(1) 15:25
input(1) 9:21
intend(1) 13:2
intended(1) 3:17
intending(1) 14:19
interested(1) 2:48
international(1) 2:26
interrogatories(1) 7:8
into(4) 6:5  7:1  9:14  12:20
islands(2) 11:9  11:10
isn't(1) 11:7
issue(4) 5:21  9:18  17:20  18:15
issues(7) 7:10  7:24  8:3  10:19  14:9  14:20  17:12
it's(3) 4:25  5:4  8:14  9:12  9:13  9:20  9:23  9:24
12:14  17:15

item(3) 3:11  3:12  16:14
january(1) 11:4
joinder(1) 13:6
jointly(1) 1:6
joseph(1) 2:36
judge(4) 1:18  1:19  3:5  10:3
july(3) 1:14  3:1  18:24
jurisdiction(2) 9:10  10:8
jurisdictional(2) 9:18  10:20

| Word | Page:Line |
|---|---|
| just(15) | 5:11 6:6 6:10 6:11 8:4 9:5 10:20 12:21 12:24 14:8 14:15 14:20 17:2 17:23 18:11 |
| justice(3) | 9:6 10:2 17:14 |
| kathleen(1) | 2:19 |
| kevin(1) | 1:18 |
| king(1) | 2:7 |
| know(7) | 6:24 8:21 9:4 10:1 14:21 17:5 17:19 |
| knows(1) | 11:5 |
| kozusko(1) | 2:31 |
| largely(2) | 15:5 16:1 |
| larger(1) | 6:21 |
| last(3) | 7:6 8:5 14:10 |
| lawyers(2) | 17:9 17:9 |
| layton(1) | 2:4 |
| least(1) | 6:15 |
| leave(4) | 6:19 8:6 8:9 8:19 |
| legal(1) | 14:10 |
| less(1) | 5:15 |
| let(1) | 14:20 |
| liberty(1) | 1:30 |
| like(6) | 3:23 5:6 7:12 11:13 13:13 15:16 |
| limited(1) | 6:8 |
| lined(1) | 16:3 |
| linn(1) | 2:49 |
| lisa(1) | 1:29 |
| list(5) | 13:17 14:2 15:5 15:6 15:25 |
| lists(1) | 7:19 |
| litigation(2) | 6:6 17:3 |
| litigations(2) | 6:22 12:20 |
| little(1) | 9:12 |
| llc(1) | 1:37 |
| llp(4) | 1:22 2:26 2:30 2:35 |
| location(1) | 9:11 |
| locations(3) | 9:9 9:24 17:11 |
| logistics(3) | 9:7 9:23 17:8 |
| long(1) | 17:13 |
| look(2) | 18:2 18:4 |
| looking(2) | 9:14 17:19 |
| loose(1) | 14:13 |
| lovells(1) | 2:26 |
| ltd(2) | 1:25 13:22 |
| mace(1) | 1:35 |
| magical(1) | 5:4 |
| make(5) | 5:10 5:24 13:11 13:13 15:23 17:17 |
| management(1) | 2:48 |
| manner(1) | 13:14 |
| many(2) | 9:4 15:11 |
| market(3) | 1:11 1:24 2:20 |
| match(1) | 9:6 |
| matter(3) | 6:1 10:5 18:21 |
| matters(1) | 6:14 |
| may(3) | 9:22 11:4 12:3 |
| maybe(1) | 5:19 |
| mccloy(1) | 2:44 |
| mean(3) | 8:13 8:14 14:9 |
| means(1) | 14:13 |
| meant(1) | 12:20 |
| mechanism(1) | 9:10 |
| meet(1) | 10:16 |
| meet-and-confer(1) | 7:23 |
| michael(1) | 2:49 |
| mid-august(1) | 7:20 |
| might(1) | 9:11 |
| milbank(1) | 2:44 |
| moments(1) | 18:15 |
| monitor(2) | 2:17 2:34 |
| month(2) | 6:7 6:14 |
| morawetz(3) | 9:6 10:2 17:14 |
| more(1) | 9:25 |
| morning(10) | 3:3 3:5 3:7 5:8 5:9 11:20 11:21 16:25 17:1 18:6 18:7 |
| morris(2) | 1:22 3:10 |
| most(2) | 10:15 10:23 |
| motion(10) | 6:9 8:6 8:22 12:23 13:15 13:18 13:25 14:12 14:14 14:15 |
| motions(7) | 7:17 13:5 13:5 13:6 13:24 14:12 15:16 |
| much(1) | 18:6 |
| murphy(2) | 2:19 18:7 |
| necessary(1) | 9:6 |
| need(3) | 6:19 13:10 17:9 |
| networks(1) | 1:7 |
| never(5) | 5:17 13:22 15:9 |
| new(5) | 1:31 2:14 13:11 13:23 13:23 |
| next(7) | 6:7 7:1 7:19 7:21 8:19 12:22 15:1 |
| niagara(1) | 11:15 |
| nice(2) | 15:4 15:9 |
| nichols(2) | 1:22 3:10 |
| none(2) | 4:3 4:5 |
| nortel(2) | 1:7 2:30 |
| north(4) | 1:24 2:7 2:20 11:15 |
| not(13) | 3:13 3:14 3:16 4:1 4:12 4:15 7:24 9:4 12:9 12:12 13:19 14:19 16:2 |
| note(1) | 6:21 |
| nothing(1) | 12:24 |
| notice(1) | 5:22 |

| Word | Page:Line |
|---|---|
| notices(1) | 7:9 |
| now(5) | 6:18 8:21 12:2 13:1 15:10 |
| numbers(1) | 16:6 |
| object(2) | 5:25 14:3 |
| objection(1) | 5:18 |
| obviously(5) | 12:15 13:1 14:19 15:9 16:5 |
| occur(1) | 17:10 |
| october(2) | 8:23 8:24 |
| off(1) | 18:11 |
| official(1) | 16:24 |
| okay(15) | 3:19 4:10 4:19 4:21 4:24 5:3 7:3 10:12 12:13 13:20 14:7 15:3 16:4 16:9 17:21 |
| omnibus(1) | 15:1 |
| once(1) | 16:6 |
| one(9) | 1:30 2:6 2:13 4:16 4:17 7:14 9:11 12:3 14:2 |
| only(4) | 3:1 3:11 12:23 15:6 |
| open(1) | 12:15 |
| opera(1) | 11:22 |
| opinion(3) | 10:2 10:14 13:4 |
| oral(1) | 7:1 |
| order(3) | 3:14 4:9 5:16 13:4 14:11 14:15 16:14 |
| orderly(1) | 13:14 |
| orders(3) | 6:15 6:15 15:16 |
| other(3) | 9:21 10:18 12:23 |
| otherwise(1) | 6:20 |
| our(11) | 3:20 7:5 13:9 13:17 13:24 14:3 14:4 14:4 15:25 16:1 17:7 |
| out(4) | 10:2 11:3 13:3 13:13 14:5 14:5 |
| outliers(1) | 16:1 |
| outside(3) | 9:19 10:4 10:4 |
| overy(1) | 2:35 |
| owed(3) | 13:15 13:25 14:2 |
| own(1) | 16:8 |
| park(1) | 2:13 |
| parties(13) | 7:4 7:7 7:8 7:11 7:18 7:23 8:23 9:3 9:17 9:21 9:22 10:18 10:24 |
| party(1) | 2:48 |
| pending(1) | 7:20 |
| pennsylvania(1) | 1:39 |
| pension(1) | 2:26 |
| people(3) | 9:4 13:11 15:11 |
| perfect(1) | 5:3 |
| perhaps(2) | 9:17 11:11 |
| pike(1) | 6:7 |
| place(3) | 9:9 9:12 |
| planted(1) | 2:7 |
| plaza(1) | 1:30 |
| please(2) | 3:2 3:3 |
| plenty(1) | 5:5 |
| point(4) | 9:16 10:20 15:5 15:7 |
| possible(1) | 5:19 |
| ppearances(2) | 1:21 2:1 |
| practical(2) | 10:20 10:23 12:17 |
| prejudge(1) | 14:20 |
| prepared(1) | 9:17 |
| presented(1) | 17:12 |
| pretty(1) | 6:22 |
| preview(1) | 6:6 |
| previously(1) | 14:1 |
| prior(1) | 14:15 |
| probably(2) | 9:7 10:15 |
| problem(1) | 12:4 |
| procedure(1) | 13:16 |
| procedures(1) | 15:7 |
| proceedings(3) | 1:17 1:43 18:21 |
| process(3) | 9:12 13:11 14:3 |
| produced(1) | 1:44 |
| productions(2) | 7:6 7:7 |
| promise(2) | 12:9 12:12 |
| proof(1) | 13:25 |
| proofs(2) | 13:4 13:12 |
| proper(1) | 5:25 |
| propose(1) | 13:15 |
| protocol(1) | 8:7 |
| provide(3) | 13:15 13:24 14:2 |
| provided(1) | 7:12 |
| provides(1) | 13:16 |
| proving(1) | 15:6 |
| punter(1) | 5:16 |
| question(1) | 14:10 |
| quick(1) | 5:10 |
| quite(1) | 17:4 |
| québec(3) | 10:6 11:25 |
| raise(4) | 9:5 9:5 10:15 10:16 |
| raising(1) | 10:14 |
| ready(1) | 3:8 |
| realizing(1) | 6:7 |
| reason(1) | 5:19 |
| received(1) | 5:17 |
| recognize(1) | 11:1 |
| reconcile(1) | 13:3 |
| reconciliation(2) | 15:8 15:8 |
| reconciling(1) | 13:16 |
| reconsider(1) | 15:16 |
| record(3) | 5:11 16:22 18:12 |

| Word | Page:Line |
|---|---|
| recorded(1) | 1:43 |
| recording(1) | 1:43 18:20 |
| regarding(1) | 7:11 |
| regardless(1) | 13:18 |
| relates(1) | 12:25 |
| relatively(1) | 3:13 |
| relief(2) | 13:21 13:22 |
| remainder(1) | 17:23 |
| remedy(1) | 8:20 |
| remind(1) | 12:21 |
| research(1) | 9:20 |
| reserved(1) | 13:9 |
| resolve(3) | 6:20 7:13 8:2 |
| respect(2) | 13:10 17:3 |
| respectful(1) | 13:1 |
| responses(1) | 7:12 |
| retain(1) | 5:16 |
| review(3) | 6:14 15:25 16:8 |
| richards(1) | 2:4 |
| right(13) | 4:4 4:5 5:10 5:23 6:17 7:15 8:25 10:25 12:9 13:8 16:6 16:11 16:12 |
| rights(1) | 13:9 |
| rise(1) | 3:2 |
| rodney(1) | 2:16 |
| rolling(1) | 7:6 |
| rooney(1) | 2:18 |
| ruling(1) | 13:1 |
| said(2) | 7:18 17:4 |
| same(2) | 10:19 17:11 |
| say(3) | 10:1 17:2 18:6 |
| saying(1) | 14:11 |
| schedule(3) | 7:16 7:22 7:25 |
| scheduled(1) | 7:23 |
| schuylkill(1) | 1:38 |
| schweitzer(60) | 1:29 3:19 3:21 3:23 3:23 4:1 4:3 4:6 4:11 4:14 4:21 4:24 5:2 5:4 5:6 5:7 5:9 5:15 5:20 5:24 6:4 6:17 6:24 7:4 7:16 8:2 8:9 8:12 8:17 8:19 9:1 10:7 10:10 10:13 10:23 11:1 11:6 11:8 11:12 11:14 14:19 14:23 15:1 15:2 15:10 15:24 16:5 16:10 16:12 16:16 17:4 18:3 18:5 18:9 |
| seated(1) | 3:4 |
| seats(3) | 11:25 12:3 12:7 |
| see(7) | 3:4 7:25 9:23 11:22 12:16 12:25 16:6 |
| seeing(2) | 16:2 18:2 |
| seen(3) | 8:4 9:17 9:19 |
| sense(1) | 8:15 |
| separate(1) | 9:9 |
| separately(1) | 17:10 |
| september(3) | 7:21 14:24 18:2 |
| service(3) | 13:7 13:44 |
| services(1) | 1:37 |
| serving(1) | 7:9 |
| set(2) | 8:23 14:23 |
| settlement(1) | 5:12 |
| severance(1) | 12:25 |
| short(1) | 5:22 |
| should(1) | 3:12 |
| sign(3) | 6:14 6:15 16:13 |
| signed(8) | 3:18 4:16 4:18 4:18 5:1 5:13 5:16 16:18 |
| similar(1) | 16:1 |
| sing(2) | 12:10 12:12 |
| sit(2) | 9:19 10:3 |
| site(1) | 11:24 |
| situation(1) | 9:13 |
| slightly(1) | 16:2 |
| snyder(1) | 18:25 |
| solution(1) | 10:23 |
| solutions(1) | 12:18 |
| some(4) | 7:11 9:16 13:6 13:7 |
| something(3) | 9:9 9:20 10:1 11:16 17:22 |
| somewhat(1) | 6:14 |
| soon(1) | 8:24 |
| sorry(1) | 14:8 |
| sought(2) | 13:21 13:22 |
| soul(2) | 1:43 18:20 |
| south(1) | 11:16 |
| southall(1) | 5:16 |
| speak(1) | 18:14 |
| speaker(1) | 4:16 |
| speaking(1) | 8:18 |
| specific(2) | 10:4 13:10 |
| specifically(1) | 7:25 |
| square(1) | 2:6 |
| stage(5) | 6:25 7:1 12:2 13:2 13:3 |
| staging(1) | 7:21 |
| stand(1) | 14:4 |
| start(1) | 8:23 |
| starting(1) | 7:19 |
| states(2) | 1:1 1:19 |
| status(1) | 6:6 |
| staying(1) | 6:20 |
| ste(1) | 2:20 |
| steele(2) | 2:5 18:7 |
| steen(1) | 1:28 |
| step(1) | 7:19 |
| still(2) | 4:12 7:6 |

| Word | Page:Line |
|---|---|
| straight(1) | 5:11 |
| strauss(2) | 2:11 16:22 |
| street(3) | 1:11 1:38 2:7 |
| stylized(2) | 14:15 14:21 |
| submitted(1) | 13:25 |
| substance(1) | 6:5 |
| substantial(1) | 7:6 |
| substantially(1) | 7:5 |
| substantive(2) | 12:21 15:10 |
| such(1) | 14:21 |
| suddenly(1) | 13:12 |
| suites(1) | 1:14 |
| summer(1) | 17:7 |
| sure(9) | 3:13 3:16 4:12 4:19 5:10 5:24 6:3 10:22 |
| surprise(1) | 6:1 |
| take(7) | 3:25 9:3 9:8 9:12 11:15 11:16 14:1 |
| taken(1) | 8:19 |
| taking(1) | 9:9 |
| taxation(1) | 5:12 |
| technology(1) | 9:23 |
| teed(1) | 14:6 |
| telephone(1) | 9:5 |
| telephonic(1) | 2:24 |
| tell(1) | 17:7 |
| tells(1) | 4:25 |
| terms(1) | 12:17 |
| than(1) | 4:3 4:4 |
| thank(4) | 16:15 16:16 16:19 17:25 |
| that(67) | 3:14 3:20 3:25 3:5 5:4 5:6 5:7 5:20 5:24 6:5 6:8 6:10 6:13 6:17 6:21 6:24 7:10 7:12 7:16 7:22 7:24 8:9 8:18 8:22 8:23 9:4 9:11 9:19 9:22 9:25 10:1 10:11 10:3 10:4 10:5 10:6 10:11 10:14 10:14 10:18 10:24 11:1 11:7 11:13 11:15 11:24 11:25 12:2 12:15 13:4 13:13 13:13 13:13 13:15 13:17 13:22 14:9 14:13 14:22 15:5 15:6 15:10 15:25 17:12 17:16 17:18 18:15 18:19 |
| that's(14) | 4:4 4:5 4:8 6:9 7:21 9:2 10:1 10:25 12:9 12:19 15:2 15:16 15:18 18:8 |
| the(214) | 1:1 1:2 1:18 2:4 3:2 3:3 3:6 3:8 3:8 3:10 3:11 3:11 3:16 3:22 3:25 4:2 4:4 4:7 4:8 4:10 4:14 4:18 4:23 4:25 5:5 5:7 5:11 5:12 5:12 5:14 5:16 5:17 5:23 5:25 6:3 6:6 6:7 6:7 6:13 6:13 6:13 6:21 6:23 6:25 7:1 7:3 7:4 7:5 7:7 7:7 7:9 7:11 7:12 7:14 7:15 7:16 7:17 7:18 7:19 7:20 7:21 7:22 7:23 7:24 8:1 8:4 8:5 8:5 8:7 8:8 8:11 8:13 8:15 8:16 8:18 8:19 8:19 8:19 8:20 8:21 8:22 8:22 8:23 8:24 8:25 9:2 9:3 9:4 9:7 9:7 9:8 9:11 9:13 9:17 9:18 9:21 9:22 9:22 9:24 10:5 10:9 10:12 10:15 10:18 10:19 10:22 10:23 10:25 11:4 11:7 11:10 11:10 11:11 11:13 11:14 11:17 11:20 11:24 12:1 12:2 12:3 12:6 12:7 12:9 12:13 12:15 12:16 12:17 12:19 12:23 12:25 13:3 13:4 13:4 13:5 13:13 13:15 13:18 13:22 13:23 13:25 14:7 14:9 14:10 14:11 14:11 14:11 14:12 14:12 14:12 14:13 14:14 14:14 14:16 14:18 14:22 14:25 15:1 15:2 15:3 15:6 15:7 15:8 15:12 15:14 15:15 15:18 15:19 15:20 15:21 15:22 15:25 16:4 16:6 16:6 16:11 16:7 16:9 16:11 16:13 16:14 16:16 16:18 16:21 16:23 16:24 17:1 17:3 17:5 17:10 17:11 17:14 17:19 17:21 17:23 17:24 17:25 18:4 18:6 18:10 18:12 18:13 18:17 18:19 18:20 18:20 18:21 |
| their(4) | 10:2 14:1 14:4 16:8 |
| them(3) | 13:6 13:7 |
| then(5) | 6:9 7:13 10:16 14:6 15:7 |
| there(9) | 7:10 9:10 9:10 11:17 11:18 13:22 15:25 17:6 17:8 |
| there's(5) | 6:9 11:19 11:21 11:22 13:10 |
| these(1) | 17:12 |
| they(4) | 6:6 13:1 13:18 13:25 14:3 16:6 |
| they're(3) | 13:25 14:2 16:1 |
| thing(2) | 15:6 17:17 |
| things(3) | 5:10 6:20 7:18 |
| think(11) | 3:1 3:17 4:12 5:17 5:21 9:13 10:5 12:19 13:17 13:25 14:2 |
| thinking(2) | 11:14 17:13 |
| third(3) | 8:18 8:20 11:11 |
| this(9) | 4:16 4:17 5:10 8:3 8:19 9:14 9:14 13:2 17:17 |
| those(3) | 7:13 13:16 14:6 |
| thought(4) | 6:5 11:7 12:16 14:9 |
| thoughts(2) | 9:21 10:18 |
| three(1) | 3:13 |
| time(4) | 5:25 8:3 10:16 14:10 |
| timing(1) | 5:21 |
| today(3) | 6:10 12:24 13:15 |
| today's(1) | 3:12 |
| together(1) | 9:11 |
| too(2) | 9:13 17:7 |
| top(1) | 4:19 |
| toronto(1) | 9:9 |
| toward(1) | 6:13 |
| track(1) | 6:22 |
| transcriber(1) | 18:25 |
| transcript(3) | 1:17 1:44 18:20 |
| transcription(2) | 1:37 1:44 |
| tremendous(1) | 17:6 |

| Word | Page:Line |
|------|-----------|
| **trial**(4) 9:7  9:8  9:24  17:10 | |
| **tried**(1) 6:18 | |
| **trust**(1) 2:26 | |
| **try**(2) 6:19  14:5 | |
| **trying**(4) 3:9  3:9  10:20  13:3 | |
| **tuesday**(1) 3:1 | |
| **tunnel**(1) 1:22 | |
| **tweed**(1) 2:44 | |
| **two**(8) 4:2  4:3  4:4  9:9  9:24  10:17  17:10  18:15 | |
| **u.s**(1) 17:9 | |
| **ultimately**(1) 7:13 | |
| **under**(1) 14:11 | |
| **understand**(2) 15:17  15:20 | |
| **unidentified**(1) 4:16 | |
| **united**(2) 1:1  1:19 | |
| **unless**(1) 6:19 | |
| **unnecessarily**(1) 13:24 | |
| **until**(1) 7:20 | |
| **update**(2) 8:17  12:19 | |
| **upon**(1) 17:11 | |
| **usual**(1) 3:8 | |
| **various**(1) 8:4 | |
| **vermont**(1) 11:25 | |
| **very**(5) 5:2  9:16  14:12  16:21  18:6 | |
| **virgin**(1) 11:10 | |
| **virginia**(1) 5:12 | |
| **want**(2) 13:23  17:15 | |
| **wanted**(8) 5:24  6:10  9:3  12:23  14:20  15:17  17:2 | |
| **was**(18) 3:14  5:4  5:6  5:13  5:15  5:21  5:21  5:25  5:25 | |
| 6:1  6:1  7:24  8:5  10:6  14:10  14:21  17:12  18:17 | |
| **wasn't**(2) 10:4  12:20 | |
| **way**(2) 14:11  16:14 | |
| **we'd**(1) 13:12 | |
| **we'll**(10) 4:13  4:15  6:19  12:15  13:24  14:1  14:5  14:23 | |
| 15:9  17:15 | |
| **we're**(11) 4:22  6:22  7:18  9:14  10:15  13:2  13:14 | |
| 14:19  15:6  16:2  17:16 | |
| **we've**(7) 6:18  6:19  10:11  11:8  13:11  17:12  18:15 | |
| **week**(2) 8:5  10:17 | |
| **welcome**(2) 9:21  10:18 | |
| **well**(11) 6:22  7:8  8:13  8:18  9:15  9:20  11:10  12:6 | |
| 17:18  17:20  18:4 | |
| **were**(4) 11:14  13:14  14:10  17:10 | |
| **what**(12) 4:1  6:18  8:2  8:13  11:2  11:3  12:16  13:17 | |
| 13:24  14:2  14:8  17:15 | |
| **what's**(2) 6:7  12:21 | |
| **what-you're-allowed-to-do**(1) 17:19 | |
| **whatever**(1) 5:18 | |
| **where**(4) 9:8  9:11  9:20  13:16 | |
| **whereupon**(1) 18:17 | |
| **whether**(3) 8:20  13:18  14:13 | |
| **which**(8) 3:12  4:17  5:13  5:16  7:24  12:24  12:25  17:11 | |
| **who**(2) 11:5  17:9 | |
| **why**(1) 14:21 | |
| **will**(17) 3:17  5:10  7:1  7:20  8:23  8:24  9:8  9:8  11:15 | |
| 11:16  12:7  13:15  15:23  17:17  17:22  18:1  18:2 | |
| **willing**(1) 11:2 | |
| **willkie**(1) 2:30 | |
| **wilmington**(5) 1:12  1:25  2:8  2:21  3:1 | |
| **wish**(1) 17:23 | |
| **wished**(1) 5:19 | |
| **with**(15) 5:12  6:18  7:22  9:3  9:23  12:16  12:17  13:9 | |
| 13:14  14:10  15:5  15:10  17:2  17:22  18:14 | |
| **within**(1) 10:24 | |
| **without**(2) 6:4  7:13 | |
| **witness**(2) 7:19  17:12 | |
| **witnesses**(3) 7:2  7:9  7:21 | |
| **wonderful**(4) 8:11  8:14  11:7  16:16 | |
| **work**(9) 11:13  12:16  14:5  14:5  15:9  15:23  17:4 | |
| 17:17  18:1 | |
| **working**(1) 7:18 | |
| **worth**(1) 14:3 | |
| **would**(7) 6:5  9:12  9:16  9:17  9:20  12:9  15:7 | |
| **written**(3) 6:25  7:5  14:11 | |
| **www.diazdata.com**(1) 1:41 | |
| **yeah**(1) 4:11 | |
| **years**(1) 6:18 | |
| **yes**(21) 4:7  5:14  6:23  8:1  8:8  10:7  10:8  10:9  10:10 | |
| 10:13  11:6  11:10  11:23  14:16  14:18  14:25  15:24 | |
| 15:24  16:23  18:3  18:13 | |
| **yet**(1) 3:14 | |
| **york**(2) 1:31  2:14 | |
| **you**(38) 3:4  3:22  3:25  5:10  5:19  6:2  6:10  6:11  6:19 | |
| 6:19  6:24  8:21  9:6  11:17  11:18  11:22  12:21  12:21 | |
| 12:23  12:24  12:24  14:10  15:17  15:23  15:24  16:7 | |
| 16:15  16:16  16:19  16:25  17:5  17:7  17:17  17:19 | |
| 17:25  18:2  18:7  18:14 | |
| **you'd**(1) 3:23 | |
| **you'll**(1) 6:8 | |

| Word | Page:Line |
|------|-----------|
| **you're**(5) 3:8  4:19  11:1  11:2  11:3 | |
| **young**(2) 2:18  2:35 | |
| **your**(23) 3:7  3:9  3:11  3:20  4:8  5:9  5:11  6:4  8:4 | |
| 10:14  11:19  12:11  13:1  14:6  14:9  14:15  14:20  15:22 | |
| 16:15  16:16  16:19  17:23  18:11 | |