# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF THE ORDER AND ENDORSEMENT OF
THE COURT OF APPEAL FOR ONTARIO DATED JUNE 20, 2013**

  **PLEASE TAKE NOTICE** that on August 2, 2013, Ernst & Young Inc., the court-appointed monitor and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed in the above-captioned cases copies of the Order and Endorsement of the Court of Appeal for Ontario dated June 20, 2013 (together, the "**Canadian Order**").  A copy of the Canadian Order is annexed hereto as Exhibit A.

[*Intentionally left blank*]

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: August 2, 2013
Wilmington, Delaware

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/  Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A. Murphy (No. 5215)
        1105 North Market Street, Suite 1900
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Ken Coleman
        Daniel Guyder
        1221 Avenue of the Americas
        New York, NY  10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor*
        *and Foreign Representative of the Canadian Nortel*
        *Debtors*