IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br>NORTEL NETWORKS INC., et al.,<br><br>    Debtors. | :<br>:<br>:<br>:<br>: | Chapter 11<br>(Jointly Administered)<br>Bankr. Case No. 09-10138-KG |
| JOINT ADMINISTRATORS FOR NORTEL<br>NETWORKS U. K. LIMITED, ET AL.,<br><br>    Appellants,<br><br>v.<br><br>NORTEL NETWORKS INC., et al., and<br>the COMMITTEE OF UNSECURED<br>CREDITORS,<br><br>    Appellees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 13-757-LPS |

## ORDER

At Wilmington, this 22nd day of July, 2013, for the reasons stated during the telephonic hearing held on July 19, 2013 in Case No. 13-757-LPS following argument,

IT IS HEREBY ORDERED that:

The Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol (D.I. 5) is DENIED.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE