# Notice Recipients

District/Off: 0311−1          User: Sherry          Date Created: 8/5/2013
Case: 09−10138−KG          Form ID: trclaim          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6947941     Bickham, Jeff D     3560 County Road 2338     Douglassville, TX 75560

TOTAL: 1