**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|                                          |     |                                                        |
|------------------------------------------|-----|--------------------------------------------------------|
|                                          | )   |                                                        |
| In re:                                   | )   | Chapter 11                                             |
|                                          | )   |                                                        |
| Nortel Networks Inc., *et al.*,[1]       | )   | Case No. 09-10138 (KG)                                 |
|                                          | )   |                                                        |
| Debtors.                                 | )   | Jointly Administered                                   |
|                                          | )   |                                                        |
|                                          | )   | **Re: Docket No. 11044**                               |
|                                          | )   | **Objection Deadline: July 18, 2013 by 4:00 p.m. (ET)** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH
QUARTERLY APPLICATION OF ALVAREZ  MARSAL HEALTHCARE
INDUSTRY GROUP, LLC ("A&M"), AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF LONG TERM  DISABILITY PARTICIPANTS,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013**

The undersigned counsel hereby certifies that, as of the date hereof:

1.      He has received no answer, objection, or other responsive pleading to the

Sixth Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC,

for Compensation for Services Rendered and Reimbursement of Expenses as Financial

Advisor to the Official Committee of Retired Employees and the Official Committee of

Long Term Disability Participants of Nortel Networks Inc., *et al*, and its Affiliated

Debtors for the Period November 1, 2012 through January 31, 2013 (the "Application")

(Docket No. 11044) filed on June 28, 2013.

2.      Pursuant to the Notice of Application, objections to the Application were

---

[1]      The Debtors, along with the last four digits of each Debtors' federal tax
identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital
Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc.
(5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546),
Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358),
Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657)
and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures section 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3.    The Application requested allowance of fees in the amount of $569,695.03 and expenses in the amount of $1,564.49 pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). The Application also requested payment of 20% holdback fees in the amount of $113,939.01 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Alvarez & Marsal's fee and expense request.

Dated: August 5, 2013
      Wilmington, DE

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long-Term Disability Participants*