# **EXHIBIT A**



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

July 29, 2013
Invoice 7863313

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| TOTAL FEES | $8,503.50 |
| TOTAL DISBURSEMENTS | 41.46 |
| TOTAL DUE THIS INVOICE | $8,544.96 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $10,310.70 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | 18,855.66 |

Please include this page with your remittance. Thank you.


# McCARTER
# &ENGLISH
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
July 29, 2013
Invoice 7863313

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---:|
| TOTAL FEES | $8,503.50 |
| TOTAL DISBURSEMENTS | 41.46 |
| TOTAL DUE THIS INVOICE | $8,544.96 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $10,310.70 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | 18,855.66 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 06/30/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/03/13 | EXAMINE AND ANALYZE PROPOSED 7TH QUARTERLY FEE APPLICATION OF M&E; DRAFT, FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.50 |
| 06/03/13 | EXAMINE AND ANALYZE PROPOSED 6TH QUARTERLY FEE APPLICATION OF TS&S FOR MARCH; DRAFT, FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.30 |
| 06/03/13 | EXAMINE AND ANALYZE PROPOSED 19TH MONTHLY CNO FOR TS&S FOR MARCH; DRAFT, FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.30 |
| 06/03/13 | DRAFT MCCARTER & ENGLISH'S SEVENTH QUARTERLY FEE APPLICATION | 04990/JFS | 0.90 |
| 06/03/13 | REVISE CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL & SEGAL 19TH FEE APPLICATION; | 04990/JFS | 0.30 |
| 06/03/13 | REVISE TOGUT TOGUT AND SEGAL'S SIXTH QUARTERLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 06/04/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.30 |
| 06/04/13 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH'S SEVENTH QUARTERLY FEE APPLICATION | 04990/JFS | 0.50 |
| 06/04/13 | REVISE AND ELECTRONICALLY FILE TOGUT TOGUT AND SEGAL'S SIXTH QUARTERLY FEE APPLICATION; | 04990/JFS | 0.50 |
| 06/04/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL & SEGAL 19TH FEE APPLICATION; | 04990/JFS | 0.30 |
| 06/05/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING RECENTLY FILED FEE APPLICATIONS AND CERTIFICATE OF NO | 04990/JFS | 0.30 |

Page 3
Invoice 7863313

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | OBJECTION; | | |
| 06/05/13 | CONFER WITH DEBTOR'S COUNSEL REGARDING JUNE FEE APPLICATION HEARING AND OMNIBUS FEE ORDER; | 04990/JFS | 0.30 |
| 06/06/13 | CONFER WITH CO-COUNSEL REGARDING FINAL FEE APPLICATION OMNIBUS FEE ORDER; | 04990/JFS | 0.20 |
| 06/06/13 | REVISE PROPOSED FEE APPLICATION ORDER; | 04990/JFS | 0.60 |
| 06/07/13 | REVISE PROPOSED FEE APPLICATION ORDER; | 04990/JFS | 0.20 |
| 06/10/13 | EXAMINE AND ANALYZE FOR NEXT HEARING AND CORRESPOND WITH LEAD COUNSEL ON CONTENTS AND ATTENDANCE FOR HEARING. | 02718/WFT | 0.30 |
| 06/11/13 | CONFERRING WITH MATT MORTON OF TOWERS WATSON REGARDING THE PREPARATION OF THE REVISED ICFS AND THE ALLOCATION OF THE SETTLEMENT AMOUNT AMONG THE LTD PARTICIPANTS WHO ELECTED TO PARTICIPATE IN THE RETIREE COMMITTEE SETTLEMENT; CONFERRING WITH RESPECT TO OTHER ADJUSTMENTS TO THE SETTLEMENT AMOUNT. | 00952/MAD | 0.30 |
| 06/17/13 | CORRESPONDENCE REGARDING INQUIRY INTO COMMITTEE MEMBER CONTACT INFORMATION. | 03706/KRB | 0.10 |
| 06/17/13 | CONFER WITH CO-COUNSEL REGARDING FINAL FEE APPLICATION OMNIBUS FEE ORDER; | 04990/JFS | 0.20 |
| 06/17/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH'S 20TH FEE APPLICATION; | 04990/JFS | 0.40 |
| 06/17/13 | FORWARD REQUESTED CONTACT INFORMATION FOR COMMITTEE MEMBERS | 04990/JFS | 0.20 |
| 06/19/13 | DRAFT, REVISE UNDERLYING INFORMATION FOR NEXT MONTHLY FEE APPLICATION AND INSURE SUPPORTING DOCUMENTATION CONFIRM FEE APPLICATION AND CONFORMS IN ALL RESPECTS WITH LOCAL RULES. | 02718/WFT | 1.50 |
| 06/19/13 | SEVERAL OFFICE CONFERENCES, PREPARE CERTIFICATE OF CANCELLATION FOR NN | 02248/MJM | 1.00 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
|  | RETIREES BENEFIT LLC, COMMUNICATION WITH NATIONAL CORPORATE RESEARCH REQUESTING LIST OF FEES AND FILING REQUIREMENTS FOR DISSOLVING, RESEARCH DISSOLUTION DOCUMENTS FOR SPECIFIC CLAUSE. | | |
| 06/19/13 | CONFER WITH CO-COUNSEL REGARDING FINAL FEE APPLICATION OMNIBUS HEARING; | 04990/JFS | 0.20 |
| 06/20/13 | CORRESPOND WITH MR BERGER RE INVOICING PROCEDURES FOR CASE AT THIS STAGE OF THE REPRESENTATION. | 02718/WFT | 0.30 |
| 06/20/13 | EXAMINE AND ANALYZE DRAFT OF THE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD APRIL 1, 2013 THROUGH APRIL 30, 2013; FINALIZE AND APPROVE FOR FILING. | 02718/WFT | 0.30 |
| 06/20/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.20 |
| 06/20/13 | CORRESPONDENCE AND ANALYSIS REGARDING PREPARATION OF FEE APP. | 03706/KRB | 0.20 |
| 06/21/13 | CORRESPOND WITH LEAD COUNSEL ON THE ISSUE OF POST EFFECTIVE COMMITTEE WORK. | 02718/WFT | 0.30 |
| 06/21/13 | REVIEW AND FINALIZE FOR FILING LETTER TO W. BROWNING. | 03706/KRB | 0.30 |
| 06/21/13 | EXAMINE AND ANALYZE TSS 20TH FEE APP FOR APPROVAL AND FILING. | 03706/KRB | 0.30 |
| 06/21/13 | CORRESPONDENCE, REVIEW RE: CNO FOR M&E 20TH FEE APPLICATION. | 03706/KRB | 0.20 |
| 06/21/13 | CORRESPONDENCE WITH S. KELLY RE: RELEASE OF KCC. | 03706/KRB | 0.10 |
| 06/21/13 | FINALIZE AND ELECTRONIC FILING OF APPLICATION FOR PAYMENT. | 05368/L-S | 0.70 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/21/13 | FINALIZE AND SUBMIT LETTER AND CERTIFICATE OF NO OBJECTION | 05176/C-T | 3.20 |
| 06/24/13 | EXAMINE AND ANALYZE PROPOSED APPLICATION FOR COMPENSATION TWENTIETH MONTHLY APPLICATION OF TOGUT, SEGAL & SEGAL LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2013 TO APRIL 30, 2013 FILED BY OFFICIAL COMMITTEE OF RETIREES AND FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.50 |
| 06/24/13 | CORRESPOND FROM AND TO ALL COUNSEL FOR COMMITTEE'S RE NEW FEE EXAMINER FOR THIS CASE. | 02718/WFT | 0.30 |
| 06/24/13 | EXAMINE AND ANALYZE THE NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY NORTEL NETWORKS INC.. HEARING SCHEDULED FOR 6/25/2013 AT 10:00 AM AND CORRESPOND WITH LEAD COUNSEL RE STATUS OF SAME. | 02718/WFT | 0.30 |
| 06/24/13 | CORRESPOND WITH LEAD COUNSEL RE KCC AND TERMINATING THEIR SERVICES. | 02718/WFT | 0.30 |
| 06/24/13 | CORRESPOND WITH ALL COUNSEL AND REVIEW AND COMMENT UPON PROPOSED REVISED ORDER ON ALL PENDING FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 06/24/13 | RESEARCH KCC AND CORRESPOND WITH KCC"S GENERAL COUNSEL RE KCC AND TERMINATING THEIR SERVICES. | 02718/WFT | 0.30 |
| 06/24/13 | CORRESPOND WITH TOGUT RE DETAILS AND ATTENDANCE ISSUES FOR HEARING TOMORROW. | 02718/WFT | 0.30 |
| 06/24/13 | RESEARCHING DOCUMENTATION NEEDED TO RELIEVE KCC FROM DUTIES TO THE COMMITTEE IN THIS CASE. | 02718/WFT | 0.30 |
| 06/24/13 | CORRESPONDENCE RE: N.BERGER APPEARANCE AT 6/25 HEARING. | 03706/KRB | 0.10 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 06/25/13 | CORRESPONDENCE FROM (AND TO) LEAD COUNSEL ONT HE COURT'S INTENT TO INCLUDE A FEE EXAMINER FOR CASE. | 02718/WFT | 0.30 |
| 06/25/13 | ATTEND OMNIBUS HEARING ON QUARTERLY FEE APPLICATIONS HELD AT THE COURTHOUSE IN WILMINGTON. | 02718/WFT | 1.00 |
| 06/25/13 | CORRESPOND AND UPDATE LEAD COUNSEL RE THE ISSUE OF TERMINATING THE CLAIMS AGENT AS REQUESTED BY LEAD COUNSEL. | 02718/WFT | 0.30 |
| 06/25/13 | LOCATE AND EXAMINE AND ANALYZE VARIOUS MOTIONS TERMINATING A CLAIMS AGENT IN RESPONSE THE REQUEST OF LEAD COUNSEL. | 02718/WFT | 0.50 |
| 06/25/13 | CORRESPONDENCE WITH CO-COUNSEL RE PROCEDURES FOR RELEASE OF KCC AS NOTICING AGENT. | 03706/KRB | 0.20 |
| 06/26/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM LEAD COUNSEL RE SERVICE ISSUES FOR INDIVIDUAL CLAIM FORMS; CALL WITH LEAD COUNSEL TO DISCUSS; REVIEW AND APPROVE MATERIALS FOR FILING; DIRECT STAFF AS TO FILING NEEDED FOR THIS MATTER. | 02718/WFT | 0.50 |
| 06/26/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM LEAD COUNSEL RE SERVICE ISSUES FOR INDIVIDUAL CLAIM FORMS TO BE FILED UNDER SEAL; CALL WITH LEAD COUNSEL TO DISCUSS; REVIEW AND APPROVE MATERIALS FOR FILING; LETTER TO JUDGE GROSS RE SAME. | 02718/WFT | 0.50 |
| 06/26/13 | EXAMINE AND ANALYZE AS FILED AND ACCEPTED AFFIDAVIT OF SERVICE REGARDING INDIVIDUAL CLAIM FORMS FILED BY OFFICIAL COMMITTEE OF RETIREES. (ATTACHMENTS: # (1) EXHIBIT A # (2) EXHIBIT B # (3) EXHIBIT C # (4) EXHIBIT D # (5) EXHIBIT E; CORRESPOND AND UPDATE LEAD COUNSEL RE COMPLETION OF SAME. | 02718/WFT | 0.30 |
| 06/26/13 | CALL FROM RETIREE SUMMERVILLE TO DISCUSS CASE; CORRESPOND AND UPDATE LEAD COUNSEL RE SAME. | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/26/13 | FINALIZE AND SUBMIT AFFIDAVIT AND EXHIBITS TO THE COURT | 05176/C-T | 0.80 |
| 06/27/13 | CALL FROM RETIREE RICHARDS TO DISCUSS CASE; CORRESPOND AND UPDATE LEAD COUNSEL RE SAME. | 02718/WFT | 0.30 |
| | TOTAL HOURS: | | 23.90 |

**TOTAL FEES**................................................................................ $8,503.50
**TOTAL DISBURSEMENTS**............................................................ 41.46

**TOTAL DUE THIS INVOICE** ....................................................... $8,544.96

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**        $10,310.70

**TOTAL AMOUNT DUE AS OF THIS INVOICE**             18,855.66

| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 0.30 | Hours @ | 525.00 | 157.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 10.40 | Hours @ | 525.00 | 5,460.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 2.00 | Hours @ | 320.00 | 640.00 |
| 02248 | MARGARET J. MORIARTY | PARALEGAL | 1.00 | Hours @ | 180.00 | 180.00 |
| 05176 | CARRIE TAYLOR | PARALEGAL | 4.00 | Hours @ | 185.00 | 740.00 |
| 05368 | LEEANN SCAVINA | PARALEGAL | 0.70 | Hours @ | 205.00 | 143.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 5.50 | Hours @ | 215.00 | 1,182.50 |
| **ATTORNEY TOTALS:** | | | **23.90** | | | **8,503.50** |