# **EXHIBIT B**

ME1 16210868v.1



# McCARTER & ENGLISH

ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

May 22, 2013
Invoice 7852624

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**........................................................................    $735.00
**TOTAL DISBURSEMENTS**.......................................................        0.00

**TOTAL DUE THIS INVOICE** .................................................    $735.00


Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
May 22, 2013
Invoice 7852624

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002      POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES** | $735.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **TOTAL DUE THIS INVOICE** | $735.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

Professional Services Recorded Through 04/30/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 04/18/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE STATUS OF THE APPEALS AND REQUEST FOR STAYS FILED IN CONNECTION WITH THE SETTLEMENT AGREEMENT AND A SUMMARY OF THE SAME. | 00952/MAD | 0.20 |
| 04/20/13 | CONFERRING WITH RON WINTERS OF A&M REGARDING THE LTD INTEGRATION IN RETIREE SETTLEMENT AND THE IMPLICATIONS OF THEIR LTD ELECTIONS TO PARTICIPANTS. | 00952/MAD | 0.20 |
| 04/24/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE MOTION TO SUPPLEMENT THE DISTRIBUTION MOTION; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 04/29/13 | REVIEW OF EMAIL COMMUNICATION REGARDING THE NORTEL NOTICES PROVIDED TO RETIREES; CONSIDERATION OF ISSUES REGARDING THE EFFECTIVENESS OF THE NOTICES; REVIEW OF EMAIL FROM MARK HAUPT REGARDING THE SAME; REVIEW OF EMAIL COMMUNICATION FROM GARY DONAHEE REGARDING NCC NOTICE. | 00952/MAD | 0.50 |

TOTAL HOURS:                                                            1.40

TOTAL FEES.......................................................................    $735.00
TOTAL DISBURSEMENTS.........................................................         0.00

TOTAL DUE THIS INVOICE .....................................................    $735.00

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

|  |  |  | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 1.40  Hours @ | 525.00 | 735.00 |
| **ATTORNEY TOTALS:** |  |  | **1.40** |  | **735.00** |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|

**TOTAL DISBURSEMENTS** ..............................................................    **$0.00**



**McCARTER
&ENGLISH**
ATTORNEYS AT LAW

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

June 20, 2013
Invoice 7857494

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**............................................................................    $8,042.00
**TOTAL DISBURSEMENTS**............................................................         0.00

**TOTAL DUE THIS INVOICE** .....................................................    $8,042.00


**AMOUNT OUTSTANDING FROM PRIOR INVOICES**             $735.00

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                    $8,777.00


Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
June 20, 2013
Invoice 7857494

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---:|
| **TOTAL FEES**............................................................................ | $8,042.00 |
| **TOTAL DISBURSEMENTS**............................................................ | 0.00 |
| **TOTAL DUE THIS INVOICE** ....................................................... | $8,042.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $735.00 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $8,777.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

Professional Services Recorded Through 05/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/16/13 | CONTINUED REVIEW OF THE LTD MOTION AND IMPLICATIONS FOR THE RETIREE SETTLEMENT. | 00952/MAD | 0.50 |
| 04/17/13 | OFFICE CONFERENCE REGARDING POTENTIAL EFFECT OF LTD COMMITTEE MOTION ON RULING REQUEST, IN PREPARATION FOR CALL WITH NEIL BERGER. | 03651/KAB | 0.50 |
| 04/17/13 | CONFERENCE WITH A KORNSTEIN AND NEIL BERGER REGARDING LTD COMMITTEE MOTION, AND ITS POTENTIAL EFFECT ON RULING REQUEST. | 03651/KAB | 0.50 |
| 04/25/13 | REVIEW OF THE IRS OBJECTION TO THE OFFICIAL COMMITTEE OF THE LONG TERM DISABILITY TO PARTICIPANTS; CONFERRING WITH NEIL BERGER REGARDING THE IMPLICATIONS FOR THE RETIREE SETTLEMENT AGREEMENT AND WHETHER SUCH LTD PARTICIPANTS CAN ELECT TO PARTICIPATE IN THE SETTLEMENT. | 00952/MAD | 0.50 |
| 04/29/13 | EXAMINATION OF LAW REGARDING WHETHER INFORMATION AS TO A RETIREE'S ENTITLEMENT AMOUNT OR ADJUSTED ENTITLEMENT AMOUNT SHOULD HAVE BEEN INCLUDED IN THE NOTICE OF TERMINATION OF RETIREE PLAN COVERAGE AND/OR HIPAA NOTICE OF CREDITABLE COVERAGE. | 02298/JSK | 1.10 |
| 04/29/13 | REVIEW OF NOTICE OF TERMINATION OF RETIREE WELFARE PLAN AND ATTACHED CERTIFICATE OF GROUP HEALTH PLAN COVERAGE FURNISHED TO RETIREES. | 02298/JSK | 0.10 |
| 05/01/13 | REVIEW OF ORDER APPROVING MOTION OF THE LTD COMMITTEE FOR APPROVAL OF DISTRIBUTION; CONSIDERATION OF LEGAL ISSUES RELATED TO THE IMPLICATIONS FOR THE RETIREE COMMITTEE AND THE ABILITY TO ELECT INTO THE RETIREE SETTLEMENT. | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002   POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/01/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE IMPLICATIONS OF A LTD RETIREE WAIVING MEDICAL COVERAGE AND THE ATTEMPT TO RE-ENROLL IN THE RETIREE SETTLEMENT. REVIEW OF EMAIL COMMUNICATION FROM JOHN ZALOKAR AND MICHAEL RESSNER REGARDING WHETHER LTD PARTICIPANTS CONTINUE TO HAVE THE RIGHT TO ELECT INTO THE RETIREE SETTLEMENT. | 00952/MAD | 0.80 |
| 05/01/13 | PRELIMINARY REVIEW OF BANKRUPTCY COURT ORDER REGARDING LTD COMMITTEE VEBA TO DETERMINE IF ANY TAX RAMIFICATIONS FOR RETIREE VEBA RULING REQUEST. | 05237/AFK | 0.30 |
| 05/03/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY OF TOGUT SUMMARIZING THE HEARING OF THE LTD EMPLOYEES MOTION COMPELLING DEBTORS TO DISCLOSE INFORMATION. | 00952/MAD | 0.30 |
| 05/03/13 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK REGARDING THE LTD RETIREE ELECTIONS WITH RESPECT TO THE LTD SETTLEMENT OR THE RETIREE MEDICAL SETTLEMENT. | 00952/MAD | 0.20 |
| 05/03/13 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK SUMMARIZING THE PORTION OF THE SETTLEMENT ALLOCABLE TO THE LTD. | 00952/MAD | 0.10 |
| 05/03/13 | REVIEW OF THE FORM OF THE CERTIFICATE OF CREDIBLE COVERAGE FROM NORTEL REGARDING THE RETIREE MEDICAL PLAN; RESPONDING TO QUESTIONS FROM MEMBERS OF THE COMMITTEE WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 05/03/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING ISSUES RELATED TO THE ALLOCATION OF THE SETTLEMENT AMOUNT AMONG THE ESTIMATED EXPENSES AND THE LTD PARTICIPANTS WHO COULD ELECT TO PARTICIPATE IN THE RETIREE SETTLEMENT. | 00952/MAD | 0.50 |
| 05/03/13 | OVERVIEW READING OF TAX-RELATED EXCERPTS OF LTD COMMITTEE HEARING TRANSCRIPT RECEIVED FROM NEIL BERGER TO | 05237/AFK | 0.10 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
|  | DETERMINE IF THERE ARE ANY IMPLICATIONS FOR RETIREE RULING REQUEST. |  |  |
| 05/03/13 | REVIEW OF INFORMATION PROVIDED BY A&M & TOGUT REGARDING THE POTENTIAL SETTLEMENT VALUE ATTRIBUTABLE TO LTD PARTICIPANTS. | 03651/KAB | 0.20 |
| 05/04/13 | COMMUNICATING WITH NEIL BERGER AND RICHARD MIZAK REGARDING THE CORRECT AMOUNT OF THE SETTLEMENT FUNDS ALLOCATED TO LTD PARTICIPANTS WHO ARE ELIGIBLE TO ELECT INTO THE RETIREE MEDICAL SETTLEMENT. | 00952/MAD | 0.20 |
| 05/06/13 | PREPARATION OF DETAILED EMAIL COMMUNICATION TO THE RETIREE COMMITTEE RESPONDING TO THE QUESTIONS POSED BY THE COMMITTEE WITH RESPECT TO THE ALLOCATION OF THE LTD SETTLEMENT AMOUNT. | 00952/MAD | 0.80 |
| 05/07/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY SUMMARIZING THE LTD EMPLOYEES' MOTION COMPELLING DEBTORS TO DISCLOSE INFORMATION REGARDING THE TRANSITION FROM THE LTD PLAN TO THE RETIREE PLAN; CONSIDERATION OF ISSUES REGARDING THE IMPLICATION OF THE MOTION FOR THE RETIREE COMMITTEE AND THE SETTLEMENT. | 00952/MAD | 0.50 |
| 05/07/13 | COMMUNICATING WITH RESPECT TO ISSUES RELATING TO THE ALLOCATION OF THE SETTLEMENT PROCEEDS AMONG THE ELIGIBLE RETIREES AND THOSE LTD PARTICIPANTS WHO ELECTED INTO THE RETIREE SETTLEMENT. | 00952/MAD | 0.50 |
| 05/21/13 | CONFERRING WITH NEIL BURGER REGARDING THE SENDING OUT OF THE NEW ICF IN THE FORM OF LETTER BEING SENT TO THE PARTICIPANTS. | 00952/MAD | 0.10 |
| 05/22/13 | REVIEW OF FORM OF LETTER FROM SOCRATES SOUTIS, A RETIREE, REGARDING THE ERROR IN HIS ICF FORM AND THE PROPOSED RESPONSE IN CONNECTION WITH SAME. | 00952/MAD | 0.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/22/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING MRS. UPTON'S ELECTION AND WHETHER SHE IS ELIGIBLE FOR THE RETIREE SETTLEMENT IN VIEW OF HER LATE FILING OF THE ELECTION. | 00952/MAD | 0.20 |
| 05/23/13 | CONSIDERATION OF LEGAL ISSUES RELATED TO THE LETTER TO BE SENT OUT WITH THE REVISED ICF FORMS. | 00952/MAD | 0.50 |
| 05/23/13 | REVIEW OF EMAIL COMMUNICATION FROM ERIC SUTTY REGARDING THE DRAFT AGREEMENT WITH LOIS UPHOLD CONFIRMING HER RESCISSION. | 00952/MAD | 0.20 |
| 05/24/13 | REVIEWING LTD ELECTION SUMMARY SPREADSHEET PER REQUEST OF TOGUT FIRM. | 03651/KAB | 0.20 |
| 05/26/13 | COMMUNICATING WITH NEIL BERGER, VINCE BODNAR AND RON WINTERS REGARDING RETIREE AND LTD, DEMOGRAPHICS NECESSARY TO IMPLEMENT THE SETTLEMENT AGREEMENT. | 00952/MAD | 0.20 |
| 05/27/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING RETIREE RELATED DEMOGRAPHICS AND THE INFORMATION PROVIDED BY TOWERS WATSON WITH RESPECT TO THE FINAL ICFS. | 00952/MAD | 0.20 |
| 05/27/13 | CONFERRING WITH RON WINTERS REGARDING ISSUES RELATED TO THE REVISED ICFS AND THE IMPLEMENTATION AND DATA TRANSFER IN CONNECTION WITH THE SETTLEMENT. | 00952/MAD | 0.20 |
| 05/27/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE NORTEL RETIREMENT ELECTION FORM FROM ANA CHACON REGARDING HER LATE SUBMISSION OF ELECTION SUBSEQUENT TO THE MAY 17TH LTD ELECTION DEADLINE. | 00952/MAD | 0.20 |
| 05/28/13 | CONFERRING WITH RON WINTERS REGARDING ALLOCATION ISSUES, THE REVISED ICF AND THE IMPLICATIONS FOR THE DISABILITY PARTICIPANTS WHO HAVE ELECTED INTO THE RETIREE SETTLEMENT. | 00952/MAD | 0.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/28/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING PARAGRAPH 14 OF THE ORDER AND THE REQUIREMENT TO TRANSFER THE INFORMATION AND DATA FROM THE RETIREE COMMITTEE TO THE VEBA COMMITTEE TO PREPARE OUT THE INDIVIDUAL CLAIM FORMS AND OTHERWISE ADMINISTER THE SETTLEMENT. | 00952/MAD | 0.20 |
| 05/28/13 | COMMUNICATING WITH NEIL BERGER REGARDING THE ANA CHACON ELECTION FORM AND PROPOSED ACTIONS TO DENY THE ELECTION TO PARTICIPATE BECAUSE OF LATE RECEIPT OF THE ELECTION; REVIEW OF EMAIL COMMUNICATION TO THE RETIREE COMMITTEE WITH RESPECT TO THE SAME. | 00952/MAD | 0.30 |
| 05/28/13 | COMMUNICATING WITH STEPHANIE SKELLY REGARDING THE REQUEST FOR SOCIAL SECURITY NUMBERS OF THE RETIREES AND THEIR CURRENT ADDRESS IN CONNECTION WITH THE ALLOCATION OF A SETTLEMENT TO PARTICIPANTS UNDER THE HRA. | 00952/MAD | 0.20 |
| 05/28/13 | REVIEW OF EMAIL COMMUNICATION FROM MEGAN FLEMING FORWARDING THE LOIS UPHOLD LETTER AGREEMENT AND THE COMMENTS THERETO. | 00952/MAD | 0.10 |
| 05/28/13 | CONFERRING WITH RESPECT TO ISSUES REGARDING THE ABILITY OF A&M AND TOWERS WATSON TO PROVIDE INFORMATION TO THE VEBA COMMITTEE TO SET UP THE HRA ACCOUNTS AND THE REQUEST FOR SOCIAL SECURITY NUMBERS, ADDRESSES AND NAMES OF ELIGIBLE RETIREES AND LTD PARTICIPANT (.20); CONFERRING WITH AK & KB REGARDING ICF, (.20). | 00952/MAD | 0.40 |
| 05/28/13 | MEETING WITH MARK DANIELE AND KEVIN BROWN REGARDING ISSUES TO ADDRESS IN DISCLOSURE TO RETIREES ICF. | 05237/AFK | 0.20 |
| 05/28/13 | OFFICE CONFERENCE REGARDING RETIREE COMMITTEE INDIVIDUAL CLAIM FORM COMMUNICATIONS BEING PREPARED BY TOGUT FIRM. | 03651/KAB | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 05/28/13 | CONSIDERATIONS WITH RESPECT TO INDIVIDUAL CLAIM FORMS AND REVISIONS TO THE SAME. | 03651/KAB | 1.30 |
| 05/29/13 | CONSIDERATION OF LEGAL ISSUES RELATED TO THE REVISE ICF AND THE PROPOSED TERMS THEREOF CONFERRING WITH RESPECT TO SAME. | 00952/MAD | 0.40 |
| 05/30/13 | REVIEW OF EMAILS REGARDING WHETHER DIANNA IRISH, A LTD PARTICIPANT, ELECTED INTO THE RETIREE SETTLEMENT FOR PURPOSES CALCULATING THE FINAL ICFS. | 00952/MAD | 0.20 |
| 05/31/13 | CONFERRING WITH S. SKELLY REGARDING ICF. | 00952/MAD | 0.20 |
| 05/31/13 | CONFERRING WITH TOWERS REGARDING ICF DATA TRANSFER ISSUES. | 00952/MAD | 0.40 |
| 05/31/13 | OFFICE CONFERENCE REGARDING DRAFT OF INDIVIDUAL CLAIMS FORM PROVIDED BY TOGUT FIRM. | 03651/KAB | 0.40 |
| 05/31/13 | CONFERENCE CALL WITH STEPHANIE SKELLY OF TOGUT REGARDING RETIREE DATA TRANSFER. | 03651/KAB | 0.20 |
| 05/31/13 | CONFERENCE CALL WITH TOWERS WATSON, WAGEWORKS AND TOGUT REGARDING TRANSFER OF RETIREE DATA. | 03651/KAB | 0.40 |

TOTAL HOURS:                              16.60

TOTAL FEES....................................................................................  $8,042.00
TOTAL DISBURSEMENTS.............................................................       0.00

TOTAL DUE THIS INVOICE ...........................................................  $8,042.00

AMOUNT OUTSTANDING FROM PRIOR INVOICES            $735.00

TOTAL AMOUNT DUE AS OF THIS INVOICE               $8,777.00

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

|       |                    |               | HOURS |         | RATE   | VALUE    |
|-------|--------------------|---------------|-------|---------|--------|----------|
| 05237 | ALAN F. KORNSTEIN  | PARTNER       | 0.60  | Hours @ | 520.00 | 312.00   |
| 00952 | MARK A. DANIELE    | PARTNER       | 10.80 | Hours @ | 525.00 | 5,670.00 |
| 02298 | JANE S. KIMBALL    | SPEC COUNSEL  | 1.20  | Hours @ | 400.00 | 480.00   |
| 03651 | KEVIN A. BROWN     | ASSOCIATE     | 4.00  | Hours @ | 395.00 | 1,580.00 |
| **ATTORNEY TOTALS:** |     |               | **16.60** |     |        | **8,042.00** |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|

**TOTAL DISBURSEMENTS** ............................................................    **$0.00**



**McCARTER**
**&ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

July 29, 2013
Invoice 7863311

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

**TOTAL FEES**............................................................................    $5,764.00
**TOTAL DISBURSEMENTS**............................................................    0.00

**TOTAL DUE THIS INVOICE** ....................................................    $5,764.00

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**        $8,777.00

**TOTAL AMOUNT DUE AS OF THIS INVOICE**        14,541.00

Please include this page with your remittance. Thank you.


# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
July 29, 2013
Invoice 7863311

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801



**TOTAL FEES**......................................................................    $5,764.00
**TOTAL DISBURSEMENTS**....................................................          0.00

**TOTAL DUE THIS INVOICE** ...............................................    $5,764.00


**AMOUNT OUTSTANDING FROM PRIOR INVOICES**          $8,777.00

**TOTAL AMOUNT DUE AS OF THIS INVOICE**          14,541.00

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

Professional Services Recorded Through 06/30/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 06/04/13 | CONSIDERATION OF ISSUES RELATED TO THE ICF ALLOCATION TO INCLUDE LTD"ERS" WHO ELECTED THE RETIREE SETTLEMENT. | 00952/MAD | 0.30 |
| 06/04/13 | REVIEW DRAFT OF DISCLOSURE FROM RETIREE COMMITTEE TO RETIREES, EMAILS WITH K. BROWN, OFFICE DISCUSSION WITH K. BROWN. | 05237/AFK | 0.40 |
| 06/04/13 | OFFICE CONFERENCE (AK) REGARDING ICF. | 03651/KAB | 0.50 |
| 06/04/13 | CONFERENCE WITH S SKELLY FROM TOGUT FIRM REGARDING ICF FORM AND NOTICE. | 03651/KAB | 0.20 |
| 06/05/13 | CONFERRING WITH STEPHANIE SKELLY OF TOGUT REGARDING THE CALLS RECEIVED BY RETIREES AND RESPONSE TO THE NORTEL LETTER REGARDING TERMINATION OF BENEFITS. | 00952/MAD | 0.20 |
| 06/05/13 | REVIEWING AND REVISING THE ICF LETTER FROM THE RETIREE COMMITTEE REGARDING THE REVISED CALCULATIONS OF THE SETTLEMENT AMOUNT TO REFLECT THE PARTICIPANTS WHO ARE ON LONG TERM DISABILITY WHO ELECTED INTO THE RETIREE SETTLEMENT; COMMUNICATING WITH STEPHANIE SKELLY REGARDING SAME; CONSIDERATION OF LEGAL ISSUES REGARDING SAME. | 00952/MAD | 0.70 |
| 06/05/13 | CONFERRING WITH NEIL BERGER REGARDING THE STATUS OF THE UPDATED FINAL INDIVIDUAL CLAIM FORMS AND STRATEGIES WITH RESPECT TO THE COMMUNICATION, THE DISSEMINATION OF THE FORMS AND RELATED INFORMATION. | 00952/MAD | 0.40 |
| 06/05/13 | FURTHER REVIEW OF REVISED FINAL ICF; CONFERRING WITH RESPECT TO SAME. | 00952/MAD | 0.30 |
| 06/05/13 | REVIEW OF EMAIL FROM NEIL BERGER REGARDING STATUS OF ICF; CONSIDERATION | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | OF RETIREE COMMITTEE'S OBLIGATION WITH RESPECT TO SAME; CONFERRING WITH NEIL BERGER REGARDING THE SAME. | | |
| 06/05/13 | FURTHER CONSIDERATIONS/REVISIONS OF RETIREE COMMITTEE REVISED ICF MATERIALS. | 03651/KAB | 0.50 |
| 06/06/13 | CONFERRING WITH RESPECT TO THE ICF AND PROPOSED REVISIONS THERETO RELATED TO THE ALLOCATION TO THE RETIREES AND THE LTD PARTICIPANTS WHO ELECTED INTO THE RETIREE SETTLEMENT. | 00952/MAD | 0.20 |
| 06/06/13 | CONFERENCE CALL WITH RON WINTERS AND RICHARD MIZAK REGARDING COMPLETION OF THE ICF CLAIM FORMS AND HOW TO MAKE THE TRANSFER OF THE CONFIDENTIAL DATA SECURE. | 00952/MAD | 0.20 |
| 06/06/13 | REVIEW OF REVISED COMMENTS TO THE ICF NOTICE BASED ON DISCUSSIONS WITH STEPHANIE SKELLY. | 00952/MAD | 0.20 |
| 06/06/13 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK (A&M) PROVIDING A RECONCILIATION OF THE REVISED AND FINAL ICF SUMMARY REGARDING THE SETTLEMENT AMOUNT AND THE PAYMENTS MADE BY NORTEL. | 00952/MAD | 0.20 |
| 06/06/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE ANNA DODD LETTER AS IT RELATES TO THE LTD SETTLEMENT. | 00952/MAD | 0.10 |
| 06/06/13 | REVIEW OF EMAIL COMMUNICATION FROM MATT MORTON REGARDING THE STATUS OF THE INCOMPLETE DATA FROM NORTEL REGARDING THE SOCIAL SECURITY NUMBERS FOR THE RETIREES IN ORDER TO PREPARE THE ICF; CONSIDERATION OF NEXT STEPS. | 00952/MAD | 0.30 |
| 06/06/13 | CALL (M. DANIELE, R. WINTERS AND R. MIZAK) RE: POPULATING THE ICF CLAIM FORMS AND THE SECURE TRANSFER OF DATA TO THE REQUISITE PARTIES. | 03651/KAB | 0.20 |
| 06/06/13 | OFFICE CONFERENCE REGARDING ICF NOTICE AND REVISIONS THERETO. | 03651/KAB | 0.10 |

Page 4
Invoice 7863311

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 06/10/13 | PREPARATION OF EMAIL COMMUNICATION TO MATT MORTON OF TOWERS WATSON REGARDING THE REVISED ICFS AND THE LTD RETIREES WITH MISSING SOCIAL SECURITY NUMBERS; REVIEW OF RESPONSE FROM TW REGARDING THE SAME. | 00952/MAD | 0.40 |
| 06/10/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING THE CALCULATION OF THE AMOUNT ALLOCABLE TO THE LTD RETIREES WHO ELECT INTO THE RETIREE SETTLEMENT; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.30 |
| 06/10/13 | CONFERENCE CALL WITH NEIL BERGER AND STEPHANIE SKELLY OF TSS AND KEVIN BROWN OF M&E DISCUSSING THE ALLOCATION OF THE SETTLEMENT AMOUNT TO THE LTD RETIREES. | 00952/MAD | 0.30 |
| 06/11/13 | EMAIL COMMUNICATION TO STEPHANIE SKELLY FOLLOWING UP ON REQUEST FOR ADDITIONAL DATA REQUIRED TO COMPLETE THE WAGEWORKS TEMPLATE AND THE INQUIRIES TO NORTEL REGARDING THE 34 MISSING SOCIAL SECURITY NUMBERS AND THE OTHER MISSING DATA. | 00952/MAD | 0.20 |
| 06/11/13 | CONFERRING WITH NEIL BERGER AND STEPHANIE SKELLY OF TOGUT DISCUSSING ISSUES RELATED TO THE PREPARATION BY KCC OF THE REVISED ICFS AND THE TIMING OF THE ISSUANCE OF THE REVISED ICFS AND THE CALCULATION OF THE ALLOCATION OF THE SETTLEMENT AMOUNT AMONG RETIREES. | 00952/MAD | 0.20 |
| 06/11/13 | REVIEW OF EMAIL COMMUNICATION FROM MATT MORTON SUMMARIZING THE ADJUSTMENTS REGARDING THE LTD PARTICIPANTS WHO ELECTED TO PARTICIPATE IN THE RETIREE SETTLEMENT AND THOSE WHO HAVE NOT AND ARE CHALLENGING THE TIMING OF THE ELECTIONS. | 00952/MAD | 0.10 |
| 06/13/13 | REVIEW OF EMAIL COMMUNICATION FROM JESSICA UZIEL OF CLEARY, DEBTOR'S COUNSEL, REGARDING INFORMATION PROVIDED WITH RESPECT TO OUTSTANDING INFORMATION REQUEST FOR THE PREPARATION OF THE ICFS; REVIEW OF THE | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | DESCRIPTIONS AND COMMENTS PROVIDED BY DEBTOR'S COUNSEL WITH RESPECT TO THE QUESTIONS REGARDING CERTAIN RETIREES AND WHETHER THEY WERE ELIGIBLE TO PARTICIPATE IN THE RETIREE SETTLEMENT, WHETHER AS A RETIREE OR A LTD PARTICIPANT. | | |
| 06/13/13 | REVIEW OF THE EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING THE REVISED AND FINAL INDIVIDUAL CLAIM FORMS AND ICF DOCUMENT FORM TO BE FORMATTED BY KCC. | 00952/MAD | 0.20 |
| 06/13/13 | CONFERENCE CALL WITH MATT MORTON OF TOWERS WATSON, NEIL BERGER, STEPHANIE SKELLY AND MIKE RESSNER DISCUSSING IN DETAIL THE RECONCILIATION AND ALLOCATION OF THE SETTLEMENT FUNDS TO THE RETIREES NECESSARY TO PREPARE THE ICFS; CONSIDERATION OF LEGAL ISSUES REGARDING THE COMPUTATIONS AND RECONCILIATION. | 00952/MAD | 0.70 |
| 06/13/13 | REVIEW OF EMAIL COMMUNICATION AND SETTLEMENT ALLOCATION COMPUTATIONS FROM RETIREE COMMITTEE REGARDING THE LTD RETIREES WHO ELECTED TO PARTICIPATE IN THE RETIREE SETTLEMENT AND THE RESERVE FOR THOSE RETIREES FOR WHOM NORTEL HAS NOT PROVIDED ALL OF THE DATA AND SOCIAL SECURITY NUMBERS. | 00952/MAD | 0.20 |
| 06/13/13 | COMMUNICATING WITH KAREN WAGNER OF KCC REGARDING LOGISTICS WITH RESPECT TO THE ISSUANCE OF THE ICFS AND THE PACKAGE FOR RETIREES. | 00952/MAD | 0.20 |
| 06/13/13 | REVIEW OF EMAIL COMMUNICATION FROM ANDY SHAPIRO OF TOWERS WATSON REGARDING THE FOUR INDIVIDUALS WHO NORTEL MUST PROVIDE SOCIAL SECURITY NUMBER FOR AND RESOLVE THE CONFLICTING ELIGIBILITY DATA FOR ONE PARTICIPANT AS IT RELATES TO LIFE INSURANCE COVERAGE. | 00952/MAD | 0.10 |
| 06/13/13 | FOLLOW-UP CONFERENCE CALL WITH TOGUT FIRM REGARDING SETTLEMENT ALLOCATION AND LTD AND COBRA EMPLOYEE ELECTIONS. | 03651/KAB | 0.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 06/13/13 | CONFERENCE CALL WITH TOWERS WATSON, TOGUT FIRM AND MICHAEL RESSNER REGARDING SETTLEMENT ALLOCATION AND LTD AND COBRA EMPLOYEE ELECTIONS. | 03651/KAB | 0.90 |
| 06/14/13 | CONFERRING WITH MATT MORTON OF TOWERS WATSON REGARDING ISSUES RELATED TO THE DATA NECESSARY TO REVISE THE ICFS. | 00952/MAD | 0.20 |
| 06/17/13 | COMMUNICATING WITH KAREN WAGNER OF KCC REGARDING TIMING ISSUES WITH RESPECT TO THE MAILING OF THE ICFS. | 00952/MAD | 0.20 |
| 06/17/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING TIMING ISSUES AND DELIVERY DATE OF THE ICFS TO RETIREES AND ISSUES RELATED TO THE SAME; CONFERRING WITH NEIL BERGER AND STEPHANIE SKELLY REGARDING ISSUES RELATED TO THE REVISED ICFS. | 00952/MAD | 0.40 |
| 06/21/13 | OFFICE CONFERENCE AND CONFERENCE WITH STEPHANIE SKELLY REGARDING RETIREE ELIGIBILITY PROVISIONS OF THE SETTLEMENT AGREEMENTS. | 03651/KAB | 0.70 |
| 06/25/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING ALLOCATION ISSUES RELATED TO THE ICFS. | 00952/MAD | 0.30 |

TOTAL HOURS: 11.80

TOTAL FEES............................................................................ $5,764.00
TOTAL DISBURSEMENTS.......................................................... 0.00

TOTAL DUE THIS INVOICE ....................................................... $5,764.00

AMOUNT OUTSTANDING FROM PRIOR INVOICES          $8,777.00

TOTAL AMOUNT DUE AS OF THIS INVOICE          14,541.00

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

|       |                   |           | HOURS |         | RATE   | VALUE    |
|-------|-------------------|-----------|-------|---------|--------|----------|
| 05237 | ALAN F. KORNSTEIN | PARTNER   | 0.40  | Hours @ | 520.00 | 208.00   |
| 00952 | MARK A. DANIELE   | PARTNER   | 8.10  | Hours @ | 525.00 | 4,252.50 |
| 03651 | KEVIN A. BROWN    | ASSOCIATE | 3.30  | Hours @ | 395.00 | 1,303.50 |
| **ATTORNEY TOTALS:** |        |           | **11.80** |    |        | **5,764.00** |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002      POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|

**TOTAL DISBURSEMENTS** ................................................................ **$0.00**