# **EXHIBIT C**

ME1 16210868v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 06/26/2013 | PHOTOCOPIES | 0.45 | |
| | Total For: PHOTOCOPIES | | 0.45 |
| 06/12/2013 | PHOTOCOPIES | 2.55 | |
| | Total For: PHOTOCOPIES | | 2.55 |
| 06/21/2013 | POSTAGE POSTAGE | 0.46 | |
| | Total For: POSTAGE | | 0.46 |
| 05/03/2013 | FILING FEES | 2.70 | |
| 05/24/2013 | FILING FEES | 0.30 | |
| | Total For: FILING FEES-MISC | | 3.00 |
| 06/26/2013 | DELIVERY TO JUDGE KEVIN GROSS | 5.00 | |
| | Total For: MESSENGER/OUTSIDE | | 5.00 |
| 05/22/2013 | TELEPHONIC COURT APPEARANCE | 30.00 | |
| | Total For: SERVICES | | 30.00 |

**TOTAL DISBURSEMENTS** ................................................................   **$41.46**