**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 31, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $ 459.29 |
| Binding Books/Documents | $ 97.30 |
| Conference Call charges | $ 33.26 |
| Library Computer Research | $ 104.00 |
| Long Distance Telephone Calls | $ 190.88 |
| Meals & Beverages | $ 99.60 |
| Photocopy & Printing Charges | $1,868.30 |
| Transportation Costs | <u>$ 201.11</u> |
| Total Non-Taxable Disbursements | $ 3,053.74 CDN. |

12304409_1|TORDOCS