**EXHIBIT D**

DENTONS CANADA LLP                                           INVOICE 2994925
The Official Committee of Unsecured Creditors                  Page 26 of 30
Re: Nortel Networks Inc., et al.                        Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-May-13 | Laser Copy;NELSON M | 136.00 | 13.60 |
| 01-May-13 | Laser Copy;NigroR | 41.00 | 4.10 |
| 01-May-13 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 01-May-13 | Laser Copy;GROSSMAN | 29.00 | 2.90 |
| 01-May-13 | Telephone;19139049887;Kansas CKS;4417 | 1.00 | 26.46 |
| 02-May-13 | Telephone;16094501009;LawrenceNJ; 4417 | 1.00 | 90.18 |
| 02-May-13 | Laser Copy;NigroR | 220.00 | 22.00 |
| 02-May-13 | Laser Copy;GROSSMAN | 2.00 | 0.20 |
| 02-May-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 06-May-13 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 06-May-13 | Laser Copy;MCDONALA | 42.00 | 4.20 |
| 06-May-13 | Laser Copy;NELSON M | 12.00 | 1.20 |
| 06-May-13 | Laser Copy;NigroR | 45.00 | 4.50 |
| 07-May-13 | Laser Copy;MCDONALA | 1.00 | 0.10 |
| 07-May-13 | Laser Copy;NELSON M | 211.00 | 21.10 |
| 07-May-13 | Laser Copy;NigroR | 12.00 | 1.20 |
| 07-May-13 | Laser Copy;jacobsr | 66.00 | 6.60 |
| 07-May-13 | Laser Copy;GROSSMAN | 46.00 | 4.60 |
| 07-May-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 07-May-13 | Laser Copy;WUNDER M | 41.00 | 4.10 |
| 08-May-13 | Laser Copy;GROSSMAN | 83.00 | 8.30 |
| 08-May-13 | Laser Copy;jacobsr | 102.00 | 10.20 |
| 08-May-13 | Laser Copy;KARTASHM | 56.00 | 5.60 |
| 08-May-13 | Laser Copy;NELSON M | 166.00 | 16.60 |
| 08-May-13 | Laser Copy;Erandio, N. | 133.00 | 13.30 |
| 08-May-13 | Cerlox / Tabs | 1.00 | 7.40 |
| 08-May-13 | Dining Room Expense | 1.00 | 6.00 |
| 09-May-13 | Tabs / Cerlox | 1.00 | 5.20 |
| 09-May-13 | Laser Copy;DamaniA | 181.00 | 18.10 |
| 09-May-13 | Laser Copy;jacobsr | 121.00 | 12.10 |
| 09-May-13 | Laser Copy;GROSSMAN | 14.00 | 1.40 |
| 09-May-13 | Photocopy;DamaniA | 4.00 | 0.40 |
| 09-May-13 | Telephone;16094501009;LawrenceNJ; 4417 | 1.00 | 15.12 |
| 09-May-13 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 10-May-13 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 10-May-13 | Laser Copy;GROSSMAN | 74.00 | 7.40 |
| 13-May-13 | Laser Copy;GROSSMAN | 518.00 | 51.80 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2994925  
Page 27 of 30  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 13-May-13 | Laser Copy;WUNDER M | 74.00 | 7.40 |
| 13-May-13 | Laser Copy;NELSON M | 729.00 | 72.90 |
| 13-May-13 | Photocopy;GROSSMAN | 14.00 | 1.40 |
| 14-May-13 | Laser Copy;NELSON M | 573.00 | 57.30 |
| 14-May-13 | Laser Copy;GROSSMAN | 677.00 | 67.70 |
| 14-May-13 | Laser Copy;WUNDER M | 108.00 | 10.80 |
| 14-May-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 14-May-13 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 15-May-13 | Laser Copy;MCDONALA | 880.00 | 88.00 |
| 15-May-13 | Laser Copy;WUNDER M | 72.00 | 7.20 |
| 15-May-13 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 15-May-13 | Laser Copy;MCDONALA | 8.00 | 0.80 |
| 15-May-13 | Laser Copy;MCDONALS | 9.00 | 0.90 |
| 15-May-13 | Laser Copy;NELSON M | 374.00 | 37.40 |
| 15-May-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 15-May-13 | Taxi from Dentons office to Toronto Court for M. Wunder on May 13/13; 2013-5-13 | 1.00 | 7.08 |
| 15-May-13 | Laser Copy;GROSSMAN | 411.00 | 41.10 |
| 15-May-13 | Taxi from Toronto Court to Dentons office for M. Wunder on May 13/13; 2013-5-13 | 1.00 | 7.08 |
| 16-May-13 | Laser Copy;Badria, Nancy | 547.00 | 54.70 |
| 16-May-13 | Laser Copy;MCDONALS | 77.00 | 7.70 |
| 16-May-13 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 16-May-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 16-May-13 | Laser Copy;GROSSMAN | 79.00 | 7.90 |
| 16-May-13 | Laser Copy;KARTASHM | 18.00 | 1.80 |
| 17-May-13 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 17-May-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 17-May-13 | Laser Copy;MCDONALS | 217.00 | 21.70 |
| 17-May-13 | Tabs / Custom Tabs / Binder | 1.00 | 12.60 |
| 17-May-13 | Tabs / Binders | 1.00 | 15.90 |
| 17-May-13 | Conference Call Charges | 1.00 | 1.24 |
| 17-May-13 | Conference Call Charges | 1.00 | 5.51 |
| 17-May-13 | Conference Call Charges | 1.00 | 12.63 |
| 17-May-13 | Conference Call Charges | 1.00 | 7.66 |
| 17-May-13 | Conference Call Charges | 1.00 | 4.28 |
| 17-May-13 | Conference Call Charges | 1.00 | 1.94 |
| 17-May-13 | Photocopy;DamaniA | 755.00 | 75.50 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2994925  
Page 28 of 30  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 17-May-13 | Laser Copy;NELSON M | 264.00 | 26.40 |
| 17-May-13 | Laser Copy;KUKULOWI | 11.00 | 1.10 |
| 17-May-13 | Laser Copy;BOWLES-D | 19.00 | 1.90 |
| 21-May-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 104.00 |
| 21-May-13 | Laser Copy;MCDONALS | 37.00 | 3.70 |
| 21-May-13 | Laser Copy;NELSON M | 186.00 | 18.60 |
| 21-May-13 | Taxi from Toronto Court to Dentons office for M. Wunder on May 15/13; 2013-5-15 | 1.00 | 7.08 |
| 21-May-13 | Laser Copy;Erandio, N. | 233.00 | 23.30 |
| 21-May-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 21-May-13 | Laser Copy;Punjani, R | 6.00 | 0.60 |
| 21-May-13 | Taxi from Denton office for M. Wunder on May 14/13; 2013-5-14 | 1.00 | 22.12 |
| 22-May-13 | Laser Copy;WUNDER M | 8.00 | 0.80 |
| 22-May-13 | Laser Copy;TaitT | 146.00 | 14.60 |
| 22-May-13 | Wireless Cell Charges for S. Kukulowicz (March 3/4, 2013) regarding Nortel; 2013-3-4 | 1.00 | 37.17 |
| 22-May-13 | Wireless Cell charges for Shayne Kukulowicz (Feb. 8, 2013) regarding Nortel; 2013-2-8 | 1.00 | 5.13 |
| 22-May-13 | Wireless Cell charges for Shayne Kukulowicz (January 10/11, 2013) regarding Nortel; 2013-1-9 | 1.00 | 7.64 |
| 22-May-13 | Taxi on April 24/13 for S. Kukulowicz from Dentons Toronto to Court regarding Joint Hearing for Nortel; 2013-4-24 | 1.00 | 8.85 |
| 22-May-13 | Laser Copy;MCDONALS | 145.00 | 14.50 |
| 22-May-13 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 22-May-13 | Laser Copy;Punjani, R | 45.00 | 4.50 |
| 22-May-13 | Laser Copy;TaitT | 2,347.00 | 234.70 |
| 22-May-13 | Laser Copy;TaitT | 34.00 | 3.40 |
| 23-May-13 | Laser Copy;TaitT | 1,695.00 | 169.50 |
| 23-May-13 | Laser Copy;KARTASHM | 61.00 | 6.10 |
| 23-May-13 | Laser Copy;TaitT | 26.00 | 2.60 |
| 23-May-13 | Laser Copy;TaitT | 1.00 | 0.10 |
| 23-May-13 | Laser Copy;NELSON M | 10.00 | 1.00 |
| 23-May-13 | Laser Copy;MCDONALS | 9.00 | 0.90 |
| 24-May-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 5.10 |
| 24-May-13 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 26-May-13 | Laser Copy;Punjani, R | 22.00 | 2.20 |
| 27-May-13 | Laser Copy;WUNDER M | 39.00 | 3.90 |
| 27-May-13 | Meals and Beverages - Maxim /M Wunder-May 17/13/Inv. 211992 Working lunch for Dentons team (UCC advisor working session) | 1.00 | 93.60 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2994925  
Page 29 of 30  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 27-May-13 | Laser Copy;jacobsr | 75.00 | 7.50 |
| 27-May-13 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 27-May-13 | Laser Copy;Punjani, R | 26.00 | 2.60 |
| 27-May-13 | Laser Copy;TOBERGLUND | 3.00 | 0.30 |
| 27-May-13 | Laser Copy;MCDONALS | 939.00 | 93.90 |
| 27-May-13 | Laser Copy;KUKULOWI | 52.00 | 5.20 |
| 28-May-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 28-May-13 | Flight fee (re: UCC meeting attendance) for B. Grossman on May 2, 2013; 2013-5-2 | 1.00 | 459.29 |
| 28-May-13 | Laser Copy;MCDONALS | 33.00 | 3.30 |
| 28-May-13 | Laser Copy;NELSON M | 260.00 | 26.00 |
| 28-May-13 | Laser Copy;jacobsr | 69.00 | 6.90 |
| 28-May-13 | Laser Copy;WUNDER M | 43.00 | 4.30 |
| 29-May-13 | Laser Copy;KUKULOWI | 32.00 | 3.20 |
| 29-May-13 | Telephone;12127686701;New YorkNY;4740 | 1.00 | 3.06 |
| 29-May-13 | Laser Copy;Punjani, R | 71.00 | 7.10 |
| 29-May-13 | Laser Copy;MCDONALS | 25.00 | 2.50 |
| 29-May-13 | Laser Copy;NELSON M | 395.00 | 39.50 |
| 29-May-13 | Laser Copy;jacobsr | 39.00 | 3.90 |
| 29-May-13 | Laser Copy;WUNDER M | 69.00 | 6.90 |
| 29-May-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 30-May-13 | Laser Copy;DamaniA | 1,264.00 | 126.40 |
| 30-May-13 | White Binders | 1.00 | 14.00 |
| 30-May-13 | Tabs / Cerlox | 1.00 | 9.20 |
| 30-May-13 | Cerlox / Clear Cover | 1.00 | 12.00 |
| 30-May-13 | Cerlox / Clear Cover | 1.00 | 21.00 |
| 30-May-13 | Laser Copy;MCDONALS | 221.00 | 22.10 |
| 30-May-13 | Laser Copy;jacobsr | 80.00 | 8.00 |
| 30-May-13 | Laser Copy;KARTASHM | 111.00 | 11.10 |
| 30-May-13 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 30-May-13 | Laser Copy;NELSON M | 773.00 | 77.30 |
| 30-May-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 31-May-13 | Laser Copy;Erandio, N. | 248.00 | 24.80 |
| 31-May-13 | Laser Copy;NELSON M | 59.00 | 5.90 |
| 31-May-13 | Laser Copy;KUKULOWI | 109.00 | 10.90 |
| 31-May-13 | Laser Copy;MCDONALS | 32.00 | 3.20 |
| 31-May-13 | Beck Taxi/Inv 1721-053/Ryan Jacobs Apr 21/13 | 1.00 | 49.32 |

DENTONS CANADA LLP  INVOICE 2994925
The Official Committee of Unsecured Creditors  Page 30 of 30
Re: Nortel Networks Inc., et al.  Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 31-May-13 | Beck Taxi/Inv 1721-053/MJW to airport May 1/13 to attend UCC meeting. | 1.00 | 69.19 |
| 31-May-13 | Beck Taxi/Inv 1721-053/MJW from court Apr 30/13 | 1.00 | 7.02 |
| 31-May-13 | Beck Taxi/Inv 1721-053/Barb Grossman May 2/13 | 1.00 | 23.37 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$ 3,053.74** |