# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
MAY 1, 2013 THROUGH MAY 31, 2013
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 55.3 | $775.00 | $42,857.50 |
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 12.8 | $400.00 | $5,120.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 2.0 | $375.00 | $750.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 7.0 | $630.00 | $4,410.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 123.6 | $795.00 | $98,262.00 |
| Natalie Levine | Consultant | Financial Restructuring |  | 1.9 | $525.00 | $997.50 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 16.6 | $440.00 | $7,304.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 39.5 | $750.00 | $29,625.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 60.8 | $900.00 | $54,720.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 6.4 | $700.00 | $4,480.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 325.9 | CDN. | $248,526.00 |
|  | Less: Non-Working Travel Time Discount (50% of $2,385.00) |  |  |  |  | -$1,192.50 |
| TOTAL |  |  |  | 325.9 | CDN. | $247,333.50 |

12304409_1|TORDOCS