IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Objection Deadline: August 28, 2013 at 4:00 p.m. (ET) <br> ) |

## SECOND APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES INCURRED BY A COMMITTEE MEMBER DURING THE PERIOD FROM MAY 1, 2013 THROUGH MAY 31, 2013

**TO THE HONORABLE KEVIN GROSS:**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby files this *Second Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by a Committee Member During the Period from May 1, 2013 through May 31, 2013* (the "Application"). By this Application, pursuant to the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009* [Docket No. 222] the Committee respectfully requests that the Debtors reimburse The Bank of New York Mellon, a member of the Committee (the "Committee Member"), for its actual and necessary expenses incurred during the period from May 1, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 9002353v.1

through May 31, 2013 (the "Application Period") in connection with its duties as a member of the Committee under § 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and in support of this Application, states as follows:

## BACKGROUND

1. On January 14, 2009, each of the Debtors filed voluntary petitions for relief (collectively, the "Debtors") under chapter 11 of the Bankruptcy Code.

2. On January 22, 2009, pursuant to Bankruptcy Code section 1102, the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of three members, as follows: (i) Law Debenture Trust Company of New York, as indenture trustee; (ii) Pension Benefit Guaranty Corporation; and (iii) The Bank of New York Mellon, as indenture trustee. That same day, the Committee met and resolved to employ Akin Gump Strauss Hauer & Feld LLP as its lead counsel, Richards, Layton & Finger, P.A. as its local counsel and Capstone Advisory Group, LLC as its financial advisors. In addition, the Committee resolved to employ Dentons (f/k/a Fraser Milner Casgrain LLP) as its Canadian counsel and Ashurst LLP as its European counsel.

## JURISDICTION AND STATUTORY PREDICATES

3. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are §§ 105(a), 503(b)(3)(F) and 1103 of the Bankruptcy Code.

## RELIEF REQUESTED

4. The Committee Member incurred expenses totaling $768.84 in connection with its attendance at in-person Committee meeting on May 2, 2013 in New York, New York. The Committee Member provided counsel for the Committee an expense report, which is annexed

2

RLF1 9002353v.1

hereto as **Exhibit A** and details with specificity the expenses[2] incurred by the Committee Member in connection with its duties under 11 U.S.C. § 1103.

5. The Committee Member's expenses were actually incurred and were necessary to the performance of its duties under § 1103 of the Bankruptcy Code and are reimbursable from the Debtors' estates. 11 U.S.C. § 503(b)(3)(F); see also *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members*, dated February 4, 2009 [Docket No. 222]; In re First Merchants Acceptance Corp., 198 F.3d 394, 397 (3d Cir. 1999).

6. The Committee reserves the right to include additional requests for expense reimbursement, if any, for this Application Period in subsequent applications.

---

[2] The Committee Member is only seeking reimbursement for half of the expenses incurred in connection with travel to New York as the Committee Member was also traveling to New York for other business unrelated to these chapter 11 cases. The Committee Member believes apportioning the expenses equally between the two matters is appropriate and equitable.

**WHEREFORE,** the Committee respectfully requests that this Court:

(a) authorize the reimbursement of the Committee Member's actual and necessary expenses incurred in connection with the performance of its duties pursuant to § 1103 of the Bankruptcy Code in the aggregate amount of $768.84;

(b) direct the payment of the awarded amounts by the Debtors to the Committee Member; and

(c) grant such other and further relief as this Court seems just and proper.

Dated: August 8, 2013
       Wilmington, Delaware

                                 /s/ Amanda R. Steele
                             Mark D. Collins (No. 2981)
                             Christopher M. Samis (No. 4909)
                             Amanda R. Steele (No. 5530)
                             RICHARDS, LAYTON & FINGER, P.A.
                             One Rodney Square
                             920 North King Street
                             Wilmington, Delaware 19801
                             Telephone: (302) 651-7700
                             Facsimile: (302) 651-7701

                             -and-

                             Fred S. Hodara, Esq.
                             Akin Gump Strauss Hauer & Feld LLP
                             One Bryant Park
                             New York, New York 10036
                             Telephone: (212) 872-1000
                             Facsimile: (212) 872-1002

                             *Counsel to the Official Committee of Unsecured*
                             *Creditors of Nortel Networks Inc., et al.*