# EXHIBIT A

Michael J. Riela
Direct Dial: (212) 906-1373
Email: michael.riela@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

July 29, 2013

Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

File No. 024149-0017

Re:   Bank of New York Mellon Expense Reimbursement

Dear Brad:

Enclosed is the expense detail for Rob Major at BNY Mellon for his trip expenses relating to the May 2, 2013 in-person Nortel committee meeting. He is requesting reimbursement of $768.84 from the Nortel estate. Can you please arrange to have an application for reimbursement of this expense filed with the bankruptcy court?

Please let me know if you have any questions. Thanks.

Truly yours,

Michael J. Riela
of LATHAM & WATKINS LLP

Enclosure

NY\5753923.2




Transaction Details
Prepared for
ROBERT MAJOR
Account Number
XXXX-XXXXX-

Corporate Card / April 1, 2013 to July 2, 2013

| Date | Description | | Matter | Amount | Reimbursable on Sinter |
|---|---|---|---|---|---|
| 05/03/2013 | meal - EAMONN'S BAR & GRILL NEW YORK | NY | Nortel UCC Meeting May 2 NYC | 41.85 | 20.93 |
| 05/03/2013 | taxi - cesar salazar cesar New York | NY | Nortel UCC Meeting May 2 NYC | 50.60 | 25.30 |
| 05/04/2013 | DELTA AIR LINES   ATLANTA   US | | Nortel UCC Meeting May 2 NYC | 50.00 | 25.00 |
| 05/04/2013 | parking - PORT COLUMBUS PARKIN COLUMBUS | OH | Nortel UCC Meeting May 2 NYC | 29.00 | 14.50 |
| 05/04/2013 | THE ROOSEVELT HOTEL  NEW YORK | NY | Nortel UCC Meeting May 2 NYC | 381.03 | 190.52 |
| 05/05/2013 | meal - LAGUARDIA USA, LLC  PHILADELPHIA | PA | Nortel UCC Meeting May 2 NYC | 11.49 | 5.75 |
| 04/16/2013 | AMERICAN EXPRESS TICKET FEE | | Nortel UCC Meeting May 2 NYC | 6.00 | 3.00 |
| 04/16/2013 | DELTA AIR LINES INC. MIAMI LAKES | FL | Nortel UCC Meeting May 2 NYC | 967.70 | 483.85 |
| | | | Total | 1,537.67 | 768.84 |

# The Roosevelt Hotel
NEW YORK CITY

Robert Major
United States

Page No.  1 of 1

Arrival Date: 05-02-13
Departure Date: 05-03-13
Reference #:
Number of Adults: 1
Booking ID : 215503790412-215
Rate Code : BAR1P

Agent: MWONG

INVOICE

Folio Number  1045404          Room Number  0915

| Date | Description | Charges | Payments |
|---|---|---|---|
| 05-02-13 | Room Charge | 329.00 | |
| 05-02-13 | NYS Sales Tax 8.875% | 29.20 | |
| 05-02-13 | NYC Room Tax 5.875% | 19.33 | |
| 05-02-13 | Javits Center Tax | 1.50 | |
| 05-02-13 | NYC Occ Tax | 2.00 | |
| 05-03-13 | American Express | | 381.03 |

Total    381.03    381.03

Balance    0.00 USD

```
         Food Court
  LaGuardia Airport Terminal D
         OTG Management

243 Jasbir M.
-----------------------------------
CHK 1342  MAY03'13  9:00AM
-----------------------------------

    0.83 lb
  - 0.10 lb Tare =
    0.73 lb Net Wt @
     $8.99/lb
  1 Buffet Container      6.56
  1 Volvic 1L              3.99

    Food                  10.55
    TAX                    0.94
    AMOUNT PAID           11.49
    XXXXXXXXXXX           XX/XX
    American Express      11.49


  Thank You.......
  We want your feedback
  Please Call (866) 508 3558
  or visit www.OTGManagement.com
  -----------------------
```

```
              Food Court
         LaGuardia Airport Terminal D
              OTG Management

243 Jasbir M.
---------------------------------
CHK 1342  MAY03'13  9:00AM
---------------------------------

    0.83 lb
    - 0.10 lb Tare =
    0.73 lb Net Wt @
       $8.99/lb
  1 Buffet Container        6.56
  1 Volvic 1L               3.99

    Food                   10.55
    TAX                     0.94
    AMOUNT PAID            11.49
    XXXXXXXXXX             XX/XX
    American Express       11.49

Thank You.......
We want your feedback
Please Call (866) 508 3558
or visit www.OTGManagement.com
-----------------------
```

```
        EAMONN'S BAR AND GRILL
           NEW YORK, NY 10017
              212-867-9013
    TERMINAL ID.:              24400544
    MERCHANT #:         631090390100000

    AMEX
    ********         EXP:XX/XX      CSH: 1
    SALE                            SWIPED
    BATCH: 001371    INV: 025063
    May 03, 13
    RRN: 1270182705EB   AUTH:587970


    BASE                    $34.85

    TIP              $     7.00

    TOTAL            $    41.85

    FOOD AND BEVERAGE   00
    R MAJOR


                CUSTOMER COPY
```

```
       EAMONN'S BAR AND GRILL
          NEW YORK, NY 10017
             212-867-9013
  TERMINAL ID.:              24400544
  MERCHANT #:          6310903901000U0
  AMEX
  XXXXXXXX    EXP:XX/XX      CSH: 1
  SALE                       SWIPED
  BATCH: 001371   INV: 025063
  May 03, 13
  RRN: 123010Z7C5EB  AUTH: 587970

  BASE                $34.85

  TIP              $   7.00

  TOTAL            $  41.85
  FOOD AND BEVERAGE  00
  R MAJOR

              CUSTOMER COPY
```