## CERTIFICATE OF SERVICE

I, Amanda R. Steele, do hereby certify that on August 8, 2013, a copy of the foregoing **Second Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by a Committee Member During the Period from May 1, 2013 through May 31, 2013** was served on the parties on the attached list and in the manner indicated thereon.

/s/ Amanda R. Steele
Amanda R. Steele (No. 5530)

RLF1 8546130v.1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
<u>**SERVICE LIST**</u>

<u>**VIA HAND DELIVERY**</u>

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

<u>**VIA HAND DELIVERY AND E-MAIL**</u>

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: mark.kenney@usdoj.gov

<u>**VIA FIRST CLASS MAIL**</u>

*(Debtors)*
Nortel Networks, Inc
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

<u>**VIA FIRST CLASS MAIL AND E-MAIL**</u>

*(Fee Examiner)*
Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
E-mail: jscarborough@mastersidlow.com

RLF1 8546130v.1