Epiq. Systems

757 3rd Ave., 3 Fl.
New York, N.Y. 10017

Dear Sir or Madam:

I am requesting that you withdraw my 1st and 2nd Proof of Claim #8521 which were erroneously submitted. The 3rd Proof of Claim correctly submitted under Claim #8598 shall stand. Thanks for your help and if you need further assistance, please call me at 212-251-0035. Regards, Shirley Bloom

CASG
NNC

Epiq. Systems
757 3rd Ave., 3 Fl.
New York, N.Y. 10017

roof of Claim #8521 which were erroneously
ed under Claim #8598 shall stand. Thanks for your
me at 212-251-0035. Regards, Shirley Bloom



Shirley Bloom
151 E. 31st St. Apt. 22E
New York, NY 10016

NEW YORK NY 100
07 AUG 2013 PM 15 L

USA
Freedom
FOREVER




Epiq. Systems
757 Third Ave.
New York, N.Y. 10017

10017201399