# **EXHIBIT A**



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

<u>Electronic Payment Instructions</u>
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

July 31, 2013
Invoice 7865487

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**........................................................................................ | $6,040.50 |
| **TOTAL DISBURSEMENTS**................................................................. | 59.74 |
| **TOTAL DUE THIS INVOICE** ............................................................... | $6,100.24 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $18,855.66 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | 24,955.90 |

Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

<u>Electronic Payment Instructions</u>
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
July 31, 2013
Invoice 7865487

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**........................................................................... | $6,040.50 |
| **TOTAL DISBURSEMENTS**..................................................... | 59.74 |
| **TOTAL DUE THIS INVOICE**................................................... | $6,100.24 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $18,855.66 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | 24,955.90 |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001 NORTEL NETWORKS

Professional Services Recorded Through 07/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/01/13 | CORRESPONDENCE WITH A. CORDO RE PROPOSED FEE EXAMINER ORDER. | 03706/KRB | 0.10 |
| 07/01/13 | CORRESPONDENCE WITH CO-COUNSEL RE PROPOSED FEE EXAMINER ORDER. | 03706/KRB | 0.10 |
| 07/02/13 | REVIEW CORRESPONDENCE FROM DEBTORS' COUNSEL RE: AUGUST HEARING DATES. | 03706/KRB | 0.10 |
| 07/02/13 | REVIEW RECENT FILINGS AND CALENDAR RELATED DATES AND DEADLINES; | 04990/JFS | 0.20 |
| 07/03/13 | CONFER WITH CO-COUNSEL REGARDING FINAL FEE APPLICATION OMNIBUS ORDER; | 04990/JFS | 0.20 |
| 07/05/13 | CORRESPONDENCE WITH CO-COUNSEL (MD) RE PROPOSED REVISED FEE EXAMINER ORDER. | 03706/KRB | 0.10 |
| 07/05/13 | EXAMINE AND ANALYZE PROPOSED REVISED FEE EXAMINER ORDER. | 03706/KRB | 0.20 |
| 07/08/13 | FURTHER CORRESPOND WITH ALL COUNSEL AND PROPOSED REVISED FEE ORDER FOR CASE PROFESSIONALS. | 02718/WFT | 0.30 |
| 07/08/13 | EXAMINE AND ANALYZE COURT ORDER RE CANCELLATION OF CERTAIN HEARINGS AND MOVING ITEMS TO OTHER DATES AND UPDATE ALL COUNSEL RE SAME. | 02718/WFT | 0.20 |
| 07/08/13 | EXAMINE AND ANALYZE CORRESPONDENCE OF ALL COUNSEL AND PROPOSED FEE ORDER FOR CASE PROFESSIONALS. | 02718/WFT | 0.30 |
| 07/08/13 | DRAFT, REVISE UNDERLYING DOCUMENTATION THAT WILL SUPPORT THE FILING OF THE UPCOMING MONTHLY FEE APPLICATION. | 02718/WFT | 0.40 |
| 07/08/13 | CORRESPONDENCE WITH CO-COUNSEL (SS) RE DETAILS OF PROPOSED FEE EXAMINER PROCEDURES. | 03706/KRB | 0.10 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/08/13 | REVIEW DRAFT PROPOSED CHANGES TO FEE EXAMINER ORDER INCLUDING UCC AND DEBTOR REVISIONS. | 03706/KRB | 0.20 |
| 07/09/13 | RECEIPT AND REVIEW OF DEBTOR CORRESPONDENCE TO COURT REGARDING PROPOSED FEE EXAMINER ORDER AND UST PROPOSAL RE SAME. | 03706/KRB | 0.20 |
| 07/09/13 | PREPARE TWENTY-FIRST FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.80 |
| 07/10/13 | EXAMINE AND ANALYZE PROPOSED REVISED FEE EXAMINER ORDER AND THE RELATED CORRESPONDENCE FROM THE UST AS WELL AS THE DETAILED REPORT OT THE COURT RE WHAT IS AND IS NOT INCLUDED. | 02718/WFT | 0.50 |
| 07/10/13 | EXAMINE AND ANALYZE DRAFT OR PROPOSED 21ST MONTHLY OF M&E; DRAFT, REVISE AND FINALIZE SAME FOR FILING AND INSURE SUPPORT IS CORRECT. | 02718/WFT | 0.70 |
| 07/10/13 | CALL FROM MS. AGGIE BUTTS RE PROBLEMS WITH HER RETIREE PROVIDED INFORMATION; CORRESPOND AND UPDATE LEAD COUNSEL ON NEEDED FOLLOW UP. | 02718/WFT | 0.30 |
| 07/10/13 | RECEIPT AND REVIEW OF CORRESPONDENCE FROM JUDGE GROSS RE DECISION ON FEE EXAMINER ORDER. | 03706/KRB | 0.10 |
| 07/10/13 | REVISE AND ELECTRONICALLY FILE TWENTY-FIRST FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.70 |
| 07/11/13 | WORK ON (CORRECT) TOGUT 21ST MONTHLY AND FINALIZE SAME READY FOR FILING. | 02718/WFT | 0.40 |
| 07/11/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL AND SEGAL 20TH FEE APPLICATION; | 04990/JFS | 0.40 |
| 07/12/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL AND SEGAL 20TH FEE APPLICATION; | 04990/JFS | 0.40 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 07/12/13 | REVISE AND ELECTRONICALLY FILE TWENTY-FIRST FEE APPLICATION OF TOGUT SEGAL & SEGAL; | 04990/JFS | 0.50 |
| 07/15/13 | EXAMINE AND ANALYZE AGENDA FOR NEXT OMNIBUS HEARING AND CORRESPOND WITH LEAD COUNSEL RE STATUS OF SAME. | 02718/WFT | 0.30 |
| 07/15/13 | REVIEW SUPPLEMENTAL AFFIDAVIT OF SERVICE RE INDIVIDUAL CLAIM FORMS AND APPROVE FILING OF SAME. | 03706/KRB | 0.20 |
| 07/15/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING TOGUT SEGAL AND SEGAL 20TH FEE APPLICATION AND TOGUT SEGAL AND SEGAL'S 21ST MONTHLY FEE APPLICATION; ; | 04990/JFS | 0.20 |
| 07/15/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SERVICE OF NOTICE REGARDING REVISED AND FINAL INDIVIDUAL CLAIM FORMS | 04990/JFS | 0.20 |
| 07/15/13 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL FOR JULY 16, 2013 HEARING; | 04990/JFS | 0.30 |
| 07/16/13 | EXAMINE AND ANALYZE ORDER ON FEE EXAMINER; REVIEW FILE AND DIRECT WHICH APPLICATIONS TO PROVIDE EXAMINER; REVIEW THE APPLICATIONS FOR ANY ISSUES IN ADVANCE; CORRESPOND AND UPDATE WITH EXAMINER RE THIS REVIEW PROCESS PORTION OF THE CASE. | 02718/WFT | 1.50 |
| 07/16/13 | PREPARE FOR AND ATTEND OMNIBUS HEARING AS LOCAL COUNSEL TO TOGUT WHICH WAS ISSUES BEFORE THE COURT TODAY. | 02718/WFT | 1.00 |
| 07/16/13 | PURSUANT TO FEE EXAMINERS ORDER, PREPARE E-SERVICE AND HARD COPY SERVICE OF MCCARTER & ENGLISH FEE APPLICATIONS; | 04990/JFS | 0.50 |
| 07/16/13 | ASSIST WITH PREPARATION OF JULY 16, 2013 HEARING; | 04990/JFS | 0.30 |
| 07/18/13 | CORRESPONDENCE IN RESPONSE TO RETIREE (B. PRICE) INQUIRY RE PAYMENT. | 03706/KRB | 0.20 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/18/13 | CONFER WITH COUNSEL AND OUTSIDE COUNSEL REGARDING PAYOFF TO RETIREE'S AND INCOMING CALLS REGARDING SAME; | 04990/JFS | 0.60 |
| 07/19/13 | CORRESPONDENCE WITH CO-COUNSEL REGARDING VEBA INQUIRY PROCEDURES FOR RETIREE CALLS. | 03706/KRB | 0.20 |
| 07/19/13 | CONFER WITH COUNSEL REGARDING INCOMING CALLS RELATED TO SETTLEMENT PAYOUTS TO RETIREES; ANSWER VARIOUS DIRECTED CALLS FROM RETIREES' | 04990/JFS | 0.30 |
| 07/22/13 | CORRESPONDENCE WITH CO-COUNSEL RE FILING AOS FOR FINAL INDIVIDUAL CLAIM FORMS. | 03706/KRB | 0.10 |
| 07/22/13 | ELECTRONICALLY FILE SUPPLEMENTAL AFFIDAVIT OF SERVICE REGARDING SERVICE OF NOTICE REGARDING REVISED AND FINAL INDIVIDUAL CLAIM FORMS | 04990/JFS | 0.20 |
| 07/25/13 | ANALYSIS OF FEE EXAMINER REQUIREMENTS RE SUMMARY CHART OF APPLICATIONS FROM FEB. 2013. | 03706/KRB | 0.20 |
| 07/25/13 | PREPARE AND FORWARD REQUIRED EXCEL SPREADSHEETS TO FEE EXAMINER PURSUANT TO FEE EXAMINER ORDER; | 04990/JFS | 0.40 |
| 07/29/13 | EXAMINE AND ANALYZE UNDERLYING DOCUMENTATION FOR BILLING OF MATTER # 2 ALONG WITH MATTER # 1 (NOT PREVIOUSLY DONE); CORRESPOND WITH COUNSEL RE ISSUES FOR SAME; EDIT THE DOCUMENTATION FOR FILING PURPOSES. | 02718/WFT | 0.90 |
| 07/29/13 | EXAMINE AND ANALYZE AGENDA FOR NEXT HEARING; CORRESPONDENCE WITH LEAD COUNSEL RE ITEMS ON THE AGENDA AND COMMITTEE CONCERNS FOR SAME. | 02718/WFT | 0.30 |
| 07/29/13 | CONFER WITH COUNSEL REGARDING PREPARATION OF MONTHLY FEE APPLICATION | 04990/JFS | 0.30 |
| 07/30/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST FEE APPLICATION | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | OF MCCARTER & ENGLISH; | | |
| 07/31/13 | EXAMINE AND ANALYZE DRAFT PROPOSED CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIRST MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013 AND FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.30 |
| | TOTAL HOURS: | | 16.40 |

TOTAL FEES.................................................................................. $6,040.50
TOTAL DISBURSEMENTS............................................................     59.74

TOTAL DUE THIS INVOICE ............................................................ $6,100.24

AMOUNT OUTSTANDING FROM PRIOR INVOICES                      $18,855.66

TOTAL AMOUNT DUE AS OF THIS INVOICE                              24,955.90

| | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 7.40 Hours @ | 525.00 | 3,885.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 2.10 Hours @ | 320.00 | 672.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 6.90 Hours @ | 215.00 | 1,483.50 |
| **ATTORNEY TOTALS:** | | | **16.40** | | **6,040.50** |