# **EXHIBIT B**



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

<u>Electronic Payment Instructions</u>
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

July 31, 2013
Invoice 7865473

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00002     POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**..................................................................... | $840.00 |
| **TOTAL DISBURSEMENTS**................................................. | 0.00 |
| **TOTAL DUE THIS INVOICE**............................................... | $840.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $14,541.00 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | 15,381.00 |

Please include this page with your remittance. Thank you.



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
July 31, 2013
Invoice 7865473

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002    POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES** | $840.00 |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **TOTAL DUE THIS INVOICE** | $840.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $14,541.00 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | 15,381.00 |

Page 2
Invoice 7865473

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00002   POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

Professional Services Recorded Through 07/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/05/13 | REVIEW OF THE REVISED FEE EXAMINER ORDER; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 0.20 |
| 07/08/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING THE FEE EXAMINER ORDER AND COMMENTING WITH RESPECT TO THE SAME. | 00952/MAD | 0.20 |
| 07/10/13 | REVIEW OF EMAIL COMMUNICATION REGARDING PROCEDURES TO BE ADOPTED IN CONNECTION WITH CORRECTING THE ICFS FOR INDIVIDUALS POST-SETTLEMENT EFFECTIVE DATE. | 00952/MAD | 0.10 |
| 07/11/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING THE CLAIM FILED BY RONALD ELIAS AND THE ORDER FROM JUDGE GROSS REGARDING THE REQUEST FOR A HEARING; REVIEW OF THE CLAIM. | 00952/MAD | 0.20 |
| 07/12/13 | COMMUNICATING WITH STEPHANIE SKELLY REGARDING THE REVISED ICF FOR MARTY MANNS AS A RESULT OF THE INCORRECT DATA PROVIDED BY THE DEBTOR. | 00952/MAD | 0.10 |
| 07/12/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY OF TOGUT REGARDING THE INDIVIDUALS ON THE ICF WORKSHEET WHO WILL NEED TO HAVE THEIR FORMS REVISED AS A RESULT OF THE ADDITIONAL INFORMATION. | 00952/MAD | 0.10 |
| 07/12/13 | REVIEW OF EMAIL COMMUNICATION FROM KAREN WAGNER AND STEPHANIE SKELLY REGARDING THE REVISED ICF FORM UPDATE. | 00952/MAD | 0.10 |
| 07/16/13 | REVIEW OF EMAIL COMMUNICATION REGARDING THE STATUS OF THE HEARING REGARDING MR. ELIAS' REQUEST TO WITHDRAW HIS ELECTION. | 00952/MAD | 0.10 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00002   POST EFFECTIVE DATE ADVICE - LTD PARTICIPANTS/RETIREES

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/26/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING REVISED ICF FORMS FOR DONNA BLACKMER. | 00952/MAD | 0.10 |
| 07/26/13 | REVIEW OF EMAIL COMMUNICATION REGARDING THE CHANGE IN THE DATA FORM FOR JOHN YOAKUM AND REVIEW OF EMAIL COMMUNICATION FROM KAREN WAGNER OF ICC. | 00952/MAD | 0.20 |
| 07/27/13 | PREPARATION AND REVIEW OF BILLS RELATED TO FEE APPLICATION | 00952/MAD | 0.20 |
| | TOTAL HOURS: | | 1.60 |

TOTAL FEES..................................................................... $840.00
TOTAL DISBURSEMENTS................................................         0.00

TOTAL DUE THIS INVOICE................................................ $840.00

AMOUNT OUTSTANDING FROM PRIOR INVOICES          $14,541.00

TOTAL AMOUNT DUE AS OF THIS INVOICE              15,381.00

| | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 1.60 Hours @ | 525.00 | 840.00 |
| **ATTORNEY TOTALS:** | | | **1.60** | | **840.00** |