# **EXHIBIT C**

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 07/10/2013 | PHOTOCOPIES | 23.40 | |
| 07/12/2013 | PHOTOCOPIES | 0.15 | |
| 07/16/2013 | PHOTOCOPIES | 0.15 | |
| 07/31/2013 | PHOTOCOPIES | 14.10 | |
| | Total For: PHOTOCOPIES | | 37.80 |
| 07/10/2013 | POSTAGE POSTAGE | 1.32 | |
| 07/16/2013 | POSTAGE POSTAGE | 1.52 | |
| | Total For: POSTAGE | | 2.84 |
| 06/21/2013 | FILING FEES | 6.50 | |
| 06/21/2013 | FILING FEES | 8.90 | |
| 06/24/2013 | FILING FEES | 3.00 | |
| 06/25/2013 | FILING FEES | 0.70 | |
| | Total For: FILING FEES-MISC | | 19.10 |

**TOTAL DISBURSEMENTS** ................................................................. **$59.74**