# United States Bankruptcy Court

### District of Delaware

In re: **Nortel Networks, Inc.**  Case No.: 09-10138

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Optical NN Holdings, LLC**                          **United States Debt Recovery V, L.P.**
                                                      Name of Transferor

Name and Address where notices to transferee         Court Record Address of Transferor
should be sent                                        (Court Use Only)
**Optical NN Holdings, LLC**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Michael G. Linn**
Last Four Digits of Acct #: _____                   Last Four Digits of Acct. #: _____

Name and Address where transferee payments           Name and Current Address of Transferor
should be sent (if different from above)
                                                     **United States Debt Recovery V, L.P.**
                                                     **5575 Kietzke Lane**
                                                     **Reno, NV 89511**

Court Claim # (if known): **2386**
Claim Amount:          **$ 17,898.86**
Date Claim Filed:      August 31, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones                              Date: 8/8/2013
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                     **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, UNITED STATES DEBT RECOVERY V, L.P. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Optical NN Holdings, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $17,898.86 associated with proof of claim number 2386 against Nortel Networks, Inc. (the "Debtor"), Chapter 11 Case No. 09-10138 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of August 2013.

*UNITED STATES DEBT RECOVERY V, L.P., as Assignor*

By: _____
Name: _____
Title: _____

*OPTICAL NN HOLDINGS, LLC, as Assignee,*
By: Farallon Capital Management, L.L.C., Its Manager

By: _____
Name: Michael G. Linn
Title: Authorized Signatory