UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## ORDER ENTERING STIPULATION REGARDING EXPERT DISCLOSURE

WHEREAS the three Estates (as defined in Exhibit A) have agreed to certain terms set forth in a stipulation regarding expert disclosure (the "Stipulation Regarding Expert Disclosure"), a copy of which is attached hereto as Exhibit A, and upon certification of counsel for the three Estates that other Core Parties (as defined in the Order Entering Litigation Timetable and Discovery Plan (Doc. No. 10566)) have no objection to the terms agreed upon in the Stipulation Regarding Expert Disclosure,

IT IS HEREBY ORDERED THAT:

1. The Stipulation Regarding Expert Disclosure, attached as Exhibit A, is APPROVED.

2. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
August 12, 2013

_____
THE HONORABLE JUDGE MARY L. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

1. The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).