# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## STIPULATION REGARDING EXPERT DISCLOSURE

WHEREAS on May 17, 2013 the Court entered the Order Entering Litigation Timetable and Discovery Plan (Doc. No. 10566), which also addresses disclosures with respect to expert witnesses;[2]

WHEREAS Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), the designated representative of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (the "Monitor"), and the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates (collectively, the "EMEA Debtors")[3] located in the region known as EMEA (Europe,

---

1. The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

2. Capitalized terms not defined herein shall have the meanings attributed to them in the Litigation Timetable and Discovery Plan (Doc. No. 10566), except that the Bondholder Group shall, for purposes of this stipulation, be considered part of the US Allocation Group.

3. The EMEA Debtors are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; NNIR; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal

Middle East, and Africa) (collectively, the "Estates"), have agreed to certain terms concerning disclosures with respect to expert witnesses, and other Core Parties have consented to these terms;

IT IS HEREBY AGREED:

1. The parties agree that, as a result of section 7 of the Discovery Plan, questions shall not be asked in examinations/depositions or at trial regarding the following categories of information, and no expert, trial witness, discovery/deposition witness or Discovery Participant shall be required to produce any documents regarding the following categories:

    a. drafts of experts' reports or affidavits;

    b. communications (regardless of the form) between (a) the expert (including the expert's staff) and (b) the attorneys of the Discovery Participant who have retained the expert or attorneys of Discovery Participants in the same Allocation Group or Claim Group, or Representatives of such Discovery Participants, except to the extent that the communications:

        i. relate to compensation for the expert's report or testimony,

        ii. identify facts or data that the party's attorney or Representative provided and that the expert considered in forming the opinions to be expressed, or

        iii. identify assumptions that the party's attorney or Representative provided and that the expert relied on in forming the opinions to be expressed, (collectively, "the Excepted Categories");

---

S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o.

      c.    communications between the expert and the expert's staff, except to the extent that the communications constitute an Excepted Category not otherwise contained in or as part of the schedules to an expert's report or affidavit;

      d.    communications between different experts (including their staff) retained by the same Discovery Participant or by other Discovery Participants within the same Allocation Group or Claim Group, except to the extent that the communications constitute an Excepted Category not otherwise contained in or as part of the schedules to an expert's report or affidavit; and

      e.    internal notes and internal work product prepared by the expert or the expert's staff, except as provided for in sub-section c. above.

2.    For clarity, it is understood and agreed by the parties that the contents of an expert's report or affidavit must contain the information that is required to be included under Rule 26 of the U.S. Federal Rules of Civil Procedure and Rule 53.03 of the Ontario Rules of Civil Procedure and that there is a right of examination with respect to anything that is included in an expert's report or affidavit.

3.    For clarity, it is understood and agreed by the parties that nothing in this stipulation or the order entering this stipulation shall diminish the protections from disclosure offered by Rule 26 of the U.S. Federal Rules of Civil Procedure or by Rules 31.06 and 53.03 and of the Ontario Rules of Civil Procedure.

4. The order entering this stipulation shall become effective upon entry of such order by the Court and entry of The Order Approving Expert Disclosure Protocol by the Canadian Court.

Dated: New York, New York  
August 9, 2013

HUGHES HUBBARD & REED LLP

By: /s/ Neil J. Oxford  
Neil J. Oxford  
Derek J.T. Adler  
David W. Wiltenburg  
One Battery Park Plaza  
New York, New York 10004-1482  
(212) 837-6000 (telephone)  
(212) 422-4726 (facsimile)  
adler@hugheshubbard.com

*Attorneys for the Joint Administrators*

Dated: New York, New York  
August 9, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Jeffrey A. Rosenthal  
Howard Zelbo (admitted pro hac vice)  
James L. Bromley (admitted pro hac vice)  
Jeffrey A. Rosenthal (admitted pro hac vice)  
Lisa M. Schweitzer (admitted pro hac vice)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the U.S. Debtors and Debtors in Possession*

Dated: New York, New York  
August 9, 2013

ALLEN & OVERY LLP

By: /s/ Daniel Guyder  
Ken Coleman  
Daniel Guyder  
1221 Avenue of the Americas  
New York, NY 10020  
(212) 610-6300 (telephone)  
(212) 610-6399 (facsimile)  
ken.coleman@allenovery.com

*Lawyers for the Monitor, Ernst & Young Inc.*

4