# EXHIBIT A

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

*8/9/2013*
*4:11:45 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| cstachon | Caitlin Stachon | 0.2 | 32.00 |
| dperson | Dawn Person | 3.5 | 1,032.50 |
| nberger | Neil Berger | 12.3 | 9,901.50 |
| sskelly | Stephanie Skelly | 46.4 | 17,400.00 |
| | Grand Total: | 62.4 | 28,366.00 |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter:  LTD/ICF** | | | |
| 6/3/13 | nberger / Review Docs.<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #285105 | Review updated chart re new elections for final Individual Claim Forms (.2);  O/c w/ SS re same (.2). | | | |
| 6/3/13 | nberger / Revise Docs.<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #285176 | Review RC web post re final individual claim forms. | | | |
| 6/3/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #285182 | Revise draft email to RC re revised/final individual claim forms. | | | |
| 6/3/13 | nberger / Review Docs.<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #285303 | Review M. Fleming email re deaths of certain retirees and o/c w/ SS re same. | | | |
| 6/3/13 | cstachon / Review Docs.<br>LTD/ICF | T | 0.2<br>160.00 | 32.00<br>Billable |
| #285335 | Reviewed and downloaded Omnibus Objection to US LTD Employees' Motion Debtors to Admit Claim for Severance Allowance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment (.1); circulated same to TSS Nortel team (.1) | | | |
| 6/3/13 | sskelly / Inter Off Memo<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #285413 | Memo to NB Re revised changes to ICF forms and circulation to Retiree Committee. | | | |
| 6/3/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #285415 | O/c with NB re Nortel LTD motion to compel (.1), review objection to severance motion (.2). | | | |

Nortel Networks Section 1114

6/1/2013...6/30/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/3/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #285417 | Email to M. Daniele re status of revised ICF form template. | | | |
| 6/3/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #285419 | Review of R. Mizak revised ICF chart in preparation for meeting with NB re same. | | | |
| 6/3/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #285420 | T/c's to J. Mercer, K. Smith re election forms and retiree committee's determination of participation (.4), follow up t/c with J. Mercer (.1). | | | |
| 6/3/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #285422 | O/c with NB re preparation of revised ICF forms and preparation of analysis of revised ICF changes for retiree committee's review. | | | |
| 6/3/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.7<br>375.00 | 262.50<br>Billable |
| #285425 | Email to R. Mizak re changes to ICF forms (.2), email to K. Wagner re status of process for ICF forms (.1), draft website update re revised ICF forms (.2), review and revise changes to ICF template from M. Daniele (.1), t/c with K. Wagner re same (.1). | | | |
| 6/3/13 | sskelly / Revise Docs.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #285429 | Revise email to R. Mizak re changes to ICF forms. | | | |
| 6/3/13 | sskelly / Draft Documents<br>LTD/ICF | T | 1.3<br>375.00 | 487.50<br>Billable |
| #285432 | Draft form letter re election forms retiree committee intends to object to. | | | |

Nortel Networks Section 1114

# Togut, Segal & Segal LLP
## Client Billing Report

6/1/2013...6/30/2013

*8/9/2013*
*3:59:52 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/4/13 | nberger / Revise Docs.<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #285332 | Revise draft letter and updated individual claim form templates. | | | |
| 6/4/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #286559 | T/c with K. Brown re additional revisions to ICF template per committee comments (.2), email to M. Fleming re status of documentation related to life insurance election by T. Maziarz, D. Deleonardo and M. Loftus (.1). | | | |
| 6/4/13 | sskelly / Review Docs.<br>LTD/ICF | T | 2.3<br>375.00 | 862.50<br>Billable |
| #286560 | Review and revise ICF form per NB comments, notice re same, and draft letters re ineligibility for election to retiree benefits (2.2), email to R. Zhallradin re address info for LTDers (.1). | | | |
| 6/4/13 | sskelly / Correspondence<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #286562 | Draft letter to A. Chacon objecting to election into retiree settlement. | | | |
| 6/4/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #286564 | Email to K. Wagner re status of ICF docs. | | | |
| 6/4/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #286567 | Email to M. Fleming and L. Schweitzer re election form letters and review and revise same. | | | |
| 6/5/13 | nberger / Review Docs.<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #286296 | Review McCarter comments to final template of new individual claim form (.1);  O/c w/ SS re same (.1);  Email w/ McCarter re same (.2). | | | |

Nortel Networks Section 1114
6/1/2013...6/30/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/5/13 | nberger / Comm. Profes. LTD/ICF | T | 1.1 805.00 | 885.50 Billable |
| #286390 | T/c w/ M. Daniele re status and strategy re completion and mailing of final individual claim forms (.4);  Emails w/ SS and Committee members re same (.5);  Review draft Donahee cover letter re same (.2). | | | |
| 6/5/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #288441 | T/c with A. Shapiro and M. Morton re process for revised ICF forms. | | | |
| 6/5/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #288444 | T/c to K. Brown and review of order re retiree committee tasks after the effective date with respect to ICF forms. | | | |
| 6/5/13 | sskelly / Comm. Others LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #288449 | T/c to P. Cohen re individual claim form and settlement amount. | | | |
| 6/5/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #288453 | O/c with DP re voicemail message for retiress re revised ICF forms (.2), t/c to A. Lyles re LTD questions (.1). | | | |
| 6/5/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #288457 | T/c with K. Wagner re ICF form process (.2), o/c with NB re same (.2),  Email to M. Daniele re status of ICF changes to template (.1), email to a. Shapiro re final data file for ICF changes (.1). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/5/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #288466 | T/c with A. Lyles from Elliott Greenleaf re address info for LTD electors and email to A. Lyles re same (.2), email to M. Fleming re comments to letters re election forms (.1), email to R. Mizak re information needed for ICF forms (.1). | | | |
| 6/5/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #288474 | Email to K. Brown re revised icf template (.1) , email to committee re same  (.3)  t/c with P. Cohen re settlement value (.4). | | | |
| 6/5/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #288478 | T/c with M. Daniele re status of ICF and next steps. | | | |
| 6/5/13 | dperson / OC/TC strategy<br>LTD/ICF | T | 0.5<br>295.00 | 147.50<br>Billable |
| #290832 | OC with SS re voicemail message for retirees re revised ICF forms (.2) Updated voicemail information for same (.3) | | | |
| 6/6/13 | nberger / Correspondence<br>LTD/ICF | T | 0.5<br>805.00 | 402.50<br>Billable |
| #286473 | Follow-up emails w/ M. Daniele (.1) and Committee re process for final individual claim forms (.3);  Respond to E. Sutty email re COffey participation in retiree settlement (.1). | | | |
| 6/6/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #288659 | Email to K. Wagner re status of mailing for revised ICF forms (.1), email to R. Perlmunson re same (.1), t/c with R. Mizak and M. Morton re questions regarding revised icf forms and changes to population (.2). | | | |
| 6/6/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #288670 | O/c with NB re ICF template issues. | | | |

Nortel Networks Section 1114

# Togut, Segal & Segal LLP
## Client Billing Report

6/1/2013...6/30/2013

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/6/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #288675 | O/c and memos with NB Re election request from B. Coffey (.2), review letter from A. Dodd (.1), o/c w/ NB re same (.1). | | | |
| 6/6/13 | dperson / OC/TC strategy LTD/ICF | T | 0.3 295.00 | 88.50 Billable |
| #289048 | Updated and changed message to incorporate addition information re: LTD Retiress calls. | | | |
| 6/6/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #289078 | O/c with NB re revised individual claim forms and next steps. | | | |
| 6/7/13 | nberger / OC/TC strategy LTD/ICF | T | 0.5 805.00 | 402.50 Billable |
| #287264 | O/c w/ SS re information for final individual claim forms - status and strategy to complete (.3);  Email w/ M. Daniele, Towers and A&M re same (.2). | | | |
| 6/7/13 | nberger / OC/TC strategy LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #287321 | O/c w/ SS re info needed for individual claim forms. | | | |
| 6/7/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #288633 | O/c with NB re status of revised ICF Forms and next steps (.3), email to M. Fleming re same (.1). | | | |
| 6/7/13 | sskelly / Comm. Others LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #288637 | T/c with F. Gann re late election form (.2) and o/c with NB re same and status of revised ICF forms (.2). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/7/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #288639 | Email to A. Shapiro re calculation of settlement value for F. Gann and B. Coffey (.2), email to M. Fleming re revisions to letters objecting to elections (.2). | | | |
| 6/7/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #288642 | O/c with NB re revised ICF Forms and status of information requested from Nortel. | | | |
| 6/8/13 | nberger / Correspondence LTD/ICF | T | 0.3 805.00 | 241.50 Billable |
| #287420 | Email w/ M. Daniele and SS re prep of final individual claim forms. | | | |
| 6/9/13 | sskelly / Inter Off Memo LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #287766 | Memo to NB re retiree committee call on late election notices. | | | |
| 6/10/13 | nberger / Comm. Profes. LTD/ICF | T | 0.7 805.00 | 563.50 Billable |
| #287575 | T/c w/ M. Daniele, K. Brown and SS re final individual claim forms (.3);  Follow-up t/c w/ SS and M. Morton re same (.2);  T/c w/ SS re same (.2). | | | |
| 6/10/13 | sskelly / Inter Off Memo LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #287736 | Memos to NB re committee call re late election notices. | | | |
| 6/10/13 | sskelly / Prep. Ct./Calls LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #287737 | Prep for retiree committee call re late election notices from F. Gann & B. Coffey. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/10/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #287738 | T/c w/ NB re late election forms and prep for retiree call re same. | | | |
| 6/10/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #287739 | T/c w/ retiree committee re late election forms and memo to NB re same effect on ICFs. | | | |
| 6/10/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.1 375.00 | 37.50 Billable |
| #287740 | Email to A. Shapiro re settlement calculation for F. Gann's wife for ICF. | | | |
| 6/10/13 | sskelly / Prep. Ct./Calls LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #287747 | Prepare for call with M. Daniele, M. Morton & A. Shapiro re revised ICF forms. | | | |
| 6/10/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #287749 | T/c w/ M. Ressner, M. Morton, M. Daniele, K. Brown re reserve issues for final ICF forms. | | | |
| 6/10/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #287751 | Follow up t/c w/ M. Ressner, M. Morton, M. Daniele, K. Brown re reserve issues for final ICF forms. | | | |
| 6/10/13 | sskelly / OC/TC strategy LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #287753 | T/c w/ NB re reserve issues re individual claim forms. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

*8/9/2013*
*3:59:52 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #287756 | Follow up t/c w/ M. Morton, NB re reserve issues for final ICF forms. | | | |
| 6/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #287757 | Email to M. Morton re reserve issues for final ICF forms. | | | |
| 6/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #287758 | T/c w/ M. Fleming re reconciliation for revised ICF forms (.1), email re same (.1). | | | |
| 6/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #287760 | Emails to K. Wagner re LTD address information for ICF. | | | |
| 6/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #287761 | Emails to M. Fleming & M. Morton re reconciliation of retiree census information for ICFs. | | | |
| 6/11/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #287979 | T/c with K. Wagner re status of revised ICF form process (.2),  o/c with NB re same (.2). | | | |
| 6/11/13 | sskelly / Inter Off Memo<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #287985 | Memo to CS re change of address from retiree for revised ICF forms. | | | |

Nortel Networks Section 1114
6/1/2013...6/30/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/11/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.8 375.00 | 300.00 Billable |
| #287986 | Emails with K. Wagner re service of ICFs to LTD plan participants (.2), emails to M. Fleming re LTD & COBRA participants' ICF forms (.3), emails to M. Morton and A. Shapiro re same (.3). | | | |
| 6/11/13 | sskelly / Comm. Profes. LTD/ICF | T | 1.6 375.00 | 600.00 Billable |
| #287989 | T/c with A. Shapiro re information needed from Nortel re revised ICF forms (.3), follow up t/c's re same (.2), draft letters for electors not entitled to medical insurance re infor in ICFs (.4), review and revise same per NB (.3), t/c to M. Daniele re same (.1), follow up email to A. Shapiro re same (.1), t/c to P. Cohen scheduling call to discuss revised ICF form (.2). | | | |
| 6/11/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #287990 | T/c with M. Fleming re additional data needed for revised ICF Forms (.2), follow up email to M. Daniele re same (.2). | | | |
| 6/11/13 | sskelly / Comm. Profes. LTD/ICF | T | 1.4 375.00 | 525.00 Billable |
| #287991 | Emails and t/c's with M. Fleming and A. Shapiro and M. Daniele re additional information needed for revised ICF forms (.6), o/c with NB re same (.1), t/c with M. Daniele re follow up information needed and analysis of holdback for late LTD elections(.5), o/c with NB re same (.2). | | | |
| 6/12/13 | sskelly / Comm. Others LTD/ICF | T | 1.0 375.00 | 375.00 Billable |
| #288153 | T/c with P. Cohen re final calculation for individual claim form (.2), o/c with NB in preparation for call w/ P. Cohen (.2), emails to A. Shapiro re information related to assumptions and calculations for P. Cohen claim (.2), review A&M analysis re allocation methodology in preparation for call with P. Cohen (.4). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

8/9/2013
3:59:52 PM

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/13/13 | nberger / Comm. Client<br>LTD/ICF | T | 1.4<br>805.00 | 1,127.00<br>Billable |
| #288169 | Attend teleconf w/ M. Ressner, M. Daniele, M. Morton and SS re finalizing final individual claim forms (1);  Follow-up o/c w/ SS re same (.2);  Email to M. Daniele re language for cover letter for same (.2). | | | |
| 6/13/13 | nberger / Correspondence<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #288224 | Email w/M. Daniele, K. Wagner and SS re final individual claim forms - process. | | | |
| 6/13/13 | nberger / Comm. Client<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #288302 | T/c and email w/ G. Donahee re final individual claim forms. | | | |
| 6/13/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #288407 | Email to M. Morton and A. Shapiro re missing employee data from Nortel for preparation of final ICFs (.2), review of same (.3), prep for call with M. Ressner re same (.3). | | | |
| 6/13/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.2<br>375.00 | 450.00<br>Billable |
| #288408 | T/C with Towers Watson, Committee member, M. Daniele and NB re revised ICF forms (1.0) and o/c with NB re next steps re same (.2). | | | |
| 6/13/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #288409 | Email to M. Fleming re additional employee information needed for revised ICF forms. | | | |

Nortel Networks Section 1114

**Togut, Segal & Segal LLP**
**Client Billing Report**

6/1/2013...6/30/2013

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/13/13 | sskelly / Comm. Profes. LTD/ICF | T | 1.2 375.00 | 450.00 Billable |
| #288413 | T/c with T. Bernstein re objection to individual claim form (.2), o/c with KR re calls re same (.1), t/c with M. Daniele and K. Brown re mailing to retirees and letter from Veba Committee (.2), emails with K. Wagner re status of mailing and revised documents for revised ICF forms (.3), t/c with M. Fleming re C. Petrokus and life insurance question (.1), follow up email to A. Shapiro re same (.1), o/c with NB re same (.2). | | | |
| 6/14/13 | nberger / Draft Documents LTD/ICF | T | 1.3 805.00 | 1,046.50 Billable |
| #288682 | Finalize April statement for services re LTD questions and ICF matters. | | | |
| 6/14/13 | nberger / Correspondence LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #288687 | Email w/. K. Ponder re TSS estimate for fees re ICFs. | | | |
| 6/14/13 | nberger / Correspondence LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #288829 | Email w/ M. Daniele, Towers and KCC re individual claim forms. | | | |
| 6/14/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #289377 | T/c with M. Fleming re life insurance claim by C. Petrokus (.1), review emails from M. Morton, M. Daniele and K. Wagner re data files for revised ICF forms (.3), email to M. Morton re inclusion of reserves in KCC file for revised claim forms (.1). | | | |
| 6/14/13 | sskelly / Review Docs. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #289379 | Review revised ICF file from M. Morton and emails to M. Daniele re same. | | | |

Nortel Networks Section 1114

# Togut, Segal & Segal LLP
## Client Billing Report

6/1/2013...6/30/2013

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/14/13 | dperson / Prep Filing/Svc<br>LTD/ICF | T | 0.5<br>295.00 | 147.50<br>Billable |
| #291629 | Prepared and circulated April 2013 statement for ICF form prep review and comment by Committee | | | |
| 6/16/13 | nberger / Correspondence<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #289083 | Email w/ M. Daniele and K. Wagner re new ICF forms. | | | |
| 6/17/13 | nberger / Comm. Profes.<br>LTD/ICF | T | 1.0<br>805.00 | 805.00<br>Billable |
| #289199 | T/c's w/ M. Daniele and SS re individual claim forms (.3); T/c w/ R. Winters re review of same (.2);  Email w/ K. Wagner and A&M team re same (.2);  Revise monthly statement re same and o/c w/ DP re filing (.3). | | | |
| 6/17/13 | nberger / Inter Off Memo<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #289243 | Follow-up memos w/ SS and M. Morton re review of final individual claim forms. | | | |
| 6/17/13 | sskelly / Inter Off Memo<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #289392 | Memo to CS Re review of affidavits of service re C. Petrokus and claim for life insurance. | | | |
| 6/17/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #289393 | T/c with M. Daniele re revised ICF forms (.2), O/c with NB re same (.2), t/c with R. Winters re proofing revised ICF forms (.1), emails with M. Morton re same (.1), review of files re same (.2). | | | |
| 6/17/13 | sskelly / Review Docs.<br>LTD/ICF | T | 1.5<br>375.00 | 562.50<br>Billable |
| #289394 | Review merged ICF forms and email to M. Morton re issues with same. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/17/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #289396 | T/c with K. Wagner re revised ICF forms. | | | |
| 6/17/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #289397 | Emails with M. Morton, K. Wagner, R. Winters re status of review of proofs of revised ICF forms (.4), review of correspondence from M. Loftus re election form (.2). | | | |
| 6/17/13 | dperson / Revise Docs.<br>LTD/ICF | T | 0.8<br>295.00 | 236.00<br>Billable |
| #291630 | Revise TSS April Monthly Statement re ICF services (.6) OC with NB re: same (.2). | | | |
| 6/17/13 | dperson / OC/TC strategy<br>LTD/ICF | T | 0.4<br>295.00 | 118.00<br>Billable |
| #291784 | Followup OC with NB re: Additional Revisions to monthly statement for April 2013 (2x) | | | |
| 6/17/13 | dperson / Prep Filing/Svc<br>LTD/ICF | T | 0.4<br>295.00 | 118.00<br>Billable |
| #291799 | Prepared TSS April ICF Monthly Statement for submission to M&E and prepared exhibits for filing. | | | |
| 6/18/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #289561 | Review revised data file from M. Morton (.4), t/c with A. Shapiro re same (.2) and t/c and emails to M. Fleming re confirmation of benefit elections for M. Loftus, T. Maziarz (.2), email to K. Wagner re same (.1). | | | |
| 6/18/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.7<br>375.00 | 262.50<br>Billable |
| #289562 | Review of past census data and election analysis re M. Loftus, T. Maziarz elections (.3), memos to K. Wagner and M. Morton re status of data file for revised ICF forms (.4). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/19/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.6<br>805.00 | 483.00<br>Billable |
| #289698 | O/c's and memos w./ SS re final individual claim forms (.3); Email w/ KCC, Towers and SS re same (.3). | | | |
| 6/19/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #290020 | Emails to M. Morton and A. Shapiro re confirmation of settlement amounts for revised ICF forms per information from Nortel (.4), review of latest proofs of ICF forms (.2) memo to M. Daniele re status of letter for revised ICF forms (.2). | | | |
| 6/19/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.2<br>375.00 | 450.00<br>Billable |
| #290021 | T/c with M. Daniele re revised ICF forms, letter to retirees (.5), t/c with M. Morton and A. Shapiro re modification to data file for revised ICF forms (.2), memos to NB re same (.3), o/c with NB re revised ICF Forms per inquiry from M. Ressner (.2). | | | |
| 6/19/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #290022 | Draft email to M. Loftus re election form (.3), t/c to K. Wagner re revised data set for ICF forms (.2), memo to NB re same (.1). | | | |
| 6/19/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #290024 | T/c with M. Ressner re revised ICF Form. | | | |
| 6/19/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #290025 | Memos with NB and K. Wagner re final data file for ICF forms (.2), email to M. Morton re reserve for G. Norman (.2), email to M. Morton and A. Shapiro re review of final proofs (.2). | | | |

Nortel Networks Section 1114
6/1/2013...6/30/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/19/13 | sskelly / Review Docs. LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #290026 | Review letter from G. Norman re reconsideration of election form and review analysis of election form for response and impact on ICF forms. | | | |
| 6/19/13 | sskelly / Review Docs. LTD/ICF | T | 1.6 375.00 | 600.00 Billable |
| #290027 | Review proofs of final ICF forms and emails to K. Wagner and M. Morton re same. | | | |
| 6/20/13 | nberger / OC/TC strategy LTD/ICF | T | 0.3 805.00 | 241.50 Billable |
| #289949 | O/c's w/ SS re status and issues re preparation of final individual claim forms. | | | |
| 6/20/13 | sskelly / Revise Docs. LTD/ICF | T | 1.0 375.00 | 375.00 Billable |
| #290042 | Review retiree file and email from A. Shapiro re same (.4), T/c with K. Wagner re proofs of revised ICF forms (.2), emails with K. Wagner and A. Shapiro re same (.4). | | | |
| 6/20/13 | sskelly / Comm. Others LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #290043 | Email to M. Loftus re revised ICF form. | | | |
| 6/20/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.7 375.00 | 262.50 Billable |
| #290044 | Draft email to retiree committee re revised ICF forms (.6), t/c with G. Donahee re same (.1). | | | |
| 6/20/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.7 375.00 | 262.50 Billable |
| #290045 | T/c to W Browning re letter from B. Coffey (.1), t/c with F. Gann re objection to election deadline (.2), o/c with NB re same (.2) , o/c with NB re status of revised ICF forms (.2) | | | |

Nortel Networks Section 1114
6/1/2013...6/30/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 6/21/13 | nberger / Correspondence<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #289951 | Email w/ Wm. Taylor re LTD/ICF services (.2);  Finalize<br>TSS April statement re same (.2). | | | |
| 6/21/13 | nberger / Correspondence<br>LTD/ICF | T | 0.4<br>805.00 | 322.00<br>Billable |
| #289998 | Email w/ M. Daniele re mailing of ICF's (.2);  Respond to N.<br>Pernick email re same (.2). | | | |
| 6/21/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #290341 | T/c with M. Ressner re revisions to ICF forms (.2), o/c with<br>NB re same (.1),<br>T/c with K. Wagner re allocation matrices (.1), email to M.<br>Morton re same (.1). | | | |
| 6/21/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #290345 | Review census and email to N. Pernick re revised ICF<br>Form for M. Mand (.2), o/c with NB re same (.1), review<br>revised allocation matrices and t/c and emails with K.<br>Wagner re same (.6). | | | |
| 6/21/13 | dperson / Prep Filing/Svc<br>LTD/ICF | T | 0.6<br>295.00 | 177.00<br>Billable |
| #292650 | Prepared and coordinated filed and service of April 2013<br>fee statement. | | | |
| 6/24/13 | sskelly / Draft Documents<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #290444 | Draft letter in response to G. Norman's letter regarding<br>objection to ICF. | | | |
| 6/24/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #290456 | Review affidavit of service for revised ICF forms. | | | |

Nortel Networks Section 1114
6/1/2013...6/30/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/25/13 | nberger / OC/TC strategy LTD/ICF | T | 0.2 805.00 | 161.00 Billable |
| #290496 | O/c w/ SS re death of retiree and effect on individual claim forms being mailed. | | | |
| 6/25/13 | sskelly / Review Docs. LTD/ICF | T | 0.4 375.00 | 150.00 Billable |
| #290679 | Review affidavit of service for mailing of revised ICF forms (.2), email to K. Wagner re revisions to same (.2). | | | |
| 6/25/13 | sskelly / Comm. Others LTD/ICF | T | 0.7 375.00 | 262.50 Billable |
| #290680 | T/c with B. Langett re death of husband and benefits (.2), o/c with NB re same (.1), email to A. Shapiro, M. Morton and T. Davis re same (.3), review revised affidavit of service re final ICF Forms (.1). | | | |
| 6/26/13 | sskelly / Comm. Others LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #290955 | Review email from R. Ryan re E. Petrokus life insurance amount in ICF (.1), memo to CS re affidavits of service re settlement for E. Petrokus (.1), t/c with W. Taylor re same (.2), memo to K. Wagner re same (.1). | | | |
| 6/27/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #291324 | Email to M. Fleming re election forms accepted by Retiree Committee. | | | |
| 6/27/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.8 375.00 | 300.00 Billable |
| #291325 | Email to M. Morton and A. Shapiro re information re C. Petrokus and life insurance benefit per inquiry from Nortel - ICF(.1), review of service of settlement documents on C. Petrokus (.2) and memo to CS re same (.1), follow up email to A. Shapiro re C. Petrokus benefit (.1), memo to NB re analysis of entitlement re same (.3). | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

*8/9/2013*
*3:59:52 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 6/28/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #291694 | T/c with K. Wagner re mailing received of ICF form for M. Reifschneider (.3), t/c to F. Selbst re package received with pro hac vice motion and ICF form (.1), follow up emails to K. Wagner re same (.2). | | | |
| 6/28/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #291695 | Email to M. Fleming re objections to LTD/Cobra elections. | | | |
| 6/29/13 | sskelly / Review Docs. LTD/ICF | T | 0.6 375.00 | 225.00 Billable |
| #291697 | Review analysis of LTD/Cobra elections and email to M. Fleming re same. | | | |

| | | |
|---|---|---|
| Matter Total: | 62.40 | 28,366.00 |
| Total Time Bill: | | 28,366.00 |
| Total Time Non Bill: | | |
| Total Costs Bill: | | |
| Total Costs Non Bill: | | |
| Total Non Billable: | | |
| Total Billable: | | 28,366.00 |
| Grand Total: | | 28,366.00 |