# EXHIBIT B

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

*8/9/2013*
*4:12:49 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 5.19 |
| Photocopies | | 0.0 | 65.90 |
| Postage | | 0.0 | 12.46 |
| Telephone | | 0.0 | 33.10 |
| Travel-ground | | 0.0 | 105.57 |
| | Grand Total: | 0.0 | 222.22 |

## Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
6/1/2013...6/30/2013

*8/9/2013*
*4:03:51 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter:  General** | | | |
| 6/1/13 | atogut / Postage<br>General | E | 0.0<br>12.46 | 12.46<br>Billable |
| #292268 | TS&S monthly postage for June 2013. | | | |
| 6/1/13 | atogut / Telephone<br>General | E | 0.0<br>18.96 | 18.96<br>Billable |
| #292292 | TS&S monthly telephone for June 2013. | | | |
| 6/1/13 | atogut / Photocopies<br>General | E | 0.0<br>65.90 | 65.90<br>Billable |
| #293172 | TS&S monthly photocopies for June 2013. | | | |
| 6/5/13 | sskelly / Telephone<br>General | E | 0.0<br>14.14 | 14.14<br>Billable |
| #290074 | Conference call held on 6/5/13 re LTD. | | | |
| 6/17/13 | sskelly / Meals<br>General | E | 0.0<br>5.19 | 5.19<br>Billable |
| #289550 | Dinner on 6/17/13 -- worked late on ICF forms. | | | |
| 6/17/13 | sskelly / Travel-ground<br>General | E | 0.0<br>105.57 | 105.57<br>Billable |
| #292444 | Car service from office on 6/17/13 after 8pm -- worked late<br>re ICF. | | | |

| | | |
|---|---|---|
| Matter Total: | 0.00 | 222.22 |
| Total Time Bill: | | |
| Total Time Non Bill: | | |
| Total Costs Bill: | | 222.22 |
| Total Costs Non Bill: | | |
| Total Non Billable: | | |
| Total Billable: | | 222.22 |
| Grand Total: | | 222.22 |