**EXHIBIT 1**

**<u>Revised Schedule</u>**

**<u>FILED UNDER SEAL</u>**