**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

**NORTEL NETWORKS, INC.**

**Chapter 11 Case No.**

**09-10138 (KG)**

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

On July 16, 2013, a Rule 3001 notice was filed to effectuate the transfer of Claim No. 1160 from Hain Capital Holding LLC to Solus Recovery Fund II Master LP (*see* Docket #11122) (the "**Rule 3001 Notice**").

The parties to the Rule 3001 Notice hereby withdraw the Rule 3001 Notice and will reach out to Epiq to ensure that the claims register properly reflects that Claim No. 1160 is held by Hain Capital Holding LLC.