**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------X
                               :

*In re*                            :        Chapter 11
                               :

Nortel Networks Inc., *et al.*,[1]     :        Case No. 09-10138 (KG)
                               :

              Debtors.    :        Jointly Administered
                               :
                               :
------------------------------------------------------X    Re: D.I. 11235, 11296

**<u>NOTICE OF SERVICE</u>**

         PLEASE TAKE NOTICE that on August 12, 2013, an unsealed copy of the following was served, in the manner indicated, upon the individuals identified on the attached service list.

1.       Notice of Filing of Revised Exhibit B (D.I. 11296, Filed 8/12/13).


Dated: August 12, 2013
Wilmington, Delaware

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                         James L. Bromley (admitted pro hac vice)
                         Lisa M. Schweitzer (admitted pro hac vice)
                         One Liberty Plaza
                         New York, NY 10006
                         Telephone: (212) 225-2000
                         Facsimile: (212) 225-3999

                         - and -

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Tamara K. Minott

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*