**Via First Class Mail**

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

**Via Hand Delivery**

Mark Kenney
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899