Case 09-10138-MFW    Doc 11320-1    Filed 08/13/13    Page 1 of 1

# Notice Recipients

District/Off: 0311−1                User: Sherry                    Date Created: 8/13/2013
Case: 09−10138−KG                   Form ID: trclaim                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5334918     US Debt Recovery V, LP     940 Southwood Blvd, Suite 101     Incline Village, NV 89451

TOTAL: 1