# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>Nortel Networks Inc., et al. | **Chapter:** 11 |
| **EIN:** 04–2486332 | **Case No.:** 09–10138–KG |
| Allen & Overy LLP, | Claim No.* (if known): 1777<br>Amount (if known): $2,737.64 |

### NOTICE OF TRANSFER OF CLAIM

To United States Debt Recover V, L.P. Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 8/9/13, a Transfer of Claim was filed with this Court purporting to transfer to Optical NN Holdings, LLC, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Transferee<br>Optical NN Holdings, LLC<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael G. Linn |
| Dated: 8/16/13 | David D. Bird<br>Clerk of Court |

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.