# Notice Recipients

District/Off: 0311−1      User: Sherry      Date Created: 8/13/2013
Case: 09−10138−KG      Form ID: trclaim      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5334918     US Debt Recovery V, LP     940 Southwood Blvd, Suite 101     Incline Village, NV 89451

TOTAL: 1