# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013 |
| Case: 09−10138−KG | Form ID: trclaim | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6949533     William Muehlenbein     131 E. Estelle Lane     Lucas, TX 75002

TOTAL: 1