# Notice Recipients

District/Off: 0311−1      User: Sherry      Date Created: 8/13/2013
Case: 09−10138−KG      Form ID: trclaim      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6949534     Jean Daigle     8612 Royton Circle     Raleigh, NC 27613

TOTAL: 1