# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013 |
| Case: 09−10138−KG | Form ID: trclaim | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6949535    Donald Stevens    2737 Starbird Drive    Costa Mesa, CA 92626(uW

TOTAL: 1