UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2013 AUG 12  AM 9: 40

In RE:                                                              Case No. 09-10138 (KG)
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Nortel Networks, Inc./


NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed;


FROM:                                                               TO:
Alvarez and Marsal Business Consulting, LLC                         Alvarez and Marsal Business Consulting, LLC

600 Lexington Avenue                                                600 Madison Avenue

6th Floor                                                           8th Floor

New York, NY 10022                                                  New York, NY 10022


Date:   August 7, 2013                                              _____
                                                                    Joel A. Poretsky
                                                                    Vice-President