# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013 |
| Case: 09−10138−KG | Form ID: trclaim | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6949685     Engwer, Darwin     5417 NW 150TH PL     Portland, OR 97229

                                                                                      TOTAL: 1