# Notice Recipients

District/Off: 0311−1          User: Sherry                Date Created: 8/13/2013
Case: 09−10138−KG            Form ID: trclaim             Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6949688     Whiting, Michael     8338 NW 37th Street     Sunrise, FL 33351

TOTAL: 1