# Notice Recipients

District/Off: 0311−1      User: Sherry      Date Created: 8/13/2013
Case: 09−10138−KG      Form ID: trclaim      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6949686     O'Malley, Jennifer     4313 Mystic Valley CT.     Antioch, TN 37013

TOTAL: 1