# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Nortel Networks Inc., et al.

**Chapter:** 11

**EIN:** 04–2486332

**Case No.:** 09–10138–KG

Allen & Overy LLP,

Claim No.* (if known): 2120  
Amount (if known): $39,895.52

### NOTICE OF TRANSFER OF CLAIM

To Teresa H Pavlic Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 8/13/13, a Transfer of Claim was filed with this Court purporting to transfer to Solus Opportunities Fund 1 LP, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court | Solus Opportunities Fund 1 LP |
| District of Delaware | C/O Solus Alternative Asset Mangagement LP |
| 824 Market Street | 410 Park Avenue, 11th Floor |
| Wilmington, DE 19801 | New York, NY 10022 |

Dated: 8/16/13

David D. Bird  
Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.