# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013 |
| Case: 09−10138−KG | Form ID: trclaim | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 6614847 | Theresa Wilke | 4012 Fern Meadow Drive | Cary, NC 27513−8114 |
| | Teresa H Pavlic | 813 Genford Court | Raleigh, NC 27609 |

TOTAL: 2