# Notice Recipients

District/Off: 0311−1  User: Sherry  Date Created: 8/13/2013
Case: 09−10138−KG  Form ID: trclaim  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6957906   Barry McHan   224 East 52nd Street, Apt 15   New York, NY 10022

TOTAL: 1