# Notice Recipients

District/Off: 0311−1     User: Sherry     Date Created: 8/13/2013
Case: 09−10138−KG     Form ID: trclaim     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6957908     Robert McCabe     2009 Mission Road     Edmond, OK 73034

TOTAL: 1