# Notice Recipients

District/Off: 0311−1     User: Sherry          Date Created: 8/13/2013
Case: 09−10138−KG        Form ID: trclaim      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6957909     Anthony Leger     9409 Stone Mountain Road     Raleigh, NC 27613

TOTAL: 1