# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                      **Chapter:** 11
Nortel Networks Inc., et al.

  **EIN:** 04–2486332                       **Case No.:** 09–10138–KG

  Allen & Overy LLP,                      Claim No.* (if known): 4523
                                                Amount (if known): $

### NOTICE OF TRANSFER OF CLAIM

To TBG Insurance Services, Inc. Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 8/13/13, a Transfer of Claim was filed with this Court purporting to transfer to Hain Capital Holdings, LLC, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court                              Transferee
United States Bankruptcy Court              Hain Capital Holdings, LLC
District of Delaware                        301 Route 17, 7th Floor
824 Market Street                           Rutherford, NJ 07070
Wilmington, DE 19801                        Attn: Amanda Papoport

Dated: 8/16/13                              David D. Bird
                                            Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.*