# Notice Recipients

| District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013 |
|---|---|---|
| Case: 09−10138−KG | Form ID: trclaim | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| 6957911 | TBG Insurance Services, Inc. | Att: Robert Kaufman | 5001 Spring Valley Road, Suite 650 E | Dallas, TX 75244 |

                                                                                                                TOTAL: 1