# Notice Recipients

District/Off: 0311−1     User: Sherry     Date Created: 8/13/2013
Case: 09−10138−KG     Form ID: trclaim     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6957913     Ann Bridenstine     5924 Crosspoint Ln     Brentwood, TN 37027

TOTAL: 1