Case 09-10138-MFW Doc 11355-1 Filed 08/13/13 Page 1 of 1

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013 |
| Case: 09−10138−KG | Form ID: trclaim | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6957916    Mark Pierret    147 Clarendon Circle    Franklin, TN 37069

TOTAL: 1