# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.

**Chapter:** 11

**EIN:** 04–2486332

**Case No.:** 09–10138–KG

Allen & Overy LLP,

Claim No.* (if known): 3028
Amount (if known): $

### NOTICE OF TRANSFER OF CLAIM

To Cinda H. Montgomery Claimant/Transferor:

YOU ARE HEREBY NOTIFIED that on 8/13/13, a Transfer of Claim was filed with this Court purporting to transfer to Hain Capital Holdings, LLC, Transferee, a claim previously filed by you.

Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court | Transferee |
| United States Bankruptcy Court | Hain Capital Holdings, LLC |
| District of Delaware | 301 Route 17, 7th Floor |
| 824 Market Street | Rutherford, NJ 07070 |
| Wilmington, DE 19801 | Attn: Amanda Papoport |

Dated: 8/16/13

David D. Bird
Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.