# Notice Recipients

District/Off: 0311−1 | User: Sherry | Date Created: 8/13/2013
Case: 09−10138−KG | Form ID: trclaim | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
6957917     Cinda H. Montgomery     9600 Berryville Ct.     Raleigh, NC 27617

TOTAL: 1