# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | **Hearing Date: September 24, 2013 @ 10:00 a.m.** |

---------------------------------------------------------------x

## SEVENTH QUARTERLY FEE APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al*, AND ITS AFFILIATED DEBTORS
## <u>FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013.</u>

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.1. 222) (the "Monthly Compensation Order"), Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") hereby submits its seventh Quarterly Fee Application Request (the "Request") for the period February 1, 2013 through and including April 30, 2013 (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

A&M seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fee Sought |
|---|---|---|---|---|---|---|
| 6/11/2013 DN#10846 | 2/1/13 – 2/28/13 | $390,399.90 | $6,047.89 | $312,319.92 | $6,047.89 | $78,079.98 |
| 7/26/2013 DN#11217 | 3/1/2013 – 3/31/2013 | $379,974.50 | $1,989.92 | $303,979.60 | $1,989.92 | $75,994.90 |
| 8/5/2013 DN#11265[2] | 4/1/2013 – 4/30/2013 | $353,417.40 | $2,136.25 | $282,733.92 | $2,136.25 | $70,683.48 |
| Total | 2/1/13- 4/30/13 | $1,123,791.80 | $10,174.06 | $899,033.44 | $10,174.06 | $224,758.36 |

In accordance with the Monthly Compensation Order, A&M seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, A&M respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant A&M such other and further relief as is just and proper.

Dated: August 14, 2013  
New York, NY

**ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC**

Ronald M. Winters  
600 Madison Avenue, 8th Floor  
New York, NY 10022  
Telephone: 212-759-4433  
Facsimile: 240-331-1344  
rwinters@alvarezandmarsal.com

*Financial Advisor to the Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants*

---

[2] April Fee Application, requested only 80% of amount of fee allowed and excluded April expenses, the table above corrects this error.

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| R. Winters | Managing Director / Healthcare and Restructuring | $650.00 | 1,018.2 | $661,810.50 |
| N. Alvarez | Managing Director / Restructuring | $825.00 | 21.5 | 17,737.50 |
| K. Gregson | Managing Director / Employee Benefits | $700.00 | 598.1 | 418,635.00 |
| L. Ryan | Managing Director / Forensics and Disputes | $650.00 | 30.3 | 19,695.00 |
| J. Baliban | Managing Director / Litigation Support | $650.00 | 79.9 | 51,935.00 |
| E. Cohen-Cole | Managing Director / Litigation Support | $825.00 | 11.3 | 9,322.50 |
| B. Whyte | Managing Director / Restructuring | $825.00 | 17.0 | 14,025.00 |
| C. Henderson | Managing Director / Tax and Benefits | $660.00 | 263.2 | 173,606.40 |
| T. Horton | Managing Director / Tax and Benefits | $740.00 | 8.2 | 6,068.00 |
| R. Miller-Mizia | Managing Director / Litigation Support | $600.00 | 4.3 | 2,580.00 |
| B. Cumberland | Managing Director / Tax and Benefits | $825.00 | 9.0 | 7,425.00 |
| D. Spragg | Managing Director / Risk Management | $650.00 | 11.5 | 7,475.00 |
| J. McDermott | Managing Director / Risk Management | $775.00 | 8.1 | 6,277.50 |
| J.D. Ivy | Managing Director / Tax and Benefits | $825.00 | 28.1 | 23,182.50 |
| A. Johnson | Senior Director / Tax and Benefits | $550.00 | 53.2 | 29,260.00 |

| M. Arnaoudona | Senior Director / Healthcare and Restructuring | $550.00 | 134.6 | 74,030.00 |
|---|---|---|---|---|
| J. Forte | Senior Director / Litigation Support | $550.00 | 28.8 | 15,840.00 |
| E. Chiu | Senior Director / Litigation Support | $550.00 | 37.6 | 20,680.00 |
| D. Greer | Senior Director / Restructuring | $550.00 | 1,573.3 | 865,287.50 |
| R. Mizak | Senior Director / Restructuring | $600.00 | 802.7 | 441,485.00 |
| M. Spittell | Senior Director / Tax and Benefits | $550.00 | 194.8 | 107,123.50 |
| M. Lopez | Director / Restructuring | $450.00 | 26.4 | 11,893.50 |
| S. Fulmer | Director / Tax and Benefits | $480.00 | 41.3 | 19,824.00 |
| M. Sekerke | Director / Litigation Support | $500.00 | 5.3 | 2,650.00 |
| M. Zheng | Manager/ Litigation Support | $385.00 | 60.5 | 23,279.67 |
| M. Congedo | Director / Healthcare and Restructuring | $500.00 | 136.0 | 68,000.00 |
| E. Norris | Director / Healthcare and Restructuring | $450.00 | 73.9 | 33,255.00 |
| H. Johnston | Director / Healthcare | $400.00 | 4.8 | 1,920.00 |
| S. Crawford | Director / Tax and Benefits | $465.00 | 16.7 | 7,765.50 |
| V. Bodnar | Principal & Consulting Actuary / Actuarial | $475.00 | 362.1 | 171,997.50 |
| R. Yee | Principal & Consulting Actuary / Actuarial | $452.00 | 263.1 | 118,898.60 |
| S. Pena | Consulting Actuary / Actuarial | $330.00 | 2.5 | 825.00 |
| E. Lesher | Consulting Actuary / Actuarial | $265.00 | 34.0 | 9,010.00 |
| M. Naik | Consulting Actuary / Actuarial | $265.00 | 1.8 | 477.00 |
| M. Zilberman | Consulting Actuary / Actuarial | $265.00 | 11.8 | 3,047.50 |
| M. Morton | Consulting Actuary / Actuarial | $252.00 | 399.8 | 100,737.00 |
| A. Shapiro | Consulting Actuary / Actuarial | $136.00 | 549.0 | 74,657.20 |
| M. Leahan | Consulting Actuary / Actuarial | $176.00 | 27.7 | 4,875.20 |
| D. Blustein | Consulting Actuary / Actuarial | $172.00 | 1.5 | 258.00 |
| P. Colasanto | Consulting Actuary / Actuarial | $192.00 | 0.3 | 57.60 |
| R. Guida | Consulting Actuary / Actuarial | $160.00 | 20.3 | 3,240.00 |

| J. Lierer | Consulting Actuary / Actuarial | $330.00 | 7.5 | 2,475.00 |
|---|---|---|---|---|
| S. Sames | Consulting Actuary / Actuarial | $565.00 | 14.8 | 8,362.00 |
| L. Berthiaumu | Consulting Actuary / Actuarial | $565.00 | 2.7 | 1,525.50 |
| Wei-Kiat Teo | Consulting Actuary / Actuarial | $555.00 | 11.0 | 6,105.00 |
| K. Yu[1] | Consulting Actuary / Actuarial | $265.00 | 2.0 | 530.00 |
| A. Patel | Senior Associate / Healthcare and Restructuring | $375.00 | 13.0 | 4,875.00 |
| E. Haedicke | Senior Associate / Litigation Support | $250.00 | 3.8 | 950.00 |
| S. Charlesworth | Senior Associate / Tax and Benefits | $340.00 | 64.1 | 21,794.00 |
| E. Swanson | Senior Associate/ Tax and Benefits | $340.00 | 0.3 | 102.00 |
| I. Dimkova | Associate / Healthcare and Restructuring | $375.00 | 24.6 | 9,225.00 |
| D. Bell | Associate / Tax and Benefits | $210.00 | 2.0 | 420.00 |
| K. Kelly | Analyst / Healthcare | $250.00 | 1.0 | 250.00 |
| W. Fugazy | Analyst / Restructuring | $200.00 | 387.8 | 77,560.00 |
| B. Nassau | Analyst / Healthcare | $200.00 | 64.2 | 12,849.33 |
| **TOTAL:** | | | **7,570.5** | **$3,777,146.80** |
| | *Blended Rate* | | | **$498.93** |

---

[1] Time for Kaihua Yu was billed in A&M's February 2013 (17th) invoice, and her detailed time entries were included in Appendix A, but her time was mistakenly not included in the "Compensation by Professional Overview" for that month.

3

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

|   | Project Category | Category Description | Hours | Total Fees |
|---|---|---|---|---|
| 1 | Information Requests | Preparation, review of or revisions to information requests; organization and distribution of information received in response to requests. | 82.1 | 45,080.60 |
| 2 | Review – General | General review of documents provided by Debtor or other professionals and constituents | 154.7 | 79,413.80 |
| 3 | Review – Actuarial | Review of actuarial reports, including the input and assumptions used therefor | 347 | 114,930.00 |
| 4 | Review – Financial | Review monthly operating reports and other financial reports of the company | 73.6 | 38,417.50 |
| 5 | Modeling | Development, review and revision of financial and actuarial models | 961.3 | 322,101.07 |
| 6 | Other – Financial | Other financial analysis | 30.1 | 15,675.00 |
| 7 | Comm – Client | Communications with client(s) | 63.6 | 28,077.00 |
| 8 | Comm – Pro | Communications with other professionals | 973.4 | 521,994.90 |
| 9 | Comm – Other | Communications with other constituents | 41.1 | 26,945.00 |
| 10 | E-Mail | Inter-office email | 345.5 | 175,702.75 |
| 11 | Meetings | Preparation for and participation in meetings with client(s), counsel, Debtor, other advisors, and other constituents | 910.4 | 498,868.45 |
| 12 | Reports and Presentations | Preparation of reports and presentations to our clients, other advisors, counsel, or others constituents | 774.6 | 364,290.83 |
| 13 | Legal | Preparation for, and attendance at, hearings before the Court, and support for counsel in identifying, pursuing, or defending causes of action. | 447 | 229,476.20 |
| 14 | Research | Research related to the engagement. | 133.9 | 68,365.70 |
| 15 | Engagement Management | Planning and coordinating the professionals' engagement team activities, participating in engagement team meetings, maintaining engagement files, preparation of fee applications, invoices, and time summaries and responding to inquiries by the U. S. Trustee and other Parties in Interest. | 240.4 | 97,354.70 |

4

| | | | | |
|---|---|---|---|---|
| 16 | Travel Time (Billed at 50% Rates)[2] | Non-working travel time to be billed at one-half total travel time. | 37.9 | 23,388.00 |
| 17 | Benefits | Research and analysis related to existing and alternative structures and programs for the provision of benefits to Retirees and LTD Participants. | 212.4 | 121,253.70 |
| 18 | Negotiations | Preparation for and participation in settlement discussions and negotiations | 835.4 | 508,522.30 |
| 27 | Tax | Analysis of tax issues. | 416.7 | 239,254.70 |
| 28 | Settlement Implementation | Preparation of analysis, presentations and communications in support of settlement implementation. | 490.2 | 258,034.60 |
| | **TOTAL:** | | **7,570.5** | **$3,777,146.80** |

**CUMULATIVE EXPENSE SUMMARY**

| **Expense Category** | **Total Expenses** |
|---|---|
| Meals | $295.22 |
| Transportation | 10,973.61 |
| Telephone | 3,905.24 |
| Research Expense | 66.64 |
| Miscellaneous | 464.89 |
| Mail / Post Office | 442.29 |
| | |
| | |
| **Total Expenses**[3] | **$16,147.89** |

---

[2] As further detailed in the time descriptions provided in Exhibit A to A&M's Monthly Fee Statements, the total hours shown for travel time are 50% of the actual time incurred, and total fees are full rates multiplied by 50% of actual time.

[3] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

5

2