# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of July 1, 2013 through July 31, 2013

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of July 1, 2013 through July 31, 2013 | $ 467,170.23 | $ 2,262.75 | $ 469,432.98 |

Exhibit C                                                                                                   Page 1 of 1