<u>**Exhibit G**</u>

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of July 01, 2013 through July 31, 2013

| Expense Category | Expenses |
|---|---:|
| Airfare | $ 575.80 |
| Lodging | $ 1,154.55 |
| Meals | $ 201.43 |
| Parking | $ 36.00 |
| Ground Transportation | $ 120.00 |
| Office Expense | $ - |
| Professional | $ 160.87 |
| Miscellaneous | $ 14.10 |
| For the period of July 01, 2013 through July 31, 2013 | $ 2,262.75 |