# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of July 01, 2013 through July 31, 2013

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 07/17/13 | Kim Ponder | Notary Public Class, License, and Registration | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Professional | North Carolina Secretary of State | $ | 60.00 |
| | Professional | Wake Tech Community College | $ | 100.87 |
| | Total | | $ | 160.87 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 7/18/13 - 7/20/13 | Jane C. Davison | Meeting at CGSH Office regarding Radware & miscellaneous estate discovery items | New York, NY | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | American Airlines - Economy | $ | 575.80 |
| | Lodging | Marriott | $ | 1,154.55 |
| | Meals | Various | $ | 103.66 |
| | Parking | RDU Airport Authority | $ | 36.00 |
| | Ground Transportation | Carturo Car Service | $ | 120.00 |
| | Miscellaneous | Marriott Internet Access | $ | 14.10 |
| | Total | | $ | 2,004.11 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 07/23/13 | Timothy C. Ross | Lunch take out purchased for Debtors Counsel and Interrogatory in the Raleigh office performing potential witness interviews. | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Meals | Jimmy John's Deli Take Out | $ | 57.27 |
| | Total | | $ | 57.27 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 07/24/13 | William D. Cozart | Lunch take out purchased for Debtors Counsel and Interrogatory in the Raleigh office performing potential witness interviews. | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Meals | Jimmy John's Deli Take Out | $ | 40.50 |
| | Total | | $ | 40.50 |

| For the period of July 01, 2013 through July 31, 2013 | | $ | 2,262.75 |
|---|---|---|---|