Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2013

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/14/13 | EH | Review ECF notices and download agenda for 5/15/13 telephonic hearing; review agenda and forward to R. Lemisch and J. Hoover | 0.10 |
| 05/17/13 | EH | Review ECF notices and download agenda for 5/21/13 hearing; review agenda and forward to J. Hoover and R. Lemisch | 0.10 |
| 05/20/13 | EH | Review ECF notices and download amended agenda for 5/21/13 hearing; review agenda and email R. Lemisch and J. Hoover regarding cancellation of hearing | 0.10 |
| 05/30/13 | EH | Review email from J. Hoover requesting copy of Canadian creditors' committee response to core parties' opening allocation positions; download response and forward to J. Hoover | 0.10 |
| 05/30/13 | EH | Review 5/30/13 adversary status report | 0.10 |
| 06/03/13 | EH | Review ECF notices and download BFCA February - April 2013 fee application; track objection deadline | 0.10 |
| 06/03/13 | EH | Review ECF notices and download BFCA eleventh quarterly fee application; track objection deadline and hearing date | 0.10 |
| 06/21/13 | EH | Review ECF notices and download agenda for 6/25/13 hearing; review agenda and email J. Hoover and R. Lemisch regarding status of same | 0.10 |
| 06/24/13 | EH | Review ECF notices and download amended agenda for 6/25/13 hearing; review agenda | 0.10 |
| 06/26/13 | EH | Review ECF notices and download seventeenth omnibus fee order; forward to R. Lemisch, J. Hoover and L. Behra | 0.10 |
| 07/02/13 | EH | Review notice of rescheduled 8/21/13 and 8/28/13 omnibus hearings; track continued hearing date | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.10 | $264.00 |
| | | | 1.10 | $264.00 |
| | | TOTAL: | 1.10 | $264.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2013

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/03/13 | RHL | Edit time for fee application | 0.10 |
| 05/13/13 | LMB | Preparation of BFCA monthly fee application for February through April 2013 | 0.90 |
| 05/14/13 | RHL | Review fee application for filing (27th) | 0.20 |
| 05/15/13 | LMB | Preparation of BFCA monthly fee application for February 1 through April 30, 2013 | 0.20 |
| 05/15/13 | LMB | Docket objection deadline regarding BFCA monthly fee application for February 1 through April 30, 2013 | 0.10 |
| 05/15/13 | LMB | File BFCA monthly fee application for February 1 through April 30, 2013 | 0.10 |
| 05/15/13 | LMB | Preparation of BFCA Quarterly Fee Application for February through April 2013 | 0.30 |
| 05/15/13 | LMB | File BFCA Quarterly Fee Application for February through April 2013 | 0.10 |
| 05/15/13 | LMB | Docket hearing date regarding BFCA Quarterly Fee Application for February through April 2013 | 0.10 |
| 06/10/13 | LMB | Review docket regarding objections to BFCA monthly fee statement for February through April 2013 | 0.20 |
| 06/10/13 | LMB | Prepare CNO regarding BFCA monthly fee statement for February through April 2013 | 0.10 |
| 06/10/13 | LMB | File CNO regarding BFCA monthly fee statement for February through April 2013 | 0.10 |
| 06/11/13 | LMB | Review and revise BFCA fees and expenses for May 2013 | 0.10 |
| 07/01/13 | LMB | Review email from J. Hoover regarding Omnibus hearing dates relative to fee applications and calendar same | 0.20 |
| 07/09/13 | RHL | Edit time for fee application | 0.10 |
| 07/09/13 | LMB | Review and revise BFCA fees and expenses for June 2013 | 0.10 |
| 07/10/13 | EH | Review ECF notices and download order appointing fee examiner and establishing fee procedures; review order and forward to L. Behra | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 07/17/13 | JRH | Emails with L. Behra regarding Nortel fee order | 0.10 |
| 07/22/13 | LMB | Prepare Fee Examiner request of documents and email same | 0.40 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.10 | $39.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.50 | $289.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $200.00 | 3.00 | $600.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 3.20 | $648.00 |
| | | TOTAL: | 3.70 | $937.50 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2013

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/31/13 | JRH | Review stipulation regarding settlement of certain Nortel claims and emails with C. Fischer, Esquire regarding same | 0.50 |
| 07/08/13 | JRH | Review Nortel emails related to claims objections | 0.30 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.80 | $316.00 |
| | | | 0.80 | $316.00 |
| | | TOTAL: | 0.80 | $316.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 05/15/13 | LMB | Document Reproduction 54 copies | 5.40 |
| 05/15/13 | LMB | Document Reproduction 81 copies | 8.10 |
| 05/15/13 | LMB | Document Reproduction 27 copies | 2.70 |
| | | TOTAL: | $16.20 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/15/13 | LMB | FedEx 05/15/13 Lisa M. Behra to Thomas P. Tinke | 13.10 |
| 05/15/13 | LMB | FedEx 05/15/13 Lisa M. Behra to Derek C. Abbott | 13.10 |
| 05/15/13 | LMB | FedEx 05/15/13 Lisa M. Behra to Mark Collins Ch | 13.10 |
| 05/15/13 | LMB | FedEx 05/15/13 Lisa M. Behra to Fred S. Hodara | 13.10 |
| | | TOTAL: | $52.40 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 06/10/13 | XXX | Computer Research - Pacer PACER    JUNE 2013 38 PAGES | 3.00 |
| 06/28/13 | JES | Computer Research - Westlaw | 408.21 |
| | | TOTAL: | $411.21 |