IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**TWELFTH QUARTERLY APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM MAY 1, 2013 THROUGH JULY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Benesch Friedlander Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | November 8, 2010 *nunc pro tunc* to September 17, 2010 |
| Period for which Compensation and Reimbursement of Expenses is Sought: | May 1, 2013 through July 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,517.50 |
| Amount of Expense Reimbursement Allowed as Actual, Reasonable and Necessary: | $479.81 |

**SUMMARY OF MONTHLY FEE APPLICATIONS FOR COMPENSATION PERIOD**

| Fee Application Filed: | Total Fees Requested: | Total Expenses Requested: | Certification of No Objection Filed: | Approved Fees: | Approved Expenses: | Amount of Holdback Sought: |
|---|---|---|---|---|---|---|
| 08/15/13<br><br>[Docket No. 11384]<br><br>05/01/13 – 07/31/13 | $1,517.50 | $479.81 | To be filed after 09/04/2013 | $1,214.00 | $479.81 | $1,693.81 |
| TOTAL: | $1,517.50 | $479.81 | | $1,214.00 | $479.81 | $1,693.81 |

In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals dated February 4, 2009 entered at Docket No. 222 (the "Monthly Compensation

Order"), Benesch Friedlander Coplan & Aronoff LLP seeks interim approval of the full amount

of fees and expenses set forth in the above-referenced fee applications (with the release of all

holdbacks) and authorization for the above-captioned debtors and debtors-in-possession to pay

the amounts requested in such fee applications in full.

WHEREFORE, Benesch Friedlander Coplan & Aronoff LLP respectfully requests that

the Court enter an order and grant such other and further relief as is just and proper.

Dated: August 15, 2013

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**

By:    */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Telephone:  (302) 442-7006
Facsimile:  (302) 442-7012
jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

**CUMULATIVE COMPENSATION BY PROFESSIONAL**

| Name of Professional | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer R. Hoover, Esquire | Partner as of January 1, 2012.  Associate since 2007.  Member of the DE Bar since 2007.  Member of the PA Bar since 2001. | $395.00 | 0.90 | $355.50 |
| Raymond H. Lemisch, Esquire | Partner since 2007. Member of the DE Bar since 2002; Member of the PA Bar since 1985; Member of the NJ Bar since 1986; and Member of the CT Bar since 1984. | $625.00 | 0.40 | $250.00 |
| Lisa M. Behra, Paralegal | Paralegal since 1999 | $200.00 | 3.00 | $600.00 |
| Elizabeth Hein, Paralegal | Paralegal since 2009 | $240.00 | 1.30 | $312.00 |
| **TOTALS:** | | | **5.60** | **$1517.50** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.10 | $264.00 |
| Firm Retention/Fees | 3.70 | $937.50 |
| General Claims Matters | 0.80 | $316.00 |
| **Totals** | **5.60** | **$1517.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Photocopying | In-house | $16.20 |
| Photocopying/Courier/E-filing | Parcels, Inc./Reliable | $0.00 |
| Delivery Charges | Federal Express | $52.40 |
| Long Distance | | $0.00 |
| Postage | | $0.00 |
| Computer Research | Westlaw/Pacer | $411.21 |
| Meals | | $0.00 |
| Outside Professional Services | Parcels, Inc. (Virtual Docket) | $0.00 |
| Local Counsel Fee | Womble Carlyle | $0.00 |
| **Total** | | **$479.81** |