IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11284, 11286, 11288** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
14th day of August, 2013

/s/
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2013

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  UNITED STATES DEBT RECOVERY V, LP
         TRANSFEROR: CORRE OPPORTUNITIES FUND, LP
         5575 KIETZKE LANE, SUITE A
         RENO, NV 89511

Please note that your schedule in the above referenced case and in the amount of
    $5,386.08 allowed at $5,386.08  has been transferred (**unless previously expunged by court order**) to:

         OPTICAL NN HOLDINGS, LLC
         TRANSFEROR: UNITED STATES DEBT RECOVERY
         ONE MARITIME PLAZA, SUITE 2100
         ATTN: MICHAEL G. LINN
         SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11277    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/09/2013                    David D. Bird, Clerk of Court

                                    /s/ Kimberly Murray
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 9, 2013.

# EXHIBIT B

| Name | Address |
|---|---|
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: UNITED STATES DEBT RECOVERY ONE MARITIME PLAZA, SUITE 2100 ATTN: MICHAEL G. LINN SAN FRANCISCO CA 94111 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: ADEX CORPORATION 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, LP 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: CUSTOMERSAT COM 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: ELEAD CORP, LLC 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: SOAPSTONE NETWORKS INC. 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: STREAMLINE CIRCUITS CORP. 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: TIPPIT INC 5575 KIETZKE LANE, SUITE A RENO NV 89511 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: CONSOLIDATED OPERATOR SERVICE 5575 KIETZKE LANE, SUITE A RENO NV 89511 |

Total Number of Records Printed　　9

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006