# **EXHIBIT B**

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
7/1/2013...7/31/2013

*8/12/2013*
*2:36:14 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Overnight Couri | | 0.0 | 21.37 |
| Photocopies | | 0.0 | 123.70 |
| Telephone | | 0.0 | 15.70 |
| | Grand Total: | 0.0 | 160.77 |

1

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
7/1/2013...7/31/2013

*8/12/2013*
*2:36:45 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|

### Matter: General

| 7/1/13 | atogut / Telephone<br>General | E | 0.0<br>6.04 | 6.04<br>Billable |
|---|---|---|---|---|
| #296595 | TS&S monthly telephone for July 2013. | | | |
| 7/1/13 | atogut / Photocopies<br>General | E | 0.0<br>123.70 | 123.70<br>Billable |
| #301429 | TS&S monthly photocopies for July 2013. | | | |
| 7/10/13 | sskelly / Telephone<br>General | E | 0.0<br>9.66 | 9.66<br>Billable |
| #296699 | Conference call held on 7/10/13 re LTD. | | | |
| 7/17/13 | dperson / Overnight Couri<br>General | E | 0.0<br>21.37 | 21.37<br>Billable |
| #296758 | FedEx to Judith Scarborough of Master, Sidlow, et al. -- Monthly Statements Fee Exam. | | | |

|  | Matter Total: | 0.00 | 160.77 |
|---|---|---|---|
| | Total Time Bill: | | |
| | Total Time Non Bill: | | |
| | Total Costs Bill: | | 160.77 |
| | Total Costs Non Bill: | | |
| | Total Non Billable: | | |
| | Total Billable: | | 160.77 |
| | Grand Total: | | 160.77 |

Page: 1