IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   :
*In re*                                            :   Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 :   Case No. 09-10138 (KG)
                                                   :
        Debtors.                      :   Jointly Administered
                                                   :
                                                   :
                                                   :   **Re: D.I. 7931, 8270, 9673, 10408, 11138**
                                                   :
---------------------------------------------------X

**NOTICE OF FILING OF DECLARATION OF LYNN SCHNEIDER IN RESPONSE TO
THE MEMORANDUM ORDER DENYING THE LETTER OF ESTELLE LOGGINS
FOR APPEAL FOR JUSTICE AND CONTINUED
<u>SUPPORT AND RELATED MOTIONS</u>**

    PLEASE TAKE NOTICE that on July 17, 2013, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered the *Memorandum Order* (D.I. 11138) (the "<u>Memorandum Order</u>") regarding various letters and motions filed by Estelle Loggins ("<u>Ms. Loggins</u>").

    PLEASE TAKE FURTHER NOTICE that the Memorandum Order provides that the Court will deny Ms. Loggins' request for reimbursement for Medicare Part B premiums if the above-captioned debtors in possession (the "<u>Debtors</u>") provide the Court with evidence confirming that a check was issued in January 2012 to correct an underpayment of $338.40 to Ms. Loggins.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is the *Declaration of Lynn Schneider in Response to the Memorandum Order Denying the Letter of Estelle Loggins for Appeal for Justice and Continued Support and Related Motions* (the "Schneider Declaration"). As requested by the Memorandum Order, the Schneider Declaration explains that on or about January 17, 2012, The Prudential Insurance Company of America ("Prudential") distributed a payment to Ms. Loggins in the amount of $338.40 via electronic funds transfer (the "EFT Payment") into a bank account owned and designated by Ms. Loggins for receipt of her benefits under the Nortel Networks Inc. Long-Term Disability Plan.

PLEASE TAKE FURTHER NOTICE that attached as exhibits to the Schneider Declaration are (1) correspondence from Prudential to Ms. Loggins dated January 13, 2012, notifying Ms. Loggins of the reimbursement adjustment to her Medicare Plan B premiums; and (2) a redacted screen shot from Prudential's claim system showing the EFT Payment of $338.40 to Ms. Loggins on January 17, 2012.

PLEASE TAKE FURTHER NOTICE that the Debtors submit that the Schneider Declaration and its attached exhibits satisfy the Court's request in the Memorandum Order for evidence confirming the payment of $338.40 to Ms. Loggins on account of Ms. Loggins' Medicare Plan B premiums.

[*Remainder of Page Intentionally Blank*]

Dated: August 16, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

3