# **Exhibit A**

[Schneider Declaration]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
: **RE: D.I. 7931, 8270, 9673, 10408, 11138**
:
---------------------------------------------------------------X

### DECLARATION OF LYNN SCHNEIDER IN RESPONSE TO THE MEMORANDUM ORDER DENYING THE LETTER OF ESTELLE LOGGINS FOR APPEAL FOR JUSTICE AND CONTINUED SUPPORT AND RELATED MOTIONS

I, Lynn Schneider, declare under penalty of perjury as follows:

1.  I am a Team Lead for Disability Claims for the Group Insurance business unit of The Prudential Insurance Company of America ("Prudential"), which position I have held since 1998. Prudential served as the administrator for the Nortel Networks Inc. Long-Term Disability Plan (the "LTD Plan") that was maintained by Nortel Networks Inc. ("NNI") and the other above-captioned debtors (together, the "Debtors") until its termination on June 30, 2013. My job responsibilities as Team Lead include, without limitation, the review of claims paid under the LTD Plan to ensure that proper offsets and adjustments are reflected.

2.  I respectfully submit this declaration in response to the request set forth in the Memorandum Order dated as of July 17, 2013 [D.I. 11138] for evidence confirming that payment was made to Estelle Loggins for any corrections relating to her Medicare Plan B premiums for periods on or before June 30, 2013. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by employees of Prudential or their affiliates and professionals retained by the Debtors, or learned

from my review of relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3. Ms. Loggins was approved for the Medicare Part B premium on August 3, 2003. Her Medicare Part B premium reimbursement amounts were applied to her income continuation benefits beginning in August 2003 and continuing through December 2012, at which time Ms. Loggins reached the maximum age of eligibility for benefits under the LTD Plan and stopped receiving income continuation payments.

4. On or about January 17, 2012, Prudential distributed a payment to Ms. Loggins in the amount of $338.40 via electronic funds transfer (the "EFT Payment"). The EFT Payment was deposited into a bank account owned and designated by Ms. Loggins for receipt of her LTD Plan benefits. The EFT Payment was intended to reimburse Ms. Loggins for an adjustment in her Medicare Plan B premiums that became effective on January 1, 2010 and had not previously been reflected in her monthly payments under the LTD Plan.

5. According to Prudential's books and records, the EFT Payment reflected the only outstanding amounts due to Ms. Loggins on account of her Medicare Plan B premiums at that time. Prudential adjusted the amount of the Medicare Part B premium paid to Ms. Loggins on or about January 13, 2012 to correct the underpayment, and properly reimbursed her for those premiums up to and including the termination of her income continuation benefits.

6. Attached to this declaration is a true and correct copy of the following documents obtained from Prudential's business records:

**Exhibit 1:** Correspondence from Prudential to Ms. Loggins dated January 13, 2012 notifying her of the reimbursement adjustment to her Medicare Plan B premiums

**Exhibit 2:** A redacted screen shot from Prudential's claim system showing the EFT Payment of $338.40 to Ms. Loggins on January 17, 2012

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _August 13,_, 2013

_____
Lynn Schneider

# **Exhibit 1**

Claims Services Provided by

**The Prudential Insurance Company of America**

**Lynn Schneider**
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87626
Fax: (877) 889-4885
**Website:** www.prudential.com/mybenefits

January 13, 2012

Estelle Loggins
6717 Latta St.
Dallas, TX  75227

Claimant: Estelle Loggins
Claim No.: 10328806
Date of Birth: 12/11/1947
Control No./Br.: 39900  /  000RB

||..|.|.|..|.|.|..|.||..||..||

Dear Ms. Loggins:

Upon a quality control review of your Long-Term Disability (LTD) benefit payments, we uncovered an error in the calculation and subsequent payment of your benefits. The error occurred due to an incorrect calculation of your Medicare Reimbursement. As a result, your claim had been underpaid by $338.40.

A payment for $338.40, less any applicable deductions, will be issued to your bank account.. Effective with your January check, the correct amount of your monthly net LTD benefit will be paid. Your corrected monthly net LTD benefit as of January is $2547.82. We apologize for any inconvenience this error may have caused you.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
***Lynn Schneider***
Lynn Schneider
Disability Consultant

# **Exhibit 2**

