# EXHIBIT B



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

Salans FMC SNR Denton
dentons.com

T 416 863 4511
F 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2995933**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| July 31, 2013 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $   176,455.50 |
| Disbursements | 1,344.87 |
| **Total Amount Due** | **$   177,800.37**  CDN. |

**DENTONS CANADA LLP**

Per: _____

Michael Wunder

| **Payment Options:** | |
|---|---|
| **Cheques:** | **Internet Banking:** |
| Cheques payable to Dentons Canada LLP and mailed to the above noted address. | Accepted at most financial institutions. Your payee is Dentons Canada LLP and your account number is 538462. Please email us at Edm.Accounting@dentons.com referencing invoice number and payment amount. |
| **Wire Transfer:** | **Credit Card:** |
| Bank of Montreal | Payments are accepted via telephone, email or fax.  We accept American Express, MasterCard or Visa (please circle one). |
| 1st Canadian Place, Toronto, ON | Card No. _____ |
| Swift Code: BOFMCAM2 | Expiry Date: _____ Amount: _____ |
| Bank ID: 001 Transit: 00022 | Cardholder Name: _____ |
| CAD Funds Bank Account : 0004-324 | Signature: _____ |

Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.
Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 03-Jun-13 | BLG | 0029 | Meet with Dentons team regarding Canadian joint factum for EMEA debtor leave to appeal motion and draft joint joinder regarding UK Pension and EMEA claims in Canada (part). | 1.0 |
| 03-Jun-13 | BLG | 0029 | Telephone attendance with Dentons and NNI's Canadian counsel to discuss draft court allocation litigation court briefs and provide comments. | 0.4 |
| 03-Jun-13 | BLG | 0031 | Email correspondence with Dentons and NNI's Canadian counsel regarding Canadian court pleadings. | 0.6 |
| 03-Jun-13 | BLG | 0031 | Review of recent Ontario Court of Appeal decision in connection with allocation litigation. | 0.5 |
| 03-Jun-13 | BLG | 0031 | Email correspondence with Dentons team and UCC advisors regarding Ontario Court of Appeal decision in connection with allocation litigation. | 0.8 |
| 03-Jun-13 | BLG | 0029 | Email correspondence regarding allocation litigation discovery requests and June in-person allocation core party litigation meeting. | 0.7 |
| 03-Jun-13 | RSK | 0031 | Review and provide comments on joint factum of NNI and UCC for allocation litigation issues. | 1.4 |
| 03-Jun-13 | RSK | 0031 | Office conference with Dentons team regarding joint factum on EMEA debtor leave to appeal motion and provided comments to NNI's Canadian counsel. | 1.8 |
| 03-Jun-13 | RSK | 0031 | Review of Canadian joint support pleadings regarding objections to EMEA debtor and UK pension claims and provided comments. | 0.7 |
| 03-Jun-13 | RSK | 0029 | Exchanged email correspondence with Akin Gump and Dentons regarding CCC allocation submissions and Canadian legal issues. | 0.8 |
| 03-Jun-13 | RSK | 0031 | Exchanged emails with UCC advisors and Dentons team regarding joinder to Monitor's Canadian reply submissions to EMEA debtor and UK pension claims. | 0.5 |
| 03-Jun-13 | RSK | 0029 | Review of email correspondence regarding protective order and joint hearing. | 0.7 |
| 03-Jun-13 | RSK | 0031 | Review of Canadian case law regarding allocation litigation issues and exchanged emails with Dentons and UCC advisors regarding same. | 1.1 |
| 03-Jun-13 | RSK | 0029 | Review of various supplemental allocation discovery requests and related email correspondence. | 0.5 |
| 03-Jun-13 | MJW | 0031 | Review draft NNI/UCC factum regarding EMEA debtor leave | 1.7 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 3 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | for appeal application, and provide comments. | |
| 03-Jun-13 | MJW | 0031 | Meet with Dentons team to discuss statements of support/joinder for objections to Canadian claims of EMEA debtors and UK pension parties, and Canadian factum for EMEA debtor appeal request. | 1.8 |
| 03-Jun-13 | MJW | 0029 | Review draft form of confidentiality order and related email correspondence and forward update report to UCC advisors. | 0.4 |
| 03-Jun-13 | MJW | 0029 | Multiple email correspondence to and from Akin Gump and Dentons regarding Canadian legal issues relating to allocation litigation, and confer with Dentons team regarding same and report to Akin Gump. | 1.3 |
| 03-Jun-13 | MJW | 0029 | Review decision summary for recent Canadian decision, forward to UCC advisors with update report in connection with allocation litigation jurisdiction issues. | 0.4 |
| 03-Jun-13 | MJW | 0031 | Email correspondence with Canadian counsel for Monitor and Canadian debtors regarding factums for EMEA debtor appeal application. | 0.3 |
| 03-Jun-13 | RCJ | 0031 | Review and comment on NNI/UCC Canadian factum for EMEA debtor Canadian leave to appeal motion. | 1.2 |
| 03-Jun-13 | RCJ | 0031 | Analysis of Canadian allocation issues for joint factum. | 0.9 |
| 03-Jun-13 | RCJ | 0012 | Consider cross border claims issues for allocation dispute. | 1.1 |
| 03-Jun-13 | RCJ | 0031 | Discussion with Dentons team regarding jurisdictional issues relating to allocation litigation. | 0.4 |
| 03-Jun-13 | TMB | 0031 | Reviewing court submissions by Canadian debtors and U.K. pension parties and analyze Canadian legal issues. | 0.7 |
| 03-Jun-13 | RP | 0031 | Review and analyze Canadian case law in connection with allocation litigation. | 0.8 |
| 04-Jun-13 | BLG | 0029 | Email correspondence regarding allocation litigation consolidated discovery requests and reservation of rights. | 0.5 |
| 04-Jun-13 | BLG | 0012 | Review and provide comments on draft Canadian pleadings for NNI/UCC regarding EMEA debtor and UK pension claims in Canadian proceeding. | 0.3 |
| 04-Jun-13 | BLG | 0031 | Prepare NNI/UCC Canadian factum in opposition to EMEA debtor Canadian leave to appeal application. | 2.5 |
| 04-Jun-13 | BLG | 0031 | Email correspondence with Dentons, UCC advisors and NNI's counsel regarding Canadian leave to appeal factums. | 0.5 |
| 04-Jun-13 | BLG | 0031 | Email correspondence regarding Canadian case law and applicability to allocation litigation issues. | 0.4 |
| 04-Jun-13 | BLG | 0029 | Telephone attendance with NNI's Canadian counsel regarding revised draft Canadian court submissions for NNI/UCC. | 0.3 |
| 04-Jun-13 | RSK | 0031 | Review of Canadian research regarding allocation issues and provide comments for Canadian law memo. | 1.2 |
| 04-Jun-13 | RSK | 0029 | Review of email correspondence from various core parties | 0.7 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 4 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | regarding allocation document requests and interrogatories. | |
| 04-Jun-13 | RSK | 0031 | Review of draft Canadian factum of Monitor/NNL regarding opposition to EMEA motion for leave to appeal. | 0.8 |
| 04-Jun-13 | RSK | 0031 | Review and preparation of draft Canadian joint NNI/UCC factum, review comments from UCC advisors, and exchanged emails with UCC advisors and Dentons regarding same. | 2.6 |
| 04-Jun-13 | RSK | 0012 | Email correspondence with NNI's Canadian counsel regarding claims against Canadian debtors. | 0.2 |
| 04-Jun-13 | MJW | 0031 | Review and provide comments on revised draft of NNI/UCC legal brief for Canadian leave for appeal application, and review related documents and court orders in connection with submissions, and email correspondence with Dentons team, Akin Gump, and Canadian and U.S. counsel for NNI. | 2.4 |
| 04-Jun-13 | MJW | 0029 | Review revised draft NNI/UCC joinders for filing in Canada in connection with Canadian claims objections and email correspondence with Dentons team regarding same. | 0.6 |
| 04-Jun-13 | MJW | 0031 | Review Canadian debtor factum for EMEA debtor Canadian leave appeal request motion in connection with prep of NNI/UCC factum. | 0.5 |
| 04-Jun-13 | MJW | 0031 | Email correspondence with Akin Gump and Dentons teams regarding Canadian case law and issues relating to allocation litigation. | 0.3 |
| 04-Jun-13 | MJW | 0029 | Email correspondence with core parties counsel regarding allocation discovery requests, and review revised drafts. | 0.8 |
| 04-Jun-13 | MJW | 0031 | Review Canadian law memo regarding allocation litigation and email correspondence with Dentons team regarding same. | 0.4 |
| 04-Jun-13 | ZN | 0018 | Review Canadian case law regarding Canadian tax allocation issues, and email correspondence regarding same. | 0.8 |
| 04-Jun-13 | RCJ | 0031 | Consider Canadian case authority on allocation issues and related email correspondence with Dentons team. | 0.9 |
| 04-Jun-13 | RCJ | 0031 | Review and comment on draft joint NNI/UCC Canadian factum for EMEA debtor leave for appeal application. | 1.9 |
| 04-Jun-13 | RP | 0031 | Analyze Canadian case law and consider issues relating to allocation litigation, and prepare memo. | 1.1 |
| 05-Jun-13 | BLG | 0031 | Finalize leave to appeal Canadian responding factum with Torys, Dentons, Akin Gump and Cleary and review of finalized motion materials. | 2.0 |
| 05-Jun-13 | BLG | 0029 | Receipt and review of Canadian factums filed by core allocation litigation parties in connection with EMEA debtors appeal request. | 0.5 |
| 05-Jun-13 | BLG | 0029 | Telephone attendances with NNI's Canadian counsel and Dentons regarding Canadian appeal hearing. | 0.5 |
| 05-Jun-13 | BLG | 0029 | Email correspondence with UCC and NNI advisors regarding Canadian appeal by EMEA debtors and allocation litigation. | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 5 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 05-Jun-13 | BLG | 0029 | Receipt and review of revised joinder pleadings regarding EMEA debtor and UK pension claims in Canada and finalize same with Torys and Dentons. | 0.3 |
| 05-Jun-13 | BLG | 0029 | Receipt and initial review of Canadian motion materials and correspondence regarding June 11 protective order motion. | 0.3 |
| 05-Jun-13 | BLG | 0029 | Prepare for allocation litigation meeting including review of consolidated discovery/reservation emails. | 0.5 |
| 05-Jun-13 | RSK | 0031 | Review of further revisions to joint NNI/UCC factum regarding Canadian leave to appeal motion and discussed arguments with Dentons team. | 2.2 |
| 05-Jun-13 | RSK | 0029 | Review of email correspondence regarding consolidated discovery requests and reservation of rights. | 0.7 |
| 05-Jun-13 | RSK | 0031 | Review of court filed materials of Monitor/Nortel Canada in response to EMEA debtor leave to appeal motion. | 1.2 |
| 05-Jun-13 | RSK | 0031 | Review of Noteholder Canadian factum in opposition to EMEA debtor leave to appeal motion. | 0.7 |
| 05-Jun-13 | RSK | 0031 | Review of NNL/Monitor motion for approval of form of Protective Order at joint hearing. | 0.9 |
| 05-Jun-13 | RSK | 0031 | Review of CCC factum in opposition to EMEA debtor leave to appeal motion. | 0.6 |
| 05-Jun-13 | RSK | 0031 | Review of factum of UK Pension claimants in support of EMEA debtor Canadian leave to appeal motion. | 0.5 |
| 05-Jun-13 | RSK | 0031 | Review of CCC Canadian motion record in response to Nortel Canada/Monitor motion for protective order. | 1.0 |
| 05-Jun-13 | MJW | 0031 | Prepare joint NNI/UCC factum for Canadian leave for appeal application, including review multiple drafts, provide comments, confer with Dentons team, and email correspondence with Akin Gump and Canadian and U.S. counsel for NNI. | 1.6 |
| 05-Jun-13 | MJW | 0031 | Review multiple email correspondence from allocation parties' counsel and revised drafts of discovery request summary. | 0.6 |
| 05-Jun-13 | MJW | 0031 | Review multiple factums filed in Canada for EMEA debtor leave for appeal application including Canadian debtor, bond group, CCC, and others, and related case law cites. | 1.4 |
| 05-Jun-13 | MJW | 0012 | Review NNI/UCC submissions for Canadian claims, and reporting to Akin Gump. | 0.4 |
| 05-Jun-13 | MJW | 0018 | Email correspondence with Dentons and Akin Gump regarding tax issues relating to inter-company transactions and allocation litigation. | 0.3 |
| 05-Jun-13 | RCJ | 0031 | Further review of joint NNI/UCC Canadian factum and consider various arguments with Dentons and Akin Gump teams. | 1.8 |
| 05-Jun-13 | RCJ | 0029 | Review of allocation discovery requests and discuss with | 0.9 |

DENTONS CANADA LLP                                          INVOICE 2995933
The Official Committee of Unsecured Creditors                    Page 6 of 22
Re: Nortel Networks Inc., et al.                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| | | | Dentons team. | |
| 05-Jun-13 | RCJ | 0031 | Review allocation parties' factums opposing EMEA debtor leave to appeal. | 1.6 |
| 06-Jun-13 | BLG | 0029 | Review and prepare NNI/UCC joinder pleadings regarding EMEA claims in Canada for service and receipt of same as served. | 0.3 |
| 06-Jun-13 | BLG | 0029 | Prepare for and attend allocation core party meeting in Toronto with Akin Gump lawyers regarding allocation consolidated discovery requests and reservations of rights. | 8.2 |
| 06-Jun-13 | BLG | 0029 | Receipt and review of email correspondence from counsel for allocation parties regarding allocation litigation next steps and revised draft documents. | 0.2 |
| 06-Jun-13 | BLG | 0029 | Telephone call to Akin Gump regarding allocation litigation. | 0.1 |
| 06-Jun-13 | RSK | 0031 | Review of Canadian motion materials regarding allocation litigation protective order and joint hearing. | 1.0 |
| 06-Jun-13 | RSK | 0031 | Review of revised protective order for court hearing. | 0.3 |
| 06-Jun-13 | RSK | 0029 | Review of email correspondence regarding Canadian research for allocation issues. | 0.7 |
| 06-Jun-13 | RSK | 0031 | Review of revised NNI and UCC response to EMEA and UK pension claims. | 0.3 |
| 06-Jun-13 | RSK | 0029 | Review of multiple email correspondence regarding consolidated allocation discovery requests. | 0.4 |
| 06-Jun-13 | MJW | 0029 | Review revised submissions for Canadian claims proceedings and email correspondence with Akin Gump and Dentons regarding same. | 0.4 |
| 06-Jun-13 | MJW | 0029 | Email correspondence with counsel for core parties regarding discovery requests for allocation litigation including revised discovery list and update summary from Cleary. | 0.7 |
| 06-Jun-13 | MJW | 0031 | Review revised Dentons memo of Canadian issues regarding allocation litigation. | 0.3 |
| 06-Jun-13 | MJW | 0031 | Review motion record and draft protective order for joint hearing for protective order, and CCC cross-motion and factum for alternative form of protective order, and report to Akin Gump regarding same. | 1.4 |
| 06-Jun-13 | MJW | 0031 | Review factums filed in Canadian proceeding in connection with leave for appeal application by EMEA debtors of Canadian allocation protocol order. | 1.7 |
| 06-Jun-13 | RCJ | 0029 | Review draft allocation protective order terms and discuss with Dentons team. | 0.2 |
| 06-Jun-13 | RCJ | 0029 | Detailed consideration of legal arguments and Canadian issues for allocation dispute. | 2.9 |
| 06-Jun-13 | RCJ | 0012 | Review and analyze U.S. debtor responses to EMEA/UK claims. | 0.3 |
| 06-Jun-13 | RP | 0031 | Prepare memo of Canadian law regarding allocation litigation | 0.8 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 7 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | issues. | |
| 07-Jun-13 | BLG | 0029 | Email correspondence regarding continuation of allocation parties' meetings regarding consolidated discovery requests. | 0.5 |
| 07-Jun-13 | BLG | 0029 | Attendance on conference call with counsel for core allocation parties for discovery requests. | 1.2 |
| 07-Jun-13 | BLG | 0007 | Prepare for and attend on UCC committee call. | 0.6 |
| 07-Jun-13 | BLG | 0029 | Receipt and review of EMEA debtor reply factum on Canadian leave to appeal motion. | 0.5 |
| 07-Jun-13 | BLG | 0029 | Email correspondence with Dentons and UCC advisors regarding joint court hearing. | 0.3 |
| 07-Jun-13 | BLG | 0029 | Email correspondence regarding Canadian law and allocation issues. | 0.2 |
| 07-Jun-13 | RSK | 0031 | Review of court material filed by CCC regarding protective order motion. | 0.4 |
| 07-Jun-13 | RSK | 0031 | Review of EMEA debtor reply factum regarding EMEA debtor leave to appeal motion. | 0.8 |
| 07-Jun-13 | RSK | 0029 | Review of further drafts of consolidated discovery requests and related email correspondence regarding allocation litigation. | 0.7 |
| 07-Jun-13 | RSK | 0031 | Review of NNL and Monitor Canadian factum regarding joint hearing on protective order. | 0.6 |
| 07-Jun-13 | MJW | 0007 | Prepare for and attend on Committee call. | 0.6 |
| 07-Jun-13 | MJW | 0029 | Review revised discovery summary and email correspondence from various parties regarding same, and conference with B. Grossman regarding same. | 0.8 |
| 07-Jun-13 | MJW | 0031 | Review legal brief filed by EMEA debtors regarding Canadian leave for appeal application. | 0.5 |
| 07-Jun-13 | MJW | 0029 | Review allocation reply briefs and consider Canadian legal issues regarding same for allocation litigation preparation. | 1.8 |
| 07-Jun-13 | MJW | 0002 | Email correspondence with U.S. Trustee regarding ongoing disclosure, and complete supplemental declaration for filing. | 0.3 |
| 07-Jun-13 | RCJ | 0031 | Review Canadian reply factum of EMEA debtors for Canadian appeal application. | 0.8 |
| 08-Jun-13 | BLG | 0029 | Email correspondence regarding consolidated discovery requests. | 0.3 |
| 09-Jun-13 | BLG | 0029 | Email correspondence with counsel for allocation parties regarding consolidated discovery requests. | 0.4 |
| 09-Jun-13 | MJW | 0029 | Multiple email correspondence with counsel for core allocation parties regarding discovery requests, and review revised draft discovery request summaries. | 1.8 |
| 09-Jun-13 | MJW | 0031 | Review Canadian motion record for hearing for allocation protective order and Monitor factum in support, and updated draft terms for protective order. | 1.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 8 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 10-Jun-13 | BLG | 0029 | Email correspondence regarding protective order motion. | 0.2 |
| 10-Jun-13 | BLG | 0029 | Email correspondence regarding consolidated discovery requests. | 0.3 |
| 10-Jun-13 | BLG | 0029 | Email correspondence with Dentons team regarding Canadian research memo and analysis regarding allocation issues. | 0.2 |
| 10-Jun-13 | RSK | 0029 | Review of multiple emails regarding consolidated discovery requests and outstanding issues. | 1.2 |
| 10-Jun-13 | RSK | 0029 | Review of revised protective order for joint court hearing regarding allocation litigation and related email correspondence. | 0.6 |
| 10-Jun-13 | RSK | 0029 | Review of memo of Canadian law analysis of allocation issues and discuss with M. Wunder. | 0.5 |
| 10-Jun-13 | RSK | 0029 | Email correspondence with Dentons team regarding Canadian law analysis and Dentons memo. | 0.4 |
| 10-Jun-13 | RSK | 0029 | Review of email correspondence from various allocation parties regarding document production. | 0.3 |
| 10-Jun-13 | MJW | 0031 | Prepare memo regarding Canadian law relating to allocation litigation issues and review Nortel inter-co documents in connection therewith, and conference with S. Kukulowicz. | 1.6 |
| 10-Jun-13 | MJW | 0031 | Review revised drafts of Canadian protective order in connection with allocation litigation, calls and email correspondence with Canadian counsel for core parties, and forward update report to Akin Gump, and prepare for court hearing. | 0.8 |
| 10-Jun-13 | MJW | 0029 | Multiple email correspondence with counsel for allocation litigation core parties regarding discovery, and review multiple revised drafts of discovery summary and schedule. | 1.1 |
| 10-Jun-13 | MJW | 0012 | Review court filings regarding claims against Canadian debtors, objection filings, and Canadian court orders regarding claims resolution/litigation. | 1.0 |
| 10-Jun-13 | RCJ | 0031 | Detailed analysis regarding allocation strategies and issues for allocation litigation. | 1.2 |
| 10-Jun-13 | TMB | 0031 | Reviewing and responding to questions regarding Canadian law analysis and allocation issues. | 0.3 |
| 11-Jun-13 | BLG | 0029 | Email correspondence regarding consolidated discovery requests and review discovery request list. | 0.3 |
| 11-Jun-13 | RSK | 0008 | Attended joint hearing on protective order and Canadian chambers conference. | 1.7 |
| 11-Jun-13 | RSK | 0029 | Prepare Canadian law memo on allocation issues and discussed same with M. Wunder. | 0.8 |
| 11-Jun-13 | RSK | 0029 | Provided further comments for Canadian research in connection with allocation issues. | 0.8 |
| 11-Jun-13 | RSK | 0029 | Conference call with allocation parties counsel regarding | 2.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 9 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | consolidated discovery requests. | |
| 11-Jun-13 | RSK | 0029 | Review of revised consolidated discovery requests and related email correspondence. | 0.4 |
| 11-Jun-13 | MJW | 0029 | Attend on core party call to discuss allocation discovery issues (part). | 2.2 |
| 11-Jun-13 | MJW | 0031 | Confer with S. Kukulowicz regarding Canadian case law and research regarding allocation litigation issues, and prepare memo of Canadian issues. | 1.6 |
| 11-Jun-13 | MJW | 0031 | Email correspondence with Dentons and Akin Gump teams regarding court attendance for allocation litigation protective order, and review issued Canadian court orders and endorsements. | 0.3 |
| 11-Jun-13 | MJW | 0029 | Email correspondence with counsel for core parties regarding allocation litigation and discovery issues and process. | 0.5 |
| 11-Jun-13 | MJW | 0031 | Review Canadian legal briefs filed by parties to Canadian appeal to prepare for Canadian environmental appeal hearing. | 0.4 |
| 11-Jun-13 | RCJ | 0031 | Review and comment on memo regarding allocation litigation and Canadian law analysis. | 0.8 |
| 11-Jun-13 | TMB | 0031 | Reviewing and commenting on revisions to Canadian law summary of allocation litigation issues. | 0.4 |
| 12-Jun-13 | BLG | 0029 | Email correspondence regarding consolidated discovery requests and next steps in discovery process. | 0.7 |
| 12-Jun-13 | BLG | 0029 | Review of draft Canadian legal research memo regarding allocation issues and provide comments. | 0.6 |
| 12-Jun-13 | RSK | 0029 | Review of further email correspondence from multiple parties regarding allocation litigation document production and Consolidated Discovery Requests. | 0.6 |
| 12-Jun-13 | RSK | 0029 | Email correspondence with Dentons team regarding allocation discovery issues. | 0.2 |
| 12-Jun-13 | RCJ | 0029 | Review email correspondence regarding discovery issues and requests, and confer with Dentons team. | 0.4 |
| 12-Jun-13 | RCJ | 0031 | Review of prior Canadian court orders and submissions in relation to allocation dispute. | 2.8 |
| 12-Jun-13 | JOD | 0031 | Prepare for Ontario court of appeal hearing regarding environmental appeal by MOE. | 0.7 |
| 13-Jun-13 | BLG | 0029 | Email correspondence regarding allocation litigation appeal developments. | 0.2 |
| 13-Jun-13 | BLG | 0029 | Email correspondence regarding appeal status and timeline in Ontario. | 0.3 |
| 13-Jun-13 | BLG | 0007 | Participation on UCC call. | 0.5 |
| 13-Jun-13 | BLG | 0029 | Email correspondence regarding consolidated discovery developments and revised litigation deadlines. | 0.5 |
| 13-Jun-13 | BLG | 0029 | Email correspondence regarding rolling productions for | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | allocation discovery. | |
| 13-Jun-13 | BLG | 0029 | Planning for next steps regarding allocation litigation and email correspondence with UCC advisors and Dentons regarding same. | 0.5 |
| 13-Jun-13 | BLG | 0031 | Update key Canadian court orders brief for allocation litigation. | 0.5 |
| 13-Jun-13 | RSK | 0029 | Review of email correspondence regarding allocation document production and discovery plans. | 0.3 |
| 13-Jun-13 | RSK | 0029 | Review of emails regarding U.S. appeal status for allocation litigation. | 0.3 |
| 13-Jun-13 | RSK | 0029 | Review of update regarding Canadian appeal status. | 0.2 |
| 13-Jun-13 | RSK | 0031 | Conference call with B. Grossman and M. Wunder regarding discovery and other allocation litigation issues. | 1.2 |
| 13-Jun-13 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 13-Jun-13 | MJW | 0029 | Email correspondence with UCC advisors regarding appeal rulings from U.S. appeals court regarding allocation litigation, review of appeal decision, and status of Canadian appeal proceeding. | 0.4 |
| 13-Jun-13 | MJW | 0029 | Review revised drafts of allocation discovery list and timetable. | 0.3 |
| 13-Jun-13 | MJW | 0031 | Conference call with Dentons team to discuss Canadian issues and due diligence regarding allocation litigation. | 0.8 |
| 13-Jun-13 | MJW | 0031 | Email correspondence with NNI's Canadian counsel in connection with Canadian environmental order appeal. | 0.1 |
| 13-Jun-13 | MJW | 0031 | Review legal briefs and filed affidavits to prepare for Canadian appeal hearing for Canadian environmental order. | 1.2 |
| 13-Jun-13 | RCJ | 0031 | Email correspondence with B. Grossman regarding litigation timetable, issues and discovery. | 0.4 |
| 13-Jun-13 | JOD | 0031 | Preparation for Ontario Court of Appeal hearing for Canadian environmental appeal. | 4.0 |
| 14-Jun-13 | BLG | 0029 | Email correspondence regarding consolidated discovery requests and reservations. | 0.5 |
| 14-Jun-13 | BLG | 0029 | Conference call with NNI's Canadian counsel and Dentons regarding allocation litigation. | 0.5 |
| 14-Jun-13 | BLG | 0029 | Review and assist with preparation of Canadian research memo on Canadian allocation issues. | 0.5 |
| 14-Jun-13 | RSK | 0029 | Further revisions to Canadian law allocation issues memo and discussed same with M. Wunder. | 1.8 |
| 14-Jun-13 | RSK | 0029 | Review of email correspondence regarding Consolidated Discovery Requests and rolling discovery productions. | 0.7 |
| 14-Jun-13 | RSK | 0031 | Review of US Debtors' motion record for recognition of U.S. Orders. | 0.6 |
| 14-Jun-13 | MJW | 0031 | Review NNI's Canadian motion record filed in NNI's CCAA | 0.8 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 11 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | proceeding to recognize U.S. employee settlement agreement court orders, review prior CCAA recognition orders regarding interim settlements, and report to UCC advisors regarding same. | |
| 14-Jun-13 | MJW | 0031 | Continued preparation of memo of Canadian issues regarding allocation litigation issues, meet with S. Kukulowicz regarding same. | 1.8 |
| 14-Jun-13 | MJW | 0029 | Email correspondence with counsel to core parties relating to allocation litigation issues and discovery schedule. | 0.3 |
| 14-Jun-13 | MJW | 0031 | Review court pleadings for Canadian environmental appeal, meet with J. Dietrich to discuss, and call to NNI's Canadian counsel to prepare appeal hearing. | 1.2 |
| 14-Jun-13 | RCJ | 0031 | Detailed analysis of inter-company agreements to prepare for allocation dispute. | 2.6 |
| 14-Jun-13 | RCJ | 0031 | Research Canadian issues related to allocation dispute. | 4.6 |
| 14-Jun-13 | JOD | 0031 | Meet with M. Wunder and call with NNI's Canadian counsel and M. Wunder regarding Canadian environmental appeal. | 0.2 |
| 14-Jun-13 | RP | 0031 | Review and revise allocation reply brief. | 0.8 |
| 15-Jun-13 | RCJ | 0029 | Discussion with Dentons team regarding Canadian allocation issues. | 0.3 |
| 17-Jun-13 | BLG | 0031 | Email correspondence regarding privilege issues in relation to allocation litigation and instructions to litigation associate to research Canadian law. | 0.5 |
| 17-Jun-13 | BLG | 0029 | Email correspondence regarding rolling allocation discovery productions. | 0.4 |
| 17-Jun-13 | BLG | 0031 | Email correspondence regarding Canadian legal research on allocation issues. | 0.2 |
| 17-Jun-13 | BLG | 0029 | Email correspondence regarding Canadian court filings. | 0.2 |
| 17-Jun-13 | RSK | 0029 | Review of further email correspondence regarding consolidated discovery requests and reservation of rights. | 0.6 |
| 17-Jun-13 | RSK | 0029 | Review of revised Canadian law memo regarding allocation issues. | 0.2 |
| 17-Jun-13 | RSK | 0029 | Review of email correspondence from Akin Gump regarding privilege issues relating to allocation litigation. | 0.4 |
| 17-Jun-13 | MJW | 0031 | Email correspondence with Akin Gump and Dentons teams regarding allocation litigation issues and Canadian law issues regarding same. | 0.3 |
| 17-Jun-13 | MJW | 0029 | Email correspondence with counsel for core parties regarding document production for allocation litigation. | 0.2 |
| 17-Jun-13 | MJW | 0029 | Review revised consolidated discovery summary for allocation litigation. | 0.3 |
| 18-Jun-13 | BLG | 0031 | Analyze Canadian research results regarding allocation litigation issues. | 0.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 12 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 18-Jun-13 | BLG | 0031 | Email correspondence with Akin Gump and report on Canadian law regarding Canadian research results. | 1.0 |
| 18-Jun-13 | BLG | 0029 | Email correspondence regarding allocation rolling productions and document review. | 0.6 |
| 18-Jun-13 | RSK | 0029 | Review of Canadian analysis of Canadian law regarding litigation issue. | 0.3 |
| 18-Jun-13 | RSK | 0029 | Review of email correspondence regarding document production. | 0.4 |
| 18-Jun-13 | MJW | 0029 | Review allocation litigation reply briefs and EMEA debtor and UK pension party claims briefs, in connection with preparation for allocation litigation. | 1.6 |
| 18-Jun-13 | MJW | 0003 | Review draft U.S. court order for Nortel UCC advisors interim fee approval, and revise for Canadian dollar payments, and circulate. | 0.3 |
| 18-Jun-13 | MJW | 0031 | Email correspondence with Akin Gump and Dentons team regarding Canadian issues relating to allocation litigation. | 0.3 |
| 18-Jun-13 | MJW | 0029 | Email correspondence with counsel for core allocation parties regarding document discovery and document production issues. | 0.3 |
| 18-Jun-13 | RCJ | 0029 | Analyze Canadian privilege issues and review email correspondence with Dentons and Akin Gump. | 0.4 |
| 18-Jun-13 | JOD | 0031 | Preparation for Canadian appeal motion (environmental appeal). | 0.8 |
| 18-Jun-13 | JK | 0031 | Research and analysis regarding Canadian law regarding litigation privilege and prepare report. | 2.6 |
| 19-Jun-13 | BLG | 0029 | Review email correspondence with Akin Gump regarding U.S. law applicable to allocation litigation issues. | 0.4 |
| 19-Jun-13 | RSK | 0029 | Review of email correspondence with UCC advisors regarding sales escrow proceeds. | 0.2 |
| 19-Jun-13 | RSK | 0031 | Email correspondence with NNI's Canadian counsel regarding Canadian recognition hearing for U.S. orders. | 0.1 |
| 19-Jun-13 | RSK | 0029 | Review of U.S. law regarding joint privilege. | 0.3 |
| 19-Jun-13 | MJW | 0031 | Conference with J. Dietrich regarding Ontario Court of Appeal hearing for Canadian environmental order appeal, and review report of court hearing. | 0.4 |
| 19-Jun-13 | MJW | 0029 | Email correspondence with UCC advisors including Akin Gump regarding allocation litigation issues and Canadian rules/practice, review summary of Canadian law, and confer with B. Grossman regarding same. | 0.6 |
| 19-Jun-13 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding Canadian hearing for recognition of U.S. orders. | 0.2 |
| 19-Jun-13 | JOD | 0008 | Attend at Ontario Court of Appeal hearing regarding environmental orders. | 6.9 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 13 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 19-Jun-13 | JK | 0031 | Correspondence with B. Grossman regarding Canadian research and allocation issues. | 0.2 |
| 19-Jun-13 | NEL | 0012 | Review claims objection court filings in Canadian proceeding. | 0.4 |
| 19-Jun-13 | NEL | 0029 | Review NNI/UCC court filings regarding allocation litigation. | 0.2 |
| 20-Jun-13 | BLG | 0007 | Preparation for UCC call and Canadian status update report, and participation on call. | 1.0 |
| 20-Jun-13 | BLG | 0031 | Receipt and review of Ontario Court of Appeal decision on EMEA debtor leave to appeal application regarding Allocation Protocol and reporting on same with M. Wunder to Akin Gump and to UCC. | 1.0 |
| 20-Jun-13 | BLG | 0031 | Consideration of Canadian litigation issues and instructions to Dentons research lawyer regarding same and review response. | 0.5 |
| 20-Jun-13 | RSK | 0031 | Review Ontario Court of Appeal endorsement dismissing EMEA debtors Canadian leave to appeal application. | 0.5 |
| 20-Jun-13 | RSK | 0031 | Review of order and endorsement from Canadian hearing on recognition of U.S. Orders. | 0.2 |
| 20-Jun-13 | RSK | 0029 | Review of revised Consolidated Discovery Requests documents. | 0.6 |
| 20-Jun-13 | MJW | 0031 | Prepare email report regarding Canadian court hearing, review issued Canadian court order and endorsement, and report UCC advisors. | 0.3 |
| 20-Jun-13 | MJW | 0029 | Email correspondence with counsel for core allocation parties regarding document discovery and production for allocation litigation. | 0.2 |
| 20-Jun-13 | MJW | 0031 | Review report regarding Ontario Court of Appeal hearing for appeal by Ontario Ministry of Environment of Canadian environmental order, and report to UCC advisors regarding same. | 0.3 |
| 20-Jun-13 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 20-Jun-13 | MJW | 0012 | Review Canadian claims pleadings and objections, review Canadian court orders regarding claims resolutions, and analyze UCC participation in Canadian claims process. | 1.6 |
| 20-Jun-13 | MJW | 0029 | Review correspondence from UCC advisors regarding sale proceeds investment. | 0.1 |
| 20-Jun-13 | MJW | 0002 | Review updated disclosure filings and analyze required searches for updated Dentons disclosure filing with U.S. court. | 0.5 |
| 20-Jun-13 | MJW | 0031 | Review Ontario Court of Appeal decision regarding EMEA debtors' application for leave to appeal application, and confer with Dentons team regarding same. | 0.4 |
| 20-Jun-13 | MJW | 0031 | Reporting to UCC advisors regarding Ontario Court of Appeal decision, and email correspondence with Akin Gump and Dentons regarding same. | 0.4 |
| 20-Jun-13 | MJW | 0031 | Prepare and send report to UCC regarding Ontario Court of | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 14 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | Appeal decision. | |
| 20-Jun-13 | MJW | 0031 | Confer with Dentons team regarding Canadian litigation appeal issues, and review report from T. Banks regarding same. | 0.5 |
| 20-Jun-13 | JOD | 0031 | Prepare report summarizing Ontario Court of Appeal environmental hearing. | 0.5 |
| 21-Jun-13 | BLG | 0031 | Review Canadian research results regarding allocation Canadian litigation issues. | 0.2 |
| 21-Jun-13 | BLG | 0029 | Review of email correspondence regarding EMEA debtor compendium regarding Canadian claims and instructions regarding same. | 0.1 |
| 21-Jun-13 | RSK | 0031 | Review and analysis of compendium of EMEA debtors proofs of claim, disallowances, dispute notices and other reply materials. | 1.5 |
| 21-Jun-13 | RSK | 0031 | Review of court filing by Monitor of reports with U.S. Court. | 0.5 |
| 21-Jun-13 | MJW | 0003 | Prepare May 2013 account. | 1.2 |
| 21-Jun-13 | MJW | 0031 | Email correspondence with UCC advisors regarding Monitor's reports and Canadian case issues. | 0.2 |
| 21-Jun-13 | MJW | 0012 | Review EMEA claims filed against Canadian debtors, claims objections, and supplemental pleadings, and review U.S. pleadings regarding EMEA debtor claims against U.S. debtors to prepare for claims litigation. | 2.8 |
| 21-Jun-13 | RCJ | 0012 | Review and consider EMEA debtor claims and reply materials. | 1.4 |
| 21-Jun-13 | RCJ | 0031 | Review allocation pleadings and prep work for allocation litigation. | 3.9 |
| 21-Jun-13 | TMB | 0031 | Review and analysis of Canadian litigation issues relating to allocation litigation and email correspondence with Dentons teams. | 1.2 |
| 21-Jun-13 | NEL | 0029 | Review Canadian court filings regarding allocation litigation briefs. | 0.5 |
| 24-Jun-13 | RSK | 0031 | Email correspondence with Dentons and Akin Gump regarding filing Monitor's reports with U.S. Court. | 0.3 |
| 24-Jun-13 | RSK | 0031 | Review of draft Canadian order dismissing EMEA allocation leave to appeal application. | 0.2 |
| 24-Jun-13 | RSK | 0031 | Review of press reports regarding allocation joint trial. | 0.3 |
| 24-Jun-13 | MJW | 0031 | Review Monitor's filing with U.S. court, and email correspondence with UCC advisors regarding same. | 0.2 |
| 24-Jun-13 | MJW | 0031 | Review draft Canadian court order regarding Ontario Court of Appeal dismissal of EMEA debtors application for leave to appeal. | 0.2 |
| 25-Jun-13 | BLG | 0029 | Email correspondence regarding EMEA debtor appeal in U.S. regarding allocation protocol. | 0.3 |
| 25-Jun-13 | RSK | 0032 | Review of Monitor's motion to recognize claims tolling order. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 15 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 25-Jun-13 | RSK | 0032 | Review of motion to expedite EMEA appeal of U.S. decision and U.S. Debtors and Committee's support of request. | 0.5 |
| 25-Jun-13 | RSK | 0012 | Review of EMEA debtor Canadian claims pleadings. | 0.8 |
| 25-Jun-13 | MJW | 0032 | Call to Akin Gump to discuss case status and U.S. court hearing. | 0.2 |
| 25-Jun-13 | MJW | 0012 | Review email correspondence and motion material for U.S. chapter 15 recognition motion by CCAA Monitor regarding Canadian order recognition in the U.S. | 0.4 |
| 25-Jun-13 | MJW | 0029 | Review pleadings regarding EMEA debtors requested for expedited appeal of U.S. order approving allocation protocol. | 0.2 |
| 25-Jun-13 | RCJ | 0012 | Review email correspondence with Akin Gump and Dentons teams regarding claims orders. | 0.2 |
| 26-Jun-13 | BLG | 0012 | Email correspondence regarding Canadian claims orders and recognition in Nortel Canada's chapter 15 proceeding. | 0.2 |
| 26-Jun-13 | BLG | 0031 | Consider Canadian law questions regarding allocation litigation. | 0.2 |
| 26-Jun-13 | BLG | 0031 | Conference call with M. Wunder and D. Botter regarding Canadian issues relating to Canadian motions. | 0.3 |
| 26-Jun-13 | RSK | 0031 | Review of email correspondence regarding Canadian claims motions. | 0.4 |
| 26-Jun-13 | RSK | 0029 | Review of email correspondence from various parties regarding allocation document production. | 0.3 |
| 26-Jun-13 | RSK | 0029 | Review of Noteholder statement filed by Milbank. | 0.3 |
| 26-Jun-13 | MJW | 0007 | Review presentation material to prepare for UCC meeting. | 0.5 |
| 26-Jun-13 | MJW | 0012 | Review U.S. motion record for recognition of Canadian claims tolling order, Canadian tolling order and related background material. | 0.7 |
| 26-Jun-13 | MJW | 0012 | Email correspondence to and calls with Akin Gump and B. Grossman regarding U.S. recognition motion for claims tolling order. | 0.6 |
| 27-Jun-13 | BLG | 0007 | Prepare for and attend on UCC status call. | 0.6 |
| 27-Jun-13 | BLG | 0029 | Email correspondence regarding allocation litigation interrogatories. | 0.4 |
| 27-Jun-13 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 27-Jun-13 | RSK | 0029 | Review and analysis of identification interrogatory responses from various core parties. | 2.2 |
| 27-Jun-13 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 27-Jun-13 | MJW | 0031 | Review Akin Gump report regarding U.S. Court filing and summary of Canadian proceeding status update. | 0.2 |
| 27-Jun-13 | RCJ | 0007 | Participate in Committee call. | 0.7 |
| 27-Jun-13 | RCJ | 0031 | Continue analysis of allocation issues for allocation litigation and Canadian court filings. | 2.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 16 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 28-Jun-13 | BLG | 0029 | Review draft Order of Ontario Court of Appeal for EMEA debtor leave application. | 0.2 |
| 28-Jun-13 | BLG | 0031 | Email correspondence regarding Ontario Court of Appeal draft order. | 0.2 |
| 28-Jun-13 | BLG | 0012 | Email correspondence regarding U.S. motion by Monitor to recognize Ontario claims tolling order. | 0.1 |
| 28-Jun-13 | BLG | 0029 | Email correspondence regarding allocation interrogatory responses and instructions regarding same. | 0.2 |
| 28-Jun-13 | RSK | 0031 | Exchange of emails with Dentons team regarding form of Canadian order dismissing EMEA leave to appeal application. | 0.3 |
| 28-Jun-13 | RSK | 0029 | Review of additional witness identification interrogatories from U.S. Debtors and EMEA Joint Administrators. | 0.9 |
| 28-Jun-13 | RSK | 0029 | Review of arguments regarding EMEA claims and allocation analysis. | 1.5 |
| 28-Jun-13 | MJW | 0012 | Email correspondence with Akin Gump and Dentons regarding tolling of limitation periods for claims and review Canadian claims orders. | 0.6 |
| 28-Jun-13 | MJW | 0029 | Review and analyze responses to consolidated interrogatories served by core parties to allocation litigation. | 1.4 |
| 28-Jun-13 | MJW | 0012 | Analyze objections to EMEA debtor and UK pension claims. | 1.2 |
| 28-Jun-13 | RCJ | 0029 | Analyze allocation litigation strategies and discuss issues with Dentons team. | 0.7 |
| | | | **Total** | **224.3** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 42.1 | $775.00 | $32,627.50 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 2.8 | $375.00 | $1,050.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 13.1 | $630.00 | $8,253.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 64.9 | $795.00 | $51,595.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 1.1 | $525.00 | $577.50 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 3.5 | $440.00 | $1,540.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 37.6 | $750.00 | $28,200.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 55.8 | $900.00 | $50,220.00 |
| Zahra Nurmohamed | Partner | Taxation | Ontario - 2001 | 0.8 | $715.00 | $572.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 2.6 | $700.00 | $1,820.00 |
| | | | | | | |
| TOTAL | | | | 224.3 | CDN. | $176,455.50 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 17 of 22
Matter # 538462-000001

**TOTAL PROFESSIONAL FEES**                          $    176,455.50

**NON-TAXABLE DISBURSEMENTS**

| | | |
|---|---|---:|
| Airfare/Travel | $ | 75.00 |
| Binding Books / Documents | | 68.40 |
| Courier & Delivery | | 7.00 |
| Library Computer Research | | 144.00 |
| Long Distance Telephone Calls | | 6.12 |
| Meals & Beverages | | 82.13 |
| Photocopy & Printing Charges | | 845.90 |
| Transportation Costs | | 116.32 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ | 1,344.87 |

**TOTAL DISBURSEMENTS**                                              1,344.87

**TOTAL AMOUNT DUE**                                     $  177,800.37  CDN.

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0002 | General Case Administration | 0.8 | 636.00 |
| 0003 | Dentons Fee Application/Monthly Billing Reports | 1.5 | 1,192.50 |
| 0007 | Creditors Committee Meetings | 7.0 | 5,542.50 |
| 0008 | Court Hearings | 8.6 | 5,877.00 |
| 0012 | General Claims Analysis/Claims Objections | 14.3 | 11,218.50 |
| 0018 | Tax Issues | 1.1 | 810.50 |
| 0029 | Intercompany Analysis | 76.5 | 62,466.50 |
| 0031 | Canadian Proceedings/Matters | 113.5 | 87,833.00 |
| 0032 | U.S. Proceedings/Matters | 1.0 | 879.00 |
|  | **Total** | **224.3** | **$176,455.50** |

**TOTAL PROFESSIONAL FEES**                **$    176,455.50**

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2995933
Page 19 of 22
Matter # 538462-000001

## DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 03-Jun-13 | Laser Copy;WUNDER M | 79.00 | 7.90 |
| 03-Jun-13 | Laser Copy;NELSON M | 255.00 | 25.50 |
| 03-Jun-13 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 03-Jun-13 | Laser Copy;KARTASHM | 54.00 | 5.40 |
| 03-Jun-13 | Laser Copy;KUKULOWI | 159.00 | 15.90 |
| 04-Jun-13 | Laser Copy;KUKULOWI | 66.00 | 6.60 |
| 04-Jun-13 | Laser Copy;WUNDER M | 141.00 | 14.10 |
| 04-Jun-13 | Laser Copy;Punjani, R | 4.00 | 0.40 |
| 04-Jun-13 | Laser Copy;NELSON M | 260.00 | 26.00 |
| 04-Jun-13 | Laser Copy;MCDONALS | 69.00 | 6.90 |
| 05-Jun-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 05-Jun-13 | Laser Copy;MCDONALS | 146.00 | 14.60 |
| 05-Jun-13 | Laser Copy;DamaniA | 510.00 | 51.00 |
| 05-Jun-13 | Laser Copy;NELSON M | 365.00 | 36.50 |
| 05-Jun-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 05-Jun-13 | Air Canada flight for in person UCC meeting from Toronto to New York (change fee) for M. Wunder on May 1/13; 2013-5-1 | 1.00 | 75.00 |
| 05-Jun-13 | Color Laser Printing | 83.00 | 83.00 |
| 05-Jun-13 | Taxi to Akin Gump office for meeting for M. Wunder on May 8/13; 2013-5-8 | 1.00 | 8.24 |
| 05-Jun-13 | Breakfast at Starbucks in New York for M. Wunder on May 2/13 ; 2013-5-2 | 1.00 | 12.33 |
| 05-Jun-13 | Dinner in New York for M. Wunder on May 2/13; 2013-5-1 | 1.00 | 35.00 |
| 05-Jun-13 | Taxi from Eglinton to King St. for M. Wunder on May 1/13; 2013-5-1 | 1.00 | 23.89 |
| 05-Jun-13 | Taxi from New York airport to city for M. Wunder on May 1/13 (see Visa); 2013-5-1 | 1.00 | 35.34 |
| 06-Jun-13 | Telephone;16463212499;New YorkNY;4417 | 1.00 | 2.55 |
| 06-Jun-13 | Laser Copy;Punjani, R | 2.00 | 0.20 |
| 06-Jun-13 | Photocopy & Printing Charges | 29.00 | 2.90 |
| 06-Jun-13 | Photocopy & Printing Charges | 367.00 | 36.70 |
| 06-Jun-13 | Photocopy & Printing Charges | 58.00 | 5.80 |
| 06-Jun-13 | Photocopy & Printing Charges | 102.00 | 10.20 |
| 06-Jun-13 | Photocopy & Printing Charges | 136.00 | 13.60 |
| 06-Jun-13 | Photocopy;DamaniA | 5.00 | 0.50 |
| 06-Jun-13 | Photocopy;MCDONALS | 1.00 | 0.10 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 06-Jun-13 | Photocopy;MCDONALS | 33.00 | 3.30 |
| 06-Jun-13 | Cerlox | 1.00 | 2.00 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 10.20 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 3.60 |
| 06-Jun-13 | Cerlox | 1.00 | 2.00 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 4.80 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 4.60 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 6.60 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 4.00 |
| 06-Jun-13 | Laser Copy;NELSON M | 76.00 | 7.60 |
| 06-Jun-13 | Laser Copy;WUNDER M | 9.00 | 0.90 |
| 06-Jun-13 | Laser Copy;DamaniA | 269.00 | 26.90 |
| 06-Jun-13 | Laser Copy;MCDONALS | 265.00 | 26.50 |
| 06-Jun-13 | Laser Copy;KARTASHM | 16.00 | 1.60 |
| 07-Jun-13 | Laser Copy;WUNDER M | 31.00 | 3.10 |
| 07-Jun-13 | Laser Copy;NELSON M | 239.00 | 23.90 |
| 07-Jun-13 | Laser Copy;jacobsr | 20.00 | 2.00 |
| 07-Jun-13 | Laser Copy;MCDONALS | 63.00 | 6.30 |
| 08-Jun-13 | Laser Copy;MCDONALS | 2.00 | 0.20 |
| 10-Jun-13 | Laser Copy;jacobsr | 31.00 | 3.10 |
| 10-Jun-13 | Laser Copy;MCDONALS | 50.00 | 5.00 |
| 10-Jun-13 | Tabs / Cerlox | 1.00 | 3.60 |
| 10-Jun-13 | Laser Copy;WUNDER M | 48.00 | 4.80 |
| 10-Jun-13 | Laser Copy;KARTASHM | 11.00 | 1.10 |
| 10-Jun-13 | Laser Copy;KUKULOWI | 48.00 | 4.80 |
| 10-Jun-13 | Laser Copy;Erandio, N. | 235.00 | 23.50 |
| 10-Jun-13 | Laser Copy;NELSON M | 65.00 | 6.50 |
| 11-Jun-13 | Cerlox | 1.00 | 2.00 |
| 11-Jun-13 | Laser Copy;NELSON M | 188.00 | 18.80 |
| 11-Jun-13 | Laser Copy;Erandio, N. | 30.00 | 3.00 |
| 11-Jun-13 | Laser Copy;KUKULOWI | 66.00 | 6.60 |
| 11-Jun-13 | Laser Copy;WUNDER M | 44.00 | 4.40 |
| 12-Jun-13 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 12-Jun-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 12-Jun-13 | Laser Copy;NELSON M | 168.00 | 16.80 |
| 12-Jun-13 | Laser Copy;NigroR | 14.00 | 1.40 |
| 13-Jun-13 | Laser Copy;Waugh,Stephanie | 7.00 | 0.70 |
| 13-Jun-13 | Laser Copy;NELSON M | 14.00 | 1.40 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 13-Jun-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 14-Jun-13 | Photocopy;DamaniA | 5.00 | 0.50 |
| 14-Jun-13 | Laser Copy;DamaniA | 629.00 | 62.90 |
| 14-Jun-13 | Laser Copy;NELSON M | 130.00 | 13.00 |
| 14-Jun-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 14-Jun-13 | tabs/cerlox | 1.00 | 5.60 |
| 17-Jun-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 17-Jun-13 | Laser Copy;WUNDER M | 10.00 | 1.00 |
| 18-Jun-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 144.00 |
| 18-Jun-13 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 18-Jun-13 | Laser Copy;NigroR | 1.00 | 0.10 |
| 18-Jun-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 19-Jun-13 | Laser Copy;NELSON M | 294.00 | 29.40 |
| 20-Jun-13 | Photocopy;GROSSMAN | 405.00 | 40.50 |
| 20-Jun-13 | Photocopy;GROSSMAN | 408.00 | 40.80 |
| 20-Jun-13 | Meals and Beverages - Maxim /MJW/inv 212201/June 6 Breakfast for Akin Gump and Dentons teams | 1.00 | 34.80 |
| 20-Jun-13 | Laser Copy;NELSON M | 279.00 | 27.90 |
| 20-Jun-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 20-Jun-13 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 20-Jun-13 | Laser Copy;MCDONALS | 3.00 | 0.30 |
| 20-Jun-13 | tabs/binders | 1.00 | 19.40 |
| 21-Jun-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 21-Jun-13 | Courier & Delivery - PlusOne PlusOne/Inv. 28064 | 1.00 | 7.00 |
| 21-Jun-13 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 21-Jun-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 21-Jun-13 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 24-Jun-13 | Laser Copy;jacobsr | 112.00 | 11.20 |
| 24-Jun-13 | Laser Copy;GROSSMAN | 71.00 | 7.10 |
| 24-Jun-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 24-Jun-13 | Laser Copy;beardc | 32.00 | 3.20 |
| 25-Jun-13 | Laser Copy;beardc | 5.00 | 0.50 |
| 25-Jun-13 | Laser Copy;jacobsr | 42.00 | 4.20 |
| 25-Jun-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 3.57 |
| 26-Jun-13 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 26-Jun-13 | Laser Copy;NELSON M | 108.00 | 10.80 |
| 27-Jun-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 27-Jun-13 | Laser Copy;KUKULOWI | 12.00 | 1.20 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 27-Jun-13 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 27-Jun-13 | Laser Copy;WUNDER M | 24.00 | 2.40 |
| 27-Jun-13 | Laser Copy;beardc | 14.00 | 1.40 |
| 28-Jun-13 | Laser Copy;Waugh,Stephanie | 3.00 | 0.30 |
| 29-Jun-13 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 30-Jun-13 | Beck Taxi/Inv 1721-054/M Wunder x 2 Jun 11/13 | 1.00 | 27.11 |
| 30-Jun-13 | Beck Taxi/Inv 1721-054/M Wunder Jun 26/13 | 1.00 | 21.74 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$1,344.87** |