**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**JUNE 1 TO JUNE 30, 2013**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | | |
|---|---|---|
| Airfare/Travel | $ | 75.00 |
| Binding Books/Documents | $ | 68.40 |
| Courier & Delivery | $ | 7.00 |
| Library Computer Research | $ | 144.00 |
| Long Distance Telephone Calls | $ | 6.12 |
| Meals & Beverages | $ | 82.13 |
| Photocopy & Printing Charges | $ | 845.90 |
| Transportation Costs | $ | 116.32 |
| **Total Non-Taxable Disbursements** | **$ 1,344.87 CDN.** | |