**EXHIBIT D**

DENTONS CANADA LLP                                                  INVOICE 2995933
The Official Committee of Unsecured Creditors                      Page 19 of 22
Re: Nortel Networks Inc., et al.                                   Matter # 538462-000001

---

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 03-Jun-13 | Laser Copy;WUNDER M | 79.00 | 7.90 |
| 03-Jun-13 | Laser Copy;NELSON M | 255.00 | 25.50 |
| 03-Jun-13 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 03-Jun-13 | Laser Copy;KARTASHM | 54.00 | 5.40 |
| 03-Jun-13 | Laser Copy;KUKULOWI | 159.00 | 15.90 |
| 04-Jun-13 | Laser Copy;KUKULOWI | 66.00 | 6.60 |
| 04-Jun-13 | Laser Copy;WUNDER M | 141.00 | 14.10 |
| 04-Jun-13 | Laser Copy;Punjani, R | 4.00 | 0.40 |
| 04-Jun-13 | Laser Copy;NELSON M | 260.00 | 26.00 |
| 04-Jun-13 | Laser Copy;MCDONALS | 69.00 | 6.90 |
| 05-Jun-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 05-Jun-13 | Laser Copy;MCDONALS | 146.00 | 14.60 |
| 05-Jun-13 | Laser Copy;DamaniA | 510.00 | 51.00 |
| 05-Jun-13 | Laser Copy;NELSON M | 365.00 | 36.50 |
| 05-Jun-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 05-Jun-13 | Air Canada flight for in person UCC meeting from Toronto to New York (change fee) for M. Wunder on May 1/13; 2013-5-1 | 1.00 | 75.00 |
| 05-Jun-13 | Color Laser Printing | 83.00 | 83.00 |
| 05-Jun-13 | Taxi to Akin Gump office for meeting for M. Wunder on May 8/13; 2013-5-8 | 1.00 | 8.24 |
| 05-Jun-13 | Breakfast at Starbucks in New York for M. Wunder on May 2/13 ; 2013-5-2 | 1.00 | 12.33 |
| 05-Jun-13 | Dinner in New York for M. Wunder on May 2/13; 2013-5-1 | 1.00 | 35.00 |
| 05-Jun-13 | Taxi from Eglinton to King St. for M. Wunder on May 1/13; 2013-5-1 | 1.00 | 23.89 |
| 05-Jun-13 | Taxi from New York airport to city for M. Wunder on May 1/13 (see Visa); 2013-5-1 | 1.00 | 35.34 |
| 06-Jun-13 | Telephone;16463212499;New YorkNY;4417 | 1.00 | 2.55 |
| 06-Jun-13 | Laser Copy;Punjani, R | 2.00 | 0.20 |
| 06-Jun-13 | Photocopy & Printing Charges | 29.00 | 2.90 |
| 06-Jun-13 | Photocopy & Printing Charges | 367.00 | 36.70 |
| 06-Jun-13 | Photocopy & Printing Charges | 58.00 | 5.80 |
| 06-Jun-13 | Photocopy & Printing Charges | 102.00 | 10.20 |
| 06-Jun-13 | Photocopy & Printing Charges | 136.00 | 13.60 |
| 06-Jun-13 | Photocopy;DamaniA | 5.00 | 0.50 |
| 06-Jun-13 | Photocopy;MCDONALS | 1.00 | 0.10 |

DENTONS CANADA LLP                                            INVOICE 2995933
The Official Committee of Unsecured Creditors                   Page 20 of 22
Re: Nortel Networks Inc., et al.                         Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 06-Jun-13 | Photocopy;MCDONALS | 33.00 | 3.30 |
| 06-Jun-13 | Cerlox | 1.00 | 2.00 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 10.20 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 3.60 |
| 06-Jun-13 | Cerlox | 1.00 | 2.00 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 4.80 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 4.60 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 6.60 |
| 06-Jun-13 | Tabs / Cerlox | 1.00 | 4.00 |
| 06-Jun-13 | Laser Copy;NELSON M | 76.00 | 7.60 |
| 06-Jun-13 | Laser Copy;WUNDER M | 9.00 | 0.90 |
| 06-Jun-13 | Laser Copy;DamaniA | 269.00 | 26.90 |
| 06-Jun-13 | Laser Copy;MCDONALS | 265.00 | 26.50 |
| 06-Jun-13 | Laser Copy;KARTASHM | 16.00 | 1.60 |
| 07-Jun-13 | Laser Copy;WUNDER M | 31.00 | 3.10 |
| 07-Jun-13 | Laser Copy;NELSON M | 239.00 | 23.90 |
| 07-Jun-13 | Laser Copy;jacobsr | 20.00 | 2.00 |
| 07-Jun-13 | Laser Copy;MCDONALS | 63.00 | 6.30 |
| 08-Jun-13 | Laser Copy;MCDONALS | 2.00 | 0.20 |
| 10-Jun-13 | Laser Copy;jacobsr | 31.00 | 3.10 |
| 10-Jun-13 | Laser Copy;MCDONALS | 50.00 | 5.00 |
| 10-Jun-13 | Tabs / Cerlox | 1.00 | 3.60 |
| 10-Jun-13 | Laser Copy;WUNDER M | 48.00 | 4.80 |
| 10-Jun-13 | Laser Copy;KARTASHM | 11.00 | 1.10 |
| 10-Jun-13 | Laser Copy;KUKULOWI | 48.00 | 4.80 |
| 10-Jun-13 | Laser Copy;Erandio, N. | 235.00 | 23.50 |
| 10-Jun-13 | Laser Copy;NELSON M | 65.00 | 6.50 |
| 11-Jun-13 | Cerlox | 1.00 | 2.00 |
| 11-Jun-13 | Laser Copy;NELSON M | 188.00 | 18.80 |
| 11-Jun-13 | Laser Copy;Erandio, N. | 30.00 | 3.00 |
| 11-Jun-13 | Laser Copy;KUKULOWI | 66.00 | 6.60 |
| 11-Jun-13 | Laser Copy;WUNDER M | 44.00 | 4.40 |
| 12-Jun-13 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 12-Jun-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 12-Jun-13 | Laser Copy;NELSON M | 168.00 | 16.80 |
| 12-Jun-13 | Laser Copy;NigroR | 14.00 | 1.40 |
| 13-Jun-13 | Laser Copy;Waugh,Stephanie | 7.00 | 0.70 |
| 13-Jun-13 | Laser Copy;NELSON M | 14.00 | 1.40 |

DENTONS CANADA LLP                                          INVOICE 2995933
The Official Committee of Unsecured Creditors               Page 21 of 22
Re: Nortel Networks Inc., et al.                            Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 13-Jun-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 14-Jun-13 | Photocopy;DamaniA | 5.00 | 0.50 |
| 14-Jun-13 | Laser Copy;DamaniA | 629.00 | 62.90 |
| 14-Jun-13 | Laser Copy;NELSON M | 130.00 | 13.00 |
| 14-Jun-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 14-Jun-13 | tabs/cerlox | 1.00 | 5.60 |
| 17-Jun-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 17-Jun-13 | Laser Copy;WUNDER M | 10.00 | 1.00 |
| 18-Jun-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 144.00 |
| 18-Jun-13 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 18-Jun-13 | Laser Copy;NigroR | 1.00 | 0.10 |
| 18-Jun-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 19-Jun-13 | Laser Copy;NELSON M | 294.00 | 29.40 |
| 20-Jun-13 | Photocopy;GROSSMAN | 405.00 | 40.50 |
| 20-Jun-13 | Photocopy;GROSSMAN | 408.00 | 40.80 |
| 20-Jun-13 | Meals and Beverages - Maxim /MJW/inv 212201/June 6 Breakfast for Akin Gump and Dentons teams | 1.00 | 34.80 |
| 20-Jun-13 | Laser Copy;NELSON M | 279.00 | 27.90 |
| 20-Jun-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 20-Jun-13 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 20-Jun-13 | Laser Copy;MCDONALS | 3.00 | 0.30 |
| 20-Jun-13 | tabs/binders | 1.00 | 19.40 |
| 21-Jun-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 21-Jun-13 | Courier & Delivery - PlusOne PlusOne/Inv. 28064 | 1.00 | 7.00 |
| 21-Jun-13 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 21-Jun-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 21-Jun-13 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 24-Jun-13 | Laser Copy;jacobsr | 112.00 | 11.20 |
| 24-Jun-13 | Laser Copy;GROSSMAN | 71.00 | 7.10 |
| 24-Jun-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 24-Jun-13 | Laser Copy;beardc | 32.00 | 3.20 |
| 25-Jun-13 | Laser Copy;beardc | 5.00 | 0.50 |
| 25-Jun-13 | Laser Copy;jacobsr | 42.00 | 4.20 |
| 25-Jun-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 3.57 |
| 26-Jun-13 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 26-Jun-13 | Laser Copy;NELSON M | 108.00 | 10.80 |
| 27-Jun-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 27-Jun-13 | Laser Copy;KUKULOWI | 12.00 | 1.20 |

DENTONS CANADA LLP                                              INVOICE 2995933
The Official Committee of Unsecured Creditors                   Page 22 of 22
Re: Nortel Networks Inc., et al.                          Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 27-Jun-13 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 27-Jun-13 | Laser Copy;WUNDER M | 24.00 | 2.40 |
| 27-Jun-13 | Laser Copy;beardc | 14.00 | 1.40 |
| 28-Jun-13 | Laser Copy;Waugh,Stephanie | 3.00 | 0.30 |
| 29-Jun-13 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 30-Jun-13 | Beck Taxi/Inv 1721-054/M Wunder x 2 Jun 11/13 | 1.00 | 27.11 |
| 30-Jun-13 | Beck Taxi/Inv 1721-054/M Wunder Jun 26/13 | 1.00 | 21.74 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$1,344.87** |