# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2013 THROUGH JUNE 30, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 42.1 | $775.00 | $32,627.50 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 2.8 | $375.00 | $1,050.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 13.1 | $630.00 | $8,253.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 64.9 | $795.00 | $51,595.50 |
| Natalie Levine | Consultant | Financial Restructuring |  | 1.1 | $525.00 | $577.50 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 3.5 | $440.00 | $1,540.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 37.6 | $750.00 | $28,200.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 55.8 | $900.00 | $50,220.00 |
| Zahra Nurmohamed | Partner | Taxation | Ontario - 2001 | 0.8 | $715.00 | $572.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 2.6 | $700.00 | $1,820.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 224.3 | CDN. | $176,455.50 |

12305702_1|TORDOCS