**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 5/1/2013 through 5/31/2013**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 51.50 | $42,745.00 |
| J. Borow | Executive Director | $830 | 122.00 | $101,260.00 |
| J. Hyland | Executive Director | $635 | 225.80 | $143,383.00 |
| M. Dansky | Executive Director | $595 | 13.70 | $8,151.50 |
| A. Cowie | Managing Director | $575 | 165.20 | $94,990.00 |
| B. Kullberg | Managing Director | $500 | 13.70 | $6,850.00 |
| B. Frizzell | Director | $425 | 12.40 | $5,270.00 |
| J. Schad | Director | $415 | 21.20 | $8,798.00 |
| T. Morilla | Director | $380 | 17.50 | $6,650.00 |
| M. Desalvio | Research | $195 | 1.40 | $273.00 |
| J. Geraghty | Research | $125 | 2.00 | $250.00 |
| M. Sidhu | Research | $125 | 1.00 | $125.00 |
| M. Haverkamp | Paraprofessional | $120 | 5.60 | $672.00 |
| **For the Period 5/1/2013 through 5/31/2013** | | | **653.00** | **$419,417.50** |

**Capstone Advisory Group, LLC**
Invoice for the 5/1/2013-5/31/2013 Fee Statement