## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 5/1/2013 through 5/31/2013**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 342.60 | $226,546.50 |
| 05. Professional Retention/Fee Application Preparation | 17.20 | $7,696.00 |
| 06. Attend Hearings/Related Activities | 2.20 | $1,826.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 3.60 | $2,988.00 |
| 08. Interaction/Mtgs w Creditors | 113.30 | $80,679.50 |
| 09. Employee Issues/KEIP | 2.80 | $1,778.00 |
| 10. Recovery/SubCon/Lien Analysis | 36.70 | $22,023.50 |
| 11. Claim Analysis/Accounting | 34.40 | $22,039.50 |
| 13. Intercompany Transactions/Bal | 10.60 | $6,170.00 |
| 14. Executory Contracts/Leases | 2.30 | $1,322.50 |
| 18. Operating and Other Reports | 15.60 | $9,033.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 3.40 | $2,082.50 |
| 33. Intellectual Property | 68.30 | $35,232.50 |
| **For the Period 5/1/2013 through 5/31/2013** | **653.00** | **$419,417.50** |