# Nortel Networks Corporation
## Capstone Advisory Group, LLC
## Exhibit C: Detailed Time Descriptions
## For the Period 5/1/2013 through 5/31/2013

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 5/1/2013 | C. Kearns | 0.60 | Read draft allocation brief. |
| 5/1/2013 | J. Borow | 1.40 | Continued to prepare and review presentation information to the UCC regarding allocation concepts and scenarios and related results. |
| 5/1/2013 | T. Morilla | 1.90 | Revised and edited the proceeds allocation report. |
| 5/1/2013 | J. Hyland | 1.90 | Finalized sales proceeds allocation report for UCC. |
| 5/1/2013 | J. Hyland | 2.00 | Continued reviewing and preparing pages for the sales proceeds allocation report for UCC. |
| 5/1/2013 | J. Borow | 2.70 | Prepared and reviewed presentation information to the UCC regarding allocation concepts and scenarios and related results. |
| 5/1/2013 | J. Hyland | 2.90 | Reviewed sales proceeds allocation report for UCC. |
| 5/2/2013 | A. Cowie | 0.90 | Continued to analyze valuation and related expert cases in regard to allocation process. |
| 5/2/2013 | J. Hyland | 1.40 | Reviewed articles from the proceeds allocation expert. |
| 5/2/2013 | T. Morilla | 2.10 | Reviewed and analyzed documents to be uploaded to the data room. |
| 5/2/2013 | A. Cowie | 2.90 | Analyzed valuation and related expert cases in regard to allocation |
| 5/3/2013 | J. Hyland | 0.40 | Reviewed court documents for disposition of real estate. |
| 5/3/2013 | J. Borow | 2.10 | Reviewed historical components of financial information and availability of detailed analyses of such components. |
| 5/3/2013 | J. Hyland | 2.10 | Continued analyzing historic financial performance for proceeds |
| 5/3/2013 | A. Cowie | 2.40 | Analyzed historical geographic operating contributions re: recovery model inputs. |
| 5/3/2013 | J. Hyland | 2.60 | Reviewed analysis of historic financial performance for proceeds allocation. |
| 5/3/2013 | A. Cowie | 2.70 | Analyzed historical financial results for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/3/2013 | A. Cowie | 2.90 | Continued to analyze historical financial results for proceeds allocation. |
| 5/6/2013 | T. Morilla | 0.50 | Reviewed and analyzed proceeds allocation deck. |
| 5/6/2013 | A. Cowie | 0.50 | Continued to analyze historical geographic operating contributions re: recovery model inputs. |
| 5/6/2013 | C. Kearns | 0.60 | Read and commented on turn of draft proceeds allocation brief by CGSH. |
| 5/6/2013 | J. Hyland | 1.40 | Reviewed revised proceeds allocation draft court filing. |
| 5/6/2013 | C. Kearns | 1.40 | Read counsel's redline of allocation brief. |
| 5/6/2013 | J. Hyland | 1.80 | Continued analyzing supporting documents for proceeds allocation. |
| 5/6/2013 | J. Borow | 2.10 | Reviewed draft motions and various re-drafts re: submissions to court re: allocation litigation. |
| 5/6/2013 | J. Hyland | 2.60 | Reviewed proceeds allocation position paper from counsel. |
| 5/6/2013 | A. Cowie | 2.80 | Analyzed historical geographic operating contributions re: recovery model inputs. |
| 5/6/2013 | J. Hyland | 2.90 | Analyzed supporting documents for proceeds allocation. |
| 5/7/2013 | J. Borow | 0.20 | Continued to review draft motions and various re-drafts re: submissions to court re: allocation litigation. |
| 5/7/2013 | B. Frizzell | 0.80 | Researched valuation issues re: proceeds allocation. |
| 5/7/2013 | J. Hyland | 1.30 | Reviewed proceeds allocation brief from Milbank. |
| 5/7/2013 | C. Kearns | 1.90 | Read next turn of allocation brief. |
| 5/7/2013 | J. Hyland | 2.00 | Reviewed updated proceeds allocation brief from Cleary. |
| 5/7/2013 | A. Cowie | 2.20 | Continued to analyze allocation of proceeds issues and detailed calculations. |
| 5/7/2013 | J. Hyland | 2.80 | Analyzed completeness of database for proceeds allocation expert. |
| 5/7/2013 | A. Cowie | 2.80 | Analyzed allocation of proceeds issues and detailed calculations. |
| 5/7/2013 | J. Borow | 2.90 | Reviewed draft motions and various re-drafts re: submissions to court re: allocation litigation. |
| 5/7/2013 | M. Dansky | 2.90 | Continued reviewing allocation positions of the parties. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/8/2013 | J. Borow | 0.50 | Continued to review and analyze allocation issues between US and Canadian estates. |
| 5/8/2013 | A. Cowie | 1.50 | Analyzed historical operational contribution supporting documentation. |
| 5/8/2013 | A. Cowie | 1.90 | Analyzed distributor historical revenues on a global basis. |
| 5/8/2013 | A. Cowie | 2.10 | Continued to analyze distributor historical revenues on a global basis. |
| 5/8/2013 | J. Hyland | 2.10 | Continued analyzing Nortel support in response to request from expert. |
| 5/8/2013 | C. Kearns | 2.40 | Reviewed next turn of the proceeds allocation draft and then blackline to that turn reflecting my comments. |
| 5/8/2013 | J. Borow | 2.60 | Reviewed and analyzed allocation issues between US and Canadian estates. |
| 5/8/2013 | J. Hyland | 2.70 | Continued analyzing Nortel support in response to request from expert. |
| 5/8/2013 | J. Hyland | 2.90 | Analyzed Nortel support in response to request from expert. |
| 5/9/2013 | C. Kearns | 0.20 | Reviewed latest blackline to draft allocation brief. |
| 5/9/2013 | T. Morilla | 0.40 | Reviewed and analyzed the escrow accounts. |
| 5/9/2013 | B. Frizzell | 0.80 | Reviewed latest briefing re: proceeds allocation. |
| 5/9/2013 | J. Hyland | 2.00 | Reviewed prior mediation submissions. |
| 5/9/2013 | A. Cowie | 2.50 | Analyzed proceeds allocation calculations from other estates. |
| 5/9/2013 | J. Hyland | 2.80 | Analyzed proceeds escrow for expert. |
| 5/10/2013 | J. Borow | 0.40 | Continued to review and analyze allocation issues between US and Canadian estates. |
| 5/10/2013 | C. Kearns | 0.70 | Read black line of draft allocation brief and sent additional comments to counsel. |
| 5/10/2013 | J. Hyland | 1.30 | Continued analyzing proceeds allocation scenario. |
| 5/10/2013 | J. Hyland | 2.00 | Analyzed proceeds allocation scenario. |
| 5/10/2013 | A. Cowie | 2.30 | Analyzed historical contribution for geographic entities in regard to asset allocation. |
| 5/10/2013 | A. Cowie | 2.60 | Continued to analyze historical contribution for geographic entities in regard to asset allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/10/2013 | J. Borow | 2.80 | Reviewed and analyzed allocation issues between US and Canadian estates. |
| 5/13/2013 | C. Kearns | 0.40 | Read emails with counsel and Cleary re: litigation and proceeds allocation discovery timeline. |
| 5/13/2013 | J. Hyland | 0.60 | Reviewed proceeds allocation litigation timeline. |
| 5/13/2013 | A. Cowie | 1.10 | Prepared analysis of transfer pricing issues for potential expert. |
| 5/13/2013 | J. Hyland | 1.20 | Reviewed litigation timeline and related proceeds allocation matters. |
| 5/13/2013 | C. Kearns | 1.20 | Reviewed documents related to past asset sales and MRDA application. |
| 5/13/2013 | J. Borow | 1.50 | Reviewed submissions by UCC and US Debtor pertaining to litigation of allocation issues. |
| 5/13/2013 | A. Cowie | 2.40 | Continued to analyze asset sale documentation for potential expert. |
| 5/13/2013 | A. Cowie | 2.60 | Analyzed asset sale documentation for potential expert. |
| 5/13/2013 | J. Hyland | 2.90 | Analyzed UMTS sale support. |
| 5/14/2013 | B. Frizzell | 0.80 | Analyzed approach and identified issues re: proceeds allocation. |
| 5/14/2013 | A. Cowie | 0.90 | Analyzed transaction supporting historical financial information for potential expert. |
| 5/14/2013 | A. Cowie | 1.80 | Analyzed transactional level modeling for potential expert. |
| 5/14/2013 | J. Borow | 2.80 | Reviewed submissions by UCC and US Debtor pertaining to litigation of allocation issues. |
| 5/15/2013 | T. Morilla | 0.50 | Reviewed and analyzed the US allocation submission draft. |
| 5/15/2013 | J. Hyland | 2.20 | Reviewed proceeds allocation brief issues. |
| 5/15/2013 | J. Borow | 2.40 | Reviewed submissions by UCC and US Debtor pertaining to litigation of allocation issues. |
| 5/15/2013 | A. Cowie | 2.60 | Analyzed sale level documentation for potential expert. |
| 5/15/2013 | A. Cowie | 2.70 | Analyzed creditor recovery models for potential expert. |
| 5/16/2013 | A. Cowie | 0.90 | Continued to analyze estate proceeds allocation litigation submission documents. |
| 5/16/2013 | C. Kearns | 1.00 | Read allocation brief from the EMEA parties. |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/2013-5/31/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/16/2013 | T. Morilla | 1.10 | Continued to review and analyze the allocation submissions. |
| 5/16/2013 | C. Kearns | 1.20 | Read allocation brief from Canadian parties. |
| 5/16/2013 | J. Hyland | 1.60 | Reviewed U.S. proceeds allocation brief. |
| 5/16/2013 | J. Borow | 2.10 | Continued to review submissions of other estates and creditor parties relating to allocation issues. |
| 5/16/2013 | J. Hyland | 2.60 | Continued reviewing proceeds allocation briefs from other parties of interest. |
| 5/16/2013 | J. Borow | 2.70 | Reviewed submissions of other estates and creditor parties relating to allocation issues. |
| 5/16/2013 | J. Hyland | 2.70 | Reviewed proceeds allocation briefs from other parties of interest. |
| 5/16/2013 | A. Cowie | 2.90 | Analyzed estate proceeds allocation litigation submission documents. |
| 5/16/2013 | A. Cowie | 2.90 | Analyzed creditor recovery models for potential expert. |
| 5/17/2013 | A. Cowie | 0.30 | Analyzed allocation litigation submissions. |
| 5/17/2013 | A. Cowie | 0.50 | Analyzed litigation submissions and related information for potential expert. |
| 5/17/2013 | C. Kearns | 0.60 | Read UK pension proceeds allocation brief. |
| 5/17/2013 | A. Cowie | 1.10 | Analyzed estate proceeds allocation litigation submissions. |
| 5/17/2013 | T. Morilla | 1.20 | Reviewed and analyzed the proposal summary. |
| 5/17/2013 | J. Hyland | 1.20 | Created initial financial summary of proceeds allocation briefs. |
| 5/17/2013 | J. Hyland | 1.30 | Reviewed counsel's summary of proceeds allocation briefs. |
| 5/17/2013 | J. Borow | 1.80 | Continued to review submissions of other estates and creditor parties relating to allocation issues. |
| 5/17/2013 | J. Hyland | 2.30 | Analyzed proceeds allocation scenario calculations. |
| 5/17/2013 | J. Hyland | 2.50 | Prepared diligence list for counsel on proceeds allocation briefs. |
| 5/17/2013 | J. Borow | 2.60 | Reviewed submissions of other estates and creditor parties relating to allocation issues. |
| 5/17/2013 | J. Hyland | 2.80 | Revised financial summary of proceeds allocation briefs. |
| 5/17/2013 | A. Cowie | 2.80 | Analyzed creditor recovery scenarios for potential expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/17/2013 | A. Cowie | 2.90 | Prepared information request list for potential expert. |
| 5/18/2013 | J. Borow | 2.50 | Reviewed submissions of other estates relating to allocation concepts. |
| 5/19/2013 | A. Cowie | 0.20 | Prepared responsive information request in regard to allocation submissions. |
| 5/19/2013 | C. Kearns | 2.00 | Read and commented on draft outline of proceeds allocation reply brief prepared by counsel to be shared with CGSH. |
| 5/19/2013 | J. Borow | 2.80 | Reviewed submissions of other estates relating to allocation concepts. |
| 5/20/2013 | C. Kearns | 0.50 | Reviewed draft discovery request re: allocation litigation. |
| 5/20/2013 | A. Cowie | 0.90 | Prepared allocation litigation responsive questions. |
| 5/20/2013 | J. Hyland | 1.40 | Reviewed and analyzed preliminary proceeds allocation diligence list from Cleary. |
| 5/20/2013 | J. Hyland | 1.50 | Reviewed financial summary of proceeds allocation brief. |
| 5/20/2013 | A. Cowie | 1.50 | Analyzed submitted allocation litigation documents re: additional and responsive information requests for potential expert. |
| 5/20/2013 | J. Borow | 1.70 | Continued to prepare and review various due diligence concepts and specifics re: submissions of parties. |
| 5/20/2013 | J. Hyland | 2.20 | Continued analyzing proceeds allocation diligence list for counsel. |
| 5/20/2013 | A. Cowie | 2.70 | Continued to analyze deal level documentation for potential expert. |
| 5/20/2013 | J. Hyland | 2.80 | Reviewed and analyzed proceeds allocation scenarios for IP. |
| 5/20/2013 | A. Cowie | 2.80 | Analyzed deal-level documentation for potential expert. |
| 5/20/2013 | J. Borow | 2.90 | Prepared and reviewed various due diligence concepts and specifics re: submissions of parties. |
| 5/20/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation diligence list for counsel. |
| 5/21/2013 | J. Hyland | 0.20 | Conducted call with proceeds allocation expert re: diligence list. |
| 5/21/2013 | J. Borow | 0.40 | Continued to prepare and review various due diligence concepts and specifics re: submissions of parties. |
| 5/21/2013 | C. Kearns | 0.50 | Read motions/ docket re: UK pension proceeds allocation motion and Court response. |
| 5/21/2013 | C. Kearns | 1.20 | Reviewed list of discovery requests for other parties in allocation litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/21/2013 | J. Hyland | 1.30 | Reviewed revised proceeds allocation diligence list from proceeds allocation expert. |
| 5/21/2013 | J. Hyland | 1.80 | Continued identifying proceeds allocation documents for the proceeds allocation expert. |
| 5/21/2013 | J. Hyland | 2.20 | Finalized proceeds allocation diligence list for counsel. |
| 5/21/2013 | A. Cowie | 2.20 | Continued to analyze historical deal level information for potential expert. |
| 5/21/2013 | J. Hyland | 2.40 | Finalized proceeds allocation brief financial summary. |
| 5/21/2013 | J. Hyland | 2.70 | Identified proceeds allocation documents for the proceeds allocation expert. |
| 5/21/2013 | A. Cowie | 2.80 | Analyzed historical deal level information for potential expert. |
| 5/21/2013 | J. Borow | 2.90 | Prepared and reviewed various due diligence concepts and specifics re: submissions of parties. |
| 5/22/2013 | C. Kearns | 0.20 | Reviewed final proceeds allocation discovery request list. |
| 5/22/2013 | C. Kearns | 0.60 | Reviewed draft analysis for UCC summarizing "asks" in allocation briefs by the core parties. |
| 5/22/2013 | J. Hyland | 1.00 | Updated and reviewed final summary of submitted proceeds allocation briefs for UCC. |
| 5/22/2013 | J. Hyland | 1.00 | Reviewed CBRE Raleigh retention motion. |
| 5/22/2013 | T. Morilla | 1.10 | Analyzed and updated the financial summary of the proceeds allocation positions. |
| 5/22/2013 | J. Hyland | 1.20 | Revised summary of submitted proceeds allocation briefs for UCC. |
| 5/22/2013 | J. Hyland | 2.40 | Analyzed proceeds allocation scenarios. |
| 5/22/2013 | J. Borow | 2.80 | Reviewed and evaluated issues and concepts pertaining to allocation of intellectual property proceeds. |
| 5/23/2013 | C. Kearns | 0.80 | Read proceeds allocation discovery request from NNL. |
| 5/23/2013 | J. Hyland | 1.90 | Continued reviewing proceeds allocation diligence requests from each of the estates. |
| 5/23/2013 | J. Borow | 2.60 | Reviewed initial proceeds allocation document and information requests submitted by various estates. |
| 5/23/2013 | J. Hyland | 2.70 | Reviewed proceeds allocation diligence requests from each of the estates. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/24/2013 | C. Kearns | 1.00 | Read draft proceeds allocation reply brief. |
| 5/24/2013 | J. Borow | 1.20 | Reviewed proceeds allocation issues from one estate in preparation for discussion with UCC. |
| 5/24/2013 | J. Borow | 1.30 | Reviewed intellectual property allocation issues and related scenarios. |
| 5/24/2013 | A. Cowie | 1.60 | Analyzed deal-level information for potential expert. |
| 5/24/2013 | J. Hyland | 1.70 | Reviewed the Debtors' draft allocation reply brief. |
| 5/24/2013 | J. Hyland | 2.60 | Continued analyzing matters in the Debtors' draft allocation reply brief. |
| 5/24/2013 | J. Hyland | 2.90 | Analyzed matters in the Debtors' draft allocation reply brief. |
| 5/25/2013 | M. Dansky | 1.00 | Reviewed allocation briefs. |
| 5/25/2013 | C. Kearns | 1.00 | Read redline suggestions and emailed comments to counsel re: draft reply brief. |
| 5/25/2013 | J. Borow | 1.10 | Reviewed and commented upon motions and related information to be submitted to court in allocation dispute. |
| 5/25/2013 | J. Hyland | 2.00 | Analyzed allocation scenarios for draft allocation reply brief. |
| 5/25/2013 | J. Hyland | 2.70 | Reviewed comments to U.S. Debtors' draft allocation reply brief. |
| 5/26/2013 | J. Borow | 2.20 | Continued reviewing motions and related information to be submitted to court in allocation dispute. |
| 5/27/2013 | T. Morilla | 0.80 | Reviewed the US reply brief. |
| 5/27/2013 | J. Hyland | 0.80 | Continued reviewing 10(k)s for proceeds allocation purposes. |
| 5/27/2013 | J. Hyland | 2.40 | Reviewed 10(k)s for proceeds allocation purposes. |
| 5/27/2013 | J. Borow | 2.60 | Commented on motions and related information to be submitted to court in allocation dispute. |
| 5/28/2013 | A. Cowie | 0.90 | Continued to analyze historical public information re: allocation issues for potential expert. |
| 5/28/2013 | T. Morilla | 1.60 | Continued to review the allocation reply brief. |
| 5/28/2013 | J. Hyland | 1.70 | Reviewed ad hoc bondholder draft proceeds allocation reply brief. |
| 5/28/2013 | J. Hyland | 1.90 | Reviewed revised proceeds allocation reply brief. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/28/2013 | J. Hyland | 2.00 | Analyzed comments to proceeds allocation reply brief. |
| 5/28/2013 | A. Cowie | 2.20 | Analyzed historical public information in regard to allocation issues for potential expert. |
| 5/29/2013 | C. Kearns | 0.60 | Completed final review of key documents re: proceeds allocation reply brief. |
| 5/29/2013 | J. Hyland | 1.20 | Reviewed final U.S. Debtors' proceeds allocation reply brief. |
| 5/29/2013 | J. Hyland | 1.50 | Reviewed revised reply brief from the U.S. Debtors. |
| 5/29/2013 | J. Hyland | 1.80 | Reviewed EMEA proceeds allocation reply brief and analyzed resulting allocation calculations. |
| 5/30/2013 | J. Hyland | 1.00 | Reviewed analyses for call with proceeds allocation expert on IP. |
| 5/30/2013 | C. Kearns | 1.00 | Read Canada proceeds allocation reply briefs and provided thoughts to counsel. |
| 5/30/2013 | J. Hyland | 1.10 | Reviewed revised proceeds allocation diligence request from Cleary. |
| 5/30/2013 | J. Hyland | 1.60 | Reviewed TPA calculation spreadsheet for call with counsel and forwarded files for the discussion. |
| 5/30/2013 | A. Cowie | 2.10 | Analyzed proceeds allocation submission replies. |
| 5/30/2013 | J. Borow | 2.40 | Continued to review and analyze proceeds allocation reply briefs received from all parties. |
| 5/30/2013 | J. Hyland | 2.70 | Continued reviewing proceeds allocation reply briefs. |
| 5/30/2013 | J. Borow | 2.80 | Reviewed and analyzed proceeds allocation reply briefs received from all parties to litigation. |
| 5/30/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation reply briefs. |
| 5/30/2013 | A. Cowie | 2.90 | Continued to analyze allocation litigation submission replies. |
| 5/31/2013 | C. Kearns | 0.40 | Read correspondence re: proceeds allocation discovery request related issues. |
| 5/31/2013 | J. Hyland | 1.30 | Reviewed document database for proceeds allocation diligence list items. |
| 5/31/2013 | J. Borow | 1.30 | Prepared for (0.5) attended and participated in (0.8) discussion with potential experts re: background and analyses of components of sales transactions and proceeds. |
| 5/31/2013 | J. Hyland | 1.30 | Analyzed follow-up requests from proceeds allocation expert. |
| 5/31/2013 | J. Hyland | 2.00 | Analyzed documents for conference call with proceeds allocation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/31/2013 | A. Cowie | 2.40 | Prepared updated information request for allocation submission. |
| 5/31/2013 | J. Borow | 2.60 | Reviewed and evaluated reply submissions of various core parties. |
| 5/31/2013 | J. Hyland | 2.60 | Prepared comments on revised proceeds allocation diligence list and provided to counsel. |
| 5/31/2013 | J. Hyland | 2.80 | Reviewed revised proceeds allocation diligence list. |
| 5/31/2013 | A. Cowie | 2.90 | Continued to prepare updated information request for allocation submission. |
| Subtotal | | 342.60 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/7/2013 | J. Hyland | 0.10 | Prepared and sent April fee estimate to counsel. |
| 5/10/2013 | A. Cowie | 2.40 | Reviewed monthly fee application. |
| 5/13/2013 | J. Hyland | 0.80 | Reviewed fee application. |
| 5/13/2013 | A. Cowie | 0.90 | Reviewed professional fee application for May. |
| 5/14/2013 | M. Haverkamp | 1.20 | Prepared March fee application. |
| 5/15/2013 | A. Cowie | 1.10 | Reviewed monthly fee application. |
| 5/15/2013 | M. Haverkamp | 1.80 | Prepared April fee application. |
| 5/21/2013 | J. Hyland | 0.50 | Finalized fee application with counsel. |
| 5/22/2013 | M. Haverkamp | 0.10 | Prepared March fee application. |
| 5/22/2013 | J. Hyland | 0.40 | Reviewed portion of April fee application. |
| 5/23/2013 | A. Cowie | 0.70 | Reviewed April fee application. |
| 5/23/2013 | J. Hyland | 0.70 | Reviewed April fee application time entries. |
| 5/24/2013 | A. Cowie | 0.90 | Reviewed April fee application. |
| 5/28/2013 | A. Cowie | 0.60 | Reviewed April fee invoice. |
| 5/28/2013 | J. Hyland | 0.90 | Reviewed final April fee application. |
| 5/28/2013 | M. Haverkamp | 1.40 | Prepared April fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/29/2013 | J. Borow | 0.40 | Reviewed and finalized fee application. |
| 5/29/2013 | A. Cowie | 0.40 | Analyzed quarterly fee application. |
| 5/29/2013 | J. Hyland | 0.80 | Reviewed interim fee application. |
| 5/29/2013 | M. Haverkamp | 1.10 | Prepared seventeenth interim fee application. |
| Subtotal | | 17.20 | |

**06. Attend Hearings/Related Activities**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/15/2013 | J. Borow | 1.00 | Attended hearing of joint US and Canada courts re: allocation issues. |
| 5/15/2013 | C. Kearns | 1.20 | Prepared for (.2) and listened to (1.0) court call to discuss litigation and discovery timeline discussion. |
| Subtotal | | 2.20 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/28/2013 | J. Borow | 1.40 | Prepared for meeting with Debtors' counsel to review and discuss and comment on reply submission. |
| 5/28/2013 | J. Borow | 2.20 | Participated in meeting with Debtor's counsel to review and discuss and comment on reply submission. |
| Subtotal | | 3.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/1/2013 | C. Kearns | 0.40 | Participated in conference call with counsel and individual UCC member re: draft allocation brief. |
| 5/1/2013 | J. Hyland | 1.00 | Participated in weekly status call with UCC professionals. |
| 5/1/2013 | A. Cowie | 1.30 | Prepared summary notes and discussion points for professionals call. |
| 5/1/2013 | C. Kearns | 1.50 | Met with counsel to prepare for in-person meeting with UCC, reviewed issues related to allocation and litigation. |
| 5/2/2013 | J. Hyland | 0.40 | Continued to participate in UCC meeting with UCC members and UCC professionals. |
| 5/2/2013 | C. Kearns | 0.40 | Continued to attend in-person meeting with UCC to discuss allocation brief and other case matters. |
| 5/2/2013 | J. Hyland | 0.40 | Conducted follow-up meetings from the UCC meeting with UCC members. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/2/2013 | J. Borow | 0.80 | Prepared for, attended, and participated in meeting with counsel and advisors re: proceeds allocation and discussions with UCC. |
| 5/2/2013 | J. Borow | 1.00 | Participated in meeting with UCC and advisors to UCC re: proceeds allocation. |
| 5/2/2013 | C. Kearns | 1.20 | Conducted follow-up meetings to the UCC meeting with UCC members. |
| 5/2/2013 | J. Borow | 1.90 | Prepared for UCC meeting re: allocation issues. |
| 5/2/2013 | A. Cowie | 1.90 | Prepared detailed discussion points and recovery document for UCC meeting. |
| 5/2/2013 | A. Cowie | 2.10 | Continued to prepare detailed discussion points and recovery document for UCC meeting. |
| 5/2/2013 | J. Borow | 2.30 | Continued to participate in meeting with UCC and advisors to UCC re: allocation issues. |
| 5/2/2013 | J. Hyland | 2.80 | Prepared for UCC meeting and reviewed report for meeting. |
| 5/2/2013 | J. Hyland | 2.90 | Participated in UCC meeting with UCC members and UCC professionals. |
| 5/2/2013 | C. Kearns | 2.90 | Attended in-person meeting with UCC to discuss allocation brief and other case matters. |
| 5/3/2013 | C. Kearns | 0.20 | Emailed with counsel and Milbank re: next steps for brief. |
| 5/3/2013 | C. Kearns | 0.80 | Discussed allocation brief issues and timeline with counsel. |
| 5/6/2013 | C. Kearns | 0.30 | Emailed with UCC member re: allocation analysis. |
| 5/6/2013 | C. Kearns | 0.50 | Participated in call with counsel and CGSH to discuss comments in latest draft of allocation brief. |
| 5/6/2013 | C. Kearns | 0.60 | Discussed brief draft with counsel and provided comments. |
| 5/6/2013 | A. Cowie | 1.00 | Prepared detailed discussion points and supporting analysis for meeting with the bond holder group professionals. |
| 5/6/2013 | C. Kearns | 1.00 | Met with counsel and Milbank to discuss draft briefs and key themes for upcoming court submission. |
| 5/6/2013 | J. Hyland | 1.10 | Prepared for (0.1) and participated in (1.0) meeting with counsel, Fraser, Milbank, and FTI re: proceeds allocation position briefs. |
| 5/6/2013 | J. Hyland | 1.20 | Participated in meeting with Patterson Belknap re: proceeds allocation calculations. |
| 5/6/2013 | A. Cowie | 1.30 | Prepared for (0.1) and participated in (1.2) meeting with creditor representatives. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 5/6/2013 | A. Cowie | 1.40 | Continued to prepare for meeting with creditor professionals. |
| 5/6/2013 | J. Borow | 1.90 | Prepared for (.9), attended and participated in meeting (1.0) with counsel to UCC and counsel and financial advisors to ad hoc bondholders re: motion and submission to the court re: allocation. |
| 5/6/2013 | J. Borow | 2.10 | Prepared (0.9) for, attended, and participated in (1.2) meeting with counsel to member of UCC (Patterson Belknap) to discuss various allocation issues. |
| 5/7/2013 | J. Hyland | 0.10 | Conducted call with K. Rowe re: taxes in allocation brief. |
| 5/7/2013 | J. Hyland | 0.50 | Conducted calls with proceeds allocation expert re: plan for upcoming meeting. |
| 5/7/2013 | A. Cowie | 1.30 | Participated in meeting with creditors' professionals at Latham Watkins. |
| 5/7/2013 | J. Hyland | 1.40 | Prepared for (0.1) and participated in (1.3) meeting with M. Riela of Latham Watkins and R. Majors of BNY Mellon re: proceeds allocation calculations. |
| 5/7/2013 | J. Hyland | 1.50 | Prepared for meeting with Latham and BNY Mellon. |
| 5/7/2013 | A. Cowie | 1.70 | Prepared for meeting with creditors' professionals. |
| 5/7/2013 | J. Borow | 2.40 | Prepared for (1.1) attended and participated in (1.3) meeting with counsel to member of UCC (Latham and Watkins) to discuss various allocation issues. |
| 5/8/2013 | C. Kearns | 0.40 | Participated in conference call with counsel re: comments to latest turn of allocation brief draft. |
| 5/8/2013 | C. Kearns | 0.50 | Participated in call with counsel, CGSH and Milbank to discuss ad hocs' draft allocation brief. |
| 5/8/2013 | J. Hyland | 0.80 | Conducted call with M. Sandberg re: proceeds allocation briefs. |
| 5/9/2013 | C. Kearns | 0.20 | Participated in separate discussion re: litigation path with F. Hodara (counsel). |
| 5/9/2013 | J. Hyland | 0.40 | Participated in UCC meeting with UCC and UCC professionals. |
| 5/9/2013 | C. Kearns | 0.40 | Discussed timeline and possible use of experts with counsel. |
| 5/9/2013 | A. Cowie | 0.50 | Prepared for meeting with the UCC including detailed discussion points. |
| 5/9/2013 | C. Kearns | 0.50 | Prepared for (0.1) and participated in (0.4) UCC call to discuss allocation brief, EMEA appeal status and timeline. |
| 5/9/2013 | J. Borow | 1.90 | Continued to attend and participate in meeting with potential experts in litigation and reviewed various financial information issues. |
| 5/9/2013 | A. Cowie | 2.10 | Continued to participate in meeting with potential valuation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/9/2013 | J. Hyland | 2.20 | Continued to participate in meeting with expert to discuss proceeds allocation. |
| 5/9/2013 | J. Hyland | 2.80 | Participated in meeting with expert to discuss proceeds allocation. |
| 5/9/2013 | A. Cowie | 2.90 | Prepared for and participated in meeting with potential valuation expert. |
| 5/9/2013 | J. Borow | 2.90 | Prepared for (2.7), attended and participated in (0.2) meeting with potential experts in litigation re: various financial information issues. |
| 5/9/2013 | J. Borow | 2.90 | Continued to attend and participate in meeting with potential experts in litigation and reviewed various financial information issues. |
| 5/13/2013 | C. Kearns | 0.50 | Participated in call with UCC to discuss latest developments in Court re: litigation and discovery timeline. |
| 5/13/2013 | A. Cowie | 0.80 | Prepared for (0.3) and participated in (0.5) weekly UCC call. |
| 5/13/2013 | J. Borow | 1.40 | Prepared for (0.9) attended and participated in (0.5) conference call with UCC and professionals to UCC. |
| 5/15/2013 | C. Kearns | 0.20 | Participated in conference call with F. Hodara re: allocation brief and related discovery request process. |
| 5/15/2013 | A. Cowie | 0.30 | Participated in discussion with bond holder group's financial advisor in regard to creditor recoveries. |
| 5/16/2013 | J. Hyland | 0.10 | Conducted call with proceeds allocation expert re: diligence requests. |
| 5/16/2013 | J. Hyland | 0.10 | Conducted call with B. Kahn re: proceeds allocation. |
| 5/16/2013 | A. Cowie | 0.30 | Prepared discussion points and analysis for UCC meeting. |
| 5/16/2013 | J. Hyland | 0.30 | Participated in UCC call with UCC and UCC professionals. |
| 5/16/2013 | C. Kearns | 0.30 | Participated in call with UCC to discuss Courts' rulings on litigation timeline and next steps. |
| 5/16/2013 | J. Borow | 1.10 | Prepared for (.8), attended and participated (.3) in conference call with UCC and professionals to UCC. |
| 5/16/2013 | J. Borow | 1.10 | Conducted discussions with various creditors and parties in interest regarding status of matter. |
| 5/17/2013 | C. Kearns | 0.20 | Participated in call with counsel re: outline of reply brief. |
| 5/17/2013 | J. Borow | 2.00 | Participated in conference call with counsels to UCC re: submissions of other parties and concepts for review and rebuttal. |
| 5/17/2013 | A. Cowie | 2.00 | Participated in conference call with counsel re: estates' proceeds allocation submissions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/17/2013 | J. Hyland | 2.00 | Participated in call with counsel, Fraser, and Ashurst re: proceeds allocation briefs. |
| 5/17/2013 | C. Kearns | 2.20 | Prepared for (0.2) and participated in (2.0) a call with counsel and team to discuss allocation briefs. |
| 5/19/2013 | C. Kearns | 0.80 | Participated in call with counsel, Chilmark and CGSH to review outline of reply brief. |
| 5/20/2013 | A. Cowie | 0.10 | Participated in call with potential expert re: company historical performance. |
| 5/20/2013 | B. Kullberg | 0.60 | Participated in call with counsel re: draft reply and discovery request. |
| 5/22/2013 | C. Kearns | 0.10 | Emailed with counsel re: issues to be addressed with UCC. |
| 5/22/2013 | C. Kearns | 0.20 | Discussed litigation status re: UK pension with counsel. |
| 5/22/2013 | M. Dansky | 0.40 | Participated in call with counsel re: additional allocation submission information requests. |
| 5/22/2013 | J. Hyland | 0.50 | Participated in UCC professionals weekly status call. |
| 5/22/2013 | C. Kearns | 0.50 | Participated in status call with counsel re: agenda for next UCC meeting including UK pension motion and outline of reply brief on allocation. |
| 5/22/2013 | A. Cowie | 0.50 | Participated in pre-UCC meeting call with counsel. |
| 5/22/2013 | A. Cowie | 1.10 | Participated in call with potential expert in regard to further information requests. |
| 5/23/2013 | J. Hyland | 0.90 | Participated in weekly UCC call with UCC members and UCC professionals. |
| 5/23/2013 | A. Cowie | 1.00 | Prepared for (0.1) and participated in (0.9) weekly UCC meeting. |
| 5/23/2013 | J. Borow | 2.60 | Prepared for (1.7) attended and participated in (0.9) meeting with UCC and advisors to committee. |
| 5/28/2013 | C. Kearns | 1.30 | Met with counsel to discuss draft reply brief and comments thereto (left early). |
| 5/28/2013 | C. Kearns | 2.80 | Read draft reply brief redlines and gave comments to counsel in addition to items discussed at larger meeting. |
| 5/29/2013 | A. Cowie | 0.90 | Prepared discussion points for weekly UCC meeting. |
| 5/29/2013 | M. Dansky | 1.00 | Participated in call with counsel re: draft reply and discovery request. |
| 5/29/2013 | J. Borow | 1.10 | Continued to attend and participate in meetings with counsel to UCC re: review of finalization of reply briefs. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 5/29/2013 | A. Cowie | 1.80 | Prepared discussion document for meeting with PBGC. |
| 5/29/2013 | J. Borow | 2.70 | Prepared for attended and participated in meetings with counsel to UCC re: review of finalization of reply briefs. |
| 5/30/2013 | J. Hyland | 0.30 | Participated in weekly Committee call with Committee members and professionals. |
| 5/30/2013 | A. Cowie | 0.40 | Prepared discussion points for weekly UCC meeting. |
| 5/30/2013 | A. Cowie | 0.50 | Participated in discussion with counsel re: allocation litigation. |
| 5/30/2013 | B. Kullberg | 0.50 | Participated in call with counsel re: draft reply and discovery request. |
| 5/30/2013 | J. Hyland | 0.50 | Conducted call with UCC counsel re: TPA calculations. |
| 5/30/2013 | A. Cowie | 0.60 | Participated in discussion with counsel re: proceeds allocation issues. |
| 5/30/2013 | J. Hyland | 0.60 | Participated in call with proceeds allocation expert re: IP. |
| 5/30/2013 | A. Cowie | 0.70 | Participated in discussion with potential expert re: proceeds allocation issues. |
| 5/30/2013 | J. Borow | 0.80 | Prepared for (0.1) and participated in (0.7) discussion with counsel and potential experts re: background and analyses of components of sales transactions. |
| 5/30/2013 | A. Cowie | 0.80 | Participated in meeting with PBGC on proceeds allocation. |
| 5/30/2013 | J. Borow | 1.30 | Prepared for (1.0) attended and participated in (0.3) meeting with UCC and counsel to the UCC. |
| 5/31/2013 | A. Cowie | 0.80 | Participated in discussion with potential expert re: allocation submissions information requests. |
| 5/31/2013 | J. Hyland | 0.80 | Participated in call with proceeds allocation expert re: data requests. |
| Subtotal | | 113.30 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 5/1/2013 | J. Hyland | 2.40 | Prepared summary of NNI employee outsourcing for discussion with UCC. |
| 5/2/2013 | J. Hyland | 0.40 | Conducted call with M. Spragg of FTI re: NNI employee outsourcing. |
| Subtotal | | 2.80 | |

**10. Recovery/SubCon/Lien Analysis**

Capstone Advisory Group, LLC
Invoice for the 5/1/2013-5/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/14/2013 | A. Cowie | 2.40 | Updated detailed creditor recovery model. |
| 5/14/2013 | A. Cowie | 2.90 | Continued to update detailed creditor recovery model. |
| 5/19/2013 | A. Cowie | 0.70 | Analyzed allocation submissions for creditor recovery impact. |
| 5/22/2013 | J. Borow | 2.10 | Reviewed various analyses relating to submissions by estates and the related allocation issues including impact on creditor recoveries. |
| 5/22/2013 | A. Cowie | 2.90 | Analyzed creditor recoveries based upon allocation positions from estates. |
| 5/23/2013 | A. Cowie | 2.30 | Continued to analyze creditor recovery scenarios for UCC meeting. |
| 5/23/2013 | A. Cowie | 2.80 | Analyzed creditor recovery scenarios for UCC meeting. |
| 5/24/2013 | A. Cowie | 2.60 | Continued to prepare creditor recovery analyses based on allocation submissions. |
| 5/24/2013 | A. Cowie | 2.90 | Prepared creditor recovery analyses based on allocation submissions. |
| 5/28/2013 | J. Borow | 1.80 | Reviewed and analyzed creditor recoveries under various scenarios and possible outcomes. |
| 5/28/2013 | A. Cowie | 2.10 | Continued to prepare recovery analysis based on proceeds allocation submissions. |
| 5/28/2013 | A. Cowie | 2.30 | Prepared recovery analysis based on proceeds allocation submissions. |
| 5/29/2013 | T. Morilla | 1.10 | Reviewed and analyzed the recovery presentation for UCC member. |
| 5/29/2013 | J. Hyland | 2.70 | Continued reviewing recovery analysis of proceeds allocation submissions by each estate. |
| 5/29/2013 | J. Hyland | 2.90 | Reviewed recovery analysis of proceeds allocation submissions by each estate. |
| 5/30/2013 | T. Morilla | 1.00 | Continued to review the recovery model. |
| 5/31/2013 | A. Cowie | 0.10 | Analyzed creditor recoveries in allocation submissions. |
| 5/31/2013 | A. Cowie | 1.10 | Analyzed creditor recoveries in allocation submissions. |
| Subtotal | | 36.70 | |

**11. Claim Analysis/Accounting**

| | | | |
|------|-------------|-------|--------------------------|
| 5/1/2013 | M. Desalvio | 0.20 | Researched price of bonds on 4/1/13 with Bloomberg. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 5/3/2013 | J. Geraghty | 2.00 | Researched historical stock returns of Nortel Canada for allocation model purposes. |
| 5/9/2013 | C. Kearns | 0.50 | Reviewed Project Swift document. |
| 5/10/2013 | J. Hyland | 1.80 | Continued analyzing EMEA claims on NNI. |
| 5/10/2013 | J. Hyland | 2.60 | Analyzed EMEA claims on NNI. |
| 5/13/2013 | J. Borow | 1.10 | Reviewed claims of EMEA and Canada and individuals and related objections to such claims. |
| 5/14/2013 | J. Hyland | 0.30 | Conducted calls with B. Kahn re: EMEA claims response brief. |
| 5/14/2013 | J. Hyland | 0.30 | Conducted call with D. Cozart re: historic financial statements as they relate to claims. |
| 5/14/2013 | J. Hyland | 0.40 | Conducted call with K. Rowe re: EMEA claims and related tax matters. |
| 5/14/2013 | J. Hyland | 1.60 | Analyzed available historic financial statements related to claims. |
| 5/14/2013 | C. Kearns | 1.90 | Read draft objection to EMEA claim and send related comments to counsel. |
| 5/14/2013 | J. Hyland | 2.80 | Reviewed Debtors' reply brief for EMEA claims. |
| 5/14/2013 | J. Borow | 2.80 | Reviewed claims of EMEA and Canada and individuals and related objections to such claims. |
| 5/14/2013 | J. Hyland | 2.80 | Analyzed EMEA claims against NNI. |
| 5/15/2013 | C. Kearns | 0.10 | Emailed with counsel re: discovery related issues re: EMEA and UK pension claims. |
| 5/15/2013 | C. Kearns | 1.50 | Read objection to UK pension claim. |
| 5/15/2013 | J. Borow | 2.10 | Reviewed claims of EMEA and Canada and individuals and related objections to such claims. |
| 5/15/2013 | J. Hyland | 2.60 | Analyzed claims ranges provided by other estates. |
| 5/20/2013 | M. Sidhu | 1.00 | Researched Nortel's bond prices for past month using data from Bloomberg. |
| 5/20/2013 | J. Borow | 1.40 | Reviewed claims assertions and related objections. |
| 5/21/2013 | J. Borow | 1.80 | Reviewed claims assertions and related objections. |
| 5/22/2013 | A. Cowie | 0.50 | Prepared bond pricing report for UCC. |

Capstone Advisory Group, LLC
Invoice for the 5/1/2013-5/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/22/2013 | M. Desalvio | 1.00 | Retrieved bond pricing for various Nortel bonds, retrieved volume data for various Nortel bonds. |
| 5/23/2013 | M. Desalvio | 0.20 | Verified with Bloomberg how volume data is reported. |
| 5/23/2013 | A. Cowie | 0.40 | Prepared updated bond pricing report for UCC. |
| 5/23/2013 | T. Morilla | 0.70 | Reviewed and analyzed the current bond pricing. |
| Subtotal | | 34.40 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/8/2013 | T. Morilla | 0.40 | Reviewed and analyzed the transfer pricing model. |
| 5/8/2013 | J. Hyland | 2.30 | Analyzed intercompany balances, cash activity, and activity in APAC/ CALA. |
| 5/9/2013 | T. Morilla | 0.90 | Reviewed and analyzed the TPA models. |
| 5/13/2013 | J. Hyland | 2.60 | Analyzed IFSA and CFSA re: estimated impact on estates from the true-ups. |
| 5/14/2013 | T. Morilla | 0.90 | Continued to review the TPA models. |
| 5/19/2013 | J. Hyland | 2.40 | Analyzed transfer pricing calculations. |
| 5/23/2013 | J. Hyland | 1.10 | Reviewed restructuring manager's report and summary for APAC. |
| Subtotal | | 10.60 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/22/2013 | A. Cowie | 2.30 | Analyzed potential lease settlement prepared by the Debtors. |
| Subtotal | | 2.30 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/1/2013 | A. Cowie | 1.40 | Continued to prepare detailed supporting charts and words for allocation report. |
| 5/1/2013 | A. Cowie | 2.20 | Prepared detailed supporting charts and words for allocation report. |
| 5/3/2013 | J. Hyland | 2.80 | Reviewed deck for presentation to UCC members following week. |
| 5/10/2013 | J. Hyland | 1.50 | Reviewed MOR from U.S. Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/20/2013 | T. Morilla | 1.00 | Reviewed and analyzed the UK, Ireland and France administrative progress reports. |
| 5/29/2013 | A. Cowie | 1.70 | Continued to prepare presentation for PBGC meeting on allocation litigation. |
| 5/29/2013 | A. Cowie | 2.30 | Continued to prepare report for meeting with PBGC in regard to allocation litigation. |
| 5/29/2013 | A. Cowie | 2.70 | Prepared report for meeting with PBGC in regard to allocation litigation. |
| Subtotal | | 15.60 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/7/2013 | T. Morilla | 0.30 | Reviewed and analyzed the April 26 cash flash. |
| 5/13/2013 | J. Hyland | 2.90 | Analyzed cash balances and variance results. |
| 5/21/2013 | J. Hyland | 0.20 | Participated in call with B. Kahn re: trust funds investment analysis. |
| Subtotal | | 3.40 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 5/6/2013 | B. Kullberg | 0.20 | Reviewed documents regarding patent valuation. |
| 5/6/2013 | M. Dansky | 0.30 | Reviewed IP transaction documents and allocation positions of estates in prior mediations. |
| 5/7/2013 | M. Dansky | 0.30 | Reviewed IP allocation positions of estates in prior mediations. |
| 5/7/2013 | C. Kearns | 0.70 | Participated in conference call with counsel re: allocation brief draft and IP related considerations therein. |
| 5/7/2013 | M. Dansky | 1.20 | Reviewed documents on IP issue. |
| 5/7/2013 | B. Kullberg | 2.30 | Provided edits on allocation submission brief for counsel related to IP. |
| 5/9/2013 | B. Kullberg | 0.50 | Edited IP allocation submission brief for counsel. |
| 5/9/2013 | M. Dansky | 1.00 | Reviewed allocation briefs re: IP proceeds allocation. |
| 5/13/2013 | J. Schad | 0.80 | Analyzed geographic market data in the Debtors' IPCo model. |
| 5/14/2013 | J. Schad | 2.70 | Continued to perform illustrative IP allocation analyses. |
| 5/14/2013 | J. Hyland | 2.70 | Analyzed IP proceeds allocation scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 5/14/2013 | J. Schad | 2.90 | Performed illustrative IP allocation analyses. |
| 5/14/2013 | J. Schad | 2.90 | Continued to perform illustrative IP allocation analyses. |
| 5/15/2013 | B. Frizzell | 0.50 | Reviewed analysis re: IP proceeds allocation. |
| 5/15/2013 | J. Hyland | 2.50 | Reviewed IP proceeds allocation scenarios. |
| 5/15/2013 | J. Schad | 2.60 | Continued to make revisions to illustrative IP analyses. |
| 5/15/2013 | J. Schad | 2.90 | Made revisions to illustrative IP analyses. |
| 5/16/2013 | B. Kullberg | 0.30 | Prepared revisions to allocation submission discovery request. |
| 5/16/2013 | M. Dansky | 1.00 | Reviewed IP docs related to proceeds allocation. |
| 5/16/2013 | B. Frizzell | 2.00 | Reviewed statement and developed discovery request re: IP proceeds allocation. |
| 5/17/2013 | B. Frizzell | 1.80 | Reviewed allocation briefs re: IP proceeds allocation. |
| 5/17/2013 | B. Kullberg | 2.00 | Reviewed documents regarding patent valuation. |
| 5/18/2013 | B. Kullberg | 1.50 | Reviewed IP allocation documents and discovery request. |
| 5/19/2013 | B. Frizzell | 0.90 | Reviewed documents submitted from estate re: IP proceeds allocation. |
| 5/19/2013 | M. Dansky | 1.10 | Reviewed allocation briefs re: IP proceeds allocation. |
| 5/19/2013 | M. Dansky | 2.90 | Reviewed IP proceeds allocation documents. |
| 5/20/2013 | C. Kearns | 0.50 | Reviewed IP related information needs and issues re: allocation litigation. |
| 5/20/2013 | B. Frizzell | 0.50 | Analyzed IP supporting information re: proceeds allocation. |
| 5/20/2013 | J. Schad | 1.60 | Made additional revisions to illustrative IP analyses. |
| 5/20/2013 | B. Frizzell | 1.90 | Continued document review and due diligence write-up re: IP proceeds allocation. |
| 5/20/2013 | B. Kullberg | 2.20 | Reviewed draft reply and discovery request in regards to IP. |
| 5/20/2013 | B. Frizzell | 2.40 | Reviewed documents and provided input to the information request re: IP proceeds allocation. |
| 5/21/2013 | B. Kullberg | 0.30 | Reviewed draft discovery request for IP matters. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/21/2013 | J. Hyland | 0.40 | Participated in call with B. Kahn re: IP allocation scenarios. |
| 5/21/2013 | J. Schad | 1.10 | Made additional revisions to illustrative IP analyses. |
| 5/22/2013 | C. Kearns | 0.40 | Reviewed issues related to IP to be added to our outline of reply brief. |
| 5/22/2013 | B. Kullberg | 0.50 | Participated in call with counsel re: draft reply and discovery request related to IP. |
| 5/22/2013 | J. Hyland | 2.80 | Reviewed potential IP allocation scenarios. |
| 5/23/2013 | J. Schad | 0.30 | Reviewed and edited illustrative IP allocation analyses. |
| 5/23/2013 | J. Hyland | 1.50 | Reviewed revised IP allocation scenarios. |
| 5/24/2013 | C. Kearns | 0.30 | Analyzed IP issues re: draft reply and discovery request. |
| 5/24/2013 | B. Kullberg | 0.50 | Reviewed draft proceeds allocation brief related to IP. |
| 5/24/2013 | J. Schad | 0.50 | Continued to make additional revisions to illustrative IP analyses. |
| 5/24/2013 | J. Hyland | 2.80 | Analyzed IP allocation scenario. |
| 5/24/2013 | J. Schad | 2.90 | Made additional revisions to illustrative IP analyses. |
| 5/27/2013 | M. Dansky | 0.60 | Reviewed IP related documents and allocation positions for proceeds allocation. |
| 5/28/2013 | C. Kearns | 1.20 | Reviewed key documents to cite allocation and IP related issues in draft reply brief. |
| 5/28/2013 | B. Kullberg | 1.50 | Reviewed draft reply brief related to IP matters. |
| 5/29/2013 | B. Kullberg | 0.30 | Reviewed and analyzed draft reply brief re: IP. |
| 5/29/2013 | C. Kearns | 0.30 | Participated in conference call with counsel re: IP related issues for allocation. |
| 5/30/2013 | B. Kullberg | 0.50 | Reviewed documents regarding patent valuation. |
| Subtotal | | 68.30 | |
| **Total Hours** | | **653.00** | |

**Capstone Advisory Group, LLC**
**Invoice for the 5/1/2013-5/31/2013 Fee Statement**