**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 5/1/2013 through 5/31/2013**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 5/2/2013 | J. Hyland | Airfare change fee for NY trip. | $75.00 |
| 5/6/2013 | J. Hyland | Airfare for NY trip. | $838.80 |
| 5/6/2013 | J. Borow | Airfare from NY to Chicago to meet with experts. | $569.80 |
| 5/7/2013 | A. Cowie | Subway each way to meeting with creditors professionals, Cowie and Hyland. | $10.00 |
| 5/20/2013 | J. Hyland | Airfare for NY trip. | $883.80 |
| 5/22/2013 | J. Hyland | Airfare change fee to shorten NY trip. | $200.00 |
| **Subtotal - Airfare/ Train** | | | **$2,577.40** |
| **Auto Rental/Taxi** | | | |
| 5/2/2013 | J. Hyland | Taxi during NY trip. | $60.00 |
| 5/3/2013 | J. Hyland | Taxi to airport for J. Hyland 5/8/13 | $103.58 |
| 5/3/2013 | J. Hyland | Taxi to airport for J. Hyland 4/24/13 | $72.56 |
| 5/6/2013 | J. Hyland | Taxi from airport to office during NY trip. | $90.00 |
| 5/9/2013 | J. Borow | Taxi to/from LaGuardia ($96+$84) and taxi to/from airport in Chicago ($44+$44). | $268.00 |
| 5/20/2013 | J. Hyland | Taxi from airport to office during NY visit. | $89.00 |
| 5/20/2013 | J. Hyland | Taxi to airport for NY trip. | $68.00 |
| 5/22/2013 | J. Hyland | Taxi to airport during NY trip. | $91.75 |
| 5/27/2013 | J. Hyland | Taxi from airport to NY office on 5/6/13 for charge not previously billed. | $5.50 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Subtotal - Auto Rental/Taxi** | | | **$848.39** |
| **Hotel** | | | |
| 5/2/2013 | J. Hyland | Hotel during NY trip. | $1,498.81 |
| 5/8/2013 | J. Hyland | Hotel during NY trip. | $1,496.46 |
| 5/22/2013 | J. Hyland | Hotel during NY trip. | $1,209.58 |
| **Subtotal - Hotel** | | | **$4,204.85** |
| **Meals** | | | |
| 5/1/2013 | J. Hyland | Meal during NY trip. | $8.70 |
| 5/2/2013 | J. Hyland | Meal during NY trip. | $42.42 |
| 5/2/2013 | J. Hyland | Meal during NY trip. | $6.31 |
| 5/6/2013 | J. Hyland | Meal during NY trip. | $42.42 |
| 5/6/2013 | J. Hyland | Meal during NY trip. | $18.56 |
| 5/7/2013 | J. Borow | Meal for J. Borow, A. Cowie, J. Hyland after meeting at Latham re: Nortel allocation issues. | $111.94 |
| 5/7/2013 | J. Hyland | Meals during NY trip. | $15.09 |
| 5/9/2013 | T. Morilla | Meal for T. Morilla and A. Cowie due to long workday hours on proceeds allocation submissions. | $31.98 |
| 5/14/2013 | A. Cowie | Meal for T. Morilla and A. Cowie due to long workday hours on proceeds allocation submissions. | $37.47 |
| 5/17/2013 | A. Cowie | Meal for T. Morilla and A. Cowie due to long workday hours on proceeds allocation submissions. | $23.24 |
| 5/20/2013 | J. Hyland | Meals during NY trip. | $14.39 |
| 5/20/2013 | J. Hyland | Meal during NY trip. | $11.75 |
| 5/20/2013 | J. Hyland | Meal during NY trip. | $7.70 |
| 5/21/2013 | J. Hyland | Meal during NY trip. | $18.81 |
| **Subtotal - Meals** | | | **$390.78** |
| **Mileage** | | | |

**Capstone Advisory Group, LLC**
Invoice for the 5/1/2013-5/31/2013 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/2/2013 | J. Hyland | Local mileage to/from airport for NY trip. | $23.73 |
| 5/6/2013 | J. Hyland | Local mileage to/from airport during NY trip. | $23.73 |
| 5/8/2013 | J. Hyland | Local mileage to/from airport during NY trip. | $23.73 |
| 5/22/2013 | J. Hyland | Local mileage to/from airport for NY trip (on 4/29/13). | $23.73 |
| **Subtotal - Mileage** | | | **$94.92** |

**Parking/ Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/2/2013 | J. Hyland | Local tolls to/from airport for NY trip. | $1.60 |
| 5/6/2013 | J. Hyland | Local tolls to airport during NY trip. | $1.60 |
| 5/8/2013 | J. Hyland | Local tolls to airport during NY trip. | $1.60 |
| 5/22/2013 | J. Hyland | Local tolls to/from airport for NY trip (on 4/29/13). | $1.60 |
| **Subtotal - Parking/ Tolls** | | | **$6.40** |

**Postage/ FedEx**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/2/2013 | CAG Direct | FedEx package from Capstone to UCC member. | $23.84 |
| **Subtotal - Postage/ FedEx** | | | **$23.84** |

**Research**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 5/20/2013 | J. Schad | Purchased supporting telecommunications reference document for potential IP proceeds allocation. | $276.95 |
| **Subtotal - Research** | | | **$276.95** |
| **For the Period 5/1/2013 through 5/31/2013** | | | **$8,423.53** |