# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
<u>CATEGORY FOR APPLICATION PERIOD</u>**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2013 through July 30, 2013

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 7/1/13 — End Date 7/31/13

**Enter Billing Rate/Hr:** 670.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 38.1 | $670.00 | $25,527.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 1.0 | $670.00 | $670.00 |
| 5 | Fee Applications | 4.1 | $670.00 | $2,747.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | | | |
| | **Hours/Billing Amount for Period:** | 43.2 | | $28,944.00 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/2/13 | May MOR review | 3 | 0.8 |
| 7/2/13 | Glitnir claims | 3 | 2.5 |
| 7/8/13 | Litigation; interrogatory review | 3 | 2.0 |
| 7/8/13 | Call with Cleary re litigation | 3 | 2.0 |
| 7/9/13 | Review of witness list re litigation | 3 | 0.7 |
| 7/9/13 | Review revised interrogatory | 3 | 1.2 |
| 7/15/13 | Review fee app order/prep fee app | 5 | 1.3 |
| 7/16/13 | Prepare and file fee app | 5 | 2.8 |
| 7/17/13 | Prepare for Radware meeting | 3 | 1.5 |
| 7/17/13 | Meeting with Cleary re allocation | 3 | 2.5 |
| 7/18/13 | Meeting with Radware to discuss settlement and prep prior to meeting | 3 | 6.5 |
| 7/21/13 | Tax matters | 3 | 2.0 |
| 7/22/13 | Tax matters follow up with memo prepared by Cleary | 3 | 1.5 |
| 7/23/13 | Ciena matter | 3 | 1.3 |
| 7/24/13 | Allocation litigation review witness and discovery | 3 | 1.0 |
| 7/24/13 | Allocation litigation designations review | 3 | 1.3 |
| 7/26/13 | Virgina tax stipulation | 3 | 1.3 |
| 7/28/13 | LTD litigation follow up | 3 | 1.5 |
| 7/29/13 | Litigation matter | 3 | 1.7 |
| 7/29/13 | Tax matters | 3 | 3.3 |
| 7/31/13 | Hearing follow up with Cleary | 4 | 1.0 |
| 7/31/13 | Radware settlelemt | 3 | 2.3 |
| 7/31/13 | Allocation litigation | 3 | 1.2 |