**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America



**Interim** (S)

VAT Invoice Date: **16 August 2013** Our Ref: **GDB/CCN01.00001** Invoice No.: **352739**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 47,193.50 |
| For the period to 31 July 2013, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 87.48 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 176.70 |
| | 0.00 | | 47,457.68 |
| | | VAT | 0.00 |
| | | Total | 47,457.68 |
| | | **Balance Due** | **47,457.68** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 352739 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/07/2013
Prebill Number:835618

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Angela Pearson | 13.50 | 9,652.50 | (C0012) |
| | | 3.50 | 2,502.50 | (C0031) |
| | | **17.00** | **12,155.00** | |
| Partner: | Marcus Fink | 0.80 | 552.00 | (C0012) |
| | | **0.80** | **552.00** | |
| Senior Associate | Antonia Croke | 0.80 | 416.00 | (C0003) |
| | | 6.90 | 3,588.00 | (C0007) |
| | | 24.80 | 12,896.00 | (C0012) |
| | | 10.30 | 5,356.00 | (C0031) |
| | | **42.80** | **22,256.00** | |
| Associate | Lindsey Roberts | 9.30 | 3,766.50 | (C0003) |
| | | 0.40 | 162.00 | (C0007) |
| | | 11.00 | 4,455.00 | (C0012) |
| | | 1.00 | 405.00 | (C0031) |
| | | **21.70** | **8,788.50** | |
| Junior Associate | Sophie Law | 0.80 | 260.00 | (C0007) |
| | | 0.80 | 260.00 | (C0012) |
| | | 1.80 | 585.00 | (C0031) |
| | | **3.40** | **1,105.00** | |
| Trainee | Harriet Gray | 0.50 | 95.00 | (C0031) |
| | | **0.50** | **95.00** | |
| Trainee | Louise Chan | 3.90 | 741.00 | (C0003) |
| | | 7.90 | 1,501.00 | (C0012) |
| | | **11.80** | **2,242.00** | |
| | **TOTAL** | **98.00** | **47,193.50** | |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003 Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.80 | 520.00 | 416.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 9.30 | 405.00 | 3,766.50 |
| **Trainee** | | | | |
| LCHAN | Louise Chan | 3.90 | 190.00 | 741.00 |
| | | | Total | **4,923.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003 Ashurst Fee Application/Monthly Billing Reports**

| | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2013 | Antonia Croke | READ | Review email from Mr Brad M. Kahn Re: Nortel- Fee Examiner | 0.10 | 520.00 | 52.00 |
| 02/07/2013 | Lindsey Roberts | LETT | Emails to/from Steve Gibson re: fee and expenses estimates; email to B Kahn re: the same | 0.20 | 405.00 | 81.00 |
| 10/07/2013 | Antonia Croke | READ | Review email from Judge Gross Re: FW: Nortel - Comments to Fee Examiner Order | 0.10 | 520.00 | 52.00 |
| 10/07/2013 | Lindsey Roberts | READ | Review of Order appointing fee examiner and related procedures and email re: same | 0.50 | 405.00 | 202.50 |
| 11/07/2013 | Lindsey Roberts | LETT | Emails to accounting department re: producing bills for fee examiner order | 0.30 | 405.00 | 121.50 |
| 11/07/2013 | Lindsey Roberts | DRFT | Review of draft excel invoice; discussion with accounts | 0.10 | 405.00 | 40.50 |
| 11/07/2013 | Lindsey Roberts | DRFT | Prepare fee applications for fee examiner; review of drafts | 3.20 | 405.00 | 1,296.00 |
| 12/07/2013 | Lindsey Roberts | DRFT | Amends to invoice spreadsheet following review; emails to B Kahn re: the same | 2.40 | 405.00 | 972.00 |
| 12/07/2013 | Lindsey Roberts | LETT | Email to S Gibson re: monthly invoice | 0.10 | 405.00 | 40.50 |
| 15/07/2013 | Antonia Croke | READ | Review emails re new fee examiner application | 0.20 | 520.00 | 104.00 |
| 16/07/2013 | Antonia Croke | READ | Review Court order re fee examiner and email re same | 0.40 | 520.00 | 208.00 |
| 16/07/2013 | Lindsey Roberts | DRFT | Amends to monthly invoice | 0.50 | 405.00 | 202.50 |
| 22/07/2013 | Lindsey Roberts | LETT | Emails to Brad re: monthly fee applications; brief review of Fee Examiner order | 0.20 | 405.00 | 81.00 |
| 22/07/2013 | Lindsey Roberts | DRFT | Amending draft invoice; emails to/from Sean Whyte re: the same | 0.60 | 405.00 | 243.00 |
| 23/07/2013 | Louise Chan | CASE | Reviewing draft invoice | 0.50 | 190.00 | 95.00 |
| 23/07/2013 | Louise Chan | MISC | Drafting monthly fee application | 1.00 | 190.00 | 190.00 |
| 24/07/2013 | Louise Chan | LETT | Email S Whyte re. invoice | 0.10 | 190.00 | 19.00 |
| 24/07/2013 | Louise Chan | DRFT | Drafting monthly fee application | 0.70 | 190.00 | 133.00 |
| 24/07/2013 | Lindsey Roberts | READ | Review of final monthly fee application | 0.40 | 405.00 | 162.00 |
| 26/07/2013 | Louise Chan | MISC | Reviewing spreadsheet invoice and email LROBER re. the same | 0.90 | 190.00 | 171.00 |
| 26/07/2013 | Louise Chan | DRFT | Updating fee application | 0.30 | 190.00 | 57.00 |
| 26/07/2013 | Louise Chan | LETT | Email L Spencer re. spreadsheet invoice | 0.10 | 190.00 | 19.00 |
| 26/07/2013 | Lindsey Roberts | LETT | Emails to and from Louise re monthly fee application | 0.40 | 405.00 | 162.00 |
| 29/07/2013 | Louise Chan | DRFT | Finalising fee application and email LROBER re. the same | 0.30 | 190.00 | 57.00 |
| 29/07/2013 | Lindsey Roberts | LETT | Review of fee application and excel spreadsheet; emails to Louise, Giles and Brad re the same | 0.40 | 405.00 | 162.00 |
| | | | | | | **4,923.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007 Creditors Committee Meetings**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.90 | 520.00 | 3,588.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.40 | 405.00 | 162.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 325.00 | 260.00 |
| | | | Total | **4,010.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/07/2013 | Antonia Croke | READ | Review UCC Agenda | 0.10 | 520.00 | 52.00 |
| 11/07/2013 | Lindsey Roberts | PHON | Attending UCC Weekly call | 0.40 | 405.00 | 162.00 |
| 15/07/2013 | Antonia Croke | READ | Review email re UCC call | 0.10 | 520.00 | 52.00 |
| 18/07/2013 | Antonia Croke | READ | Review UCC call agenda | 0.10 | 520.00 | 52.00 |
| 18/07/2013 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 520.00 | 52.00 |
| 18/07/2013 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 520.00 | 208.00 |
| 24/07/2013 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 520.00 | 52.00 |
| 25/07/2013 | Antonia Croke | READ | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 25/07/2013 | Antonia Croke | ATTD | Attend UCC call | 0.90 | 520.00 | 468.00 |
| 25/07/2013 | Antonia Croke | PREP | Prepare for UCC and draft presentation for UCC call | 4.90 | 520.00 | 2,548.00 |
| 25/07/2013 | Sophie Law | PHON | Committee call | 0.80 | 325.00 | 260.00 |
| 31/07/2013 | Antonia Croke | READ | Emails re UCC Call | 0.10 | 520.00 | 52.00 |
| | | | | | | **4,010.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012 General Claims Analysis/Claims Objections**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 13.50 | 715.00 | 9,652.50 |
| MDF | Marcus Fink | 0.80 | 690.00 | 552.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 24.80 | 520.00 | 12,896.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 11.00 | 405.00 | 4,455.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 325.00 | 260.00 |
| **Trainee** | | | | |
| LCHAN | Louise Chan | 7.90 | 190.00 | 1,501.00 |
| | | | Total | **29,316.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012 General Claims Analysis/Claims Objections**

| | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - Custodians & Search Terms for Document Production | 0.20 | 520.00 | 104.00 |
| 02/07/2013 | Antonia Croke | READ | Review email re: EMEA Debtors' Letter to Judge Stark | 0.10 | 520.00 | 52.00 |
| 03/07/2013 | Antonia Croke | LETT | Emails Re: Nortel -- Draft letters rogatory; review advice re same | 0.40 | 520.00 | 208.00 |
| 03/07/2013 | Antonia Croke | READ | Review email re EMEA's Concise Summary of the Case for appeal | 0.20 | 520.00 | 104.00 |
| 03/07/2013 | Antonia Croke | READ | Review emails RE: Nortel - Certification of Substantial Progress and document productions | 0.30 | 520.00 | 156.00 |
| 03/07/2013 | Angela Pearson | LETT | Emails Abid | 0.20 | 715.00 | 143.00 |
| 03/07/2013 | Angela Pearson | INTD | Internal emails | 0.40 | 715.00 | 286.00 |
| 03/07/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 03/07/2013 | Angela Pearson | LETT | Reviewing letters of request | 3.00 | 715.00 | 2,145.00 |
| 03/07/2013 | Angela Pearson | INTD | Various discussions - LROBER | 0.80 | 715.00 | 572.00 |
| 03/07/2013 | Angela Pearson | MISC | Review/comment on draft research note/email | 1.00 | 715.00 | 715.00 |
| 03/07/2013 | Angela Pearson | PHON | Telephone conversation with Abid | 0.30 | 715.00 | 214.50 |
| 03/07/2013 | Angela Pearson | PHON | Telephone conversation with Linklaters | 0.40 | 715.00 | 286.00 |
| 03/07/2013 | Angela Pearson | LETT | Emails Linklaters | 0.20 | 715.00 | 143.00 |
| 03/07/2013 | Louise Chan | RSCH | Research re. Letters of Request and discussions with LROBER re. the same | 3.80 | 190.00 | 722.00 |
| 03/07/2013 | Louise Chan | DRFT | Drafting research note re. Letters of Request | 2.80 | 190.00 | 532.00 |
| 03/07/2013 | Louise Chan | DRFT | Reviewing and updating research note re. Letters of Request | 1.00 | 190.00 | 190.00 |
| 03/07/2013 | Lindsey Roberts | READ | Discussion with LCHAN; gathering and brief review of relevant materials on letters of request | 1.40 | 405.00 | 567.00 |
| 03/07/2013 | Lindsey Roberts | DRFT | Drafting and finalising note on Letters of Request; various discussions with LCHAN and AMP; email to Abid re: the same | 6.40 | 405.00 | 2,592.00 |
| 03/07/2013 | Sophie Law | MISC | Emails re letters rogatory, review Akin docs | 0.30 | 325.00 | 97.50 |
| 04/07/2013 | Antonia Croke | READ | Review emails Re: Second Set of Interrogatory Responses and document productions | 0.80 | 520.00 | 416.00 |
| 04/07/2013 | Antonia Croke | READ | Review emails re: EMEA Summary of the Case and timetable | 0.10 | 520.00 | 52.00 |
| 04/07/2013 | Angela Pearson | MISC | Review revised letters rogatory/discussions with LROBER | 3.00 | 715.00 | 2,145.00 |
| 04/07/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 04/07/2013 | Louise Chan | RSCH | Research re. expert reports and privilege | 0.30 | 190.00 | 57.00 |
| 04/07/2013 | Lindsey Roberts | LETT | Review and comment on letter of requests and applications and discussions with AMP | 3.20 | 405.00 | 1,296.00 |
| 04/07/2013 | Sophie Law | READ | Review emails in re EMEA summary of case | 0.20 | 325.00 | 65.00 |
| 06/07/2013 | Antonia Croke | READ | Review email from Decker, Marla RE: US Debtors Second Document Production | 0.10 | 520.00 | 52.00 |
| 08/07/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 08/07/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 09/07/2013 | Antonia Croke | READ | Review email from Decker, Marla Re: US Debtors' (Corrected) Second and Third Document Productions | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012 General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 09/07/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 10/07/2013 | Antonia Croke | READ | Review email re: Nortel: responses to Interrogatories | 0.10 | 520.00 | 52.00 |
| 10/07/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 15/07/2013 | Antonia Croke | READ | Review BNY letter and email re doc production | 0.10 | 520.00 | 52.00 |
| 16/07/2013 | Antonia Croke | READ | Review email from Vora, Samir Re: Nortel - 1st Production of Bondholder Group | 0.10 | 520.00 | 52.00 |
| 16/07/2013 | Antonia Croke | READ | Review application for letters rogatory by the US debtors | 2.30 | 520.00 | 1,196.00 |
| 18/07/2013 | Antonia Croke | READ | Review Court Order denying Estelle Loggins severance motion claims; and email re same | 0.40 | 520.00 | 208.00 |
| 18/07/2013 | Antonia Croke | READ | Review email from Cleary re interrogatory responses | 0.10 | 520.00 | 52.00 |
| 18/07/2013 | Antonia Croke | READ | Review email from Wilson-Milne, Katherine Re: August 6th Meet and Confer Attendees | 0.10 | 520.00 | 52.00 |
| 18/07/2013 | Antonia Croke | READ | Review email from Mr Brad M. Kahn Re: FW: In re Nortel Networks Inc., et al. - Fee and Expense Detail for Committee Professionals | 0.10 | 520.00 | 52,00 |
| 18/07/2013 | Antonia Croke | READ | Review order granting motion to expedite appeal and emails re same | 0.30 | 520.00 | 156.00 |
| 19/07/2013 | Antonia Croke | READ | Review email re: Nortel: CCC 2nd Document Production | 0.10 | 520.00 | 52.00 |
| 19/07/2013 | Antonia Croke | READ | Review email re: District Court Ruling on EMEA Motion for Leave to Appeal | 0.10 | 520.00 | 52.00 |
| 19/07/2013 | Antonia Croke | READ | Review email from Queen, Daniel D and Amended Appendix B to the US Debtors' Additional Responses to Non-Witness Identification Interrogatories | 0.50 | 520.00 | 260.00 |
| 19/07/2013 | Antonia Croke | READ | Review email from Lowenthal, Daniel A Re: Nortel - Law Debenture's Document Production | 0.10 | 520.00 | 52.00 |
| 20/07/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A. Re: revisions to preliminary witness list | 0.10 | 520.00 | 52.00 |
| 20/07/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A. Re: preliminary witness list | 0.10 | 520.00 | 52.00 |
| 20/07/2013 | Antonia Croke | READ | Review email from Melnik, Selinda Re: CCC Certification of Substantial Completion With Regard To Production of Documents | 0.10 | 520.00 | 52.00 |
| 20/07/2013 | Antonia Croke | READ | Review email from Mr Brad M. Kahn Re: Nortel- Preliminary Witness List and attached chart summarizing the roles of the witnesses | 0.20 | 520.00 | 104.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Hoeffner, Timothy Re: CCC Privilege/Redaction Log | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: Partial deposition list of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Doniak, Christine Re: Committee's Document Production | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - Supplementary Interrogatory Response | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Lowenthal, Daniel A. RE: Nortel - Law Debenture's Document Production | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Putnam, Betsy Re: Nortel - Nortel Directors' Substantial Completion of Production Obligations | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Vora, Samir Re: Nortel - 2nd Production of Bondholder Group + Certificate of Substantial Completion | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review email from Clouser, Jason F. Re: Nortel - Wilmington Trust's Document Production and Certification of Substantial Completion | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012 General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/07/2013 | Antonia Croke | READ | Review email from Michael.Riela@lw.com Re: Nortel - Wilmington Trust's Document Production and Certification of Substantial Completion | 0.10 | 520.00 | 52.00 |
| 22/07/2013 | Antonia Croke | READ | Review ltrs from A&o re inadequate interrogatory responses and emails re same | 0.40 | 520.00 | 208.00 |
| 23/07/2013 | Antonia Croke | READ | Review email from Clarkin, Daniel Re: US Debtor - Sales DataRoom Documents | 0.10 | 520.00 | 52.00 |
| 23/07/2013 | Antonia Croke | READ | Review email from Chris Kearns Re: Re: CCC's Reserved Request to the Ad Hoc Bondholders Group and the Indenture Trustees (Nortel) | 0.10 | 520.00 | 52.00 |
| 23/07/2013 | Antonia Croke | READ | Review email from Hanrahan, Andrew Re: Nortel - UKPC Document Production and Certification of Substantial Completion | 0.10 | 520.00 | 52.00 |
| 23/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - EMEA Debtors' Notice of Third Production & Certification of Substantial Completion | 0.10 | 520.00 | 52.00 |
| 23/07/2013 | Antonia Croke | READ | Review certification of US Debtors' Counsel for the late filed claims discovery | 0.50 | 520.00 | 260.00 |
| 23/07/2013 | Antonia Croke | READ | Review the CCC's reserved request to the Ad Hoc Bondholders Group and Indenture Trustees and emails re same | 0.30 | 520.00 | 156.00 |
| 23/07/2013 | Antonia Croke | READ | Review CCC's supplementary answers to certain interrogatories and email re same | 0.30 | 520.00 | 156.00 |
| 23/07/2013 | Antonia Croke | READ | Review notice of subpoena served on E&Y by the debtors and email re same | 0.70 | 520.00 | 364.00 |
| 23/07/2013 | Antonia Croke | READ | Review EMEA debtors letter re clawing back privilege and email re same | 0.20 | 520.00 | 104.00 |
| 23/07/2013 | Antonia Croke | READ | Review letter from Goodmans re Canadian Monitor's production | 0.30 | 520.00 | 156.00 |
| 23/07/2013 | Antonia Croke | READ | Review Letter re US Debtors 3rd doc production and email re same | 0.20 | 520.00 | 104.00 |
| 24/07/2013 | Antonia Croke | READ | Review email from Whitley-Sebti, Farah Lisa Re: RE: CCC's Reserved Request to the Ad Hoc Bondholders Group and the Indenture Trustees (Nortel) | 0.10 | 520.00 | 52.00 |
| 24/07/2013 | Angela Pearson | INTD | Emails to ACROKE | 0.70 | 715.00 | 500.50 |
| 24/07/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 24/07/2013 | Marcus Fink | LETT | Review and consider impact of Supreme Court ruling on FSD ranking and review emails from Nortel group re the same | 0.80 | 690.00 | 552.00 |
| 25/07/2013 | Antonia Croke | READ | Revie email from Tabatabai, Fara Re: Nortel - Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 25/07/2013 | Antonia Croke | READ | Email from Ruby, Peter Re: Anticipated Affiants of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 25/07/2013 | Antonia Croke | LETT | Email re 3rd circuit appeal date | 0.10 | 520.00 | 52.00 |
| 25/07/2013 | Antonia Croke | READ | Review ltr re 3rd circuit appeal and email re same | 0.20 | 520.00 | 104.00 |
| 25/07/2013 | Antonia Croke | READ | Review letter re US interests' trial witness identification | 0.30 | 520.00 | 156.00 |
| 25/07/2013 | Antonia Croke | READ | Review CCC's Affiant list and email re same | 0.30 | 520.00 | 156.00 |
| 25/07/2013 | Antonia Croke | READ | Review letter re D&O witnesses | 0.20 | 520.00 | 104.00 |
| 26/07/2013 | Antonia Croke | READ | Review email from Fagen, Matthew and Nortel- District Court Order denying EMEA Motion for Leave to Appeal | 0.10 | 520.00 | 52.00 |
| 26/07/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: RE: Next Production of the Monitor and Canadian Debtors and blackline revised version of his letter | 0.20 | 520.00 | 104.00 |
| 26/07/2013 | Antonia Croke | READ | Review email from Doniak, Christine Re: Committee's Document Production | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012 General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 26/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - Change to Deadline for Deposition Witness Identification | 0.10 | 520.00 | 52.00 |
| 26/07/2013 | Antonia Croke | READ | Review UKPC identification of anticipated fact affiants | 0.30 | 520.00 | 156.00 |
| 26/07/2013 | Antonia Croke | READ | Review Monitor's first supplemental interrogatory response | 0.10 | 520.00 | 52.00 |
| 26/07/2013 | Antonia Croke | READ | Review EMEA Debtors' notice of subpoena to Deloitte LLP and email re same | 0.60 | 520.00 | 312.00 |
| 26/07/2013 | Antonia Croke | READ | Review the responses and objections of the Ad Hoc bondholders | 0.20 | 520.00 | 104.00 |
| 26/07/2013 | Antonia Croke | READ | Review subpoenas served on EY and Deloitte by the Counsel for the EMEA joint administrators and email re same | 0.30 | 520.00 | 156.00 |
| 26/07/2013 | Antonia Croke | READ | Review Order approving stipulated protocol | 0.20 | 520.00 | 104.00 |
| 26/07/2013 | Antonia Croke | READ | Review BH's response ltr to Mr Keller's ltr of 22/7/13 | 0.10 | 520.00 | 52.00 |
| 26/07/2013 | Antonia Croke | READ | Review UKPC's response to Mr Keller's ltr of 22/7/13 | 0.40 | 520.00 | 208.00 |
| 26/07/2013 | Antonia Croke | READ | Review the responses and objections of BNY Mellon to the CCC's reserved request | 0.30 | 520.00 | 156.00 |
| 26/07/2013 | Antonia Croke | READ | Review Law Debenture's responses and objections to the CCC's reserved request | 0.30 | 520.00 | 156.00 |
| 26/07/2013 | Antonia Croke | READ | Review Wilmington Trust's responses and objections to the CCC's reserved request | 0.30 | 520.00 | 156.00 |
| 26/07/2013 | Antonia Croke | READ | Review ltr from Counsel for the UKPC re reserved disclosure requests | 0.10 | 520.00 | 52.00 |
| 26/07/2013 | Antonia Croke | READ | Review subpoena served on KPMG by the EMEA debtors and email re same | 0.60 | 520.00 | 312.00 |
| 27/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - Reservation re: Motions to Compel and Motions for Protective Order | 0.10 | 520.00 | 52.00 |
| 28/07/2013 | Antonia Croke | READ | Review email re: Nortel - Reservation re: Motions to Compel and Motions for Protective Order | 0.10 | 520.00 | 52.00 |
| 29/07/2013 | Antonia Croke | READ | Review email from Putnam, Betsy Re: RE: Nortel Networks Corporation - Core Parties Service List | 0.10 | 520.00 | 52.00 |
| 29/07/2013 | Antonia Croke | READ | Review email from Doniak, Christine Re: Committee's Document Production | 0.10 | 520.00 | 52.00 |
| 29/07/2013 | Antonia Croke | READ | Review email from Vora, Samir Re: Nortel - 3rd Production of Ad Hoc Group of Bondholders | 0.10 | 520.00 | 52.00 |
| 29/07/2013 | Antonia Croke | INTD | Discussion with AMP | 0.30 | 520.00 | 156.00 |
| 29/07/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.30 | 715.00 | 214.50 |
| 30/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - Supplemental Response re: Anticipated Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 30/07/2013 | Antonia Croke | READ | Review email from Advani, Sameer Re: RE: Nortel - UKPC Document Production and Certification of Substantial Completion | 0.10 | 520.00 | 52.00 |
| 30/07/2013 | Antonia Croke | READ | Review email from Ruby, Peter RE: Nortel - Supplemental Response re: Anticipated Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 30/07/2013 | Antonia Croke | READ | Review UK pension parties' Notice of Examination served on the Canadian debtors and monitor; and the Notice served on the US debtors | 1.70 | 520.00 | 884.00 |
| 30/07/2013 | Antonia Croke | READ | Review the representative witness notices of the Canadian Claims Defendant Group and the Canadian Allocation Group | 0.90 | 520.00 | 468.00 |
| 30/07/2013 | Antonia Croke | READ | Review the EMEA Joint Administrators notices and notices of examination served on the US and Canadian debtors | 0.80 | 520.00 | 416.00 |
| 30/07/2013 | Antonia Croke | READ | Review letter re the US Debtors' fourth document production | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012 General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 30/07/2013 | Antonia Croke | READ | Review US debtors' motion to clarify the Order re LTD severance claims and emails re same | 0.80 | 520.00 | 416.00 |
| 30/07/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 31/07/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: RE: Nortel - Supplemental Response re: Anticipated Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: RE: Nortel - Supplemental Response re: Anticipated Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: RE: Nortel - Supplemental Response re: Anticipated Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review email from Ruby, Peter Re: Deposition List of the Monitor, Canadian Debtors, CCC, and Directors and Officers | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review email from Johnson, Robert Re: FW: Nortel - EMEA Designation of Witnesses for Examination/Deposition | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review email from Jeff Hyland Re: RE: Nortel - EMEA Designation of Witnesses for Examination/Deposition | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A. Re: RE: Nortel - Supplemental Response re: Anticipated Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review US Ct Order approving amendment to terms of Punter Southall's compensation and retention | 0.20 | 520.00 | 104.00 |
| 31/07/2013 | Antonia Croke | READ | Review Wilmington Trust clawback letter | 0.10 | 520.00 | 52.00 |
| 31/07/2013 | Antonia Croke | READ | Review US interests' identification of deponents ltr | 0.20 | 520.00 | 104.00 |
| 31/07/2013 | Antonia Croke | READ | Review subpoenas to Osler, Hoskin & Harcourt; Sutherland, Asbill & Brennan LLP; and Horst Frisch Inc | 1.10 | 520.00 | 572.00 |
| 31/07/2013 | Angela Pearson | READ | Review emails | 0.20 | 715.00 | 143.00 |
| 31/07/2013 | Sophie Law | READ | Emails in from AG re deposition lists | 0.30 | 325.00 | 97.50 |
| | | | | | | **29,316.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031 European Proceedings/Matters**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 3.50 | 715.00 | 2,502.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 10.30 | 520.00 | 5,356.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 405.00 | 405.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 1.80 | 325.00 | 585.00 |
| **Trainee** | | | | |
| HGRAY | Harriet Gray | 0.50 | 190.00 | 95.00 |
| | | | Total | **8,943.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031 European Proceedings/Matters**

| | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2013 | Sophie Law | PHON | Review agenda and attd professionals call | 0.40 | 325.00 | 130.00 |
| 16/07/2013 | Lindsey Roberts | READ | Review of emails re: LTD severance pay order | 0.10 | 405.00 | 40.50 |
| 16/07/2013 | Sophie Law | READ | Read emails in re LTD settlement | 0.20 | 325.00 | 65.00 |
| 17/07/2013 | Antonia Croke | READ | Review Court Order granting LTD severance motions and the LTD severance opinion; and emails re same | 1.30 | 520.00 | 676.00 |
| 18/07/2013 | Antonia Croke | LETT | Emails D Botter | 0.10 | 520.00 | 52.00 |
| 18/07/2013 | Antonia Croke | LETT | Emails re UK Supreme Court Judgment and hearing | 0.30 | 520.00 | 156.00 |
| 18/07/2013 | Lindsey Roberts | READ | Review of emails and UCC Agenda | 0.30 | 405.00 | 121.50 |
| 23/07/2013 | Antonia Croke | READ | Review materials in preparation for UK Supreme Court Judgment | 1.10 | 520.00 | 572.00 |
| 23/07/2013 | Lindsey Roberts | READ | Review of emails re Supreme Court Judgment | 0.20 | 405.00 | 81.00 |
| 24/07/2013 | Antonia Croke | ATTD | Attend UK Supreme Court for Nortel Judgment; emails re same | 2.50 | 520.00 | 1,300.00 |
| 24/07/2013 | Antonia Croke | DRFT | Draft summary of UK Supreme Court Judgment and emails re same | 1.80 | 520.00 | 936.00 |
| 24/07/2013 | Antonia Croke | READ | Review press articles on UK Supreme Court judgment | 1.50 | 520.00 | 780.00 |
| 24/07/2013 | Antonia Croke | LETT | Emails Akin and Ashurst re UK Supreme Court judgment | 1.60 | 520.00 | 832.00 |
| 24/07/2013 | Harriet Gray | JUDG | Attended judgment of Nortel-Lehman Pension Hearing at Supreme Court and took a note. Conducted a news-sweep on Nortel hearing to send to client. | 0.50 | 190.00 | 95.00 |
| 24/07/2013 | Lindsey Roberts | LETT | Emails re: the Supreme Court judgment; call with SLAW | 0.40 | 405.00 | 162.00 |
| 24/07/2013 | Sophie Law | MISC | Watch Supreme Court judgment handing down, various emails re same to ACROKE, call to LROBER; email to Akin team with link and summary; review press summary; emails in from Akin team, out from ACROKE re judgment | 1.20 | 325.00 | 390.00 |
| 29/07/2013 | Angela Pearson | MISC | Reviewing emails over last two weeks. Review of Nortel/Lehman judgment | 3.50 | 715.00 | 2,502.50 |
| 30/07/2013 | Antonia Croke | LETT | Emails re Nortel UK Supreme Court Judgment | 0.10 | 520.00 | 52.00 |
| | | | | | | **8,943.50** |