## Exhibit C

### DISBURSEMENT SUMMARY
### JULY 01, 2013 THROUGH JULY 31, 2013

| Document Production | £87.48 |
|---|---|
| Travel – Ground Transportation | £166.68 |
| Meals | £10.02 |
| **TOTAL** | **£264.18** |