**Exhibit D**

| **Disbursements Detailed Breakdown** | | Amount (GBP) |
|---|---|---|
| **Document Production** | | 87.48 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 04/07/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 194443; DATE: 04/07/2013 - TAXI - LCHAN (Appold Street to SE1) 03/07/13 | 32.67 |
| 14/07/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108907; DATE: 14/07/2013 - TAXI - AMP (EC2A to SW12) 03/07/13 | 32.93 |
| 14/07/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108907; DATE: 14/07/2013 - TAXI - LROBER (EC2A to SE26) 03/07/13 | 43.04 |
| 14/07/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/108907; DATE: 14/07/2013 - TAXI - LROBER (EC2A to SE26) 11/07/13 | 43.04 |
| 24/07/2013 | VENDOR: Croke, Antonia INVOICE#: 03978097072600117090 DATE: 26/07/2013 Taxi, 24/07/13, Taxi to Supreme Court | 15.00 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 11/07/2013 | VENDOR: Roberts, Lindsey INVOICE#: 03908031071300116676 DATE: 13/07/2013 Food/drink, 11/07/13, Dinner - Working late | 10.02 |

| | 264.18 |
|---|---|