**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JULY 01, 2013 THROUGH JULY 31, 2013**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 17.00 | 12,155.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 0.80 | 552.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 42.80 | 22,256.00 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 21.70 | 8,788.50 |
| Sophie Law | Newly-qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 3.40 | 1,105.00 |
| Harriet Gray | Trainee Solicitor; Dispute Resolution Group; London | £190 | 0.50 | 95.00 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group; London | £190 | 11.80 | 2,242.00 |
| **TOTAL** | | | 98.00 | 47,193.50 |

## COMPENSATION BY PROJECT CATEGORY
## JULY 01, 2013 THROUGH JULY 31, 2013

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 14.00 | 4,923.50 |
| Creditors Committee Meetings | 8.10 | 4,010.00 |
| General Claims Analysis | 58.80 | 29,316.50 |
| European Proceedings / Matters | 17.10 | 8,943.50 |
| TOTAL | 98.00 | 47,193.50 |