**EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**[PROPOSED] ORDER MODIFYING SCHEDULING ORDERS**
**IN JOINT CROSS-BORDER PROCEEDINGS TO DETERMINE**
**ALLOCATION OF ASSET SALE PROCEEDS AND CERTAIN CLAIMS**

Upon consideration of the motion (the "Motion") of the court-appointed

administrators and authorized foreign representatives (collectively, the "Joint Administrators")[1]

for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and

including NNUK, the "EMEA Debtors")[2] for an order amending the schedule set forth in the

Allocation Protocol (May 17, 2013, D.I. 10565-1), Litigation Timetable (May 17, 2013, D.I.

10566-1), and Discovery Plan (May 17, 2013, D.I. 10566-2), and the Court having found that

(i) the Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a

---

1. The Joint Administrators in the English proceedings for all of the EMEA Debtors (as defined below), with the exception of Nortel Networks (Ireland) Limited, are Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators in the English proceedings for Nortel Networks (Ireland) Limited are Alan Robert Bloom and David Martin Hughes.

   The Joint Administrators also represent the directors of certain solvent subsidiaries of Nortel Networks International Finance & Holding B.V. in relation to their allocation entitlements.  (*See* Joint Administrators' Statement Regarding the Allocation Entitlement of the EMEA Debtors to Proceeds of the Sales of the Business and Residual Patent Assets, Schedule 1, May 16, 2013, D.I. 10536.)

2. The EMEA Debtors are NNUK; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks Oy; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (iii) due and proper notice of the Motion

having been given; and the Court having determined that the legal and factual bases set forth in

the Motion establish just cause for the relief herein granted;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED, and the Allocation Protocol, Litigation

Timetable, and Discovery Plan are modified as follows:

| Deadline | Current Date | Proposed Revised Date |
|---|---|---|
| Date for completion of outstanding production | No date | August 31, 2013 |
| Date for service of privilege logs | No date | September 7, 2013 |
| Date for depositions to begin | No date | September 30, 2013 |
| Deadline to identify experts and the subject matter of their reports | September 13, 2013 | November 27, 2013 |
| Deadline to complete witness depositions, including 30(b)(6) depositions | September 27, 2013 | December 13, 2013 |
| Deadline for service of expert reports | October 4, 2013 | December 20, 2013 |
| Deadline for service of rebuttal expert reports | November 1, 2013 | January 24, 2014 |
| Preliminary pre-trial conference | Week of November 11, 2013 | Week of February 17, 2014 |
| Deadline to complete expert depositions | December 6, 2013 | February 28, 2014 |
| Deadline to file a list of all witnesses and exhibits that each Core Party intends to rely upon as part of its direct case | December 9, 2013 | March 6, 2014 |
| Deadline to file:<br>• Pre-trial motions<br>• Pre-trial briefs<br>• All fact affidavits to be used in direct case<br>• All exhibits to be used in direct case<br>• All deposition testimony to be used in direct case | December 13, 2013 | March 14, 2014 |
| Pre-trial conference | Week of December 16, 2013 (if the Courts desire) | Week of March 17, 2014 (if the Courts desire) |

| Deadline | Current Date | Proposed Revised Date |
|---|---|---|
| Beginning of trial | January 6, 2014 | March 31, 2014 (or as soon thereafter as is convenient for the Courts) |

2.      All of the dates and provisions set forth in the Allocation Protocol,

Litigation Timetable, and Discovery Plan shall remain in full force and effect except to the extent

expressly modified by the terms of this Order.

3.      This Court shall retain jurisdiction over all matters arising from or relating

to the interpretation or implementation of this Order.


Dated: _____, 2013
          Wilmington, Delaware

                                    _____
                                    THE HONORABLE MARY F. WALRATH
                                    UNITED STATES BANKRUPTCY JUDGE