IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 11297** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2013 I caused to be served a personalized "Notice of Reversal of Transfer of Claim" (the "Transfer Reversal Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Reversal Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
15ᵗʰ day of August, 2013

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

13

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF REVERSAL OF TRANSFER OF CLAIM

Transferor:  HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: FAUROTE, JOSEPH H.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Transferee:  SOLUS RECOVERY FUND II MASTER LP
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022

Your transfer of claim # 1160 was reversed for the reason listed below:

**Transferee Reverses The Sale**

Docket Number:  11297          Date:  08/12/13

/s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC, as claims agent for the debtor(s).

FOR EPIQ USE ONLY:  This notice was mailed to the transferor and transferee by first class mail, postage prepaid on August 15, 2013.

With a copy to:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# EXHIBIT B

HAIN CAPITAL HOLDINGS, LLC
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FL
RUTHERFORD NJ 07070

SOLUS RECOVERY FUND II MASTER LP.
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FL
NEW YORK NY 10022

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006