IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11292-11295, 11309-11311, 11313, 11314, 11329-11332, 11334, 11341, 11343-11345, 11359, 11374, 11375** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
15th day of August, 2013

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2016

13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                | Chapter 11

NORTEL NETWORKS INC., et al.,                         | Case No. 09-10138 (KG)

        Debtors.                                       | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BOISVERT, DAVID                    BOISVERT, DAVID
     DAVID BOISVERT                     18824 APRK GROVE LN
     18824 PARK GROVE LN                DALLAS, TX 75287
     DALLAS TX 75287
```

Please note that your claim # 3409 in the above referenced case and in the amount of
    $48,391.00 allowed at $49,402.72 has been transferred **(unless previously expunged by court order)** to:

```
                                        HAIN CAPITAL HOLDINGS, LLC
                                        TRANSFEROR: BOISVERT, DAVID
                                        ATTN: AMANDA RAPOPORT
                                        301 ROUTE 17, 7TH FLOOR
                                        RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11344 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/15/2013                    David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 15, 2013.

# EXHIBIT B

```
TIME: 12:40:32                          NORTEL NETWORKS INC.                                PAGE: 1
DATE: 08/15/13                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| BOISVERT, DAVID | 18824 APRK GROVE LN DALLAS TX 75287 |
| BOISVERT, DAVID | DAVID BOISVERT 18824 PARK GROVE LN DALLAS TX 75287 |
| BRANDON, PAUL | 5 HORATIO LANE GATES NY 14624 |
| BRIDENSTINE, ANN | 5924 CROSSPOINT LN BRENTWOOD TN 37027 |
| BRIDENSTINE, ANN M | 5924 CROSS POINTE LN BRENTWOOD TN 37027 |
| DAIGLE, JEAN | 8612 ROYTON CIRCLE RALEIGH NC 27613 |
| ENGWER, DARWIN | 5417 NW 150TH PL PORTLAND OR 97229 |
| GREEN, ROBERT J | 3016 LAKESIDE VIEW COURT CARY NC 27513 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BOISVERT, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BRIDENSTINE, ANN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BRIDENSTINE, ANN M ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DAIGLE, JEAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GREEN, ROBERT J ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KINSEY, BRIAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LEGER, ANTHONY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MARDIROSIAN, PAUL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCABE, ROBERT A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCHAN, BARRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MONTGOMERY, CINDA H. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MUEHLENBEIN, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PIERRET, MARK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RAMSAYER, CHRISTOPHER G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STEVENS, DONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TBG INSURANCE SERVICES, INC. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| KINSEY, BRIAN | 1960 WIND HILL RD. ROCKWALL TX 75087 |
| LEGER, ANTHONY | 9409 STONE MOUNTAIN RD RALEIGH NC 27613 |
| MARDIROSIAN, PAUL | 23 S OXFORD RD MILLBURY MA 01527 |
| MARDIROSIAN, PAUL | 23 S OXFORD RD. MILLBURY MA 01527 |
| MCCABE, ROBERT A. | 2009 MISSION RD EDMOND OK 73034 |
| MCHAN, BARRY | PAUL MARDIROSIAN 600 TECHNOLOGY PARK BILLERICA MA 01821 |
| MONTGOMERY, CINDA H. | 224 E. 52ND ST. APT 15 NEW YORK NY 10022 |
| MUEHLENBEIN, WILLIAM | 8920 ERINSBROOK DR. RALEIGH NC 27617 |
| O'MALLEY, JENNIFER | 131 E. ESTELLE LANE LUCAS TX 75002 |
| PAVLIC, TERESA H | 4313 MYSTIC VALLEY CT. ANTIOCH TN 37013 |
| PIERRET, MARK | 813 GENFORD COURT RALEIGH NC 27609 |
| RAMSAYER, CHRISTOPHER G. | MARK PIERRET 147 CLARENDON CIRCLE FRANKLIN TN 37069 |
| SIERRA LIQUIDITY FUND, LLC | 2011 WATERTON LANE APEX NC 27502 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: BRANDON, PAUL 2699 WHITE RD., SUITE # 255 IRVINE CA 92614 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: PAVLIC, TERESA H C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: WHITING, MICHAEL C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: ENGWER, DARWIN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STEVENS, DONALD | TRANSFEROR: O'MALLEY, JENNIFER ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STEVENS, DONALD | 2737 STARBIRD DR COSTA MESA CA 92626 |
| TBG INSURANCE SERVICES, INC. | 2737 STARBIRD DRIVE COSTA MESA CA 92626 |
| WHITING, MICHAEL | ATTN: MICHAEL GLICKMAN 100 N. SEPULVEDA BLVD. SUITE 500 EL SEGUNDO CA 90245 |
| | 8338 NW 37TH STREET SUNRISE FL 33351 |

Total Number of Records Printed         46

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006