**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
:
*In re*                                                                              :            Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                       :            Case No. 09-10138 (KG)
:
                                            Debtors.             :            Jointly Administered
:
:
---------------------------------------------------------- X

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on August 15, 2013, copies of the following were served, in the manner indicated, upon the individuals identified on the attached service list.

1. Order Issuing the Letters Rogatory in the UK as to: Deloitte & Touche LLP;

2. Order Issuing the Letters Rogatory in the UK as to: KPMG Europe LLP;

3. Order Issuing the Letters Rogatory in the UK as to: Ernst & Young LLP;

4. Order Issuing the Letters Rogatory in the UK as to: PricewaterhouseCooper LLP;

5. Order Issuing the Letters Rogatory in the UK as to: PricewaterhouseCooper LLP;

6. Order Issuing the Letters Rogatory in the UK as to: Towers Watson; and

7. Order Issuing the Letters Rogatory in the UK as to: Grant Thornton UK LLP.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: August 19, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*