**Via First Class Mail**

Derrick Tay
Jennifer Stam
GOWLING LAFLEUR HENDERSON LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong
GOODMANS LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Murray McDonald
Brent Beekenkamp
ERNST & YOUNG INC.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
DAVIES WARD PHILLIPS & VINEBERG LLP
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
LAX O'SULLIVAN SCOTT LISUS LLP
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
HUGHES HUBBARD & REED
One Battery Park Plaza
New York, NY 10004-1482

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
BENNETT JONES LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
MILBANK, TWEED, HADLEY McCLOY
LLP
1 Chase Manhattan Plaza
New York, NY  10005

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman
DENTONS CANADA LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, NY  10036

Angela Pearson
Antonia Croke
ASHURST LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
CASSELS BROCK & BLACKWELL LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
THORNTON GROUT FINNIGAN LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Brian O'Connor
Sameer Advani
Andrew Hanrahan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

**Via Hand Delivery**

Kathleen A. Murphy
Mary F. Caloway
BUCHANAN INGERSOLL & ROONEY
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054

Ed Harron
John Dorsey
YOUNG CONAWAY STARGATT &
TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Christopher Samis
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE  19801

Charlene D. Davis
Justin Alberto
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Laura Davis Jones
Timothy P. Cairns
PACHULSKI STANG
919 N. Market Street
17th Floor
Wilmington, DE  19899