# EXHIBIT C

## DISBURSEMENT SUMMARY
## JUNE 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $173.67 |
| Conference Call /Telephone/Video Conferencing | $5,225.64 |
| Courier Service/Postage | $16.30 |
| Duplicating (billed at $.10 per page) | $833.70 |
| Duplicating – Third Party Charges (billed at cost) | $720.73 |
| Document Production Charges | $313.00 |
| Meals/Committee Meeting Expenses | $4,034.03 |
| Travel Expenses – Airfare | $1,140.84 |
| Travel Expenses – Ground Transportation | $1,513.72 |
| Travel Expenses – Lodging | $324.00 |
| Travel Expenses – Train Fare | $1,370.00 |
| Retained Professional Fees & Expenses | $496,695.94 |
| **TOTAL** | **$512,361.66** |