# EXHIBIT D



Akin Gump
Strauss Hauer & Feld LLP

| | | |
|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number | 1492687 |
| ATTN: JOHN DOLITTLE | Invoice Date | 08/09/13 |
| 2221 LAKESIDE BOULEVARD | Client Number | 687147 |
| RICHARDSON, TX 75082 | Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/16/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7192766901 DEPARTURE DATE: 04/23/2013 ROUTE: LGA/YYZ | $-1,039.15 |
| 03/26/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.35 |
| 03/27/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.05 |
| 03/27/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $8.10 |
| 03/28/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: | $2.06 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 2
Invoice Number: 1492687                                                August 9, 2013

| Date | Description | Amount |
|------|-------------|--------|
| | 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 04/01/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.25 |
| 04/01/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.38 |
| 04/03/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.55 |
| 04/08/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.48 |
| 04/10/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.61 |
| 04/11/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.71 |
| 04/17/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $8.43 |
| 04/19/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.58 |
| 04/22/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $10.71 |
| 04/22/13 | Audio and Web Conference Services | $5.28 |

| | | |
|---|---|---|
| | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 04/23/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.81 |
| 04/23/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034210306 DATE: 4/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $9.57 |
| 04/24/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: BOTTER DAVID TICKET #: 0589403315 DEPARTURE DATE: 04/24/2013 ROUTE: LGA/YYZ | $45.00 |
| 04/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 04/24/2013 ROUTE: NYP/WIL/NYP | $-34.00 |
| 04/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Botter David H TICKET #: 0589405958 DEPARTURE DATE: 04/24/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 04/28/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2366046 DATE: 4/28/2013 NAME: KURICHETY ARUN K TICKET #: 0589538422 DEPARTURE DATE: 04/29/2013 ROUTE: LAX PHL LAX | $37.00 |
| 04/28/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2366046 DATE: 4/28/2013 NAME: KURICHETY ARUN K TICKET #: 7223257053 DEPARTURE DATE: 04/29/2013 ROUTE: LAX PHL LAX | $1,260.80 |
| 04/29/13 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 2366289 DATE: 4/29/2013 NAME: SIRACUSA JOHN ALEX TICKET #: 0589578008 DEPARTURE DATE: 04/30/2013 ROUTE: PHL WAS | $37.00 |
| 04/29/13 | Travel - Train Fare  Train to client meeting.; Amtrak | $168.00 |
| 04/29/13 | Travel - Train Fare  Train returning from | $168.00 |

| | | |
|---|---|---|
| | client meeting.; Amtrak | |
| 04/29/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Botter David H TICKET #: 0589578005 DEPARTURE DATE: 04/29/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 04/29/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Hodara Fred S TICKET #: 0589571175 DEPARTURE DATE: 04/29/2013 ROUTE: NYP/BWI/NYP | $37.00 |
| 04/30/13 | Telephone - Long Distance  Long distance telephone calls while attending meeting regarding client.; Hotel Dupont | $6.20 |
| 04/30/13 | Meals - Business  Dinner while attending meeting regarding client.; Lisa Beckerman, Nicholas Bassett, Chris Samos, Arun Kurichety, Tom Matz; Hotel Dupont | $384.00 |
| 04/30/13 | Travel - Lodging (Hotel, Apt, Other) Hotel stay while attending meeting regarding client.; Hotel room while attending meeting regar; Hotel Dupont | $324.00 |
| 04/30/13 | Meals - Business  Lunch while attending court in Wilmington, DE.; Lisa Beckerman, Arun Kurichety, Tom Matz, Nicholas Bassett.; Brew Ha Ha | $41.20 |
| 04/30/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Hodara Fred S TICKET #: 0589637288 DEPARTURE DATE: 04/30/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 05/01/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2366823 DATE: 5/1/2013 NAME: KURICHETY ARUN K TICKET #: 0589645682 DEPARTURE DATE: 05/01/2013 ROUTE: PHL LAX | $37.00 |
| 05/01/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2366823 DATE: 5/1/2013 NAME: KURICHETY ARUN K TICKET #: 7223257621 DEPARTURE DATE: 05/01/2013 ROUTE: PHL LAX | $660.90 |
| 05/01/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 5/1/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $-15.36 |
| 05/01/13 | Travel - Ground Transportation  Taxi to office from train station returning from court.; NYC Taxi | $8.50 |
| 05/01/13 | Travel - Ground Transportation  Late working taxi home.; NYC Taxi | $15.50 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13- | $319.00 |

|  |  |  |
|---|---|---|
|  | 53062500000206 DATE: 5/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 04/29/2013 ROUTE: NYP/WIL/NYP |  |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 04/29/2013 ROUTE: NYP/WIL/NYP | $336.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 04/30/2013 ROUTE: NYP/WIL/NYP | $-17.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 05/01/2013 ROUTE: WIL/NYP | $168.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0589659949 DEPARTURE DATE: 05/01/2013 ROUTE: WIL/NYP | $37.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 05/01/2013 ROUTE: NYP/WIL/NYP | $-17.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Botter David H TICKET #: 0589655322 DEPARTURE DATE: 05/01/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 05/01/2013 ROUTE: NYP/WIL | $-17.00 |
| 05/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY13-53062500000206 DATE: 5/25/2013 PASSENGER: Hodara Fred S TICKET #: 0589655323 DEPARTURE DATE: 05/01/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 05/02/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2367226CR DATE: 5/2/2013 NAME: KURICHETY ARUN K TICKET #: 7223257053 DEPARTURE DATE: 05/02/2013 ROUTE: PHL LAX | $-489.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1492687

Page 6
August 9, 2013

| Date | Description | Amount |
|---|---|---|
| 05/02/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.50 |
| 05/03/13 | Computerized Legal Research - Westlaw User: ORCEL,REGINALD J Date: 5/3/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $-66.04 |
| 05/06/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.50 |
| 05/08/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $13.50 |
| 05/13/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 328; DATE ORDERED: 5/13/13 | $32.80 |
| 05/14/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $6.50 |
| 05/15/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $11.40 |
| 05/15/13 | Telephone - Long Distance  Payment for Court Call Telephonic Court Appearance by Brad Kahn re: Nortel hearing; Court Call Invoice | $51.00 |
| 05/15/13 | Telephone - Long Distance  Payment for Court Call Telephonic Court Appearance by Fred Hodara re: Nortel hearing; Court Call Invoice | $44.00 |
| 05/16/13 | Meals (100%)  5/10/13 N. Kunen - All parties call (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800241; DATE: 5/16/2013 | $143.72 |
| 05/16/13 | Meals (100%)  5/13/13 M. Joseph - Litigation team meeting (3 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800241; DATE: 5/16/2013 | $54.44 |
| 05/16/13 | Meals (100%)  5/13/13 N. Kunen - Committee call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800241; DATE: 5/16/2013 | $172.46 |
| 05/16/13 | Meals (100%)  5/15/13 N. Kunen - Working lunch daily telephone hearing (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800241; DATE: 5/16/2013 | $316.18 |
| 05/16/13 | Meals (100%)  5/16/13 M. Fagen - Committee call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800241; DATE: 5/16/2013 | $114.97 |
| 05/16/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.44 |
| 05/17/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1163414 DATE: 6/5/2013 | $145.01 |

| | | |
|---|---|---|
| | Vendor: Dial Car Voucher #: DLA3904263 Date: 05/17/2013 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3904263 Date: 05/17/2013 Name: David Botter | |
| 05/22/13 | Travel - Ground Transportation  Cab home after working late; Big Apple Car | $12.00 |
| 05/23/13 | Meals (100%)  5/17/13 M. Fagen - Committee Professionals' meeting (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800242; DATE: 5/23/2013 | $611.99 |
| 05/23/13 | Meals (100%)  5/20/13 M. Joseph - Litigation working meeting (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800242; DATE: 5/23/2013 | $43.55 |
| 05/23/13 | Meals (100%)  5/21/13 N. Kunen - Call with Cleary re: litigation  (7 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800242; DATE: 5/23/2013 | $172.46 |
| 05/23/13 | Meals (100%)  5/22/13 M. Fagen - Professionals' call (7 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800242; DATE: 5/23/2013 | $145.46 |
| 05/23/13 | Meals (100%)  5/23/13 N. Kunen - Committee call (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800242; DATE: 5/23/2013 | $172.46 |
| 05/28/13 | Computerized Legal Research - Westlaw User: ITZKOWITZ,JAKE Date: 5/28/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $143.35 |
| 05/28/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.50 |
| 05/28/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 290; DATE ORDERED: 5/28/13 | $29.00 |
| 05/29/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1447250 DATE: 6/2/2013 Fagen Matthew - Dig Inn Seasonal Market  275 Madison - 05/29/2013 | $29.56 |
| 05/29/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 700988 DATE: 6/7/2013  Vendor: Executive Royal Voucher #: 424095 Date: 05/29/2013 Name: Matthew Fagen||Car Service, Vendor: Executive Royal Voucher #: 424095 Date: 05/29/2013 Name: Matthew Fagen | $136.34 |

| Date | Description | Amount |
|---|---|---|
| 05/29/13 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 475255 DATE: 6/7/2013 SENDER'S NAME: B. KAHN; JOB NUMBER: 8855505; PICKUP: 1 BRYANT PARK; DESTINATION: 1 LIBERTY PLZ; DATE: 05/29/2013 | $16.39 |
| 05/29/13 | Duplication - Off Site  Heavy Litigation VENDOR: SITELOGIC TECHNOLOGIES LLC; INVOICE#: 629903; DATE: 5/29/2013 | $216.75 |
| 05/29/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 440; DATE ORDERED: 5/29/13 | $44.00 |
| 05/30/13 | Meals (100%)  5/24/13 N. Kunen - Professionals' call with Cleary (7 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800243; DATE: 5/30/2013 | $172.46 |
| 05/30/13 | Meals (100%)  5/28/13 M. Fagen - Advisors' meeting re: allocation (10 people)/Professionals call (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800243; DATE: 5/30/2013 | $522.28 |
| 05/30/13 | Meals (100%)  5/29/13 M. Fagen - Advisors' call (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800243; DATE: 5/30/2013 | $172.46 |
| 05/30/13 | Meals (100%)  5/31/13 N. Kunen - Advisors' call with Cleary (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800243; DATE: 5/30/2013 | $172.46 |
| 05/31/13 | Duplication - Off Site  Heavy Litigation VENDOR: SITELOGIC TECHNOLOGIES LLC; INVOICE#: 629923; DATE: 5/31/2013 | $503.98 |
| 06/02/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1164105 DATE: 6/19/2013  Vendor: Dial Car Voucher #: DLA3480159 Date: 06/02/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3480159 Date: 06/02/2013 Name: Lisa Beckerman | $159.28 |
| 06/03/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 724 page(s) | $72.40 |
| 06/04/13 | Duplication - In House  Photocopy - User # 990100, NY, 256 page(s) | $25.60 |
| 06/04/13 | Travel - Airfare  Airfare NY to Toronto for meet and confer.; airfare; Delta | $265.14 |
| 06/04/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; | $44.80 |

| | | |
|---|---|---|
| | QUANTITY: 448; DATE ORDERED: 6/4/13 | |
| 06/04/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 1256; DATE ORDERED: 6/4/13 | $125.60 |
| 06/05/13 | Audio and Web Conference Services May 2013 VENDOR: TELCONF LLC; INVOICE#: 06001-01001-13; DATE: 6/5/2013 | $5,054.52 |
| 06/05/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1451732 DATE: 6/9/2013 Samper Jonathan - Fuel Grill & Juice Bar 9th Ave) - 06/05/2013 | $21.69 |
| 06/05/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 701220 DATE: 6/14/2013  Vendor: Executive Royal Voucher #: 396280 Date: 06/05/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 396280 Date: 06/05/2013 Name: Lisa Beckerman | $69.33 |
| 06/05/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 701220 DATE: 6/14/2013  Vendor: Executive Royal Voucher #: RVY3D3714A Date: 06/05/2013 Name: Jonathan Samper‖Car Service, Vendor: Executive Royal Voucher #: RVY3D3714A Date: 06/05/2013 Name: Jonathan Samper | $132.72 |
| 06/05/13 | Travel - Airfare  Airfare Toronto to NY returning from meet and confer.; Abid Qureshi; Delta | $364.05 |
| 06/06/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 73 page(s) | $7.30 |
| 06/06/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 812 page(s) | $81.20 |
| 06/06/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 701220 DATE: 6/14/2013  Vendor: Executive Royal Voucher #: 395827 Date: 06/06/2013 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 395827 Date: 06/06/2013 Name: Fred Hodara | $73.69 |
| 06/06/13 | Meals (100%)  5/31/13 M. Fagen - Advisors' call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800244; DATE: 6/6/2013 | $172.46 |
| 06/06/13 | Meals (100%)  6/3/13 M. Joseph - Litigation meeting (4 people) | $43.55 |

| | | |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800244; DATE: 6/6/2013 | |
| 06/06/13 | Meals (100%) 6/4/13 N. Kunen - Discovery call (7 people) | $172.46 |
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800244; DATE: 6/6/2013 | |
| 06/06/13 | Meals (100%) 6/7/13 N. Kunen - Committee call (9 people) | $172.46 |
| | VENDOR: RESTAURANT ASSOCIATES; DATE: 6/6/2013 | |
| 06/06/13 | Meals - Business Meal during travel to Toronto re: Nortel; F. Hodara; Cafe Supreme | $9.30 |
| 06/06/13 | Travel - Ground Transportation Taxi to airport; Airline Limousine | $62.82 |
| 06/06/13 | Travel - Ground Transportation Taxi returning home from airport after meet and confer.; Delancey Car Service | $60.00 |
| 06/06/13 | Travel - Ground Transportation Taxi from airport to Goodmans for meet and confer.; Taxi Town | $60.00 |
| 06/06/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1164188 DATE: 6/26/2013 Vendor: Dial Car Voucher #: DLA3537614 Date: 06/06/2013 Name: Abid Qureshi\|Car Service, Vendor: Dial Car Voucher #: DLA3537614 Date: 06/06/2013 Name: Abid Qureshi | $69.61 |
| 06/07/13 | Duplication - In House Photocopy - User # 990100, NY, 1416 page(s) | $141.60 |
| 06/07/13 | Duplication - In House Photocopy - User # 990100, NY, 664 page(s) | $66.40 |
| 06/07/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 368; DATE ORDERED: 6/7/13 | $36.80 |
| 06/08/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $40.50 |
| 06/08/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $40.50 |
| 06/08/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 701220 DATE: 6/14/2013 Vendor: Executive Royal Voucher #: 417234 Date: 06/08/2013 Name: Lisa Beckerman\|Car Service, Vendor: | $69.33 |

| | | |
|---|---|---|
| 06/09/13 | Executive Royal Voucher #: 417234 Date: 06/08/2013 Name: Lisa Beckerman Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 701220 DATE: 6/14/2013 Vendor: Executive Royal Voucher #: 423080 Date: 06/09/2013 Name: Lisa Beckerman‖Car Service, Vendor: Executive Royal Voucher #: 423080 Date: 06/09/2013 Name: Lisa Beckerman | $128.05 |
| 06/10/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1164188 DATE: 6/26/2013 Vendor: Dial Car Voucher #: DLA3861865 Date: 06/10/2013 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3861865 Date: 06/10/2013 Name: David Botter | $87.91 |
| 06/11/13 | Travel - Ground Transportation  Cab from train back to office; Medallion cab | $15.00 |
| 06/11/13 | Travel - Ground Transportation  Cab to Amtrak for trip to court in DE; Medallion cab | $9.50 |
| 06/12/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1164105 DATE: 6/19/2013 Vendor: Dial Car Voucher #: DLA3899065 Date: 06/12/2013 Name: Peter Sprofera‖Car Service, Vendor: Dial Car Voucher #: DLA3899065 Date: 06/12/2013 Name: Peter Sprofera | $38.01 |
| 06/17/13 | Duplication - In House  Photocopy - Sprofera, Peter, NY, 32 page(s) | $3.20 |
| 06/18/13 | Duplication - In House  Photocopy - Beckerman, Lisa, NY, 59 page(s) | $5.90 |
| 06/18/13 | Duplication - In House  Photocopy - Beckerman, Lisa, NY, 246 page(s) | $24.60 |
| 06/18/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 6/18/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.36 |
| 06/19/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 3244 page(s) | $324.40 |
| 06/19/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 701699 DATE: 6/28/2013 Vendor: Executive Royal Voucher #: 401234 Date: 06/19/2013 Name: Oz Halabi‖Car Service, Vendor: Executive Royal Voucher #: 401234 Date: 06/19/2013 Name: Oz Halabi | $87.78 |
| 06/24/13 | Duplication - In House  Photocopy - User # 990100, NY, 544 page(s) | $54.40 |
| 06/26/13 | Duplication - In House  Photocopy - User # 990100, NY, 171 page(s) | $17.10 |
| 06/27/13 | Duplication - In House  Photocopy - User | $9.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 12
Invoice Number: 1492687                                                 August 9, 2013

| | | |
|---|---|---|
| 06/27/13 | # 990100, NY, 96 page(s)<br>Computerized Legal Research - Westlaw<br>User: FAGEN,MATTHEW Date:<br>6/27/2013 AcctNumber: 1000193694<br>ConnectTime: 0.0 | $15.36 |
| | Current Expenses | $15,665.72 |