# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JUNE 1, 2013 THROUGH JUNE 30, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 18.50 | $18,500.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 129.00 | $129,000.00 |
| Joseph Ginsberg | Partner for 13 years; Admitted in 1990; Real Estate Department | $715 | 13.40 | $9,581.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 76.30 | $83,930.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 176.70 | $153,729.00 |
| Bruce S. Mendelsohn | Partner for 27 years; Admitted in 1980; Corporate Department | $895 | 2.00 | $1,790.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 31.05 | $27,945.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $850 | 4.30 | $3,655.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $650 | 3.60 | $2,340.00 |
| Robert P. Rothman | Senior Counsel for 6 years; Admitted in 1982. Tax Department | $795 | 1.70 | $1,351.50 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 52.50 | $37,800.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 80.30 | $53,399.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 83.35 | $56,261.25 |
| Arun Kurichety | Counsel for 1 year; Admitted in 2006; Financial Restructuring Department | $675 | 3.90 | $2,632.50 |
| David C. Vondle | Counsel for 4 years; Admitted in 2002; Intellectual Property Department | $600 | 9.00 | $5,400.00 |
| Graeme Bell | International Law Advisor for 5 years; Admitted in 2008; Financial Restructuring | $760 | 1.80 | $1,368.00 |
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 44.60 | $13,826.00 |
| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 3.60 | $2,034.00 |
| Marcella C. Burke | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 22.10 | $8,066.50 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 65.00 | $29,250.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 20.90 | $9,196.00 |
| Adam S. Krotman | Associate for 4 years; Admitted in 2010; Tax Department | $545 | 43.90 | $23,925.50 |
| Carolyn H. Perez | Associate for 6 years; Admitted in 2009; Litigation Department | $430 | 9.40 | $4,042.00 |
| Jacqueline Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 3.40 | $1,972.00 |
| Andrew Barnes | Staff Attorney for 6 years; Admitted in 2012; Litigation Department | $290 | 6.50 | $1,885.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Russell J. Collins | Staff Attorney for 6 years; Admitted in 1998; Litigation Department | $325 | 90.60 | $29,445.00 |
| Kemroy Foster | Staff Attorney for 2 years; Admitted in 2006; Litigation Department | $290 | 54.80 | $15,892.00 |
| Jeffrey A. Zuidema | Staff Attorney 3 for years; Admitted in 2006; Litigation Department | $275 | 14.80 | $4,070.00 |
| Ashton Barrineau | Summer Associate; Second Year Law Student | $245 | 6.10 | $1,494.50 |
| Catherine N. Eisenhut | Summer Associate; Second Year Law Student | $350 | 1.80 | $630.00 |
| Jacob E. Itzkowitz | Summer Associate; Second Year Law Student | $350 | 3.40 | $1,190.00 |
| Khalib J. Bell | Legal Assistant for 1 year; Litigation Department | $225 | 10.80 | $2,430.00 |
| Lok Fung Chu | Legal Assistant for 7 years; Litigation Department | $245 | 22.00 | $5,390.00 |
| Dmitry B. Iofe | Legal Assistant for 1 year; Litigation Department | $245 | 6.00 | $1,470.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 8.50 | $2,082.50 |
| Sean C. Lay | Legal Assistant for3 years; Litigation Department | $225 | 1.50 | $337.50 |
| Massai Leonard | Legal Assistant for 5 years; Litigation Department | $235 | 2.00 | $470.00 |
| James W. Ma | Legal Assistant for 14 years; Litigation Department | $255 | 3.20 | $816.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 10.60 | $2,756.00 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 12.50 | $2,812.50 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $245 | 1.50 | $367.50 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 17.90 | $5,101.50 |
| Radu Stancut | Legal Assistant for 2 years; Litigation Department | $245 | 6.80 | $1,666.00 |

Total Amount of Fees:     $761,300.75
Total Number of Hours:   1,181.60
Blended Hourly Rate:      $644.30