# SCHEDULE A
## THIRTY-NINTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
   **ERISA Litigation - Post Bankruptcy**

L110 Settlement/Non-Binding ADR

| Date | | Hours | Description |
|---|---|---|---|
| 07/09/2013 | RET | 0.40 | Communications with Jeremy Opolsky regarding information from ERISA settlement |
| 07/10/2013 | RET | 0.30 | Communications with plaintiff's counsel and Jeremy Opolsky regarding request for class member information |

                       SUB TOTAL    $350.00

| | |
|---|---|
| TOTAL SERVICES | $350.00 |
| TOTAL HOURS: | 0.7 |
| FEE GRAND TOTAL: | $350.00 |
| NORTEL'S 50% TOTAL: | $175.00 |

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 11/12/2012 | RET | 0.30 | Review order from bankruptcy court enforcing monitor's expanded powers |

                              SUB TOTAL          $165.00

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 11/08/2012 | JMS | 0.10 | Communication with Annie Cordo regarding upcoming fee hearing |
| 11/09/2012 | JMS | 0.20 | Analyze whether to participate in 15th fee hearing |
| 11/12/2012 | JMS | 0.10 | Review Order Enforcing Monitor's Expanded Powers |
| 11/13/2012 | RWJ | 0.40 | Begin preparing Exhibit A to thirty-eighth interim fee application |
| 11/13/2012 | RWJ | 0.10 | Prepare Exhibit B to thirty-eighth interim fee application |
| 11/13/2012 | RWJ | 0.30 | Begin preparing fifteenth quarterly fee application |
| 11/14/2012 | RWJ | 0.40 | Begin drafting thirty-eighth fee application |
| 11/14/2012 | JMS | 0.10 | Review Notice of Filing of Transcript for Proceedings Held on November 7 |
| 11/16/2012 | RWJ | 0.10 | Email memorandum to attorneys regarding invoices needed for preparation of fee application |
| 11/16/2012 | JMS | 0.10 | Communicate with Rhonda James regarding fee application |
| 11/19/2012 | JMS | 0.10 | Communicate with Rhonda James regarding fee application |
| 11/19/2012 | JMS | 0.20 | Analyze whether to file fee application |
| 11/19/2012 | JMS | 0.10 | Review Notice of Filing of Order of Court in Canadian Proceedings to Extend the Stay |
| 11/19/2012 | RWJ | 0.20 | Follow up on obtaining updated invoices for fee bill application |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 11/20/2012 | RET | 0.20 | Communications from Annie Cordo regarding filing of 28th interim fee application to the Bankruptcy Court |
| 11/20/2012 | JMS | 0.20 | Communicate with Rhonda James regarding bankruptcy fee application |
| 11/20/2012 | JMS | 0.30 | Finalize bankruptcy fee application |
| 11/20/2012 | JMS | 0.20 | Communicate with Annie Cordo regarding bankruptcy fee application |
| 11/20/2012 | RWJ | 0.60 | Finalize exhibit A to thirty-eighth fee bill |
| 11/20/2012 | RWJ | 0.90 | Finalize thirty-eighth interim fee bill |
| 11/24/2012 | JMS | 0.10 | Communication with Rene' Thorne regarding final fee application |
| 11/24/2012 | JMS | 0.20 | Communication with Annie Cordo regarding final fee application |
| 11/26/2012 | JMS | 0.20 | Edit Fifteenth Quarterly fee application |
| 11/26/2012 | RWJ | 0.40 | Finalize fifteenth quarterly fee application |
| 11/26/2012 | JMS | 0.20 | Communication with Annie Cordo regarding final fee application |
| 11/27/2012 | JMS | 0.20 | Communication with Annie Cordo regarding fifteenth fee application |
| 11/27/2012 | RWJ | 0.10 | Communications with Annie Cordo regarding filing fifteenth quarterly fee application |
| 12/03/2012 | JMS | 0.20 | Review notice of filing of transcript in bankruptcy action |
| 12/10/2012 | JMS | 0.20 | Communication with Annie Cordo regarding fifteenth fee application hearing |
| 12/17/2012 | JMS | 0.10 | Communicate with Annie Cordo regarding court's report on 15th quarterly fee application |
| 01/18/2013 | JMS | 0.10 | Communicate with Annie Cordo regarding 15th quarterly fee application |
| 7/22/2013 | RWJ | 4.00 | Prepare thirty-ninth and final fee bills |
| 7/24/2013 | JMS | 0.50 | Review, edit final fee application |

SUB TOTAL  $3,017.25

L210 Pleadings

11/09/2012   RET   0.20   Communications with Annie Cordo regarding Fifteenth Quarterly Fee Hearing

                                                  SUB TOTAL  $110.00

TOTAL SERVICES           $ 3,292.25

TOTAL HOURS:             11.90

TOTAL SERVICES           $ 3,292.25

4819-4846-4916, v. 1