# EXHIBIT A

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**

**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**

May 1, 2013 - May 31, 2013

**TOTAL HOURS:** **249.20**

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| M. Morton | 05/13/13 | 1.0 | 2 | Review election forms |
| M. Morton | 05/14/13 | 1.0 | 2 | Review election forms |
| M. Morton | 05/15/13 | 1.0 | 2 | Review participant changes |
| M. Morton | 05/16/13 | 1.0 | 2 | Review participant changes |
| M. Morton | 05/17/13 | 1.5 | 2 | Review election forms |
| M. Morton | 05/20/13 | 1.5 | 2 | Review election forms |
| M. Morton | 05/21/13 | 0.5 | 2 | Review participant changes |
| M. Morton | 05/22/13 | 0.5 | 2 | Review participant changes |
| M. Morton | 05/30/13 | 1.0 | 2 | Review final census summary files |
| M. Morton | 05/31/13 | 1.0 | 2 | Review census file |
| M. Morton | 05/06/13 | 1.0 | 3 | Review distribution analysis |
| M. Morton | 05/07/13 | 2.5 | 3 | Review distribution summary |
| R. Winters | 05/04/13 | 1.1 | 5 | Detailed analysis + emails concerning expected LTD opt-in to Retiree pool |
| R. Winters | 05/01/13 | 1.0 | 7 | Meeting with committee members and professionals |
| R. Mizak | 05/02/13 | 0.3 | 7 | Calls with LTD participants |
| R. Mizak | 05/01/13 | 0.3 | 8 | Calls and emails with professionals re: hearing |
| R. Winters | 05/01/13 | 0.3 | 8 | Calls and emails with professionals re: hearing |
| V. Bodnar | 05/01/13 | 0.3 | 8 | Call with P. Brooks re: deliverable format. |
| V. Bodnar | 05/01/13 | 0.3 | 8 | Senior peer review call with T. Corcoran |
| R. Mizak | 05/02/13 | 0.2 | 8 | Call with counsel re: disability service provider |
| R. Mizak | 05/03/13 | 0.2 | 8 | Calls (R. Mizak and A. Shapiro) re: LTD settlement calculations |
| R. Mizak | 05/03/13 | 0.3 | 8 | Call with D. Greer re: LTD Participants' expected participation in Retiree vs. LTD settlement |
| R. Mizak | 05/03/13 | 0.6 | 8 | Meeting (R. Winters and R. Mizak) re: LTD VEBA trust implementation |
| R. Mizak | 05/03/13 | 0.7 | 8 | Meeting (R. Winters and R. Mizak) re: LTD disability testing proposal |
| R. Winters | 05/03/13 | 0.7 | 8 | Meeting (R. Winters and R. Mizak) re: LTD disability testing proposal |
| R. Winters | 05/03/13 | 0.6 | 8 | Meeting (R. Winters and R. Mizak) re: LTD VEBA trust implementation |
| R. Winters | 05/03/13 | 0.6 | 8 | Telephone call with M. Stutts re Disability Consultant contract |
| R. Mizak | 05/04/13 | 0.5 | 8 | Call (R. Winters and R. Mizak) re: LTD component of Retiree pool (potential) |
| R. Mizak | 05/04/13 | 0.3 | 8 | Communications with TW re: LTD dataset reconciliation |
| R. Winters | 05/04/13 | 0.5 | 8 | Call (R. Winters and R. Mizak) re: LTD settlement elections |
| R. Mizak | 05/07/13 | 0.2 | 8 | Call (R. Winters and R. Mizak) re: prep for LTD call |
| R. Winters | 05/07/13 | 0.2 | 8 | Call (R. Winters and R. Mizak) re: prep for LTD call |
| D. Spragg | 05/08/13 | 0.5 | 8 | Calls with McGriff and Attnys on D&O quotes |
| M. Morton | 05/08/13 | 2.5 | 8 | Conference call with DE investments and review/respond to emails |
| D. Spragg | 05/09/13 | 0.5 | 8 | Calls with McGriff and Attnys on D&O quotes |
| M. Morton | 05/09/13 | 0.5 | 8 | Conference call with Eric Sulty |
| R. Mizak | 05/10/13 | 0.1 | 8 | Call (R. Winters and R. Mizak) re: investment management protocols |
| R. Winters | 05/10/13 | 0.1 | 8 | Call (R. Winters and R. Mizak) re: investment management protocols |
| R. Mizak | 05/14/13 | 0.2 | 8 | Call (A. Shapiro and R. Mizak) re: LTD vs. Retiree elections |
| R. Mizak | 05/14/13 | 0.3 | 8 | Call (M. Maxwell and R. Mizak) re: LTD disability testing budget |
| R. Mizak | 05/14/13 | 0.2 | 8 | Call (A. Shapiro, K. Wagner and R. Mizak) re: inquiry from LTD regarding election into retiree settlement |
| R. Mizak | 05/14/13 | 0.4 | 8 | Communications re: LTD and retiree opt ins. |
| R. Mizak | 05/15/13 | 0.2 | 8 | Call (S. Skelly, R. Mizak and A. Shapiro) re: LTD and Retiree elections |
| A. Shapiro | 05/15/13 | 0.2 | 8 | Call with R. Mizak and S. Skelly re: LTD and retiree elections |
| D. Spragg | 05/20/13 | 0.5 | 8 | Call with Sheri on D&O options |
| D. Spragg | 05/20/13 | 0.4 | 8 | Call with Jeff Kaiser on E&O Coverage |
| R. Winters | 05/20/13 | 0.1 | 8 | Direction to TW re required information for EG to complete implementation |
| M. Morton | 05/24/13 | 1.5 | 8 | Call with E Sulty |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 05/24/13 | 0.8 | 8 | Call with R. Zahralddin, E. Sutty, and M. Morton re: expenses and payment schedules |
| R. Winters | 05/25/13 | 0.1 | 8 | Correspondence with R. Zahralddin re webinar logistics |
| R. Winters | 05/27/13 | 0.3 | 8 | Telephone call with Daniele re Retiree demographics |
| R. Winters | 05/27/13 | 0.1 | 8 | Correspondence with Daniele re required information for implementation |
| A. Shapiro | 05/31/13 | 1.0 | 8 | Calls with M. Morton, S. Skelly, and K. Wagner re: final data set |
| D. Spragg | 05/19/13 | 0.6 | 9 | Call with Broker on outstanding quote updates and info |
| R. Winters | 05/01/13 | 0.3 | 10 | Review and respond as required to emails concerning issues concerning Cullen objection, hearing issues |
| A. Shapiro | 05/02/13 | 0.5 | 10 | Draft email to Committee re: K. Adams income replacement benefit |
| R. Winters | 05/03/13 | 0.6 | 10 | Review / respond to emails concerning LTD hearing re severance, component of settlement attributable to opting in LTD (anticipated), HRA admin (LTD), LTD SPD, Webinar (including review of updated material, detailed comment regarding LTD administrator and EG response |
| R. Winters | 05/03/13 | 0.3 | 10 | Review + respond to emails re LTD opt-in (to Retiree pool), other Nortel case issues; info for Retiree implementation |
| A. Shapiro | 05/03/13 | 0.5 | 10 | Update email to Committee re: K. Adams income replacement benefit |
| A. Shapiro | 05/03/13 | 0.3 | 10 | Read emails re: individual distribution settlements |
| A. Shapiro | 05/03/13 | 0.2 | 10 | Respond to R. Mizak re: LTD settlement amounts |
| R. Winters | 05/05/13 | 0.1 | 10 | Review emails re LTD IM contract |
| W. Fugazy | 05/06/13 | 0.1 | 10 | Inquiry to legal regarding timing of fee applications |
| R. Winters | 05/06/13 | 0.3 | 10 | Review / respond to emails concerning document retention, LTD VEBA materials, |
| R. Winters | 05/07/13 | 0.4 | 10 | Review emails re LTD hearing on severance, LTD IM standards, LTD VEBA tax matters, LTD SPD |
| R. Winters | 05/08/13 | 0.2 | 10 | Review / respond to emails LTD SPD, LTD Webinar |
| R. Mizak | 05/09/13 | 0.3 | 10 | Email and communications with team |
| W. Fugazy | 05/13/13 | 0.3 | 10 | Assemble and e-mail time pivot analysis to R. Winters |
| R. Winters | 05/15/13 | 0.2 | 10 | Email correspondence with Zahralddin re appeals |
| A. Shapiro | 05/16/13 | 0.3 | 10 | Email Elliott Greenleaf about 3 individuals who opted-in to lower retiree settlement |
| W. Fugazy | 05/17/13 | 0.3 | 10 | Correspondence with R. Winters re: withdrawal and re-submission of CNO; previous communications with counsel at Elliot Greenleaf |
| R. Winters | 05/17/13 | 0.3 | 10 | Correspondence with W. Fugazy re: withdrawal and re-submission of CNO; previous communications with counsel at Elliot Greenleaf |
| W. Fugazy | 05/22/13 | 0.2 | 10 | Review e-mail traffic |
| A. Shapiro | 05/22/13 | 0.2 | 10 | Reply to email re: S. Coutis |
| R. Winters | 05/23/13 | 0.2 | 10 | Review Morton email on ICF + f/u |
| R. Winters | 05/24/13 | 0.1 | 10 | Emails concerning LTD opt-ins |
| A. Shapiro | 05/24/13 | 0.3 | 10 | Respond to emails re: retiree eligibility |
| R. Winters | 05/28/13 | 0.2 | 10 | Emails concerning protocols for sharing information |
| R. Winters | 05/30/13 | 0.1 | 10 | Emails with TW re info sharing |
| R. Winters | 05/31/13 | 0.2 | 10 | Emails re monitoring transfer of data from TW to WageWorks |
| M. Morton | 05/31/13 | 2.0 | 10 | Draft email for deliverables |
| C. Henderson | 05/01/13 | 1.5 | 11 | Morning Prep meeting with Elliott Greenleaf and Committee members and team before court appearance |
| R. Mizak | 05/01/13 | 1.2 | 11 | Meeting with professionals to prepare for LTD hearing and testimony |
| R. Mizak | 05/01/13 | 0.8 | 11 | Meeting with actuaries to discuss potential adjustments in calculations |
| R. Mizak | 05/01/13 | 1.0 | 11 | Meeting with committee members and professionals |
| R. Winters | 05/01/13 | 1.2 | 11 | Meeting with professionals to prepare for LTD hearing and testimony |
| R. Winters | 05/01/13 | 0.8 | 11 | Meeting with actuaries to discuss potential adjustments in calculations |
| R. Mizak | 05/02/13 | 1.0 | 11 | Prepared for LTD call re: summary of updates |
| R. Mizak | 05/02/13 | 0.7 | 11 | LTD committee call re: hearing |
| R. Winters | 05/02/13 | 0.7 | 11 | LTD committee call re: hearing |
| R. Winters | 05/06/13 | 2.0 | 11 | Conference call with LTD Committee re distribution + planning regarding HRA and proposed disability plan |
| A. Shapiro | 05/06/13 | 2.0 | 11 | Committee call regarding distribution method |
| M. Spittell | 05/07/13 | 1.2 | 11 | Call with LTD Committee. |
| J. Ivy | 05/07/13 | 1.2 | 11 | LTD Committee Call |
| R. Mizak | 05/07/13 | 1.3 | 11 | LTD committee call re: LTD vendor selection, budget items, and prep work |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 05/07/13 | 1.3 | 11 | LTD committee call re: LTD vendor selection, budget items, and prep work |
| A. Shapiro | 05/07/13 | 1.5 | 11 | Committee call regarding distribution method |
| R. Mizak | 05/08/13 | 1.8 | 11 | LTD committee call re: disability service provider |
| A. Shapiro | 05/08/13 | 1.5 | 11 | Committee call re: distribution process |
| R. Mizak | 05/10/13 | 0.4 | 11 | Call with LTD committee re: investment management protocols |
| M. Morton | 05/12/13 | 2.0 | 11 | Respond to request from Committee |
| R. Mizak | 05/14/13 | 2.5 | 11 | Conference call with LTD Committee re VEBA establishment and distribution matters |
| R. Winters | 05/14/13 | 2.0 | 11 | Conference call with LTD Committee re VEBA establishment + distribution matters |
| R. Winters | 05/01/13 | 0.2 | 12 | Review Bodnar supplement |
| V. Bodnar | 05/01/13 | 0.8 | 12 | Review results. |
| M. Morton | 05/02/13 | 1.0 | 12 | Review files to be sent to Elliot Greenleaf |
| R. Mizak | 05/03/13 | 1.1 | 12 | Work on LTD report re: confirmed versions, spoke with MD, emailed with counsel |
| R. Mizak | 05/03/13 | 0.8 | 12 | Work on LTD report re: edited to update per final agreement |
| R. Mizak | 05/03/13 | 1.3 | 12 | Work on LTD report re: edited references to prior structures |
| M. Morton | 05/03/13 | 1.0 | 12 | Review files to be sent to Elliot Greenleaf |
| M. Morton | 05/23/13 | 1.0 | 12 | Review webinar document |
| M. Morton | 05/28/13 | 2.0 | 12 | LTD Participant Webinar |
| M. Morton | 05/29/13 | 3.0 | 12 | LTD Participant Webinar \| Review and respond to LTD final deliverable request |
| M. Morton | 05/30/13 | 1.0 | 12 | Review deliverables from final deliverable request |
| C. Henderson | 05/01/13 | 2.3 | 13 | Court time in AM court attendance and testimony on stand |
| J. Ivy | 05/01/13 | 1.2 | 13 | Review declaration document for LTD hearing |
| J. Ivy | 05/01/13 | 1.4 | 13 | Discuss declaration document and proposed alternative distribute funds to claimants via disability plan/HRA |
| R. Mizak | 05/01/13 | 3.0 | 13 | LTD hearing |
| R. Winters | 05/01/13 | 3.0 | 13 | LTD hearing |
| V. Bodnar | 05/01/13 | 2.3 | 13 | Hearing |
| M. Morton | 05/01/13 | 4.8 | 13 | Attend and support LTD hearing in Delaware |
| A. Shapiro | 05/01/13 | 2.0 | 13 | Prep for distribution hearing |
| A. Shapiro | 05/01/13 | 1.8 | 13 | Observe and support distribution hearing |
| W. Fugazy | 05/01/13 | 0.8 | 15 | Update / Codify February time journals |
| W. Fugazy | 05/01/13 | 0.5 | 15 | Quality control and cross check time entries |
| W. Fugazy | 05/01/13 | 1.5 | 15 | Review invoices from TW; various discussions and follow up with TW admin re: correction to February invoice |
| R. Winters | 05/01/13 | 0.3 | 15 | Complete Feb time diaries and edits |
| W. Fugazy | 05/02/13 | 0.8 | 15 | Upload and quality control time journals; codify entries |
| W. Fugazy | 05/02/13 | 0.3 | 15 | Run agresso report and determine completion of journals |
| W. Fugazy | 05/02/13 | 0.4 | 15 | Follow up with members' missing time journals |
| W. Fugazy | 05/06/13 | 0.5 | 15 | Update January fee application language describing DaVinci transition to TW per e-mail from R. Winters and V. Bodnar. Publish January fee application |
| W. Fugazy | 05/06/13 | 0.5 | 15 | Review CNOs for November and December invoices. Suggest edits to team. Send revised CNOs back to counsel |
| R. Mizak | 05/07/13 | 1.0 | 15 | Work on January fee application narrative |
| W. Fugazy | 05/07/13 | 0.3 | 15 | Review and enter time journals to S. Charlesworth. E-mail instructions to S. Charlesworth future entries. |
| W. Fugazy | 05/08/13 | 1.2 | 15 | Codify entries for various team members |
| W. Fugazy | 05/08/13 | 0.1 | 15 | Inquiry to D. Greer |
| W. Fugazy | 05/08/13 | 0.1 | 15 | Inquiry to R. Winters re: filing January fee application |
| W. Fugazy | 05/08/13 | 0.2 | 15 | Extract relevant legal language and send to R. Winters for review |
| W. Fugazy | 05/08/13 | 0.3 | 15 | Make relevant changes to January Fee application; publish; send to legal for filing |
| W. Fugazy | 05/08/13 | 0.2 | 15 | Inquiry to R. Mizak re: project admin |
| W. Fugazy | 05/08/13 | 0.3 | 15 | Update time journals |
| W. Fugazy | 05/09/13 | 0.2 | 15 | Retrieve AR summary for November and December 2012 |
| W. Fugazy | 05/09/13 | 0.7 | 15 | Develop summary of necessary adjustments for AR |
| R. Mizak | 05/10/13 | 1.5 | 15 | Initiated review of draft fee application for period ending 1/31/2013 |
| W. Fugazy | 05/13/13 | 0.2 | 15 | Communications with R. Winters re: engagement management |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| W. Fugazy | 05/14/13 | 1.5 | 15 | Work on fee application for February invoice |
| W. Fugazy | 05/14/13 | 1.7 | 15 | Work on fee application for February invoice; cross check time journal entries for various team members |
| R. Mizak | 05/15/13 | 1.7 | 15 | Started work on February fee application narrative |
| W. Fugazy | 05/15/13 | 0.5 | 15 | Follow up with various A&M personnel re: submission of February time details |
| W. Fugazy | 05/15/13 | 0.2 | 15 | Run agresso report; follow up with K. Skidmore on reconciliation |
| W. Fugazy | 05/15/13 | 1.5 | 15 | Further cross check and QC of February time details |
| W. Fugazy | 05/17/13 | 0.4 | 15 | Communication with and providing time details to C. Henderson re: review of Tax time |
| W. Fugazy | 05/22/13 | 0.2 | 15 | Review / send e-mails related to March invoice |
| W. Fugazy | 05/22/13 | 1.1 | 15 | Revise accounting reconciliation |
| W. Fugazy | 05/23/13 | 1.4 | 15 | Complete quality control of time journals |
| W. Fugazy | 05/28/13 | 0.8 | 15 | Admin regarding TW invoices and internal billing |
| W. Fugazy | 05/29/13 | 0.3 | 15 | Correspondence with accounts receivable team about invoices |
| W. Fugazy | 05/30/13 | 1.2 | 15 | Examine and re-format TW March invoices |
| W. Fugazy | 05/30/13 | 1.9 | 15 | Examine and re-format TW March invoices (cont.) |
| W. Fugazy | 05/31/13 | 1.2 | 15 | Review and reconcile time entries for C. Henderson |
| C. Henderson | 05/01/13 | 2.9 | 16 | Travel time back to Atlanta from Wilmington DE court appearance. Total travel time 5.8 hours thus 2.9 hours travel time billable per policy |
| R. Mizak | 05/01/13 | 1.0 | 16 | Travel to/from Wilmington (half time) |
| R. Mizak | 05/01/13 | 1.0 | 16 | Travel to/from Wilmington (half time) |
| R. Winters | 05/01/13 | 0.7 | 16 | Travel to/from Wilmington (half of non-working time) |
| R. Winters | 05/01/13 | 0.6 | 16 | Travel to NY (50% of now working time) |
| C. Henderson | 05/02/13 | 0.8 | 27 | Call with R. Zahralddin and M. Maxwell regarding Settlement Tax Document Planning |
| C. Henderson | 05/08/13 | 0.6 | 27 | Call with R. Zahralddin and M. Maxwell and committee on next steps |
| C. Henderson | 05/09/13 | 1.4 | 27 | Call with Elliott Greenleaf regarding implementation of plan and steps to complete, ordering of steps and responsibility |
| C. Henderson | 05/10/13 | 0.3 | 27 | File wrap up efforts |
| M. Spittell | 05/14/13 | 2.1 | 27 | Review of VEBA trust documents, tax research, and provision of comments, recommendations, and best practices. |
| V. Bodnar | 05/01/13 | 2.0 | 28 | Draft supplement to report. Discuss results with E.G. |
| A. Shapiro | 05/01/13 | 1.0 | 28 | Update medical calculation methodology |
| D. Blustein | 05/01/13 | 2.0 | 28 | Review max out logic |
| R. Mizak | 05/02/13 | 1.2 | 28 | LTD tax call re: LTD implementation plan |
| R. Mizak | 05/02/13 | 0.7 | 28 | Review of financial package re: billings |
| R. Mizak | 05/02/13 | 0.6 | 28 | Call with LTD HRA provider re: contracts |
| R. Mizak | 05/02/13 | 1.0 | 28 | Investigated LTD inquiries re: missing docs |
| R. Mizak | 05/02/13 | 0.7 | 28 | Communications with LTD disability service provider re: contracts |
| R. Mizak | 05/02/13 | 0.5 | 28 | Communications with LTD investment manager re: set up process |
| J. McDermott | 05/02/13 | 0.1 | 28 | Dismissal call to Mutual of America letting them know that the committee was going a different direction than the annuity |
| A. Shapiro | 05/02/13 | 1.0 | 28 | Update LTD/Retiree seriatim comparison list |
| A. Shapiro | 05/02/13 | 0.5 | 28 | Update retiree address information |
| K. Yu | 05/02/13 | 0.3 | 28 | Tech review for Andy's spreadsheet calculating LTD settlement and retiree settlement. |
| D. Greer | 05/03/13 | 0.5 | 28 | Review and respond to emails re: LTD Participants expected participation in Retiree vs. LTD settlement |
| D. Greer | 05/03/13 | 0.3 | 28 | Call with R. Mizak re: LTD Participants' expected participation in Retiree vs. LTD settlement |
| R. Mizak | 05/03/13 | 0.7 | 28 | Work on comparison of LTD and Retiree settlements for counsel |
| R. Mizak | 05/03/13 | 0.4 | 28 | Call with LTD investment manager |
| R. Mizak | 05/03/13 | 0.7 | 28 | Reviewed docs sent by LTD disability testing provider |
| A. Shapiro | 05/06/13 | 1.0 | 28 | Gather approved changes to individual distribution methods |
| R. Mizak | 05/08/13 | 1.2 | 28 | Work on webinar to LTD participants |
| R. Mizak | 05/08/13 | 0.8 | 28 | Review of comments to draft disability plan documents |
| R. Mizak | 05/08/13 | 0.2 | 28 | Follow-up from call with disability service provider. |
| A. Shapiro | 05/08/13 | 1.7 | 28 | Overrides for number of payments and HRA allocation |
| A. Shapiro | 05/08/13 | 1.3 | 28 | Summarize constituency by number of payments |
| A. Shapiro | 05/08/13 | 0.7 | 28 | Draft response for 1991/2000 retirement date question |
| A. Shapiro | 05/08/13 | 0.8 | 28 | Gather estimated settlement values for retiree P. Cohen |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| J. Ivy | 05/09/13 | 0.8 | 28 | Review VEBA Trust documents for former Nortel employees who are on LTD |
| R. Mizak | 05/09/13 | 2.3 | 28 | LTD committee call with Delaware Investments re: investment protocols |
| R. Mizak | 05/09/13 | 1.5 | 28 | Review of documents circulated by LTD committee re: investment management agreement |
| R. Mizak | 05/09/13 | 0.3 | 28 | Communications re: LTD E&O insurance |
| R. Winters | 05/09/13 | 0.5 | 28 | Review / respond to emails concern E&O research; LTD attrition calculations, LTD VEBA Trust materials |
| A. Shapiro | 05/09/13 | 0.5 | 28 | Verify distribution methods for select employees |
| R. Mizak | 05/10/13 | 1.2 | 28 | Review of documents circulated by LTD committee re: trust agreement |
| R. Mizak | 05/10/13 | 0.4 | 28 | Communications re: LTD E&O insurance |
| R. Mizak | 05/10/13 | 0.7 | 28 | Review of documents circulated by LTD committee re: trust agreement |
| R. Mizak | 05/10/13 | 0.7 | 28 | Call with LTD investment manager re: investment policy / protocols |
| R. Mizak | 05/10/13 | 0.5 | 28 | Call with insurance experts re: LTD D&O policy comparison |
| D. Spragg | 05/10/13 | 1.0 | 28 | Review of D&O quote documents and adjustments |
| R. Winters | 05/11/13 | 0.3 | 28 | Review / respond to emails re disability contractor, E&O, LTD Veba documentation |
| R. Mizak | 05/13/13 | 0.2 | 28 | Call with LTD counsel re: disability plan |
| R. Winters | 05/13/13 | 0.2 | 28 | Review and respond, as required, to email correspondence concerning LTD HRA matters, plan documentation |
| R. Mizak | 05/14/13 | 0.3 | 28 | Call with LTD disability provider re: disability testing |
| A. Shapiro | 05/14/13 | 0.5 | 28 | Remove LTD employees who opted in to retiree settlement |
| A. Shapiro | 05/14/13 | 0.8 | 28 | Update mailing address |
| A. Shapiro | 05/14/13 | 1.5 | 28 | Analyze 16 employees to be added to settlement |
| R. Mizak | 05/15/13 | 0.8 | 28 | Researched issue with counsel re: LTD vs. retiree coverage |
| R. Mizak | 05/15/13 | 0.5 | 28 | Work on D&O coverage issues. |
| R. Mizak | 05/15/13 | 2.0 | 28 | Work on LTD vs. Retiree elections with TW |
| A. Shapiro | 05/15/13 | 0.3 | 28 | Update census for employees opting out of LTD settlement |
| A. Shapiro | 05/15/13 | 0.6 | 28 | Analyze list of 20 employees opting in to retiree settlement |
| R. Winters | 05/16/13 | 0.2 | 28 | Emails concerning remaining A&M duties + timing + Committee notes on final settlement becoming no-appealable |
| A. Shapiro | 05/16/13 | 1.0 | 28 | Update census and payment schedule |
| A. Shapiro | 05/16/13 | 0.3 | 28 | Update mailing addresses |
| R. Winters | 05/17/13 | 0.4 | 28 | Review + respond to emails concerning E&O insurance, LTD go-forward matters (pre-implementation), |
| A. Shapiro | 05/17/13 | 0.3 | 28 | Update census and payment schedule |
| A. Shapiro | 05/17/13 | 0.3 | 28 | Update mailing addresses |
| R. Winters | 05/18/13 | 0.1 | 28 | Emails concerning final number of retiree beneficiaries |
| R. Winters | 05/19/13 | 0.2 | 28 | Emails concerning VEBA E&O |
| D. Spragg | 05/20/13 | 0.5 | 28 | Call with Jeff Kaiser on D&O |
| R. Winters | 05/20/13 | 0.2 | 28 | Emails regarding completing webinar informational materials + final VEBA formation materials |
| M. Morton | 05/20/13 | 0.5 | 28 | Review deliverable to be sent |
| A. Shapiro | 05/20/13 | 1.0 | 28 | Update census and rerun model for more employees who opted out of LTD settlement |
| A. Shapiro | 05/20/13 | 0.3 | 28 | Search for eligibility of a potential retiree |
| A. Shapiro | 05/20/13 | 0.7 | 28 | Count of employees eligible for settlement |
| R. Winters | 05/21/13 | 0.1 | 28 | Emails re webinar logistics |
| M. Morton | 05/21/13 | 0.5 | 28 | Review deliverable to be sent |
| A. Shapiro | 05/21/13 | 3.0 | 28 | Create new individual claim form |
| A. Shapiro | 05/21/13 | 0.5 | 28 | Update census in model with new information re: L. Uphold and M. Thompson |
| R. Mizak | 05/22/13 | 2.5 | 28 | Work reconciling responses from retirees with final list for TW calculations |
| R. Winters | 05/22/13 | 0.2 | 28 | Emails + follow-up re finals ICF forms (retirees) |
| M. Morton | 05/22/13 | 0.5 | 28 | Review deliverable to be sent |
| A. Shapiro | 05/22/13 | 0.5 | 28 | Add P. Roberts to retiree census |
| A. Shapiro | 05/22/13 | 0.3 | 28 | Update census to reflect death of M. Garbis |
| R. Winters | 05/24/13 | 0.2 | 28 | Review final webinar form |
| M. Morton | 05/24/13 | 0.8 | 28 | Review census changes |
| A. Shapiro | 05/24/13 | 0.5 | 28 | Estimate amount allocated to HRA |
| R. Mizak | 05/28/13 | 1.9 | 28 | LTD webinar re: plan implementation |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Mizak | 05/28/13 | 0.5 | 28 | Call with D. Spragg on E&O policies status and requests |
| R. Mizak | 05/28/13 | 0.1 | 28 | Updated changes to RC list per counsel for implementation |
| D. Spragg | 05/28/13 | 0.5 | 28 | Call with Rich Mizak on E&O policies status and requests |
| R. Winters | 05/28/13 | 0.8 | 28 | Participate in LTD webinar No.1; review final materials |
| M. Morton | 05/28/13 | 2.5 | 28 | Review retiree deliverables |
| A. Shapiro | 05/28/13 | 1.8 | 28 | Webinar with LTD constituency |
| A. Shapiro | 05/28/13 | 1.5 | 28 | Update census |
| A. Shapiro | 05/28/13 | 4.3 | 28 | Prepare data for final Individual Claim Forms |
| R. Mizak | 05/29/13 | 0.9 | 28 | LTD webinar re: plan implementation |
| R. Mizak | 05/29/13 | 0.2 | 28 | Additional changes to RC list per counsel for implementation |
| D. Spragg | 05/29/13 | 0.5 | 28 | Review and forward questions for Broker on D&O |
| D. Spragg | 05/29/13 | 0.5 | 28 | Call with Sheri and Broker on D&O Placement |
| R. Winters | 05/29/13 | 1.5 | 28 | Prepare for and participate in LTD webinar No.2 |
| M. Morton | 05/29/13 | 2.5 | 28 | Review retiree deliverables |
| A. Shapiro | 05/29/13 | 1.3 | 28 | Prepare data for final Individual Claim Forms |
| A. Shapiro | 05/29/13 | 0.2 | 28 | Update allocation matrices |
| A. Shapiro | 05/29/13 | 4.8 | 28 | Review of Individual Claim Form data compared to first round |
| M. Zilberman | 05/29/13 | 0.7 | 28 | Check that changes in census were properly implemented. |
| D. Spragg | 05/30/13 | 1.0 | 28 | Calls with Broker on final binding instructions and follow ups |
| M. Morton | 05/30/13 | 2.0 | 28 | Review final deliverables |
| A. Shapiro | 05/30/13 | 0.8 | 28 | Seriatim payment schedule |
| A. Shapiro | 05/30/13 | 0.7 | 28 | Prepare HRA and number of payments lists for R. Zahralddin |
| A. Shapiro | 05/30/13 | 1.0 | 28 | Populate WageWorks templates |
| A. Shapiro | 05/30/13 | 0.3 | 28 | Populate WageWorks templates |
| A. Shapiro | 05/30/13 | 1.5 | 28 | Roll forward of census from January 2013 to May 2013 |
| A. Shapiro | 05/30/13 | 1.5 | 28 | Targeted review of claim form data with M. Morton |
| M. Zilberman | 05/30/13 | 1.8 | 28 | Check data for individual claims and allocation matrices. |
| M. Morton | 05/31/13 | 0.5 | 28 | Review request from Mark Danielle |
| M. Morton | 05/31/13 | 1.0 | 28 | Conference call with Wage works |
| M. Morton | 05/31/13 | 0.5 | 28 | Review final census files |
| A. Shapiro | 05/31/13 | 0.8 | 28 | Seriatim payment schedule |
| A. Shapiro | 05/31/13 | 1.0 | 28 | Compare seriatim payment list to previously distributed version |
| A. Shapiro | 05/31/13 | 3.5 | 28 | Run model and generate final settlement values |
| M. Leahan | 05/31/13 | 1.0 | 28 | Compare current version of payments to prior version in order to find outliers and address potential issues. |
| J. Crowne | 05/31/13 | 1.3 | 28 | Technical review of data for claim form files |