# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2013 through March 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | 473.68 |
| Telephone | | 167.65 |
| Food | | 0.00 |
| Mail | | 0.00 |
| Miscellaneous | | 59.87 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[11] | | **$701.20** |

---

[11] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2