IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>      Debtors. | )  Chapter 11<br>)<br>)  Case No. 09-10138 (KG)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re: Docket No. 11234**<br>) |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTY-THIRD
MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2013 THROUGH JUNE 30, 2013
[DOCKET NO. 11234] (NO ORDER REQUIRED)**

    The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Fifty-Third Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Richards, Layton & Finger, P.A. (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. The Application was filed with the Court on the date listed on Exhibit A.[2]

    Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

RLF1 5354369v.1

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: August 21, 2013
       Wilmington, Delaware

                                              /s/ Christopher M. Samis
                                         Mark D. Collins (No. 2981)
                                         Christopher M. Samis (No. 4909)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 651-7700
                                         Facsimile: (302) 651-7701

                                         -and-

                                         Fred S. Hodara, Esq.
                                         Akin Gump Strauss Hauer & Feld LLP
                                         One Bryant Park
                                         New York, New York 10036
                                         Telephone: (212) 872-1000
                                         Facsimile: (212) 872-1002

                                         Counsel to the Official Committee of Unsecured
                                         Creditors of Nortel Networks Inc., *et al.*

## EXHIBIT A

## NORTEL NETWORKS INC., *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A.<br><br>[Docket No. 11234] | 6/1/13 - 6/30/13 | $21,742.00 (Fees)<br><br>$4,126.11 (Expenses) | $17,393.60 (Fees @ 80%)<br><br>$4,126.11 (Expenses @ 100%) | 7/29/13 | 8/19/13 |

RLF1 5354369v.1