**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 6/1/2013 through 6/30/2013

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $830 | 16.60 | $13,778.00 |
| J. Borow | Executive Director | $830 | 68.40 | $56,772.00 |
| J. Hyland | Executive Director | $635 | 167.80 | $106,553.00 |
| M. Dansky | Executive Director | $595 | 1.20 | $714.00 |
| A. Cowie | Managing Director | $575 | 129.10 | $74,232.50 |
| J. Garvin | Paraprofessional | $120 | 3.70 | $444.00 |
| M. Haverkamp | Paraprofessional | $120 | 10.10 | $1,212.00 |
| **For the Period 6/1/2013 through 6/30/2013** | | | 396.90 | $253,705.50 |