## Nortel Networks Corporation
Capstone Advisory Group, LLC
**Exhibit B: Summary of Fees by Task Code**
For the Period 6/1/2013 through 6/30/2013

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 237.70 | $153,650.00 |
| 05. Professional Retention/Fee Application Preparation | 25.00 | $8,396.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 0.50 | $415.00 |
| 08. Interaction/Mtgs w Creditors | 18.90 | $14,152.50 |
| 10. Recovery/SubCon/Lien Analysis | 31.00 | $19,325.00 |
| 11. Claim Analysis/Accounting | 9.10 | $6,455.00 |
| 13. Intercompany Transactions/Bal | 21.00 | $13,959.00 |
| 17. Analysis of Historical Results | 0.90 | $517.50 |
| 18. Operating and Other Reports | 11.90 | $8,141.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 14.30 | $9,571.00 |
| 26. Tax Issues | 24.90 | $17,994.00 |
| 33. Intellectual Property | 1.70 | $1,129.00 |
| **For the Period 6/1/2013 through 6/30/2013** | **396.90** | **$253,705.50** |