# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 6/1/2013 through 6/30/2013**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 6/3/2013 | J. Hyland | 0.10 | Followed-up with proceeds allocation expert on diligence item for their report. |
| 6/3/2013 | J. Hyland | 0.20 | Conducted call with M. Kennedy re: proceeds allocation calculations. |
| 6/3/2013 | J. Hyland | 0.20 | Conducted call with B. Kahn re: asset sale proceeds allocation. |
| 6/3/2013 | C. Kearns | 0.40 | Reviewed and analyzed submissions by parties to the Court re: litigation positions. |
| 6/3/2013 | A. Cowie | 0.80 | Analyzed remaining due diligence request items for potential expert. |
| 6/3/2013 | A. Cowie | 1.70 | Analyzed intercompany and recovery models details for potential expert. |
| 6/3/2013 | J. Hyland | 1.80 | Reviewed NGS valuation re: impact on litigation positions. |
| 6/3/2013 | J. Hyland | 2.00 | Reviewed UMTS transaction documentation re: impact on litigation positions. |
| 6/3/2013 | J. Borow | 2.40 | Reviewed and analyzed submissions by parties to the Court re: litigation positions. |
| 6/3/2013 | A. Cowie | 2.70 | Continued to analyze historical transfer pricing documentation for potential expert. |
| 6/3/2013 | J. Hyland | 2.70 | Continued analyzing calculations from other estates in their reply briefs. |
| 6/3/2013 | A. Cowie | 2.80 | Analyzed historical transfer pricing documentation for potential expert. |
| 6/3/2013 | J. Hyland | 2.90 | Analyzed calculations from other estates in their reply briefs. |
| 6/4/2013 | C. Kearns | 0.30 | Emailed with counsel on allocation related matters. |
| 6/4/2013 | C. Kearns | 0.90 | Read latest updates/correspondence re: proceeds allocation discovery requests. |
| 6/4/2013 | J. Hyland | 2.30 | Continued reviewing Joint Administrator's responses to allocation diligence consolidated request. |
| 6/4/2013 | J. Hyland | 2.40 | Continued reviewing Joint Administrator's responses to allocation diligence consolidated request. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/4/2013 | A. Cowie | 2.70 | Prepared updated asset recovery models for potential expert. |
| 6/4/2013 | J. Borow | 2.80 | Reviewed and analyzed submissions by parties to the Court re: litigation positions for proceeds allocation. |
| 6/4/2013 | J. Hyland | 2.90 | Reviewed Joint Administrator's responses to allocation diligence consolidated request. |
| 6/5/2013 | C. Kearns | 0.50 | Reviewed discovery requests and related issues for proceeds allocation. |
| 6/5/2013 | J. Borow | 1.80 | Reviewed and analyzed submissions to bankruptcy court by various parties to proceeds allocation dispute and litigation. |
| 6/5/2013 | J. Hyland | 1.90 | Finalized comments to counsel for Monitor's reply to allocation diligence request. |
| 6/6/2013 | J. Borow | 0.50 | Continued to analyze submissions to bankruptcy court by various parties to proceeds allocation dispute and litigation. |
| 6/6/2013 | A. Cowie | 2.60 | Analyzed transfer pricing documentation for potential expert. |
| 6/6/2013 | J. Borow | 2.60 | Analyzed submissions to bankruptcy court by various parties to proceeds allocation dispute and litigation. |
| 6/7/2013 | A. Cowie | 0.70 | Continued to prepare response to potential expert detailed questions re: asset sales. |
| 6/7/2013 | C. Kearns | 1.10 | Reviewed MRDA related documents re: allocation litigation. |
| 6/7/2013 | A. Cowie | 1.80 | Continued to analyze transfer pricing documentation for potential expert. |
| 6/7/2013 | J. Borow | 2.10 | Reviewed submissions by various core parties in proceeds allocation reply briefs. |
| 6/7/2013 | A. Cowie | 2.30 | Prepared response to potential expert detailed questions re: asset sales. |
| 6/7/2013 | A. Cowie | 2.80 | Analyzed transfer pricing documentation for potential expert. |
| 6/10/2013 | J. Borow | 0.70 | Continued to analyze submissions to bankruptcy court by various parties to dispute and litigation. |
| 6/10/2013 | J. Hyland | 1.00 | Continued analyzing purchase price adjustments for proceeds allocation. |
| 6/10/2013 | A. Cowie | 1.90 | Analyzed allocation submissions methodologies re: creditor recoveries for potential expert. |
| 6/10/2013 | J. Borow | 2.40 | Analyzed submissions to bankruptcy court by various parties to proceeds allocation dispute and litigation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/10/2013 | A. Cowie | 2.40 | Analyzed intercompany allocation model and documentation for potential expert. |
| 6/10/2013 | J. Hyland | 2.60 | Continued analyzing assumptions in proceeds allocation approach. |
| 6/10/2013 | J. Hyland | 2.80 | Continued analyzing assumptions in proceeds allocation approach. |
| 6/10/2013 | A. Cowie | 2.80 | Analyzed asset sale documentation for potential expert. |
| 6/10/2013 | J. Hyland | 2.90 | Researched and analyzed assumptions in proceeds allocation approach. |
| 6/10/2013 | J. Hyland | 2.90 | Analyzed purchase price adjustments for proceeds allocation. |
| 6/11/2013 | C. Kearns | 0.20 | Analyzed remaining information requests and related discovery issues. |
| 6/11/2013 | C. Kearns | 0.30 | Participated in part of a call with counsel to discuss latest set of issues related to proceeds allocation discovery requests. |
| 6/11/2013 | C. Kearns | 0.40 | Continued to review MRDA issues related to allocation. |
| 6/11/2013 | A. Cowie | 1.10 | Analyzed recovery methodology rebuttal arguments re: allocation submissions for potential expert. |
| 6/11/2013 | A. Cowie | 2.10 | Analyzed allocation submissions methodologies re: creditor recoveries for potential expert. |
| 6/11/2013 | J. Hyland | 2.70 | Analyzed distribution entities allocation assumptions in proceeds allocation model. |
| 6/11/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation scenarios and related impact on proceeds allocation to estates. |
| 6/12/2013 | C. Kearns | 0.20 | Emailed with counsel re: proceeds allocation discovery related issues. |
| 6/12/2013 | A. Cowie | 0.30 | Participated in discussion with potential expert re: escrow accounts. |
| 6/12/2013 | J. Hyland | 0.30 | Conducted call with valuation expert re: proceeds allocation scenarios. |
| 6/12/2013 | A. Cowie | 1.90 | Analyzed deal level documentation in response to potential expert |
| 6/12/2013 | J. Borow | 2.10 | Reviewed and evaluated outstanding proceeds allocation discovery |
| 6/12/2013 | A. Cowie | 2.20 | Continued to analyze escrow account documentation for potential expert. |
| 6/12/2013 | A. Cowie | 2.20 | Analyzed escrow documents for potential expert. |
| 6/12/2013 | J. Hyland | 2.70 | Summarized proceeds allocation scenario for counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/12/2013 | J. Hyland | 2.80 | Continued summarizing proceeds allocation scenario for counsel. |
| 6/13/2013 | J. Hyland | 0.20 | Conducted call with counsel re: discovery requests. |
| 6/13/2013 | A. Cowie | 0.20 | Analyzed remaining information requests from the potential expert. |
| 6/13/2013 | C. Kearns | 0.30 | Analyzed remaining information requests and related discovery issues. |
| 6/13/2013 | C. Kearns | 0.50 | Analyzed remaining information requests and related discovery issues. |
| 6/13/2013 | A. Cowie | 1.30 | Continued to analyze files in response to allocation litigation information requests. |
| 6/13/2013 | J. Hyland | 1.40 | Followed up on request from counsel re: discovery requests. |
| 6/13/2013 | A. Cowie | 1.90 | Continued to analyze changes to model inputs and impact on creditor recoveries. |
| 6/13/2013 | A. Cowie | 1.90 | Analyzed files in response to allocation litigation information requests. |
| 6/13/2013 | A. Cowie | 1.90 | Analyzed changes to model inputs and impact on creditor recoveries. |
| 6/13/2013 | J. Hyland | 2.00 | Finalized summary of proceeds allocation assumptions. |
| 6/13/2013 | J. Hyland | 2.80 | Continued preparing summary of proceeds allocation assumptions. |
| 6/14/2013 | C. Kearns | 0.40 | Reviewed internal process to respond to proceeds allocation discovery requests. |
| 6/14/2013 | J. Hyland | 2.00 | Finalized presentation for counsel on proceeds allocation assumption. |
| 6/14/2013 | J. Borow | 2.30 | Reviewed allocation litigation submission briefs prepared by various estates re: creditor recoveries and related litigation issues. |
| 6/14/2013 | J. Hyland | 2.70 | Continued preparing presentation to counsel on proceeds allocation assumptions. |
| 6/14/2013 | J. Hyland | 2.90 | Prepared presentation to counsel on proceeds allocation assumption. |
| 6/17/2013 | A. Cowie | 0.20 | Participated in discussion with potential expert re: allocation litigation. |
| 6/17/2013 | J. Hyland | 0.20 | Conducted call with proceeds allocation expert re: requested information. |
| 6/17/2013 | J. Hyland | 0.80 | Prepared for call with counsel re: discovery requests. |
| 6/17/2013 | J. Hyland | 1.30 | Prepared for call with proceeds allocation expert on requested data. |
| 6/17/2013 | J. Hyland | 1.50 | Updated presentation for counsel re: proceeds allocation assumption. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/17/2013 | A. Cowie | 1.60 | Analyzed sales transactions documentation for allocation submissions response. |
| 6/17/2013 | J. Hyland | 2.20 | Participated in call with counsel re: discovery requests. |
| 6/17/2013 | J. Hyland | 2.80 | Reviewed discovery documents from Nortel on Capstone database. |
| 6/17/2013 | A. Cowie | 2.90 | Continued to analyze sales transaction details and files re: allocation submission litigation. |
| 6/18/2013 | J. Hyland | 0.30 | Conducted two calls with counsel re: custodial list for proceeds allocation diligence. |
| 6/18/2013 | C. Kearns | 0.60 | Read latest draft of consolidated proceeds allocation document request. |
| 6/18/2013 | A. Cowie | 0.60 | Continued to analyze allocation submissions interrogatories and document requests. |
| 6/18/2013 | A. Cowie | 0.80 | Participated in call with counsel to Debtors and to the UCC re: interrogatory lists. |
| 6/18/2013 | J. Hyland | 1.30 | Reviewed custodial list for proceeds allocation diligence (1.1) and replied to counsel (0.2). |
| 6/18/2013 | J. Borow | 2.10 | Reviewed allocation litigation submission briefs prepared by various estates re: proceeds allocation and litigation issues. |
| 6/18/2013 | A. Cowie | 2.80 | Analyzed allocation submissions interrogatories and document requests. |
| 6/18/2013 | A. Cowie | 2.90 | Analyzed sales transaction level details re: allocation submissions litigation. |
| 6/19/2013 | J. Hyland | 0.10 | Conducted call with A. Bifield re: carve out financials for Business Unit sales. |
| 6/19/2013 | A. Cowie | 0.50 | Participated in part of call with counsel re: IT discovery allocation submission information requests. |
| 6/19/2013 | A. Cowie | 0.60 | Participated in call with potential expert re: outstanding allocation submissions questions. |
| 6/19/2013 | J. Hyland | 0.60 | Participated in call with counsel and Cleary re: IT proceeds allocation discovery requests. |
| 6/19/2013 | A. Cowie | 0.60 | Continued to prepare responses to allocation submission questions for potential expert. |
| 6/19/2013 | J. Hyland | 0.70 | Prepared for (0.1) and participated in (0.6) call with proceeds allocation expert re: data availability and diligence. |
| 6/19/2013 | J. Borow | 0.70 | Met with potential financial experts re: allocation issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/19/2013 | A. Cowie | 0.90 | Prepared for (0.3) and participated in (0.6) call with potential expert re: outstanding asset allocation and sale transactions questions. |
| 6/19/2013 | A. Cowie | 1.90 | Analyzed detailed asset sales transaction documents re: sale assets. |
| 6/19/2013 | J. Hyland | 2.10 | Reviewed calculations for proceeds allocation for proceeds allocation expert. |
| 6/19/2013 | J. Borow | 2.10 | Reviewed allocation discovery issues and related process to obtain internal documents and emails. |
| 6/19/2013 | A. Cowie | 2.90 | Prepared responses to allocation submission questions for potential expert. |
| 6/20/2013 | A. Cowie | 1.90 | Analyzed documentation in response to outstanding potential expert queries re: allocation submission. |
| 6/21/2013 | J. Borow | 1.10 | Reviewed information available to be responsive to proceeds allocation information inquiries. |
| 6/21/2013 | J. Hyland | 1.90 | Analyzed proceeds allocation scenarios and related impact on proceeds allocation results. |
| 6/24/2013 | J. Hyland | 0.10 | Conducted call with R. Johnson re: allocation litigation submissions and IT discovery requests. |
| 6/24/2013 | J. Borow | 1.20 | Reviewed information available to be responsive to information inquiries. |
| 6/24/2013 | A. Cowie | 1.50 | Analyzed electronic files records re: allocation submissions information requests. |
| 6/24/2013 | A. Cowie | 1.90 | Analyzed detailed files in response to allocation submissions question list. |
| 6/24/2013 | A. Cowie | 1.90 | Analyzed Canadian monitor filings for matters relating to creditor recoveries and/ or allocation litigation. |
| 6/24/2013 | A. Cowie | 2.70 | Continued to analyze detailed files in response to allocation submissions question list. |
| 6/24/2013 | J. Hyland | 2.80 | Reviewed hard copy documents, as directed by counsel, for proceeds allocation discovery. |
| 6/25/2013 | J. Hyland | 0.60 | Reviewed EMEA's motion to expedite appeal re: litigation versus arbitration. |
| 6/25/2013 | J. Hyland | 0.90 | Identified Capstone directories for allocation discovery file collection. |
| 6/25/2013 | A. Cowie | 1.40 | Analyzed sale transactions details re: potential proceeds allocation experts information requests and questions. |
| 6/25/2013 | A. Cowie | 1.40 | Analyzed files in response to allocation submissions litigation. |
| 6/25/2013 | J. Hyland | 1.50 | Reviewed outline of documents for counsel re: discovery. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/25/2013 | J. Borow | 1.90 | Reviewed allocation litigation discovery issues and related required production of documents. |
| 6/25/2013 | J. Hyland | 2.50 | Reviewed proceeds allocation discovery documents for counsel. |
| 6/26/2013 | J. Hyland | 0.30 | Conducted calls with R. Johnson re: proceeds allocation document discovery request. |
| 6/26/2013 | C. Kearns | 0.30 | Analyzed remaining information requests and related discovery issues. |
| 6/26/2013 | J. Hyland | 1.00 | Continued securing documents for proceeds allocation discovery request. |
| 6/26/2013 | A. Cowie | 1.50 | Prepared sales transactions information for creditor query. |
| 6/26/2013 | J. Hyland | 1.60 | Continued securing documents for proceeds allocation discovery request. |
| 6/26/2013 | J. Hyland | 2.20 | Continued securing documents for proceeds allocation discovery request. |
| 6/26/2013 | J. Hyland | 2.50 | Continued securing documents for proceeds allocation discovery request. |
| 6/26/2013 | J. Hyland | 2.90 | Secured documents for proceeds allocation discovery request. |
| 6/26/2013 | A. Cowie | 2.90 | Prepared document list in response to proceeds allocation information production. |
| 6/26/2013 | A. Cowie | 2.90 | Analyzed sale transactions details re: potential experts information requests and questions. |
| 6/26/2013 | J. Borow | 2.90 | Analyzed required production of documents and associated issues driven by the allocation litigation discovery process. |
| 6/27/2013 | J. Hyland | 1.20 | Continued securing proceeds allocation discovery request documents for counsel. |
| 6/27/2013 | J. Hyland | 1.90 | Continued securing proceeds allocation discovery request documents for counsel. |
| 6/27/2013 | J. Hyland | 2.00 | Secured proceeds allocation discovery request documents for counsel. |
| 6/27/2013 | J. Hyland | 2.10 | Continued securing proceeds allocation discovery request documents for counsel. |
| 6/27/2013 | J. Borow | 2.40 | Analyzed allocation litigation discovery issues and related required production of documents. |
| 6/27/2013 | J. Hyland | 2.70 | Continued securing proceeds allocation discovery request documents for counsel. |
| 6/27/2013 | A. Cowie | 2.90 | Prepared information and document lists in response to allocation submission information production. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/28/2013 | J. Hyland | 0.10 | Conducted call with R. Johnson re: proceeds allocation IT discovery requests. |
| 6/28/2013 | C. Kearns | 0.20 | Emailed with counsel re: allocation issues. |
| 6/28/2013 | J. Hyland | 1.60 | Continued securing documents in response to allocation litigation discovery request. |
| 6/28/2013 | J. Hyland | 1.80 | Continued securing documents in response to allocation litigation discovery request. |
| 6/28/2013 | J. Hyland | 2.40 | Secured documents in response to allocation litigation discovery request. |
| 6/28/2013 | J. Hyland | 2.50 | Continued securing documents in response to allocation litigation discovery request. |
| Subtotal | | 237.70 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/11/2013 | J. Hyland | 0.70 | Reviewed updated conflict check list. |
| 6/11/2013 | J. Hyland | 1.00 | Distributed updated conflict check for review based upon internal procedures. |
| 6/12/2013 | M. Haverkamp | 1.30 | Updated conflict check using Capstone conflict check procedures and database. |
| 6/12/2013 | J. Garvin | 1.50 | Updated conflict check using Capstone conflict check procedures and database. |
| 6/12/2013 | M. Haverkamp | 1.70 | Continued updating conflict check using Capstone conflict check procedures and database. |
| 6/13/2013 | M. Haverkamp | 2.00 | Updated conflict check using Capstone conflict check procedures and database. |
| 6/13/2013 | J. Garvin | 2.20 | Continued updating conflict check using Capstone conflict check procedures and database. |
| 6/18/2013 | A. Cowie | 0.90 | Reviewed interim fee application submission. |
| 6/18/2013 | M. Haverkamp | 2.60 | Reviewed and verified data related to the 17th interim fee application and total fees requested for the case. |
| 6/19/2013 | M. Haverkamp | 0.20 | Completed verification of results of total case charges. |
| 6/21/2013 | J. Hyland | 0.20 | Conducted calls with M. Fagen re: supplemental declaration. |
| 6/21/2013 | J. Hyland | 1.90 | Reviewed supplemental declaration verbiage and names. |

Capstone Advisory Group, LLC                                                                                               Page 8 of 15
Invoice for the 6/1/2013-6/30/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/24/2013 | M. Haverkamp | 2.10 | Prepared data for May fee application. |
| 6/25/2013 | M. Haverkamp | 0.20 | Followed up regarding time entry requirements. |
| 6/25/2013 | J. Hyland | 0.30 | Reviewed May detailed time entries for fee application. |
| 6/25/2013 | J. Hyland | 0.90 | Reviewed names identified in supplemental relationship disclosures. |
| 6/25/2013 | A. Cowie | 2.80 | Reviewed May fee application. |
| 6/26/2013 | A. Cowie | 0.70 | Continued to review detailed May fee application. |
| 6/27/2013 | A. Cowie | 1.80 | Reviewed detailed May fee application. |
| Subtotal | | 25.00 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/11/2013 | C. Kearns | 0.50 | Discussed latest set of discovery related issues with F. Hodara and J. Bromley. |
| Subtotal | | 0.50 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/3/2013 | C. Kearns | 0.20 | Participated in conference call with Hodara re: perspective on reply briefs. |
| 6/5/2013 | J. Borow | 0.50 | Held discussions with various creditors and parties in interest re: status of allocation litigation, information requests and creditor recovery estimates. |
| 6/5/2013 | J. Borow | 0.50 | Held additional discussions with various creditors and parties in interest re: status of allocation litigation, information requests and creditor recovery estimates. |
| 6/5/2013 | J. Borow | 1.10 | Reviewed remaining litigation information requests and allocation litigation status. |
| 6/6/2013 | C. Kearns | 0.30 | Set agenda for UCC call re: proceeds allocation discovery and litigation calendar. |
| 6/7/2013 | A. Cowie | 0.40 | Prepared supporting analyses on allocation litigation information request status for UCC call. |
| 6/7/2013 | C. Kearns | 0.40 | Participated in UCC call to discuss discovery process. |
| 6/7/2013 | J. Hyland | 0.50 | Prepared for (0.1) and participated in (0.4) weekly UCC case status call with UCC members and professionals. |
| 6/11/2013 | C. Kearns | 0.20 | Debriefed with counsel re: results of hearing on UK pension motion. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/13/2013 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members and professionals. |
| 6/13/2013 | C. Kearns | 0.50 | Prepared for (0.1) and participated in (0.4) UCC call to discuss discovery and process issues. |
| 6/13/2013 | J. Hyland | 0.70 | Reviewed discovery information for UCC call. |
| 6/13/2013 | A. Cowie | 0.80 | Prepared analyses and discussion points for UCC call. |
| 6/17/2013 | C. Kearns | 1.20 | Participated in part of meeting with counsel to discuss how to respond to discovery request directed at the committee. |
| 6/17/2013 | J. Borow | 2.20 | Participated in meeting with counsel regarding discovery and interrogatories. |
| 6/17/2013 | A. Cowie | 2.20 | Participated in discussion with counsel re: allocation submissions information requests. |
| 6/18/2013 | J. Borow | 0.80 | Participated in meeting with counsel to discuss and review parties to which computer hard drives will be examined. |
| 6/20/2013 | J. Hyland | 0.70 | Participated in weekly UCC case status call with UCC members and professionals. |
| 6/20/2013 | C. Kearns | 1.00 | Met with counsel to debrief re: tax update discussion with Debtor. |
| 6/20/2013 | J. Borow | 1.20 | Prepared for (0.5) attended and participated in (0.7) weekly case status call with UCC and UCC professionals. |
| 6/24/2013 | C. Kearns | 0.20 | Read counsel email re: monitor reports. |
| 6/24/2013 | J. Hyland | 0.20 | Conducted call with M. Sandberg re: proceeds allocation and U.S. taxes. |
| 6/27/2013 | A. Cowie | 0.40 | Prepared supporting analyses on allocation litigation information request status for UCC call. |
| 6/27/2013 | J. Hyland | 0.40 | Participated in weekly UCC case status call with UCC members and professionals. |
| 6/27/2013 | C. Kearns | 0.40 | Participated in call with UCC re: status of discovery process and EMEA appeals. |
| 6/27/2013 | J. Borow | 1.50 | Prepared for (1.1) attended and participated in (0.4) weekly case status meeting with UCC and counsel to UCC. |
| Subtotal |  | 18.90 |  |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/5/2013 | A. Cowie | 0.40 | Analyzed impact of intercompany transactions and revenues on creditor recovery models. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/5/2013 | A. Cowie | 2.70 | Analyzed creditor recovery model scenarios. |
| 6/5/2013 | A. Cowie | 2.90 | Continued to analyze creditor recovery model scenarios. |
| 6/6/2013 | J. Borow | 1.40 | Reviewed recovery analyses relating to various potential scenarios and related outcomes. |
| 6/6/2013 | J. Hyland | 2.00 | Analyzed proceeds allocation scenarios and related impact on creditor recovery models. |
| 6/6/2013 | A. Cowie | 2.60 | Continued to analyze scenario assumption for impact on recovery models. |
| 6/6/2013 | A. Cowie | 2.80 | Analyzed scenario assumption for impact on recovery models. |
| 6/7/2013 | J. Borow | 1.10 | Reviewed recovery analyses relating to multiple potential scenarios and outcomes. |
| 6/7/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation scenarios and impact on creditor recoveries. |
| 6/11/2013 | J. Hyland | 2.00 | Continued analyzing distribution entity assumptions related to proceeds allocation. |
| 6/12/2013 | J. Borow | 1.10 | Reviewed recovery scenarios and related computations. |
| 6/13/2013 | J. Hyland | 2.90 | Prepared summary of proceeds allocation assumptions and modeled creditor recoveries. |
| 6/14/2013 | A. Cowie | 2.70 | Analyzed model input changes to creditor recoveries based on allocation submissions. |
| 6/14/2013 | A. Cowie | 2.80 | Continued to analyze model input changes to creditor recoveries based on allocation submissions. |
| 6/17/2013 | A. Cowie | 0.80 | Analyzed LRE report and the impact on creditor recoveries. |
| Subtotal | | 31.00 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/6/2013 | C. Kearns | 0.20 | Read response to UK pension reply re: sanctions. |
| 6/11/2013 | A. Cowie | 1.10 | Analyzed UK Pension court documents re: allocation litigation. |
| 6/13/2013 | J. Borow | 2.40 | Reviewed and analyzed claims asserted by each of the various estates. |
| 6/17/2013 | J. Borow | 2.10 | Analyzed claims asserted by each estate. |
| 6/25/2013 | J. Hyland | 0.40 | Reviewed claims tolling motion from the Monitor. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/27/2013 | A. Cowie | 2.90 | Analyzed claims from the estates used for proceeds allocation calculations. |
| Subtotal | | 9.10 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/3/2013 | J. Borow | 2.10 | Reviewed and analyzed MRDA (0.8) and related amendments and documents (1.3). |
| 6/4/2013 | J. Borow | 2.30 | Reviewed and analyzed MRDA (0.9) and related amendments and documents (1.4). |
| 6/5/2013 | A. Cowie | 1.10 | Analyzed intercompany allocation documents provided by Nortel. |
| 6/5/2013 | J. Hyland | 2.60 | Reviewed R&D calculation in MRDA. |
| 6/5/2013 | J. Hyland | 2.70 | Continued to analyze MRDA documentation re: allocation litigation. |
| 6/5/2013 | J. Hyland | 2.90 | Analyzed MRDA documentation re: allocation litigation. |
| 6/11/2013 | A. Cowie | 2.80 | Analyzed MRDA documentation re: allocation litigation. |
| 6/19/2013 | J. Hyland | 1.70 | Continued to analyze the MRDA intercompany document re: allocation litigation. |
| 6/19/2013 | J. Hyland | 2.80 | Analyzed the MRDA intercompany document re: allocation litigation. |
| Subtotal | | 21.00 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/14/2013 | A. Cowie | 0.90 | Analyzed historical performance information for purposes of creditor recovery modeling. |
| Subtotal | | 0.90 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/11/2013 | J. Borow | 2.40 | Reviewed historical operating statements (1.1) and related detailed supporting information (1.3). |
| 6/19/2013 | J. Hyland | 0.40 | Reviewed NNI MOR for potential impact to creditor recovery and allocation litigation. |
| 6/21/2013 | C. Kearns | 0.30 | Reviewed Monitor report for potential impact to creditor recovery and allocation litigation. |
| 6/21/2013 | J. Hyland | 2.80 | Analyzed recently filed Monitor reports for potential impact to creditor recovery and allocation litigation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/24/2013 | J. Hyland | 2.80 | Continued to analyze recently filed Monitor's 89th to 95th reports for potential impact to creditor recovery and allocation litigation. |
| 6/24/2013 | J. Hyland | 2.90 | Analyzed recently filed Monitor's 89th to 95th reports for potential impact to creditor recovery and allocation litigation. |
| 6/27/2013 | C. Kearns | 0.30 | Read summary of recent monitor reports prepared by counsel. |
| Subtotal | | 11.90 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/4/2013 | A. Cowie | 0.10 | Participated in call with the Debtor's financial advisor re: cash accounts. |
| 6/4/2013 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: cash management. |
| 6/4/2013 | A. Cowie | 0.20 | Participated in discussion with T. Ross re: cash investment accounts. |
| 6/4/2013 | J. Hyland | 0.30 | Prepared for (0.1) and conducted (0.2) call with T. Ross re: cash management. |
| 6/11/2013 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: investment alternatives for estate cash. |
| 6/11/2013 | J. Borow | 1.10 | Reviewed escrow arrangements relating to funds held from sale of businesses and intellectual property. |
| 6/12/2013 | J. Hyland | 2.80 | Analyzed cash investment policies. |
| 6/17/2013 | A. Cowie | 0.30 | Participated in call with M. Kennedy re: investment alternatives for estate cash. |
| 6/17/2013 | J. Hyland | 0.80 | Reviewed cash management email from counsel (0.2) and prepared response to cash management items (0.6). |
| 6/20/2013 | J. Hyland | 0.80 | Reviewed and edited escrow summary for counsel. |
| 6/20/2013 | J. Borow | 1.10 | Reviewed interest earnings of various cash accounts (0.3) and analyzed potential alternatives (0.8). |
| 6/20/2013 | J. Hyland | 1.20 | Analyzed cash management methods and calculations. |
| 6/20/2013 | J. Hyland | 2.60 | Analyzed escrow balances from transactions. |
| 6/21/2013 | J. Hyland | 1.90 | Analyzed cash balances detailed in the Monitor's reports. |
| 6/25/2013 | J. Borow | 0.50 | Reviewed cash investments (0.2) and related policy issues (0.3). |
| 6/27/2013 | J. Hyland | 0.20 | Conducted call with T. Ross re: NNI cash balances. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 14.30 | |
| **26. Tax Issues** | | | |
| 6/18/2013 | J. Borow | 1.20 | Reviewed tax issues relating to potential distributions. |
| 6/19/2013 | C. Kearns | 0.30 | Reviewed tax issue presentation prepared by Ernst & Young. |
| 6/19/2013 | A. Cowie | 0.60 | Participated in telephonic meeting re: outstanding tax matters. |
| 6/19/2013 | J. Hyland | 0.60 | Participated in call with K. Rowe re: U.S. taxes. |
| 6/19/2013 | J. Borow | 0.70 | Held discussion with counsel re: issues pertaining to tax timing and distributions. |
| 6/19/2013 | C. Kearns | 0.70 | Held conference call with counsel tax department to review latest analysis. |
| 6/19/2013 | J. Borow | 1.30 | Reviewed presentation prepared by Ernst & Young re: tax issues. |
| 6/19/2013 | J. Hyland | 2.00 | Reviewed tax analysis prepared by Ernst & Young for NNI forecasted taxes. |
| 6/20/2013 | C. Kearns | 0.40 | Analyzed tax issue presentation prepared by Ernst & Young. |
| 6/20/2013 | C. Kearns | 0.70 | Participated in UCC call re: tax and discovery issues. |
| 6/20/2013 | C. Kearns | 1.70 | Participated in meeting with CGSH, counsel, and tax advisors re: status of U.S. taxes. |
| 6/20/2013 | J. Hyland | 1.70 | Participated in call with Cleary, Ernst & Young, and counsel re: U.S. taxes. |
| 6/20/2013 | A. Cowie | 1.90 | Analyzed tax calculations re: NNI taxes and related proceeds allocation matters. |
| 6/20/2013 | J. Hyland | 2.40 | Prepared for tax call with Cleary and Ernst & Young (1.3) and reviewed tax analysis (1.1). |
| 6/20/2013 | J. Borow | 2.70 | Prepared for (1.1) attended and participated in (1.6) meeting with counsel and tax advisors to Debtor to review and discuss various tax minimization strategies. |
| 6/21/2013 | J. Hyland | 0.40 | Reviewed Ernst & Young's filed amended statement of work and provided comments to counsel. |
| 6/24/2013 | J. Hyland | 0.20 | Reviewed stipulation order between NNI and Michigan Dept. of Treasury. |
| 6/25/2013 | J. Borow | 1.60 | Reviewed tax filing issues (0.7) and resulting strategies (0.9). |
| 6/25/2013 | A. Cowie | 2.40 | Reviewed tax analysis presentation prepared by E&Y related to NNI taxes. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/26/2013 | J. Borow | 1.40 | Reviewed tax filing issues (0.3) and proposed strategies (1.1). |
| Subtotal | | 24.90 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/2/2013 | C. Kearns | 0.20 | Emailed with counsel re: allocation litigation IP related matters. |
| 6/4/2013 | M. Dansky | 0.60 | Reviewed allocation litigation motions re: IP issues. |
| 6/21/2013 | M. Dansky | 0.60 | Analyzed IP expert valuation report and supporting documents. |
| 6/30/2013 | C. Kearns | 0.30 | Emailed with counsel on IP related issues for allocation litigation. |
| Subtotal | | 1.70 | |
| **Total Hours** | | **396.90** | |

Capstone Advisory Group, LLC                                                                                                      Page 15 of 15
Invoice for the 6/1/2013-6/30/2013 Fee Statement