**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2013 through 6/30/2013**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Mileage | | | |
| 6/1/2013 | J. Hyland | Local Mileage to/from airport for NY trip (on 5/22/13). | $23.73 |
| **Subtotal - Mileage** | | | **$23.73** |
| Parking/ Tolls | | | |
| 6/1/2013 | J. Hyland | Local tolls to/ from airport for NY trip (on 5/22/13). | $1.60 |
| **Subtotal - Parking/ Tolls** | | | **$1.60** |
| Telecom | | | |
| 6/6/2013 | CAG Direct | Conference call charges for multiple dates (May 10, May 20, May 30). | $20.04 |
| **Subtotal - Telecom** | | | **$20.04** |
| **For the Period 6/1/2013 through 6/30/2013** | | | **$45.37** |