# Exhibit B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2013 through July 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $1,220.61 |
| Photos/Art/ Spec Duplicating | Out of Office | 3,804.84 |
| Meals | | 127.60 |
| Messenger Service | | 198.00 |
| Courier/Delivery Service | | 4,940.59 |
| Computer Research | Westlaw | 560.58 |
| In House Duplicating | | 687.90 |
| Postage | | 350.35 |
| Facsimile | | 129.00 |
| Pacer | | 27.30 |
| Conference Calls | | 190.19 |
| **Grand Total Expenses** | | **$12,236.96** |

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                        Page 32 (32)
DATE:08/22/13 10:53:20              PRO FORMA   329141     AS OF 07/31/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


*----- COST ENTRIES-----*
 INDEX   DATE   STAT       AMOUNT  DESCRIPTION                                     CODE    TKPER   VOUCHER

 1041256 07/03/13 B        961.95  Transcripts - DIAZ DATA SERVICES`               506     904     196592
                                   DAILY TRANSCRIPT - CASE# 09-10138 - 7/3/13
 1032353 07/17/13 B        108.90  Transcripts - DIAZ DATA SERVICES`               506     904     196070
                                   DAILY TRANSCRIPT - CASE#09-10138 - 7/17/13
 1035382 07/19/13 B        149.76  Transcripts - BRIAN P. GAFFIGAN`                506     684     196231
                                   TRANSCRIPT OF TELEPHONE CONFERENCE - 7/19/13
 1029643 07/02/13 B        436.71  Photos/Art/Spec Duplicating-Out of Office -     510     684     195928
                                   DIGITAL LEGAL SERVICES LLC`
                                   COPY PRINT, ENVELOPES, POSTAGE, HAND DELIVERIES
                                   - 7/2/13
 1030936 07/09/13 B      1,348.92  Photos/Art/Spec Duplicating-Out of Office -     510     684     196010
                                   DIGITAL LEGAL SERVICES LLC`
                                   COPY PRINT/ ENVELOPES/ POSTAGE/ HAND DELIV
                                   ERIES - 7/9/11
 1030935 07/10/13 B        604.11  Photos/Art/Spec Duplicating-Out of Office -     510     684     196009
                                   DIGITAL LEGAL SERVICES LLC`
                                   COPY PRINT/ ENVELOPES/ POSTAGE/ HAND DELIV
                                   ERIES - 7/10/11
 1032941 07/12/13 B         28.20  Photos/Art/Spec Duplicating-Out of Office -     510     684     196107
                                   DIGITAL LEGAL SERVICES LLC`
                                   COPY PRINT - 7/12/13
 1035782 07/24/13 B        711.10  Photos/Art/Spec Duplicating-Out of Office -     510     684     196290
                                   DIGITAL LEGAL SERVICES LLC`
                                   ENVELOPES, COPY PRINT, POSTAGE & HAND
                                   DELIVERIES - 7/24/13
 1036372 07/26/13 B        212.20  Photos/Art/Spec Duplicating-Out of Office -     510     684     196333
                                   DIGITAL LEGAL SERVICES LLC`
                                   COPY PRINT/ FAX - 7/26/13
 1036376 07/26/13 B        463.60  Photos/Art/Spec Duplicating-Out of Office -     510     684     196337
                                   DIGITAL LEGAL SERVICES LLC`
                                   BANKRUPTCY SERVICE - 7/26/13
 1031119 06/27/13 B        127.60  Meals - AMERICAN EXPRESS`                       512     000     196035
                                   JANSSEN'S MARKET - LUNCH - 6/25/13
 1031613 06/18/13 B         15.00  Messenger Service                               513S    000
 1031615 06/19/13 B          3.00  Messenger Service                               513S    000
 1031629 06/19/13 B          3.00  Messenger Service                               513S    000
 1031630 06/19/13 B          3.00  Messenger Service                               513S    000
 1031646 06/21/13 B          3.00  Messenger Service                               513S    000
 1031674 06/25/13 B          3.00  Messenger Service                               513S    000
 1031677 06/25/13 B          3.00  Messenger Service                               513S    000
 1031682 06/25/13 B          3.00  Messenger Service                               513S    000
 1031706 06/27/13 B          3.00  Messenger Service                               513S    000
 1031707 06/27/13 B          3.00  Messenger Service                               513S    000
 1039601 07/01/13 B          3.00  Messenger Service                               513S    000
 1039602 07/01/13 B          3.00  Messenger Service                               513S    000
 1039629 07/02/13 B          3.00  Messenger Service                               513S    000
 1039646 07/03/13 B          6.00  Messenger Service                               513S    000
 1039705 07/10/13 B          3.00  Messenger Service                               513S    000
 1039724 07/11/13 B          6.00  Messenger Service                               513S    000
 1039732 07/12/13 B          6.00  Messenger Service                               513S    000
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                              Page  33 (33)
DATE:08/22/13 10:53:20                  PRO FORMA   329141        AS OF 07/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1039735 07/12/13 B              3.00 Messenger Service                           513S    000
1039754 07/15/13 B              3.00 Messenger Service                           513S    000
1039769 07/15/13 B              3.00 Messenger Service                           513S    000
1039771 07/15/13 B              3.00 Messenger Service                           513S    000
1039773 07/15/13 B              3.00 Messenger Service                           513S    000
1039774 07/15/13 B              6.00 Messenger Service                           513S    000
1039776 07/15/13 B              6.00 Messenger Service                           513S    000
1039799 07/16/13 B              3.00 Messenger Service                           513S    000
1039814 07/17/13 B              3.00 Messenger Service                           513S    000
1039815 07/17/13 B              3.00 Messenger Service                           513S    000
1039821 07/17/13 B              6.00 Messenger Service                           513S    000
1039825 07/18/13 B              3.00 Messenger Service                           513S    000
1039861 07/22/13 B              6.00 Messenger Service                           513S    000
1039864 07/23/13 B              3.00 Messenger Service                           513S    000
1039878 07/23/13 B              3.00 Messenger Service                           513S    000
1039889 07/23/13 B              6.00 Messenger Service                           513S    000
1039892 07/23/13 B              3.00 Messenger Service                           513S    000
1039900 07/24/13 B             15.00 Messenger Service                           513S    000
1039932 07/25/13 B              3.00 Messenger Service                           513S    000
1039935 07/26/13 B              6.00 Messenger Service                           513S    000
1039942 07/26/13 B              3.00 Messenger Service                           513S    000
1039952 07/26/13 B             12.00 Messenger Service                           513S    000
1039989 07/29/13 B              9.00 Messenger Service                           513S    000
1040002 07/29/13 B              3.00 Messenger Service                           513S    000
1040004 07/29/13 B              6.00 Messenger Service                           513S    000
1039974 07/30/13 B              3.00 Messenger Service                           513S    000
1034079 06/08/13 B             18.11 Courier/Delivery Service - AMERICAN EXPRESS` 514    000      196181
                                     USPS.COM - SHIPPING SERVICE - 6/8/13
1034080 06/08/13 B             90.55 Courier/Delivery Service - AMERICAN EXPRESS` 514    000      196181
                                     USPS.COM - SHIPPING SERVICE - 6/8/13
1034110 06/19/13 B             72.44 Courier/Delivery Service - AMERICAN EXPRESS` 514    000      196181
                                     USPS.COM - EXPRESS MAIL - 6/19/13
1034119 06/22/13 B             90.55 Courier/Delivery Service - AMERICAN EXPRESS` 514    000      196181
                                     USPS.COM - EXPRESS MAIL - 6/22/13
1034122 06/25/13 B             72.44 Courier/Delivery Service - AMERICAN EXPRESS` 514    000      196181
                                     USPS.COM - EXPRESS MAIL - 6/25/13
1027914 07/01/13 B             10.34 Courier/Delivery Service                    514     000      195832
1030770 07/03/13 B             20.70 Courier/Delivery Service - BLUE MARBLE      514     000      196000
                                     LOGISTICS, LLC
1033687 07/11/13 B             27.60 Courier/Delivery Service - BLUE MARBLE      514     000      196165
                                     LOGISTICS, LLC
1032341 07/12/13 B             22.18 Courier/Delivery Service                    514     322      196061
1032342 07/12/13 B             37.81 Courier/Delivery Service                    514     322      196061
1032645 07/12/13 B             33.43 Courier/Delivery Service                    514     322      196076
1032646 07/12/13 B             52.60 Courier/Delivery Service                    514     322      196076
1032648 07/12/13 B             30.24 Courier/Delivery Service                    514     322      196077
1032245 07/12/13 B             18.24 Courier/Delivery Service                    514     322      196061
1032246 07/12/13 B             24.38 Courier/Delivery Service                    514     322      196061
1032247 07/12/13 B             22.03 Courier/Delivery Service                    514     322      196061
1032248 07/12/13 B             22.03 Courier/Delivery Service                    514     322      196061
1032249 07/12/13 B             22.03 Courier/Delivery Service                    514     322      196061
1032250 07/12/13 B             22.18 Courier/Delivery Service                    514     322      196061
1032335 07/12/13 B             21.75 Courier/Delivery Service                    514     322      196061
1032336 07/12/13 B             24.38 Courier/Delivery Service                    514     322      196061
```

DATE:08/22/13 10:53:20                     PRO FORMA   329141         AS OF 07/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP

```
1032337 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032338 07/12/13 B              18.73 Courier/Delivery Service                          514       322      196061
1032339 07/12/13 B              24.49 Courier/Delivery Service                          514       322      196061
1032340 07/12/13 B              22.02 Courier/Delivery Service                          514       322      196061
1032329 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032330 07/12/13 B              22.02 Courier/Delivery Service                          514       322      196061
1032331 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032332 07/12/13 B              19.63 Courier/Delivery Service                          514       322      196061
1032333 07/12/13 B              12.40 Courier/Delivery Service                          514       322      196061
1032334 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032323 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032324 07/12/13 B              28.16 Courier/Delivery Service                          514       322      196061
1032325 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032326 07/12/13 B              24.49 Courier/Delivery Service                          514       322      196061
1032327 07/12/13 B              28.16 Courier/Delivery Service                          514       322      196061
1032328 07/12/13 B              23.24 Courier/Delivery Service                          514       322      196061
1032317 07/12/13 B              22.02 Courier/Delivery Service                          514       322      196061
1032318 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032319 07/12/13 B              24.49 Courier/Delivery Service                          514       322      196061
1032320 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032321 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032322 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032311 07/12/13 B              21.75 Courier/Delivery Service                          514       322      196061
1032312 07/12/13 B              22.02 Courier/Delivery Service                          514       322      196061
1032313 07/12/13 B              21.75 Courier/Delivery Service                          514       322      196061
1032314 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032315 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032316 07/12/13 B              20.71 Courier/Delivery Service                          514       322      196061
1032305 07/12/13 B              12.40 Courier/Delivery Service                          514       322      196061
1032306 07/12/13 B              17.26 Courier/Delivery Service                          514       322      196061
1032307 07/12/13 B              22.03 Courier/Delivery Service                          514       322      196061
1032308 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032309 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032310 07/12/13 B              24.22 Courier/Delivery Service                          514       322      196061
1032299 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032300 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032301 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032302 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032303 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032304 07/12/13 B              22.03 Courier/Delivery Service                          514       322      196061
1032293 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032294 07/12/13 B              22.03 Courier/Delivery Service                          514       322      196061
1032295 07/12/13 B              12.40 Courier/Delivery Service                          514       322      196061
1032296 07/12/13 B              12.40 Courier/Delivery Service                          514       322      196061
1032297 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032298 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032287 07/12/13 B              12.40 Courier/Delivery Service                          514       322      196061
1032288 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032289 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032290 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032291 07/12/13 B              22.18 Courier/Delivery Service                          514       322      196061
1032292 07/12/13 B              18.24 Courier/Delivery Service                          514       322      196061
1032281 07/12/13 B              24.38 Courier/Delivery Service                          514       322      196061
1032282 07/12/13 B              15.85 Courier/Delivery Service                          514       322      196061
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C       Case 09-10138-MFW    Doc 11411-3    Filed 08/22/13    Page 5 of 12     Page 35 (35)
DATE:08/22/13 10:53:20                 PRO FORMA    329141      AS OF 07/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP
```

```
1032283 07/12/13 B          24.38 Courier/Delivery Service                          514    322    196061
1032284 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032285 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032286 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032275 07/12/13 B          24.38 Courier/Delivery Service                          514    322    196061
1032276 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032277 07/12/13 B          20.71 Courier/Delivery Service                          514    322    196061
1032278 07/12/13 B          22.18 Courier/Delivery Service                          514    322    196061
1032279 07/12/13 B          24.49 Courier/Delivery Service                          514    322    196061
1032280 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032269 07/12/13 B          15.85 Courier/Delivery Service                          514    322    196061
1032270 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032271 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032272 07/12/13 B          25.81 Courier/Delivery Service                          514    322    196061
1032273 07/12/13 B          24.38 Courier/Delivery Service                          514    322    196061
1032274 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032263 07/12/13 B          18.58 Courier/Delivery Service                          514    322    196061
1032264 07/12/13 B          20.92 Courier/Delivery Service                          514    322    196061
1032265 07/12/13 B          12.40 Courier/Delivery Service                          514    322    196061
1032266 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032267 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032268 07/12/13 B          22.18 Courier/Delivery Service                          514    322    196061
1032257 07/12/13 B          22.02 Courier/Delivery Service                          514    322    196061
1032258 07/12/13 B          20.71 Courier/Delivery Service                          514    322    196061
1032259 07/12/13 B          22.18 Courier/Delivery Service                          514    322    196061
1032260 07/12/13 B          21.75 Courier/Delivery Service                          514    322    196061
1032261 07/12/13 B          22.03 Courier/Delivery Service                          514    322    196061
1032262 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032251 07/12/13 B          25.69 Courier/Delivery Service                          514    322    196061
1032252 07/12/13 B          25.81 Courier/Delivery Service                          514    322    196061
1032253 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032254 07/12/13 B          25.96 Courier/Delivery Service                          514    322    196061
1032255 07/12/13 B          20.92 Courier/Delivery Service                          514    322    196061
1032256 07/12/13 B          18.24 Courier/Delivery Service                          514    322    196061
1032649 07/15/13 B          22.18 Courier/Delivery Service                          514    322    196077
1035385 07/15/13 B          13.80 Courier/Delivery Service - BLUE MARBLE            514    000    196232
                                  LOGISTICS, LLC
1034034 07/19/13 B           7.67 Courier/Delivery Service                          514    000    196170
1034904 07/22/13 B          10.34 Courier/Delivery Service                          514    000    196208
1034906 07/22/13 B           7.80 Courier/Delivery Service                          514    000    196208
1038713 07/25/13 B          33.04 Courier/Delivery Service - BLUE MARBLE            514    000    196468
                                  LOGISTICS, LLC
1036338 07/26/13 B          52.60 Courier/Delivery Service                          514    322    196321
1036339 07/26/13 B          33.43 Courier/Delivery Service                          514    322    196321
1036345 07/26/13 B          25.81 Courier/Delivery Service                          514    322    196322
1036061 07/26/13 B          24.49 Courier/Delivery Service                          514    322    196308
1036062 07/26/13 B          18.24 Courier/Delivery Service                          514    322    196308
1036063 07/26/13 B          15.85 Courier/Delivery Service                          514    322    196308
1036064 07/26/13 B          22.03 Courier/Delivery Service                          514    322    196308
1036065 07/26/13 B          18.24 Courier/Delivery Service                          514    322    196308
1036066 07/26/13 B          24.38 Courier/Delivery Service                          514    322    196308
1036055 07/26/13 B          21.75 Courier/Delivery Service                          514    322    196308
1036056 07/26/13 B          21.75 Courier/Delivery Service                          514    322    196308
1036057 07/26/13 B          12.40 Courier/Delivery Service                          514    322    196308
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                    Page  36 (36)
DATE:08/22/13 10:53:20              PRO FORMA   329141     AS OF 07/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1036058 07/26/13 B            17.26 Courier/Delivery Service                          514      322      196308
1036059 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036060 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036049 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036050 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036051 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036052 07/26/13 B            22.02 Courier/Delivery Service                          514      322      196308
1036053 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036054 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036043 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036044 07/26/13 B            21.75 Courier/Delivery Service                          514      322      196308
1036045 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036046 07/26/13 B            15.85 Courier/Delivery Service                          514      322      196308
1036047 07/26/13 B            22.02 Courier/Delivery Service                          514      322      196308
1036048 07/26/13 B            23.24 Courier/Delivery Service                          514      322      196308
1036037 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036038 07/26/13 B            24.49 Courier/Delivery Service                          514      322      196308
1036039 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036040 07/26/13 B            12.40 Courier/Delivery Service                          514      322      196308
1036041 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036042 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036031 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036032 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036033 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036034 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036035 07/26/13 B            18.73 Courier/Delivery Service                          514      322      196308
1036036 07/26/13 B            22.02 Courier/Delivery Service                          514      322      196308
1036025 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036026 07/26/13 B            24.49 Courier/Delivery Service                          514      322      196308
1036027 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036028 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036029 07/26/13 B            12.40 Courier/Delivery Service                          514      322      196308
1036030 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036019 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036020 07/26/13 B            12.40 Courier/Delivery Service                          514      322      196308
1036021 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036022 07/26/13 B            28.16 Courier/Delivery Service                          514      322      196308
1036023 07/26/13 B            25.69 Courier/Delivery Service                          514      322      196308
1036024 07/26/13 B            15.85 Courier/Delivery Service                          514      322      196308
1036013 07/26/13 B            21.75 Courier/Delivery Service                          514      322      196308
1036014 07/26/13 B            25.81 Courier/Delivery Service                          514      322      196308
1036015 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036016 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036017 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036018 07/26/13 B            12.40 Courier/Delivery Service                          514      322      196308
1036007 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036008 07/26/13 B            22.18 Courier/Delivery Service                          514      322      196308
1036009 07/26/13 B            24.38 Courier/Delivery Service                          514      322      196308
1036010 07/26/13 B            21.75 Courier/Delivery Service                          514      322      196308
1036011 07/26/13 B            24.49 Courier/Delivery Service                          514      322      196308
1036012 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036001 07/26/13 B            18.24 Courier/Delivery Service                          514      322      196308
1036002 07/26/13 B            22.03 Courier/Delivery Service                          514      322      196308
1036003 07/26/13 B            19.63 Courier/Delivery Service                          514      322      196308
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                              Page 37 (37)
DATE:08/22/13 10:53:20            PRO FORMA   329141     AS OF 07/31/13     INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1036004 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1036005 07/26/13 B            12.40 Courier/Delivery Service                   514     322    196308
1036006 07/26/13 B            22.03 Courier/Delivery Service                   514     322    196308
1035995 07/26/13 B            22.18 Courier/Delivery Service                   514     322    196308
1035996 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035997 07/26/13 B            24.38 Courier/Delivery Service                   514     322    196308
1035998 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035999 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1036000 07/26/13 B            20.71 Courier/Delivery Service                   514     322    196308
1035989 07/26/13 B            22.03 Courier/Delivery Service                   514     322    196308
1035990 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035991 07/26/13 B            20.71 Courier/Delivery Service                   514     322    196308
1035992 07/26/13 B            22.03 Courier/Delivery Service                   514     322    196308
1035993 07/26/13 B            22.18 Courier/Delivery Service                   514     322    196308
1035994 07/26/13 B            22.03 Courier/Delivery Service                   514     322    196308
1035983 07/26/13 B            20.71 Courier/Delivery Service                   514     322    196308
1035984 07/26/13 B            22.02 Courier/Delivery Service                   514     322    196308
1035985 07/26/13 B            22.18 Courier/Delivery Service                   514     322    196308
1035986 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035987 07/26/13 B            18.58 Courier/Delivery Service                   514     322    196308
1035988 07/26/13 B            12.40 Courier/Delivery Service                   514     322    196308
1035977 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035978 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035979 07/26/13 B            24.38 Courier/Delivery Service                   514     322    196308
1035980 07/26/13 B            20.92 Courier/Delivery Service                   514     322    196308
1035981 07/26/13 B            18.24 Courier/Delivery Service                   514     322    196308
1035982 07/26/13 B            22.02 Courier/Delivery Service                   514     322    196308
1035971 07/26/13 B            24.38 Courier/Delivery Service                   514     322    196308
1035972 07/26/13 B            22.18 Courier/Delivery Service                   514     322    196308
1035973 07/26/13 B            24.22 Courier/Delivery Service                   514     322    196308
1035974 07/26/13 B            25.81 Courier/Delivery Service                   514     322    196308
1035975 07/26/13 B            28.16 Courier/Delivery Service                   514     322    196308
1035976 07/26/13 B            25.96 Courier/Delivery Service                   514     322    196308
1035970 07/26/13 B            24.38 Courier/Delivery Service                   514     322    196308
1038107 07/26/13 B            24.38 Courier/Delivery Service                   514     322    196400
1038471 07/26/13 B            12.40 Courier/Delivery Service                   514     322    196451
1039008 07/26/13 B            24.38 Courier/Delivery Service                   514     322    196490
1039021 07/26/13 B          (24.38)Reversal from Cancelled Voucher 196490      514     322    196491
1036067 07/26/13 B            22.03 Courier/Delivery Service                   514     322    196308
1036068 07/26/13 B            12.40 Courier/Delivery Service                   514     322    196308
1036937 07/29/13 B             7.67 Courier/Delivery Service                   514     000    196369
1038698 07/31/13 B            39.94 Courier/Delivery Service - BLUE MARBLE     514     000    196467
                                    LOGISTICS, LLC
1030807 07/10/13 B            63.99 Computer Research - Westlaw                515     000
                                    Search Performed by: HOUSER,JUSTIN
1036092 07/26/13 B           432.03 Computer Research - Westlaw                515     322
                                    Search Performed by: ABBOTT,DEREK C
1041894 07/31/13 B            64.56 Computer Research - Westlaw                515     000
                                    Search Performed by: HOUSER,JUSTIN
1030508 07/12/13 B            60.50 In-House Duplicating                       519     684

1030509 07/12/13 B            18.30 In-House Duplicating                       519     623

1032386 07/16/13 B            20.30 In-House Duplicating                       519     623
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                        Page 38 (38)
DATE:08/22/13 10:53:20           PRO FORMA   329141      AS OF 07/31/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1032387 07/17/13 B            72.80 In-House Duplicating                        519      684

1034947 07/26/13 B           107.60 In-House Duplicating                        519      623

1035499 07/29/13 B             1.20 In-House Duplicating                        519      971

1035820 07/30/13 B             6.10 In-House Duplicating                        519      684

1036233 07/31/13 B            11.80 In-House Duplicating                        519      684

1039086 05/02/13 B            15.51 Postage                                     520      000
1039095 05/08/13 B             2.76 Postage                                     520      000
1039096 05/09/13 B             2.24 Postage                                     520      000
1039097 05/10/13 B             1.84 Postage                                     520      000
1039100 05/10/13 B             1.12 Postage                                     520      000
1039103 05/18/13 B             2.64 Postage                                     520      000
1039109 05/18/13 B             3.84 Postage                                     520      000
1039111 05/23/13 B             2.64 Postage                                     520      000
1039115 05/30/13 B             2.84 Postage                                     520      000
1039117 05/30/13 B             4.24 Postage                                     520      000
1039119 05/31/13 B            15.69 Postage                                     520      000
1039124 05/31/13 B             8.44 Postage                                     520      000
1039129 06/03/13 B            32.24 Postage                                     520      000
1039137 06/05/13 B             3.44 Postage                                     520      000
1039143 06/05/13 B             2.24 Postage                                     520      000
1039150 06/07/13 B             2.76 Postage                                     520      000
1039158 06/12/13 B             2.64 Postage                                     520      000
1039180 06/20/13 B            11.30 Postage                                     520      000
1039184 06/20/13 B            30.32 Postage                                     520      000
1039193 06/27/13 B             4.64 Postage                                     520      000
1039203 07/02/13 B             0.92 Postage                                     520      000
1039210 07/09/13 B             6.88 Postage                                     520      000
1039216 07/11/13 B            29.79 Postage                                     520      000
1039225 07/15/13 B             3.36 Postage                                     520      000
1039227 07/16/13 B             7.80 Postage                                     520      000
1039236 07/17/13 B            60.72 Postage                                     520      000
1039237 07/17/13 B            17.20 Postage                                     520      000
1039242 07/18/13 B             5.16 Postage                                     520      000
1039245 07/22/13 B             6.96 Postage                                     520      000
1039250 07/23/13 B             3.96 Postage                                     520      000
1039252 07/23/13 B             3.04 Postage                                     520      000
1039258 07/23/13 B             3.56 Postage                                     520      000
1039261 07/26/13 B             6.96 Postage                                     520      000
1039263 07/27/13 B            40.66 Postage                                     520      000
1032942 07/12/13 B           129.00 Facsimile - DIGITAL LEGAL SERVICES LLC`     522H     684     196107
                                    FAX BROADCAST - 7/12/13
1030942 06/30/13 B            27.30 Pacer charges for the month of June         529      000
1027790 07/03/13 B             6.40 In-House Printing - black & white           541      684
1028951 07/09/13 B             5.20 In-House Printing - black & white           541      684
                                    Call time: 14:35; to

1029734 07/10/13 B             8.80 In-House Printing - black & white           541      684
                                    Call time: 16:45; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C
DATE:08/22/13 10:53:20              PRO FORMA   329141      AS OF 07/31/13           INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1029741 07/10/13 B              1.30 In-House Printing - black & white           541      684
                                     Call time: 16:28; to

1029742 07/10/13 B              1.20 In-House Printing - black & white           541      684
                                     Call time: 16:28; to

1029743 07/10/13 B              1.30 In-House Printing - black & white           541      684
                                     Call time: 16:27; to

1029744 07/10/13 B              2.70 In-House Printing - black & white           541      684
                                     Call time: 16:24; to

1029735 07/10/13 B              1.40 In-House Printing - black & white           541      684
                                     Call time: 16:29; to

1029736 07/10/13 B              1.50 In-House Printing - black & white           541      684
                                     Call time: 16:29; to

1029737 07/10/13 B              1.80 In-House Printing - black & white           541      684
                                     Call time: 16:29; to

1029738 07/10/13 B              1.05 In-House Printing - black & white           541      684
                                     Call time: 16:21; to

1029739 07/10/13 B              1.70 In-House Printing - black & white           541      684
                                     Call time: 16:29; to

1029740 07/10/13 B              1.10 In-House Printing - black & white           541      684
                                     Call time: 16:28; to

1030511 07/11/13 B             54.40 In-House Printing - black & white           541      XER
                                     Call time: 19:48; to

1030510 07/11/13 B             12.50 In-House Printing - black & white           541      605
                                     Call time: 19:01; to

1030512 07/12/13 B              1.35 In-House Printing - black & white           541      623
                                     Call time: 20:14; to

1031128 07/15/13 B              1.65 In-House Printing - black & white           541      684
                                     Call time: 16:56; to

1031856 07/15/13 B              5.75 In-House Printing - black & white           541      605
                                     Call time: 19:03; to

1031860 07/16/13 B              2.85 In-House Printing - black & white           541      684
                                     Call time: 08:50; to

1031857 07/16/13 B              1.20 In-House Printing - black & white           541      684
                                     Call time: 08:47; to

1031858 07/16/13 B              1.40 In-House Printing - black & white           541      684
                                     Call time: 08:43; to
```

```
1031859 07/16/13 B            1.20 In-House Printing - black & white       541      684
                                   Call time: 08:41; to

1032388 07/17/13 B            5.40 In-House Printing - black & white       541      684
                                   Call time: 15:22; to

1032389 07/17/13 B            5.20 In-House Printing - black & white       541      684
                                   Call time: 14:15; to

1032390 07/17/13 B            2.65 In-House Printing - black & white       541      684
                                   Call time: 12:25; to

1032391 07/17/13 B            1.70 In-House Printing - black & white       541      684
                                   Call time: 11:57; to

1032742 07/18/13 B            5.70 In-House Printing - black & white       541      684
                                   Call time: 11:33; to

1032743 07/18/13 B            0.85 In-House Printing - black & white       541      684
                                   Call time: 11:22; to

1033081 07/19/13 B            1.40 In-House Printing - black & white       541      322
                                   Call time: 11:20; to

1033082 07/19/13 B            6.10 In-House Printing - black & white       541      322
                                   Call time: 11:20; to

1033083 07/19/13 B            2.85 In-House Printing - black & white       541      322
                                   Call time: 11:19; to

1033084 07/19/13 B            1.25 In-House Printing - black & white       541      322
                                   Call time: 11:18; to

1033382 07/22/13 B            6.60 In-House Printing - black & white       541      684
                                   Call time: 15:31; to

1033383 07/22/13 B            6.30 In-House Printing - black & white       541      684
                                   Call time: 15:30; to

1033384 07/22/13 B            4.80 In-House Printing - black & white       541      684
                                   Call time: 16:40; to

1033719 07/23/13 B            1.20 In-House Printing - black & white       541      684
                                   Call time: 10:04; to

1033720 07/23/13 B            1.15 In-House Printing - black & white       541      684
                                   Call time: 10:04; to

1033721 07/23/13 B            6.60 In-House Printing - black & white       541      684
                                   Call time: 13:22; to

1034331 07/24/13 B            1.40 In-House Printing - black & white       541      684
                                   Call time: 11:28; to
```

```
DATE:08/22/13 10:53:20           PRO FORMA   329141      AS OF 07/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1034627 07/25/13 B              12.60 In-House Printing - black & white      541      684
                                      Call time: 17:01; to

1034628 07/25/13 B               1.70 In-House Printing - black & white      541      684
                                      Call time: 17:04; to

1034624 07/25/13 B               3.15 In-House Printing - black & white      541      670
                                      Call time: 16:54; to

1034625 07/25/13 B               3.00 In-House Printing - black & white      541      670
                                      Call time: 16:55; to

1034626 07/25/13 B               1.40 In-House Printing - black & white      541      670
                                      Call time: 16:56; to

1034948 07/25/13 B               1.10 In-House Printing - black & white      541      904
                                      Call time: 19:05; to

1034950 07/26/13 B               2.85 In-House Printing - black & white      541      670
                                      Call time: 09:14; to

1034951 07/26/13 B               1.25 In-House Printing - black & white      541      670
                                      Call time: 09:15; to

1034953 07/26/13 B               1.10 In-House Printing - black & white      541      670
                                      Call time: 10:29; to

1034949 07/26/13 B               4.70 In-House Printing - black & white      541      684
                                      Call time: 16:58; to

1034952 07/26/13 B               1.40 In-House Printing - black & white      541      684
                                      Call time: 12:29; to

1035500 07/29/13 B               1.10 In-House Printing - black & white      541      684
                                      Call time: 14:26; to

1035501 07/29/13 B               1.10 In-House Printing - black & white      541      684
                                      Call time: 14:27; to

1035502 07/29/13 B               1.10 In-House Printing - black & white      541      684
                                      Call time: 14:39; to

1035821 07/30/13 B               3.50 In-House Printing - black & white      541      684
                                      Call time: 15:47; to

1035822 07/30/13 B               4.50 In-House Printing - black & white      541      684
                                      Call time: 15:47; to

1036234 07/31/13 B              14.95 In-House Printing - black & white      541      684
                                      Call time: 11:34; to

1036236 07/31/13 B               2.80 In-House Printing - black & white      541      684
                                      Call time: 13:00; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                              Page 42 (42)
DATE:08/22/13 10:53:20           PRO FORMA   329141        AS OF 07/31/13           INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1036235 07/31/13 B              90.60 In-House Printing - black & white            541      454
                                      Call time: 12:25; to

1027791 07/03/13 B               1.00 In-House Printing - color                    542      684
1028952 07/09/13 B               1.00 In-House Printing - color                    542      684

1029745 07/10/13 B              17.00 In-House Printing - color                    542      684

1030513 07/11/13 B               4.75 In-House Printing - color                    542      605

1030514 07/12/13 B               8.50 In-House Printing - color                    542      623

1031861 07/16/13 B               0.25 In-House Printing - color                    542      684

1032392 07/17/13 B               3.00 In-House Printing - color                    542      684

1032744 07/18/13 B               1.25 In-House Printing - color                    542      684

1032745 07/18/13 B               9.00 In-House Printing - color                    542      684

1033085 07/19/13 B               2.00 In-House Printing - color                    542      322

1033386 07/22/13 B               1.50 In-House Printing - color                    542      684

1033385 07/22/13 B               1.50 In-House Printing - color                    542      684

1033722 07/23/13 B               0.25 In-House Printing - color                    542      684

1034629 07/25/13 B               2.00 In-House Printing - color                    542      670

1034954 07/26/13 B               0.50 In-House Printing - color                    542      670

1034955 07/26/13 B               0.50 In-House Printing - color                    542      684

1035823 07/30/13 B               2.50 In-House Printing - color                    542      684

1034073 05/31/13 B              44.00 Conference Calls - AMERICAN EXPRESS`         552H     000      196181
                                      COURTCALL - CONFERENCE CALL - 5/31/13
1034074 05/31/13 B              44.00 Conference Calls - AMERICAN EXPRESS`         552H     000      196181
                                      COURTCALL - CONFERENCE CALL - 5/31/13
1034075 05/31/13 B              44.00 Conference Calls - AMERICAN EXPRESS`         552H     000      196181
                                      COURTCALL - CONFERENCE CALL - 5/31/13
1034072 05/31/13 B              44.00 Conference Calls - AMERICAN EXPRESS`         552H     000      196181
                                      COURTCALL - CONFERENCE CALL - 5/31/13
1035426 07/08/13 B              14.19 Conference Calls - SOUNDPATH CONFERENCING    552H     904      196256
                                      SERVICES, LLC
                              --------------
                                  12,236.96
                              --------------
```