IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X    Chapter 11
                                                       :
In re                                                  :    Case No. 09-10138 (KG)
                                                       :
Nortel Networks Inc., et al.,[1]                       :    Jointly Administered
                                                       :
                    Debtors.                           :
                                                       :
-------------------------------------------------------X
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON AUGUST 27, 2013 AT 10:00 A.M. (EASTERN TIME)[2]

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Motion to Modify Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 11396, Filed 8/16/13).

   Objection Deadline: August 26, 2013 at 10:00 a.m. (ET).

   Responses Received: None as of the filing of this agenda.

   Related Pleading:

   (a) Declaration of James Edward Seaton Norris-Jones in Support of the Joint Administrators' Motion to Modify Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 11397, Filed 8/16/13).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The hearing will take place before the Honorable Mary F. Walrath, 5th Floor Courtroom 4.

<u>Status</u>: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: August 23, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>Howard S. Zelbo (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7473812.1