# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JULY 1, 2013 THROUGH JULY 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | James Lukenda | 7/16/2013 | Nortel - correspondence with Huron manager re preparation of materials for fee examiner review | 0.20 | 725 | 145.00 |
| 6 | Retention and Fee Applications | James Lukenda | 7/17/2013 | Nortel - review and sign-off monthly fee application | 0.30 | 725 | 217.50 |
| 6 | Retention and Fee Applications | James Lukenda | 7/18/2013 | Nortel - review order on examiner, related correspondence from Huron manager and counsel | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 7/9/2013 | Nortel - claims matters status, upcoming omnibus objection | 0.20 | 725 | 145.00 |