# Exhibit B

**Nortel Exhibit B-Expense Details July 1, 2013 through July 31, 2013**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|-------:|
|      |              |           |             | -      |