
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11235, 11236 & 11296 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2013, I caused to be served the:

    a) "Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated July 30, 2013, to which was attached the "Notice of Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated July 30, 2013 [Docket No. 11235], (the "LTD Employees Motion"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

b) "Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated July 30, 2013, to which was attached the "Notice of Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated July 30, 2013 [Docket No. 11236], (the "Under Seal LTD Employees Motion"),

c) "Notice of Filing of Revised Exhibit B," dated August 12, 2013 [Docket No. 11296], (the "Revised Exhibit B Notice"), and

d) "Notice of Sealed Claim Information Contained in Exhibit B, as Revised, to the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated August 12, 2013, (the "Claim Information Notice"), consisting of the following:

　i. "Notice of Sealed Claim Information Contained in Exhibit B, as Revised, to the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated August 12, 2013, a copy of which is annexed hereto as <u>Exhibit A</u>, and

　ii. a Personalized "Schedule 1",

by causing true and correct copies of the:

　i. LTD Employees Motion, Under Seal LTD Employees Motion, Revised Exhibit B Notice, and Claim Information Notice, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit B</u> (Filed Under Seal), and

　ii. Claim Information Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u> (Filed Under Seal).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
20th day of August, 2013

_____
Notary Public

Kerry O'Neil

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------X
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
                Debtors. : Jointly Administered
 :
 : Hearing date: September 10, 2013 at 10:00 a.m. (ET)
 : Objections due: September 3, 2013 at 4:00 p.m. (ET)
 :
 : Re: D.I. 11235
------------------------------------------------------------X

**NOTICE OF SEALED CLAIM INFORMATION CONTAINED IN EXHIBIT B, AS REVISED, TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 9023 AND 9024 AND FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING NORTEL LTD EMPLOYEES' MOTIONS TO COMPEL DEBTORS TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT**

PLEASE TAKE NOTICE that on July 30, 2013, Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claim for Severance As Valid and Issue Payment* (the "Motion to Amend") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE that on August 12, 2013 the Debtors filed, under seal, a revised Exhibit B to the Motion to Amend.

On May 1, 2013, the Bankruptcy Court approved a settlement agreement (the "Settlement Agreement") between the Debtors and the LTD Committee.[2] As part of Settlement Agreement, it was agreed that the employment of long-term disabled employees (the "LTD Employees") who were participating in Nortel Networks Inc.'s Long Term Disability Plan and certain other plans and programs (such plans and programs collectively referred to herein as the "LTD Plans") would be terminated as of July 30, 2013. The Settlement Agreement did not address whether the LTD Employees whose employment was terminated on July 30, 2013, would receive severance under the Nortel Networks Severance Allowance Plan and the Nortel Networks Enhanced Severance Allowance Plan (the "Severance Plans").

Beginning in March 2013, several LTD Employees filed motions or joinders to those motions (the "Motions") claiming that they were owed severance payments based on their expected termination of employment on June 30, 2013. On July 16, 2013, the Court issued an order [D.I. 11118] (the "Order") and Opinion [D.I. 11117] finding that the LTD Employees are covered by the Severance Plans and should receive an allowed general unsecured claim to represent their interest in severance pay.

The Motion to Amend filed by the Debtors proposes certain procedures for the allowance of general unsecured claims against the Debtors for severance (a "Severance Claim"). A copy of the Motion to Amend was served on you separately and is available at http://dm.epiq11.com/NNI. Exhibit B to the Motion to Amend was filed under seal with the Court. It contains a schedule (the "Schedule") listing the amount of the general unsecured claim,

---

[2] All capitalized terms not defined herein shall have the meaning set forth in the Motion to Amend.

if any, of each eligible LTD Employee as calculated by the Debtors in accordance with the Severance Plans (the "Debtors' Proposed Claim Amount").  The Schedule also describes the Debtor against which the claim would be asserted and, where included in the Motions or in a separate proof of claim, the LTD Employee's proposed claim amount (the "LTD Employee's Proposed Claim Amount").  Upon further review of the Debtors' books and records, the Debtors have revised the listed claim amount for certain LTD Employees listed in the Schedule (the "Revised Schedule").  The Revised Schedule was filed under seal on August 12, 2013.

**Schedule 1** attached to this notice contains the information from the Revised Schedule (as amended) that is relevant to your proposed Severance Claim, including the Debtors' Proposed Claim Amount and the LTD Employee's Proposed Claim Amount.  The Motion to Amend is pending before the Bankruptcy Court and the proposed procedures contained therein remain subject to court approval.

Any party wishing to oppose the entry of an order approving the Motion to Amend must file a response or objection ("Objection"), to the Motion to Amend with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **September 3, 2013 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline").  At the same time, you must serve such Objection on counsel for the Debtors at the addresses listed below so as to be received by the Objection Deadline.

**The Objection Deadline applies only to the approval of the procedures proposed in the Motion to Amend.  If the Motion to Amend is approved, you will have thirty (30) days after its approval to object to Debtors' Proposed Claim Amount.**  You should read the Motion to Amend carefully.  In the event of any discrepancies between this Notice and  the Motion to Amend, the Motion to Amend shall control.

5

A HEARING ON THE MOTION TO AMEND WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE BANKRUPTCY COURT ON **SEPTEMBER 10, 2013, AT 10:00 A.M. (PREVAILING EASTERN TIME)** (the "Hearing").

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO AMEND WITHOUT FURTHER NOTICE OR HEARING.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

Dated:  August 12, 2013 **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors*
*and Debtors in Possession*

**EXHIBIT B**

FILED UNDER SEAL

# EXHIBIT C

FILED UNDER SEAL