Exhibit C

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court, District of Delaware   Attn: Clerk

AND TO:   NORTEL NETWORKS, INC. ("Debtor") Case No. 09-10138
          (the "Case")

Claim # 3721

**DOVER MASTER FUND, II, L.P.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> SPCP GROUP, LLC
> 2 Greenwich Plaza
> Greenwich, CT 08630
> Attn:  Sasha Iudica

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 3721 in the principal amount of $464,872.29, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____, 2013.

| SPCP GROUP, LLC | DOVER MASTER FUND II, L.P. |
|---|---|
|  | By: Bowery Opportunity Management, LLC |
|  | Its General Partner |
| By: _____ | By: _____ |
| Name: | Name:  Vladimir Jelisavcic |
| Title:  Michael A. Gatto | Title:  Manager |
| Authorized Signatory |  |

Exhibit D

B210A (Form 210A) (12/09)

## United States Bankruptcy Court

### District of Delaware

In re Nortel Networks, Inc., Debtor. Case No. 09-10138

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SPCP Group, LLC<br><br>Name of Transferee | Dover Master Fund II, L.P.<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>SPCP GROUP, LLC<br>2 Greenwich Plaza<br>Greenwich, CT 08630<br>Attn: Sasha Iudica | Court Claim # (if known): 3721<br>Amount of Claim: $464,872.29 reduced from $589,872.29<br>Date Claim Filed: 9/24/09<br>Debtor: Nortel Networks, Inc. |
| With a copy to:<br><br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct #: |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: Aug 23, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent