# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :   Chapter 11
In re                                                 :
                                                      :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                        :
                                                      :   Jointly Administered
                              Debtors.                :
                                                      :   RE: D.I.s 11396
                                                      :
------------------------------------------------------X
```

**CERTIFICATION OF COUNSEL**
**REGARDING (A) PROPOSED ORDER ENTERING STIPULATION**
**REGARDING EMEA MOTION FOR EXTENSION OF SCHEDULE AND**
**(B) PROPOSED DEPOSITION PROTOCOL STIPULATION AND ORDER**

        I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed *Order Entering The Stipulation Regarding EMEA Motion for Extension of Schedule* (the "Proposed Order"), attached as **Exhibit A** hereto, and the proposed *Deposition Protocol Stipulation and Order* (the "Proposed Deposition Protocol Order"), attached as **Exhibit B** hereto:

        1.     On May 17, 2013, the U.S. Court issued an order entering the Litigation Timetable and Discovery Plan. [D.I. 10566]. The Canadian Court entered a substantially similar order on May 15, 2013.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2. On August 16, 2013, the Joint Administrators and Foreign Representatives for Nortel Networks UK Limited filed a Motion to Modify Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims. [D.I.s. 11396, 11397] ("the Motion").

3. The Motion seeks modification of the Litigation Timetable and Discovery Plan. A similar motion was filed concurrently with the Canadian Court.

4. The Core Parties have met and conferred, and have agreed to support the modification of the Litigation Timetable and Discovery Plan as set forth in the Motion, pursuant to the attached Stipulation Regarding EMEA Motion for Extension of Schedule, which includes as Exhibit 1 a Proposed Deposition Protocol dated August 23, 2013.

5. The Stipulation Regarding EMEA Motion for Extension of Schedule incorporates one change to the schedule modification sought in the Motion, namely, that depositions will begin on September 23, 2013. The Core Parties understand that the Joint Administrators and Foreign Representatives for Nortel Networks UK Limited will file on August 26, 2013, a proposed order granting the schedule modification sought in the Motion, but with a deposition start date of September 23, 2013.

6. As part of the Stipulation Regarding EMEA Motion for Extension of Schedule and as Exhibit 1 thereto, the Core Parties have entered into the Deposition Protocol Stipulation, which is intended to govern certain logistical aspects of conducting depositions in this case and the use of those depositions at trial.

7. Accordingly, with the entry of the Stipulation Regarding EMEA Motion for Extension of Schedule and the attached Deposition Protocol Stipulation, the Core Parties will

not oppose entry of an order modifying the Litigation Timetable and Discovery Plan as such modification is set forth in the Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A**; (ii) enter the Proposed Deposition Protocol Order attached hereto as **Exhibit B;** and (iii) grant such other and further relief as is just and proper.

Dated: August 26, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*