**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X     Chapter 11
                                                       :

*In re*                                             :     Case No. 09-10138 (KG)
                                                       :

Nortel Networks Inc., *et al.*,[1]              :     Jointly Administered
                                                       :

                                  Debtors.         :

                                                       :

--------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 27, 2013 AT 10:00 A.M. (EASTERN TIME)[3]**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTESTED MATTER GOING FORWARD

1.      Motion to Modify Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 11396, Filed 8/16/13).

      Objection Deadline:  August 26, 2013 at 10:00 a.m. (ET).

      Responses Received:  None as of the filing of this agenda.

      Related Pleading:

      (a)      Declaration of James Edward Seaton Norris-Jones in Support of the Joint Administrators' Motion to Modify Scheduling Orders in Joint Cross-Border

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    **Amended items appear in bold.**

[3]    The hearing will take place before the Honorable Mary F. Walrath, 5th Floor Courtroom 4.

Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 11397, Filed 8/16/13);

(b)     **Certification Of Counsel Regarding (A) Proposed Order Entering Stipulation Regarding EMEA Motion For Extension Of Schedule And (B) Proposed Deposition Protocol Stipulation And Order (D.I. 11426, Filed 8/26/13); and**

(c)     **Notice of Amended Form of Proposed Order Modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 11427, Filed 8/26/13).**

Status:  **This matter has been resolved.  Revised proposed forms of order have been submitted to the Court.**

Dated: August 26, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Howard S. Zelbo (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7494451.1