## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X
                                                                       :
In re:                                                                 : Chapter 11
                                                                       :
NORTEL NETWORKS INC., *et al.*,[1]                                     : Case No. 09-10138 (KG)
                                                                       :
            Debtors.                                        : (Jointly Administered)
                                                                       :
                                                                       : Ref. Docket No. 11427
---------------------------------------------------------------------- X

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the court-appointed administrators and authorized representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates hereby withdraw the Notice of Amended Form of Proposed Order Modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims [Docket No. 11427].

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

Dated: Wilmington, Delaware
August 26, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jaime Luton Chapman
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Fax: 302-571-1253

– and –

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Neil J. Oxford
Kenneth M. Katz
Gabrielle Glemann
Fara Tabatabai

One Battery Park Plaza
New York, New York 10004
Telephone: 212-837-6000
Fax: 212-422-4726

– and –

HERBERT SMITH FREEHILLS LLP

John Whiteoak
James Norris-Jones

Exchange House
Primrose Street
London EC2A 2EG
Telephone: +44 20 7374 8000
Fax: +44 20 7374 0888

*Counsel for Joint Administrators*