# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

              Debtors.

------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I. 11426**

### NOTICE OF FILING OF CORRECTED EXHIBIT A TO CERTIFICATION OF COUNSEL REGARDING (A) PROPOSED ORDER ENTERING STIPULATION REGARDING EMEA MOTION FOR EXTENSION OF SCHEDULE AND (B) PROPOSED DEPOSITION PROTOCOL STIPULATION AND ORDER

PLEASE TAKE NOTICE that on August 26, 2013, Nortel Networks Inc. ("NNI") and certain of its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Certification of Counsel Regarding (a) Proposed Order Entering Stipulation Regarding EMEA Motion for Extension of Schedule and (b) Proposed Deposition Protocol Stipulation and Order* [D.I. 11426] (the "Certification").[2]

PLEASE TAKE FURTHER NOTICE THAT that the *Order Entering the Stipulation Regarding EMEA Motion for Extension of Schedule*, which was attached to the Certification as Exhibit A, inadvertently did not include Exhibit 1 to Exhibit 1.

PLEASE TAKE FURTHER NOTICE THAT that attached hereto as Exhibit A is a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Certification.

corrected version of Exhibit A which includes the omitted Exhibit 1.

Dated: August 26, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*