# EXHIBIT A

**820232**



## BILLABLE PROFORMA

**Billing Attorney:  000302/ James J. Regan**
**Client:  105185/ Nortel Networks Corp**
**Matter:  105185.0000121/ Wanland**

**Proforma Generation Date:  08/20/13 13:58:54**

**Fees and Disbursements Through 07/31/13**
**Last Date Billed 06/27/13 (Through 04/30/13)**
**Bill Cycle:  M**
**Matter Open Date:  Jan 14, 2009**
**Proforma Joint Group # 105185**

| | | |
|---|---|---|
| **Total Fees This Proforma** | **$8,073.00** | |
| **Total Disbursements This Proforma** | **$0.00** | |
| **TOTAL THIS PROFORMA** | **$8,073.00** | |

| | | |
|---|---|---|
| **Unallocated Cash** | **$6,137.20** |
| **Trust Balance** | **$0.00** |

**Address:   Nortel Accounts Payable**
**P.O. Box 280510**
**Nashville, TN 37728**

| | |
|---|---|
| **YTD Fees Billed** | **$10,446.00** |
| **YTD Disb Billed** | **$0.00** |
| **LTD Fees Billed** | **$168,964.00** |
| **LTD Disb Billed** | **$2,605.96** |
| **A/R Balance This Matter** | **$741.80** |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11246826 | 05/09/13 | Kramer, B. | Telephone call with Stephanie Sado at Cleary to discuss additional changes to settlement documents (0.2); review file materials per suggested changes (0.6). | 0.80 | $552.00 |
| 11285811 | 05/22/13 | Kramer, B. | Review some of the proposed edits to settlement agreement and related papers. | 0.20 | $138.00 |
| 11328644 | 06/07/13 | Kramer, B. | Further revise settlement agreement and related papers. | 3.00 | $2,070.00 |
| 11346076 | 06/12/13 | Kramer, B. | Telephone call with plaintiff's counsel (0.1); review recent changes to settlement draft and forward draft to attorney at Cleary for final review (0.2). | 0.30 | $207.00 |

**- 1 of 3 -**

**820232**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:  000302/ James J. Regan**
**Client:  105185/ Nortel Networks Corp**
**Matter:  105185.0000121/ Wanland**

**Fees and Disbursements Through 07/31/13**
**Last Date Billed 06/27/13 (Through 04/30/13)**
**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11346111 | 06/13/13 | Kramer, B. | Review email from Ms. Sado at Cleary re status update. | 0.10 | $69.00 |
| 11346145 | 06/14/13 | Kramer, B. | Telephone call with plaintiff's counsel Nyran Rasche. | 0.20 | $138.00 |
| 11368083 | 06/19/13 | Kramer, B. | Review comments from and exchange emails with Stephanie Sado of Cleary re revisions to class action settlement draft. | 0.30 | $207.00 |
| 11368117 | 06/20/13 | Kramer, B. | Prepare materials to send to plaintiff's counsel (1.9); circulate class action settlement drafts to plaintiff's counsel and Ms. Sado at Cleary (0.3). | 2.20 | $1,518.00 |
| 11393318 | 06/27/13 | Kramer, B. | Correspond and call with plaintiff's counsel re draft settlement materials and review materials relevant to counsel's question (2.1); call to Cleary re matters raised (0.2). | 2.30 | $1,587.00 |
| 11393329 | 06/28/13 | Kramer, B. | Revise class settlement agreement (1.1); call with and exchange emails with plaintiff's counsel (0.2); correspond with Cleary attorney (0.1). | 1.40 | $966.00 |
| 11412998 | 07/01/13 | Kramer, B. | Correspond with Cleary attorney Ms. Sado re additional revisions to draft settlement agreement (0.3);  correspond with plaintiff's counsel Nyran Rasche re revised draft of settlement agreement (0.2). | 0.50 | $345.00 |
| 11414259 | 07/03/13 | Kramer, B. | Telephone call with plaintiff's counsel Nyran Rasche (0.2); confer with Mr. Cheney re question Ms. Rasche posed re bankruptcy status (0.1). | 0.30 | $207.00 |
| 11455676 | 07/15/13 | Kramer, B. | Email exchange with Nyran Rasche re whether bankruptcy schedule impacts timing of settlement. | 0.10 | $69.00 |
| | | | **Professional Services Total** | **11.70** | **$8,073.00** |

- 2 of 3 -

DCACTIVE-24622145.1

**820232**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:  000302/ James J. Regan**          **Fees and Disbursements Through 07/31/13**
**Client:  105185/ Nortel Networks Corp**              **Last Date Billed 06/27/13 (Through 04/30/13)**
**Matter:  105185.0000121/ Wanland**                   **Proforma Joint Group # 105185**

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001275 | Partner | Kramer, B. | 690.00 | 11.70 | $8,073.00 |
| | | | **Fees Value** | **11.70** | **$8,073.00** |

**- 3 of 3 -**

DCACTIVE-24622145.1

**820233**



## BILLABLE PROFORMA

| | |
|---|---|
| **Billing Attorney:  001835/ Matthew Cheney** | **Fees and Disbursements Through 07/31/13** |
| **Client:  105185/ Nortel Networks Corp** | **Last Date Billed 06/27/13 (Through 04/30/13)** |
| **Matter:  105185.0000189/ Fee/Employment Application - US** | **Bill Cycle:  M** |
| | **Matter Open Date:  Jan 14, 2009** |
| **Proforma Generation Date:  08/20/13 13:58:56** | **Proforma Joint Group # 105185** |

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | **$1,938.00** | **Unallocated Cash** | **$0.00** |
| **Total Disbursements This Proforma** | **$13.55** | **Trust Balance** | **$0.00** |
| **TOTAL THIS PROFORMA** | **$1,951.55** | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | **$1,432.50** |
| Dept. 0381 | | **YTD Disb Billed** | **$30.00** |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | **$121,384.50** |
| Toronto, Ontario | | **LTD Disb Billed** | **$348.90** |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | **$785.00** |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11263397 | 05/20/13 | Perales, O. | Prepare forty-eighth interim fee application for February 2013 through April 2013. | 0.60 | $141.00 |
| 11263406 | 05/20/13 | Perales, O. | Prepare seventeenth quarterly application. | 0.30 | $70.50 |
| 11263417 | 05/20/13 | Perales, O. | Prepare order approving fees for February 2013 through April 2013 fee statements. | 0.20 | $47.00 |
| 11543768 | 07/11/13 | Perales, O. | Begin drafting Excel file with fee details. | 1.20 | $282.00 |
| 11543769 | 07/11/13 | Perales, O. | Download from Epiq bankruptcy website our previously filed 48th interim fee application and 17th quarterly fee application. | 0.10 | $23.50 |
| 11425271 | 07/11/13 | Perales, O. | Review and analyze the filed Order Appointing a | 0.60 | $141.00 |

**- 1 of 3 -**

**820233**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:  001835/ Matthew Cheney**
**Client:  105185/ Nortel Networks Corp**
**Matter:  105185.0000189/ Fee/Employment Application - US**

**Fees and Disbursements Through 07/31/13**
**Last Date Billed 06/27/13 (Through 04/30/13)**
**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Fee Examiner and Ms. Cordo's (local Delaware counsel) e-mail summary re the change in process. | | |
| 11430723 | 07/11/13 | Cheney, M | Review order appointing fee examiner. | 0.10 | $65.00 |
| 11430750 | 07/11/13 | Cheney, M | Conference with Mr. Perales re coordinating with fee examiner and Ms. Cordo. | 0.10 | $65.00 |
| 11427922 | 07/12/13 | Perales, O. | Finish drafting Excel file re our fee and expense details for our previously submitted 48th interim and 17th quarterly fee applications. | 0.60 | $141.00 |
| 11445601 | 07/16/13 | Regan, J. | Review court order re fee examiner. | 0.50 | $467.50 |
| 11448907 | 07/17/13 | Cheney, M | Call with Mr. Regan re fee examiner and new procedures. | 0.10 | $65.00 |
| 11449862 | 07/17/13 | Regan, J. | Confer with Mr. Cheney re fee examiner. | 0.10 | $93.50 |
| 11460247 | 07/24/13 | Perales, O. | Finalize Excel file for the Fee Examiner. | 0.40 | $94.00 |
| 11473366 | 07/24/13 | Cheney, M | Conference with Mr. Perales and Ms. Cordo re documents for fee examiner. | 0.30 | $195.00 |
| 11543784 | 07/24/13 | Perales, O. | Draft e-mail to Messes. Cordo (MNAT ) and Maddox (MNAT) re Crowell and Moring's filed 48th Interim Fee Application, filed 17th Quarterly Fee Application, and Excel file detailing all fees and expenses for the period covering February 1, 2013 through April 30, 2013. | 0.20 | $47.00 |
| | | | **Professional Services Total** | **5.40** | **$1,938.00** |

**- 2 of 3 -**

DCACTIVE-24622044.1

**820233**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:  001835/ Matthew Cheney**          **Fees and Disbursements Through 07/31/13**
**Client:  105185/ Nortel Networks Corp**               **Last Date Billed 06/27/13 (Through 04/30/13)**
**Matter:  105185.0000189/ Fee/Employment Application - US**   **Proforma Joint Group # 105185**

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 000302 | Partner | Regan, J. | 935.00 | 0.60 | $561.00 |
| 001835 | Partner | Cheney, M | 650.00 | 0.60 | $390.00 |
| 002444 | Specialist | Perales, O. | 235.00 | 4.20 | $987.00 |
| | | | **Fees Value** | **5.40** | **$1,938.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|-------|------|----------|------|---------|-------|----------------------|--------|
| 6653954 | 05/01/13 | 375309 | 0152 | 1794062 | 001835 | Pacer Service Charge | $3.60 |
| 6685268 | 07/31/13 | 375624 | 0006 | 1813986 | 001835 | Express Delivery FEDEX From: Matthew Cheney To: Annie C Cordo, 1 201 North Market Street, Morris, Nichols, Arsht & Tunne, WILMINGTON, DE 19899 US Tracking Number : 796363134926 Invoice Number: 235862153 | $9.95 |
| | | | | | | **Total Disbursements** | **$13.55** |

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0006 | Express Delivery | $9.95 |
| 0152 | Pacer Service Charge | $3.60 |
| | **Total Disbursements** | **$13.55** |

**- 3 of 3 -**

DCACTIVE-24622044.1