# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 Through July 31, 2013

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---:|
| Express Delivery | Federal Express Corporation | $9.95 |
| Computer Research | Pacer Service Center | $3.60 |
| **TOTAL** | | **$13.55** |

**820233**



## BILLABLE PROFORMA

**Billing Attorney: 001835/ Matthew Cheney**  **Fees and Disbursements Through 07/31/13**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 06/27/13 (Through 04/30/13)**
**Matter: 105185.0000189/ Fee/Employment Application - US**  **Bill Cycle: M**
  **Matter Open Date: Jan 14, 2009**
**Proforma Generation Date: 08/20/13 13:58:56**  **Proforma Joint Group # 105185**

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 6653954 | 05/01/13 | 375309 | 0152 | 1794062 | 001835 | Pacer Service Charge | $3.60 |
| 6685268 | 07/31/13 | 375624 | 0006 | 1813986 | 001835 | Express Delivery FEDEX From: Matthew Cheney To: Annie C Cordo, 1 201 North Market Street, Morris, Nichols, Arsht & Tunne, WILMINGTON, DE 19899 US Tracking Number : 796363134926 Invoice Number: 235862153 | $9.95 |
|  |  |  |  |  |  | **Total Disbursements** | **$13.55** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0006 | Express Delivery | $9.95 |
| 0152 | Pacer Service Charge | $3.60 |
|  | **Total Disbursements** | **$13.55** |

- 1 of 1 -

DCACTIVE-24681197.1