# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

In re

Nortel Networks Inc., et al.,[2]

                          Debtors.

------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

Re: D.I. 11426

## ORDER ENTERING THE STIPULATION REGARDING EMEA MOTION FOR EXTENSION OF SCHEDULE

Upon consideration of the Stipulation Regarding EMEA Motion for Extension of Schedule (the "Stipulation"); and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties.

IT IS HEREBY ORDERED THAT:

1. The Stipulation, a copy of which is attached hereto as **Exhibit 1**, is entered as an order of this Court.

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: Aug 26, 2013
Wilmington, Delaware

_____
for THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE