IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11420, 11421, 11422 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 26, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
26th day of August, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT  
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DOVER MASTER FUND II, L.P.  
TRANSFEROR: ACS CABLE SYSTEMS, INC.  
C/O LONGACRE MANAGEMENT, LLC  
810 SEVENTH AVENUE, 33RD FLOOR  
NEW YORK, NY 10019

Please note that your claim # 6135 in the above referenced case and in the amount of $8,410,111.00 allowed at $1,750,000.00 has been transferred **(unless previously expunged by court order)** to:

SPCP GROUP, LLC  
TRANSFEROR: DOVER MASTER FUND II, L.P.  
ATTN: SASHA IUDICA  
2 GREENWICH PLAZA  
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
District of Delaware  
824 Market Street, Fifth Floor  
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11422 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/26/2013                                David D. Bird, Clerk of Court

/s/ Kimberly Murray  
By: Epiq Bankruptcy Solutions, LLC  
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 26, 2013.

# EXHIBIT B

**Nortel Networks Inc**

| | | | | | |
|---|---|---|---|---|---|
| DOVER MASTER FUND II, L.P. | C/O LONGACRE MANAGEMENT, LLC | 810 SEVENTH AVENUE, 33RD FLOOR | NEW YORK | NY | 10019 |
| SPCP GROUP, LLC | ATTN: SASHA IUDICA | 2 GREENWICH PLAZA | GREENWICH | CT | 06830 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES BROMLEY | ONE LIBERTY PLAZA | NEW YORK | NY | 10006 |