**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 7/1/2013 through 7/31/2013

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 13.40 | $11,122.00 |
| J. Borow | Executive Director | $830 | 8.30 | $6,889.00 |
| J. Hyland | Executive Director | $635 | 168.90 | $107,251.50 |
| M. Dansky | Executive Director | $595 | 3.20 | $1,904.00 |
| A. Cowie | Managing Director | $575 | 154.70 | $88,952.50 |
| J. Garvin | Paraprofessional | $120 | 18.00 | $2,160.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.20 | $144.00 |
| **For the Period 7/1/2013 through 7/31/2013** | | | **367.70** | **$218,423.00** |