**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 7/1/2013 through 7/31/2013**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 269.30 | $156,146.00 |
| 05. Professional Retention/Fee Application Preparation | 10.20 | $5,487.00 |
| 08. Interaction/Mtgs w Creditors | 6.90 | $4,537.50 |
| 10. Recovery/SubCon/Lien Analysis | 18.70 | $11,604.50 |
| 11. Claim Analysis/Accounting | 32.10 | $21,114.00 |
| 18. Operating and Other Reports | 7.10 | $4,579.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 13.40 | $8,156.50 |
| 26. Tax Issues | 10.00 | $6,798.50 |
| **For the Period 7/1/2013 through 7/31/2013** | **367.70** | **$218,423.00** |