## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 7/1/2013 through 7/31/2013

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 7/1/2013 | C. Kearns | 0.20 | Analyzed status of our internal document search re: discovery request. |
| 7/1/2013 | J. Borow | 1.60 | Reviewed discovery issues and related documents for submission to data room. |
| 7/1/2013 | J. Hyland | 2.10 | Reviewed allocation mediation positions from other estates relative to litigation positions. |
| 7/1/2013 | A. Cowie | 2.60 | Analyzed documentation and files for response to allocation submission process information request. |
| 7/1/2013 | A. Cowie | 2.70 | Analyzed historical emails in response to data request for allocation submission. |
| 7/1/2013 | J. Hyland | 2.80 | Produced documents in response to proceeds allocation discovery. |
| 7/2/2013 | C. Kearns | 0.20 | Participated in status call re: allocation litigation with counsel. |
| 7/2/2013 | J. Hyland | 0.20 | Conducted call with S. Gulati re: discovery request. |
| 7/2/2013 | C. Kearns | 0.30 | Analyzed Capstone document production for allocation litigation. |
| 7/2/2013 | M. Dansky | 1.20 | Reviewed and commented on interrogatories lists re: intellectual property. |
| 7/2/2013 | J. Hyland | 1.60 | Assessed available proceeds allocation documents for discovery purposes. |
| 7/2/2013 | A. Cowie | 1.90 | Prepared documentation in response to proceeds allocation discovery requests. |
| 7/2/2013 | J. Hyland | 2.10 | Reviewed email discovery process for Capstone emails in response to proceeds allocation litigation. |
| 7/2/2013 | J. Hyland | 2.70 | Identified discovery documents for counsel in response to litigation inquiries. |
| 7/2/2013 | A. Cowie | 2.90 | Analyzed internal files (2.1) and emails (0.8) in response to allocation submission information requests. |
| 7/3/2013 | J. Hyland | 0.20 | Reviewed EMEA letter to Judge Stark re: proceeds allocation motion to leave. |
| 7/3/2013 | J. Hyland | 0.20 | Conducted call with S. Gulati re: proceeds allocation discovery request. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/3/2013 | C. Kearns | 0.50 | Reviewed draft response to interrogatories. |
| 7/3/2013 | M. Dansky | 1.00 | Reviewed allocation submission litigation documents for intellectual property issues. |
| 7/3/2013 | A. Cowie | 1.50 | Continued to analyze documents in response to allocation submission requests. |
| 7/3/2013 | J. Hyland | 1.80 | Continued identifying litigation discovery from Capstone for proceeds allocation. |
| 7/3/2013 | J. Hyland | 2.00 | Reviewed Cleary's draft appendices for interrogatory responses. |
| 7/3/2013 | A. Cowie | 2.70 | Analyzed documents in response to allocation submission requests. |
| 7/3/2013 | J. Hyland | 2.90 | Identified litigation discovery from Capstone for proceeds allocation. |
| 7/9/2013 | C. Kearns | 0.20 | Emailed with counsel re: next steps in allocation litigation. |
| 7/9/2013 | A. Cowie | 0.50 | Analyzed documentation allocation data requests made by the Debtor estates. |
| 7/9/2013 | A. Cowie | 2.30 | Analyzed publically available documents re: estate allocation and value transfer issues. |
| 7/9/2013 | A. Cowie | 2.90 | Continued to analyze publically available documents re: estate allocation and value transfer issues. |
| 7/10/2013 | J. Borow | 1.10 | Reviewed documents produced in reply to allocation litigation requests. |
| 7/10/2013 | A. Cowie | 1.50 | Analyzed documentation allocation data requests made in the allocation litigation proceedings. |
| 7/10/2013 | J. Hyland | 2.80 | Identified discovery documents for counsel in response to litigation requirements. |
| 7/11/2013 | C. Kearns | 0.20 | Emailed with counsel re: responses to creditor inquiries. |
| 7/11/2013 | C. Kearns | 0.40 | Participated in UCC call re: litigation status and other issues. |
| 7/11/2013 | A. Cowie | 1.70 | Continued to analyze publically available documents for allocation related issues in response to allocation mediation. |
| 7/11/2013 | A. Cowie | 1.90 | Continued to analyze publically available documents for proceeds allocation issues in response to allocation mediation. |
| 7/11/2013 | A. Cowie | 1.90 | Analyzed publically available documents re: estate allocation and value transfer issues. |
| 7/11/2013 | J. Hyland | 2.60 | Continued identifying documents for proceeds allocation discovery for counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/11/2013 | J. Hyland | 2.90 | Identified documents in response to proceeds allocation litigation discovery requests. |
| 7/12/2013 | J. Hyland | 0.30 | Conducted call with counsel re: documents for proceeds allocation discovery. |
| 7/12/2013 | A. Cowie | 1.20 | Identified files for proceeds allocation discovery as requested by counsel. |
| 7/12/2013 | J. Hyland | 1.70 | Reviewed Master R&D Agreement for issues identified in allocation litigation. |
| 7/12/2013 | A. Cowie | 1.90 | Continued to analyze historical MRDA documentation re: allocation litigation. |
| 7/12/2013 | J. Hyland | 2.10 | Reviewed Project Swift valuations. |
| 7/12/2013 | A. Cowie | 2.10 | Analyzed publically available documents for allocation related issues in response to allocation mediation information requests. |
| 7/12/2013 | J. Garvin | 2.50 | Transferred J. Hyland's P. Look interview notes to electronic file. |
| 7/12/2013 | J. Hyland | 2.80 | Continued identifying and reviewing documents for proceeds allocation discovery as requested by counsel. |
| 7/12/2013 | A. Cowie | 2.80 | Analyzed historical MRDA documentation in relation to allocation litigation. |
| 7/12/2013 | J. Hyland | 2.90 | Identified and reviewed documents for proceeds allocation discovery as requested by counsel. |
| 7/15/2013 | A. Cowie | 0.30 | Participated in follow up discussions and work in relation to potential allocation expert information requests. |
| 7/15/2013 | A. Cowie | 0.70 | Participated in call with potential expert re: allocation issues. |
| 7/15/2013 | J. Hyland | 0.70 | Conducted call with proceeds allocation expert re: purchase price adjustments. |
| 7/15/2013 | J. Hyland | 1.00 | Continued analyzing purchase price adjustments from business unit transactions. |
| 7/15/2013 | A. Cowie | 1.50 | Analyzed sale level documentation and supporting calculations for potential allocation expert. |
| 7/15/2013 | J. Garvin | 1.80 | Continued to collect files for counsel in response to allocation litigation information requests. |
| 7/15/2013 | J. Garvin | 2.20 | Collected files from shared drives for counsel in response to allocation litigation requests. |
| 7/15/2013 | J. Hyland | 2.50 | Identified additional documents for proceeds allocation discovery based upon counsel's request. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/15/2013 | A. Cowie | 2.60 | Analyzed files requested by counsel in response to allocation litigation submissions. |
| 7/15/2013 | A. Cowie | 2.90 | Continued to analyze files requested by counsel in response to allocation litigation submissions. |
| 7/15/2013 | J. Hyland | 2.90 | Analyzed purchase price adjustments from business unit transactions. |
| 7/16/2013 | J. Hyland | 0.20 | Conducted calls with R. Johnson and Cleary re: proceeds allocation document production. |
| 7/16/2013 | J. Hyland | 0.30 | Conducted call with R. Johnson re: document production for proceeds allocation. |
| 7/16/2013 | J. Borow | 0.50 | Reviewed discovery issues raised in the estate allocation litigation submissions. |
| 7/16/2013 | J. Garvin | 1.40 | Continued to collect files for counsel in response to allocation litigation information requests. |
| 7/16/2013 | J. Hyland | 2.00 | Continued reviewing electronic documents in response to proceeds allocation litigation document production requests. |
| 7/16/2013 | A. Cowie | 2.20 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/16/2013 | A. Cowie | 2.20 | Analyzed internal files requested by counsel re: allocation litigation information requests. |
| 7/16/2013 | J. Garvin | 2.60 | Collected files from shared drives for counsel in response to allocation litigation requests. |
| 7/16/2013 | J. Hyland | 2.70 | Continued reviewing electronic documents in response to proceeds allocation litigation document production requests. |
| 7/16/2013 | J. Hyland | 2.90 | Reviewed electronic documents re: proceeds allocation litigation document production. |
| 7/17/2013 | J. Hyland | 0.40 | Exchanged emails with counsel re: proceeds allocation document production. |
| 7/17/2013 | J. Garvin | 0.50 | Continued to collect files for counsel in response to allocation litigation information requests. |
| 7/17/2013 | J. Hyland | 1.90 | Reviewed identified document list for discovery documents. |
| 7/17/2013 | J. Hyland | 2.00 | Continued reviewing identified documents for proceeds allocation litigation discovery. |
| 7/17/2013 | A. Cowie | 2.40 | Analyzed internal files requested by counsel re: allocation litigation information requests. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/17/2013 | J. Hyland | 2.50 | Continued identifying documents for discovery re: proceeds allocation litigation documents. |
| 7/17/2013 | J. Hyland | 2.60 | Continued document review for discovery re: proceeds allocation litigation documents. |
| 7/17/2013 | J. Garvin | 2.70 | Continued to collect files for counsel in response to allocation litigation information requests. |
| 7/17/2013 | A. Cowie | 2.70 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/17/2013 | J. Hyland | 2.80 | Identified documents for discovery re: proceeds allocation litigation documents. |
| 7/17/2013 | J. Garvin | 2.80 | Collected files for counsel in response to allocation litigation information requests. |
| 7/17/2013 | A. Cowie | 2.90 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/18/2013 | C. Kearns | 0.30 | Held call with UCC re: litigation path. |
| 7/18/2013 | C. Kearns | 0.40 | Discussed discovery and document review issues with counsel. |
| 7/18/2013 | J. Hyland | 0.40 | Corresponded with counsel on revised list of electronic discovery documents. |
| 7/18/2013 | C. Kearns | 0.50 | Reviewed Capstone's internal document collection to respond to discovery request. |
| 7/18/2013 | J. Garvin | 1.50 | Collected files for counsel in response to allocation litigation information requests. |
| 7/18/2013 | A. Cowie | 1.90 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/18/2013 | J. Hyland | 2.50 | Reviewed revised list of electronic documents for discovery. |
| 7/18/2013 | J. Hyland | 2.60 | Reviewed electronic documents for discovery re: allocation litigation information requests. |
| 7/18/2013 | A. Cowie | 2.80 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/18/2013 | A. Cowie | 2.90 | Analyzed internal files requested by counsel re: allocation litigation information requests. |
| 7/19/2013 | J. Hyland | 0.10 | Conducted calls with A. Bifield re: employees. |
| 7/19/2013 | C. Kearns | 0.20 | Emailed with counsel re: EMEA appeal status and related issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/19/2013 | J. Hyland | 0.40 | Emailed counsel re: employee lists related to discovery. |
| 7/19/2013 | J. Hyland | 0.90 | Reviewed Nortel employee lists for counsel re: discovery. |
| 7/19/2013 | A. Cowie | 2.30 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/19/2013 | J. Hyland | 2.40 | Continued identifying internal emails requested by counsel in response to allocation litigation information requests. |
| 7/19/2013 | J. Hyland | 2.50 | Continued identifying proceeds allocation discovery emails re: allocation litigation information requests. |
| 7/19/2013 | J. Hyland | 2.70 | Reviewed emails requested by counsel for allocation litigation discovery. |
| 7/19/2013 | A. Cowie | 2.80 | Analyzed internal files requested by counsel re: allocation litigation information requests. |
| 7/19/2013 | A. Cowie | 2.90 | Continued to analyze internal files requested by counsel re: allocation litigation information requests. |
| 7/22/2013 | C. Kearns | 0.20 | Reviewed proposed list of NNI affiants and related emails from counsel. |
| 7/22/2013 | C. Kearns | 0.30 | Reviewed proposed NNI witness list and related emails from counsel. |
| 7/22/2013 | J. Hyland | 0.40 | Reviewed preliminary witness list from Cleary. |
| 7/22/2013 | J. Hyland | 1.10 | Analyzed preliminary list of affiants at trial. |
| 7/22/2013 | A. Cowie | 1.20 | Analyzed EMEA Ernst & Young notice of subpoena for impact on allocation litigation. |
| 7/22/2013 | A. Cowie | 2.80 | Analyzed files (2.2) and emails (0.6) produced in response to allocation litigation information requests. |
| 7/22/2013 | A. Cowie | 2.90 | Continued analysis of files in response to allocation litigation requests. |
| 7/23/2013 | C. Kearns | 0.10 | Emailed with counsel re: litigation path. |
| 7/23/2013 | C. Kearns | 0.40 | Reviewed our internal list of potential affiants. |
| 7/23/2013 | J. Hyland | 0.50 | Participated in call with counsel re: proceeds allocation affiants at trial. |
| 7/23/2013 | C. Kearns | 0.50 | Held call with counsel re: affiants list for affirmative case. |
| 7/23/2013 | J. Hyland | 1.00 | Reviewed counsel's list of potential proceeds allocation affiants. |
| 7/23/2013 | A. Cowie | 2.20 | Analyzed interrogatory list re: allocation litigation proceedings. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/23/2013 | A. Cowie | 2.40 | Continued analysis of files to be produced in response to allocation litigation requests. |
| 7/23/2013 | J. Hyland | 2.80 | Reviewed IPCo model and assumptions as they relate to proceeds allocation. |
| 7/23/2013 | A. Cowie | 2.90 | Analyzed files (2.1) and emails (0.8) produced in response to allocation litigation information requests. |
| 7/24/2013 | J. Hyland | 0.20 | Reviewed CCC reserved request to bondholders. |
| 7/24/2013 | C. Kearns | 0.20 | Read emails and respond re: issues related to possible witness designations. |
| 7/24/2013 | J. Hyland | 0.20 | Conducted call with R. Johnson re: document production and affirmative witness list. |
| 7/24/2013 | J. Hyland | 0.30 | Reviewed NNI affirmative witness list. |
| 7/24/2013 | J. Hyland | 0.60 | Reviewed supplementary responses to interrogatories from the CCC. |
| 7/24/2013 | A. Cowie | 2.20 | Analyzed UK court ruling on FSD claims (0.8) and its related impact on allocation litigation process (0.4). |
| 7/24/2013 | A. Cowie | 2.40 | Analyzed publically available documents re: allocation litigation information requests. |
| 7/24/2013 | A. Cowie | 2.60 | Analyzed files (1.8) and emails (0.8) produced in response to allocation litigation information requests. |
| 7/25/2013 | C. Kearns | 0.30 | Read latest email traffic between Capstone and counsel re: affiants and witness lists. |
| 7/25/2013 | C. Kearns | 0.30 | Participated in post UCC call debrief with counsel re: next steps in discovery process. |
| 7/25/2013 | A. Cowie | 0.70 | Analyzed remaining information requests and prioritized response efforts for potential expert. |
| 7/25/2013 | C. Kearns | 0.90 | Participated in UCC call re: litigation related issues and tax status. |
| 7/25/2013 | A. Cowie | 1.70 | Identified documents for discovery re: counsel's response to litigation inquiries. |
| 7/25/2013 | A. Cowie | 1.80 | Analyzed publically available information for potential expert re: allocation litigation process requests. |
| 7/25/2013 | A. Cowie | 2.90 | Analyzed files (2.2) and emails (0.7) produced in response to allocation litigation information requests. |
| 7/26/2013 | C. Kearns | 0.30 | Reviewed supplemental affidavit draft. |

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 7/26/2013 | J. Hyland | 0.30 | Reviewed KPMG Subpoena for issues related to allocation litigation. |
| 7/26/2013 | C. Kearns | 0.30 | Emailed with counsel re: witness lists and implications. |
| 7/26/2013 | J. Hyland | 1.10 | Reviewed affiants list (0.9) and provided comments (0.2) to counsel on affiants. |
| 7/26/2013 | J. Hyland | 2.30 | Reviewed available documents to respond to diligence requests from proceeds allocation expert. |
| 7/26/2013 | A. Cowie | 2.30 | Continued to analyze historical public information re: response to allocation litigation requests. |
| 7/26/2013 | A. Cowie | 2.80 | Continued to analyze historical public information re: response to allocation litigation requests. |
| 7/26/2013 | A. Cowie | 2.90 | Analyzed historical company information for potential allocation expert requests. |
| 7/29/2013 | C. Kearns | 0.50 | Continued to review witness lists with counsel. |
| 7/29/2013 | A. Cowie | 0.70 | Continued to analyze MRDA documentation for issues raised in the allocation litigation. |
| 7/29/2013 | J. Hyland | 2.30 | Continued analyzing adjustment to the purchase price for sale transactions. |
| 7/29/2013 | J. Hyland | 2.70 | Analyzed adjustments to purchase price for business unit transactions. |
| 7/29/2013 | A. Cowie | 2.80 | Analyzed SEC filings in response to allocation litigation information requests. |
| 7/29/2013 | A. Cowie | 2.90 | Analyzed MRDA documentation re: allocation litigation. |
| 7/30/2013 | C. Kearns | 0.50 | Emailed counsel re: possible additional witness designations focusing on IP. |
| 7/30/2013 | M. Dansky | 1.00 | Reviewed allocation litigation estate documents for intellectual property issues. |
| 7/30/2013 | J. Hyland | 1.20 | Continued analyzing adjustments to gross purchase price for proceeds allocation expert. |
| 7/30/2013 | J. Hyland | 1.30 | Reviewed updated list of witness designations and provided feedback to counsel. |
| 7/30/2013 | A. Cowie | 1.90 | Analyzed MRDA documentation re: allocation litigation. |
| 7/30/2013 | J. Hyland | 2.60 | Continued analyzing adjustments to gross purchase price for proceeds allocation expert. |
| 7/30/2013 | A. Cowie | 2.80 | Continued to analyze SEC filings for information requests re: allocation litigation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/30/2013 | J. Hyland | 2.80 | Analyzed adjustments to gross purchase price for proceeds allocation expert. |
| 7/30/2013 | A. Cowie | 2.90 | Analyzed SEC filings for information requests re: allocation litigation. |
| 7/31/2013 | C. Kearns | 0.50 | Analyzed possible additional witness designations focusing on IP for allocation litigation. |
| 7/31/2013 | J. Hyland | 0.60 | Conducted call with M. Sandberg re: proceeds allocation analysis. |
| 7/31/2013 | J. Hyland | 0.90 | Reviewed transaction summaries from 10(k)s (0.6) and other public SEC documents (0.3) in response to allocation expert query. |
| 7/31/2013 | A. Cowie | 2.40 | Analyzed historical publically filed information re: allocation litigation information requests. |
| 7/31/2013 | J. Hyland | 2.70 | Reviewed purchase price adjustments in response to allocation expert query. |
| 7/31/2013 | A. Cowie | 2.70 | Continued to analyze historical pre-filing asset and company sale information for allocation litigation. |
| 7/31/2013 | A. Cowie | 2.90 | Analyzed historical pre-filing asset and company sale information for allocation litigation. |
| Subtotal | | 269.30 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2013 | J. Hyland | 0.30 | Prepared Capstone's June fee estimate as requested by counsel. |
| 7/2/2013 | A. Cowie | 0.80 | Reviewed detailed fee application documentation. |
| 7/9/2013 | J. Hyland | 0.10 | Conducted call with B. Kahn re: fee applications and submission to the Court. |
| 7/9/2013 | J. Hyland | 1.50 | Reviewed fee application and supporting detail. |
| 7/10/2013 | A. Cowie | 1.90 | Reviewed fee application. |
| 7/22/2013 | A. Cowie | 1.10 | Reviewed fee application details. |
| 7/24/2013 | A. Cowie | 0.80 | Reviewed May fee application. |
| 7/25/2013 | M. Haverkamp | 1.20 | Prepared updated draft of May 2013 fee application document including updating tables and reports. |
| 7/26/2013 | J. Hyland | 0.40 | Reviewed fee application. |
| 7/26/2013 | J. Hyland | 0.50 | Reviewed supplemental affidavit on conflicts. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/29/2013 | A. Cowie | 1.60 | Reviewed fee application. |
| Subtotal | | 10.20 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/10/2013 | J. Borow | 0.80 | Prepared for (0.1), attended and participated in (0.7) discussion with counsel re: status of litigation issues and preparation for UCC call. |
| 7/11/2013 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members and professionals re: litigation status and other issues. |
| 7/11/2013 | A. Cowie | 0.40 | Participated in UCC weekly call re: litigation status and other issues. |
| 7/11/2013 | J. Hyland | 1.00 | Reviewed UCC handouts (0.7) and prepared for UCC call (0.3). |
| 7/18/2013 | J. Hyland | 0.40 | Participated on UCC call with UCC members and professionals re: litigation update and other matters. |
| 7/18/2013 | A. Cowie | 0.40 | Participated in weekly UCC call re: litigation timing and other matters. |
| 7/18/2013 | J. Borow | 0.40 | Attended meeting of UCC and professionals and advisors to UCC. |
| 7/23/2013 | C. Kearns | 0.40 | Respond to call from creditor re: asset sale related issues. |
| 7/23/2013 | A. Cowie | 0.50 | Participated in discussion with counsel re: interrogatory list. |
| 7/25/2013 | A. Cowie | 0.90 | Prepared supporting information for UCC weekly meeting. |
| 7/25/2013 | J. Hyland | 0.90 | Participated in weekly UCC call with UCC members and UCC professionals to discuss case matters. |
| 7/30/2013 | A. Cowie | 0.40 | Analyzed sale documents re: reconciliation of asset sale proceeds. |
| Subtotal | | 6.90 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2013 | A. Cowie | 2.70 | Analyzed recoveries based upon various claims amounts for the estates. |
| 7/9/2013 | J. Hyland | 1.50 | Continued reviewing claim recovery calculations based upon various assumptions. |
| 7/9/2013 | J. Hyland | 2.90 | Reviewed claim recovery calculations based upon various assumptions. |
| 7/16/2013 | A. Cowie | 1.80 | Analyzed creditor recoveries with revised claims and other assumptions. |
| 7/22/2013 | J. Hyland | 2.50 | Analyzed revised creditor recoveries based upon updated claims ranges. |

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 7/23/2013 | J. Hyland | 2.60 | Analyzed recovery results based upon proceeds allocation assumptions. |
| 7/26/2013 | J. Hyland | 2.30 | Continued analyzing claim recoveries based upon various proceeds allocation scenarios. |
| 7/26/2013 | J. Hyland | 2.40 | Analyzed claim recoveries based upon proceeds allocation scenarios. |
| Subtotal | | 18.70 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 7/3/2013 | J. Borow | 1.10 | Reviewed various claims (0.3) and related settlement proposals (0.8). |
| 7/8/2013 | J. Hyland | 1.00 | Reviewed NNI claims for changes to Debtor's claims base. |
| 7/9/2013 | J. Hyland | 1.50 | Reviewed NNI potential settlement and claim resolution order and related claims. |
| 7/11/2013 | C. Kearns | 0.20 | Read emails correspondence with counsel re: resolution of certain NNI claims. |
| 7/11/2013 | J. Borow | 1.00 | Reviewed claims (0.2) and proposed settlements (0.8). |
| 7/15/2013 | J. Borow | 0.70 | Reviewed LTD claim settlement and ruling. |
| 7/15/2013 | J. Hyland | 1.70 | Reviewed scheduled claims from Debtors' professionals. |
| 7/16/2013 | C. Kearns | 0.10 | Emailed with counsel re: NNI pension claims. |
| 7/16/2013 | J. Hyland | 0.20 | Conducted call with M. Cilia, RLKS re: claims. |
| 7/16/2013 | C. Kearns | 0.40 | Reviewed claims related data and related emails from counsel in light of the court's LTD decision. |
| 7/16/2013 | J. Hyland | 1.40 | Reviewed claims schedule (0.3) and related settlement motion (1.1) from Cleary. |
| 7/16/2013 | A. Cowie | 1.80 | Analyzed claims base impact of LTD employees ruling by the Court. |
| 7/17/2013 | C. Kearns | 0.30 | Emailed with counsel re: update on NNI claims resolution/ estimates. |
| 7/18/2013 | J. Hyland | 1.50 | Continued reviewing updated claims schedule for U.S. Debtors. |
| 7/18/2013 | J. Hyland | 2.30 | Reviewed updated claims schedule for U.S. Debtors. |
| 7/22/2013 | C. Kearns | 0.20 | Reviewed latest update re: claims analysis. |
| 7/23/2013 | J. Hyland | 2.80 | Reviewed updated U.S. claims reporting. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/24/2013 | C. Kearns | 0.30 | Read summary of ruling by British Supreme Court on pension FSD reversal and discussed with counsel. |
| 7/24/2013 | J. Hyland | 0.90 | Reviewed ruling and related articles on the TPR UK Supreme Court ruling. |
| 7/25/2013 | J. Hyland | 1.60 | Continued analyzing NNL claims based upon updated claims data. |
| 7/25/2013 | J. Hyland | 1.80 | Continued analyzing NNI claims based upon updated claims data. |
| 7/25/2013 | J. Hyland | 2.80 | Analyzed NNL claims based upon updated claims data. |
| 7/25/2013 | J. Hyland | 2.90 | Analyzed NNI claims based upon updated claims information. |
| 7/30/2013 | J. Hyland | 0.70 | Reviewed the Debtors' motion to clarify and amend the LTD severance motion. |
| 7/31/2013 | J. Hyland | 2.90 | Analyzed purchase price adjustments to business unit buyers and intra-Nortel adjustments. |
| Subtotal | | 32.10 | |

### 18. Operating and Other Reports

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2013 | J. Borow | 1.10 | Reviewed current Monitor's reports for issues impacting creditor recoveries. |
| 7/2/2013 | A. Cowie | 2.40 | Analyzed current monthly operating report provided by Canadian Debtors for CALA and APAC unfiled entities. |
| 7/3/2013 | J. Hyland | 1.60 | Reviewed current Restructuring Manager's report. |
| 7/31/2013 | J. Hyland | 2.00 | Reviewed APAC Restructuring Manager's Report. |
| Subtotal | | 7.10 | |

### 19. Cash Flow/Cash Mgmt Liquidity

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/9/2013 | J. Hyland | 0.10 | Conducted call with B. Kahn re: cash reporting response. |
| 7/9/2013 | J. Hyland | 0.70 | Analyzed cash reporting in MOR and Monitor's Report. |
| 7/9/2013 | J. Hyland | 1.50 | Reviewed prior month NNI cash reporting. |
| 7/9/2013 | A. Cowie | 2.30 | Analyzed recent cash reports from the Debtor estates, comparing to prior balances and reported activity. |
| 7/10/2013 | C. Kearns | 0.50 | Held call with CGSH and counsel re: cash accounts ad litigation process status. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/10/2013 | A. Cowie | 1.70 | Continued to analyze cash management alternatives re: held estate cash. |
| 7/10/2013 | A. Cowie | 2.90 | Analyzed cash management alternatives re: held estate cash. |
| 7/11/2013 | A. Cowie | 0.60 | Prepared for and participated on call with M. Kennedy of Chilmark Partners re: investment options for estate held cash. |
| 7/16/2013 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: NNI professional services firm. |
| 7/16/2013 | J. Hyland | 0.30 | Reviewed compensation structure for a NNI professional services firm. |
| 7/24/2013 | J. Hyland | 2.70 | Reviewed cash balances and cash trends. |
| Subtotal | | 13.40 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/9/2013 | C. Kearns | 0.80 | Read draft memo from tax counsel in regard to the Debtors' current outstanding tax liabilities and claims. |
| 7/10/2013 | C. Kearns | 0.60 | Read memo from tax counsel re: NNI tax claims. |
| 7/10/2013 | C. Kearns | 0.90 | Held call with counsel to discuss tax related matters. |
| 7/10/2013 | J. Hyland | 1.00 | Prepared for (0.1) and participated in (0.9) call with counsel re: U.S. taxes. |
| 7/10/2013 | J. Hyland | 2.10 | Prepared for Debtors' tax claims call with counsel by reviewing analysis prepared by E&Y. |
| 7/24/2013 | J. Hyland | 2.80 | Reviewed P. Look interview notes and sent to counsel. |
| 7/29/2013 | J. Hyland | 1.80 | Reviewed tax analysis for NNI. |
| Subtotal | | 10.00 | |
| **Total Hours** | | **367.70** | |