**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 7/1/2013 through 7/31/2013**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Office Supplies** | | | |
| 7/17/2013 | A. Cowie | Flash drives for transfer of allocation litigation documents to counsel. | $29.40 |
| **Subtotal - Office Supplies** | | | **$29.40** |
| **Research** | | | |
| 7/9/2013 | CAG Direct | IT services for data search and extraction of emails in response to proceeds allocation litigation document requests. | $3,010.00 |
| **Subtotal - Research** | | | **$3,010.00** |
| **Telecom** | | | |
| 7/1/2013 | CAG Direct | Teleconference charge (6/19) for tax call with K. Rowe, Akin and Capstone. | $7.85 |
| **Subtotal - Telecom** | | | **$7.85** |
| **For the Period 7/1/2013 through 7/31/2013** | | | **$3,047.25** |