# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2013 through July 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 7.3 | $5,168.00 |
| Claims Administration | 2.6 | $2,535.00 |
| Fee and Employment Applications | 20.2 | $10,510.50 |
| Analysis of Canadian Law | 160.9 | $122,841.50 |
| Intercompany Analysis | 29.6 | $27,052.50 |
| Litigation | 385.1 | $232,887.50 |
| Canadian CCAA Proceedings/Matters | 39.2 | $27,953.00 |
| Canadian Sec.18.6 Proceedings/Matters | 14.6 | $10,754.00 |
| U.S. Proceedings/Matters | 1.5 | $1,462.50 |
| **TOTAL** | 661.0 | $441,164.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 04/07/2013 | assemble and review accumulated case materials and note process and timeline considerations; | 1.3 | 1,267.50 | 11845284 |
| DeMarinis | Tony | 16/07/2013 | collect and review cumulative materials on litigation production; | 1.3 | 1,267.50 | 11867551 |
| DeMarinis | Tony | 19/07/2013 | reviewing accumulated counsel correspondence and materials; | 1.0 | 975.00 | 11874896 |
| DeMarinis | Tony | 29/07/2013 | review documents in the U.S. proceedings; | 1.0 | 975.00 | 11888926 |
| Szydlowski | Tanya | 16/07/2013 | library research re case retrieval (J. Cameron); | 0.4 | 62.00 | 11866712 |
| Su | Nan | 01/07/2013 | review proposed fee examiner order and calculate deadlines accordingly; corresponding with A. Bauer re same; | 0.2 | 54.00 | 11839395 |
| Su | Nan | 02/07/2013 | corresponding with J. Wong, obtain the last quarterly fee application in Excel format and prepare to submit to the fee examiner (0.2); discussion with A. Bauer regarding the fee Examiner's proposed order (0.2); | 0.4 | 108.00 | 11841437 |
| Su | Nan | 11/07/2013 | review and analyze order regarding fee examiner (0.5); corresponding with A. Bauer re same (0.2); calculate deadlines and send calendar invite accordingly (0.3); | 1.0 | 270.00 | 11858220 |
| Su | Nan | 25/07/2013 | review of court docket and retrieve court filings (0.3); provide updates to attorneys (0.1); organize electronic files (0.3); | 0.7 | 189.00 | 11883492 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 10/07/2013 | emails with Monitor's counsel and co-counsel regarding claim administration (0.2): review file documents, applicable orders, and other materials relating to same (0.7); analysis relating to claims issues (0.9); | 1.8 | 1,755.00 | 11856563 |
| DeMarinis | Tony | 11/07/2013 | emails with U.S. co-counsel on claim resolution, and reviewing previously forwarded materials on same; | 0.8 | 780.00 | 11859354 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/07/2013 | Review and comment on fee examiner order (.2); review procedure for resubmitting in excel format time sheets for compliance (.2); review updated fee applications (.4) | 0.8 | 720.00 | 11838779 |
| Gray | William | 03/07/2013 | Work on interim fee application | 0.5 | 450.00 | 11853024 |
| Gray | William | 10/07/2013 | Review fee examiner order and supervise new assembly instructions for time detail presentation | 0.6 | 540.00 | 11854805 |
| Gray | William | 11/07/2013 | Review fee examiner's orders and establish how to meet new report requirements | 0.7 | 630.00 | 11860355 |
| Gray | William | 15/07/2013 | Work on fee application | 0.7 | 630.00 | 11862275 |
| Gray | William | 17/07/2013 | Work on fee application (.20); work on fee examiner order (.20) | 0.4 | 360.00 | 11868533 |
| Gray | William | 17/07/2013 | Review objections to May fee application and file CNO | 0.3 | 270.00 | 11868535 |
| Gray | William | 19/07/2013 | Work on monthly fee application | 0.5 | 450.00 | 11880672 |
| Gray | William | 22/07/2013 | Review monthly fee application | 0.4 | 360.00 | 11880677 |
| Bauer | Alison D. | 01/07/2013 | review and email comments to proposed fee examiner order | 0.4 | 310.00 | 11839411 |
| Bauer | Alison D. | 02/07/2013 | conference N. Su on proposed fee examiner order as it relates to excel data requirements and process changes (.2); review same(.2) | 0.4 | 310.00 | 11841936 |
| Bauer | Alison D. | 03/07/2013 | review excel of last quarterly data | 0.1 | 77.50 | 11843124 |
| Bauer | Alison D. | 16/07/2013 | conf. J. Chetri and N. Su regarding fee application time entries | 0.3 | 232.50 | 11867270 |
| Bauer | Alison D. | 15/07/2013 | attention to late entered time | 0.3 | 232.50 | 11867724 |
| Bauer | Alison D. | 17/07/2013 | Read email from acordo@MNAT.com: Nortel - Fee Examiner Order; Read email from Su, Nan: Nortel - Twenty Seventh (June 2013) Fee Application; Reviewed doc Nortel - Fee Examiner Order.pdf; Composed email to acordo@MNAT.com, Su, Nan: RE: Nortel - Fee Examiner Order | 0.2 | 155.00 | 11869727 |
| Bauer | Alison D. | 19/07/2013 | follow up on fee app comments and changes | 0.2 | 155.00 | 11873374 |
| Bauer | Alison D. | 17/07/2013 | attention to Objection deadline for filing May fee application and have a CNO on file before the hearing (.1); Read email from McCourt, Conor: RE: Nortel - Twenty-Six Monthly (May 2013) Fee Application (.1); additional emails from and to A. Cordo (.1) | 0.3 | 232.50 | 11873433 |
| Bauer | Alison D. | 18/07/2013 | Call to Thatcher, Christian (.1); reviewed fee app and comment (.3) | 0.4 | 310.00 | 11874473 |
| Bauer | Alison D. | 25/07/2013 | emails regarding, review and revision of, and attention to filing of Torys Twenty-Seventh Monthly (June 2013) Fee Application and excel spreadsheets for prior fee apps (.8) conferences N. Su (.2); emails to and from A. Cordo (.2); emails to team regarding potential fee examiner issues (.1) | 1.3 | 1,007.50 | 11883448 |
| Su | Nan | 11/07/2013 | corresponding with J. Wong and obtain Excel files to be send to the fee examiner (0.3); obtain and review June monthly application data (0.8); | 1.1 | 297.00 | 11858564 |
| Su | Nan | 12/07/2013 | review and revise fee application data; | 2.5 | 675.00 | 11859462 |
| Su | Nan | 15/07/2013 | review and revise fee application data (1.8); corresponding with W. Gray and A. Bauer re same; resolve issues with late time entries | 2.3 | 621.00 | 11862944 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | (.5) | | | |
| Su | Nan | 16/07/2013 | conference with A. Bauer and J. Chetri regarding time entry data (0.5); various emails to time keepers regarding time entry inquires (0.8); | 1.3 | 351.00 | 11866744 |
| Su | Nan | 17/07/2013 | email to attorneys regarding comments and objections to May fee application and review of emails from attorneys regarding same (0.2); email to S. Bomhof regarding fee application comments (0.1); review and revise June time entry data and corresponding with J. Wong and J. Chetri re same (0.5); discussion with A. Bauer regarding current fee application status and timing (0.3); | 1.1 | 297.00 | 11869808 |
| Su | Nan | 25/07/2013 | corresponding with J. Wong, prepare as filed fee applications and fee and expense details in excel for the period covering February 1, 2013 through May 31, 2013, and submit to the fee examiner (0.8); corresponding with A. Bauer re strategy of transmitting the documents to the fee examiner and revisions of June fee application (0.3); revise monthly June fee application (1.5); finalize June fee application and prepare for filing (0.5) | 3.1 | 837.00 | 11883292 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 03/07/2013 | exchange emails with potential expert and discuss same with Cleary (0.2);follow-up on review of documents by Torys review team (0.4); exchange emails with Cleary re: Canadian claims and allocation issues (0.4); | 1.0 | 875.00 | 11847061 |
| Bomhof | Scott A. | 04/07/2013 | review Interrogatory Responses from Core Parties and coordinate ongoing document review; | 1.0 | 875.00 | 11847431 |
| Bomhof | Scott A. | 08/07/2013 | follow up on interrogatories/document review process (0.5); arrange call with Cleary to discuss trial issues (0.4); discuss allocation claims with A. Gray (1.0); | 1.9 | 1,662.50 | 11854059 |
| Bomhof | Scott A. | 09/07/2013 | update teleconference with H. Zelbo, L. Schwitzer, J. Rosenthal, S. Block and A. Slavens re: allocation litigation (1.2); review allocation litigation materials related to witness interviews and depositions (1.1); | 2.3 | 2,012.50 | 11854840 |
| Bomhof | Scott A. | 10/07/2013 | confirm scheduling availability of Justice Morawetz (0.2); telephone conversation with M. Gurgel (Cleary) re: additional issues for allocation process (1.0); | 1.2 | 1,050.00 | 11854870 |
| Bomhof | Scott A. | 12/07/2013 | Attend conference call with potential expert witness | 1.1 | 962.50 | 11860792 |
| Bomhof | Scott A. | 12/07/2013 | Telephone conversation with Cleary to discuss additional Canadian legal research issues; | 0.2 | 175.00 | 11860793 |
| Bomhof | Scott A. | 11/07/2013 | Telephone conversation with Cleary and A. Slavens re: witness issues and review Canadian law with respect to same | 1.5 | 1,312.50 | 11860810 |
| Bomhof | Scott A. | 11/07/2013 | Prepare for call with potential expert for trial; | 0.3 | 262.50 | 11860811 |
| Bomhof | Scott A. | 11/07/2013 | Telephone conversation with M. Gurgel (Cleary) to discuss additional Canadian research issues for allocation hearing; | 0.7 | 612.50 | 11860813 |
| Bomhof | Scott A. | 15/07/2013 | attend case update teleconference with Cleary Gottlieb (2.5); review issues related to foreign pension claims in Canada (1.5); attend call with J. Bromley (Cleary) and H. Zelbo (Cleary) re allocation trial issues (0.5); | 4.5 | 3,937.50 | 11867475 |
| Bomhof | Scott A. | 16/07/2013 | review Ontario Court of Appeal Order re: EMEA claims and Ontario Court of Appeal ruling (0.3); review Letters Regulatory and discuss same with Cleary (1.0); | 1.3 | 1,137.50 | 11870376 |
| Bomhof | Scott A. | 17/07/2013 | Prepare for call with Cleary to discuss privilege issues (0.2); review application for Letters Rogatory and exchange messages with P Ruby (Goodmans), M. Gurgel (Cleary) and A. Slavens with respect to same (1.0); review schedule and document production issues related to Allocation hearing (0.9); | 2.1 | 1,837.50 | 11870938 |
| Bomhof | Scott A. | 18/07/2013 | reviewing issues related to letters rogatory and discussing same with Cleary, Goodmans and A. Slavens (1.5); reviewing e-mails regarding posting of documents in response to interrogatories (.3); follow up on engagement of potential expert (.3); telephone call with J. Cameron regarding Canadian legal issues | 2.4 | 2,100.00 | 11873411 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | related to allocation position (.3); | | | |
| Bomhof | Scott A. | 19/07/2013 | reviewing rolling production update e-mails (.2); exchange messages with M. Gurgel of Cleary regarding allocation trial research issues (.2); telephone call with W. Gray regarding allocation issues (.5); | 1.2 | 1,050.00 | 11873426 |
| Bomhof | Scott A. | 22/07/2013 | reviewing request from Oslers on identification interrogatories and discussing same with Cleary and telephone call with B. Putnam of Oslers to clarify (.6); reviewing filings related to document production (1.2); providing comments on deposition notices (.3); | 2.1 | 1,837.50 | 11876673 |
| Bomhof | Scott A. | 23/07/2013 | exchange messages with Cleary and potential expert on Canadian legal issues and finalize engagement letter (.5); reviewing issues related to claims filed in Canada and potential counter-claims (1.7); reviewing filings on document production and CCC filing on reserved interrogatory requests (1.0); | 3.2 | 2,800.00 | 11879038 |
| Bomhof | Scott A. | 24/07/2013 | telephone call with J. Bromley, M. Gurgel, A. Gray and A. Slavens regarding allocation hearing issues and claims issues (1.0); reviewing UK High Court ruling on Nortel pension claims and reviewing claims filed with respect to UK pensions (1.2); reviewing various witness designations and notices of examination letters delivered by Core Parties (.9); reviewing CCC and ad hoc noteholder letters regarding reserved interrogatories (.2); | 3.2 | 2,800.00 | 11882517 |
| Bomhof | Scott A. | 25/07/2013 | reviewing and providing comments on NNI notices of deposition and discussing same with S. Block and K. Wilson-Milne (1.7); meeting with each of S. Block, A. Slavens and M. Reynold to discuss trial preparation and strategy (1.3); reviewing EMEA and UK Pension Trustee filings to update issues list for deposition notices (1.3); reviewing notices regarding privilege document claw back (.2); | 4.5 | 3,937.50 | 11882524 |
| Bomhof | Scott A. | 26/07/2013 | reviewing letters and notices regarding core parties delivery of witness notices, reserved interrogatories and unanswered interrogatories (3.5); prepare for trial regarding allocation and claims (2.1); preparing "admissions summary" for trial brief (1.7); | 7.3 | 6,387.50 | 11885308 |
| Bomhof | Scott A. | 29/07/2013 | reviewing deposition protocol and providing comments on same to Cleary (.9); reviewing issues related to bond claims and exchange messages with L. Schwitzer/C. Goodman of Cleary (1.2); preparing for allocation trial (1.7); | 3.8 | 3,325.00 | 11887419 |
| Bomhof | Scott A. | 30/07/2013 | trial preparation (2.9); reviewing Core Party letters regarding witness issues and privilege claw backs (1.4); reviewing draft deposition protocol (.3); | 4.6 | 4,025.00 | 11892979 |
| Bomhof | Scott A. | 31/07/2013 | Nortel trial preparation and reviewing filings | 2.5 | 2,187.50 | 11893149 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | in preparation for August 6 meeting and confer in New York; | | | |
| Gray | Andrew | 02/07/2013 | reviewing discovery material (0.8) and legal research (1.3); | 2.1 | 1,627.50 | 11841803 |
| Gray | Andrew | 03/07/2013 | reviewing filings of the core parties (0.6); email regarding evidence issues (0.3); | 0.9 | 697.50 | 11844126 |
| Gray | Andrew | 04/07/2013 | internal discussions regarding claims litigation and allocation litigation and reviewing documents and correspondence; | 1.3 | 1,007.50 | 11846270 |
| Gray | Andrew | 09/07/2013 | e-mail and telephone conference regarding litigation and evidence for the allocation trial; | 0.4 | 310.00 | 11854296 |
| Gray | Andrew | 10/07/2013 | reviewing materials relating to discovery and other evidence for the allocation trial; | 0.4 | 310.00 | 11855963 |
| Gray | Andrew | 05/07/2013 | e-mail communication and research regarding litigation Canadian matters; | 0.6 | 465.00 | 11856212 |
| Gray | Andrew | 08/07/2013 | conference calls, email and meetings regarding allocation dispute and claims litigation; including with S. Bomhof | 2.3 | 1,782.50 | 11856231 |
| Gray | Andrew | 11/07/2013 | reviewing and discussing materials related to discovery and the allocation dispute; | 0.3 | 232.50 | 11858348 |
| Gray | Andrew | 12/07/2013 | internal discussions regarding discovery process and experts (1.1); legal research issue (0.5); | 1.6 | 1,240.00 | 11861056 |
| Gray | Andrew | 15/07/2013 | reviewing court filings and materials relating to evidence on claims and allocation; | 0.6 | 465.00 | 11865164 |
| Gray | Andrew | 16/07/2013 | reviewing correspondence regarding evidence and other litigation matters (0.3); conducting and reviewing legal research (1.3); | 1.6 | 1,240.00 | 11866931 |
| Gray | Andrew | 18/07/2013 | reviewing materials regarding evidence for the allocation dispute (0.8); reviewing legal research and discussing same (0.9); | 1.7 | 1,317.50 | 11872098 |
| Gray | Andrew | 17/07/2013 | conference call regarding claims issue and preparation for same (1.3); reviewing and discussing legal research matters for allocation dispute (0.8); | 2.1 | 1,627.50 | 11872110 |
| Gray | Andrew | 19/07/2013 | reviewing legal research and preparing memorandum (1.9); drafting court materials (1.2); reviewing and drafting correspondence (0.3); | 3.4 | 2,635.00 | 11884884 |
| Gray | Andrew | 23/07/2013 | drafting materials relating to allocation dispute (.4); reviewing legal research (2.5); | 2.9 | 2,247.50 | 11884896 |
| Gray | Andrew | 24/07/2013 | conference call regarding claims issues and preparing for and following-up from call (2.3); reviewing court decision (0.3) | 2.6 | 2,015.00 | 11884904 |
| Gray | Andrew | 25/07/2013 | internal discussions and email correspondence regarding allocation litigation issues; | 0.6 | 465.00 | 11884912 |
| Gray | Andrew | 26/07/2013 | internal discussions regarding allocation litigation and follow-up from same; | 4.2 | 3,255.00 | 11884915 |
| Gray | Andrew | 28/07/2013 | reviewing discovery related materials (0.4); reviewing legal research on claims and allocation issues (0.8); | 1.2 | 930.00 | 11886917 |
| Gray | Andrew | 29/07/2013 | reviewing materials and correspondence relating to discovery issues and the allocation dispute; | 0.9 | 697.50 | 11888396 |
| Gray | Andrew | 30/07/2013 | reviewing draft court materials; | 0.5 | 387.50 | 11893975 |
| McCourt | Conor | 17/07/2013 | discussion with Sheila Block regarding licensing issues (0.5); reviewing prior | 2.1 | 2,058.00 | 11867617 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | memoranda on exclusive license issues and MRDA (1.6); | | | |
| Slavens | Adam | 01/07/2013 | reviewing responses to consolidated interrogatories; | 1.4 | 896.00 | 11842108 |
| Slavens | Adam | 02/07/2013 | reviewing responses to consolidated interrogatories; | 2.0 | 1,280.00 | 11842110 |
| Slavens | Adam | 02/07/2013 | email correspondence with Cleary and M. Reynolds re discovery process; | 0.2 | 128.00 | 11842112 |
| Slavens | Adam | 03/07/2013 | reviewing responses to consolidated interrogatories; | 3.5 | 2,240.00 | 11844030 |
| Slavens | Adam | 04/07/2013 | reviewing responses to consolidated interrogatories; | 1.7 | 1,088.00 | 11846509 |
| Slavens | Adam | 04/07/2013 | coordinating discovery process; | 1.8 | 1,152.00 | 11846522 |
| Slavens | Adam | 05/07/2013 | coordinating discovery process; | 0.3 | 192.00 | 11849550 |
| Slavens | Adam | 08/07/2013 | reviewing email correspondence re discovery process; | 0.5 | 320.00 | 11852497 |
| Slavens | Adam | 09/07/2013 | reviewing responses to consolidated interrogatories; | 0.8 | 512.00 | 11854239 |
| Slavens | Adam | 09/07/2013 | email correspondence with Cleary and J. Stam re litigation timetable; | 0.5 | 320.00 | 11854243 |
| Slavens | Adam | 09/07/2013 | conference call with Cleary and M. Reynolds re litigation matters (0.5); email correspondence with Cleary re same (0.2); | 0.7 | 448.00 | 11854258 |
| Slavens | Adam | 11/07/2013 | conference calls with Cleary and S. Bomhof re litigation matters for case (1.0); email correspondence with S. Block, A. Gray, M. Reynolds and S. Bomhof re same (0.3); preparing reporting emails to Cleary re same (0.5); | 1.8 | 1,152.00 | 11858813 |
| Slavens | Adam | 12/07/2013 | conference call with Cleary and possible expert re litigation matters for case; | 1.0 | 640.00 | 11861311 |
| Slavens | Adam | 15/07/2013 | reviewing and commenting on draft letter to former employees; | 0.9 | 576.00 | 11863480 |
| Slavens | Adam | 16/07/2013 | email correspondence with Cleary and S. Bomhof re motion for letters rogatory (0.3); reviewing motion for letters rogatory (0.5); | 0.8 | 512.00 | 11867614 |
| Slavens | Adam | 17/07/2013 | conference call with Cleary and A. Gray re litigation matters for case; | 0.5 | 320.00 | 11870548 |
| Slavens | Adam | 18/07/2013 | conference call with P. Ruby and Cleary re litigation matters for case; | 0.6 | 384.00 | 11872349 |
| Slavens | Adam | 22/07/2013 | reviewing email correspondence re document production and related matters; | 0.5 | 320.00 | 11878436 |
| Slavens | Adam | 24/07/2013 | conference call with Cleary, S. Bomhof and A. Gray re litigation matters for case; | 0.8 | 512.00 | 11882186 |
| Slavens | Adam | 24/07/2013 | reviewing litigation documents for case; | 2.0 | 1,280.00 | 11882196 |
| Slavens | Adam | 25/07/2013 | trial preparation; | 6.5 | 4,160.00 | 11884409 |
| Slavens | Adam | 25/07/2013 | reviewing litigation documents for case and office conference with S. Bomhof and S. Black re same; | 1.0 | 640.00 | 11884449 |
| Slavens | Adam | 26/07/2013 | trial preparation; discussion with team re same; | 5.3 | 3,392.00 | 11886910 |
| Slavens | Adam | 29/07/2013 | trial preparation; | 3.8 | 2,432.00 | 11888954 |
| Slavens | Adam | 30/07/2013 | trial preparation; | 3.5 | 2,240.00 | 11892417 |
| Slavens | Adam | 31/07/2013 | trial preparation; | 2.5 | 1,600.00 | 11894428 |
| Reynolds | Molly | 04/07/2013 | corresponding with document review team (0.5); | 0.5 | 255.00 | 11845460 |
| Reynolds | Molly | 05/07/2013 | emailing document review team (0.1) | 0.1 | 51.00 | 11851403 |
| Reynolds | Molly | 08/07/2013 | corresponding with document review team (0.1); | 0.1 | 51.00 | 11851633 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 09/07/2013 | reviewing document review protocol (1.0), speaking to A. Slavens and M. Decker re same (0.3); | 1.3 | 663.00 | 11853397 |
| Reynolds | Molly | 11/07/2013 | corresponding with M. Decker re document review protocol (0.3), reviewing emails from A. Slavens and S. Block re discovery (0.3); | 0.6 | 306.00 | 11858038 |
| Reynolds | Molly | 15/07/2013 | participating in conference call re key issues (2.5); | 2.5 | 1,275.00 | 11862825 |
| Reynolds | Molly | 12/07/2013 | call with document review team (1.2). | 1.2 | 612.00 | 11871155 |
| Reynolds | Molly | 24/07/2013 | reviewing UK pension decision (1.0) | 1.0 | 510.00 | 11881143 |
| Reynolds | Molly | 25/07/2013 | speaking to S. Bomhof re strategy meeting (0.2); | 0.2 | 102.00 | 11883388 |
| Reynolds | Molly | 26/07/2013 | meeting with S. Block, S. Bomhof, A. Slavens, A. Gray, J. Cameron re litigation (2.7). | 2.7 | 1,377.00 | 11886188 |
| Innes | Christine | 02/07/2013 | conducting document discovery and responding to requests re: same; | 0.6 | 114.00 | 11841698 |
| Innes | Christine | 05/07/2013 | conducting document discovery and responding to requests re: same; | 4.0 | 760.00 | 11846540 |
| Innes | Christine | 12/07/2013 | conducting document discovery and responding to requests re: same; | 1.0 | 190.00 | 11861102 |
| Innes | Christine | 13/07/2013 | conducting document discovery and responding to requests re: same; | 2.0 | 380.00 | 11861108 |
| Innes | Christine | 14/07/2013 | conducting document discovery and responding to requests re: same; | 4.0 | 760.00 | 11861109 |
| Innes | Christine | 15/07/2013 | conducting document discovery and responding to requests re: same; | 5.0 | 950.00 | 11862912 |
| Innes | Christine | 16/07/2013 | conducting document discovery and responding to requests re: same; | 3.0 | 570.00 | 11866719 |
| Innes | Christine | 18/07/2013 | conducting document discovery and responding to requests re: same; | 2.6 | 494.00 | 11871723 |
| Innes | Christine | 19/07/2013 | conducting document discovery and responding to requests re: same; | 2.8 | 532.00 | 11873055 |
| Innes | Christine | 20/07/2013 | conducting document discovery and responding to requests re: same; | 0.9 | 171.00 | 11873078 |
| Innes | Christine | 21/07/2013 | conducting document discovery and responding to requests re: same; | 3.2 | 608.00 | 11874268 |
| Innes | Christine | 22/07/2013 | conducting document discovery and responding to requests re: same; | 2.5 | 475.00 | 11877645 |
| Payne | Owen | 02/07/2013 | conducting document discovery and responding to requests re same; | 3.0 | 570.00 | 11841554 |
| Payne | Owen | 03/07/2013 | conducting document discovery and responding to requests re same; | 1.2 | 228.00 | 11842200 |
| Payne | Owen | 04/07/2013 | conducting document discovery and responding to requests re same; | 0.2 | 38.00 | 11843539 |
| Payne | Owen | 05/07/2013 | conducting document discovery and responding to requests re same; | 3.4 | 646.00 | 11846202 |
| Payne | Owen | 09/07/2013 | conducting document discovery and responding to requests re same; | 0.5 | 95.00 | 11852364 |
| Payne | Owen | 12/07/2013 | conducting document discovery and responding to requests re same; | 1.5 | 285.00 | 11859752 |
| Payne | Owen | 16/07/2013 | conducting document discovery and responding to requests re same; | 2.1 | 399.00 | 11863061 |
| Payne | Owen | 17/07/2013 | conducting document discovery and responding to requests re same; | 0.4 | 76.00 | 11866948 |
| Saulnier | Brett | 02/07/2013 | conducting document discovery and responding to request re same; | 0.7 | 133.00 | 11841663 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Saulnier | Brett | 03/07/2013 | conducting document discovery and responding to request re same; | 3.1 | 589.00 | 11843041 |
| Saulnier | Brett | 04/07/2013 | conducting document discovery and responding to request re same; | 1.5 | 285.00 | 11845405 |
| Saulnier | Brett | 05/07/2013 | conducting document discovery and responding to request re same; | 3.9 | 741.00 | 11845823 |
| Saulnier | Brett | 07/07/2013 | conducting document discovery and responding to request re same; | 2.2 | 418.00 | 11849518 |
| Saulnier | Brett | 12/07/2013 | conducting document discovery and responding to request re same; | 1.2 | 228.00 | 11859164 |
| Saulnier | Brett | 15/07/2013 | conducting document discovery and responding to request re same; | 6.1 | 1,159.00 | 11862648 |
| Saulnier | Brett | 18/07/2013 | conducting document discovery and responding to request re same; | 1.2 | 228.00 | 11871331 |
| Saulnier | Brett | 26/07/2013 | conducting document discovery and responding to request re same; | 1.1 | 209.00 | 11884199 |
| Shelley | Alexandra | 02/07/2013 | conducting document discovery and responding to request re: same; | 0.7 | 133.00 | 11841675 |
| Shelley | Alexandra | 12/07/2013 | conducting document discovery and responding to request re: same; | 0.9 | 171.00 | 11859491 |
| Shelley | Alexandra | 14/07/2013 | conducting document discovery and responding to request re: same; | 3.0 | 570.00 | 11861087 |
| Shelley | Alexandra | 15/07/2013 | conducting document discovery and responding to request re: same; | 5.5 | 1,045.00 | 11862729 |
| Shelley | Alexandra | 17/07/2013 | conducting document discovery and responding to request re: same; | 3.4 | 646.00 | 11869693 |
| Shelley | Alexandra | 18/07/2013 | conducting document discovery and responding to request re: same; | 2.8 | 532.00 | 11871345 |
| Guest | Lara | 03/07/2013 | conducting document discovery and responding to requests re same; | 1.7 | 323.00 | 11842073 |
| Guest | Lara | 04/07/2013 | conducting document discovery and responding to requests re same; | 4.5 | 855.00 | 11843550 |
| Guest | Lara | 05/07/2013 | conducting document discovery and responding to requests re same; | 6.3 | 1,197.00 | 11845880 |
| Guest | Lara | 06/07/2013 | conducting document discovery and responding to requests re same; | 3.4 | 646.00 | 11846836 |
| Guest | Lara | 07/07/2013 | conducting document discovery and responding to requests re same; | 2.8 | 532.00 | 11849503 |
| Guest | Lara | 09/07/2013 | conducting document discovery and responding to requests re same; | 0.3 | 57.00 | 11853565 |
| Guest | Lara | 12/07/2013 | conducting document discovery and responding to requests re same; | 1.6 | 304.00 | 11860260 |
| Guest | Lara | 13/07/2013 | conducting document discovery and responding to requests re same; | 2.8 | 532.00 | 11860328 |
| Guest | Lara | 14/07/2013 | conducting document discovery and responding to requests re same; | 1.0 | 190.00 | 11860330 |
| Guest | Lara | 15/07/2013 | conducting document discovery and responding to requests re same; | 8.5 | 1,615.00 | 11862646 |
| Guest | Lara | 16/07/2013 | conducting document review; | 0.8 | 152.00 | 11867752 |
| Guest | Lara | 18/07/2013 | conducting document discovery and responding to requests re same; | 0.7 | 133.00 | 11871478 |
| Guest | Lara | 19/07/2013 | conducting document discovery and responding to requests re same; | 1.1 | 209.00 | 11871848 |
| Guest | Lara | 21/07/2013 | conducting document discovery and responding to requests re same; | 2.6 | 494.00 | 11874955 |
| Guest | Lara | 22/07/2013 | conducting document discovery and responding to | 1.4 | 266.00 | 11877623 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | requests re same; | | | |
| Block | Sheila R. | 04/07/2013 | preparation for hearing; | 1.0 | 995.00 | 11845142 |
| Block | Sheila R. | 09/07/2013 | participating in team call; | 0.7 | 696.50 | 11852416 |
| Block | Sheila R. | 11/07/2013 | preparation for hearing; | 3.0 | 2,985.00 | 11857464 |
| Block | Sheila R. | 12/07/2013 | preparation for trial; | 7.0 | 6,965.00 | 11860395 |
| Block | Sheila R. | 13/07/2013 | preparation for trial; | 6.5 | 6,467.50 | 11860397 |
| Block | Sheila R. | 15/07/2013 | preparation for trial, including lengthy conference calls with Cleary regarding same; | 8.0 | 7,960.00 | 11863667 |
| Block | Sheila R. | 17/07/2013 | office conference with Conor McCourt regarding exclusive license clause (.5); office conference with A. Slavens re case matters (.5); trial preparation (3.0); | 4.0 | 3,980.00 | 11869349 |
| Block | Sheila R. | 18/07/2013 | preparation for trial, including reviewing patent issue with john Cameron regarding research for trial (0.4); | 2.8 | 2,786.00 | 11874020 |
| Block | Sheila R. | 26/07/2013 | preparation for trial and discussion of legal issues with team; | 4.0 | 3,980.00 | 11886584 |
| Block | Sheila R. | 25/07/2013 | reviewing correspondence regarding witness lists, answers to interrogations, and production (1.0); trial preparation (1.5); reviewing deposition topics, office conference with Scott Bomhof and Adam Slavens (0.5); | 3.0 | 2,985.00 | 11888722 |
| Block | Sheila R. | 31/07/2013 | preparation for trial; | 1.5 | 1,492.50 | 11896786 |
| DeMarinis | Tony | 02/07/2013 | review and analysis of accumulated materials and correspondence on litigation process; | 4.0 | 3,900.00 | 11842272 |
| DeMarinis | Tony | 03/07/2013 | counsel correspondence and attached documents relating to interrogatories; | 0.8 | 780.00 | 11844017 |
| DeMarinis | Tony | 04/07/2013 | review production information and materials; | 1.8 | 1,755.00 | 11845285 |
| DeMarinis | Tony | 05/07/2013 | correspondence, reading and planning on allocation litigation; | 3.0 | 2,925.00 | 11850160 |
| DeMarinis | Tony | 08/07/2013 | review status of interrogatories and production; | 0.6 | 585.00 | 11851484 |
| DeMarinis | Tony | 09/07/2013 | updated review of interrogatory and production status; | 1.0 | 975.00 | 11854461 |
| DeMarinis | Tony | 11/07/2013 | emails on production, and reference consolidated list; | 0.4 | 390.00 | 11859362 |
| DeMarinis | Tony | 12/07/2013 | reading discovery materials; | 1.0 | 975.00 | 11860837 |
| DeMarinis | Tony | 17/07/2013 | counsel correspondence on production, and review status of deliverables and scheduling considerations; | 1.4 | 1,365.00 | 11869406 |
| DeMarinis | Tony | 18/07/2013 | reviewing public disclosure materials preceding insolvency filings; | 1.3 | 1,267.50 | 11872566 |
| DeMarinis | Tony | 22/07/2013 | counsel exchanges regarding interrogatories, production, depositions and timetable, and related reviews; | 0.9 | 877.50 | 11878625 |
| DeMarinis | Tony | 23/07/2013 | correspondence, reviews and planning regarding production and timetable; | 2.0 | 1,950.00 | 11880264 |
| DeMarinis | Tony | 24/07/2013 | counsel correspondence on production process, and review and consideration of same; | 1.5 | 1,462.50 | 11882166 |
| DeMarinis | Tony | 25/07/2013 | review correspondence and information relating to production process; | 1.5 | 1,462.50 | 11884396 |
| DeMarinis | Tony | 26/07/2013 | review and consideration of various counsel exchanges on interrogatories, subpoenas and other production process matters; | 3.5 | 3,412.50 | 11886892 |
| DeMarinis | Tony | 29/07/2013 | review of materials in the production process; | 2.7 | 2,632.50 | 11888925 |
| DeMarinis | Tony | 30/07/2013 | reviews and correspondence relating to the | 3.0 | 2,925.00 | 11891161 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | production process; | | | |
| DeMarinis | Tony | 31/07/2013 | engaged in review and analysis of disputed matters in productions, examinations and related litigation activities; | 3.4 | 3,315.00 | 11894354 |
| Lee | Jennifer | 26/07/2013 | library research re locating commentary (Michael Pass); | 1.1 | 407.00 | 11884086 |
| Hoffman | Michael B. | 31/07/2013 | research & obtain SEC filings - annual reports (0.8) | 0.8 | 296.00 | 11892957 |
| Gray | William | 10/07/2013 | Review document mediation | 0.3 | 270.00 | 11854812 |
| Gray | William | 17/07/2013 | Work on document production supervision | 1.0 | 900.00 | 11868532 |
| Gray | William | 18/07/2013 | Conference with J. Leader regarding document review issues | 0.6 | 540.00 | 11870923 |
| Gray | William | 19/07/2013 | Review document review, production and issues | 0.3 | 270.00 | 11880668 |
| Gray | William | 30/07/2013 | Review allocation memoranda | 2.3 | 2,070.00 | 11891848 |
| Bauer | Alison D. | 24/07/2013 | Read email from Bomhof, Scott and d UK Supreme Court Decision in Nortel | 0.4 | 310.00 | 11884473 |
| Leader | Jaclyn | 01/07/2013 | Second review of documents (6.2) | 6.2 | 4,030.00 | 11840149 |
| Leader | Jaclyn | 02/07/2013 | Review documents (7.3) | 7.3 | 4,745.00 | 11842397 |
| Leader | Jaclyn | 03/07/2013 | Second review of documents (5.8) | 5.4 | 3,510.00 | 11842399 |
| Leader | Jaclyn | 09/07/2013 | Review updated document review protocol (.6) | 0.6 | 390.00 | 11863714 |
| Leader | Jaclyn | 18/07/2013 | Conference with W. Gray regarding document review issues; | 0.6 | 390.00 | 11907151 |
| Graham | Mark | 11/07/2013 | Review issues documentation | 1.0 | 550.00 | 11859158 |
| Graham | Mark | 10/07/2013 | review online documents | 1.0 | 550.00 | 11859472 |
| Pass | Michael | 19/07/2013 | Case law research in connection with allocation of debtor's proceeds (2.2) | 2.2 | 1,089.00 | 11874234 |
| Pass | Michael | 22/07/2013 | Research of case law regarding intercompany transactions | 0.9 | 445.50 | 11878162 |
| Pass | Michael | 23/07/2013 | Review of case law regarding oppression | 2.1 | 1,039.50 | 11879680 |
| Pass | Michael | 24/07/2013 | Researched case law re oppression and summarized cases (2.2) | 2.2 | 1,089.00 | 11881163 |
| Pass | Michael | 25/07/2013 | Review patent law issues and began research of law (1.0) | 1.0 | 495.00 | 11883958 |
| Pass | Michael | 26/07/2013 | Researched patent law issue(1.5) | 1.5 | 742.50 | 11887287 |
| Pass | Michael | 29/07/2013 | Researched patent law issue (2.8); drafted email regarding findings on patent issue (0.4) | 3.2 | 1,584.00 | 11887994 |
| Pass | Michael | 31/07/2013 | Reviewed 10K filings re tax risks (3.8) | 3.8 | 1,881.00 | 11893482 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 02/07/2013 | follow up on research related to Canadian claims; | 0.9 | 787.50 | 11840849 |
| Bomhof | Scott A. | 10/07/2013 | research re: Canadian legal issues relating to allocation; | 1.9 | 1,662.50 | 11854871 |
| Bomhof | Scott A. | 18/07/2013 | research regarding Canadian legal issues related to allocation; | 2.8 | 2,450.00 | 11873414 |
| Bomhof | Scott A. | 19/07/2013 | reviewing and providing comments on draft memos prepared by T. Yeo and J. Cameron and reviewing law with respect to same regarding Canadian legal issues related to allocation; | 3.5 | 3,062.50 | 11873422 |
| Bomhof | Scott A. | 22/07/2013 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,837.50 | 11876674 |
| Bomhof | Scott A. | 23/07/2013 | research regarding Canadian legal issues related to allocation and claims; | 1.7 | 1,487.50 | 11879040 |
| Bomhof | Scott A. | 24/07/2013 | research regarding Canadian legal issues related to allocation positions and claims filings; | 2.6 | 2,275.00 | 11882515 |
| Bomhof | Scott A. | 25/07/2013 | research regarding Canadian legal issues related to claims and allocation; | 2.7 | 2,362.50 | 11882528 |
| Yeo | Thomas | 01/07/2013 | research for case; | 0.8 | 620.00 | 11839628 |
| Yeo | Thomas | 02/07/2013 | e-mail from John Cameron re: research for case; | 0.1 | 77.50 | 11842083 |
| Yeo | Thomas | 10/07/2013 | research for case; | 0.4 | 310.00 | 11856698 |
| Yeo | Thomas | 11/07/2013 | research for case (5.0); meeting with J. Cameron re: research for case (0.3); | 5.3 | 4,107.50 | 11859531 |
| Yeo | Thomas | 12/07/2013 | meeting with J. Cameron re: research for case (0.3); research for case (7.3); | 6.3 | 4,882.50 | 11861556 |
| Yeo | Thomas | 15/07/2013 | research for case; | 4.5 | 3,487.50 | 11863297 |
| Yeo | Thomas | 16/07/2013 | research for case; | 4.9 | 3,797.50 | 11867764 |
| Yeo | Thomas | 17/07/2013 | meetings with J. Cameron and M. Atkey re: research for case (0.8); research for case (5.9); | 6.7 | 5,192.50 | 11870173 |
| Yeo | Thomas | 18/07/2013 | calls with J. Cameron and M. Atkey re: research for case (0.4); research for case (1.3); | 1.7 | 1,317.50 | 11872845 |
| Yeo | Thomas | 19/07/2013 | research for case; | 1.6 | 1,240.00 | 11874566 |
| Slavens | Adam | 02/07/2013 | conducting Canadian legal research for case; | 3.5 | 2,240.00 | 11842114 |
| Slavens | Adam | 05/07/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11849548 |
| Slavens | Adam | 09/07/2013 | conducting Canadian legal research for case; | 3.0 | 1,920.00 | 11854264 |
| Slavens | Adam | 10/07/2013 | conducting Canadian legal research for case; | 3.8 | 2,432.00 | 11856350 |
| Slavens | Adam | 11/07/2013 | email correspondence with J. Cameron re Canadian legal research; | 0.3 | 192.00 | 11858811 |
| Slavens | Adam | 11/07/2013 | conducting Canadian legal research for case; | 3.5 | 2,240.00 | 11858814 |
| Slavens | Adam | 12/07/2013 | conducting Canadian legal research for case; | 1.4 | 896.00 | 11861315 |
| Slavens | Adam | 15/07/2013 | conducting Canadian legal research for case; | 1.5 | 960.00 | 11863482 |
| Slavens | Adam | 16/07/2013 | conducting Canadian legal research for case; | 6.0 | 3,840.00 | 11867620 |
| Slavens | Adam | 17/07/2013 | conducting Canadian legal research for case (2.6); telephone calls with T. Yeo and M. Atkey re same (0.3); | 2.9 | 1,856.00 | 11870555 |
| Slavens | Adam | 18/07/2013 | reviewing and commenting on draft memorandums re Canadian legal research for case (2.0); conducting Canadian legal research for case (1.6); | 3.6 | 2,304.00 | 11872347 |
| Slavens | Adam | 19/07/2013 | reviewing and commenting on draft memorandums re Canadian legal research for case (1.0); conducting Canadian legal research for case (2.8); email correspondence with Cleary re same (0.2); | 4.0 | 2,560.00 | 11874729 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 23/07/2013 | conducting Canadian legal research for case (1.3); email correspondence with Cleary re same (0.3); | 1.6 | 1,024.00 | 11880390 |
| Slavens | Adam | 24/07/2013 | conducting Canadian legal research for case and preparing memorandum on same; | 4.0 | 2,560.00 | 11882187 |
| Slavens | Adam | 29/07/2013 | conducting Canadian legal research for case; | 2.8 | 1,792.00 | 11888950 |
| Slavens | Adam | 30/07/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11892418 |
| Slavens | Adam | 31/07/2013 | conducting Canadian legal research for case; | 2.3 | 1,472.00 | 11894430 |
| Atkey | Matthew | 17/07/2013 | meeting with J. Cameron and T. Yeo to discuss research on various points of Canadian law (0.4); research re various points of Canadian law (1.6); additional meeting with J. Cameron and T. Yeo to discuss research on various points of Canadian law (0.6); further research on various points of Canadian law (4.2); | 6.8 | 4,012.00 | 11873157 |
| Atkey | Matthew | 16/07/2013 | review of additional questions from Clearly re analysis of Canadian law and review of internal correspondence re same; | 0.5 | 295.00 | 11873161 |
| Atkey | Matthew | 18/07/2013 | further research re various issues under Canadian law (3.2); conference with J. Cameron and T. Yeo re same (.4); | 3.6 | 2,124.00 | 11873172 |
| Atkey | Matthew | 19/07/2013 | further research re various Canadian law issues; | 5.4 | 3,186.00 | 11875038 |
| Atkey | Matthew | 24/07/2013 | further research re various Canadian law issues; | 4.4 | 2,596.00 | 11882397 |
| Atkey | Matthew | 30/07/2013 | further research and analysis re various issues under Canadian law; | 2.5 | 1,475.00 | 11892563 |
| Atkey | Matthew | 31/07/2013 | further research regarding certain Canadian law issues; | 2.6 | 1,534.00 | 11894650 |
| Cameron | John | 12/07/2013 | research about further Canadian questions; meeting with t. Yeo re same (.3); | 1.0 | 995.00 | 11858967 |
| Cameron | John | 11/07/2013 | research about further Canadian questions (.7) meeting with t. Yeo re same (.3); | 1.0 | 995.00 | 11858969 |
| Cameron | John | 16/07/2013 | research about supplementary questions; | 5.5 | 5,472.50 | 11866616 |
| Cameron | John | 17/07/2013 | consider and draft memorandum addressing further Canadian legal issues (9.1); meeting with M. Atkey and T. Yeo discussing research (.4); | 9.5 | 9,452.50 | 11869574 |
| Cameron | John | 18/07/2013 | research about Canadian legal issues; telephone call with internal team regarding same (6.6); conference with S. Block regarding research for trial (.4); | 7.0 | 6,965.00 | 11871450 |
| Cameron | John | 19/07/2013 | supervise research about Canadian legal issues and revise memorandum; | 0.5 | 497.50 | 11872072 |
| Cameron | John | 26/07/2013 | discussion of legal issues with Sheila Block, Andrew Gray (in part), Scot Bomhof and Adam Slavens; | 1.3 | 1,293.50 | 11886512 |
| DeMarinis | Tony | 02/07/2013 | review current draft research document exchanged with co-counsel, and consideration of comments; | 1.0 | 975.00 | 11842274 |
| DeMarinis | Tony | 03/07/2013 | reading draft document on Canadian legal principles and considering related issues; | 0.9 | 877.50 | 11844013 |
| DeMarinis | Tony | 08/07/2013 | research and analysis on case, and reading materials; | 2.5 | 2,437.50 | 11851479 |
| DeMarinis | Tony | 09/07/2013 | analysis of Canadian law principles relevant to case, and reading research findings; | 1.5 | 1,462.50 | 11854458 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 15/07/2013 | analysis of claims materials and related matters; | 1.0 | 975.00 | 11862419 |
| DeMarinis | Tony | 19/07/2013 | analysis and research review; | 1.3 | 1,267.50 | 11874898 |
| DeMarinis | Tony | 24/07/2013 | consideration of legal principles relating to proceeding; | 2.0 | 1,950.00 | 11882167 |
| Pass | Michael | 18/07/2013 | Call w. J. Cameron to discuss two research projects and case background (0.4) | 0.4 | 198.00 | 11871165 |

Intercompany Analysis

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 12/07/2013 | review of intercompany and overlapping claims and related issues; | 1.5 | 1,462.50 | 11860836 |
| DeMarinis | Tony | 18/07/2013 | review materials related to inter-company claims; | 1.5 | 1,462.50 | 11872564 |
| DeMarinis | Tony | 25/07/2013 | review and analysis of inter-company issues and materials; | 2.5 | 2,437.50 | 11884395 |
| Gray | William | 02/07/2013 | Review allocation memo | 1.2 | 1,080.00 | 11840416 |
| Gray | William | 03/07/2013 | Work on allocation issues | 1.3 | 1,170.00 | 11853025 |
| Gray | William | 10/07/2013 | Work on allocation issues | 1.3 | 1,170.00 | 11854806 |
| Gray | William | 11/07/2013 | Review allocation memo | 1.2 | 1,080.00 | 11860354 |
| Gray | William | 15/07/2013 | Work on allocation issues (.6); review memorandum regarding prioritization of claims (1.2) | 1.8 | 1,620.00 | 11862274 |
| Gray | William | 17/07/2013 | Review allocation memorandum | 1.4 | 1,260.00 | 11868531 |
| Gray | William | 16/07/2013 | Work on allocation memorandum | 1.7 | 1,530.00 | 11868547 |
| Gray | William | 18/07/2013 | Work on allocation issues (1.9); conference with J. Cameron regarding research regarding certain corporate/creditor remedies in insolvency law (.5) | 2.4 | 2,160.00 | 11870920 |
| Gray | William | 19/07/2013 | Review allocation memoranda (1.7); telephone call with S. Bomhof regarding allocation issues (.5); | 2.2 | 1,980.00 | 11880670 |
| Gray | William | 22/07/2013 | Review allocation memoranda in preparation for hearings | 3.3 | 2,970.00 | 11880676 |
| Gray | William | 23/07/2013 | Review allocation memorandum | 1.7 | 1,530.00 | 11880681 |
| Gray | William | 24/07/2013 | Review decision regarding FMEA's pension claim from UK court (.6); review allocation memorandum (1.7) | 2.3 | 2,070.00 | 11880692 |
| Gray | William | 25/07/2013 | Review allocation memorandum | 2.3 | 2,070.00 | 11889341 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 02/07/2013 | reviewing and providing comments on form of order on EMEA leave to appeal motion; | 0.2 | 175.00 | 11840850 |
| Bomhof | Scott A. | 25/07/2013 | meeting with A. Slavens and assist in preparation of materials for recognition application for U.S. letters rogatory; | 1.1 | 962.50 | 11882526 |
| Bomhof | Scott A. | 10/07/2013 | Telephone call with A. Slavens re CCAA case matters; | 0.2 | 175.00 | 11907150 |
| Slavens | Adam | 02/07/2013 | reviewing and commenting on draft of order re disposition of court of appeal motion (0.3); telephone calls with M. Wunder and P. Kolla re same (0.2); email correspondence with S. Bomhof, M. Wunder and Cleary re same (0.2); | 0.7 | 448.00 | 11842109 |
| Slavens | Adam | 03/07/2013 | reviewing CCAA case court documents; | 2.0 | 1,280.00 | 11844020 |
| Slavens | Adam | 03/07/2013 | email correspondence with P. Kolla re form of court of appeal order; | 0.1 | 64.00 | 11844027 |
| Slavens | Adam | 04/07/2013 | reviewing and commenting on revised draft for of order re disposition of court of appeal motion (0.3); email correspondence with S. Bomhof, P. Kolla and Cleary re same (0.3); | 0.6 | 384.00 | 11846514 |
| Slavens | Adam | 04/07/2013 | office conference with S. Block re case (0.2); compiling CCAA case court documents for S. Block (1.0); | 1.2 | 768.00 | 11846517 |
| Slavens | Adam | 05/07/2013 | reviewing CCAA case court documents; | 2.1 | 1,344.00 | 11849549 |
| Slavens | Adam | 05/07/2013 | preparing reporting emails to Cleary re CCAA case matters; | 0.4 | 256.00 | 11849551 |
| Slavens | Adam | 08/07/2013 | email correspondence with S. Bomhof and A. Gray re CCAA case; | 0.5 | 320.00 | 11852499 |
| Slavens | Adam | 09/07/2013 | preparing CCAA case court documents; | 3.0 | 1,920.00 | 11854265 |
| Slavens | Adam | 10/07/2013 | telephone call with Cleary re CCAA case matters (0.5); preparing email correspondence to J. Cameron re same (0.3); telephone call with S. Bomhof re same (0.2); | 1.0 | 640.00 | 11856334 |
| Slavens | Adam | 11/07/2013 | conference call with Dentons and S. Bomhof re CCAA case matters; | 0.3 | 192.00 | 11858809 |
| Slavens | Adam | 11/07/2013 | telephone calls and email correspondence with Cleary re CCAA case matters; | 0.4 | 256.00 | 11858812 |
| Slavens | Adam | 11/07/2013 | preparing CCAA case court documents; | 2.0 | 1,280.00 | 11858815 |
| Slavens | Adam | 12/07/2013 | preparing for videoconference with Cleary on CCAA case matters; | 3.5 | 2,240.00 | 11861322 |
| Slavens | Adam | 12/07/2013 | email correspondence with S. Block re CCAA case matters; | 0.6 | 384.00 | 11861325 |
| Slavens | Adam | 13/07/2013 | reviewing materials re motion for letters rogatory; | 1.0 | 640.00 | 11861351 |
| Slavens | Adam | 13/07/2013 | email correspondence with S. Block and S. Bomhof re CCAA case matters; | 0.4 | 256.00 | 11861353 |
| Slavens | Adam | 15/07/2013 | participating in videoconference with Cleary on CCAA case matters; | 5.0 | 3,200.00 | 11863459 |
| Slavens | Adam | 15/07/2013 | conference call with Cleary and J. Ray re CCAA case matters and related matters; | 0.6 | 384.00 | 11863478 |
| Slavens | Adam | 15/07/2013 | email correspondence with S. Bomhof and Cleary re CCAA case matters; | 0.5 | 320.00 | 11863479 |
| Slavens | Adam | 16/07/2013 | email correspondence with Cleary and S. Bomhof re court of appeal order re EMEA appeal; | 0.1 | 64.00 | 11867595 |
| Slavens | Adam | 17/07/2013 | telephone call with M. Gurgel and S. Bomhof re motion for letters rogatory (0.3); email correspondence re same (0.3); | 0.6 | 384.00 | 11870545 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Slavens | Adam | 17/07/2013 | office conference with S. Block re CCAA case matters; | 0.5 | 320.00 | 11870550 |
| Slavens | Adam | 18/07/2013 | office conference with S. Bomhof re motion for letters rogatory (0.2); email correspondence with Cleary re same (0.2); | 0.4 | 256.00 | 11872360 |
| Slavens | Adam | 18/07/2013 | reviewing CCAA case court materials; | 2.0 | 1,280.00 | 11872363 |
| Slavens | Adam | 19/07/2013 | reviewing and commenting on CCAA case documents; | 0.7 | 448.00 | 11874733 |
| DeMarinis | Tony | 03/07/2013 | review of various filings in the course of the Canadian proceedings; | 1.7 | 1,657.50 | 11844012 |
| DeMarinis | Tony | 05/07/2013 | consideration of claims matters in the Canadian proceedings; | 2.0 | 1,950.00 | 11850161 |
| DeMarinis | Tony | 11/07/2013 | reviewing Canadian court orders with respect to various procedural and substantive matters; | 1.4 | 1,365.00 | 11859359 |
| DeMarinis | Tony | 16/07/2013 | follow-up review on Canadian claims treatment; | 0.7 | 682.50 | 11867553 |
| DeMarinis | Tony | 17/07/2013 | review claims materials and issues; | 1.2 | 1,170.00 | 11869407 |
| DeMarinis | Tony | 22/07/2013 | review cumulative court orders relating to allocation; | 0.5 | 487.50 | 11878627 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 22/07/2013 | telephone call with P. Ruby and J. Kimbel of Goodmans and A. Slavens regarding recognition application for U.S. letters patent and prepare recognition application; | 1.5 | 1,312.50 | 11876675 |
| Bomhof | Scott A. | 23/07/2013 | reviewing draft recognition materials for order giving force to U.S. letters rogatory; | 0.5 | 437.50 | 11879039 |
| Bomhof | Scott A. | 26/07/2013 | prepare materials for CCAA recognition of US letters rotagory; | 1.1 | 962.50 | 11885309 |
| Bomhof | Scott A. | 29/07/2013 | exchange messages with Gowlings and Norton Rose on draft order to recognize U.S. letters rogatory (.4); reviewing and revising motion record for recognition of letters patent and reviewing law with respect to same (1.9); | 2.3 | 2,012.50 | 11887420 |
| Bomhof | Scott A. | 30/07/2013 | revising materials for recognition of U.S. letters patent; | 0.6 | 525.00 | 11892981 |
| Slavens | Adam | 22/07/2013 | conference call with Gowlings, Goodmans and S. Bomhof re recognition of US letters rogatory order; | 0.4 | 256.00 | 11878433 |
| Slavens | Adam | 22/07/2013 | preparing court materials re recognition of US letters rogatory order and discussion with Goodmans and S. Bomhof regarding same; | 1.5 | 960.00 | 11878435 |
| Slavens | Adam | 23/07/2013 | preparing court materials re recognition of US letters rogatory order; | 3.3 | 2,112.00 | 11880386 |
| Slavens | Adam | 25/07/2013 | preparing court materials re recognition of US letters rogatory order and meet with A. Slavens (.5); email correspondence with Goodmans and Gowlings re same (.1); | 0.6 | 384.00 | 11884417 |
| Slavens | Adam | 29/07/2013 | preparing court materials re recognition of US letters rogatory order (1.0); email correspondence with Goodmans and Gowlings re same (0.2); | 1.2 | 768.00 | 11888958 |
| Slavens | Adam | 30/07/2013 | preparing court materials re recognition of US letters rogatory order (0.7); email correspondence with Cleary re same (0.2); telephone call with J. Stam re same (0.2); | 1.1 | 704.00 | 11892416 |
| Slavens | Adam | 31/07/2013 | email correspondence with Cleary and Gowlings re recognition of US letters rogatory order (0.3); telephone call with M. Gurgel re same (0.2); | 0.5 | 320.00 | 11894435 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 10/07/2013 | review U.S. materials relating to claims administration; | 1.5 | 1,462.50 | 11856564 |