# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

July 1, 2013 through July 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $2,267.44 |
| Duplicating/Printing | 11,685 pgs @ .10 per pg | $1,168.50 |
| Courier | | $11.50 |
| Binding/Exhibit Tabs | | $24.48 |
| Library Costs | | $28.52 |
| Word Processing | | $146.25 |
| Telephone | Long Distance | $45.38 |
| **Grand Total Expenses** | | **$3,692.07** |

**Nortel**
**July 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 198 | Library Costs | 09/07/2013 | **$28.52** | Library Costs Corporate Finance, ILL |
| 480 | Telephone Charges | 11/07/2013 | 3.00 | Telephone Charges Slavens, Adam; Data Travel Pack phone calls on Nortel |
| 480 | Telephone Charges | 20/07/2013 | 23.71 | Telephone Charges Slavens, Adam; Data Travel Pack phone calls on Nortel |
| 800 | Telephone Call | 02/07/2013 | 0.33 | Telephone Call 17738973015 - Chicago, IL - Time: 16:53 - Dur: 6.60 |
| 800 | Telephone Call | 02/07/2013 | 1.71 | Telephone Call 17738973015 - Chicago, IL - Time: 17:00 - Dur: 35.47 |
| 800 | Telephone Call | 02/07/2013 | 1.66 | Telephone Call 17738973015 - Chicago, IL - Time: 17:01 - Dur: 34.52 |
| 800 | Telephone Call | 09/07/2013 | 0.05 | Telephone Call 12122252025 - New York, NY - Time: 12:35 - Dur: 0.87 |
| 800 | Telephone Call | 10/07/2013 | 0.76 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 10:31 - Dur: 15.35 |
| 800 | Telephone Call | 12/07/2013 | 2.71 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 15:59 - Dur: 56.73 |
| 800 | Telephone Call | 12/07/2013 | 0.05 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 16:08 - Dur: 0.83 |
| 800 | Telephone Call | 12/07/2013 | 2.28 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 16:09 - Dur: 47.22 |
| 800 | Telephone Call | 12/07/2013 | 2.09 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 16:12 - Dur: 43.98 |
| 800 | Telephone Call | 12/07/2013 | 0.71 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 16:41 - Dur: 14.85 |
| 800 | Telephone Call | 12/07/2013 | 3.82 | Telephone Call Global Crossing, Inv # 19034848 SLAVENS, ADAM |
| 800 | Telephone Call | 15/07/2013 | 0.05 | Telephone Call 12122253966 - New York, NY - Time: 14:02 - Dur: 0.73 |
| 800 | Telephone Call | 18/07/2013 | 2.37 | Telephone Call Global Crossing, Inv # 19034848 SLAVENS, ADAM |
| 4800 | Telephone | 02/07/2013 | 0.08 | Telephone 13026589200 - Wilmington, DE - Time: 15:00 - Dur: 2.27 |
| | | | **$45.38** | |
| 801 | Copies | 04/07/2013 | 21.00 | Copies |
| 801 | Copies | 04/07/2013 | 210.80 | Copies |
| 801 | Copies | 15/07/2013 | 0.40 | Copies |
| 801 | Copies | 17/07/2013 | 1.80 | Copies |
| 801 | Copies | 17/07/2013 | 7.20 | Copies |
| 801 | Copies | 18/07/2013 | 5.40 | Copies |
| 801 | Copies | 19/07/2013 | 71.60 | Copies |
| 801 | Copies | 25/07/2013 | 1.50 | Copies |
| 801 | Copies | 26/07/2013 | 7.80 | Copies |
| 801 | Copies | 31/07/2013 | 107.90 | Copies |
| 808 | Laser Printing | 02/07/2013 | 1.70 | Laser Printing |
| 808 | Laser Printing | 03/07/2013 | 21.90 | Laser Printing |
| 808 | Laser Printing | 04/07/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 04/07/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 04/07/2013 | 182.20 | Laser Printing |
| 808 | Laser Printing | 05/07/2013 | 0.10 | Laser Printing |

**Nortel**
**July 2013 Disbursements**

| Code | Description | Date | Amount | Type |
|---|---|---|---|---|
| 808 | Laser Printing | 09/07/2013 | 1.60 | Laser Printing |
| 808 | Laser Printing | 10/07/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 11/07/2013 | 2.00 | Laser Printing |
| 808 | Laser Printing | 11/07/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 12/07/2013 | 4.60 | Laser Printing |
| 808 | Laser Printing | 12/07/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 12/07/2013 | 22.30 | Laser Printing |
| 808 | Laser Printing | 12/07/2013 | 21.00 | Laser Printing |
| 808 | Laser Printing | 15/07/2013 | 1.60 | Laser Printing |
| 808 | Laser Printing | 15/07/2013 | 9.40 | Laser Printing |
| 808 | Laser Printing | 15/07/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 16/07/2013 | 2.80 | Laser Printing |
| 808 | Laser Printing | 16/07/2013 | 2.90 | Laser Printing |
| 808 | Laser Printing | 16/07/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 16/07/2013 | 10.40 | Laser Printing |
| 808 | Laser Printing | 16/07/2013 | 10.40 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 0.90 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 5.60 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 0.30 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 1.40 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 18.30 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 0.10 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 3.00 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 5.00 | Laser Printing |
| 808 | Laser Printing | 17/07/2013 | 17.60 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 1.00 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 6.00 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 0.10 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 0.90 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 21.00 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 14.60 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 0.30 | Laser Printing |
| 808 | Laser Printing | 18/07/2013 | 1.50 | Laser Printing |
| 808 | Laser Printing | 19/07/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 19/07/2013 | 2.40 | Laser Printing |
| 808 | Laser Printing | 19/07/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 19/07/2013 | 10.50 | Laser Printing |
| 808 | Laser Printing | 22/07/2013 | 2.00 | Laser Printing |
| 808 | Laser Printing | 24/07/2013 | 4.10 | Laser Printing |
| 808 | Laser Printing | 24/07/2013 | 14.50 | Laser Printing |
| 808 | Laser Printing | 24/07/2013 | 33.30 | Laser Printing |
| 808 | Laser Printing | 25/07/2013 | 0.30 | Laser Printing |
| 808 | Laser Printing | 25/07/2013 | 5.20 | Laser Printing |
| 808 | Laser Printing | 25/07/2013 | 4.10 | Laser Printing |
| 808 | Laser Printing | 26/07/2013 | 4.90 | Laser Printing |
| 808 | Laser Printing | 26/07/2013 | 16.40 | Laser Printing |
| 808 | Laser Printing | 27/07/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 27/07/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 29/07/2013 | 3.30 | Laser Printing |
| 808 | Laser Printing | 30/07/2013 | 52.60 | Laser Printing |
| 808 | Laser Printing | 30/07/2013 | 56.10 | Laser Printing |
| 808 | Laser Printing | 30/07/2013 | 0.40 | Laser Printing |
| 808 | Laser Printing | 31/07/2013 | 22.20 | Laser Printing |
| 808 | Laser Printing | 31/07/2013 | 0.30 | Laser Printing |
| 808 | Laser Printing | 31/07/2013 | 7.00 | Laser Printing |
| 808 | Laser Printing | 31/07/2013 | 22.00 | Laser Printing |
| 4801 | Duplicating | 24/07/2013 | 36.70 | Duplicating |
| 4808 | Laser Printing | 01/07/2013 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 09/07/2013 | 2.10 | Laser Printing |
| 4808 | Laser Printing | 09/07/2013 | 6.80 | Laser Printing |
| 4808 | Laser Printing | 09/07/2013 | 7.60 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 1.60 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 6.80 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.20 | Laser Printing |

| | | | | |
|---|---|---|---|---|
| 4808 | Laser Printing | 12/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/07/2013 | 1.20 | Laser Printing |
| 4808 | Laser Printing | 16/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 16/07/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 17/07/2013 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 17/07/2013 | 2.10 | Laser Printing |
| 4808 | Laser Printing | 25/07/2013 | 1.50 | Laser Printing |
| | | | **$1,168.50** | |
| 811 | Binding Charges | 04/07/2013 | 14.26 | Binding Charges |
| | | | | Jul 04/13, M Bojovic, Binding Charges, x5, TW/JS/JL |
| 811 | Binding Charges | 19/07/2013 | 2.85 | Binding Charges |
| | | | | Jul 19/13, J Palmmateerqyw, Binding Charges, x1, TW |
| 844 | Exhibit Tabs | 04/07/2013 | 5.23 | Exhibit Tabs |
| | | | | Jul 04/13, M Bojovic, Exhibit Tabs, x22, TW/JS/JL |
| 844 | Exhibit Tabs | 12/07/2013 | 2.14 | Exhibit Tabs |
| | | | | Jul 12/13, M Bojovic, Exhibit Tabs, x9, EB |
| | | | **$24.48** | |
| 822 | Courier | 26/07/2013 | 4.50 | Courier |
| | | | | 40 King St W,Borden Ladner Gervais, |
| | | | | 79 Wellington Street West,Inv # 57147, |
| | | | | siva/siva,1,1 |
| 822 | Courier | 31/07/2013 | 3.50 | Courier |
| | | | | 79 Wellington Street West,Inv # 57164, |
| | | | | 40 King St W,Borden Ladner Gervais, |
| | | | | c a dawes,1,2 |
| 822 | Courier | 31/07/2013 | 3.50 | Courier |
| | | | | 79 Wellington Street West,Inv # 57164, |
| | | | | 199 Bay St,Blakes, Cassels & Graydon Llp, |
| | | | | markus,1,2 |
| | | | **$11.50** | |
| 885 | On Line Research Charges - Quicklaw | 16/07/2013 | 40.89 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 17/07/2013 | 268.14 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/07/2013 | 47.54 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 19/07/2013 | 306.17 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 19/07/2013 | 45.66 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 24/07/2013 | 279.53 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 29/07/2013 | 23.77 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/07/2013 | 144.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/07/2013 | 317.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 15/07/2013 | 3.80 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 16/07/2013 | 3.80 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 16/07/2013 | 155.93 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/07/2013 | 3.80 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/07/2013 | 30.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/07/2013 | 48.49 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/07/2013 | 67.51 | On Line Research Charges -WestlaweCarswell Incl. |
| 888 | OnLine Research-Westlaw Business(Livedgar Incl.) | 31/07/2013 | 41.13 | OnLine Research-Westlaw Business(Livedgar Incl.) |
| 4885 | On Line Research Charges - Westlaw Excl. | 29/07/2013 | 438.76 | On Line Research Charges - Westlaw Excl. |
| | | | **$2,267.44** | |
| 4196 | Word Processing | 14/07/2013 | 30.00 | Word Processing Client Billing Summary For Period Ending 07/14/13 |
| 4196 | Word Processing | 28/07/2013 | 37.50 | Word Processing Client Billing Summary Period Ending 07/28/13 |
| 4196 | Word Processing | 28/07/2013 | 78.75 | Word Processing Client Billing Summary Period Ending 07/28/13 |
| | | | **$146.25** | |
| | | | **$3,692.07** | |