# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :     Case No. 09-10138 (KG)
:
          Debtors.                       :     Jointly Administered
:
---------------------------------------------------------X    **Re: D.I. 11439 & 11440**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2013, a copy of the following were served in the manner indicated upon the individuals identified on the attached service list.

**1.     Order Approving Deposition Protocol (D.I. 11439, Entered 8/26/13); and**

**2.     Order Entering the Stipulation Regarding EMEA Motion for Extension of Schedule (D.I. 11440, Entered 8/26/13).**

| | |
|---|---|
| Dated: August 27, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>      */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7495921.1

**Via Hand Delivery**

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA PIPER
919 North Market Street
Suite 1500
Wilmington, DE 19801

Charlene D. Davis
Justin Alberto
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Via First Class Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek J.T. Ader
Neil J. Oxford
Kenneth M. Katz
Gabrielle Glemann
Fara Tabatabai
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

John Whiteoak
James Norris-Jones
Herbert Smith Freehills LLP
Exchange House
Primrose Street
London EC2A 2EG
United Kingdom

Derrick Tay
Jennifer Stam
GOWLING LAFLEUR HENDERSON LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario M5X 1G5
Canada

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong
GOODMANS LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7
Canada

Murray McDonald
Brent Beekenkamp
ERNST & YOUNG INC.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7
Canada

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
TORYS LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2
Canada

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
DAVIES WARD PHILLIPS & VINEBERG LLP
1 First Canadian Place
Toronto, ON  M5X 1B1
Canada

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
LAX O'SULLIVAN SCOTT LISUS LLP
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8
Canada

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
KOSKIE MINSKY
20 Queen Street West
Toronto, Ontario  M5H 3R3
Canada

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
PALIARE ROLAND ROSENBERG ROTHSTEIN LLP
155 Wellington Street West, 35th Floor
Toronto, Ontario  M5V 3H1
Canada

Barry E. Wadsworth
Lewis Gottheil
CAW-CANADA
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9
Canada

Arthur O. Jacques
Thomas McRae
SHIBLEY RIGHTON LLP
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5
Canada

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2
Canada

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
McCARTHY TETRAULT LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
Canada

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
BENNETT JONES LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4
Canada

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman
DENTONS CANADA LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1
Canada

Angela Pearson
Antonia Croke
ASHURST LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
CASSELS BROCK & BLACKWELL LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
Canada

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
THORNTON GROUT FINNIGAN LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7
Canada

Brian O'Connor
Sameer Advani
Andrew Hanrahan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019

Sheryl E. Seigel
McMILLAN LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3
Canada

Michael J. Riela
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
HEENAN BLAIKIE LLP
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4
Canada

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022-2585

Edmond F. B. Lamek
James Szumski
BORDEN LADNER GERVAIS LLP
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4
Canada

Daniel A. Lowenthal
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
Alexander Cobb
OSLER HOSKIN AND HARCOURT LLP
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8
Canada

Michael Lang
NORTON ROSE CANADA LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
Canada

Angela Dimsdale Gill
John Tillman
Matthew Bullen
HOGAN LOVELLS INTERNATIONAL LLP
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom