IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: Sept. 3, 2013 at 4 p.m. (ET) |
| | ) Hearing Date: Sept. 10, 2013 at 10 a.m. (ET) |
| | RE: Docket #s tbd |

## DEBORAH JONES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBORAH JONES TO FILE UNDER SEAL EXHIBIT B AND C TO U.S. NORTEL LTD EMPLOYEES JOINDER WITH LIMITED OBJECTIONS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C 105(a), FED. R. BANKR. P.9023 AND 9024 AND FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING NORTEL LTD EMPLOYEES' MOTION TO COMPEL DEBTORS TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT

Deborah Jones, hereby moves this Court (the "Motion"), for the entry of an order authorizing her to file under seal Exhibit B ("Movants Severance Claim Data Spreadsheet") and Exhibit C ("Movants Response To Debtors' Proposed Claim Amount") to *U.S. Nortel LTD Employees Joinder With Limited Objections To Debtors' Motion Pursuant To 11 U.S.C 105(a), Fed. R. Bankr. P.9023 And 9024 And Fed. R. Civ. P. 59 And 60 To Clarify And Amend The Order Granting Nortel LTD Employees' Motion To Compel Debtors To Admit Claims For Severance As Valid And Issue Payment.*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## Background

i. On August 27, 2012 the Court issued *"Order Granting Debtors Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees"*. [ D.I. #8327 ]

ii. On July 30, 2013 the Debtors filed *"Motion to File Under Seal Exhibit B to Debtors Motion Pursuant to 11 U.S.C. 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment"*. [ D.I. #11236 ]

## Relief Requested

iii. By this Motion, Deborah Jones seeks an order pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, Bankruptcy Rules 9018 and 9037 and Local Rules 9018-1(b) and 9018-1(c) authorizing Deborah Jones to file the "Movants Severance Claim Data Spreadsheet", "Movants Response To Debtors' Proposed Claim Amount" and any supporting data pertaining thereto that include the names or addresses of LTD Employees under seal.

## Basis For Relief

iv. It is not in the best interest of LTD Employees were the breadth of detailed information required to delineate the validity of an LTD Employee's Severance Claim to become available for public consumption.

v. The Debtors and the Court have historically set the expectation that LTD Employees personal information be filed under seal. [ D.I. #8327 ]

vi. Bankruptcy Rule 9037 provides that the Court "may order that a filing be made under seal without redaction." *See* Fed. R. Bankr. P. 9037(c). This mechanism allows for the transfer of knowledge between primary parties towards a successful resolution without inherent risks resultant of unnecessary disclosure to external entities.

## Notice

1. Notice of this Motion has been given via first class mail to (i) the U.S. Bankruptcy Court, Delaware, (ii) the Debtors Counsel of Cleary, Gottlieb, Steen & Hamilton LLP and (iii) the Debtors Counsel of Morris, Nichols, Arsht & Tunnell LLP. Other parties will receive notice through the Court's electronic filing system. I respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Deborah Jones respectfully requests this Court:

vii. Issue an order authorizing her to file under seal Exhibit B ("Movants Severance Claim Data Spreadsheet") and Exhibit C ("Movants Response To Debtors' Proposed Claim Amount") to *U.S. Nortel LTD Employees Joinder With Limited Objections To Debtors' Motion Pursuant To 11 U.S.C 105(a), Fed. R. Bankr. P.9023 And 9024 And Fed. R. Civ. P. 59 And 60 To Clarify And Amend The Order Granting Nortel LTD Employees' Motion To Compel Debtors To Admit Claims For Severance As Valid And Issue Payment*; and

viii. such other and further relief as may be just and proper.

Dated: August 26, 2013

/s/ Deborah Jones
Deborah Jones
P.O. Box 458, Willow Spring, NC 27592

*Appearing Pro Se*

3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[2] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. tbd** |

### ORDER GRANTING DEBORAH JONES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBORAH JONES TO FILE UNDER SEAL EXHIBIT B AND C TO U.S. NORTEL LTD EMPLOYEES JOINDER WITH LIMITED OBJECTIONS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C 105(a), FED. R. BANKR. P.9023 AND 9024 AND FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING NORTEL LTD EMPLOYEES' MOTION TO COMPEL DEBTORS TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT

Upon consideration of this Motion *Deborah Jones' Motion For Entry Of An Order Authorizing Deborah Jones To File Under Seal Exhibit B and C To U.S. Nortel LTD Employees Joinder With Limited Objections To Debtors' Motion Pursuant To 11 U.S.C. 105(a), Fed. R. Bankr. P.9023 And 9024 And Fed. R. Civ. P.59 And 60 To Clarify And Amend The Order Granting Nortel LTD Employees' Motion To Compel Debtors To Admit Claims For Severance As Valid And Issue Payment*" (the "Order") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby ORDERED that the Motion is granted.

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2013    _____
      Wilmington, Delaware        HONORABLE KEVIN GROSS
                                                      CHIEF UNITED STATES BANKRUPTCY JUDGE