IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2013 a copy of *DEBORAH JONES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBORAH JONES TO FILE UNDER SEAL EXHIBIT B AND C TO U.S. NORTEL LTD EMPLOYEES JOINDER WITH LIMITED OBJECTIONS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C 105(a), FED. R. BANKR. P.9023 AND 9024 AND FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING NORTEL LTD EMPLOYEES' MOTION TO COMPEL DEBTORS TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT* was served upon the following parties, in manner indicated.

**By U.S.P.S. Priority Mail With Delivery Confirmation**

ATTN: Mr. David D. Bird, Clerk of Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

ATTN: Ms. Megan Fleming
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

ATTN: Ms. Ann C. Cordo
Morris, Nichols, Arsht & Tunnel, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Respectfully Signed,

*Deborah Jones* (signature)
Deborah Jones
P.O. Box 458
Willow Spring, NC 27592

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.