**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
                                          :   Chapter 11

In re:                                :

                                          :   Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]           :

                                          :   Jointly Administered

                    Debtors.   :

                                          :   **Hearing Date: September 17, 2013 @ 10:00 a.m.**
------------------------------------------------------------x

**SEVENTH QUARTERLY FEE APPLICATION OF TOGUT, SEGAL & SEGAL LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES FOR THE PERIOD APRIL 1, 2013 THROUGH JUNE 30, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures For Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 (D.1. 222) (the "Monthly Compensation Order"),

Togut, Segal & Segal LLP (the "Togut Firm"), attorneys for the Official Committee of

Retired Employees, hereby submits its Seventh Quarterly Fee Application (the

"Application") for the period April 1, 2013 through and including June 30, 2013[2] (the

"Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 10964, 11094, and 11291, respectively) contain a detailed listing of Togut, Segal & Segal LLP's fees and expenses for the Application Periods.

The Togut Firm seeks approval for the following monthly fee applications that were filed during the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fee Sought |
|---|---|---|---|---|---|---|---|
| 6/21/13 Dkt #10964 | 4/1/13-1/30/13 | $185,122.00 | $4,152.99 | 7/12/13 Dkt #11095 | $148,097.60 | $4,152.99 | $37,024.40 |
| 7/12/13 Dkt #11094 | 5/1/13-5/31/13 | $39,359.00 | $136.39 | 8/6/13 Dkt #11268 | $31,487.20 | $136.39 | $7,871.80 |
| 8/12/13 Dkt #11291 | 6/1/13-6/30/13 | $28,366.00 | $222.22 | 8/12/13 Dkt #11291 | $22,692.80 | $222.22 | $5,673.20 |
| Total | | $252,847.00 | $4,511.60 | | $202,277.60 | $4,511.60 | $50,569.40 |

In accordance with the Monthly Compensation Order, the Togut Firm seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, the Togut Firm respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated: August 28, 2013
     Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

**[PERIOD COVERING: APRIL 1, 2013 THROUGH JUNE 30, 2013]**

| Name of Professional | Position with Firm/ (Year Admitted) | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Albert Togut | Partner (1975) | $935 | 5.1 | $4,768.50 |
| Neil Berger | Partner (1986) | $805 | 109.7 | $88,308.50 |
| Richard K. Milin | Of Counsel (1989) | $715 | 48.8 | $34,892.00 |
| Brian Moore | Associate (1998) | $645 | 0.3 | $193.50 |
| Stephanie Skelly | Associate (2007) | $375 | 236.4 | $88,650.00 |
| Michael D. Hamersky | Associate (2008) | $375 | 6.6 | $2,475.00 |
| Samantha Rothman | Associate (2012) | $225 | 62 | $13,950.00 |
| Dawn Person | Paralegal | $295 | 13.7 | $4,041.50 |
| Caitlin Stachon | Paralegal | $160 | 97.3 | $15,568.00 |
| **TOTALS:** | | | **579.9** | **$252,847.00** |
| *Blended Rate* | **$436.02** | | | |

ME1 16357598v.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

**[PERIOD COVERING: APRIL 1, 2013 THROUGH JUNE 30, 2013]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Applications/Fee Statements | 2.5 | $992.50 |
| Retiree Benefits | 287 | $111,947.50 |
| Retiree Committee Matters | 62.4 | $33,486.00 |
| LTD Settlement/ICF | 228 | $106,421.00 |
| **TOTALS:** | **579.9** | **$252,847.00** |

**CUMULATIVE EXPENSE SUMMARY**

**[PERIOD COVERING: APRIL 1, 2013 THROUGH JUNE 30, 2013]**

| Expense Category | Total Expenses |
|---|---|
| Lodging | $1,454.70 |
| Meals | $232.30 |
| Overnight Courier | $231.64 |
| Photocopies | $1,011.10 |
| Postage | $15.16 |
| Telephone | $122.19 |
| Travel-Ground | $1,444.51 |
| **TOTALS:** | **$4,511.60** |

2

ME1 16357598v.1