IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11
                                                                 :
NORTEL NETWORKS, INC., ET AL.,                                   :    Case No. 09-10138 (KG)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On August 28, 2013, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Seventh Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period April 1, 2013 Through June 30, 2013 **[Docket No. 11454]**


Dated: August 28, 2013

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California     )
                        ) ss
County of Los Angeles   )

Subscribed and sworn to (or affirmed) before me on this 28th day of August 2013, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

Exhibit A
Fee Application Service List - First-Class Mail

| Company | Name | Addr1 | Addr2 | Addr3 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | | | New York | NY | 10036-0000 | Counsel for Official Committee of Unsecured Creditors |
| Cleary Gottlieb Steen & Hamilton | James L. Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 | Counsel for the Debtors |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | 1105 N. Market St Ste 1700 | PO Box 2327 | | Wilmington | DE | 19801-0000 | Counsel for LTD Committee |
| Morris Nichols Arsht & Tunnell LLP | Derek C. Abbott | Ann C Cordo | 1201 N Market St 18th Fl | PO Box 1347 | Wilmington | DE | 19899-1347 | Counsel for the Debtors |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | | Research Triangle Park | NC | 27709-0000 | Debtors |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | Office of the U.S. Trustee |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | Counsel for Official Committee of Unsecured Creditors |