**EXHIBIT A**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2013 THROUGH JUNE 31, 2013**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Collazo, Sandra I. | Paralegal | $ 200.00 | 23.30 | $ 4,660.00 |
| Densmore, Ian D. | Paralegal | $ 200.00 | 2.80 | $ 560.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 1.50 | $ 300.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 2.00 | $ 450.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 16.10 | $ 6,762.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 3.80 | $ 2,318.00 |
| **Total:** | | | 49.50 | **$ 15,050.00** |
| **Blended Rate:** | | **$ 309.17** | | |