## EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---|---:|
| Case Administration | $ | 183.00 |
| Asset Disposition | $ | |
| Meetings of and Comm. With Creditors | $ | |
| EG Retention | $ | |
| Employment & Retention Application - Other | $ | |
| EG Fee Applications | $ | 7,296.50 |
| EG Fee Objections | $ | 224.00 |
| Fee Applications and Invoices -Other | $ | 5,373.50 |
| Fee Objections - Others | $ | 326.00 |
| Non-Working Travel | $ | |
| Claims Administration and Objections | $ | |
| Business Operations | $ | |
| Employee Benefits/Pensions | $ | 1,647.00 |
| Tax Issues | $ | |
| Plan and Disclosure Statement | $ | |
| Financing/Cash Collections | $ | |
| Court Hearings | $ | |
| Labor Issues | $ | |
| Litigation | $ | |
| Research | $ | |
| **Total Fees** | **$** | **15,050.00** |

# Elliott Greenleaf
www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
1105 North Market Street
Suite 1700

Wilmington DE 19801

August 28, 2013
Bill Number 23397
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through June 30, 2013

### Case Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/13 | RXZ | [B110-] Calls and e-mails from retirees and related follow up with Debtors to correct referral information to retirees by HR at Debtors | 0.30 Hrs | |
| | | Totals | 0.30 Hrs | $183.00 |
| | | Case Administration Totals | 0.30 Hrs | $183.00 |

### EG Fee Applications

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/05/13 | AXL | [B170-] Assist S. Collazo with Fee App service | 0.90 Hrs |
| 06/05/13 | SIC | [B170-] Preparation of EG's 21st Monthly Fee App (2.1); filing (.2); and service of same (.8) | 3.10 Hrs |
| 06/05/13 | SAK | [B170-] Final revisions to Exhibit B to Elliott Greenleaf's 21st Monthly Fee Application (2.5); multiple instructions to S. Collazo re edits and related issues (.4) | 2.90 Hrs |
| 06/05/13 | SAK | [B170-] Instructions to S. Collazo and I. Densmore re further revisions to Elliott Greenleaf's 21st Monthly Fee Application | 0.20 Hrs |
| 06/05/13 | SAK | [B170-] Finalize Elliott Greenleaf's Seventh Quarterly Fee Application, Notice and Certificate of Service (.4); instructions to S. Collazo re filing of same (.1) | 0.50 Hrs |
| 06/05/13 | SIC | [B170-] Preparation of EG's Quarterly Fee Application (2.0); filing (.2); and service of same (.8) | 3.00 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/05/13 | SIC | [B170-] Correspondence with M. Maddox re: quarterly fee applications | 0.10 Hrs |
| 06/05/13 | JF1 | [B170-] Process service of monthly and quarterly fee application | 1.50 Hrs |
| 06/07/13 | SAK | [B170-] Instructions to S. Collazo re fee application issue; email exchanges with Debtors' counsel and Jm./ Jk. McStravick re same | 0.20 Hrs |
| 06/07/13 | SAK | [B170-] Preliminary review and revisions to Exhibit B of Elliott Greenleaf's 22nd Monthly Fee Application | 1.60 Hrs |
| 06/07/13 | SIC | [B170-] Correspondence with A. Cordo and M. Maddox re: March Fee Application payment for EG and M. Maxwell | 0.50 Hrs |
| 06/10/13 | SAK | [B170-] Review revised Exhibit B for Elliott Greenleaf's 22nd Monthly Fee Application | 0.80 Hrs |
| 06/12/13 | SAK | [B170-] Communications with Debtors' counsel and S. Collazo re fee application figures; instructions to S. Collazo re same | 0.20 Hrs |
| 06/12/13 | SIC | [B170-] Calculate fee information for Omnibus Fee Order | 1.40 Hrs |
| 06/13/13 | SAK | [B170-] Communications with Debtors and S. Collazo re revised quarterly fee application figures | 0.10 Hrs |
| 06/13/13 | SIC | [B170-] Forward EG quarterly fee information to debtors for Omnibus Fee Order | 0.10 Hrs |
| 06/14/13 | SAK | [B170-] Multiple email exchanges with R. Zahralddin re preparation of May Monthly Fee Application | 0.20 Hrs |
| 06/14/13 | SAK | [B170-] Additional downward revisions to Exhibit B for Elliott Greenleaf's 22nd Monthly Fee Application | 2.00 Hrs |
| 06/19/13 | IDD | [B170-] Meeting with S. Kinsella re: May invoice and fee application | 0.40 Hrs |
| 06/19/13 | SAK | [B170-] Meeting with I. Densmore re: May invoice and fee application | 0.40 Hrs |
| 06/21/13 | SAK | [B170-] Instructions to S. Collazo re preparations of Elliott Greenleaf's 22nd fee application and revisions by J. Kaiser re same | 0.30 Hrs |
| 06/21/13 | SIC | [B170-] Preparation of Elliott Greenleaf's 22nd Monthly Fee Application | 0.30 Hrs |
| 06/24/13 | SAK | [B170-] Instructions to S. Collazo re revisions to Elliott Greenleaf 22nd Monthly Fee Application exhibits | 0.20 Hrs |
| 06/25/13 | SAK | [B170-] Further edits to Exhibits for Elliott Greenleaf's 22nd Monthly Fee Application (.2); instructions and email exchanges with S. Collazo re same (.2) | 0.40 Hrs |
| 06/27/13 | SIC | [B170-] Preparation of Nortel May Fee Application | 0.30 Hrs |
| 06/27/13 | SAK | [B170-] Review Elliott Greenleaf's 22nd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to S. Collazo re revisions to all and filing of same (.1) | 0.50 Hrs |
| 06/28/13 | SIC | [B170-] Preparation of Elliott Greenleaf's 22nd Monthly Fee Application (.8); filing (.2); effectuate service of same (.8) | 1.80 Hrs |
| 06/28/13 | SAK | [B170-] Finalize revised Elliott Greenleaf 22nd Monthly Fee Application package and email exchange with S. Collazo re same | 0.20 Hrs |
| 06/28/13 | SIC | [B170-] Updates to Fee Application record | 0.50 Hrs |
| | | Totals | 24.60 Hrs   $7,296.50 |
| | | EG Fee Applications Totals | 24.60 Hrs   $7,296.50 |

<u>Fee Objections EGS</u>

| 06/28/13 | SIC | [B171-] Communication to attorneys re: Objection deadlines for EG Fee Applications | 0.10 Hrs | |
| 06/28/13 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 21st Monthly Fee Application and Certificate of Service | 0.20 Hrs | |
| 06/28/13 | SIC | [B171-] Preparation of Certificate of No Objection re: Elliott Greenleaf's 21st Monthly Fee Application (.5); filing of same (.1) | 0.60 Hrs | |
| | Totals | | 0.90 Hrs | $224.00 |
| | Fee Objections EGS Totals | | 0.90 Hrs | $224.00 |

Fee Applications and Invoices - Other

| 06/05/13 | SAK | [B175-] Instructions to S. Collazo re preparation of quarterly fee applications | 0.10 Hrs |
| 06/05/13 | SIC | [B175-] Correspondence with W. Fugazy re: A&M fee applications | 0.20 Hrs |
| 06/07/13 | RXZ | [B175-] Calls and e-mails from M. Maxwell re: fee application | 0.30 Hrs |
| 06/10/13 | SIC | [B175-] Draft CNO re: M. Maxwell 3rd Monthly Fee App (.5); file (.1); effectuate service of same (.8) | 1.40 Hrs |
| 06/11/13 | AXL | [B175-] Assist with the service of the 17th monthly fee app for A&M | 0.50 Hrs |
| 06/11/13 | IDD | [B175-] Serve Notice of Alvarez & Marsal 17th Monthly Fee Application on 2002 Service List | 1.60 Hrs |
| 06/11/13 | SAK | [B175-] Finalize Alvarez & Marsal's 17th Monthly Fee Application, Notice and Certificate of Service (.3); instructions to S. Collazo re filing same (.1) | 0.40 Hrs |
| 06/11/13 | SAK | [B175-] Email exchanges with Committee professionals re filing of A&M fee application | 0.20 Hrs |
| 06/11/13 | SIC | [B175-] Draft Notice and Certificate of Service of 17th Monthly Fee App of A&M (.6); filing (.2); supervise service of same (.2) | 1.00 Hrs |
| 06/12/13 | SIC | [B175-] Correspondence with W. Fugazy, A. Cordo and M. Maddox re: quarterly fee applications | 0.90 Hrs |
| 06/12/13 | RXZ | [B175-] E-mails and calls from Committee regarding A&M fees and related approval for February | 0.50 Hrs |
| 06/17/13 | SIC | [B175-] Prepare First Quarterly Fee Application of M. Maxwell for S. Kinsella review | 3.20 Hrs |
| 06/18/13 | SAK | [B175-] Analyze 1st Quarterly Fee Application of E. Morgan Maxwell, Notice and Certificate of Service (.3); instructions to S. Collazo re revisions and filing (.1); supervise service of same (.1) | 0.50 Hrs |
| 06/18/13 | SIC | [B175-] Edits to M. Maxwell Quarterly Fee App (.5); preparation of service of same (.5) | 1.00 Hrs |
| 06/20/13 | SAK | [B175-] Review revised First Quarterly Fee Application for Maxwell and further revisions (.2); instructions to S. Collazo re filing/service of all (.2) | 0.40 Hrs |
| 06/21/13 | AXL | [B175-] Assist S. Collazo with service of E. M. Maxwell's quarterly fee app | 0.60 Hrs |
| 06/21/13 | SAK | [B175-] Review email from M. Maxwell re fee application issues and instructions to S. Collazo re same (.1); review emails from Debtors and S. Collazo re same (.1) | 0.20 Hrs |
| 06/21/13 | SAK | [B175-] Finalize M. Maxwell's First Quarterly Fee Application, Notice and Certificate of Service (.4); instructions to S. Collazo re filing of same and review communications to/from M. Maxwell (.2); supervise service of all (.1) | 0.70 Hrs |

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 06/21/13 | SIC | [B175-] Email correspondence with M. Maxwell re: Fee Application payment | 0.10 Hrs | |
| 06/21/13 | SIC | [B175-] Email correspondence with A. Cordo and M. Maddox re: M. Maxwell Fee Application payment | 0.10 Hrs | |
| 06/21/13 | SIC | [B175-] Preparation of M. Maxwell Quarterly Fee Application (.2); filing (.1); effectuate service of same (.8) | 1.10 Hrs | |
| 06/24/13 | SAK | [B175-] Communications from A. Cordo re appointment of fee examiner and pending entry of Order approving quarterly fee applications | 0.20 Hrs | |
| 06/24/13 | SIC | [B175-] Preparation of record for June 25, 2013 hearing re: fee applications | 0.50 Hrs | |
| 06/26/13 | SAK | [B175-] Prepare Final Committee Expense Reimbursement Application package (1.6); conference with I. Densmore re same (.1) | 1.70 Hrs | |
| 06/28/13 | SAK | [B175-] Review and finalize A&M's 6th Quarterly Fee Application, Notice and Certificate of Service (.3); email exchanges with S. Collazo re revisions to and filing of the same (.2) | 0.50 Hrs | |
| 06/28/13 | SIC | [B175-] Preparation of Notice and Certificate of Service re: A&M's 6th Quarterly Fee Application (.8); filing (.1) effectuate service of same (.8) | 1.70 Hrs | |
| 06/28/13 | SIC | [B175-] Email correspondence with A&M re: 6th Quarterly Fee Application | 0.10 Hrs | |
| | | Totals | 19.70 Hrs | $5,373.50 |
| | | Fee Applications and Invoices - Other Totals | 19.70 Hrs | $5,373.50 |

Fee Objections - Others

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 06/10/13 | IDD | [B176-] Assist S. Collazo with service of the certificate of no objection to M. Maxwell's 3rd monthly fee application | 0.80 Hrs | |
| 06/10/13 | SAK | [B176-] Finalize Certificate of No Objection re Maxwell's Third Monthly Fee Application and Certificate of Service (.2); instructions to S. Collazo re revisions, filing and service of same (.1) | 0.30 Hrs | |
| 06/21/13 | SIC | [B176-] Communication to attorneys re Objection and CNO deadline to M. Maxwell Quarterly | 0.20 Hrs | |
| | | Totals | 1.30 Hrs | $326.00 |
| | | Fee Objections - Others Totals | 1.30 Hrs | $326.00 |

Employee Benefits/Pensions

| Date | Init. | Description | Hours |
|---|---|---|---|
| 06/04/13 | RXZ | [B220-] E-mails from M. Fleming (.1) and related follow up with TW (.4) re: deaths reported to company for purposes of effectuating final distribution | 0.50 Hrs |
| 06/04/13 | RXZ | [B220-] E-mails and related analysis of proof of claim to and from Debtors and purchaser re: settlement agreement execution and implementation issues | 0.30 Hrs |
| 06/07/13 | RXZ | [B220-] E-mails to and from Debtors counsel re: social security numbers and related data from Prudential | 0.20 Hrs |
| 06/07/13 | RXZ | [B220-] Calls and e-mails from B. Coffey and L. Coffey and instructions to call retiree and debtors counsel once it was confirmed that B. Coffey aged out of settlement | 0.30 Hrs |

Page 4

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 06/11/13 | RXZ | [B220-] E-mails and calls re: B. Coffey (.3); calls to Retiree counsel and Debtors (.2); follow up with E. Sutty (.2) | 0.70 Hrs | |
| 06/11/13 | RXZ | [B220-] Calls with E. Loggins and provide contact information for HR and Debtors | 0.20 Hrs | |
| 06/11/13 | RXZ | [B220-] Mutiple calls and emails from Retirees provided number by EPIQ (claims agent for the Debtors) and forwarding information for Retiree counsel | 0.50 Hrs | |
| | | Totals | 2.70 Hrs | $1,647.00 |
| | | Employee Benefits/Pensions Totals | 2.70 Hrs | $1,647.00 |
| | | TOTAL LEGAL SERVICES | | $15,050.00 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Total |
|---|---|---|---|
| Collazo, Sandra I | 23.30 Hrs | 200 /hr | $4,660.00 |
| Densmore, Ian D. | 2.80 Hrs | 200 /hr | $560.00 |
| Ford, Jennifer L. | 1.50 Hrs | 200 /hr | $300.00 |
| Lyles, Aurelia X | 2.00 Hrs | 225 /hr | $450.00 |
| Kinsella, Shelley A. | 16.10 Hrs | 420 /hr | $6,762.00 |
| Zahralddin-Aravena, Rafael X. | 3.80 Hrs | 610 /hr | $2,318.00 |
| | 49.50 Hrs | | $15,050.00 |

**Reimbursement for out of pocket expenses**

EXPRESS MAIL

| Date | Description | Amount |
|---|---|---|
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ROGER CARLSEN SAHURITA, AZ ON 04/26/13 SLC | 71.23 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO LOUIS BERNSTEIN BALTIMORE, MD ON 05/03/13 SLC | 72.80 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO PAMELA BROWN PANAMA CITY BEACH, FL ON 05/03/13 SLC | 83.83 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO BRAD HENRY SURPRISE, AZ ON 05/03/13 SLC | 130.94 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ZENOBIA, ESQ WATERS TUCKER, GA ON 05/03/13 SLC | 80.25 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO CHARLES SANDER PAHRUMP, NV ON 05/03/13 SLC | 57.44 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KEM MUCKLEROY STAR CITY, AR ON 05/03/13 SLC | 35.22 |

| Date | Description | Amount |
|---|---|---|
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO BARRY KETCHAM HARWOOD, TX ON 05/03/13 SLC | 58.60 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO SCOTT HOWARD PLACERVILLE, CA ON 05/03/13 SLC | 62.54 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO FRED DURANT LEOTI, KS ON 05/03/13 SLC | 58.60 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KAREN DUNCAN PARACHUTE, CO ON 05/03/13 SLC | 60.55 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KAREN DUCAN PARACHUTE, CO ON 05/03/13 SLC | 60.55 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JERRY WADLOW WEWOKA, OK ON 05/03/13 SLC | 58.60 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO PAUL WOLFE GLOUCESTER, NC ON 05/03/13 SLC | 46.04 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JAMES LEE EL CERRITO, CA ON 05/06/13 SLC | 74.36 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KEVIN LEONARD FAIRBURN, GA ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO DENNIS LIPMAN RALEIGH, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO RALPH MACIVER MORRISVILLE, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO SHIRLEY MADDRY DURHAM, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO TERRY MASSENGILL GARNER, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO LEAH MCCAFFREY DALLAS, TX ON 05/06/13 SLC | 70.51 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MICHAEL MCCARTHY DORCHESTER, MA ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO DENNIS MCFARLAND CANTON, OH ON 05/06/13 SLC | 75.41 |

| Date | Description | Amount |
|---|---|---|
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MARVA MCLAURIN DURHAM, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ELIZABETH MCNEIL SANTA BARBARA, CA ON 05/06/13 SLC | 74.36 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO RENEE MENDEZ PLANO, TX ON 05/06/13 SLC | 70.51 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO PATRICK MERWIN CARY, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MARY MOON OXFORD, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO DAVID MORRISON MACEDON, NY ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO DAVID MORRISON ROCHESTER, NY ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO PAUL MORRISON QUINCY, IL ON 05/06/13 SLC | 93.39 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO PAUL MORRISON C/O DAVID PLUKA BARNHART, MO 05/06/13 SLC | 89.87 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO REID MULLETT NORCROSS, GA ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KENNETH MURRARY HOMESTEAD, PA ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JANE NEUMANN WATERTOWN, MN ON 05/06/13 SLC | 93.39 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KIM NGUYEN SUNNYVALE, CA ON 05/06/13 SLC | 74.36 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ROBERT OLEARY RANDOLPH, NJ ON 05/06/13 SLC | 59.40 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ROSA ORR ELLENWOOD, GA ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO DANIEL OWENBY FERNANDINA BEACH, FL ON 05/06/13 SLC | 70.24 |

| Date | Description | Amount |
|---|---|---|
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO SUSAN PAPERNO BALL GROUND, GA ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO STEPHEN PAROSKI MESQUITE, TX ON 05/06/13 SLC | 70.51 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KAUSHIL PATEL DALLAS, TA ON 05/06/13 SLC | 70.51 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ASHLEY PHANETHONG RALEIGH, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MARK PHILLIPS INDIAN TRAIL, NC ON 05/06/13 SLC | 88.77 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ALBERT POLLEY LEAVENWORTH, KA ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY PAMELA POWELL CHAPEL HILL, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO FRANKIE PROCTOR BUTNER, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JANIE PROCTOR BUTNER, NC ON 05/06/13 SLC | 75.41 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO LEONA PURDUM FLAGSTAFF, AZ ON 05/06/13 SLC | 101.20 |
| 06/21/13 | [] FEDERAL EXPRESS (DE) ---INV# 2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY LEONA PURDUM FLAGSTAFF, AZ (2ND ADDRESS) SLC | 101.20 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO CAROL RAYMOND MIAMI, FL ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MICHAEL REED LOS ANGELESE, CA ON 05/06/13 SLC | 74.36 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO WILLIAM REED THEODORE, AL ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KATHLEEN REESE MILPITAS, CA ON 05/06/13 SLC | 74.36 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO VERLENE REID WILSON, NC ON 05/06/13 SLC | 63.58 |

| Date | Description | Amount |
|---|---|---|
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MICHAEL REXROAD FUQUAY-VARINA, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO VIRGINIA RIPLEY DURHAM, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JOYCE ROBERTSON SELMA, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO BRENDA ROHBAUGH MARIETTA, GA ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO CHAE ROOB CHANHASSEN, MN ON 05/06/13 SLC | 93.39 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY CHAE ROOB CHANHASSEN, MN (2ND ADDRESS) SLC | 93.39 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO RONALD ROSE, JR BALLSTON SPA, NY ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ROBIN RUSK LAS VEGAS, NV ON 05/06/13 SLC | 70.84 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO SARAH SANTITORO SIMI VALLEY, CA ON 05/06/13 SLC | 74.36 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO NARINDER SRAN POMPANO BEACH, FL ON 05/06/13 SLC | 70.24 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JUDY SCHULTHEIS ALEXANDRIA, VA ON 05/06/13 SLC | 59.40 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO LISA SCOGGINS DURHAM, NC ON 05/06/13 SLC | 63.58 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MANUEL SEGURA TRANTON, NJ ON 05/06/13 SLC | 59.40 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MARILYN DAY ALLEN, TX ON 05/06/13 SLC | 25.27 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO BARBARA CARR ROCHESTER, NY ON 05/10/13 SLC | 38.19 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO LOTTIE CHAMBERS RALEIGH, NC ON 05/10/13 SLC | 38.19 |

| Date | Description | Amount |
|---|---|---|
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO BOBBIE COFFEY DURHAM, NC ON 05/10/13 SLC | 38.19 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ROBERT DOVER MELISSA, TX ON 05/10/13 SLC | 46.62 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO EDDY EDWARDS OXFORD, NC ON 05/10/13 SLC | 0.00 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MARGIE HUMPHRIES LEASBURGH, NC ON 05/10/13 SLC | 45.08 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ELENORR JOHNSON BOTHELL, WA ON 05/10/13 SLC | 45.74 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ELENORE JOHNSON ARCHER, FL ON 05/10/13 SLC | 46.70 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JOYCE JONES ATLANTA, GA ON 05/10/13 SLC | 42.85 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO DENNIS LEIPMAN RALEIGH, NC ON 05/10/13 SLC | 38.19 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY RALPH MACIVER MORRISVILLE, NC ON 05/10/13 SLC | 38.19 |
| 06/21/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO KENNETH MURRAY HOMESTEAD, PA ON 05/10/13 SLC | 38.19 |
| 06/21/13 | [] Express Mail | 0.00 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO FRANKIE PROCTOR BUTNER, NC ON 05/10/13 SLC | 38.19 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JANIE PROCTOR BUTNER, NC ON 05/10/13 SLC | 38.19 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO VERLENE REID WILSON, NC ON 05/10/13 SLC | 38.19 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO VIRGINIA RIPLEY DURHAM, NC ON 05/10/13 SLC | 38.19 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO JUDY SCHULTHEIS ALEXANDRIA, VA ON 05/10/13 SLC | 35.27 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO REBECCA SMITH DURHAM, NC ON 05/10/13 SLC | 38.19 |

| Date | Description | Amount |
|---|---|---|
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO HERBERT STANSBURRY STEM, NC ON 05/10/13 SLC | 42.04 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO SERETHA TUCKER TIMBERLAKE, NC ON 05/10/13 SLC | 42.04 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO RAYMOND TURNER GREAHAM, NC ON 05/10/13 SLC | 41.23 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO BRENDA WREAD LAWRENCEVILLE, GA ON 05/10/13 SLC | 42.85 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO ROBIN RUSK COTTONWOOD, AZ ON 05/14/13 SLC | 56.66 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO MANUEL SEGURA TRANTON, NJ ON 05/22/13 SLC | 22.12 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY TO LOIS D. UPHOLD GOLDBORO, NC ON 05/24/13 EMS | 41.69 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO AURELIA LYLES WILMINGTON, DE ON 05/03/13 | 12.22 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO AURELIA LYLES WILMINGTON, DE ON 05/03/13 | 12.22 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  SANDRA COLLAZO WILMINGTON, DE ON 05/04/13 | 13.68 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  SANDRA COLLAZO WILMINGTON, DE ON 05/04/13 | 13.42 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  AURELIA, LYLES WILMINGTON, DE ON 05/07/13 | 10.05 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  AURELIA, LYLES WILMINGTON, DE ON 05/07/13 | 10.05 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  AURELIA, LYLES WILMINGTON, DE ON 05/07/13 | 11.47 |

| | | |
|---|---|---|
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  AURELIA, LYLES WILMINGTON, DE ON 05/07/13 | 12.33 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  SANDRA COLLAZOWILMINGTON, DE ON 05/08/13 | 10.22 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  SANDRA COLLAZO WILMINGTON, DE ON 05/11/13 | 12.33 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS RETURNS) RETURN TO  SANDRA COLLAZO WILMINGTON, DE ON 05/14/13 | 11.52 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES)  TO NARINDER SARAN CORAL SRIPNGS, FL ON 05/29/13 AXL | 15.13 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO WANDA JACOBS DURHAM, NC ON 05/29/13 AXL | 14.64 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES)  FELICIA JONES-MANN CARY, NC ON 05/29/13 AXL | 14.64 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO KIRK ADAMS DURHAM, NC ON 05/29/13 AXL | 14.64 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES)  TO EDDY EDWARDS OXFORD, NC ON 05/29/13 AXL | 18.40 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES)  TO THOMAS IVEY COLUMBUS, GA ON 05/29/13 AXL | 15.13 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO DENNIS LIPMAN RALEIGH, NC ON 05/29/13 AXL | 11.20 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO ROSA ORR ELLENWOOD, GA ON 05/29/13 AXL | 11.69 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO ELEANOR JOHNSON ARCHER, FL ON 05/29/13 AXL | 13.84 |

| Date | Description | Amount |
|---|---|---|
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO BOBBIE COFFEY DURHAM, NC ON 05/29/13 AXL | 14.64 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO THOMAS IVEY DAKER, GA ON 05/29/13 AXL | 15.13 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO DEBORAH KEARNEY OXFORD, NC ON 05/29/13 AXL | 0.00 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO DEBORAH KEARNEY OXFORD, NC ON 05/29/13 AXL | 18.40 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO MANUEL SEGURA TRENTON, NJ ON 05/29/13 AXL | 14.22 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO ASHLEY PHANETHONG RALEIGH, NC ON 05/29/13 AXL | 11.20 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO ROBERT OLEARY RANDOLPH, NJ ON 05/29/13 AXL | 14.22 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) RO RONALD ELIAS CLINTON, MD ON 05/29/13 AXL | 14.22 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) JAMES CRAIG SCOTTSVILLE, NY ON 05/29/13 AXL | 13.35 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO VIRGINIA RIPLEY DURHAN, NC ON 05/29/13 AXL | 14.64 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO DEBORAH FAIRCLOTH ROCKY POINT, NC ON 05/29/13 AXL | 13.54 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO JAMES LASSITER FRANKLIN, TN ON 05/29/13 AXL | 15.13 |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO BO WEI MONTVILLE, NJ ON 05/29/13 AXL | 14.22 |

| Date | Description | Amount | |
|---|---|---|---|
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) TO CHARLES DUNHAM, JR ON 05/29/13 AXL | 14.64 | |
| 06/24/13 | [] FEDERAL EXPRESS (DE)---INV#2-293-87336 DTD 06/04/13 OVERNIGHT PACKAGE DELIVERY (FEDERAL EXPRESS GROUND CHARGES) DENNIS MCFARLAND CANTON, OH ON 05/29/13 AXL | 14.64 | |
| 06/24/13 | [] Express Mail | 0.00 | |
| | | | $6,333.92 |

### OUTSIDE PROFESSIONAL SVCES

| Date | Description | Amount | |
|---|---|---|---|
| 06/06/13 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC520923 DTD 05/21/13 PROFESSIONAL SERVICE FOR THE PERIOD: APR 1 THRU APR 30, 2013 (RXZ) | 15,624.91 | |
| 06/28/13 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC533600 DTD 06/21/13 PROFESSIONAL SERVICES FOR THE PERIOD: MAY 1 THRU MAY 31, 2013 | 4,806.98 | |
| | | | $20,431.89 |

### POSTAGE

| Date | Description | Amount | |
|---|---|---|---|
| 06/05/13 | [] Postage | 29.02 | |
| 06/10/13 | [] Postage | 175.35 | |
| 06/11/13 | [] Postage | 175.35 | |
| 06/11/13 | [] Postage | 15.48 | |
| 06/11/13 | [] Postage | 197.94 | |
| 06/21/13 | [] Postage | 94.49 | |
| 06/21/13 | [] Postage | 11.88 | |
| | | | $699.51 |

### TELEPHONE

| Date | Description | Amount | |
|---|---|---|---|
| 06/07/13 | [] THE CONFERENCE GROUP, LLC---INV#149 - APR 2013 DTD 05/01/13 DE CONFERENCE CALL FEE FOR THE PERIOD: 04/01/13-04/30/13 | 3,329.38 | |
| | | | $3,329.38 |

|   |   |
|---|---|
| Total Reimbursement for out of pocket expenses | $30,794.70 |
| TOTAL THIS BILL | $45,844.70 |

**PREVIOUS BILLS OUTSTANDING**

| 116765 | 08/01/13 | 34,805.40 |
|---|---|---|
| | | $34,805.40 |

| | |
|---|---|
| GRAND TOTAL DUE | $80,650.10 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 116765 | 08/01/13 | 34,805.40 |
| | | $34,805.40 |

| | |
|---|---|
| **TOTAL DUE** | **$80,650.10** |

## Task Billing Summary Page

Re:  In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Case Administration** | |
|  | $183.00 |
| Subtotals | $183.00 |
| **EG Fee Applications** | |
|  | $7,296.50 |
| Subtotals | $7,296.50 |
| **Fee Objections EGS** | |
|  | $224.00 |
| Subtotals | $224.00 |
| **Fee Applications and Invoices - Other** | |
|  | $5,373.50 |
| Subtotals | $5,373.50 |
| **Fee Objections - Others** | |
|  | $326.00 |
| Subtotals | $326.00 |
| **Employee Benefits/Pensions** | |
|  | $1,647.00 |
| Subtotals | $1,647.00 |
| Totals | $15,050.00 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***