## EXHIBIT C

**SUMMARY OF EXPENSES FOR THE PERIOD**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| **Expense Category** | **Total Expenses** |
|---|---|
| Express Mail | $ 6,333.92 |
| Outside Professional Services | $ 20,431.89 |
| Postage | $ 699.51 |
| Telephone | $ 3,329.38 |
| TOTAL: | $ 30,794.70 |