**EXHIBIT B**



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

Salans FMC SNR Denton
dentons.com

T 416 863 4511
F 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2998275**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| **August 15, 2013** | **538462-000001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 68,711.00 |
| Disbursements | | 1,403.28 |
| **Total Amount Due** | **$** | **70,114.28** CND. |

**DENTONS CANADA LLP**

Per: _____

Michael Wunder

---

| **Payment Options:** | |
|---|---|
| <u>**Cheques:**</u><br>Cheques payable to Dentons Canada LLP<br>and mailed to the above noted address. | <u>**Internet Banking:**</u><br>Accepted at most financial institutions.  Your payee is Dentons Canada LLP and<br>your account number is 538462.  Please email us at<br>Edm.Accounting@dentons.com referencing invoice number and payment<br>amount. |
| <u>**Wire Transfer:**</u><br>Bank of Montreal<br>1st Canadian Place, Toronto, ON<br>Swift Code:  BOFMCAM2<br>Bank ID: 001 Transit: 00022<br>CAD Funds Bank Account : 0004-324 | <u>**Credit Card:**</u><br>Payments are accepted via telephone, email or fax.  We accept<br>American Express, MasterCard or Visa (please circle one).<br>Card No. _____<br>Expiry Date: _____ Amount: _____<br>Cardholder Name: _____<br>Signature: _____ |
|  | **Please email us at** Tor.Accounting@dentons.com **referencing invoice number and payment amount.**<br>**Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 2 of 15
Matter # 538462-000001

**Invoice Detail**

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 02-Jul-13 | RSK | 0002 | Review of draft order from U.S. Court regarding fee examiner and related correspondence from Akin Gump. | 0.3 |
| 02-Jul-13 | RSK | 0029 | Review email correspondence and proposed terms for allocation discovery document searching regarding Consolidated Document Requests. | 0.4 |
| 02-Jul-13 | RSK | 0029 | Review email correspondence regarding core allocation party meeting to prepare for allocation litigation. | 0.3 |
| 02-Jul-13 | RSK | 0029 | Review of EMEA debtors' counsel letter to District Court regarding appeal of allocations protocol, and analyze regarding Canadian appeal issues. | 0.3 |
| 02-Jul-13 | MJW | 0002 | Review correspondence from Akin Gump and draft order regarding fee examiner. | 0.2 |
| 02-Jul-13 | MJW | 0029 | Email correspondence with core parties' counsel regarding meeting for allocation litigation issues. | 0.1 |
| 02-Jul-13 | MJW | 0031 | Call to and email correspondence with NNI's Canadian counsel regarding Ontario Court of Appeal draft order from EMEA leave for appeal application, and forward update report to Akin Gump regarding Canadian order. | 0.3 |
| 02-Jul-13 | MJW | 0029 | Review email correspondence and related material from counsel to core allocation parties for allocation litigation discovery. | 0.3 |
| 02-Jul-13 | MJW | 0029 | Review documents regarding Canadian claims to prepare for allocation and claims litigation. | 1.4 |
| 02-Jul-13 | RCJ | 0002 | Consider U.S. order appointing fee examiner. | 0.1 |
| 02-Jul-13 | RCJ | 0031 | Research Canadian issues for allocation litigation. | 0.9 |
| 02-Jul-13 | RCJ | 0012 | Analysis of bond claim issues and claims against Canadian Nortel debtors. | 1.4 |
| 02-Jul-13 | RCJ | 0012 | Analyze EMEA debtor and UK pension claimants claims against Canadian Nortel debtors. | 0.6 |
| 03-Jul-13 | RSK | 0029 | Review of second set of interrogatory responses from various core allocation parties and certifications regarding document productions. | 1.4 |
| 03-Jul-13 | RSK | 0031 | Exchanged correspondence with Dentons team regarding form of Canadian EMEA debtor appeal request dismissal order. | 0.3 |
| 03-Jul-13 | RSK | 0031 | Review of proposed revisions to Canadian Court of Appeal order. | 0.2 |
| 03-Jul-13 | MJW | 0029 | Review EMEA debtor case summary filed with U.S. appeals court in connection with appeal of allocation protocol | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | decision. | |
| 03-Jul-13 | MJW | 0031 | Email correspondence with Canadian counsel for the core parties regarding Canadian Ontario Court of Appeal order, review proposed changes by counsel for EMEA debtors, and emails with Goodmans. | 0.3 |
| 03-Jul-13 | MJW | 0029 | Review and analyze answers to interrogatories served and filed by core parties to allocation litigation, and assess Canadian issues. | 1.8 |
| 03-Jul-13 | NEL | 0029 | Review documents and pleadings regarding allocation order appeal. | 0.4 |
| 04-Jul-13 | RSK | 0029 | Review of interrogatory responses and exchanged email correspondence with Dentons team. | 1.1 |
| 04-Jul-13 | RSK | 0031 | Review and exchange email correspondence regarding form of revised draft of Canadian order dismissing EMEA debtor appeal. | 0.2 |
| 04-Jul-13 | RSK | 0029 | Review summary of EMEA debtor arguments regarding appeal of allocation protocol. | 0.3 |
| 04-Jul-13 | MJW | 0031 | Email correspondence with Canadian counsel regarding draft Canadian court order and call to Goodmans to discuss. | 0.2 |
| 04-Jul-13 | MJW | 0029 | Confer with Dentons team regarding allocation litigation interrogatories and review of discovery material. | 0.2 |
| 04-Jul-13 | MJW | 0012 | Review objections by Canadian debtors and Monitor to EMEA debtor inter-company claims against the Canadian debtors and related EMEA claims. | 1.8 |
| 04-Jul-13 | RCJ | 0029 | Analyze EMEA arguments regarding allocation appeal. | 0.3 |
| 05-Jul-13 | RSK | 0031 | Review of finalized Canadian order dismissing EMEA appeal. | 0.2 |
| 08-Jul-13 | RSK | 0029 | Review of allocation litigation production confirmation by U.S. Debtors. | 0.2 |
| 08-Jul-13 | MJW | 0031 | Review email correspondence from Monitor's counsel regarding Canadian Court of Appeal order for EMEA debtor leave application. | 0.1 |
| 08-Jul-13 | MJW | 0029 | Review correspondence from NNI's counsel regarding allocation litigation document disclosure. | 0.1 |
| 09-Jul-13 | BLG | 0029 | Review of multiple email correspondence with counsel for core allocation parties regarding discovery interrogatories. | 0.3 |
| 09-Jul-13 | RSK | 0012 | Review of Akin Gump and Dentons correspondence regarding inter-company claims issues. | 0.3 |
| 09-Jul-13 | RSK | 0029 | Review of additional submissions from core parties regarding allocation litigation interrogatories and productions. | 0.8 |
| 09-Jul-13 | RCJ | 0012 | Continued detailed analysis of bond claim issues. | 1.8 |
| 09-Jul-13 | RCJ | 0031 | Confer with Dentons team regarding Canadian issues on claims resolution. | 0.9 |
| 10-Jul-13 | BLG | 0029 | Email correspondence regarding allocation litigation | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 4 of 15
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | interrogatories. | |
| 10-Jul-13 | RSK | 0031 | Review memo regarding Canadian law and inter-company claims issues. | 0.4 |
| 10-Jul-13 | RSK | 0029 | Review email correspondence regarding responses to allocation litigation interrogatories. | 0.3 |
| 10-Jul-13 | MJW | 0029 | Email correspondence with Akin Gump regarding Canadian legal issues relating to allocation litigation, and Canadian law summary. | 0.3 |
| 10-Jul-13 | MJW | 0029 | Review and analysis of Canadian law in connection with allocation and claims litigation and prepare memo regarding same. | 1.7 |
| 10-Jul-13 | MJW | 0029 | Confer with Dentons team regarding allocation and claims issues and Canadian law application. | 0.2 |
| 11-Jul-13 | BLG | 0029 | UCC Committee call. | 0.4 |
| 11-Jul-13 | BLG | 0029 | Conference call with Dentons team and NNI's Canadian counsel regarding allocation litigation discovery steps. | 0.4 |
| 11-Jul-13 | RSK | 0029 | Review of multiple allocation litigation interrogatory responses from counsel for core parties. | 0.5 |
| 11-Jul-13 | MJW | 0007 | Review documents and reports to prepare for UCC update call. | 0.3 |
| 11-Jul-13 | MJW | 0007 | Attend on UCC call. | 0.4 |
| 11-Jul-13 | MJW | 0031 | Attend on conference call with Dentons and NNI's Canadian counsel to discuss allocation and claims litigation Canadian issues, and confer with Dentons team regarding same. | 0.4 |
| 11-Jul-13 | MJW | 0029 | Review correspondence from BNY Mellon counsel regarding allocation litigation document production. | 0.1 |
| 11-Jul-13 | MJW | 0012 | Review Canadian court orders and litigation timetable in connection with Canadian claims litigation. | 0.3 |
| 12-Jul-13 | BLG | 0029 | Review email correspondence regarding letters rogatory for allocation litigation. | 0.2 |
| 12-Jul-13 | BLG | 0029 | Call to Akin Gump regarding core allocation party in person meeting. | 0.1 |
| 12-Jul-13 | RSK | 0029 | Review of Joint application of U.S. Debtors and Committee for Letters Rogatory. | 0.7 |
| 12-Jul-13 | MJW | 0002 | Review and analyze U.S. court order and call with Akin Gump to discuss. | 0.3 |
| 12-Jul-13 | MJW | 0003 | Confer with and provide instructions to Dentons clerk, and review draft disclosure material for fee examiner, and forward same to UCC's U.S. counsel for service. | 0.2 |
| 12-Jul-13 | MJW | 0003 | Prepare May 2013 account. | 1.6 |
| 12-Jul-13 | MJW | 0031 | Review joint letters rogatory served by NNI and UCC regarding EMEA debtor allocation litigation disclosure issues and analyze related Canadian issues for claims litigation. | 0.5 |
| 12-Jul-13 | RCJ | 0029 | Review joint NNI/UCC application for letters rogatory and | 0.7 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 5 of 15
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|----------------------|-------|
| | | | consider Canadian application. | |
| 12-Jul-13 | RCJ | 0031 | Research on Canadian issues related to allocation and claims litigation, and analyze Canadian issues. | 2.6 |
| 15-Jul-13 | BLG | 0031 | Review of Canadian court decisions and analyze same regarding Canadian law and allocation and claims litigation. | 0.7 |
| 15-Jul-13 | BLG | 0031 | Email correspondence to UCC advisors regarding Canadian court decisions and analyze same regarding Canadian law and allocation claims litigation. | 0.3 |
| 15-Jul-13 | BLG | 0029 | Email correspondence with Dentons team members regarding meeting for core parties for allocation litigation discovery issues. | 0.2 |
| 15-Jul-13 | BLG | 0029 | Review email correspondence regarding allocation litigation document discovery productions. | 0.1 |
| 15-Jul-13 | RSK | 0029 | Review allocation litigation discovery productions from bondholder group. | 0.1 |
| 15-Jul-13 | RSK | 0029 | Review email correspondence regarding allocation litigation discovery and meeting schedule. | 0.2 |
| 16-Jul-13 | BLG | 0029 | Exchange email correspondence with and call with Akin Gump regarding allocation litigation issues and meeting. | 0.2 |
| 16-Jul-13 | BLG | 0031 | Email report to Akin Gump regarding Canadian court decisions relating to allocation litigation. | 0.8 |
| 16-Jul-13 | RSK | 0012 | Review of case law regarding analysis of Canadian claims litigation. | 0.3 |
| 16-Jul-13 | RSK | 0031 | Review of additional analysis from B. Grossman regarding allocation litigation and Canadian court decisions. | 0.4 |
| 16-Jul-13 | MJW | 0019 | Email correspondence with UCC advisors regarding LTD employee opinion and related issues. | 0.2 |
| 16-Jul-13 | MJW | 0003 | Prepare May 2013 account. | 1.0 |
| 16-Jul-13 | RCJ | 0031 | Analysis of allocation litigation jurisdiction issue and Canadian law application. | 1.1 |
| 16-Jul-13 | RCJ | 0031 | Confer with Dentons team regarding allocation litigation jurisdiction issue, and Canadian law application. | 0.2 |
| 16-Jul-13 | NEL | 0019 | Review U.S. employee order and decision, related correspondence with UCC advisors, and consider Canadian issues. | 0.4 |
| 17-Jul-13 | BLG | 0031 | Instruct student and review report regarding recent Canadian case and allocation litigation jurisdiction issues. | 0.4 |
| 17-Jul-13 | RSK | 0031 | Review of issued Canadian court order dismissing EMEA debtor leave to appeal motion. | 0.2 |
| 17-Jul-13 | RSK | 0029 | Review of correspondence from NNI's counsel email regarding allocation litigation responses. | 0.2 |
| 17-Jul-13 | MJW | 0031 | Review email correspondence from Cleary regarding allocation litigation and disclosure, and analyze and consider Canadian | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 6 of 15
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | estate disclosure issues. | |
| 17-Jul-13 | MJW | 0019 | Review LTD severance opinion, and review Canadian employee claims procedure orders. | 0.4 |
| 17-Jul-13 | MJW | 0003 | Prepare June 2013 fee account. | 1.6 |
| 17-Jul-13 | BC | 0031 | Reviewing Canadian case law regarding allocation litigation issues and reporting to B. Grossman. | 1.3 |
| 18-Jul-13 | BLG | 0029 | Attend UCC meeting participation by telephone. | 0.4 |
| 18-Jul-13 | BLG | 0029 | Email correspondence exchange regarding allocation interrogatories, productions, and in person meeting. | 0.4 |
| 18-Jul-13 | BLG | 0029 | Review email correspondence regarding U.S. appeal expedited timetable for allocation protocol appeal. | 0.2 |
| 18-Jul-13 | RSK | 0007 | Participated on Committee call. | 0.4 |
| 18-Jul-13 | MJW | 0007 | Attend UCC meeting by telephone. | 0.4 |
| 18-Jul-13 | MJW | 0029 | Review U.S. court order regarding EMEA debtor motion to expedite appeal request for allocation protocol approval order, and Akin Gump report regarding same. | 0.3 |
| 18-Jul-13 | RCJ | 0007 | Participated in Committee call. | 0.4 |
| 18-Jul-13 | NEL | 0029 | Review email correspondence regarding allocation appeal issues. | 0.1 |
| 19-Jul-13 | BLG | 0029 | Review update reports regarding US District Court dismissal of EMEA debtor appeal request. | 0.3 |
| 19-Jul-13 | BLG | 0029 | Review email correspondence regarding allocation litigation discovery productions. | 0.2 |
| 19-Jul-13 | RSK | 0029 | Review of Third Circuit Order regarding expediting appeal and related update report from Akin Gump. | 0.2 |
| 19-Jul-13 | RSK | 0029 | Review of document production notice from Law Debenture. | 0.1 |
| 19-Jul-13 | RSK | 0029 | Review of additional interrogatory responses from U.S. Debtors, CCC and UCC. | 0.4 |
| 19-Jul-13 | RSK | 0032 | Review of email correspondence from Akin Gump and NNI's counsel regarding dismissal of EMEA debtor leave to appeal. | 0.2 |
| 19-Jul-13 | MJW | 0029 | Review U.S. court order regarding EMEA debtor appeal for motion to compel arbitration. | 0.1 |
| 19-Jul-13 | MJW | 0032 | Review Akin Gump report regarding EMEA debtor appeal of order approving the allocation protocol. | 0.2 |
| 19-Jul-13 | MJW | 0029 | Email correspondence from counsel for multiple allocation parties regarding allocation document production and interrogatory responses. | 0.3 |
| 19-Jul-13 | NEL | 0029 | Review email correspondence with respect to EMEA debtor appeals. | 0.1 |
| 22-Jul-13 | RSK | 0029 | Review of interrogatory responses from U.S. counsel for Monitor and Canadian debtors. | 0.3 |
| 22-Jul-13 | RSK | 0029 | Review of deposition list from Monitor and Canadian Debtors. | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 7 of 15
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 22-Jul-13 | RSK | 0029 | Review of document production notice from UCC. | 0.1 |
| 22-Jul-13 | RSK | 0029 | Review of supplementary interrogatory response from counsel for EMEA debtors. | 0.1 |
| 22-Jul-13 | RSK | 0029 | Review of notice from Law Debenture counsel regarding allocation document production. | 0.1 |
| 22-Jul-13 | RSK | 0029 | Review of Notice of Subpoena by EMEA debtors for allocation litigation. | 0.4 |
| 22-Jul-13 | RSK | 0029 | Review of notices regarding document production from Nortel Canadian officers/directors, Bondholder group, Wilmington Trust, Bank of New York Mellon, UK pension claimants, Monitor and Canadian debtors. | 0.8 |
| 22-Jul-13 | RSK | 0029 | Review of correspondence from U.S. counsel for EMEA debtors regarding allocation litigation discovery productions. | 0.2 |
| 22-Jul-13 | RSK | 0029 | Review of U.S. debtors document production. | 0.2 |
| 22-Jul-13 | MJW | 0003 | Prepare May 2013 fee application. | 1.3 |
| 22-Jul-13 | MJW | 0003 | Prepare June 2013 fee account. | 1.1 |
| 22-Jul-13 | MJW | 0029 | Review email correspondence with counsel for allocation parties regarding witnesses and status of disclosure of discovery material. | 0.3 |
| 22-Jul-13 | NEL | 0029 | Review allocation litigation witness list and subpoenas. | 0.2 |
| 23-Jul-13 | RSK | 0032 | Review of certification of counsel regarding late filed claims discovery. | 0.2 |
| 23-Jul-13 | RSK | 0029 | Review of Canadian creditors committee reserved request for allocation litigation to the bondholder group note indenture trustees. | 0.2 |
| 23-Jul-13 | RSK | 0029 | Review of supplementary responses by Canadian creditors committee to interrogatories. | 0.2 |
| 23-Jul-13 | RSK | 0029 | Review of District Court Order dismissing EMEA joint administrators' motion for leave to appeal decision approving allocation protocol. | 0.1 |
| 23-Jul-13 | MJW | 0029 | Review subpoenas served by EMEA debtors for allocation litigation disclosure. | 0.2 |
| 23-Jul-13 | MJW | 0029 | Review multiple correspondence from counsel for EMEA debtors regarding allocation litigation disclosure and related protective order. | 0.4 |
| 23-Jul-13 | MJW | 0029 | Review email correspondence and related material from Canadian counsel for Monitor regarding allocation litigation, confidentiality issues, and related matters. | 0.3 |
| 23-Jul-13 | MJW | 0029 | Review correspondence from counsel for NNI regarding allocation litigation, confidentiality issues, and related matters. | 0.2 |
| 23-Jul-13 | MJW | 0012 | Review U.S. order and Akin Gump report regarding Canadian creditors committee motion regarding claims against U.S. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 8 of 15
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| | | | debtors. | |
| 23-Jul-13 | MJW | 0029 | Review correspondence from counsel for Canadian creditors committee requesting disclosure information regarding allocation litigation, and email correspondence with UCC advisors regarding same. | 0.3 |
| 23-Jul-13 | MJW | 0032 | Review U.S. District Court order regarding EMEA debtor request for appeal of order approving allocation protocol. | 0.2 |
| 23-Jul-13 | NEL | 0029 | Review email correspondence with respect to allocation litigation requests for disclosure. | 0.1 |
| 24-Jul-13 | BLG | 0019 | Review email correspondence regarding UK Supreme Court ruling regarding pension claims. | 0.3 |
| 24-Jul-13 | BLG | 0029 | Review of email correspondence regarding allocation litigation productions and interrogatories. | 0.3 |
| 24-Jul-13 | RSK | 0019 | Review of update reports regarding UK Supreme Court ruling on pension liabilities and email correspondence with UCC advisors. | 0.3 |
| 24-Jul-13 | RSK | 0029 | Review of correspondence from counsel for bondholder group regarding allocation litigation interrogatory responses. | 0.2 |
| 24-Jul-13 | RSK | 0029 | Review of trial witness identification correspondence from U.S. interests. | 0.2 |
| 24-Jul-13 | RSK | 0029 | Review of identification notice for Canadian creditors committee regarding non-expert affiants. | 0.2 |
| 24-Jul-13 | RSK | 0029 | Review of allocation litigation list of witnesses for Canadian officers/directors. | 0.2 |
| 24-Jul-13 | RSK | 0029 | Review of allocation litigation list of fact witnesses for UK pension claimants. | 0.3 |
| 24-Jul-13 | RSK | 0029 | Review of supplemental response of Monitor and Canadian Debtors to consolidated allocation litigation interrogatories. | 0.1 |
| 24-Jul-13 | RSK | 0029 | Review of list of anticipated affiants of Monitor and Canadian Debtors. | 0.1 |
| 24-Jul-13 | RSK | 0029 | Review of witness identification reservation from EMEA debtors. | 0.1 |
| 24-Jul-13 | RCJ | 0019 | Review UK Supreme Court ruling regarding FSD liability. | 0.2 |
| 24-Jul-13 | RCJ | 0031 | Email correspondence with Dentons and Akin Gump teams regarding effect of UK Supreme Court ruling. | 0.3 |
| 24-Jul-13 | NEL | 0019 | Review and analyze update regarding U.K. pension claims issues. | 0.5 |
| 25-Jul-13 | BLG | 0007 | Participate by phone in UCC meeting. | 0.9 |
| 25-Jul-13 | BLG | 0029 | Receipt and review of correspondence regarding allocation litigation interrogatories. | 0.1 |
| 25-Jul-13 | RSK | 0007 | Participated on Committee call. | 0.9 |
| 25-Jul-13 | RSK | 0029 | Review of response from bondholder group regarding allocation litigation issues. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 25-Jul-13 | RSK | 0029 | Review of allocation litigation subpoenas filed by EMEA debtors. | 0.2 |
| 25-Jul-13 | RSK | 0029 | Review of correspondence from counsel for UK pension claimants to counsel for Monitor and Canadian Debtors regarding interrogatory responses. | 0.2 |
| 25-Jul-13 | MJW | 0007 | Attend on Committee call. | 0.9 |
| 25-Jul-13 | MJW | 0029 | Review multiple court filings by core allocation parties with list of fact witnesses for allocation litigation. | 0.5 |
| 25-Jul-13 | MJW | 0029 | Review correspondence from core allocation parties regarding allocation litigation witnesses and discovery process. | 0.3 |
| 25-Jul-13 | MJW | 0019 | Review UK court decision regarding pension claims and email correspondence with UCC advisors regarding same. | 0.4 |
| 25-Jul-13 | MJW | 0012 | Review U.S. court stipulation regarding discovery protocol for motion by former Canadian employees and late filed claims. | 0.3 |
| 25-Jul-13 | MJW | 0029 | Review subpoenas issued by EMEA debtors regarding allocation litigation discovery. | 0.3 |
| 25-Jul-13 | MJW | 0029 | Review objections to document request from Canadian creditors committee from multiple core parties to allocation litigation. | 0.3 |
| 25-Jul-13 | RCJ | 0007 | Participated in Committee call (part call). | 0.5 |
| 25-Jul-13 | RCJ | 0012 | Continued analysis of bond and EMEA debtor claim issues regarding claims against Nortel Canadian debtors. | 1.6 |
| 26-Jul-13 | RSK | 0029 | Review of multiple correspondence in response to Canadian creditors committee reserved request from Bank of New York Mellon, Law Debenture and Wilmington Trust. | 0.5 |
| 26-Jul-13 | RSK | 0029 | Review of EMEA debtors subpoena regarding allocation litigation discovery. | 0.3 |
| 26-Jul-13 | RSK | 0029 | Review of UCC notice of allocation litigation document production. | 0.1 |
| 26-Jul-13 | RSK | 0029 | Review of UK pension claimants' correspondence regarding allocation litigation document production. | 0.2 |
| 26-Jul-13 | RSK | 0029 | Review of notice of examination of Canadian debtors by UK pension claimants. | 0.5 |
| 26-Jul-13 | RSK | 0029 | Review of UK pension claimants' notice of deposition to U.S. debtors. | 0.2 |
| 26-Jul-13 | RSK | 0029 | Review of Canadian Allocation Group's notice of examination to allocation core parties. | 0.7 |
| 26-Jul-13 | RSK | 0029 | Review of Notice of Examination of EMEA debtors and UK pension claimants from Canadian parties. | 0.3 |
| 26-Jul-13 | RSK | 0029 | Review of EMEA debtors Notices of Examination (multiple) for other allocation litigation core parties. | 0.8 |
| 26-Jul-13 | RSK | 0029 | Review of deposition notices from U.S. Debtors and UCC for other allocation litigation core parties. | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 10 of 15
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 26-Jul-13 | MJW | 0029 | Review core allocation parties objections to Canadian creditors committee discovery request in connection with allocation litigation. | 0.3 |
| 26-Jul-13 | MJW | 0029 | Review EMEA debtor additional subpoena in connection with allocation litigation. | 0.2 |
| 26-Jul-13 | MJW | 0029 | Review correspondence from counsel for UK pension claimants regarding allocation discovery status. | 0.1 |
| 29-Jul-13 | BLG | 0029 | Review of examination notices issued by Monitor regarding depositions allocation litigation. | 0.1 |
| 29-Jul-13 | BLG | 0029 | Email correspondence with Akin Gump regarding allocation litigation dispositions. | 0.2 |
| 29-Jul-13 | BLG | 0029 | Telephone attendance with Akin Gump regarding allocation litigation depositions. | 0.3 |
| 29-Jul-13 | BLG | 0029 | Email correspondence regarding allocation litigation supplementary productions and trial witness identification. | 0.3 |
| 29-Jul-13 | BLG | 0029 | Email correspondence with Akin Gump regarding core party allocation litigation meeting. | 0.1 |
| 29-Jul-13 | RSK | 0029 | Review correspondence from NNI's counsel regarding allocation litigation document production. | 0.2 |
| 29-Jul-13 | RSK | 0029 | Review of email correspondence regarding document production from bondholder group and UK pension claimants. | 0.3 |
| 29-Jul-13 | RSK | 0029 | Review of supplemental response from EMEA debtors regarding anticipated trial witnesses for allocation litigation. | 0.2 |
| 29-Jul-13 | MJW | 0031 | Meet with Akin Gump lawyers to discuss case status, Canadian claims litigation and Canadian required action items. | 0.4 |
| 29-Jul-13 | MJW | 0029 | Review multiple court filings by core allocation parties with list of fact witnesses for allocation litigation. | 0.6 |
| 29-Jul-13 | MJW | 0029 | Review notice of exam issued by UK pension claimants against Canadian debtors and list of examination topics. | 0.4 |
| 29-Jul-13 | MJW | 0029 | Review notice of exam issued by UK pension claimants against U.S. debtors and list of examination topics. | 0.2 |
| 29-Jul-13 | MJW | 0029 | Review notices of exam issued by Canadian debtors against core allocation parties, and list of examination topics. | 0.3 |
| 29-Jul-13 | MJW | 0029 | Review notice of exam issued by EMEA debtors against core allocation parties and list of examination topics. | 0.4 |
| 30-Jul-13 | BLG | 0029 | Confer with M. Wunder regarding allocation litigation documentary discovery and depositions. | 0.1 |
| 30-Jul-13 | BLG | 0029 | Email correspondence with Akin Gump regarding comments from U.S. court regarding location of allocation trial. | 0.1 |
| 30-Jul-13 | BLG | 0029 | Email correspondence from counsel for core allocation parties regarding allocation trial witness identification and deposition witnesses. | 0.3 |
| 30-Jul-13 | RSK | 0029 | Review of email correspondence from Akin Gump regarding | 0.1 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | allocation litigation trial. | |
| 30-Jul-13 | RSK | 0029 | Review of EMEA debtors' subpoenas for allocation litigation. | 0.6 |
| 30-Jul-13 | RSK | 0029 | Review of examination lists from U.S. Interests, UK pension claimants/EMEA debtors and Canadian parties, including deposition topics. | 0.7 |
| 30-Jul-13 | MJW | 0029 | Review subpoenas served by EMEA debtors regarding allocation litigation discovery. | 0.4 |
| 30-Jul-13 | MJW | 0029 | Review email correspondence regarding allocation litigation discovery and witness issues from counsel for multiple core allocation parties. | 0.2 |
| 30-Jul-13 | MJW | 0031 | Email correspondence with Akin Gump and Dentons team regarding allocation litigation and jurisdictional issues, and review related recent Canadian court decisions. | 0.5 |
| 30-Jul-13 | MJW | 0031 | Confer with B. Grossman regarding Canadian issues relating to allocation litigation and discovery. | 0.1 |
| 31-Jul-13 | BLG | 0029 | Review of email correspondence from Akin Gump regarding UCC meeting and allocation litigation status updates. | 0.3 |
| 31-Jul-13 | BLG | 0029 | Review correspondence and notices from discovery groups and various core parties regarding depositions, witness identification, interrogatories and rolling productions in connection with allocation and claims litigation. | 1.4 |
| 31-Jul-13 | RSK | 0029 | Review of correspondence from Akin Gump regarding witnesses for allocation litigation deposition/examination. | 0.3 |
| 31-Jul-13 | RSK | 0031 | Review of email correspondence from Akin Gump regarding Canadian law and claims issues and discuss with M. Wunder. | 0.3 |
| 31-Jul-13 | RSK | 0031 | Review research regarding Canadian law applicable to claims. | 0.4 |
| 31-Jul-13 | RSK | 0029 | Review of correspondence from NNI's Canadian counsel regarding allocation litigation witnesses. | 0.1 |
| 31-Jul-13 | MJW | 0012 | Email correspondence and call with Akin Gump to discuss Canadian law and allocation and claims issues. | 0.2 |
| 31-Jul-13 | MJW | 0012 | Confer with Dentons team to discuss Canadian claims issues and Canadian law analysis regarding same, and review Canadian law memo regarding same. | 1.2 |
| 31-Jul-13 | MJW | 0029 | Email correspondence with counsel for allocation parties regarding allocation litigation discovery issues and witnesses. | 0.4 |
| 31-Jul-13 | RCJ | 0012 | Review and consider email correspondence from Akin Gump regarding Canadian claims analysis. | 0.3 |
| 31-Jul-13 | RCJ | 0012 | Conduct analysis of claims issues and related allocation issues. | 1.8 |
| | | | **Total** | **85.9** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 12 of 15
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barbara Capes | Student | Students | | 1.3 | $215.00 | $279.50 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 10.8 | $775.00 | $8,370.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 31.7 | $795.00 | $25,201.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 1.8 | $525.00 | $945.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 15.7 | $750.00 | $11,775.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 24.6 | $900.00 | $22,140.00 |
| TOTAL | | | | 85.9 | CDN. | $68,711.00 |

**TOTAL PROFESSIONAL FEES**       $   68,711.00

**NON-TAXABLE DISBURSEMENTS**
- Airfare/Travel    $    353.91
- Binding Books / Documents    80.20
- Conference Call charges    16.30
- Long Distance Telephone Calls    53.07
- Photocopy & Printing Charges    899.80

**TOTAL NON-TAXABLE DISBURSEMENTS**    $   1,403.28

**TOTAL DISBURSEMENTS**    1,403.28

**TOTAL AMOUNT DUE**    $   70,114.28 CND

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 13 of 15
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0002 | General Case Administration | 0.9 | 742.50 |
| 0003 | Dentons Fee Application/Monthly Billing Reports | 6.8 | 5,406.00 |
| 0007 | Creditors Committee Meetings | 5.1 | 4,132.50 |
| 0012 | General Claims Analysis/Claims Objections | 12.2 | 9,424.50 |
| 0019 | Labor Issues/Employee Benefits | 2.7 | 1,920.00 |
| 0029 | Intercompany Analysis | 42.1 | 35,039.00 |
| 0031 | Canadian Proceedings/Matters | 15.3 | 11,368.50 |
| 0032 | U.S. Proceedings/Matters | 0.8 | 678.00 |
| | **Total** | 85.9 | $68,711.00 |

DENTONS CANADA LLP                                    INVOICE 2998275
The Official Committee of Unsecured Creditors              Page 14 of 15
Re: Nortel Networks Inc., et al.                    Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 02-Jul-13 | Laser Copy;beardc | 24.00 | 2.40 |
| 02-Jul-13 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 02-Jul-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 02-Jul-13 | Laser Copy;Erandio, N. | 881.00 | 88.10 |
| 02-Jul-13 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 02-Jul-13 | Laser Copy;WUNDER M | 32.00 | 3.20 |
| 03-Jul-13 | binders/tabs | 1.00 | 67.80 |
| 03-Jul-13 | Laser Copy;Erandio, N. | 606.00 | 60.60 |
| 03-Jul-13 | Laser Copy;KUKULOWI | 24.00 | 2.40 |
| 03-Jul-13 | Laser Copy;NELSON M | 147.00 | 14.70 |
| 03-Jul-13 | Laser Copy;NigroR | 161.00 | 16.10 |
| 03-Jul-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 03-Jul-13 | Laser Copy;beardc | 325.00 | 32.50 |
| 03-Jul-13 | Photocopy;DamaniA | 142.00 | 14.20 |
| 03-Jul-13 | Laser Copy;COSENTIN | 367.00 | 36.70 |
| 03-Jul-13 | Laser Copy;DamaniA | 1,196.00 | 119.60 |
| 04-Jul-13 | Laser Copy;beardc | 7.00 | 0.70 |
| 04-Jul-13 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 04-Jul-13 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 04-Jul-13 | Laser Copy;NigroR | 6.00 | 0.60 |
| 04-Jul-13 | Photocopy;DamaniA | 30.00 | 3.00 |
| 05-Jul-13 | Laser Copy;NigroR | 57.00 | 5.70 |
| 08-Jul-13 | Laser Copy;Erandio, N. | 342.00 | 34.20 |
| 08-Jul-13 | Laser Copy;jacobsr | 50.00 | 5.00 |
| 08-Jul-13 | Laser Copy;KARTASHM | 2.00 | 0.20 |
| 08-Jul-13 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 08-Jul-13 | Laser Copy;NigroR | 205.00 | 20.50 |
| 08-Jul-13 | Binder | 1.00 | 6.20 |
| 09-Jul-13 | white binder | 1.00 | 6.20 |
| 09-Jul-13 | Laser Copy;Erandio, N. | 809.00 | 80.90 |
| 09-Jul-13 | Laser Copy;NELSON M | 62.00 | 6.20 |
| 09-Jul-13 | Laser Copy;NigroR | 20.00 | 2.00 |
| 09-Jul-13 | Laser Copy;Vincent-DunlopT | 1.00 | 0.10 |
| 10-Jul-13 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 10-Jul-13 | Laser Copy;NELSON M | 48.00 | 4.80 |
| 10-Jul-13 | Laser Copy;NigroR | 29.00 | 2.90 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2998275
Page 15 of 15
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 10-Jul-13 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 11-Jul-13 | Laser Copy;NELSON M | 101.00 | 10.10 |
| 11-Jul-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 12-Jul-13 | Telephone;12128728027;New YorkNY;4417 | 1.00 | 1.53 |
| 16-Jul-13 | Telephone;12128728027;New YorkNY;4417 | 1.00 | 1.53 |
| 16-Jul-13 | Conference Call Charges | 1.00 | 7.39 |
| 16-Jul-13 | Conference Call Charges | 1.00 | 8.91 |
| 16-Jul-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 17-Jul-13 | Laser Copy;KUKULOWI | 7.00 | 0.70 |
| 17-Jul-13 | Laser Copy;Peters, C. | 3.00 | 0.30 |
| 18-Jul-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 18-Jul-13 | Laser Copy;Peters, C. | 18.00 | 1.80 |
| 19-Jul-13 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 22-Jul-13 | Laser Copy;GROSSMAN | 5.00 | 0.50 |
| 22-Jul-13 | Laser Copy;NELSON M | 77.00 | 7.70 |
| 24-Jul-13 | Laser Copy;NELSON M | 97.00 | 9.70 |
| 24-Jul-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 25-Jul-13 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 25-Jul-13 | Laser Copy;Vincent-DunlopT | 51.00 | 5.10 |
| 25-Jul-13 | Return flight from Toronto to New York for B. Grossman on August 5 and 6, 2013 (meeting in New York); 2013-7-17 | 1.00 | 353.91 |
| 25-Jul-13 | Rogers Wireless charges for Nortel calls for M. Wunder on March 28 to April 10/13; 2013-3-28 | 1.00 | 50.01 |
| 26-Jul-13 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 29-Jul-13 | Laser Copy;Peters, C. | 4.00 | 0.40 |
| 30-Jul-13 | Laser Copy;NELSON M | 744.00 | 74.40 |
| 30-Jul-13 | Laser Copy;WUNDER M | 21.00 | 2.10 |
| 31-Jul-13 | Laser Copy;GROSSMAN | 195.00 | 19.50 |
| 31-Jul-13 | Laser Copy;KARTASHM | 31.00 | 3.10 |
| 31-Jul-13 | Laser Copy;NELSON M | 112.00 | 11.20 |
| 31-Jul-13 | Laser Copy;Peters, C. | 1,385.00 | 138.50 |
| 31-Jul-13 | Laser Copy;WUNDER M | 59.00 | 5.90 |
| 31-Jul-13 | Photocopy;Peters, C. | 99.00 | 9.90 |
| 31-Jul-13 | Photocopy;Peters, C. | 240.00 | 24.00 |
| | | | $ 1,403.28 |

**TOTAL DISBURSEMENTS**