EXHIBIT C

**DISBURSEMENT SUMMARY**
**JULY 1 TO JULY 31, 2013**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements
| | |
|---|---|
| Airfare/Travel | $ 353.91 |
| Binding Books/Documents | $ 80.20 |
| Conference Call charges | $ 16.30 |
| Long Distance Telephone Calls | $ 53.07 |
| Photocopy & Printing Charges | $ 899.80 |
| **Total Non-Taxable Disbursements** | **$ 1,403.28 CDN.** |