# EXHIBIT D

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2998275  
Page 14 of 15  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
| --- | --- | --- | --- |
| 02-Jul-13 | Laser Copy;beardc | 24.00 | 2.40 |
| 02-Jul-13 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 02-Jul-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 02-Jul-13 | Laser Copy;Erandio, N. | 881.00 | 88.10 |
| 02-Jul-13 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 02-Jul-13 | Laser Copy;WUNDER M | 32.00 | 3.20 |
| 03-Jul-13 | binders/tabs | 1.00 | 67.80 |
| 03-Jul-13 | Laser Copy;Erandio, N. | 606.00 | 60.60 |
| 03-Jul-13 | Laser Copy;KUKULOWI | 24.00 | 2.40 |
| 03-Jul-13 | Laser Copy;NELSON M | 147.00 | 14.70 |
| 03-Jul-13 | Laser Copy;NigroR | 161.00 | 16.10 |
| 03-Jul-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 03-Jul-13 | Laser Copy;beardc | 325.00 | 32.50 |
| 03-Jul-13 | Photocopy;DamaniA | 142.00 | 14.20 |
| 03-Jul-13 | Laser Copy;COSENTIN | 367.00 | 36.70 |
| 03-Jul-13 | Laser Copy;DamaniA | 1,196.00 | 119.60 |
| 04-Jul-13 | Laser Copy;beardc | 7.00 | 0.70 |
| 04-Jul-13 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 04-Jul-13 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 04-Jul-13 | Laser Copy;NigroR | 6.00 | 0.60 |
| 04-Jul-13 | Photocopy;DamaniA | 30.00 | 3.00 |
| 05-Jul-13 | Laser Copy;NigroR | 57.00 | 5.70 |
| 08-Jul-13 | Laser Copy;Erandio, N. | 342.00 | 34.20 |
| 08-Jul-13 | Laser Copy;jacobsr | 50.00 | 5.00 |
| 08-Jul-13 | Laser Copy;KARTASHM | 2.00 | 0.20 |
| 08-Jul-13 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 08-Jul-13 | Laser Copy;NigroR | 205.00 | 20.50 |
| 08-Jul-13 | Binder | 1.00 | 6.20 |
| 09-Jul-13 | white binder | 1.00 | 6.20 |
| 09-Jul-13 | Laser Copy;Erandio, N. | 809.00 | 80.90 |
| 09-Jul-13 | Laser Copy;NELSON M | 62.00 | 6.20 |
| 09-Jul-13 | Laser Copy;NigroR | 20.00 | 2.00 |
| 09-Jul-13 | Laser Copy;Vincent-DunlopT | 1.00 | 0.10 |
| 10-Jul-13 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 10-Jul-13 | Laser Copy;NELSON M | 48.00 | 4.80 |
| 10-Jul-13 | Laser Copy;NigroR | 29.00 | 2.90 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2998275  
Page 15 of 15  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 10-Jul-13 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 11-Jul-13 | Laser Copy;NELSON M | 101.00 | 10.10 |
| 11-Jul-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 12-Jul-13 | Telephone;12128728027;New YorkNY;4417 | 1.00 | 1.53 |
| 16-Jul-13 | Telephone;12128728027;New YorkNY;4417 | 1.00 | 1.53 |
| 16-Jul-13 | Conference Call Charges | 1.00 | 7.39 |
| 16-Jul-13 | Conference Call Charges | 1.00 | 8.91 |
| 16-Jul-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 17-Jul-13 | Laser Copy;KUKULOWI | 7.00 | 0.70 |
| 17-Jul-13 | Laser Copy;Peters, C. | 3.00 | 0.30 |
| 18-Jul-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 18-Jul-13 | Laser Copy;Peters, C. | 18.00 | 1.80 |
| 19-Jul-13 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 22-Jul-13 | Laser Copy;GROSSMAN | 5.00 | 0.50 |
| 22-Jul-13 | Laser Copy;NELSON M | 77.00 | 7.70 |
| 24-Jul-13 | Laser Copy;NELSON M | 97.00 | 9.70 |
| 24-Jul-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 25-Jul-13 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 25-Jul-13 | Laser Copy;Vincent-DunlopT | 51.00 | 5.10 |
| 25-Jul-13 | Return flight from Toronto to New York for B. Grossman on August 5 and 6, 2013 (meeting in New York); 2013-7-17 | 1.00 | 353.91 |
| 25-Jul-13 | Rogers Wireless charges for Nortel calls for M. Wunder on March 28 to April 10/13; 2013-3-28 | 1.00 | 50.01 |
| 26-Jul-13 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 29-Jul-13 | Laser Copy;Peters, C. | 4.00 | 0.40 |
| 30-Jul-13 | Laser Copy;NELSON M | 744.00 | 74.40 |
| 30-Jul-13 | Laser Copy;WUNDER M | 21.00 | 2.10 |
| 31-Jul-13 | Laser Copy;GROSSMAN | 195.00 | 19.50 |
| 31-Jul-13 | Laser Copy;KARTASHM | 31.00 | 3.10 |
| 31-Jul-13 | Laser Copy;NELSON M | 112.00 | 11.20 |
| 31-Jul-13 | Laser Copy;Peters, C. | 1,385.00 | 138.50 |
| 31-Jul-13 | Laser Copy;WUNDER M | 59.00 | 5.90 |
| 31-Jul-13 | Photocopy;Peters, C. | 99.00 | 9.90 |
| 31-Jul-13 | Photocopy;Peters, C. | 240.00 | 24.00 |
| **TOTAL DISBURSEMENTS** | | | **$ 1,403.28** |