**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JULY 1, 2013 THROUGH JULY 31, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barbara Capes | Student | Students | | 1.3 | $215.00 | $279.50 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 10.8 | $775.00 | $8,370.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 31.7 | $795.00 | $25,201.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 1.8 | $525.00 | $945.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 15.7 | $750.00 | $11,775.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 24.6 | $900.00 | $22,140.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $68,711.00 |

12310086_1|TORDOCS