# EXHIBIT C

## DISBURSEMENT SUMMARY
## JULY 1, 2013 THROUGH JULY 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $211.72 |
| Conference Call /Telephone/Video Conferencing | $3,825.85 |
| Duplicating (billed at $.10 per page) | $2,391.70 |
| Meals/Committee Meeting Expenses | $2,205.65 |
| Travel Expenses – Airfare | $971.76 |
| Travel Expenses – Ground Transportation | $1,250.63 |
| Travel Expenses – Train Fare | $881.00 |
| Retained Professional Fees & Expenses | $326,878.45 |
| **TOTAL** | **$338,616.76** |