# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---:|
| Invoice Number | 1496622 |
| Invoice Date | 08/23/13 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/23/13 | Meals - Business Lunch at Cafe Gourmet regarding Nortel Chapter 11 bankruptcy; Oz Halabi; Cafe Gourmet 42, 130 W 42nd St, NY, NY | $23.78 |
| 04/29/13 | Telephone - Personal Lines Personal telephone line used to participate in court hearing.; Courtcall | $37.00 |
| 05/28/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 0590576661 DEPARTURE DATE: 05/28/2013 ROUTE: EWR/YTZ/EWR | $37.00 |
| 05/28/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 7229706651 DEPARTURE DATE: 06/06/2013 ROUTE: EWR/YTZ/EWR | $817.05 |
| 05/31/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 0590743781 DEPARTURE DATE: 05/31/2013 ROUTE: LGA/YYZ/LGA | $37.00 |
| 05/31/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 | $37.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1496622

Page 2  
August 23, 2013

| Date | Description | Amount |
|---|---|---|
| 05/31/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 0590747612 DEPARTURE DATE: 05/31/2013 ROUTE: YTZ/EWR | $-817.05 |
| 05/31/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 7229706651 DEPARTURE DATE: 06/06/2013 ROUTE: EWR/YTZ/EWR | $457.08 |
| 05/31/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 7231987983 DEPARTURE DATE: 06/06/2013 ROUTE: YTZ/EWR | $815.76 |
| 06/05/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: Hodara Fred S TICKET #: 7231987931 DEPARTURE DATE: 06/06/2013 ROUTE: LGA/YYZ/LGA | $-2,066.42 |
| 06/05/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7230977296 DEPARTURE DATE: 06/06/2013 ROUTE: LGA/YYZ/LGA | $2,066.42 |
| 06/05/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7230977296 DEPARTURE DATE: 06/06/2013 ROUTE: LGA/YYZ/LGA | $45.00 |
| 06/06/13 | Travel - Ground Transportation  Taxi from airport to meet and confer.; Airline Limousine | $72.00 |
| 06/06/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: HODARA   FRED S TICKET #: 7231989196 DEPARTURE DATE: 06/06/2013 ROUTE: YTZ EWR | $-457.08 |
| 06/07/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: HODARA   FRED S TICKET #: 7000000000 DEPARTURE DATE: 06/11/2013 ROUTE: NYP WIL NYP | $269.00 |

| Date | Description | Amount |
|---|---|---|
| 06/07/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: HODARA FRED S TICKET #: 0590982493 DEPARTURE DATE: 06/11/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/10/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: BOTTER DAVID H TICKET #: 7000000000 DEPARTURE DATE: 06/11/2013 ROUTE: NYP WIL NYP | $269.00 |
| 06/10/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN13-53062500000206 DATE: 6/25/2013 PASSENGER: BOTTER DAVID H TICKET #: 0591020571 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/11/13 | Travel - Ground Transportation Taxi from Wilmington train station to court hearing; Cab Company (Wilmington, DE) | $8.00 |
| 06/11/13 | Travel - Ground Transportation Taxi from home to Newark Penn Station (travel to Wilmington for court hearing); Taxi | $40.00 |
| 06/11/13 | Travel - Train Fare Train fare to/from Wilmington, DE (attendance at court hearing); Amtrak | $269.00 |
| 06/11/13 | Travel - Ground Transportation Taxi from Delaware train station to Bankruptcy Court to attend hearing ($8.00, including tip).; Nortel - Family Taxi (Delaware) | $8.00 |
| 06/13/13 | Meals (100%) 6/7/13 N. Kunen - Committee call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800245; DATE: 6/13/2013 | $172.46 |
| 06/13/13 | Meals (100%) 6/7/13 S. Gulati - Litigation meeting (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800245; DATE: 6/13/2013 | $54.44 |
| 06/13/13 | Meals (100%) 6/13/13 N. Kunen - Discovery call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800245; DATE: 6/13/2013 | $172.46 |
| 06/13/13 | Meals (100%) 6/13/13 M. Fagen - Committee call (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800245; DATE: 6/13/2013 | $143.72 |
| 06/13/13 | Meals (100%) 6/13/13 J. Cuatt - Litigation working lunch (10 people) | $238.98 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1496622

Page 4  
August 23, 2013

| Date | Description | Amount |
|---|---|---|
| 06/13/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800245; DATE: 6/13/2013 Meals (100%) 6/7/13 O. Perez - Document review working lunch (6 people) | $126.41 |
| 06/17/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800245; DATE: 6/13/2013 Travel - Ground Transportation Cab home after working late; Medallion cab | $10.70 |
| 06/18/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1458350 DATE: 6/23/2013 Fagen Matthew - Der Krung - 06/18/2013 | $25.11 |
| 06/18/13 | Travel - Ground Transportation Cab home after working late; Medallion cab | $9.50 |
| 06/20/13 | Meals (100%) 6/14/13 S. Gulati - Team meeting re: document requests (6 people) | $55.53 |
| 06/20/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800246; DATE: 6/20/2013 Meals (100%) 6/17/13 S. Daly - Document review team working lunch (7 people) | $119.49 |
| 06/20/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800246; DATE: 6/20/2013 Meals (100%) 6/17/13 M. Fagen - Capstone meeting re: document production (8 people) | $114.97 |
| 06/20/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800246; DATE: 6/20/2013 Meals (100%) 6/18/13 S. Daly - Discovery meeting (7 people) | $63.69 |
| 06/20/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800246; DATE: 6/20/2013 Meals (100%) 6/19/13 J. Lewis - Snacks for call w/experts (2 people) | $25.80 |
| 06/20/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800246; DATE: 6/20/2013 Meals (100%) 6/20/13 N. Kunen - Commitee call (8 people) | $172.46 |
| 06/20/13 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800246; DATE: 6/20/2013 Meals - Business Lunch at L.T. Burger regarding Nortel chapter 11 bankruptcy; Oz Halabi; L.T. Burger, 8 West 40th St., NY, NY | $18.37 |
| 06/20/13 | Travel - Ground Transportation Cab to meeting; Medallion cab | $11.30 |
| 06/24/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702069 | $88.44 |

| Date | Description | Amount |
|---|---|---|
| 06/25/13 | DATE: 7/5/2013<br>Vendor: Executive Royal Voucher #: 395617 Date: 06/24/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 395617 Date: 06/24/2013 Name: Oz Halabi<br>Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1470064 DATE: 6/30/2013<br>Fagen Matthew - V{IV} - 06/25/2013 | $33.10 |
| 06/25/13 | Travel - Ground Transportation  Taxi from Delaware train station to Bankruptcy Court ($10.00, including tip).; Nortel - Apple Car (Delaware) | $10.00 |
| 06/25/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.50 |
| 06/26/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $6.25 |
| 06/27/13 | Meals (100%)  6/27/13 N. Kunen - Committee call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800247; DATE: 6/27/2013 | $172.46 |
| 06/27/13 | Meals (100%)  6/27/13 S. Gulati - Discovery call w/Cleary (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800247; DATE: 6/27/2013 | $195.65 |
| 07/01/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1474675 DATE: 7/7/2013<br>Foster Kemoy - Pure Thai Cookhouse - 07/01/2013 | $22.14 |
| 07/02/13 | Computerized Legal Research - Westlaw User: TIZRAVESH,ROXANNE Date: 7/2/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 07/03/13 | Computerized Legal Research - Westlaw User: TIZRAVESH,ROXANNE Date: 7/3/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 07/03/13 | Document Retrieval  Usage From: 4/01-6/30/13<br>VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q22013; DATE: 7/3/2013 - Account Number: AG0381 | $4.80 |
| 07/05/13 | Audio and Web Conference Services Expenses For June 2013<br>VENDOR: TELCONF LLC; INVOICE#: 07001-01001-13; DATE: 7/5/2013 | $3,788.85 |
| 07/08/13 | Computerized Legal Research - Westlaw User: TIZRAVESH,ROXANNE Date: 7/8/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $122.44 |
| 07/08/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702499 DATE: 7/19/2013 | $87.78 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1496622

Page 6  
August 23, 2013

| | | |
|---|---|---|
| | Vendor: Executive Royal Voucher #: 378934 Date: 07/08/2013 Name: Oz Halabi‖Car Service, Vendor: Executive Royal Voucher #: 378934 Date: 07/08/2013 Name: Oz Halabi | |
| 07/09/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702499 DATE: 7/19/2013 Vendor: Executive Royal Voucher #: 407910 Date: 07/09/2013 Name: Oz Halabi‖Car Service, Vendor: Executive Royal Voucher #: 407910 Date: 07/09/2013 Name: Oz Halabi | $93.77 |
| 07/10/13 | Duplication - In House  Photocopy - User # 990100, NY, 240 page(s) | $24.00 |
| 07/11/13 | Duplication - In House  Photocopy - Gyure, Melissa, NY, 1194 page(s) | $119.40 |
| 07/11/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1476689 DATE: 7/14/2013 Gulati Sunny - Minar Indian Restaurant 46th St.) - 07/11/2013 | $37.15 |
| 07/11/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1166319 DATE: 7/31/2013 Vendor: Dial Car Voucher #: DLA3511990 Date: 07/11/2013 Name: Oz Halabi‖Car Service, Vendor: Dial Car Voucher #: DLA3511990 Date: 07/11/2013 Name: Oz Halabi | $106.75 |
| 07/11/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1166319 DATE: 7/31/2013 Vendor: Dial Car Voucher #: DLA3829396 Date: 07/11/2013 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3829396 Date: 07/11/2013 Name: David Botter | $42.45 |
| 07/12/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 2996 page(s) | $299.60 |
| 07/15/13 | Duplication - In House  Photocopy - Gyure, Melissa, NY, 757 page(s) | $75.70 |
| 07/15/13 | Travel - Ground Transportation  Taxi home from office after working late; NYC Taxi | $11.25 |
| 07/16/13 | Duplication - In House  Photocopy - Monreal, Lisa, DA, 46 page(s) | $4.60 |
| 07/16/13 | Duplication - In House  Photocopy - Monreal, Lisa, DA, 1 page(s) | $0.10 |
| 07/16/13 | Duplication - In House  Photocopy - Monreal, Lisa, DA, 3 page(s) | $0.30 |
| 07/16/13 | Duplication - In House  Photocopy - Monreal, Lisa, DA, 4 page(s) | $0.40 |
| 07/16/13 | Duplication - In House  Photocopy - Monreal, Lisa, DA, 20 page(s) | $2.00 |
| 07/16/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: | $18.10 |

| Date | Description | Amount |
|---|---|---|
| | 1481380 DATE: 7/21/2013 Sehwail Marwan - City Sandwich - 07/16/2013 | |
| 07/16/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Gulati Sunny - Ajisai Japanese Restaurant - 07/16/2013 | $28.90 |
| 07/16/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Foster Kemoy - Ajisai Japanese Restaurant - 07/16/2013 | $28.90 |
| 07/17/13 | Duplication - In House Photocopy - Sprofera, Peter, NY, 1 page(s) | $0.10 |
| 07/17/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 228 page(s) | $22.80 |
| 07/17/13 | Duplication - In House Photocopy - User # 990100, NY, 5352 page(s) | $535.20 |
| 07/17/13 | Duplication - In House Photocopy - User # 990100, NY, 1698 page(s) | $169.80 |
| 07/17/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Fagen Matthew - Shun Lee West - 07/17/2013 | $32.58 |
| 07/17/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Orcel Reginald - Abeca Sushi - 07/17/2013 | $21.54 |
| 07/18/13 | Duplication - In House Photocopy - Gyure, Melissa, NY, 354 page(s) | $35.40 |
| 07/18/13 | Duplication - In House Photocopy - Gyure, Melissa, NY, 6162 page(s) | $616.20 |
| 07/18/13 | Duplication - In House Photocopy - Halabi, Oz, NY, 828 page(s) | $82.80 |
| 07/18/13 | Duplication - In House Photocopy - User # 990100, NY, 1968 page(s) | $196.80 |
| 07/18/13 | Duplication - In House Photocopy - User # 990100, NY, 412 page(s) | $41.20 |
| 07/18/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Chau Daniel Lok Fung) - Fresh Basil's - 07/18/2013 | $20.73 |
| 07/18/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Foster Kemoy - Pure Thai Cookhouse - 07/18/2013 | $22.60 |
| 07/18/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Samper Jonathan - Route 66 Cafe - 07/18/2013 | $14.79 |
| 07/19/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 45 page(s) | $4.50 |

| Date | Description | Amount |
|---|---|---|
| 07/19/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 58 page(s) | $5.80 |
| 07/19/13 | Duplication - In House Photocopy - Gyure, Melissa, NY, 667 page(s) | $66.70 |
| 07/19/13 | Duplication - In House Photocopy - Gyure, Melissa, NY, 16 page(s) | $1.60 |
| 07/19/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702766 DATE: 7/26/2013 Vendor: Executive Royal Voucher #: RVJFD391E8 Date: 07/19/2013 Name: Jonathan Samper\|\|Car Service, Vendor: Executive Royal Voucher #: RVJFD391E8 Date: 07/19/2013 Name: Jonathan Samper | $130.83 |
| 07/20/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1481380 DATE: 7/21/2013 Gulati Sunny - Ajisai Japanese Restaurant - 07/20/2013 | $29.34 |
| 07/20/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702766 DATE: 7/26/2013 Vendor: Executive Royal Voucher #: RVL0D3A1C8 Date: 07/20/2013 Name: Jonathan Samper\|\|Car Service, Vendor: Executive Royal Voucher #: RVL0D3A1C8 Date: 07/20/2013 Name: Jonathan Samper | $130.83 |
| 07/20/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1166319 DATE: 7/31/2013 Vendor: Dial Car Voucher #: DLA3538463 Date: 07/20/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3538463 Date: 07/20/2013 Name: Lisa Beckerman | $71.05 |
| 07/22/13 | Duplication - In House Photocopy - Collins, Russell, NY, 867 page(s) | $86.70 |
| 07/23/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1166319 DATE: 7/31/2013 Vendor: Dial Car Voucher #: DLA3877778 Date: 07/23/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3877778 Date: 07/23/2013 Name: Abid Qureshi | $70.17 |
| 07/23/13 | Travel - Ground Transportation Late working taxi home.; NYC Taxi | $18.50 |
| 07/23/13 | Travel - Ground Transportation Taxi returning to firm from client meeting.; Uber | $37.00 |
| 07/24/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702944 DATE: 8/1/2013 | $87.78 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1496622

Page 9  
August 23, 2013

| Date | Description | Amount | |
|---|---|---|---|
| 07/25/13 | Vendor: Executive Royal Voucher #: 433509 Date: 07/24/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 433509 Date: 07/24/2013 Name: Oz Halabi Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 702944 DATE: 8/1/2013 Vendor: Executive Royal Voucher #: 409912 Date: 07/25/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 409912 Date: 07/25/2013 Name: Oz Halabi | $87.78 | |
| | Current Expenses | | $11,738.31 |