# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JULY 1, 2013 THROUGH JULY 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 23.10 | $23,100.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 103.65 | $103,650.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 49.10 | $54,010.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 131.30 | $114,231.00 |
| L. Rachel Lerman | Partner for 9 years; Admitted in 1995; Litigation Department | $660 | 11.00 | $7,260.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 30.20 | $27,180.00 |
| Patricia A. Millet | Partner for 7 years; Admitted in 1988; Litigation Department | $820 | 2.40 | $1,968.00 |
| Joseph L. Sorkin | Partner for 2 years; Admitted in 2001; Litigation Department | $770 | 28.00 | $21,560.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $650 | 3.90 | $2,535.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 92.90 | $66,888.00 |
| Ryan T. Cosgrove | Counsel for 2 years; Admitted in 2004; Litigation Department | $600 | 18.70 | $11,220.00 |
| Brandon B. Danford | Counsel for 4 years; Admitted in 2004; Litigation Department | $600 | 69.30 | $41,580.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 96.10 | $63,906.50 |
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 45.20 | $30,510.00 |
| Hyongsoon Kim | Counsel for 6 years; Admitted in 2004; Litigation Department | $600 | 14.10 | $8,460.000 |
| Amjad M. Khan | Counsel for 1 year; Admitted in 2005; Litigation Department | $600 | 114.10 | $68,460.00 |
| Arun K. Kurichety | Counsel for 1 year; Admitted in 2006; Financial Restructuring Department | $675 | 2.00 | $1,350.00 |
| Amit Kurlekar | Counsel for 3 years, Admitted in 2002; Litigation Department | $600 | 40.80 | $24,480.00 |
| Andrew F. Newman | Counsel for 1 years; Admitted in 2007; Litigation Department | $560 | 30.10 | $16,856.00 |
| Heather L. Peckham | Counsel for 6 years; Admitted in 2000; Litigation department | $600 | 11.20 | $6,720.00 |
| Elizabeth M. Scott | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 72.60 | $40,656.00 |
| Jenny M. Walters | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 6.30 | $3,528.00 |
| Dennis J. Windscheffel | Counsel for 3 years; Admitted in 2004; Litigation Department | $600 | 12.50 | $7,500.00 |
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 141.00 | $43,710.00 |

| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 98.10 | $55,426.50 |
|---|---|---|---|---|
| Anne S. Levin-Nussbaum | Senior Attorney for 1 year; Admitted in 1992; Tax Department | $535 | 27.00 | $14,310.00 |
| Jennelle D. Arthur | Associate for 3 years; Admitted in 2011; Litigation department | $460 | 31.90 | $14,674.00 |
| Sasha L. Azar | Associate for 7 years; Admitted in 2002; Corporate Department | $475 | 102.10 | $48,497.50 |
| Saurish Bhattacharjee | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 3.90 | $1,423.50 |
| Marcella C. Burke | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 13.00 | $4,745.00 |
| Andrew R. Casillas | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 68.50 | $29,797.50 |
| Julia P. Cohen | Associate for 1 year; Admitted in 2012; Litigation Department | $385 | 10.30 | $3,965.50 |
| Michael K. Cross | Associate for 4 years; Admitted in 2010; Litigation Department | $525 | 74.10 | $38,902.50 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 66.40 | $29,880.00 |
| Jessica Greenwood | Associate for 2 years; Admitted in 2011; Litigation Department | $385 | 17.00 | $6,545.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 100.20 | $44,088.00 |
| Lindsey B. Harmon | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 26.00 | $12,350.00 |
| Adam S. Krotman | Associate for 4 years; Admitted in 2010; Tax Department | $545 | 21.60 | $11,772.00 |

| Matthew E. Pepping | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 8.40 | $4,452.00 |
|---|---|---|---|---|
| Harley L. Raff | Associate for 2 years; Admitted in 2012; Litigation Department | $440 | 45.40 | $19,976.00 |
| Marwan F. Sehwail | Associate for 3 years; Admitted in 2011; Litigation Department | $485 | 33.80 | $16,393.00 |
| Roxanne Tizravesh | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 34.40 | $19,952.00 |
| Jennifer L. Woodson | Associate for 4 years; Admitted in 2010; Litigation Department | $525 | 27.80 | $14,595.00 |
| Jacqueline Y. Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 88.40 | $51,272.00 |
| Andrew Barnes | Staff Attorney for 4 years; Admitted in 2011; Litigation Department | $290 | 46.00 | $13,340.00 |
| Russell J. Collins | Staff Attorney for 6 years; Admitted in 1998; Litigation Department | $325 | 161.10 | $52,357.50 |
| Kemroy Foster | Staff Attorney for 2 years; Admitted in 2006; Litigation Department | $290 | 95.40 | $27,666.00 |
| Ian K. Dummett | Summer Associate; Second Year Law Student | $200 | 19.90 | $3,980.00 |
| Khalib J. Bell | Legal Assistant for 1 year; Litigation Department | $225 | 11.70 | $2,632.50 |
| Lok Fung Chau | Legal Assistant for 7 years; Litigation Department | $245 | 126.70 | $31,041.50 |
| Melissa A. Gyure | Legal Assistant for 9 years; Litigation Department | $260 | 53.60 | $13,936.00 |
| Sol Kim | Legal Assistant for 1 year; Litigation Department | $205 | 4.00 | $820.00 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 7.70 | $1,886.50 |
| Leslie W. Lanphear | Librarian for 17 years | $230 | 3.00 | $690.00 |
| Massai Leonard | Legal Assistant for 5 years; Litigation Department | $235 | 11.50 | $2,702.50 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 26.80 | $6,968.00 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 22.80 | $5,130.00 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $245 | 6.10 | $1,494.50 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 3.00 | $855.00 |
| Radu Stancut | Legal Assistant for 2 years; Litigation Department | $245 | 21.20 | $5,194.00 |
| Gregory Strong | Legal Assistant for 7 years; Litigation Department | $235 | 3.20 | $752.00 |
| James O. Thompson | Legal Assistant for 3 years; Litigation Department | $225 | 3.90 | $877.50 |
| Charles Torres | Legal Assistant for 5 years; Litigation Department | $235 | 20.00 | $4,700.00 |

Total Amount of Fees:   $1,411,359.00
Total Number of Hours:  2,695.45
Blended Hourly Rate:    $523.61