IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: TBD<br>) |

## NOTICE OF EIGHTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Dentons Canada LLP

Authorized to Provide
Professional Services to:             Official Committee of Unsecured Creditors

Date of Retention:                    March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:          May 1, 2013 through July 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:     CDN. $492,500.00 Equivalent to USD $468,613.75[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  CDN. $5,801.89 Equivalent to USD $5,520.50[3]

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Dentons Canada LLP's May, 2013, June, 2013 and July, 2013 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on August 26, 2013 was CDN. $1.00 : U.S. $0.9515

12310797_1|TORDOCS

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/7/13 Docket No. 11274 | 5/1/13 - 5/31/13 | $247,333.50 | $3,053.74 | $197,866.80 Pending Obj. Deadline August 28, 2013 | $3,053.74 Pending Obj. Deadline August 28, 2013 | $49,466.70 |
| Date Filed: 8/16/13 Docket No. 11391 | 6/1/13 - 6/30/13 | $176,455.50 | $1,344.87 | $141,164.40 Pending Obj. Deadline September 6, 2013 | $1,344.87 Pending Obj. Deadline September 6, 2013 | $35,291.10 |
| Date Filed: 8/28/13 Docket No. 11462 | 7/1/13 - 7/31/13 | $68,711.00 | $1,403.28 | $54,968.80 Pending Obj. Deadline September 17, 2013 | $1,403.28 Pending Obj. Deadline September 17, 2013 | $13,742.20 |
| TOTALS: | All amounts in CDN.$ | $492,500.00 | $5,801.89 | $394,000.00[4] | $5,801.89[5] | $98,500.00 |

Summary of any Objections to Fee Applications: None.

Dated: August 28, 2013
    Toronto, Ontario

/s/ Michael J. Wunder

Michael J. Wunder
DENTONS CANADA LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

12310797_1|TORDOCS