# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                   Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | Adv. Proc. No. 10-55903 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | Adv. Proc. No. 11-50207 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated March 9, 2011, and July 25, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

Dated: August 29, 2013
        Wilmington, Delaware

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        Lisa M. Schweitzer (admitted *pro hac vice*)
                                        Neil P. Forrest (admitted *pro hac vice*)
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone:  (212) 225-2000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

      Facsimile: (212) 225-3999

         - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Tamara K. Minott*
      Donna L. Culver (No. 2983)
      Derek C. Abbott (No. 3376)
      Tamara K. Minott (No. 5643)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE 19899-1347
      Telephone: (302) 658-9200
      Facsimile: (302) 425-4663

      Counsel for the Debtors and
      Debtors in Possession

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
| --- | --- | --- |
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 26, 2013. Defendants' responses to Plaintiff's discovery requests are due September 23, 2013. Plaintiff's responses to Defendants' discovery requests are due September 23, 2013. |
| 11-50207 | Hewlett-Packard Company, et al. | Discovery will be proceeding in accordance with the Second Amended Scheduling Order dated August 29, 2012. |