# EXHIBIT A

Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 01/05/2013 | Mark Blyth | Telecon Clearry re employment issues | 765.00 | 0.40 | 306.00 |
| 02/05/2013 | Mark Blyth | Email Claeary re employment issues | 765.00 | 0.20 | 153.00 |
| 07/05/2013 | Mark Blyth | Review draft document | 765.00 | 1.20 | 918.00 |
| 07/05/2013 | Mark Blyth | Review draft document and email Cleary - telecon Cleary re draft document | 765.00 | 2.40 | 1,836.00 |
| 10/05/2013 | Jared Oyston | Reviewing email correspondence | 565.00 | 0.10 | 56.50 |
| 12/05/2013 | Mark Blyth | Review draft document and telecon Ashurst - email Cleary | 765.00 | 2.00 | 1,530.00 |
| 13/05/2013 | Mark Blyth | Emails and telecon Ashurst and Cleary re draft document - review draft document and mark-up | 765.00 | 2.20 | 1,683.00 |
| 13/05/2013 | Mark Blyth | Email Cleary re draft document - call Ashursts | 765.00 | 0.80 | 612.00 |
| 14/05/2013 | Mark Blyth | Review revised draft document and email Cleary re same | 765.00 | 0.40 | 306.00 |
| 15/05/2013 | Mark Blyth | Emails re draft document - tel Hogan Lovells re same - email expert re telecon - email Cleary re same | 765.00 | 1.00 | 765.00 |
| 15/05/2013 | Jared Oyston | Reviewing emails | 565.00 | 0.20 | 113.00 |
| 16/05/2013 | Mark Blyth | Emails re meetings with Cleary and expert | 765.00 | 0.20 | 153.00 |
| 17/05/2013 | Mark Blyth | Review papers - prep for con call - pre issues for expert - email expert - review papers for same | 765.00 | 4.30 | 3,289.50 |
| 17/05/2013 | Jared Oyston | Call with Cleary | 565.00 | 1.80 | 1,017.00 |
| 20/05/2013 | Mark Blyth | Travel to meeting with expert - con call with Cleary - post discussion with expert - travel to office | 765.00 | 3.90 | 2,983.50 |
| 20/05/2013 | Mark Blyth | Review documents - draft issues for expert - email expert and Cleary re same | 765.00 | 2.80 | 2,142.00 |
| 21/05/2013 | Mark Blyth | Review requests and email Cleary - tel expert clerk to arrange con | 765.00 | 1.60 | 1,224.00 |
| 22/05/2013 | Mark Blyth | Email cleary re employment issues | 765.00 | 0.10 | 76.50 |
| 23/05/2013 | Mark Blyth | Email experts and with Cleary re same | 765.00 | 0.20 | 153.00 |
| 23/05/2013 | Mark Blyth | Email re expert issues with Cleary and experts | 765.00 | 0.20 | 153.00 |

A16993799    Produced by acarolan 16/08/2013 13:54:15

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 24/05/2013 | Mark Blyth | Telephone potential experts - email Cleary re same - enmail Cleary re same - review revised document and email Cleary re same | 765.00 | 1.00 | 765.00 |
| 24/05/2013 | Mark Blyth | Various emails with Cleary re possible experts - telecon potential experts - telecon Cleary re same | 765.00 | 1.90 | 1,453.50 |
| 28/05/2013 | Mark Blyth | Emails Cleary and expert re expert issues | 765.00 | 0.20 | 153.00 |
| 28/05/2013 | Mark Blyth | Prepare papers and research re points for expert - email Cleary re experts and internal email re expert issues | 765.00 | 3.00 | 2,295.00 |
| 28/05/2013 | Edward Rasp | Consider issues re expert retentions and fees; draft, review and revise email to M. Blyth re same | 454.54 | 1.00 | 454.54 |
| 29/05/2013 | Mark Blyth | Emails re expert with Cleary and expert - tel expert clerk - pull research for expert together | 765.00 | 1.20 | 918.00 |
| 29/05/2013 | Mark Blyth | Review papers and research for expert report - emails re experts with Cleary | 765.00 | 2.60 | 1,989.00 |
| 29/05/2013 | Mark Blyth | Research for expert report | 765.00 | 1.00 | 765.00 |
| 29/05/2013 | Mark Blyth | Review documents - compile areas for expert - email Cleary re same | 765.00 | 1.80 | 1,377.00 |
| 29/05/2013 | Jared Oyston | Reviewing emails re expert | 565.00 | 0.50 | 282.50 |
| 30/05/2013 | Mark Blyth | Various emails - review review documents - telecon expert - internal discussion with J. Oyston | 765.00 | 2.00 | 1,530.00 |
| 03/06/2013 | Mark Blyth | Con call with expert & Cleary re expert role | 765.00 | 1.50 | 1,147.50 |
| 03/06/2013 | Jared Oyston | Call with Cleary and expert | 565.00 | 1.60 | 904.00 |
| 04/06/2013 | Mark Blyth | Call Cleary and expert and others | 765.00 | 1.30 | 994.50 |
| 04/06/2013 | Mark Blyth | Meeting with expert | 765.00 | 2.80 | 2,142.00 |
| 04/06/2013 | Mark Blyth | Prep for meeting with expert - review document | 765.00 | 1.10 | 841.50 |
| 04/06/2013 | Jared Oyston | Call with Cleary and expert | 565.00 | 1.30 | 734.50 |
| 05/06/2013 | Mark Blyth | Internal discussion re experts- email Cleary re document | 765.00 | 0.20 | 153.00 |
| 07/06/2013 | Mark Blyth | Review document | 765.00 | 1.50 | 1,147.50 |
| 10/06/2013 | Mark Blyth | Email expert re fees and Clearly re same; review previous cases of expert - review document | 765.00 | 1.80 | 1,377.00 |

# Linklaters

## Nortel Networks Incorporated
## Pensions - L-175748
## WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 10/06/2013 | Mark Blyth | Review document - review documents re potential expert issues for experts | 765.00 | 1.20 | 918.00 |
| 10/06/2013 | Mark Blyth | Telecon Cleary re expert engagement and emails re same | 765.00 | 0.20 | 153.00 |
| 11/06/2013 | Mark Blyth | Review documents re issues for expert evidence - revise documents for experts | 765.00 | 2.20 | 1,683.00 |
| 11/06/2013 | Mark Blyth | Review documents - email and telecon Cleary re expert issues | 765.00 | 3.60 | 2,754.00 |
| 11/06/2013 | Dominic da Gama Campos | Review of email correspondence re. experts. Review of expert documents CV. | 245.00 | 1.50 | 367.50 |
| 12/06/2013 | Mark Blyth | Review documents | 765.00 | 1.90 | 1,453.50 |
| 12/06/2013 | Mark Blyth | Email Cleary re expert issues and revised outlines of issues | 765.00 | 0.50 | 382.50 |
| 12/06/2013 | Dominic da Gama Campos | Review of documents | 245.00 | 4.40 | 1,078.00 |
| 13/06/2013 | Jared Oyston | Reviewing note produced by trainee re experts | 565.00 | 0.50 | 282.50 |
| 13/06/2013 | Dominic da Gama Campos | Review of relevant issues for expert evidence, preparation and drafting of document, discussion with J.Oyston and amends to document. | 245.00 | 5.30 | 1,298.50 |
| 14/06/2013 | Mark Blyth | Con call Cleary and emails re expert appointment | 765.00 | 0.70 | 535.50 |
| 14/06/2013 | Jared Oyston | Reviewing trainee note on expert | 565.00 | 1.50 | 847.50 |
| 14/06/2013 | Dominic da Gama Campos | Amends following clarification on expert range of evidence | 245.00 | 0.80 | 196.00 |
| 17/06/2013 | Mark Blyth | Various emails Cleary re expert evidence - memo re expert - tel expert clerk | 765.00 | 1.30 | 994.50 |
| 18/06/2013 | Mark Blyth | Telecon expert re report- internal discussion re employment issues - numerous emails Cleary and Punters re meeting expert and next steps | 765.00 | 1.70 | 1,300.50 |
| 18/06/2013 | Jared Oyston | Revising note for Cleary re expert experience | 565.00 | 0.20 | 113.00 |
| 18/06/2013 | Madeleine Frost | Instructions from Mark Blyth re employment issues and briefing trainee/reviewing documents | 605.00 | 2.90 | 1,754.50 |
| 18/06/2013 | Charmaine Yeoh | Researching employment issues | 210.00 | 3.00 | 630.00 |
| 19/06/2013 | Charmaine Yeoh | Compiling documents re employment issues | 210.00 | 4.50 | 945.00 |
| 20/06/2013 | Mark Blyth | Meeting expert and London Cleary team | 765.00 | 1.40 | 1,071.00 |

A16993799    Produced by acaroian 16/08/2013 13:54:15

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 20/06/2013 | Madeleine Frost | Further research on employment issues | 605.00 | 3.50 | 2,117.50 |
| 20/06/2013 | Madeleine Frost | Note on employment issues; reviewing documents | 605.00 | 2.50 | 1,512.50 |
| 21/06/2013 | Mark Blyth | Email Cleary re employment issues - emails re experts | 765.00 | 1.00 | 765.00 |
| 21/06/2013 | Jared Oyston | Reviewing documents | 565.00 | 0.70 | 395.50 |
| 24/06/2013 | Mark Blyth | Email Cleary re document issues and next steps re experts | 765.00 | 2.90 | 2,218.50 |
| 24/06/2013 | Mark Blyth | Review document - email Cleary re same | 765.00 | 1.40 | 1,071.00 |
| 25/06/2013 | Mark Blyth | Email cleary re xpert issue - internal dis JO re expert retainer - review pleadings and Punter paper | 765.00 | 0.80 | 612.00 |
| 25/06/2013 | Jared Oyston | Reviewing draft document; researching relevant requirements | 565.00 | 2.80 | 1,582.00 |
| 25/06/2013 | Madeleine Frost | Note for client on employment issues | 605.00 | 1.90 | 1,149.50 |
| 26/06/2013 | Mark Blyth | Internal discussion re documents, emai Cleary re same; review expert document and revised document for expert and email Clary re same | 765.00 | 2.30 | 1,759.50 |
| 26/06/2013 | Mark Blyth | Con call Cleary re expert evidence | 765.00 | 0.50 | 382.50 |
| 26/06/2013 | Mark Blyth | Email expert re expert evidece | 765.00 | 0.20 | 153.00 |
| 27/06/2013 | Mark Blyth | Telecon expert and follow-up email with Cleary re same | 765.00 | 0.30 | 229.50 |
| 27/06/2013 | Madeleine Frost | Drafting document | 605.00 | 2.90 | 1,754.50 |
| 28/06/2013 | Mark Blyth | Con call Cleary re documents | 765.00 | 1.70 | 1,300.50 |
| 28/06/2013 | Mark Blyth | Review relevant law re letters rogatory - review draft documents - prepare for con call | 765.00 | 0.30 | 229.50 |
| 28/06/2013 | Jared Oyston | Considering issues; discussions with court | 565.00 | 1.50 | 847.50 |
| 28/06/2013 | Jared Oyston | Call with client; call with court re documents | 565.00 | 1.20 | 678.00 |
| 01/07/2013 | Mark Blyth | Internal discussion with J. Oyston re documents | 765.00 | 0.50 | 382.50 |
| 01/07/2013 | Mark Blyth | Research and internal emails re documents | 765.00 | 1.40 | 1,071.00 |
| 01/07/2013 | Jared Oyston | Reviewing documents | 565.00 | 2.90 | 1,638.50 |
| 02/07/2013 | Mark Blyth | Review emails re documents | 765.00 | 0.20 | 153.00 |
| 02/07/2013 | Jared Oyston | Dealing with queries re documents | 565.00 | 0.30 | 169.50 |
| 03/07/2013 | Mark Blyth | Telecon Ashurst re documents and email re same | 765.00 | 0.40 | 306.00 |
| 03/07/2013 | Mark Blyth | Telecon Cleary re documents and email re same | 765.00 | 0.60 | 459.00 |

A16993799

Produced by acarolan 16/08/2013 13:54:15

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 03/07/2013 | Mark Blyth | Review and comment on draft documents | 765.00 | 5.80 | 4,437.00 |
| 05/07/2013 | Madeleine Frost | Drafting document | 605.00 | 0.40 | 242.00 |
| 08/07/2013 | Mark Blyth | Con call with Cleary re employment issues | 765.00 | 0.30 | 229.50 |
| 09/07/2013 | Jared Oyston | Issues re documents | 565.00 | 0.20 | 113.00 |
| 09/07/2013 | Madeleine Frost | Drafting document | 605.00 | 1.40 | 847.00 |
| 11/07/2013 | Mark Blyth | Email Cleary and expert re draft document | 765.00 | 0.20 | 153.00 |
| 11/07/2013 | Mark Blyth | Email expert re timing and internal to J. Oyston re next steps | 765.00 | 0.10 | 76.50 |
| 11/07/2013 | Mark Blyth | Email to Cleary re expert con call | 765.00 | 0.10 | 76.50 |
| 11/07/2013 | Jared Oyston | Issues re documents | 565.00 | 0.90 | 508.50 |
| 11/07/2013 | Dominic da Gama Campos | Initial review of documents provided by Cleary | 245.00 | 2.30 | 563.50 |
| 12/07/2013 | Mark Blyth | Email Cleary re documents for expert | 765.00 | 0.20 | 153.00 |
| 12/07/2013 | Mark Blyth | Con call Cleary and expert re report | 765.00 | 1.00 | 765.00 |
| 12/07/2013 | Mark Blyth | Telecon expert re report | 765.00 | 0.10 | 76.50 |
| 12/07/2013 | Dominic da Gama Campos | Review of documentation and relevant law. Preparation of documents for application. | 245.00 | 8.30 | 2,033.50 |
| 15/07/2013 | Dominic da Gama Campos | Email to M. Blyth with queries re drafting of documents | 245.00 | 1.20 | 294.00 |
| 16/07/2013 | Mark Blyth | Email Cleary re issues and internal discussion with J. Oyston re same | 765.00 | 0.20 | 153.00 |
| 16/07/2013 | Robin Ganguly | Instructions on UK employment issues | 565.00 | 0.30 | 169.50 |
| 17/07/2013 | Mark Blyth | Sending various documents to expert by email | 765.00 | 0.30 | 229.50 |
| 17/07/2013 | Robin Ganguly | Instruct trainee on UK employment issues | 565.00 | 0.30 | 169.50 |
| 17/07/2013 | Sameera Israni | Research re UK employment issues | 210.00 | 3.50 | 735.00 |
| 18/07/2013 | Sameera Israni | Research into UK employment issues | 210.00 | 1.50 | 315.00 |
| 19/07/2013 | Mark Blyth | Research and note to Cleary re UK employment issues | 765.00 | 1.00 | 765.00 |
| 19/07/2013 | Mark Blyth | Email Cleary re documents | 765.00 | 0.50 | 382.50 |
| 19/07/2013 | Robin Ganguly | Review and discuss trainee research re UK employment issues | 565.00 | 1.30 | 734.50 |
| 19/07/2013 | Sameera Israni | Draft note re UK employment issues | 210.00 | 0.80 | 168.00 |
| 22/07/2013 | Mark Blyth | Telecon expert re information requests and next steps | 765.00 | 0.40 | 306.00 |

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 22/07/2013 | Mark Blyth | Email Cleary re expert case in UK | 765.00 | 0.10 | 76.50 |
| 22/07/2013 | Mark Blyth | Email re con call | 765.00 | 0.10 | 76.50 |
| 22/07/2013 | Mark Blyth | Review papers for expert and email Cleary and expert re same | 765.00 | 0.30 | 229.50 |
| 22/07/2013 | Mark Blyth | Email cleary re doc management for expert | 765.00 | 0.10 | 76.50 |
| 23/07/2013 | Mark Blyth | Con call with Cleary re documents | 765.00 | 0.70 | 535.50 |
| 23/07/2013 | Mark Blyth | Email Cleary and telecon expert re document issues | 765.00 | 0.20 | 153.00 |
| 23/07/2013 | Jared Oyston | Call with Cleary re documents | 565.00 | 0.60 | 339.00 |
| 24/07/2013 | Mark Blyth | Emails Cleary re con call and rprep for con call | 765.00 | 0.30 | 229.50 |
| 24/07/2013 | Mark Blyth | Con call re documents | 765.00 | 0.50 | 382.50 |
| 24/07/2013 | Mark Blyth | Call with expert re next steps and documents | 765.00 | 0.50 | 382.50 |
| 24/07/2013 | Dominic da Gama Campos | Research around disclosure issues. Presentation of high level items to J.Oyston. | 245.00 | 3.70 | 906.50 |
| 24/07/2013 | Dominic da Gama Campos | Review of documents. Review of relevant law. Drafted summary email of findings for Cleary. | 245.00 | 3.80 | 931.00 |
| 25/07/2013 | Mark Blyth | Email with Cleary re documents (incl. research) | 765.00 | 0.50 | 382.50 |
| 25/07/2013 | Mark Blyth | Follow-up call with Cleary re issues | 765.00 | 0.50 | 382.50 |
| 25/07/2013 | Mark Blyth | Telecon with expert | 765.00 | 0.20 | 153.00 |
| 25/07/2013 | Mark Blyth | Telecon expert re documents | 765.00 | 0.30 | 229.50 |
| 25/07/2013 | Mark Blyth | Email re con call and review documents | 765.00 | 0.30 | 229.50 |
| 25/07/2013 | Mark Blyth | Con call with re documents | 765.00 | 1.10 | 841.50 |
| 25/07/2013 | Mark Blyth | Call Cleary re documents | 765.00 | 0.40 | 306.00 |
| 25/07/2013 | Dominic da Gama Campos | Discussion with M.Blyth re. scope of document and research | 245.00 | 1.20 | 294.00 |
| 26/07/2013 | Mark Blyth | Review draft document and email Cleary re same | 765.00 | 0.20 | 153.00 |
| 26/07/2013 | Dominic da Gama Campos | Further research; drafting document | 245.00 | 1.10 | 269.50 |
| 29/07/2013 | Dominic da Gama Campos | Research re expert issues | 245.00 | 8.00 | 1,960.00 |
| 30/07/2013 | Mark Blyth | Email expert and Cleary re doc requests for expert report | 765.00 | 0.20 | 153.00 |
| 30/07/2013 | Mark Blyth | Telecon expert re expert report | 765.00 | 0.20 | 153.00 |
| 30/07/2013 | Mark Blyth | Review draft documents and email Cleary | 765.00 | 0.30 | 229.50 |
| 30/07/2013 | Madeleine Frost | Discussion with Mark Blyth and briefing trainee research | 605.00 | 0.60 | 363.00 |

# Linklaters

## Nortel Networks Incorporated
## Pensions - L-175748
### WIP - from 01/05/2013 to 31/07/2013 in GBP as at 16/08/2013

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 30/07/2013 | Charmaine Yeoh | Researching UK law issues | 210.00 | 1.90 | 399.00 |
| 31/07/2013 | Mark Blyth | Review draft document | 765.00 | 1.80 | 1,377.00 |
| 31/07/2013 | Mark Blyth | Review draft documents and email comments to Cleary | 765.00 | 0.40 | 306.00 |
| 31/07/2013 | Madeleine Frost | Review UK law issues | 605.00 | 0.60 | 363.00 |
| **Fee applications** | | | | | |
| 03/06/2013 | Jared Oyston | Preparing fee application | 565.00 | 2.20 | 1,243.00 |
| 04/06/2013 | Jared Oyston | Finalising fee application for filing | 565.00 | 0.30 | 169.50 |
| 05/07/2013 | Edward Rasp | Review fee applications document and emails with M. Blyth re same. | 454.54 | 0.60 | 272.73 |
| 08/07/2013 | Edward Rasp | Review revised fee examiner order. | 454.54 | 0.30 | 136.36 |
| **Grand Total** | | | | **196.00** | **111,970.13** |

A16993799    Produced by acarolan 16/08/2013 13:54:15