2

# EXHIBIT B

2

Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**Unbilled Internal / External Expenditure in GBP as at 16/08/2013**

*Disbursements:*

| Date | Type | Description | Value |
|---|---|---|---|

Grand Total

*Other Service Items:*

| Date | Type | Description | Value |
|---|---|---|---|
| 28/02/2013 | Document Production | Printcopying | 0.60 |
| 19/03/2013 | Document Production | Photocopying: Black & White A4 | 67.20 |
| 19/03/2013 | Document Production | Photocopying: Colour A4 | 26.00 |
| 15/04/2013 | Incidental Expenses | 20/03 Evening meal - working late | 4.82 |
| 17/04/2013 | Document Production | Copying B&W A4 | 71.40 |
| 23/04/2013 | Court Fees | 26/03 Charge for Court Conference facilities | 20.50 |
| 30/04/2013 | Document Production | Printcopying | 4.00 |
| 16/05/2013 | Document Production | Printcopying | 9.80 |
| 20/05/2013 | Travel | 200513, Mr Blyth, WC2, 1400 | 15.12 |
| 29/05/2013 | Document Production | Photocopying: Black & White A4 | 68.20 |
| 31/05/2013 | Document Production | Printcopying | 26.40 |
| 31/05/2013 | Document Production | Binding (standard) | 4.50 |
| 03/06/2013 | Document Production | Printcopying | 1.80 |
| 03/06/2013 | Travel | 030613, MR J OYSTON, NW5, 2201 | 23.33 |
| 04/06/2013 | Travel | 040613, MR M BLYTH, WC2, 1340 | 15.12 |
| 11/06/2013 | Document Production | Printing: Black & White | 24.60 |
| 04/07/2013 | Document Production | Printcopying | 18.40 |
| 09/07/2013 | Travel | 04/06 Taxi - return from meeting with counsel | 10.00 |
| 19/07/2013 | Document Production | Printcopying | 10.60 |
| 23/07/2013 | Document Production | Printcopying | 134.60 |
| 23/07/2013 | Document Production | Photocopying White A4 | 0.40 |
| 24/07/2013 | Document Production | Printcopying | 5.40 |
| 24/07/2013 | Document Production | Photocopying White A4 | 5.00 |
| 24/07/2013 | Document Production | Photocopying Colour A4 | 989.00 |
| 25/07/2013 | Document Production | Printcopying | 1.20 |
| 31/07/2013 | Document Production | Printcopying | 235.40 |
| Grand Total | | | 1,793.39 |

**Overall Total:** 1,793.39

In this Schedule, document production charges are shown at Linklaters' standard rates. However, in the Application the charges have been reduced to reflect a rate of no more than $0.10 per page.