**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks, Inc., et al.,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Deadline: September 18, 2013 |

**TWENTY-FOURTH INTERIM APPLICATION OF
ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AS INDIRECT TAX SERVICE
ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR PERIOD
OF JULY 1, 2013 THROUGH JULY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | February 5, 2009, *nunc pro tunc* to January 14, 2009 |
| Period for which compensation and reimbursement are sought: | July 1, 2013 to July 31, 2013[2] |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 1,008,411 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 8,469 |

This is a(n):  _x_ interim    __ quarterly    ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] This application also requests fees incurred during months prior to the Compensation Period which have not been requested in a previous fee application or otherwise been paid.

4833-3628-8789.1

Prior Applications Filed:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Total Approved |
|---|---|---|---|---|
| 6/26/09 | 1/14/09 – 4/30/09 | $285,000.00 | $0.00 | $285,000.00 |
| 9/3/09 | 5/1/09 – 7/31/09 | $39,739.00 | $0.00 | $39,739.00 |
| 10/16/09 | 8/1/09 – 9/30/09 | $26,301.00 | $0.00 | $26,301.00 |
| 11/19/09 | 10/1/09 – 10/31/09 | $13,607.00 | $0.00 | $13,607.00 |
| 2/24/10 | 11/1/09 – 12/31/09 | $186,040.00 | $670.00 | $186,710.00 |
| 2/24/10 | 1/1/10 – 1/31/10 | $74,330.00 | $375.58 | $74,705.58 |
| 6/4/10 | 2/1/10 – 4/30/10 | $265,434.50 | $858.82 | $266,293.32 |
| 9/10/10 | 5/1/10 – 7/31/10 | $230,428.50 | $674.09 | $231,102.59 |
| 11/24/10 | 8/1/10 – 10/31/10 | $260,941.50 | $954.00 | $261,895.50 |
| 3/1/11 | 11/1/10 – 1/31/11 | $591,660.00 | $0.00 | $591,660.00 |
| 5/31/11 | 2/1/11 – 4/30/11 | $2,456,156.00 | $1,904.00 | $2,458,060.00 |
| 8/18/11 | 5/1/11 – 5/31/11 | $761,845.00 | $0.00 | $761,845.00 |
| 8/26/11 | 6/1/11 – 7/31/11 | $1,320,000.00 | $0.00 | $1,320,000.00 |
| 11/22/11 | 8/1/11 – 10/31/11 | $2,367,641.00 | $0.00 | $2,367,641.00 |
| 3/1/12 | 11/1/11–1/31/12 | $1,158,441.50 | $5,606.00 | $1,164,047.50 |
| 5/21/12 | 2/1/12 – 4/40/12 | $1,772,779.00 | $8,709.00 | $1,781,485.00 |
| 7/12/12 | 5/1/12 – 6/30/12 | $1,389,524.00 | $0.00 | $1,389,524.00 |
| 8/21/12 | 7/1/12 – 7/31/12 | $530,000.00 | $0.00 | $530,000.00 |
| 11/20/12 | 8/1/12 – 10/31/12 | $2,048,384.00 | $0.00 | $2,048,384.00 |
| 2/28/13 | 11/1/12 – 1/31/13 | $1,492,856.00 | $0.00 | $1,492,856.00 |
| 6/3/13 | 2/1/13 – 4/31/13 | $1,480,443.00 | $0.00 | $1,480,443.00 |
| 6/6/13 | 5/1/13 – 5/31/13 | $450,000.00 | $0.00 | $450,000.00 |
| 7/22/13 | 6/1/13-6/30/13 | $450,000.00 | $0.00 | $450,000.00 |
| **TOTAL** | | **$19,651,551.00** | **$19,751.49** | **$19,671,299.49** |

4833-3628-8789.1

## COMPENSATION BY PROFESSIONAL
### THROUGH JULY 31, 2013

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | ~1,200.0 | $450,000 |
| Abbott, Douglas J. | Partner | $640 | 28.0 | $17,920 |
| Ahluwalia, Siddhartha | Manager | $450 | 56.0 | $25,200 |
| Beakey III, Andrew M. | Partner | $640 | 12.6 | $8,064 |
| Canale, David J. | Partner | $640 | 1.5 | $960 |
| Carrington, Glenn | Partner | $640 | 37.5 | $24,000 |
| Carver, Gregory | Partner | $640 | 5.0 | $3,200 |
| Davidson, Garrett M. | Senior | $315 | 62.1 | $19,562 |
| Donovan, Claire Summer | Staff | $185 | 38.5 | $7,123 |
| Flagg, Nancy A. | Partner | $640 | 2.1 | $1,344 |
| Gargus, Vernon Keith | Partner | $640 | 7.5 | $4,800 |
| Gentile, Matthew Donald | Senior Manager | $550 | 46.4 | $25,520 |
| Giles, Ashley F. | Senior Manager | $550 | 6.2 | $3,410 |
| Gorman, Mary Corrigan | Senior Manager | $550 | 2.2 | $1,210 |
| Grieser, David Conrad | Staff | $185 | 1.5 | $278 |
| Harrison IV, George Jackson | Partner | $640 | 7.0 | $4,480 |
| Hayes, Brandon Lewis | Senior Manager | $550 | 0.4 | $220 |
| Heidel, Cache' R. | Staff | $185 | 3.9 | $722 |
| Hines, Herbert Bell | Senior Manager | $550 | 3.5 | $1,925 |
| Htu, Yi | Staff | $185 | 4.0 | $740 |
| Jacks, Sarah Butler | Senior Manager | $550 | 62.3 | $34,265 |
| Jurcic, Kata | Manager | $450 | 11.3 | $5,085 |
| Kapilovich, Uri | Staff | $185 | 33.1 | $6,124 |
| Lowery, Kristie L. | Partner | $640 | 6.5 | $4,160 |
| McCully, Becky M. | Senior Manager | $550 | 31.3 | $17,215 |
| Mentz, Marshall H. | Senior | $315 | 7.0 | $2,205 |
| Mesler, Mark S. | Partner | $640 | 9.0 | $5,760 |
| Mody, Tejas | Senior Manager | $550 | 2.0 | $1,100 |

4833-3628-8789.1

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nelson, Christopher J. | Partner | $640 | 1.0 | $640 |
| Oka, Kojiro | Partner | $640 | 1.5 | $960 |
| Papakonstantinou, Tina | Staff | $185 | 13.5 | $2,498 |
| Poorman, Melissa | Senior | $315 | 14.8 | $4,662 |
| Puett, Stephen W | Partner | $640 | 0.5 | $320 |
| Rimmke, Bryan Arthur | Manager | $450 | 30.5 | $13,725 |
| San Pedro, Miguel Carlos | Staff | $185 | 54.4 | $10,064 |
| Sargent, Amy Johannah | Executive Director | $640 | 39.6 | $25,344 |
| Scott, James E | Partner | $640 | 74.6 | $47,717 |
| Sloop, Erin Pamela | Staff | $185 | 2.8 | $518 |
| Thompson, Jeffrey Allen | Senior Manager | $550 | 1.5 | $825 |
| Tufino, Salvatore J. | Partner | $640 | 11.0 | $7,040 |
| Werner, Rachel | Staff | $185 | 8.5 | $1,573 |
| Williams, Charles F. | Partner | $640 | 19.5 | $12,480 |
| Williams, Edward M. | Partner | $640 | 18.0 | $11,520 |
| Wood, Jeffrey T. | Partner | $640 | 299.9 | $191,936 |
| TOTAL | | | ~2,280.0 | $1,008,411 |

4833-3628-8789.1

## COMPENSATION BY PROJECT CATEGORY
## THROUGH JULY 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fixed Fees | ~1,200.0 | $450,000 |
| Modeling | 377.9 | $229,359 |
| Foreign Jurisdiction Tax Assistance | 119.9 | $39,185 |
| E&P Analysis – NNC owned U.S. Groups | 118.6 | $64,655 |
| Secretary of State Applications | 37.9 | $15,755 |
| Pre-Controversy Transfer Pricing | 181.1 | $83,652 |
| Foreign Bank Account Reporting | 75.3 | $23,020 |
| Deferred Intercompany Gain/Loss Review | 28.3 | $13,723 |
| Assistance with Accounting and Finance Functions | 107.0 | $67,635 |
| Payroll Re-Registrations | 13.3 | $8,179 |
| Federal Ruling Request | 20.7 | $13,248 |
| **TOTAL** | **~2,280.0** | **$1,008,411** |

## EXPENSE SUMMARY
## THROUGH JULY 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Air | $3,716 |
| Car Service | $120 |
| Meals | $716 |
| Lodge | $2,917 |
| Mileage | $99 |
| Misc. | $31 |
| Parking | $185 |
| Taxi | $654 |
| Telephone | $15 |
| Tolls | $16 |
| **TOTAL** | **$8,469** |

4833-3628-8789.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | Case No. 09-10138 (KG) |
| | ) | |
| Nortel Networks, Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**TWENTY-FOURTH INTERIM APPLICATION OF
ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AS INDIRECT TAX SERVICE
ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
PERIOD OF JULY 1, 2013 THROUGH JULY 31, 2013**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order Authorizing The Debtors to Retain and Employ Professionals Used In the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date dated February 5, 2009 [Docket No. 236] (the "OCP Order"), and the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and Fed. R. Bankr. P. 2016-2 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members [Docket No. 222] (the "Compensation Order"), Ernst & Young, LLP ("E&Y LLP") hereby files this Twenty-Fourth Interim Application for Allowance of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4833-3628-8789.1

Compensation for Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for the Period from July 1, 2013 through July 31, 2013 (the "Application"). By this Application, E&Y LLP seeks allowance pursuant to the Compensation Order of payments from the above-captioned debtors and debtors-in-possession (the "Debtors") of $1,008,411 in compensation and $8,469 in reimbursement for expenses incurred during the period July 1, 2013 and July 31, 2013 (the "Compensation Period"). This application also requests fees incurred during months prior to the Compensation Period which have not been requested in a previous fee application or otherwise been paid.[2] In support of this Application, E&Y LLP respectfully represents as follows:

**Background**

1. On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. E&Y LLP is employed as an ordinary course professional by the Debtors pursuant to the OCP Order [Docket No. 236]. The OCP Order authorized the Debtors to compensate ordinary course professionals in the ordinary course of business, but stated that fee applications would be required for any "Tier Two" ordinary course professional, like E&Y LLP, charging more than $50,000 in a given month or $350,000 in a calendar year.

3. The Debtors have retained E&Y LLP to perform indirect tax services, consisting of sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services (the "OCP Engagement") pursuant to E&Y LLP's engagement agreement with the Debtors (the "Engagement Agreement").

---

[2] As an accommodation to the Debtors, E&Y LLP provides the Debtors with an advanced copy of its billing statements before filing any fee application or otherwise seeking approval of such fees from the Court. As a result, E&Y LLP is often unable to file the interim fee applications for its hourly fees and expenses, together with the fee applications for its fixed fee invoices. However, E&Y LLP continues to file its interim fee applications, in good faith, as soon as it is able to do so.

2

4. E&Y LLP's fees to date have exceeded the annual cap, and therefore, in accordance with the OCP Order, E&Y LLP hereby seeks approval of its fees in compliance with the Compensation Order.

5. On March 1, 2011, the Debtors retained E&Y LLP to perform tax services, consisting of federal and state tax compliance, US reporting requirement for foreign operations, tax reporting, and federal, state, and international tax advisory pursuant to E&Y LLP's engagement with the Debtors (the "Master Tax Services Agreement"). On March 23, 2011, the Court entered an order [Docket No. 6021] (the "Retention Order").

6. On July 1, 2011, the Debtors filed a Supplemental Application for an Order Expanding the Scope of Employment and Retention of Ernst & Young LLP to Include FBAR Services under the terms and conditions of the FBAR Amendment, *nunc pro tunc* to May 31, 2011 [Docket No. 5862] (the "Expansion Application").

7. On July 22, 2011, the Court granted the Expansion Application and authorized the Debtors to expand the scope of E&Y LLP's employment and retention to include FBAR Services under the terms and conditions of the FBAR Amendment, *nunc pro tunc* to May 31, 2011 [Docket No. 6021].

8. On December 22, 2011, the Debtors filed a Notice of the Third Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 7021] (the "Third Amendment").

9. On January 12, 2012, the Court entered an Order Modifying the Engagement of Ernst & Young LLP *nunc pro tunc* to December 5, 2011 authorizing the Third Amendment [Docket No. 7090].

10. On February 29, 2012, the Debtors filed a Notice of the Fourth

3

Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 7312] (the "Fourth Amendment"). No objections were filed to the Fourth Amendment.

11. On July 18, 2012, the Debtors filed a Notice of the Fifth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 8015] (the "Fifth Amendment"). No objections were filed to the Fifth Amendment.

12. On December 17, 2012, the Debtors filed a Notice of the Sixth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 9136] (the "Sixth Amendment"). No objections were filed to the Sixth Amendment.

13. On January 17, 2013, the Court entered an Order Modifying the Engagement of Ernst & Young LLP *nunc pro tunc* to December 12, 2012 authorizing the Sixth Amendment [Docket No. 9288].

14. On March 13, 2013, the Debtors filed a Notice of the Seventh Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 9642] (the "Seventh Amendment"). No objections were filed to the Seventh Amendment.

15. On June 21, 2013, the Debtors filed a Notice of the Eighth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 10957] (the "Eighth Amendment"). No objections were filed to the Eighth Amendment.

4833-3628-8789.1

### Compensation Paid and Its Source

16. All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

17. E&Y LLP has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between E&Y LLP and any other person other than the directors of E&Y LLP for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

18. Pursuant to the Master Tax Services Agreement, E&Y LLP provides the Debtors with tax compliance reporting, tax controversy and tax advisory services for a fixed fee. A copy of the invoice for the fixed fee installment payment for July 2013 is attached hereto as Exhibit A. Copies of the billing detail for the hourly work are attached hereto as Group Exhibit B.

19. To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

### Actual and Necessary Expenses

20. A summary of actual and necessary expenses and daily logs of expenses incurred by E&Y LLP during the Twenty-Fourth Interim Compensation Period are attached as Exhibit C.

### Summary of Services Rendered

21. E&Y LLP, by and through the above-named persons, has advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described below.

**Summary of Services By Project**

22. The services rendered by E&Y LLP during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below.

Tax Compliance Reporting

23. E&Y LLP assisted with tax compliance, tax reporting and tax advisory consulting such as but not limited to the preparation and filing of federal, state and international tax filing positions and compliance requirements, response to tax notices and analysis of bankruptcy related tax matters.

Foreign Jurisdiction Tax Assistance

24. E&Y LLP provided an assessment of local country tax advice, assisted with the coordination of data relating to the filing of local country income and indirect tax returns, provided consultation related to the resolution of tax controversies for tax periods open by the statute, and provided assistance with procedural matters related to the wind-up and final withdrawal of the local entity or branch for Guatemala, Puerto Rico, India, Trinidad & Tobago.

E&P Analysis- NNC owned U.S. Groups

25. E&Y LLP provided calculations of earnings and profits Nortel Networks Corporation owned United States consolidated groups for the tax year ended December 31, 2011, including cumulative E&P. E&Y LLP also provided a compilation and reconciliation of source return documentation and a review of the Debtors' transaction history, including restatements and IRS examinations.

Secretary of State Applications

26. E&Y LLP provided research of state rules regarding withdrawal from the Secretaries of State and closure of the income tax account with the state Departments of Revenue/Taxation, including analysis of Debtors' activities on a state-by-state basis. E&Y LLP also prepared a matrix that summarized the Debtors' activities with open claims, notices received and pending negotiations.

Pre-Controversy Transfer Pricing

27. E&Y LLP provided analysis including compilation and testing, pursuant to controlling provisions of the IRC and existing case law, of contemporaneous transfer pricing documentation to support proposed filing positions for years in which disposition transactions are deemed closed.

Foreign Bank Accounting Reporting (FBAR)

28. E&Y LLP provided assistance with the Report of Foreign Bank and Financial Accounts, Form TD F90-22.1 filings for account ownership and signature authority, related to foreign bank accounts for calendar year 2011.

Payroll

29. E&Y LLP provided payroll tax reporting assistance, related to state income tax withholding and state unemployment insurance accounts.

Assistance with Accounting and Finance Functions

30. E&Y LLP provided assistance with the accounting and finance functions.

Deferred Intercompany Gain/Loss Review

31. E&Y LLP reviewed historic transactions and the reporting of the tax effect of these transactions for the purpose of identifying gains and losses that will be triggered on a

wind-up of the structure. E&Y LLP also examined tax returns, and associated work-papers, for consolidated groups included in the estate.

### Modeling

32. E&Y LLP revised holdback calculations to update model assumptions, factual developments, cash flow assumptions and updated state apportionment calculation. E&Y LLP reviewed strategic options for modeled variables impacting federal and state income and withholding tax. E&Y LLP developed presentation materials. E&Y LLP communicated output, assumptions and strategic options to Nortel management and advisors.

### Federal Ruling Request

33. E&Y LLP provided tax advisory and document preparation services relating to the preparation and filing for a ruling request with the Internal Revenue Service ("IRS"), with respect to the timing of claim deductions.

## Valuation of Services

34. The professionals and staff members of E&Y LLP have expended approximately 2,280.0 hours in connection with this matter during the Compensation Period. The flat fee identified above is E&Y LLP's normal rate for work of this character. The reasonable value of the services rendered by E&Y LLP during the Compensation Period is $1,008,411.

35. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP has reviewed

the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, E&Y LLP respectfully requests that the Court authorize that for the period Compensation Period, an allowance be made to E&Y LLP pursuant to the terms of the Compensation Order, with respect to the sum of $806,728.80 as compensation for necessary professional services rendered (80% of $1,008,411), as well as $8,469 in reimbursement for expenses incurred, for a total of $815,197.80 and that such sum be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: August 29, 2013                    Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com