**Exhibit C**

**Nortel Networks**
**Expenses**

| Employee | Rank | Transaction Date | Description | Expense |
|---|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Partner | 1/8/2013 | Taxi: meeting in NY for Nortel\\airport/hotel/airport | 55.00 |
| Beakey III,Andrew M (US011131290) | Partner | 1/10/2013 | Air: airline transaction fee\\YFYDKV | 35.00 |
| Beakey III,Andrew M (US011131290) | Partner | 1/10/2013 | Air: Nortel meetings \\YFYDKV | 1262.37 |
| Beakey III,Andrew M (US011131290) | Partner | 1/12/2013 | Lodge:Nortel meeting in New York\\JLXJXK | 275.63 |
| Beakey III,Andrew M (US011131290) | Partner | 1/12/2013 | Misc: Snack at lobby lounge while in NY for Nortel meeting | 2.00 |
| Beakey III,Andrew M (US011131290) | Partner | 1/10/2013 | Brkft: Breakfast for self while in NY for Nortel meeting | 8.50 |
| Beakey III,Andrew M (US011131290) | Partner | 1/11/2013 | Misc: Tips while in NY for the Nortel meeting | 6.00 |
| Beakey III,Andrew M (US011131290) | Partner | 1/9/2013 | car service from LaGuardia airport for Client meetings in NYC | 60.00 |
| Beakey III,Andrew M (US011131290) | Partner | 1/9/2013 | car service to LaGuardia airport for Client meetings in NYC | 60.00 |
| Beakey III,Andrew M (US011131290) | Partner | 1/9/2013 | Tolls: Tolls - Nortel meeting in NY\\home to airport/home | 4.50 |
| Beakey III,Andrew M (US011131290) | Partner | 1/9/2013 | Mileage: Mileage - Nortel meeting in New York\\home to airport/home | 19.78 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/8/2013 | Dinner: Modeling meetings in NTC with John Ray and Cleary | 4.68 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/10/2013 | Brkft: Modeling meetings in NTC with John Ray and Cleary | 11.60 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/10/2013 | Mileage: Modeling meetings in NTC with John Ray and Cleary\\to Airport and back | 11.30 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/10/2013 | Parking: Modeling meetings in NTC with John Ray and Cleary | 24.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/8/2013 | 5/8/13 Lodge: Modeling meetings in NTC with John Ray and Cleary\\KEQKUQ | 629.33 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/9/2013 | 5/9/13 Lodge: Modeling meetings in NTC with John Ray and Cleary\\KEQKUQ | 548.74 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/8/2013 | 5/8/13 Taxi: Modeling meetings in NTC with John Ray and Cleary\\Client locations & hotel | 90.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/9/2013 | 5/9/13 Taxi: Modeling meetings in NTC with John Ray and Cleary\\Client locations & hotel | 80.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/9/2013 | Brkft: Modeling meetings in NTC with John Ray and Cleary | 18.58 |
| Wood,Jeffrey T (US013081390) | Executive Director | 5/9/2013 | Dinner: Modeling meetings in NTC with John Ray and Cleary | 39.68 |
| | | | **Totals** | **3,247** |

**Nortel Networks**
**Expenses**

| Engagement | Employee | Transaction Date | Description | Expense (Analysis) |
|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/8/2013 | Misc: Baggage tips | $7.50 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Misc: Baggage tips | $7.50 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 4/30/2013 | Air: AMEX Ticket Fee\\FYHSNE | $7.00 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/8/2013 | Taxi: Dinner with Jim Scott and Cleary\\hotel/restaurant/hotel | $7.50 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/9/2013 | Taxi: Nortel Tax meetings in New York\\Airport/Hotel/Cleary Office | $260.00 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/9/2013 | Misc: Nortel tax meeting with John Ray and Cleary | $10.00 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/9/2013 | Lodge: Nortel Tax meeting with John Ray and Cleary\\KQOSVR | $279.24 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/10/2013 | Lodge: Nortel Tax meeting with John Ray and Cleary\\KQOSVR | $279.24 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/9/2013 | Brkft: Nortel tax meeting with John Ray and Cleary | $21.00 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/10/2013 | Dinner: Nortel dinner with Andy Beakey, Doug Abbott and Kathy Schultea (RLKS) | $62.71 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/8/2013 | Dinner: Nortel Tax Dinner with Andy Beakey, Jim Scott, Corey Goodman (Cleary), Bill McGray (Cleary) and Kathy Schultea (RLKS) | $433.44 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/8/2013 | Tolls: Nortel Tax meeting with John Ray and Cleary\\home/airport/home | $9.00 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/8/2013 | Mileage: Nortel Tax meeting with John Ray and Cleary\\home/airport/home | $39.55 |
| 2013 Federal Consulting (16688021) | Beakey III,Andrew M (US011131290) | 5/10/2013 | Parking: Parking at airport - Nortel Meeting in New York | $46.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Air: air - Nortel meeting in New York City - ZIVJQD\\ZIVJQD | $7.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Air: air - Nortel meeting in New York City - ZIVJQD\\ZIVJQD | $295.05 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 4/26/2013 | Air: Nortel Meeting in NY\\ZIVJQD | $718.36 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Mileage: mileage from airport to home - Nortel meeting in New York City \\airport to home | $28.25 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/10/2013 | Parking: Nortel meeting in New York City | $115.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Tolls: Nortel meeting in New York City \\airport - home | $3.00 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 4/30/2013 | Air: American Air ~ Re: Meetings in NYC to prep for May 9 meeting review of federal ruling.\\FYHSNE | $691.86 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/8/2013 | Taxi: Re: Taxi from Hotel to Restaurant for prep mtg on Nortel review of federal ruling.\\Hotel to Restaurant | $44.00 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/9/2013 | Dinner: The Dutch ~ (no receipt, please see AMEX statement) ~ Re: Before dinner drinks/appetizers while in NYC for Nortel review of federal ruling mtg. Attendees: Jim Scott & Andy Beaky. | $36.57 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/8/2013 | Dinner: Whiskey Blue ~ Re: Meeting to prep for 5/9/13 Nortel meeting. Attendees: Jim Scott & Andy Beaky. | $44.70 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/9/2013 | Lodge: W New York Hotel ~ Re: Nortel meeting for review of federal ruling.\\FYHSNE | $207.73 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/10/2013 | Lodge: W New York Hotel ~ Re: Nortel meeting for review of federal ruling.\\FYHSNE | $207.73 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/9/2013 | Brkft: W New York Hotel ~ In Room Breakfast ~ Re: Nortel meeting for review of federal ruling. | $11.89 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/9/2013 | OT Txl M&T: W New York Hotel ~ Re: Meal while in NYC for Nortel review of federal ruling mtg. | $12.39 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/9/2013 | Taxi: (No receipt ~ paid cash) Re: Taxi from Hotel to Cleary Gottlieb for Nortel review of federal ruling.\\Hotel to Cleary Gottlieb | $23.00 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/8/2013 | Taxi: (No receipt ~ paid cash) Re: Taxi from Hotel to Cleary Gottlieb for Nortel review of federal ruling.\\Hotel to Cleary Gottlieb | $21.00 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | 5/9/2013 | TelePhnExp: W New York Hotel ~ Re: Internet Service while in NYC for Nortel review of federal ruling mtg. | $14.95 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | 5/8/2013 | Air: Modeling meetings in NTC with John Ray and Cleary\\EOUWUK | $698.86 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Lodge: The Ritz-Carlton - Nortel meeting in New York City - ZIVJQD\\ZIVJQD | ($8.62) |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Brkft: The Ritz-Carlton - Nortel meeting in New York City - ZIVJQD The final bill shows a breakfast for $8.62 making the bill correct and perhaps this amount should be broken out into meals rather than loding. Let me know what needs to be done. | $8.62 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/9/2013 | Lodge: The Ritz-Carlton - Nortel meeting in New York City - ZIVJQD\\ZIVJQD | $248.95 |

| | | | | |
|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/10/2013 | Lodge: The Ritz-Carlton - Nortel meeting in New York City - ZIVJQD\\ZIVJQD | $248.95 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | 5/8/2013 | Taxi: Cab from airport to hotel - Nortel meeting in NYC\\airport to hotel | $73.00 |
| | Totals | | | **5,222** |