**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Hearing Date: To Be Determined** |

**EIGHTEENTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF MAY 1, 2013 THROUGH JULY 31, 2013**

E&Y LLP hereby submits its eighteenth quarterly fee application request (the "Request") for the period May 1, 2013 through and including July 31, 2013 (the "Compensation Period").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 6/6/2013 | 5/1/13–5/31/13 | $450,000.00 | $0.00 | No. 11049 | $360,000.00 | $0 | $90,000.00 |
| 7/22/13 | 6/1/13-6/30/13 | $450,000.00 | $0.00 | No. 11379 | $360,000.00 | $0 | $90,000.00 |
| 8/29/2013 | 7/1/13-7/31/13 | $1,008,411 | $8,469 | Pending | Pending | Pending | $201,682.2 |
| **TOTAL** | | **$1,908,411** | **$8,469** | | **Pending** | **Pending** | **$381,682.20** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4813-5835-88051

requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: August 29, 2013                     Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

## COMPENSATION BY PROFESSIONAL
## THROUGH JULY 31, 2013

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | ~3,406.0 | $450,000 |
| Abbott, Douglas J. | Partner | $640 | 28.0 | $17,920 |
| Ahluwalia, Siddhartha | Manager | $450 | 56.0 | $25,200 |
| Beakey III, Andrew M. | Partner | $640 | 12.6 | $8,064 |
| Canale, David J. | Partner | $640 | 1.5 | $960 |
| Carrington, Glenn | Partner | $640 | 37.5 | $24,000 |
| Carver, Gregory | Partner | $640 | 5.0 | $3,200 |
| Davidson, Garrett M. | Senior | $315 | 62.1 | $19,562 |
| Donovan, Claire Summer | Staff | $185 | 38.5 | $7,123 |
| Flagg, Nancy A. | Partner | $640 | 2.1 | $1,344 |
| Gargus, Vernon Keith | Partner | $640 | 7.5 | $4,800 |
| Gentile, Matthew Donald | Senior Manager | $550 | 46.4 | $25,520 |
| Giles, Ashley F. | Senior Manager | $550 | 6.2 | $3,410 |
| Gorman, Mary Corrigan | Senior Manager | $550 | 2.2 | $1,210 |
| Grieser, David Conrad | Staff | $185 | 1.5 | $278 |
| Harrison IV, George Jackson | Partner | $640 | 7.0 | $4,480 |
| Hayes, Brandon Lewis | Senior Manager | $550 | 0.4 | $220 |
| Heidel, Cache' R. | Staff | $185 | 3.9 | $722 |
| Hines, Herbert Bell | Senior Manager | $550 | 3.5 | $1,925 |
| Htu, Yi | Staff | $185 | 4.0 | $740 |
| Jacks, Sarah Butler | Senior Manager | $550 | 62.3 | $34,265 |
| Jurcic, Kata | Manager | $450 | 11.3 | $5,085 |
| Kapilovich, Uri | Staff | $185 | 33.1 | $6,124 |
| Lowery, Kristie L. | Partner | $640 | 6.5 | $4,160 |
| McCully, Becky M. | Senior Manager | $550 | 31.3 | $17,215 |
| Mentz, Marshall H. | Senior | $315 | 7.0 | $2,205 |
| Mesler, Mark S. | Partner | $640 | 9.0 | $5,760 |
| Mody, Tejas | Senior Manager | $550 | 2.0 | $1,100 |

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nelson, Christopher J. | Partner | $640 | 1.0 | $640 |
| Oka, Kojiro | Partner | $640 | 1.5 | $960 |
| Papakonstantinou, Tina | Staff | $185 | 13.5 | $2,498 |
| Poorman, Melissa | Senior | $315 | 14.8 | $4,662 |
| Puett, Stephen W | Partner | $640 | 0.5 | $320 |
| Rimmke, Bryan Arthur | Manager | $450 | 30.5 | $13,725 |
| San Pedro, Miguel Carlos | Staff | $185 | 54.4 | $10,064 |
| Sargent, Amy Johannah | Executive Director | $640 | 39.6 | $25,344 |
| Scott, James E | Partner | $640 | 74.6 | $47,717 |
| Sloop, Erin Pamela | Staff | $185 | 2.8 | $518 |
| Thompson, Jeffrey Allen | Senior Manager | $550 | 1.5 | $825 |
| Tufino, Salvatore J. | Partner | $640 | 11.0 | $7,040 |
| Werner, Rachel | Staff | $185 | 8.5 | $1,573 |
| Williams, Charles F. | Partner | $640 | 19.5 | $12,480 |
| Williams, Edward M. | Partner | $640 | 18.0 | $11,520 |
| Wood, Jeffrey T. | Partner | $640 | 299.9 | $191,936 |
| TOTAL | | | ~4,486.0 | $1,908,411 |

## COMPENSATION BY PROJECT CATEGORY
## THROUGH JULY 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fixed Fees | ~3,406.0 | $1,350,000 |
| Modeling | 377.9 | $229,359 |
| Foreign Jurisdiction Tax Assistance | 119.9 | $39,185 |
| E&P Analysis – NNC owned U.S. Groups | 118.6 | $64,655 |
| Secretary of State Applications | 37.9 | $15,755 |
| Pre-Controversy Transfer Pricing | 181.1 | $83,652 |
| Foreign Bank Account Reporting | 75.3 | $23,020 |
| Deferred Intercompany Gain/Loss Review | 28.3 | $13,723 |
| Assistance with Accounting and Finance Functions | 107.0 | $67,635 |
| Payroll Re-Registrations | 13.3 | $8,179 |
| Federal Ruling Request | 20.7 | $13,248 |
| **TOTAL** | **~4,486.0** | **$1,908,411** |

## EXPENSE SUMMARY
## THROUGH JULY 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Air | $3,716 |
| Car Service | $120 |
| Meals | $716 |
| Lodge | $2,917 |
| Mileage | $99 |
| Misc. | $31 |
| Parking | $185 |
| Taxi | $654 |
| Telephone | $15 |
| Tolls | $16 |
| **TOTAL** | **$8,469** |

4813-5835-88051