**EXHIBIT A**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
RENDERING SERVICES FROM
JULY 1, 2013 THROUGH JULY 31, 2013**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Collazo, Sandra I. | Paralegal | $ 200.00 | 44.20 | $ 8,840.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 0.60 | $ 120.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 4.50 | $ 1,012.50 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 0.60 | $ 270.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 8.90 | $ 3,738.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 7.90 | $ 4,819.00 |
| **Total:** | | | **66.70** | **$ 18,799.50** |
| **Blended Rate:** | | **$ 350.83** | | |