# EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| Task | Amount |
|---|---|
| Case Administration | $ |
| Asset Disposition | $ |
| Meetings of and Comm. With Creditors | $ |
| EG Retention | $ |
| Employment & Retention Application - Other | $ |
| EG Fee Applications | $ 10,466.50 |
| EG Fee Objections | $ 2,524.00 |
| Fee Applications and Invoices -Other | $ 3,686.50 |
| Fee Objections - Others | $ 1,408.50 |
| Non-Working Travel | $ |
| Claims Administration and Objections | $ |
| Business Operations | $ |
| Employee Benefits/Pensions | $ |
| Tax Issues | $ |
| Plan and Disclosure Statement | $ |
| Financing/Cash Collections | $ |
| Court Hearings | $ |
| Labor Issues | $ |
| Litigation | $ 714.00 |
| Research | $ |
| **Total Fees** | **$ 18,799.50** |

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
1105 North Market Street
Suite 1700

Wilmington DE 19801

August 28, 2013
Bill Number 23398
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through July 31, 2013

<u>EG Fee Applications</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/13 | SAK | [B170-] Instructions from R. Zahralddin re preparation of amended fee applications for May 2013 per discussions with Debtors' counsel (.2); instructions to D. Dougherty re same (.1) | 0.30 Hrs |
| 07/01/13 | SAK | [B170-] Email exchanges with D. Dougherty re amendment of Elliott Greenleaf's May 2013 fee application (.2); review revised billing and conference with R. Zahralddin re same (.3) | 0.50 Hrs |
| 07/02/13 | SAK | [B170-] Telephone call and email to A. Cordo re amendment to Elliott Greenleaf May 2013 fee application | 0.10 Hrs |
| 07/03/13 | SAK | [B170-] Conference with R. Zahralddin re further revisions to amended fee application | 0.20 Hrs |
| 07/03/13 | SAK | [B170-] Telephone conferences (.2) and email exchanges (.2) with D. Dougherty and R. Zahralddin re revisions to Elliott Greenleaf's amended fee application | 0.40 Hrs |
| 07/03/13 | SAK | [B170-] Analyze revised May fee invoice for Elliott Greenleaf (.3) and email from R. Zahralddin to Debtors' counsel re same (.1) | 0.40 Hrs |
| 07/08/13 | SAK | [B170-] Review comments from Debtors' counsel re Elliott Greenleaf's fee reductions for May 2013 and instructions from R. Zahralddin re filing of amended fee application | 0.20 Hrs |
| 07/09/13 | JF1 | [B170-] Effectuate service of Elliott Greenleaf Amended fee application | 0.60 Hrs |
| 07/09/13 | SIC | [B170-] Preparation of Elliott Greenleaf's Amended 22nd Monthly Fee Application (3.2); filing (.2); effectuate service of same (.6) | 4.00 Hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/09/13 | SAK | [B170-] Review communications between R. Zahralddin and Debtors' counsel re LTD Committee fee issues | 0.10 Hrs |
| 07/09/13 | SAK | [B170-] Review Amended May Fee Application, Notice, Certificate of Service and multiple Exhibits (.4); instructions to S. Collazo re revisions to all (.1) | 0.50 Hrs |
| 07/09/13 | RXZ | [B170-] Finalize Amended Fee Application for June (1.2) supervise filing and service (.5) | 1.70 Hrs |
| 07/09/13 | AXL | [B170-] Assist S. Collazo with service of 22nd Amended Fee App | 0.80 Hrs |
| 07/10/13 | SAK | [B170-] Analyze comments from Judge Gross re Fee Examiner Order | 0.10 Hrs |
| 07/15/13 | SAK | [B170-] Revise Exhibit B for Elliott Greenleaf's monthly fee application (June 2013) (1.3); conference with R. Zahralddin and instructions to I. Densmore re same (.2) | 1.50 Hrs |
| 07/15/13 | RXZ | [B170-] E-mails from MNAT re: fee order and forward same to instructions to E. Sutty (.2) and reply to MNAT (.1) | 0.30 Hrs |
| 07/16/13 | SIC | [B170-] Analyze instructions from R. Zahralddin and related email from Debtors re: Fee Examiner request for fee application copies (.1); call to Fee Examiner re same (.2) | 0.30 Hrs |
| 07/18/13 | EMS | [B170-] Review package of EG fee application for fee examiner | 0.40 Hrs |
| 07/18/13 | EMS | [B170-] Revise correspondence letter to fee examiner | 0.20 Hrs |
| 07/18/13 | SIC | [B170-] Prepare package re: Fee Examiner request for fee application copies (.9); prepare spreadsheet re: same (4.4) | 5.30 Hrs |
| 07/18/13 | SIC | [B170-] Instructions from E. Sutty re: cover letter for fee application package (.2); prepare cover letter to fee examiner (.6) | 0.80 Hrs |
| 07/19/13 | SIC | [B170-] Prepare fees and expenses spreadsheet per Fee Examiner request | 7.80 Hrs |
| 07/22/13 | AXL | [B170-] Assist S. Collazo with the service of the CNO of the Amended 22nd Fee App | 0.50 Hrs |
| 07/22/13 | SIC | [B170-] Prepare fees and expenses spreadsheet per Fee Examiner request | 3.30 Hrs |
| 07/23/13 | SIC | [B170-] Prepare fees and expenses spreadsheet per Fee Examiner request | 2.80 Hrs |
| 07/23/13 | SAK | [B170-] Instructions to S. Collazo re corrections to fee application exhibit; email exchange re same | 0.20 Hrs |
| 07/24/13 | SIC | [B170-] Prepare fees and expenses spreadsheet per Fee Examiner request | 6.40 Hrs |
| 07/24/13 | SAK | [B170-] Review email and attachments from S. Collazo to fee examiner re Elliott Greenleaf fees (.3); conference with S. Collazo re future expense amendment (.1) | 0.40 Hrs |
| 07/25/13 | RXZ | [B170-] Meeting with S. Collazzo re: instructions on fee examiner requests (.4) and analyze spreadsheet prepared for fee examiner (.2) | 0.60 Hrs |
| | | Totals | 40.70 Hrs  $10,466.50 |
| | | EG Fee Applications Totals | 40.70 Hrs  $10,466.50 |

Fee Objections EGS

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/13 | SAK | [B171-] Telephone conference with Debtors' counsel re Elliott Greenleaf's May 2013 Monthly Fee Application (.1); review fee application re specific Debtors' issue and instructions to D. Dougherty (.3); conference with R. Zahralddin re same (.1) | 0.50 Hrs | |
| 07/05/13 | RXZ | [B171-] Downward revisions on May bill to conform to settlement agreement (.8) and related calls and e-mails with Debtors counsel re: same (.4) | 1.20 Hrs | |
| 07/05/13 | RXZ | [B171-] Further updates to May fee detail (1.5) and prepare email and analyze adjustments and forward same to Debtors (.3) | 1.80 Hrs | |
| 07/22/13 | SIC | [B171-] Preparation of Certificate of No Objection re: Elliott Greenleaf 22nd Monthly Fee Application (.6); filing (.1); effectuate service of same (1.0) | 1.70 Hrs | |
| 07/22/13 | SAK | [B171-] Finalize Certificate of No Objection and Certificate of Service re Elliott Greenleaf's 22nd Monthly Fee Application | 0.20 Hrs | |
| 07/23/13 | SIC | [B171-] Preparation of Exhibits to COS re: Certificate of No Objection filed incorrectly (.2); filing of same (.1) | 0.30 Hrs | |
| | | Totals | 5.70 Hrs | $2,524.00 |
| | | Fee Objections EGS Totals | 5.70 Hrs | $2,524.00 |

Fee Applications and Invoices - Other

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/13 | SAK | [B175-] Analyze email from A. Cordo re appointment of fee examiner and comments from J. Gross re same | 0.20 Hrs |
| 07/05/13 | SAK | [B175-] Review Debtors' marked up proposed Fee Examiner Order | 0.20 Hrs |
| 07/08/13 | SAK | [B175-] Review blackline proposed Fee Examiner Order and comments from Debtors' counsel re same | 0.10 Hrs |
| 07/09/13 | SAK | [B175-] Review communications and attachments from D. Abbott to Judge Gross re proposed Fee Examiner Order | 0.20 Hrs |
| 07/10/13 | AXL | [B175-] Assist S. Collazo and J. Ford with E. M. Maxwell fee app service | 2.50 Hrs |
| 07/10/13 | SAK | [B175-] Review Morgan Maxwell's filed 4th Monthly Fee Application and email exchanges with S. Collazo re same | 0.20 Hrs |
| 07/10/13 | SIC | [B175-] Preparation of M. Maxwell Fourth Monthly Fee Application (.5); filing (.2); effectuate service of same (.9) | 1.60 Hrs |
| 07/11/13 | SIC | [B175-] Correspondence with A&M re: 18th Monthly Fee Application | 0.10 Hrs |
| 07/25/13 | SIC | [B175-] Prepare spreadsheet re: Fee Examiner request for M. Maxwell fee applications | 2.60 Hrs |
| 07/25/13 | SIC | [B175-] Telephone and email correspondence with A&M re: March Fee Application | 0.70 Hrs |
| 07/25/13 | SAK | [B175-] Analyze email from S. Collazo re fee examiner's requests (Maxwell's applications) | 0.10 Hrs |
| 07/25/13 | SIC | [B175-] Prepare package to Fee Examiner re: request for M. Maxwell fee applications (.5); prepare cover letter to fee examiner (.2) | 0.70 Hrs |
| 07/25/13 | SIC | [B175-] Preparation of Notice and COS to A&M Eighteenth Monthly Fee Application (.3); preparation of service re: same (.7) | 1.00 Hrs |
| 07/25/13 | RXZ | [B175-] Analyze A&M 18th Monthly fee application (.3) comments to R. Winters (.2) analyze and finalize notice and related documents (.2) supervise filing and service (.5) | 1.20 Hrs |

Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/13 | SAK | [B175-] Finalize A&M's 18th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to S. Collazo re revisions and filing of same (.1) | 0.50 Hrs | |
| 07/26/13 | SAK | [B175-] Analyze email from S. Collazo forwarding recently filed fee applications to fee examiner and instructions re same | 0.10 Hrs | |
| 07/26/13 | SIC | [B175-] Preparation of A&M 18th Monthly Fee Application (.2); filing (.1); effectuate service of same (.8) | 1.10 Hrs | |
| 07/26/13 | SIC | [B175-] Prepare package to Fee Examiner re: request for A&M fee applications (.6); prepare cover letter to fee examiner (.2) | 0.80 Hrs | |
| | | Totals | 13.90 Hrs | $3,686.50 |
| | | Fee Applications and Invoices -- Other Totals | 13.90 Hrs | $3,686.50 |

Fee Objections - Others

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/13 | RXZ | [B176-] Review Certificate of No Objection re: M. Maxwell First Quarterly Fee Application | 0.20 Hrs | |
| 07/15/13 | SIC | [B176-] Preparation of Certificate of No Objection re: Morgan Maxwell First Quarterly Fee Application (.8); filing (.1); effectuate service of same (2.0) | 2.90 Hrs | |
| 07/15/13 | RXZ | [B176-] Instructions and related e-mails re: fee examiner request (.2) related follow up and instructions to E. Sutty and paralegals re: same (.3) | 0.50 Hrs | |
| 07/25/13 | RXZ | [B176-] E-mails and related follow up with R. Winters re: fee applications and fee examiner requests | 0.40 Hrs | |
| 07/26/13 | AXL | [B176-] Assist S. Collazo with the service of A&M's 18th Monthly Fee Application | 0.70 Hrs | |
| | | Totals | 4.70 Hrs | $1,408.50 |
| | | Fee Objections - Others Totals | 4.70 Hrs | $1,408.50 |

Litigation

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/13 | SAK | [B600-] Analyze filed Letter from Ronald Elias and Order Directing Response from LTD Committee (.2); multiple communications with professionals and committee members re same (.4) | 0.60 Hrs | |
| 07/15/13 | SAK | [B600-] Review and revise Elias letter response (.7); conference and teleconference with E. Sutty and R. Zahralddin re revisions (.2); telephone conference with M. Fleming; review L. Schweitzer's email and instructions to E. Sutty re same (.2) | 1.10 Hrs | |
| | | Totals | 1.70 Hrs | $714.00 |
| | | Litigation Totals | 1.70 Hrs | $714.00 |
| | | TOTAL LEGAL SERVICES | | $18,799.50 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Collazo, Sandra I | 44.20 Hrs | 200/hr | $8,840.00 |
| Ford, Jennifer L. | 0.60 Hrs | 200/hr | $120.00 |

| | | | |
|---|---|---|---|
| Lyles, Aurelia X | 4.50 Hrs | 225 /hr | $1,012.50 |
| Kinsella, Shelley A. | 8.90 Hrs | 420 /hr | $3,738.00 |
| Sutty, Eric M | 0.60 Hrs | 450 /hr | $270.00 |
| Zahralddin-Aravena, Rafael X. | 7.90 Hrs | 610 /hr | $4,819.00 |
| | 66.70 Hrs | | $18,799.50 |

## Reimbursement for out of pocket expenses

DOCKETS

| | | |
|---|---|---|
| 07/22/13 | [] PACER SERVICE CENTER (DE)---INV # 04/01/13-06/30/13 DTD 07/03/13: DOCKET RETRIEVAL FOR THE PERIOD: 04/01/13-06/30/13 | 385.90 |
| | | $385.90 |

EXPRESS MAIL

| | | |
|---|---|---|
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) | 16.20 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) ON 05/13/13 | 16.20 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) ON 05/13/13 | 16.20 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) ON 05/13/13 | 13.55 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) ON 05/13/13 | 20.60 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) ON 05/13/13 | 16.20 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO SANDEE COLLAZO FROM SLC (RETURN TO FIRM) ON 05/13/13 | 21.75 |
| 07/16/13 | [] FEDERAL EXPRESS (DE)---INV#2-323-96291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO ROBIN RUSK COTTON WOOD, AZ ON 06/03/13  SLC | 31.33 |
| 07/18/13 | [] FEDERAL EXPRESS (DE)---INV#2-32396291 DTD 07/02/13 OVERNIGHT PACKAGE DELIVERY TO AXL FROM RETURNS FROM FEDERAL EXPRESS TEMPE, AZ | 13.31 |
| | | $165.34 |

OUTSIDE PROFESSIONAL SVCES

| | | |
|---|---|---|
| 07/26/13 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC546386 DTD 07/17/13 PROFESSIONAL SERVICES FOR THE PERIOD: JUN 1 THUR JUN 30, 2013 | 1,086.53 |

|  |  |  | $1,086.53 |
|---|---|---:|---:|

POSTAGE

| 07/09/13 | [] Postage | 189.71 |
|---|---|---:|
| 07/10/13 | [] Postage | 151.23 |
| 07/15/13 | [] Postage | 246.81 |
| 07/19/13 | [] Postage | 7.24 |
| 07/22/13 | [] Postage | 210.16 |
| 07/25/13 | [] Postage | 5.32 |
| 07/26/13 | [] Postage | 5.32 |
| 07/26/13 | [] Postage | 225.39 |

|  |  | $1,041.18 |
|---|---:|---:|
| Total Reimbursement for out of pocket expenses | | $2,678.95 |
| | TOTAL THIS BILL | $21,478.45 |

**PREVIOUS BILLS OUTSTANDING**

| 116765 | 08/01/13 | 34,805.40 |
|---|---|---:|
| | | $34,805.40 |
| | GRAND TOTAL DUE | $56,283.85 |

**PREVIOUS BILLS OUTSTANDING**

| 116765 | 08/01/13 | 34,805.40 |
|---|---|---:|
| | | $34,805.40 |
| | TOTAL DUE | $56,283.85 |

## Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  |  | Current Bill |
|---|---|---:|
| **EG Fee Applications** | | |
| | | $10,466.50 |
| | Subtotals | $10,466.50 |
| **Fee Objections EGS** | | |
| | | $2,524.00 |
| | Subtotals | $2,524.00 |
| **Fee Applications and Invoices - Other** | | |
| | | $3,686.50 |
| | Subtotals | $3,686.50 |
| **Fee Objections - Others** | | |
| | | $1,408.50 |
| | Subtotals | $1,408.50 |
| **Litigation** | | |
| | | $714.00 |
| | Subtotals | $714.00 |
| | Totals | $18,799.50 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED PLEASE CONTACT PAT ROONEY AT (215) 977-1014***