## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## JULY 1, 2013 THROUGH JULY 31, 2013

| **Expense Category** | **Total Expenses** |
|---|---|
| Dockets | $ 385.90 |
| Express Mail | $ 165.34 |
| Outside Professional Services | $ 1,086.53 |
| Postage | $ 1,041.18 |
| TOTAL: | $ 2,678.95 |