# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**July 1, 2013 - July 31, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | July 2013 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 3.5 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 4.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 235.5 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **251.0** |

**Summary of Services Rendered by Professional**

| Name | July 2013 Hours |
|---|---:|
| Michael Kennedy, Member | 98.0 |
| Matthew Rosenberg, Managing Director | 42.0 |
| Aaron Taylor, Vice President | 51.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 60.0 |
| **TOTAL** | **251.0** |

**Nortel Networks, Inc**
July 1, 2013 - July 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | July 2013 Hours | Code |
|---|---|---:|---:|
| 7/1/2013 | Review material from management re: allocation and litigation data | 3.0 | 14 |
| 7/2/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 7/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.5 | 14 |
| 7/8/2013 | Conference calls & communication w/Cleary and US Advisors | 2.0 | 14 |
| 7/8/2013 | Review draft documents re: allocation and litigation filings | 2.0 | 14 |
| 7/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 7/9/2013 | Calls and communications w/ Cleary re: litigations process | 2.0 | 14 |
| 7/9/2013 | Review cash flash reports | 1.0 | 1 |
| 7/10/2013 | Calls with Capstone re: pre-call material | 0.5 | 6 |
| 7/10/2013 | Call with UCC advisors rre escrow account status | 1.0 | 6 |
| 7/10/2013 | Follow-up review of documents and material | 2.0 | 6 |
| 7/11/2013 | Gather and review documents re claim litigation and allocation litigation document production | 9.0 | 14 |
| 7/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 7/12/2013 | Gather and review documents re claim litigation and allocation litigation document production | 5.0 | 14 |
| 7/13/2013 | Gather and review documents re claim litigation and allocation litigation document production | 3.0 | 14 |
| 7/15/2013 | Conference calls & communication w/Cleary and US Advisors | 1.0 | 14 |
| 7/15/2013 | Gather and review documents re claim litigation and allocation litigation document production | 3.0 | 14 |
| 7/16/2013 | Calls with Capstone | 0.5 | 6 |
| 7/16/2013 | Gather and review documents re claim litigation and allocation litigation document production | 3.0 | 14 |
| 7/16/2013 | Travel to NY | 4.0 | 15 |
| 7/17/2013 | Meeting with Cleary re: document production review | 6.0 | 14 |
| 7/17/2013 | Meeting at Cleary with counsel and JR | 2.0 | 14 |
| 7/18/2013 | Travel to Chicago | 4.0 | 15 |
| 7/19/2013 | Review cash flash report | 0.5 | 1 |
| 7/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/24/2013 | Prepare, review and discuss UK court decisions | 2.0 | 14 |
| 7/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/29/2013 | Review RM Report | 1.0 | 1 |
| 7/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/31/2013 | Call with Cleary & other professionals to discuss litigation matters | 4.0 | 14 |
| 7/31/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 7/31/2013 | Review cash forecast report | 1.0 | 1 |
| **July 2013 Total** | | **98.0** | |

**Nortel Networks, Inc**
July 1, 2013 - July 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | July 2013 Hours | Code |
|---|---|---|---|
| 7/1/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/2/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/7/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/8/2013 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 7/9/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/10/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/11/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/12/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 7/15/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 7/16/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/17/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/18/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/19/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/22/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/24/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/25/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 7/26/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 7/29/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 7/30/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 7/31/2013 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| **July 2013 Total** | | **42.0** | |

**Nortel Networks, Inc**
July 1, 2013 - July 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | July 2013 Hours | Code |
|---|---|---:|:---:|
| 7/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/2/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 7/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/9/2013 | Call and communications w/ Cleary | 1.0 | 14 |
| 7/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/12/2013 | Call and communications w/ Cleary | 2.0 | 14 |
| 7/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 7/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 7/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/22/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 7/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 7/31/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| | **July 2013 Total** | **51.0** | |

**Nortel Networks, Inc**
July 1, 2013 - July 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | July 2013 Hours | Code |
|---|---|---:|---:|
| 7/12/2013 | Call with other professionals to discuss litigation data | 2.3 | 14 |
| 7/12/2013 | Document production | 3.0 | 14 |
| 7/19/2013 | Accessed and reviewed material re claim litigation and allocation litigation | 1.0 | 14 |
| 7/22/2013 | Reviewed and sumarized documents and material re:  allocation litigation | 6.5 | 14 |
| 7/23/2013 | Reviewed and sumarized documents and material re:  allocation litigation | 5.3 | 14 |
| 7/24/2013 | Reviewed and sumarized documents and material re:  allocation litigation | 8.0 | 14 |
| 7/25/2013 | Reviewed and sumarized documents and material re:  allocation litigation | 8.3 | 14 |
| 7/26/2013 | Reviewed and sumarized documents and material re:  allocation litigation | 4.0 | 14 |
| 7/26/2013 | Reviewed dataroom material re: litigation | 4.0 | 14 |
| 7/29/2013 | Reviewed dataroom material re: litigation | 4.3 | 14 |
| 7/29/2013 | Reviewed dataroom material re: litigation | 2.0 | 14 |
| 7/30/2013 | Reviewed dataroom material re: litigation | 4.5 | 14 |
| 7/30/2013 | Discussed summary with other professionals | 1.0 | 14 |
| 7/31/2013 | Call with other professionals to discuss litigation matters | 4.0 | 14 |
| 7/31/2013 | Reviewed and sumarized documents and material re:  allocation litigation | 2.0 | 14 |
| | **July 2013 Total** | **60.0** | |