# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2013 through July 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 7/16/13-7/18/13 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 7/16/13-7/18/13 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 7/16/13-7/18/13 | Ground Transportation | $ 148.00 |
| Mike Kennedy | 7/16/13-7/18/13 | Breakfast | $ 10.00 |
| Mike Kennedy | 7/16/13-7/18/13 | Breakfast | $ 10.00 |
| Mike Kennedy | 7/16/13-7/18/13 | Dinner | $ 50.00 |
| Mike Kennedy | 7/16/13-7/18/13 | Dinner | $ 50.00 |
| Chilmark | 7/1/13-7/31/13 | FedEx | $ 36.14 |
| **Total Expenses** | | | **$ 2,301.47** |