# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** **RLKS Executive Solutions LLC**

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **7/1/2013** | **7/31/2013** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 53.90 | $450.00 | $24,255.00 |
| 2 | Facility Document Inventory & Evacuation Review | 3.00 | $450.00 | $1,350.00 |
| 3 | Human Resources - Employee Related Projects | 66.60 | $450.00 | $29,970.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration | 26.70 | $450.00 | $12,015.00 |
| 7 | Tax/Finance Matters and Budget Projects | 6.10 | $450.00 | $2,745.00 |
| 8 | Misc Debtor Issues and Communications | 0.50 | $450.00 | $225.00 |
| | **Hours/Billing Amount for Period:** | **162.80** | | **$73,260.00** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/1/2013 | Cleary requests for DBR restores / troubleshooting space issues and storage | Brandon Bangerter | 1 | 4.0 |
| 7/2/2013 | DBR restores, copies, zips, and mailings to Cleary for research | Brandon Bangerter | 1 | 3.0 |
| 7/3/2013 | IT Infrastructure Support: DBR Requests and File transmissions;EMB Data Extracts | Raj Perubhatla | 1 | 1.5 |
| 7/3/2013 | DBR restores, copies, zips, and mailings to Cleary for research | Brandon Bangerter | 1 | 2.5 |
| 7/6/2013 | IT Infrastructure Support: DBR Requests and File transmissions | Raj Perubhatla | 1 | 2.0 |
| 7/7/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 1.0 |
| 7/9/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 7/10/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 7/11/2013 | IT Infrastructure Support: Support conference call | Raj Perubhatla | 1 | 0.5 |
| 7/11/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 0.5 |
| 7/12/2013 | IT Infrastructure Support - EMB Setup Issues Troubleshooting | Raj Perubhatla | 1 | 0.5 |
| 7/16/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 7/17/2013 | IT Infrastructure Support - EMB Setup Issues Troubleshooting | Raj Perubhatla | 1 | 1.7 |
| 7/17/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 7/18/2013 | NNI vault space issues / weekly IT meeting discussion and resolutions | Brandon Bangerter | 1 | 1.5 |
| 7/19/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 0.5 |
| 7/22/2013 | IT Infrastructure Support:SAP BW Support for usernames and Password | Raj Perubhatla | 1 | 1.5 |
| 7/22/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 1.0 |
| 7/23/2013 | Weekly meeting updates / Cleary requests (DBR) process / Disk Space issues | Brandon Bangerter | 1 | 1.5 |
| 7/24/2013 | IT Infrastructure Support: FTP username and password issues | Raj Perubhatla | 1 | 2.5 |
| 7/24/2013 | NNI Vault issue, troubleshooting, configuration, bringing it back online. | Brandon Bangerter | 1 | 3.0 |
| 7/25/2013 | NNI Vault issue, navisphere, troubleshooting, netbackup monitoring | Brandon Bangerter | 1 | 1.5 |
| 7/26/2013 | IT Infrastructure Support - Conference Call; Investigate Oracle Financials 11i data | Raj Perubhatla | 1 | 2.5 |
| 7/26/2013 | Navisphere tests, checks for issues with NNI vault server | Brandon Bangerter | 1 | 1.0 |
| 7/27/2013 | IT Infrastructure Support - BOXI Report development for Oracle Financials 11i | Raj Perubhatla | 1 | 7.0 |
| 7/28/2013 | IT Infrastructure Support - BOXI Report development for Oracle Financials 11i | Raj Perubhatla | 1 | 4.0 |
| 7/29/2013 | Array creation, configuration / additional drives for 0WZ, testing | Brandon Bangerter | 1 | 2.0 |
| 7/30/2013 | IT Infrastructure Support - BOXI Report development for Oracle Financials 11i; EMB Client setup | Raj Perubhatla | 1 | 1.5 |
| 7/30/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 7/31/2013 | IT Infrastructure Support - VMWare ESX, alternate file server setup | Raj Perubhatla | 1 | 1.2 |
| 7/31/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 0.5 |
| 7/8/2013 | Research - Iron Mountain data | Kathryn Schultea | 2 | 0.7 |
| 7/15/2013 | Research - Iron Mountain data | Kathryn Schultea | 2 | 1.3 |
| 7/18/2013 | Iron Mountain issue | Kathryn Schultea | 2 | 1.0 |
| 7/1/2013 | HR Development and Support: Benefits Winddown activities | Raj Perubhatla | 3 | 4.0 |
| 7/2/2013 | Correspondence received, reviewed, responded re Mergis review | Kathryn Schultea | 3 | 1.0 |
| 7/3/2013 | Correspondence received, reviewed, responded re Mergis follow-up | Kathryn Schultea | 3 | 0.8 |
| 7/4/2013 | HR Development and Support: Benefits Winddown activities - Database Updates and validations | Raj Perubhatla | 3 | 7.5 |
| 7/5/2013 | Correspondence received, reviewed, re HR former EE matters | Kathryn Schultea | 3 | 1.0 |
| 7/5/2013 | HR Development and Support: Benefits Winddown activities - Database Updates and validations | Raj Perubhatla | 3 | 8.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/7/2013 | HR Development and Support: Benefits Winddown activities - Database Updates and validations | Raj Perubhatla | 3 | 7.0 |
| 7/8/2013 | HR Development and Support: Benefits Winddown activities - Database Updates and validations | Raj Perubhatla | 3 | 5.3 |
| 7/9/2013 | Correspondence received, reviewed, responded re EE files, HRA issue, Pru, NQPP | Kathryn Schultea | 3 | 2.0 |
| 7/9/2013 | HR Development and Support: interfaces winddown cleanup and archival | Raj Perubhatla | 3 | 2.2 |
| 7/10/2013 | Correspondence received, reviewed, responded re EE data and document requests | Kathryn Schultea | 3 | 1.5 |
| 7/10/2013 | HR Development and Support:Medco Data Analysis | Raj Perubhatla | 3 | 2.5 |
| 7/11/2013 | HR Development and Support: Medco CDL Files | Raj Perubhatla | 3 | 1.5 |
| 7/12/2013 | Conf call re former EE issues | Kathryn Schultea | 3 | 0.5 |
| 7/12/2013 | HR Development and Support:Medco CDL files | Raj Perubhatla | 3 | 1.0 |
| 7/14/2013 | HR Development and Support for Decrypting Medco data | Raj Perubhatla | 3 | 1.0 |
| 7/15/2013 | HR Development and Support for Decrypting Medco data | Raj Perubhatla | 3 | 2.2 |
| 7/16/2013 | Correspondence received, reviewed, responded re Severance motion, and various EE requests | Kathryn Schultea | 3 | 1.8 |
| 7/16/2013 | HR Development and Support for Decrypting Medco data | Raj Perubhatla | 3 | 2.0 |
| 7/17/2013 | Correspondence received, reviewed, responded re Benefit Issues | Kathryn Schultea | 3 | 1.2 |
| 7/19/2013 | Correspondence received, reviewed, responded re Medical Benefits Discussion | Kathryn Schultea | 3 | 1.0 |
| 7/19/2013 | HR Development and Support - EV5 data exports and dumps | Raj Perubhatla | 3 | 2.2 |
| 7/22/2013 | Correspondence received, reviewed, responded re LTD Severance & term pkg discussion | Kathryn Schultea | 3 | 1.3 |
| 7/23/2013 | Conf call re former EE issues re severance | Kathryn Schultea | 3 | 0.5 |
| 7/23/2013 | Correspondence received, reviewed, responded re Severance Memorandum | Kathryn Schultea | 3 | 2.5 |
| 7/24/2013 | Correspondence received, reviewed, responded re Severance Memorandum | Kathryn Schultea | 3 | 0.5 |
| 7/25/2013 | Correspondence received, reviewed, responded re LTD Term Packages | Kathryn Schultea | 3 | 2.2 |
| 7/26/2013 | Correspondence received, reviewed, responded Retiree Settlements | Kathryn Schultea | 3 | 0.7 |
| 7/29/2013 | Correspondence received, reviewed, responded re LTD Severance Motion | Kathryn Schultea | 3 | 0.5 |
| 7/31/2013 | Correspondence received, reviewed, responded re LTD Claim Info, ERISA documentation research | Kathryn Schultea | 3 | 0.7 |
| 7/15/2013 | Fee app work for new examiner process | Kathryn Schultea | 4 | 3.0 |
| 7/26/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 7/1/2013 | Correspondence received, reviewed, responded re Glitnir | Kathryn Schultea | 6 | 3.0 |
| 7/1/2013 | Conference Call with Jane to discuss Equity Claims | Mary Cilia | 6 | 1.3 |
| 7/2/2013 | Claims Database Administration: monitoring, backups etc | Raj Perubhatla | 6 | 1.5 |
| 7/2/2013 | Review of Equity Claims | Mary Cilia | 6 | 1.5 |
| 7/3/2013 | Follow up Conference Call with Jane to discuss Equity Claims | Mary Cilia | 6 | 0.8 |
| 7/10/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 7/11/2013 | Solis follow-up | Kathryn Schultea | 6 | 0.5 |
| 7/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 7/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 7/14/2013 | Review of Scheduled Liability Matches Project Work | Mary Cilia | 6 | 2.8 |
| 7/16/2013 | Conference Call and Claims/Schedule Update for Capstone | Mary Cilia | 6 | 1.8 |
| 7/16/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 7/17/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 7/18/2013 | Correspondence received, reviewed, responded re Severance Claims | Kathryn Schultea | 6 | 0.8 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/21/2013 | Claims Database Administration - Database loads and Analysis | Raj Perubhatla | 6 | 3.7 |
| 7/23/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 7/24/2013 | Conference Call and Related Prep, Follow-up re: Employee Claims | Mary Cilia | 6 | 1.3 |
| 7/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 7/26/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 7/29/2013 | Claims Database Administration - Database loads and Analysis | Raj Perubhatla | 6 | 1.2 |
| 7/2/2013 | Discuss PLR plan with EY reps | Richard Lydecker | 7 | 1.0 |
| 7/8/2013 | Read draft PLR | Richard Lydecker | 7 | 1.3 |
| 7/12/2013 | Read/review NC reapportionment request | Richard Lydecker | 7 | 1.0 |
| 7/12/2013 | Weekly EY tax project status review | Richard Lydecker | 7 | 0.8 |
| 7/12/2013 | E-mail correspondence re NC request | Richard Lydecker | 7 | 0.2 |
| 7/20/2013 | Weekly EY tax project status review | Richard Lydecker | 7 | 0.8 |
| 7/23/2013 | Review revised PLR and NC drafts | Richard Lydecker | 7 | 0.5 |
| 7/26/2013 | Weekly EY tax project status review | Richard Lydecker | 7 | 0.5 |
| 7/19/2013 | Conf call re Glitnir & other misc company issues | Kathryn Schultea | 8 | 0.5 |