# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**July 1, 2013 through July 31, 2013**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $          - |
| Travel – Lodging | | - |
| Travel – Transportation | | - |
| Travel – Meals | | - |
| Office Expenses | | - |
| TOTAL | | $          - |
| | | |