# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>      Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD** |

## NOTICE OF EIGHTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:        Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:       Official Committee of Unsecured Creditors

Date of Retention:        March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:     May 1, 2013 through July 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $3,145,347.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $1,403,955.50

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/18/13 Docket No. 11172 | 5/1/13 – 5/31/13 | $972,688.00 | $552,977.08 | $778,150.40 | $552,977.08 | $194,537.60 |
| Date Filed: 8/19/13 Docket No. 11403 | 6/1/13 – 6/30/13 | $761,300.75 | $512,361.66 | Pending Obj deadline $609,040.60 | Pending Obj deadline $512,361.66 | $152,260.15 |
| Date Filed: 8/28/13 Docket No. 11464 | 7/1/13 – 7/31/13 | $1,411,359.00 | $338,616.76 | Pending Obj deadline $1,129,087.20 | Pending Obj deadline $338,616.76 | $282,271.80 |
| **TOTALS:** | | $3,145,347.75 | $1,403,955.50 | $2,516,278.20[3] | $1,403,955.50[4] | $629,069.55 |

Summary of any Objections to Fee Applications: None.

Dated: August 29, 2013
New York, New York

/s/ Fred S. Hodara

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.