**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: TBD** |

**NOTICE OF EIGHTEENTH INTERIM FEE APPLICATION REQUEST**

Name of Applicant: Ashurst LLP

Authorized to Provide Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation and reimbursement is sought: May 01, 2013 through July 31, 2013[2]

Amount of Compensation sought as actual, reasonable and necessary: £273,272.00 (US$ 423,571.60)[3]

Amount of Expense Reimbursement sought as actual, reasonable and necessary: £1,667.99 (US$ 2,585.38)[4]

This is (a)n: X interim ___ final application
Summary of Fee Applications for Compensation Period:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's May 2013, June 2013 and July 2013 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.55 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.55 as published by Bloomberg.com on the date of the application.

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 06/26/13<br>Docket No. 11034 | 05/01/13 – 05/31/13 | £178,937.00 | £989.95 | £143,149.60 | £989.95 | £35,787.40 |
| Date Filed: 07/29/13<br>Docket No. 11233 | 06/01/13 – 06/30/13 | £47,141.50 | £413.86 | £37,713.20 | £413.86 | £9,428.30 |
| Date Filed: 08/16/13<br>Docket No. 11394 | 07/01/13 – 07/31/13 | £47,193.50 | £264.18 | Pending Obj deadline 09/06/13 £37,754.80 | Pending Obj deadline 09/06/13 £264.18 | £9,438.70 |
| **TOTALS:** | | £273,272.00 | £1,667.99 | £218,617.60[5] | £1,667.99[6] | £54,654.40 |

Summary of any Objections to Fee Applications: None.

Dated: August 29, 2013
    London, United Kingdom

*/s/ Giles Boothman*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column includes amounts pending approval.

[6] The total amount reflected in this column includes amounts pending approval.