IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: TBD** <br> ) |

## NOTICE OF EIGHTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:  May 1, 2013 through July 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $ 891,546.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $11,516.15

This is (a)n: _X_ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's May, June and July 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 8/16/2013 Docket No. 11392 | 5/1/13 to 5/31/13 | $419,417.50 | $8,423.53 | Pending Obj. Deadline $335,534.00 | Pending Obj. Deadline $8,423.53 | $83,883.50 |
| Date Filed: 8/21/2013 Docket No. 11410 | 6/1/13 to 6/30/13 | $253,705.50 | $45.37 | Pending Obj. Deadline $202,964.40 | Pending Obj. Deadline $45.37 | $50,741.10 |
| Date Filed: 8/26/2013 Docket No. 11445 | 7/1/13 to 7/31/13 | $218,423.00 | $3,047.25 | Pending Obj. Deadline 6/17/13 $174,738.40 | Pending Obj. Deadline 6/17/13 $3,047.25 | $43,684.60 |
| **TOTALS:** | | $891,546.00 | $11,516.15 | $713,236.80 | $11,516.15 | $178,309.20 |

Summary of any Objections to Fee Applications: None.

Dated: August 29 2013
New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

2