<u>**CERTIFICATE OF SERVICE**</u>

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Thirteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013** was caused to be made on August 29, 2013, in the manner indicated upon the entities identified below:

Date: August 29, 2013                                             */s/ Tamara K. Minott*
                                                                                 Tamara K. Minott (No. 5643)

**<u>VIA HAND DELIVERY</u>**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**<u>VIA HAND DELIVERY & EMAIL</u>**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
Email: Mark.Kenney@usdoj.gov
(Trustee)

**<u>VIA FIRST CLASS MAIL & EMAIL</u>**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
Email: jscarborough@mastersidlow.com

**<u>VIA FIRST CLASS MAIL</u>**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)