# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :    Case No. 09-10138 (KG)
                                                            :
             Debtors.     :    Jointly Administered
                                                            :
                                                            :    **Hearing Date: TBD**
                                                            :
------------------------------------------------------------X

## EIGHTEENTH QUARTERLY FEE APPLICATION REQUEST OF
## CLEARY GOTTLIEB STEEN & HAMILTON LLP,
## AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
## FOR THE PERIOD MAY 1, 2013 THROUGH JULY 31, 2013

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Eighteenth Quarterly Fee Application Request (the "Request") for the period May 1, 2013 through and including July 31, 2013 (the "Application Period").[2]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  Exhibits A and B attached to the monthly applications for May 2013 [D.I. 11092], June 2013 [D.I. 11246] and July 2013 [D.I. 11451] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 7/11/2013 [D.I. 11092] | 5/1/13 – 5/31/13 | $3,089,068.00 | $83,716.92 | 8/02/2013 [D.I. 11261] | $82,127.92 | $2,471,254.40 | $82,127.92 | $617,813.60 |
| 7/31/2013 [D.I. 11246] | 6/1/13 – 6/30/13 | 3,779,547.50 | 453,489.71 | 8/22/2013 [D.I. 11415] | 453,489.71 | 3,023,638.00 | 453,489.71 | 754,897.50 |
| 8/27/2013 [D.I. 11451] | 7/1/13 – 7/31/13 | 5,917,472.50 | 56,270.24 | Pending | 56,270.24 | 4,733,978.00 | 56,270.24 | 1,183,494.50 |
| TOTAL | | $12,786,088.00[3] | $593,476.87 | | $591,887.87 | $10,228,870.40 | $591,887.87 | $2,556,205.60[4] |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

---

[3] Based on an agreement between the Debtors and a purchaser of certain business assets, the purchaser will reimburse Cleary Gottlieb for 23.90 hours of work performed by the firm, as counsel to Nortel Networks Inc., related to certain assets sold to that purchaser. The total amount of fees to be reimbursed by the purchaser is $15,714.00. A portion of the fees to be reimbursed by the purchaser inadvertently were included on the June fee application in matter 17650-014, totaling 17.40 hours and $11,289.00. This number reflects the correct total fees sought for the application period consistent with the removal of such amounts. The reduction was noted on Cleary Gottlieb's Certificate of No Objection for the month of June. The other calculations in this Request have been updated consistent with the correct total fees sought for the application period.

[4] This number reflects a reduction of $1,012.00 to correct an administrative error in respect of the hourly billing rate for one professional person for the period of June 1, 2013 through June 30, 2013. The charts below reflect this reduction in the total compensation sought for this quarterly period.

Dated: August 29, 2013  
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ James L. Bromley

James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[5]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through July 31, 2013

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| GUIHA, ALEXANDER | Temp. Attorney | $200.00 | 776.90 | $155,380.00 |
| PHILIPPEAUX, GERALD | Temp. Attorney | 200.00 | 767.40 | 153,480.00 |
| BAWA, SUNEET | Temp. Attorney | 200.00 | 756.00 | 151,200.00 |
| GRAHAM, ASHLEY | Temp. Attorney | 200.00 | 741.70 | 148,340.00 |
| NG, PHILIP | Temp. Attorney | 200.00 | 728.50 | 145,700.00 |
| KHMELNITSKY, ANGELINA | Temp. Attorney | 200.00 | 679.50 | 135,900.00 |
| ARRICK, DAVID | Temp. Attorney | 200.00 | 624.20 | 124,840.00 |
| YAM, MARIA | Temp. Attorney | 200.00 | 622.40 | 124,480.00 |
| GATTI, JOHN | Temp. Attorney | 200.00 | 615.30 | 123,060.00 |
| GURGEL, MATTHEW G. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 650.00 / 685.00 | 610.60 | 405,377.50 |
| PASSARETTI, KATIE | Temp. Attorney | 200.00 | 598.50 | 119,700.00 |
| DEVANEY, AARON | Temp. Attorney | 200.00 | 580.00 | 116,000.00 |
| HONG, HEE SON | Temp. Attorney | 200.00 | 567.60 | 113,520.00 |
| DOMPIERRE, YVONNE | Temp. Attorney | 200.00 | 563.80 | 112,760.00 |
| KANBURIYAN, ANI | Temp. Attorney | 200.00 | 556.70 | 111,340.00 |
| ERICKSON, JODI R. | Staff Attorney – Litigation (called to the bar in 2006; 3 years in current position) | 370.00 | 552.60 | 204,462.00 |
| XU, DONG N. | Law Clerk – Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 / 510.00 | 549.30 | 251,015.00 |
| DECKER, MARLA A. | Associate – Litigation (called to the bar in 2007; 5 years in current position) | 715.00 / 725.00 | 541.70 | 388,874.50 |
| MOHAN, MONIKA V. | Temp. Attorney | 200.00 | 540.50 | 108,100.00 |
| LEE, GRACE | Temp. Attorney | 200.00 | 537.40 | 107,480.00 |

---

[5]   Arranged in descending order according to Total Billed Hours.

[6]   This chart reflects the reduction referenced in footnote 4.

[7]   Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| AGANGA-WILLIAMS, TEMIDAYO | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 / 585.00 | 519.90 | 281,229.00 |
| TUNIS, BRENT M. | Associate – Litigation (called to the bar in 2013, less than 1 year in current position) | 430.00 / 510.00 | 516.20 | 237,662.00 |
| STEIN, DARRYL G. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 / 585.00 | 504.90 | 267,406.50 |
| CHEN, LEDAN | Temp. Attorney | 200.00 | 492.50 | 98,500.00 |
| HUR, JINGYUNG | Temp. Attorney | 200.00 | 489.80 | 97,960.00 |
| QUEEN, DANIEL D. | Associate – Litigation (called to the bar in 2011, 2 years in current position) | 585.00 / 650.00 | 488.60 | 293,988.50 |
| THOMPSON, SACHA | Temp. Attorney | 200.00 | 486.20 | 97,240.00 |
| JACKSON, JULIA | Temp. Attorney | 200.00 | 484.00 | 96,800.00 |
| LESSNER, KIMBERLY | Temp. Attorney | 200.00 | 483.40 | 96,680.00 |
| RIGEL, JAIME | Temp. Attorney | 200.00 | 477.80 | 95,560.00 |
| BARRETO, BRENDA | Temp. Attorney | 200.00 | 477.70 | 95,540.00 |
| CELA, DORINA | Temp. Attorney | 200.00 | 470.10 | 94,020.00 |
| LITTELL, JENNIFER M. | Temp. Attorney | 200.00 | 425.90 | 85,180.00 |
| AUTRY, INDIA K. | Temp. Attorney | 200.00 | 424.10 | 84,820.00 |
| WILSON-MILNE, KATHERINE L. | Associate – Litigation (called to the bar in 2010; 2 years in current position) | 650.00 / 685.00 | 422.10 | 280,203.00 |
| CEDENO, REGGIE | Temp. Attorney | 200.00 | 417.90 | 83,580.00 |
| SCHWEITZER, LISA M. | Partner – Bankruptcy, Litigation (called to the bar in 1996; 7 years in current position) | 1,090.00 | 411.40 | 448,426.00 |
| MARTIN, TRACY | Temp. Attorney | 200.00 | 392.30 | 78,460.00 |
| BLOCK, ELIZABETH | Associate – Litigation (called to the bar in 2013; less than 1 year in current position) | 430.00 / 510.00 | 391.05 | 181,223.50 |
| KIM, JOAN | Paralegal | 265.00 | 390.00 | 103,350.00 |
| MOLBERGER, AMY | Temp. Attorney | 200.00 | 379.20 | 75,840.00 |
| VAN SLYCK, CHRISTINA | Temp. Attorney | 200.00 | 353.90 | 70,780.00 |
| CHEN, ROSE | Temp. Attorney | 200.00 | 353.20 | 70,640.00 |
| TAYLOR, MORGAN | Temp. Attorney | 200.00 | 345.60 | 69,120.00 |
| ZIMMER, CLAUDIA | Temp. Attorney | 200.00 | 335.50 | 67,100.00 |
| IQBAL, AATIF | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 / 585.00 | 331.10 | 178,026.00 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MOESSNER, JACQUELINE M. | Associate – Litigation (called to the bar in 2007; 2 years in current position) | 725.00 / 735.00 | 325.30 | 236,862.50 |
| ROSENTHAL, JEFFREY A. | Partner – Litigation (called to the bar in 1992; 12 years in current position) | 1,120.00 | 320.90 | 359,408.00 |
| GUZMAN, JOSE R. | Staff Attorney – Litigation (called to the bar in 2007; 2 years in current position) | 370.00 | 313.70 | 116,069.00 |
| TRINGALI, LAUREN | Temp. Attorney | 200.00 | 303.30 | 60,660.00 |
| ROLL, JESSICA M. | Paralegal | 265.00 | 301.30 | 79,844.50 |
| ZELBO, HOWARD S. | Partner – Litigation (called to the bar in 1985; 19 years in current position) | 1,130.00 | 296.60 | 335,158.00 |
| WU, MIRANDA | Temp. Attorney | 200.00 | 294.50 | 58,900.00 |
| SCHNEIDER, ASHLEY | Temp. Attorney | 200.00 | 291.70 | 58,340.00 |
| FLEMING, MEGAN J. | Associate – Bankruptcy (called to the bar in 2009; 5 years in current position) | 715.00 / 725.00 | 282.10 | 202,271.50 |
| STOPEK KARYO, JESSICA | Temp. Attorney | 200.00 | 281.60 | 56,320.00 |
| CLARKIN, DANIEL A. | Staff Attorney – Litigation (called to the bar in 2005; 2 years in current position) | 370.00 | 276.80 | 102,416.00 |
| O'CONNOR, ROBERT | Temp. Attorney | 200.00 | 263.60 | 52,720.00 |
| BROMLEY, JAMES L. | Partner – Bankruptcy, Litigation (called to the bar in 1990; 14 years in current position) | 1,130.00 | 252.50 | 285,325.00 |
| FORREST, NEIL P. | Senior Attorney – Litigation (called to the bar in 1981; 9 years in current position) | 870.00 | 240.90 | 209,583.00 |
| EICHLER, NATHANIEL L. | Temp. Attorney | 200.00 | 231.70 | 46,340.00 |
| CHRISTIANSEN, LUCAS P. | Temp. Attorney | 200.00 | 225.50 | 45,100.00 |
| TRINH, CYNTHIA | Temp. Attorney | 200.00 | 223.10 | 44,620.00 |
| HEIKAL, HEDAYAT A. | Associate – Litigation (called to the bar in 2010; 3 years in current position) | 650.00 / 685.00 | 222.60 | 148,687.00 |
| AGNANT, EVELYN | Temp. Attorney | 200.00 | 218.00 | 43,600.00 |
| FORDE, CHARLENE | Temp. Attorney | 200.00 | 213.50 | 42,700.00 |
| PEACOCK, LAUREN L. | Associate – Litigation (called to the bar in 2006; 3 years in current position) | 735.00 | 211.30 | 155,305.50 |
| KHYM, HANDOL | Temp. Attorney | 200.00 | 185.20 | 37,040.00 |
| GHIRARDI, LAURA | Temp. Attorney | 200.00 | 178.20 | 35,640.00 |

6

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KLEIN, KERRIN T. | Associate – Litigation (called to the bar in 2010, 3 years in current position) | 650.00 / 685.00 | 175.50 | 114,386.50 |
| FONG, AUSTRACK | Temp. Attorney | 200.00 | 175.40 | 35,080.00 |
| RAHNEVA, ANTONIA A. | Staff Attorney – Litigation (called to the bar in 2008; 1 year in current position) | 370.00 | 172.60 | 63,862.00 |
| STONE, LUCA | Temp. Attorney | 200.00 | 169.40 | 33,880.00 |
| GIP, QUYEN | Temp. Attorney | 200.00 | 166.60 | 33,320.00 |
| SEGEL, SCOTT | Temp. Attorney | 200.00 | 162.40 | 32,480.00 |
| MURTY, ERIN | Temp. Attorney | 200.00 | 161.50 | 32,300.00 |
| CAVANAGH, JUSTIN | Temp. Attorney | 200.00 | 159.40 | 31,880.00 |
| UZIEL, JESSICA L. | Associate – Bankruptcy (called to the bar in 2012; 1 year in current position) | 510.00 / 585.00 | 157.60 | 81,921.00 |
| HAILEY, KARA A. | Senior Attorney – Corporate, Bankruptcy (called to the bar in 1999; 4 years in current position) | 870.00 | 156.80 | 136,416.00 |
| RUIZ, EMMANUEL | Temp. Attorney | 200.00 | 156.50 | 31,300.00 |
| O'KEEFE, PETER M. | Paralegal | 320.00 | 151.80 | 48,576.00 |
| WILSON, TANYKA | Temp. Attorney | 200.00 | 151.00 | 30,200.00 |
| MORGAN, STEFANIE | Temp. Attorney | 200.00 | 142.20 | 28,440.00 |
| CROFT, JAMES A. | Associate – Bankruptcy (called to the bar in 2008; 5 years in current position) | 715.00 / 725.00 | 125.40 | 89,944.00 |
| FERGUSON, MARY K. | Paralegal | 240.00 | 124.90 | 29,976.00 |
| DE LEMOS, DAISY | Temp. Attorney | 200.00 | 123.50 | 24,700.00 |
| COLEMAN, RONALD J. | Associate – Litigation (called to the bar in 2011; 1 year in current position) | 510.00 / 585.00 | 122.10 | 65,653.50 |
| RYAN, ROBERT J. | Associate – Bankruptcy (called to the bar in 2011; 2 years in current position) | 585.00 / 650.00 | 120.50 | 71,116.50 |
| BLOCH, AARON | Temp. Attorney | 200.00 | 116.40 | 23,280.00 |
| OPOLSKY, JEREMY R. | Associate – Bankruptcy (called to the bar in 2012; 1 year in current position) | 585.00 / 650.00 | 111.00 | 69,803.50 |
| HERRMANN, TRACY L. | Summer Associate | 345.00 | 110.70 | 38,191.50 |
| LIPNER, LOUIS | Associate – Bankruptcy, Corporate (called to the bar in 2010; 4 years in current position) | 685.00 / 715.00 | 107.20 | 74,623.00 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ORMAND, JUSTIN L. | Associate – Litigation (called to the bar in 2009; 3 years in current position) | 715.00 | 101.90 | 72,858.50 |
| CUSACK, NICOLE | Temp. Attorney | 200.00 | 92.70 | 18,540.00 |
| GOODMAN, COREY M. | Associate – Tax (called to the bar in 2008; 5 years in current position) | 715.00 / 725.00 | 91.20 | 65,415.00 |
| ECKENROD, RUSSELL D. | Associate – Bankruptcy (called to the bar in 2010; 3 years in current position) | 685.00 / 715.00 | 90.20 | 62,435.00 |
| CHAN, W. JONATHAN | Temp. Attorney | 200.00 | 89.10 | 17,820.00 |
| SHERRETT, JESSE D. H. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 / 650.00 | 87.20 | 53,423.50 |
| RHA, WON | Temp. Attorney | 200.00 | 87.10 | 17,420.00 |
| MARETTE, PATRICK | Associate – Real Estate (called to the bar in 1993; 6 years in current position) | 735.00 | 82.90 | 60,931.50 |
| ABELEV, ALEKSANDR | Senior Litigation Technology Specialist | 265.00 | 82.30 | 21,809.50 |
| PARTHUM, MICHELLE J. | Associate – Litigation (called to the bar in 2012; less than 1 year in current position) | 510.00 / 585.00 | 80.80 | 45,700.50 |
| REENTS, SCOTT B. | Associate – E-Discovery, Litigation (called to the bar in 2008; 4 years in current position) | 715.00 / 725.00 | 80.60 | 58,050.00 |
| BERHANE, LUWAM | Summer Associate | 345.00 | 77.70 | 26,806.50 |
| ZUCKERWISE, LAURA A. | Associate – Litigation (called to the bar in 2009; 1 year in current position) | 685.00 | 77.10 | 52,813.50 |
| ROGERS, TERESA | Staff Attorney – Litigation (called to the bar in 2003; 2 years in current position) | 370.00 | 66.30 | 24,531.00 |
| WIRTH, JESSICA L. | Summer Associate | 345.00 | 62.40 | 21,528.00 |
| RICCHI, LINDSEY | Paralegal | 240.00 | 61.80 | 14,832.00 |
| CLARKE, MICHAEL R. | Project Attorney – Litigation (called to the bar in 2010; 2 years in current position) | 370.00 | 59.20 | 21,904.00 |
| UPTON, JONATHAN | Temp. Attorney | 200.00 | 58.80 | 11,760.00 |
| ABUAN, NERIZZA V. | Project Attorney – Litigation (called to the bar in 2011; 2 years in current position) | 370.00 | 58.50 | 21,645.00 |
| ANGHEL, MICHAEL | Temp. Attorney | 200.00 | 58.30 | 11,660.00 |
| IRWIN, LAUREN M. | Summer Associate | 345.00 | 57.90 | 19,975.50 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JUNG, KWANGHO | Project Attorney – Litigation (called to the bar in 2006; 1 year in current position) | 370.00 | 56.50 | 20,905.00 |
| RODGERS, KONRAD | Associate – Litigation (called to the bar in 2007; 1 year in current position) | 800.00 | 56.00 | 44,800.00 |
| DAYE, VALERIE | Project Attorney – Litigation (called to the bar in 1984; 1 year in current position) | 370.00 | 55.70 | 20,609.00 |
| KAHN, MICHAEL J. | Associate – Litigation (called to the bar in 2013; less than 1 year in current position) | 430.00 / 510.00 | 54.50 | 25,635.00 |
| POLIKOFF, HOWARD | Temp. Attorney | 200.00 | 54.30 | 10,860.00 |
| LEITER, SUSAN E. | Project Attorney – Litigation (called to the bar in 2008; 2 years in current position) | 370.00 | 54.20 | 20,054.00 |
| MALONE, LEAH | Associate – Employee Benefits (called to the bar in 2009; 4 years in current position) | 685.00 / 715.00 | 54.00 | 37,278.00 |
| SELKOW, MICHAEL | Temp. Attorney | 200.00 | 53.10 | 10,620.00 |
| ILAN, DANIEL | Counsel – Intellectual Property (called to the bar in 2009; 3 years in current position) | 870.00 | 49.10 | 42,717.00 |
| LASHAY, VINI | Litigation Technology Project Manager | 265.00 | 47.90 | 12,693.50 |
| MCRAE, WILLIAM L. | Partner – Tax (called to the bar in 1998; 8 years in current position) | 1,100.00 | 47.70 | 52,470.00 |
| MURPHREE, MICHAEL E. | Staff Attorney – Litigation (called to the bar in 1981; 4 years in current position) | 370.00 | 47.50 | 17,575.00 |
| BAGARELLA, LAURA | Associate – Employee Benefits (called to the bar in 2010; 3 years in current position) | 650.00 | 46.20 | 30,030.00 |
| LYERLY, SARAH B. | Associate – Litigation (called to the bar in 2010; less than 1 year in current position) | 685.00 | 44.40 | 30,414.00 |
| DERNOVSKY, YULIA | Temp. Attorney | 200.00 | 43.00 | 8,600.00 |
| PAK, JOANNA | Paralegal | 265.00 | 42.20 | 11,183.00 |
| STEINBOCK, SAMUEL F. | Summer Associate | 345.00 | 39.10 | 13,489.50 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BRYAN, ADAM | Associate – Litigation (called to the bar in 2010; 4 years in current position) | 760.00 | 39.00 | 29,640.00 |
| O'DONOHUE, ALEXANDRA K. | Associate – Bankruptcy (called to the bar in 2013; less than 1 year in current position) | 430.00 | 38.60 | 16,598.00 |
| WHATLEY, CAROL A. | Assistant Managing Clerk | 155.00 | 38.00 | 5,890.00 |
| IDOKO, NICOLE N. | Summer Associate | 345.00 | 36.50 | 12,592.50 |
| HERRINGTON, DAVID H. | Counsel – Litigation (called to the bar in 1993; 9 years in current position) | 935.00 | 35.90 | 33,566.50 |
| SHEA, ZOE E. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 510.00 | 35.60 | 18,156.00 |
| KALLSTROM-SCHRECKENGOST, JESSICA C. | Associate – Litigation (called to the bar in 2010; 2 years in current position) | 585.00 / 650.00 | 31.90 | 19,259.50 |
| BROD, CRAIG B. | Partner – Corporate (called to the bar in 1981; 24 years in current position) | 1,130.00 | 30.40 | 34,352.00 |
| MELTZER, ELIZA R. | Summer Associate | 345.00 | 29.80 | 10,281.00 |
| ECKSTUT, EMILY P. | Associate – Litigation (called to the bar in 2009; 4 years in current position) | 715.00 | 26.80 | 19,162.00 |
| LUFT, AVRAM E. | Counsel – Litigation (called to the bar in 2000; 5 years in current position) | 935.00 | 26.40 | 24,684.00 |
| RODRIGUEZ, MARIA B. | Director of Litigation Resources | 320.00 | 25.60 | 8,192.00 |
| SADO, STEPHANIE | Associate – Litigation (called to the bar in 2009; 1 year in current position) | 685.00 / 715.00 | 22.90 | 15,902.50 |
| FAUBUS, BRYAN G. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 22.60 | 13,221.00 |
| YAZGAN, ZEHRA | Temp. Attorney | 200.00 | 22.00 | 4,400.00 |
| LEMON, WILLIAM M. | Summer Associate | 345.00 | 21.40 | 7,383.00 |
| CADAVID, CATALINA | Paralegal | 265.00 | 20.90 | 5,538.50 |
| CHOTIROS, KATHLEYA | Associate – Intellectual Property (called to the bar in 2006; 7 years in current position) | 735.00 | 20.60 | 15,141.00 |
| AMBROSE, ELLEN | Assistant Managing Clerk | 155.00 | 19.20 | 2,976.00 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| GALIBER, LISA M. | Project Attorney – Litigation (called to the bar in 2009; less than 1 year in current position) | 370.00 | 19.10 | 7,067.00 |
| JORDAN, LOUIS | Project Attorney – Litigation (called to the bar in 2009; less than 1 year in current position) | 370.00 | 19.00 | 7,030.00 |
| O'NEILL, KATHLEEN M. | Associate – Corporate (called to the bar in 2007; 5 years in current position) | 725.00 | 18.50 | 13,412.50 |
| GOUGH, ROBERT W. | Project Attorney – Litigation (called to the bar in 2000; 2 years in current position) | 370.00 | 18.10 | 6,697.00 |
| EWELL, TODD | Project Attorney –Litigation (called to the bar in 2004; 2 years in current position) | 370.00 | 18.00 | 6,660.00 |
| KRAFT, JOSEPH | Project Attorney – Litigation (called to the bar in 2006; 2 years in current position) | 370.00 | 18.00 | 6,660.00 |
| LEE, SANDRA | Project Attorney – Litigation (called to the bar in 2008; less than 1 year in current position) | 370.00 | 17.80 | 6,586.00 |
| NARULA, RITU | Associate – Corporate (called to the bar in 2010; 2 years in current position) | 585.00 / 650.00 | 17.70 | 10,679.50 |
| DYKOWSKI, TRISH | Project Attorney – Litigation (called to the bar in 2009; 1 year in current position) | 370.00 | 17.50 | 6,475.00 |
| HEINBERG, JASON | Project Attorney – Litigation (called to the bar in 2005; 2 years in current position) | 370.00 | 17.50 | 6,475.00 |
| LATUSEK, ELIZABETH | Project Attorney – Litigation (called to the bar in 2006; 1 year in current position) | 370.00 | 17.50 | 6,475.00 |
| ESTEP, JASON P. | Project Attorney – Litigation (called to the bar in 2006; less than 1 year in current position) | 370.00 | 17.10 | 6,327.00 |
| FRANKS, BRETT R. | Project Attorney – Litigation (called to the bar in 2007; 1 year in current position) | 370.00 | 17.00 | 6,290.00 |
| GADHIA, SUNIL | Partner – Litigation (called to the bar in 1990, 1 year in current position) | 1,190.00 | 17.00 | 20,230.00 |
| QUINLAN, NANCY I. | Project Attorney – Litigation (called to the bar in 1978, 2 years in current position) | 370.00 | 16.00 | 5,920.00 |

11

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ELLIS, KATHERINE C. | Summer Associate | 345.00 | 15.30 | 5,278.50 |
| BUSSIGEL, EMILY A. | Associate – Bankruptcy, Litigation (called to the bar in 2010; 3 years in current position) | 650.00 / 685.00 | 14.50 | 9,687.50 |
| MOLFA, MILO | Associate – Litigation (called to the bar in 2003, 6 years in current position) | 865.00 | 14.50 | 12,542.50 |
| WEISS, EMILY S. | Associate – Litigation (called to the bar in 2010; 1 year in current position) | 650.00 | 12.90 | 8,385.00 |
| REEB, REBECCA | Associate – Tax (called to the bar in 2012; 2 years in current position) | 650.00 | 12.60 | 8,190.00 |
| CHEUNG, SU Y. | Managing Clerk | 155.00 | 12.30 | 1,906.50 |
| MELENDEZ, VICTOR | Project Attorney – Litigation (called to the bar in 2005; 1 year in current position) | 370.00 | 12.10 | 4,477.00 |
| CAPSUTO, TARA | Summer Associate | 345.00 | 11.50 | 3,967.50 |
| CARNAHAN, CHRISTOPHER | Project Attorney – Litigation (called to the bar in 2004; 3 years in current position) | 370.00 | 11.50 | 4,255.00 |
| MEADE, MARLON | Project Attorney – Litigation (called to the bar in 2008; less than 1 year in current position) | 370.00 | 11.20 | 4,144.00 |
| CHRISTIAN, DENISE | Project Attorney – Litigation (called to the bar in 1997; less than 1 year in current position) | 370.00 | 11.00 | 4,070.00 |
| RYCKAERT, NATHALIE | Associate – Corporate (called to the bar in 2010; 3 years in current position) | 605.00 | 10.40 | 6,292.00 |
| MULLEN, SEAN K. | Associate – Litigation (called to the bar in 2012; less than 1 year in current position) | 585.00 | 9.70 | 5,674.50 |
| CLARKE, WAYNE | Project Attorney – Litigation (called to the bar in 2006; 1 year in current position) | 370.00 | 9.50 | 3,515.00 |
| ROTH, AMY | Staff Attorney – Litigation (called to the bar in 1998; 2 years in current position) | 370.00 | 9.50 | 3,515.00 |
| DRAKE, JULIET A. | Associate – Bankruptcy, Litigation (called to the bar in 1996; 21 years in current position) | 735.00 | 9.40 | 6,909.00 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| STEVENS, DELANTE M. | Senior Staff Attorney – Litigation (called to the bar in 2006; 5 years in current position) | 395.00 | 9.00 | 3,555.00 |
| VAUGHAN, JANEL A. | Staff Attorney – Litigation (called to the bar in 2007; 2 years in current position) | 370.00 | 9.00 | 3,330.00 |
| FISCHER, CRAIG M. | Associate – Corporate (called to the bar in 2011; 2 years in current position) | 585.00 | 8.80 | 5,148.00 |
| MURCHISON, CHAD R. | Staff Attorney – Litigation (called to the bar in 2003; 1 year in current position) | 370.00 | 8.80 | 3,256.00 |
| VANLARE, JANE | Associate – Bankruptcy (called to the bar in 2008; 3 years in current position) | 725.00 | 8.50 | 6,162.50 |
| FRYSON, NICOLE | Project Attorney – Litigation (called to the bar in 2011; less than 1 year in current position) | 370.00 | 8.30 | 3,071.00 |
| CREEDON, PETER J. | Project Attorney – Litigation (called to the bar in 1988; 3 years in current position) | 370.00 | 8.00 | 2,960.00 |
| MCCOWN, ALEXANDRA S. | Associate – Litigation (called to the bar in 2012; 1 year in current position) | 585.00 | 7.90 | 4,621.50 |
| RAINELLI, PAOLO | Associate – Corporate (called to the bar in 2003; 7 years in current position) | 680.00 | 7.80 | 5,304.00 |
| BARRAS, MICHELLE | Paralegal | 265.00 | 7.70 | 2,040.50 |
| SPENCER, GARTH A. | Associate – Tax (called to the bar in 2012, 1 year in current position) | 510.00 | 7.70 | 3,927.00 |
| KERN, JOCELYN M. | Project Attorney – Litigation (called to the bar in 2008; less than 1 year in current position) | 370.00 | 7.50 | 2,775.00 |
| MEYER, TIMOTHY | Associate – Corporate (called to the bar in 2009; 1 year in current position) | 650.00 | 7.40 | 4,810.00 |
| NAGEL, JOHANNA | Project Attorney – Litigation (called to the bar in 2008; less than 1 year in current position) | 370.00 | 7.00 | 2,590.00 |
| LINK, JACLYN A. | Associate – Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 6.80 | 3,978.00 |

| Name of Professional Person[6] | Position of the Applicant and Area of Expertise | Hourly Billing Rate[7] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SWEENEY, TIMOTHY M. | Assistant Managing Clerk Supervisor | 155.00 | 6.60 | 1,023.00 |
| SCHWING, KARLENA D. | Project Attorney – E-Discovery, Litigation (called to the bar in 2007; 3 years in current position) | 370.00 | 6.50 | 2,405.00 |
| LANG, PATRICK W. | Litigation Technology Specialist | 225.00 | 6.10 | 1,372.50 |
| CAREW-WATTS, ANTONIA | Associate – Intellectual Property (called to the bar in 2010; 3 years in current position) | 685.00 | 6.00 | 4,110.00 |
| ESKENAZI, CORY L. | Litigation Technology Manager | 275.00 | 6.00 | 1,650.00 |
| SCOTT, CYNTHIA | Managing Clerk | 210.00 | 6.00 | 1,260.00 |
| RENDA, ELIZABETH | Assistant Managing Clerk | 155.00 | 5.80 | 899.00 |
| ROZAN, BENAZIR D. | Paralegal | 320.00 | 5.80 | 1,856.00 |
| RUDOFSKY, BENJAMIN L. | Summer Associate | 345.00 | 5.30 | 1,828.50 |
| MASSELLA DUCCI TERI, BERNARDO | Associate – Corporate (called to the bar in 2010, 3 years in current position) | 400.00 | 5.10 | 2,040.00 |
| **TOTAL HOURS:** | | | **36,675.85** | |
| **GRAND TOTAL:** | | | | **$12,785,076.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD[8]**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through July 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 930.80 | $553,035.50 |
| Claims Administration and Objections | 367.60 | 224,728.50 |
| Employee Matters | 1,031.00 | 640,014.00 |
| Customer Issues | 4.10 | 2,591.50 |
| Tax | 163.30 | 144,496.50 |
| Intellectual Property | 49.60 | 36,126.00 |
| Fee and Employment Applications | 477.50 | 227,070.50 |
| Litigation | 56.00 | 38,749.00 |
| General Corporate | 25.00 | 8,357.50 |
| Real Estate | 134.80 | 94,619.50 |
| Allocation/Claims Litigation | 33,436.15 | 10,815,287.50 |
| **TOTAL** | **36,675.85** | **$12,785,076.00** |

---

[8] This chart reflects the reduction referenced in footnote 4.

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013 through July 31, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $4,890.74 |
| Travel – Transportation | | 16,011.05 |
| Travel – Lodging | | 4,992.22 |
| Travel – Meals | | 559.21 |
| Mailing and Shipping Charges | | 932.45 |
| Scanning Charges (at $0.10/page) | | 1,020.90 |
| Duplicating Charges (at $0.10/page) | | 19,487.30 |
| Color Duplicating Charges (at $0.65/page) | | 491.40 |
| Facsimile Charges (at $1.00/page) | | 8.00 |
| Legal Research | Lexis | 13,008.63 |
| | Westlaw | 30,637.68 |
| | Pacer | 4,276.70 |
| Late Work – Meals | | 18,366.81 |
| Late Work – Transportation | | 28,749.75 |
| Conference Meals | | 5,892.38 |
| Other Charges | | 4,512.06 |
| Expert Expenses | | 438,050.59 |
| **Grand Total Expenses** | | **$591,887.87** |