# EXHIBIT A

**Time Detail**
**May 1, 2013 through July 31, 2013**

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Hotwagner, Christine | 26-Mar-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Hotwagner, Christine | 2-Apr-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Hotwagner, Christine | 16-Apr-13 | 0.75 | $356.25 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.75). |
| Hotwagner, Christine | 30-Apr-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Zaleta Cynthia O | 1-May-13 | 0.50 | $292.90 | Telephone conference with Elizabeth Smith and Aon Hewitt team regarding DC Plan (0.5). |
| Smith Doug J | 2-May-13 | 1.00 | $823.60 | Review and revise strategy and status for DC plan projects (1.0). |
| Smith Eileen M | 2-May-13 | 1.00 | $417.60 | QDRO administration for DC Plan (1.0). |
| Zaleta Cynthia O | 2-May-13 | 0.50 | $292.90 | Update status of open DC plan projects (0.5). |
| Smith Eileen M | 3-May-13 | 0.50 | $208.80 | QDRO administration for DC Plan (0.5). |
| Zaleta Cynthia O | 3-May-13 | 0.75 | $439.36 | QDRO administration for DC Plan (0.75). |
| Zaleta Cynthia O | 6-May-13 | 1.00 | $585.80 | Attend pension investment committee meeting (0.75); draft pension investment committee meeting minutes (0.25). |
| Smith Eileen M | 6-May-13 | 1.50 | $626.40 | QDRO administration for DC Plan (1.0) updates to DC Plan project and termination workflows (0.5). |
| Zaleta Cynthia O | 6-May-13 | 0.50 | $292.90 | Update status of open DC plan projects (0.5). |
| Smith Doug J | 7-May-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith Eileen M | 7-May-13 | 1.00 | $417.60 | QDRO administration for DC Plan (1.0). |
| Smith Eileen M | 8-May-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith Eileen M | 8-May-13 | 0.75 | $313.20 | Telephone conference with Elizabeth Smith and Aon Hewitt represntatives regarding DC plan termination (0.75). |
| Smith Eileen M | 9-May-13 | 2.25 | $939.60 | QDRO administration for DC Plan (1.0); updates to DC Plan projection and termination workflows (1.25). |
| Zaleta Cynthia O | 13-May-13 | 0.50 | $292.90 | Review status of open items relating to DC plan (0.25); conference call with Elizabeth Smith and Aon Hewitt regarding DC Plan (0.25). |
| Smith Doug J | 13-May-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith Eileen M | 13-May-13 | 0.50 | $208.80 | Updates to DC Plan project and termination workflows (0.5). |
| Smith Eileen M | 14-May-13 | 3.50 | $1,461.60 | Additional updates to DC Plan project and termination workflows (2.5); telephone conference with Elizabeth Smith regarding DC Plan termination issues (1.0). |
| Zaleta Cynthia O | 14-May-13 | 1.00 | $585.80 | Conference call with Elizabeth Smith and Aon Hewitt representatives regarding DC Plan issues (1.0). |
| Hotwagner, Christine | 14-May-13 | 1.00 | $475.00 | Attend weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (1.0). |
| Smith Eileen M | 15-May-13 | 2.25 | $939.60 | Update DC plan project and termination workflows (2.0); QDRO administration for DC Plan (0.25). |
| Mayer Julie J | 15-May-13 | 3.25 | $260.14 | Review of contract negotiation research by Mercer Washington Resource Group (3.25). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 16-May-13 | 1.00 | $417.60 | QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.75). |
| Gontowski  Kevin | 16-May-13 | 0.50 | $324.80 | Review nonqualified data claims (0.5). |
| Smith  Eileen M | 17-May-13 | 0.50 | $208.80 | Telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.5). |
| Smith  Doug J | 20-May-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Eileen M | 20-May-13 | 1.25 | $522.00 | Updates to DC Plan projection and termination workflows (1.0); QDRO administration for DC Plan (0.25). |
| Smith  Eileen M | 21-May-13 | 0.75 | $313.20 | QDRO adminitration for DC Plan (0.25); additional updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 24-May-13 | 0.75 | $313.20 | QDRO adminitration for DC Plan (0.25); additional updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 28-May-13 | 1.00 | $417.60 | Telephone call with Elizabeth Smith regarding DC Plan termination (0.5); updates to DC Plan project and termination workflows based upon same (0.5). |
| Gontowski  Kevin | 28-May-13 | 0.25 | $162.40 | Review nonqualified data claims (0.25). |
| Smith  Doug J | 29-May-13 | 0.50 | $411.80 | Review status of DC plan projects and update same (0.5). |
| Smith  Doug J | 30-May-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Doug J | 31-May-13 | 0.50 | $411.80 | Additional review of open DC plan project items and issues associated with same (0.5). |
| Smith  Eileen M | 31-May-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Doug J | 3-Jun-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Eileen M | 3-Jun-13 | 1.00 | $417.60 | QDRO administration for DC Plan (1.0). |
| Smith  Eileen M | 4-Jun-13 | 1.00 | $417.60 | Updates to DC Plan project and termination workflows (0.5); QDRO administation for DC Plan (0.5). |
| Smith  Eileen M | 6-Jun-13 | 2.25 | $939.60 | Updates to DC Plan project and termination workflows (2.0); QDRO administation for DC Plan (0.25). |
| Smith  Doug J | 7-Jun-13 | 1.00 | $823.60 | Review status of DC Plan projects and open items for same (1.0). |
| Smith  Doug J | 10-Jun-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Eileen M | 10-Jun-13 | 2.00 | $835.20 | Updates to DC Plan project and termination workflows (2.0). |
| Smith  Eileen M | 11-Jun-13 | 2.00 | $835.20 | Updates to DC Plan project and termination workflows (0.5); telephone conference with Elizabeth Smith, Aon Hewitt team and Cynthia Zaleta regarding DC Plan termination (1.0); QDRO administration for DC Plan (0.5). |
| Zaleta  Cynthia O | 11-Jun-13 | 2.00 | $1,171.60 | Telephone conference with Elizabeth Smith, Eileen Smith and Aon Hewitt representatives regarding DC Plan (1.0); review prior investment committee minutes (0.25); attend pension investment committee meeting (0.75). |
| Hotwagner, Christine | 11-Jun-13 | 0.75 | $356.25 | Attend weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.75). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Doug J | 12-Jun-13 | 0.50 | $411.80 | Update DC plan project strategy and tasks based on status of open project issues (0.5). |
| Zaleta  Cynthia O | 12-Jun-13 | 3.00 | $1,757.40 | QDRO administration for DC Plan (0.5); review and update project tasks and status relating to DC Plan (0.5); attend pension investment committee meeting (1.25); draft meeting minutes for same (0.75). |
| Smith  Eileen M | 12-Jun-13 | 1.00 | $417.60 | Updates to DC Plan project and termination workflows (1.0). |
| Zaleta  Cynthia O | 13-Jun-13 | 0.50 | $292.90 | QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 13-Jun-13 | 1.75 | $730.80 | QDRO analysis for DC plan (0.5); update DC Plan project and termination workflows based upon same (1.25). |
| Zaleta  Cynthia O | 14-Jun-13 | 1.00 | $585.80 | Review and update status of open project items relating to DC plan (1.0). |
| Smith  Eileen M | 14-Jun-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Doug J | 18-Jun-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Eileen M | 18-Jun-13 | 0.75 | $313.20 | QDRO analysis for DC Plan (0.75). |
| Smith  Eileen M | 19-Jun-13 | 0.50 | $208.80 | Additional QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 21-Jun-13 | 1.00 | $417.60 | Updates to DC Plan project and termination workflows (1.0). |
| Smith  Eileen M | 24-Jun-13 | 1.00 | $417.60 | QDRO analysis for DC Plan (0.25); updates to DC Plan project and termination workflows (0.75). |
| Zaleta  Cynthia O | 24-Jun-13 | 0.75 | $439.36 | Review and update status of open items relating to DC plan (0.75). |
| Smith  Eileen M | 25-Jun-13 | 1.00 | $417.60 | QDRO administration for DC Plan (1.0). |
| Zaleta  Cynthia O | 25-Jun-13 | 1.50 | $878.70 | Telephone conference with working group regarding DC plan issues and Rollover Clearing House (1.5). |
| Hotwagner, Christine | 25-Jun-13 | 1.00 | $475.00 | Attend weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (1.0). |
| Smith  Eileen M | 26-Jun-13 | 1.00 | $417.60 | QDRO administration for DC Plan (1.0). |
| Smith  Eileen M | 27-Jun-13 | 2.25 | $939.60 | QDRO administration for DC Plan (0.5); updates to DC Plan projection and termination workflows (1.75). |
| Zaleta  Cynthia O | 27-Jun-13 | 1.00 | $585.80 | Review participant letter (0.25); QDRO analysis for DC Plan (0.75). |
| Smith  Eileen M | 28-Jun-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Doug J | 2-Jul-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 3-Jul-13 | 1.00 | $585.80 | Review and update status of open items relating to DC plan (1.0). |
| Smith  Eileen M | 8-Jul-13 | 1.50 | $626.40 | Updates to DC Plan project and termination workflows (1.5). |
| Smith  Eileen M | 9-Jul-13 | 2.00 | $835.20 | Updates to DC Plan project and termination workflows (1.25); telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.75). |
| Zaleta  Cynthia O | 10-Jul-13 | 0.50 | $292.90 | Review of SPD, Steed letter and fee disclosure for DC Plan (0.5). |
| Smith  Doug J | 10-Jul-13 | 0.50 | $411.80 | Update strategy and project items for DC Plan projects based on status and open issues (0.5). |
| Smith  Eileen M | 10-Jul-13 | 2.00 | $835.20 | Updates to DC Plan project and termination workflows (2.0). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 11-Jul-13 | 0.75 | $313.20 | Updates to DC Plan project and termination workflows (0.75). |
| Smith  Doug J | 11-Jul-13 | 0.50 | $411.80 | Update project items based on status of DC plan projects (0.5). |
| Zaleta  Cynthia O | 11-Jul-13 | 1.50 | $878.70 | DC Plan analysis based upon SPD, participant letter and fee disclosures (1.5). |
| Zaleta  Cynthia O | 12-Jul-13 | 1.00 | $585.80 | Additional analysis for DC Plan based on SPD and fee discosure (0.5); QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 12-Jul-13 | 0.25 | $104.40 | Updates to DC Plan project and termination workflows (0.25). |
| Smith  Doug J | 16-Jul-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 16-Jul-13 | 0.50 | $292.90 | Prepare summary of status and issues of DC Plan projects (0.5). |
| Zaleta  Cynthia O | 19-Jul-13 | 0.50 | $292.90 | Update status of open DC plan projects (0.5). |
| Smith  Doug J | 22-Jul-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 22-Jul-13 | 0.50 | $292.90 | Prepare summary of status and issues of DC Plan projects (0.5). |
| Mayer  Julie J | 22-Jul-13 | 3.25 | $260.14 | DC Plan research by Mercer Washington Resource Group (3.25). |
| Zaleta  Cynthia O | 23-Jul-13 | 1.00 | $585.80 | QDRO analysis for DC Plan (1.0). |
| Smith  Doug J | 29-Jul-13 | 0.50 | $411.80 | Update strategy and project items for DC Plan projects based on status and open issues (0.5). |
| Smith  Eileen M | 31-Jul-13 | 0.50 | $208.80 | Updates to DC Plan project and termination workflows (0.5). |
| | **Totals:** | **88.25** | **$42,712.30** | |