# EXHIBIT B

**Expenses**
**May 1, 2013 through July 31, 2013**

| Date | Charges | Description |
|---|---|---|
| 6-Mar-13 | $401.00 | Travel - John Dempsey - Airfare and related fees for travel to Philadelphia, PA |
| 31-May-13 | $3,130.20 | Legal - Administrative |
| 30-Jun-13 | $93.60 | Legal - Administrative |
| 31-Jul-13 | $308.25 | Legal - Administrative |
| **Total:** | **$3,933.05** | |