# EXHIBIT C



FREEBORN & PETERS LLP                            2                              June 19, 2013

No: 100099087

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *May 13, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence and conference with Katie Sheldon regarding status of fee application for February through April 2013 (0.1); e-mail correspondence to Sonya Park of Mercer regarding same (0.1). | 0.20 | 61.00 |
| *May 13, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence with Devon Eggert regarding 17th interim fee application (0.4). | 0.40 | 86.00 |
| *May 15, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with Vickie Patrick of Mercer regarding preparation of fee application for February through April 2013 (0.1). | 0.10 | 30.50 |
| *May 15, 2013* | **Sheldon, Kathryn C.**<br>Draft seventeenth interim fee application (0.6); draft quarterly fee application (0.3); internal e-mail correspondence regarding expenses for same (0.1); e-mail correspondence to Devon Eggert regarding same (0.2). | 1.20 | 258.00 |
| *May 21, 2013* | **Eggert, Devon J.**<br>E-mail correspondence to Vickie Patrick regarding preparation of fee application (0.1). | 0.10 | 30.50 |
| *May 23, 2013* | **Sheldon, Kathryn C.**<br>Revise seventeenth interim fee application (1.0); e-mail correspondence to Devon Eggert regarding same (0.1). | 1.10 | 236.50 |

# Freeborn

FREEBORN & PETERS LLP

<div style="display:flex;justify-content:space-between">3     June 19, 2013</div>

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *May 24, 2013* | **Eggert, Devon J.**<br>Review and substantially revise fee application, exhibits, notices and order (2.2); e-mail correspondence to client working group regarding open items for same (0.3). | 2.50 | 762.50 |
| *May 24, 2013* | **Sheldon, Kathryn C.**<br>Revise seventeenth interim fee application (1.0); e-mail correspondence to Devon Eggert regarding same (0.1). | 1.10 | 236.50 |
| *May 28, 2013* | **Sheldon, Kathryn C.**<br>Revisions to seventeenth quarterly fee application (0.5). | 0.50 | 107.50 |
| *May 29, 2013* | **Sheldon, Kathryn C.**<br>Revise seventeenth interim fee application (2.1); revise quarterly fee application (0.2); multiple e-mail correspondence with Devon Eggert regarding same (0.2). | 2.50 | 537.50 |
| *May 29, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with client working group regarding open items for finalizing fee application (0.3); multiple e-mail correspondence with Katie Sheldon regarding same (0.2); review and revise fee application and exhibits based upon same (0.8). | 1.20 | 366.00 |
| *May 30, 2013* | **Sheldon, Kathryn C.**<br>Draft notice and certificate of service for seventeenth interim fee application (0.2); draft certificate of service for seventeenth quarterly fee application (0.1); revise seventeenth fee application (0.2); e-mail correspondence with Devon Eggert regarding same (0.2). | 0.70 | 150.50 |
| *May 30, 2013* | **Eggert, Devon J.**<br>Additional revisions to fee application and notice and order for same (0.3); multiple e-mail correspondence with Katie Sheldon regarding same (0.2). | 0.50 | 152.50 |



FREEBORN & PETERS LLP

4                                                                  June 19, 2013

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| *May 31, 2013* | *Sheldon, Kathryn C.* | Final revisions to 17th interim fee application (0.6); multiple e-mail correspondence with Devon Eggert regarding same (0.2); file same (0.4); coordinate service of same (0.1). | 1.30 | 279.50 |
| *May 31, 2013* | *Eggert, Devon J.* | Multiple e-mail correspondence with Doug Smith and John Dempsey regarding comments to fee application (0.2); finalize all fee application documents for filing (0.2); multiple e-mail correspondence with Katie Sheldon regarding same (0.2). | 0.60 | 183.00 |
| | Total [L120] Analysis/Strategy | | 14.00 | 3,478.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 5.20 | 305.00 | $1,586.00 |
| Sheldon, Kathryn C. | 8.80 | 215.00 | $1,892.00 |
| TOTAL HOURS | 14.00 | | |
| TOTAL FEES | | | $3,478.00 |

TOTAL FEES AND DISBURSEMENTS                                              $3,478.00

c:\bills\609957.bil



**FREEBORN & PETERS LLP**

No: 100102119

For professional services rendered with regard to:

*Re: Nortel Networks*

**[L120] Analysis/Strategy**

| | | | Hours | Fees |
|---|---|---|---:|---:|
| *Jun 20, 2013* | **Sheldon, Kathryn C.** | Review proposed order on seventeenth omnibus fee application (0.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.20 | 43.00 |
| *Jun 28, 2013* | **Eggert, Devon J.** | Review order approving fee application (0.1); e-mail correspondence to client working group regarding payment for same and open items for next fee applications (0.2). | 0.20 | 61.00 |
| Total [L120] Analysis/Strategy | | | 0.40 | 104.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---:|---:|---:|
| Eggert, Devon J. | 0.20 | 305.00 | $61.00 |
| Sheldon, Kathryn C. | 0.20 | 215.00 | $43.00 |
| TOTAL HOURS | 0.40 | | |

TOTAL FEES $104.00

TOTAL FEES AND DISBURSEMENTS $104.00

c:\bills\612989.bil


FREEBORN & PETERS LLP

2                                                                                    August 22, 2013

No: 100104340

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| *Jul 10, 2013* | *Eggert, Devon J.* Review fee examiner order and summary of revised fee application procedures from Annie Cordo (counsel for debtors ) (0.2); e-mail correspondence to John Dempsey and Doug Smith of Mercer regarding same (0.1). | 0.30 | 91.50 |
| *Jul 10, 2013* | *Sheldon, Kathryn C.* E-mail correspondence from Devon Eggert regarding fee examiner requirements (0.1). | 0.10 | 21.50 |
| *Jul 17, 2013* | *Sheldon, Kathryn C.* Prepare fee applications and excel spreadsheet of fees and expenses for the period February 1, 2013 to April 30, 2013 for fee examiner (0.3). | 0.30 | 64.50 |
| *Jul 17, 2013* | *Eggert, Devon J.* Multiple e-mail correspondence with Katie Sheldon regarding information for transmission to fee examiner for prior fee application (0.1); multiple e-mail correspondence with Annie Cordo (counsel for debtors) regarding same (0.1). | 0.20 | 61.00 |
| *Jul 25, 2013* | *Eggert, Devon J.* Review fee examiner order for purposes of preparing information for fee examiner (0.1); e-mail correspondence to Judy Scarborough (fee auditor) regarding same (0.1). | 0.20 | 61.00 |
| *Jul 25, 2013* | *Sheldon, Kathryn C.* E-mail correspondence to Devon Eggert regarding preparation of next fee application (0.2). | 0.20 | 43.00 |
| Total [L120] Analysis/Strategy | | 1.30 | 342.50 |


FREEBORN & PETERS LLP

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.70 | 305.00 | $213.50 |
| Sheldon, Kathryn C. | 0.60 | 215.00 | $129.00 |
| TOTAL HOURS | 1.30 | | |

TOTAL FEES　　　　　　　　　　　　　　　　　　　　　　　$342.50

TOTAL FEES AND DISBURSEMENTS　　　　　　　　　　　　$342.50

c:\bills\615210.bil