
## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
*In re*                                                        :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             :      Case No. 09-10138 (KG)
:
                                        Debtors.               :      Jointly Administered
:
---------------------------------------------------------------X

**ORDER GRANTING EIGHTEENTH QUARTERLY FEE APPLICATION REQUEST**
**OF MERCER (US) INC., AS COMPENSATION SPECIALIST**
**AND CONSULTING EXPERT TO THE DEBTORS,**
**FOR THE PERIOD OF MAY 1, 2013 THROUGH JULY 31, 2013**

Upon consideration of the Eighteenth Quarterly Fee Application Request (the "*Request*") of Mercer (US) Inc. ("*Mercer*"), as compensation specialists and consulting experts to the above captioned debtors and debtors-in-possession (the "*Debtors*") for the period of May 1, 2013 through and including July 31, 2013; and upon consideration of the monthly fee application subject to the Request (the "*Fee Application*"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

2

1.  The Request is GRANTED.

2.  Mercer is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Mercer.

3.  The Debtors are authorized and directed to disburse to Mercer payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments already received by Mercer for fees and expenses requested in the Fee Application.

4.  The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.  This Order shall be effective immediately upon entry.

Dated: _____, 2013

> _____
> THE HONORABLE KEVIN GROSS
> UNITED STATES BANKRUPTCY JUDGE