IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
            Debtors. : Jointly Administered
:
---------------------------------------------------------X   Objections Due:  September 19, 2013 at 4:00 p.m. (ET)

**NOTICE OF NINETEENTH MONTHLY APPLICATION OF PUNTER SOUTHALL LLC, PENSION CO-ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2013 THROUGH JULY 31, 2013**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

      Attached hereto is the **Nineteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through July 31, 2013** (the "Application").

      You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 19, 2013 at 4:00 p.m.** (Eastern Time) (the "Objection Deadline").

      At the same time, you must serve such Objection on the applicant and counsel for the Debtor so as to be received by the Objection Deadline.

      A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 30, 2013
       Wilmington, Delaware

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                            James L. Bromley (admitted *pro hac vice*)
                            Lisa M. Schweitzer (admitted *pro hac vice*)
                            One Liberty Plaza
                            New York, New York 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                                   - and -

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                               */s/ Tamara K. Minott*
                            Derek C. Abbott (No. 3376)
                            Eric D. Schwartz (No. 3134)
                            Ann C. Cordo (No. 4817)
                            Tamara K. Minott (No. 5643)
                            1201 North Market Street, 18th Floor
                            P.O. Box 1347
                            Wilmington, DE 19899-1347
                            Telephone: (302) 658-9200
                            Facsimile: (302) 425-4663

                            *Counsel for the Debtors and*
                            *Debtors in Possession*

7506518.1