## EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

May 1, 2013 Through July 31, 2013

**Summary of Services Rendered by Project**

| Project | Project Description | May 2013 – July 2013 |
|---|---|---|
| 1 | Pension Advisory | 82.75 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **84.75** |

**Summary of Services Rendered by Professional**

| Name | May 2013 – July 2013 |
|---|---|
| Richard Jones (Principal – London) | 12.00 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| Chris Parlour (Senior Consultant – London) | 21.00 |
| James Saunders (Principal – London) | 3.00 |
| Lorant Porkolab (Principal – London) | 3.00 |
| Nathan Reed (Analyst – London) | 1.00 |
| Peter Black (Principal – London) | 20.50 |
| Louisa Taylor (Senior Consultant – London) | 10.75 |
| Ross Matthews (Senior Consultant – London) | 0.50 |
| Carol Bennett (Support – London) | 10.00 |
| Gemma Jeffries (Associate – London) | 1.00 |
| **TOTAL** | **82.75** |

Punter Southall LLC
Time Detail
May 1, 2013 through July 31, 2013

| Date | Description of Work | Time | Activity | Billing Rate ($/Hr) | Professional |
|---|---|---|---|---|---|
| 5/7/2013 | Internal Document Review | 0.75 | 1 | N/A | RJ |
| 5/15/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | RJ |
| 5/16/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | LP |
| 5/16/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | CP |
| 5/17/2013 | Internal Document Review | 1.00 | 1 | N/A | RJ |
| 5/17/2013 | Conference Calls/Document Review | 2.00 | 1 | N/A | JS |
| 5/17/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | LP |
| 5/17/2013 | Conference Calls/Document Review | 5.00 | 1 | N/A | CP |
| 5/20/2013 | Internal Document Review | 0.50 | 1 | N/A | RJ |
| 5/20/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | LP |
| 5/20/2013 | Actuarial Calculations | 1.00 | 1 | N/A | CP |
| 5/20/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | CP |
| 5/21/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | JS |
| 5/21/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | RJ |
| 5/21/2013 | Conference Calls/Document Review | 4.00 | 1 | N/A | CP |
| 5/22/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | RJ |
| 5/23/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | RJ |
| 5/23/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | CP |
| 5/24/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | RJ |
| 5/24/2013 | Conference Calls/Document Review | 4.00 | 1 | N/A | CP |
| 5/28/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | RJ |
| 5/28/2013 | Conference Calls/Document Review | 3.50 | 1 | N/A | CP |
| 5/29/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | JS |
| 5/30/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | RJ |
| 5/30/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | CP |
| 6/14/2013 | Internal Document Review | 1.00 | 1 | N/A | RJ |
| 6/17/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | RJ |
| 6/18/2013 | Internal Document Review | 1.00 | 1 | N/A | RJ |
| 6/19/2013 | Internal Document Review | 0.25 | 1 | N/A | RJ |
| 6/21/2013 | Internal Document Review | 0.50 | 1 | N/A | RJ |
| 6/21/2013 | Internal Document Review | 1.00 | 1 | N/A | NR |
| 6/25/2013 | Conference Calls/Document Review | 1.75 | 1 | N/A | RJ |
| 6/25/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | CP |
| 6/26/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | JS |

| Date | Description of Work | Time | Activity | Billing Rate ($/Hr) | Professional |
|---|---|---|---|---|---|
| 7/1/2013 | Project Management | 1.00 | 1 | 383 | LT |
| 7/1/2013 | Project Management | 0.50 | 1 | 505 | PB |
| 7/1/2013 | Conference Calls/Document Review | 1.25 | 1 | 505 | PB |
| 7/3/2013 | Conference Calls/Document Review | 0.25 | 1 | 505 | PB |
| 7/3/2013 | Internal Document Review | 0.50 | 1 | 505 | PB |
| 7/9/2013 | Conference Calls/Document Review | 1.00 | 1 | 383 | LT |
| 7/11/2013 | Conference Calls/Document Review | 0.25 | 1 | 230 | GJ |
| 7/11/2013 | Conference Calls/Document Review | 0.25 | 1 | 383 | LT |
| 7/12/2013 | Conference Calls/Document Review | 0.25 | 1 | 383 | LT |
| 7/12/2013 | Conference Calls/Document Review | 1.25 | 1 | 383 | LT |
| 7/12/2013 | Document Review | 0.50 | 1 | 505 | PB |
| 7/12/2013 | Document Review | 1.50 | 1 | 505 | PB |
| 7/12/2013 | Conference Calls/Document Review | 1.00 | 1 | 505 | PB |
| 7/16/2013 | Actuarial Calculations | 0.75 | 1 | 230 | GJ |
| 7/16/2013 | Conference Calls/Document Review | 0.25 | 1 | 383 | LT |
| 7/16/2013 | Actuarial Calculations | 0.50 | 1 | 383 | LT |
| 7/16/2013 | Emails / Document Review | 0.50 | 1 | 322 | RM |
| 7/16/2013 | Document Review | 2.00 | 1 | 505 | PB |
| 7/17/2013 | Document Review | 2.00 | 1 | 505 | PB |
| 7/19/2013 | Document Review | 2.00 | 1 | 505 | PB |
| 7/22/2013 | Project Management | 1.50 | 1 | 133 | CB |
| 7/22/2013 | Project Management | 0.25 | 1 | 383 | LT |
| 7/22/2013 | Conference Calls/Document Review | 0.50 | 1 | 383 | LT |
| 7/22/2013 | Conference Calls/Document Review | 0.25 | 1 | 383 | LT |
| 7/22/2013 | Conference Calls/Document Review | 0.25 | 1 | 383 | LT |
| 7/22/2013 | Project Management | 0.50 | 1 | 383 | LT |
| 7/22/2013 | Document Review | 1.25 | 1 | 505 | PB |
| 7/22/2013 | Conference Calls/Document Review | 0.50 | 1 | 505 | PB |
| 7/23/2013 | Project Management | 4.00 | 1 | 133 | CB |
| 7/23/2013 | Project Management | 0.25 | 1 | 383 | LT |
| 7/23/2013 | Document Review | 1.50 | 1 | 505 | PB |
| 7/24/2013 | Conference Calls/Document Review | 1.25 | 1 | 383 | LT |
| 7/24/2013 | Project Management | 0.25 | 1 | 383 | LT |
| 7/24/2013 | Document Review | 0.75 | 1 | 505 | PB |
| 7/24/2013 | Conference Calls/Document Review | 0.75 | 1 | 505 | PB |
| 7/24/2013 | Conference Calls/Document Review | 0.50 | 1 | 505 | PB |
| 7/25/2013 | Document Review | 1.00 | 1 | 383 | LT |
| 7/25/2013 | Actuarial Calculations | 0.25 | 1 | 383 | LT |
| 7/25/2013 | Conference Calls/Document Review | 0.25 | 1 | 505 | PB |
| 7/29/2013 | Conference Calls/Document Review | 0.75 | 1 | 383 | LT |
| 7/29/2013 | Project Management | 0.25 | 1 | 383 | LT |
| 7/29/2013 | Conference Calls/Document Review | 1.00 | 1 | 505 | PB |
| 7/31/2013 | Project Management | 4.50 | 1 | 133 | CB |
| 7/31/2013 | Project Management | 0.50 | 1 | 383 | LT |
| 7/31/2013 | Conference Calls/Document Review | 2.50 | 1 | 505 | PB |
| | Total Activity 1 | 82.75 | | | |

| Date | Description of Work | Time | Activity | | Professional |
|---|---|---|---|---|---|
| 8/30/2013 | Preparation of filings | 2.0 | 2 | | RDM |
| | Total Activity 2 | 2.0 | | | |
| | | | | | |
| | Total Activity 1 & 2 | 84.75 | | | |