# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 11078, 11460 and 11474 |
| | ) |
| | ) Objection Deadline: September 19, 2013 at 4:00 p.m. |
| | ) Hearing Date: September 24, 2013 at 10:00 a.m. |

## NOTICE OF EIGHTH QUARTERLY FEE APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2013 THROUGH JULY 31, 2013

| | |
|---|---|
| Name of Applicant: | Elliott Greenleaf |
| Authorized to provide professional services to: | Official Committee of Long Term Disability Participants |
| Date of retention: | *Nunc pro tunc* to August 2, 2011 |
| Period for which compensation and reimbursement is sought: | May 1, 2013 through July 31, 2013 |
| Total amount of fee compensation sought as actual, reasonable and necessary: | $ 207,876.50 |
| Total amount of expense reimbursement sought as actual, reasonable and necessary: | $ 73,386.14 |
| Total amount of holdback fees sought: | $ 41,575.30 |

This is a(n) ___ Monthly     _X_ Interim Application     ___ Final Application

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Summary of Fee Applications for Compensation Period:

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Total Amount of Fees Approved to Date (80%) | Total Amount of Expenses Approved to Date (100%) |
|---|---|---|---|---|
| 5/1/13-5/30/13 Doc. No. 11078 6/9/2013 | $ 174,027.00 | $ 39,912.49 | $ 139,221.60 | $ 39,912.49 |
| 6/1/13-6/30/13 Doc. No. 11460 8/28/2013 | $ 15,050.00 | $ 30,794.70 | $12,040.00[2] | $30,794.70[3] |
| 7/1/13-7/31/13 Doc. No. 11474 8/29/2013 | $ 18,799.50 | $ 2,678.95 | $15,039.60[4] | $2,678.95[5] |
| Totals: | $ 207,876.50 | $ 73,386.14 | $ 166,301.20 | $ 73,386.14 |

PLEASE TAKE NOTICE that on August 30, 2013, Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants of the above-captioned debtors (the "Debtors") filed the attached Eighth Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2013 through July 31, 2013 (the "Interim Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Quarterly Application must be made in accordance with this Court's Interim Compensation Order, and (a) must be filed no later than **September 19, 2013 at 4:00 PM** (the "Objection Deadline"), and (b) be served upon and received by (i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L.

---

[2] If no objections filed to the Fee Application, a Certificate of No Objection will be filed on September 17, 2013.
[3] If no objections filed to the Fee Application, a Certificate of No Objection will be filed on September 17, 2013.
[4] If no objections filed to the Fee Application, a Certificate of No Objection will be filed on September 18, 2013.
[5] If no objections filed to the Fee Application, a Certificate of No Objection will be filed on September 18, 2013.

Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Eighth Quarterly Application will be held on **September 24, 2013 at 10:00 a.m.** before the Honorable Kevin Gross, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: August 30, 2013<br>Wilmington, Delaware | **ELLIOTT GREENLEAF**<br><br>_/s/_<br>Rafael X. Zahralddin-Aravena (DE Bar No. 4166)<br>Shelley A. Kinsella (DE Bar No. 4023)<br>1105 North Market Street, Suite 1700<br>Wilmington, Delaware 19801<br>Telephone: (302) 384-9400<br>Facsimile: (302) 384-9399<br>Email: rxza@elliottgreenleaf.com<br>Email: sak@elliottgreenleaf.com<br><br>*Counsel for the Official Committee of Long Term Disability Participants* |