# **EXHIBIT A**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036
Page 3
Client #  732310

Matter # 165839

For services through July 31, 2013
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/13 | Review docket (.1); Review and update critical dates (.5); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.70 hrs. | 215.00 | $150.50 |
| 07/08/13 | Email to C. Samis re: notice of entry of appearance in Third Circuit appeal for A. Quershi (.1); Review same (.1); Conference with B. Witters re: filing same (.1) | | | | |
| Associate | L. Katherine Good | | 0.30 hrs. | 450.00 | $135.00 |
| 07/25/13 | Review docket (.1); Review and update critical dates (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 215.00 | $64.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $350.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$350.00** |
| BALANCE BROUGHT FORWARD | $720.50 |
| **TOTAL DUE FOR THIS MATTER** | **$1,070.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 4  
Client # 732310

Matter # 165839

For services through July 31, 2013  
relating to Claims Administration

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/19/13 | Review Loggins employee benefits / claims opinion and order | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |
| 07/23/13 | Review second amended order regarding Canadian Employee discovery | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

Total Fees for Professional Services         $450.00

TOTAL DUE FOR THIS INVOICE         **$450.00**  
BALANCE BROUGHT FORWARD         $1,098.00

**TOTAL DUE FOR THIS MATTER**         **$1,548.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 28, 2013
Invoice 437036
Page 5
Client # 732310

Matter # 165839

For services through July 31, 2013
relating to Court Hearings

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/13 | | Emails to D. Botter and F. Hodara re: cancellation of August omnibus dates and status of July omnibus dates (.2); Email to A. Cordo re: cancellation of August omnibus dates and status of July omnibus dates (.1) | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 07/12/13 | | Retrieve and review 7/16/13 agenda (.1); E-mail to distribution re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 07/15/13 | | Review e-mail from M. Fagen re: 7/16/13 telephonic appearance for D. Botter (.1); E-mail to M. Fagen re: same (.1); Prepare 7/15/13 hearing binder (.2) | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 07/15/13 | | Prepare for 7/16/13 hearing (1.0); Email to M. Fagen re: preparation for 7/16/13 hearing (.1) | | | |
| | Associate | Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |
| 07/18/13 | | Emails to F. Hodara, D. Botter, B. Kahn and others re: preparation for 7/19/13 status conference with Judge Stark (.5); Email to J. Chapman re: logistics of 7/19/13 status conference with Judge Stark (.1) | | | |
| | Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 07/19/13 | | Prepare for 7/19/13 status conference with Judge Stark in allocation litigation (1.5); Participate in 7/19/13 status conference with Judge Stark in allocation litigation (1.3) | | | |
| | Associate | Christopher M. Samis | 2.80 hrs. | 450.00 | $1,260.00 |
| 07/26/13 | | Prepare hearing binders for 7/30/13 hearing | | | |
| | Paralegal | Cathy M. Greer | 0.20 hrs. | 215.00 | $43.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 6  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/26/13 | Email to A. Cordo acquisition of transcript of allocation litigation hearing before Judge Stark (.1); Email to B. Kahn re: acquisition of transcript of allocation litigation hearing before Judge Stark (.1) | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 07/29/13 | Prepare for hearing | | | | |
| Associate | Amanda R. Steele | | 0.20 hrs. | 350.00 | $70.00 |
| 07/30/13 | Attend hearing (.5); Conference with C. Samis re: same (.2) | | | | |
| Associate | Amanda R. Steele | | 0.70 hrs. | 350.00 | $245.00 |
| 07/31/13 | Order 7/30/13 hearing transcript (.1); Circulate 7/30/13 hearing transcript (.1) | | | | |
| Paralegal | Cathy M. Greer | | 0.20 hrs. | 215.00 | $43.00 |
| 07/31/13 | Review transcript from 7/30/13 hearing (.7); Emails to M. Fagen re: transcript requests (.2); Email to A. Cordo re: transcript request (.1) | | | | |
| Associate | Christopher M. Samis | | 1.00 hrs. | 450.00 | $450.00 |

Total Fees for Professional Services     $3,230.00

TOTAL DUE FOR THIS INVOICE     **$3,230.00**  
BALANCE BROUGHT FORWARD     $6,747.40

**TOTAL DUE FOR THIS MATTER**     **$9,977.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 7  

Client # 732310  

Matter # 165839  

For services through July 31, 2013  
relating to Employee Issues  

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 07/02/13 | Finalize and file aos re: joinder of committee to debtors omnibus objection to employees motions | | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | | $21.50 |
| 07/15/13 | Review letter from EG re: Eliason LTD dispute | | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | | $360.00 |
| 07/16/13 | Review opinion and order approving LTD severance participation | | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 450.00 | | $405.00 |

Total Fees for Professional Services     $786.50

TOTAL DUE FOR THIS INVOICE     **$786.50**  
BALANCE BROUGHT FORWARD     $1,911.00  

**TOTAL DUE FOR THIS MATTER**     $2,697.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 8  
Client # 732310

Matter # 165839

For services through July 31, 2013  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/13 | Email to B. Kahn re: F. Hodara 3d Cir. notice of appearance (.1); Emails to B. Witters re: outstanding 3d Cir. notice of appearance (.2) | | | | |
| | Associate   Christopher M. Samis | | 0.30 hrs. | 450.00 | $135.00 |
| 07/02/13 | Efile 4 notices of appearance in Third Circuit (.1); Discussion with B. Witters re: setting co-counsel up to receive notifications of filings in district court appeals (.1) | | | | |
| | Paralegal   Ann Jerominski | | 0.20 hrs. | 215.00 | $43.00 |
| 07/02/13 | Prepare certificates of service re: UK limited third circuit entry of appearance for M. Collins, C. Samis, F. Hodara and D. Botter (.8); Instructions to A. Jerominski re: filing of same (.1); Coordinate service re: same (.2) | | | | |
| | Paralegal   Barbara J. Witters | | 1.10 hrs. | 215.00 | $236.50 |
| 07/02/13 | Emails to B. Kahn re: Third Circuit notices of appearance (.2); Call from M. Fagen re: e-notice in District Court proceeding (.2); Email to B. Witters re: filing and service of Third Circuit notices of appearance (.1); Email to M. Fagen re: e-notice in District Court proceeding (.1) | | | | |
| | Associate   Christopher M. Samis | | 0.60 hrs. | 450.00 | $270.00 |
| 07/03/13 | Emails to M. Fagen re: Akin obtaining electronic notification in District Court litigation (.3); Emails to B. Witters re: Akin obtaining electronic notification in District Court litigation (.3); Review second response to consolidated set of interrogatories in allocation litigation (.4); Email to S. Gulati re: comments to second response to consolidated set of interrogatories in allocation litigation (.1) | | | | |
| | Associate   Christopher M. Samis | | 1.10 hrs. | 450.00 | $495.00 |
| 07/08/13 | Prepare cos re: A. Qureshi third circuit entry of appearance (.2); Finalize and file re: same (.2); Coordinate service re: same (.1) | | | | |
| | Paralegal   Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |

Case 09-10138-MFW    Doc 11494-2    Filed 08/30/13    Page 8 of 17

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 28, 2013  
Invoice 437036  
Page 9  
Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/13 | Emails to K. Good and B. Witters re: filing and service of notice of appearance in Third Circuit allocation litigation for A. Qureshi (x2) | | | | |
| | Associate    Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 07/09/13 | Attention to e-mail from M. Fagen re: notices of service (.1); E-mail to and from K. Good re: same (.2); Import and prepare notice of service re: second response to consolidated interrogatories (.2); Import and prepare notice of service re: certification of substantial document production (.2); E-mail to K. Good re: notices of service x2 (.1); Finalize and file notice of service re: certification of substantial document production (.2); Finalize and file notice of service re: second response to consolidated interrogatories (.2) | | | | |
| | Paralegal    Barbara J. Witters | | 1.20 hrs. | 215.00 | $258.00 |
| 07/09/13 | Emails to A. Cordo re: filing and service of letters rogatory on U.K. Pension parties (.2); Email to K. Good re: filing and serving notices of service in allocation litigation (.1); Emails to M. Fagen re: filing and serving notices of service in allocation litigation (.2) | | | | |
| | Associate    Christopher M. Samis | | 0.50 hrs. | 450.00 | $225.00 |
| 07/09/13 | Review and sign notices of service of substantial document production and second responses to interrogatories (.1); Email (x2) to C. Samis re: same (.1); Email to B. Witters re: same (.1) | | | | |
| | Associate    L. Katherine Good | | 0.30 hrs. | 450.00 | $135.00 |
| 07/10/13 | Emails to A. Cordo re: filing and service of letters rogatory on U.K. Pension parties (.4); Emails to B. Kahn re: filing and service of letters rogatory on U.K. Pension parties (.2); Review letters rogatory for U.K. Pension parties and related documents (1.4) | | | | |
| | Associate    Christopher M. Samis | | 2.00 hrs. | 450.00 | $900.00 |
| 07/11/13 | Emails to A. Cordo re: U.K. Pension parties' issues with letters rogatory (.3); Emails to F. Hodara, D. Botter and others re: U.K. Pension parties' issues with letters rogatory (.3) | | | | |
| | Associate    Christopher M. Samis | | 0.60 hrs. | 450.00 | $270.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 10  
Client # 732310

Matter # 165839

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/12/13 | Emails to A. Cordo re: contacting chambers on U.K. Pension parties' issues with letters rogatory (.2); Call with A. Cordo and J. Alberto to chambers re: U.K. Pension parties' issues with letters rogatory (.1); Emails to A. Qureshi, D. Botter and others re: filing and service of letters rogatory on U.K. Pension parties (.3) | | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | | $270.00 |
| 07/15/13 | Emails to D. Botter, A. Qureshi and others re: 7/19/13 teleconference with Judge Stark | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | | $90.00 |
| 07/22/13 | Review monitor's allocation discovery supplementation requests | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | | $90.00 |
| 07/23/13 | Review Canadian creditors committee's reserved document request directed for response to the ad hoc bondholders group, Bank of New York Mellon, Wilmington Trust, and law debenture trust of New York | | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | | $180.00 |
| 07/25/13 | Emails to A. Cordo re: obtaining transcript from allocation litigation hearing before Judge Stark (.2); Email to B. Witters re: calendaring hearing in Third Circuit allocation litigation (.1) | | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | | $135.00 |
| 07/26/13 | Review first round of allocation dispute deposition notices (1.8); Emails to R. Johnson and B. Kahn re: sign off on first round of allocation dispute deposition notices (.3); Emails to A. Cordo re: sign off on first round of allocation dispute deposition notices (.2); Call to D. Abbott and A. Cordo re: addressing discovery disputes in allocation litigation in Judge Gross' absence (.2); Call from R. Johnson re: addressing discovery disputes in allocation litigation in Judge Gross' absence (.2); Attention to finalizing, filing and serving first round of deposition notices in allocation litigation (2.2) | | | | |
| Associate | Christopher M. Samis | 4.90 hrs. | 450.00 | | $2,205.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

August 28, 2013  
Invoice 437036  
Page 11  
Client # 732310  

Matter # 165839  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/13 | Prepare entry of appearance for P. Millett for Third Circuit appeal (.1); Multiple emails re: finalizing same (.2); Prepare certification of service for same (.1); Import acknowledgement re: argument and finalize for filing (.1); Emails re: revisions to same (.1); Revise same (.1); Efile notice of appearance (.1); Efile acknowledgement re: argument (.1); Coordinate service of notice and acknowledgement (.1) | Paralegal — Ann Jerominski | 1.00 hrs. | 215.00 | $215.00 |
| 07/30/13 | Attention to finalizing, filing and serving P. Millet notice of appearance and argument acknowledgment in Third Circuit allocation litigation (.5); Emails to A. Jerominski re: finalizing, filing and serving P. Millet notice of appearance and argument acknowledgment in Third Circuit allocation litigation (.5); Meet with A. Jerominski re: finalizing, filing and serving P. Millet notice of appearance and argument acknowledgment (.2); Emails to P. Millet re: finalizing, filing and serving P. Millet notice of appearance and argument acknowledgment in Third Circuit allocation litigation (.2) | Associate — Christopher M. Samis | 1.40 hrs. | 450.00 | $630.00 |

Total Fees for Professional Services     $6,980.00

TOTAL DUE FOR THIS INVOICE     **$6,980.00**  
BALANCE BROUGHT FORWARD     $9,039.00  

**TOTAL DUE FOR THIS MATTER**     **$16,019.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 28, 2013  
Invoice 437036  
Page 12  
Client #  732310

Matter #  165839

For services through July 31, 2013  
relating to  Retention of Others

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 07/02/13 | Finalize and file aos re: supplemental declaration of M. Wunder | | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | | $21.50 |

Total Fees for Professional Services    $21.50

TOTAL DUE FOR THIS INVOICE    **$21.50**  
BALANCE BROUGHT FORWARD    $1,523.50

**TOTAL DUE FOR THIS MATTER**    **$1,545.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 28, 2013  
Invoice 437036  
Page 13  
Client #  732310

Matter #  165839

---

For services through July 31, 2013  
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/13 | E-mail to B. Kahn re: RLF June estimated fees and expenses | Paralegal — Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 07/16/13 | E-mails to and from C. Samis re: LEDES format for fee auditor (.2); Discussion with accounting re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 07/16/13 | Emails to B. Witters and C. McGlothlin re: complying with fee auditor order (.4); Meet with B. Witters re: complying with fee auditor order (.2); Review Excel format for transmission of billing information to fee auditor (.3) | Associate — Christopher M. Samis | 0.90 hrs. | 450.00 | $405.00 |
| 07/18/13 | Discussion with C. Samis re: February to May fee applications for fee auditor (.1); Retrieve re: hold copies of same (.4); E-mail to B. Kahn re: RLF excel invoices for Feb, March, April and May (.1) | Paralegal — Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 07/18/13 | Email to B. Witters re: submission of electronic invoices to fee auditor (.1); Email to B. Kahn re: submission of electronic invoices to fee auditor (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 07/23/13 | Prepare cno re: RLF May fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 07/24/13 | Review RLF June bill memos and meal charge | Paralegal — Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 07/29/13 | Prepare RL&F fifty-third fee application (.2); Prepare notice re: same (.2); Prepare certificate of service re: same (.1) | Paralegal — Cathy M. Greer | 0.50 hrs. | 215.00 | $107.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 28, 2013  
Invoice 437036  
Page 14  
Client #  732310  

Matter # 165839

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/29/13 | Review, revise and finalize 53rd RL&F monthly fee application (.4); Email to B. Kahn re: transmission of June 2013 RL&F fee application searchable electronic format to fee auditor (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 07/31/13 | Email to C. Dale re: excel format for June 2013 RL&F fee application (.1); Email to B. Kahn re: excel format for June 2013 RL&F fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services    $1,304.50

TOTAL DUE FOR THIS INVOICE    **$1,304.50**  
BALANCE BROUGHT FORWARD    $1,462.80  

**TOTAL DUE FOR THIS MATTER**    **$2,767.30**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

August 28, 2013  
Invoice 437036  
Page 15  
Client # 732310  

Matter # 165839  

---

For services through July 31, 2013  
relating to Fee Applications of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/13 | Call from F. Hodara re: fee auditor process (.3); Review proposed fee auditor order (.5); Emails to F. Hodara, D. Botter and B. Kahn re: fee auditor process (.2); Emails to B. Kahn re: application of fee auditor order to Committee Members (.2) | Associate Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |
| 07/02/13 | Attention to e-mail from C. Samis re: Akin Gump April fee application (.1); Retrieve and deliver to C. Samis re: same (.1) | Paralegal Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 07/02/13 | Review 51st Akin fee application for discussion with F. Hodara, D. Botter and B. Kahn re: potential fee auditor issues (1.3); Emails to F. Hodara on discussion with F. Hodara, D. Botter and B. Kahn re: potential fee auditor issues (.3); Call from F. Hodara, B. Kahn and M. Fagen re: potential fee auditor issues (.4); Email to B. Witters re: documents for preparation for discussion with F. Hodara, D. Botter and B. Kahn re: potential fee auditor issues (.1); Review fee auditor correspondence for recently trending topics for discussion with F. Hodara, D. Botter and B. Kahn re: potential fee auditor issues (.8) | Associate Christopher M. Samis | 2.90 hrs. | 450.00 | $1,305.00 |
| 07/08/13 | Email to B. Kahn re: revisions to order appointing fee auditor | Associate Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 07/15/13 | Call from A. Cordo re: fee examiner information on information process (.3); Emails to A. Cordo re: fee examiner information on information process (.2); Emails to B. Kahn re: fee examiner information on information process (.4); Emails to B. Witters re: fee examiner information on information process (.2) | Associate Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 16

Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/13 | Update certificates of service and notices of fee application with fee examiner contact information | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 07/17/13 | Email to A. Cordo re: submission of electronic searchable formats to fee auditor (.1); Emails to B. Kahn re: submission of electronic searchable formats to fee auditor (.2); Email to B. Witters re: submission of electronic searchable formats to fee auditor (.1) | | | | |
| | Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 07/18/13 | Attention to e-mail from B. Kahn re: Akin Gump May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 07/18/13 | Review, revise and finalize 52nd Akin monthly fee application | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 07/18/13 | Finalize and file Akin Gump fee application for May 2013 (.2); Coordinate service of same (.1) | | | | |
| | Paralegal | Rebecca V. Speaker | 0.30 hrs. | 215.00 | $64.50 |
| 07/23/13 | Prepare cno re: Ashurst May fee application (.2);Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 07/23/13 | Email to B. Kahn re: ability to file CNOs for fee applications now that fee examiner has been appointed (.1); Review CNO for 52nd RL&F fee application (.1); Review CNO for Ashurst fee application (.1) | | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 07/29/13 | Prepare notice re: Ashurst fifty-third fee application (.2); Prepare certificate of service re: same (.1) | | | | |
| | Paralegal | Cathy M. Greer | 0.30 hrs. | 215.00 | $64.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

August 28, 2013  
Invoice 437036  
Page 17  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/13 | Review, revise and finalize 53rd Ashurst monthly fee application (.2); Email to A. Steele re: drafting Committee member expense reimbursement (.1); Email to M. Fargen re: drafting Committee member expense reimbursement (.1); Email to C. Greer re: preparing Ashurst 53rd monthly fee application for filing (.1) | | | | |
| | Associate    Christopher M. Samis | | 0.50 hrs. | 450.00 | $225.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $3,531.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,531.00** |
| BALANCE BROUGHT FORWARD | $4,747.00 |
| **TOTAL DUE FOR THIS MATTER** | **$8,278.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 28, 2013  
Invoice 437036  
Page 18  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.90 | 350.00 | 315.00 |
| Ann Jerominski | 1.20 | 215.00 | 258.00 |
| Barbara J. Witters | 8.20 | 215.00 | 1,763.00 |
| Cathy M. Greer | 1.20 | 215.00 | 258.00 |
| Christopher M. Samis | 30.50 | 450.00 | 13,725.00 |
| L. Katherine Good | 0.60 | 450.00 | 270.00 |
| Rebecca V. Speaker | 0.30 | 215.00 | 64.50 |
| TOTAL | 42.90 | $388.19 | 16,653.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                                    $17,207.38

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310