# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

August 28, 2013
Invoice 437036

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through July 31, 2013
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $2.50 |
| Conference Calling | $30.00 |
| Court Reporter Services | $36.90 |
| Document Retrieval | $17.50 |
| Long distance telephone charges | $5.56 |
| Messenger and delivery service | $151.65 |
| Overtime | n/c |
| Photocopying/Printing<br>2,081 @ $.10 pg. / 611 @ $.10 pg. | $269.20 |
| Postage | $40.57 |

|  |  |
|---|---|
| Other Charges | $553.88 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$553.88** |
| BALANCE BROUGHT FORWARD | $4,126.11 |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036

Page 2

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$4,679.99**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036
Page 19
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 07/01/13 | PACER | | DOCRETRI |
| | | Amount = $3.40 | |
| 07/01/13 | Printing | | DUP |
| | | Amount = $0.30 | |
| 07/01/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/01/13 | Printing | | DUP |
| | | Amount = $0.70 | |
| 07/02/13 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 07/02/13 | PACER | | DOCRETRI |
| | | Amount = $1.80 | |
| 07/02/13 | PACER | | DOCRETRI |
| | | Amount = $5.20 | |
| 07/02/13 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 07/02/13 | Printing | | DUP |
| | | Amount = $0.70 | |
| 07/02/13 | Printing | | DUP |
| | | Amount = $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036
Page 20

Client #  732310

| 07/02/13 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.20 | |
| 07/02/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 07/02/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 07/03/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 07/03/13 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 07/03/13 | Postage | | POST |
| | | Amount =  $2.24 | |
| 07/03/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/03/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 07/03/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 07/03/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 07/03/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 07/08/13 | Photocopies | | DUP |
| | | Amount =  $1.20 | |
| 07/08/13 | Photocopies | | DUP |
| | | Amount =  $10.10 | |
| 07/08/13 | Richards Layton and Finger/YOUNG CONAWAY STARGATT & TAYLOR LLP Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 07/08/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036
Page 21

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 07/08/13 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 07/08/13 | Postage | | POST |
| | | Amount =  $2.24 | |
| 07/08/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 07/08/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/08/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 07/08/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 07/09/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/09/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/09/13 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 07/09/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/09/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/09/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 07/10/13 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 07/10/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 07/12/13 | Richards Layton and Finger/YOUNG CONAWAY Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 07/12/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 07/12/13 | Printing | | DUP |
| | | Amount =  $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 28, 2013
Invoice 437036
Page 22

Client # 732310

| Date | Description | | Type |
|------|-------------|---|------|
| 07/12/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/12/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/12/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | PARALEGAL OT THRU 7/15/13 | | OT |
| | Amount = $0.00 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $1.60 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/15/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/18/13 | Photocopies | | DUP |
| | Amount = $118.80 | | |
| 07/18/13 | Messenger and delivery | | MESS |
| | Amount = $63.30 | | |
| 07/18/13 | PACER | | DOCRETRI EV |
| | Amount = $1.90 | | |
| 07/18/13 | Postage | | POST |
| | Amount = $15.15 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036
Page 23

Client #  732310

| Date | Description | | |
|---|---|---|---|
| 07/18/13 | Postage | | POST |
| | Amount = | $5.05 | |
| 07/18/13 | Postage | | POST |
| | Amount = | $5.49 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $2.90 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $1.50 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.40 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $5.30 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $4.90 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $7.00 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $5.50 | |
| 07/18/13 | Printing | | DUP |
| | Amount = | $1.20 | |
| 07/22/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 07/22/13 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee                                          August 28, 2013
c/o Fred S. Hodara, Esq.                                            Invoice 437036
Akin Gump Strauss Hauer Feld LLP                                    Page 24
One Bryant Park
New York NY  10036                                                 Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 07/22/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/22/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/23/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/23/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/23/13 | Printing | | DUP |
| | Amount = $1.10 | | |
| 07/23/13 | Printing | | DUP |
| | Amount = $0.20 | | |
| 07/23/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/23/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/25/13 | CourtCall | | CONFCALL |
| | Amount = $30.00 | | |
| 07/25/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/25/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 07/25/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 07/25/13 | Printing | | DUP |
| | Amount = $0.80 | | |
| 07/26/13 | Binding/Tabs Velobinding | | BIND |
| | Amount = $2.50 | | |
| 07/26/13 | Photocopies | | DUP |
| | Amount = $6.40 | | |
| 07/26/13 | 12128721077 Long Distance | | LD |
| | Amount = $5.56 | | |
| 07/26/13 | Printing | | DUP |
| | Amount = $0.40 | | |
| 07/26/13 | Printing | | DUP |
| | Amount = $0.40 | | |
| 07/26/13 | Printing | | DUP |
| | Amount = $0.80 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036

Page 25

Client #  732310

| Date | Description | | Type |
|------|-------------|---|------|
| 07/26/13 | Printing | | DUP |
| | Amount = | $0.80 | |
| 07/26/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/26/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/29/13 | Photocopies | | DUP |
| | Amount = | $68.40 | |
| 07/29/13 | Messenger and delivery | | MESS |
| | Amount = | $25.65 | |
| 07/29/13 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 07/29/13 | Postage | | POST |
| | Amount = | $8.16 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $3.30 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $2.00 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $2.00 | |
| 07/29/13 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 28, 2013
Invoice 437036

Page 26

Client # 732310

| | | | |
|---|---|---|---|
| 07/30/13 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | | Amount = $18.90 | |
| 07/30/13 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | | Amount = $18.00 | |
| 07/30/13 | Photocopies | | DUP |
| | | Amount = $3.20 | |
| 07/30/13 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 07/30/13 | PACER | | DOCRETRI |
| | | Amount = $2.30 | |
| 07/30/13 | Postage | | POST |
| | | Amount = $2.24 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 07/30/13 | Printing | | DUP |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 28, 2013
Invoice 437036
Page 27

Client #  732310

07/31/13          PARALEGAL OT THRU 7/31/13          OT
                        Amount =   $0.00

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses     $553.88