## EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

May 1, 2013 Through July 31, 2013

**Summary of Services Rendered by Project**

| Project | Project Description | May 2013 – July 2013 |
|---|---|---|
| 1 | Pension Advisory | 82.80 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **84.80** |

**Summary of Services Rendered by Professional**

| Professional | May 2013 – June 2013 Hours | Total Compensation |
|---|---|---|
| Richard Jones (Principal – London) | 12.00 | N/A |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 | N/A |
| Chris Parlour (Senior Consultant – London) | 21.00 | N/A |
| James Saunders (Principal – London) | 3.00 | N/A |
| Lorant Porkolab (Principal – London) | 3.00 | N/A |
| Nathan Reed (Analyst – London) | 1.00 | N/A |
| **TOTAL HOURS & COMPENSATION (FLAT FEE)** | **40.0** | **$39,000** |

8

| Professional | Hourly Billing Rate (GBP/Hr) | July 2013 Hours | Total Compensation (GBP) |
|---|---|---|---|
| Peter Black (Principal – London) | 330 | 21.20 | 6,996 |
| Louisa Taylor (Senior Consultant – London) | 250 | 9.70 | 2,425 |
| Ross Matthews (Senior Consultant – London) | 210 | 0.50 | 105 |
| Carol Bennett (Support – London) | 87 | 10.50 | 914 |
| Gemma Jeffries (Associate – London) | 150 | 0.90 | 135 |
| **TOTAL** | | **82.8** | **10,575** |
| **TOTAL HOURLY** | **GBP 10,575 ($16,193)** | | |
| **BLENDED HOURLY RATE:** | **GBP 128 ($196)** | | |
| **GRAND TOTAL (FIXED FEE + HOURLY)** | **$55,193** | | |

Punter Southall LLC
Time Detail
May 1, 2013 through June 30, 2013

| Date | Description of Work | Time | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 5/7/2013 | Internal Document Review | 0.75 | 1 | N/A | N/A | RJ |
| 5/15/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | N/A | RJ |
| 5/16/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | LP |
| 5/16/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | N/A | CP |
| 5/17/2013 | Internal Document Review | 1.00 | 1 | N/A | N/A | RJ |
| 5/17/2013 | Conference Calls/Document Review | 2.00 | 1 | N/A | N/A | JS |
| 5/17/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | LP |
| 5/17/2013 | Conference Calls/Document Review | 5.00 | 1 | N/A | N/A | CP |
| 5/20/2013 | Internal Document Review | 0.50 | 1 | N/A | N/A | RJ |
| 5/20/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | LP |
| 5/20/2013 | Actuarial Calculations | 1.00 | 1 | N/A | N/A | CP |
| 5/20/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | CP |
| 5/21/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | N/A | JS |
| 5/21/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | RJ |
| 5/21/2013 | Conference Calls/Document Review | 4.00 | 1 | N/A | N/A | CP |
| 5/22/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | N/A | RJ |
| 5/23/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | N/A | RJ |
| 5/23/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | CP |
| 5/24/2013 | Conference Calls/Document Review | 0.50 | 1 | N/A | N/A | RJ |
| 5/24/2013 | Conference Calls/Document Review | 4.00 | 1 | N/A | N/A | CP |
| 5/28/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | RJ |
| 5/28/2013 | Conference Calls/Document Review | 3.50 | 1 | N/A | N/A | CP |
| 5/29/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | N/A | JS |
| 5/30/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | N/A | RJ |
| 5/30/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | N/A | CP |
| 6/14/2013 | Internal Document Review | 1.00 | 1 | N/A | N/A | RJ |
| 6/17/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | RJ |
| 6/18/2013 | Internal Document Review | 1.00 | 1 | N/A | N/A | RJ |
| 6/19/2013 | Internal Document Review | 0.25 | 1 | N/A | N/A | RJ |
| 6/21/2013 | Internal Document Review | 0.50 | 1 | N/A | N/A | RJ |
| 6/21/2013 | Internal Document Review | 1.00 | 1 | N/A | N/A | NR |
| 6/25/2013 | Conference Calls/Document Review | 1.75 | 1 | N/A | N/A | RJ |
| 6/25/2013 | Conference Calls/Document Review | 1.00 | 1 | N/A | N/A | CP |
| 6/26/2013 | Conference Calls/Document Review | 0.25 | 1 | N/A | N/A | JS |

Punter Southall LLC
Time Detail
July 1, 2013 through July 31, 2013

| Date | Description of Work | Time | Activity | Rate | Amount | Professional |
|---|---|---|---|---|---|---|
| 7/1/2013 | Project Management | 1.10 | 1 | 250 | 275 | LT |
| 7/1/2013 | Project Management | 0.40 | 1 | 330 | 132 | PB |
| 7/1/2013 | Conference Calls/Document Review | 1.30 | 1 | 330 | 429 | PB |
| 7/3/2013 | Conference Calls/Document Review | 0.30 | 1 | 330 | 99 | PB |
| 7/3/2013 | Internal Document Review | 0.30 | 1 | 330 | 99 | PB |
| 7/9/2013 | Conference Calls/Document Review | 1.10 | 1 | 250 | 275 | LT |
| 7/11/2013 | Conference Calls/Document Review | 0.20 | 1 | 150 | 30 | GJ |
| 7/11/2013 | Conference Calls/Document Review | 0.10 | 1 | 250 | 25 | LT |
| 7/12/2013 | Conference Calls/Document Review | 0.20 | 1 | 250 | 50 | LT |
| 7/12/2013 | Conference Calls/Document Review | 1.20 | 1 | 250 | 300 | LT |
| 7/12/2013 | Document Review | 0.30 | 1 | 330 | 99 | PB |
| 7/12/2013 | Document Review | 1.50 | 1 | 330 | 495 | PB |
| 7/12/2013 | Conference Calls/Document Review | 1.20 | 1 | 330 | 396 | PB |
| 7/16/2013 | Actuarial Calculations | 0.70 | 1 | 150 | 105 | GJ |
| 7/16/2013 | Conference Calls/Document Review | 0.20 | 1 | 250 | 50 | LT |
| 7/16/2013 | Actuarial Calculations | 0.40 | 1 | 250 | 100 | LT |
| 7/16/2013 | Emails / Document Review | 0.50 | 1 | 210 | 105 | RM |
| 7/16/2013 | Document Review | 2.20 | 1 | 330 | 726 | PB |
| 7/17/2013 | Document Review | 2.30 | 1 | 330 | 759 | PB |
| 7/19/2013 | Document Review | 2.00 | 1 | 330 | 660 | PB |
| 7/22/2013 | Project Management | 1.40 | 1 | 87 | 121 | CB |
| 7/22/2013 | Project Management | 0.20 | 1 | 250 | 50 | LT |
| 7/22/2013 | Conference Calls/Document Review | 0.40 | 1 | 250 | 100 | LT |
| 7/22/2013 | Conference Calls/Document Review | 0.20 | 1 | 250 | 50 | LT |
| 7/22/2013 | Conference Calls/Document Review | 0.30 | 1 | 250 | 75 | LT |
| 7/22/2013 | Project Management | 0.40 | 1 | 250 | 100 | LT |
| 7/22/2013 | Document Review | 1.20 | 1 | 330 | 396 | PB |
| 7/22/2013 | Conference Calls/Document Review | 0.50 | 1 | 330 | 165 | PB |
| 7/23/2013 | Project Management | 4.00 | 1 | 87 | 347 | CB |
| 7/23/2013 | Project Management | 0.10 | 1 | 250 | 25 | LT |
| 7/23/2013 | Document Review | 1.70 | 1 | 330 | 561 | PB |
| 7/24/2013 | Conference Calls/Document Review | 1.30 | 1 | 250 | 325 | LT |
| 7/24/2013 | Project Management | 0.10 | 1 | 250 | 25 | LT |
| 7/24/2013 | Document Review | 0.70 | 1 | 330 | 231 | PB |
| 7/24/2013 | Conference Calls/Document Review | 0.70 | 1 | 330 | 231 | PB |
| 7/24/2013 | Conference Calls/Document Review | 0.40 | 1 | 330 | 132 | PB |
| 7/25/2013 | Document Review | 1.10 | 1 | 250 | 275 | LT |
| 7/25/2013 | Actuarial Calculations | 0.20 | 1 | 250 | 50 | LT |
| 7/25/2013 | Conference Calls/Document Review | 0.20 | 1 | 330 | 66 | PB |
| 7/29/2013 | Conference Calls/Document Review | 0.60 | 1 | 250 | 150 | LT |
| 7/29/2013 | Project Management | 0.10 | 1 | 250 | 25 | LT |
| 7/29/2013 | Conference Calls/Document Review | 1.00 | 1 | 330 | 330 | PB |
| 7/31/2013 | Project Management | 5.10 | 1 | 87 | 442 | CB |
| 7/31/2013 | Project Management | 0.40 | 1 | 250 | 100 | LT |
| 7/31/2013 | Conference Calls/Document Review | 3.00 | 1 | 330 | 990 | PB |
| | Grand Total (GBP) | | | | 10,575 | |
| | GBP/USD Exchange Rate (July 31, 2013) | | | | 0.653 | |
| | Grand Total (USD) | | | | 16,193 | |

| | Total Activity 1 | 82.80 | | | | |
|---|---|---|---|---|---|---|

| Date | Description of Work | Time | Activity | | | Professional |
|---|---|---|---|---|---|---|
| 8/30/2013 | Preparation of filings | 2.0 | 2 | | | RDM |
| | Total Activity 2 | 2.0 | | | | |
| | | | | | | |
| | Total Activity 1 & 2 | 84.80 | | | | |