## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*                                                   :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :    Case No. 09-10138 (KG)
:
             Debtors.                :    Jointly Administered
:
:    **Hearing Date:  TBD**
:
----------------------------------------------------------X

**SEVENTEENTH QUARTERLY FEE APPLICATION REQUEST OF PUNTER SOUTHALL LLC, PENSION CO-ADVISOR[2] TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2013 THROUGH JULY 31, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Punter Southall LLC ("Punter Southall") hereby submits its Seventeenth Quarterly Fee Application Request (the "Request") for the period May 1, 2013 through and including July 31, 2013[3] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] On September 9, 2010, the *Supplemental Declaration of Ryan D. McGlothlin in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Palisades Capital Advisors LLC and Punter Southall LLC as Pension Co-Advisors to the Debtors* (D.I. 3893) was filed.  In accordance with the Supplemental Declaration, there has been further revision to the Engagement Letter and the Co-Advisors' retention.  Starting on June 2010, the Monthly Advisory Fee will be $30,000, with sixty-five percent payable to Punter Southall and thirty-five percent payable to Palisades.  In subsequent months the Fee will be $19,500, with one-hundred percent payable to Punter Southall.  In accordance with the Order Approving Further Amendments to the Terms of Punter Southall's Retention (D.I.11238), starting July 2013 the Monthly Advisory Fee will be calculated on an hourly basis. This Application reflects these revised terms.

[3] Exhibit A attached to the monthly application Docket Item No. 11495 contains detailed listing of Punter

(Continued . . . )

"Application Period")

Punter Southall seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 8/30/13 D.I. [ ] | 5/1/13 – 7/31/13 | $55,193.00 | $0 | Pending | $44,155.00 | $0 | $11,039.00 |
| **TOTAL** | | **$55,193.00** | **$0.00** | | **$44,155.00** | **$0.00** | **$11,039.00** |

In accordance with the Monthly Compensation Order, Punter Southall seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Punter Southall respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Punter Southall such other and further relief as is just and proper.

Dated: August 30, 2013        PUNTER SOUTHALL LLC
Waltham, MA

*/s/ Ryan D. McGlothlin*
Ryan D. McGlothlin
Managing Director
Punter Southall LLC
200 West St.
Waltham MA 02451
(781.373.6934)
Pension Co-Advisor to the Debtor

---

( . . . continued.)
    Southall's requested fees and expenses for the Application Periods.

2

**CUMULATIVE SUMMARY OF SERVICES BY PROJECT**

| Project | Project Description | May 2013 – July 2013 |
|---|---|---|
| 1 | Pension Advisory | 82.75 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **84.75** |

**Summary of Services Rendered by Professional**

| Professional | May 2013 – June 2013 Hours | Total Compensation |
|---|---|---|
| Richard Jones (Principal – London) | 12.00 | N/A |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 | N/A |
| Chris Parlour (Senior Consultant – London) | 21.00 | N/A |
| James Saunders (Principal – London) | 3.00 | N/A |
| Lorant Porkolab (Principal – London) | 3.00 | N/A |
| Nathan Reed (Analyst – London) | 1.00 | N/A |
| **TOTAL HOURS & COMPENSATION (FLAT FEE)** | **40.0** | **$39,000** |

| Professional | Hourly Billing Rate (GBP/Hr) | July 2013 Hours | Total Compensation (GBP) |
|---|---|---|---|
| Peter Black (Principal – London) | 330 | 21.20 | 6,996 |
| Louisa Taylor (Senior Consultant – London) | 250 | 9.70 | 2,425 |
| Ross Matthews (Senior Consultant – London) | 210 | 0.50 | 105 |
| Carol Bennett (Support – London) | 87 | 10.50 | 914 |
| Gemma Jeffries (Associate – London) | 150 | 0.90 | 135 |
| **TOTAL** | | **82.8** | **10,575** |
| **TOTAL HOURLY** | GBP 10,575 ($16,193) | | |
| **BLENDED HOURLY RATE:** | GBP 128 ($196) | | |
| **GRAND TOTAL (FIXED FEE + HOURLY)** | $55,193 | | |


4