IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) (Jointly Administered) ) |
| Debtors. | ) **Hearing Date: TBD** ) |

## NOTICE OF EIGHTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:           Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:    Official Committee of Unsecured Creditors

Date of Retention:           March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: May 1, 2013 through July 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:  $68,001.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $6,385.29

This is (a)n:  _X_ interim     _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s May, June and July 2013 monthly fee applications are incorporated herein by reference.

RLF1 9307615v.1

Summary of Fee Applications for Compensation Period:

| Docket No.<br>Date Filed | Period Covered | Requested | | Approved/<br>Pending Approval | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees<br>(80%) | Expenses<br>(100%) | Fees<br>(20%) |
| Docket No. 11041<br>Date Filed: 6/27/13 | 5/1/13 - 5/31/13 | $29,606.00 | $1,705.30 | $23,684.80 | $1,705.30 | $5,921.20 |
| Docket No. 11234<br>Date Filed: 7/29/13 | 6/1/13 - 6/30/13 | $21,742.00 | $4,126.11 | $17,393.60 | $4,126.11 | $4,348.40 |
| Docket No. 11494<br>Date Filed: 8/30/13 | 7/1/13 - 7/31/13 | $16,653.50 | $553.88 | Pending obj deadline 9/19/13<br>$13,322.80 | Pending obj deadline 9/19/13<br>$553.88 | $3,330.70 |
| TOTALS: | | $68,001.50 | $6,385.29 | $54,401.20[3] | $6,385.29[4] | $13,600.30 |

Summary of any Objections to Fee Applications:  None.

Dated: August 30, 2013
       Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.