**EXHIBIT A**

**Debtors' Eighteenth Ordinary Course Professional Quarterly Statement for April 1, 2013 – June 30, 2013**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $2,041.20 | $0.00 | $2,797.20 | $0.00 | $2,570.40 | $0.00 | $0.00 | $0.00 | **$7,408.80** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $24,825.00 | $0.00 | $24,907.50 | $0.00 | $24,885.00 | $0.00 | $0.00 | $0.00 | **$74,617.50** |
| Lex Caribbean Limited | Trinidadian legal services | $0.00 | $0.00 | $2000.00 | $553.82 | $0.00 | $0.00 | $0.00 | $0.00 | **$2,000.00** |
| Seyfarth Shaw LLP | Consultation with respect to retiree health benefit issues | $4,974.30 | $0.00 | $17,517.15 | $0.00 | $1,582.65 | $3.40 | $669.60[1] | $0.00 | **$24,743.70** |
| Thomas, Ferguson & Mullins LLP | Eminent domain action filed in Durham County and related real property matters. | $4,110.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$4,110.00** |

---

[1] Seyfarth Shaw LLP incurred $669.60 in fees for professional services provided to the Debtors during March 2013.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Towers Watson Pennsylvania Inc. | Health and welfare consulting services | $1,869.06 | $0.00 | $1,869.07 | $0.00 | $1,869.06 | $0.00 | $0.00 | $0.00 | **$5,607.19** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $31.50 | $0.00 | $7,812.00 | $706.17 | $0.00 | $0.00 | $0.00 | $0.00 | **$7,843.50** |