## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Eighteenth Ordinary Course Professional Quarterly Statement** was caused to be made on August 30, 2013, in the manner indicated upon the entities identified on the attached service list.

Date: August 30, 2013                                                       */s/ Tamara K. Minott*
                                                                             Tamara K. Minott (No. 5643)