# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
June 1, 2013 - June 30, 2013

**TOTAL HOURS:** 158.70

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| M. Morton | 06/03/13 | 0.7 | 2 | Review census changes |
| M. Morton | 06/03/13 | 0.8 | 2 | Review census changes |
| A. Shapiro | 06/03/13 | 0.5 | 2 | Analyze LTD mailing address list |
| A. Shapiro | 06/04/13 | 0.5 | 2 | Update census with list of retiree deaths |
| M. Morton | 06/06/13 | 1.5 | 2 | Review final census files for KCC and Wageworks |
| A. Shapiro | 06/06/13 | 0.3 | 2 | Research censuses for R. Chambers |
| M. Morton | 06/09/13 | 2.0 | 2 | Review census file from Cleary |
| M. Morton | 06/10/13 | 1.0 | 2 | Review data needed |
| A. Shapiro | 06/10/13 | 1.0 | 2 | Identify missing Social Security numbers |
| M. Morton | 06/12/13 | 4.0 | 2 | Review forms for KCC and WageWorks |
| A. Shapiro | 06/12/13 | 1.3 | 2 | Add newly discovered employees to census |
| M. Morton | 06/18/13 | 0.5 | 2 | Review updated file for KCC |
| A. Shapiro | 06/13/13 | 3.5 | 5 | Update census and run model with additional data from Nortel |
| R. Winters | 06/05/13 | 0.4 | 8 | Discussion with R. Mizak re: ICF claim forms. |
| A. Shapiro | 06/05/13 | 0.1 | 8 | Call with R. Mizak re: Individual Claim Forms |
| R. Winters | 06/06/13 | 0.2 | 8 | Call (M. Daniele, K. Brown, R. Winters and R. Mizak) re: populating the ICF claim forms and the secure transfer of data to the requisite parties. |
| R. Winters | 06/06/13 | 0.2 | 8 | Call (R. Winters and R. Mizak) re: data transfer between TW and RC counsel. |
| R. Mizak | 06/06/13 | 0.2 | 8 | Call (M. Morton and R. Mizak) re: status of data for ICF claim forms, holdback per private letter ruling, and the secure transfer of data to the requisite parties. |
| R. Mizak | 06/06/13 | 0.2 | 8 | Call (M. Morton and R. Mizak) re: the secure transfer of data to the HRA administrator. |
| R. Mizak | 06/06/13 | 0.2 | 8 | Call (R. Winters and R. Mizak) re: data transfer between TW and RC counsel. |
| V. Bodnar | 06/06/13 | 0.5 | 8 | Discuss SSN issue with Matt. |
| M. Morton | 06/06/13 | 1.0 | 8 | Call with J. Kaiser |
| M. Morton | 06/06/13 | 1.0 | 8 | Calls with R. Mizak regarding retiree process |
| V. Bodnar | 06/07/13 | 0.5 | 8 | Call with M. Daniele re SSNs. |
| M. Morton | 06/07/13 | 1.0 | 8 | Call with Elliot Greenleaf |
| M. Morton | 06/07/13 | 0.1 | 8 | Call with Mark Daniele |
| M. Morton | 06/10/13 | 0.5 | 8 | Call with M Danielle and S Kelly |
| M. Morton | 06/10/13 | 0.5 | 8 | Call with N Togut and S Kelly |
| M. Morton | 06/13/13 | 1.0 | 8 | Call with N Berger, M Daniele, S Skelly, M Resner |
| A. Shapiro | 06/13/13 | 0.8 | 8 | Call with advisors re: amount to hold back |
| R. Winters | 06/17/13 | 0.1 | 8 | Conference call (Skelly + Nassau + Winters) re QC for ICFs |
| R. Winters | 06/17/13 | 0.3 | 8 | Call series (0.3) (Winters + Nassau) re review of ICFs |
| R. Winters | 06/17/13 | 0.1 | 8 | Telephone call with Neil Berger re ICF QC work |
| R. Winters | 06/17/13 | 0.1 | 8 | Telephone call (Winters-Mizak) re ICFs |
| R. Winters | 06/17/13 | 0.1 | 8 | Telephone call with M. Daniele re completion of settlement implementation. |
| R. Mizak | 06/17/13 | 0.1 | 8 | Telephone call (R. Winters and R. Mizak) re: ICFs |
| M. Morton | 06/17/13 | 1.2 | 8 | Conference call regarding finalizing claim forms and tax calculations |
| M. Morton | 06/19/13 | 0.5 | 8 | Discuss update on census with S Skelly |
| A. Shapiro | 06/19/13 | 0.3 | 8 | Discuss change of life insurance amount for M. Ressner with M. Morton and S. Skelly |
| M. Morton | 06/21/13 | 0.5 | 8 | Conference call re: payment schedule and tax withholding |
| R. Winters | 06/02/13 | 0.2 | 10 | Review emails concerning fiduciary insurance (retirees) |
| R. Winters | 06/04/13 | 0.2 | 10 | Review / respond to emails re ICF's, VEBA documentation, |
| R. Winters | 06/05/13 | 0.3 | 10 | Emails with TW re apportionment tables, HRA inquiries, webinar, s/s numbers, WageWorks template, |

8/28/2013 1:56 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| M. Morton | 06/05/13 | 2.0 | 10 | Review and respond to emails regarding status of WageWorks form and Individual claim forms |
| V. Bodnar | 06/06/13 | 0.5 | 10 | SSN emails and calls. |
| R. Winters | 06/07/13 | 0.1 | 10 | Emails re data, S/s numbers (TW + Daniele) |
| R. Winters | 06/10/13 | 0.1 | 10 | Emails (TW + Daniele + Skelly) re data from Cleary; review |
| M. Morton | 06/10/13 | 1.0 | 10 | Review email and file to be sent to retiree legal team |
| R. Winters | 06/11/13 | 0.1 | 10 | Review emails re individualized statements + billing tasks |
| W. Fugazy | 06/11/13 | 0.2 | 10 | Review and send e-mails re: filing of March fee application |
| W. Fugazy | 06/11/13 | 0.1 | 10 | Review e-mail correspondence between R. Winters and R. Zahralddin |
| R. Winters | 06/14/13 | 0.1 | 10 | Emails from Morton re WW template |
| R. Winters | 06/17/13 | 0.2 | 10 | Email correspondence with TSS and A&M staff re individualized statements |
| R. Winters | 06/24/13 | 0.1 | 10 | Emails, draft order re fee examiner |
| W. Fugazy | 06/25/13 | 0.1 | 10 | Follow up e-mail to D. Greer on TW billing protocol |
| A. Shapiro | 06/05/13 | 1.0 | 11 | Call with VEBA committee re: setting up WageWorks HRA accounts |
| A. Shapiro | 06/03/13 | 0.8 | 15 | Review observations from peer review |
| W. Fugazy | 06/04/13 | 3.1 | 15 | Prepare preliminary draft of February invoice; correspondence with accounting for request of expense report; review e-mails re: filing of February fee application |
| W. Fugazy | 06/05/13 | 2.1 | 15 | Prepare February monthly fee application; review received expense report |
| W. Fugazy | 06/06/13 | 2.0 | 15 | Prepare February monthly fee application cont. |
| W. Fugazy | 06/06/13 | 2.2 | 15 | Review expense report cont and reconcile; determine February expenses; e-mails to team re: status update; e-mails to others for March time journals |
| R. Mizak | 06/06/13 | 1.5 | 15 | Work on February fee application narrative |
| W. Fugazy | 06/10/13 | 0.4 | 15 | Edits to February fee application per comments from R. Mizak |
| W. Fugazy | 06/10/13 | 0.3 | 15 | Extract, sort, send list of time entries to R. Winters for review |
| W. Fugazy | 06/10/13 | 0.3 | 15 | Final edits to February fee application. Send for submission. |
| W. Fugazy | 06/11/13 | 0.2 | 15 | Run March report in Agresso for presentation to R. Winters |
| W. Fugazy | 06/11/13 | 1.4 | 15 | Update and code March time journals |
| W. Fugazy | 06/11/13 | 0.5 | 15 | Finish updating and coding March time journals |
| R. Winters | 06/12/13 | 0.1 | 15 | Billing management/oversight |
| W. Fugazy | 06/12/13 | 0.4 | 15 | Correspondence with S. Collazo re: status of quarterly fee applications |
| W. Fugazy | 06/12/13 | 0.2 | 15 | Debrief R Mizak on situation re: omnibus fee hearing; billing implications |
| W. Fugazy | 06/12/13 | 0.7 | 15 | Error check Nov-Jan quarterly fee application. |
| W. Fugazy | 06/12/13 | 0.2 | 15 | Follow up e-mails for March time journals |
| W. Fugazy | 06/12/13 | 0.8 | 15 | Detailed review of March time entries |
| W. Fugazy | 06/14/13 | 1.2 | 15 | Expenses review and summary report. Debrief R. Mizak about status of expenses. |
| R. Mizak | 06/17/13 | 1.6 | 15 | Review of draft fee application for period ending 1/31/2013 |
| R. Winters | 06/18/13 | 0.2 | 15 | Review fee application materials and narrative |
| R. Winters | 06/21/13 | 0.1 | 15 | Finalization of invoicing documents; webinar info |
| W. Fugazy | 06/25/13 | 0.2 | 15 | Follow up with team on admin issues re: filing the 6th quarterly |
| W. Fugazy | 06/25/13 | 0.2 | 15 | Upload, review, add project codes to time journal for D. Spragg |
| R. Winters | 06/27/13 | 0.2 | 15 | Fee statement management, direction, review |
| R. Winters | 06/28/13 | 0.3 | 15 | Fee statement management, direction, review; correspondence re fees with Fugazy, Henderson; outbound message to retirees |
| B. Nassau | 06/28/13 | 0.8 | 15 | Reviewed and reconciled team's March time journals |
| B. Nassau | 06/28/13 | 1.0 | 15 | Meeting with W. Fugazy re: Fee Application Preparation and Fee Calculations |
| B. Nassau | 06/28/13 | 1.0 | 15 | Meeting with W. Fugazy re: Fee Application Preparation and Expense Calculations |
| W. Fugazy | 06/28/13 | 1.0 | 15 | Meeting with B. Nassau re: Fee Application Preparation and Fee Calculations |
| W. Fugazy | 06/28/13 | 1.0 | 15 | Meeting with B. Nassau re: Fee Application Preparation and Expense Calculations |
| B. Nassau | 06/28/13 | 2.0 | 15 | Preparation of March Fee Application, calculation of Fees and Expenses |
| R. Winters | 06/30/13 | 0.3 | 15 | Completion, review of time diaries |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 06/03/13 | 0.2 | 28 | Review + respond as necessary to emails concerning VEBA trust, document execution, ICF forms, |
| M. Morton | 06/03/13 | 0.8 | 28 | Review list of upcoming deliverables |
| M. Morton | 06/03/13 | 0.7 | 28 | Review list of upcoming deliverables |
| A. Shapiro | 06/03/13 | 0.8 | 28 | Populate WageWorks templates |
| A. Shapiro | 06/03/13 | 1.0 | 28 | Add reserve participants to census |
| A. Shapiro | 06/03/13 | 2.3 | 28 | Make final data set for retiree Individual Claim Forms |
| A. Shapiro | 06/03/13 | 0.7 | 28 | Populate WageWorks templates |
| M. Morton | 06/04/13 | 2.0 | 28 | Discuss final deliverables for retiree settlement |
| A. Shapiro | 06/04/13 | 0.8 | 28 | Update data for claim form |
| A. Shapiro | 06/04/13 | 1.5 | 28 | Review of retirees with overrides |
| A. Shapiro | 06/04/13 | 1.0 | 28 | Spot review of claim form data against matrices |
| R. Mizak | 06/05/13 | 0.4 | 28 | Discussion with R. Winters re: ICF claim forms. |
| R. Mizak | 06/05/13 | 0.1 | 28 | Discussion with A. Shapiro re: ICF claim forms. |
| R. Mizak | 06/05/13 | 1.2 | 28 | Work on summary schedule of retiree ICF claim forms for counsel |
| A. Shapiro | 06/05/13 | 0.8 | 28 | Scrub address information and add to WageWorks template |
| A. Shapiro | 06/05/13 | 0.4 | 28 | Update data for claim form |
| J. Crowne | 06/05/13 | 1.0 | 28 | Technical review of claim form data comparison |
| R. Mizak | 06/06/13 | 0.2 | 28 | Call (M. Daniele, K. Brown, R. Winters and R. Mizak) re: populating the ICF claim forms and the secure transfer of data to the requisite parties. |
| M. Morton | 06/06/13 | 1.3 | 28 | Review final files for Wageworks |
| A. Shapiro | 06/06/13 | 0.5 | 28 | Review information for WageWorks template |
| A. Shapiro | 06/06/13 | 0.3 | 28 | Reconcile independent review results |
| M. Morton | 06/07/13 | 2.0 | 28 | Finalize form for WageWorks |
| M. Morton | 06/07/13 | 1.0 | 28 | Revise payment schedule |
| M. Morton | 06/07/13 | 0.4 | 28 | Review status of WageWorks form |
| A. Shapiro | 06/07/13 | 0.8 | 28 | Estimate FICA payments |
| A. Shapiro | 06/07/13 | 0.5 | 28 | Review information for WageWorks template |
| A. Shapiro | 06/07/13 | 0.8 | 28 | Remove reserve employees from WageWorks data |
| D. Spragg | 06/10/13 | 1.0 | 28 | Calls with attorney Sherilyn Pastor relating to trust D&O |
| M. Morton | 06/10/13 | 1.0 | 28 | Review revised individual claim form |
| M. Morton | 06/10/13 | 1.5 | 28 | Develop language for individual claim form |
| M. Morton | 06/10/13 | 0.5 | 28 | Review final deliverable questions |
| A. Shapiro | 06/10/13 | 2.0 | 28 | Update Individual Claim Form calculations |
| A. Shapiro | 06/10/13 | 0.5 | 28 | Get estimated settlement values for B. Coffey and F. Gann |
| M. Morton | 06/11/13 | 3.0 | 28 | Review individual claim form language |
| M. Morton | 06/11/13 | 2.0 | 28 | Finalize and send individual claim forms |
| M. Morton | 06/11/13 | 1.0 | 28 | Review data questions for final census |
| M. Morton | 06/11/13 | 1.0 | 28 | Discussion with M. Daniele regarding final templates |
| M. Morton | 06/11/13 | 1.0 | 28 | Review reserve holdbacks for M. Daniele |
| A. Shapiro | 06/11/13 | 2.0 | 28 | Generate data and final Individual Claim Forms |
| A. Shapiro | 06/11/13 | 1.5 | 28 | Review format of final Individual Claim Form |
| A. Shapiro | 06/11/13 | 5.0 | 28 | Reconcile misc. census differences between retiree censuses |
| A. Shapiro | 06/11/13 | 0.8 | 28 | Calculate hold back amount for missing SSN and newly discovered participants |
| J. Crowne | 06/11/13 | 2.0 | 28 | Technical review of updated claim form data comparison |
| D. Spragg | 06/12/13 | 1.0 | 28 | Review of documents and call with Alan Peterson, McGriff on Trust D&O |
| M. Morton | 06/12/13 | 0.5 | 28 | Review request about census from E Sutty |
| A. Shapiro | 06/12/13 | 1.7 | 28 | Update allocation amounts |
| A. Shapiro | 06/12/13 | 0.5 | 28 | Update data for WageWorks |
| M. Morton | 06/13/13 | 0.5 | 28 | Review requests from LTD council |
| M. Morton | 06/13/13 | 0.5 | 28 | Review requests from LTD committee regarding individual claim forms |
| M. Morton | 06/13/13 | 0.5 | 28 | Review updated exhibits regarding payment schedule |
| M. Morton | 06/13/13 | 1.0 | 28 | Review questions regarding Wageworks files |
| M. Morton | 06/13/13 | 1.5 | 28 | Review wageworks forms |
| A. Shapiro | 06/13/13 | 0.8 | 28 | Update payment schedule with details |
| A. Shapiro | 06/13/13 | 1.7 | 28 | Reallocate settlement proceeds |
| R. Mizak | 06/14/13 | 2.4 | 28 | LTD webinar, participated and answered questions related to implementation |
| D. Spragg | 06/14/13 | 1.0 | 28 | Correspondence and confirmation of binding of Trust D&O and call with McGriff |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| M. Morton | 06/14/13 | 1.0 | 28 | Review updated file of payment distribution |
| M. Morton | 06/14/13 | 0.5 | 28 | Respond to questions from participant regarding final claim form |
| M. Morton | 06/14/13 | 0.5 | 28 | Write transmittal letters of final deliverables |
| M. Morton | 06/14/13 | 0.5 | 28 | Prepare deliverables for WageWorks and KCC |
| M. Morton | 06/14/13 | 2.0 | 28 | Review final deliverables |
| M. Morton | 06/14/13 | 1.5 | 28 | Review final Wageworks and KCC deliverables |
| A. Shapiro | 06/14/13 | 0.5 | 28 | Review payment schedule |
| A. Shapiro | 06/14/13 | 1.0 | 28 | Separate retirees with two addresses |
| A. Shapiro | 06/14/13 | 3.3 | 28 | Prepare final datasets for WageWorks and KCC |
| A. Shapiro | 06/14/13 | 0.5 | 28 | Review data for Individual Claim Form |
| M. Leahan | 06/14/13 | 1.0 | 28 | Review data to exclude reserves, review data for WageWorks |
| M. Leahan | 06/14/13 | 1.0 | 28 | Review data to exclude reserves, review data for WageWorks |
| J. Crowne | 06/14/13 | 2.0 | 28 | Technical review of updated claim form data comparison |
| B. Nassau | 06/17/13 | 0.7 | 28 | Retiree Ballot QC |
| B. Nassau | 06/17/13 | 0.2 | 28 | Discussion (R. Winters, B. Nassau, S. Kelly) re: Retiree Ballot QC |
| B. Nassau | 06/17/13 | 0.1 | 28 | Email to (R. Winters, B. Nassau, S. Kelly) re: Retiree Ballot QC |
| M. Morton | 06/17/13 | 1.0 | 28 | Review updated payment schedule |
| M. Morton | 06/17/13 | 2.5 | 28 | Review proofs of claim forms |
| M. Morton | 06/17/13 | 1.0 | 28 | Answer questions regarding final file to WageWorks |
| A. Shapiro | 06/17/13 | 0.5 | 28 | Update payment schedule |
| A. Shapiro | 06/17/13 | 0.5 | 28 | Update settlement allocation summary |
| M. Morton | 06/18/13 | 0.5 | 28 | Review updated file to WageWorks |
| A. Shapiro | 06/18/13 | 2.0 | 28 | Make revisions to Individual Claim Form data |
| A. Shapiro | 06/18/13 | 0.3 | 28 | Split WageWorks data by domestic and foreign addresses |
| M. Leahan | 06/18/13 | 0.5 | 28 | Compare versions 12.0 vs. 12.0.1 |
| M. Morton | 06/19/13 | 0.5 | 28 | Review funding question about payment schedule |
| M. Morton | 06/19/13 | 1.0 | 28 | Review questions from Wageworks |
| M. Morton | 06/19/13 | 0.5 | 28 | Respond to question about participant eligibility |
| M. Morton | 06/19/13 | 0.5 | 28 | Review proofs of updated claim forms |
| M. Morton | 06/20/13 | 1.0 | 28 | Review updated claim forms |
| M. Morton | 06/20/13 | 0.5 | 28 | Review proofs of the final claim forms |
| A. Shapiro | 06/20/13 | 1.0 | 28 | Spot check Individual Claim Forms from KCC |
| M. Morton | 06/21/13 | 0.5 | 28 | Changes to individual claim form |
| A. Shapiro | 06/21/13 | 0.3 | 28 | Format matrices |
| M. Morton | 06/26/13 | 0.5 | 28 | Review questions from E Sutty on Wageworks data file |
| A. Shapiro | 06/27/13 | 0.5 | 28 | List of surviving spouses in settlement |

8/28/2013 1:56 PM