# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2013 through June 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | 11,235.23 |
| Telephone | | 139.71 |
| Food | | 199.89 |
| Mail | | 0.00 |
| Miscellaneous | | 7.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[10] | | **$11,581.83** |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application. May include expenses from prior periods

2725046.2