# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
July 1, 2013 - July 31, 2013

TOTAL HOURS:     7.00

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| B. Nassau | 07/02/13 | 0.4 | 15 | Continued Preparation of March Fee Application |
| B. Nassau | 07/03/13 | 0.3 | 15 | Incorporated W. Fugazy comments for March Fee Application |
| B. Nassau | 07/03/13 | 0.2 | 15 | Wrote description of work for March Fee Application |
| B. Nassau | 07/08/13 | 0.1 | 15 | Incorporated R. Mizak's comments for March Fee Application |
| B. Nassau | 07/10/13 | 0.7 | 15 | Finalized March Fee Application |
| B. Nassau | 07/11/13 | 1.8 | 15 | Review and reconciled team's April Time Journals |
| B. Nassau | 07/11/13 | 1.2 | 15 | Coded team's April Time Journals |
| B. Nassau | 07/12/13 | 0.2 | 15 | Incorporated Towers Watson's April Time journals |
| B. Nassau | 07/20/13 | 1.3 | 15 | Began preparation of April Fee Application, fee and expense calculations |
| A. Shapiro | 07/29/13 | 0.8 | 28 | List of continuous service dates |

8/28/2013 2:27 PM