# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2013 through July 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | 0 |
| Telephone | | 2.55 |
| Food | | 0 |
| Mail | | 0 |
| Miscellaneous | | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Expenses[10] | | $2.55 |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application. May include expenses from prior periods.

2725046.2