IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | )  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks, Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: September 23, 2013 at 4:00 p.m. (ET) |

**NOTICE OF EIGHTH QUARTERLY
FEE APPLICATION OF ALVAREZ & MARSAL
HEALTHCARE INDUSTRY GROUP, LLC ("A&M") FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS OF
NORTEL NETWORKS INC. ("NNI"), *et al*, AND ITS AFFILIATED DEBTORS
FOR THE PERIOD MAY 1, 2013 THROUGH JULY 31, 2013.**

TO:  The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222) shall be served as required therein. Parties receiving Notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Alvarez & Marsal Healthcare Industry Group, LLC, Financial Advisors to the Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks Inc. in the above-captioned cases, has filed the **Eighth Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc. ("NNI"), and its Affiliated Debtors, for the Period May 1, 2013 through July 31, 2013** (the "Application"). The Application seeks the allowance of fees in the amount of **$133,520.70** and expenses in the amount of **$12,285.58 for the period May 1, 2013 through and including July 31,**

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2013 pursuant to the Interim Compensation Order.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or **before September 23, 2013 at 4:00 p.m. (prevailing Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on September 23, 2013**:

(i) the Debtors, Nortel Networks, Inc., Attn: Accounts Payable, P.O. Box 13010, RTP, NC 27709; (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin-Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE ABOVE-CAPTIONED DEBTORS WILL BE AUTHORIZED TO PAY THE RELIEF REQUESTED WITHOUT FURTHER COURT ORDER.

Dated: September 3, 2013  
Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Shelley A. Kinsella (DE Bar No. 4023)  
1105 North Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*  
*Long Term Disability Participants*