**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : Jointly Administered |
| | : |
| Debtors. | : **Related Docket No. 11454** |
| | : **Objection DL: September 17, 2013 @ 10:00 a.m.** |

-------------------------------------------------------------x

**AMENDED NOTICE OF SEVENTH QUARTERLY FEE APPLICATION OF TOGUT, SEGAL & SEGAL LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR THE PERIOD APRIL 1, 2013 THROUGH JUNE 30, 2013**

PLEASE TAKE NOTICE that on August 28, 2013, in accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 (D.1. 222), that Counsel to the Official Committee of Retirees filed the *Seventh Quarterly Fee Application of Togut, Segal & Segal LLP, Bankruptcy Counsel for the Official Committee of Retired Employees for the period April 1, 2013 to June 30, 2013 (*the "Application") [Docket No. 11454] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of which you were previously served.

PLEASE TAKE FURTHER NOTICE that any objections to the Application were to be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

by the undersigned, on or before **September 17, 2013 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Application may be held before the Honorable Kevin Gross in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801, at a date and time to be determined.

PLEASE TAKE FURTHER NOTICE that if no objection to the Application is timely filed in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the relief sought in the Application without further notice or hearing.

Dated: September 4, 2013
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

2

ME1 16388847v.1