## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that September 4, 2013, I caused a true and correct copy of the foregoing *Amended Notice of Seventh Quarterly Fee Application of Togut, Segal & Segal LLP, Bankruptcy Counsel for the Official Committee of Retired Employees for the period April 1, 2013 to June 30, 2013* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)

| | |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Nortel Networks, Inc.<br>Attn: Accounts Payable<br>P.O. Box 13010<br>RTP, NC 27709 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee Of Unsecured Creditors) |
| Derek C. Abbott, Esq.<br>Ann C. Cordo, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(Debtor's Counsel) | James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(Debtor's Counsel) |
| | Rafael Xavier Zahralddin-Aravena<br>Elliott Greenleaf<br>1105 North Market Street, Suite 1700<br>Wilmington, DE 19801 |

ME1 16388847v.1