IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11501** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 4, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
4th day of September, 2013

/s/ Notary Public
Notary Public

REGINA AMPONSAH
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 04, 2015

# EXHIBIT A

Case 09-10138-MFW    Doc 11524    Filed 09/04/13    Page 2 of 6

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   FAIR HARBOR CAPITAL, LLC
      TRANSFEROR: IZONGATE, INC.
      ANSONIA FINANCE STATION
      PO BOX 237037
      NEW YORK, NY 10023
```

Please note that your claim # 1273 in the above referenced case and in the amount of $67,000.00 has been transferred **(unless previously expunged by court order)** to:

```
      BLACKWELL PARTNERS LLC
      TRANSFEROR: FAIR HARBOR CAPITAL, LLC
      C/O DUMAC, INC
      280 SOUTH MANGUM STREET, SUITE 210
      DURHAM, NC 27701
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11501 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/04/2013                        David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 4, 2013.

# EXHIBIT B

```
TIME: 14:49:59                                    NORTEL NETWORKS INC.                                          PAGE:    1
DATE: 09/04/13                                      CREDITOR LISTING

Name                        Address
BLACKWELL PARTNERS LLC      TRANSFEROR: FAIR HARBOR CAPITAL, LLC C/O DUMAC, INC 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701
FAIR HARBOR CAPITAL, LLC    TRANSFEROR: IZONGATE, INC. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023


Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006