IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :  Chapter 11
:
Nortel Networks Inc., et al.,[1]                               :  Case No. 09-10138 (KG)
:
                              Debtors.                         :  Jointly Administered
:
:
---------------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Ann C. Cordo, hereby moves for the admission pro hac vice of Molly Reynolds (the "Admittee") of Torys LLP, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, Ontario M5K 1N2 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively the "Debtors"), in connection with the above-captioned proceedings.

Dated: September 4, 2013            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                    /s/ Ann C. Cordo
                                    _____
                                    Ann C. Cordo (No. 4817)
                                    1201 North Market Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 658-9200
                                    Facsimile: (302) 658-3989

                                    *Counsel for the Debtors
                                    and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Date Filed 9/4/13

Docket No. 11519

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the Bar of the Province of Ontario, Canada, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 14, 2013
Toronto, Ontario

Molly Reynolds
Torys LLP
79 Wellington Street West, 30th Floor
Box 270, TD Centre
Toronto, Ontario M5K 1N2
Telephone: (416) 865-0040
Facsimile: (416) 865-7380
Email: mreynolds@torys.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: September 5, 2013

The Honorable Kevin Gross
Chief United States Bankruptcy Judge

7464093.1