# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 11514 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2013, I caused to be served the:

   a) "Debtors' Reply in Support of the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated September 3, 2013 [Docket No. 11514], (the "LTD Employees Motion"),

   b) "Debtors' Reply in Support of the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated September 3, 2013, *related to Docket No. 11514*, (the "Under Seal LTD Employees Motion"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

c) "Notice of Consenting Ltd Employee Sealed Claim Information Contained in Schedule of Consenting Ltd Employee Severance Claims to be Allowed," dated September 3, 2013, (the "Claim Information Notice"), consisting of the following:

  i. "Notice of Consenting Ltd Employee Sealed Claim Information Contained in Schedule of Consenting Ltd Employee Severance Claims to be Allowed," dated September 3, 2013, a copy of which is annexed hereto as Exhibit A, and

  ii. a Personalized "Schedule 1",

by causing true and correct copies of the:

  i. LTD Employees Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

  ii. LTD Employees Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C (Filed Under Seal),

  iii. Under Seal LTD Employees Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, and

  iv. LTD Employees Motion and Claim Information Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E (Filed Under Seal).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
4th day of September, 2013

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
               Debtors. : Jointly Administered
 :
 : Hearing date: September 10, 2013 at 10:00 a.m. (ET)
 : Objections due: September 3, 2013 at 4:00 p.m. (ET)
 :
 : Re: D.I. 11235, 11235, 11453
 :
---------------------------------------------------------------X

**NOTICE OF CONSENTING LTD EMPLOYEE SEALED CLAIM**
**INFORMATION CONTAINED IN SCHEDULE OF**
**CONSENTING LTD EMPLOYEE SEVERANCE CLAIMS TO BE ALLOWED**

PLEASE TAKE NOTICE that on September 3, 2013, Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") filed the *Reply in Support of the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claim for Severance As Valid and Issue Payment* (the "Reply") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A revised proposed order (the "Revised Proposed Order") is attached as **Exhibit A** to the Reply.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE THAT certain LTD Employees (the "Consenting LTD Employees") have affirmatively consented in writing to accept an allowed general unsecured severance claim in the amount previously proposed by the Debtors (the "Debtors' Proposed Claim Amount") in **Exhibit A** attached to the Motion to Amend[2] and provided to each LTD Employee in a notice dated August 12, 2013.  **As we have received a written consent from you to accept an allowed general unsecured severance claim in the Debtors' Proposed Claim Amount, you are considered a Consenting LTD Employee.**

In the Revised Proposed Order, the Debtors propose to allow the general unsecured claims of each Consenting LTD Employee in the amount of the Debtors' Proposed Claim Amount.  A list of the Consenting LTD Employees, the amount of their claim to be allowed, and the Debtor each claim is to be allowed against, is contained in the Schedule of Consenting LTD Employee Severance Claims to be Allowed, attached as **Exhibit 1** to the Revised Proposed Order (the "Consenting LTD Employee Schedule").  The Consenting LTD Employee Schedule was filed under seal.

**Schedule 1** attached to this notice contains the information in the Consenting LTD Employee Schedule that relates to your claim against the Debtors, including the amount of the general unsecured claim that the Debtors propose to allow for you.  The matter is pending before the Bankruptcy Court and the relief requested in the Reply remains subject to the approval of the Bankruptcy Court.

A HEARING ON THE MOTION TO AMEND WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE BANKRUPTCY COURT ON **SEPTEMBER 10,**

---

[2] *Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claim for Severance As Valid and Issue Payment*, filed July 30, 2013  (the "Motion to Amend").

**2013, AT 10:00 A.M. (PREVAILING EASTERN TIME)**.  You should read the Reply carefully.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

Dated: September 3, 2013        **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors
and Debtors in Possession*

# EXHIBIT B

KEN COLEMAN ESQ
LISA J.P. KRAIDIN. ESQ.
ALLEN & OVERY LLP
1221 AVENUE OF THE AMERICAS
20TH FLOOR
NEW YORK, NY 10020


MARY F. CALOWAY ESQ.
BUCHANAN INGERSOLL & ROONEY
1105 N. MARKET STREET
SUITE 1900
WILMINGTON, DE 19801-1228

# EXHIBIT C

FILED UNDER SEAL

# EXHIBIT D

MARK KENNEY, ESQ.
OFFICE OF THE U.S. TRUSTEE
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON, DE  19801-3519

LAURA DAVIS JONES
TIMOTHY P. CAIRNS
PACHULSKI STANG
919 N. MARKET STREET
17TH FLOOR
WILMINGTON, DE  19899-8705

MARK D. COLLINS ESQ.
CHRISTOPHER M. SAMIS ESQ.
RICHARDS LAYTON & FINGER
ONE RODNEY SQUARE
920 N KING STREET
WILMINGTON, DE  19801

FRED S. HODARA ESQ.
DAVID H. BOTTER ESQ.
AKIN GUMP
ONE BRYANT PARK
NEW YORK, NY  10036

THOMAS R. KRELLER
MILBANK TWEED HADLEY & MCLOY LLP
601 SOUTH FIGUEROA ST., SUITE 3000
LOS ANGELES, CA 90017

**EXHIBIT E**

FILED UNDER SEAL