# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/1/2013 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | $ 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 8/30/2013 | Call with R. Eckenrod of Cleary to discuss employee claim matters. | 0.50 | $ 420 | $ 210.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/28/2013 | Reviewed and updated quarterly fee application. | 1.00 | $ 420 | $ 420.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/28/2013 | Reviewed and updated monthly fee application. | 1.00 | $ 420 | $ 420.00 |
| 6 | Retention and Fee Applications | James Lukenda | 8/22/2013 | Nortel - review and sign-off monthly fee application | 0.30 | $ 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/7/2013 | Updated employee claims analysis per conversation with D. Parker of Nortel. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/7/2013 | Reconciled employee claims analysis per updates from D. Parker of Nortel. | 1.30 | $ 420 | $ 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/12/2013 | Reviewed and updated employee claims analysis. | 2.10 | $ 420 | $ 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2013 | Reviewed and updated employee claims analysis. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/13/2013 | Corresponded with D. Parker of Nortel and updated employee claims analysis. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2013 | Reviewed employee communication documents provided by R. Eckenrod of Cleary. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2013 | Updated employee claims analysis based on calculations provided by D. Parker of Nortel. | 2.30 | $ 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2013 | Provided M. Cilia of RLKS and J. Davison of Nortel with updated employee claims analysis and notes. | 2.20 | $ 420 | $ 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/14/2013 | Reconciled employee claims analyses based on communication documents. | 1.70 | $ 420 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2013 | Updated employee claims analysis per comments from M. Cilia of RLKS. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2013 | Reconciled employee claims analysis with claims database. | 1.40 | $ 420 | $ 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2013 | Reviewed employee claims communication documents provided by R. Eckenrod of Cleary and compared to other documents. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2013 | Reviewed and updated Nortel employee claims analysis. | 1.00 | $ 420 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2013 | Updated employee claims summaries based on supporting analyses. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/21/2013 | Updated employee claims analysis based on comments from J. Davison of Nortel. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/29/2013 | Reviewed employee claim communication documents and provided comments to A. Tsai of Epiq. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/30/2013 | Reviewed draft employee claim communication documents provided by A. Tsai of Epiq. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/30/2013 | Provided comments to A. Tsai of Epiq to update employee claim communication documents. | 1.40 | $ 420 | $ 588.00 |