# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 8/16/2013 | Coley P. Brown | Ground Transportation | Cab to and from residence and office in order to transport client materials.: Cab: Residence / Office. | $ | 40.00 |