IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
|                                                         :
*In re*                                                   :   Chapter 11
|                                                         :
Nortel Networks Inc., *et al.*,[1]                        :   Case No. 09-10138 (KG)
|                                                         :
           Debtors.   :   Jointly Administered
|                                                         :
|                                                         :   **RE: D.I. 11535**
|                                                         :
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL

    **PLEASE TAKE NOTICE** that, on September 5, 2013, Huron Consulting Group (the "Applicant"), filed the *Fifty-Fifth Interim Application of Huron Consulting Group as Accounting and Restructuring Consultant to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2013 Through August 31, 2013* (D.I. 11535) (the "Application").

    **PLEASE TAKE FURTHER NOTICE** that the Applicant hereby withdraws the Application without prejudice.

Dated: September 5, 2013
Wilmington, DE                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                  James L. Bromley (admitted pro hac vice)
                                  Lisa M. Schweitzer (admitted pro hac vice)
                                  One Liberty Plaza
                                  New York, New York 10006
                                  Telephone:  (212) 225-2000
                                  Facsimile:  (212) 225-3999

                                  and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

5765285.8

2