IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11532 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 5, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
5th day of September, 2013

/s/ Notary Public
Notary Public

REGINA AMPOSRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>         Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   DAVIS, JAMES                          DAVIS, JAMES
          JAMES DAVIS                           C/O JILL BOYD
          1213 BALMORAL DR                      1213 BALMORAL DRIVE
          CARY NC 27511                         CARY, NC 27511
```

Please note that your claim # 4763 in the above referenced case and in the amount of
      $28,486.14 allowed at $31,769.80   has been transferred **(unless previously expunged by court order)** to:

```
                                              ASM CAPITAL IV, L.P.
                                              TRANSFEROR: DAVIS, JAMES
                                              7600 JERICHO TURNPIKE, SUITE 302
                                              WOODBURY, NY 11797
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11532        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2013                              David D. Bird, Clerk of Court


                                              /s/ Kimberly Murray
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2013.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ASM CAPITAL IV, L.P. | TRANSFEROR: DAVIS, JAMES 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| DAVIS, JAMES | JAMES DAVIS 1213 BALMORAL DR CARY NC 27511 |
| DAVIS, JAMES | C/O JILL BOYD 1213 BALMORAL DRIVE CARY NC 27511 |

Total Number of Records Printed       3

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006