## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| Nortel Networks Inc., *et al.,* | ) | |
|         Debtors. | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Phillip P. Owens II to represent Creditor Ronald Elias in this action.

/s/ Phillip P. Owens II
Phillip P. Owens II, OBA #15165
OWENS LAW OFFICE, PC
825 E. 33rd Street
Edmond, OK 73013-5407
(405) 608-0708
(405) 608-0709 Facsimile
po@owenslawofficepc.com
*Attorney for Ronald Elias*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Oklahoma, Texas, Nevada, and Oregon, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Phillip P. Owens II
Phillip P. Owens II, OBA #15165
OWENS LAW OFFICE, PC
825 E. 33rd Street
Edmond, OK 73013-5407
(405) 608-0708
(405) 608-0709 Facsimile
po@owenslawofficepc.com
*Attorney for Ronald Elias*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge