## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
In re

Nortel Networks Inc., *et al.*,[1]

                  Debtors.

--------------------------------------------------------X

: Chapter 11
:
: Case No. 09-10138 (KG)
:
: Jointly Administered
:
:
:

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 10, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## UNCONTESTED MATTERS GOING FORWARD

1.    Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10486, Filed 5/10/13).

      <u>Objection Deadline</u>:  May 24, 2013 at 4:00 p.m. (ET).  Extended for ASM Capital III, L.P. regarding Claim No. 415 to September 3, 2013 at 4:00 p.m. (ET).  Extended for Hain Capital Holdings, LLC regarding Claim No. 1950 to October 1, 2013 at 4:00 p.m. (ET).

      <u>Remaining Responses Received</u>:

      (a)    Informal Response of Hain Capital Holdings, LLC regarding Claim No. 1950; and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(b)     Informal Response of ASM Capital III, L.P. regarding Claim No. 415.

Related Pleading:

(a)     Order Granting Debtors' Thirtieth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reduce or Modify and Allow Claims, Redundant Claims, Wrong Debtor Claims, and No Liability Claims) (D.I. 10804, Entered 6/11/13).

Status: The hearing on Hain Capital Holdings, LLC's Claim No. 1950 has been adjourned to the hearing scheduled for October 8, 2013 at 10:00 a.m. (ET).  The informal response of ASM Capital III, L.P.'s regarding Claim No. 415 has been resolved and an order will be presented at the hearing.

2.     Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment (D.I. 11236, Filed 7/30/13).

Objection Deadline:  September 3, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)     U.S. Nortel LTD Employees Joinder with Limited Objections to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment Filed by Deborah Jones (D.I. 11453, Filed 8/27/13).

Status: The hearing on this matter will go forward.

3.     Deborah Jones' Motion for Entry of an Order Authorizing Deborah Jones to File Under Seal Exhibit B and C to U.S. Nortel LTD Employees Joinder with Limited Objections to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment (D.I. 11452, Filed 8/27/13).

Objection Deadline:  September 3, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:  None.

Status: The hearing on this matter will go forward.

## CONTESTED MATTER GOING FORWARD

4.     Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment (D.I. 11235, Filed 7/30/13).

Objection Deadline: September 3, 2013 at 4:00 p.m. (ET).

Responses Received:

(a)     U.S. Nortel LTD Employees Joinder with Limited Objections to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment Filed by Deborah Jones (D.I. 11453, Filed 8/27/13).

Related Pleading:

(a)     Order (D.I. 11118, Entered 7/16/13);

(b)     Notice of Filing of Revised Exhibit B (D.I. 11296, Filed 8/12/13); and

(c)     Debtors' Reply in Support of the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment (D.I. 11514, Filed 9/3/13).

Status: The Debtors have resolved the Limited Objections of the Consenting U.S. Nortel LTD Employees as set forth in the Reply. A revised proposed order, in the form attached to the Reply and reflecting the resolution of an additional LTD severance claim, will be handed up at the hearing.

## PRETRIAL CONFERENCE

5.     Pretrial Conference in the Adversary Proceeding SNMP Research International, Inc. (Adversary Case No. 11-53454).

Status: The pretrial conference has been adjourned to the hearing scheduled for December 3, 2013 at 10:00 a.m. (ET).

Dated: September 6, 2013          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                    James L. Bromley (admitted *pro hac vice*)
                                  Lisa M. Schweitzer (admitted *pro hac vice*)
                                  One Liberty Plaza
                                  New York, New York 10006
                                  Telephone:  (212) 225-2000
                                  Facsimile:  (212) 225-3999

                                  - and –

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  _____*/s/ Tamara K. Minott*_____
                                  Eric D. Schwartz (No. 3134)
                                  Derek C. Abbott (No. 3376)
                                  Ann C. Cordo (No. 4817)
                                  Tamara K. Minott (No. 5643)
                                  1201 North Market Street, 18th Floor
                                  Wilmington, DE  19899-1347
                                  Telephone:  (302) 658-9200
                                  Facsimile:  (302) 425-4663

                                  *Counsel for the Debtors and Debtors in Possession*

7495982.3