# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
:
                Debtors.                 :    Jointly Administered
:
-----------------------------------------------------------X    **Re: D.I. 11540**

SNMP Research International, Inc. et al.,                  :
:
                Plaintiff,               :    Adv. Case No. 11-53454 (KG)
:
                                         :    **Re: D.I. 92**
v.                                                         :
:
Nortel Networks Inc. et al.                                :
:
                Defendant.               :
-----------------------------------------------------------X

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on September 6, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On September 10, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: September 6, 2013      CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                  James L. Bromley (admitted *pro hac vice*)
                                        Lisa M. Schweitzer (admitted *pro hac vice*)
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone:  (212) 225-2000
                                        Facsimile:  (212) 225-3999

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Tamara K. Minott*      
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.24

**Via Fax**

Karen M. Grivner
Clark Hill Thorp Reed
824 Market Street, Suite 710
Wilmington, DE 19801
Fax: 302-421-9439

Schuyler G. Carroll
Jeffrey D. Vanacore
Perkins Coie LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
Fax: 212-977-1649

Harvey G. Chaiton
Doug Bourassa
Chaitons LLP
5000 Yonge Street, 10th Floor
Toronto, Ontario
M2N 7E9
Fax. 416-218-1849

John L. Wood
Egerton McAfee Armistead & Davis, P.C.
900 S. Gay Street
Knoxville, TN 37902
Fax: 865-525-5293

**Via Overnight Mail**

Managing Officer
KGP Logistics, Inc.
c/o North Supply Co.
3305 Highway 60 W.
Faribault, MN 55021

Edward Abbati
Global IP Solutions, Inc.
642 Harrison St.
San Francisco, CA 94107

Adam Moskowitz
ASM Capital
7600 Jericho Turnpike
Woodbury, NY 11797