| | |
|---|---|
| THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | CASE No. 09-10138 (KG) |
| ─────────────────────────────x | |
| ERNEST DEMEL | MOTION TO AMEND/CLARIFY<br>RULE 59 AND 60 |
| Creditor/ Claimant, | |
| v. | |
| GROUP BENEFITS PLAN FOR EMPLOYEES<br>OF NORTHERN TELECOM, INC dated January<br>1, 1982, TRUSTEES AND ADMINISTRATOR OF<br>THE GROUP BENEFIT PLAN FOR EMPLOYEES<br>OF NORTHERN TELECOM INC. RETIREMENT<br>PLAN FOR EMPLOYEES, TRUSTEES AND<br>ADMINTRATOR OF NORTHERN TELECOM,<br>INC RETIREMENT PLAN FOR EMPLOYEES<br>AND PRUDENTIAL INSURANCE COMPANY OF<br>AMERICA, PENSION BENEFIT GUARANTY<br>CORPORATION, (PBGC) | |
| Debtors/Respondent, | |
| ─────────────────────────────x | |

Pursuant to section 105 (a) of title 11 of the United Starts Code (the "Bankruptcy Code") Rules 9023 and 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 59 and 60 of the Federal Civil Procedure, ex-employee Ernest Demel, (LTD claimant/creditor) hereby move this Court (the "Motion to Revisit and Amend"), to clarify and amend the Order entered on 10-14-10, Re: D. I. 4010 (the "Order"), Order approving the stipulation reducing and allowing a LTD claim No.4643.,

(1) Order approving a stipulation to resolve the claim. (Proof claim field by Ernest Demel, LTD Claim No.4643 for $1,924,557.) The reduced amount approved for $ 125,000. , In support of this Motion to Amend, the Long Term Disability claim (the "LTD claim").

I most respectfully represent as follows:

### Preliminary Statement

1. The creditor Ernest Demel request that the Court clarifies and amends the Order as it relates to the amount of the original proof of claim field on 09/29/09 by a disable worker, LTD Claim for $1,924,557. (EX A). (1) The LTD Employee who did not have a fair chance to participate in some of the Motions filed by the Debtor in a manner to oppose their LTD related Motions. The Creditor requests the Debtors to correct their own errors and allow my LTD claim

to be return back to its original amount claimed $ 1,924,557. , and address the voluntary reduction of my withheld LTD claim approved by this court.

2. The creditor finds that the stipulation agreement has benefited only the Debtor and it is an unjust and unfair agreement, the outcome and the amount reduced by the agreement is not in the best interest of the creditor. The components of the said instrument have **violated the ethical principles of the stipulation.**

3. The eligibility of the LTD claim has already been litigated in the USDC-SDNY Courts. and a Judgment has been delivered in favor of Ernest Demel without awarding the Damages. The said Court is in the process of reopening the case to award Damages. The Debtor opposed it. Saying there is a "stipulation of settlement" filed in this court. **Therefor I have withdrawn my motion from USDC-SDNY and bring this matter to the Bankruptcy court Ex D DE., seeking justice.** (1) The issue is the "unfair stipulation of settlement". And to place my claim in the proper priority structure, considering the hardships faced by the LTD claimant. (11 U.S.C. § 503(b) (9). Section 503(b)(9) is newly created by the 2005 Act. Creditor claims prejudice to the debtors, (2) hardship to claimant, and (3) potential detriment to other creditors.)

## Jurisdiction

2. This Court has jurisdiction over this matter pursuant to 28 U. S. C. # 157 and 1334. Venue is proper pursuant to 28 USC. #1408 and 1409.

3. The statutory bases for the relief requested herein are section 105 (a) of the Bankruptcy Code, and Rules 9023 and 9024 of the Bankruptcy Rules.

## Background

A. Introduction

4. A Civil case (#1:07-cv-00189-GBD) was filed in the U. S. District Court Southern District of New York by Ernest Demel, on 01-10-2007. , for the violations of 29:1132, E.R.I.S.A – Employee Benefits. Case: "Demel v. Group Benefits plan for Employees of Northern Telecom. Inc. et al". (The Group Benefits Plan for Employees of Northern Telecom. Inc. dated as of January 1, 1982.) Please note later Nortel and others became the Nortel related defendants, in this matter.

5. While the proceedings of the case were going on at the USDC-SDNY Courts, Nortel field a suggestion of Bankruptcy, an Automatic Stay under 11 U. S. C. Section 362. on

02/05/2009, and the case remained in the Suspense Docket until 01-08-10. The Hon. Judge George B Daniels issued an Order to remove it from the Suspense Docket.

6. There was action from 02-05-2009 to 01-08-2010. Regarding the Automatic Stay, Finally the Courts (USDC-SDNY) granted Plaintiff's motion to remove it from the District Court's suspense docket. The Honorable Judge George B. Daniels agreed with the Plaintiff. That he was "seeking recovery of funds from the [**Benefits Plans**] trust.., not seeking the debtor's property." (See .Ct Decision, Taiwo Decl. Ex. C, at 3.) (GROUP BENEFITS PLAN FOR EMPLOYEES OF NORTHERN TELECOM (Dated January 1, 1982). On this basis Honorable Judge George B. Daniels determined that the action could proceed in his Court without implicating the automatic stay.

7. The Hon. Judge George B Daniels issued an Order on March 30, 2012, In favor of Mr. Demel.

8. Ernest Demel also filed a claim against the Group Benefits Plan for Employees of Northern Telecom. Inc., for LTD benefits and for the Pension, at the USBC-DE

9. PBGC took over the Pension plan, and now PBGC is paying my Pension benefits.

10. Regarding the LTD claim, (Proof claim was filed by Ernest Demel, LTD Claim No.4643 for $1,924,557.)

10. Nortel related defendants and Mr. Demel entered into a Voluntary stipulation agreement to solve the LTD problem but **up to now LTD problem is not solved**. See USBC- DE., on 10-14-10, D. I. 4010 (the "Order"), Order (1) Approved the stipulation to resolve a claim.

11. The LTD claim is the issue in this Motion and the unfairness and injustice of the reduced amount without any benefit to the creditor.

| Org Claim | approved | difference |
|---|---|---|
| $1,924,557. | $125,000. | $1,799,557. |

### True facts of this case

1. Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates (collectively called, the "Nortel Debtors" in their pending chapter 11 proceedings in the United States Bankruptcy Court for the District of Delaware (case No. 09-10138).
2. Mr. Demel's claim is only to recover Long Term Disability benefits.

3

3. Voluntary agreeing on a stipulation agreement with Nortel was not in the best interest of Mr. Demel, but Debtors unfairly made a monetary gain of $ 1,799,557. and saved other case related costs.
4. **So far no LTD benefits were paid**, the approved amount in in Jeopardy and the stipulation agreement has served no purpose to the creditor.

5. **Hardship of the creditor.**
    (a) Mr. Demel is incapacitated and he will be 74 Years in few days. (DOB:09-23-1939)
    (b) He is undergoing radiation treatment program. Three times a week at St. Luke's-Roosevelt Hospital, New York, with little improvement. (Dr. Hooman Khorasani MD, Dr. Sandra Kopp MD, DR. Robin Buchholz, MD).
    (c) His Doctors bills, medication bills, and hospital bills has reached to a point, they involve collection agencies to recover money. (Acc#15734414, #0998244, ect xxx.)
    (d) His Landlord had field for eviction regarding un-paid rent. (Civil Court- NYC #14133/13)
    (e) It is probable that I might to lose my home where I lived for over 20 years.

Please consider the said hardships and set the "hierarchy priority" for this matter.

Under the newly created Act of 2005. (11 U.S.C. § 503(b)(9) ) Please consider the hardships and poverties to claimant, revealed above.

## Conclusion

I seek an order compelling debtors to solve the said problems, and granting relief for my LTD Claim. I most respectfully request the court to grant Plaintiff's motion. The Court may also grant any other relief that may be just and proper.

Most respectfully submitted.

*[signature]*

Ernest Demel     Dated: 08-31-13,   NYC.

530 west, 55 street # 13 K
NYC  NY 10019
Tel/ Fax 1 646 559 9992.        Email ernestdemel@ymail.com

4

Case No.  09-10138 (KG)

2013 SEP -5  AM 8: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I ERNEST DEMEL under penalty of perjury say that I have served a copy of the attached " Motion " to the Defendants:  Ms. Lisa M Schweitzer  NORTEL DEFENDATS One Liberty Plaza New York, N Y 10006   Via, USPS PRIORITY Mail on 09-01-13


Signature.

*[signature]*

Ernest Demel   09-01-13
Address: 530 west, 55 street # 13 K
New York City  New York.  10019.

Email: ernestdemel@ymail.com  Tel/Fax  1 646 559 9992