THE UNITED STATES BANKRUPTCY COURT  CASE No. 09-10138 (KG)
FOR THE DISTRICT OF DELAWARE
_____x
ERNEST DEMEL
                   Creditor/ Claimant,
   v.
GROUP BENEFITS PLAN FOR EMPLOYEES
OF NORTHERN TELECOM, INC dated January
1, 1982, TRUSTEES AND ADMINISTRATOR OF
THE GROUP BENEFIT PLAN FOR EMPLOYEES
OF NORTHERN TELECOM INC. RETIREMENT
PLAN FOR EMPLOYEES, TRUSTEES AND
ADMINTRATOR OF NORTHERN TELECOM,
INC RETIREMENT PLAN FOR EMPLOYEES
AND PRUDENTIAL INSURANCE COMPANY OF
AMERICA, PENSION BENEFIT GUARANTY
CORPORATION, (PBGC)

                Debtors/Respondent,
_____x

## Notice to the Debtors

     Please take notice that LTD claimant Ernest Demel (creditor) filed the attached MOTION TO AMEND/CLARIFY UNDER RULE 59 AND 60.
Approving the motion and file a response to solve the problem is an ethical way to relieve the hardships of the claimant. Please contact the Motion Clerk for additional information on this matter at your earliest. (THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE. #824, Market Street, 3 rd, Floor Wilmington, Delaware DE. 19801.

Signature. *[signature]*

Ernest Demel   09-01-13
Address: 530 west, 55 street # 13 K
New York City  New York. 10019.

Email: ernestdemel@ymail.com  Tel/Fax 1 646 559 9992