| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value |
|---|---|---|---|---|
| 4643 | | DEMEL, ERNEST | 09/29/2009 | $125,000.00 |

**Creditor Address:**
SOUTH BROOKLYN LEGAL SERVICES
ATTN: GARY STONE
105 COURT STREET, 3RD FLOOR
BROOKLYN, NY 11201

**Debtor:**
09-10138 Nortel Networks Inc.

**Amounts:**

| | |
|---|---|
| Allowed Unsecured: | $125,000.00 |
| Claimed Unsecured: | $1,924,557.70 |

**Remarks:**
THIS CLAIM IS ALLOWED

**Related Dockets**

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 4160 | 10/14/2010 | Order Approving The Stipulation Resolving Claim N. 4643 Filed By Ernest Demel. (related document(s)[4010]) Order Signed on 10/14/2010. (BMT) Case: Nortel Networks Inc. | |
| 3068 | 05/25/2010 | Related: Objection to Claim by Claimant(s) Ernest Demel (Claim No. 4643).. Filed by Nortel Networks Inc., et al.. Hearing scheduled for 6/24/2010 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 6/10/2010. (Attachments: # (1) Notice # (2) Exhibit A) (Cordo, Ann) Case: Nortel Networks Inc. Related: none | |

Ex A

*Debtors letter pg.*

22. While his motion to remove the District Court Action from the suspense docket was still pending, on September 25, 2009, Mr. Demel filed his Proof of Claim against NNI in the amount of $1,924,557.70, with the attachments thereto. (Taiwo Decl. Ex. A.) The Proof of Claim attaches the Complaint and seeks to recover from NNI the exact same benefits that are the subject of the District Court Action. It also attaches a declaration signed by Mr. Demel's counsel, which acknowledges that the Complaint does not name any of the Debtors as a defendant. (See Declaration of Gary Steven Stone dated September 25, 2009, at ¶ 3, attached as part of Taiwo Decl. Ex. A.)

23. On January 8, 2010, the District Court granted Mr. Demel's motion to remove the District Court Action from the suspense docket. In his Decision, Judge Daniels agreed with Mr. Demel that the Action was not being prosecuted against a debtor, and that Mr. Demel was "seeking recovery for funds in the [Benefits Plans] trust . . . not seeking the debtor's property." *pg* (See Dist. Ct. Decision, Taiwo Decl. Ex. C, at 3.) On this basis, Judge Daniels determined that the Action could proceed without implicating the automatic stay.

## Basis for Objection and Relief Requested

24. By this Objection, the Debtors request that the Court disallow and expunge the Proof of Claim filed by Mr. Demel, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014.[6]

25. When asserting a claim against a bankruptcy estate, a claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant. See In re Pinnacle Brands, Inc., 259 B.R. 46, 49-50 (Bankr. D. Del. 2001). Where the claimant alleges

---

[6] Since this is not an omnibus objection, the Debtors do not believe Rule 3007-1(f)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") is applicable to this Objection. To the extent, however, that the Court determines otherwise, the Debtors are prepared and respectfully request permission to submit a supplemental objection as necessary.

9

*Ex. C*

Copy

UNITED STATES DISTRICT COURTS　　　　　　CASE No. 07-cv-0189 (GBD) (DCF)
SOUTHEREN DISTRICT OF NEW YORK　　　　　To withdraw # 8̶1̶, "REMOVE MOTION"
　　　　　　　　　　　　　　　　　　x　　　　　　　　　　　　　6̶4̶
ERNEST DEMEL,　　　　　　Plaintiff,
PENSION BENEFIT GUARANTY CORPORATION, (PBGC)
NORTEL RELATED DEFENDANTS,　Defendants.
-----------------------------------------------------------------------------------------------------

Honorable George B. Daniels
United States District Judge
USDC SDNY
500 Pearl Street, NY, NY 10007-1312

Re:　Demel v. PBGC and Nortel related defendants.

### Plaintiff request to withdraw my "RE-OPEN MOTION"

Dear Hon. Judge Daniels:

　　I Ernest Demel the plaintiff of this case, most respectfully submits this letter in order to remove; my re-open Motion #8̶1̶, from the docket and leave the case closed.
　　　　　　　　　　　　　　　　　　　　　　6̶4̶

1. I have settled the Nortel Pension matter with PBGC, Administratively. Only a policy a matter is pending with the Policy Department.
2. Regarding the LTD benefits with Nortel. I have taken the matter with the US Bankruptcy court DE.

For the sake of Justice please grant my request.

Most respectfully and humbly I submit.

*[signature]*

Ernest Demel
09/01/13

cc: To. PBGC, and Nortel.
Email: ernestdemel@ymal.com　　RCS Box 426, NYC, NY 10101-0426　　Tel. 646 559 9992

Ex. D

Case No.  09-10138(KG)

2013 SEP -5  AM 8: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## AFFIRMATION OF STATEMENTS AND DOCUMENTS

STATE OF NEW YORK

COUNTY OF NEW YORK  SS:

The statements made by me under oath, penalty of perjury and the facts contain in this motion are true and correct. The attached copies of documents are the true copies of the originals.

I Ernest Demel declare under oath.

Sworn before me this day of:  09-01-2013

Signature: *[signature]*

Dated on  09-01-2013

Ernest Demel,  530 west 55st New York NY 10019.

*[handwritten notary block:]* STATE OF NEW YORK, County of New York SS. Sworn before me this 1st Day of September, 2013.

*[signature]* Julian M. Hill

JULIAN M HILL
Notary Public, State of New York
No. 01HI6233785
Qualified in New York County
Commission Expires Dec. 27, 2014