## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case. No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jill L. Nicholson (f/k/a Jill L. Murch) and Lars A. Peterson hereby withdraw as counsel for Cummins Inc., Cummins Power Generation, Cummins Filtration, Cummins Emission Solutions, Cummins Fuel Systems, and Cummins Turbo Technologies in the above-captioned cases. Please remove Jill L. Nicholson and Lars A. Peterson from all service lists in these cases, including all electronic service lists and the ECF notification system in these cases.

Dated: Chicago, Illinois
      September 9, 2013

                                By: */s/ Jill L. Nicholson*
                                Jill L. Nicholson (#6257217)
                                Lars A. Peterson (#6293551)
                                FOLEY & LARDNER LLP
                                321 North Clark Street, Suite 2800
                                Chicago, IL 60654
                                Tel: (312) 832-4500

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonona Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4830-2239-2341.1

2

Fax: (312) 832-4700
jnicholson@foley.com
lapeterson@foley.com

*Attorneys for Cummins Inc., Cummins Power Generation, Cummins Filtration, Cummins Emission Solutions, Cummins Fuel Systems, and Cummins Turbo Technologies*

## CERTIFICATE OF SERVICE

I, Jill L. Nicholson, an attorney, certify that on September 9, 2013 I caused a true and correct copy of NOTICE OF WITHDRAWAL OF COUNSEL to be served on the ECF participants by electronic mail through the Court's ECF system.

 */s/ Jill L. Nicholson*

FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700

2

4830-2239-2341.1