# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 10, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

**1)** OMNIBUS HEARING
   **R / M #:**   11,540 / 0

**2) ADV: 1-11-53454**

   **SNMP Research International, Inc. vs Nortel Networks Inc.**

   Pretrial Conference

   **R / M #:**   92 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  ORDER SIGNED
#2 -  ORDER SIGNED
#3 -  ORDER SIGNED
#4 - ORDER SIGNED
#5 - A-1153454 - Adjourned to 12/3/13 @ 10 AM