# " DOCUMENTS TO BE KEPT UNDER SEAL "

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: Sept. 3, 2013 at 4 p.m. (ET) |
| | ) | Hearing Date: Sept. 10, 2013 at 10 a.m. (ET) |
| | | RE: Docket #s   tbd |

### DEBORAH JONES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBORAH JONES TO FILE UNDER SEAL EXHIBIT B AND C TO U.S. NORTEL LTD EMPLOYEES JOINDER WITH LIMITED OBJECTIONS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C 105(a), FED. R. BANKR. P.9023 AND 9024 AND FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING NORTEL LTD EMPLOYEES' MOTION TO COMPEL DEBTORS TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT

<u>Title of Documents included herein and to be filed under seal:</u>
**Exhibit B** - "Movants Severance Claim Data Spreadsheet"; and
**Exhibit C** - "Movants Response To Debtors' Proposed Claim Amount"

## " FILED COPY "

Dear Court,
I did my very best to follow Rule 9018-1 Lodged Exhibits; Documents Under Seal.
Received by the Clerk's Office today were both the U.S. Nortel LTD Employees Joinder w/Lmtd Objections to Debtors D.I. #11235 <u>as well as</u> a Motion to File Under Seal relevant data provided by the U.S. Nortel LTD Employees. The above filings have understandably Not been posted to the Docket yet given they were just received today; therefore I have no Docket Number for these filings to reference in this submission and still deliver these in a timely manner. I have enclosed the entire caption for my Motion to File Under Seal at the top of this cover page as the reference mark. Please find enclosed herein U.S. Nortel LTD Employees data captured in Exhibit B & C, that I am submitting directly to Chief Judge Gross Chambers directly per local rules. There is no agenda posted by the Debtors as of yet for the September 10th hearing, therefore I was unable to include herein.

Thank you,

*[signature: Deborah Jones]*   8/27/2013
Deborah Jones

# " DOCUMENTS TO BE KEPT UNDER SEAL "