# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[2] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. tbd** 11562 , 11563 |

## ORDER GRANTING DEBORAH JONES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBORAH JONES TO FILE UNDER SEAL EXHIBIT B AND C TO U.S. NORTEL LTD EMPLOYEES JOINDER WITH LIMITED OBJECTIONS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C 105(a), FED. R. BANKR. P.9023 AND 9024 AND FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING NORTEL LTD EMPLOYEES' MOTION TO COMPEL DEBTORS TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT

Upon consideration of this Motion *Deborah Jones' Motion For Entry Of An Order Authorizing Deborah Jones To File Under Seal Exhibit B and C To U.S. Nortel LTD Employees Joinder With Limited Objections To Debtors' Motion Pursuant To 11 U.S.C. 105(a), Fed. R. Bankr. P.9023 And 9024 And Fed. R. Civ. P.59 And 60 To Clarify And Amend The Order Granting Nortel LTD Employees' Motion To Compel Debtors To Admit Claims For Severance As Valid And Issue Payment"* (the "Order") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby ORDERED that the Motion is granted.

---

[2]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: SEPT. 10 , 2013
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE