IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------X
                                                :    Chapter 11
                                                :
In re                                           :    Case No. 09-10138 (KG)
                                                :
Nortel Networks Inc., et al.,¹                  :    Jointly Administered
                                                :
                              Debtors.          :    Re: D.I. 11514
------------------------------------------------X
```

---

**CONFIDENTIAL FILED UNDER SEAL –Debtors' Reply in Support of the Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment**

---

Dated:   September 3, 2013
         Wilmington, Delaware

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| James L. Bromley (No. 5125) | Derek C. Abbott (No. 3376) |
| Lisa M. Schweitzer (No. 1033) | Eric D. Schwartz (No. 3134) |
| One Liberty Plaza | Ann C. Cordo (No. 4817) |
| New York, New York 10006 | Tamara K. Minott (No. 5643) |
| | 1201 North Market Street |
| *Counsel for the Debtors and Debtors in Possession* | Wilmington, Delaware 19899-1347 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.