**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                  Debtors. :
: **Objections due:  October 2, 2013 @ 4:00 p.m.**
---------------------------------------------------------------x

**NOTICE OF TWENTY-FOURTH MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF <u>RETIREES FOR THE PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013</u>**

**TO:     ALL PARTIES ON THE ATTACHED SERVICE LIST**

      Attached hereto is the **Twenty-Fourth Monthly Application of McCarter & English LLP, As Counsel to The Official Committee of Retirees For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 through August 31, 2013** (the "Application").

      You are required to file an objection ("Objection") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **October 2, 2013 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

      At the same time, you must serve such Objection on undersigned counsel so as to be received by the Objection Deadline.

      A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 16427572v.1

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: September 11, 2013<br>      Wilmington, DE | **MCCARTER & ENGLISH, LLP**<br><br>/s/ William F. Taylor, Jr._____<br>William F. Taylor, Jr. (DE Bar I.D. #2936)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 984-6399 Facsimile<br>wtaylor@mccarter.com<br><br>-and-<br><br>Albert Togut, Esquire<br>Neil Berger, Esquire<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119<br>(212) 594-5000<br>(212) 967-4258 Facsimile<br>neilberger@teamtogut.com<br><br>*Counsel to the Official Committee of Retirees* |