# EXHIBIT A



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
August 31, 2013
Invoice 7871165

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**......................................................................    $6,324.50
**TOTAL DISBURSEMENTS**........................................................    551.71

**TOTAL DUE THIS INVOICE** ......................................................    $6,876.21

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**    $4,868.40

**TOTAL AMOUNT DUE AS OF THIS INVOICE**    11,744.61

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 08/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 08/01/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 08/01/13 | CONFER WITH COUNSEL AND OUTSIDE COUNSEL REGARDING FILING OF AFFIDAVIT OF SERVICE REGARDING RETIREE NOTICES; | 04990/JFS | 0.40 |
| 08/01/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST FEE APPLICATION OF TOGUT SEGAL AND SEGAL; | 04990/JFS | 0.40 |
| 08/01/13 | PREPARE TWENTY-SECOND FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 1.10 |
| 08/02/13 | SIGNIFICANT RE-DRAFTING ON INTERIM APPLICATION FOR M&E TO INCLUDE AND EXPLAIN PRIOR TIME THAT WAS NOT BILLED TO INSURE IT IS CLEAR WHY AND WHAT IS SOUGHT IN THIS MOTION. | 02718/WFT | 2.50 |
| 08/02/13 | ATTENTION TO RECEIVED/INCOMING CALLS RELATED TO SETTLEMENT PAYOUTS TO RETIREES; | 04990/JFS | 0.40 |
| 08/02/13 | REVISIONS TO MCCARTER'S 22ND FEE APPLICATION REGARDING ADDITIONAL POST EFFECTIVE AMOUNTS; | 04990/JFS | 0.50 |
| 08/05/13 | REVISIONS TO MCCARTER'S 22ND FEE APPLICATION REGARDING ADDITIONAL POST EFFECTIVE AMOUNTS; | 04990/JFS | 0.50 |
| 08/05/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST FEE APPLICATION OF TOGUT SEGAL AND SEGAL AND PREPARE SERVICE OF SAME;; | 04990/JFS | 0.50 |
| 08/06/13 | REVISIONS TO MCCARTER'S 22ND FEE APPLICATION REGARDING ADDITIONAL POST | 04990/JFS | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | EFFECTIVE AMOUNTS; | | |
| 08/07/13 | DRAFT, REVISE AND FINALIZE THE JUNE FEE APPLICATION THAT INCLUDES WORK DONE ON THE "POST EFFECTIVE DATE" PART OF THE CASE. | 02718/WFT | 0.50 |
| 08/07/13 | CORRESPOND WITH UST AND FEE EXAMINER RE ISSUES WITH THE JUNE APPLICATION OF M&E. | 02718/WFT | 0.30 |
| 08/07/13 | DRAFT 23RD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.70 |
| 08/07/13 | REVISE AND ELECTRONICALLY FILE MCCARTER'S 22ND FEE APPLICATION AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 08/08/13 | CONFER WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING DEADLINES FOR QUARTERLY FEE APPLICATIONS; | 04990/JFS | 0.30 |
| 08/09/13 | DRAFT, REVISE THE PROPOSED 23RD MONTHLY AND INSURE BACK UP IS CORRECT. | 02718/WFT | 0.50 |
| 08/09/13 | REVISE AND ELECTRONICALLY FILE 23RD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.70 |
| 08/12/13 | EXAMINE AND ANALYZE TS&S PROPOSED 22ND MONTHLY FEE APPLICATION; DRAFT, REVISE AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.30 |
| 08/12/13 | REVISE AND ELECTRONICALLY FILE TOGUT SEGAL & SEGAL'S 22ND FEE APPLICATION; | 04990/JFS | 0.50 |
| 08/13/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SERVICE OF TOGUT SEGAL & SEGAL'S 22ND FEE APPLICATION; | 04990/JFS | 0.20 |
| 08/16/13 | EXAMINE AND ANALYZE TS&S'S PROPOSED 23RD FEE APPLICATION AND DRAFT AND REVISE SAME TO READY IT FOR FILING. | 02718/WFT | 0.30 |
| 08/16/13 | REVISE AND ELECTRONICALLY FILE TOGUT SEGAL & SEGAL'S 23RD FEE APPLICATION; | 04990/JFS | 0.50 |
| 08/19/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE | 04990/JFS | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | REGARDING SERVICE OF TOGUT SEGAL & SEGAL'S 23RD FEE APPLICATION; | | |
| 08/19/13 | CONFER WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING DEADLINES FOR FEE EXAMINER REPORTS TO BE DUE; | 04990/JFS | 0.20 |
| 08/20/13 | ANALYSIS OF FEE EXAMINER REQUIREMENTS/STATUS REGARDING DEADLINES FOR PRELIMINARY REPORTS. | 03706/KRB | 0.20 |
| 08/22/13 | CORRESPONDENCE WITH A. CORDO RE STATUS OF FEE EXAMINER REPORTS. | 03706/KRB | 0.10 |
| 08/22/13 | CONFER WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING DEADLINES FOR FEE EXAMINER REPORTS TO BE DUE; | 04990/JFS | 0.30 |
| 08/23/13 | CORRESPOND WITH DEBTORS RE INITIAL PROBLEMS WITH THE WORK OF THE FEE EXAMINERS. | 02718/WFT | 0.30 |
| 08/23/13 | CORRESPONDENCE WITH CO-COUNSEL RE STATUS OF FEE EXAMINER REPORTS. | 03706/KRB | 0.10 |
| 08/23/13 | CONFER WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING DEADLINES FOR QUARTERLY AND FINAL FEE APPLICATIONS | 04990/JFS | 0.20 |
| 08/27/13 | DRAFT, REVISE FINALIZE M&E 8TH QUARTERLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 08/27/13 | DRAFT, REVISE FINALIZE (UNIQUE) CNO FOR THE M&E22ND MONTHLY APPLICATION. | 02718/WFT | 0.30 |
| 08/27/13 | DRAFT AND ELECTRONICALLY FILE 8TH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 1.50 |
| 08/27/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING 23RD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.40 |
| 08/28/13 | WORK ON TOGUT QUARTERLY APPLICATION TO INSURE IT IS CORRECT AND COMPLETE. | 02718/WFT | 0.40 |
| 08/28/13 | TRACKING NORTEL FEE DEADLINES. | 03706/KRB | 0.10 |

Page 5
Invoice 7871165

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001      NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 08/28/13 | REVISE AND ELECTRONICALLY FILE 7TH QUARTERLY FEE APPLICATION OF TOGUT SEGAL & SEGAL AND CONFIRM SERVICE OF SAME; | 04990/JFS | 0.70 |
| 08/29/13 | CALL FROM RETIREE (DUMAS) TO DISCUSS SETTLEMENT PACKAGE ISSUE; CORRESPOND AND UPDATE LED COUNSEL RE THIS ISSUE. | 02718/WFT | 0.30 |
| 08/29/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING 23RD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.40 |
| 08/29/13 | CONFER WITH CO-COUNSEL REGARDING FINAL FEE APPLICATION; FORWARD DRAFT EXAMPLES OF SAME; | 04990/JFS | 0.40 |
| 08/29/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 22ND MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 08/30/13 | FOLLOW UP CALL FROM RETIREE DUMAS ABOUT HIS CLAIMS; UPDATE LEAD COUNSEL RE STATUS OF SAME. | 02718/WFT | 0.30 |

TOTAL HOURS:                    19.80

TOTAL FEES...........................................................................    $6,324.50
TOTAL DISBURSEMENTS...................................................          551.71

TOTAL DUE THIS INVOICE .........................................................    $6,876.21

AMOUNT OUTSTANDING FROM PRIOR INVOICES                   $4,868.40

TOTAL AMOUNT DUE AS OF THIS INVOICE                       11,744.61

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

|  |  |  | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 6.50 Hours @ | 525.00 | 3,412.50 |
| 03706 | KATE R. BUCK | ASSOCIATE | 0.50 Hours @ | 320.00 | 160.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 12.80 Hours @ | 215.00 | 2,752.00 |
| **ATTORNEY TOTALS:** |  |  | **19.80** |  | **6,324.50** |