# <u>EXHIBIT B</u>

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 08/22/2013 | PHOTOCOPIES | 5.25 | |
| 09/03/2013 | PHOTOCOPIES | 1.65 | |
| | **Total For: PHOTOCOPIES** | | **6.90** |
| 08/28/2013 | PHOTOCOPIES | 148.50 | |
| 08/28/2013 | PHOTOCOPIES | 148.50 | |
| | **Total For: PHOTOCOPIES** | | **297.00** |
| 08/28/2013 | POSTAGE POSTAGE | 137.81 | |
| | **Total For: POSTAGE** | | **137.81** |
| 07/16/2013 | FILING FEES | 3.00 | |
| | **Total For: FILING FEES-MISC** | | **3.00** |
| 07/05/2013 | TELEPHONIC COURT APPEARANCE | 107.00 | |
| | **Total For: SERVICES** | | **107.00** |

**TOTAL DISBURSEMENTS** ..............................................................   **$551.71**