

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
*Attorneys at Law*

WILMINGTON
GEORGETOWN
MIDDLETOWN
NEW YORK

John T. Dorsey
P 302.571.6712
F 302.576.3401
jdorsey@ycst.com

September 11, 2013

**HAND DELIVERY**

The Honorable Kevin Gross
U.S. Bankruptcy Court
824 N. Market Street
Wilmington, DE 19801

    Re:    <u>In re: Nortel Networks Inc., et al., Case No. 09-10138 (KG)</u>

Dear Judge Gross:

    The Joint Administrators are in receipt of the US Debtors' letter to Your Honor dated September 11, 2013 regarding a purported discovery dispute. The Joint Administrators would like to have the opportunity to respond in detail to the US Debtors allegations. Therefore, the Joint Administrators respectfully request that they be given until Monday, September 16, 2013 to respond by letter to the US Debtors' contentions, and agree with the US Debtors that the matter should be heard at the scheduled September 18 hearing.

    Counsel for the Joint Administrators are available at Your Honor's convenience should you have any questions.

Respectfully,

John T. Dorsey

JTD:cas
cc:    Core Parties (via e-mail)

01:14094192.1

Rodney Square • 1000 North King Street • Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com