```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                          )   Case No. 09-10138(KG)
                                )   (Jointly Administered)
NORTEL NETWORKS, INC.,          )
      et al.,                   )   Chapter 11

                                )   Courtroom 3
                                )   824 Market Street
            Debtors.            )   Wilmington, Delaware
                                )
                                )   September 10, 2013
                                )   10:00 a.m.


                     TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357


                          Cleary Gottlieb Steen & Hamilton
                          BY: JEREMY OPOLSKY, ESQ.
                          BY: LISA SCHWEITZER, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 437-4350


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Official Creditors'
Committee:                      Richards Layton & Finger
                                BY: CHRIS SAMIS, ESQ.
                                One Rodney Square
                                920 King Street
                                Wilmington, DE  19801
                                (302) 651-7845


For Retiree's Committee:        Akin Gump Strauss Hauer & Feld
                                BY: LISA BECKERMAN, ESQ.
                                One Bryant Park
                                New York, NY 10036-6745
                                212-872-1000


For U. S. Trustee:              U. S. Department of Justice
                                BY: MARK KENNEY, ESQ.
                                844 King Street, Ste. 2207
                                Lockbox 35
                                Wilmington, DE  19801
                                (302) 573-6491


TELEPHONIC APPEARANCES:

For Ernst & Young:              Allen & Overy, LLP
                                BY: JONATHAN BADTKE-BERKOW
                                (212) 610-6300
                                BY: DANIEL GUYDER
                                (212) 756-1132


For Bank of America:            Bank of America
                                BY: ESTHER CHUNG
                                (646) 855-6705


For Ad Hoc Committee:           Milbank Tweed Hadley & McCloy
                                BY: CINDY DELANO
                                (212) 530-5501


For In Propria Persona:         Janette Head, In Pro Per/
                                Pro Se
                                (603) 626-6938


                                Deborah Jones, In Pro Per/
                                Pro Se
                                (570) 439-1153


For Interested Party:           Stone Lion Capital Partners
                                BY: CARRAS HOLMSTEAD
                                (212) 843-1296

TELEPHONIC APPEARANCES
(Continued)

For Interested Party:          Farallon Capital Management
                               BY: MICHAEL LINN
                               (415) 421-2132

For Ad Hoc Bondholder Group:   Milbank Tweed Hadley & McCloy,
                               LLP
                               BY: THOMAS MATZ, ESQ.
                               (212) 530-5885

1

1  WILMINGTON, DELAWARE, TUESDAY, SEPTEMBER 10, 2013, 10:00 A.M.

2             THE CLERK:  Please rise.

3             THE COURT:  Good morning everyone.  Thank you,

4  and please be seated.  Mr. Abbott?

5             MR. ABBOTT:  Good morning, Your Honor.

6             THE COURT:  I remember you.

7             MR. ABBOTT:  And we, you, Your Honor.  Welcome

8  back.

9             THE COURT:  Thank you.  Thank you.

10            MR. ABBOTT:  You're looking well.  We're all glad

11 to see that, obviously.

12            THE COURT:  Thank you everyone.

13            MR. ABBOTT:  Today, Your Honor, there are just a

14 couple of matters on the Agenda.

15            THE COURT:  Yes.

16            MR. ABBOTT:  And one of them I think is happily

17 greatly streamlined compared to what it otherwise might have

18 been.

19            THE COURT:  Yes.

20            MR. ABBOTT:  The first matter, Your Honor, is just

21 an Omnibus Claim Objection and Ms. Cordo will handle that so

22 I'll cede the podium to her.

23            THE COURT:  All right.  Thank you, Mr. Abbott.

24            MR. ABBOTT:  Thank you.

25            THE COURT:  Ms. Cordo, good morning to you.

1          MS. CORDO:  Good morning, Your Honor, Annie

2    Cordo, Morris Nichols Arsht & Tunnell, on behalf of the

3    Debtors.  With regards to item number one, which is our

4    Thirtieth Omnibus Objection, which was actually filed in

5    May, we just have one more resolved Claim that we can -- I

6    can hand up an Order.  The Claimant, ASM Capital, has

7    provided us with further documentation that the Debtors have

8    agreed to withdraw their Objection to the Claim that was

9    included on the Thirtieth Omnibus Objection.

10          THE COURT:  Very well.

11          MS. CORDO:  I have a Supplemental Form of Order if

12    I may approach?

13          THE COURT:  Thank you.  Certainly.  Thank you, Ms.

14    Cordo.  Nice to see you.

15          MS. CORDO:  Nice to see you.

16          THE COURT:  All right.  I am pleased to sign this

17    and I know how much work is involved in these Claims and I

18    certainly appreciate Counsel's efforts.

19          MS. CORDO:  Thank you, Your Honor.  I think for

20    the rest of the Debtor's items on the Agenda, I will turn the

21    podium over to Mr. Opolsky who will be handling them.

22          THE COURT:  All right.  Thank you.  Good morning.

23          MR. OPOLSKY:  Good morning, Judge Gross, Jeremy

24    Opolsky, of Cleary Gottlieb Steen & Hamilton, on behalf of

25    the Debtors.

1           THE COURT:  Yes.  Good to see you again.

2           MR. OPOLSKY:  With your permission, we would like

3   to address first item number four on the Agenda which is the

4   standard Motion to Amend and Clarify.

5           THE COURT:  Sure.

6           MR. OPOLSKY:  And then subsequently address item

7   two which is the Motion to Seal.

8           THE COURT:  You bet.

9           MR. OPOLSKY:  Great.  So well-framed as a Motion

10  to Amend and Clarify, as Ms. Schweitzer mentioned to you at

11  the last hearing before Your Honor, the Motion before you

12  today is truly aimed at creating a fair, efficient, and

13  streamlined process to set out and determine the amount of

14  general unsecured severance claims.

15          THE COURT:  Yes.

16          MR. OPOLSKY:  In accordance with your Opinion,

17  these Claims will be provided to former LTD employees who

18  were terminated on June 30, 2013 separate and apart and not

19  dealing with those who elected into the retiree settlement.

20  A Joinder and Limited Objection was filed with respect to the

21  Motion to Amend and this was the only response to our Motion

22  which largely supports and approves the procedures and

23  processes set out therein.  We have worked with these LTD

24  employees and resolved any other concerns they may have had

25  that they raised in the Limited Objection and Joinder and

1   this has, happily, led to 146 of the LTD employees, or

2   approximately 85 percent, having affirmatively agreed to the

3   amount that the Debtors propose for the unsecured claims.

4   We're not aware of any other Objections to our Motions.

5          The Proposed Revised Order before you today, Your

6   Honor, would do two large things.  Firstly, it would allow

7   the Claims in the proposed amounts for the group of what we

8   call the Consenting LTD Employees.  These are the 146 LTD

9   employees who have given us their affirmative consent to the

10  amount of Claims --

11         THE COURT:  Sure.

12         MR. OPOLSKY:  -- the Debtors have proposed.  And

13  the second bundle is of approximately 26 LTD employees and

14  the Order would set out a procedure to resolve their claims

15  on a prompt and efficient basis.

16         THE COURT:  Yes.

17         MR. OPOLSKY:  Subject to any preliminary

18  questions, Your Honor, I'd like to briefly update you on the

19  developments since we filed our July 30th Motion and then take

20  you through the Order.

21         THE COURT:  Thank you, Mr. Opolsky.  Please do.

22         MR. OPOLSKY:  We filed the Motion on July 30th.

23  The Motion includes as Exhibit B, which we propose to file

24  under seal, a Schedule of all the LTD employees and the

25  amount of claims, unsecured claims, the Debtors propose that

1    they receive with respect to their severance payments.  We

2    made small revisions with respect to three employees on

3    August 12th and we provided Notices to each LTD employee of

4    all the information on this Schedule which we propose to file

5    under seal.  Those Notices were sent, again, on August 12th.

6              THE COURT:  Yes.

7              MR. OPOLSKY:  On August 12th, in the -- in this

8    Exhibit, we listed and we set out all the employees who had

9    proposed an amount of claim that was greater than the Debtors

10   proposed.  This was 22 LTD employees and they're listed on

11   that Schedule as disputed.

12             THE COURT:  Yes.

13             MR. OPOLSKY:  Thankfully, we've resolved all of

14   those issues.

15             THE COURT:  Oh, okay.

16             MR. OPOLSKY:  On August 27, 2013, Ms. Deborah

17   Jones --

18             THE COURT:  I'm sorry, Mr. Opolsky.

19             MR. OPOLSKY:  I'm sorry.

20             THE COURT:  No, no, no.  I just noticed this --

21   that they've been submitted.  Thank you.  Please proceed.

22   I'm sorry.

23             MR. OPOLSKY:  Thank you very much.  On August 27,

24   Ms. Deborah Jones, an LTD employee, filed on her behalf and

25   on behalf of 145 other LTD employees, the Joinder and Limited

1  Objection.  The Limited Objection raised three issues I'll

2  summarize for you, Your Honor, very briefly.

3          Firstly, with respect to the amount of Proposed

4  Claims, the Joinder Limited objection had asked to confirm

5  the amount of the Debtor's calculations.  In addition, the

6  Limited Objection and Joinder requested that, where the

7  Debtors and the LTD employees have reached consensus, those

8  claims be allowed promptly.

9          Second, with respect to withholding taxes, the

10  Joinder and Limited Objection had requested that the Debtor

11  explicitly set out accounting information with respect to

12  taxes already withheld and provided to the IRS.

13          Thirdly, and finally with respect to waivers of

14  severance, the Limited Objection and Joinder requests that

15  any waivers of severance; these were waivers sent out to the

16  LTD employees in their termination packages to allow them to

17  potentially opt in to pension benefits, the Objection -- the

18  Limited Objection and Joinder requests that those waivers be

19  treated as a nullity and those LTD employees be able to

20  receive their severance.  We have, fortunately, through

21  discussion with Ms. Jones, resolved these issues and, Your

22  Honor, I'd like to take you through the resolutions of each

23  of these issues which are laid out in our Reply.

24          THE COURT:  Okay.

25          MR. OPOLSKY:  Firstly, with respect to the allowed

1  Claim amounts, on further discussion with Ms. Jones, the LTD

2  employees have agreed to all of the Debtor's calculations and

3  have affirmed that they are correct.  Ms. Jones initially

4  agreed with respect to 145 of the 146 LTD employees.  In

5  subsequent conversations with the remaining employee, this

6  LTD employee agreed to the Debtor's calculations as well.  So

7  we have 146 LTD employees who affirmatively consent to the

8  Debtor's calculations.

9            Secondly, with respect to tax, the Debtors cannot,

10 unfortunately, provide tax information regarding withholding

11 at this time because no fund of yet being withheld and no

12 severance has yet been paid and they will be allowed as

13 general unsecured claims in the future.  They'll be allowed

14 currently and paid in the future.  It appears that the

15 consenting LTD Claimants had an additional concern with

16 respect to the employer obligation to withhold under FICA and

17 the Debtors are -- have not reached a conclusion currently

18 whether FICA payments are owing under severance, but provided

19 comfort to the LTD employees by setting out in the Proposed

20 Order that if the Debtor's tax advisors are of the opinion

21 that such taxes are due, the Debtors will certainly pay that.

22            THE COURT:  Okay.

23            MR. OPOLSKY:  And finally, with respect to waivers

24 of severance, fortunately, this is the Debtors believe a non-

25 issue.  Only two such waivers were submitted.  One was

1  submitted late.  And the Debtors confirmed with each of these

2  submitting LTD employees that the waivers were submitted in

3  error and the Debtors have agreed to treat each of them as

4  revoked and a nullity.  As such, Ms. Jones has reviewed our

5  draft Order and has agreed to its terms.

6          So, Your Honor, where are we now?  To sum up, we

7  have received affirmative consent of 146 LTD employees to the

8  Debtors' gross claim amount.  That's approximately 85

9  percent.  It's a substantial majority of the LTD employees.

10          THE COURT:  It certainly is.

11          MR. OPOLSKY:  This leaves 26 LTD employees who did

12  not join in the Joinder or Limited Objection.  Of these, none

13  have filed Objections to the Motion.  For each of these

14  employees, the Debtors proposed claim amount is equal or

15  greater than the amount the employees have proposed

16  themselves if they have, indeed, proposed an amount.

17  Compared and contrasted with the Exhibit B we filed on July

18  30th, this means that none of those 22 disputed claims remain.

19  All of the remaining claims are not listed as disputed on

20  that Schedule.

21          Your Honor, I'd like to hand up at this moment the

22  revised Proposed Order with a revised consenting LTD

23  Schedule.  May I approach?

24          THE COURT:  You certainly may, Mr. Opolsky.

25  Certainly.  Thank you.

1          MR. OPOLSKY:  Your Honor, the one change that we

2   made to the Order was actually in the Exhibit.  We added this

3   146th Consenting LTD Employee --

4          THE COURT:  Excellent.

5          MR. OPOLSKY:  -- who we resolved after we had

6   finished the Reply.

7          THE COURT:  Okay.

8          MR. OPOLSKY:  The Proposed Order addresses two --

9   addresses the Consenting LTD Employees separately from those

10  who -- the remaining LTD employees, and with Your Honor's

11  indulgence, I'll take a moment to take you through the two

12  different treatments that it provides.

13         THE COURT:  Please do.

14         MR. OPOLSKY:  With respect to the Consenting LTD

15  Employees, the Proposed Order would allow their Claim in the

16  amount agreed upon between the LTD employee and the Debtor

17  and as listed in Exhibit 1 to the Order.  That's in the under

18  seal package that I handed up, Your Honor.  This, again,

19  applies to 146 of the LTD employees.

20         With respect to the remaining 26 LTD employees,

21  the proposed procedures in the Order would apply.  The first

22  element, and I will go through these procedures quickly, but

23  the first element of the procedure is the Debtors will

24  shortly file a Notice to these 26 LTD employees which will

25  set out all of their claim information, any amounts that they

1  have proposed, and the Debtors' proposed claim amount.  This

2  will be the same information that the Debtor served to them

3  and provided notice of on August 12, 2013.  In addition to

4  this, we will obviously provide the Order as well.  If an LTD

5  employee does not object to the Debtor's proposed amount

6  within 30 days of the date of that Notice, the claims will be

7  allowed in the amount that the Debtors have proposed.  If an

8  LTD employee files a timely Objection, the Debtors will work

9  consensually in connection with the Committee to reach a

10  consensual resolution.  If no resolution can be made -- can

11  be reached, the Debtors will schedule a hearing on Notice

12  before this Court.  We obviously hope to avoid --

13              THE COURT:  Sure.

14              MR. OPOLSKY:  -- for that hearing.  We have no

15  knowledge that anyone will object to the Claims, and of the

16  remaining LTD employees, only one had filed a Proof of Claim

17  and that Proof of Claim set out an amount that was lower than

18  the amount the Debtors have proposed for that employee.

19              Your Honor, all of the severance claims that would

20  be allowed under the Order will be in full satisfaction of

21  any severance owing to these LTD employees and all other

22  severance filed by the LTD employees whose employment was

23  terminated on June 30th would, therefore, be disallowed.  Your

24  Honor, I'd be happy to answer any questions Your Honor may

25  have regarding the Motion but that's the completion of our

1   submissions on the substantive Motion.

2           THE COURT:  Thank you, Mr. Opolsky.  I think your

3   papers, as well as your excellent explanation this morning, a

4   description of what the Order provides and what steps have

5   been taken, certainly is more than sufficient.

6           MR. OPOLSKY:  Thank you, Your Honor.

7           THE COURT:  Thank you.  Does anyone else wish to

8   be heard?

9           MS. CORDO:  Ms. Jones is on the line in case she

10  wishes to be heard.

11          THE COURT:  All right.  Ms. Jones, do you wish to

12  be heard?  Good morning.

13          MS. JONES:  Good morning, Your Honor, this is Deb

14  Jones, and good morning to the ladies and gentlemen of the

15  Court.  I just want to -- I'm just very thankful to the

16  Court.  I want to express it on behalf of all the LTD for the

17  courtesies extended us across all the issues, including

18  severance, and I wish to express my gratitude to the very

19  courteous and professional assistance that I received from

20  Cleary as we tried to, you know, wrap up these severance

21  claims for the benefit of all of us.  Thank you all.

22          THE COURT:  Thank you, Ms. Jones.  Anyone else?

23          MR. MATZ:  Good morning, Your Honor, this is

24  Thomas Matz, of Milbank Tweed Hadley & McCloy, for the Ad Hoc

25  Group of Bondholders.

1                THE COURT:  Good morning.

2                MR. MATZ:  Good morning, sir.  And I want to say

3    first that it's good to see -- I guess I should say rather

4    hear your voice again.

5                THE COURT:  Thank you.

6                MR. MATZ:  Welcome back.  Your Honor, the

7    Bondholder Group has reviewed the materials and have no

8    objection to the revised Order as presented by the Debtors

9    this morning.

10               THE COURT:  Thank you so much.  I appreciate that.

11   And that I know has caused Ms. Beckerman to rise.

12               MS. BECKERMAN:  Yes.  Hi, Mr. Matz.  Thank you for

13   saying that.

14               MR. MATZ:  Good morning.

15               MS. BECKERMAN:  I wanted to put on the record that

16   the Committee, obviously, has no objection to the Form of

17   Order and also appreciates all the hard work of both Ms.

18   Jones and the Debtors in resolving this issue and allowing

19   people to have Claims that then they can potentially monetize

20   if they so wish.

21               THE COURT:  Thank you, Ms. Beckerman.  And I'm

22   going to also thank everyone for your efforts and for, in

23   effect, cleaning up, you know, my ruling and providing relief

24   to all LTD employees on severance issues.  I recognize it

25   took a tremendous effort and it certainly has been very

1    thoroughly addressed, all the issues, and I will be more than

2    pleased to sign the Order and I recognize that there is this

3    somewhat disparate treatment as far as the amount is

4    concerned for 26 of the employees.  I think that was the

5    number that we were using.

6              MR. OPOLSKY:  Yes, Your Honor.

7              THE COURT:  But, otherwise, this Order clearly

8    applies on all other matters to those 26, is that correct?

9              MR. OPOLSKY:  Yes, Your Honor.  The Order applies

10   to both the 26 and the 146.  There's -- the procedures that

11   we laid out in detail in our initial Motion certainly apply

12   to those 26 and we simply streamlined those procedures for

13   the 146 who have already given us their affirmative consent.

14             THE COURT:  Exactly.  And I will say that 85

15   percent of Claimants responding affirmatively is certainly an

16   extremely significant --

17             MR. OPOLSKY:  We're very pleased.

18             THE COURT:  -- number of people and is, to some

19   extent, I should say some evidence of the fairness and

20   equitable nature of what you've done and I thank you, Mr.

21   Opolsky.  I know it was a lot of work and I think you really

22   benefitted many people.  And I want to thank you, Ms. Jones,

23   for overseeing the matter from the LTD side and I will sign

24   the Order now.

25             MR. OPOLSKY:  Thank you, Your Honor.

1    THE COURT:  I guess I ought to sign the one --

2    MR. ROSSI:  Your Honor?

3    THE COURT:  Yes?

4    MR. ROSSI:  Your Honor, this is John Rossi.  Good

5  morning, sir.  I only have a quick question.  I don't know if

6  it pertains to anything.  I would just, for my own knowledge,

7  like to know how do I get reimbursed for all my Court calls

8  and things like that and my retainer to EG?

9    THE COURT:  Retainer to EG?

10    MS. CORDO:  Elliott Greenleaf Counsel.

11    MR. ROSSI:  I had retained EG --

12    THE COURT:  Oh.

13    MR. ROSSI:  -- back in the -- way back in the

14  beginning to get the 1102 Committee formed or whatever that

15  is.

16    THE COURT:  I think you would -- Mr. Rossi, I

17  think you would have to consult with the Elliott Greenleaf

18  firm as to what, if any, efforts they believe are appropriate

19  to make on your behalf.

20    MR. ROSSI:  Okay.  I was just curious of how I got

21  reimbursed because I understand that these lawyers are

22  getting paid to be in there and I'm not being paid to be on

23  the call.  I'm paying to be on the call.

24    THE COURT:  All right.  Well, we can certainly,

25  through Elliott Greenleaf I think, you know, address that

1 | issue.

2 |       MR. ROSSI:  Thank you very much, Your Honor.

3 |       THE COURT:  Do you agree, Mr. Opolsky, that --

4 |       MR. OPOLSKY:  I do, Your Honor.

5 |       THE COURT:  I don't think that there's anything

6 | for me to do at the moment but there has to be some sort of

7 | work with Counsel I think on this matter, Mr. Rossi, but I

8 | thank you.

9 |       MR. ROSSI:  Thank you very much, sir.

10 |       THE COURT:  All right.  I have signed the Order

11 | and, of course, the Exhibit will be filed under seal with

12 | the --

13 |       MR. OPOLSKY:  Very well.  Thank you, Your Honor.

14 | Your Honor, I would like to take an additional moment of your

15 | time to direct your attention to Agenda items two and

16 | three --

17 |       THE COURT:  Sure.

18 |       MR. OPOLSKY:  -- which are the Motions to Seal.

19 | We're happy to address both of them.  I know Deb Jones is on

20 | the line and we're happy to lead with our Motion and have her

21 | add anything subsequent should she feel it's necessary.  Both

22 | Motions are uncontested.

23 |       THE COURT:  Yes.

24 |       MR. OPOLSKY:  And they're consistent with previous

25 | relief we've obtained from this Court.

 1            THE COURT:  And certainly, this is, you know, very

 2   personal information and --

 3            MR. OPOLSKY:  We feel that it is.

 4            THE COURT:  Yes.  And I am in full agreement with

 5   the request to file these matters under seal and I will do

 6   so.

 7            MR. OPOLSKY:  Thank you, Your Honor.  Thank you.

 8            THE COURT:  I will enter those Orders.

 9            MS. CORDO:  That includes the Exhibit to the Order

10   that you're now signing?

11            THE COURT:  Yes.

12            MS. CORDO:  Okay.

13            THE COURT:  Yes.

14            MS. CORDO:  Thanks.

15            THE COURT:  And I think I have an Order in here do

16   I not?  Oh, you do have an Order?  I should have known Ms.

17   Cordo would have an Order.

18            MR. OPOLSKY:  I have the Order.  Your Honor, may I

19   approach?

20            THE COURT:  Please.  Thank you, Mr. Opolsky.  Well

21   done.  Okay.  Excellent.  Thank you.  Ms. Jones, I am

22   granting your Order as well.

23            MS. JONES:  Thank you, Your Honor.

24            THE COURT:  All right.  Ms. Schweitzer, good

25   morning.  Good to see you.

1         MS. SCHWEITZER:  Good to see you, Your Honor.

2  Welcome back.

3         THE COURT:  Thank you.

4         MS. SCHWEITZER:  I think we are done with the

5  employee-related matters.  I know that you got a little

6  flavor of what's going on in the litigation while you were

7  out but --

8         THE COURT:  A little bit.

9         MS. SCHWEITZER:  -- I take one moment not to deal

10  with any substantive disputes but just to remind Your Honor

11  where we are and what happened that you dealt with remotely

12  if you'd indulge me for a minute.

13         THE COURT:  Sure.

14         MS. SCHWEITZER:  First, we are very excited to see

15  you back in the Courtroom.

16         THE COURT:  Thank you.

17         MS. SCHWEITZER:  You're looking very well.  We do

18  appreciate you taking your time away last month to address

19  the one thing that came before you which was the extension of

20  the trial date.  Obviously, the parties have used their best

21  efforts to keep the process moving expeditiously.  But, in

22  light of the nature of the discovery and the pace of the

23  discovery, people determined that it was helpful to move the

24  trial date so we appreciate both your and Justice Morawetz's

25  efforts to attend to that quickly.  Where we are now in the

1    litigation process is the document productions are completed.

2    Some of the Estates put in document productions last week and

3    so they now should be completed by all core parties.

4    Depositions are scheduled to start on September 24th --

5                    THE COURT:  Yes.

6                    MS. SCHWEITZER:  -- and going through mid-

7    December.  And there -- we're working through obviously

8    various matters.  There's some certain joint issues among the

9    Estates, and given that non-Estate parties are appearing in

10   depositions, we're working through those.  We may come before

11   the Courts to resolve procedural issues around that.

12                   THE COURT:  You bet.

13                   MS. SCHWEITZER:  Either -- you know, but that's

14   separate and apart from today.  There's obviously the trial

15   logistics.  Your Honor had raised the issue before and

16   Justice Morawetz, people were in front of him last week and

17   he also said look, it's best for the core parties to talk;

18   come back with our ideas and report back to both of your

19   Courts and we'll do so.

20                   THE COURT:  Yes, and I understand that Mr. Abbott

21   has been in touch with the Clerk's Office to look into --

22   logistically, I was hoping it could be in this Courtroom but

23   I don't know -- and that we would use a separate Courtroom

24   for people who are, you know, more in an observer kind of

25   capacity.  But I'm sort of uncertain as to how many, you

1   know, Counsel there will be and all of the separate parties

2   whether we could make accommodations in this Courtroom.

3                 MS. SCHWEITZER:  That's helpful to know.

4                 MR. ABBOTT:  Yes, Your Honor.  I did speak briefly

5   with Mr. Byrd just to try to understand what otherwise might

6   be available.  It seemed to us as if having eight or ten

7   different Counsel tables would probably fill up --

8                 THE COURT:  It would fill up, yes.

9                 MR. ABBOTT:  -- even Judge Carey's Courtroom

10  probably.

11                THE COURT:  Sure.  Sure.

12                MR. ABBOTT:  So he, I know, was going to talk to

13  the Service Executive and try to --

14                THE COURT:  Oh, good.

15                MR. ABBOTT:  To try to understand a little bit

16  more about what parameters they might be able to accommodate

17  us with.  But I'm sure I'll catch back up with Mr. Byrd later

18  in the week.

19                THE COURT:  Excellent.  Okay.

20                MS. SCHWEITZER:  So --

21                THE COURT:  Do you see -- is this going to be like

22  a file cabinet case or is it going to be more everything on

23  computer, eliminating sort of all of that space need?

24                MR. ABBOTT:  Your Honor, I'm not sure the parties

25  have gotten quite to that level of discussion yet.

1          THE COURT:  Okay.

2          MR. ABBOTT:  I fear that it may be a combination

3  of both.

4          THE COURT:  Right.  Okay.

5          MR. ABBOTT:  The best and worst of both worlds.

6          MS. SCHWEITZER:  Right.

7          THE COURT:  You got it.  You bet.

8          MS. SCHWEITZER:  Exactly.  And we're obviously

9  working through all that with the parties.  You know, we're

10  in front of the issues in terms of no one's finished fact

11  discovery or expert discovery at this point but we're

12  obviously --

13          THE COURT:  Sure.  We have a long way to go before

14  we get to those kinds of details, I know, but --

15          MS. SCHWEITZER:  Right.  But it's not too early.

16          THE COURT:  No it's not.  And, for example, if we

17  could -- we may have a few of the benches.  I don't know.

18  We'll all be looking into what practicalities we can address.

19          MS. SCHWEITZER:  Yes.

20          THE COURT:  And resolve.

21          MS. SCHWEITZER:  Great.  No, that's perfect, and

22  we appreciate all your efforts and cooperation and good

23  ideas.

24          THE COURT:  Now, I know you've -- Justice Morawetz

25  and I have not spoken and I think he's unavailable this week

1   if I'm not mistaken.

2          MS. SCHWEITZER:  I think that's right.

3          THE COURT:  This week and maybe next, I'm not

4   sure.  Mr. Abbott?

5          MR. ABBOTT:  Just to mention, there was one thing

6   that Mr. Byrd mentioned as a possibility, which was

7   apparently that some of the space that's being vacated on the

8   third floor had a -- potentially could be opened up

9   completely that would give us --

10          THE COURT:  Right.

11          MR. ABBOTT:  -- significantly more space and would

12   accommodate the Court's security concerns if nothing else.

13          THE COURT:  Security concerns, yes, and --

14          MR. ABBOTT:  So that was at least one of the

15   possibilities on the table that he was going to check with

16   folks about.

17          THE COURT:  Okay.  All right.  Let's see what we

18   do.

19          MS. SCHWETIZER:  The District Court?

20          THE COURT:  The District -- I think I heard you

21   say the District Court?

22          MS. SCHWEITZER:  Yes.

23          THE COURT:  And, unfortunately, they all -- all

24   their Courtrooms are now being used.

25          MS. SCHWEITZER:  Yes.

1        MR. ABBOTT:  And they're not any --

2        THE COURT: And they're not any bigger.

3        MS. SCHWEITZER:  Right.

4        THE COURT:  No, they're not, which is unfortunate.

5   The Superior Court has a very large Courtroom, our State

6   Court.

7        MS. SCHWEITZER:  Right.

8        THE COURT:  But our Federal Court does not.

9   Federal Courts don't.

10        MS. SCHWEITZER:  Yes, okay.  Well, we will keep

11   working.  Way back when I was a young one, we did -- when I

12   was in bankruptcy.  We did it in the IRS building I think was

13   one of the first cross border hearings so.

14        THE COURT:  Well, if the Flyers aren't playing,

15   maybe we can use, you know, --

16        MS. SCHWEITZER:  There you go.

17        THE COURT:  -- the First Union Center or whatever

18   it's called now.

19        MS. SCHWEITZER:  The only hope we have with a

20   manageable trial is four walls so.

21        THE COURT:  That's right.  And timing-wise, as I

22   started to say, I haven't talked to Justice Morawetz, but

23   it's after March 31st I know.

24        MS. SCHWEITZER:  Right.

25        THE COURT:  And is the hope as soon after March

1  31st as possible or do you want a breathing spell and that

2  sort of thing?

3         MS. SCHWEITZER:  I don't think I'm prepared to

4  answer that on behalf of all the core parties.

5         THE COURT:  Understood.

6         MS. SCHWEITZER:  But I think that was one of the

7  things that people were also looking for guidance for Your

8  Honors from in terms of what you had in mind; if that was an

9  open question or if that was something that you both had

10  ideas in your heads so.

11         THE COURT:  I'm still flexible on that.

12         MS. SCHWEITZER:  Okay.

13         THE COURT:  I want to check with Justice Morawetz

14  and see then what he's doing.

15         MS. SCHWEITZER:  Okay.  That's helpful.

16  Obviously, too much of a breathing spell gets us into summer,

17  right?

18         THE COURT:  Oh, no.  That's right.

19         MS. SCHWEITZER:  And there's another Olympics I'm

20  sure about to happen somewhere.

21                    (Laughter)

22         MS. SCHWEITZER:  We have to respect the Olympics

23  at all moments we've learned.

24         THE COURT:  You bet.

25         MS. SCHWEITZER:  So -- but to the -- the only

1   other thing just was out there is to give you a heads-up

2   that, obviously, the parties have been working through

3   various discovery issues all along and have done our best to

4   do so cooperatively and, really, as you've seen --

5              THE COURT:  I haven't heard a peep.

6              MS. SCHWEITZER:  Yes, and you've seen the various

7   consensual things combined here and there.  There -- you will

8   hear a peep which is one of the things to tell you; is that

9   there are certain issues the U.S. Debtors have been unable to

10  consensually resolve with the EMEA Debtors regarding certain

11  discovery issues and witness issues.

12             THE COURT:  Okay.

13             MS. SCHWEITZER:  And so that we're planning on

14  putting in a letter in the next day or two, if not earlier,

15  but -- and that there's a Joint Hearing scheduled for

16  September 18th so that it's likely that we'll be requesting

17  that that be heard and, obviously, that there be an

18  opportunity to respond before that.  We haven't talked to the

19  EMEA Debtors about, you know, obviously finalizing the

20  letter, but we wanted to give you a heads-up so it wasn't a

21  surprise if we walk out of the Courtroom and you see

22  correspondence that there likely would be a call to ask to

23  have that joined to the Agenda for the 18th so --

24             THE COURT:  Okay.  All right.

25             MS. SCHWEITZER:  But we will -- we'll go through

1  it in substance when we get there but just wanted to let you

2  know that that was coming.

3              THE COURT:  That's great.  Let me just check real

4  quickly.  The 18th.

5              MS. SCHWEITZER:  I don't have the start time but I

6  believe that --

7              MR. ABBOTT:  Two hours, right?

8              MS. SCHWEITEZER:  Its two hours, the 18th --

9              MS. CORDO:  Two hours.

10             MS. SCHWEITZER:  Two hours are blocked.

11             THE COURT:  I have you down, if needed.

12             MS. SCHWEITZER:  Right.  There is --

13             THE COURT:  And is Justice Morawetz now available?

14  Is that it?

15             MS. SCHWEITZER:  I believe -- it's the 18th.  It's

16  confirmed now for Justice Morawetz, yes.

17             THE COURT:  He is available?

18             MS. SCHWEITZER:  Yes.

19             THE COURT:  And I have you down for 3 p.m. on the

20  18th.

21             MS. SCHWEITZER:  Yes.

22             THE COURT:  And a couple of hours so let me just

23  see because I know people would like to get on the train and

24  go back earlier if they can.  Here we go again.  The Judge

25  and his calendar.  Here.  I have a trial scheduled for 10 to

1   2 that day.  I don't know what the status is but if I -- I'll

2   find out and if I could move it to an earlier time, would

3   that be helpful to everyone?

4           MS. SCHWEITZER:  It would only be depending on

5   Justice Morawetz's availability.

6           THE COURT:  Understood.  Surely.

7           MS. SCHWEITZER:  But certainly --

8           THE COURT:  And I will check with him too.

9           MS. SCHWEITZER:  -- I'm sure everyone would be

10  happy for --

11          THE COURT:  Okay.  Are these common issues in both

12  forum?

13          MS. SCHWEITZER:  Our letter deals with issues that

14  are primarily related who is to say solely but primarily

15  related to certain Claims filed by the EMEA entities.  But

16  the other issues that are meant to be heard, the original

17  reason that it was blocked was for common issues, use of

18  depositions at trial, and --

19          THE COURT:  Right.

20          MS. SCHWEITZER:  -- the like.  And so the issues

21  that would be supplemental are more directly focused on

22  certain claim-related issues but, obviously, things bleed

23  over and there are overlapping issues on some of the matters

24  so.

25          THE COURT:  Good.  Okay.  So I should be getting a

1   letter maybe in the next few days?

2           MS. SCHWEITZER:  Yes, if not sooner.  We're being

3   conservative.

4           THE COURT:  And then they'll be responding?

5   They're okay --

6           MS. SCHWEITZER:  We'll obviously give them an

7   opportunity to respond so we --

8           THE COURT:  Sure.

9           MS. SCHWEITZER:  As we said, they're aware of all

10  the disputes.

11          THE COURT:  Fine.  Fine.

12          MS. SCHWEITZER:  So it's not -- none of the

13  disputes are surprising, unfortunately.

14          THE COURT:  All right.

15          MS. SCHWEITZER:  We do try to resolve them

16  consensually before we come to you so --

17          THE COURT:  No, you've been wonderful at that so

18  far.

19          MS. SCHWEITZER:  Thank you.

20          THE COURT:  I think it's been remarkably, as I

21  say, quiet on these issues and you've been proceeding I think

22  very admirably and a Judge has to expect with a matter of

23  this size and importance that the parties are going to need

24  rulings from time to time on things.

25          MS. SCHWEITZER:  We appreciate everything you've

1  done to be flexible on those points.

2            THE COURT:  All right.

3            MS. SCHWEITZER:  And it's nice to have you back.

4            THE COURT:  Thank you.

5            MS. SCHWEITZER:  So we will see you in another

6  week or two.

7            THE COURT:  That's right.

8            MS. SCHWEITZER:  Thank you.

9            THE COURT:  All right, everyone.  Thank you all

10  and we'll stand in recess.

11            MS. SCHWETIZER:  Thank you, Your Honor.

12            THE COURT:  Be well, everyone.  Bye-bye.

13

14       (Whereupon at 10:29 a.m., the hearing was adjourned)

15

16                      CERTIFICATION

17            I  certify  that  the  foregoing  is  a  correct

18  transcript  from  the  electronic  sound  recording  of  the

19  proceedings in the above-entitled matter.

20
21  _____        11 September 2013
22  Tammy Kelly, Transcriber                      Date
23  Diaz Data Services, LLC
24

| Word | Page:Line |
|---|---|

a.m(3) 1:15 4:1 31:14
abbott(24) 1:23 4:4 4:5 4:7 4:10 4:13 4:16 4:20 4:23 4:24 21:20 22:4 22:9 22:12 22:15 22:24 23:2 23:5 24:4 24:5 24:11 24:14 25:1 28:7
able(2) 9:19 22:16
about(3) 1:15 4:1 31:14
above-entitled(1) 31:19
accommodate(2) 22:16 24:12
accommodation(1) 22:2
accordance(1) 6:16
accounting(1) 9:11
across(1) 14:17
actually(2) 5:4 12:2
add(1) 18:21
added(1) 12:2
addition(2) 9:5 13:3
additional(2) 10:15 18:14
address(6) 6:3 6:6 17:25 18:19 20:18
addressed(1) 16:1
addresses(2) 12:8 12:9
adjourned(1) 31:14
administered(1) 1:6
admirably(1) 30:22
advisors(1) 10:20
affirmative(1) 7:9 11:7 16:13
affirmatively(3) 7:2 10:7 16:15
affirmed(1) 10:3
after(3) 12:5 25:23 25:25
again(5) 6:1 8:5 12:8 15:4 28:24
agenda(5) 4:14 5:20 6:3 18:15 27:23
agree(1) 18:3
agreed(8) 5:8 7:2 10:2 10:4 10:6 11:3 11:5 12:16
agreement(1) 19:4
aimed(1) 6:12
akin(1) 2:12
all(44) 4:10 4:23 5:16 5:22 7:24 8:4 8:8 8:13 10:2 11:9 12:19 12:25 13:19 13:21 14:11 14:16 14:17 14:21 14:21 15:17 15:24 16: 16:8 17:7 17:24 18:10 19:24 21:3 22:1 22:23 23:9 23:18 23:22 24:17 24:23 24:2 26:4 26:23 27:3 27:24 30:9 30:14 31:2 31:9 31:9
allen(1) 2:27
allow(3) 7:6 9:16 12:15
allowed(6) 9:8 9:25 10:12 10:13 13:7
allowing(1) 15:18
along(1) 27:3
already(2) 9:12 16:13
also(4) 15:17 15:22 21:17 26:7
amend(3) 6:4 6:10 6:21
america(2) 2:34 2:34
among(1) 21:8
amount(18) 6:13 7:3 7:10 7:25 8:9 9:3 9:5 11:8 11:14 11:15 11:16 12:16 13:1 13:5 13:7 13:17 13:18 16:3
amounts(3) 7:7 10:1 12:25

and(159) 4:4 4:7 4:16 4:21 5:17 5:17 6:4 6:6 6:16 6:12 6:13 6:18 6:18 6:20 6:21 6:22 6:22 6:24 6:25 6:25 7:12 7:13 7:15 7:19 7:24 8:3 8:8 8:10 8:24 8:25 9:6 9:7 9:10 9:12 9:13 9:14 9:18 9:19 9:21 10:2 10:11 10:12 10:14 10:16 10:23 11:1 11:3 11:4 11:5 11:17 12:10 12:16 12:17 12:22 13:1 13:3 13:15 13:17 13:21 14:4 14:14 14:14 14:18 14:19 15:2 15:7 15:11 15:17 15:18 15:18 15:21 15:22 15:23 15:25 16: 16:2 16:10 16:12 16:14 16:18 16:19 16:2 18:15 18:20 18:20 18:24 19:1 19:2 19:4 19:5 19:15 20:11 20:22 20:24 21:2 21:6 21:7 21:9 21:14 21:15 21:16 21:18 21:19 21:20 21:23 22:1 22:13 23:5 23:8 23:16 23:20 23:21 23:22 23:22 23:25 23:25 24: 24:11 24:13 24:23 24:25 25:1 25:2 25:25 26:1 26:14 26:19 27:3 27:4 27:6 27:7 27:11 27:13 27:15 27:17 27:21 28:13 28:19 28:22 28:23 28:25 29:2 29:8 29:18 29:20 29:23 30:4 30:21 30:22 30:23 31:3 31:10
ann(1) 1:24
annie(1) 5:1
another(2) 26:19 31:5
answer(2) 13:24 26:4
any(11) 6:24 7:4 7:17 9:15 12:25 13:21 13:24 17:18 20:10 25:1 25:2
anyone(3) 13:15 14:7 14:22
anything(3) 17:6 18:5 18:21
apart(1) 24:7
apparently(1) 24:7
appearances(2) 2:25 3:1
appearing(1) 21:9
appears(1) 10:14
applies(3) 12:19 16:8 16:9
apply(2) 12:21 16:11
appreciate(6) 5:18 15:10 20:18 20:24 23:22 30:25
appreciates(1) 15:17
approach(3) 5:12 11:23 19:19
appropriate(1) 17:18
approves(1) 6:22
approximately(3) 7:2 7:13 11:8
are(32) 4:13 7:8 9:23 10:3 10:17 10:18 10:20 10:21 11:6 11:19 17:18 17:21 18:1 18:22 20:4 20:11 20:14 20:25 21:1 21:4 21:9 21:24 24:24 27:9 28:10 29:11 29:14 29:16 29:21 29:23 30:13 30:23
aren't(1) 25:14
around(1) 21:11
arsht(1) 1:22 5:2
ask(1) 27:22
asked(1) 9:4
asm(1) 5:1
assistance(1) 14:19
attend(1) 20:25
attention(1) 18:15
august(6) 8:3 8:5 8:7 8:16 8:23 13:3
availability(1) 29:5
available(3) 22:6 28:13 28:17
avoid(1) 13:12
aware(2) 7:4 30:9
away(1) 20:18
back(12) 4:8 15:6 17:13 17:13 20:2 20:15 21:18 21:18 22:17 25:11 28:24 31:3
badtke-berkow(1) 2:28
bank(2) 2:34 2:34
bankruptcy(1) 1:1 1:19 25:12
basis(1) 7:15
because(3) 10:11 17:21 28:23
beckerman(5) 2:13 15:11 15:12 15:15
been(11) 4:18 8:21 10:12 14:5 15:25 21:21 27:2 27:9 30:17 30:20 30:21

before(11) 1:18 6:11 6:11 7:5 13:12 20:19 21:10 21:15 23:13 27:18 30:16
beginning(1) 17:14
behalf(7) 5:2 5:24 8:24 8:25 14:16 17:19 26:4
being(5) 10:11 17:22 24:7 24:24 30:2
believe(4) 10:24 17:18 28:6 28:15
benches(1) 23:17
benefit(1) 14:21
benefits(1) 9:17
benefit(1) 6:22
best(4) 20:20 21:17 23:5 27:3
bet(4) 6:8 21:12 23:7 26:24
between(1) 12:16
bigger(1) 25:3
bit(2) 20:8 22:15
bleed(1) 29:22
blocked(2) 28:10 29:17
bondholder(2) 3:8 15:7
bondholders(1) 14:25
border(1) 15:17
both(10) 15:17 16:10 18:19 18:21 20:24 21:18 23:3 23:5 29:9 29:11

breathing(2) 26:1 26:16
briefly(3) 7:18 9:2 22:4
bryant(1) 2:14
building(1) 25:12
bundle(1) 7:13
but(30) 10:18 12:22 13:25 16:7 18:6 18:7 20:7 20:10 20:21 21:13 21:22 21:25 22:1 23:11 23:14 23:15 25:8 25:22 26:6 26:25 27:15 27:20 27:25 28:1 28:5 29:1 29:7 29:14 29:15 29:22
bye-bye(1) 31:12
byrd(3) 22:5 22:17 24:6
cabinet(1) 22:22
calculations(4) 9:5 10:2 10:6 10:8
calendar(1) 28:25
call(4) 7:8 17:23 17:23 27:22
called(1) 25:18
calls(1) 17:7
came(1) 20:19
can(9) 5:5 5:6 13:10 13:10 15:19 17:24 23:18 25:15 28:24
cannot(1) 10:19
capacity(1) 21:25
capital(3) 2:51 3:4 5:6
carey's(1) 22:9
carras(1) 2:52
case(3) 1:5 14:9 22:22
catch(1) 22:17
caused(1) 15:11
cede(1) 4:22
center(1) 25:17
certain(5) 21:8 27:9 27:10 29:15 29:22
certainly(13) 5:13 5:18 10:21 11:10 11:24 11:25 14:5 15:25 16:11 16:15 17:24 19:1 29:7
certification(1) 31:16
certify(1) 31:17
change(1) 12:1
chapter(1) 1:8
check(4) 24:15 26:13 28:3 29:8
chris(1) 2:6
chung(1) 2:35
cindy(1) 2:39
claim(12) 4:21 5:5 5:8 8:9 10:1 11:8 11:14 12:15 12:25 13:1 13:16 13:17

claim-related(1) 29:22
claimant(1) 5:6
claimants(2) 10:15 16:15

claims(20) 5:17 6:14 6:17 7:3 7:7 7:10 7:14 7:25 7:25 9:4 9:8 10:13 11:18 11:19 13:6 13:15 13:19 14:21 15:21 15:19 29:15
clarify(2) 6:4 6:10
cleaning(1) 15:23
clearly(1) 16:7
cleary(3) 1:29 5:24 14:20
clerk(1) 4:2
clerk's(1) 21:21
combination(1) 23:2
combined(1) 27:7
come(3) 21:10 21:18 30:16
comfort(1) 10:19
coming(1) 28:2
committee(6) 2:5 2:12 2:38 13:9 15:16 17:14
common(2) 29:11 29:17
compared(2) 4:17 11:17
completed(2) 21:1 21:3
completely(1) 24:9
completion(1) 13:25
computer(1) 22:23
concern(1) 10:15
concerned(1) 16:4
concerns(3) 6:24 24:12 24:13
conclusion(1) 10:17
confirm(1) 9:4
confirmed(2) 11:1 28:16
connection(1) 13:9
consensual(2) 13:10 27:7
consensually(3) 13:9 27:10 30:16
consensus(1) 9:7
consent(4) 7:9 10:7 11:7 16:13
consenting(6) 7:8 10:15 11:22 12:3 12:9 12:14
conservative(1) 30:3
consistent(1) 18:24
consult(1) 17:17
continued(2) 2:2 3:2
contrasted(1) 11:17
conversations(1) 10:5
cooperation(1) 23:22
cooperatively(1) 27:4
cordo(16) 1:24 4:21 4:25 5:1 5:2 5:11 5:14 5:15 5:19 14:9 17:10 19:9 19:12 19:14 19:17 28:9
core(3) 21:3 21:17 26:4
correct(3) 10:3 16:8 31:17
correspondence(1) 27:22
could(5) 21:22 22:2 23:17 24:8 29:2
counsel(4) 17:10 18:7 22:1 22:7
counsel's(1) 5:18
couple(2) 4:14 28:22
course(1) 18:11
court(135) 1:1 4:3 4:6 4:9 4:12 4:15 4:19 4:23 4:25 5:10 5:13 5:16 5:22 6:1 6:5 6:8 6:15 7:11 7:16 7:21 8:6 8:12 8:15 8:18 8:20 9:24 10:22 11:9 11:24 12:4 12:7 12:13 13:12 13:13 14:2 14:7 14:11 14:15 14:16 14:22 15:1 15:5 15:10 15:21 16:7 16:14 16:18 17:1 17:3 17:7 17:9 17:12 17:16 17:24 18:3 18:16 18:10 18:17 18:23 18:25 19:1 19:4 19:8 19:11 19:13 19:15 19:20 19:24 20:3 20:8 20:13 20:16 21:5 21:12 21:20 22:8 22:11 22:14 22:19 22:21 23:1 23:4 23:7 23:13 23:16 23:20 23:24 24:3 24:10 24:13 24:17 24:19 24:20 24:21 24:23 25:2 25:4 25:5 25:6 25:8 25:8 25:14 25:17 25:21 25:25 26:5 26:11 26:13 26:18 26:24 27:5 27:12 27:24 28:3 28:11 28:13 28:17 28:19 28:22 29:6 29:8 29:11 29:19 29:25 30:4 30:8 30:11 30:14 30:17 30:20 31:2 31:4 31:7 31:9 31:12
courteous(1) 14:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **courtesies**(1) 14:17 | | **efforts**(6) 5:18 15:22 17:18 20:21 20:25 23:22 | | **fine**(2) 30:11 30:11 | | **happily**(2) 4:16 7:1 | |
| **courtroom**(8) 1:10 20:15 21:22 21:23 22:2 22:9 25:5 27:21 | | **eight**(1) 22:6 | | **finger**(1) 2:5 | | **happy**(4) 13:24 18:19 18:20 29:10 | |
| **courtrooms**(1) 24:24 | | **either**(1) 21:13 | | **finished**(2) 12:6 23:10 | | **hard**(1) 15:17 | |
| **courts**(3) 21:11 21:19 25:9 | | **elected**(1) 6:19 | | **firm**(1) 17:9 | | **harrisburg**(1) 1:40 | |
| **court's**(2) 24:12 | | **electronic**(2) 1:44 31:18 | | **first**(8) 4:20 6:3 12:21 12:23 15:3 20:14 25:13 25:17 | | **has**(13) 5:6 7:1 10:12 11:4 11:5 15:7 15:11 15:16 15:25 18:6 21:21 25:5 30:22 | |
| **creating**(1) 6:12 | | **element**(2) 12:22 12:23 | | **firstly**(3) 7:6 9:3 9:25 | | **hauer**(1) 2:12 | |
| **creditors'**(1) 2:4 | | **eliminating**(1) 22:23 | | **flavor**(1) 20:6 | | **have**(53) 4:17 5:5 5:7 5:11 6:23 6:24 7:9 7:12 9:7 9:20 10:2 10:3 10:7 10:17 11:3 11:7 11:13 11:15 11:16 13:1 13:7 13:14 13:18 13:25 14:4 15:7 15:19 16:13 17:5 17:17 18:10 18:20 19:15 19:16 19:16 19:17 19:18 20:20 22:25 23:13 23:17 23:25 25:19 26:22 27:2 27:3 27:9 27:23 28:5 28:11 28:19 28:25 31:3 | |
| **cross**(1) 25:13 | | **elliott**(3) 17:10 17:17 17:25 | | **flexible**(2) 26:11 31:1 | | | |
| **curious**(1) 17:20 | | **else**(3) 14:7 14:22 24:12 | | **floor**(2) 12:5 24:8 | | | |
| **currently**(2) 10:14 10:17 | | **emea**(3) 27:10 27:19 29:15 | | **flyers**(1) 25:14 | | | |
| **daniel**(1) 2:30 | | **employee**(9) 8:3 8:24 10:5 10:6 12:3 12:16 13:5 13:8 13:18 | | **focused**(1) 29:21 | | | |
| **data**(2) 1:38 31:23 | | | | **folks**(1) 24:16 | | | |
| **date**(4) 13:6 20:20 20:24 31:22 | | **employee-related**(1) 20:5 | | **for**(44) 1:12 1:22 2:4 2:12 2:18 2:27 2:34 2:38 2:43 2:51 3:4 3:8 5:19 7:3 7:7 9:2 11:13 13:14 13:18 14:16 14:21 14:23 15:12 15:22 15:22 16:4 16:12 16:23 17:6 17:7 18:6 20:22 21:17 21:24 23:16 26:7 26:7 27:15 27:23 28:16 28:19 28:25 29:10 29:17 | | **haven't**(3) 25:22 27:5 27:18 | |
| **day**(2) 27:14 29:1 | | **employees**(35) 6:17 6:24 7:1 7:8 7:9 7:13 7:24 8:2 8:8 8:10 8:25 9:7 9:16 9:19 10:4 10:7 10:19 11:2 11:7 11:9 11:11 11:14 11:15 12:9 12:10 12:15 12:19 12:22 12:24 13:16 13:21 13:22 15:24 16:4 | | | | **having**(2) 7:2 22:6 | |
| **days**(2) 13:6 30:1 | | | | | | **head**(1) 2:43 | |
| **deal**(1) 20:9 | | **employer**(1) 10:16 | | **foregoing**(1) 31:17 | | **heads**(1) 26:10 | |
| **dealing**(1) 6:19 | | **employment**(1) 13:22 | | **form**(2) 5:11 15:16 | | **heads-up**(2) 27:1 27:20 | |
| **deals**(1) 29:13 | | **entities**(1) 29:15 | | **formed**(1) 17:14 | | **hear**(2) 15:4 27:8 | |
| **dealt**(1) 20:11 | | **enter**(1) 19:8 | | **former**(1) 6:17 | | **heard**(7) 14:8 14:10 14:12 14:20 27:5 27:17 29:16 | |
| **deb**(2) 14:13 18:19 | | **equal**(1) 11:14 | | **fortunately**(2) 9:20 10:24 | | | |
| **deborah**(3) 2:47 8:16 8:24 | | **equitable**(1) 16:20 | | **forum**(1) 29:12 | | **hearing**(6) 6:11 13:11 13:14 27:15 31:14 | |
| **debtor**(3) 9:10 12:16 13:2 | | **ernst**(1) 2:27 | | **four**(2) 6:3 25:20 | | **hearings**(1) 25:13 | |
| **debtors**(27) 1:12 1:22 5:3 5:7 5:25 7:3 7:12 7:25 8:9 9:7 10:9 10:17 10:21 10:24 11:1 11:3 11:14 12:23 13:7 13:8 13:11 13:18 15:8 15:18 27:9 27:10 27:19 | | **error**(1) 11:3 | | **from**(8) 12:9 14:19 16:23 18:25 21:14 26:8 30:24 31:18 | | **helpful**(4) 20:23 22:3 26:15 29:3 | |
| | | **esq**(8) 1:23 1:24 1:30 1:31 2:6 2:13 2:19 3:10 | | | | **her**(3) 4:22 8:24 18:20 | |
| **debtors'**(2) 11:8 13:1 | | | | **front**(2) 21:16 23:10 | | **here**(4) 19:15 27:7 28:24 28:25 | |
| **debtor's**(7) 5:20 9:5 10:2 10:6 10:8 10:20 13:5 | | **estates**(2) 21:2 21:9 | | **full**(2) 13:20 19:4 | | **he's**(2) 23:25 26:14 | |
| | | **esther**(1) 2:35 | | **fund**(1) 10:11 | | **him**(2) 21:16 29:8 | |
| **december**(1) 21:7 | | **even**(1) 22:9 | | **further**(2) 5:7 10:1 | | **his**(1) 28:25 | |
| **delano**(1) 2:39 | | **everyone**(7) 4:3 4:12 15:22 29:3 29:9 31:9 31:12 | | **future**(2) 10:13 10:14 | | **hoc**(3) 23:8 3:8 14:24 | |
| **delaware**(3) 1:2 1:12 4:1 | | | | **general**(2) 6:14 10:13 | | **holmstead**(1) 2:52 | |
| **department**(1) 2:18 | | **everything**(2) 22:22 30:25 | | **gentlemen**(1) 14:14 | | **honor**(40) 4:5 4:7 4:13 4:20 5:1 5:19 6:11 7:6 7:18 9:2 9:22 11:6 11:21 12:1 12:18 13:19 13:24 13:24 14:6 14:13 14:23 15:6 16:6 16:9 16:25 17:2 17:4 18:2 18:4 18:13 18:14 19:7 19:18 19:23 20:1 20:10 21:15 22:4 22:24 31:11 | |
| **depending**(1) 29:4 | | **evidence**(1) 16:19 | | **get**(5) 17:7 17:14 24:20 28:1 28:23 | | | |
| **depositions**(3) 21:4 21:10 29:18 | | **exactly**(2) 16:14 23:8 | | **gets**(1) 26:16 | | | |
| **derek**(1) 1:23 | | **example**(1) 23:16 | | **getting**(2) 17:22 29:25 | | | |
| **description**(1) 14:4 | | **excellent**(3) 12:4 14:3 19:21 22:19 | | **ginger**(1) 1:36 | | | |
| **detail**(1) 16:11 | | **excited**(1) 20:14 | | **give**(4) 24:9 27:1 27:20 30:6 | | **honorable**(1) 1:18 | |
| **details**(1) 23:14 | | **executive**(1) 22:13 | | **given**(3) 7:9 16:13 21:9 | | **honors**(1) 26:8 | |
| **determine**(1) 6:13 | | **exhibit**(7) 7:23 8:8 11:17 12:2 12:17 18:11 19:9 | | **glad**(1) 4:10 | | **honor's**(1) 12:10 | |
| **determined**(1) 20:23 | | | | **going**(8) 15:22 20:6 21:6 22:12 22:21 22:22 24:15 30:23 | | **hope**(3) 13:12 25:19 25:25 | |
| **developments**(1) 7:19 | | **expect**(1) 30:22 | | | | **hoping**(1) 21:22 | |
| **diaz**(2) 1:38 31:23 | | **expeditiously**(1) 20:21 | | | | **hours**(5) 28:7 28:8 28:9 28:10 28:22 | |
| **did**(4) 11:11 22:4 25:11 25:12 | | **expert**(1) 23:11 | | **good**(22) 4:3 4:5 4:5 5:1 5:22 5:23 6:1 14:12 14:13 14:14 14:23 15:1 15:2 15:3 15:14 17:4 19:24 19:25 20:1 22:14 23:22 29:25 | | **how**(5) 5:17 17:7 17:20 21:25 | |
| **different**(2) 12:12 22:7 | | **explanation**(1) 14:3 | | | | **ideas**(3) 21:18 23:23 26:10 | |
| **direct**(1) 18:15 | | **explicitly**(1) 9:11 | | | | **importance**(1) 30:23 | |
| **directly**(1) 29:21 | | **express**(2) 14:16 14:18 | | **got**(3) 17:20 20:5 23:7 | | **inc**(1) 1:7 | |
| **disallowed**(1) 13:23 | | **extended**(1) 14:17 | | **gotten**(1) 22:25 | | **included**(1) 5:9 | |
| **discovery**(6) 20:22 20:23 23:11 23:11 27:3 27:11 | | **extension**(1) 20:19 | | **gottlieb**(2) 1:29 5:24 | | **includes**(2) 7:23 19:9 | |
| | | **extent**(1) 16:19 | | **granting**(1) 19:22 | | **including**(1) 14:17 | |
| **discussion**(3) 9:21 10:1 22:25 | | **extremely**(1) 16:16 | | **gratitude**(1) 14:18 | | **indeed**(1) 11:16 | |
| **disparate**(1) 16:3 | | **fact**(1) 13:10 | | **great**(3) 6:9 23:21 28:3 | | **indulge**(1) 20:12 | |
| **disputed**(3) 8:11 11:18 11:19 | | **fair**(1) 6:12 | | **greater**(2) 8:9 11:15 | | **indulgence**(1) 12:11 | |
| **disputes**(3) 20:10 30:10 30:13 | | **fairness**(1) 16:19 | | **greatly**(1) 4:17 | | **information**(6) 8:4 9:11 10:10 12:25 13:2 19:2 | |
| **district**(4) 1:2 24:19 24:20 24:21 | | **far**(2) 16:3 30:18 | | **greenleaf**(3) 17:10 17:17 17:25 | | | |
| **document**(2) 21:1 21:2 | | **farallon**(1) 3:4 | | **gross**(3) 1:18 5:23 11:8 | | | |
| **documentation**(1) 5:7 | | **fear**(1) 23:2 | | **group**(4) 3:8 7:7 14:25 15:7 | | **initial**(1) 16:11 | |
| **does**(3) 13:5 14:7 25:8 | | **federal**(2) 25:8 25:9 | | **guess**(2) 15:3 17:1 | | **initially**(1) 10:3 | |
| **doing**(1) 26:14 | | **feel**(2) 18:21 19:3 | | **guidance**(1) 26:7 | | **interested**(2) 2:51 3:4 | |
| **done**(5) 16:20 19:21 20:4 27:3 31:1 | | **feld**(1) 2:12 | | **gump**(1) 2:12 | | **into**(4) 6:19 21:21 23:18 26:16 | |
| **don't**(8) 17:5 18:5 21:23 23:17 25:9 26:3 28:5 29:1 | | **few**(2) 23:17 30:1 | | **guyder**(1) 2:30 | | **involved**(1) 5:17 | |
| | | **fica**(2) 10:16 10:18 | | **had**(12) 6:24 8:8 9:4 9:10 10:15 12:5 13:16 17:11 21:15 24:8 26:8 26:9 | | **irs**(2) 9:12 25:12 | |
| **down**(2) 28:11 28:19 | | **file**(5) 7:23 8:4 12:24 19:5 22:22 | | | | **issue**(4) 10:25 15:18 18:1 21:15 | |
| **draft**(1) 11:5 | | **filed**(11) 5:4 6:20 7:19 7:22 8:24 11:13 11:17 13:16 13:22 18:11 29:15 | | **hadley**(3) 2:38 3:8 14:24 | | **issues**(22) 8:14 9:1 9:21 9:23 14:17 15:24 16:1 21:8 21:11 23:10 27:3 27:9 27:11 27:11 29:11 29:13 29:16 29:17 29:20 29:22 29:23 30:21 | |
| **due**(1) 10:21 | | | | **hamilton**(2) 1:29 5:24 | | | |
| **each**(5) 8:3 9:22 11:1 11:3 11:13 | | | | **hand**(2) 5:6 11:21 | | | |
| **early**(1) 23:15 | | **files**(1) 13:8 | | **handed**(1) 12:18 | | | |
| **ecro**(1) 1:36 | | **fill**(2) 22:7 22:8 | | **handle**(1) 4:21 | | **item**(3) 5:3 6:3 6:6 | |
| **effect**(1) 15:23 | | **finalizing**(1) 27:19 | | **handling**(1) 5:21 | | **items**(2) 5:20 18:15 | |
| **efficient**(2) 6:7 7:15 | | **finally**(2) 9:13 10:23 | | **happen**(1) 26:20 | | **its**(2) 11:5 28:8 | |
| **effort**(1) 15:25 | | **find**(1) 29:2 | | **happened**(1) 20:11 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **it's**(14) 11:9 15:3 18:21 21:17 23:15 23:16 25:18 25:23 27:16 28:15 28:15 30:12 30:20 31:3 | | **linn**(1) 3:5 | | **necessary**(1) 18:21 | | **ought**(1) 17:1 | |
| | | **lion**(1) 2:51 | | **need**(2) 22:23 30:23 | | **our**(14) 5:3 6:21 7:4 7:19 9:23 11:4 13:25 16:11 18:20 21:18 25:5 25:8 27:3 29:13 | |
| | | **lisa**(2) 1:31 2:13 | | **needed**(1) 28:11 | | | |
| **i'd**(4) 7:18 9:22 11:21 13:24 | | **listed**(4) 8:8 8:10 11:19 12:17 | | **networks**(1) 1:7 | | **out**(15) 6:13 6:23 7:14 8:8 9:11 9:15 9:23 10:19 12:25 13:17 16:11 20:7 27:1 27:21 29:2 | |
| **i'll**(5) 4:22 9:1 14:21 27:1 29:1 | | **litigation**(2) 20:6 21:1 | | **new**(2) 1:33 2:15 | | | |
| **i'm**(16) 8:18 8:19 8:22 14:15 15:21 17:22 17:23 21:25 22:17 22:24 24:1 24:3 26:3 26:11 26:19 29:9 | | **little**(3) 20:5 20:8 22:15 | | **next**(3) 24:3 27:14 30:1 | | | |
| | | **llc**(2) 1:38 31:23 | | **nice**(3) 5:14 5:15 31:3 | | **over**(2) 5:21 29:23 | |
| | | **llp**(3) 1:22 2:27 3:9 | | **nichols**(2) 1:22 5:2 | | **overlapping**(1) 29:23 | |
| | | **lockbox**(1) 2:21 | | **non**(1) 10:24 | | **overseeing**(1) 16:23 | |
| **janette**(1) 2:43 | | **logistically**(1) 21:15 | | **non-estate**(1) 21:9 | | **overy**(1) 2:27 | |
| **jeremy**(2) 1:30 5:23 | | **logistics**(1) 21:15 | | **none**(3) 11:12 11:18 30:12 | | **owing**(2) 10:18 13:21 | |
| **john**(1) 17:4 | | **long**(1) 33:13 | | **nortel**(1) 1:7 | | **own**(1) 17:6 | |
| **join**(1) 11:12 | | **look**(2) 21:17 21:21 | | **north**(1) 1:25 | | **p.m**(1) 28:19 | |
| **joinder**(9) 6:20 6:25 8:25 9:4 9:6 9:10 9:14 9:18 11:12 | | **looking**(4) 4:10 20:17 23:18 26:7 | | **not**(22) 6:18 7:4 10:17 11:12 11:19 13:5 17:22 19:16 20:9 22:24 23:15 23:16 23:25 24:1 24:3 25:1 25:2 25:4 25:8 27:14 30:2 30:12 | | **pace**(1) 20:22 | |
| | | **lot**(1) 16:21 | | | | **package**(1) 12:18 | |
| | | **lower**(1) 13:17 | | | | **packages**(1) 9:16 | |
| **joined**(1) 27:23 | | **ltd**(41) 6:17 6:23 7:1 7:8 7:8 7:13 7:24 8:3 8:10 8:24 8:25 9:7 9:16 9:19 10:1 10:4 10:6 10:7 10:15 10:19 11:2 11:7 11:9 11:11 11:22 12:3 12:9 12:10 12:14 12:16 12:19 12:20 12:24 13:4 13:8 13:16 13:21 13:22 14:16 15:24 16:23 | | **nothing**(1) 24:12 | | **paid**(4) 10:12 10:14 17:22 17:22 | |
| **joint**(2) 21:8 27:15 | | | | **notice**(4) 12:24 13:3 13:6 13:11 | | **papers**(1) 14:3 | |
| **jointly**(1) 1:6 | | | | **noticed**(1) 8:20 | | **parameters**(2) 22:16 | |
| **jonathan**(1) 2:28 | | | | **notices**(2) 8:3 8:5 | | **park**(1) 2:14 | |
| **jones**(17) 2:47 8:17 8:24 9:21 10:1 10:3 11:4 14:9 14:11 14:13 14:14 14:22 15:18 16:22 18:19 19:21 19:23 | | | | **now**(10) 11:6 16:24 19:10 20:25 21:3 23:24 24:24 25:18 28:13 28:16 | | **parties**(10) 20:20 21:3 21:9 21:17 22:1 22:24 23:9 26:4 27:2 30:23 | |
| | | **mace**(1) 1:36 | | | | **partners**(1) 2:51 | |
| | | **made**(3) 8:2 12:2 13:10 | | | | **party**(2) 2:51 3:4 | |
| **judge**(6) 1:18 1:19 5:23 22:9 28:24 30:22 | | **majority**(1) 11:9 | | **nullity**(2) 9:19 11:4 | | **pay**(1) 10:21 | |
| **july**(3) 7:19 7:22 11:17 | | **make**(2) 17:19 22:2 | | **number**(4) 5:3 16:3 16:5 16:18 | | **paying**(1) 17:23 | |
| **june**(2) 6:18 13:23 | | **manageable**(1) 15:20 | | **object**(2) 13:5 13:15 | | **payments**(2) 8:1 10:18 | |
| **just**(15) 4:13 4:20 5:5 8:20 14:15 14:15 17:6 17:20 20:10 22:5 24:5 27:1 28:1 28:3 28:22 | | **management**(1) 3:4 | | **objection**(18) 4:21 5:4 5:8 5:9 6:20 6:25 9:1 9:1 9:4 9:6 9:10 9:14 9:17 9:18 11:11 13:8 15:8 15:16 | | **peep**(2) 27:5 27:8 | |
| | | **many**(2) 16:22 21:25 | | | | **pennsylvania**(1) 1:40 | |
| | | **march**(2) 25:23 25:25 | | | | **pension**(1) 9:17 | |
| | | **mark**(1) 2:19 | | | | **people**(8) 15:19 16:18 16:22 20:23 21:16 21:24 26:7 28:23 | |
| **justice**(9) 2:18 20:24 21:16 23:24 25:22 26:13 28:13 28:16 29:5 | | **market**(2) 1:11 1:25 | | **objections**(2) 7:4 11:13 | | | |
| | | **materials**(1) 15:7 | | **obligation**(1) 10:16 | | | |
| | | **matter**(5) 4:20 16:23 18:7 30:22 31:19 | | **observer**(1) 21:24 | | **per**(2) 2:43 2:47 | |
| **keep**(2) 20:21 25:10 | | **matters**(6) 4:14 16:8 19:5 20:5 21:8 29:23 | | **obtained**(1) 18:25 | | **percent**(3) 7:2 11:9 16:15 | |
| **kelly**(1) 31:22 | | **matz**(7) 3:10 14:23 14:24 15:2 15:6 15:12 15:14 | | **obviously**(15) 4:11 13:4 13:12 15:16 20:20 21:7 21:14 23:8 23:12 26:16 27:2 27:17 27:19 29:22 30:6 | | **perfect**(1) 23:21 | |
| **kenney**(1) 2:19 | | | | | | **permission**(1) 6:2 | |
| **kevin**(1) 1:18 | | | | | | **persona**(1) 2:43 | |
| **kind**(1) 21:24 | | **may**(10) 5:5 5:12 6:24 11:23 11:24 13:24 19:18 21:10 23:2 23:17 | | **office**(1) 21:21 | | **personal**(1) 19:2 | |
| **kinds**(1) 23:14 | | | | **official**(1) 2:4 | | **pertains**(1) 17:6 | |
| **king**(2) 2:8 2:20 | | | | **okay**(19) 8:15 9:24 10:22 12:7 17:20 19:12 19:21 22:19 23:1 23:4 24:17 25:10 26:12 26:15 27:12 27:24 29:11 29:25 30:5 | | **planning**(1) 27:13 | |
| **know**(27) 5:17 14:20 15:11 15:23 16:21 17:5 17:17 17:25 18:19 19:1 20:5 21:13 21:23 21:24 22:1 22:3 22:12 23:9 23:14 23:17 23:24 25:15 25:23 27:19 28:2 28:21 29:1 | | **maybe**(3) 24:3 25:15 30:1 | | | | **playing**(1) 25:14 | |
| | | **mccloy**(3) 2:38 3:8 14:24 | | | | **plaza**(1) 1:32 | |
| | | **means**(1) 11:18 | | | | **please**(6) 4:2 4:4 7:21 8:21 12:13 19:20 | |
| | | **meant**(1) 29:16 | | **olympics**(2) 26:19 26:22 | | **pleased**(3) 5:16 16:2 16:17 | |
| **knowledge**(2) 13:15 17:6 | | **mention**(1) 24:5 | | **omnibus**(2) 4:21 5:4 5:9 | | **podium**(2) 4:22 5:21 | |
| **known**(1) 19:16 | | **mentioned**(2) 6:10 24:6 | | **one**(18) 1:32 2:7 2:14 4:16 5:3 5:5 10:25 12:1 13:16 17:1 20:9 20:19 24:5 24:14 25:11 25:13 26:6 27:8 | | **point**(1) 23:11 | |
| **ladies**(1) 14:14 | | **michael**(1) 3:5 | | | | **points**(1) 31:1 | |
| **laid**(2) 9:23 16:11 | | **mid**(1) 21:6 | | | | **possibilities**(1) 24:15 | |
| **large**(2) 7:6 25:5 | | **might**(3) 4:17 22:5 22:16 | | | | **possibility**(1) 24:6 | |
| **largely**(1) 6:22 | | **milbank**(3) 2:38 3:8 14:24 | | **one's**(1) 23:10 | | **possible**(1) 26:1 | |
| **last**(4) 6:11 20:18 21:2 21:16 | | **mind**(1) 26:8 | | **only**(7) 6:21 10:25 13:16 17:5 25:19 26:25 29:4 | | **potentially**(3) 9:17 15:19 24:8 | |
| **late**(1) 11:1 | | **minute**(1) 20:12 | | | | **ppearances**(2) 1:21 2:1 | |
| **later**(1) 22:17 | | **mistaken**(1) 24:1 | | **open**(1) 26:9 | | **practicalities**(1) 23:18 | |
| **laughter**(1) 26:21 | | **moment**(5) 11:21 12:11 18:6 18:14 20:9 | | **opened**(1) 24:8 | | **preliminary**(1) 7:17 | |
| **lawyers**(1) 17:21 | | **moments**(1) 26:23 | | **opinion**(2) 6:16 10:20 | | **prepared**(1) 26:3 | |
| **layton**(1) 2:5 | | **monetize**(1) 15:19 | | **opolsky**(43) 1:30 5:21 5:23 5:24 6:2 6:6 6:9 6:16 7:12 7:17 7:21 7:22 8:7 8:13 8:16 8:18 8:19 8:23 9:23 10:23 11:11 11:24 12:1 12:5 12:8 12:14 13:14 14:2 14:6 16:6 16:9 16:17 16:21 16:25 18:3 18:4 18:13 18:18 18:24 19:3 19:7 19:18 19:20 | | **presented**(1) 15:8 | |
| **lead**(1) 18:20 | | **month**(1) 20:18 | | | | **previous**(1) 18:24 | |
| **learned**(1) 26:23 | | **morawetz**(6) 21:16 23:24 25:22 26:13 28:13 28:16 | | | | **primarily**(2) 29:14 29:14 | |
| **least**(1) 24:14 | | | | | | **pro**(4) 2:43 2:44 2:47 2:48 | |
| **leaves**(1) 11:11 | | | | | | **probably**(2) 22:7 22:10 | |
| **led**(1) 7:1 | | **morawetz's**(2) 20:24 29:5 | | | | **procedural**(1) 21:11 | |
| **let**(3) 28:1 28:3 28:22 | | **more**(8) 5:5 14:5 16:1 21:24 22:16 22:22 24:11 29:22 | | **opportunity**(2) 27:18 30:7 | | **procedure**(2) 7:14 12:23 | |
| **let's**(1) 24:17 | | | | **opt**(1) 9:17 | | **procedures**(5) 12:22 12:21 12:22 16:10 | |
| **letter**(4) 27:14 27:20 29:13 30:1 | | | | **order**(29) 5:6 5:11 7:5 7:14 7:20 10:20 11:5 11:22 12:2 12:22 12:25 12:17 12:21 13:4 13:20 14:4 15:8 15:17 16:2 16:7 16:9 16:24 18:10 19:9 19:15 19:16 19:17 19:18 19:22 | | **proceed**(1) 8:21 | |
| **level**(1) 22:25 | | **morning**(17) 4:3 4:5 4:25 5:1 5:22 5:23 14:3 14:12 14:13 14:14 14:23 15:1 15:2 15:9 15:14 17:5 19:25 | | | | **proceeding**(1) 30:21 | |
| **liberty**(1) 1:32 | | | | | | **proceedings**(3) 1:17 1:44 31:19 | |
| **light**(1) 20:22 | | | | | | **process**(3) 6:13 20:21 21:1 | |
| **like**(10) 6:2 7:18 9:22 11:21 11:17 17:8 18:14 22:21 28:23 29:20 | | **morris**(2) 1:22 5:2 | | **orders**(1) 19:8 | | **processes**(1) 6:23 | |
| | | **motion**(14) 6:4 6:7 6:9 6:11 6:21 6:21 7:19 7:22 7:23 11:13 13:25 14:1 16:11 18:20 | | **original**(1) 29:16 | | **produced**(1) 1:45 | |
| **likely**(2) 27:16 27:22 | | | | **other**(7) 6:24 7:4 8:25 13:21 16:8 27:1 29:16 | | **productions**(2) 21:1 21:2 | |
| **limited**(10) 6:20 6:25 8:25 9:1 9:4 9:6 9:10 9:14 9:18 11:12 | | **motions**(3) 7:4 18:18 18:22 | | | | **professional**(1) 14:19 | |
| | | **move**(2) 20:23 29:2 | | | | **prompt**(1) 7:15 | |
| | | **moving**(1) 20:21 | | | | **promptly**(1) 9:8 | |
| **line**(2) 14:9 18:20 | | **much**(6) 5:17 8:23 15:10 18:2 18:9 26:16 | | **otherwise**(3) 4:17 16:7 22:5 | | **proof**(2) 13:16 13:17 | |
| | | **nature**(2) 16:20 20:22 | | | | **propose**(4) 7:3 7:23 7:25 8:4 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **proposed**(19) 7:5 7:7 7:12 8:9 8:10 9:3 10:19 11:14 11:15 11:16 11:22 12:8 12:15 12:21 13:1 13:1 13:5 13:7 13:18 | | **ruling**(1) 15:23 **rulings**(1) 30:24 **said**(2) 21:17 30:9 **same**(1) 13:2 **samis**(1) 2:6 | | **space**(3) 22:23 24:7 24:11 **speak**(1) 22:4 **spell**(2) 26:1 26:16 **spoken**(1) 23:25 **square**(1) 2:7 | | **that**(109) 4:11 4:21 5:5 5:7 5:8 6:25 7:3 7:25 8:9 8:11 8:21 9:6 9:10 9:14 9:18 10:3 10:14 10:20 10:21 10:21 11:2 11:18 11:20 12:1 12:12 12:18 12:25 13:2 13:6 | |
| **propria**(1) 2:43 **provide**(2) 10:10 13:4 **provided**(6) 5:7 6:17 8:3 9:12 10:18 13:3 **provides**(2) 12:12 14:4 **providing**(1) 15:23 **put**(2) 15:15 21:2 **putting**(1) 27:14 | | **satisfaction**(1) 13:20 **say**(8) 15:2 15:3 16:14 16:19 24:21 25:22 29:14 30:21 | | **stand**(1) 31:10 **standard**(1) 6:4 **start**(2) 21:4 28:5 **started**(1) 5:22 **state**(1) 25:5 **states**(1) 1:1 1:19 **status**(1) 29:1 | | 13:7 13:13 13:15 13:17 13:17 13:18 13:19 14:19 15:3 15:10 15:11 15:15 15:15 15:19 16:2 16:4 16:5 16:8 16:10 16:14 17:8 17:14 17:21 17:25 18:3 18:5 19:3 19:9 19:10 20:5 20:11 20:19 20:23 20:25 21:9 21:11 21:20 21:23 22:23 22:25 23:2 23:9 | |
| **question**(2) 17:5 26:9 **questions**(2) 7:18 13:24 **quick**(1) 17:5 **quickly**(3) 12:22 20:25 28:4 **quiet**(1) 30:21 **quite**(1) 22:25 | | **saying**(1) 15:13 **schedule**(6) 7:24 8:4 8:11 11:20 11:23 13:11 | | **ste**(1) 2:2 **steen**(2) 1:29 5:24 **steps**(1) 14:4 **still**(1) 26:11 **stone**(1) 2:51 **strauss**(1) 2:12 | | 24:6 24:7 24:9 24:14 24:15 26:1 26:4 26:6 26:7 26:8 26:9 26:9 26:11 27:2 27:8 27:13 27:15 27:16 27:16 27:17 27:17 27:17 27:18 27:22 27:23 28:2 28:2 28:6 28:14 29:1 29:3 29:13 29:16 29:17 29:21 30:17 30:23 31:17 | |
| **raised**(3) 6:25 9:1 21:15 **rather**(1) 15:3 **reach**(1) 13:9 | | **scheduled**(3) 21:4 27:15 28:25 **schuylkill**(1) 1:39 **schweitezer**(1) 28:8 | | **streamlined**(3) 4:17 6:13 16:12 **street**(4) 1:11 1:39 2:8 2:20 **subject**(1) 7:17 **submissions**(1) 14:1 | | **that's**(13) 11:8 12:17 13:25 21:13 22:3 23:21 24:2 24:7 25:21 26:15 26:18 28:3 31:7 | |
| **reached**(3) 9:7 10:17 13:11 **real**(1) 28:3 **really**(2) 16:21 27:4 **reason**(1) 29:17 **receive**(2) 8:1 9:20 **received**(2) 11:7 14:19 **recess**(1) 31:10 | | **schweitzer**(57) 1:31 6:10 19:24 20:1 20:4 20:9 20:14 20:17 21:6 21:13 22:3 22:20 23:6 23:8 23:15 23:19 23:21 24:2 24:22 24:25 25:3 25:7 25:10 25:16 25:19 25:24 26:3 26:6 26:12 26:15 26:19 26:22 26:25 27:6 27:13 27:25 28:5 28:10 28:12 28:15 | | **submitted**(4) 8:21 10:25 11:1 11:2 **submitting**(1) 11:2 **subsequent**(2) 10:5 18:21 **subsequently**(1) 6:6 **substance**(1) 28:1 **substantial**(1) 11:9 | | **the**(301) 1:1 1:2 1:18 4:2 4:3 4:6 4:9 4:12 4:14 4:15 4:19 4:20 4:22 4:23 4:25 5:2 5:6 5:7 5:8 5:9 5:10 5:13 5:16 5:20 5:20 5:20 5:20 5:22 5:25 6:1 6:3 6:3 6:5 6:7 6:8 6:11 6:11 6:13 6:15 6:19 6:20 6:21 | |
| **recognize**(2) 15:24 16:2 **record**(1) 15:15 **recorded**(1) 1:44 **recording**(2) 1:44 31:18 **regarding**(3) 10:10 13:25 27:10 **regards**(1) 5:3 | | 18:18 28:21 29:4 29:7 29:9 29:13 29:20 30:2 30:6 30:9 30:12 30:15 30:19 30:25 31:3 31:5 31:8 | | **substantive**(2) 14:1 20:10 **such**(3) 10:21 10:25 11:4 **sufficient**(1) 14:5 **sum**(1) 11:6 **summarize**(1) 9:2 | | 6:22 6:25 7:1 7:2 7:3 7:3 7:5 7:7 7:7 7:7 7:8 7:8 7:9 7:11 7:12 7:13 7:14 7:16 7:18 7:20 7:21 7:22 7:23 7:24 7:24 7:25 8:4 8:6 8:7 8:8 8:9 8:12 8:15 8:18 8:20 8:25 9:1 9:3 9:4 9:5 9:5 9:5 9:6 9:7 9:9 9:10 | |
| **reimbursed**(2) 17:7 17:21 **related**(2) 29:14 29:15 **relief**(2) 15:23 18:25 **remain**(1) 11:18 | | **schwetizer**(2) 24:19 31:11 **seal**(6) 6:7 7:24 8:5 12:18 18:11 18:18 **seated**(1) 4:4 | | **summer**(1) 26:16 **superior**(1) 25:5 **supplemental**(2) 5:11 29:21 **supports**(1) 6:22 | | 9:12 9:14 9:15 9:17 9:17 9:22 9:24 9:25 10:1 10:2 10:4 10:5 10:6 10:7 10:9 10:13 10:14 10:14 10:16 10:17 10:19 10:19 10:20 10:20 10:21 10:22 10:24 11:1 11:2 11:3 11:7 11:9 11:10 11:12 11:13 11:14 | |
| **remaining**(5) 10:5 11:19 12:10 12:20 13:1 **remarkably**(1) 30:20 **remember**(1) 4:6 **remind**(1) 20:10 **remotely**(1) 20:11 **reply**(2) 9:23 12:6 **report**(1) 21:18 | | **second**(2) 7:13 9:9 **secondly**(1) 10:9 **security**(2) 24:12 24:13 **see**(14) 4:11 5:14 5:15 6:1 15:3 19:25 20:1 20:11 20:22 24:17 26:14 27:21 28:25 31:5 | | **sure**(14) 6:5 7:11 13:13 18:17 20:13 22:11 22:11 22:17 22:21 22:24 23:13 24:4 26:20 29:9 30:8 **surely**(1) 29:6 **surprise**(1) 27:21 | | 11:15 11:15 11:17 11:19 11:21 11:24 12:1 12:2 12:2 12:4 12:6 12:7 12:8 12:9 12:10 12:11 12:13 12:14 12:15 12:15 12:16 12:16 12:17 12:17 12:19 12:20 12:21 12:21 12:21 12:22 12:23 12:23 12:23 13:1 13:2 13:2 13:4 13:5 13:6 13:6 13:7 13:7 13:8 | |
| **request**(1) 19:5 **requested**(2) 9:6 9:10 **requesting**(1) 27:16 **requests**(2) 9:14 9:18 **resolution**(2) 13:10 13:10 **resolutions**(1) 9:22 | | **seemed**(1) 22:6 **seen**(2) 27:4 27:6 **sent**(2) 8:5 9:15 | | **surprising**(1) 30:13 **table**(1) 24:15 **tables**(1) 22:7 **take**(6) 7:19 9:22 12:11 12:11 18:14 20:9 | | 13:9 13:11 13:13 13:15 13:15 13:18 13:18 13:19 13:20 13:22 13:25 13:25 14:1 14:2 14:4 14:7 14:9 14:11 14:14 14:14 14:15 14:16 14:16 14:17 14:18 14:21 14:22 14:24 15:1 15:5 15:6 15:7 15:8 15:8 | |
| **resolve**(5) 7:14 21:11 23:20 27:10 30:15 **resolved**(5) 5:5 6:24 8:13 9:21 12:5 **resolving**(1) 15:18 **respect**(15) 6:20 8:1 8:2 9:3 9:9 9:11 9:13 9:25 10:4 10:9 10:16 10:23 12:14 12:20 26:22 | | **separate**(4) 6:18 21:14 21:23 22:1 **separately**(1) 12:9 **september**(5) 1:14 4:1 21:4 27:16 31:21 **served**(1) 13:2 **service**(3) 1:38 1:45 22:13 **services**(1) 1:38 31:23 | | **taken**(1) 14:5 **taking**(1) 20:18 **talk**(2) 21:17 22:12 **talked**(2) 25:22 27:18 **tammy**(1) 31:22 **tax**(3) 10:9 10:10 10:20 | | 15:10 15:15 15:16 15:16 15:17 15:18 15:21 16:1 16:2 16:3 16:4 16:4 16:7 16:9 16:10 16:10 16:10 16:13 16:14 16:18 16:19 16:23 16:23 16:24 17:1 17:1 17:3 17:9 17:12 17:12 17:13 17:13 17:14 17:16 17:17 17:23 17:23 17:24 18:3 18:5 18:6 18:10 | |
| **respond**(2) 27:18 30:7 **responding**(2) 16:15 30:4 **response**(1) 6:21 **rest**(1) 5:20 | | **set**(7) 6:13 6:23 7:14 8:8 9:11 12:25 13:1 **setting**(1) 10:19 **settlement**(1) 16:19 **severance**(14) 6:14 8:1 9:14 9:15 9:20 10:12 10:18 10:24 13:19 13:21 13:22 14:18 14:20 15:24 | | **taxes**(3) 9:9 9:12 10:21 **telephonic**(2) 2:25 3:1 **tell**(1) 27:8 **ten**(1) 22:6 **terminated**(2) 6:18 13:23 **termination**(1) 9:16 | | 18:10 18:11 18:12 18:17 18:18 18:20 18:23 19:1 19:4 19:5 19:8 19:9 19:9 19:11 19:13 19:15 19:18 19:20 19:24 20:3 20:4 20:6 20:8 20:13 20:15 20:16 20:19 20:19 20:20 20:20 20:21 20:22 20:22 20:22 20:22 20:23 20:25 21:1 21:2 21:5 | |
| **retained**(1) 17:11 **retainer**(2) 17:8 17:9 **retiree**(1) 6:19 **retiree's**(1) 2:12 **reviewed**(2) 11:4 15:7 **revised**(4) 7:5 11:22 11:22 15:8 **revisions**(1) 8:2 **revoked**(1) 11:4 **richards**(1) 2:5 | | **she**(2) 14:9 18:21 **shortly**(1) 12:24 **should**(6) 15:3 16:19 18:21 19:16 21:3 29:25 | | **terms**(3) 11:5 23:10 26:8 **than**(5) 8:9 11:15 13:17 14:5 16:1 **thank**(43) 4:3 4:9 4:9 4:12 4:23 4:24 5:13 5:19 5:22 7:21 8:21 8:23 11:25 14:6 14:7 14:21 14:22 15:5 15:10 15:12 15:21 15:22 16:20 16:22 16:25 18:2 18:8 18:9 18:13 19:7 19:7 19:20 19:21 19:23 20:3 20:16 30:19 31:4 31:8 31:9 31:11 | | 21:8 21:11 21:12 21:14 21:15 21:17 21:20 21:21 22:1 22:8 22:11 22:13 22:14 22:18 22:19 22:21 22:24 23:1 23:4 23:4 23:5 | |
| **right**(27) 4:23 5:16 5:22 14:11 17:24 18:10 19:24 23:4 23:6 23:15 24:5 24:2 24:10 24:17 25:3 25:7 25:21 25:24 26:17 26:18 27:24 28:2 28:12 29:19 30:14 31:2 31:7 31:9 | | **side**(1) 16:23 **sign**(4) 5:16 16:2 16:23 17:1 **signed**(1) 18:10 **significant**(1) 13:16 **significantly**(1) 24:11 **signing**(1) 19:10 **simply**(1) 16:12 **since**(1) 7:19 | | **thankful**(1) 14:15 **thankfully**(1) 8:13 **thanks**(1) 19:14 | | **the**(105) 23:7 23:9 23:10 23:13 23:16 23:17 23:20 23:24 24:3 24:7 24:7 24:10 24:12 24:13 24:14 24:15 24:17 24:19 24:20 24:20 24:21 24:23 25:2 25:4 25:5 25:8 25:12 25:13 25:14 25:14 25:17 25:17 25:19 25:21 25:25 25:25 26:4 26:5 26:6 26:11 26:13 26:18 26:22 26:24 26:25 | |
| **rise**(2) 4:2 15:11 **rodney**(1) 2:7 **rossi**(10) 17:2 17:4 17:4 17:11 17:13 17:16 17:20 18:2 18:7 18:9 | | **sir**(3) 15:2 17:5 18:9 **size**(1) 30:23 **small**(1) 8:2 **solely**(1) 29:14 **some**(7) 16:18 16:19 18:6 21:2 21:8 24:7 29:23 | | | | 26:25 27:2 27:5 27:6 27:8 27:9 27:10 27:12 27:14 27:18 27:19 27:21 27:23 27:23 27:24 28:3 28:4 28:5 28:8 28:11 28:13 28:15 28:17 28:19 28:19 28:22 28:23 28:24 29:1 29:6 29:8 29:11 29:12 29:16 29:16 29:19 29:20 29:20 29:23 29:25 30:1 30:4 30:8 30:10 30:11 30:12 | |
| | | **something**(1) 26:9 **somewhat**(1) 16:3 **somewhere**(1) 26:20 **soon**(1) 25:25 **sooner**(1) 26:1 **sorry**(3) 8:18 8:19 8:22 **sort**(4) 18:6 21:25 22:23 26:2 **sound**(2) 1:44 31:18 | | | | 30:14 30:17 30:20 30:23 31:2 31:4 31:7 31:9 31:12 31:14 31:17 31:18 31:18 31:19 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**their**(11) 5:8 7:9 7:14 8:1 9:16 9:20 12:15 12:25 16:13 20:20 24:24

**them**(8) 4:16 5:21 9:16 11:3 13:2 18:19 30:6 30:15

**themselves**(1) 11:16
**then**(5) 6:6 7:19 15:19 26:14 30:4
**there**(17) 4:13 16:2 17:22 18:6 21:7 22:1 24:5 25:16 27:1 27:7 27:7 27:7 27:9 27:17 27:22 28:1 28:12 29:23

**therefore**(1) 13:23
**therein**(1) 6:23
**there's**(6) 16:10 18:5 21:8 21:14 26:19 27:15

**these**(18) 5:17 6:17 6:23 7:8 9:15 9:21 9:23 11:1 11:12 11:13 12:22 12:24 13:21 14:20 17:21 19:5 29:11 30:21

**they**(14) 6:24 6:25 8:1 10:3 10:12 11:16 12:25 15:19 15:20 17:18 21:3 22:16 24:22 28:24

**they'll**(2) 10:13 30:4
**they're**(7) 8:10 18:24 25:1 25:2 25:4 30:5 30:9

**they've**(1) 8:21

**thing**(4) 20:19 24:5 26:2 27:1
**things**(7) 7:6 17:8 26:7 27:7 27:8 29:22 30:24

**think**(20) 4:16 5:19 14:2 16:4 16:21 17:17 17:25 18:5 18:7 19:15 20:4 23:25 24:2 24:20 25:12 26:3 26:6 30:20 30:21

**third**(1) 24:8
**thirdly**(1) 9:13
**thirtieth**(2) 5:4 5:9
**this**(36) 5:16 6:21 7:1 8:4 8:7 8:10 8:20 10:5 10:11 10:24 11:11 11:18 11:21 12:2 12:18 13:1 13:4 13:12 14:3 14:13 14:23 15:9 15:18 16:2 16:7 17:4 18:7 18:25 19:1 21:22 22:2 22:21 23:11 23:25 24:3 30:23

**thomas**(2) 3:10 14:24
**thoroughly**(1) 16:1
**those**(15) 6:19 8:5 8:14 9:7 9:18 9:19 11:18 12:9 16:8 16:12 16:12 19:8 21:10 23:14 31:1

**three**(3) 8:2 9:1 18:1
**through**(12) 7:20 9:20 9:22 12:11 12:22 17:25 21:6 21:7 21:10 23:9 27:2 27:25

**time**(7) 10:11 18:15 20:18 28:5 29:2 30:24 30:24

**timely**(1) 13:8
**timing-wise**(1) 25:21
**today**(4) 4:13 6:12 7:5 21:14
**too**(3) 23:15 26:16 29:8
**took**(1) 15:25
**touch**(1) 21:21
**train**(1) 28:23
**transcriber**(1) 31:22
**transcript**(3) 1:17 1:45 31:18
**transcription**(2) 1:38 1:45
**treat**(1) 11:3
**treated**(1) 9:19
**treatment**(1) 16:3
**treatments**(1) 12:12
**tremendous**(1) 15:25
**trial**(6) 20:20 20:24 21:14 25:20 28:25 29:18

**tried**(1) 14:20
**truly**(1) 6:12
**trustee**(1) 2:18

**try**(4) 22:5 22:13 22:15 30:15
**tuesday**(1) 4:1
**tunnell**(2) 1:22 5:2
**turn**(1) 5:20
**tweed**(3) 2:38 3:8 14:24
**two**(12) 6:7 7:6 10:25 12:8 12:11 18:15 27:14 28:7 28:8 28:9 28:10 31:6

**u.s**(1) 27:9
**unable**(1) 27:9
**unavailable**(1) 23:25
**uncertain**(1) 21:25
**uncontested**(1) 18:22
**under**(8) 7:24 8:5 10:16 10:18 12:17 13:20 18:11 19:5

**understand**(4) 17:21 21:20 22:5 22:15
**understood**(2) 26:5 29:6
**unfortunate**(1) 25:4
**unfortunately**(3) 10:10 24:23 30:13
**union**(1) 25:17
**united**(2) 1:1 1:19
**unsecured**(4) 6:14 7:3 7:25 10:13
**update**(1) 7:18
**upon**(3) 12:16
**use**(3) 21:23 25:15 29:17
**used**(2) 20:20 24:24
**using**(1) 16:5

**vacated**(1) 24:7
**various**(3) 21:8 27:3 27:6
**very**(18) 5:10 8:23 9:2 14:15 14:18 15:25 16:17 18:2 18:9 18:13 19:1 20:14 20:17 25:5 30:22

**voice**(1) 15:4
**waivers**(7) 9:13 9:15 9:15 9:18 10:23 10:25 11:2

**walk**(1) 27:21
**walls**(1) 25:20
**want**(6) 14:15 14:16 15:2 16:22 26:1 26:1
**wanted**(3) 15:15 27:20 28:1
**was**(32) 5:4 5:8 6:20 6:21 8:9 8:10 10:25 12:2 13:17 13:22 16:4 16:21 17:20 20:19 20:23 21:22 22:12 24:5 24:6 24:14 24:15 25:11 25:12 25:12 26:6 26:8 26:9 27:1 28:2 29:17 29:17 31:14

**wasn't**(1) 27:20
**way**(3) 17:13 23:13 25:11
**week**(6) 21:2 21:16 22:18 23:25 24:3 31:6
**welcome**(3) 4:7 15:6 20:2
**well**(13) 4:10 5:10 10:6 13:4 14:3 17:24 18:13 19:20 19:22 20:17 25:10 25:14 31:12

**well-framed**(1) 6:9

**were**(9) 6:18 8:5 9:15 10:25 11:2 16:5 20:6 21:16 26:7

**we'll**(6) 21:19 23:18 27:16 27:25 30:6
**we're**(12) 4:10 7:4 16:17 18:19 18:20 21:7 21:10 23:8 23:9 23:11 27:13 30:2

**we've**(3) 8:13 18:25 26:23
**what**(14) 4:17 7:7 14:4 14:4 16:20 17:18 20:11 22:5 22:16 23:18 24:17 26:8 26:14 29:1
**whatever**(2) 17:14 25:17
**what's**(1) 20:6
**when**(3) 25:11 25:11 28:1
**where**(4) 9:6 11:6 20:11 20:25
**whereupon**(1) 31:14
**whether**(2) 10:18 22:2
**which**(14) 5:3 5:4 6:3 6:7 6:22 7:23 8:4 9:23 12:24 18:18 20:19 24:6 25:4 27:8

**while**(1) 20:6

**who**(12) 5:21 6:17 6:19 7:9 8:8 10:7 11:11 12:5 12:10 16:13 21:24 29:14

**whose**(1) 13:22
**will**(28) 4:21 5:20 5:21 6:17 10:12 10:21 12:22 12:23 12:24 13:2 13:4 13:6 13:8 13:11 13:15 13:20 16:1 16:14 16:23 18:11 19:5 19:8 22:1 25:10 27:7 27:25 29:8 31:5

**wilmington**(5) 1:12 1:26 2:9 2:22 4:1
**wish**(4) 14:7 14:11 14:18 15:20
**wishes**(1) 14:10
**with**(50) 5:3 5:7 6:2 6:16 6:19 6:20 6:23 8:1 8:2 9:3 9:9 9:11 9:13 9:21 9:25 10:1 10:4 10:5 10:9 10:15 10:23 11:1 11:17 11:22 12:10 12:14 12:22 13:9 17:17 18:7 18:11 18:20 18:24 19:4 20:4 20:10 20:11 21:18 21:21 22:5 22:17 22:17 23:9 24:15 25:19 26:13 27:10 29:8 29:13 30:22

**withdraw**(1) 5:8
**withheld**(2) 9:12 10:11
**withhold**(1) 10:16
**withholding**(2) 9:9 10:10
**within**(1) 13:6
**witness**(1) 27:11
**wonderful**(1) 30:17
**work**(5) 5:17 13:8 15:17 16:21 18:7
**worked**(1) 6:23
**working**(5) 21:7 21:10 23:9 25:11 27:2
**worlds**(1) 23:5
**worst**(1) 23:5
**would**(24) 6:2 7:6 7:6 7:14 12:15 12:21 13:19 13:23 17:6 17:16 17:17 18:14 19:17 21:23 22:7 22:8 24:9 24:11 27:22 28:23 29:2 29:4 29:9 29:21

**wrap**(1) 14:20
**www.diazdata.com**(1) 1:42
**yes**(29) 4:15 4:19 6:1 6:15 7:16 8:6 8:12 15:12 16:6 16:9 17:3 18:23 19:4 19:11 19:13 21:5 21:20 22:4 22:8 23:19 24:13 24:22 24:25 25:10 27:6 28:16 28:18 28:21 30:2

**yet**(3) 10:11 10:12 22:25
**york**(2) 1:33 2:15
**you**(103) 4:3 4:6 4:7 4:9 4:9 4:12 4:23 4:24 4:25 5:13 5:13 5:14 5:15 5:19 5:22 6:1 6:8 6:10 6:11 7:5 7:18 7:20 7:21 8:21 8:23 9:2 9:22 11:24 11:25 12:11 14:2 14:6 14:7 14:11 14:20 14:21 14:22 15:5 15:10 15:12 15:21 15:23 16:20 16:21 16:22 16:25 17:16 17:17 17:25 18:2 18:3 18:8 18:9 18:13 19:1 19:7 19:7 19:16 19:20 19:21 19:23 19:25 20:1 20:3 20:5 20:6 20:11 20:15 20:16 20:18 20:19 21:12 21:13 21:24 21:25 22:21 23:7 23:7 23:9 24:20 25:15 25:16 26:1 26:8 26:9 26:24 27:1 27:7 27:8 27:19 27:20 27:21 28:1 28:11 28:19 30:16 30:19 31:3 31:4 31:5 31:8 31:9 31:11

**young**(2) 2:27 25:11
**your**(57) 4:5 4:7 4:13 4:20 5:1 5:19 6:2 6:11 6:16 7:5 7:18 9:2 9:21 11:6 11:21 12:10 12:12 12:18 13:19 13:23 13:24 14:2 14:3 14:6 14:13 14:23 15:4 15:6 15:22 16:6 16:9 16:25 17:2 17:4 17:19 18:2 18:4 18:13 18:14 18:14 18:15 19:7 19:18 19:22 19:23 20:10 20:18 20:24 21:15 21:18 22:4 22:24 23:22 26:7 26:10 31:11

**you'd**(1) 20:12
**you're**(3) 4:10 19:10 20:17
**you've**(7) 16:20 23:24 27:4 27:6 30:17 30:21 30:25