# Notice Recipients

District/Off: 0311−1                    User: Brandon                    Date Created: 9/11/2013
Case: 09−10138−KG                  Form ID: ntcBK                 Total: 67

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| ust | Thomas Patrick Tinker | thomas.p.tinker@usdoj.gov |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond Howard Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Tamara K. Minott | tminott@mnat.com |
| aty | William M. Alleman, Jr. | walleman@mnat.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard    Richardson, TX 75082 |
| frep | Allen &Overy LLP, | 1221 Avenue of the Americas    New York, NY 10020 |
| aty | Wilson−Milne | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Aatif Iqbal | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Adam M. Slavens | 79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA |
| aty | Alexandra S. McCown | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Andrew Gray | 79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA |
| aty | Ashley E. Siegel | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Avram E. Luft | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Brent M. Tunis | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Daniel D. Queen | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Darryl G. Stein | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Elizabeth C. Block | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Inna Rozenberg | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Jacob S. Pultman | Allen &Overy LLP    1221 Avenue of the Americas    New York, NY 10020 |
| aty | Jacqueline Moessner | Cleary Gottlieb Steen &Hamilton LLP    1 Liberty Plaza    New York, NY 10006 |
| aty | James Gotowiec | 79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA |
| aty | James P. Barabas | Allen &Overy LLP    1221 Avenue of the Americas    New York, NY 10020 |
| aty | Jennifer M. Westerfield | Cleary Gottlieb Steen &Hamilton, LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Jeremy R. Opolsky | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Jesse D.H. Sherrett | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Justin L. Ormand | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Kamal Sidhu | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Ken Coleman | Allen &Overy LLP    1221 Avenue of the Americas    New York, NY 10020 |
| aty | Kyle A. Dandelet | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Lauren L. Peacock | Cleary Gottlieb Steen &Hamilton LLP    1 Liberty Plaza    New York, NY 10006 |
| aty | Lisa Kraidin | Allen &Overy LLP    1221 Avenue of The Americas    New York, NY 10020 |
| aty | Louis A. Lipner | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Mark S. Grube | Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Marla Decker | Clery Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Matthew Gurgel | Cleary Gottlieb Steen &Hamilton LLP    1 Liberty Plaza    New York, NY 10006 |
| aty | Michael D. Sadowitz | Allen &Overy LLP    1221 Avenue of the Americas    New York, NY 10020 |
| aty | Molly Reynolds | 79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA |
| aty | Neil P Forrest | Cleary Gottlieb Steen &Hamiton LLP    One Liberty Plaza    New York, NY 10006 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Nora K Abularach | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street | Suite 1900 | New Orleans, LA 70130 |
| aty | Robert J. Ryan | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Sarah Brynn Lyerly | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Scott A. Bomhof | Torys LLP | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto, ON M5K 1N2 |
| aty | Scott D. McCoy | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Sheila R. Block | 79 Wellington Street West | 30th Floor | Box 270 TD Centre | Toronto      ON, M5K 1N2 CANADA |
| aty | Temidayo Aganga–Williams | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 | |

TOTAL: 43