UNITED STATES BANKRUPTCY

UNITED STATES BANKRUPTCY COURT- DISTRICT DELAWARE

| In re: | BANKRUPTCY CH.11 |
|---|---|
| NORTEL NETWORKS INC., CASE # 09-10150 | Case No. 09-10150 |

## WITHDRAWAL OF
## NOTICE OF APPEARANCE

Travelers Indemnity Co. & Its Affiliates hereby withdrawals its previously filed Notice of Appearance and Request for Service of Documents. Pursuant to this withdrawal, the undersigned Case Manager requests that he be removed from the Court's e-mail notifications regarding the above described banktuptcy case.

Dated: Hartford, Connecticut
September 09, 2013

Travelers Indemnity Co. & Its Affiliate

By: CHANTEL Y PINNOCK
One Tower Square, 9CR
Hartford, CT 06183
(860) 277-9791 (DIRECT)
(877) 399-8479 (FAX)