# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### SUPPLEMENTAL DECLARATION OF WILLIAM F. GRAY, JR. IN CONNECTION WITH THE DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(e) TO RETAIN AND EMPLOY TORYS LLP AS SPECIAL CANADIAN COUNSEL *NUNC PRO TUNC* TO OCTOBER 28, 2010

I, William F. Gray, Jr., hereby declare under penalty of perjury:

1. I am a member of the law firm of Torys LLP ("Torys" or the "Firm") and practice in its office located at 1114 Avenue of the Americas, New York, New York. I am a member in good standing of the Bar of the State of New York, and I am admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York. There are no disciplinary proceedings pending against me.

2. I submit this supplemental declaration (the "Supplemental Declaration") in connection with (i) the application (the "Application") of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

35873-2001 15915435.2

above-captioned chapter 11 cases (the "Cases") to retain and employ Torys as Special Canadian Counsel to the Debtors (D.I. 4254) and (ii) the Declaration of William F. Gray, Jr. in Support of Debtors' Application Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Torys LLP As Special Canadian Counsel *Nunc Pro Tunc* to October 28, 2010 (the "Initial Declaration"), attached as Exhibit A to the Application. On November 22, 2010, this Court entered the Order Pursuant to 11 U.S.C. Sections 327(e) Authorizing the Retention and Employment of Torys LLP as Special Canadian Counsel *nunc pro tunc* to the October 28, 2010 (D.I. 4381).

3. I am submitting this Supplemental Declaration to disclose that one of Torys' Canadian articling students, Sam Levitt, who first worked on this matter in August 2013, was formerly a first year summer law student at Fraser Milner Casgrain now known as Dentons Canada LLP ("Dentons") from May to August 2011. The Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*, (the "Committee") has retained Dentons as Canadian legal counsel and Akin Gump Strauss Hauer & Feld LLP ("Akin") as its counsel. During his summer employment, Mr. Levitt physically delivered certain pleadings to the Canadian courts and attended some conference calls on behalf of the Committee. Mr. Levitt did not contribute to the legal services provided on behalf of the Committee in any material way and does not believe that he was privy to any material confidential information.

4. Torys has disclosed to Dentons that Mr. Levitt is now working on the Nortel case and that Torys does not believe any conflict of interest exists. Dentons, who also later confirmed with Akin, agreed that Mr. Levitt's former employment does not create a conflict of interest materially adverse to the Firm's representation of the Debtors in the above-captioned bankruptcy cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 13, 2013
New York, New York

/s/ William F. Gray, Jr.
William F. Gray, Jr.