# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through August 31, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $18.90 |
| Photos/Art/ Spec Duplicating | Out of Office | 2,628.04 |
| Messenger Service | | 3.00 |
| Courier/Delivery Service | | 2,515.79 |
| Computer Research | Westlaw | 621.71 |
| In House Duplicating | | 739.85 |
| Postage | | 269.67 |
| Facsimile | | 204.50 |
| Pacer | | 82.10 |
| Conference Calls | | 16.42 |
| **Grand Total Expenses** | | **$7,099.98** |

```
                                                                                                              Page 32 (32)
DATE:09/13/13 13:04:25              PRO FORMA    331485       AS OF 08/31/13           INVOICE# ******
Nortel Networks, Inc.
63989-DIP


*----- COST ENTRIES-----*
 INDEX    DATE     STAT      AMOUNT  DESCRIPTION                                       CODE    TKPER   VOUCHER

1036592 08/02/13 B             18.90 Transcripts - DIAZ DATA SERVICES`                 506     904     196368
                                     TRANSCRIPT - CASE #09-10138
1042925 08/15/13 B            143.47 Photos/Art/Spec Duplicating-Out of Office -       510     684     196698
                                     DIGITAL LEGAL SERVICES LLC`
                                     BANKRUPTCY SERVICE - 8/15/13
1044351 08/16/13 B            855.90 Photos/Art/Spec Duplicating-Out of Office -       510     684     196797
                                     DIGITAL LEGAL SERVICES LLC`
                                     BANKRUPTCY SERVICE - 8/16/13
1045356 08/23/13 B             19.60 Photos/Art/Spec Duplicating-Out of Office -       510     684     196832
                                     DIGITAL LEGAL SERVICES LLC`
                                     COPY PRINT - 8/23/13
1047468 08/28/13 B            434.89 Photos/Art/Spec Duplicating-Out of Office -       510     684     196978
                                     DIGITAL LEGAL SERVICES LLC`
                                     BANKRUPTCY SERVICE - 8/28/13
1047376 08/30/13 B          1,174.18 Photos/Art/Spec Duplicating-Out of Office -       510     684     196958
                                     DIGITAL LEGAL SERVICES LLC`
                                     BANKRUPTCY SERVICE - 8/30/13
1040032 08/01/13 B              3.00 Messenger Service                                 513S    000
1044878 07/13/13 B             90.55 Courier/Delivery Service - AMERICAN EXPRESS`      514     000     196807
                                     USPS.COM - SHIPPING SERVICE - 7/13/13
1044889 07/27/13 B             90.55 Courier/Delivery Service - AMERICAN EXPRESS`      514     000     196807
                                     USPS.COM - SHIPPING SERVICE - 7/27/13
1037442 08/01/13 B             16.90 Courier/Delivery Service                          514     322     196386
1038671 08/05/13 B             10.38 Courier/Delivery Service                          514     000     196453
1038672 08/06/13 B              7.70 Courier/Delivery Service                          514     000     196453
1038674 08/06/13 B              7.70 Courier/Delivery Service                          514     000     196453
1047881 08/21/13 B             38.48 Courier/Delivery Service - BLUE MARBLE            514     000     197027
                                     LOGISTICS, LLC
1046127 08/23/13 B             15.93 Courier/Delivery Service                          514     322     196889
1046128 08/23/13 B             12.46 Courier/Delivery Service                          514     322     196889
1044824 08/23/13 B             33.58 Courier/Delivery Service                          514     322     196800
1044825 08/23/13 B             52.84 Courier/Delivery Service                          514     322     196800
1044828 08/23/13 B             24.49 Courier/Delivery Service                          514     322     196801
1044829 08/23/13 B             24.49 Courier/Delivery Service                          514     322     196801
1044857 08/23/13 B            (33.58)Reversal from Cancelled Voucher 196800            514     322     196805
1044858 08/23/13 B            (52.84)Reversal from Cancelled Voucher 196800            514     322     196805
1044316 08/23/13 B             12.46 Courier/Delivery Service                          514     322     196757
1044317 08/23/13 B             22.29 Courier/Delivery Service                          514     322     196757
1044318 08/23/13 B             18.33 Courier/Delivery Service                          514     322     196757
1044319 08/23/13 B             22.13 Courier/Delivery Service                          514     322     196757
1044542 08/23/13 B             33.58 Courier/Delivery Service                          514     322     196799
1044543 08/23/13 B             52.84 Courier/Delivery Service                          514     322     196799
1044310 08/23/13 B             18.33 Courier/Delivery Service                          514     322     196757
1044311 08/23/13 B             20.81 Courier/Delivery Service                          514     322     196757
1044312 08/23/13 B             18.33 Courier/Delivery Service                          514     322     196757
1044313 08/23/13 B             22.12 Courier/Delivery Service                          514     322     196757
1044314 08/23/13 B             18.33 Courier/Delivery Service                          514     322     196757
1044315 08/23/13 B             12.46 Courier/Delivery Service                          514     322     196757
1044304 08/23/13 B             24.49 Courier/Delivery Service                          514     322     196757
1044305 08/23/13 B             21.85 Courier/Delivery Service                          514     322     196757
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                           Page 33 (33)
DATE:09/13/13 13:04:25           PRO FORMA   331485      AS OF 08/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP

1044306 08/23/13 B              15.93 Courier/Delivery Service                  514       322       196757
1044307 08/23/13 B              25.93 Courier/Delivery Service                  514       322       196757
1044308 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044309 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044298 08/23/13 B              22.29 Courier/Delivery Service                  514       322       196757
1044299 08/23/13 B              24.61 Courier/Delivery Service                  514       322       196757
1044300 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044301 08/23/13 B              12.46 Courier/Delivery Service                  514       322       196757
1044302 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044303 08/23/13 B              22.29 Courier/Delivery Service                  514       322       196757
1044292 08/23/13 B              21.85 Courier/Delivery Service                  514       322       196757
1044293 08/23/13 B              25.93 Courier/Delivery Service                  514       322       196757
1044294 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044295 08/23/13 B              24.61 Courier/Delivery Service                  514       322       196757
1044296 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044297 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044286 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044287 08/23/13 B              17.34 Courier/Delivery Service                  514       322       196757
1044288 08/23/13 B              12.46 Courier/Delivery Service                  514       322       196757
1044289 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044290 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044291 08/23/13 B              25.81 Courier/Delivery Service                  514       322       196757
1044280 08/23/13 B              21.85 Courier/Delivery Service                  514       322       196757
1044281 08/23/13 B              23.35 Courier/Delivery Service                  514       322       196757
1044282 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044283 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044284 08/23/13 B              24.61 Courier/Delivery Service                  514       322       196757
1044285 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044274 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044275 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044276 08/23/13 B              22.29 Courier/Delivery Service                  514       322       196757
1044277 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044278 08/23/13 B              22.12 Courier/Delivery Service                  514       322       196757
1044279 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044268 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044269 08/23/13 B              22.29 Courier/Delivery Service                  514       322       196757
1044270 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044271 08/23/13 B              22.13 Courier/Delivery Service                  514       322       196757
1044272 08/23/13 B              25.93 Courier/Delivery Service                  514       322       196757
1044273 08/23/13 B              12.46 Courier/Delivery Service                  514       322       196757
1044262 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044263 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044264 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044265 08/23/13 B              21.02 Courier/Delivery Service                  514       322       196757
1044266 08/23/13 B              20.81 Courier/Delivery Service                  514       322       196757
1044267 08/23/13 B              22.12 Courier/Delivery Service                  514       322       196757
1044256 08/23/13 B              24.34 Courier/Delivery Service                  514       322       196757
1044257 08/23/13 B              28.29 Courier/Delivery Service                  514       322       196757
1044258 08/23/13 B              22.29 Courier/Delivery Service                  514       322       196757
1044259 08/23/13 B              24.49 Courier/Delivery Service                  514       322       196757
1044260 08/23/13 B              18.81 Courier/Delivery Service                  514       322       196757
1044261 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044250 08/23/13 B              18.33 Courier/Delivery Service                  514       322       196757
1044251 08/23/13 B              20.81 Courier/Delivery Service                  514       322       196757
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                       Page 34 (34)
DATE:09/13/13 13:04:25              PRO FORMA    331485       AS OF 08/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1044252 08/23/13 B              22.29 Courier/Delivery Service                       514        322      196757
1044253 08/23/13 B              24.49 Courier/Delivery Service                       514        322      196757
1044254 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044255 08/23/13 B              24.61 Courier/Delivery Service                       514        322      196757
1044244 08/23/13 B              24.49 Courier/Delivery Service                       514        322      196757
1044245 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044246 08/23/13 B              21.85 Courier/Delivery Service                       514        322      196757
1044247 08/23/13 B              19.73 Courier/Delivery Service                       514        322      196757
1044248 08/23/13 B              22.29 Courier/Delivery Service                       514        322      196757
1044249 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044238 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044239 08/23/13 B              22.29 Courier/Delivery Service                       514        322      196757
1044240 08/23/13 B              22.13 Courier/Delivery Service                       514        322      196757
1044241 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044242 08/23/13 B              26.08 Courier/Delivery Service                       514        322      196757
1044243 08/23/13 B              22.12 Courier/Delivery Service                       514        322      196757
1044232 08/23/13 B              22.13 Courier/Delivery Service                       514        322      196757
1044233 08/23/13 B              22.12 Courier/Delivery Service                       514        322      196757
1044234 08/23/13 B              22.13 Courier/Delivery Service                       514        322      196757
1044235 08/23/13 B              22.13 Courier/Delivery Service                       514        322      196757
1044236 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044237 08/23/13 B              22.29 Courier/Delivery Service                       514        322      196757
1044226 08/23/13 B              18.33 Courier/Delivery Service                       514        322      196757
1044227 08/23/13 B              28.29 Courier/Delivery Service                       514        322      196757
1044228 08/23/13 B              22.13 Courier/Delivery Service                       514        322      196757
1044229 08/23/13 B              24.49 Courier/Delivery Service                       514        322      196757
1044230 08/23/13 B              15.93 Courier/Delivery Service                       514        322      196757
1044231 08/23/13 B              22.29 Courier/Delivery Service                       514        322      196757
1047894 08/30/13 B              98.20 Courier/Delivery Service - BLUE MARBLE         514        000      197028
                                      LOGISTICS, LLC
1041895 08/01/13 B             132.57 Computer Research - Westlaw                    515        000
                                      Search Performed by: HOUSER,JUSTIN
1041896 08/02/13 B              14.45 Computer Research - Westlaw                    515        964
                                      Search Performed by: ALLEMAN,WILLIAM
1041971 08/05/13 B              37.21 Computer Research - Westlaw                    515        000
                                      Search Performed by: MINOTT,TAMARA
1041970 08/05/13 B             228.61 Computer Research - Westlaw                    515        959
                                      Search Performed by: FAY,ERIN
1041972 08/06/13 B             102.32 Computer Research - Westlaw                    515        959
                                      Search Performed by: FAY,ERIN
1042067 08/12/13 B             106.55 Computer Research - Westlaw                    515        000
                                      Search Performed by: MINOTT,TAMARA
1036419 08/01/13 B               0.10 In-House Duplicating                           519        626

1039282 08/12/13 B               7.00 In-House Duplicating                           519        594

1039281 08/12/13 B               3.60 In-House Duplicating                           519        605

1040998 08/14/13 B              11.60 In-House Duplicating                           519        605

1041381 08/16/13 B              10.50 In-House Duplicating                           519        623

1043188 08/23/13 B              12.80 In-House Duplicating                           519        684
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                    Page 5 (35)
DATE:09/13/13 13:04:25           PRO FORMA   331485      AS OF 08/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1044018 08/27/13 B             259.00 In-House Duplicating                       519      684

1044386 08/28/13 B              16.50 In-House Duplicating                       519      605

1044387 08/28/13 B              11.50 In-House Duplicating                       519      605

1044924 08/29/13 B              14.50 In-House Duplicating                       519      605

1044925 08/29/13 B              38.90 In-House Duplicating                       519      605

1044926 08/30/13 B               2.10 In-House Duplicating                       519      623

1044927 08/30/13 B              14.50 In-House Duplicating                       519      623

1047995 08/15/13 B               2.64 Postage                                    520      000
1048008 08/17/13 B               5.10 Postage                                    520      000
1048017 08/21/13 B               2.64 Postage                                    520      000
1048021 08/21/13 B               3.56 Postage                                    520      000
1048025 08/22/13 B              99.50 Postage                                    520      000
1048030 08/26/13 B               4.56 Postage                                    520      000
1048032 08/26/13 B             124.80 Postage                                    520      000
1048033 08/26/13 B              17.75 Postage                                    520      000
1048036 08/31/13 B               9.12 Postage                                    520      000
1045357 08/23/13 B              85.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H     684     196832
                                      FAX BROADCAST - 8/23/13
1047469 08/26/13 B             119.00 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H     684     196979
                                      FAX BROADCAST - 8/26/13
1042807 07/31/13 B              82.10 Pacer charges for the month of July        529      000
1036422 08/01/13 B               3.55 In-House Printing - black & white          541      322
                                      Call time: 15:56; to
1036420 08/01/13 B               1.10 In-House Printing - black & white          541      684
                                      Call time: 14:56; to

1036421 08/01/13 B               2.90 In-House Printing - black & white          541      684
                                      Call time: 14:56; to

1037153 08/05/13 B               0.25 In-House Printing - black & white          541      322
                                      Call time: 10:32; to

1037154 08/05/13 B               2.00 In-House Printing - black & white          541      637
                                      Call time: 10:32; to

1037155 08/05/13 B               3.55 In-House Printing - black & white          541      670
                                      Call time: 16:29; to

1040999 08/15/13 B               1.00 In-House Printing - black & white          541      594
                                      Call time: 13:44; to

1041000 08/15/13 B               1.80 In-House Printing - black & white          541      594
                                      Call time: 13:50; to

1042183 08/20/13 B               0.65 In-House Printing - black & white          541      684
                                      Call time: 10:58; to
```

```
1042184 08/20/13 B            0.65 In-House Printing - black & white       541      684
                                   Call time: 10:55; to

1042185 08/20/13 B            1.25 In-House Printing - black & white       541      684
                                   Call time: 10:51; to

1042186 08/20/13 B            1.60 In-House Printing - black & white       541      684
                                   Call time: 10:50; to

1042205 08/20/13 B            4.00 In-House Printing - black & white       541      684
                                   Call time: 10:08; to

1042206 08/20/13 B            1.30 In-House Printing - black & white       541      684
                                   Call time: 10:07; to

1042199 08/20/13 B            1.65 In-House Printing - black & white       541      684
                                   Call time: 10:21; to

1042200 08/20/13 B            1.10 In-House Printing - black & white       541      684
                                   Call time: 10:34; to

1042201 08/20/13 B            1.05 In-House Printing - black & white       541      684
                                   Call time: 10:21; to

1042202 08/20/13 B            4.00 In-House Printing - black & white       541      684
                                   Call time: 10:18; to

1042203 08/20/13 B            3.85 In-House Printing - black & white       541      684
                                   Call time: 10:14; to

1042204 08/20/13 B            2.20 In-House Printing - black & white       541      684
                                   Call time: 10:10; to

1042193 08/20/13 B            0.65 In-House Printing - black & white       541      684
                                   Call time: 10:58; to

1042194 08/20/13 B            2.15 In-House Printing - black & white       541      684
                                   Call time: 10:47; to

1042195 08/20/13 B            0.75 In-House Printing - black & white       541      684
                                   Call time: 10:43; to

1042196 08/20/13 B            1.45 In-House Printing - black & white       541      684
                                   Call time: 10:28; to

1042197 08/20/13 B            2.00 In-House Printing - black & white       541      684
                                   Call time: 10:28; to

1042198 08/20/13 B            1.50 In-House Printing - black & white       541      684
                                   Call time: 10:25; to

1042187 08/20/13 B            1.45 In-House Printing - black & white       541      684
                                   Call time: 10:35; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                       Page 37 (37)
DATE:09/13/13 13:04:25             PRO FORMA   331485     AS OF 08/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1042188 08/20/13 B              0.85 In-House Printing - black & white         541      684
                                     Call time: 10:42; to

1042189 08/20/13 B              0.60 In-House Printing - black & white         541      684
                                     Call time: 11:02; to

1042190 08/20/13 B              1.30 In-House Printing - black & white         541      684
                                     Call time: 11:02; to

1042191 08/20/13 B              1.30 In-House Printing - black & white         541      684
                                     Call time: 11:00; to

1042192 08/20/13 B              2.10 In-House Printing - black & white         541      684
                                     Call time: 10:59; to

1042562 08/21/13 B              6.30 In-House Printing - black & white         541      684
                                     Call time: 14:39; to

1042563 08/21/13 B              1.10 In-House Printing - black & white         541      684
                                     Call time: 15:42; to

1042935 08/22/13 B              2.00 In-House Printing - black & white         541      684
                                     Call time: 11:21; to

1042936 08/22/13 B             17.40 In-House Printing - black & white         541      684
                                     Call time: 11:37; to

1042937 08/22/13 B              2.40 In-House Printing - black & white         541      684
                                     Call time: 13:41; to

1042938 08/22/13 B              3.10 In-House Printing - black & white         541      904
                                     Call time: 16:46; to

1042939 08/22/13 B              3.35 In-House Printing - black & white         541      904
                                     Call time: 17:32; to

1043189 08/23/13 B              1.65 In-House Printing - black & white         541      684
                                     Call time: 09:03; to

1043190 08/23/13 B              0.05 In-House Printing - black & white         541      684
                                     Call time: 09:02; to

1043191 08/23/13 B              5.40 In-House Printing - black & white         541      684
                                     Call time: 12:59; to

1043192 08/23/13 B              0.85 In-House Printing - black & white         541      684
                                     Call time: 12:53; to

1043193 08/23/13 B              1.10 In-House Printing - black & white         541      684
                                     Call time: 14:34; to

1043570 08/26/13 B              2.25 In-House Printing - black & white         541      684
                                     Call time: 11:50; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                          Page 38 (38)
DATE:09/13/13 13:04:25              PRO FORMA    331485        AS OF 08/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP


 1043571 08/26/13 B                  2.25 In-House Printing - black & white         541      684
                                          Call time: 11:45; to

 1043572 08/26/13 B                  2.25 In-House Printing - black & white         541      684
                                          Call time: 11:51; to

 1043573 08/26/13 B                  2.30 In-House Printing - black & white         541      684
                                          Call time: 11:51; to

 1043574 08/26/13 B                  2.05 In-House Printing - black & white         541      684
                                          Call time: 12:54; to

 1043575 08/26/13 B                  2.25 In-House Printing - black & white         541      684
                                          Call time: 12:49; to

 1043576 08/26/13 B                  6.90 In-House Printing - black & white         541      684
                                          Call time: 13:43; to

 1043577 08/26/13 B                  2.40 In-House Printing - black & white         541      684
                                          Call time: 13:42; to

 1043578 08/26/13 B                  2.30 In-House Printing - black & white         541      684
                                          Call time: 14:11; to

 1043579 08/26/13 B                  2.40 In-House Printing - black & white         541      684
                                          Call time: 16:52; to

 1043568 08/26/13 B                  2.30 In-House Printing - black & white         541      546
                                          Call time: 10:12; to

 1043569 08/26/13 B                  1.40 In-House Printing - black & white         541      546
                                          Call time: 09:40; to

 1044019 08/27/13 B                  2.10 In-House Printing - black & white         541      684
                                          Call time: 13:14; to

 1044020 08/27/13 B                  1.40 In-House Printing - black & white         541      684
                                          Call time: 13:14; to

 1044021 08/27/13 B                 12.30 In-House Printing - black & white         541      684
                                          Call time: 11:57; to

 1044022 08/27/13 B                 17.25 In-House Printing - black & white         541      605
                                          Call time: 17:36; to

 1044388 08/27/13 B                 17.40 In-House Printing - black & white         541      605
                                          Call time: 19:43; to

 1044023 08/27/13 B                 69.60 In-House Printing - black & white         541      XER
                                          Call time: 18:18; to

 1044550 08/29/13 B                  5.65 In-House Printing - black & white         541      684
                                          Call time: 11:13; to
```

```
1044563 08/29/13 B              7.80 In-House Printing - black & white       541     684
                                     Call time: 12:27; to

1044564 08/29/13 B              2.70 In-House Printing - black & white       541     684
                                     Call time: 12:25; to

1044565 08/29/13 B              2.55 In-House Printing - black & white       541     684
                                     Call time: 13:42; to

1044566 08/29/13 B              6.30 In-House Printing - black & white       541     684
                                     Call time: 16:24; to

1044567 08/29/13 B              2.40 In-House Printing - black & white       541     684
                                     Call time: 16:06; to

1044557 08/29/13 B              1.10 In-House Printing - black & white       541     684
                                     Call time: 10:23; to

1044558 08/29/13 B              2.70 In-House Printing - black & white       541     684
                                     Call time: 14:07; to

1044559 08/29/13 B             15.90 In-House Printing - black & white       541     684
                                     Call time: 14:12; to

1044560 08/29/13 B              6.60 In-House Printing - black & white       541     684
                                     Call time: 15:32; to

1044561 08/29/13 B              3.00 In-House Printing - black & white       541     684
                                     Call time: 15:49; to

1044562 08/29/13 B              1.15 In-House Printing - black & white       541     684
                                     Call time: 12:09; to

1044551 08/29/13 B              1.50 In-House Printing - black & white       541     684
                                     Call time: 11:12; to

1044552 08/29/13 B              0.65 In-House Printing - black & white       541     684
                                     Call time: 11:10; to

1044553 08/29/13 B              0.80 In-House Printing - black & white       541     684
                                     Call time: 10:13; to

1044554 08/29/13 B              1.15 In-House Printing - black & white       541     684
                                     Call time: 10:12; to

1044555 08/29/13 B              1.90 In-House Printing - black & white       541     684
                                     Call time: 10:07; to

1044556 08/29/13 B              1.95 In-House Printing - black & white       541     684
                                     Call time: 10:06; to

1044929 08/30/13 B              4.50 In-House Printing - black & white       541     684
                                     Call time: 12:04; to
```

```
                                                                                             Page 10 (40)
DATE:09/13/13 13:04:25              PRO FORMA    331485     AS OF 08/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1044928 08/30/13 B              2.35 In-House Printing - black & white          541    623
                                     Call time: 19:02; to

1036423 08/01/13 B              0.25 In-House Printing - color                  542    322

1037157 08/05/13 B              6.50 In-House Printing - color                  542    322

1037156 08/05/13 B              0.25 In-House Printing - color                  542    670

1042940 08/22/13 B              0.25 In-House Printing - color                  542    904

1042941 08/22/13 B              0.25 In-House Printing - color                  542    904

1043197 08/23/13 B              5.75 In-House Printing - color                  542    322

1047929 08/05/13 B              6.64 Conference Calls - SOUNDPATH CONFERENCING  552H   959    197029
                                     SERVICES, LLC
1047930 08/06/13 B              9.78 Conference Calls - SOUNDPATH CONFERENCING  552H   959    197029
                                     SERVICES, LLC
                               --------------
                                  7,099.98
                               --------------
```