## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11569 & 11571 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On September 11, 2013, I caused to be served the:

  a)   "Order Granting Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid and Issue Payment," dated September 10, 2013 [Docket No. 11569], (the "Under Seal Order"),

  b)   "Order," dated September 10, 2013 [Docket No. 11571], (the "Order"),

  c)   "Order," dated September 10, 2013, (the "Order with Under Seal Exhibit"), consisting of the following:

     i.     "Order," dated September 10, 2013 [Docket No. 11571], and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ii.    "Exhibit 1: Schedule of Consenting LTD Employee Severance Claims to be Allowed" (Filed Under Seal), and

d)    "Notice of Your Proposed LTD Severance Claim and LTD Severance Claim Objection Deadline Pursuant to Order Granting Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid And Issue Payment," dated September 11, 2013, *related to Docket No. 11571*, (the "Notice"), consisting of the following:

i.    "Notice of Your Proposed LTD Severance Claim and LTD Severance Claim Objection Deadline Pursuant to Order Granting Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claims for Severance as Valid And Issue Payment," dated September 3, 2013, a copy of which is annexed hereto as <u>Exhibit A</u>, and

ii.    a Personalized "Schedule A",

by causing true and correct copies of the:

i.    Under Seal Order and Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

ii.    Under Seal Order and Order with Under Seal Exhibit, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iii.    Under Seal Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u> (Filed Under Seal),

iv.    Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u> (Filed Under Seal), and

v.    Order and Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u> (Filed Under Seal).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


Sworn to before me this
12ᵗʰ day of September, 2013

_____
Notary Public

Kerry O'Neil

```
        PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
        QUEENS COUNTY
        LIC. #01CA6237515
   COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

--------------------------------------------------------X
:
*In re*                                            :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                 :        Case No. 09-10138 (KG)
:
                             Debtors.              :        Jointly Administered
:
                                                   :        **Objections due: October 11, 2013 at 4:00 p.m. (ET)**
:
                                                   :        **Re: D.I. 11118; 11235; 11453; 11514; 11571**
:
--------------------------------------------------------X

**NOTICE OF YOUR PROPOSED LTD SEVERANCE CLAIM AND LTD SEVERANCE
CLAIM OBJECTION DEADLINE PURSUANT TO ORDER GRANTING DEBTORS'
MOTION PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 9023 AND 9024 AND
FED. R. CIV. P. 59 AND 60 TO CLARIFY AND AMEND THE ORDER GRANTING
NORTEL LTD EMPLOYEES' MOTIONS TO COMPEL DEBTORS
TO ADMIT CLAIMS FOR SEVERANCE AS VALID AND ISSUE PAYMENT**

PLEASE TAKE NOTICE that on September 10, 2013, the United States Bankruptcy

Court for the District of Delaware (the "Bankruptcy Court") issued an order (the "Order")

approving the *Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024*

*and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees'*

*Motions to Compel Debtors to Admit Claim for Severance As Valid and Issue Payment* (the

"Motion to Amend") filed by Nortel Networks Inc. ("NNI") and certain of its affiliates, as

debtors and debtors in possession (collectively, the "Debtors").

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their
petitions are available at http://dm.epiq11.com/nortel.

On May 1, 2013, the Bankruptcy Court approved a settlement agreement (the "Settlement Agreement") between the Debtors and the LTD Committee regarding the termination of certain benefits and allowance of claim related to them.[2]  As part of Settlement Agreement, it was agreed that the employment of long-term disabled employees of the Debtors (the "LTD Employees") who were participating in Nortel Networks Inc.'s Long Term Disability Plan and certain other plans and programs (such plans and programs collectively referred to herein as the "LTD Plans") would be terminated as of June 30, 2013.  The Settlement Agreement did not resolve whether LTD Employees were entitled to claims for severance under the Nortel Networks Severance Allowance Plan and the Nortel Networks Enhanced Severance Allowance Plan (the "Severance Plans").  On July 16, 2013, the Bankruptcy Court issued an order [D.I. 11118] (the "LTD Order") and Opinion [D.I. 11117] ruling on motions filed by certain LTD Employees, finding that the LTD Employees are entitled to severance benefits under the Severance Plans.  A copy of the Order and Opinion are available at http://dm.epiq11.com/NNI/Docket.  The description of these documents is qualified in its entirety by the actual LTD Order and Opinion.

On September 10, 2013, the Bankruptcy Court entered the Order approving the Motion to Amend, with certain modifications.  A copy of the Order is enclosed.  The Order approves procedures for the final determination of each LTD Severance Claim, to the extent such claims haven't already been agreed to and allowed by the Debtors.

**Exhibit 1** attached to this notice lists the amount the Debtors have proposed for your LTD Severance Claim (the "Debtors' Proposed Claim Amount") and the Debtor against which the claim would be asserted.  This information reflects the proposed claim amounts listed in Exhibit B to the Motion to Amend [D.I. 11235, as revised by D.I. 11296], as provided in a notice

---

[2]      All capitalized terms not defined herein shall have the meaning set forth in the Motion to Amend.

2

to the LTD Employees dated August 12, 2013.  **If your Debtors' Proposed Claim Amount is greater than or equal to your LTD Employee's Proposed Claim Amount, as listed on Exhibit 1, or there is no relevant LTD Employee's Proposed Claim Amount for you, your LTD Severance Claim will be allowed against the listed Debtor as a general unsecured claim in the Debtors' Proposed Claim Amount and all other claims for severance filed by you will be disallowed, _unless_ you file a timely objection.**

If you  wish to object to the Debtors' Proposed Claim Amount, you must file a response or objection ("Objection"), with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the LTD Severance Claim Objection Deadline of **October 11, 2013 at 4:00 p.m. (prevailing Eastern time)**.  At the same time, you must serve such Objection on counsel for the Debtors at Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York, 10006 Attn: Lisa Schweitzer; Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801 Attn: Derek Abbott, so as to be received by the LTD Severance Claim Objection Deadline.

You should read the Order carefully.  In the event of any discrepancies between this Notice and the Order, the Order shall control.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

*[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]*

Dated:  September 11, 2013          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                    */s/ Ann C. Cordo*
                                    Derek C. Abbott (No. 3376)
                                    Eric D. Schwartz (No. 3134)
                                    Ann C. Cordo (No. 4817)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, Delaware 19801
                                    Telephone:  (302) 658-9200
                                    Facsimile: (302) 658-3989

                                    -and-

                                    **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

                                    James L. Bromley (admitted *pro hac vice*)
                                    Lisa M. Schweitzer (admitted *pro hac vice*)
                                    David H. Herrington (admitted *pro hac vice*)
                                    One Liberty Plaza
                                    New York, New York 10006
                                    Telephone:  (212) 225-2000
                                    Facsimile:  (212) 225-3999

                                    *Counsel for the Debtors*
                                    *and Debtors in Possession*

4

**EXHIBIT B**

ALLEN & OVERY LLP
KEN COLEMAN ESQ.; LISA J.P. KRAIDIN. ESQ.
1221 AVENUE OF THE AMERICAS
20TH FLOOR
NEW YORK, NY 10020

BUCHANAN INGERSOLL & ROONEY
MARY F. CALOWAY ESQ.
1105 N. MARKET STREET
SUITE 1900
WILMINGTON, DE 19801-1228

PACHULSKI STANG
LAURA DAVIS JONES; TIMOTHY P. CAIRNS
919 N. MARKET STREET
17TH FLOOR
WILMINGTON, DE  19899-8705

**EXHIBIT C**

OFFICE OF THE U.S. TRUSTEE
MARK KENNEY, ESQ.
844 KING STREET
SUITE 2207 LOCKBOX 35
WILMINGTON, DE  19801-3519

MILBANK TWEED HADLEY & MCLOY LLP
THOMAS R. KRELLER
601 SOUTH FIGUEROA ST., SUITE 3000
LOS ANGELES, CA 90017

AKIN GUMP
FRED S. HODARA ESQ.; DAVID H. BOTTER ESQ.
ONE BRYANT PARK
NEW YORK, NY  10036

RICHARDS LAYTON & FINGER
MARK D. COLLINS ESQ.; CHRISTOPHER M. SAMIS ESQ.
ONE RODNEY SQUARE
920 N KING STREET
WILMINGTON, DE  19801

**EXHIBIT D**

FILED UNDER SEAL

**EXHIBIT E**

FILED UNDER SEAL

**EXHIBIT F**

FILED UNDER SEAL