IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Elizabeth C. Roache, Esquire of the law firm of Willkie Farr & Gallagher LLP to represent the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund in the above-captioned cases.

Dated: September 16, 2013  By: */s/ Justin R. Alberto*
        Wilmington, Delaware          Charlene D. Davis (No. 2336)
                                       Justin R. Alberto (No. 5126)
                                       BAYARD, P.A.
                                       222 Delaware Avenue, Suite 900
                                       Wilmington, Delaware 19899
                                       Telephone: (302) 655-5000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                            By: *Elizabeth C. Roache*
                                Elizabeth C. Roache
                                WILLKIE FARR & GALLAGHER LLP
                                787 Seventh Avenue
                                New York, NY 10019-6099
                                Telephone: (212) 728-8000

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Dated: _____ ___, 2013
        Wilmington, Delaware

                            _____
                            The Honorable Kevin Gross
                            Chief United States Bankruptcy Judge

{BAY:02363273v1}