# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------X : | |
| *In re* : | Chapter 11 |
| : | |
| Nortel Networks Inc., *et al.*,[1] : | Case No. 09-10138 (KG) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| ----------------------------------------------------------X | Re: D.I. 11619 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 16, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On September 18, 2013 At 3:00 p.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: September 16, 2013  CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE  James L. Bromley (admitted *pro hac vice*)
 Lisa M. Schweitzer (admitted *pro hac vice*)
 One Liberty Plaza
 New York, New York 10006
 Telephone: (212) 225-2000
 Facsimile: (212) 225-3999
 - and -

 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Minott*
 Eric D. Schwartz (No. 3134)
 Derek C. Abbott (No. 3376)
 Ann C. Cordo (No. 4817)
 Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.25

**Via Fax**

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7
Fax: 416-943-3300

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
Torys LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2
Fax: 416-865-8730

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1
Fax: 416-863-0871

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Lax O'Sullivan Scott Lisus LLP
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8
Fax: 416-598-3730

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3
Fax: 416-204-2877

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
Paliare Roland Rosenberg Rothstein LLP
155 Wellington Street West, 35th Floor
Toronto, Ontario  M5V 3H1
Canada
Fax: 416-646-4301

Barry E. Wadsworth
Lewis Gottheil
CAW- Canada
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9
Fax: 416-495-3786

Arthur O. Jacques
Thomas McRae
Shibley Righton LLP
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5
Fax: 416-214-5400

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
Nelligan O'Brien Payne LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2
Fax: 613-788-3655

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
McCarthy Tetrault LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
Fax: 416-868-0673

Case 09-10138-MFW    Doc 11627    Filed 09/16/13    Page 4 of 4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
Bennett Jones LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4
Fax: 416-863-1716

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman
Dentons Canada LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1
Fax: 416-863-4592

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom
Fax: +44 (0)20 7638 1112

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
Fax: 416-640-3054

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
Thornton Grout Finnigan LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7
Fax: 416-304-1313

Sheryl E. Seigel
McMillan LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3
Fax: 416-365-1719

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4
Fax: 416-360-8425

Edmond F. B. Lamek
James Szumski
Borden Ladner Gervais LLP
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4
Fax: 416-361-2436

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
Alexander Cobb
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8
Fax: 416-862-6666

Michael Lang
Norton Rose Canada LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4
Fax: 416-216-3930

Angela Dimsdale Gill
John Tillman
Matthew Bullen
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom
Fax: +44 20 7296 2001