IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
                                                            :
*In re*                                                     :   Case No. 09-10138 (KG)
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Jointly Administered
                                                            :
                           Debtors.                         :
                                                            :
------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 18, 2013 AT 3:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### MATTER GOING FORWARD

1. Letter from Derek C. Abbott to The Honorable Kevin Gross re EMEA Claimants (D.I. 11575, Filed 9/11/13).

    Objection Deadline:  September 16, 2013 at 3:00 p.m. (ET) for the EMEA Claimants.

    Responses Received:

    (a) Letter to the Honorable Kevin Gross Filed by Joint Administrators and Foreign Representatives for the Nortel Networks UK Limited (D.I. 11577, Filed 9/11/13); **and**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

(b) **Letter to the Honorable Kevin Gross Filed by Joint Administrators and Foreign Representatives for the Nortel Networks UK Limited (D.I. 11655, Filed 9/16/13).**

Related Pleading: None.

Status: The hearing on this matter will go forward.

## STATUS CONFERENCE

2. **Status conference on outstanding discovery and trial issues.**

| | |
|---|---|
| Dated: September 16, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7564868.1

2