# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                                                : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             : Case No. 09-10138 (KG)
:
             Debtors.                                 : Jointly Administered
:
---------------------------------------------------------X     Re: D.I. 11656

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on September 16, 2013, a copy of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On September 18, 2013 At 3:00 p.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: September 16, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999  
- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7564936.1

**Via Fax**

Derrick Tay
Jennifer Stam
Gowling Lafleur Henderson LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5
Fax: 416-862-7661

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7
Fax: 416-979-1234

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7
Fax: 416-943-3300

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Kathleen A. Murphy
Mary F. Caloway
Buchanan Ingersol & Rooney
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054
Fax: 302-552-4295

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
Torys LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2
Fax: 416-865-8730

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1
Fax: 416-863-0871

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Lax O'Sullivan Scott Lisus LLP
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8
Fax: 416-598-3730

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482
Fax: 212-422-4726

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Fax: 302-576-3298

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3
Fax: 416-204-2877

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
Paliare Roland Rosenberg Rothstein LLP
155 Wellington Street West, 35th Floor
Toronto, Ontario  M5V 3H1
Canada
Fax: 416-646-4301

Barry E. Wadsworth
Lewis Gottheil
CAW- Canada
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9
Fax: 416-495-3786

Arthur O. Jacques
Thomas McRae
Shibley Righton LLP
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5
Fax: 416-214-5400

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
Nelligan O'Brien Payne LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2
Fax: 613-788-3655

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
McCarthy Tetrault LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
Fax: 416-868-0673

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA Piper
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
Fax: 302-778-7914

Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
Bennett Jones LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4
Fax: 416-863-1716

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 213-629-5063

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman
Dentons Canada LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1
Fax: 416-863-4592

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
Fax: 212-872-1002

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom
Fax: +44 (0)20 7638 1112

Christopher Samis
Richards Layton & Finger P.A.
920 North King Street
Wilmington, DE  19801
Fax: 302-498-7845

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
Fax: 416-640-3054

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
Thornton Grout Finnigan LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7
Fax: 416-304-1313

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.
Fax: 212-728-9251

Charlene D. Davis
Justin Alberto
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Fax: 302-658-6395

Sheryl E. Seigel
McMillan LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3
Fax: 416-365-1719

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Fax : 212-751-4864

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4
Fax: 416-360-8425

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
Fax: 212-940-8776

Edmond F. B. Lamek
James Szumski
Borden Ladner Gervais LLP
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4
Fax: 416-361-2436

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Fax: 212-336-1253

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
Fax: 302-573-6497

Lyndon Barnes  
Edward Sellers  
Betsy Putnam  
Adam Hirsh  
Alexander Cobb  
Osler Hoskin and Harcourt LLP  
100 King Street West  
1 First Canadian Place  
Suite 6100  
P.O. Box 50  
Toronto, Ontario  M5X 1B8  
Fax: 416-862-6666  

Michael Lang  
Norton Rose Canada LLP  
Suite 3800, Royal Bank Plaza  
South Tower, 200 Bay Street  
P.O. Box 84  
Toronto, ON  M5J 2Z4  
Fax: 416-216-3930  

Angela Dimsdale Gill  
John Tillman  
Matthew Bullen  
Hogan Lovells International LLP  
Atlantic House  
Holborn Viaduct  
London  EC1A 2FG  
United Kingdom  
Fax: +44 20 7296 2001