IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
SEP 16 2013

| | |
|---|---|
| In re | ) Chapter 11 |
| Nortel Networks Inc., *et al.*, | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Elizabeth C. Roache, Esquire of the law firm of Willkie Farr & Gallagher LLP to represent the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund in the above-captioned cases.

Dated: September 16, 2013
Wilmington, Delaware

By: /s/ Justin R. Alberto
Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: *Elizabeth C. Roache*
Elizabeth C. Roache
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Dated: Sept 17, 2013
Wilmington, Delaware

The Honorable Kevin Gross
Chief United States Bankruptcy Judge

{BAY:02363273v1}