**<u>EXHIBIT A</u>**

Court File No.  09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY**
**CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,**
**R.S.C. 1985, c. C-36, AS AMENDED**

**NOTICE OF MOTION**
**(Amendment to Deposition Protocol)**
**(returnable September 18, 2013)**

Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively, the "**Canadian Debtors**") jointly with Ernst & Young Inc. in its capacity as monitor (the "**Monitor**") will make a motion to Justice Morawetz of the Commercial List court on **Wednesday September 18, 2013, at 3:00 pm**, or as soon after that time as the motion can be heard, **at 393 University Avenue, Toronto, Ontario.**

**PROPOSED METHOD OF HEARING:** The motion is to be heard:

☐  in writing under subrule 37.12.1(1) because it is on consent or unopposed or made without notice;

☐  in writing as an opposed motion under subrule 37.12.1(4);

☒  orally.

**THIS MOTION IS FOR AN ORDER**:

(a)    validating service of this Notice of Motion and any other materials delivered in connection with this Motion and dispensing with further service thereof;

(b)    approving a Stipulation amending Section K of the Deposition Protocol (as defined below) in a form to be agreed to among the Core Parties, or, failing such an agreement, as may be ordered by the Court; and

(c)    such further and other relief as counsel may request and this Court deems just.

**THE GROUNDS FOR THE MOTION ARE:**

(a)    On January 14, 2009, this Court made an initial order (as amended and restated from time to time, the "**Initial Order**") granting, among other things, a stay of proceedings in favour of the Canadian Debtors pursuant to the *Companies' Creditors Arrangement Act*, (Canada) R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), and appointing Ernst & Young Inc. as Monitor in the CCAA proceedings;

(b)    On April 3, 2013, this Court and the US Court approved the Allocation Protocol (the "**Allocation Protocol**" and all litigation and claims subject thereto, the "**Allocation Dispute**"). A Litigation Timetable (the "**Litigation Timetable**") and Discovery Plan (the "**Discovery Plan**"), were approved by this Court and the United States Bankruptcy Court for the District of Delaware (the "**US Court**") on May 15, 2013 and May 17, 2013, respectively. By Order dated August 27, 2013, this Court amended the Litigation Timetable and the Discovery Plan to, among other things, extend the date for the joint hearing of the Allocation Dispute (the "**Joint Hearing**") to March 31, 2014, or such later date the Court may set;

(c)    In conjunction with the August 27, 2013, amendment to the Litigation Timetable and the Discovery Plan, this Court issued an Order of the same date approving a deposition protocol (the "**Deposition Protocol**") relating to the Discovery Plan;

(d)     The Deposition Protocol applies to the taking of depositions/examinations in the Allocation Dispute.  Although it addresses a number of procedural matters regarding depositions, the Deposition Protocol expressly does not deal with the use of deposition testimony at the Joint Hearing and related considerations because that was deferred to be agreed upon or, failing agreement, to be decided by the Court(s);

(e)     Section K of the Deposition Protocol expressly contemplates that it may be amended by agreement or Order of the Court(s) to address the use and admissibility of deposition testimony at the Joint Hearing and any related considerations such as the compellability of witnesses at the Joint Hearing;

(f)     Section K of the Deposition Protocol provided for the Discovery Participants to meet and confer in good faith by no later than September 4, 2013 to endeavor to agree upon the parameters for the use and admissibility of deposition testimony at the Joint Hearing, and any related considerations such as, without limitation, the extent to which Discovery Participants will retain the right to compel witnesses to appear at the Joint Hearing;

(g)     The Estates met and conferred on September 4, 2013, to attempt to reach agreement on these matters. Several follow-up calls among counsel were subsequently convened. No agreement has been reached as yet;

(h)     Although the Estates and other Core Parties have not yet reached agreement on all issues contemplated in Section K, they continue to work to reach an agreement regarding at least some of the matters contemplated in Section K (and possibly may agree to defer some others), but if an agreement cannot be reached, the intervention of the Court(s) will be sought;

(i)     It is important that this issue be resolved before the depositions begin on September 24, 2013 (next week) and thus a Joint Hearing was booked for September 18 with this Court and the US Court to address it and this motion is intended to place the issue properly before the Courts so that it can be resolved in a timely manner, either by agreement or Court order, by the end of this week;

- 4 -

(j)     Section 11 of the CCAA; and

(k)     Such further and other grounds as counsel may advise and this Court permits.

**THE FOLLOWING DOCUMENTARY EVIDENCE** will be used at the hearing of the motion:

(a)     Materials to be filed; and

(b)     Such further and other material as counsel may advise and this Court may permit.


September 17, 2013                    **GOODMANS LLP**
                                      333 Bay Street, Suite 3400
                                      Toronto, Ontario  M5H 2S7

                                      Jay Carfagnini  (LSUC#: 22293T)
                                      Joseph Pasquariello (LSUC# 38390C)
                                      Christopher G. Armstrong (LSUC# 55148B)

                                      Tel: 416.979.2211
                                      Fax: 416.979.1234

                                      Lawyers for the Monitor, Ernst & Young Inc.


**TO**:     Attached Service List and Core Party Service List

*August 4, 2013*

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL
CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL
NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**SERVICE LIST**

| | | | |
|---|---|---|---|
| TO: | **NORTON ROSE FULBRIGHT LLP**<br>Royal Bank Plaza, South Tower<br>200 Bay Street, Suite 3800<br>Toronto, Ontario M5J 2Z4 | AND<br>TO: | **GOWLING LAFLEUR HENDERSON LLP**<br>Suite 1600, First Canadian Place<br>100 King Street West<br>Toronto, Ontario  M5X 1G5 |

Catherine Ma

Email:
catherine.ma@nortonrosefulbright.com

Tel:      416.216.4000
Fax:     416.216.3930

Lawyers for the Applicants

Derrick Tay
Jennifer Stam
Katie Parent

Email:      derrick.tay@gowlings.com
            jennifer.stam@gowlings.com
            katie.parent@gowlings.com

Tel:      416.862.5697
Fax:     416.862.7661

Lawyers for the Applicants

- 2 -

TO:   **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:  nortel.monitor@ca.ey.com

Tel:   416.943.3016
Fax:  416.943.3300

AND
TO:   **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong
Peter Ruby

Email:  jcarfagnini@goodmans.ca
        jpasquariello@goodmans.ca
        grubenstein@goodmans.ca
        fmyers@goodmans.ca
        carmstrong@goodmans.ca
        pruby@goodmans.ca

Tel:   416.597.4107
Fax:  416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:   **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh

Email:  lbarnes@osler.com
        esellers@osler.com
        eputnam@osler.com
        ahirsh@osler.com

Tel:   416.362.2111
Fax:  416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and
Nortel Networks Limited

AND
TO:   **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, Ontario  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Jon Levin

Email:  dmilner@fasken.com
        akauffman@fasken.com
        jlevin@fasken.com

Tel:   416.868.3538
Fax:  416.364.7813

Lawyers for Export Development Canada

- 3 -

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, Ontario  K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:   613.597.8651
Fax:   613.598.3113

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:
     john.stringer@mcinnescooper.co
m
     stephen.kingston@mcinnescoop
er.com

Tel:   902.425.6500
Fax:   902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:  barry.wadsworth@caw.ca
        lewis.gottheil@caw.ca

Tel.:   416.495.3776
Fax:   416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-
Canada

AND TO: **THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, Ontario  M5K 1K7

Leanne M. Williams

Email:  lwilliams@tgf.ca

Tel:   416.304.1616
Fax:   416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com

Tel:   416.595.8615/8577
Fax:   416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **ALEXANDER HOLBURN BEAUDIN + LANG LLP**
2700 – 700 W Georgia Street
Vancouver, BC  V7Y 1B8

R. Hoops Harrison

Email:  hharrison@ahbl.ca

Tel:   604.484.1783
Fax:   604.484.9783

Lawyers for Tonko Realty Advisors (BC) Ltd., in its
capacity as duly authorized agent for Holdings
1506 Enterprises Ltd.

T991328\TOR_LAW\ 7814959\34

- 4 -

AND TO: **BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, Ontario  M5H 3Y4

Roger Jaipargas

Email:  rjaipargas@blgcanada.com
Tel:     416.367.6266
Fax:    416.361.7067

Lawyers for Bell Canada

AND TO: **SISKINDS LLP**
680 Waterloo Street
London, Ontario  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Emilie E. M. Maxwell

Email:  ray.leach@siskinds.com
         dimitri.lascaris@siskinds.com
         emilie.maxwell@siskinds.com

Tel:     519.672.2121
Fax:    519.672.6065

Lawyers for Indiana Electrical Workers
Pension Trust Fund IBEW, Laborers Local
100 and 397 Pension Fund, and Bruce
William Lapare

AND TO: **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:    416.204.2882

Email:  akaplan@kmlaw.ca
Tel:     416.595.2087
Fax:    416.204.2875

Email:  bwalancik@kmlaw.ca
Tel:     416.542.6288
Fax:    416.204.2906

Lawyers for the Former Employees of Nortel

AND TO: **BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email:  zychk@bennettjones.com
Tel:     416.777.5738
Fax:    416.863.1716

Email:  orzyr@bennettjones.com
Tel:     416.777.5737
Fax:    416.863.1716

Email:  finlaysong@bennettjones.com
Tel:     416.777.5762
Fax:    416.863.1716

Email:  swanr@bennettjones.com
Tel:     416.777.7479
Fax:    416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

AND TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:   ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:     416.646.4301

Email:   karen.jones@paliareroland.com
Tel:      416.646.4339
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:     416.646.4301

Email:   michelle.jackson@paliareroland.com
Tel:      416.646.7470
Fax:     416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:     416.204.2882

Email:   akaplan@kmlaw.ca
Tel:      416.595.2087
Fax:     416.204.2875

Email:   bwalancik@kmlaw.ca
Tel:      416.542.6288
Fax:     416.204.2906

Lawyers for the LTD Beneficiaries

- 6 -

AND TO:    **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:    416.595.8615
Fax:    416.595.8695

Lawyers for LG Electronics Inc.

AND TO:    **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:    416.595.8615
Fax:    416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND TO:    **CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton

Email:  harvey@chaitons.com
Tel:    416.218.1129
Fax:    416.218.1849

Lawyers for IBM Canada Limited

AND TO:    **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

E. Patrick Shea

Email:  patrick.shea@gowlings.com

Tel:    416.369.7399
Fax:    416.862.7661

Lawyers for Westcon Group

AND TO:    **DENTONS CANADA LLP**
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman

Email:  Shayne.kukulowicz@dentons.com
Michael.wunder@dentons.com
ryan.jacobs@dentons.com
barbara.grossman@dentons.com

Tel:    416.863.4511
Fax:    416.863.4592

Canadian Lawyers for the Official
Committee of Unsecured Creditors

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Lawyers for Andrew, LLC

T991328\TOR_LAW\ 7814959\34

<table>
<tr><td>

AND<br>
TO:

**AIRD & BERLIS**<br>
Brookfield Place<br>
181 Bay Street, Suite 1800<br>
Toronto, Ontario  M5J 2T9

Harry Fogul<br>
Peter K. Czegledy

Email:  hfogul@airdberlis.com<br>
Tel:     416.865.7773<br>
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com<br>
Tel:     416.865.7749<br>
Fax:    416.863.1515

Lawyers for Microsoft Corporation

</td><td>

AND<br>
TO:

**MINDEN GROSS LLP**<br>
145 King Street West, Suite 2200<br>
Toronto, Ontario  M5H 4G2

Raymond M. Slattery<br>
David T. Ullmann

Email:  rslattery@mindengross.com<br>
        dullmann@mindengross.com

Tel:     416.369.4149<br>
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

</td></tr>
<tr><td>

AND<br>
TO:

**AIRD & BERLIS LLP**<br>
Barristers & Solicitors<br>
Brookfield Place, P.O. Box 754<br>
181 Bay Street, Suite 1800<br>
Toronto, Ontario  M5J 2T9

Steven L. Graff<br>
Ian E. Aversa

Email:  sgraff@airdberlis.com<br>
Tel:     416.865.7726<br>
Fax:    416.863.1515

Email:  iaversa@airdberlis.com<br>
Tel:     416.865.3082<br>
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

</td><td>

AND<br>
TO:

**AIRD & BERLIS LLP**<br>
Barristers & Solicitors<br>
Brookfield Place, P.O. Box 754<br>
181 Bay Street, Suite 1800<br>
Toronto, Ontario  M5J 2T9

D. Robb English<br>
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com<br>
        smitra@airdberlis.com

Tel:     416.863.1500<br>
Fax:    416.863.1515

Lawyers for Tata Consultancy Services<br>
Limited and Tata America International<br>
Corporation

</td></tr>
<tr><td>

AND<br>
TO:

**VERINT SYSTEMS, INC.**<br>
800 North Point Parkway<br>
Alpharetta, Georgia  30005

Paige Honeycutt<br>
Assistant General Counsel

Email:  paige.honeycutt@verint.com<br>
Tel:     770.754.1900<br>
Fax:    678.319.0732

Lawyers for Verint Americas Inc. and Verint<br>
Systems, Inc.

</td><td>

AND<br>
TO:

**ALEXANDER HOLBURN BEAUDIN &<br>
LANG LLP**<br>
Barristers and Solicitors<br>
700 West Georgia Street<br>
Suite 2700<br>
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:  surquhart@ahbl.ca<br>
Tel:     604.484.1757<br>
Fax:    604.484.1957

Lawyers for Algo Communication Products<br>
Ltd.

</td></tr>
</table>

- 8 -

AND TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario M5J 2T3

Andrew F. Kent

Email:  andrew.kent@mcmillan.ca
Tel:  416.865.7160
Fax:  416.865.7048

Lawyers for Royal Bank of Canada

AND TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:  416.365.3529
Fax:  416.369.5210

Email:  jdavissydor@davis.ca
Tel:  416.941.5397
Fax:  416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:  416.865.7726
Fax:  416.863.1515

Email:  iaversa@airdberlis.com
Tel:  416.865.3082
Fax:  416.863.1515

Lawyers for Perot Systems Corporation

AND TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Brett Harrison
Jeffrey Levine

Email:  brett.harrison@mcmillan.ca
Tel :  416.865.7932
Fax :  416.865.7048

Email:  jeffrey.levine@mcmillan.ca
Tel:  416.865.7791
Fax:  416.865.7048

Lawyers for Citibank

AND TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:  dgrieve@casselsbrock.com
Tel:  416.860.5219
Fax:  416.350.6923

Lawyers for Alvarion Ltd.

AND TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:  416.865.6655
Fax:  416.865.6636

Lawyers for Amphenol Corporation

- 9 -

AND
TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:   smitra@airdberlis.com

Tel:     416.863.1500
Fax:    416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:
**McMILLAN LLP**
1900, 736-6th Avenue S.W.
Calgary, Alberta  T2P 3T7

Adam Maerov

Email:   adam.maerov@mcmillan.ca
Tel:     403.215.2752
Fax:    403.531.4720

Lawyers for Right Management Inc.

AND
TO:
**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Junior Sirivar
Geoff R. Hall

Email:   jsirivar@mccarthy.ca
Tel:     416.601.7750
Fax:    416.868.0673

Email:   ghall@mccarthy.ca
Tel:     416.601.7856
Fax:    416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:
**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Lara Jackson

Email:   bleonard@casselsbrock.com
         dward@casselsbrock.com
         bburden@casselsbrock.com
         ljackson@casselsbrock.com

Tel:     416.860.6455
Fax:    416.640.3054

Co-Counsel for the UK Pension Protection
Fund and Nortel Networks UK Pension Trust
Limited

AND
TO:
**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:   chris.besant@bakernet.com

Tel:     416.865.2318
Fax:    416.863.6275

Email:   lydia.salvi@bakernet.com

Tel:     416.865.6944
Fax:    416.863.6275
Lawyers for Jabil Circuit Inc.

T991328\TOR_LAW\ 7814959\34

- 10 -

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:  ryanbellr@bennettjones.com
        laugesenm@bennettjones.com

Tel:    416.863.1200
Fax:    416.863.1716

Lawyers for Tel-e Connect Systems Ltd.
and
Tel-e Connect Systems (Toronto) Ltd.

AND
TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:  dgoldstein@schneidergaggino.com
        mgaggino@schneidergaggino.com

Tel:    514.631.8787
Fax:    514.631.0220

Lawyers for the Teamsters Quebec Local
1999

AND
TO:

**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:     514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:  janice.payne@nelligan.ca
        steven.levitt@nelligan.ca
        christopher.rootham@nelligan.ca
        ainslie.benedict@nelligan.ca

Tel:    613.231.8245
Fax:    613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post
CCAA as at January 14, 2009

- 11 -

AND
TO:

**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:     714.998.4351
Fax:     714.998.7142

Lawyers for AETL Testing, Inc

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:  iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:  david.cohen@gowlings.com

Tel:     416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada
Equipment Finance G.P. and GE Capital
Canada Leasing Services Inc.

AND
TO:

**EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:  nanci@eurodata.ca
Tel:     613.745.0921
Fax:     613.745.1172

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:  tdunn@mindengross.com
Tel:     416.369.4335
Fax:     416.864.9223

Lawyers for 2748355 Canada Inc.

AND
TO:

**BALDWIN LAW PROFESSIONAL
CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:  ibrady@baldwinlaw.ca
Tel:     613.771.9991
Fax:     613.771.9998

Lawyers for Sydney Street Properties Corp.

- 12 -

AND TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:      416.365.3529
Fax:      416.369.5210

Email:   jdavissydor@davis.ca
Tel:      416.941.5397
Fax:      416.365.7886

Lawyers for Computershare Trust Company
of Canada

AND TO:

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:      416.598.1744
Fax:      416.598.3730

Email:   slaubman@counsel-toronto.com
Tel:      416.598.1744
Fax:      416.598.3730

Lawyers for William A. Owens

AND TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:      416.214.5413

Email:   thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :     416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:   arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:      416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :     416.214.5400

Co-Counsel for the Steering Committee of
Nortel Canadian Continuing Employees –
Post CCAA as at January 14, 2009

- 13 -

AND
TO:
**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:      714.998.4351

AND
TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:      416.865.7726
Fax:     416.863.1515

Email:  iaversa@airdberlis.com
Tel:      416.865.3082
Fax:     416.863.1515

Lawyers for the Current and Former
Employees of Nortel Networks Inc. who are
or were Participants in the Long-Term
Investment Plan Sponsored by Nortel
Networks Inc.

AND
TO:
**DAVIES WARD PHILLIPS & VINEBERG
LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email:  rschwill@dwpv.com
Email:  scampbell@dwpv.com
Email:  jdoris@dwpv.com
Email:  lsarabia@dwpv.com

Tel:      416.863.0900
Fax:     416.863.0871

Counsel to the Joint Administrators of Nortel
Networks UK Limited

AND
TO:
**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell

Email:  mgottlieb@counsel-toronto.com
Tel:      416.644.5353
Fax:     416.598.3730

Email:  twynne@counsel-toronto.com
Tel:      416.598.7835
Fax:     416.598.3730

Email:  pmichell@counsel-toronto.com
Tel:      416.644.5359
Fax:     416.598.3730

Counsel to the Joint Administrators of Nortel
Networks UK Limited

- 14 -

AND TO:      **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:    416.307.4063
Fax:    416.365.1719

Lawyers for The Bank of New York Mellon

AND TO:      **DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:    416.973.3172
Fax:    416.973.0810

AND TO:      **BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M
Ericsson (publ)

AND TO:      **SIMMONS, DA SILVA & SINTON LLP**
Suite 200, 201 County Court Blvd.
Brampton, Ontario
L6W 4L2

Puneet S. Kohli
Email:  puneet@sdslawfirm.com

Tel:    905.861.2819

Lawyers for Wipro Limited

AND TO:      **McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:    416.601.8342
Fax:    416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND TO:      **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Lawyers for Avaya Inc.

- 15 -

AND TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  milly.chow@blakes.com
Tel:     416.863.2594
Fax:     416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:     416.863.2426
Fax:     416.863.2653

Email:  craig.thorburn@blakes.com
Tel:     416.863.2965
Fax:     416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:  jspiegelman@foglers.com
Tel:     416.864.9700
Fax:     416.941.8852

Vern W. DaRe

Email:  vdare@foglers.com
Tel:     416-941-8842
Fax:     416-941-8852

Lawyers for Belden (Canada) Inc.

AND TO:

**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:     613.241.2701
Fax:     613.241.2599

Lawyers for La Regie des Rentes du
Quebec

AND TO:

**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Ron Ferguson

Email:  rferguson@stikeman.com
Tel:     212.845.7477
Fax:     212.371.7087

Lawyers for GENBAND Inc.

- 16 -

| | | | |
|---|---|---|---|
| AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6 | AND TO: | **BLAKE, CASSELS & GRAYDON**<br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario  M5L 1A9 |

AND TO: **McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques

E-mail:  bboake@mccarthy.ca
Tel:     416.601.7557
Fax:     416.868.0673

Email:  jgage@mccarthy.ca
Tel:     416.601.7539
Fax:     416.686.0673

Email:  emarques@mccarthy.ca
Tel:     416.601.7822
Fax:     416.686.0673

Lawyers for Morneau Shepell Limited

AND TO: **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Jeremy Opolsky

Email:  jbromley@cgsh.com
         lschweitzer@cgsh.com
         jopolsky@cgsh.com

Tel:     212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND TO: **DAVID STEER**
10 Cypress Court
Nepean, ON  K2H 8Z8

E-mail:  davidsteer127@sympatico.ca

AND TO: **BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:  pamela.huff@blakes.com
Tel:     416.863.2958
Fax:     416.863.2653

Email:  jeremy.forgie@blakes.com
Tel:     416.863.3888
Fax:     416.863.2653

Lawyers for The Northern Trust Company, Canada

AND TO: **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

D. Brent McPherson

Email:  brent.mcpherson@mcmillan.ca
Tel:     416.307.4103
Fax:     416.304.3769

Lawyers for Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., in its capacity as Servicer for the Nortel Networks Pass-Through Trust, Series 1-1

AND TO: **ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:  jrochon@rochongenova.com
Tel:     416.363.1867
Fax:     416.363.0263

Lawyers for the Opposing LTD Employees

- 17 -

| | | | |
|---|---|---|---|
| AND TO: | **TORYS LLP**<br>79 Wellington St. W., Suite 3000<br>Box 270, TD Centre<br>Toronto, Ontario  M5K 1N2 | AND TO: | **FOGLER, RUBINOFF LLP**<br>Barristers and Solicitors<br>Suite 1200<br>Toronto-Dominion Centre<br>95 Wellington Street West<br>Toronto, Ontario  M5J 2Z9 |

AND TO:    **TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:   tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com

Tel:    416.865.0040
Fax:   416.865.7380

Lawyers for Nortel Networks Inc.

AND TO:    **FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com

Tel:    416.864.9700
Fax:   416.941.8852

Lawyers for Apex Logistics Inc.

AND TO:    **McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email:   andrew.kent@mcmillan.ca
Tel :   416.865.7160
Fax :   416.865.7048

Email:   wael.rostom@mcmillan.ca
Tel :   416.865.7790
Fax :   416.865.7048

Lawyers for the Norpax LLC and RPX
Corporation, in its capacity as Managing
Member of Norpax LLC

AND TO:    **TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
David W. DeMille

Email:   hvw@tmlegal.ca
dwd@tmlegal.ca

Tel:    613.542.1889
Fax:   613.542.8202

Lawyers for The Corporation of the City of
Belleville

- 18 -

| | |
|---|---|
| AND TO: | **TEMPLEMAN MENNINGA LLP**<br>401-366 King Street East<br>Kingston, Ontario  K7K 6Y3<br><br>Harold Van Winssen<br>David W. DeMille<br><br>Email:   hvw@tmlegal.ca<br>          dwd@tmlegal.ca<br><br>Tel:     613.542.1889<br>Fax:    613.542.8202<br><br>Lawyers for Algonquin and Lakeshore<br>Catholic District School Board | AND TO: | **BLAKE, CASSELS & GRAYDON LLP**<br>199 Bay Street, Suite 2800<br>Commerce Court West<br>Toronto, Ontario  M5L 1A9<br><br>Steven J. Weisz<br>Jenna Willis<br><br>Email:   steven.weisz@blakes.com<br>Tel:     416.863.2616<br>Fax:    416.863.2653<br><br>Email:   jenna.willis@blakes.com<br>Tel:     416.863.3348<br>Fax:    416.863.2653<br><br>Lawyers for the American Registry for Internet Numbers |
| AND TO: | **STIKEMAN ELLIOTT LLP**<br>Barristers & Solicitors<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto, Ontario  M5L 1B9<br><br>Dan Murdoch<br><br>Email:   dmurdoch@stikeman.com<br>Tel:     416.869.5529<br>Fax:    416.947.0866<br><br>Lawyers for Apple Inc. | AND TO: | **McMILLAN LLP**<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, Ontario M5J 2T3<br><br>Brett Harrison<br><br>Email:   brett.harrison@mcmillan.ca<br>Tel :    416.865.7932<br>Fax :   416.865.7048<br><br>Lawyers for Rogers Communications Inc. |

T991328\TOR_LAW\7814959\34

- 19 -

| | | | |
|---|---|---|---|
| AND TO: | **ATTORNEY GENERAL FOR ONTARIO**<br>Crown Law Office – Civil<br>720 Bay Street, 8th Floor<br>Toronto, Ontario  M7A 2S9 | AND TO: | **DAVIS LLP**<br>1 First Canadian Place, Suite 6000<br>100 King Street West<br>P.O. Box 367,<br>Toronto, Ontario  M5X 1E2 |

AND TO: **ATTORNEY GENERAL FOR ONTARIO**
Crown Law Office – Civil
720 Bay Street, 8th Floor
Toronto, Ontario  M7A 2S9

Leonard Marsello
William MacLarkey
Mario Faieta

Email:  leonard.marsello@ontario.ca
Tel:    416.326.4939
Fax:    416.326.4181

Email:  William.MacLarkey@ontario.ca
Tel:    416.326.4082
Fax:    416.326.4181

Email:  mario.faieta@ontario.ca
Tel:    416.314.6482
Fax:    416.314.6579

Lawyers for Her Majesty the Queen in right
of Ontario, as represented by the Ministry of
the Environment

AND TO: **DAVIS LLP**
1 First Canadian Place, Suite 6000
100 King Street West
P.O. Box 367,
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Lenovo (Singapore) Pte. Ltd.

AND TO: **CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton
Doug Bourassa

Email:  harvey@chaitons.com
Tel :   416.218.1129
Fax :   416.218.1849

Email:  doug@chaitons.com
Tel :   416.218.1145
Fax :   416.218.1845

Lawyers for SMNP Research International,
Inc. and SMNP Research, Inc.

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M6H 3S1

Craig A. Mills

Email:  cmills@millerthomson.com
Tel :   416.595.8596
Fax :   416.595.8695

Lawyers for 2058756 Ontario Limited

- 20 -

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Ashley John Taylor
Kathryn Esaw

Email:  ataylor@stikeman.com
Tel :   416.869.5236
Fax :   416.947.0866

Email:  kesaw@stikeman.com
Tel:    416.869.6820
Fax :   416.947.0866

Lawyers for Sanmina SCI Corporation

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Alan D'Silva
Ellen Snow

Email:  adsilva@stikeman.com
Tel:    416.869.5204
Fax:    416.947.0866

Email:  esnow@stikeman.com
Tel:    416.869.5286
Fax:    416.947.0866

Counsel to Chartis Insurance Company of
Canada Inc.

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
Email:  craig.barbarosh@kattenlaw.com
Tel:    212.940.8665
Fax:    212.940.8776

David A. Crichlow
Email:  david.crichlow@kattenlaw.com
Tel:    212.940.89941
Fax:    212.940.8776

Karen B. Dine
Email:  Karen.dine@kattenlaw.com
Tel:    212.940.8772
Fax:    212.940.8776

U.S. Counsel to Wilmington Trust

AND
TO:

**CONSTELLATION ENERGY GROUP, INC.**
100 Constellation Way
Suite 600
Baltimore, MD 21202

David Quagliana
Manager, Credit Workout

Email:  david.quagliana@constellation.com
Tel:    410.470.2058

- 21 -

AND TO:  **HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:  jsalmas@heenan.ca
Tel:    416.360.3570
Fax:    416.360.8425

Email:  kkraft@heenan.ca
Tel:    416.643.6822
Fax:    416.360.8425

Email:  svanallen@heenan.ca
Tel:    416.360.3570
Fax:    416.360.8425

Canadian Lawyers for Wilmington Trust,
National Association

AND TO:  **PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:  dalowenthal@pbwt.com
Tel:    212.336.2720
Fax:    212.336.1253

U.S. Counsel for Law Debenture Trust
Company of New York

AND TO:  **BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:  elamek@blg.com
Tel:    416.367.6311
Fax:    416.361.2436

Email:  jszumski@blg.com
Tel:    416.367.6310
Fax:    416.682.2811

Lawyers for Law Debenture Trust Company
of New York

AND TO:  **THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan

Email:  mbarrack@tgf.ca
Tel:    416.304.1109
Fax:    416.304.1313

Email:  djmiller@tgf.ca
Tel:    416.304.0559
Fax:    416.304.1313

Email:  rlewis@tgf.ca
Tel:    416.304.0603
Fax:    416.304.1313

Email:  amcewan@tgf.ca
Tel:    416.304.0596
Fax:    416.304.1313

Co-Counsel to the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

- 22 -

COURTESY COPIES:

AND
TO:     **LEWIS AND ROCA**
        40 North Central Avenue
        Phoenix, Arizona
        USA 85004-4429

        Scott K. Brown

        Email:    sbrown@lrlaw.com

        Tel:    602.262.5321
        Fax:    602.734.3866

        Lawyers for The Prudential Insurance
        Company of America

AND
TO:     **CURTIS, MALLET-PREVOST, COLT &**
        **MOSLE LLP**
        101 Park Avenue
        New York, New York 10178-0061

        Steven J. Reisman
        James V. Drew

        E-mail: sreisman@curtis.com
                jdrew@curtis.com

        Tel:    212.696.6000
        Fax:    212-697-1559

        Lawyers for Flextronics International

AND
TO:     **AKIN GUMP STRAUSS HAUER &**
        **FELD LLP**
        One Bryant Park
        New York, NY 10036

        Fred S. Hodara

        Email:    fhodara@akingump.com

        Tel:    212.872.1000
        Fax:    212.872.1002

        U.S. Lawyers for the Official Committee
        of Unsecured Creditors

AND
TO:     **MILBANK, TWEED, HADLEY**
        **McCLOY LLP**
        1 Chase Manhattan Plaza
        New York, NY 10005

        Thomas R. Kreller
        Jennifer P. Harris
        Albert A. Pisa

        Email:    TKreller@milbank.com
        Tel:    213.892.4463
        Fax:    213.629.5063

        Email:    JHarris@milbank.com
        Tel:    212.530.5475
        Fax:    212.530.5219

        Email:    APisa@milbank.com
        Tel:    212.530.5319
        Fax:    212.530.5219

        U.S. Lawyers for The Informal Nortel
        Noteholder Group

- 23 -

AND
TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:    212.407.6920
Fax:    212.407.7799

U.S. Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :    212.906.1373
Fax :    212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

AND
TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:    eric.prezant@bryancave.com
Tel:      312.602.5033
Fax:      312.602.5050

U.S. Lawyers for Tellabs, Inc.

Court File No.  09-CL-7950

***ONTARIO***
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS
CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION,
NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT,*
R.S.C. 1985, c. C-36, AS AMENDED

CORE PARTIES SERVICE LIST
(Allocation Litigation)

Updated as of September 11, 2013

- 2 -

**CANADIAN DEBTORS**

TO:    **GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam

Email:    derrick.tay@gowlings.com
              jennifer.stam@gowlings.com

Tel:    416.862.5697
Fax:   416.862.7661

Lawyers for the Applicants

AND
TO:    **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong

Email:    jcarfagnini@goodmans.ca
              jpasquariello@goodmans.ca
              bzarnett@goodmans.ca
              fmyers@goodmans.ca
              pruby@goodmans.ca
              jkimmel@goodmans.ca
              carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:   416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:    **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:    nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:   416.943.3300

- 3 -

AND
TO:

**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward

Email:    ken.coleman@allenovery.com
Tel:       212.610.6434
Fax:       212.610.6399

Email:    paul.keller@allenovery.com
Tel:       212.610.6414
Fax:       212.610.6399

Email:    daniel.guyder@allenovery.com
Tel:       212.756.1132
Fax:       212.610.6399

Email:    laura.hall@allenovery.com
Tel:       212.756.1171
Fax:       212.610.6399

Email:    Joseph.Badtke-Berkow@AllenOvery.com
Tel:       212.610.6417
Fax:       212.610.6399

Email:    jonathan.cho@allenovery.com
Tel:       212.756.1118
Fax:       212.610.6399

Email:    Nicolette.ward@allenovery.com
Tel:       212.610.6412
Fax:       212.610.6399

U.S. Lawyers for the Canadian Debtors

AND
TO:

**BUCHANAN INGERSOLL & ROONEY**
1105 North Market Street,
Suite 1900
Wilmington, DE 19801-1054

Kathleen A. Murphy
Mary F. Caloway

Email:    Kathleen.murphy@bipc.com
Tel:       302.552.4214
Fax:       302.552.4295

Email:    mary.caloway@bipc.com
Tel:       302.552.4209
Fax:       302.552.4295

Local U.S. Lawyers for the Canadian Debtors

- 4 -

**U.S. DEBTORS**

AND
TO:

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:    tdemarinis@torys.com
sbomhof@torys.com
sblock@torys.com
agray@torys.com
aslavens@torys.com

Tel:    416.865.0040
Fax:    416.865.7380

Canadian Lawyers for Nortel Networks Inc.

AND
TO:

**CLEARY GOTTLIEB STEEN & HAMILTON
LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen

Email:    jbromley@cgsh.com
lschweitzer@cgsh.com
hzelbo@cgsh.com
jrosenthal@cgsh.com
dstein@cgsh.com
mdecker@cgsh.com
lpeacock@cgsh.com
jmoessner@cgsh.com
nforrest@cgsh.com
dqueen@cgsh.com

Tel:    212.225.2000
Fax:    212.225.3999

U.S. Lawyers for Nortel Networks Inc.

AND
TO:

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347

Derek Abbott
Annie Cordo

Email:    dabbott@mnat.com
Tel:    302.351.9357
Fax:    302.425.4664

Email:    acordo@mnat.com
Tel:    302.351.9459
Fax:    302.225.2559

Local U.S. Lawyers for the U.S. Debtors

- 5 -

**EMEA DEBTORS**

AND TO:
**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia

Email:    rschwill@dwpv.com
Email:    scampbell@dwpv.com
Email:    jdoris@dwpv.com
Email:    lsarabia@dwpv.com

Tel:      416.863.0900
Fax:      416.863.0871

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

AND TO:
**HUGHES HUBBARD & REED**
One Battery Park Plaza
New York, NY 10004-1482

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty

Email:    adler@hugheshubbard.com
Tel:      212.837.6086
Fax:      212.422.4726

Email:    oxford@hugheshubbard.com
Tel:      212.837.6843
Fax:      212.422.4726

Email:    tabataba@hugheshubbard.com
Tel:      212.837.6296
Fax:      212.299.6269

Email:    huberty@hugheshubbard.com
Tel:      212.837.6045
Fax:      212.299.6045

U.S. Lawyers the Joint Administrators of Nortel Networks UK Limited

AND TO:
**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb
Tracy Wynne
Paul Michell

Email:    mgottlieb@counsel-toronto.com
Tel:      416.644.5353
Fax:      416.598.3730

Email:    twynne@counsel-toronto.com
Tel:      416.598.7835
Fax:      416.598.3730

Email:    pmichell@counsel-toronto.com
Tel:      416.644.5359
Fax:      416.598.3730

Co-Counsel to the Joint Administrators of Nortel Networks UK Limited

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

Ed Harron
John Dorsey

Email:    eharron@ycst.com
Tel:      302.571.6703
Fax:      302.576.3298

Email:    jdorsey@ycst.com
Tel:      302.571.6712
Fax:      302.576.3401

Local U.S. Lawyers for the Joint Administrators of Nortel Networks UK Limited

- 6 -

**CANADIAN CREDITORS COMMITTEE**

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:   mzigler@kmlaw.ca
Tel:      416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:      416.595.2104
Fax:     416.204.2882

Email:   akaplan@kmlaw.ca
Tel:      416.595.2087
Fax:     416.204.2875

Email:   bwalancik@kmlaw.ca
Tel:      416.542.6288
Fax:     416.204.2906

Lawyers for the Former Employees of Nortel and
LTD Beneficiaries

AND
TO:

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
Jacqueline Cummins

Email:   ken.rosenberg@paliareroland.com
Tel:      416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:      416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:      416.646.4326
Fax:     416.646.4301

Email:   karen.jones@paliareroland.com
Tel:      416.646.4339
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:      416.646.4332
Fax:     416.646.4301

Email:   michelle.jackson@paliareroland.com
Tel:      416.646.7470
Fax:     416.646.4301

Email:   Jacqueline.cummins@paliareroland.com
Tel:      416.646.7446
Fax:     416.646.4301

Lawyers for the Superintendent of Financial Services
as Administrator of the Pension Benefits Guarantee
Fund

- 7 -

| | |
|---|---|
| AND TO: | **CAW-CANADA**<br>Legal Department<br>205 Placer Court<br>Toronto, Ontario M2H 3H9<br><br>Barry E. Wadsworth<br>Lewis Gottheil<br><br>Email:  barry.wadsworth@caw.ca<br>        lewis.gottheil@caw.ca<br><br>Tel.:   416.495.3776<br>Fax:    416.495.3786<br><br>Lawyers for all active and retired Nortel<br>employees represented by the CAW-Canada |

**NELLIGAN O'BRIEN PAYNE LLP**

AND
TO:   Barristers and Solicitors
      50 O'Connor Street
      Suite 1500
      Ottawa, Ontario  K1P 6L2

      Janice B. Payne
      Steven Levitt
      Christopher Rootham
      Ainslie Benedict

      Email:   janice.payne@nelligan.ca
               steven.levitt@nelligan.ca
               christopher.rootham@nelligan.ca
               ainslie.benedict@nelligan.ca

      Tel:   613.231.8245
      Fax:   613.788.3655

      Lawyers for the Steering Committee of Nortel
      Canadian Continuing Employees – Post CCAA
      as at January 14, 2009

AND
TO:   **SHIBLEY RIGHTON LLP**
      Barristers and Solicitors
      250 University Avenue, Suite 700
      Toronto, Ontario M5H 3E5

      Arthur O. Jacques
      Thomas McRae

      Email:   arthur.jacques@shibleyrighton.com
      Tel:     416.214.5213
      Fax:     416.214.5413

      Email:   thomas.mcrae@shibleyrighton.com
      Tel :    416.214.5206
      Fax :    416.214.5400

      Lawyers for The Recently Severed Canadian Nortel
      Employees Committee

AND
TO:   **McCARTHY TETRAULT LLP**
      Suite 5300, Toronto Dominion Bank Tower
      Toronto, Ontario  M5K 1E6

      Barbara J. Boake
      James D. Gage
      Elder C. Marques
      Paul Steep
      Byron Shaw
      Sharon Kour
      Kelly Peters

      E-mail:   bboake@mccarthy.ca
      Tel:      416.601.7557
      Fax:      416.868.0673

      Email:    jgage@mccarthy.ca
      Tel:      416.601.7539
      Fax:      416.686.0673

      Email:    emarques@mccarthy.ca
      Tel:      416.601.7822
      Fax:      416.686.0673

      Email:    psteep@mccarthy.ca
      Tel:      416.601.7998
      Fax:      416.686.0673

      Email:    bdshaw@mccarthy.ca
      Tel:      416.601.8256
      Fax:      416.686.0673

      Email:    skour@mccarthy.ca
      Tel:      416.601.8305
      Fax:      416.686.0673

      Email:    kpeters@mccarthy.ca
      Tel:      416.601.8281
      Fax:      416.686.0673

      Lawyers for Morneau Shepell Limited

- 8 -

AND
TO:

**DLA PIPER**
919 North Market Street
Suite 1500
Wilmington, Delaware 19801

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti

Email:   selinda.melnik@dlapiper.com
Tel:     302.468.5650
Fax:     302.778.7914

Email:   richard.hans@dlapiper.com
Tel:     212.335.4530
Fax:     212.884.8730

Email:   timothy.hoeffner@dlapiper.com
Tel:     212.656.3341
Fax:     215.606.3341

Email:   farahlisa.sebti@dlapiper.com
Tel:     212.335.4829
Fax:     212.884.8529

U.S. Lawyers for the Canadian Creditors
Committee

**INFORMAL NORTEL NOTEHOLDER GROUP**

| | | | |
|---|---|---|---|
| AND TO: | **BENNETT JONES LLP**<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario  M5X 1A4 | AND TO: | **MILBANK, TWEED, HADLEY McCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

<table>
<tr>
<td valign="top">

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell

Email:  zychk@bennettjones.com
Tel:    416.777.5738
Fax:   416.863.1716

Email:  orzyr@bennettjones.com
Tel:    416.777.5737
Fax:   416.863.1716

Email:  finlaysong@bennettjones.com
Tel:    416.777.5762
Fax:   416.863.1716

Email:  swanr@bennettjones.com
Tel:    416.777.7479
Fax:   416.863.1716

Email:  zweigs@bennettjones.com
Tel:    416.777.6254
Fax:   416.863.1716

Email:  bellj@bennettjones.com
Tel:    416.777.6511
Fax:   416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

</td>
<td valign="top">

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas

Email:  TKreller@milbank.com
Tel:    213.892.4463
Fax:   213.629.5063

Email:  JHarris@milbank.com
Tel:    212.530.5475
Fax:   212.530.5219

Email:  APisa@milbank.com
Tel:    212.530.5319
Fax:   212.530.5219

Email:  svora@milbank.com
Tel:    213.892.4595
Fax:   213.629.5063

Email:  aleblanc@milbank.com
Tel:    202.835.7574
Fax:   202.263.7574

Email:  mhirschfeld@milbank.com
Tel:    212.530.5832
Fax:   212.822.5832

Email:  amiller@milbank.com
Tel:    212.530.5421
Fax:   212.822.5421

Email:  tmatz@milbank.com
Tel:    212.530.5885
Fax:   212.822.5885

Email:  nbassett@milbank.com
Tel:    202.835.7546
Fax:   202.263.7546

Email:  gruha@milbank.com
Tel:    212.530.5155
Fax:   212.822.5155

</td>
</tr>
</table>

- 10 -

Email:   rpojunas@milbank.com
Tel:     202.835.7551
Fax:     202.263.7551

U.S. Lawyers for The Informal Nortel Noteholder
Group

- 11 -

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AND
TO:

**DENTONS CANADA LLP**
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman

Email:    Shayne.kukulowicz@dentons.com
Michael.wunder@dentons.com
ryan.jacobs@dentons.com
Barbara.grossman@dentons.com

Tel:    416.863.4511
Fax:    416.863.4592

Canadian Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
Christine Doniak
Sunny Gulati

Email:    fhodara@akingump.com
dbotter@akingump.com
aqureshi@akingump.com
rajohnson@akingump.com
bkahn@akingump.com
cdoniak@akingump.com
sgulati@akingump.com

Tel:    212.872.1000
Fax:    212.872.1002

U.S. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**ASHURST LLP**
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Angela Pearson
Antonia Croke

Email:    angela.pearson@ashurst.com
antonia.croke@ashurst.com

Tel:    +44 (0)20 7638 1111
Fax:    +44 (0)20 7638 1112

U.K. Lawyers for the Official Committee of
Unsecured Creditors

AND
TO:

**RICHARDS LAYTON & FINGER, P.A.**
920 North King Street
Wilmington, DE  19801

Christopher Samis

Email:    samis@rlf.com
Tel:    302.651.7845
Fax:    302.498.7845

Local U.S. Lawyers for the Official Committee of
Unsecured Creditors

- 12 -

**UK PENSION PROTECTION FUND AND NORTEL NETWORKS UK PENSION TRUST LIMITED**

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson

Email:    bleonard@casselsbrock.com
          dward@casselsbrock.com
          bburden@casselsbrock.com
          chorkins@casselsbrock.com
          ljackson@casselsbrock.com

Tel:      416.860.6455
Fax:      416.640.3054

Co-Counsel for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**THORNTON GROUT FINNIGAN LLP**
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan

Email:    mbarrack@tgf.ca
Tel:      416.304.1109
Fax:      416.304.1313

Email:    djmiller@tgf.ca
Tel:      416.304.0559
Fax:      416.304.1313

Email:    rlewis@tgf.ca
Tel:      416.304.0603
Fax:      416.304.1313

Email:    amcewan@tgf.ca
Tel:      416.304.0596
Fax:      416.304.1313

Email:    jfinnigan@tgf.ca
Tel:      416.304.0558
Fax:      416.304.1313

Co-Counsel to the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, N.Y. 10019-6099, U.S.A.

Brian O'Connor
Sameer Advani
Andrew Hanrahan

Email:    boconnor@willkie.com
Tel:      (212) 728-8251
Fax:      (212) 728-9251

Email:    sadvani@willkie.com
Tel:      (212) 728-8587
Fax:      (212) 728-9587

Email:    ahanrahan@willkie.com
Tel:      (212) 728-8170
Fax:      (212) 728-9170

US Counsel for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust Limited

AND
TO:

**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

Charlene D. Davis
Justin Alberto

Email:    cdavis@bayardlaw.com
          jalberto@bayardlaw.com

Tel:      302.655.5000
Fax:      302.658.6395

Local U.S. Lawyers for the UK Pension
Protection Fund and Nortel Networks UK
Pension Trust Limited

- 13 -

**THE BANK OF NEW YORK MELLON**

| | | | |
|---|---|---|---|
| AND<br>TO: | **McMILLAN LLP**<br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, Ontario, M5J 2T3 | AND<br>TO: | **LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022-4834 |

<table>
<tr><td>AND<br>TO:</td><td><strong>McMILLAN LLP</strong><br>Brookfield Place<br>181 Bay Street, Suite 4400<br>Toronto, Ontario, M5J 2T3<br><br>Sheryl E. Seigel<br><br>Email: <u>sheryl.seigel@mcmillan.ca</u><br>Tel:   416.307.4063<br>Fax:  416.365.1719<br><br>Canadian Lawyers for The Bank of New York<br>Mellon</td><td>AND<br>TO:</td><td><strong>LATHAM & WATKINS LLP</strong><br>885 Third Avenue<br>New York, NY 10022-4834<br><br>Michael J. Riela<br><br>Email: <u>michael.riela@lw.com</u><br><br>Tel :  212.906.1373<br>Fax :  212.751.4864<br><br>U.S. Lawyers for The Bank of New York Mellon</td></tr>
</table>

- 14 -

**WILMINGTON TRUST, NATIONAL ASSOCIATION**

AND
TO:

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:   jsalmas@heenan.ca
**T**el:      416.360.3570
Fax:     416.360.8425

Email:   kkraft@heenan.ca
Tel:      416.643.6822
Fax:     416.360.8425

Email:   svanallen@heenan.ca
Tel:      416.360.3570
Fax:     416.360.8425

Canadian Lawyers for Wilmington Trust, National
Association

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY  10022-2585

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine

Email:   craig.barbarosh@kattenlaw.com
Tel:      212.940.8665
Fax:     212.940.8776

Email:   david.crichlow@kattenlaw.com
Tel:      212.940.8941
Fax:     212.940.8776

Email:   Karen.dine@kattenlaw.com
Tel:      212.940.8772
Fax:     212.940.8776

U.S. Lawyers to Wilmington Trust, National
Association

- 15 -

LAW DEBENTURE TRUST COMPANY OF NEW YORK

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:   elamek@blg.com
Tel:       416.367.6311
Fax:      416.361.2436

Email:   jszumski@blg.com
Tel:       416.367.6310
Fax:      416.682.2811

Lawyers for Law Debenture Trust Company of New
York

AND
TO:

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036

Daniel A. Lowenthal

Email:   dalowenthal@pbwt.com
Tel:       212.336.2720
Fax:      212.336.1253

U.S. Lawyers for Law Debenture Trust
Company of New York

- 16 -

**BOARDS OF DIRECTORS OF NORTEL NETWORKS CORPORATION AND NORTEL NETWORKS LIMITED**

AND
TO:     **OSLER HOSKIN AND HARCOURT LLP**
        100 King Street West
        1 First Canadian Place
        Suite 6100
        P.O. Box 50
        Toronto, Ontario  M5X 1B8

        Lyndon Barnes
        Edward Sellers
        Betsy Putnam
        Adam Hirsh
        Alexander Cobb

        Email:    lbarnes@osler.com
                  esellers@osler.com
                  eputnam@osler.com
                  ahirsh@osler.com
                  acobb@osler.com

        Tel:      416.362.2111
        Fax:      416.862.6666

        Lawyers for the Boards of Directors of Nortel
        Networks Corporation and Nortel Networks Limited

- 17 -

**COURTESY COPIES:**

AND
TO:

**NORTON ROSE FULBRIGHT LLP**
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael Lang

Email:    michael.lang@nortonrosefulbright.com

Tel:      416.216.3939
Fax:      416.216.3930

AND
TO:

**HOGAN LOVELLS INTERNATIONAL LLP**
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom

Angela Dimsdale Gill
John Tillman
Matthew Bullen
David Graves
Katherine Tallett-Williams

Email:    amdg@hoganlovells.com
          john.tillman@hoganlovells.com
          Matthew.bullen@hoganlovells.com
          david.graves@hoganlovells.com
          katherine.tallett-williams@hoganlovells.com

Tel:      +44 20 7296 2000
Fax:      +44 20 7296 2001

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

| |
|---|
| ***ONTARIO***<br>**SUPERIOR COURT OF JUSTICE**<br>**COMMERCIAL LIST** |
| Proceeding commenced at Toronto |
| **NOTICE OF MOTION**<br>**(Amendment to Deposition Protocol)**<br>**(returnable September 18, 2013)** |
| Goodmans LLP<br>Barristers & Solicitors<br>333 Bay Street, Suite 3400<br>Toronto, Canada  M5H 2S7<br><br>Jay Carfagnini  (LSUC#: 22293T)<br>Joseph Pasquariello (LSUC# 38390C)<br>Christopher G. Armstrong (LSUC# 55148B)<br><br>Tel: 416.979.2211<br>Fax: 416.979.1234<br><br>**Lawyers for the Monitor, Ernst & Young Inc.** |

\6244982