# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
            Debtors.  :  Jointly Administered
:
---------------------------------------------------------X  **Re: D.I. 11664**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2013, a copy of the **Omnibus Hearing Order** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: September 18, 2013       CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE       James L. Bromley (admitted *pro hac vice*)
     Lisa M. Schweitzer (admitted *pro hac vice*)
     One Liberty Plaza
     New York, New York 10006
     Telephone: (212) 225-2000
     Facsimile: (212) 225-3999
     - and -

     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

         */s/ Tamara K. Minott*
     Eric D. Schwartz (No. 3134)
     Derek C. Abbott (No. 3376)
     Ann C. Cordo (No. 4817)
     Tamara K. Minott (No. 5643)
     1201 North Market Street, 18th Floor
     Wilmington, DE 19899-1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7570365.1