# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 18, 2013 03:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### Matter:

WITH CANADA - Letters re: EMEA Claimants; Status Conference re: Discovery & Trial issues

**R / M #:** 11,708 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - parties to figure out what is the right schedule;
#2 - Status Conference on outstanding Discovery and Trial issues - Matters discussed,

Scheduled:   Teleconference scheduled for 9/19/13 @ 4 PM
             TELEPHONIC HEARING SET FOR 9/20/13 @ 2 PM