# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 9/18/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DAN GUYDER | Allen & Overy | Canadian Monitor (for) Canadian Estates |
| Kathleen Murphy | Buchanan Ingersoll | Same as above |
| Neil Oxford | Hughes Hubbard & Reed | EMEA Debtors |
| John Dorsey | Young Conaway Stargatt & Taylor | EMEA Debtors |
| Nicholas Bassett | Milbank, Tweed, Hadley & McCloy | Ad Hoc Bondholder Group |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Jeff Rosenthal | Cleary Gottlieb Steen & Hamilton | " |
| Brynn Lyerly | " | " |
| Stephen Miller | Morris James LLP | Law Debenture as Trustee |
| Brian O'Connor | Willkie Farr & Gallagher | UK Pension Claimants |
| Sameer Advani | " | " |
| Charlene D. Davis | Bayard, P.A. | Canadian Creditors Ctte ("CCC") |
| Selinda A. Melnik | DLA Piper LLP | Canadian Creditors Ctte ("CCC") |
| Abid Qureshi | Akin Gump | Official Creditors' Committee |
| Fred Hodara | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

Courtroom

Calendar Date: 09/18/2013
Calendar Time: 03:00 PM ET

Amended Calendar 09/18/2013 09:57 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Kent Collier | | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Crichlow | | Katten Muchin Rosenman LLP | New Yc Creditor, Wilmington Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Karen B. Dine | | Katten Muchin Rosenman LLP | New Yc Creditor, Wilmington Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Angela Dimsdale Gill | | Hogan Lovells US LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Laura Hall | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Robert Johnson | | Akin Gump Strauss Hauer & Feld L.L.F | Interested Party, Official Committee of Unsecured Creditors / LIVE |

Raymond Reyes ext. 881    CourtConfCal2012

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5835236 Rebecca Lewis | Thornton Grout Finnigan LLP | Creditor, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5830366 Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5825667 Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5832477 Thomas Matz | Milbank, Tweed, Hadley & McCloy, LLl | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5835525 Michael Quinn | William Fry | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5834026 Javier Schiffrin | Malek Schiffrin LLP | Interested Party, Javier Schiffrin / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5834410 Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5830066 Andrew M. Thau | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5832876 Michael J. Wunder | Dentons Canada, LLP. | Interested Party, Dentons Canada, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5830403 Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |