IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11634-11637, 11667** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 19, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
19th day of September, 2013

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                    | Case No. 09-10138 (KG)

                        Debtors.                 | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: HUBOI, PETER                          HUBOI, PETER
    PETER HUBOI                            522 S. 13TH ST.
    522 S. 13TH ST                         SAN JOSE, CA 95112
    SAN JOSE CA 95112

Please note that your claim # 4519 in the above referenced case and in the amount of $83,731.22 has been transferred **(unless previously expunged by court order)** to:

                          HAIN CAPITAL HOLDINGS, LLC
                          TRANSFEROR: HUBOI, PETER
                          ATTN: AMANDA RAPOPORT
                          301 ROUTE 17, 7TH FLOOR
                          RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11636 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/19/2013                          David D. Bird, Clerk of Court


                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 19, 2013.

# EXHIBIT B

```
TIME: 11:05:37                                    NORTEL NETWORKS INC.                                           PAGE:    1
DATE: 09/19/13                                     CREDITOR LISTING
```

| Name | Address |
|------|---------|
| CATES, MARK R. | 3101 STONEHURST CT EL DORADO HILLS CA 95762 |
| GOODMAN-PROCKNOW, DEBRA | 3185 STONEHURST DRIVE EL DORADO HILLS CA 95762 |
| GRIFFIN, KIMBERLY | 2111 STONE PASTURE ROAD FUQUAY VARINA NC 27526 |
| GRIFFIN, KIMBERLY | KIMBERLY GRIFFIN 8701 DONNINGTON DR RALEIGH NC 27615 |
| HAIN CAPITAL GROUP, LLC | TRANSFEROR: GOODMAN-PROCKNOW, DEBRA ATTN: ROBERT KOLTAI 301 ROUTE 17 NORTH, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CATES, MARK R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GRIFFIN, KIMBERLY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HUBOI, PETER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOANNOU, DION ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOANNOU, DION C ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HUBOI, PETER | PETER HUBOI 522 S. 13TH ST. SAN JOSE CA 95112 |
| HUBOI, PETER | 522 S. 13TH ST. SAN JOSE CA 95112 |
| JOANNOU, DION | 2839 NE 24TH PLACE FORT LAUDERDALE FL 33305 |
| JOANNOU, DION C. | 2839 NE 24TH PLACE FORT LAUDERDALE FL 33305 |

```
Total Number of Records Printed                              14
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006