# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Robert G. Kofsky, Esquire of the law firm of Willkie Farr & Gallagher LLP to represent the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund in the above-captioned cases.

Dated: September 19, 2013  
       Wilmington, Delaware

By: */s/ Justin R. Alberto*  
Charlene D. Davis (No. 2336)  
Justin R. Alberto (No. 5126)  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19899  
Telephone: (302) 655-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: */s/ Robert G. Kofsky*  
Robert G. Kofsky  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, NY 10019-6099  
Telephone: (212) 728-8000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Dated: _____ ___, 2013  
       Wilmington, Delaware

_____  
The Honorable Kevin Gross  
Chief United States Bankruptcy Judge

{BAY:02367446v1}