IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>              Debtors. | )    Chapter 11<br>)<br>)    Case No. 09-10138 (KG)<br>)<br>)    (Jointly Administered)<br>)<br>)    **Re: Docket No. 11462**<br>) |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTY-FOURTH
MONTHLY APPLICATION OF DENTONS CANADA LLP (FORMERLY FRASER
MILNER CASGRAIN LLP) CANADIAN COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES
RENDERED DURING THE PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013
[DOCKET NO. 11462] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Fifty-Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Dentons Canada LLP (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

RLF1 8804161v.1

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: September 19, 2013
   Wilmington, Delaware

             _____
             Mark D. Collins (No. 2981)
             Christopher M. Samis (No. 4909)
             RICHARDS, LAYTON & FINGER, P.A.
             One Rodney Square
             920 North King Street
             Wilmington, Delaware 19801
             Telephone: (302) 651-7700
             Facsimile: (302) 651-7701

             -and-

             Fred S. Hodara, Esq.
             Akin Gump Strauss Hauer & Feld LLP
             One Bryant Park
             New York, New York 10036
             Telephone: (212) 872-1000
             Facsimile: (212) 872-1002

             Counsel to the Official Committee of Unsecured
             Creditors of Nortel Networks Inc., *et al.*

## EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Dentons Canada LLP<br><br>[Docket No. 11462] | 7/1/13 - 7/31/13 | CDN $68,711.00 (Fees)<br><br>CDN $1,403.28 (Expenses) | CDN $54,968.80 (Fees @ 80%)<br><br>CDN $1,403.28 (Expenses @ 100%) | 8/28/13 | 9/17/13 |

RLF1 8804161v.1