IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE AFFIDAVIT OF ELIZABETH ALLEN PUTNAM IN CONNECTION WITH THE JOINT TELEPHONIC HEARING SCHEDULED FOR SEPTEMBER 20, 2013

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases [Dkt. No. 990] (the "**Cross-Border Protocol**") and in connection with the joint telephonic hearing scheduled for September 20, 2013, on September 20, 2013, Ernst & Young Inc., the court-appointed monitor and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (together, the "**Canadian Debtors**"), in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel, filed in the above-captioned cases (solely as a courtesy to the law firm of Osler, Hoskin & Harcourt LLP, lawyers for certain directors and officers of the Canadian Debtors) the Affidavit of Elizabeth Allen Putnam (the "**Putnam Affidavit**"), sworn September 19, 2013 and filed with the Canadian Court on September 20, 2013. The Monitor makes this submission in the interest of ensuring that the Court has a complete copy of the submissions to the Canadian Court, including the Putnam Affidavit and the correspondence related to certain proposed evidentiary protections attached thereto. A copy of the Putnam Affidavit is attached hereto as Exhibit A.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: September 20, 2013
Wilmington, Delaware

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/ Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A. Murphy (No. 5215)
        1105 North Market Street, Suite 1900
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Ken Coleman
        Daniel Guyder
        Paul Keller
        Laura Hall
        1221 Avenue of the Americas
        New York, NY 10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor*
        *and Foreign Representative of the Canadian Nortel*
        *Debtors*