**<u>EXHIBIT A</u>**

Court File No.: 09-CL-7950

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES CREDITORS' ARRANGEMENT ACT,* R.S.C. 1985, c. C-36, AS AMENDED

### AFFIDAVIT OF ELIZABETH ALLEN PUTNAM
### (sworn September 19, 2013)

I, ELIZABETH ALLEN PUTNAM, of the City of Toronto, in the Province of Ontario, MAKE OATH AND SAY:

1.      I am an associate with the law firm of Osler, Hoskin & Harcourt LLP, lawyers for the Nortel Directors and Officers, and as such have knowledge of the matters deposed to herein.

2.      On September 19, 2013, I delivered by email a letter regarding proposed additions to Schedule K of the Deposition Protocol to Matthew Gottlieb of Lax O'Sullivan Scott Lisus LLP and Neil Oxford of Hughes Hubbard & Reed LLP, lawyers for the EMEA Debtors. On September 19, 2013, I also delivered by email a copy of the same letter to the Core Parties Service List. A copy of the letter and covering email to Mr. Gottlieb and Mr. Oxford is attached as Exhibit "A" to this Affidavit. A copy of the letter and covering email to the Core Parties Service List is attached as Exhibit "B" to this Affidavit.

3.          On September 19, 2013 at 2:46PM, I received an email from Chris Armstrong of Goodmans LLP, lawyers for the Monitor, addressed to the Core Parties Service List that, among other things, attached a formalized stipulation to amend the Deposition Protocol. In the email, Mr. Armstrong noted that "with respect to the language proposed by counsel to the D&Os regarding protections against self incrimination: we understand only the EMEA Debtors (and potentially the UKPC) to be in opposition to the proposal, which is copied below for ease of reference. We'd ask that any other Core Party advise of its opposition to the D&O proposal by COB today." A copy of the email from Mr. Armstrong is attached as Exhibit "C" to this Affidavit.

4.          As of 7:15PM on September 19, 2013, I am not aware of any Core Party other than the EMEA Debtors that has specifically advised the lawyers for the Monitor or the lawyers for the Nortel Directors and Officers of opposition to the D&O proposal regarding additions to Schedule K of the Deposition Protocol.

**SWORN BEFORE ME** at the City of
Toronto, in the Province of Ontario, on
September 19, 2013.

Commissioner for Taking Affidavits

ELIZABETH ALLEN PUTNAM

**William David Rankin**

This is Exhibit "A" to the

Affidavit of Elizabeth Allen Putnam sworn before me

this 19th day of September, 2013

Commissioner for Taking Affidavits

**William David Rankin**

## Putnam, Betsy

| | |
|---|---|
| **From:** | Putnam, Betsy |
| **Sent:** | Thursday, September 19, 2013 5:10 PM |
| **To:** | 'mgottlieb@counsel-toronto.com'; 'oxford@HughesHubbard.com' |
| **Cc:** | Cobb, Alexander; Barnes, Lyndon |
| **Subject:** | NORTEL - Letter re Evidentiary Protections |
| **Attachments:** | Letter re Evidentiary Protections.pdf |

Please see the attached letter regarding our proposed addition to Section K of the Deposition Protocol.

Kind regards,
Betsy

# OSLER

**Betsy Putnam**

416.862.6835  DIRECT
416.862.6666  FACSIMILE
eputnam@osler.com

Osler, Hoskin & Harcourt LLP
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8

osler.com

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8
416.362.2111  MAIN
416.862.6666  FACSIMILE

# OSLER

September 19, 2013

Toronto

Montréal

Ottawa

Calgary

New York

Alexander Cobb
Direct Dial: 416.862.5694
acobb@osler.com
Our Matter Number: 1113553

**BY EMAIL**

Mr. Matthew P. Gottlieb
LAX O'SULLIVAN SCOTT LISUS LLP
145 King Street West, Suite 2750
Toronto, ON M5H 1J8

Mr. Neil Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

Re:    *In the Matter of Nortel Networks Corporation et al.* – Evidentiary Protections

Dear Mr. Gottlieb and Mr. Oxford:

We represent the former directors and officers of Nortel Canada and, in particular, those former officers of NNL that were at some time appointed to the board of directors of one or more EMEA entities (the "Cross-Appointees").

As you know, our clients are individuals, some of whom are the subject of various proceedings in various jurisdictions. Those include proceedings to which none of the Nortel entities are parties, such as Ontario Securities Commission and SEC proceedings. As such, their rights as regard self-incrimination and derivative use of evidence are of particular concern to them.

The Core Parties propose to amend Section K of the Deposition Protocol to address issues relating to the use of deposition testimony at trial. We believe and agree with the estate parties that these matters must be settled before the start of depositions because differences in the procedural and evidentiary rules in Canada and the United States introduce the possibility that evidence admissible in one Court or jurisdiction could be inadmissible in the other.

In order to protect our clients' rights, and because there are certain fundamental differences between the ways that those rights can be invoked and operate in Canada and the United States, we have proposed to include the following language in the amendments to Section K:

> Without derogating from the Protective Order issued by the Canadian Court on June 11, 2013 and by the U.S. Court on June 11, 2013, in connection with evidence obtained on any examination/deposition of a witness or party that is conducted in these proceedings, the laws of the jurisdiction where the examination/deposition is conducted shall apply, for all purposes, as relate to protections against self-incrimination and the use or derivative use of evidence for collateral purposes or in other proceedings, as applicable.

- 2 -

# OSLER

Further to my discussion with Mr. Gottlieb this afternoon, I confirm your advice that the EMEA entities will not agree to stipulate to the proposed language.

As discussed with Mr. Gottlieb, if the EMEA entities are of the view that they would, in some way, be prejudiced by the insertion of the proposed language, I would be grateful to hear it so that we might consider how to address any such concern.


Yours very truly,

Alexander Cobb


C:      Core Parties Service List

EAP:

This is Exhibit "B" to the

Affidavit of Elizabeth Allen Putnam sworn before me

this 19th day of September, 2013

_____

Commissioner for Taking Affidavits

**William David Rankin**

## Putnam, Betsy

| | |
|---|---|
| **From:** | Putnam, Betsy |
| **Sent:** | Thursday, September 19, 2013 5:19 PM |
| **To:** | 'Armstrong, Christopher'; 'nortel.monitor@ca.ey.com'; 'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'ken.coleman@allenovery.com'; 'paul.keller@allenovery.com'; 'daniel.guyder@allenovery.com'; 'laura.hall@allenovery.com'; 'Joseph.Badtke-Berkow@AllenOvery.com'; 'jonathan.cho@allenovery.com'; 'Nicolette.ward@allenovery.com'; 'Kathleen.murphy@bipc.com'; 'mary.caloway@bipc.com'; 'tdemarinis@torys.com'; 'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com'; 'aslavens@torys.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com'; 'hzelbo@cgsh.com'; 'jrosenthal@cgsh.com'; 'dstein@cgsh.com'; 'mdecker@cgsh.com'; 'lpeacock@cgsh.com'; 'jmoessner@cgsh.com'; 'nforrest@cgsh.com'; 'dqueen@cgsh.com'; 'dabbott@mnat.com'; 'acordo@mnat.com'; 'rschwill@dwpv.com'; 'scampbell@dwpv.com'; 'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-toronto.com'; 'pmichell@counsel-toronto.com'; 'adler@hugheshubbard.com'; 'oxford@hugheshubbard.com'; 'tabataba@hugheshubbard.com'; 'huberty@hugheshubbard.com'; 'eharron@ycst.com'; 'jdorsey@ycst.com'; 'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca'; 'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com'; 'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com'; 'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com'; 'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca'; 'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca'; 'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca'; 'psteep@mccarthy.ca'; 'skour@mccarthy.ca'; 'bdshaw@mccarthy.ca'; 'kpeters@mccarthy.ca'; 'selinda.melnik@dlapiper.com'; 'richard.hans@dlapiper.com'; 'timothy.hoeffner@dlapiper.com'; 'farahlisa.sebti@dlapiper.com'; 'zychk@bennettjones.com'; 'orzyr@bennettjones.com'; 'finlaysong@bennettjones.com'; 'swanr@bennettjones.com'; 'zweigs@bennettjones.com'; 'bellj@bennettjones.com'; 'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com'; 'svora@milbank.com'; 'aleblanc@milbank.com'; 'mhirschfeld@milbank.com'; 'amiller@milbank.com'; 'tmatz@milbank.com'; 'nbassett@milbank.com'; 'gruha@milbank.com'; 'rpojunas@milbank.com'; 'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com'; 'ryan.jacobs@dentons.com'; 'Barbara.grossman@dentons.com'; 'fhodara@akingump.com'; 'dbotter@akingump.com'; 'aqureshi@akingump.com'; 'rajohnson@akingump.com'; 'bkahn@akingump.com'; 'cdoniak@akingump.com'; 'sgulati@akingump.com'; 'angela.pearson@ashurst.com'; 'Antonia.croke@ashurst.com'; 'samis@rlf.com'; 'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'chorkins@casselsbrock.com'; 'ljackson@casselsbrock.com'; 'mbarrack@tgf.ca'; 'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'jfinnigan@tgf.ca'; 'boconnor@willkie.com'; 'sadvani@willkie.com'; 'ahanrahan@willkie.com'; 'sheryl.seigel@mcmillan.ca'; 'michael.riela@lw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca'; 'svanallen@heenan.ca'; 'craig.barbarosh@kattenlaw.com'; 'david.crichlow@kattenlaw.com'; 'Karen.dine@kattenlaw.com'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; Barnes, Lyndon; Sellers, Edward; Hirsh, Adam; Cobb, Alexander; 'michael.lang@nortonrose.com'; 'amdg@hoganlovells.com'; 'john.tillman@hoganlovells.com'; 'Matthew.bullen@hoganlovells.com'; 'david.graves@hogan.lovells.com'; 'katherine.tallett-williams@hoganlovells.com'; 'james.norris-jones@hsf.com'; 'cdavis@bayardlaw.com'; 'jalberto@bayardlaw.com'; 'Jacqueline.cummins@paliareroland.com' |
| **Cc:** | Zarnett, Benjamin; Myers, Fred; Kimmel, Jessica; Pasquariello, Joe; Carfagnini, Jay; Ruby, Peter |
| **Subject:** | NORTEL - Letter re Evidentiary Protections |
| **Attachments:** | Letter re Evidentiary Protections.pdf |

Please see the attached letter, which was delivered this afternoon to Lax O'Sullivan and Hughes Hubbard.

Regards

**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada M5X 1B8
416.362.2111 MAIN
416.862.6666 FACSIMILE

# OSLER

September 19, 2013

Alexander Cobb
Direct Dial: 416.862.5694
acobb@osler.com
Our Matter Number: 1113553

Toronto

Montréal

## BY EMAIL

Ottawa

Calgary

New York

Mr. Matthew P. Gottlieb
LAX O'SULLIVAN SCOTT LISUS LLP
145 King Street West, Suite 2750
Toronto, ON M5H 1J8

Mr. Neil Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

Re:     *In the Matter of Nortel Networks Corporation et al.* – Evidentiary Protections

Dear Mr. Gottlieb and Mr. Oxford:

We represent the former directors and officers of Nortel Canada and, in particular, those former officers of NNL that were at some time appointed to the board of directors of one or more EMEA entities (the "Cross-Appointees").

As you know, our clients are individuals, some of whom are the subject of various proceedings in various jurisdictions. Those include proceedings to which none of the Nortel entities are parties, such as Ontario Securities Commission and SEC proceedings. As such, their rights as regard self-incrimination and derivative use of evidence are of particular concern to them.

The Core Parties propose to amend Section K of the Deposition Protocol to address issues relating to the use of deposition testimony at trial. We believe and agree with the estate parties that these matters must be settled before the start of depositions because differences in the procedural and evidentiary rules in Canada and the United States introduce the possibility that evidence admissible in one Court or jurisdiction could be inadmissible in the other.

In order to protect our clients' rights, and because there are certain fundamental differences between the ways that those rights can be invoked and operate in Canada and the United States, we have proposed to include the following language in the amendments to Section K:

> Without derogating from the Protective Order issued by the Canadian Court on
> June 11, 2013 and by the U.S. Court on June 11, 2013, in connection with
> evidence obtained on any examination/deposition of a witness or party that is
> conducted in these proceedings, the laws of the jurisdiction where the
> examination/deposition is conducted shall apply, for all purposes, as relate to
> protections against self-incrimination and the use or derivative use of evidence
> for collateral purposes or in other proceedings, as applicable.

- 2 -

# OSLER

Further to my discussion with Mr. Gottlieb this afternoon, I confirm your advice that the EMEA entities will not agree to stipulate to the proposed language.

As discussed with Mr. Gottlieb, if the EMEA entities are of the view that they would, in some way, be prejudiced by the insertion of the proposed language, I would be grateful to hear it so that we might consider how to address any such concern.

Yours very truly,

Alexander Cobb

C:     Core Parties Service List

EAP:

This is Exhibit "C" to the

Affidavit of Elizabeth Allen Putnam sworn before me

this 19th day of September, 2013

_____

Commissioner for Taking Affidavits

**William David Rankin**

## Putnam, Betsy

| | |
|---|---|
| **From:** | Armstrong, Christopher [carmstrong@goodmans.ca] |
| **Sent:** | Thursday, September 19, 2013 2:46 PM |
| **To:** | 'nortel.monitor@ca.ey.com'; 'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'ken.coleman@allenovery.com'; 'paul.keller@allenovery.com'; 'daniel.guyder@allenovery.com'; 'laura.hall@allenovery.com'; 'Joseph.Badtke-Berkow@AllenOvery.com'; 'jonathan.cho@allenovery.com'; 'Nicolette.ward@allenovery.com'; 'Kathleen.murphy@bipc.com'; 'mary.caloway@bipc.com'; 'tdemarinis@torys.com'; 'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com'; 'aslavens@torys.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com'; 'hzelbo@cgsh.com'; 'jrosenthal@cgsh.com'; 'dstein@cgsh.com'; 'mdecker@cgsh.com'; 'lpeacock@cgsh.com'; 'jmoessner@cgsh.com'; 'nforrest@cgsh.com'; 'dqueen@cgsh.com'; 'dabbott@mnat.com'; 'acordo@mnat.com'; 'rschwill@dwpv.com'; 'scampbell@dwpv.com'; 'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-toronto.com'; 'pmichell@counsel-toronto.com'; 'adler@hugheshubbard.com'; 'oxford@hugheshubbard.com'; 'tabataba@hugheshubbard.com'; 'huberty@hugheshubbard.com'; 'eharron@ycst.com'; 'jdorsey@ycst.com'; 'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca'; 'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com'; 'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com'; 'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com'; 'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca'; 'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca'; 'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca'; 'psteep@mccarthy.ca'; 'skour@mccarthy.ca'; 'bdshaw@mccarthy.ca'; 'kpeters@mccarthy.ca'; 'selinda.melnik@dlapiper.com'; 'richard.hans@dlapiper.com'; 'timothy.hoeffner@dlapiper.com'; 'farahlisa.sebti@dlapiper.com'; 'zychk@bennettjones.com'; 'orzyr@bennettjones.com'; 'finlaysong@bennettjones.com'; 'swanr@bennettjones.com'; 'zweigs@bennettjones.com'; 'bellj@bennettjones.com'; 'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com'; 'svora@milbank.com'; 'aleblanc@milbank.com'; 'mhirschfeld@milbank.com'; 'amiller@milbank.com'; 'tmatz@milbank.com'; 'nbassett@milbank.com'; 'gruha@milbank.com'; 'rpojunas@milbank.com'; 'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com'; 'ryan.jacobs@dentons.com'; 'Barbara.grossman@dentons.com'; 'fhodara@akingump.com'; 'dbotter@akingump.com'; 'aqureshi@akingump.com'; 'rajohnson@akingump.com'; 'bkahn@akingump.com'; 'cdoniak@akingump.com'; 'sgulati@akingump.com'; 'angela.pearson@ashurst.com'; 'Antonia.croke@ashurst.com'; 'samis@rlf.com'; 'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'chorkins@casselsbrock.com'; 'ljackson@casselsbrock.com'; 'mbarrack@tgf.ca'; 'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'jfinnigan@tgf.ca'; 'boconnor@willkie.com'; 'sadvani@willkie.com'; 'ahanrahan@willkie.com'; 'sheryl.seigel@mcmillan.ca'; 'michael.riela@lw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca'; 'svanallen@heenan.ca'; 'craig.barbarosh@kattenlaw.com'; 'david.crichlow@kattenlaw.com'; 'Karen.dine@kattenlaw.com'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; Barnes, Lyndon; Sellers, Edward; Putnam, Betsy; Hirsh, Adam; Cobb, Alexander; 'michael.lang@nortonrose.com'; 'amdg@hoganlovells.com'; 'john.tillman@hoganlovells.com'; 'Matthew.bullen@hoganlovells.com'; 'david.graves@hogan.lovells.com'; 'katherine.tallett-williams@hoganlovells.com'; 'james.norris-jones@hsf.com'; 'cdavis@bayardlaw.com'; 'jalberto@bayardlaw.com'; 'Jacqueline.cummins@paliareroland.com' |
| **Cc:** | Zarnett, Benjamin; Myers, Fred; Kimmel, Jessica; Pasquariello, Joe; Carfagnini, Jay; Ruby, Peter; Armstrong, Christopher |
| **Subject:** | FW: CCAA Proceedings of Nortel Networks Corporation, et al. - Court File No. 09-CL-7950 - Notice of Motion Returnable September 18, 2013 |
| **Attachments:** | Exhibit 1 - Amendment to Deposition Protocol Stipulation.doc; WS_BinaryComparison_GOODMANS-#6246350-v4-Stipulation_Amending_Section_K_....doc; GOODMANS-#6246349-v2-Order_--_Amended_Deposition_Protocol.doc; NY-#17627617-v2-Proposed_Order_-_amendment_to_deposition_protocol_stipul....doc; NY-#17626797-v3-Certification_of_Counsel_-_amendemnt_to_depo_protocol_st....doc |

1

**TO: THE CORE PARTY SERVICE LIST**

Further to my email below and our attendance before both Courts yesterday, attached is a formalized stipulation to amend the deposition protocol incorporating the provisions on the use of depositions that were attached to my email below (excluding, for certainty, the language proposed by counsel to the D&O's – more on that below). The language has been revised to correct some defined terms and the like and also to layer in a few additional clarifying terms consistent with the previous deposition protocol (see attached blackline to the language circulated yesterday). Also attached are various related filing materials, including pro forma Orders for both the US and Canada.

Based on our conversations in the Canadian Court yesterday and some follow up calls yesterday evening, we understand all Core Parties (with the exception of the various indenture trustees, who I don't believe were in attendance in Canada yesterday) to be in agreement with the substance of the terms that are now reflected in the attached.

Given the start of depositions next week, we would like to be in a position to file a signed stipulation with the US Court and receive Cdn Court approval of the stipulation by Friday's conference call with the judges at 2:00 pm. To that end, we'd ask that by COB today:

- that the indenture trustees (BNY, LDTC and Wilmington) confirm their agreement with the proposed stipulation; and

- that each other Core Party advise of any drafting issues with the stipulation ASAP, or alternatively (and preferably), confirm their agreement.

With respect to the language proposed by counsel to the D&Os regarding protections against self incrimination: we understand only the EMEA Debtors (and potentially the UKPC) to be in opposition to the proposal, which is copied below for ease of reference. We'd ask that any other Core Party advise of its opposition to the D&O proposal by COB today.

Please let us know if you have any questions and, as noted, **we'd ask that each Core Party respond with its confirmation to the stip by COB today**.

Regards,

Chris

_____

**Chris Armstrong**
Goodmans LLP

416.849.6013
carmstrong@goodmans.ca
goodmans.ca

**From:** Armstrong, Christopher
**Sent:** Wednesday, September 18, 2013 10:33 AM
**To:** Armstrong, Christopher; 'catherine.ma@nortonrosefulbright.com'; 'derrick.tay@gowlings.com';
'jennifer.stam@gowlings.com'; 'katie.parent@gowlings.com'; 'nortel.monitor@ca.ey.com'; Carfagnini, Jay; Pasquariello,
Joe; Rubenstein, Gale; Myers, Fred; Ruby, Peter; 'lbarnes@osler.com'; 'esellers@osler.com'; 'eputnam@osler.com';
'ahirsh@osler.com'; 'dmilner@fasken.com'; 'akauffman@fasken.com'; 'jlevin@fasken.com'; 'jsullivan@edc.ca';
'lwilliams@tgf.ca'; 'john.stringer@mcinnescooper.com'; 'stephen.kingston@mcinnescooper.com';
'jcarhart@millerthomson.com'; 'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; 'hharrison@ahbl.ca';
'rjaipargas@blgcanada.com'; 'ray.leach@siskinds.com'; 'dimitri.lascaris@siskinds.com'; 'emilie.maxwell@siskinds.com';

2

'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca'; 'zychk@bennettjones.com';
'orzyr@bennettjones.com'; 'finlaysong@bennettjones.com'; 'swanr@bennettjones.com';
'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com';
'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com';
'harvey@chaitons.com'; 'patrick.shea@gowlings.com'; 'barbara.grossman@dentons.com';
'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com'; 'ryan.jacobs@dentons.com'; 'jwigley@gardiner-
roberts.com'; 'hfogul@airdberlis.com'; 'pczegledy@airdberlis.com'; 'rslattery@mindengross.com';
'dullmann@mindengross.com'; 'sgraff@airdberlis.com'; 'iaversa@airdberlis.com'; 'renglish@airdberlis.com';
'smitra@airdberlis.com'; 'paige.honeycutt@verint.com'; 'surquhart@ahbl.ca'; 'andrew.kent@mcmillan.ca';
'bdarlington@davis.ca'; 'jdavissydor@davis.ca'; 'brett.harrison@mcmillan.ca'; 'jeffrey.levine@mcmillan.ca';
'dgrieve@casselsbrock.com'; 'adam.maerov@mcmillan.ca'; 'jsirivar@mccarthy.ca'; 'ghall@mccarthy.ca';
'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'ljackson@casselsbrock.com';
'chris.besant@bakernet.com'; 'lydia.salvi@bakernet.com'; 'kjohnson@imk.ca'; 'ryanbellr@bennettjones.com';
'laugesenm@bennettjones.com'; 'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca';
'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca'; 'dgoldstein@schneidergaggino.com';
'mgaggino@schneidergaggino.com'; 'nanci@eurodata.ca'; 'raffy.lorentzian@ntscorp.com'; 'tdunn@mindengross.com';
'ibrady@baldwinlaw.ca'; 'david.cohen@gowlings.com'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com';
'raffy.lorentzian@ntscorp.com'; 'tosullivan@counsel-toronto.com'; 'slaubman@counsel-toronto.com'; 'rschwill@dwpv.com';
'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'scampbell@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-
toronto.com'; 'pmichell@counsel-toronto.com'; 'sheryl.seigel@mcmillan.ca'; 'puneet@sdslawfirm.com';
'dwinters@justice.gc.ca'; 'hmeredith@mccarthy.ca'; 'susan.grundy@blakes.com'; 'marc.flynn@blakes.com';
'kmcelcheran@mccarthy.ca'; 'pamela.huff@blakes.com'; 'milly.chow@blakes.com'; 'hugh.desbrisay@blakes.com';
'craig.thorburn@blakes.com'; 'jspiegelman@foglers.com'; 'vdare@foglers.com'; 'thomas.wallis@vdg.ca';
'rferguson@stikeman.com'; 'jeremy.forgie@blakes.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com';
'jopolsky@cgsh.com'; 'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca';
'brent.mcpherson@mcmillan.ca'; 'jrochon@rochongenova.com'; 'davidsteer127@sympatico.ca'; 'tdemarinis@torys.com';
'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com'; 'aslavens@torys.com'; 'hvw@tmlegal.ca';
'dwd@tmlegal.ca'; 'wael.rostom@mcmillan.ca'; 'steven.weisz@blakes.com'; 'jenna.willis@blakes.com';
'leonard.marsello@ontario.ca'; 'William.MacLarkey@ontario.ca'; 'mario.faieta@ontario.ca'; 'dmurdoch@stikeman.com';
'cmills@millerthomson.com'; 'doug@chaitons.com'; 'adsilva@stikeman.com'; 'esnow@stikeman.com';
'ataylor@stikeman.com'; 'kesaw@stikeman.com'; 'david.quagliana@constellation.com'; 'craig.barbarosh@kattenlaw.com';
'david.crichlow@kattenlaw.com'; 'karen.dine@kattenlaw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca';
'svanallen@heenan.ca'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; 'mbarrack@tgf.ca';
'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'sbrown@lrlaw.com'; 'fhodara@akingump.com';
'sreisman@curtis.com'; 'jdrew@curtis.com'; 'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com';
'mschein@vedderprice.com'; 'eric.prezant@bryancave.com'; 'michael.riela@lw.com'; 'nortel.monitor@ca.ey.com';
'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'ken.coleman@allenovery.com'; 'paul.keller@allenovery.com';
'daniel.guyder@allenovery.com'; 'laura.hall@allenovery.com'; 'Joseph.Badtke-Berkow@AllenOvery.com';
'jonathan.cho@allenovery.com'; 'Nicolette.ward@allenovery.com'; 'Kathleen.murphy@bipc.com';
'mary.caloway@bipc.com'; 'tdemarinis@torys.com'; 'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com';
'aslavens@torys.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com'; 'hzelbo@cgsh.com'; 'jrosenthal@cgsh.com';
'dstein@cgsh.com'; 'mdecker@cgsh.com'; 'lpeacock@cgsh.com'; 'jmoessner@cgsh.com'; 'nforrest@cgsh.com';
'dqueen@cgsh.com'; 'dabbott@mnat.com'; 'acordo@mnat.com'; 'rschwill@dwpv.com'; 'scampbell@dwpv.com';
'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-toronto.com';
'pmichell@counsel-toronto.com'; 'adler@hugheshubbard.com'; 'oxford@hugheshubbard.com';
'tabataba@hugheshubbard.com'; 'huberty@hugheshubbard.com'; 'eharron@ycst.com'; 'jdorsey@ycst.com';
'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca';
'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com';
'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com';
'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com';
'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca'; 'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca';
'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca'; 'psteep@mccarthy.ca'; 'skour@mccarthy.ca';
'bdshaw@mccarthy.ca'; 'kpeters@mccarthy.ca'; 'selinda.melnik@dlapiper.com'; 'richard.hans@dlapiper.com';
'timothy.hoeffner@dlapiper.com'; 'farahlisa.sebti@dlapiper.com'; 'zychk@bennettjones.com'; 'orzyr@bennettjones.com';
'finlaysong@bennettjones.com'; 'swanr@bennettjones.com'; 'zweigs@bennettjones.com'; 'bellj@bennettjones.com';
'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com'; 'svora@milbank.com'; 'aleblanc@milbank.com';
'mhirschfeld@milbank.com'; 'amiller@milbank.com'; 'tmatz@milbank.com'; 'nbassett@milbank.com';
'gruha@milbank.com'; 'rpojunas@milbank.com'; 'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com';

3

'ryan.jacobs@dentons.com'; 'Barbara.grossman@dentons.com'; 'fhodara@akingump.com'; 'dbotter@akingump.com'; 'aqureshi@akingump.com'; 'rajohnson@akingump.com'; 'bkahn@akingump.com'; 'cdoniak@akingump.com'; 'sgulati@akingump.com'; 'angela.pearson@ashurst.com'; 'Antonia.croke@ashurst.com'; 'samis@rlf.com'; 'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'chorkins@casselsbrock.com'; 'ljackson@casselsbrock.com'; 'mbarrack@tgf.ca'; 'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'jfinnigan@tgf.ca'; 'boconnor@willkie.com'; 'sadvani@willkie.com'; 'ahanrahan@willkie.com'; 'sheryl.seigel@mcmillan.ca'; 'michael.riela@lw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca'; 'svanallen@heenan.ca'; 'craig.barbarosh@kattenlaw.com'; 'david.crichlow@kattenlaw.com'; 'Karen.dine@kattenlaw.com'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; 'lbarnes@osler.com'; 'esellers@osler.com'; 'eputnam@osler.com'; 'ahirsh@osler.com'; 'acobb@osler.com'; 'michael.lang@nortonrose.com'; 'amdg@hoganlovells.com'; 'john.tillman@hoganlovells.com'; 'Matthew.bullen@hoganlovells.com'; 'david.graves@hogan.lovells.com'; 'katherine.tallett-williams@hoganlovells.com'; 'james.norris-jones@hsf.com'; 'cdavis@bayardlaw.com'; 'jalberto@bayardlaw.com'; 'Jacqueline.cummins@paliareroland.com'; 'Naudie, Chris'; 'GALWAY, JEFF'; 'Peter Griffin'; 'Scott, Gillian'

**Cc:** Zarnett, Benjamin; Myers, Fred; Kimmel, Jessica; Pasquariello, Joe; Carfagnini, Jay; Ruby, Peter; Young, Sydney
**Subject:** RE: CCAA Proceedings of Nortel Networks Corporation, et al. - Court File No. 09-CL-7950 - Notice of Motion Returnable September 18, 2013

Further to my email below, in conjunction with the Monitor and Canadian Debtors' motion returnable at the joint hearing this afternoon, the three estates are hoping to have approval to include the attached language as part of a stipulation to amend the deposition protocol to be filed in the Delaware Court and to be approved by the Ontario court. Please consider whether this is acceptable to the rest of the Core Parties as this is something that we are aiming to resolve as soon as possible. There is an additional issue that has been raised by counsel for the D&O's that the Canadian and US Debtors have approved in principle but that the EMEA Debtors have not approved so it is not contained in the attached. This additional issue relates to derivative use of depositions and is as follows:

Without derogating from the Protective Orders issued by the Ontario Court on June 11, 2013 and by the U.S. Court on June 11, 2013, in connection with evidence obtained on any examination/deposition of a witness or party that is conducted in these proceedings, the laws of the jurisdiction where the examination/deposition is conducted shall apply, for all purposes, as relate to protections against self-incrimination and the use or derivative use of evidence for collateral purposes or in other proceedings, as applicable.

We intend to advise the Courts this afternoon of this proposed amendment to the Deposition Protocol and to consider whether there are any objections and determine the best path forward to ensuring that the necessary arrangements are in place before next week when the depositions begin.

While some of us will be in court this morning we expect that there will be an opportunity before the 3 pm joint hearing to discuss any questions that others may have about this.

Regards,

Chris

_____

**Chris Armstrong**
Goodmans LLP

416.849.6013
carmstrong@goodmans.ca
goodmans.ca

**From:** Armstrong, Christopher
**Sent:** Tuesday, September 17, 2013 7:52 PM
**To:** Armstrong, Christopher; 'catherine.ma@nortonrosefulbright.com'; 'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'katie.parent@gowlings.com'; 'nortel.monitor@ca.ey.com'; Carfagnini, Jay; Pasquariello, Joe; Rubenstein, Gale; Myers, Fred; Ruby, Peter; 'lbarnes@osler.com'; 'esellers@osler.com'; 'eputnam@osler.com';

'ahirsh@osler.com'; 'dmilner@fasken.com'; 'akauffman@fasken.com'; 'jlevin@fasken.com'; 'jsullivan@edc.ca';
'lwilliams@tgf.ca'; 'john.stringer@mcinnescooper.com'; 'stephen.kingston@mcinnescooper.com';
'jcarhart@millerthomson.com'; 'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; 'hharrison@ahbl.ca';
'rjaipargas@blgcanada.com'; 'ray.leach@siskinds.com'; 'dimitri.lascaris@siskinds.com'; 'emilie.maxwell@siskinds.com';
'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca'; 'zychk@bennettjones.com';
'orzyr@bennettjones.com'; 'finlaysong@bennettjones.com'; 'swanr@bennettjones.com';
'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com';
'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com';
'harvey@chaitons.com'; 'patrick.shea@gowlings.com'; 'barbara.grossman@dentons.com';
'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com'; 'ryan.jacobs@dentons.com'; 'jwigley@gardiner-
roberts.com'; 'hfogul@airdberlis.com'; 'pczegledy@airdberlis.com'; 'rslattery@mindengross.com';
'dullmann@mindengross.com'; 'sgraff@airdberlis.com'; 'iaversa@airdberlis.com'; 'renglish@airdberlis.com';
'smitra@airdberlis.com'; 'paige.honeycutt@verint.com'; 'surquhart@ahbl.ca'; 'andrew.kent@mcmillan.ca';
'bdarlington@davis.ca'; 'jdavissydor@davis.ca'; 'brett.harrison@mcmillan.ca'; 'jeffrey.levine@mcmillan.ca';
'dgrieve@casselsbrock.com'; 'adam.maerov@mcmillan.ca'; 'jsirivar@mccarthy.ca'; 'ghall@mccarthy.ca';
'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'ljackson@casselsbrock.com';
'chris.besant@bakernet.com'; 'lydia.salvi@bakernet.com'; 'kjohnson@imk.ca'; 'ryanbellr@bennettjones.com';
'laugesenm@bennettjones.com'; 'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca';
'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca'; 'dgoldstein@schneidergaggino.com';
'mgaggino@schneidergaggino.com'; 'nanci@eurodata.ca'; 'raffy.lorentzian@ntscorp.com'; 'tdunn@mindengross.com';
'ibrady@baldwinlaw.ca'; 'david.cohen@gowlings.com'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com';
'raffy.lorentzian@ntscorp.com'; 'tosullivan@counsel-toronto.com'; 'slaubman@counsel-toronto.com'; 'rschwill@dwpv.com';
'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'scampbell@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-
toronto.com'; 'pmichell@counsel-toronto.com'; 'sheryl.seigel@mcmillan.ca'; 'puneet@sdslawfirm.com';
'dwinters@justice.gc.ca'; 'hmeredith@mccarthy.ca'; 'susan.grundy@blakes.com'; 'marc.flynn@blakes.com';
'kmcelcheran@mccarthy.ca'; 'pamela.huff@blakes.com'; 'milly.chow@blakes.com'; 'hugh.desbrisay@blakes.com';
'craig.thorburn@blakes.com'; 'jspiegelman@foglers.com'; 'vdare@foglers.com'; 'thomas.wallis@vdg.ca';
'rferguson@stikeman.com'; 'jeremy.forgie@blakes.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com';
'jopolsky@cgsh.com'; 'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca';
'brent.mcpherson@mcmillan.ca'; 'jrochon@rochongenova.com'; 'davidsteer127@sympatico.ca'; 'tdemarinis@torys.com';
'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com'; 'aslavens@torys.com'; 'hvw@tmlegal.ca';
'dwd@tmlegal.ca'; 'wael.rostom@mcmillan.ca'; 'steven.weisz@blakes.com'; 'jenna.willis@blakes.com';
'leonard.marsello@ontario.ca'; 'William.MacLarkey@ontario.ca'; 'mario.faieta@ontario.ca'; 'dmurdoch@stikeman.com';
'cmills@millerthomson.com'; 'doug@chaitons.com'; 'adsilva@stikeman.com'; 'esnow@stikeman.com';
'ataylor@stikeman.com'; 'kesaw@stikeman.com'; 'david.quagliana@constellation.com'; 'craig.barbarosh@kattenlaw.com';
'david.crichlow@kattenlaw.com'; 'karen.dine@kattenlaw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca';
'svanallen@heenan.ca'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; 'mbarrack@tgf.ca';
'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'sbrown@lrlaw.com'; 'fhodara@akingump.com';
'sreisman@curtis.com'; 'jdrew@curtis.com'; 'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com';
'mschein@vedderprice.com'; 'eric.prezant@bryancave.com'; 'michael.riela@lw.com'; 'nortel.monitor@ca.ey.com';
'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'ken.coleman@allenovery.com'; 'paul.keller@allenovery.com';
'daniel.guyder@allenovery.com'; 'laura.hall@allenovery.com'; 'Joseph.Badtke-Berkow@AllenOvery.com';
'jonathan.cho@allenovery.com'; 'Nicolette.ward@allenovery.com'; 'Kathleen.murphy@bipc.com';
'mary.caloway@bipc.com'; 'tdemarinis@torys.com'; 'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com';
'aslavens@torys.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com'; 'hzelbo@cgsh.com'; 'jrosenthal@cgsh.com';
'dstein@cgsh.com'; 'mdecker@cgsh.com'; 'lpeacock@cgsh.com'; 'jmoessner@cgsh.com'; 'nforrest@cgsh.com';
'dqueen@cgsh.com'; 'dabbott@mnat.com'; 'acordo@mnat.com'; 'rschwill@dwpv.com'; 'scampbell@dwpv.com';
'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-toronto.com';
'pmichell@counsel-toronto.com'; 'adler@hugheshubbard.com'; 'oxford@hugheshubbard.com';
'tabataba@hugheshubbard.com'; 'huberty@hugheshubbard.com'; 'eharron@ycst.com'; 'jdorsey@ycst.com';
'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca';
'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com';
'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com';
'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com';
'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca'; 'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca';
'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca'; 'psteep@mccarthy.ca'; 'skour@mccarthy.ca';
'bdshaw@mccarthy.ca'; 'kpeters@mccarthy.ca'; 'selinda.melnik@dlapiper.com'; 'richard.hans@dlapiper.com';
'timothy.hoeffner@dlapiper.com'; 'farahlisa.sebti@dlapiper.com'; 'zychk@bennettjones.com'; 'orzyr@bennettjones.com';

'finlaysong@bennettjones.com'; 'swanr@bennettjones.com'; 'zweigs@bennettjones.com'; 'bellj@bennettjones.com'; 'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com'; 'svora@milbank.com'; 'aleblanc@milbank.com'; 'mhirschfeld@milbank.com'; 'amiller@milbank.com'; 'tmatz@milbank.com'; 'nbassett@milbank.com'; 'gruha@milbank.com'; 'rpojunas@milbank.com'; 'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com'; 'ryan.jacobs@dentons.com'; 'Barbara.grossman@dentons.com'; 'fhodara@akingump.com'; 'dbotter@akingump.com'; 'aqureshi@akingump.com'; 'rajohnson@akingump.com'; 'bkahn@akingump.com'; 'cdoniak@akingump.com'; 'sgulati@akingump.com'; 'angela.pearson@ashurst.com'; 'Antonia.croke@ashurst.com'; 'samis@rlf.com'; 'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'chorkins@casselsbrock.com'; 'ljackson@casselsbrock.com'; 'mbarrack@tgf.ca'; 'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'jfinnigan@tgf.ca'; 'boconnor@willkie.com'; 'sadvani@willkie.com'; 'ahanrahan@willkie.com'; 'sheryl.seigel@mcmillan.ca'; 'michael.riela@lw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca'; 'svanallen@heenan.ca'; 'craig.barbarosh@kattenlaw.com'; 'david.crichlow@kattenlaw.com'; 'Karen.dine@kattenlaw.com'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; 'lbarnes@osler.com'; 'esellers@osler.com'; 'eputnam@osler.com'; 'ahirsh@osler.com'; 'acobb@osler.com'; 'michael.lang@nortonrose.com'; 'amdg@hoganlovells.com'; 'john.tillman@hoganlovells.com'; 'Matthew.bullen@hoganlovells.com'; 'david.graves@hogan.lovells.com'; 'katherine.tallett-williams@hoganlovells.com'; 'james.norris-jones@hsf.com'; 'cdavis@bayardlaw.com'; 'jalberto@bayardlaw.com'; 'Jacqueline.cummins@paliareroland.com'; 'Naudie, Chris'; 'GALWAY, JEFF'; 'Peter Griffin'; 'Scott, Gillian'

**Cc:** Zarnett, Benjamin; Myers, Fred; Kimmel, Jessica; Pasquariello, Joe; Carfagnini, Jay; Ruby, Peter; Young, Sydney
**Subject:** RE: CCAA Proceedings of Nortel Networks Corporation, et al. - Court File No. 09-CL-7950 - Notice of Motion Returnable September 18, 2013

All – Please note the Canada only motions begin at 11:30 am (not 11:00 am as was stated below).

Regards,

Chris

_____

**Chris Armstrong**
Goodmans LLP

416.849.6013
carmstrong@goodmans.ca
goodmans.ca

**From:** Armstrong, Christopher
**Sent:** Tuesday, September 17, 2013 7:44 PM
**To:** Armstrong, Christopher; 'catherine.ma@nortonrosefulbright.com'; 'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'katie.parent@gowlings.com'; 'nortel.monitor@ca.ey.com'; Carfagnini, Jay; Pasquariello, Joe; Rubenstein, Gale; Myers, Fred; Ruby, Peter; 'lbarnes@osler.com'; 'esellers@osler.com'; 'eputnam@osler.com'; 'ahirsh@osler.com'; 'dmilner@fasken.com'; 'akauffman@fasken.com'; 'jlevin@fasken.com'; 'jsullivan@edc.ca'; 'lwilliams@tgf.ca'; 'john.stringer@mcinnescooper.com'; 'stephen.kingston@mcinnescooper.com'; 'jcarhart@millerthomson.com'; 'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; 'hharrison@ahbl.ca'; 'rjaipargas@blgcanada.com'; 'ray.leach@siskinds.com'; 'dimitri.lascaris@siskinds.com'; 'emilie.maxwell@siskinds.com'; 'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca'; 'zychk@bennettjones.com'; 'orzyr@bennettjones.com'; 'finlaysong@bennettjones.com'; 'swanr@bennettjones.com'; 'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com'; 'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com'; 'harvey@chaitons.com'; 'patrick.shea@gowlings.com'; 'barbara.grossman@dentons.com'; 'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com'; 'ryan.jacobs@dentons.com'; 'jwigley@gardiner-roberts.com'; 'hfogul@airdberlis.com'; 'pczegledy@airdberlis.com'; 'rslattery@mindengross.com'; 'dullmann@mindengross.com'; 'sgraff@airdberlis.com'; 'iaversa@airdberlis.com'; 'renglish@airdberlis.com'; 'smitra@airdberlis.com'; 'paige.honeycutt@verint.com'; 'surquhart@ahbl.ca'; 'andrew.kent@mcmillan.ca'; 'bdarlington@davis.ca'; 'jdavissydor@davis.ca'; 'brett.harrison@mcmillan.ca'; 'jeffrey.levine@mcmillan.ca'; 'dgrieve@casselsbrock.com'; 'adam.maerov@mcmillan.ca'; 'jsirivar@mccarthy.ca'; 'ghall@mccarthy.ca'; 'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'ljackson@casselsbrock.com';

'chris.besant@bakernet.com'; 'lydia.salvi@bakernet.com'; 'kjohnson@imk.ca'; 'ryanbellr@bennettjones.com';
'laugesenm@bennettjones.com'; 'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca';
'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca'; 'dgoldstein@schneidergaggino.com';
'mgaggino@schneidergaggino.com'; 'nanci@eurodata.ca'; 'raffy.lorentzian@ntscorp.com'; 'tdunn@mindengross.com';
'ibrady@baldwinlaw.ca'; 'david.cohen@gowlings.com'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com';
'raffy.lorentzian@ntscorp.com'; 'tosullivan@counsel-toronto.com'; 'slaubman@counsel-toronto.com'; 'rschwill@dwpv.com';
'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'scampbell@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-
toronto.com'; 'pmichell@counsel-toronto.com'; 'sheryl.seigel@mcmillan.ca'; 'puneet@sdslawfirm.com';
'dwinters@justice.gc.ca'; 'hmeredith@mccarthy.ca'; 'susan.grundy@blakes.com'; 'marc.flynn@blakes.com';
'kmcelcheran@mccarthy.ca'; 'pamela.huff@blakes.com'; 'milly.chow@blakes.com'; 'hugh.desbrisay@blakes.com';
'craig.thorburn@blakes.com'; 'jspiegelman@foglers.com'; 'vdare@foglers.com'; 'thomas.wallis@vdg.ca';
'rferguson@stikeman.com'; 'jeremy.forgie@blakes.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com';
'jopolsky@cgsh.com'; 'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca';
'brent.mcpherson@mcmillan.ca'; 'jrochon@rochongenova.com'; 'davidsteer127@sympatico.ca'; 'tdemarinis@torys.com';
'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com'; 'aslavens@torys.com'; 'hvw@tmlegal.ca';
'dwd@tmlegal.ca'; 'wael.rostom@mcmillan.ca'; 'steven.weisz@blakes.com'; 'jenna.willis@blakes.com';
'leonard.marsello@ontario.ca'; 'William.MacLarkey@ontario.ca'; 'mario.faieta@ontario.ca'; 'dmurdoch@stikeman.com';
'cmills@millerthomson.com'; 'doug@chaitons.com'; 'adsilva@stikeman.com'; 'esnow@stikeman.com';
'ataylor@stikeman.com'; 'kesaw@stikeman.com'; 'david.quagliana@constellation.com'; 'craig.barbarosh@kattenlaw.com';
'david.crichlow@kattenlaw.com'; 'karen.dine@kattenlaw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca';
'svanallen@heenan.ca'; 'elamek@blg.com'; 'jszumski@blg.com'; 'dalowenthal@pbwt.com'; 'mbarrack@tgf.ca';
'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'sbrown@lrlaw.com'; 'fhodara@akingump.com';
'sreisman@curtis.com'; 'jdrew@curtis.com'; 'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com';
'mschein@vedderprice.com'; 'eric.prezant@bryancave.com'; 'michael.riela@lw.com'; 'nortel.monitor@ca.ey.com';
'derrick.tay@gowlings.com'; 'jennifer.stam@gowlings.com'; 'ken.coleman@allenovery.com'; 'paul.keller@allenovery.com';
'daniel.guyder@allenovery.com'; 'laura.hall@allenovery.com'; 'Joseph.Badtke-Berkow@AllenOvery.com';
'jonathan.cho@allenovery.com'; 'Nicolette.ward@allenovery.com'; 'Kathleen.murphy@bipc.com';
'mary.caloway@bipc.com'; 'tdemarinis@torys.com'; 'sbomhof@torys.com'; 'sblock@torys.com'; 'agray@torys.com';
'aslavens@torys.com'; 'jbromley@cgsh.com'; 'lschweitzer@cgsh.com'; 'hzelbo@cgsh.com'; 'jrosenthal@cgsh.com';
'dstein@cgsh.com'; 'mdecker@cgsh.com'; 'lpeacock@cgsh.com'; 'jmoessner@cgsh.com'; 'nforrest@cgsh.com';
'dqueen@cgsh.com'; 'dabbott@mnat.com'; 'acordo@mnat.com'; 'rschwill@dwpv.com'; 'scampbell@dwpv.com';
'jdoris@dwpv.com'; 'lsarabia@dwpv.com'; 'mgottlieb@counsel-toronto.com'; 'twynne@counsel-toronto.com';
'pmichell@counsel-toronto.com'; 'adler@hugheshubbard.com'; 'oxford@hugheshubbard.com';
'tabataba@hugheshubbard.com'; 'huberty@hugheshubbard.com'; 'eharron@ycst.com'; 'jdorsey@ycst.com';
'mzigler@kmlaw.ca'; 'sphilpott@kmlaw.ca'; 'akaplan@kmlaw.ca'; 'bwalancik@kmlaw.ca';
'ken.rosenberg@paliareroland.com'; 'max.starnino@paliareroland.com'; 'lily.harmer@paliareroland.com';
'karen.jones@paliareroland.com'; 'tina.lie@paliareroland.com'; 'michelle.jackson@paliareroland.com';
'barry.wadsworth@caw.ca'; 'lewis.gottheil@caw.ca'; Arthur Jacques; 'thomas.mcrae@shibleyrighton.com';
'janice.payne@nelligan.ca'; 'steven.levitt@nelligan.ca'; 'christopher.rootham@nelligan.ca'; 'ainslie.benedict@nelligan.ca';
'bboake@mccarthy.ca'; 'jgage@mccarthy.ca'; 'emarques@mccarthy.ca'; 'psteep@mccarthy.ca'; 'skour@mccarthy.ca';
'bdshaw@mccarthy.ca'; 'kpeters@mccarthy.ca'; 'selinda.melnik@dlapiper.com'; 'richard.hans@dlapiper.com';
'timothy.hoeffner@dlapiper.com'; 'farahlisa.sebti@dlapiper.com'; 'zychk@bennettjones.com'; 'orzyr@bennettjones.com';
'finlaysong@bennettjones.com'; 'swanr@bennettjones.com'; 'zweigs@bennettjones.com'; 'bellj@bennettjones.com';
'TKreller@milbank.com'; 'JHarris@milbank.com'; 'APisa@milbank.com'; 'svora@milbank.com'; 'aleblanc@milbank.com';
'mhirschfeld@milbank.com'; 'amiller@milbank.com'; 'tmatz@milbank.com'; 'nbassett@milbank.com';
'gruha@milbank.com'; 'rpojunas@milbank.com'; 'Shayne.kukulowicz@dentons.com'; 'Michael.wunder@dentons.com';
'ryan.jacobs@dentons.com'; 'Barbara.grossman@dentons.com'; 'fhodara@akingump.com'; 'dbotter@akingump.com';
'aqureshi@akingump.com'; 'rajohnson@akingump.com'; 'bkahn@akingump.com'; 'cdoniak@akingump.com';
'sgulati@akingump.com'; 'angela.pearson@ashurst.com'; 'Antonia.croke@ashurst.com'; 'samis@rlf.com';
'bleonard@casselsbrock.com'; 'dward@casselsbrock.com'; 'bburden@casselsbrock.com'; 'chorkins@casselsbrock.com';
'ljackson@casselsbrock.com'; 'mbarrack@tgf.ca'; 'djmiller@tgf.ca'; 'rlewis@tgf.ca'; 'amcewan@tgf.ca'; 'jfinnigan@tgf.ca';
'boconnor@willkie.com'; 'sadvani@willkie.com'; 'ahanrahan@willkie.com'; 'sheryl.seigel@mcmillan.ca';
'michael.riela@lw.com'; 'jsalmas@heenan.ca'; 'kkraft@heenan.ca'; 'svanallen@heenan.ca';
'craig.barbarosh@kattenlaw.com'; 'david.crichlow@kattenlaw.com'; 'Karen.dine@kattenlaw.com'; 'elamek@blg.com';
'jszumski@blg.com'; 'dalowenthal@pbwt.com'; 'lbarnes@osler.com'; 'esellers@osler.com'; 'eputnam@osler.com';
'ahirsh@osler.com'; 'acobb@osler.com'; 'michael.lang@nortonrose.com'; 'amdg@hoganlovells.com';
'john.tillman@hoganlovells.com'; 'Matthew.bullen@hoganlovells.com'; 'david.graves@hogan.lovells.com';
'katherine.tallett-williams@hoganlovells.com'; 'james.norris-jones@hsf.com'; 'cdavis@bayardlaw.com';

'jalberto@bayardlaw.com'; 'Jacqueline.cummins@paliareroland.com'; 'Naudie, Chris'; 'GALWAY, JEFF'; 'Peter Griffin'; 'Scott, Gillian'
**Cc:** Zarnett, Benjamin; Myers, Fred; Kimmel, Jessica; Pasquariello, Joe; Carfagnini, Jay; Ruby, Peter; Young, Sydney
**Subject:** CCAA Proceedings of Nortel Networks Corporation, et al. - Court File No. 09-CL-7950 - Notice of Motion Returnable September 18, 2013

Please find attached a Notice of Motion returnable tomorrow seeking an amendment to the Deposition Protocol in a form to be agreed, or, failing such agreement, as may be ordered by the Court(s). For ease of reference, the Court's previous Order regarding the Deposition Protocol is also attached.

Please note this motion will be heard by way of a joint hearing with the US Court beginning at 3:00 pm at 393 University Avenue (Courtroom 708). Earlier "Canada only" motions are scheduled to begin at 330 University at 11:00 am – see the attached Agenda which has also been delivered to the Court.

Regards,

Chris

_____

**Chris Armstrong**
Goodmans LLP

416.849.6013
carmstrong@goodmans.ca
goodmans.ca

_____

***** Attention *****

This communication is intended solely for the named addressee(s) and may contain information that is privileged, confidential, protected or otherwise exempt from disclosure. No waiver of confidence, privilege, protection or otherwise is made. If you are not the intended recipient of this communication, please advise us immediately and delete this email without reading, copying or forwarding it to anyone.

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, C. c-36, AS AMENDED
AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRAGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION
APPLICATION UNDER THE *COMPANIES CREDITORS' ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

Court File No: 09-CL-7950

*Ontario*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**
Proceeding commenced at Toronto

**AFFIDAVIT OF ELIZABETH ALLEN PUTNAM**

**OSLER, HOSKIN & HARCOURT LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada M5X 1B8

Lyndon Barnes LSUC#: 13350D
Tel: 416-862-6679
Email: lbarnes@osler.com

Alexander Cobb LSUC#: 45363F
Tel: (416) 862-5694
Email: ahirsh@osler.com

Lawyers for the Board of Directors of Nortel Networks Corporation and Nortel Networks Limited