IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11669-11686** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                       ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 20, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
____ day of September, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BOSWELL, JOSEPH A
             1005 SOUTH ZION ROAD
             SCOTTSBURG, IN 47170

Please note that your claim # 855 in the above referenced case and in the amount of
       $35,692.28 allowed at $42,563.94  has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: BOSWELL, JOSEPH A
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11669      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/20/2013                        David D. Bird, Clerk of Court


                                        /s/ Kimberly Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 20, 2013.

# EXHIBIT B

**Nortel Networks Inc.**
  **Creditor Listing**

| NAME | ADDRESS | | |
|------|---------|------|------|
| ANNETT, TONY | 2310 FOOTHILL RD. | MCKINNEY | TX 75070 |
| BOSWELL, JOSEPH A | 1005 SOUTH ZION ROAD | SCOTTSBURG | IN 47170 |
| COLLINS, TOMEKA | 113 VISTA BROOKE DRIVE | MORRISVILLE | NC 27560 |
| CORCORAN, CINDY | 820 CARDENS CREEK DR | DURHAM | NC 27712 |
| DALRYMPLE, NEIL | 4208 ANGELICO LANE | ROUND ROCK | TX 78681 |
| DALTON-LAY, ANDREA LYNETTE | 3275 WOOD BRANCH DR. | ALPHARETTA | GA 30004 |
| DENNIS, LOUISE | 13927 E QUAIL TRACK RD | SCOTTSDALE | AZ 85262 |
| FOSTER, SANDRA L. | 1641 NICOLE LN | GARLAND | TX 75040 |
| HOOD, MARY M. | 114 MALDON DR. | CARY | NC 27513 |
| KADLIK, PETER | 621 MARSHALL ST. | HOLLISTON | MA 01746 |
| LAMBERT, ELIZABETH | 1628 BLACKSTONE DRIVE | CARROLLTON | TX 75007 |
| MILLER, ROBERT | 23611 N VALLEY RD | LAKE ZURICH | IL 60047 |
| PAYNE, TERESA L. | PO BOX 1171 | CARY | NC 27512 |
| POWELL, WILLIAM | 4206 PINE BARK TRAIL | DURHAM | NC 27705 |
| STONE, LISA S. KAY | 1810 LAKE TAWAKONI | ALLEN | TX 75002 |
| TARLTON, JASON | 3805 CHIMNEY RIDGE PL. # 201 | DURHAM | NC 27713 |
| ZELENACK-TERRELL, LOUISE | 3130 OLD HWY 31E | WESTMORELAND | TN 37186 |
| HAIN CAPITAL HOLDINGS, LLC | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ 07070 |
| ATTN: AMANDA RAPOPORT | | | |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006