## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                          :
*In re*                                                   :        Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :        Case No. 09-10138 (KG)
                                                          :
                                        Debtors.          :        Jointly Administered
                                                          :
-----------------------------------------------------------X      **Re: D.I. 11729**

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on September 20, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On September 24, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: September 20, 2013       CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE              James L. Bromley (admitted *pro hac vice*)
                        Lisa M. Schweitzer (admitted *pro hac vice*)
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone:  (212) 225-2000
                        Facsimile:  (212) 225-3999
                        - and -

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                             */s/ Tamara K. Minott*
                        Eric D. Schwartz (No. 3134)
                        Derek C. Abbott (No. 3376)
                        Ann C. Cordo (No. 4817)
                        Tamara K. Minott (No. 5643)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.26

**<u>Via Overnight Mail</u>**

Adam Moskowitz
ASM Capital
7600 Jericho Turnpike
Woodbury, NY 11797

Amy Schmidt
Coface North America Inc.
50 Millstone Rd.
Bldg. 100
East Windsor, NJ 08520

Wendy Spelfogel
Jaco Electronics, Inc.
145 Oser Ave.
Hauppauge, NY 11788