IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER ENTERING STIPULATION REGARDING AMENDMENT TO SECTION K OF THE DEPOSITION PROTOCOL**

I, Kathleen A. Murphy, counsel for Ernst & Young Inc., the court-appointed monitor (the "**Monitor**")[2] and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**" and together with this Court the "**Courts**"), hereby certify as follows regarding the proposed *Order Entering Stipulation Regarding Amendment to Section (K) of the Deposition Protocol* (the "**Proposed Order**"), attached hereto as Exhibit A:

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Litigation Timetable, approved by this Court's order dated May 17, 2013 [Dkt. No. 10566], and/or the Allocation Protocol, approved by this Court's order dated May 17, 2013 [Dkt. No. 10565].

1. On May 17, 2013, the Court entered orders approving the Allocation Protocol [Dkt. No. 10565] and the Litigation Timetable and Discovery Plan [Dkt. No. 10566]. The Canadian Court entered substantially similar orders on May 15, 2013.

2. On August 26, 2013, the Court entered a further order [Dkt. No. 11439] approving a stipulation between the parties agreeing to the Deposition Protocol, which protocol set forth procedures to apply to the taking of depositions/examinations in the Allocation dispute, and the litigations concerning the US and the Canadian Claims. The Canadian Court entered a substantially similar order on August 27, 2013.

3. The Deposition Protocol memorializes certain agreements among the parties regarding the procedures that will apply to the taking of depositions/examinations. Section K of the Deposition Protocol, however, specifically notes that the parties have not reached agreement with respect to necessary clarifications to Section 6(c) of the Discovery Plan to permit the use of deposition testimony of witnesses (other than deposition testimony of Representative Witnesses) as part of its direct or rebuttal case at trial. As noted in Section K, at the time of the entry of the Deposition Protocol the parties agreed to meet and confer to endeavor to agree upon the parameters of the use and admissibility of deposition testimony at trial.

4. The parties have since met and conferred and have now reached agreement on certain aspects of the use and admissibility of deposition testimony, which agreement is set forth in the Amendment to Deposition Protocol Stipulation dated September 20, 2013 that is attached to the Proposed Order as Exhibit 1. The Amendment to Deposition Protocol Stipulation, subject to the entry of orders of the Courts approving such stipulation, amends Section K of the Deposition Protocol to reflect the parties' further agreements to resolve these issues.

WHEREFORE, the Monitor respectfully requests that the Court (i) enter the Proposed Order attached hereto as <u>Exhibit A</u> and (ii) grant such other and further relief as the court deems just and proper.

Dated: September 20, 2013
Wilmington, Delaware

                                    **BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*