# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## AMENDMENT TO DEPOSITION PROTOCOL STIPLUATION

Having conferred and agreed on certain matters related to the use of depositions in the litigations concerning the Allocation dispute, the US Claims and the Canadian Claims, as required by the Deposition Protocol, which protocol was approved by orders of the U.S. and Canadian Courts dated August 26, 2013 and August 27, 2013, respectively, the parties hereto stipulate and agree that, subject to orders of the U.S. and Canadian Courts approving this Amendment to Deposition Protocol Stipulation, Section K of the Deposition Protocol shall be amended so that the last paragraph thereof is deleted in its entirety and replaced with the following two paragraphs:[2]

### K.   USE OF DEPOSITIONS AT TRIAL

[. . .]

Except as ordered by the Courts for good cause, for any fact witness who is not appearing to testify at trial, each Discovery Participant may submit into evidence the transcript of

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Litigation Timetable, approved by this Court's order dated May 17, 2013 [Dkt. No. 10566], and/or the Allocation Protocol, approved by this Court's order dated May 17, 2013 [Dkt. No. 10565].

such fact witness' deposition testimony or compelled testimony taken on any examination conducted pursuant to letters rogatory or letters of request, regardless of where the deponent resides, as part of a Discovery Participant's direct or rebuttal case, or as part of a cross-examination, at trial to determine Allocation, U.S. Claims and/or Canadian Claims. This submission will continue to be subject to the local rules of evidence and procedure that would apply if the witness were present and testifying in the U.S. or Canada, respectively. If a party offers only part of a deposition/examination, a party adverse in interest with respect to the topics covered in the part of the deposition so designated may designate other parts of the deposition/examination for context and any party may itself introduce other parts. Deposition/examination evidence must be provided to the courts in transcript form but may also be provided by video recording if available.

The dispute about the compellability of witnesses at trial will be deferred, on the basis of a complete reservation of the Discovery Participants' rights and positions as to the entitlement to compel witnesses and, if permitted, any limitations on the number that may be compelled or time limits that should be imposed on their testimony and any provision for the manner in which their deposition transcripts may be used. The parties have also agreed to defer the issue as to how deposition transcripts may be used at trial, if at all, with respect to fact witnesses who have provided an affidavit and are appearing to provide brief introductory direct testimony and to be cross-examined. All of this is to be decided by the Courts at the first pre-trial conference, which under the current schedule is to be held the week of February 17 (or such earlier pre-trial conference as the Courts may be willing to convene following the completion of fact depositions in order to resolve this

2

issue), if the Discovery Participants are not able to reach agreement on some or all of these matters before then.

The parties further stipulate and agree that all of the other terms and conditions of the Deposition Protocol remain in effect except as expressly amended herein.

*[Intentionally left blank]*

Dated:  September 20, 2013

| | |
|---|---|
| *Counsel for the Official Committee of Unsecured Creditors* | *Counsel for the Debtors and Debtors in Possession* |
| /s/ Robert A. Johnson | /s/ Jeffrey A. Rosenthal |
| AKIN GUMP STRAUSS HAUER & FELD LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| David H. Botter<br>Fred Hodara<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002 | Howard S. Zelbo<br>James L. Bromley<br>Jeffrey A. Rosenthal<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999 |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Mark D. Collins<br>Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701 | Derek C. Abbott<br>Eric D. Schwartz<br>Ann C. Cordo<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989 |
| DENTONS CANADA LLP<br>(formerly Fraser Milner Casgrain LLP) | TORYS LLP |
| Ryan Jacobs<br>R. Shayne Kukulowicz<br>Michael J. Wunder<br>77 King Street West<br>4th Floor<br>Toronto, ON M5K 0A1<br>Canada<br>Telephone:  (416) 863-4511<br>Facsimile:  (416) 863-4592 | Scott Bomhof<br>Tony DeMarinis<br>Andrew Gray<br>Adam Slavens<br>79 Wellington Street West<br>Suite 3000, Box 270, TD Centre<br>Toronto ON M5K 1N2, Canada<br>Telephone:  (416) 865-0040<br>Facsimile:  (416) 865-7380 |

| | |
|---|---|
| *Counsel for the Bondholders* | *Counsel for Ernst & Young Inc. as Monitor* |
| /s/ Atara Miller | /s/ Paul Keller |

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones
Kathleen P. Makowski
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

GOODMANS LLP
Jay Carfagnini
Fred Myers
Joseph Pasquariello
Benjamin Zarnett
Bay Adelaide Centre
333 Bay Street Suite 3400
Toronto, ON M5H 2S7
Canada
Telephone: (416) 979 2211
Facsimile: (416) 979 1234

MILBANK, TWEED, HADLEY & McCLOY LLP

Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BENNETT JONES

Gavin Finlayson
Richard B. Swan
Kevin Zych
S. Richard Orzy
3400 One First Canadian Place
P.O. Box 130
Toronto, Ontario M5X 1A4
Canada

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Canadian Debtors*

/s/ Paul Keller

GOWLING LAFLEUR HENDERSON LLP

Jennifer Stam
Derrick Tay
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, ON M5J 2Z4
Canada
Tel: +1 416 216 4000
Fax: +1 416 216 3930


ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Joint Administrators*

/s/ Neil Oxford

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Gabrielle Glemann
Charles H. Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

DAVIES WARD PHILLIPS & VINEBERG LLP

Robin Schwill
Sean Campbell
155 Wellington Street West
Toronto, ON M5V 3J7
Telephone: (416) 863-0900
Facsimile: (416) 863-0871

LAX O'SULLIVAN SCOTT LISUS LLP

Matthew P. Gottlieb
145 King Street West
Suite 2750
Toronto, ON M5H 1J8
Canada
Telephone: (416) 598-1744
Facsimile: (416) 598-3730

<div style="column-count:2">

*Counsel for the Canadian Creditors Committee*

/s/ Selinda A. Melnik
Selinda A. Melnik (DE Bar No. 4032)

*on behalf of*

DLA PIPER LLP (US)
*U.S. Counsel for the Canadian Creditors Committee*

Selinda A. Melnik
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5650
Facsimile: (302) 778-7914
- *and* -
Richard Hans
Timothy Hoeffner
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4530

CAW-CANADA LEGAL DEPARTMENT
*Lawyers for the Canadian Autoworkers Union*

Barry Wadsworth
205 Placer Court
Toronto, ON M2H 3H9
Telephone: (416) 495-3776
Facsimile: (416) 495-3786

KOSKIE MINSKY LLP
*Lawyers for the Former and Disabled Canadian Employees*

Mark Zigler
Susan Philpott
Ari Kaplan
20 Queen Street West, Suite 900
Toronto, ON M5H 3R3
Telephone: (416) 595-2090\
Facsimile: (416) 204-2877

*Counsel for The Bank of New York Mellon, as Indenture Trustee*

/s/ Michael Riela

LATHAM & WATKINS LLP

Michael J. Riela
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

MCMILLAN LLP

Sheryl E. Seigel
Brookfield Place, Suite 4400
181 Bay Street
Toronto, ON M5J 2T3
Canada
Telephone: (416) 865-7000
Facsimile: (416) 865-7048

</div>

McCARTHY TÉTRAULT LLP
*Lawyers for Morneau Shepell Ltd.,*
*as administrator of the Nortel Canada registered*
*pension plans*

R. Paul Steep
Byron D. Shaw
Elder Marques
James D. Gage
Barbara J. Boake
TD Bank Tower, Suite 5300
Toronto Dominion Centre
66 Wellington Street West
Toronto ON M5K 1E6
Telephone: (416) 601-7998
Facsimile: (416) 868-0673

PALIARE ROLAND ROSENBERG ROTHSTEIN LLP

Ken Rosenberg
Lily Harmer
Karen Jones
Massimo Starnino
155 Wellington Street West, 35th Floor
Toronto, ON M5V 3H1
Telephone: (416) 646-4300
Facsimile: (416) 646-4301

SHIBLEY RIGHTON LLP
w/ NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
*Lawyers for the Active and Transferred Canadian Employees*

Arthur O. Jacques / Thomas McRae
Co-Counsel: Janice Payne / Steve Levitt
250 University Avenue, Suite 700
Toronto, ON M5H 3E5
Telephone: (416) 214-5213/5206
Facsimile: (416) 214-5413/5400

*Counsel for the Trustee of Nortel Networks UK*
*Pension Plan and the Board of the Pension*
*Protection Fund*

*/s/ Sameer Advani*
BAYARD, P.A.

Charlene D. Davis
Justin R. Alberto
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

WILLKIE FARR & GALLAGHER LLP

Brian E. O'Connor
787 7th Ave.
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9251

CASSELS BROCK & BLACKWELL LLP

David Ward
William Burden
Lara Jackson
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2
Canada
Telephone: (416) 869-5300
Facsimile: (416) 360-8877

THORNTON GROUT FINNIGAN LLP

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON M5K 1K7

| | |
|---|---|
| *Counsel for the Wilmington Trust Company, not in its individual capacity but solely as Trustee* | *Counsel for the Law Debenture Trust Company of New York* |
| /s/ David A. Crichlow | /s/ Daniel A. Lowenthal |
| KATTEN MUCHIN ROSENMAN LLP | BORDEN LADNER GERVAIS |
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8776 | John D. Marshall<br>Craig J. Hill<br>Edmond Lamek<br>Scotia Plaza,<br>40 King Street West, 44th Floor<br>Toronto, Ontario M5H 3Y4<br>Canada<br>Telephone: (416) 367-6000<br>Facsimile: (416) 367-6749 |
| HEENAN BLAIKIE LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| John Salmas<br>Kenneth David Kraft<br>Bay Adelaide Centre<br>P.O. Box 2900<br>333 Bay Street, Suite 2900<br>Toronto, ON M5H 2T4<br>Telephone: (416) 360-6336<br>Facsimile: (416) 360-8425 | Daniel A. Lowenthal<br>Brian P. Guiney<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222 |
| | MORRIS JAMES LLP |
| | Stephen M. Miller<br>Courtney R. Hamilton<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750 |

*Counsel for the Former Directors and Officers of Nortel Networks Corporation and Nortel Networks Limited*

/s/ Betsy Putnam

OSLER, HOSKIN & HARCOURT LLP

Lyndon A.J. Barnes
Adam Hirsh
Box 50, 1 First Canadian Place
Toronto, Ontario
M5X 1B8
Canada