# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 09/20/2013
Calendar Time: 02:00 PM ET

Amended Calendar 09/20/2013 10:45 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Justin Alberto | | Bayard P.A. | Interested Party, Trustee for Nortel Networks UK Pension Plan / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Manas Babbili | | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Barrack | | Thornton, Grout & Finnigan | Representing, The UK Pension Claimants / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.P. | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Josh W. Brant | | CitiGroup | Interested Party, Citigroup Global Markets Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Mary Caloway | | Buchanan, Ingersoll & Rooney, P.C. | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Jaime Chapman | | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Admin. & Foreign Representatives for Nortel Networks UK Ltd / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

Peggy Drasal ext. 802        CourtConfCal2012        Page 1 of 4

*Justice Geoffery Morawetz Canadian Court*

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Ann C. Cordo | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | David Crichlow | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Karen B. Dine | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Gavin Finlayson | Bennett Jones LLP | Creditor, Canadian Counsel to the Informal Nortel Noteholders Group / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John Finnigan | Thornton, Grout & Finnigan | Representing, The UK Pension Claimants / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Angela Dimsdale Gill | Hogan Lovells US LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew Gottlieb | Lax, O'Sullivan, Scott & Lisus | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew Gray | Torys, LLP | Debtor, Nortel Networks, Inc. and Parallel Canadian Proceedings / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brian Guiney | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Laura Hall | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Debtor | Case No. | Type | Name | | Firm | Representing |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Arthur Jacques | | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Robert Johnson | | Akin Gump Strauss Hauer & Feld L.L.F | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jessica Kimmel | | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brynn Lyerly | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortell Networks / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Selinda A. Melnik | | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Stephen Miller | | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kathleen Murphy | | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Ernst & Young as Monitor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brian E. O'Connor | | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Neil J. Oxford | | Hughes Hubbard & Reed LLP (New Yc | Interested Party, Hughes Hubbard & Reed LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Betsy Putnam | | Osler LLP | Interested Party, Nortel Directors and Officers / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Quinn | William Fry | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jeffrey Rosenthal | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Chris Samis | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Luis Sarabia | Davies Ward Phillips & Vineberg LLP | Interested Party, Davies Ward Phillips & Vineberg LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew M. Thau | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Barbara Walancik | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael J. Wunder | Dentons Canada, LLP | Interested Party, Dentons Canada, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Mark Zigler | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |