```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                        )   Case No. 09-10138(KG)
                              )   (Jointly Administered)
NORTEL NETWORKS, INC.,        )
      et al.,                 )   Chapter 11

                              )   Courtroom 3
                              )   824 Market Street
            Debtors.          )   Wilmington, Delaware
                              )
                              )   September 18, 2013
                              )   3:00 p.m.

                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:             Morris Nichols Arsht & Tunnell, LLP
                         BY: DEREK ABBOTT, ESQ.
                         BY: ANN CORDO, ESQ.
                         1201 North Market St., 18th Floor
                         Wilmington, DE  19899-1347
                         (302) 351-9357


                         Cleary Gottlieb Steen & Hamilton
                         BY: JEFF ROSENTHAL, ESQ.
                         BY: BRYNN LYERLY, ESQ.
                         One Liberty Plaza
                         New York, NY  10006
                         (212) 437-4350


ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Official Creditors'
Committee:                    Akin Gump Strauss Hauer & Feld
                              BY: ABID QURESHI, ESQ.
                              BY: FRED HODARA, ESQ.
                              One Bryant Park
                              New York, NY 10036-6745
                              212-872-1000

For Canadian Monitor
(E&Y)
For Canadian Estates:         Allen & Overy
                              BY: DANIEL GUYDER, ESQ.
                              1221 Avenue of the Americas
                              New York, NY  10020
                              (212) 610-6417

                              Buchannan & Ingersoll
                              BY: KATHLEEN MURPHY, ESQ.
                              1105 N. Market St., Ste. 1900
                              Wilmington, DE  19801-1054
                              (302) 552-4200

For the EMEA
Debtors:                      Hughes Hubbard & Reed LLP
                              BY: NEIL OXFORD, ESQ.
                              One Battery Park Plaza
                              New York, NY  10005
                              (212) 837-6068

                              Young Conaway Stargatt &
                              Taylor
                              BY: JOHN DORSEY, ESQ.
                              Rodney Square
                              1000 North King Street
                              Wilmington, DE  19801
                              (302) 571-6000

For Ad Hoc Bondholder
Group:                        Milbank Tweed Hadley & McCloy
                              BY: NICHOLAS BASSETT, ESQ.
                              One Chase Manhattan Plaza
                              New York, NY  10005
                              (212) 530-5000

For Law Debenture:            Morris James LLP
                              BY: STEPHEN M. MILLER, ESQ.
                              500 Delaware Avenue, Ste. 1500
                              Wilmington, DE  19801-1494
                              (302) 888-6853

APPEARANCES:
(Continued)

For U.K. Pension
Claimants:                  Willkie Farr & Gallagher, LLP
                            BY: BRIAN O'CONNOR, ESQ.
                            BY: SAMEER ADVANI, ESQ.
                            787 Seventh Avenue
                            New York, NY  10019-6099
                            (212) 728-8000

                            Bayard, PA
                            BY: CHARLENE DAVIS, ESQ.
                            222 Delaware Ave., Ste. 900
                            Wilmington DE  19899
                            (302) 429-4212

For Canadian Creditors'
Committee:                  DLA Piper, LLP, U.S.
                            BY: SELINDA A. MELNIK, ESQ.
                            919 N. Market St., Ste. 1500
                            Wilmington, DE  19801
                            (302) 468-5650

TELEPHONIC APPEARANCES:

For Ernst & Young:          Allen & Overy, LLP
                            BY: LAURA HALL, ESQ,.
                            (212) 610-7300
                            BY: DANIEL GUYDER
                            (212) 756-1132

For Bank of America:        Bank of America
                            BY: ESTHER CHUNG
                            (646) 855-6705

For Interested Party:       Farallon Capital Management
                            BY: MICHAEL LINN
                            (415) 421-2132

For Ad Hoc Bondholder
Group:                      Milbank Tweed Hadley & McCloy, LLP
                            BY: THOMAS MATZ, ESQ.
                            (212) 530-5885

For Wilmington Trust:       Katten Muchin Rosenman, LLP
                            BY: DAVID CRICHLOW, ESQ.
                            (212) 940-8941
                            BY: KAREN B. DINE, ESQ.
                            (212) 940-8772

TELEPHONIC APPEARANCES:
(Continued)

For the Debtor
Nortel Networks, Inc.:      Cleary Gottlieb Steen & Hamilton
                            BY: LISA M. SCHWEITZER, ESQ.
                            (212) 225-2629

For Nortel Networks
U.K. Pension Trust:         Hogan Lovells U.S., LLP
                            BY: ANGELA DIMSDALE GILL, ESQ.
                            (212) 726-3135

                            Willkie Farr & Gallagher, LLP
                            BY: ANDREW HANRAHAN, ESQ.
                            (212) 728-8170

                            Thornton Grout Finnigan, LLP
                            BY: REBECCA LEWIS, ESQ.
                            (416) 304-0603

For Official Committee
Of Unsecured Creditors:     Akin Gump Strauss Hauer & Feld, LLP
                            BY: ROBERT JOHNSON, ESQ.
                            (212) 872-1077

For Law Debenture
Trust Company of NY:        Patterson Belknap Webb & Tyler
                            BY: DANIEL A. LOWENTHAL, ESQ.
                            (212) 336-2720

For Interested Party
Joint Administrators:       William Fry
                            BY: MICHAEL QUINN
                            (302) 571-6710

For Interested Party:       Malek Schiffrin, LLP
                            BY: JAVIER SCHIFFRIN
                            (212) 220-9388

For Interested Party:       Reorg Research, Inc.
                            BY: KENT COLLIER
                            (212) 257-4383

For Interested Party:       Southpaw Asset Management
                            BY: ANDREW M. THAU
                            (203) 862-6231

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:     Dentons Canada, LLP
                          BY: MICHAEL J. WUNDER
                          (416) 863-4715

For Interested Party:     Aurelius Capital Management, LP
                          BY: MATTHEW A. ZLOTO
                          (646) 445-6518

1

1  WILMINGTON, DELAWARE, TUESDAY, SEPTEMBER 18, 2013, 3:00 P.M.

2           THE CLERK:  Please rise.

3           THE COURT:  Good morning everyone.  Thank you,

4  and please be seated and we'll just wait for Justice

5  Morawetz to take the bench.  Mr. Abbott, good afternoon.

6           MR. ABBOTT:  Good morning, Your Honor.

7           JUSTICE MORAWETZ:  This Court is now in session.

8  Please be seated.

9           THE COURT:  Justice Morawetz, good afternoon, sir.

10  Justice Morawetz, can you hear me?  Justice Morawetz?

11           JUSTICE MORAWETZ:  Okay.  We are now receiving

12  audio.  Good afternoon.

13           THE COURT:  Good afternoon, sir.  Just like old

14  times.  Mr. Abbott.

15           JUSTICE MORAWETZ:  Judge Gross and I have had a

16  brief administrative conference prior to this hearing.

17  Obviously, this hearing is being conducted in accordance with

18  the provisions of the joint protocol for Court guidelines that

19  were approved by both Courts earlier in these proceedings,

20  and subject to Counsel's comments here.  I think we've felt we

21  would best proceed this afternoon if we heard from Counsel in

22  Delaware first.

23           THE COURT:  Yes.  Thank you, Justice Morawetz.  Mr.

24  Abbott?

25           MR. ABBOTT:  Thank you, Your Honor.  Thank you, Mr.

1    Justice Morawetz, Derek Abbott, from Morris Nichols here, for

2    the U.S. Debtors.  Your Honor, we sent a Second Amended Agenda

3    over.  I just wanted to make sure Your Honor had it.

4              THE COURT:  I did.

5              MR. ABBOTT:  It included, obviously, the Reply to

6    be filed this morning, as well as a potential matter on in

7    Canada as well.  We thought it appropriate perhaps to just

8    move through in the order of the Agenda and start with the

9    discovery disputes with respect to EMEA here.

10              THE COURT:  Yes.

11              MR. ABBOTT:  And I would cede the podium to Mr.

12    Rosenthal to do that if I may, Your Honor.

13              THE COURT:  That's fine.  Thank you, Mr. Abbott.

14    Mr. Rosenthal, good afternoon, sir.

15              MR. ROSENTHAL:  Good afternoon, Your Honor.  I

16    have had the pleasure of being in this Courtroom before and

17    also presenting several Motions in this case and another one

18    before Your Honor telephonically but --

19              THE COURT:  Yes.  It's good to see you.

20              MR. ROSENTHAL:  -- this is the first opportunity

21    to greet you in person, Your Honor.

22              THE COURT:  It's good to see you.

23              MR. ROSENTHAL:  Thank you.  I guess before I

24    start talking about the discovery dispute, Your Honor, one

25    thing that I do want to say is to tell both Courts about

```
 1   what I think has been enormous cooperation between the

 2   parties because, obviously, we're unfortunately here before

 3   you with a discovery dispute, but for the last four months,

 4   I think that the parties have all worked tremendously; Mr.

 5   Oxford and his colleagues; myself; our colleagues up in

 6   Canada, I think have all done I think really, really hard

 7   work to keep this out of the Courts --

 8            THE COURT:  Yes.

 9            MR. ROSENTHAL:  -- and many disputes have been

10   kept out of the Courts.

11            THE COURT:  Yes they have and I'm not going to

12   yell at you, Mr. Rosenthal.

13            MR. ROSENTHAL:  Okay.

14                      (Laughter)

15            MR. ROSENTHAL:  It wasn't for that purpose.

16            THE COURT:  Okay.

17            MR. ROSENTHAL:  It was just -- you know, I think

18   that, you know, both the folks up in Canada for Goodmans and

19   Gowlings and their colleagues, as well as Mr. Oxford's firm,

20   I think do deserve a lot of credit --

21            THE COURT:  I agree.

22            MR. ROSENTHAL:  -- for their cooperation.

23            THE COURT:  And I said that at the last hearing

24   and I will repeat it that I do greatly appreciate the fact

25   that in a case of this size with the amount of discovery
```

1  that's taking place, that the Courts have not been really

2  pressed upon to resolve anything until really today.

3           MR. ROSENTHAL:  And I think, you know, one other

4  thing I would just add on a personal level, Your Honor, is

5  that I think the personal relationships between all of the

6  Counsel have been as good as any case that I've been involved

7  with.

8           THE COURT:  Wonderful.  That's wonderful.

9           MR. ROSENTHAL:  I think the relationships are, you

10 know, beyond cordial but friendly and, you know, we talk

11 literally on a daily basis I think and really very

12 productive.

13          THE COURT:  Yes, I agree.  And the professionalism

14 in this case has really been, I think, outstanding.

15          MR. ROSENTHAL:  So what I'd like to do, Your

16 Honor, if it's acceptable to the Court is there's, you know,

17 five particular disputes.  I'd like to take a moment to give

18 the Court an overview and then, ideally, present them one-by-

19 one, give the EMEA Debtors a chance to respond on each one

20 rather than lump them all together.

21          THE COURT:  Fine.

22          MR. ROSENTHAL:  Have us maybe take a moment to

23 reply as the Movant and then move on to the next issue.

24          THE COURT:  That's fine with me.  I think that

25 makes sense.

1          MR. ROSENTHAL:  So I think, Your Honor, the common

2    theme running really throughout almost all of the disputes

3    that we have really relates to a fundamental point which is

4    that the U.S. Debtors are defending themselves against claims

5    brought by 21 separate EMEA entities.

6          THE COURT:  Yes.

7          MR. ROSENTHAL:  And this isn't the class action.

8    It's not where, you know, it's 21 people on a bus that

9    crashes and the facts are all common facts, but we have $4

10   billion worth of claims with detailed factual allegations

11   brought by each of the 21 EMEA Claimants that are, in many

12   respects, unique to each EMEA Claimant.  And one point that

13   I'll point out that Your Honor will recall is that when we

14   filed the Motions to Dismiss several years ago, it wasn't a

15   single Motion to Dismiss but we actually filed three separate

16   Motions to Dismiss because the pleadings were different, the

17   standards were different, and we, in fact, did not move

18   against many of the claims but chose three of them to move

19   against and we didn't with respect to the rest.  So I think

20   that's a real area where we have a fundamental different

21   approach as to how we've looked at this discovery issue and

22   these disputes.  The U.S. is looking at it as we've got 21

23   separate lawsuits that we're defending ourselves against.

24         THE COURT:  Right.  That's right.

25         MR. ROSENTHAL:  So with that, Your Honor, I think

1   the first one that I'll turn to relates to the

2   Interrogatories.

3          THE COURT:  Okay.

4          MR. ROSENTHAL:  So the U.S. Debtors, when we

5   served Interrogatories, served Interrogatories on the EMEA

6   entities that have brought claims and our instructions said,

7   number one, although one set of Interrogatories is being

8   served collectively on Counsel for the Joint Administrators

9   and the EMEA entities, these Interrogatories are directed to

10  each of the EMEA entities individually and each EMEA entity

11  has an independent obligation to provide verified responses

12  by an authorized knowledgeable representative of each EMEA

13  entity.  So we made that clear from the outset.  And just to

14  fill the Court in as to how these Interrogatories evolved, it

15  started out with hundreds and hundreds of Interrogatories

16  being served by all the parties collectively, really an

17  unmanageable process.  We sat down and said what we need to

18  do is draft one collective set, everybody will respond to

19  them, and we'll move on from there and we'll, in fact, draft

20  a common set of reservation of rights so we don't have all

21  these lawyer-drafted Objections either -- except when a party

22  has a specific Objection and that was a very successful

23  process.  And one of the things that we did is when we -- we

24  were concerned with the idea that one entity would say well,

25  I wasn't really involved and I'm just going to name witnesses

1   from another entity, and therefore, not name their own

2   witnesses.  So to a lot of the Interrogatories, we

3   specifically inserted the words collectively associated with

4   you.  Name the person most knowledgeable, associated with

5   you, concerning transfer pricing, let's say.  Nobody objected

6   to that.  Everybody agreed this was an important part of the

7   Interrogatories.  When we got back EMEA's responses, we got a

8   collective response, notwithstanding our request, on behalf

9   of EMEA, generally, and with respect to many of them, it did

10  not name a person associated with most of the Claimants that

11  have brought claims against the U.S. Debtors, and we pointed

12  out that this is a problem.  We asked them for responses.  We

13  had a number of meet-and-confers in which we identified

14  really a dozen that we said these are the ones that are most

15  important to us.  We'll drop the rest.  You respond with

16  somebody on behalf of each of the EMEA Claimants with respect

17  to these dozen because, frankly, it was inconceivable to us

18  that, given the pleadings that were made in very, very

19  detailed fashion against the U.S. Debtors, it was

20  inconceivable that they could not identify a single person

21  from that particular Debtor.  And there's one that I want to

22  read to you in particular, Your Honor, because it relates to

23  Interrogatory No. 5 which is one of the three that we

24  highlighted in the letter, which basically says give us the

25  person associated with you most knowledgeable about transfer

1    pricing.

2             THE COURT:  Okay.

3             MR. ROSENTHAL:  And we've gotten an NNUK.  I think

4    an NNSA and an NNI witness identified by the EMEA Debtors

5    collectively.  But we pulled out the Proof of Claim for NN

6    Ireland and in paragraph 18, and this is not unique to NN

7    Ireland; NN Italy's got something similar.  Basically, you

8    name an EMEA Claimant and they've got something almost

9    exactly like this.  And it says NN Ireland has no -- had no

10   substantive involvement in transfer pricing.  Its role was

11   limited to providing information to the above individuals,

12   naming a few U.S. and Canadian individuals, as and when

13   required and implemented the decisions which had been

14   undertaken by NNI and the Canadian entities.  NN Ireland was

15   not involved or consulted in relation to this decision, and

16   that was the policy decision on how the transfer pricing

17   would be carried out.  NN Ireland was only informed of the

18   change to the RPSM after the RPSM had been implemented.  And

19   they have several of the allegations about this was not arms-

20   length to NN Ireland, NN Ireland was not consulted, et

21   cetera, et cetera.  And for allegations such as that, you

22   can't make those allegations without having ever spoken to

23   anybody from NN Ireland who say we weren't consulted, we

24   weren't involved.  And we looked at Ms. Ralston's Affidavit

25   that had been previously submitted to this Court.  She says

1   NN Ireland had 319 employees.  So our contention, Your Honor,

2   is that with respect to not every Interrogatory but the 12 or

3   so that we've identified, it is not acceptable to say the

4   Joint Administrators, five years into this case, haven't

5   figured out who their witnesses might be to support these

6   allegations.  They needed witnesses at the time or these are

7   not well-pled allegations and we either are entitled to the

8   witnesses now because, otherwise, we'll never get to depose

9   them.

10          THE COURT:  Well, let me ask you a question --

11          MR. ROSENTHAL:  yes.

12          THE COURT:  -- Mr. Rosenthal, which I hesitate to

13  do, but one reason I don't get too excited about discovery

14  disputes is, generally speaking, there's a practical

15  solution, and in this case, let's take, for example, and I

16  know I'm jumping ahead a little bit, but let's take the Joint

17  Administrators who are refusing to be deposed.  It seems to

18  me that that is important affirmative evidence that the men

19  running the show don't know anything, despite the fact that

20  we've gotten Affidavits from time to time from them and the

21  like and it seems to me that that is affirmative evidence

22  they have no basis or no knowledge upon which they brought

23  their claim.  I would exclude any documents sent to or by

24  those men from being introduced to the Court.  You've talked

25  about Ireland now.  Ireland has no documents, no knowledge.

1   Isn't that important evidence for the Debtors?

2            MR. ROSENTHAL:  If that is what the record is at

3   the end of the day when we get to trial, I would agree with

4   Your Honor.  But the fact that we're in discovery right now

5   and what we need to do is prepare ourselves for what's going

6   to come six months down the road, and as part of that

7   preparation, when we get an answer that says we haven't

8   identified; we reserve the right to supplement later on,

9   now's the time we need to know to depose these -- letters

10  rogatory can be a time-consuming process.

11           THE COURT:  Absolutely.

12           MR. ROSENTHAL:  Now, what we've told them though

13  is if you give us a representation that says nobody from NN

14  Ireland was involved so we can't give you a witness because

15  nobody is knowledgeable, period, full stop, we'll accept that

16  reservation -- I mean that representation.  There will be

17  consequences, obviously, and we'll have to consider whether

18  it's Motion practice or something else as a result of that,

19  but that's the representation we're entitled if there isn't

20  anybody who can testify to that, not a representation that

21  the Joint Administrators sitting in London haven't figured it

22  out yet from their investigation so far.  So I think that's

23  the key distinction that we would say that it's either that

24  representation or the identification of witnesses so that we

25  can depose them now and not get surprised later on or find

1   out later on that, you know, there actually is evidence that

2   they're planning to rely on trial.

3                THE COURT:  Okay.

4                MR. ROSENTHAL:  I think that's all I have to say

5   on that subject, Your Honor.

6                THE COURT:  Okay.  All right.

7                MR. ROSENTHAL:  Thank you.

8                THE COURT:  Thank you, Mr. Rosenthal.  Mr. Oxford,

9   good to see you, sir.

10               MR. OXFORD:  Good to see you too, Judge Gross.

11  Thank you.  And good afternoon, Mr. Justice Morawetz.  For

12  the record, Neil Oxford, from Hughes, Hubbard & Reed, for the

13  Joint Administrators.  It's certainly appreciated and echo

14  everything that Mr. Rosenthal said about the way in which the

15  discovery in this case has been conducted.  From our

16  perspective, it's been a very pleasant surprise not to be

17  involved in any discovery disputes and I think the personal

18  relationships that all of three, four of the major firms

19  involved in this case have forged has been a major part in

20  that.

21               THE COURT:  Wonderful.  Thank you.

22               MR. OXFORD:  That, unfortunately, makes me

23  somewhat disappointed to be standing in front of Your Honor

24  today but, them's the breaks.

25               THE COURT:  Yes.

1              MR. OXFORD:  Turning to this important topic of

2     identification of persons most knowledgeable, I think it's

3     important to focus on a couple of facts.  The parties did not

4     undertake to identify to each other parties with any

5     knowledge.  They didn't undertake to identify to each other

6     persons knowledgeable generally.

7              JUSTICE MORAWETZ:  Mr. Oxford, I hate to

8     interrupt, but if you could perhaps speak a little bit more

9     directly into the microphone.  Counsel in Toronto are having

10    some difficulty hearing you.

11             MR. OXFORD:  Okay.  I appreciate that.  Thank you.

12    Is that better, Your Honor?

13             JUSTICE MORAWETZ:  That's much better.  Thank you.

14             MR. OXFORD:  Excellent.  Thank you.  Of course, it

15    would be profoundly impractical for parties to identify

16    anybody with any knowledge of any issue in this case.  We

17    would simply have a laundry list of every employee who is at

18    NN Ireland, NNUK, et cetera, and they wouldn't advance the

19    ball at all.

20             THE COURT:  Right.

21             MR. OXFORD:  So that is a crucial distinction and

22    it is an obligation that we fully complied with.  We did a

23    lot of work on this, and on June 27th, we sent the other

24    Debtors and the other parties a list of the 47 current,

25    former, and -- current and former EMEA employees who were

1   most knowledgeable about the relevant topics.  And then, as

2   Mr. Rosenthal said, they came back and said well, are you

3   sure there's nobody in the smaller Countries and Europe that

4   doesn't meet this category?  So we went back and we talked to

5   more people and we looked to more documents and we came back

6   with a conclusion that no, there wasn't.  There may be people

7   with knowledge but that was not what we were asked to do.

8   That wasn't what he wanted.  And it seems to me the gravamen

9   of the complaint here, Your Honor, is that the identification

10  on witnesses with the most knowledge is not evenly spread

11  amongst the EMEA Debtors, and that they're focused primarily

12  on NNUK, and that I don't think should come as a surprise to

13  anybody.  It certainly doesn't come as a surprise to us

14  because NNUK was, after all as this Court has found, as the

15  English Court has found, is the center of main interest of

16  Nortel in Europe.  So it makes sense that when the

17  Interrogatories are directed at us, and I'll come to this --

18  the particular example that Mr. Rosenthal gave in a moment,

19  that where these Interrogatories are directed at a high level

20  policy-type person, rather than the nitty-gritty of who sold

21  what to whom in Belgium, it makes sense that that person sits

22  at a regional headquarter level and that is the reason we

23  never undertook to Mr. Rosenthal, or anybody else, that we

24  would not identify a witness who is employed by NNUK, for

25  example, as persons most knowledgeable of, let's say,

1   transfer pricing in Belgium.

2           THE COURT:  And I assume that no one beyond these

3   47 who have been identified would be testifying at trial?

4           MR. OXFORD:  That is a very correct assumption,

5   Your Honor.  Certainly to the best of our knowledge, these

6   are the witnesses who are potentially in play, and Mr.

7   Rosenthal has noticed the deposition of most of these.  So

8   just to take his transfer pricing example --

9           THE COURT:  Yes.

10           MR. OXFORD:  -- if I could read to the Court the

11   actual Interrogatory that the parties agreed, because it's a

12   little different than tell us about transfer pricing and that

13   distinction, I think, is very important.

14           JUSTICE MORAWETZ:  Your Honor, again, we are

15   experiencing significant difficulty.  You fade in and fade

16   out.  Observing you, I don't suspect that you're doing

17   anything different so it may be a technology issue as opposed

18   to what you're doing, but there is significant difficulty.

19           MR. OXFORD:  Perhaps I could switch microphones,

20   Your Honor.  So the Interrogatory -- oh, that's much better.

21           THE COURT:  Yes it is.

22           MR. OXFORD:  Technology fixed.  So Interrogatory

23   5 --

24           THE COURT:  Yes.

25           MR. OXFORD:  -- which Mr. Rosenthal characterizes

1   as tell us about transfer pricing, and he's surprised that

2   there's nobody with knowledge at NN Ireland who can answer

3   this Interrogatory.  I'm not surprised, and here's why.  It

4   says identify the persons associated with you most

5   knowledgeable, not knowledgeable, about Nortel's transfer

6   pricing arrangements, including, but not limited, to the

7   design, development, implementation, and operation of the

8   RPSM, the change from the cost sharing method to RPSM,

9   amendments to the RPSM, the execution and negotiation of the

10  MRDA, et cetera, et cetera, et cetera.  I won't bother the

11  Court with the whole definition, but it continues in that

12  vein.  These are high-level requests for high-level people.

13         So for the U.S. Debtors to complain that we haven't

14  identified people with knowledge, first of all, that's not

15  the task.  That's not what we agreed to do.  It's not what

16  they have done.  Second of all, to the extent we have an

17  obligation to identify people with the most knowledge, that's

18  exactly what we have done, and it is no surprise that these

19  people sit at a regional headquarter level.

20         So, to sum up my position here, the relief that

21  was sought in the first letter from Mr. Abbott, which was to

22  order us to identify the persons most knowledgeable, we've

23  already done that; that any such Order from the Court would

24  be futile.  We can go back and do it again.  We can send them

25  the same letter but we can't do any more than that.  And then

1  this representation that we're being asked to provide that

2  there is nobody who is knowledgeable about these subjects,

3  such as transfer pricing, is not the representation that was

4  asked.  It's not what we've agreed to do.  It's not what

5  anybody else has done in this case.  So it's a fundamental

6  misconception of what's going on here.

7           THE COURT:  All right.

8           MR. OXFORD:  So those are my remarks, subject to

9  anything else that Mr. Rosenthal has --

10           THE COURT:  Thank you.

11           MR. OXFORD:  -- on the depositions.

12           THE COURT:  Thank you, Mr. Oxford.  Mr. Rosenthal,

13  that's a lot of depositions to be taking, 47.

14           MR. ROSENTHAL:  We have not noticed --

15           THE COURT:  Oh.

16           MR. ROSENTHAL:  -- I would say a fair number of

17  those people.

18           THE COURT:  Okay.

19           MR. ROSENTHAL:  Your Honor, I think the place

20  where Mr. Oxford and I seem to be talking past each other is

21  that our argument is centered around the words "associated

22  with you", and his response to Your Honor has been most

23  knowledgeable without the "associated with you" language.

24  And when we pose an Interrogatory about transfer pricing to

25  NN Ireland and say we are asking for the person associated

1   with you, you the Claimant who has filed a $96 million claim

2   in this Court, we want the most knowledgeable person

3   associated with NN Ireland and we're entitled to it.  If NN

4   Ireland were the only party to have filed a Proof of Claim

5   here and we were litigating one-to-one, there would be no

6   question that they would be obligated when we say give us the

7   person associated with -- we don't want other Debtors; we

8   want NN Ireland, they'd have to do that.  But now just

9   because there's other claims that the same people are

10  pursuing, the obligation is no less important.

11              Let me read to you because we actually discussed

12  the very issue that he just raised before you about the most

13  knowledgeable because when we were drafting this jointly,

14  some of the other parties said well, what do you mean by most

15  knowledgeable?  Do I have to come up with somebody if it's an

16  issue we weren't involved with?  And I circulated to all

17  parties an email on June 14th and it said, "Separately, a

18  question has been raised about the meaning of most

19  knowledgeable with respect to the Interrogatories.  The three

20  Estates have conferred and share a common understanding that

21  it is not expected that a party that has no knowledgeable

22  witness on a subject would name which of their witnesses

23  without relevant knowledge is nevertheless most knowledgeable

24  relative to the others."  It then goes on and says rather,

25  the expectation is that when a party in good faith concludes

1  that it lacks a knowledgeable witness, it is entitled to so

2  state.  That's what we're asking for now.  If NN Ireland

3  lacks a knowledgeable witness associated with it, it can say

4  so but --

5          THE COURT:  Well, but most knowledgeable.

6          MR. ROSENTHAL:  Yes.  When a party has multiple

7  witnesses who can fairly be described as knowledgeable, it

8  should then make a qualitative analysis --

9          THE COURT:  Oh.

10         MR. ROSENTHAL:  -- to designate those witnesses it

11 believes to be most knowledgeable.  Please let us know if

12 anyone believes a different interpretation should be used.

13 So what Mr. Oxford is saying, well, we don't have anybody at

14 all that rises to the level of NNUK so we're not going to

15 name anybody.  But that's not what the Interrogatory says.

16 They have to take -- even if they have people with low levels

17 of knowledge, they have to say which one of those associated

18 with them is most knowledgeable and give us that name

19 because, in this case, what they've alleged, bigger picture,

20 is they've said yes, things were being done, by in large, out

21 of London, by NNUK, and Canada and NNI were kind of pulling

22 their puppet strings and these guys in Ireland were the

23 puppets.  Well, I don't want to depose only the people at

24 NNUK who claim to have been, along with the U.S. and Canada,

25 pulling the puppet strings.  I want to know can you give me

1   one name of somebody who was the alleged puppet so that I

2   could find out, and say do you confirm the story that we're

3   being told by NNUK, and I don't need to have every

4   "knowledgeable witness" but they need to make, as my email

5   said that confirmed to everybody, a qualitative decision as

6   to which witness associated with NN Ireland and NN Italy and

7   the others that have made the same allegations --

8             THE COURT:  Right.

9             MR. ROSENTHAL:  -- and give us somebody most

10  knowledgeable among those.  Thank you.

11            THE COURT:  Did you want to respond, Mr. Oxford?

12            MR. OXFORD:  Yes, if I could just briefly on that

13  point, Your Honor?  We're in an unusual game of semantics

14  here.  What does "associated with you" mean?  I will tell you

15  what it does not mean and cannot mean.  It does not mean

16  employed by you.  If they wanted someone who was employed by

17  NN Ireland, it should have said that.  They didn't.  They

18  said can we have the people who are associated with you who

19  are most knowledgeable, and as I said before, the way the

20  Nortel Group was run within Europe, there were ten European

21  positions.  So I think it is a very reasonable, certainly a

22  good faith and I think, frankly, helpful interpretation of

23  those requests to say well, perhaps the European Director of

24  Taxes who has responsibility for not just NNUK but the other

25  European entities, is associated in that respect with NN

1  Ireland.  That's the reason we answered it that way.  These

2  people are helpful.  They should go and take the depositions

3  and if they have some other people who are somehow identified

4  during this deposition process and they want to do a couple

5  of other depositions at the end, that's fine.  They can go

6  and do that.  We can talk about that.  But in terms of the

7  way we approached the Interrogatories, that's why we did that

8  because that's what we understood we had agreed.

9         THE COURT:  But from what I understand from Mr.

10 Oxford -- I'm sorry, Mr. Rosenthal, part of his concern is

11 that Ireland, for example, has accused the entity that it has

12 manipulated things who is also going to be the designated

13 witness for Ireland.  Is that not right?  In other words,

14 Ireland has made specific claims.

15        MR. OXFORD:  That's correct, Your Honor.

16        THE COURT:  But no one from Ireland is testifying

17 about those claims, or has been designated to testify I

18 should say.

19        MR. OXFORD:  I think I would have to look across

20 all of the Interrogatories to be sure that's true but it may

21 well be the case that there are no individuals from NN

22 Ireland who have been designated as persons most

23 knowledgeable about the particular requests.

24        THE COURT:  Okay.

25        MR. OXFORD:  But, again, it goes back -- the

1  Interrogatories were not Interrogatories saying please tell

2  me about your claim.  Perhaps they should have been.  Perhaps

3  Mr. Rosenthal wishes that's how he cast them but he cast them

4  differently.  He said please give me the most knowledgeable

5  person about transfer pricing policy.

6       THE COURT:  Have you discussed the sort of

7  communication issue here between the parties, what the

8  Interrogatories were designed to elicit and your

9  interpretation of that?

10       MR. OXFORD:  Well, as Mr. Rosenthal said, we do

11  -- our teams have regular communications on a daily basis

12  many times a day.  It may well be that this is an issue; that

13  we could go off and have a further meet-and-confer and see

14  whether we can come to some resolution because I, frankly,

15  think this debate; it's unfortunate we had to involve the

16  Court in it, but it may have been helpful in flushing out

17  what is the fundamental difference of approach here.

18       THE COURT:  All right.  Mr. Rosenthal, is that

19  doable?

20       MR. ROSENTHAL:  Well, I mean, certainly, it's

21  doable, Your Honor.  We've had a lot of discussions about

22  these Interrogatories.  I don't know what more there is to

23  discuss.  I mean it's the first I'm hearing in all of our

24  discussions that "associated with you" can mean some other

25  Debtor.  It had been drafted and discussed among the parties

1   that it's because we don't want to say employees because some

2   of them are Directors or we don't want to talk about what the

3   categorization of the person associated with you.  But what

4   we did discuss is if somebody's -- your Debtor and not at

5   another Debtor.

6           THE COURT:  Okay.

7           MR. OXFORD:  So I --

8           THE COURT:  Well, perhaps, some direction from the

9   Court will be helpful on this.

10          MR. ROSENTHAL:  Thank you.

11          THE COURT:  And by the way, just so you know,

12  Justice Morawetz, of course, and I will have to confer before

13  I actually make any rulings because --

14          MR. ROSENTHAL:  I understand, Your Honor.

15          THE COURT:  -- I think that's only appropriate.

16          MR. ROSENTHAL:  That's obviously perfectly

17  acceptable for us.

18          THE COURT:  Very well.

19          MR. ROSENTHAL:  So the second issue, Your Honor,

20  concerns the deposition requests of the Joint Administrators.

21          THE COURT:  Yes.

22          MR. ROSENTHAL:  And the Joint Administrators, and

23  there's three that we've requested.  Mr. Bloom, Mr. Hill, and

24  I know I'm going to pronounce his name wrong because my

25  French is not so good, I think Mr. Rejeaux [ph].

1         THE COURT:  That's how I would have said it but

2    who knows.

3         MR. ROSENTHAL:  And it's helpful to start with

4    that the three of them have signed together almost every

5    Proof of Claim --

6         THE COURT:  Yes.

7         MR. ROSENTHAL:  -- that has factual, detailed

8    factual allegations, and that collectively, as we said, seek

9    over $4 billion.  Mr. Rejeaux singed the NNSA Proof of Claim

10   for $443 million, Mr. Bloom signed the NN Ireland Proof of

11   Claim, and Mr. Hill signed almost every other one, including

12   NNUK for $1.3 billion and they've said well, these people

13   don't have personal knowledge and not only has Mr. Bloom, on

14   multiple occasions, attested to personal knowledge before

15   this Court, but even if they didn't have personal knowledge,

16   that's not what discovery is about.  Discovery is about

17   learning the background, and we cite a case in our Reply

18   Letter that it doesn't have to be admissible evidence but

19   we're entitled to depose these people that filed these Proof

20   of Claims, essentially verified them, and say what's the

21   basis for this?  Who -- maybe we'll find out.  I mean we're

22   not finding out the names of witnesses so far.  Maybe we'll

23   get the names of witnesses through these depositions.

24        THE COURT:  That happens.

25        MR. ROSENTHAL:  And, you know, what documents did

1   you review, et cetera, et cetera.  There's also other

2   witnesses who may not be available to us because, Your Honor,

3   you know, you could present the letters rogatory for non-

4   cooperative European witnesses.

5                    THE COURT:  Yes.

6                    MR. ROSENTHAL:  We're hoping to depose them, but

7   that's very uncertain right now.  Ms. Ralston, in particular,

8   has signed Affidavits before this Court.  She is refusing to

9   sit for a deposition.  Mr. Bloom, though, has signed the

10  witness endorsing and incorporating her witness statement.

11  We're entitled to find out on what basis did he endorse and

12  incorporate her witness statement, especially if we don't get

13  her.  So there's multiple independent reasons to take these

14  people's depositions.  The mere fact that they do not have

15  firsthand personal knowledge is not a response to them

16  because it's just not the standard at all for taking the

17  deposition of a witness, whether that witness has professed

18  personal knowledge or not.  So we think that, with respect to

19  these three individuals; we won't pursue the others, but with

20  respect to Mr. Hill, who signed the NNUK and many of the

21  other Proofs of Claim, Mr. Rejeaux, and Mr. Bloom, it's

22  perfectly appropriate to take their depositions, both about

23  their personal knowledge that they've attested to the Court

24  and also about bases for allegations that they have made in

25  Proof of Claims that is the subject of what we're litigating

1   now.

2                   THE COURT:  Yes.

3                   MR. ROSENTHAL:  Thank you.

4                   THE COURT:  Thank you.  Yes, Mr. Oxford?

5                   MR. OXFORD:  Thank you, Your Honor.  I think it's

6   fair to say that Mr. Rosenthal, and I'm sure Mr. Bloom

7   wouldn't take it personally, but he focusses his fire on Mr.

8   Bloom.  Merely, Messrs. Hill and Rejeaux, I think I would

9   pronounce it as well, are in the mix here simply because they

10  signed a Proof of Claim, and I don't disagree that an absence

11  of personal knowledge is an absolute bar on anyone ever

12  having their deposition taken.  But in the context of this

13  case where we've had repeated encouragement from the Bench in

14  Delaware and the Bench in Toronto, that we should be

15  conducting limited, focused, targeted discovery.  Does it

16  really make sense for the parties to be focusing their

17  limited resources on taking depositions of people who do not

18  have personal knowledge as to pre-filing activity?  Of

19  course, they have.  They're the Administrators, they have

20  post -- they have personal knowledge of post-filing events.

21  But they weren't appointed until after Nortel filed for

22  bankruptcy.  So anything that they have will necessarily be

23  derivative of other witnesses.  They either learned it

24  through the lawyers or perhaps by reading Ms. Ralston's

25  statement.  Mr. Bloom, in particular, has already been

1    deposed in this case.  He's been deposed for seven hours by

2    Mr. Rosenthal's firm on the subject of whether or not NNUK

3    was the center of main interest in Europe.  The vast majority

4    of his knowledge will be derivative of other witnesses.  I

5    suppose I would say this.  Does it really make sense to focus

6    on the Administrators first or would it be sensible to go and

7    take the 110 depositions that are being scheduled, and yes, I

8    said that right, 110.  I was a little surprised to hear Mr.

9    Rosenthal say we don't have any names of any witnesses.  We

10   have.  We have, you know, almost too many witness.  So is

11   really this -- is this [indiscernible] surely the place to

12   start and to take Mr. Bloom and Ms. Ralston as an example

13   just to wait and see whether or not Ms. Ralston is, in fact,

14   examined under the Haye Convention proceedings and if, for

15   some reason she is not or the testimony is unsatisfactory, we

16   can address that issue then.  I might also add that, and

17   we'll get to perhaps the meat of the corporate representative

18   issue; I think that's number three.  That might be next.  But

19   we have a procedure in place.  We've cut apart the 30(b)(6),

20   the U.S.-style 30(b)(6), depositions.  But what we've

21   replaced that with is the Canadian-style corporate

22   representative depositions and we obviously have a dispute

23   about how many witnesses should sit for how long.  But what's

24   not in dispute is that as part of this process, the U.S.

25   Debtors will have an opportunity to examine a corporate

1   representative about all of these issues about these claims

2   and they will not only have an opportunity to examine them on

3   the record under oath that day, but because of the

4   peculiarities -- I think it's a very helpful technique,

5   actually of the Canadian protocol.  The witness can be

6   requested to give an undertaking if he doesn't know the

7   answer to that.  So the record will be supplemented in that

8   way.  So there are multiple, multiple avenues; the fact

9   witnesses, the corporate representatives, the undertakings,

10  through which the U.S. Debtors and the Canadian Debtor can

11  get the information they so desperately seek and it's our

12  submission that really one ought to focus on the first level

13  of factual information and then if people have derivative

14  information, if they want to go and find out who the

15  Administrators talked to, if anybody has any appetite to do

16  that after 110 depositions, if they really want to do 111,

17  112, 113, I think we can address that issue then.  But for

18  now, I think that the time is not right.

19          THE COURT:  Well, let's assume, for example, that

20  Mr. A, a fact witness, testifies and claims that he did not

21  discuss matters with the Joint Administrators and then they

22  take the Joint Administrator depositions and the Joint

23  Administrator says well, I relied upon Mr. A, or something of

24  that nature, it seems to me that a party is entitled to take

25  depositions and discovery in the fashion which they choose

1   and it's not dictated to them what order they're going to

2   depose witnesses.

3              MR. OXFORD:  Certainly, I think that is true.

4   There is no Federal Rule that I'm aware of that dictates the

5   order in which a party takes their deposition.  I would note

6   this though, Your Honor.  It is common ground amongst all of

7   the Debtors, all of the parties here, that the corporate

8   representative deposition go after the fact witness

9   depositions and I think really the Joint Administrators

10  depositions fall into that category; that they are not people

11  who have primary knowledge of the facts and that if the Court

12  is so minded to order their depositions or to at least

13  address whether or not they should be deposed, they should be

14  towards the end of the process and a decision should be made

15  once the fact depositions are in.

16             THE COURT:  All right.  Thank you, Mr. Oxford.

17  Mr. Rosenthal, is your concern about the order or that they

18  have flat out refused to be deposed?

19             MR. ROSENTHAL:  Well, Your Honor, we've asked to

20  depose Mr. --

21             JUSTICE MORAWETZ:  Mr. Rosenthal, before you

22  continue --

23             MR. ROSENTHAL:  Yes.

24             JUSTICE MORAWETZ:  -- might I inquire whether

25  there is another microphone available in the Courtroom?  We

1    are hearing Judge Gross very well, very clear.  When Mr.

2    Oxford is speaking, there's no change in the delivery but the

3    sound diminishes almost to zero.

4               MR. ROSENTHAL:  Why don't I --

5               THE COURT:  Let me suggest --

6               MR. ROSENTHAL:  Does his microphone work better?

7               THE COURT:  Let me suggest that you try sitting at

8    the table and --

9               JUSTICE MORAWETZ:  Well, they already tried that

10   one.  It's worse than the second one.

11              THE COURT:  Right.

12              MR. ROSENTHAL:  Okay.

13              THE COURT:  Let's try the one at your table.

14              MR. ROSENTHAL:  Okay.

15              THE COURT:  Let's see if that helps a little bit.

16              MR. ROSENTHAL:  Justice Morawetz, is this better?

17              JUSTICE MORAWETZ:  Keep talking.  It's better now.

18              MR. ROSENTHAL:  Okay.

19              JUSTIC MORAWETZ:  You don't look very good right

20   now.

21                          (Laughter)

22              MR. ROSENTHAL:  Your Honor, if you don't mind,

23   I'll sit down so I don't have to bend over.

24              THE COURT:  Oh, of course.  Of course, Mr.

25   Rosenthal.  I'm sorry.  I meant to make that clear.

1           MR. ROSENTHAL:  Your Honor, responding to your

2    question.  Representative party depositions or 30(b)(6) as we

3    commonly have here in the -- are just -- they're a very, very

4    different animal than fact depositions.

5           THE COURT:  Sure.

6           MR. ROSENTHAL:  And a party can put up as his

7    30(b)(6) or representative party deposition the same person

8    and that person comes back.  We want to depose the Joint

9    Administrators as prescient fact witnesses on allegations

10   that they made.  Mr. Bloom signed this Proof of Claim.  We

11   spoke about NN Ireland for a few moments in the first

12   section.

13          THE COURT:  Right.

14          MR. ROSENTHAL:  And, you know, we are trying to

15   figure out how to defend ourselves against these allegations

16   that NN Ireland was not involved in this, was only informed

17   about this.  All of the other Claimants have made

18   allegations.  We were forced -- a pen was basically put in

19   our hand, and we were forced to sign these agreements.  And

20   we'd like to know, because I can't identify a witness right

21   now who I can depose to say that they were forced.  I haven't

22   gotten names of anybody from these entitles.  I want to

23   depose early on Mr. Bloom and the people who signed those to

24   say well, who is it?  Where did you get that information from

25   that made you put that in a Proof of Claim here, and that's a

1  fact witness.  It's not a representative party or a 30(b)(6).

2  It's as a factual matter.

3         The other subject, for example, is I think one of

4  the reasons why Ms. Ralston probably refuses to testify is we

5  understand that she's been sued by the Joint Administrators,

6  along with other Directors.  And we mentioned in our letter

7  we've made document requests for those documents.  I don't

8  know if they're buried within the 375,000 documents we just

9  got.  We can't find them.  We've said to identify them for

10  us.  We'd like to read these pleadings.  We've hit a brick

11  wall on that.  We haven't gotten responses to our requests.

12  But what we'd like to know --

13         THE COURT:  Are the pleadings in the U.K. not

14  public?

15         MR. ROSENTHAL:  Not in the same way that somebody

16  can just go pull up a docket, Your Honor, here.

17         THE COURT:  Okay.

18         MR. ROSENTHAL:  And find them one, two, three.

19  But believe me, we've been eager to get these documents for a

20  long time.  But we would like to know as much as we can about

21  presumably the Joint Administrators, Mr. Bloom and Mr. Hill's

22  decision to file these lawsuits and what the factual bases

23  were for them and they said well, that's obviously going to

24  be covered by privilege.  Well, maybe there might be some

25  aspects of it that are.  Certainly, there's no record before

1   the Court that would indicate that.  But we're entitled to

2   pose the questions to ask for non-privileged information.

3   Your Honor, that's something that obviously he has firsthand

4   factual information and to the extent that we're not getting

5   Ms. Ralston as of now and he's endorsed -- again, he has come

6   to this Court and said I have personal knowledge.  And now

7   that we've asked for a deposition, we're told well, he

8   doesn't really.  There's plenty of things that he has

9   personal knowledge on that we can ask.  His deposition back

10  in 2010 was on the Chapter 15 Petition.

11              THE COURT:  Yes.

12              MR. ROSENTHAL:  Nothing to do with these detailed

13  factual allegations that underlie these claims.

14              THE COURT:  Well, it seems to me a party is

15  entitled to determine not only what a potential witness or a

16  party knows, but what they don't know.

17              MR. ROSENTHAL:  Exactly.

18              THE COURT:  Mr. Oxford?  Let's see if yours -- was

19  that working better, Justice Morawetz?

20              JUSTICE MORAWETZ:  Marginally.

21              THE COURT:  Marginally?  Okay.

22              MR. ROSENTHAL:  I can talk louder.

23              THE COURT:  I bet you could.  Maybe move it a

24  little closer to you next time --

25              MR. ROSENTHAL:  I will do that.

1          THE COURT:  -- Mr. Rosenthal.

2          THE COURT:  -- Mr. Rosenthal.  Mr. Oxford?

3          MR. OXFORD:  Justice Morawetz, can you hear me in

4    Toronto?

5          JUSTICE MORAWETZ:  At the moment, yes, and

6    hopefully it will continue.

7          MR. OXFORD:  Okay.  I just have two points to

8    make in response to Mr. Rosenthal's comments.  Firstly, with

9    respect to the request for information about pleadings, we

10   have produced that.  We have not received multiple requests

11   from Mr. Rosenthal's office.  We have received one and we're

12   working on it.  We will get that to you.

13         THE COURT:  And those are the pleadings from that

14   lawsuit pending in the U.K.?

15         MR. OXFORD:  Yes.  Yes.

16         THE COURT:  All right.  Against Ms. Ralston and

17   perhaps others.

18         MR. OXFORD:  And the second point, the last

19   justification I heard from Mr. Rosenthal for taking the

20   Joint Administrators' deposition would be they want to know

21   who was on behalf of, in his example, NNIR, forced to sign

22   the MRDA.  That is the perfect question for a corporate

23   representative.  In fact, there may be no better question

24   for the corporate representative.  So what -- I'm struggling

25   to see the need for an additional deposition to ask the same

1    questions over and over again.

2            THE COURT:  Well, that is a perfect example

3    though it seems to me, Mr. Oxford, because no one is --

4    people have not been identified from Ireland as I understand

5    it and the Joint Administrator might have a name to who

6    could then be deposed.

7            MR. OXFORD:  Well, with respect if the Joint

8    Administrator had a name or two, then we've provided it.  It

9    sort of goes back to the -- point one that Mr. Rosenthal

10   raised.  What is the purpose of the Interrogatories?  If the

11   Joint Administrators have information about -- that is

12   responsive to the Interrogatories, we've produced that.  So

13   it's not like there's going to be oh, now I've asked Mr.

14   Bloom; here's the answer; there's two more witnesses.

15           THE COURT:  Okay.  Mr. Rosenthal?

16           MR. ROSENTHAL:  I think I could move onto the

17   next subject, Your Honor --

18           THE COURT:  Yes.

19           MR. ROSENTHAL:  -- if that's acceptable?

20           THE COURT:  That's fine.

21           MR. ROSENTHAL:  So the third subject, and you see

22   how these are interrelated and, collectively, we feel like

23   we're hitting a brick wall in identifying who's going to

24   actually prove their case and tell their story because these

25   are serious allegations that are made against our client by

1  these EMEA entities individually.  And with respect to the

2  representative witness, again, just to give the Court

3  background, parties all served 30(b)(6) Notices as per the

4  original Discovery Plan and they were enormous in number and

5  we sat down and said how do we make this a more manageable

6  process?  We conferred with our colleagues up in Canada and

7  decided, ultimately, let's condense it down to a

8  representative witness which is how the Canadians do it and

9  have it be less structured than the rigid U.S. 30(b)(6)

10 topics.  So we were able to resolve that and kind of

11 combined it with the best of both systems to work in this

12 particular case very well I think, and we sent around a

13 first draft with a proposal and the first draft of our

14 proposal said we think that for NNI, NNL, for NNUK, and the

15 U.K. Pension Claimants, which are kind of the four biggest

16 parties, they would sit for two days each; one for Canada,

17 one for U.S. or EMEA or whoever the appropriate counter-

18 party is and that for the other EMEA entities, our first

19 draft said they would sit for one day each.  We got back --

20 we sent that just to a small group of people from the

21 Estates.  EMEA came back and struck out and said, you know,

22 we're not going to produce a separate witness for these

23 other EMEA Claimants.  We had a conference call.  We

24 immediately said we hear you on the idea of sitting for a

25 day each, but there needs to be some representative witness

1    on behalf of each of these.  We're prepared to do it for

2    limited periods of time so that we could do several in one

3    day, but we really need to have a dedicated witness who we

4    can ask questions for each of these Claimants because these

5    are significant claims and a few hours is not such a big

6    burden to pursue $100 million claim or so and couldn't reach

7    agreement.  But also, we just basically punted on the

8    provision and said we will raise it with the Court.  They do

9    not have to be a day each.  Some will be shorter.  Some will

10   be longer.  Some filed relatively small claims.  We would

11   spend very little time.  Some filed -- NNSA is a $443

12   million claim.  That's probably going to be a little bit

13   longer.  But we can't have 17 ½ minutes to examine each

14   Claimant, which is the current allocation if we're denied

15   the ability to get a representative of each one.  So our

16   proposal is, you know, we can save -- let's give us --

17   besides NNUK, let's give us an average of two to three hours

18   each.  Some we'll make a little longer.  Some we'll make a

19   little shorter.  But I think we can condense it to a single

20   period of time and it's just simply not much to ask for,

21   given the magnitude of these separate claims being brought

22   against the U.S. Debtors.

23              THE COURT:  Mr. Oxford?

24              MR. OXFORD:  Thank you, Your Honor.  Let me start

25   by saying this.  It's simply not true that the EMEA Debtors

1   have refused to provide a corporate representative for each

2   EMEA claimant.  We -- what we've done is agreed to do

3   exactly what the other Debtors have done, which is to put up

4   a corporate representative for two days and that

5   representative would testify on behalf of each Claimant.

6   Now, I hear Mr. Rosenthal on his 17.5 minutes and we are

7   prepared to be reasonable about this, but let me just make a

8   couple of high-level principal remarks.  It appears that the

9   U.S. Debtors make two points.  The first one is that it must

10  be a different dedicated person for each of the EMEA

11  entities.  That is the proposition that is asserted long and

12  loud but entirely without support.  It's form over substance

13  and seems designed to do nothing other than burden the Joint

14  Administrators with the obligation to prepare 24 separate

15  witnesses.  It doesn't make any sense.  It's also not clear

16  to me where we would get these 24 people, as we explained to

17  the Court in our letter that we submitted on Monday.

18            THE COURT:  Yes.

19            MR. OXFORD:  We don't employ 24 people from 24

20  individual EMEA Claimants.  So going back again to the

21  remarks we've heard loud and clear from the bench, we want

22  to do this efficiently.  Why would we have 24 separate

23  witnesses?  It makes no sense.  So that's point one.

24            And point two, I'm pleased to hear that Mr.

25  Rosenthal has rolled back a little bit from his 25 days of

1   depositions because I think that would blow the schedule

2   that we have spent so much time putting back together.  And

3   as I said at the outset, we are prepared to be reasonable in

4   that allocation, and I'm happy to meet with Mr. Rosenthal

5   and we can figure out a way to give him an extra day or two.

6   But the idea that we would end up still having to put up

7   witnesses for, say, a couple of weeks is really

8   disproportionate to the issues in this case.  It's also very

9   one-sided that, as the party with the burden of proof here,

10  we would have to put up witnesses for two weeks, and on the

11  other side, we only get one day with them?  That seems to me

12  profoundly disproportionate and totally unfair.  So what

13  they're asking for is a huge asymmetry in this case.

14          The last point I want to make on this, Your

15  Honor, is that what the U.S. Debtor appears to be doing is

16  trying to re-trade a deal that we reached pretty recently,

17  really only three weeks ago.  Your Honor will recall that

18  the parties reached a deposition protocol.

19          THE COURT:  Yes.

20          MR. OXFORD:  And that the Court so ordered that.

21  That was so ordered on the 26th of August so maybe a little

22  over three weeks ago.  And what that states is, and this is

23  paragraph G(1) that I'm citing to you, (G)(1)(a).  It says

24  "where a party believes no fact witness currently or

25  formerly associated with the party producing the

1  representatives has provided adequate firsthand testimony".

2  Your Honor will note that that is written in the past tense.

3  It says, "where no fact witness has provided adequate

4  firsthand testimony, then the parties may serve a very

5  limited number of subjects for examination".  So what we

6  agreed to three weeks ago was something very different to

7  what Mr. Rosenthal is asking for today.  What we agreed to

8  was we're going to dump the 30(b)(6) depositions.  We're

9  going to take a limited set of corporate representative

10  depositions, and we would decide what they were going to be

11  on and how many there were going to be, what the questions

12  would be, after the fact witness testimony.  And what I'm

13  hearing today, and what the letters to the Court

14  represented, was well never mind all that; I know we just

15  agreed to it.  I know the Court just ordered it but we're

16  going to do something entirely different.  So, to me, it's

17  not only inconsistent with all of the direction we've had

18  from the Court, it's inconsistent with the agreement we

19  reached and the Orders that were entered just three weeks

20  ago.

21          MR. ROSENTHAL:  Your Honor, I cannot, I think,

22  resolve half of the two points that --

23          MR. GOTTLIEB:  I know you asked that I make

24  submissions on that point so I'm not sure where in the

25  process we do that.  I apologize for interrupting my friend.

 1            MR. ROSENTHAL:  Your Honor, I think that --

 2            JUSTICE MORAWETZ:  Judge Gross?

 3            THE COURT:  I will be pleased to hear from --

 4            JUSTICE MORAWETZ:  [Indiscernible].

 5            THE COURT:  Yes?

 6            JUSTICE MORAWETZ:  Okay.  I think that at the

 7    conclusion of the submissions on this point, Mr. Gottlieb

 8    wanted to say something at the same.

 9            THE COURT:  Of course.

10            MR. ROSENTHAL:  I'd be prepared though, since Mr.

11    Gottlieb is Mr. Oxford's colleague on behalf of EMEA, to let

12    him respond now so that my concluding statements --

13            THE COURT:  Oh, I'm sorry.

14            MR. ROSENTHAL:  -- can be addressed to both of

15    them since I don't think we have anybody from the U.S.

16    prepared to speak in Canada in response.  So I'd be

17    perfectly happy to defer to Mr. Gottlieb right now.

18            THE COURT:  All right.  That's fine.  I think

19    that's fair.  Mr. Gottlieb?

20            MR. GOTTLIEB:  Thank you.  That makes good sense.

21    Judge Gross, good afternoon.  I hope you can hear me okay?

22            THE COURT:  Very well.  Thank you.

23            MR. GOTTLIEB:  Excellent.  Thank you.  And good

24    afternoon, Justice Morawetz.  I won't repeat obviously Mr.

25    Oxford's submissions.  I just want to highlight a couple

1  points because they're relevant obviously to the practice in

2  Ontario that we're engaging in.  The suggestion that is

3  being made, in our respectful submission, contrary to the

4  way we would practice using the common sense of the

5  commercialist here to try to limit the representative

6  witnesses you have, not get as many as possible in this

7  case.  It is fundamental that you do not need a different

8  witness to get all of the evidence and all of the answers

9  that a party says its entitled to where you have a single

10 witness, for example, who can inform him or herself of the

11 facts relevant on behalf of the various parties on one side

12 of the table and undertake to provide answers with respect

13 to those items that are not known by the personal witness.

14 That's the way we do it and that's a very common tribute to

15 our practice up here, putting one witness up.  The question

16 is asked of that witness will your answers bind the various

17 Plaintiffs, the various related Defendants, et cetera, et

18 cetera, and the answer given is yes it will and then you're

19 off to the races and you ask the questions of that witness.

20 And again, Judge Gross, I just emphasize this because the

21 procedure is different where the witness does not know the

22 answer and it's a proper question.  A request for an

23 undertaking to find out that information will be made, and

24 again, if it's a proper question, the undertaken will be

25 given; yes, I will go use my best efforts to find that

1   answer.  So that procedure being followed is, in our

2   respectful submission, the right one and that's really what

3   Mr. Oxford was talking about.  The request of the U.S.

4   Debtors in this case is greatly inefficient to suggest that

5   you have to have 24 separate individuals.  It's inefficient,

6   it's costly, and in our respectful submission, it's not

7   necessary and the U.S. Debtors, and the Canadian Debtors for

8   that matter, there will be no prejudice because they will be

9   able to get the answers from the witness that will bind the

10  parties so that's really not the issue.  There is no

11  prejudice here.

12          And the final two points, and I believe -- and I

13  apologize, Mr. Oxford' mic was still coming in and out a

14  little bit, so I'm not sure if he made the point, but there

15  is the practical problem of who would be put in the box for

16  these various parties, which would be a difficult task given

17  the fact of lack of employees now.  That's the practical

18  issue that we can avoid by doing what we say is the more

19  efficient way.

20      And two, if this were the way the Court was going to

21  be able to say every one of these 24 parties has to be

22  examined separately with a different representative because

23  they are separate parties, then as day follows night, each

24  of those parties, as of right, gets to conduct a full

25  examination of the representative of all the other parties.

1  So you would have the ability to do 24 separate examinations

2  of the U.S. Debtors, 24 separate examinations of the

3  Canadian Debtor, each party.  So we're not -- I say that

4  just to show how impractical it is, and in our respectful

5  submission, how unnecessary it is here.

6         JUSTICE MORAWETZ:  Perhaps that's just like the

7  first point where I think it's a general concurrence in the

8  [indiscernible] might be the benefit of having some further

9  discussions that might very well be on this point, but there

10  would also be the benefit of having further discussions that

11  if all parties reminded themselves the purpose of discovery,

12  generally, is to simplify matters and to avoid chaos at

13  trial.

14         MR. GOTTLIEB:  And that's the goal and we --

15         JUSTICE MORAWETZ:  Of all parties.  All parties

16  to --

17         MR. GOTTLIEB:  Yes, Your Honor.

18         JUSTICE MORAWETZ:  -- remember the goal.

19         MR. GOTTLIEB:  Yes, Your Honor.  And I will say

20  again, on behalf of all parties, significant number of good

21  faith discussions have been had on this.  The reason we're

22  here --

23         JUSTICE MORAWETZ:  [Indiscernible].

24         MR. GOTTLIEB:  Subject to any questions both.

25  Those are my submissions on that point.

1          MR. ROSENTHAL:  Justice Morawetz and --

2          MR. GOTTLIEB:  Thank you.

3          MR. ROSENTHAL:  -- Judge Gross, I guess --

4          THE COURT:  Yes.  Thank you, Mr. Gottlieb.  That

5  was helpful, Mr. Gottlieb.

6          MR. ROSENTHAL:  I regret now not going before Mr.

7  Gottlieb because I will say that I will concede everything

8  he said, and I was about to say that we can resolve this

9  very, very easily because I don't dispute point one of what

10  Mr. Oxford said which was what Mr. Gottlieb expanded upon.

11  We are not demanding a separate witness go in the chair for

12  each of the 21 EMEA Claimants.  What we are saying is we are

13  entitled though to a dedicated examination on each of their

14  claims.  And just like 30(b)(6), Your Honor, in Rule

15  30(b)(6), a party doesn't have to designate anybody even

16  associated with that party.  I could designate Your Honor if

17  you were somebody who were prepared to be my representative

18  and bind me, you could be my 30(b)(6) witness.  And with

19  respect to the representative --

20          JUSTICE MORAWETZ:  I don't think so.

21                    (Laughter)

22          MR. ROSENTHAL:  I doubt in this case in

23  particular.

24          THE COURT:  That's right.

1        MR. ROSENTHAL:  But you get my point, Your Honor,

2   which is --

3        THE COURT:  Yes.

4        MR. ROSENTHAL:  -- that we're not saying that

5   they cannot designate John Smith on behalf of both Ireland

6   and Italy and that's the person who's going to bind them and

7   -- but what we are saying is we are entitled to an

8   examination of NN Ireland and an examination of NN Italy

9   because we don't want this continued agglomeration of here's

10  a collective response.  These are individual claims.

11       THE COURT:  I see, yes.

12       MR. ROSENTHAL:  So if they want to designate the

13  same person to bind that party, as long as we get to say

14  okay, now is our NN Ireland examination.  We want to talk

15  about what did the NN Ireland Directors do, what did they

16  breach, you know, things like that, how did they breach it,

17  you know, who made them sign things like that.  That's fine.

18  The extra day or two -- so that's -- I think resolves the

19  larger issue that certainly everything Mr. Gottlieb was

20  saying, I think most of what Mr. Oxford was complaining

21  about.

22       With regard to the extra day or two, if we get

23  two more days for this deposition, it means we'll get 35

24  minutes per $100, $200, $400 million claim.  I think what we

25  need to do is say what is a fair amount of time that we

1  would have to examine a party on their claim, and especially

2  we're not getting witnesses in the fact witnesses

3  designated, I think two or three hours to be shifted around;

4  you know, one's a little bit less, one's a little bit more,

5  but on the average, two to three hours is a reasonable

6  amount of time for those other than NNUK, which we've

7  already agreed to the NNUK amount of time.

8           THE COURT:  So that's roughly 42 hours, correct?

9           MR. ROSENTHAL:  Forty-two to 60, roughly, among

10 all the -- depending whether it's two or three.

11          THE COURT:  Right.

12          MR. ROSENTHAL:  But there's -- again, the fact

13 that 21 different parties have decided to file lawsuits

14 against the U.S. Debtors, it's not a lot to ask that that

15 party sit for a two- to three-hour deposition.  It's a

16 minimal amount of time.  If it was just NN Italy that we

17 were defending against, I think nobody would ever disagree

18 that we could get a full day deposition of that or NN

19 Ireland or NNSA.  And the fact that they've combined them,

20 they're still separate allegations and the idea of this

21 disparity, well, we have separate allegations for what did

22 the NNSA Directors do and how were the NN Italy people

23 compelled?  They're allegations as against the U.S. are all

24 the same.  They said these people collectively did X, Y, Z.

25 They didn't say these people did X with respect to Italy, Y

1  with respect to Ireland, Z with respect to NNUK.  So there

2  is no need that they have to take separate depositions or --

3  because it's one allegation that's just repeated by all of

4  them.  They're the ones that have the individual what did

5  their specific Directors do and their employees and things

6  like that.

7          In terms of the re-trade, I just have to mention

8  this because I wrote this language that Mr. Oxford quoted

9  about this designating the topics in advance.  And what we

10  discussed, and I'm sure my Canadian colleagues up there

11  would have a lot to say about that, is that our 30(b)(6)

12  procedure says I could designate topics in advance and you

13  have to prepare your witness who has an absolute obligation

14  to come prepared to testify on those topics.  The Canadian

15  representative process is more of an open-ended I don't give

16  you topics in advance necessarily.  You sit down.  If you

17  don't know something, you have an undertaking to supplement

18  it in advance.  We decided to deal with the sentence that

19  Mr. Oxford read to you, he didn't read the last clause,

20  which is that I have the right, if I want, to give you

21  topics in advance, limited specific topics, that I feel that

22  I have not gotten testimony on and then the clause he didn't

23  read is "the representative witness has a duty to prepare to

24  testify on the designated topics".  In other words, that's

25  where we borrowed the 30(b)(6) concept that we

1  [indiscernible] which is I don't have to, but if I give you

2  a few topics, then your guy has to come prepared.  You know,

3  normally, in Canada, you don't have that same duty to come

4  prepared.  So that's the clause that I drafted and that the

5  parties all agreed to, to kind of bring back in that

6  30(b)(6) concept.  So this is exactly what we discussed from

7  the moment the first draft of this went out.  We put the

8  marker down because our draft said we need a witness who's

9  going to speak individually to each one.  It could be the

10 same witness but we can't have 17 ½ or 35 minutes to defend

11 against a $100 million claim.

12           THE COURT:  So at the moment, our disagreement

13 rests on the amount of time, is that correct?

14           MR. ROSENTHAL:  I think that's exactly it and I

15 think -- I'd be more than happy, Your Honor, to have further

16 discussions with my colleagues at Hughes Hubbard to see if

17 we can come up with something between 35 minutes and the

18 seven hours that we've been accused of asking for and I

19 think if we wind up with two to three, I think we're going

20 to be happy and I think that's the minimum that we need per

21 claim but we're happy to talk and come back to the Court to

22 set that amount of time per Claimant.

23           THE COURT:  See, here's what I think what will

24 happen.  You will ask Mr. A, a representative for Ireland,

25 who will then be binding on other Countries.  His subsequent

1    depositions may only take 30 minutes but he'll just be

2    basically adopting those same answers.  I think this may be

3    a situation we've got to take a deposition to see what the

4    -- what a realistic amount of time would be for these

5    depositions, a deposition or two.

6            MR. ROSENTHAL:  I think we'll have to figure that

7    out logistically insofar as we were planning the last two

8    weeks of the period for all of the representative parties

9    and I don't know that we'll have the ability to come back to

10   the Court during that time and say we've got a four-day gap

11   between the bid and the ask but I'm happy to talk and see

12   what we can figure out and work out with them.

13           THE COURT:  And you can always call me.  In fact,

14   when depositions are being taken, I always encourage parties

15   to call from the deposition if there is an objection that is

16   -- seems to be a stumbling block.

17           MR. ROSENTHAL:  I think all that we need -- and

18   that's a point, Your Honor, is just a clear direction from

19   the Court that we are entitled to a separate examination of

20   each EMEA Claimant of a time to be determined.  It can be

21   the same person but it's going to be a distinct examination

22   for each EMEA Claimant, not an agglomerated examination, and

23   the parties are to work out the amount of time dedicated to

24   each Claimant and if we can't work it out, we'll come to the

25   Court.  I think that's a sufficient ruling for us.

1            THE COURT:  Mr. Oxford?

2            JUSTICE MORAWETZ:  Before we move on, Ms. Kimble,

3    on behalf of the Canadian Monitor wished to address the

4    Court.

5            MS. KIMBLE:  Thank you, Your Honor.  Can you hear

6    me in Delaware?

7            THE COURT:  Very clearly, Ms. Kimble.  Thank you.

8            MS. KIMBLE:  Thank you.  I just wanted to rise at

9    this point to ask that we be clear if there is any direction

10   provided by the Courts on this subject that the time that is

11   being discussed for the representative party examinations

12   obviously must include an allocation of proportionate time

13   for the Canadian Debtors in respect of those examinations

14   since, of course, all of these many claims are being made,

15   and more, against the Canadian Debtors by all of the various

16   same EMEA Debtors and Claimants and we must obviously be

17   included in any allocation of time that is flowing from

18   these proceedings in a proportionate manner.  There were 190

19   pages of particulars provided to us in respect of the many

20   multitudes of claims by the 20 plus Claimants against the

21   Canadian Debtors, and we, of course, need to be given the

22   appropriate opportunity to explore those on a traditional

23   Canadian discovery basis.

24           JUSTICE MORAWETZ:  No doubt that if you're

25   dissatisfied with the allocation, you will be back.

1          MS. KIMBLE:  Yes, and I did want to rise at this

2   point only because I noticed the clock and I realized that

3   there are two other matters still to be dealt with in

4   Delaware and I had understood that we were on a strict time

5   limit today.  Of course, our position with respect to the

6   matters that are being raised in Delaware, as I've pointed

7   out on this one, would be consistent that we would ask that

8   whatever Orders are made in respect of these discovery

9   matters would be to the benefit of all core parties, as

10  applicable.

11         But we also have another matter that was put before

12  the Courts for purposes of some discussion today.  It was

13  actually the basis upon which this joint hearing was

14  convened and that was the use of deposition matter which I

15  consider to be important that we address in some fashion

16  today because we are about to embark next week on the first

17  four of over 100 depositions that have been noticed in this

18  proceeding, including 36 trial witnesses and we obviously

19  feel that it's very important that we have the opportunity

20  to address that matter today before the clock runs out.

21         JUSTICE MORAWETZ:  And how much time do you think

22  that matter will take?

23         MS. KIMBLE:  I think we can probably deal with it

24  for what we need to say about it today in ten minutes or

25  less, but I just don't want to have a situation arise where

1  the Courtroom is cleared before we have an opportunity to

2  say anything about it.

3              JUSTICE MORAWETZ:  Might I suggest this, Judge

4  Gross?  I think that it would be helpful that the next two

5  discovery disputes could be heard in their entity in about

6  20 minutes time and then that would leave sufficient time to

7  deal with the amendment to the deposition protocol?

8              THE COURT:  That's perfectly fine.  I have this

9  scheduled until five so we have time, and if the final two

10  issues are not of concern in Canada, you know, we can hear

11  them even -- I can hear them individually but I'm not

12  sure --

13              MR. ROSENTHAL: I leave it to --

14              MS. KIMBLE:  I think there will be something that

15  might need to be said in particular about in Canada so I

16  don't think we can proceed to the exclusion of Canada on the

17  last two.  I may, in particular, have some submissions on

18  both of those.

19              THE COURT:  Okay.

20              JUSTICE MORAWETZ:  We'll keep going then.

21              THE COURT:  Yes.

22              JUSTICE MORAWETZ:  Unfortunately, Judge Gross, we

23  do have to wrap things up by no later than about 4:45 in

24  Toronto.

1          THE COURT:  Okay.  Very well.  Then let's proceed

2   then, Mr. --

3          MR. ROSENTHAL:  Okay.

4          THE COURT:  Mr. Rosenthal.

5          MS. KIMBLE:  Thank you, Your Honor.

6          MR. ROSENTHAL:  I think we're moving fairly

7   quickly, Your Honor.

8          THE COURT:  Yes.

9          MR. ROSENTHAL:  And I think we can --

10         THE COURT:  Yes.

11         MR. ROSENTHAL:  -- take these last two items very

12  promptly as well.

13         MR. OXFORD:  Your Honor, Mr. Rosenthal, if I may

14  just interrupt?

15         THE COURT:  Oh, Mr. Oxford?

16         MR. OXFORD:  I need to take us backwards for the

17  record.  This is Neil Oxford, from Hughes, Hubbard & Reed,

18  for the EMEA Debtors.  We're obviously happy to take the

19  Court's direction.  We appreciate that.  We're happy to sit

20  down with our colleagues in Canada and our colleagues in the

21  U.S. to figure out what is the right schedule here.  We've

22  always said that we would put on a witness on each of these

23  Claimants and that's what we will do and --

24         THE COURT:  Yes.

1          MR. OXFORD:  -- have a meet and confer in good

2    faith, and I'm confident we will come to a resolution.

3          I would also like to echo the point that Mr.

4    Gottlieb made in the Court in Toronto that what is

5    essentially good for the goose is also good for the gander

6    and we cannot be in a situation where, in a course of two

7    minutes, our time went from putting on the witness to two

8    days to 60 hours to actually now the Canadians would like to

9    ask them questions so that will be 120 hours and we get

10   seven hours.  That's clearly unacceptable so we're happy for

11   -- we're happy to proceed with a meet-and-confer, but on the

12   understanding that we're also meeting and conferring on that

13   issue too.

14         MR. ROSENTHAL:  Your Honor, as I had noted, we

15   would completely disagree with that because the way these

16   claims are pled are this happened and was applied with

17   respect to all of them.  They don't have separate

18   allegations, separate facts.  There aren't separate U.S.

19   Debtors that are accused of acting differently.  There is

20   one.  It's NNRI being -- I mean they filed Proofs of Claim

21   with a collective set of facts that are no differently pled

22   for whether it's NNSA or -- I mean there's slight

23   differences with NNUK because their claims are broader.  But

24   by in large, if you look at these entities across the line,

25   these are cookie-cutter Proofs of Claim that have one set of

1  facts that they need to examine us on.  We need to examine

2  them separately because there are different directors and

3  different employees and different people that are being

4  accused of having done wrongdoing there that we need to

5  explore.  Well, what is the wrongdoing that caused this?

6  It's the Joint Administrators for them that are saying

7  here's the facts that we're alleging.

8            THE COURT:  Well, I don't -- I'm not

9  understanding Mr. Oxford to suggest that each of the EMEA

10  Claimants will separately be deposing.

11            MR. ROSENTHAL:  That's what he -- that's what Mr.

12  Gottlieb expressly said.  All of these people should have a

13  right to -- the Joint Administrators can just switch hats

14  around and take depositions for as much time as we ask of

15  our one representative for NNI.  It's exactly what they ask

16  for.

17            THE COURT:  Is that right, Mr. Oxford?

18            MR. OXFORD:  I am certainly not suggesting that

19  we have 25 days of seven-hour depositions but it really is

20  -- it's not a one-way street here, Your Honor, as Mr.

21  Rosenthal acknowledges.  There are claims that are different

22  and if we are to be examined, have our witness examined on

23  those different claims, then it is only fair, as a matter of

24  fundamental justice, that we have the opportunity, where

25  those claims are different, to have an adequate opportunity

1  to take an examination of the U.S. and Canadian Debtors as

2  well.  Obviously where the claims are identical, we're not

3  going to be sitting beating our head against a brick wall,

4  putting a different hat on and say hello, I'm from NN

5  Belgium now.

6           THE COURT:  Okay.

7           MR. OXFORD:  Change my accent and then ask the

8  same questions.  We're not going to do that.  But we do need

9  an opportunity where there are different claims that are

10  being used against us to say well, we need more time, but

11  no, no, no, you, Mr. Oxford, you're done seven hours.

12  Sorry, you're out of luck.  So we're not trying to prolong

13  this process.  We're actually trying to streamline this

14  process but we can't be streamlined out of the process.

15  That's my point, Your Honor.

16           MR. ROSENTHAL:  I, Your Honor, would love to see

17  where the NNUK claims does not subsume virtually every

18  factual allegation against our clients.

19           THE COURT:  Well, I don't -- I wouldn't expect

20  that Mr. Oxford or anyone on his side would ask the same

21  question, you know, ten times.

22           MR. ROSENTHAL:  No, but what they want to do,

23  Your Honor, is -- what they'd like to do is to say okay,

24  well --

25           THE COURT:  They want more time.

1              MR. ROSENTHAL:  They want to silicate with

2    respect to all of the allegations.  They'll depose us for

3    five days.  We'll depose NNUK for a day because we have to

4    use these other four to depose these other entities on --

5    there are going to be repetitive examinations because I need

6    to know what's the facts with respect to the Director in

7    Poland and the Directors in Spain and the Director in Italy?

8    So I don't get to drill down on these facts for five days.

9    I've got to cover each of these individual actors.  They

10   want to say okay, well, they're not going to ask the same

11   question we're -- they have five days of being able to drill

12   down, merely because they've got 21 Claimants.  It's a very,

13   very diffident scenario.  They're making allegations saying

14   21 different groups of people did wrongdoing or were wronged

15   and we aided and abetted them and we've got to figure out

16   what it is.  They're saying we collectively did one set of

17   acts.  I think we can rise -- the Court understands what our

18   concern is.

19             THE COURT:  Well, I do.  I do.

20             MR. ROSENTHAL:  So with respect to the ENYUK

21   documents, Your Honor, we have asked for, and have been

22   asking for and Your Honor signed letters rogatory requests

23   for us seeking documents of ENYUK which are the Joint

24   Administrator's firm.

25             THE COURT:  Yes.

1              MR. ROSENTHAL:  Mr. Bloom testified that they

2    have earned $100 million back in 2010.  I don't know what

3    that number has grown to today.  They also were Pre-Petition

4    advisors to NNUK.

5              THE COURT:  Right.

6              MR. ROSENTHAL:  Project Slip is a big part of

7    their allegations.  They did an evaluation report and gave

8    an opinion to the NNUK Board with respect to that.  And

9    ENYUS was an advisor to the U.S. Debtors.  ENY Canada, as

10   Justice Morawetz knows from the hearing this morning, was

11   an advisor to the Canadian Debtors and EMEA has sought

12   documents from U.S. and from Canada.  We've sought from

13   ENYUK.  We went to ENYUS and we said these are documents

14   that people are going to want; please give them to us, and

15   we got them and we produced them all.  And now we're being

16   told well, ENYUK, they don't want to turn them over.  Even

17   though they're the Joint Administrators' firm, even though

18   they've earned nine figures, and I don't know where in the

19   nine figures it is, even though they've done all of this

20   advice and provided services, they don't want to turn the

21   over and we can go litigate with them in London and the next

22   date that the Court is available is mid-November, and we've

23   gone to them and said you've got to get these for us.  We

24   did the same so there's obviously no [indiscernible] global

25   policy that you can't get these and you've got to get them.

1  And they said -- we've even gone pretty please, and we've

2  asked them, and we've tried, and the answer is that's not

3  good enough because they have the ability -- the Courts say

4  if you have the ability to get them, you have an obligation

5  to produce them.  And they have a very, very easy way to get

6  them, which is they control the purse strings and if they

7  were to go to ENYUK and say we want these documents; you

8  turn over these documents, or we will look for somebody else

9  to be our advisor going forward, they'll get those documents

10  tomorrow.  I have no doubt.  And we don't have to debate

11  well, does the law say that ENY can say no if they want to.

12  The fact is do the Joint Administrators have the ability to

13  get their firm one way or another to produce these documents

14  so we don't have to spend tens of thousands of dollars, if

15  not more, and months litigating in England to turn over the

16  stuff that we have turned over to them and they just need

17  the right kick in the pants, Your Honor, to be blunt, to go

18  do that one way or another and they'll get done.

19            THE COURT:  What is the source of fees to ENYUK?

20            MR. ROSENTHAL:  I think Mr. Oxford can probably

21  answer that better than I can.

22            THE COURT:  Mr. Oxford?

23            MR. OXFORD:  I confess, Your Honor, it's a

24  question that I have not applied my --

25            THE COURT:  Okay.

1          MR. OXFORD:  -- my mind to.  But I would assume

2  that ENY are -- I know that in certain such circumstances,

3  for example, they are IT consultants.  They may well perform

4  other roles as well, but certainly they perform IT -- and

5  I'm sure others too.

6          If Mr. Rosenthal is finished, I can start my

7  remarks by saying I agree that he asked me pretty please but

8  I disagree with everything else he said.  I think what he's

9  doing is falling into the trap of well, you can do it in the

10 U.S.; therefore, it's okay everywhere else and that is an

11 unfortunate tendency of certain U.S. lawyers and what it

12 does is misstate the facts and the law.  It is simply not

13 true, Your Honor, that the Joint Administrators have refused

14 to cooperate in the production of documents from EYUK.  It

15 is wrong on the facts and it is wrong on the law.  We had

16 two letters from Mr. Abbott that I suspect Mr. Rosenthal had

17 a hand in writing.  I recognize the writing style.  And in

18 neither letter does the U.S. Debtor challenge two

19 fundamental points.  And the reason they don't challenge

20 them, Your Honor, is because they can't.  The first point is

21 that the Joint Administrators are legally separate from

22 EYUK.  That is a matter of English law.  The Joint

23 Administrators do not control EYUK and they cannot compel

24 them to produce documents.

25          THE COURT:  They can ask.

1          MR. OXFORD:  And they have asked, Your Honor.

2   That's exactly the point.  They have asked.  It is not

3   hairsplitting, as Mr. Rosenthal likes to say, to point this

4   out.  It's a matter of English law.  It's also that, as

5   Justice Morawetz knows from the hearing this morning, it's a

6   very similar position in Canada.  The Joint Administrators

7   sought documents from EY Canada by way of third-party

8   Motion.  They did not say well, EY Canada is a Monitor,

9   therefore, it's really a document request issue; please

10  produce those.  We recognize the separateness of the two

11  entities of the individuals and the firms and we went

12  through the proper route.  This, frankly, astonishing end

13  run that Mr. Rosenthal is suggesting that we don't need to

14  bother with the law, Your Honor; we could just threaten to

15  fire them, is one of the most astonishing submissions I have

16  heard in any Federal Court.

17          The second point, which they don't challenge and

18  can't challenge, is that there are certain papers that the

19  Joint Administrators are not entitled to, as a matter of

20  English law.  As I mentioned, the Joint Administrators have

21  told EYUK that they would like EYUK to produce the documents

22  to which the Joint Administrators, as successors in

23  interest, essentially a client of EYUK, to produce.  They

24  want them.  They've gone to them and said yes, please

25  produce.  If you could give them to us, please produce them

1  to the U.S. Debtors.  But what they can't compel, what they

2  can't tell them to produce, is that which is not -- to which

3  the client is not entitled; for example, working papers.

4  The law is simply different and the idea that Mr. Rosenthal

5  can say well, I don't like the fact the law is diffident so

6  I'm going to assume it's the same and to make it the same,

7  I'm going to do an end run around English law by having the

8  U.S. Court tell the Joint Administrators to fire EYUK is

9  really remarkable.

10          As I said, the Joint Administrators have

11  communicated very clearly their desire that EYUK comply with

12  the U.S. Debtors' request and there are, as I understand it,

13  ongoing discussions about that.  There is no relief that I

14  think can properly, in my respectful submission, be obtained

15  from this Court.  There's no relief that EYUK could comply

16  with.  There is no issue here.  What we should do is allow

17  EYUK and the Joint Administrators continue their best

18  efforts to resolve this issue without seeking from a U.S.

19  Court an Order that cannot be complied with.

20          MR. ROSENTHAL:  Your Honor, to respond briefly,

21  on the first point, the legal separateness, they have told

22  this Court and they have publicly posted that ENYUK are the

23  Administrators.  We've cited them in our papers.  They now

24  say oops, mistake.  But they have said it both to the Court

25  and both in public websites filings.  But more

1  fundamentally, what Mr. Oxford is implying, which is not

2  correct, is he's implying something like that the Joint

3  Administrators can't get -- that ENY can't turn over these

4  documents.  ENY, if it wants to, absolutely can turn over

5  every shred of paper that we've asked for and the Joint

6  Administrators have every right to request, to threaten, to

7  beg, to do whatever they want.  It is ultimately up to ENYUK

8  to decide whether they want to comply with the Joint

9  Administrators' request.  I'm not saying that.  We are not

10  seeking relief from Your Honor against ENYUK.  But the Joint

11  Administrators can say -- it's not illegal under U.K. law as

12  Mr. Oxford was implying that it would be illegal for the

13  Joint Administrators to say to their partners look, we need

14  these documents in this litigation.  You have a choice.  You

15  can give them to us and let us be able to turn them over or

16  we're going to go find the services of somebody else.  It

17  wouldn't be in the Joint Administrators' financial interest

18  because of the money that they're getting as partners in

19  ENYUK, but they certainly can do that.  So the question is

20  whether, in light of this litigation and the importance of

21  these ENYUK documents, whether they're going to be ordered

22  to say look, let's be practical here.  You can use means at

23  your disposal to say you have to turn these over.  It's then

24  up to ENUYK to make its choice.

1          THE COURT:  Where are the -- where do they work

2   these Joint Administrators?  Do they work at the ENY

3   offices?

4          MR. ROSENTHAL:  Mr. Oxford would have to answer

5   that but I presume so.

6          MR. OXFORD:  I, again, haven't applied my mind to

7   the minutia of those details but I assume that -- I

8   understand that they work out of, at least in Mr. Bloom's

9   case, out of EY offices in the U.K.

10         MR. ROSENTHAL:  So I mean that's exactly --

11         THE COURT:  So these ongoing discussions, they go

12  -- they walk into the office next door and they have a

13  discussion.

14         MR. OXFORD:  And they have that --

15         THE COURT:  How long can that take?

16         MR. OXFORD:  And they have had that discussion,

17  which is to the extent you can do so, EYUK, we would like

18  you to cooperate.  They've done that.

19         MR. ROSENTHAL:  ENY -- there's no question that

20  ENY, if they want to, can do that.  It's not a matter of is

21  there some prohibition that these documents are sheltered

22  such that they would be violating U.K. law to turn them

23  over.  It's they don't want to and it's the Joint

24  Administrators don't want to make their partners turn these

25  documents over even though they're material to this

1  litigation.  And if they're told you need to do that one way

2  or another and you need to find the right button to push to

3  get them to do that.  I can't concede, given the amount of

4  fees that are being earned, that ENYUK still will say no.

5  And if they do, they do.  They suffer the consequences of

6  that.  But I'm not saying in that circumstance the Court

7  sanction the Joint Administrators but I'm just saying, Your

8  Honor, tell them that you've got leverage over these people

9  just like if there were advisors of ours who were not

10 producing documents, we have leverage if they're current

11 advisors and that's what the case law says.  You've got the

12 ability, not the actual physical you can make it happen, but

13 you've got the leverage to make it happen and if we don't

14 get it through them exercising the leverage, we're not going

15 to get these documents and it's going to be very unfortunate

16 given ENYUK's role here.

17           MR. OXFORD:  If I --

18           JUSTICE MORAWETZ:  Judge Gross, might I suggest

19 we take a five-minute recess?

20           THE COURT:  Yes, that's fine, Justice Morawetz.

21 Let's do that.

22           MR. ROSENTHAL:  Okay.

23           THE COURT:  All right?  Five minutes.

24           MR. ROSENTHAL:  Yes.

25           JUSTICE MORAWETZ:  Thank you.

1          MR. ROSENTHAL:  Thank you.

2              (Recess from 4:29 p.m. to 4:34 p.m.)

3          MR. ROSENTHAL:  Your Honor, I'm mindful of

4  Justice Morawetz's stopping point so I will be as brief as

5  possible on this point.

6          THE COURT:  I think Justice Morawetz was going to

7  suggest that we take up the issue relating to the use of

8  depositions now.

9          MR. ROSENTHAL:  Okay.

10          THE COURT:  If we have to defer on number five or

11  something, we can do that at a later date --

12          MR. ROSENTHAL:  That's fine.

13          THE COURT:  -- by telephone or the like but --

14          MR. ROSENTHAL:  My expectation is that the

15  depositions issue should be, frankly, a 30-second issue

16  because it's just a status report and I don't know it would

17  take ten minutes but I would defer to Ms. Kimble.

18          THE COURT:  Let's do that.

19          MR. OXFORD:  Your Honor, may I --

20          THE COURT:  Mr. Oxford, yes?

21          MR. OXFORD:  Before we move off point four --

22          THE COURT:  Yes?

23          MR. OXFORD:  -- I have one further remark.  The

24  case was only contained in a letter that was sent to us at

1   10:00 this morning so I can't pretend to have done a full

2   exhaustive research --

3            THE COURT:  Of course not, no.

4            MR. OXFORD -- on the law in the Third Circuit,

5   but I think they cite the *Mercy Catholic* case.  It is not my

6   understanding of the law in the Third Circuit and certainly

7   if Your Honor is in any way minded to consider granting what

8   I consider to be extraordinary relief that is being

9   requested by this Court, we have an opportunity to brief

10  this.  I think the rule is if you have an ability, a legal

11  right to demand these documents, then they are within your

12  control and you produce them.  I don't think a threat of

13  firing or beating someone up or whatever it may be is the

14  law in this Circuit.  So if the Court is contemplating a

15  ruling such as that which is sought by Mr. Rosenthal, I

16  would respectively request the opportunity to brief this

17  issue.

18           THE COURT:  All right.  Thank you, Mr. Oxford.  I

19  certainly understand your position.  And now I guess we're

20  going to take up the deposition of trial.

21           JUSTICE MORAWETZ:  Mr. Oxford, thank you.  Now,

22  Ms. Kimble, could you next present the Motion

23  [indiscernible]?

24           MS. KIMBLE:  Yes.  Thank you, Your Honor.  Can

25  you hear me in Delaware?

1          THE COURT:  Very clearly.

2          MS. KIMBLE:  Thank you.  There should be before

3    both Courts, having been filed last evening, a Motion by the

4    Monitor and the Canadian Debtors which seeks an amendment to

5    the deposition protocol and the amendment that is sought is

6    in respect of Section K, which is the use of depositions

7    section in the deposition protocol, and the Motion, as

8    framed, is seeking an Order for approval of the amendment in

9    Canada, and for that to happen, if possible, before the end

10   of this week because, as I mentioned earlier, we do have

11   depositions beginning -- well, we have many weeks of them to

12   complete the over 100 depositions that will be conducted.

13   We are starting with the first four next week, many of which

14   are in Europe, and I would like very much to make sure that

15   we resolve this issue before then.  What we are proposing is

16   some language that would be handled in the same way that the

17   expert stipulation was handled in August which is if and

18   when we are able to have the concurrence of the core

19   parties, and we are hopeful that we will be able to achieve

20   that objective shortly, we have -- we proposed language that

21   has been vetted by the Estates and the U.K. Pension Trustee.

22   It has gone out to all of the parties and it was sent to the

23   Courts.  It was sent to Justice Morawetz this morning and I

24   believe there is a copy available for Judge Gross in the

25   Courtroom this afternoon --

1          THE COURT:  Yes, I was handed --

2          MS. KIMBLE:  -- with the proposed language.

3          THE COURT:  I was just handed one.  Thank you.

4          MS. KIMBLE:  Thank you.  And so pending

5    confirmation, I'm not asking for any immediate relief today,

6    but because under the Canadian Rules, we do require an

7    Order.  We have placed the Motion now before the Courts at

8    this joint hearing and we are hopeful that there will be

9    language that all core parties are prepared to stipulate to

10   so that that stipulation can be filed with the Delaware

11   Court and so that an Order can hopefully be made by the

12   Ontario Court before the end of this week with respect to

13   that language and the language essentially deals with how

14   deposition transcripts will be used at trial because there

15   are so many depositions taking place of fact witnesses.

16   There is a proposal that those transcripts will be treated

17   as trial evidence and it is covered in paragraph one of the

18   language that has been put before the Courts now as the

19   proposed language, and that there is one further aspect of

20   this that has not yet been resolved by the parties and that

21   is the question of whether it will be permitted that

22   additional witnesses be compelled at trial to testify live

23   beyond those who have been designated as witnesses who will

24   provide Affidavits and be presented for cross-examination at

25   trial as is contemplated by the allocation protocol.  And

1  the parties are still in discussion about the question of

2  whether that should be permitted, and if so, under what

3  circumstances.  If that cannot be resolved, the proposal

4  that is before the Courts now would be that we address this

5  issue as part of the trial management process that will be,

6  we expect, embarked upon at the first Pre-Trial under the

7  schedule that is indicated to be taking place the week of

8  February 17th.  However, we would even be suggesting that we

9  consider having an earlier session to start to talk about

10  some of these logistical issues regarding witnesses.  But we

11  thought that that should be deferred until the fact

12  depositions have been completed and the schedule

13  contemplates that that will occur by the end of this year.

14  And so you will see in paragraph two of what's been

15  presented that it is proposed that the dispute about the

16  compellability of additional witnesses beyond the current 46

17  who have been designated to provide Affidavits and be --

18  appear to be cross-examined, that we have a discussion about

19  that after the fact depositions have been concluded when

20  people are in a better position to speak to the trial

21  management discipline that we expect the Courts may wish to

22  bring to bear on all of us.  And so that is what is

23  proposed.

24           I need to alert the Courts to one additional

25  issue which was indicated in the email that we sent to the

1    core parties and to the Courts this morning and that is that

2    the Directors and Officers in Canada have requested an

3    additional provision to be included, which deals with

4    derivative use of deposition testimony or matters that they

5    may be facing in a personal capacity and various protections

6    that they would like to be in place before they are deposed,

7    and I will ask Alex Kobb from Oslers to address the Courts

8    on this issue because it is not expected that we will be

9    able to resolve it I don't believe today and I don't know

10   whether it will be resolved before the end of this week.

11   But whether it is or isn't resolved, we do feel that it's

12   imperative that we at least deal with the first two matters

13   on the proposed amendment before the end of this week and I

14   will let Mr. Kobb address the Court on his concerns with

15   respect to the protections that he would like to have in

16   place for his clients.

17          JUSTICE MORAWETZ:  And at the conclusion of that,

18   I'll respond by soliciting comments regarding the timing

19   about when this is going to be dealt with and then I fully

20   expect that Judge Gross will have some words with respect to

21   the other matters that have been the subject of the majority

22   of this hearing and when that will be addressed.  Mr. Kobb?

23          THE COURT:  Thank you.  Oh, excuse me.  I'm

24   sorry.

1          MS. KIMBLE:  Mr. Gottlieb has asked that I just

2  alert the Court to the fact that, as of now, we've heard no

3  objections to the current proposed language that we are

4  hopeful will be the subject of an agreement by the end of

5  this week, and other than the EMEA Debtors, I don't believe

6  anyone has objected to the language, the additional

7  language, that Mr. Kobb is going to be addressing the Courts

8  on.

9          JUSTICE MORAWETZ:  Just think, you've got two

10  more days to get those Objections in.

11          MR. KOBB:  Thank you, Your Honor.  Thank you,

12  Justice Gross.  I hope you can hear me.

13          THE COURT:  Yes.

14          MR. KOBB:  And I hope somebody has, at some

15  point, passed up the language that I'm going to be talking

16  about.  It concerns basically the rights against self-

17  incrimination and which rights will apply to depositions,

18  depending on where they are taken.  I know that Justice

19  Morawetz has seen that.  I'm not sure whether Your Honor,

20  Justice Gross, you have.

21          MR. ROSENTHAL:  Your Honor, I don't think it's

22  been ever put before you because we were not told that this

23  was an Agenda item for today.  I don't think -- I mean we

24  had discussed what would be submitted to the Court today and

25  this was actually an issue being tabled.  I mean I

1  personally don't have any issues with it but I don't think

2  it's something before the Court right now.  I don't know why

3  we're having argument on it.

4        THE COURT:  I understand and I'm just learning to

5  read Canadian so it's taking me a few minutes to get through

6  but I certainly -- I understand the point and --

7        MR. KOBB:  Okay.

8        THE COURT:  But I think that -- isn't this

9  something that the parties are continuing to discuss?

10       MR. ROSENTHAL:  Yes, that's right, Your Honor.  I

11  had understood this was just a status report because --

12       JUSTICE MORAWETZ:  Yes, I think where we're

13  getting --

14       MR. ROSENTHAL:  -- we're in the middle of

15  discussions.

16       JUSTICE MORAWETZ:  -- with all of this is that

17  you're not going to be able to resolve everything today and

18  the goal, in a sense, and getting back to the issues that

19  were presented with respect to the discovery disputes, I

20  think that there's significant merit that the parties

21  continue to meet and confer in an effort to resolve them in

22  good faith.  Discovery is intended.  It is a process to

23  define the issues towards expediting a more efficient trial

24  and that's where the parties should be concentrating their

25  efforts.  And with respect to the point that you're making,

1  Mr. Kobb, in all fairness, I don't think this is going to be

2  presented today because our colleagues in the United States

3  have yet to see it.  The work can continue on it.  Ms.

4  Kimble I believe will make arrangements to have -- continue

5  something probably by way of conference call [indiscernible]

6  some time but I have yet to find out what Judge Gross'

7  schedule is.  But I do recognize it is something that you

8  will require some relief prior to the end of the week.

9          MR. KOBB:  And the only reason that I think this

10 is a today issue or at least a this week issue is because it

11 is closely bound up with the two paragraphs of the Section K

12 that are not -- or don't seem to be controversial.

13          JUSTICE MORAWETZ:  Understood.

14          THE COURT:  Thank you.

15          JUSTICE MORAWETZ:  Now, Mr. Rosenburg, I think

16 Judge Gross thought -- did you want to say something?

17          MR. ROSENBURG:  Just one minute, Your Honor.

18          JUSTICE MORAWETZ:  One minute for Mr. Rosenburg.

19          THE COURT:  All right.

20          JUSTICE MORAWETZ:  That will be a challenge.

21                    (Laughter)

22          MR. ROSENBURG:  It will last a minute.  Ken

23 Rosenburg, for the Canadian Creditors, the CCC.  I just want

24 to make one submission, underscoring something Ms. Kimble

25 said about part two of the use of depositions at trial and

1  that relates to the designation of additional fact

2  witnesses.  Our submission is that the Courts should deal

3  with that sooner rather than later and maybe before

4  December.  One of the hanging or pregnant issues for all

5  Counsel is how long this trial will take.  If there are 46

6  witnesses who will actually testify at trial and they're

7  assuming six or seven parties who want to cross-examine, you

8  have to assume that each witness will be a day or two.

9  Therefore, we're talking about 90 trial days just for fact

10  witnesses.

11         JUSTICE MORAWETZ:  I thought we were operating

12  under the assumption this trial was four weeks?

13         MR. ROSENBURG:  I understand, Your Honor, and

14  that's why I'm raising the point now.  And the Court had

15  talked about a one-month trial.  If you just did a little

16  bit of planning and said even if they were one day and then

17  there's eight or ten experts, assume that will be three to

18  five days in cross-examination.  Right now, the trajectory

19  of this trial is just on simple extrapolation based on what

20  the parties have put forward is a six- to nine-month trial,

21  and I understand the Court has talked about a one-month

22  trial and that's why our submission is the sooner we start

23  talking about trial management in the fullest way, not just

24  logistics, the better served all parties and the Courts will

25  be.  That's the extent of my submission but I'm just

1   emphasizing Ms. Kimble's point about dealing with this as

2   part of trial logistics or some other way.  It's not a

3   February issue.  I don't believe it's a December.  I think

4   it's a sooner rather than later issue.  But the Court will

5   [indiscernible].  The trajectory looks like now and get

6   feedback from the Court on how they see this unfolding.

7   Thank you.

8          JUSTICE MORAWETZ:  Thank you.  Judge Gross, over

9   to you, sir.

10          THE COURT:  Well, here's my observation based

11   upon what I've heard today, and I don't know that I speak

12   fully for Justice Morawetz, but there has been some, I

13   think, failure of communication and there still needs to be

14   more effort I think, at least as to a number of these

15   points, not so much the EMY issue perhaps but some of the

16   logistics and the lengths of the depositions and things of

17   that nature and a lot can be accomplished I think perhaps in

18   the next couple of days and I think that that's -- I think

19   it's urgent, obviously.  I would be available by telephone

20   to participate in your discussions if that would be helpful,

21   and to give any guidance and have to work -- have you work

22   your way to an understanding because any number of these

23   points I think really are, I think, just matters that can be

24   resolved among reasonable gentlemen and ladies.  So I'm

25   available tomorrow.

1        MR. ROSENTHAL:  Your Honor, I am more than happy

2   to consult with Mr. Oxford further and to have further

3   dialog and also talk to him about whether to include the

4   Court's good offer in helping to resolve it, and failing

5   such, report back to the Court later this week.  That's fine

6   with us.

7        With regards to this last issue, Your Honor --

8        THE COURT:  Yes.  Trial management?

9        MR. ROSENTHAL:  Yes.  Mr. Oxford, Ms. Kimble, and

10  I talk not just on a daily basis but on a multiple times a

11  day basis and these issues -- without -- I don't think Mr.

12  Rosenburg's been on any one of those calls, but that issue

13  has been front and center of a lot of our dialog in trying

14  to figure out how is the trial going to be managed in an

15  efficient way and I think the reason why this was not yet

16  teed up for presentation to the Court and argued and kind of

17  advocated in the way that Mr. Rosenburg seemed to get up to

18  start advocating is because the cake's not baked yet and --

19        THE COURT:  Understood.

20        MR. ROSENTHAL:  -- we're trying to come up with a

21  proposal that either everybody agrees with or that we've

22  reached an impasse, and therefore, we leave to the Courts to

23  decide.  The idea I think is that some of which can be

24  carved out now to say we've agreed, and hopefully within the

25  next day or so, we will let the Court know that there's

1  agreement, and what's not, we're going to keep pounding away

2  at.  But we're obviously very mindful of the idea that the

3  Courts are expecting a four-week trial and I don't think --

4  I think the idea of a six- to nine-month trial comes as a --

5  certainly a shock to me that anybody would be extrapolating

6  or projecting anything like that.

7              THE COURT:  Yes, I didn't get too upset when I

8  heard it because I think that there are ways to manage the

9  amount of time and I know that Justice Morawetz is very

10  anxious to leave, but let me say this.  How about if we have

11  a conference call tomorrow afternoon?   I want to keep a

12  little pressure on people to get things resolved and I think

13  that that would be -- if we're available.

14              MR. ROSENTHAL:  I will look in my calendar but I

15  will make myself available.

16              THE COURT:  Mr. Oxford?

17              MR. OXFORD:  Yes, likewise, Your Honor.  I will

18  move whatever has to be moved.

19              THE COURT:  All right.  Why don't we --

20              JUSTICE MORAWETZ:  And I will also be available

21  and as well as Judge Gross, perhaps we can confer in the

22  morning to set up a time, if necessary, to deal with Ms.

23  Kimble's Motion on Friday by telephone.

24              THE COURT:  That would be fine.  We will do that,

25  Justice Morawetz and good evening to you and we'll talk --

1          JUSTICE MORAWETZ:  Thank you very much.

2          THE COURT:  -- 4:00 tomorrow afternoon?

3          MR. ROSENTHAL:  4:00 would be fine and would the

4   Court like to address the fifth point on our letter at that

5   time or now?  I leave it to Your Honor.

6          THE COURT:  Well, I think it's something that

7   Justice Morawetz and I perhaps will do on Friday when we

8   have our teleconference on the issue that Ms. Kimble has

9   raised regarding the Directors and Officers.

10         MR. ROSENTHAL:  Oh, I didn't realize that --

11  okay.  So at that time, we would deal with the fifth point

12  of our letter regarding the document production and the

13  depositions?

14         THE COURT:  Yes.

15         MR. ROSENTHAL:  Okay.

16         THE COURT:  Yes.

17         MR. ROSENTHAL:  Is there a time for that because

18  I don't think I had that in my calendar?

19         THE COURT:  We have to talk about it but it will

20  be by telephone.

21         MR. ROSENTHAL:  Okay.

22         THE COURT:  So at least you won't have to come

23  down here.  And just looking at my schedule which I've had

24  better days I think 2:00 or 9:00?  Does that work for you,

25  Justice Morawetz, on Friday?

1            JUSTICE MORAWETZ:  I will make it work.  I

2    actually do not have my Blackberry in the Courtroom.

3            THE COURT:  All right.  All right.

4            MR. ROSENTHAL:  Your Honor, if I could --

5            JUSTICE MORAWETZ:  But I'll make it work.  I'll

6    keep those times available.

7            MR. ROSENTHAL:  I can do any time after 10 a.m.

8    on Friday but 9 a.m. would not work.

9            THE COURT:  All right.  Thank you.

10            MR. ROSENTHAL:  I'll cancel what I have at this

11    time.

12            THE COURT:  No, no.  I'm not going to have you do

13    that.  I would say let's do -- let's plan on 2:00.

14            JUSTICE MORAWETZ:  2:00 seems to have a nice ring

15    to it in this Courtroom.

16            MR. ROSENTHAL:  So 2:00 Friday and 4:00 tomorrow

17    --

18            JUSTICE MORAWETZ:  Thank you.

19            MR. ROSENTHAL:  -- with you, Your Honor?

20            THE COURT:  Yes.

21            MR. ROSENTHAL:  Okay.

22            THE COURT:  All right.  Counsel, thank you and

23    we'll --

24            JUSTICE MORAWETZ:  Thank you.

1          THE COURT:  At least [indiscernible].  Good

2    evening.  Oh, Mr. Abbott?

3          MR. ABBOTT:  Yes.  We do have an administrative

4    thing that I had forgotten.

5          THE COURT:  Oh.  Is this just involving the U.S.?

6          MR. ROSENTHAL:  Yes, it's the letters rogatory.

7          MR. ABBOTT:   It is, Your Honor.

8          THE COURT:  Oh, yes.

9          MR. ABBOTT:  There's two things I have to --

10   first, I have to figure out what they're all screaming at me

11   from that and then address that with Your Honor.  But the

12   first issue is, Your Honor, we had submitted some letters

13   rogatory.

14         THE COURT:  Yes.

15         MR. ABBOTT:  And I've got copies here if Your

16   Honor needs additional copies.  We just wanted to raise

17   those given the timing of the situation.  I don't know where

18   those stand.

19         THE COURT:  I was waiting, frankly, for today.  I

20   have them.  I'm prepared to sign them and I think it's

21   purely a ministerial process, is that correct?  In other

22   words --

23         MR. ABBOTT:  I would agree with that, Your Honor.

24         THE COURT:  -- whether -- there's no basis for

25   objection to these.

1          MR. OXFORD:  No, Your Honor, for the EMEA

2   Debtors.  We did have some comments on the first draft.

3   These were withdrawn but we are content with the second

4   draft and we appreciate the accommodation.

5          THE COURT:  Okay.  All right.  Very well.  Then I

6   will sign those now.

7          MR. ABBOTT:  Thank you, Your Honor.

8          THE COURT:  And I think then I send them down to

9   the Clerk and he signs them as well.

10          MR. ABBOTT:  I believe that's right, Your Honor,

11   although Ms. Cordo is the expert.  If you'll do that and get

12   them to the Clerk, Ms. Cordo will coordinate with Chambers

13   and make sure that that all --

14          THE COURT:  Very well.

15          MR. ABBOTT:  -- washes smoothly.  The only other

16   question, Your Honor, is tomorrow's call at four, are you

17   intending that to be joint?

18          THE COURT:  Well, I was intending --

19          MR. ABBOTT:  Canada as well or was that simply

20   going to be Your Honor?

21          THE COURT:  It was just going to be me.

22          MR. ROSENTHAL:  More as a mediator role?

23          THE COURT:  Yes.  And I was kind of hoping there

24   -- that everyone wouldn't be on the phone, you know, whose

25   here, but a rather limited group.

1          MR. ABBOTT:  Sure, Your Honor.  I think -- look,

2     I think that's fine.  It's Your Honor's call.

3          MR. GUYDER:  Your Honor, Dan Guyder, of Allen

4     Overy.

5          THE COURT:  Yes?

6          MR. GUYDER:  As Ms. Kimble said, there are a

7     number of issues that were discussed here today where I

8     think the expectation is that to the extent the Court is

9     inclined to grant relief, we would expect that to be granted

10    not just to the U.S. Debtors but with respect to Canada and

11    the Monitor.  And likewise, for purposes of tomorrow's

12    discussion, we think it's appropriate that the Canadian

13    Counsel at least had the opportunity to participate in that

14    call tomorrow.

15         THE COURT:  All of those folks up there?

16         MR. GUYDER:  All that wish to participate but,

17    certainly, the Canadian Estates and the Monitor.

18         THE COURT:  Well, here's my thought, and I'm not

19    going to be ruling on anything tomorrow if you understand.

20    I'm hoping to help people reach agreement and then we can

21    formalize that agreement, or the parties can, subject

22    obviously to consulting with others but, you know, it's hard

23    to sort of conduct discussions like this with dozens of

24    people on the telephone.  So I was hoping that I would have

25    perhaps just the parties who are here today, and it's not my

1  goal to exclude anyone but rather just to see if I can't

2  facilitate some agreements.

3              MR. HODARA:  That's satisfactory to the

4  Creditor's Committee, Your Honor.

5              THE COURT:  Okay.  Thank you, Mr. Hodara.

6              MR. GUYDER:  Your Honor, to be clear, I mean I

7  appreciate, you know, that mainly you have Mr. Oxford and

8  Cleary Gottlieb here, but the Canadian Estates and the

9  Monitor would like the opportunity for U.S. Counsel to

10  participate in the conversation tomorrow.

11              THE COURT:  Well, that would be how many more of

12  you?

13              MR. GUYDER:  Just a couple of us.

14              THE COURT:  Any objection?

15              MR. ROSENTHAL:  I think if it's just the Allen

16  Overy firm, you know, with one or two lawyers representing

17  the Canadian Estates, I wouldn't have an objection to that,

18  Your Honor.

19              THE COURT:  Okay.  And that would be fine.  And

20  if somebody wouldn't mind setting up then a call-in number.

21              MR. ABBOTT:  That was my next point, Your Honor.

22  We'll circulate a number to that limited group of parties --

23              THE COURT:  All right.

24              MR. ABBOTT:  -- that could dial in and obviously--

25              THE COURT:  And you should be on the phone --

1          MR. ABBOTT:  -- be established.

2          THE COURT:  -- because, Mr. Abbott, because you

3  may be, you know, drafting or submitting documents, okay?

4          MR. ABBOTT:  Happy to be there, Your Honor.

5          THE COURT:  All right.

6          MR. ROSENTHAL:  Okay.  Thank you for your time,

7  Your Honor.

8          THE COURT:  Of course and I'm sorry we couldn't

9  finish.  It was -- Justice Morawetz was obviously pressed.

10          MR. ABBOTT:  Thank you, Your Honor.

11          COUNSEL:  Thank you, Your Honor.

12          THE COURT:  Thank you, everyone.

13          MR. ABBOTT:  Appreciate it.

14          THE COURT:  Good evening to you.

15

16     (Whereupon, at 4:57 p.m., the hearing was adjourned.)

17                         CERTIFICATION

18          I certify that the foregoing is a correct

19  transcript from the electronic sound recording of the

20  proceedings in the above-entitled matter.

21

22
23  _____        19 September 2013
24  Transcriber                            Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**30(b)(6**(14) 31:19 31:20 35:2 35:7 36:1 40:3 40:9 44:8 49:14 49:15 49:18 52:11 52:25 53:6

**30-second**(1) 71:15

**a.m**(2) 85:7 85:8

**abbott**(30) 1:23 6:5 6:6 6:14 6:24 6:25 7:1 7:5 7:11 7:13 20:21 65:16 86:2 86:3 86:7 86:9 86:15 86:23 87:7 87:10 87:15 87:19 88:1 89:21 89:24 90:1 90:2 90:4 90:10 90:13

**abetted**(1) 62:15

**abid**(1) 2:6

**ability**(8) 41:15 48:1 54:9 64:3 64:4 64:12 70:12 72:10

**able**(10) 40:10 47:9 47:21 62:11 68:15 73:18 73:19 76:9 88:17

**about**(64) 7:24 7:25 12:25 13:19 14:13 14:25 16:14 18:1 19:12 20:1 20:5 21:2 21:24 22:12 22:18 25:6 25:17 25:23 26:2 26:5 26:21 27:2 28:16 28:16 29:22 29:24 31:23 32:1 32:13 33:17 35:11 35:17 36:20 38:9 39:11 42:7 47:3 49:8 50:15 50:21 52:9 52:11 56:16 56:24 57:2 57:5 57:15 57:23 67:13 75:1 75:9 75:15 75:18 76:19 77:16 79:25 80:9 80:15 80:21 80:23 81:1 82:3 83:10 84:19

**above**(1) 13:11

**aboveentitled** (1) 90:20

**absence**(1) 30:10

**absolute**(2) 30:17 52:13

**absolutely**(2) 15:11 68:4

**accent**(1) 61:7

**accept**(1) 15:15

**acceptable**(4) 9:16 14:3 27:17 39:19

**accommodation**(1) 87:4

**accomplished**(1) 81:17

**accordance**(1) 6:17

**accused**(2) 51:11 53:18 59:19 60:4

**achieve**(1) 73:19

**acknowledges**(1) 60:21

**across**(2) 25:19 59:24

**acting**(1) 59:19

**action**(1) 10:7

**activity**(1) 30:18

**actors**(1) 62:9

**acts**(1) 62:17

**actual**(2) 19:11 70:12

**actually**(12) 10:15 16:1 22:11 27:13 32:5 39:24 56:13 59:9 61:13 77:25 80:6 85:2

**add**(2) 9:4 31:16

**additional**(8) 38:25 74:22 75:16 75:24 76:3 77:6 80:1 86:16

**address**(11) 31:16 32:17 33:13 55:3 56:15 56:20 75:4 76:7 76:14 84:4 86:11

**addressed**(2) 45:14 76:22

**addressing**(1) 77:7

**adequate**(3) 44:1 44:3 60:25

**adjourned**(1) 90:16

**administered**(1) 1:6

**administrativ**(2) 6:16 86:3

**administrator**(4) 32:22 32:23 39:5 39:8

**administrators**(39) 4:33 11:8 14:14 14:17 15:21 16:13 27:20 27:22 30:19 31:6 32:15 32:21 33:9 35:9 36:5 36:21 39:11 42:14 60:6 60:13 64:12 65:13 65:21 65:23 66:6 66:19 66:20 66:22 67:8 67:10 67:17 67:23 68:3 68:6 68:11 68:13 69:2 69:24 70:7

**administrators'**(4) 38:20 63:17 68:9 68:17

**administrator's**(1) 62:24

**admissible**(1) 28:18

**adopting**(1) 54:2

**advance**(6) 17:18 52:9 52:12 52:16 52:18 52:21

**advani**(1) 3:7

**advice**(1) 63:20

**advisor**(3) 63:11 64:9

**advisors**(3) 63:4 70:9 70:11

**advocated**(1) 82:17

**advocating**(1) 82:18

**affidavit**(1) 13:24

**affidavits**(4) 14:20 29:8 74:24 75:17

**affirmative**(2) 14:18 14:21

**after**(8) 13:18 18:14 30:21 32:16 33:8 44:12 75:19 85:7

**afternoon**(13) 6:5 6:9 6:12 6:13 6:21 7:14 7:15 16:11 45:21 45:24 73:25 83:11 84:2

**again**(12) 19:14 20:24 25:25 37:5 39:1 40:2 42:20 46:20 46:24 48:20 51:12 69:6

**against**(21) 10:4 10:18 10:19 10:23 12:11 12:19 35:15 38:16 39:25 41:22 51:14 51:17 51:23 53:11 55:15 55:20 61:3 61:10 63:17 67:16 77:16

**agenda**(3) 7:2 7:8 77:23

**agglomerated**(1) 54:22

**agglomeration**(1) 50:9

**ago**(5) 10:14 43:17 43:22 44:6 44:20

**agree**(5) 8:21 9:13 15:3 65:7 86:23

**agreed**(12) 12:6 19:11 20:15 21:4 25:8 42:2 44:6 44:7 44:15 51:7 53:5 82:24

**agreement**(6) 41:7 44:18 77:4 83:1 88:20 88:21

**agreements**(2) 35:19 89:2

**agrees**(1) 82:21

**ahead**(1) 14:16

**aided**(1) 51:4

**akin**(2) 2:5 4:23

**alert**(2) 75:24 77:2

**alex**(1) 76:7

**all**(75) 8:4 8:6 9:5 9:20 10:2 10:9 11:16 11:20 16:4 16:6 16:18 17:19 18:14 20:14 20:16 21:7 22:16 23:14 25:20 26:18 26:23 29:16 32:11 33:6 33:7 33:16 35:17 38:16 40:3 44:14 44:17 45:18 46:8 46:8 47:25 48:11 48:15 48:15 48:20 51:10 51:23 52:3 53:5 54:8 54:17 55:14 55:15 56:9 59:17 60:12 62:22 63:15 63:19 70:23 72:18 73:22 74:9 75:22 78:16 79:19 80:4 80:24 83:19 85:3 85:3 85:9 85:22 86:10 87:5 87:13 88:15 88:16 89:23 90:5

**allegation**(2) 52:3 61:18

**allegations**(21) 10:10 13:19 13:21 13:22 14:6 14:7 24:7 28:8 29:24 35:9 35:15 35:18 37:13 39:25 51:20 51:21 51:23 59:18 62:2 62:13 63:7

**alleged**(2) 23:19 24:1

**alleging**(1) 60:7

**allen**(4) 2:13 3:27 88:3 89:15

**allocation**(6) 41:14 43:4 55:12 55:17 55:25 74:25

**allow**(1) 67:16

**almost**(6) 10:2 13:8 28:4 28:11 31:10 34:3

**along**(2) 23:24 36:6

**already**(4) 20:23 30:25 34:9 51:7

**also**(17) 7:17 25:12 29:1 29:24 31:16 41:7 42:15 43:8 48:20 56:11 59:3 59:5 59:12 63:3 66:4 82:3 83:20

**although**(2) 11:7 87:11

**always**(3) 54:13 54:14 58:22

**amended**(1) 7:2

**amendment**(5) 57:7 73:4 73:5 73:8 76:13

**amendments**(1) 20:9

**america**(2) 3:34 3:34

**americas**(1) 2:15

**among**(4) 24:10 26:25 51:9 81:24

**amongst**(2) 18:11 33:6

**amount**(11) 8:25 50:25 51:6 51:7 51:16 53:13 53:22 54:4 54:23 70:3 83:9

**analysis**(1) 23:8

**and**(301) 6:4 6:4 6:15 6:20 7:8 7:11 7:16 7:17 8:5 8:9 8:11 8:18 8:19 8:23 8:24 9:7 9:10 9:11 9:13 9:18 9:18 9:23 10:7 10:9 10:12 10:17 10:19 10:21 11:6 11:9 11:10 11:13 11:15 11:17 11:19 11:19 11:22 11:23 11:25 12:1 12:9 12:11 12:21 13:3 13:4 13:6 13:6 13:8 13:9 13:12 13:12 13:13 13:14 13:15 13:18 13:21 13:24 14:7 14:15 14:15 14:20 14:21 15:5 15:6 15:17 15:25 16:11 16:13 16:17 17:18 17:21 17:23 17:24 17:25 17:25 18:1 18:2 18:3 18:22 19:2 19:6 19:12 19:15 20:1 20:3 20:7 20:9 20:18 20:24 20:25 21:20 21:22 21:24 21:25 22:3 22:5 22:16 22:17 22:20 22:24 23:18 23:21 23:21 23:22 23:24 24:2 24:3 24:6 24:6 24:9 24:15 24:19 24:22 25:2 25:3 25:4 25:6 26:8 26:13 26:13 26:25 27:4 27:11 27:12 27:22 27:22 27:23 28:3 28:8 28:11 28:12 28:13 28:17 28:20 28:20 29:10 29:11 29:20 29:21 30:6 30:6 30:8 30:10 30:14 31:6 31:7 31:12 31:12 31:13 31:14 31:16 31:22 32:2 32:10 32:11 32:13 32:14 32:20 32:21 32:22 32:25 33:1 33:9 33:11 33:14 34:8 35:6 35:8 35:16 35:14 35:19 35:19 35:23 35:25 36:4 36:18 36:21 36:22 37:4 37:5 37:6 37:6 38:5 38:11 38:13 38:16 38:18 39:1 39:5 39:21 39:22 39:24 40:1 40:4 40:4 40:5 40:6 40:8 40:10 40:12 40:13 40:14 40:18 40:21 40:21 41:5 41:6 41:8 41:20 42:4 42:6 42:11 42:13 42:21 42:24 43:2 43:4 43:5 43:10 43:12 43:20 43:22 43:22 44:10 44:11 44:12 44:13 44:19 45:23 46:8 46:1 46:14 46:18 46:18 46:19 46:20 46:22 46:23 47:2 47:6 47:7 47:7 47:12 47:12 47:12 47:13 47:20 48:4 48:12 48:14 48:18 48:19 49:1 49:8 49:14 49:18 49:18 50:6 50:6 50:8 51:1 51:19 51:20 52:2 52:5 52:5 52:9 52:10 52:12 52:22 53:4 53:14 53:17 53:18 53:20 53:21 54:9 54:10 54:11 54:12 54:13 54:17 54:22 54:24 55:15 55:16 55:16 55:21 56:1 56:2 56:4 56:14 56:18

**andrew**(2) 4:15 4:46

**angela**(1) 4:11

**animal**(1) 35:4

**ann**(1) 1:24

**another**(8) 7:17 12:1 27:5 33:25 56:11 64:13 64:18 70:2

**answer**(10) 15:7 20:2 32:7 39:14 46:18 46:22 47:1 64:2 64:21 69:4

**answered**(1) 25:1

**answers**(5) 46:8 46:12 46:16 47:9 54:2

**anxious**(1) 83:10

**any**(25) 9:6 14:23 16:17 17:4 17:16 17:16 20:23 25:20 27:13 31:9 31:9 32:15 42:15 48:24 55:9 55:17 66:16 72:7 74:5 78:1 81:21 81:22 82:12 85:7 89:14

**anybody**(13) 13:23 15:20 17:16 18:13 18:23 21:23 23:13 23:15 32:15 35:22 45:15 49:15 83:5

**anyone**(5) 23:12 30:11 61:20 77:6 89:1

**anything**(8) 9:2 14:19 19:17 21:9 30:22 57:2 83:6 88:19

**apart**(1) 31:19

**apologize**(2) 44:25 47:13

**appear**(1) 75:18

**appearances**(3) 3:25 4:1 5:1

**appears**(2) 42:8 43:15

**appetite**(1) 32:15

**applicable**(1) 56:10

**applied**(3) 59:16 64:24 69:6

**apply**(1) 77:17

**appointed**(1) 30:21

**appreciate**(6) 8:24 17:11 58:19 87:4 89:7 90:13

**appreciated**(1) 16:13

**approach**(2) 10:21 26:17

**approached**(1) 25:7

**appropriat**(6) 7:7 27:15 29:22 40:17 55:22 88:12

**approval**(1) 73:8

**approved**(1) 6:19

| Word | Page:Line |
|---|---|

**are**(120) 6:11 9:9 10:4 10:9 10:11 11:9 12:14 12:14 14:6 14:7 14:17 17:9 18:2 18:17 18:19 19:6 19:6 19:6 19:14 20:12 21:8 21:25 22:9 24:18 24:19 25:2 25:3 25:21 27:2 30:9 31:7 32:8 33:10 33:15 34:1 35:3 35:14 36:13 36:25 38:13 39:22 39:25 39:25 40:15 41:5 42:6 43:3 46:13 47:23 48:25 49:11 49:12 49:12 50:7 50:10 51:23 54:14 54:19 54:23 55:14 56:3 56:6 56:8 56:16 57:10 59:16 59:16 59:19 59:21 59:23 59:25 60:2 60:3 60:6 60:21 60:21 60:22 60:25 61:2 61:9 61:9 62:5 62:23 63:13 63:14 65:2 65:3 65:21 66:18 66:19 67:12 67:22 68:9 69:1 69:21 70:4 72:11 73:13 73:14 73:15 73:18 73:19 74:8 74:9 74:15 75:1 75:20 76:6 77:3 77:18 78:9 79:12 80:5 81:23 83:3 83:8 87:3 87:16 88:6 88:25

**area**(1) 10:20
**aren't**(1) 59:18
**argued**(1) 82:16
**argument**(2) 21:21 78:3
**arise**(1) 56:25
**arms**(1) 13:19
**around**(5) 21:21 40:12 51:3 60:14 67:7
**arrangements**(2) 20:6 79:4
**arsht**(1) 1:22
**ask**(20) 14:10 37:2 37:9 38:25 41:4 41:20 46:19 51:14 53:24 54:11 55:9 56:7 59:9 60:14 60:15 61:7 61:20 62:10 65:25 76:7
**asked**(16) 12:12 18:7 21:1 21:4 33:19 37:7 39:13 44:23 46:16 62:21 64:2 65:7 66:1 66:2 68:5 77:1
**asking**(7) 21:25 23:2 43:13 44:7 53:18 62:22 74:5

**aspect**(1) 74:19
**aspects**(1) 36:25
**asserted**(1) 42:11
**asset**(1) 4:45
**associated**(20) 12:3 12:4 12:10 12:25 20:4 21:21 21:23 21:25 22:3 22:7 23:3 23:17 24:6 24:14 24:18 24:25 26:24 27:3 43:25 49:16
**assume**(7) 19:2 32:19 65:1 67:6 69:7 80:8 80:17
**assuming**(1) 80:7
**assumption**(2) 19:4 80:12
**astonishing**(2) 66:12 66:15
**asymmetry**(1) 43:13
**attested**(2) 28:14 29:23
**audio**(1) 6:12
**august**(2) 43:21 73:17
**aurelius**(1) 5:8
**authorized**(1) 11:12
**available**(10) 29:2 33:25 63:22 73:24 81:19 81:25 83:13 83:15 83:20 85:6

**ave**(1) 3:14
**avenue**(2) 2:15 2:48 3:8
**avenues**(1) 32:8
**average**(2) 41:17 51:5
**avoid**(2) 47:18 48:12
**aware**(1) 33:4
**away**(1) 83:1

**back**(21) 12:7 18:2 18:4 18:5 20:24 25:25 35:8 37:9 39:9 40:19 40:21 42:20 42:25 43:2 53:5 53:21 54:9 55:25 55:25 63:2 78:18 82:5
**background**(2) 28:17 40:3
**backwards**(1) 58:16
**baked**(1) 82:18
**ball**(1) 17:19
**bank**(2) 3:34 3:34
**bankruptcy**(3) 1:1 1:19 30:22
**bar**(1) 30:11

**based**(2) 80:19 81:10
**bases**(2) 29:24 36:22
**basically**(6) 12:24 13:7 35:18 41:7 54:2 77:16
**basis**(10) 9:11 14:22 26:11 28:21 29:11 55:23 56:13 82:10 82:11 86:24
**bassett**(1) 2:41
**battery**(1) 2:27
**bayard**(1) 3:12
**bear**(1) 75:22
**beating**(2) 61:3 72:13
**because**(63) 8:2 10:16 12:17 12:22 14:8 15:14 18:14 19:11 22:9 22:11 22:13 23:16 25:8 26:14 27:1 27:1 27:13 27:24 29:2 29:16 30:9 32:3 35:20 39:3 39:24 41:4 43:1 46:1 46:20 47:8 47:22 49:7 49:9 50:9 52:3 52:8 52:8 56:2 56:16 59:15 59:23 60:2 62:3 62:5 62:12 64:3 65:20 68:18 71:16 73:10 74:6 74:8 76:8 77:22 78:11 79:2 79:10 81:22 82:18 83:8 84:17 90:2 90:2

**been**(44) 8:1 8:9 9:1 9:6 9:6 9:14 13:13 13:18 13:25 16:15 16:16 16:19 19:3 21:22 22:18 23:24 25:17 25:22 26:2 26:16 26:25 30:25 31:1 36:5 36:19 39:4 48:21 53:18 52:15 56:17 56:20 57:1 71:21 73:2 73:21 75:12 75:14 75:17 75:19 76:21 77:22 80:3 81:12 82:12 82:13
**before**(31) 1:18 7:16 7:18 7:23 8:2 22:12 24:19 27:12 28:14 29:8 33:21 36:25 49:6 55:2 56:11 56:20 57:1 71:21 73:2 73:9 73:15 74:7 74:12 74:18 75:4 76:6 76:10 76:13 77:22 78:2 80:3

**beg**(1) 68:7
**beginning**(1) 73:11
**behalf**(10) 12:8 12:16 18:21 41:1 42:5 45:11 46:11 48:20 50:5 55:3
**being**(24) 6:17 7:16 11:7 11:16 14:24 21:23:20 24:3 31:7 41:21 46:3 47:1 54:14 55:11 55:14 56:6 59:20 60:3 61:10 62:11 65:15 70:4 72:8 77:25
**belgium**(3) 18:21 19:1 61:5
**believe**(8) 36:19 47:12 73:24 76:9 77:15 79:4 81:3 87:10
**believes**(3) 23:11 23:12 43:24
**belknap**(1) 4:28
**bench**(4) 6:5 30:13 30:14 42:21
**bend**(1) 34:23
**benefit**(3) 48:8 48:10 56:9
**besides**(1) 41:17
**best**(5) 6:21 19:5 40:11 46:25 67:17
**bet**(1) 37:23
**better**(12) 17:12 17:13 19:20 34:6 34:16 34:17 37:19 38:23 64:21 75:20 80:24 84:24
**between**(5) 8:1 9:5 26:7 53:17 54:11
**beyond**(4) 9:10 19:2 74:23 75:16
**bid**(1) 54:11
**big**(2) 41:5 63:6
**bigger**(1) 23:19
**biggest**(1) 40:15
**billion**(3) 10:10 28:9 28:12
**bind**(5) 46:16 47:9 49:18 50:6 50:13
**binding**(1) 53:25
**bit**(9) 14:16 17:8 34:15 41:12 42:25 47:14 51:4 51:4 80:16
**blackberry**(1) 85:2
**block**(1) 54:16

**bloom**(14) 27:23 28:10 28:13 29:9 29:21 30:8 30:8 30:25 31:12 35:10 35:23 36:21 39:14 63:1
**bloom's**(1) 69:8
**blow**(1) 43:1
**blunt**(1) 64:17
**board**(1) 63:8
**bondholder**(2) 2:39 3:42
**borrowed**(1) 52:25
**both**(12) 6:19 7:25 8:18 29:22 40:11 45:14 48:24 50:5 57:18 67:24 67:25 73:3
**bother**(2) 20:10 66:14
**bound**(1) 79:11
**box**(1) 47:15
**breach**(2) 50:16 50:16
**breaks**(1) 16:24
**brian**(1) 3:6
**brick**(3) 36:10 39:23 61:3
**brief**(4) 6:16 71:4 72:9 72:16
**briefly**(2) 24:12 67:20
**bring**(2) 53:5 75:22
**broader**(1) 59:23
**brought**(6) 10:5 10:11 11:6 12:11 14:22 41:21
**bryant**(1) 2:8
**brynn**(1) 1:31
**buchannan**(1) 2:19
**burden**(3) 41:6 42:13 43:9
**buried**(1) 36:8
**bus**(1) 10:8
**but**(127) 7:18 8:3 9:10 10:9 10:15 10:18 13:5 14:2 14:13 14:16 15:4 15:19 16:24 17:8 18:7 19:18 20:6 20:11 20:25 22:8 23:4 23:5 23:15 24:4 24:24 25:9 25:16 25:16 25:20 25:25 26:3 26:16 27:3 28:1 28:15 28:18 29:6 29:19 30:7 30:12 30:21 31:18 31:20 31:21 32:3 32:17 34:2 36:12 36:19 36:20 37:1 37:16 40:25 41:3 41:7 41:13 41:19 42:7 42:12 43:6 44:15 47:14 48:9 50:1 50:7 51:5 51:12 53:1 53:10 53:21 54:1 54:11 54:21 56:21 56:25 57:1 59:11 59:23 60:19 61:8 61:10 61:14 61:22 68:19 69:5 69:7 70:6 70:7 70:12 71:13 71:17 72:5 74:6 75:10 76:10 76:13 76:22 78:6 78:8 79:6 79:7 80:25 81:4 81:12 81:15 82:10 82:12 83:2 83:10 83:14 84:19 85:5 85:8 86:11 87:3 87:25 88:10 88:16 88:22 89:1 89:8
**button**(1) 70:2
**buy**(1) 52:16
**buried**(1) 36:8
**by**(78) 6:10 15:10 15:20 15:25 20:2 20:24 20:24 23:3 23:7 23:25 24:18 25:5 25:6 26:14 26:24 31:16 32:5 32:10 32:17 35:6 35:21 36:16 36:20 37:9 37:22 38:3 41:4 41:16 41:19 43:5 45:14 45:21 46:10 47:18 49:8 53:17 54:12 54:13 54:20 55:5 56:23 57:10 57:11 57:16 58:9 60:13 62:17 63:21 64:11 64:20 64:21 65:6 65:9 65:25 67:5 67:14 68:4 68:15 68:19 68:22 69:15 69:17 69:20 70:12 71:11 72:24 74:10 74:11 77:12 79:3 81:17 81:23 82:23 83:21 85:7 88:20 88:21

**canada**(23) 5:4 7:7 8:6 8:18 23:21 23:24 40:6 40:16 45:16 53:7 53:25 57:15 57:16 58:20 63:9 63:12 66:6 66:7 66:8 73:9 76:2 87:19 88:10

**canadian**(26) 2:11 2:13 3:18 13:12 13:14 32:5 32:10 47:7 48:3 52:10 52:14 55:3 55:13 55:15 55:21 55:23 61:1 63:11 73:4 74:6 78:5 79:23 88:12 88:17 89:8 89:17
**canadian-styl**(1) 31:21
**canadians**(2) 40:8 59:8
**cancel**(1) 85:10
**cannot**(7) 24:15 44:21 50:5 59:6 65:23 67:19 75:3
**can't**(19) 13:22 15:14 20:25 35:20 36:9 41:13 53:10 54:24 61:14 63:25 65:20 66:18 67:1 67:2 68:3 68:3 70:3 72:1 89:1
**capacity**(1) 76:5
**capital**(2) 3:38 5:8
**carried**(1) 13:17
**carved**(1) 82:24
**case**(27) 1:5 7:17 8:25 9:6 9:14 14:4 14:15 16:15 16:19 17:16 21:5 23:19 25:21 28:17 30:13 31:1 39:24 40:12 43:8 43:13 46:7 47:4 49:22 69:9 70:11 71:24 72:5
**cast**(2) 26:3 26:3
**categorization**(1) 27:3
**category**(2) 18:4 33:10
**catholic**(1) 72:5
**caused**(1) 60:5
**ccc**(1) 79:23
**cede**(1) 7:11
**center**(3) 18:15 31:3 82:13
**centered**(1) 21:21
**certain**(3) 65:2 65:11 66:18
**certainly**(16) 16:13 18:13 19:5 24:21 26:20 33:3 56:20 50:19 60:18 65:4 68:19 72:6 72:19 78:6 83:5 88:17
**certification**(1) 90:17
**certify**(1) 90:18
**cetera**(10) 13:21 13:21 17:18 20:10 20:10 20:10 29:1 29:1 46:17 46:18
**chair**(1) 49:11
**challenge**(5) 65:18 65:19 66:17 66:18
**chambers**(1) 87:12
**chance**(1) 9:19
**change**(3) 13:18 20:8 34:2 61:7
**chaos**(1) 48:12
**chapter**(2) 1:8 37:10
**characterizes**(1) 19:25
**charlene**(1) 3:13
**chase**(1) 2:42
**choice**(2) 68:14 68:24
**choose**(1) 32:25
**chose**(1) 10:18
**chung**(1) 3:35
**circuit**(3) 72:4 72:6 72:14
**circulate**(1) 89:22
**circulated**(1) 22:16
**circumstance**(2) 65:2 75:3
**circumstance**(1) 70:6
**cite**(2) 28:17 72:5
**cited**(1) 67:22
**citing**(1) 43:23
**claim**(21) 13:5 14:23 22:1 22:4 23:24 26:2 28:5 28:9 29:11 29:21 30:10 35:10 35:25 41:6 41:12 50:24 51:1 53:11 53:21 59:20 59:25
**claimant**(10) 10:12 13:8 22:1 41:14 42:2 42:5 53:22 54:20 54:22 54:24
**claimants**(15) 3:5 10:11 12:10 12:16 35:17 40:15 40:23 41:4 42:20 49:12 55:16 55:20 58:23 60:10 62:12

| Word | Page:Line |
|---|---|
| **claims**(28) | 10:4  10:10  10:18  11:6  12:11 |
| | 22:9  25:14  25:17  28:20  29:25  32:1  32:20 |
| | 37:13  41:5  41:10  41:21  49:14  50:10  55:1 |
| | 55:20  59:16  59:23  60:21  60:23  60:25  61: |
| | 61:9  61:17 |
| **class**(1) | 10:7 |
| **clause**(3) | 52:19  52:22  53:4 |
| **clear**(8) | 11:13  34:1  34:25  42:15  42:21 |
| | 54:18  55:9  89:6 |
| **cleared**(1) | 45:11 |
| **clearly**(4) | 55:7  59:10  67:11  73:1 |
| **cleary**(3) | 1:29  4:5  89:8 |
| **clerk**(3) | 6:2  87:9  87:12 |
| **client**(3) | 39:25  66:23  67:3 |
| **clients**(2) | 61:18  76:16 |
| **clock**(2) | 56:2  56:20 |
| **closely**(1) | 79:11 |
| **closer**(1) | 37:24 |
| **colleague**(1) | 45:11 |
| **colleagues**(9) | 8:5  8:5  8:19  40:6  52:10 |
| | 53:16  58:20  58:20  79:2 |
| **collective**(4) | 11:18  12:8  50:10  59:21 |
| **collectively**(8) | 11:8  11:16  12:3  13:5  28:8 |
| | 39:22  51:24  62:16 |
| **collier**(1) | 4:42 |
| **combined**(2) | 40:11  51:19 |
| **come**(17) | 15:6  18:12  18:13  18:17  22:15 |
| | 26:14  37:5  52:14  53:2  53:3  53:17  53:21 |
| | 54:9  54:24  59:2  82:20  84:22 |
| **comes**(2) | 35:8  83:4 |
| **coming**(1) | 47:13 |
| **comments**(4) | 6:20  38:8  76:18  87:2 |
| **commercialis**(1) | 46:5 |
| **committee**(4) | 2:5  3:19  4:22  89:4 |
| **common**(5) | 10:1  10:9  11:20  22:20  33:6 |
| | 46:4  46:14 |
| **commonly**(1) | 35:3 |
| **communicated**(1) | 67:11 |
| **communication**(2) | 26:7  81:13 |
| **communication**(1) | 26:11 |
| **company**(1) | 4:28 |
| **compel**(2) | 65:23  67:1 |
| **compellability**(1) | 75:16 |
| **compelled**(2) | 51:23  74:22 |
| **complain**(1) | 20:13 |
| **complaining**(1) | 50:20 |
| **complaint**(1) | 18:9 |
| **complete**(1) | 73:12 |
| **completed**(1) | 75:12 |
| **completely**(1) | 59:15 |
| **complied**(1) | 17:22  67:19 |
| **comply**(3) | 67:11  67:15  68:8 |
| **conaway**(1) | 2:31 |
| **concede**(2) | 49:7  70:3 |
| **concentrating**(1) | 78:24 |
| **concept**(2) | 52:25  53:6 |
| **concern**(4) | 25:10  33:17  57:10  62:18 |
| **concerned**(1) | 11:24 |
| **concerning**(1) | 12:5 |
| **concerns**(3) | 27:20  76:14  77:16 |
| **concluded**(1) | 75:19 |
| **concludes**(1) | 22:25 |
| **concluding**(1) | 45:12 |
| **conclusion**(3) | 18:6  45:7  76:17 |
| **concurrence**(2) | 48:7  73:18 |
| **condense**(2) | 40:7  41:19 |
| **conduct**(2) | 47:24  88:23 |
| **conducted**(3) | 6:17  16:15  73:12 |
| **conducting**(1) | 30:15 |
| **confer**(4) | 27:12  59:1  78:21  83:21 |
| **conference**(4) | 6:16  40:23  79:5  83:11 |
| **conferred**(2) | 22:20  40:6 |
| **conferring**(1) | 59:12 |

| Word | Page:Line |
|---|---|
| **confess**(1) | 64:23 |
| **confident**(1) | 59:2 |
| **confirm**(1) | 24:2 |
| **confirmation**(1) | 74:5 |
| **confirmed**(1) | 24:5 |
| **consequences**(2) | 15:17  70:5 |
| **consider**(5) | 15:17  56:15  72:7  72:8  75:9 |
| **consistent**(1) | 56:7 |
| **consult**(1) | 82:2 |
| **consultants**(1) | 65:3 |
| **consulted**(3) | 13:15  13:20  13:23 |
| **consulting**(1) | 88:22 |
| **contained**(1) | 71:24 |
| **contemplated**(1) | 74:25 |
| **contemplates**(1) | 75:13 |
| **contemplating**(1) | 72:14 |
| **content**(1) | 87:3 |
| **contention**(1) | 14:1 |
| **context**(1) | 30:12 |
| **continue**(6) | 33:22  38:6  67:17  78:21  79:3 |
| | 79:4 |
| **continued**(5) | 2:2  3:2  4:2  5:2  50:9 |
| **continues**(1) | 20:11 |
| **continuing**(1) | 78:9 |
| **contrary**(1) | 46:3 |
| **control**(3) | 64:6  65:23  72:12 |
| **controversial**(1) | 79:12 |
| **convened**(1) | 56:14 |
| **convention**(1) | 31:14 |
| **conversation**(1) | 89:10 |
| **cookie-cutter**(1) | 59:25 |
| **cooperate**(2) | 65:14  69:18 |
| **cooperation**(2) | 8:1  8:22 |
| **cooperative**(1) | 89:23 |
| **coordinate**(1) | 87:12 |
| **copies**(2) | 86:15  86:16 |
| **copy**(1) | 73:24 |
| **cordial**(1) | 9:10 |
| **cordo**(3) | 1:24  87:11  87:12 |
| **core**(4) | 56:9  73:18  74:9  76:1 |
| **corporate**(10) | 31:17  31:21  31:25  32:9  33: |
| | 38:22  38:24  42:1  42:4  44:9 |
| **correct**(7) | 19:4  25:15  51:8  53:13  68:2 |
| | 86:21  90:18 |
| **cost**(1) | 20:8 |
| **costly**(1) | 47:6 |
| **could**(24) | 12:20  17:8  19:10  19:19  24:2 |
| | 24:12  26:13  29:3  37:23  39:6  39:16  41:2 |
| | 49:16  49:18  51:18  52:12  53:9  57:5  66:14 |
| | 66:25  67:15  72:22  85:4  89:24 |
| **couldn't**(2) | 41:6  90:8 |
| **counsel**(9) | 6:21  9:6  11:8  17:9  80:5  85:22 |
| | 88:13  89:9  90:11 |
| **counsel's**(1) | 6:20 |
| **counter**(1) | 40:17 |
| **countries**(2) | 18:3  53:25 |
| **couple**(7) | 17:3  25:4  42:8  43:7  45:25  81:18 |
| | 89:13 |
| **course**(12) | 17:14  27:12  30:19  34:24  34:24 |
| | 45:9  55:14  55:21  56:5  59:6  72:3  90:8 |

| Word | Page:Line |
|---|---|
| **court**(255) | 1:1  6:3  6:7  6:9  6:13  6:18  6:23 |
| | 7:4  7:10  7:13  7:19  7:22  8:8  8:11  8:15 |
| | 8:21  8:23  9:8  9:13  9:16  9:18  9:21  9:24 |
| | 10:6  10:24  11:3  11:14  13:2  13:25  14:10 |
| | 14:12  14:24  15:11  16:3  16:6  16:8  16:21 |
| | 16:25  17:20  18:14  18:15  19:2  19:9  19:10 |
| | 19:21  19:24  20:11  20:23  21:7  21:10  21:11 |
| | 21:15  21:18  22:2  23:5  23:9  24:8  24:11 |
| | 25:9  25:16  25:24  26:6  26:16  26:18  27:6 |
| | 27:8  27:9  27:11  27:15  27:18  27:23  28:1 |
| | 28:6  28:15  28:24  29:5  29:8  29:23  30:2 |
| | 30:4  32:19  33:11  33:16  34:5  34:7  34:11 |
| | 34:13  34:15  34:24  35:5  35:13  36:13  36:17 |
| | 37:1  37:6  37:11  37:14  37:18  37:21  37:23 |
| | 38:1  38:2  38:13  38:16  39:2  39:15  39:18 |
| | 39:20  40:2  41:8  41:23  42:17  42:18  43:19 |
| | 43:20  44:13  44:15  44:18  45:3  45:5  45:9 |
| | 45:13  45:18  45:22  47:20  49:4  49:24  50:3 |
| | 50:11  51:8  51:11  53:12  53:21  53:23  54:10 |
| | 54:13  54:19  54:25  55:1  55:4  55:7  57:8 |
| | 57:19  57:21  58:1  58:4  58:8  58:10  58:15 |
| | 58:24  59:4  60:8  60:17  61:4  61:19  61:25 |
| | 62:17  62:19  62:25  63:5  63:22  64:19  64:2 |
| | 64:25  65:25  66:16  67:8  67:15  67:19  67:2 |
| | 67:24  69:1  69:11  69:15  70:6  70:20  70:23 |
| | 71:6  71:10  71:13  71:18  71:20  71:22  72:3 |
| | 72:9  72:14  72:18  73:1  74:1  74:3  74:11 |
| | 74:12  76:14  76:23  77:2  77:13  77:24  78:2 |
| | 78:4  78:8  79:14  79:19  80:14  80:21  81:4 |
| | 81:6  81:10  82:5  82:8  82:16  82:19  82:25 |
| | 83:7  83:16  83:19  83:24  84:2  84:4  84:6 |
| | 84:14  84:16  84:19  84:22  85:3  85:9  85:12 |
| | 85:20  85:22  86:1  86:5  86:8  86:14  86:19 |
| | 86:24  87:5  87:8  87:14  87:18  87:21  87:23 |
| | 88:5  88:8  88:15  88:18  89:5  89:11  89:14 |
| | 89:19  89:23  89:25  90:2  90:5  90:8  90:12 |
| | 90:14 |
| **courtroom**(7) | 1:10  7:16  33:25  57:1  73:25 |
| | 85:2  85:15 |
| **courts**(22) | 6:19  7:25  8:7  8:10  9:1  55:10 |
| | 56:12  64:3  73:3  73:23  74:7  74:18  75:4 |
| | 75:21  75:24  76:1  76:7  77:7  80:2  80:24 |
| | 82:22  83:3 |
| **court's**(2) | 58:19  82:4 |
| **cover**(1) | 62:9 |
| **covered**(2) | 36:24  74:17 |
| **crashes**(1) | 10:9 |
| **credit**(1) | 8:20 |
| **creditors**(3) | 3:18  4:23  79:23 |
| **creditors'**(1) | 2:4 |
| **creditor's**(1) | 89:4 |
| **crichlow**(1) | 5:4 |
| **cross-examination**(2) | 74:24  80:18 |
| **cross-examine**(1) | 80:7 |
| **cross-examined**(1) | 75:18 |
| **crucial**(1) | 17:21 |
| **current**(6) | 17:24  17:25  41:14  70:10  75:16 |
| | 77:3 |
| **currently**(1) | 43:24 |
| **cut**(1) | 31:19 |
| **daily**(3) | 9:11  26:11  82:10 |
| **dan**(1) | 88:3 |
| **daniel**(3) | 2:14  3:30  4:29 |
| **data**(1) | 1:38 |
| **date**(3) | 62:3  72:11  90:24 |
| **david**(1) | 3:48 |
| **davis**(1) | 3:13 |
| **day**(18) | 15:3  26:12  32:3  40:19  40:25  41:3 |
| | 41:9  43:5  43:11  47:23  50:18  50:22  51:18 |
| | 62:3  80:8  80:16  82:11  82:25 |
| **days**(14) | 40:16  42:4  42:25  50:23  59:8 |
| | 60:19  62:3  62:8  62:11  77:10  80:9  80:18 |
| | 81:18  84:24 |

| Word | Page:Line |
|---|---|
| **deal**(8) | 43:16  52:18  56:23  57:7  76:12  80:2 |
| | 83:22  84:11 |
| **dealing**(1) | 81:1 |
| **deals**(2) | 74:13  76:3 |
| **dealt**(2) | 56:3  76:19 |
| **debate**(2) | 26:15  64:10 |
| **debenture**(2) | 2:46  4:27 |
| **debtor**(9) | 4:4  12:21  26:25  27:4  27:5  32:10 |
| | 43:15  48:3  65:18 |
| **debtors**(41) | 1:12  1:22  2:25  7:2  9:19  10:4 |
| | 11:4  12:11  12:19  13:4  15:1  17:24  18:11 |
| | 20:13  22:7  31:25  32:10  33:7  41:22  41:25 |
| | 42:3  42:9  47:4  47:7  47:7  48:2  51:14 |
| | 55:13  55:15  55:16  55:21  58:18  59:19  61: |
| | 63:9  63:11  67:1  73:4  77:5  87:2  88:10 |
| **debtors'**(1) | 67:12 |
| **december**(2) | 80:4  81:3 |
| **decide**(3) | 44:10  68:8  82:23 |
| **decided**(3) | 40:7  51:13  52:18 |
| **decision**(5) | 13:15  13:16  24:5  33:14  36:22 |
| **decisions**(1) | 13:13 |
| **dedicated**(4) | 41:3  42:10  49:13  54:23 |
| **defend**(2) | 35:15  53:10 |
| **defendants**(1) | 46:17 |
| **defending**(3) | 10:4  10:23  51:17 |
| **defer**(3) | 45:17  71:10  71:17 |
| **deferred**(1) | 75:11 |
| **define**(1) | 78:23 |
| **definition**(1) | 20:11 |
| **delaware**(12) | 1:2  1:12  2:48  3:14  6:1  6:22 |
| | 30:14  55:6  56:4  56:6  72:25  74:10 |
| **delivery**(1) | 34:2 |
| **demand**(1) | 72:11 |
| **demanding**(1) | 49:11 |
| **denied**(1) | 41:14 |
| **dentons**(1) | 5:4 |
| **depending**(2) | 51:10  77:18 |
| **depose**(14) | 14:8  15:9  15:25  23:23  28:19 |
| | 29:6  33:2  33:20  35:8  35:21  35:23  62:2 |
| | 62:3  62:4 |
| **deposed**(7) | 14:17  31:1  31:1  33:13  33:18 |
| | 39:6  76:6 |
| **deposing**(1) | 60:10 |
| **deposition**(27) | 19:7  25:4  27:20  29:9  29:17 |
| | 30:12  33:5  33:8  35:7  37:7  37:9  38:20 |
| | 38:25  43:18  50:23  51:15  51:18  54:3  54:5 |
| | 54:15  56:14  57:7  72:20  73:5  73:7  74:14 |
| | 76:4 |
| **depositions**(42) | 21:11  21:13  25:2  25:5 |
| | 28:23  29:14  29:22  30:17  31:7  31:20  31:22 |
| | 32:16  32:22  32:25  33:9  33:10  33:12  33:15 |
| | 35:2  35:4  43:1  44:8  44:10  52:2  54:1  54:5 |
| | 54:14  56:17  60:14  60:19  71:8  71:15  73:6 |
| | 73:11  73:12  74:15  75:12  75:19  77:17 |
| | 79:25  81:16  84:13 |
| **derek**(2) | 1:23  7:1 |
| **derivative**(4) | 30:23  31:4  32:13  76:4 |
| **described**(1) | 23:7 |
| **deserve**(1) | 8:20 |
| **design**(1) | 20:7 |
| **designate**(6) | 23:10  49:15  49:16  50:5  50:12 |
| | 52:12 |
| **designated**(7) | 25:12  25:17  25:22  51:3 |
| | 52:24  74:23  75:17 |
| **designating**(1) | 52:9 |
| **designation**(1) | 80:1 |
| **designed**(2) | 26:8  42:13 |
| **desire**(1) | 67:11 |
| **desperately**(1) | 32:11 |
| **despite**(1) | 14:19 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **detailed**(4) 10:10 12:19 28:7 37:12 | | **documents**(28) 14:23 14:25 18:5 28:25 | | **emea**(36) 2:24 7:9 9:19 10:5 10:11 10:12 | | **everywhere**(1) 65:10 | |

detailed(4) 10:10 12:19 28:7 37:12
details(1) 69:7
determin(1) 37:15
determined(1) 54:20
development(1) 20:7
dial(1) 89:24
dialog(2) 82:3 82:13
diaz(1) 1:38
dictated(1) 33:1
dictates(1) 33:4
did(29) 7:4 10:17 11:23 12:9 17:3 17:22 24:11 25:7 27:4 28:25 29:11 32:20 35:24 50:15 50:15 50:16 51:21 51:24 51:25 52:3 56:1 62:14 62:16 63:7 63:24 66:8 79:16 80:15 87:2
didn't(9) 10:19 17:5 24:17 28:15 51:25 52:19 52:22 83:7 84:10

difference(1) 26:17
differences(1) 59:23
different(24) 10:16 10:17 10:20 19:12 19:17 23:12 35:4 42:10 44:6 44:16 46:7 46:21 47:22 51:13 60:2 60:3 60:3 60:21 60:23 60:25 61:4 61:9 61:21 67:4
differently(3) 26:4 59:19 59:21
difficult(1) 47:16
difficulty(3) 17:10 19:15 19:18
diffident(2) 62:13 67:5
diminishes(1) 34:3
dimsdale(1) 4:11
dine(1) 3:50
directed(3) 11:9 18:17 18:19
direction(3) 27:8 44:17 54:18 55:9 58:19
directly(1) 17:9
director(3) 24:23 62:6 62:7
directors(9) 27:2 36:6 50:15 51:22 52:5 60:2 62:7 76:2 84:9

disagree(4) 30:10 51:17 59:15 65:8
disagreement(1) 53:12
disappointed(1) 16:23
discipline(1) 75:21
discovery(20) 7:9 7:24 8:3 8:25 10:21 14:13 15:4 16:15 16:17 28:16 28:16 30:15 32:25 40:4 48:11 55:23 56:8 57:5 78:19 78:22
discuss(4) 26:23 27:4 32:21 78:9
discussed(8) 22:11 26:6 26:25 52:10 53:6 55:11 77:24 88:7
discussion(6) 56:12 69:13 69:16 75:1 75:18 88:12
discussions(11) 26:21 26:24 48:9 48:10 48:21 53:16 67:13 69:11 69:19 78:15 81:20 88:23
dismiss(3) 10:14 10:15 10:16
disparity(1) 51:21
disposal(1) 68:23
disproportional(2) 43:8 43:12
dispute(7) 7:24 8:3 31:22 31:24 49:9 75:1
disputes(9) 7:9 8:9 9:17 10:2 10:22 14:14 16:17 57:5 78:19

dissatisfied(1) 55:25
distinct(1) 54:21
distinction(3) 15:23 17:21 19:13
district(1) 1:2
dla(1) 3:19
doable(2) 26:19 26:21
docket(1) 36:16
document(3) 36:7 66:9 84:12

documents(28) 14:23 14:25 18:5 28:25 36:7 36:8 36:19 62:21 62:23 63:12 63:13 64:7 64:8 64:9 64:13 65:14 65:24 66:7 66:21 68:4 68:14 68:21 69:21 69:25 70:10 70:15 72:11 90:3

does(12) 24:14 24:15 24:15 30:15 31:5 34:6 46:21 61:17 64:11 65:12 65:18 84:24
doesn't(7) 18:4 18:13 28:18 32:6 37:8 42:15 49:15

doing(5) 19:16 19:18 43:15 47:18 65:9
dollars(1) 64:14
done(14) 8:6 20:16 20:18 20:23 21:5 23:20 42:2 42:3 60:4 61:11 63:19 64:18 69:18 72:1
don't(70) 11:20 14:13 14:19 18:12 19:16 22:7 23:13 23:23 24:3 26:22 27:1 27:2 28:13 29:12 30:10 31:9 34:4 34:19 34:23 36:7 37:16 42:19 45:15 49:9 49:20 50:9 52:15 52:17 53:1 53:3 54:9 56:25 57:16 59:17 60:8 61:19 62:8 63:2 63:16 63:18 63:20 64:10 64:14 65:9 65:16 66:17 67:5 69:23 69:24 70:13 71:16 72:1 76:9 76:9 77:5 77:21 77:23 78:1 78:1 78:2 79:1 79:12 81:3 81:11 82:11 83:3 83:19 84:18 86:17

door(1) 69:12
dorsey(1) 2:33
doubt(3) 49:22 55:24 64:10
down(12) 11:17 15:6 34:23 40:5 40:7 52:16 53:8 58:20 62:8 62:12 84:23 87:8

dozen(2) 12:14 12:17
dozens(1) 88:23
draft(9) 11:18 11:19 40:13 40:13 40:19 53:7 53:8 87:2 87:4

drafted(2) 26:25 53:4
drafting(2) 22:13 90:3
drill(2) 62:8 62:11
drop(1) 12:15
dump(1) 44:8
during(2) 25:4 54:10
duty(2) 52:23 53:3

ex   (1) 2:12
each(34) 9:19 10:11 10:12 11:10 11:10 11:12 12:16 17:4 17:5 21:20 40:16 40:19 40:25 41:1 41:4 41:9 41:13 41:15 41:18 42:1 42:5 42:10 47:23 48:3 49:12 49:13 53:9 54:20 54:22 54:24 58:22 60:9 62:9 80:8
eager(1) 36:19
earlier(3) 6:19 73:10 75:9
early(1) 35:23
earned(2) 63:2 63:18 70:4
easily(1) 49:9
easy(1) 64:5
echo(2) 16:13 59:3
ecro(1) 1:36
efficient(3) 47:19 78:23 82:15
efficiently(1) 42:22
effort(2) 78:21 81:14
efforts(3) 46:25 67:18 78:25
eight(1) 80:17
either(5) 11:21 14:7 15:23 30:23 82:21
electronic(2) 1:44 90:19
elicit(1) 26:8
else(8) 15:18 18:23 21:5 21:9 64:8 65:8 65:10 68:16

email(3) 22:17 24:4 75:25
embark(1) 56:16
embarked(1) 75:6

emea(36) 2:24 7:9 9:19 10:5 10:11 10:12 11:5 11:9 11:10 11:10 11:12 11:25 12:16 13:4 13:8 17:25 18:11 40:1 40:17 40:18 40:21 40:23 41:25 42:2 42:10 42:20 45:11 49:12 54:20 54:22 55:16 58:18 60:9 63:1 77:5 87:1

emea's(1) 12:7
emphasize(1) 46:20
emphasizing(1) 81:1
employ(1) 42:19
employed(3) 18:24 24:16 24:16
employee(1) 17:17
employees(6) 14:1 17:25 27:1 47:17 52:5 60:3
emy(1) 81:15
encourage(1) 54:14
encouragement(1) 30:13
end(13) 15:3 25:5 33:14 43:6 66:12 67:7 73:9 74:12 75:13 76:10 76:13 77:4 79:8

endorse(1) 29:11
endorsed(1) 37:5
endorsing(1) 29:10
engaging(1) 46:2
england(1) 64:15
english(5) 18:15 65:22 66:4 66:20 67:7
enormous(2) 8:1 40:4
enough(1) 64:3
entered(1) 44:19
entirely(2) 42:12 44:16
entities(12) 10:5 11:6 11:9 11:10 13:14 24:25 40:1 40:18 42:11 59:24 62:4 66:11
entitled(15) 14:7 15:19 22:3 23:1 28:19 29:11 32:24 37:1 37:15 46:9 49:13 50:7 54:19 66:19 67:3

entitles(1) 35:22
entity(6) 11:10 11:13 11:24 12:1 25:11 25:11
enuyk(1) 68:24
eny(8) 63:9 64:11 65:2 68:3 68:4 69:2 69:19 69:20

enyuk(12) 62:20 62:23 63:13 63:16 64:7 64:19 67:22 68:7 68:10 68:19 68:21 70:4
enyuk's(1) 70:16
enyus(2) 63:9 63:13
ernst(1) 3:27
especially(2) 29:12 51:1
esq(26) 1:23 1:24 1:30 1:31 2:6 2:7 2:14 2:20 2:26 2:33 2:41 2:47 3:6 3:7 3:13 3:20 3:28 3:44 3:48 3:50 4:6 4:11 4:15 4:19 4:24 4:29
essentially(4) 28:20 59:5 66:23 74:13
established(1) 90:1
estates(7) 2:13 22:20 40:21 73:21 88:17 89:8 89:17

esther(1) 3:35
europe(5) 18:3 18:16 24:20 31:3 73:14
european(4) 24:20 24:23 24:25 29:4
evaluation(1) 63:7
even(11) 23:16 28:15 49:15 57:11 63:16 63:17 63:19 64:1 69:25 75:8 80:16
evening(4) 73:3 83:25 86:2 90:14
evenly(1) 18:10
events(1) 30:20
ever(4) 13:22 30:11 51:17 77:22
every(9) 14:2 17:17 24:3 28:4 28:11 47:21 61:17 68:5 68:6

everybody(4) 11:18 12:6 24:5 82:21
everyone(5) 6:3 87:24 90:12
everything(5) 16:14 49:7 50:19 65:8 78:17

everywhere(1) 65:10
evidence(7) 14:18 14:21 15:1 16:1 28:18 46:8 74:17

evolved(1) 11:14
exactly(9) 13:9 20:18 37:17 42:3 53:6 53:14 60:15 66:2 69:10

examination(10) 44:5 47:25 49:13 50:8 50:8 50:14 54:19 54:21 54:22 61:1

examinations(5) 48:1 48:2 55:11 55:13
examine(6) 31:25 32:2 41:13 51:1 60:1
examined(4) 31:14 47:22 60:22 60:22
example(13) 14:15 18:18 18:25 19:8 25:11 31:12 32:19 36:3 38:21 39:2 46:10 65:3 67:3

excellent(2) 17:14 45:23
except(1) 11:21
excited(1) 14:13
exclude(2) 14:23 89:1
exclusion(1) 57:16
excuse(1) 76:23
execution(1) 20:9
exercising(1) 70:14
exhaustive(1) 72:2
expanded(1) 49:10
expect(5) 61:19 75:6 75:21 76:20 88:9
expectation(3) 22:25 71:14 88:8
expected(2) 22:21 76:8
expecting(1) 83:3
expediting(1) 78:23
experiencing(1) 19:15
expert(2) 73:17 87:11
experts(1) 80:17
explained(1) 42:16
explore(2) 55:22 60:5
expressly(1) 60:12
extent(5) 20:16 37:4 69:17 80:25 88:8
extra(3) 43:5 50:18 50:22
extraordinary(1) 72:8
extrapolating(1) 83:5
extrapolation(1) 80:19
eyuk(11) 65:14 65:22 65:23 66:21 66:23 66:23 67:8 67:11 67:15 67:17 69:17

facilitate(1) 89:2
facing(1) 76:5
fact(31) 8:24 10:17 11:19 14:19 15:4 29:14 31:13 32:8 32:20 33:8 33:15 35:4 35:9 36:1 38:23 43:24 44:3 44:12 47:17 51:2 51:12 51:19 54:13 64:12 67:5 74:15 75:11 75:19 77:2 80:1 80:9

facts(13) 10:9 10:9 17:3 33:11 46:11 59:18 59:21 60:1 60:7 62:6 62:8 65:12 65:15
factual(9) 10:10 28:7 28:8 32:13 36:2 36:22 37:4 37:13 61:18

fade(2) 19:15 19:15
failing(1) 82:4
failure(1) 81:13
fair(5) 11:16 30:6 45:19 50:25 60:23
fairly(2) 23:7 58:6
fairness(1) 79:1
faith(5) 22:25 24:22 48:21 59:2 78:22
fall(1) 33:10
falling(1) 65:9
far(2) 15:22 28:22
farallon(1) 3:38
farr(2) 3:5 4:14
fashion(3) 12:19 32:25 56:15
february(2) 75:8 81:3
federal(2) 33:4 66:16
feedback(1) 81:6
feel(4) 39:22 52:21 56:19 76:11
fees(2) 64:19 70:4
feld(2) 2:5 4:23

| Word | Page:Line |
|------|-----------|
| felt(1) 6:20 | |
| few(5) 13:12 35:11 41:5 53:2 78:5 | |
| fifth(2) 84:4 84:11 | |
| figure(8) 35:15 43:5 54:6 54:12 58:21 62:15 82:14 86:10 | |
| figured(2) 14:5 15:21 | |
| figures(2) 63:18 63:19 | |
| file(2) 36:22 51:13 | |
| filed(12) 7:6 10:14 10:15 22:1 22:4 28:19 30:21 41:10 41:11 59:20 73:3 74:10 | |
| filings(1) 67:25 | |
| fill(1) 11:14 | |
| final(2) 47:12 57:9 | |
| financial(1) 68:17 | |
| find(12) 15:25 24:2 28:21 29:11 32:14 36:9 36:18 46:23 46:25 68:16 70:2 79:6 | |
| finding(1) 28:22 | |
| fine(15) 7:13 9:21 9:24 25:5 39:20 45:18 50:17 57:8 70:20 71:12 82:5 83:24 84:3 88:2 89:19 | |
| finish(1) 90:9 | |
| finished(1) 65:6 | |
| finnigan(1) 4:18 | |
| fire(3) 30:7 66:15 67:8 | |
| firing(1) 72:13 | |
| firm(6) 8:19 31:2 62:24 63:17 64:13 89:16 | |
| firms(2) 16:16 66:11 | |
| first(24) 6:22 7:20 11:1 20:14 20:21 26:23 31:6 32:12 35:11 40:13 40:13 40:18 42:9 48:7 53:7 56:16 65:20 67:21 73:13 75:6 76:12 86:10 86:12 87:2 | |
| firsthand(2) 29:15 37:3 44:1 44:4 | |
| firstly(1) 38:8 | |
| five(9) 9:17 14:4 57:9 62:3 62:8 62:11 70:23 71:10 80:18 | |
| five-minute(1) 70:19 | |
| fixed(1) 19:22 | |
| flat(1) 33:18 | |
| floor(1) 1:25 | |
| flowing(1) 55:17 | |
| flushing(1) 26:16 | |
| focus(3) 17:3 31:5 32:12 | |
| focused(2) 18:11 30:15 | |
| focusing(1) 30:16 | |
| focusses(1) 30:7 | |
| folks(2) 8:18 88:15 | |
| followed(1) 47:1 | |
| follows(1) 47:23 | |
| for(161) 1:2 1:22 2:4 2:11 2:13 2:24 2:39 2:46 3:4 3:18 3:27 3:34 3:38 3:42 3:47 4:4 4:9 4:22 4:27 4:34 4:37 4:41 4:45 5:8 6:4 6:18 7:1 8:3 8:15 8:18 8:22 11:8 12:12 13:5 13:21 14:15 15:1 15:5 16:11 16:12 17:15 18:24 20:12 20:13 21:25 23:1 24:24 25:11 25:13 27:17 28:10 28:12 28:21 29:3 29:9 29:16 29:24 30:11 30:11 31:1 31:14 31:23 32:17 32:19 35:11 36:3 36:7 36:9 36:19 36:23 37:2 37:7 38:9 38:19 38:22 38:24 38:25 40:14 40:14 40:16 40:16 40:17 40:18 40:19 40:22 40:24 41:1 41:4 41:20 42:1 42:4 42:10 43:7 43:10 43:13 44:5 44:7 44:25 46:10 46:22 47:7 47:15 49:11 50:23 51:6 51:15 51:21 53:18 53:24 54:4 54:8 54:22 54:25 55:11 55:13 56:12 56:24 58:16 58:18 59:5 59:5 59:10 59:22 60:6 60:14 60:15 60:16 62:2 62:3 62:8 62:21 62:22 62:23 63:23 64:8 65:3 67:3 68:5 68:12 73:8 73:24 74:5 74:24 76:16 77:23 79:18 79:23 80:4 80:9 81:12 82:14 84:17 84:24 86:19 86:24 87:1 88:11 89:9 90:6 | |
| forced(4) 35:18 35:19 35:21 38:21 | |
| foregoing(1) 90:18 | |

| Word | Page:Line |
|------|-----------|
| forged(1) 16:19 | |
| forgotten(1) 86:4 | |
| form(1) 42:12 | |
| formalize(1) 88:21 | |
| former(1) 17:25 17:25 | |
| formerly(1) 43:25 | |
| forty-two(1) 51:9 | |
| forward(2) 64:9 80:20 | |
| found(2) 18:14 18:15 | |
| four(9) 8:3 16:18 40:15 56:17 62:4 71:21 73:13 80:12 87:16 | |
| four-day(1) 54:10 | |
| four-week(1) 83:3 | |
| framed(1) 73:8 | |
| frankly(6) 12:17 24:22 26:14 66:12 71:15 86:19 | |
| fred(1) 2:7 | |
| french(1) 27:25 | |
| friday(5) 83:23 84:7 84:25 85:8 85:16 | |
| friend(1) 44:25 | |
| friendly(1) 9:18 | |
| from(61) 6:21 7:1 11:13 11:19 12:1 12:21 13:23 14:20 14:20 14:24 15:13 15:22 16:12 16:15 20:8 20:21 20:21 25:9 25:9 25:16 25:21 27:8 30:13 35:22 35:24 38:1 38:13 38:19 39:4 40:20 42:19 42:21 42:25 44:18 45:3 45:15 47:9 53:6 54:15 54:18 55:17 58:17 59:7 61:4 63:10 63:12 63:14 65:16 65:21 66:5 66:7 67:15 67:18 68:10 71:2 76:7 81:6 86:11 90:19 | |
| front(2) 16:23 82:13 | |
| fry(1) 4:33 | |
| full(15) 15:15 47:24 51:18 72:1 | |
| fullest(1) 80:23 | |
| fully(3) 17:22 76:19 81:12 | |
| fundamental(7) 10:3 10:20 21:5 26:17 46:7 60:24 65:19 | |
| fundamentally(1) 68:1 | |
| further(8) 26:13 48:8 48:10 53:15 71:23 74:19 82:2 82:2 | |
| futile(2) 10:24 | |
| g(1)(1) 43:23 | |
| g(1)(a)(1) 43:23 | |
| gallagher(2) 3:5 4:14 | |
| game(1) 24:13 | |
| gander(1) 59:5 | |
| gap(1) 54:10 | |
| gave(2) 18:18 63:7 | |
| general(1) 48:7 | |
| generally(4) 12:9 14:14 17:6 48:12 | |
| gentlemen(1) 81:24 | |
| get(44) 14:8 14:13 15:3 15:7 15:25 28:23 29:12 31:17 32:11 35:24 36:9 38:12 41:15 42:16 43:11 46:8 46:8 47:9 50:1 50:13 50:22 50:23 51:18 59:9 62:8 63:23 63:25 64:4 64:5 64:9 64:13 64:18 68:3 70:3 70:14 70:15 77:10 78:5 81:5 82:17 83:7 83:12 87:11 | |
| gets(1) 47:24 | |
| getting(5) 37:4 51:2 68:18 78:13 78:18 | |
| gill(1) 4:11 | |
| ginger(1) 1:36 | |
| give(22) 9:17 9:19 12:24 15:13 15:14 22:6 23:18 23:25 24:9 26:4 32:6 40:2 41:16 43:17 43:5 52:15 52:20 53:1 61:4 66:25 68:15 81:21 | |
| given(9) 12:18 41:21 46:18 46:25 47:16 52:1 70:3 70:16 86:17 | |
| global(1) 63:24 | |
| goal(4) 48:14 48:18 78:18 89:1 | |
| goes(3) 22:24 25:25 39:9 | |

| Word | Page:Line |
|------|-----------|
| going(51) 8:11 11:25 15:5 21:6 23:14 25:12 27:24 33:1 36:23 39:13 39:23 40:22 41:12 42:20 44:8 44:9 44:10 44:11 44:16 47:20 49:6 50:6 53:9 53:19 54:21 57:20 61:3 61:8 62:5 62:10 63:14 64:9 67:6 67:7 68:16 68:21 70:14 70:15 71:6 72:20 76:19 77:7 77:15 78:17 79:1 82:14 83:1 85:12 87:20 87:21 88:19 | |
| gone(4) 63:23 64:1 66:24 73:22 | |
| good(31) 6:3 6:5 6:6 6:9 6:12 6:13 7:14 7:15 7:19 7:22 9:6 16:9 16:10 16:11 22:25 24:22 27:25 34:19 45:20 45:21 45:23 48:20 59:1 59:5 59:5 64:3 78:22 82:4 83:25 86:1 90:14 | |
| goodmans(1) 8:18 | |
| goose(1) 59:5 | |
| got(20) 10:22 12:7 12:7 13:7 13:8 36:9 40:19 54:3 54:10 62:9 62:12 62:15 63:15 63:23 63:25 70:8 70:11 70:13 77:9 86:15 | |
| gotten(5) 13:3 14:20 35:22 36:11 52:22 | |
| gottlieb(23) 1:29 4:5 44:23 45:7 45:11 45:17 45:19 45:20 45:23 48:14 48:17 48:19 48:24 49:2 49:4 49:5 49:7 49:10 50:19 59:4 60:12 77:1 89:8 | |
| gowlings(1) 8:19 | |
| grant(1) 88:9 | |
| granted(1) 88:9 | |
| granting(1) 72:7 | |
| gravamen(1) 18:8 | |
| greatly(2) 8:24 47:4 | |
| greet(1) 7:21 | |
| gross(18) 1:18 6:15 16:10 34:1 45:2 45:21 46:20 49:3 57:4 57:22 70:18 73:24 76:20 77:12 77:20 79:16 81:8 83:21 | |
| gross'(1) 79:6 | |
| ground(1) 63:3 | |
| group(6) 2:40 3:43 14:20 40:20 87:25 | |
| groups(1) 62:14 | |
| grout(1) 4:18 | |
| grown(1) 63:3 | |
| guess(3) 7:23 49:3 72:19 | |
| guidance(1) 81:21 | |
| guidelines(1) 6:18 | |
| gump(2) 2:5 4:23 | |
| guy(1) 53:2 | |
| guyder(8) 2:14 3:30 88:3 88:3 88:6 88:16 89:6 89:13 | |
| guys(1) 23:22 | |
| had(31) 6:15 7:3 7:16 12:13 13:9 13:13 13:18 13:25 14:1 25:8 26:15 26:21 26:25 30:13 39:8 40:23 44:17 48:21 56:4 59:14 61:16 65:16 69:16 77:24 78:11 80:14 84:18 84:23 86:4 86:4 86:12 88:13 | |
| hadley(2) 2:40 3:43 | |
| hairsplitting(1) 66:3 | |
| half(1) 44:22 | |
| hall(1) 3:28 | |
| hamilton(2) 1:29 4:5 | |
| hand(2) 35:19 65:17 | |
| handed(2) 74:1 74:3 | |
| handled(2) 73:16 73:17 | |
| hanging(1) 80:4 | |
| hanrahan(1) 4:15 | |
| happen(4) 53:24 70:12 70:13 73:9 | |
| happened(1) 59:16 | |
| happens(1) 28:24 | |
| happy(12) 43:4 45:17 53:15 53:20 53:21 54:11 58:18 58:19 59:10 59:11 82:1 90:4 | |
| hard(2) 8:6 88:22 | |
| harrisburg(1) 1:40 | |

| Word | Page:Line |
|------|-----------|
| has(55) 8:1 9:14 11:11 11:22 13:9 14:25 21:6 16:15 16:19 18:14 18:15 19:7 21:5 21:9 21:22 22:1 22:18 22:21 23:6 24:24 25:11 25:11 25:14 25:17 28:7 28:13 29:8 29:9 29:17 30:25 32:15 37:3 37:5 37:8 42:25 44:1 44:3 47:5 52:12 52:13 53:2 63:3 63:11 73:21 73:22 74:18 74:20 77:1 77:6 77:14 77:19 80:21 81:12 82:13 83:18 84:8 | |
| hat(1) 61:4 | |
| hate(1) 17:7 | |
| hats(1) 60:13 | |
| hauer(2) 2:5 4:23 | |
| have(209) 6:15 7:16 8:4 8:6 8:9 8:11 9:1 9:6 9:22 10:10 10:20 11:6 11:20 12:11 13:19 14:22 15:17 16:4 16:19 17:17 19:3 20:16 20:16 20:18 21:14 22:4 22:8 22:15 22:20 23:13 23:16 23:16 23:17 23:24 24:3 24:7 24:17 24:18 25:3 25:19 25:22 26:2 26:6 26:11 26:13 26:16 27:12 28:1 28:4 28:13 28:15 28:18 29:14 29:24 30:18 30:19 30:19 30:20 30:22 31:9 31:10 31:10 31:11 31:22 31:25 32:2 32:13 33:11 33:18 34:23 35:3 35:17 37:6 38:7 38:10 38:10 38:11 39:4 39:5 39:11 40:9 41:3 41:9 41:13 42:1 42:3 42:22 43:2 43:10 45:15 46:6 46:9 47:5 47:5 48:1 48:21 49:15 51:1 51:13 52:1 52:2 52:4 52:7 52:11 52:13 52:17 52:20 52:22 53:1 53:3 53:10 53:15 54:6 54:9 56:11 56:17 56:19 56:25 57:1 57:8 57:9 57:17 57:23 59:1 59:17 59:25 60:12 60:19 60:22 60:24 60:25 62:11 62:21 62:21 62:21 62:23 64:3 64:4 64:4 64:5 64:10 64:10 64:12 64:14 64:16 64:24 65:13 66:1 66:2 66:15 66:20 67:10 67:21 67:22 67:24 68:6 68:14 68:23 69:4 69:12 69:14 69:16 70:10 71:10 71:23 72:1 72:9 72:10 73:10 73:11 73:18 73:20 74:7 74:23 75:12 75:17 75:18 75:19 76:2 76:15 76:20 76:21 77:20 78:1 79:3 79:4 79:6 80:8 80:20 81:21 81:21 82:23 83:10 84:8 84:19 84:22 85:2 85:10 85:12 85:14 86:3 86:9 86:10 86:20 87:2 88:24 89:7 89:17 | |
| haven't(7) 14:4 15:7 15:21 20:13 35:21 36:11 69:6 | |
| having(11) 13:22 17:9 30:12 43:6 48:8 48:10 60:4 67:7 73:3 75:9 78:3 | |
| haye(1) 31:14 | |
| head(1) 61:3 | |
| headquarter(2) 18:22 20:19 | |
| hear(13) 6:10 31:18 38:3 40:24 42:6 42:24 45:3 45:21 55:5 57:10 57:11 72:25 77:12 | |
| heard(8) 6:21 38:19 42:21 57:5 66:16 77:2 81:11 83:8 | |
| hearing(13) 6:16 6:17 8:23 17:10 26:23 34:1 44:13 56:13 63:10 66:5 74:8 76:22 90:16 | |
| hello(1) 61:4 | |
| help(1) 88:20 | |
| helpful(9) 44:22 25:2 26:16 27:9 28:3 32:4 49:5 57:4 81:20 | |
| helping(1) 82:4 | |
| helps(1) 34:15 | |
| her(3) 29:10 29:12 29:13 | |
| here(33) 6:20 7:1 7:9 8:2 18:9 20:20 21:6 22:5 24:14 26:7 26:17 38:7 33:7 35:3 35:25 36:16 43:9 46:5 46:15 47:11 48:5 48:22 58:21 60:20 67:16 68:22 70:16 84:23 86:15 87:25 88:7 88:25 89:8 | |
| here's(7) 20:3 39:14 50:9 53:23 60:7 81:10 88:18 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **herself**(1) 46:10 | | **important**(10) 12:6 12:15 14:18 15:1 17:1 17:3 19:13 22:10 56:15 56:19 | | **issues**(10) 32:1 43:8 57:10 75:10 78:1 78:18 78:23 80:4 82:11 88:7 | | **justice**(75) 6:4 6:7 6:9 6:10 6:10 6:11 6:15 6:23 7:1 16:11 17:7 17:13 19:14 27:12 33:21 33:24 34:9 34:16 34:17 37:19 |

**hesitate**(1) 14:12

**he'll**(1) 54:1

**he's**(5) 20:1 31:1 37:5 65:8 68:2

**high**(1) 18:19

**high-level**(3) 20:12 20:12 42:8

**highlight**(1) 45:25

**highlighted**(1) 12:24

**hill**(4) 27:23 28:11 29:20 30:8

**hill's**(1) 36:21

**his**(17) 8:5 19:8 21:22 25:10 27:24 30:7 31:4 34:6 35:6 37:9 38:21 42:6 42:25 53:25 61:20 76:14 76:16

**hit**(1) 36:10

**hitting**(1) 39:23

**hoc**(2) 2:39 3:42

**hodara**(3) 2:7 89:3 89:5

**hogan**(1) 4:10

**honor**(109) 6:6 6:25 7:2 7:3 7:12 7:15 7:18 7:21 7:22 9:4 9:16 10:1 10:13 10:25 12:22 14:1 15:4 16:5 16:23 17:12 18:9 19:5 19:14 19:20 21:19 21:22 24:13 25:1 26:21 27:14 27:19 29:2 30:5 33:6 33:19 34:22 35:1 36:16 37:3 39:17 41:24 43:15 43:17 44:2 44:21 45:1 48:17 48:19 49:14 49:16 50:1 53:15 54:18 55:5 58:5 58:7 58:13 59:14 60:20 61:15 61:16 62:13 62:21 62:22 64:17 64:23 65:13 65:20 66:14 67:20 68:10 70:8 71:3 71:19 72:7 72:24 77:11 77:19 77:21 78:10 79:17 80:13 82:1 82:7 83:17 84:5 85:4 85:19 86:7 86:11 86:12 86:16 86:23 87:1 87:7 87:10 87:16 87:20 88:1 88:3 89:4 89:6 89:18 89:21 90:4 90:7 90:10 90:11

**honorable**(1) 1:18

**honor's**(1) 88:2

**hope**(3) 45:21 77:12 77:14

**hopeful**(3) 73:19 74:8 77:4

**hopefully**(3) 38:6 74:11 82:24

**hoping**(4) 29:6 87:23 88:20 88:24

**hours**(11) 31:1 41:5 41:17 51:3 51:5 51:8 53:18 59:8 59:9 59:10 61:11

**how**(24) 10:21 11:14 13:16 26:3 28:1 31:23 31:23 35:15 39:22 40:5 40:8 44:11 48:4 48:5 50:16 51:22 56:21 69:15 74:13 80:5 81:6 82:14 83:10 89:11

**however**(1) 75:8

**hubbard**(4) 2:25 16:12 53:16 58:17

**huge**(1) 43:13

**hughes**(4) 2:25 16:12 53:16 58:17

**hundreds**(2) 11:15 11:15

**i'm**(1) 26:23

**idea**(8) 11:24 40:24 43:6 51:20 67:4 82:23 83:2 83:4

**ideally**(1) 9:18

**identical**(1) 61:2

**identification**(3) 15:24 17:2 18:9

**identified**(8) 12:13 13:14 14:3 15:8 19:3 20:14 25:3 39:4

**identify**(10) 12:20 17:4 17:5 17:15 18:24 20:4 20:17 20:22 35:20 36:9

**identifying**(1) 39:23

**illegal**(2) 68:11 68:12

**immediate**(1) 74:5

**immediately**(1) 40:24

**impasse**(1) 82:22

**imperative**(1) 76:12

**implementation**(1) 20:7

**implemented**(2) 13:13 13:18

**implying**(3) 68:1 68:2 68:12

**importanc**(1) 68:20

**important**(10) 12:6 12:15 14:18 15:1 17:1 17:3 19:13 22:10 56:15 56:19

**impractical**(2) 17:15 48:4

**inc**(3) 1:7 4:5 4:41

**inclined**(1) 88:9

**include**(2) 55:12 82:3

**included**(3) 7:5 55:17 76:3

**including**(3) 20:6 28:11 56:18

**inconceivable**(2) 12:17 12:20

**inconsistent**(2) 44:17 44:18

**incorporate**(1) 29:12

**incorporating**(1) 29:10

**incrimination**(1) 77:17

**independent**(2) 11:11 29:13

**indicate**(1) 37:1

**indicated**(2) 75:7 75:25

**indiscernible**(10) 31:11 45:4 48:8 48:23 53:1 63:24 72:23 79:5 81:5 86:1

**individual**(4) 42:20 50:10 52:4 62:9

**individually**(4) 11:10 40:1 53:9 57:11

**individuals**(6) 13:11 13:12 25:21 29:19 47:5 66:11

**inefficient**(2) 47:4 47:5

**inform**(1) 46:10

**information**(10) 13:11 32:11 32:13 32:14 35:24 37:2 37:4 38:9 39:11 46:23

**informed**(2) 13:17 35:16

**ingersoll**(1) 2:19

**inquire**(1) 33:24

**inserted**(1) 12:3

**insofar**(1) 54:7

**instructions**(1) 11:6

**intended**(1) 78:22

**intending**(2) 87:17 87:18

**interest**(4) 18:15 31:3 66:23 68:17

**interested**(7) 3:38 4:32 4:37 4:41 4:45 5:4 5:8

**interpretation**(3) 23:12 24:22 26:9

**interrelated**(1) 39:22

**interrogatories**(20) 11:2 11:5 11:5 11:7 11:9 11:14 11:15 12:22 17:7 18:19 22:19 25:7 25:20 26:1 26:1 26:8 26:22 39:10 39:12

**interrogatory**(8) 12:23 14:2 19:11 19:20 19:22 20:3 21:24 23:15

**interrupt**(1) 17:8 58:14

**interrupting**(1) 44:25

**into**(5) 14:4 17:9 33:10 65:9 69:12

**introduced**(1) 14:24

**investigation**(1) 15:22

**involve**(1) 26:15

**involved**(9) 9:6 11:25 13:15 13:24 15:14 16:17 16:19 22:16 35:16

**involvement**(1) 13:10

**involving**(1) 86:5

**ireland**(39) 13:6 13:7 13:9 13:14 13:17 13:20 13:20 13:23 14:1 14:25 14:25 15:1 17:18 20:2 21:25 22:3 22:4 22:8 23:2 23:22 24:6 24:17 25:1 25:11 25:13 25:14 25:16 25:22 28:10 35:11 35:16 39:4 50:5 50:8 50:14 51:15 51:19 52:1 53:24

**isn't**(5) 10:7 15:1 15:19 76:11 78:8

**issue**(37) 9:23 10:21 17:16 19:17 22:12 22:16 26:7 26:12 27:19 31:16 31:18 32:17 47:10 47:18 50:19 59:13 66:9 67:16 67:18 71:7 71:15 71:17 73:15 75:5 75:25 76:8 77:25 79:10 79:10 81:3 81:4 81:15 82:7 82:12 84:8 86:12

**issues**(10) 32:1 43:8 57:10 75:10 78:1 78:18 78:23 80:4 82:11 88:7

**it's**(2) 32:4 34:10

**italy**(7) 24:6 50:6 50:8 51:16 51:22 51:25 62:7

**italy's**(1) 13:7

**item**(1) 77:23

**items**(2) 46:13 58:11

**its**(3) 13:10 46:9 68:24

**it's**(85) 7:19 7:22 9:16 10:8 10:8 15:18 15:23 16:13 16:16 17:2 19:11 20:15 21:4 21:4 21:5 22:15 26:15 26:23 27:1 28:3 29:16 29:21 30:5 32:11 33:1 34:17 36:1 36:2 39:13 41:20 41:25 42:12 42:15 43:8 44:16 44:18 46:22 46:24 47:5 47:6 47:6 48:7 51:10 51:14 51:15 52:3 54:21 56:19 59:20 59:22 60:6 60:15 60:20 62:12 64:23 65:10 66:4 66:4 66:5 66:9 67:6 68:11 68:23 69:20 69:23 69:23 70:15 71:16 76:11 77:21 78:2 78:5 81:2 81:3 81:4 81:19 84:6 86:6 86:20 88:2 88:12 88:22 88:25 89:15

**i'd**(5) 9:15 9:17 45:10 45:16 53:15

**i'll**(8) 10:13 11:1 18:17 34:23 76:18 85:5 85:5 85:10

**i'm**(43) 8:11 11:25 14:16 20:3 25:10 27:24 30:6 33:4 34:25 38:24 42:24 43:4 43:23 44:12 44:24 45:13 47:14 52:10 54:11 57:11 59:2 60:8 61:4 65:5 67:6 67:7 68:9 70:6 70:7 71:3 74:5 76:23 77:15 77:19 78:4 80:14 80:25 81:24 85:12 86:20 88:18 88:20 90:8

**i've**(7) 9:6 39:13 56:6 62:9 81:11 84:23 86:15

**james**(1) 2:46

**javier**(1) 4:38

**jeff**(1) 1:30

**john**(2) 2:33 50:5

**johnson**(1) 4:24

**joint**(48) 4:33 6:18 11:8 14:4 14:16 15:21 15:22 21:20 27:22 27:22 32:21 32:22 32:22 33:9 35:8 36:5 36:21 38:20 39:5 39:7 39:11 42:13 56:13 60:6 60:13 62:23 63:17 64:1 65:13 65:21 65:22 66:6 66:19 66:20 66:23 67:8 67:10 67:17 68:2 68:5 68:8 68:10 68:13 68:17 69:2 69:23 70:7 74:8 87:17

**jointly**(2) 1:6 22:13

**judge**(18) 1:18 1:19 6:15 16:10 34:1 45:2 45:21 46:20 49:3 57:3 57:22 70:18 73:24 76:20 79:6 79:16 81:8 83:21

**jumping**(1) 14:16

**june**(2) 17:23 22:11

**just**(70) 6:4 6:13 7:3 7:7 8:17 9:4 11:13 11:25 19:8 22:8 22:12 24:12 24:24 27:11 29:16 31:13 35:3 36:8 36:16 38:7 40:2 40:20 41:7 41:20 42:7 44:14 44:15 44:19 44:25 46:20 48:4 48:6 49:14 51:16 52:3 52:7 54:1 54:18 55:8 56:25 58:14 60:13 64:16 66:14 70:7 70:9 71:16 74:3 77:1 77:9 78:4 78:11 79:17 79:23 80:9 80:15 80:19 80:23 80:25 81:23 82:10 84:23 86:1 86:16 87:21 88:10 88:19 89:13 89:15

**justic**(1) 34:19

**justice**(75) 6:4 6:7 6:9 6:10 6:10 6:11 6:15 6:23 7:1 16:11 17:7 17:13 19:14 27:12 33:21 33:24 34:9 34:16 34:17 37:19 37:20 38:3 38:5 45:2 45:4 45:6 45:24 48:6 48:15 48:18 48:23 49:1 49:20 55:2 55:24 56:21 57:3 57:20 57:22 60:24 63:10 66:5 70:18 70:20 70:25 71:4 71:6 72:21 73:23 76:17 77:9 77:12 77:18 77:20 78:12 78:16 79:13 79:15 79:18 79:20 80:11 81:8 81:12 83:9 83:20 83:25 84:1 84:7 84:25 85:1 85:5 85:14 85:18 85:24 90:9

**justification**(1) 38:19

**karen**(1) 3:50

**kathleen**(1) 2:20

**katten**(1) 3:47

**keep**(6) 8:7 34:17 57:20 83:1 83:11 85:6

**ken**(1) 79:22

**kent**(1) 4:42

**kept**(1) 8:10

**kevin**(1) 1:18

**key**(1) 15:23

**kick**(1) 64:17

**kimble**(20) 55:2 55:5 55:7 55:8 56:1 56:23 57:14 58:5 71:17 72:22 72:24 73:2 74:2 74:4 77:1 79:4 79:24 82:9 84:8 88:6

**kimble's**(2) 81:1 83:23

**kind**(6) 23:21 40:10 40:15 53:5 82:16

**king**(1) 2:35

**know**(58) 8:17 8:18 9:3 9:10 9:10 9:16 10:8 14:16 14:19 15:9 16:1 23:11 23:25 26:22 27:11 27:24 28:25 29:3 31:10 32:6 35:14 35:20 36:8 36:12 36:20 37:16 38:20 40:21 41:16 44:14 44:15 44:23 46:21 50:16 50:17 51:4 52:17 53:2 54:9 57:10 61:21 62:6 63:2 63:18 65:2 71:16 76:9 77:18 78:2 81:11 82:25 83:9 86:17 87:24 88:22 89:7 89:16 90:3

**knowledge**(25) 14:22 14:25 17:5 17:16 18:7 18:10 19:5 20:2 20:14 20:17 22:23 23:17 28:13 28:14 28:15 29:15 29:18 29:23 30:11 30:18 30:20 31:4 33:11 37:6 37:9

**knowledgeabl**(29) 11:12 12:4 12:25 15:15 17:2 17:6 18:1 18:25 20:5 20:5 20:22 21:2 21:23 22:2 22:15 22:15 22:19 22:21 22:23 23:5 23:7 23:11 23:18 24:10 24:19 25:23 26:4

**known**(1) 46:13

**knows**(4) 28:2 37:16 63:10 66:5

**kobb**(9) 76:7 76:14 76:22 77:7 77:11 77:14 78:7 79:1 79:9

**lack**(1) 47:17

**lacks**(2) 23:1 23:3

**ladies**(1) 81:24

**language**(14) 21:23 52:8 73:16 73:20 74:2 74:9 74:13 74:13 74:18 74:19 77:3 77:6 77:7 77:15

**large**(2) 23:20 59:24

**larger**(1) 50:19

**last**(11) 8:3 8:23 38:18 43:14 52:19 54:7 57:17 58:11 73:3 79:22 82:7

**later**(8) 15:8 15:25 16:1 57:23 71:11 80:3 84:2 82:5

**laughter**(4) 8:14 34:21 49:21 79:21

**laundry**(1) 17:17

**laura**(1) 3:28

**law**(18) 2:46 4:27 64:11 65:12 65:15 65:22 66:4 66:14 66:20 67:4 67:5 67:7 68:11 69:22 70:11 72:4 72:6 72:14

**lawsuit**(1) 38:14

**lawsuits**(3) 10:23 36:22 51:13

| Word | Page:Line |
|---|---|
| lawyer-drafted(1) 11:21 | |
| lawyers(3) 30:24 65:11 89:16 | |
| learned(1) 30:23 | |
| learning(2) 28:17 78:4 | |
| least(8) 33:12 69:8 76:12 79:10 81:14 84:22 86:1 88:13 | |
| leave(5) 57:6 57:13 82:22 83:10 84:5 | |
| legal(2) 67:21 72:10 | |
| legally(1) 65:21 | |
| length(1) 13:20 | |
| lengths(1) 81:16 | |
| less(4) 22:10 40:9 51:4 56:25 | |
| let(12) 14:10 22:11 23:11 34:5 34:7 41:24 42:7 45:11 68:15 76:14 82:25 83:10 | |
| letter(10) 12:24 20:21 20:25 28:18 36:6 42:17 65:18 71:24 84:4 84:12 | |
| letters(7) 15:9 29:3 44:13 62:22 65:16 86:6 86:12 | |
| let's(17) 12:5 14:15 14:16 18:25 32:19 34:13 34:15 37:18 40:7 41:16 41:17 58:1 68:22 70:21 71:18 85:13 85:13 | |
| level(6) 9:4 18:19 18:22 20:19 23:14 32:1 | |
| levels(1) 23:16 | |
| leverage(4) 70:8 70:10 70:13 70:14 | |
| lewis(1) 4:19 | |
| liberty(1) 1:32 | |
| light(1) 68:20 | |
| like(33) 6:13 9:15 9:17 13:9 14:21 35:20 36:10 36:12 36:20 39:13 39:22 48:6 49:14 50:16 50:17 52:6 59:3 59:8 61:23 66:21 67:5 68:2 69:17 70:9 71:13 73:14 76:6 76:15 81:5 83:6 84:4 88:23 89:9 | |
| likes(1) 66:3 | |
| likewise(2) 83:17 88:11 | |
| limit(2) 46:5 56:5 | |
| limited(10) 13:11 20:6 30:15 30:17 41:2 44:5 44:9 52:21 87:25 89:22 | |
| line(1) 59:24 | |
| linn(1) 3:39 | |
| lisa(1) 4:6 | |
| list(2) 17:17 17:24 | |
| literally(1) 9:11 | |
| litigate(1) 63:21 | |
| litigating(3) 22:25 29:25 64:15 | |
| litigation(3) 68:14 68:20 70:1 | |
| little(17) 14:16 17:8 19:12 31:8 34:15 37:24 41:11 41:12 41:18 41:19 42:25 43:21 47:14 51:4 51:4 83:12 | |
| live(1) 74:22 | |
| llc(1) 1:38 | |
| llp(14) 1:22 2:25 2:46 3:5 3:19 3:27 3:43 3:47 4:10 4:14 4:18 4:23 4:37 5:4 | |
| logistical(1) 75:10 | |
| logistically(1) 54:7 | |
| logistics(3) 80:24 81:2 81:16 | |
| london(3) 15:21 23:21 63:21 | |
| long(6) 31:23 36:20 42:11 50:13 69:15 | |
| longer(3) 41:10 41:13 41:18 | |
| look(25) 25:19 34:19 59:24 64:8 68:13 68:22 83:14 88:1 | |
| looked(3) 10:21 13:24 18:5 | |
| looking(2) 10:22 84:23 | |
| looks(1) 81:5 | |
| lot(9) 8:20 12:2 17:23 21:13 26:21 51:14 52:11 81:17 82:13 | |
| loud(2) 42:12 42:21 | |
| louder(1) 37:22 | |
| love(1) 61:16 | |

| Word | Page:Line |
|---|---|
| lovells(1) 4:10 | |
| low(1) 23:16 | |
| lowenthal(1) 4:29 | |
| luck(1) 61:12 | |
| lump(1) 9:20 | |
| lyerly(1) 1:31 | |
| mace(1) 1:36 | |
| made(11) 11:13 12:18 24:7 25:14 29:24 33:14 35:10 35:17 35:25 36:7 39:25 46:3 46:23 47:14 50:17 55:14 56:8 59:4 74:11 | |
| magnitud(1) 41:21 | |
| main(2) 18:15 31:3 | |
| mainly(1) 89:7 | |
| major(2) 16:18 16:19 | |
| majority(2) 31:3 76:21 | |
| make(29) 7:3 13:22 23:8 24:4 27:13 30:16 31:5 34:25 38:8 40:5 41:18 41:18 42:7 42:9 42:15 43:14 44:23 67:6 68:24 69:24 70:12 70:13 73:14 79:4 79:4 83:15 85:1 85:5 87:13 | |
| makes(6) 9:25 16:22 18:16 18:21 42:23 45:20 | |
| making(2) 62:13 78:25 | |
| malek(1) 4:37 | |
| manage(1) 83:8 | |
| manageable(1) 40:5 | |
| managed(1) 82:14 | |
| management(7) 3:38 4:45 5:8 75:5 75:21 80:23 82:8 | |
| manhattan(1) 2:42 | |
| manipulated(1) 25:12 | |
| manner(1) 55:18 | |
| many(6) 8:9 10:11 10:18 12:9 26:12 29:20 31:10 31:23 44:11 46:6 55:14 55:15 73:11 73:13 74:15 89:11 | |
| marginally(2) 37:20 37:21 | |
| marker(1) 53:8 | |
| market(4) 1:11 1:25 2:21 3:21 | |
| material(1) 69:25 | |
| matter(13) 7:6 36:2 47:8 56:11 56:14 56:20 56:22 60:23 65:22 66:4 66:19 69:24 90:20 | |
| matters(9) 32:21 48:12 56:3 56:6 56:9 76:4 76:12 76:21 81:23 | |
| matthew(1) 5:9 | |
| matz(1) 3:44 | |
| may(19) 7:12 18:6 19:17 25:20 26:12 26:16 29:2 38:23 44:4 54:1 54:2 57:17 58:13 65:3 71:19 72:13 75:21 76:5 90:3 | |
| maybe(7) 9:22 28:21 28:22 36:24 37:23 42:21 80:3 | |
| mccloy(2) 2:40 3:43 | |
| mean(16) 15:16 22:14 24:14 24:15 24:15 26:20 26:23 26:24 28:21 54:21 59:20 59:22 69:10 77:23 77:25 89:6 | |
| meaning(1) 22:18 | |
| means(2) 50:23 68:22 | |
| meant(1) 34:25 | |
| meat(1) 31:17 | |
| mediator(1) 87:22 | |
| meet(4) 18:4 43:4 59:1 78:21 | |
| meet-and-confer(2) 26:13 59:11 | |
| meet-and-confers(1) 12:13 | |
| meeting(1) 59:12 | |
| melnik(1) 3:20 | |
| men(2) 14:18 14:24 | |
| mention(1) 52:7 | |
| mentioned(3) 36:6 66:20 73:10 | |
| mercy(1) 72:5 | |
| mere(1) 29:14 | |

| Word | Page:Line |
|---|---|
| merely(2) 30:8 62:12 | |
| merit(1) 78:20 | |
| messrs(1) 30:8 | |
| method(1) 20:8 | |
| mic(1) 47:13 | |
| michael(3) 3:39 4:34 5:5 | |
| microphon(3) 17:9 33:25 34:6 | |
| microphones(1) 19:19 | |
| mid-november(1) 63:22 | |
| middle(1) 78:14 | |
| might(11) 14:5 31:16 31:18 33:24 36:24 39:5 48:8 48:9 57:3 57:15 70:18 | |
| milbank(2) 2:40 3:43 | |
| miller(1) 2:47 | |
| million(7) 22:1 28:10 41:6 41:12 50:24 53:11 63:2 | |
| mind(5) 34:22 44:14 65:1 69:6 89:20 | |
| minded(2) 33:12 72:7 | |
| mindful(2) 71:3 83:2 | |
| minimal(1) 51:16 | |
| minimum(1) 53:20 | |
| ministerial(1) 86:21 | |
| minute(3) 79:17 79:18 79:22 | |
| minutes(12) 41:13 42:6 50:24 53:10 53:17 54:1 56:24 57:6 59:7 70:23 71:17 78:5 | |
| minutia(1) 69:7 | |
| misconception(1) 21:6 | |
| misstate(1) 65:12 | |
| mistake(1) 67:24 | |
| mix(1) 30:9 | |
| moment(6) 9:17 9:22 18:18 38:5 53:7 | |
| moments(1) 35:11 | |
| monday(1) 42:17 | |
| monitor(7) 2:11 55:3 66:8 73:4 88:11 88:17 89:9 | |
| months(5) 8:3 15:6 64:15 | |
| morawetz(72) 6:5 6:7 6:9 6:10 6:10 6:11 6:15 6:23 7:1 16:11 17:7 17:13 19:14 27:12 33:21 33:24 34:9 34:16 34:17 34:19 37:19 37:20 38:3 38:5 45:2 45:4 45:6 45:24 48:6 48:15 48:18 48:23 49:1 49:20 52:5 52:24 56:21 57:3 57:20 57:22 63:10 66:5 70:18 70:20 70:25 71:6 72:21 73:23 76:17 77:9 77:19 78:12 78:16 79:13 79:15 79:18 79:20 80:11 81:8 81:12 83:9 83:20 83:25 84:1 84:7 84:25 85:1 85:5 85:14 85:15 85:24 90:9 | |
| morawetz's(1) 71:4 | |
| more(23) 17:8 18:5 18:5 20:25 26:22 39:14 40:5 47:18 50:23 51:4 52:15 53:15 55:15 61:10 61:25 64:15 67:25 77:10 78:23 81:14 82:1 87:22 89:11 | |
| morning(9) 6:3 6:6 7:6 63:10 66:5 72:1 73:23 76:1 83:22 | |
| morris(3) 1:22 2:46 7:1 | |
| most(27) 12:4 12:10 12:14 12:25 17:2 18:1 18:10 18:25 19:7 20:4 20:17 20:22 21:22 22:2 22:12 22:14 22:18 22:23 23:5 23:11 23:18 24:9 24:19 25:22 26:4 50:20 66:15 | |
| motion(8) 10:15 15:18 66:8 72:22 73:3 73:7 74:7 83:23 | |
| motions(3) 7:17 10:14 10:16 | |
| movant(1) 9:23 | |
| move(10) 7:8 9:23 10:17 10:18 11:19 37:23 39:16 55:2 71:21 83:18 | |
| moved(1) 83:18 | |
| moving(1) 36:22 | |
| mrda(2) 20:10 38:22 | |

| Word | Page:Line |
|---|---|
| much(10) 17:13 19:20 36:20 41:20 43:2 56:21 60:14 73:14 81:15 84:1 | |
| muchin(1) 3:47 | |
| multiple(7) 23:6 28:14 29:13 32:8 32:8 38:10 82:10 | |
| multitudes(1) 55:20 | |
| murphy(1) 2:20 | |
| must(3) 42:9 55:12 55:16 | |
| myself(2) 8:5 83:15 | |
| name(12) 11:25 12:1 12:4 12:10 13:8 22:22 23:15 23:18 24:1 27:24 39:5 39:8 | |
| names(4) 28:22 28:23 31:9 35:22 | |
| naming(1) 13:12 | |
| nature(1) 23:24 81:17 | |
| necessarily(2) 30:22 52:16 | |
| necessary(2) 47:7 83:22 | |
| need(29) 11:17 15:5 15:9 24:3 24:4 38:25 41:3 46:7 50:25 52:2 53:8 53:20 54:17 55:21 56:24 57:15 58:16 60:1 60:1 60:4 61:8 61:10 62:5 64:16 66:13 68:13 70:1 70:2 75:24 | |
| needed(1) 14:6 | |
| needs(3) 40:25 81:13 86:16 | |
| negotiation(1) 20:9 | |
| neil(3) 2:26 16:12 58:17 | |
| neither(1) 65:18 | |
| networks(3) 1:7 4:5 4:9 | |
| never(3) 14:8 18:23 44:14 | |
| nevertheless(1) 22:23 | |
| new(6) 1:33 2:9 2:16 2:28 2:43 3:9 | |
| next(13) 9:23 31:18 37:24 39:17 56:16 57:4 63:21 69:12 72:22 73:13 81:18 82:25 89:21 | |
| nice(1) 85:14 | |
| nicholas(1) 2:41 | |
| nichols(2) 1:22 7:1 | |
| night(1) 47:23 | |
| nine(2) 63:18 63:19 | |
| nine-month(2) 80:20 83:4 | |
| nitty-gritty(1) 18:20 | |
| nni(5) 13:4 13:14 23:21 40:14 60:15 | |
| nnir(1) 38:21 | |
| nnl(1) 40:14 | |
| nnri(1) 59:20 | |
| nnsa(6) 13:4 28:9 41:11 51:19 51:22 59:22 | |
| nnuk(23) 13:3 17:18 18:12 18:14 18:24 23:14 23:21 23:24 24:3 24:24 28:12 29:20 31:2 40:14 41:17 51:6 51:7 52:1 59:23 61:17 62:3 63:4 63:8 | |
| nobody(7) 12:5 15:13 15:15 18:3 20:2 21:2 51:17 | |
| non(1) 29:3 | |
| non-privileged(1) 37:2 | |
| normally(1) 53:3 | |
| nortel(6) 1:7 4:5 4:9 18:16 24:20 30:21 | |
| nortel's(1) 20:5 | |
| north(2) 1:25 2:35 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**not**(143) 8:11 9:1 10:8 10:17 12:1 12:10 12:20 13:6 13:15 13:19 13:20 14:2 14:3 14:7 15:20 15:25 16:16 17:3 18:7 18:10 18:24 20:3 20:5 20:6 20:14 20:15 20:15 21:3 21:4 21:14 21:14 22:21 23:14 23:15 24:15 24:15 24:24 25:13 26:1 27:4 27:25 28:13 28:16 28:22 29:2 29:14 29:15 29:16 29:18 30:17 31:2 31:13 31:15 31:24 32:2 32:18 32:20 33:1 33:10 33:13 35:16 36:1 36:13 36:15 37:4 37:15 38:10 39:4 39:13 40:22 41:5 41:9 41:20 41:25 42:15 44:17 44:24 46:6 46:7 46:13 46:21 47:6 47:10 47:14 48:3 49:6 49:11 50:4 51:2 51:14 52:22 54:22 57:10 57:11 60:8 60:18 60:20 61:2 61:8 61:12 61:17 62:10 64:2 64:5 64:24 65:12 65:23 66:2 66:8 66:19 67:2 67:3 68:1 68:9 68:9 69:11 69:20 70:6 70:9 70:12 70:14 72:3 72:5 74:5 74:20 76:8 77:19 77:22 78:17 79:12 80:23 81:2 81:15 82:10 82:15 82:18 83:1 85:2 85:8 85:12 88:10 88:18 88:25

**note**(2) 33:5 44:2
**noted**(1) 59:14
**nothing**(2) 37:12 42:13
**noticed**(4) 19:7 21:14 56:2 56:17
**notices**(1) 40:3
**notwithstanding**(1) 12:8
**now**(43) 6:7 6:11 14:8 14:25 15:4 15:12 15:25 22:8 23:2 29:7 30:1 32:18 34:17 34:20 35:21 37:5 37:6 39:13 42:6 45:12 45:17 47:17 49:9 56:10 59:8 61:5 63:15 67:23 71:8 72:19 72:21 74:7 74:18 75:4 77:2 78:2 79:15 80:14 80:18 81:5 82:24 84:5 87:6

**now's**(1) 15:9
**number**(14) 11:7 12:13 21:16 31:18 40:4 44:5 48:20 63:3 71:10 81:14 81:22 88:7 89:20 89:22

**oath**(1) 32:3
**objected**(2) 12:5 77:6
**objection**(5) 11:22 54:15 86:25 89:14
**objections**(3) 11:21 77:3 77:10
**objective**(1) 73:20
**obligated**(1) 22:6
**obligation**(7) 11:11 17:22 20:17 22:10 42:14 52:13 64:4

**observation**(1) 81:10
**observing**(1) 19:16
**obtained**(1) 67:14
**obviously**(21) 6:17 7:5 8:2 15:17 27:16 31:22 36:23 37:3 45:24 46:1 55:12 55:16 56:18 58:18 61:2 63:24 81:19 83:2 88:22 89:24 90:9

**occasions**(1) 28:14
**occur**(1) 75:13
**off**(3) 26:13 46:19 71:21
**offer**(1) 82:4
**office**(2) 38:11 69:12
**officers**(2) 76:2 84:9
**offices**(2) 69:3 69:9
**official**(2) 2:4 4:22
**okay**(41) 6:11 6:13 8:16 11:3 13:2 16:3 16:6 17:11 21:18 25:24 27:6 34:12 34:14 34:18 36:17 37:21 38:7 39:15 45:6 45:21 50:14 57:19 58:1 58:3 61:6 61:23 62:10 64:25 65:10 70:22 71:9 78:7 84:11 84:15 84:21 85:21 87:5 89:5 89:19 90:3 90:6

**old**(1) 6:13
**once**(1) 33:15

**one**(69) 1:32 2:8 2:27 2:42 7:17 7:24 9:3 9:19 9:19 10:12 11:1 11:7 11:17 14:9 11:23 11:24 12:21 12:23 14:13 19:2 23:1 24:1 25:16 28:11 32:12 34:10 34:10 34:12 36:3 36:18 38:11 39:3 39:9 40:16 40:17 40:19 41:14 42:9 42:23 43:1 43:14 46:15 47:2 47:21 49:9 52:3 53:9 56:7 59:20 59:25 60:15 62:16 64:13 64:18 66:15 70:1 71:23 74:3 74:17 74:19 75:24 79:17 79:19 79:24 80:4 80:16 82:12 89:16

**one-by**(1) 9:18
**one-month**(2) 80:15 80:21
**one-sided**(1) 43:9
**one-to-one**(1) 22:5
**one-way**(1) 60:20
**ones**(2) 12:14 52:4
**one's**(2) 51:4 51:4
**ongoing**(2) 67:13 69:11
**only**(17) 13:17 22:4 23:23 27:15 28:13 32:2 35:16 37:15 43:11 43:17 44:17 54:1 56:2 60:23 71:24 79:9 87:15

**ontario**(2) 46:2 74:12
**onto**(1) 39:16
**oops**(1) 67:24
**open-ended**(1) 52:15
**operating**(1) 80:11
**operation**(1) 20:7
**opinion**(1) 63:8
**opportunity**(13) 7:20 31:25 32:2 55:22 56:19 57:1 60:24 60:25 61:9 72:9 72:16 88:13 89:9
**opposed**(1) 19:17
**order**(11) 7:8 20:22 20:23 33:1 33:5 33:12 33:17 67:19 73:8 74:7 74:11

**ordered**(1) 43:20 43:21 44:15 68:21
**orders**(2) 44:19 56:8
**original**(1) 40:4
**oslers**(1) 76:7
**other**(40) 9:3 17:4 17:5 17:23 17:24 21:20 22:7 22:9 22:14 24:24 25:3 25:5 25:13 26:24 28:11 29:1 29:21 30:3 31:4 35:17 36:3 36:6 40:18 40:23 42:3 42:13 47:11 47:25 51:6 52:24 53:25 56:3 62:4 62:4 65:4 76:21 77:5 81:2 86:21 87:15

**others**(5) 24:7 29:19 38:17 65:5 88:22
**others."**(1) 22:24
**otherwise**(1) 14:8
**ought**(1) 32:12
**our**(47) 8:5 11:6 12:8 14:1 16:15 19:5 21:21 26:14 26:23 28:17 32:11 35:19 36:36:11 39:25 40:6 40:13 40:18 41:15 42:17 46:3 46:15 47:1 47:6 48:4 50:14 52:11 53:8 53:12 56:5 58:20 58:20 59:7 60:15 60:22 61:3 61:18 62:17 64:9 67:23 79:2 80:2 80:22 82:13 84:4 84:8 84:12
**ours**(1) 70:9
**ourselves**(1) 10:23 15:5 35:15
**out**(44) 8:7 8:10 10:13 11:15 12:12 13:5 13:17 14:5 15:22 16:1 19:16 23:20 24:2 26:16 28:21 28:22 29:11 33:4 33:18 35:15 40:21 43:5 46:23 47:13 53:7 54:7 54:12 54:12 54:23 54:24 56:7 56:20 58:2 61:12 61:14 62:15 66:4 69:8 69:9 73:22 79:6 82:14 82:24 86:10
**outset**(1) 11:13 43:3
**outstanding**(1) 9:14
**over**(22) 7:3 28:9 34:23 39:1 39:1 42:12 43:22 56:17 63:16 63:21 64:8 64:15 66:3 68:3 68:4 68:15 68:23 69:9 69:25 70:8 73:12 81:8

**overview**(1) 9:18
**overy**(4) 2:13 3:27 88:4 89:16
**own**(1) 12:1

**oxford**(89) 2:26 8:5 16:8 16:10 16:12 16:22 17:1 17:7 17:11 17:14 17:21 19:4 19:10 19:19 19:22 19:25 21:8 21:11 21:12 25:19 25:25 26:10 27:7 30:4 30:5 33:3 33:16 34:2 37:18 38:2 38:3 38:7 38:15 38:18 39:3 39:7 41:23 41:24 42:19 43:20 47:3 47:13 49:10 50:20 52:8 52:19 55:1 53:18 58:15 58:16 58:17 59:1 60:9 60:17 60:18 61:7 61:11 61:20 64:20 64:22 64:23 65:1 66:1 68:1 68:12 69:4 69:6 69:14 69:16 70:17 71:19 71:20 71:21 71:23 72:18 72:21 82:2 82:9 83:16 83:17 87:1 89:7
**oxford's**(3) 8:19 45:11 45:25
**o'connor**(1) 3:6
**p.m**(5) 1:15 6:1 71:2 71:2 90:16
**pages**(1) 55:19
**pants**(1) 64:17
**paper**(1) 68:5
**papers**(3) 66:18 67:3 67:23
**paragraph**(4) 13:6 43:23 74:17 75:14
**paragraphs**(1) 79:11
**park**(2) 2:8 2:27
**part**(9) 12:6 15:6 16:19 25:10 31:24 63:6 75:5 79:25 81:2

**participate**(4) 81:20 88:13 88:16 89:10
**particular**(11) 9:17 12:21 12:22 18:18 25:23 29:7 30:25 40:12 49:23 57:15 57:17

**particulars**(1) 55:19
**parties**(50) 8:2 8:4 11:16 17:3 17:4 17:15 17:24 19:1 22:14 22:17 26:7 26:25 30:16 33:7 40:3 40:16 43:18 44:4 46:11 47:10 47:16 47:21 47:23 47:24 47:25 48:11 48:15 48:15 48:20 51:13 53:5 54:8 54:14 54:23 56:9 73:19 73:22 74:9 74:20 75:1 76:1 78:9 78:20 78:24 80:7 80:20 80:24 88:21 88:25 89:22
**partners**(3) 68:13 68:18 69:24
**party**(32) 3:38 4:32 4:37 4:41 4:45 5:4 5:8 11:21 22:4 22:21 22:25 23:6 32:24 33:5 35:2 35:6 35:7 36:1 37:14 37:16 40:18 43:9 43:24 43:25 46:9 48:3 49:15 49:16 50:13 51:1 51:15 55:11

**passed**(1) 77:15
**past**(2) 21:20 44:2
**patterson**(1) 3:19
**peculiarities**(1) 32:4
**pen**(1) 35:18
**pending**(2) 38:14 74:4
**pennsylvania**(1) 1:40
**pension**(4) 3:4 4:10 40:15 73:21
**people**(36) 10:8 18:5 18:6 20:12 20:14 20:19 20:19 21:17 22:9 23:16 23:23 24:18 25:2 25:3 28:12 28:19 32:7 33:1 33:10 35:23 39:4 40:20 42:16 42:19 51:22 51:2 51:25 60:3 60:12 62:14 63:14 70:8 75:20 83:12 88:20 88:24

**people's**(1) 29:14
**per**(4) 40:3 50:24 53:20 53:22
**perfect**(2) 38:22 39:2
**perfectly**(4) 27:16 29:22 45:17 57:8
**perform**(2) 65:3 65:4
**perhaps**(16) 7:7 17:8 19:14 24:23 26:2 26:2 27:8 30:24 31:17 38:17 48:6 81:15 81:17 83:21 84:7 88:25
**period**(3) 15:15 41:20 54:8
**periods**(1) 41:2
**permitted**(2) 74:21 75:2
**person**(18) 7:21 12:4 12:10 12:20 12:25 18:20 18:21 21:25 22:2 22:7 26:5 27:3 35:7 35:8 42:10 50:6 50:13 54:21

**personal**(16) 9:4 9:5 16:17 28:13 28:14 28:15 29:15 29:18 29:23 30:11 30:18 30:20 37:6 37:9 46:13 76:5
**personally**(2) 30:7 78:1
**persons**(6) 17:2 17:6 18:25 20:4 20:22 25:22

**perspective**(1) 16:16
**petition**(1) 37:10
**phone**(2) 87:24 89:25
**physical**(1) 70:12
**picture**(1) 23:19
**piper**(1) 3:19
**place**(8) 9:1 21:19 31:11 31:19 74:15 75:7 76:6 76:16

**placed**(1) 74:7
**plaintiffs**(1) 46:17
**plan**(2) 40:4 85:13
**planning**(3) 16:2 54:7 80:16
**play**(1) 19:6
**plaza**(1) 1:32 2:27 2:42
**pleadings**(4) 10:16 12:18 36:10 36:13 38:9 38:13

**pleasant**(1) 16:16
**please**(12) 6:2 6:4 6:8 23:11 26:1 26:4 63:14 64:1 65:7 66:9 66:24 66:25

**pleased**(2) 42:24 45:3
**pleasure**(1) 7:16
**pled**(2) 59:16 59:21
**plenty**(1) 37:8
**plus**(1) 55:20
**podium**(1) 7:11
**point**(38) 10:3 10:12 10:13 24:13 38:18 39:9 42:23 42:24 43:14 44:24 45:7 47:14 48:7 48:9 48:25 49:9 50:1 54:18 55:9 56:2 59:3 61:15 65:20 66:2 66:3 66:17 67:21 71:4 71:5 71:21 77:15 78:6 78:25 80:14 81:1 84:4 84:11 89:21

**pointed**(2) 12:11 56:6
**points**(8) 38:7 42:9 44:22 46:1 47:12 65:19 81:15 83:21

**poland**(1) 62:7
**policy**(3) 13:16 26:5 63:25
**policy-type**(1) 18:20
**pose**(2) 21:24 37:2
**position**(5) 20:20 56:5 66:6 72:19 75:20
**positions**(1) 24:21
**possible**(3) 46:6 71:5 73:9
**post**(1) 30:20
**post-filing**(1) 30:20
**posted**(1) 67:22
**potential**(2) 7:6 37:15
**potentially**(1) 19:6
**pounding**(1) 83:1
**ppearances**(3) 1:21 2:1 3:1
**practical**(4) 14:14 47:15 47:17 68:22
**practice**(4) 15:18 46:1 46:4 46:15
**pre-filing**(1) 30:18
**pre-petition**(1) 63:3
**pre-trial**(1) 75:6
**pregnant**(1) 80:4
**prejudice**(2) 47:8 47:11
**preparation**(1) 15:7
**prepare**(4) 15:5 42:14 52:13 52:23
**prepared**(11) 41:1 42:7 42:3 45:10 45:16 49:17 52:14 53:2 53:4 74:9 86:20

**prescient**(1) 35:9
**present**(3) 9:18 29:3 72:22
**presentation**(1) 82:16
**presented**(4) 74:24 75:15 78:19 79:2
**presenting**(1) 7:17
**pressed**(2) 9:2 90:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

pressure(1) 83:12
presumably(1) 36:21
presume(1) 69:5
pretend(1) 72:1
pretty(3) 43:16 64:1 65:7
previously(1) 13:25

pricing(12) 12:5 13:1 13:10 13:16 19:1
19:8 19:12 20:1 20:6 21:3 21:24 26:5

primarily(1) 18:11
primary(1) 33:11
principal(1) 42:8
prior(2) 6:16 79:8
privilege(1) 36:24

probably(5) 36:4 41:12 56:23 64:20 79:5
problem(2) 12:12 47:15

procedure(4) 31:19 46:21 47:1 52:12
proceed(4) 6:21 57:16 58:1 59:11
proceeding(1) 56:18
proceedings(6) 1:17 1:44 6:19 31:14 55:18
90:20

process(15) 11:17 11:23 15:10 25:4 31:24
33:14 40:6 44:25 52:15 61:13 61:14 61:14
75:5 78:22 86:21

produce(11) 40:22 64:5 64:13 65:24 66:10
66:21 66:23 66:25 66:25 67:2 72:12

produced(4) 1:45 38:10 39:12 63:15
producing(2) 43:25 70:10
production(2) 65:14 84:12
productive(1) 9:12
professed(1) 29:17
professionalism(1) 9:13
profoundly(2) 17:15 43:12
prohibition(1) 69:21
project(1) 63:6
projecting(1) 83:6
prolong(1) 61:12
promptly(1) 58:12
pronounce(2) 27:24 30:9
proof(11) 13:5 22:4 28:5 28:9 28:10 28:19
29:25 30:10 35:10 35:25 43:9

proofs(3) 29:21 59:20 59:25
proper(3) 46:22 46:24 66:12
properly(1) 67:14
proportionate(2) 55:12 55:18
proposal(6) 40:13 40:14 41:16 74:16 75:3
82:21

proposed(7) 73:20 74:2 74:19 75:15 75:23
76:13 77:3

proposing(1) 73:15
proposition(1) 42:11
protections(2) 76:5 76:15
protocol(7) 6:18 52:5 43:18 57:7 73:5
73:7 74:25

prove(1) 39:24
provide(6) 11:11 21:1 42:1 46:12 74:24
75:17

provided(6) 39:8 44:1 44:3 55:10 55:19
63:20

providing(1) 13:11
provision(2) 41:8 76:3
provisions(1) 6:18
public(2) 36:14 67:25
publicly(1) 67:22
pull(1) 36:16
pulled(1) 13:5
pulling(2) 23:21 23:25
punted(1) 41:7
puppet(3) 23:22 23:25 24:1
puppets(1) 23:23

purely(1) 86:21
purpose(3) 8:15 39:10 48:11
purposes(2) 56:12 88:11
purse(1) 64:6
pursue(2) 29:19 41:6
pursuing(1) 22:10
push(1) 70:2

put(13) 35:6 35:18 35:25 42:3 43:6 43:10
47:15 53:7 56:11 58:22 74:18 77:22 80:20

putting(4) 43:2 46:15 59:7 61:4
qualitative(2) 23:8 24:5
question(17) 14:10 22:6 22:18 35:2 38:22
38:23 46:15 46:22 46:24 61:21 62:11
64:24 68:19 69:19 74:21 75:1 87:16

questions(8) 37:2 39:1 41:4 44:11 46:19
48:24 59:9 61:8

quickly(1) 58:7
quinn(1) 4:34
quoted(1) 52:8
qureshi(1) 2:6
races(1) 46:19
raise(2) 41:8 86:16
raised(5) 22:12 22:18 39:10 56:6 84:9
raising(1) 80:14
ralston(6) 29:7 31:12 31:13 36:4 37:5
ralston's(2) 13:24 30:24
rather(7) 9:20 18:20 22:24 80:3 81:4
87:25 89:1

re-trade(2) 43:16 52:7
reach(2) 41:6 88:20
reached(4) 43:16 43:18 44:19 82:22
read(8) 12:22 19:10 22:11 36:10 52:19
52:19 52:23 78:5

reading(1) 30:24
real(1) 10:20
realistic(1) 54:4
realize(1) 84:10
really(27) 8:6 8:6 9:1 9:2 9:11 9:14 10:2
10:3 11:16 11:25 12:14 30:16 31:5 31:11
32:12 32:16 33:9 37:8 41:3 43:7 43:17
47:2 47:10 60:19 66:9 67:9 81:23

reason(8) 14:13 18:22 25:1 31:15 48:21
65:19 79:9 82:15

reasonable(5) 24:21 42:7 43:3 51:5 81:24
reasons(2) 29:13 36:4
rebecca(1) 4:19
recall(2) 10:13 43:17
received(2) 38:10 38:11
receiving(1) 6:11
recently(1) 43:16
recess(2) 70:19 71:2
recognize(2) 65:17 66:10 79:7
recorded(1) 1:44
recording(1) 1:44 90:19
reed(3) 2:25 16:12 58:17
refused(3) 33:18 42:1 65:13
refuses(1) 36:4
refusing(2) 14:17 29:8
regard(1) 50:22
regarding(4) 75:10 76:18 84:9 84:12
regards(1) 82:7
regional(1) 18:22 20:19
regret(1) 49:6
regular(1) 26:11
rejeaux(4) 27:25 28:9 29:21 30:8
related(1) 46:17
relates(4) 10:3 11:1 12:22 80:1
relating(1) 71:7
relation(1) 13:15
relationships(3) 9:5 9:9 16:18

relative(1) 22:24
relatively(1) 41:10
relevant(4) 18:1 22:23 46:1 46:11
relied(1) 32:23
relief(8) 20:20 67:13 67:15 68:10 72:8
74:5 79:8 88:9

rely(1) 16:2
remark(1) 71:23
remarkabl(1) 67:9
remarks(4) 21:8 42:8 42:21 65:7
remember(1) 48:18
reminded(1) 48:11
reorg(1) 4:41
repeat(2) 8:24 45:24
repeated(2) 30:13 52:3
repetitive(1) 62:5
replaced(1) 31:21
reply(3) 7:5 9:23 28:17
report(4) 63:7 71:16 78:11 82:5

representation(7) 15:13 15:16 15:19 15:20
15:24 21:1 21:3

representativ(29) 11:12 31:17 31:22 32:1
33:8 35:2 35:7 36:1 38:23 38:24 40:2
40:8 40:25 41:15 42:1 42:4 42:4 44:9
46:5 47:22 47:25 49:17 49:19 52:15 52:22
53:24 54:8 55:11 60:15

representatives(2) 32:9 44:1
represented(1) 44:14
representing(1) 89:16
request(9) 12:8 38:9 46:22 47:3 66:9
67:12 68:6 68:9 72:16

requested(4) 27:23 32:6 72:9 76:2
requests(8) 20:12 24:23 25:23 27:20 36:7
36:11 38:10 62:22

require(2) 74:6 79:8
required(1) 13:13
research(2) 4:41 72:2
reservation(2) 11:20 15:16
reserve(1) 15:8
resolution(2) 26:14 59:2
resolve(10) 9:2 40:10 44:22 49:8 67:18
73:15 76:9 78:17 78:21 82:4

resolved(6) 74:20 75:3 76:10 76:11 81:24
83:12

resolves(1) 50:18
resources(1) 30:17
respect(33) 7:9 10:19 12:9 12:16 14:2
22:19 24:25 29:18 29:20 38:9 39:7 40:1
46:12 49:19 51:25 52:1 52:1 55:13 55:19
56:5 56:8 59:17 62:2 62:6 62:20 63:8
73:6 74:12 76:16 76:20 78:19 78:25 88:10

respectful(5) 46:3 47:2 47:6 48:4 67:14
respectively(1) 72:16
respects(1) 10:12
respond(3) 9:19 11:18 12:15 24:11 45:12
67:20 76:18

responding(1) 35:1
response(6) 12:8 21:22 29:15 38:8 45:16
50:10

responses(4) 11:11 12:7 12:12 36:11
responsibility(1) 24:24
responsible(2) 39:12
rest(2) 10:19 12:15
rests(1) 53:13
result(1) 15:18
review(1) 29:1

right(49) 10:24 10:24 15:4 15:8 16:6
17:20 21:7 24:8 25:13 26:18 29:7 31:8
32:18 33:16 34:11 34:19 35:13 35:20
38:16 45:17 45:18 47:2 47:24 49:24 51:7
52:20 58:21 60:13 60:17 63:5 64:17 68:6
70:2 70:23 72:11 72:18 78:7 78:2 78:10 79:19
80:18 83:19 85:3 85:3 85:9 85:22 87:5
87:10 89:23 90:5

rights(3) 11:20 77:16 77:17
rigid(1) 40:9
ring(1) 85:14
rise(4) 6:2 55:8 56:1 62:17
rises(1) 23:14
road(1) 15:6
robert(1) 4:24
rodney(1) 2:34
rogatory(5) 15:10 29:3 62:22 86:6 86:13
role(3) 13:10 70:16 87:22
roles(1) 65:4
rolled(1) 42:25
rosenburg(7) 79:15 79:17 79:18 79:22
79:23 80:13 82:17

rosenburg's(1) 82:12
rosenman(1) 3:47
rosenthal(164) 1:30 7:12 7:14 7:15 7:20
7:23 8:9 8:12 8:13 8:15 8:17 8:22 9:3 9:9
9:15 9:22 10:1 10:7 10:25 11:4 13:3
14:11 14:12 15:2 15:12 16:4 16:7 16:8
16:14 18:2 18:18 18:23 19:7 19:25 21:9
21:12 21:14 21:16 21:19 23:6 23:10 24:9
25:10 26:3 26:10 26:18 26:20 27:10 27:14
27:16 27:19 27:22 28:3 28:7 28:25 29:6
30:3 30:6 31:9 33:17 33:19 33:21 33:23
34:4 34:6 34:12 34:14 34:16 34:18 34:22
34:25 35:1 35:6 35:14 36:15 36:18 37:12
37:17 37:22 37:25 38:1 38:2 38:19 38:9
39:15 39:16 39:19 39:21 42:6 42:25 43:4
44:7 44:21 45:1 45:10 45:14 49:1 49:3
49:6 49:22 50:1 50:4 50:12 51:9 51:12
53:14 54:6 54:17 57:13 58:3 58:4 58:6
58:9 58:11 58:13 59:14 60:11 60:21 61:16
61:22 62:1 62:20 63:1 63:6 64:20 65:6
65:16 66:3 66:13 67:4 67:20 69:4 69:10
69:19 70:22 70:24 71:1 71:3 71:9 71:12
71:14 72:15 77:23 78:10 78:14 82:1 82:9
82:20 83:14 84:3 84:10 84:15 84:17 84:21
85:4 85:7 85:10 85:16 85:19 85:21 86:6
87:22 89:15 90:6

rosenthal's(3) 31:2 38:8 38:11
roughly(2) 51:8 51:9
route(1) 66:12
rpsm(5) 13:18 13:18 20:8 20:8 20:9
rule(3) 33:4 49:14 72:10
rules(1) 74:6
ruling(3) 54:25 72:15 88:19
rulings(1) 27:13
run(3) 24:20 66:13 67:7
running(2) 10:2 14:19
runs(1) 56:20

said(83) 8:23 11:6 11:17 12:14 16:14 18:2
18:2 22:14 22:17 23:20 24:5 24:17 24:18
24:19 26:4 26:10 28:1 28:8 28:12 31:8
36:9 36:23 37:6 40:5 40:14 40:19 40:21
40:24 41:8 43:3 49:8 49:10 51:24 53:8
57:15 58:22 60:12 63:23 63:23 64:1 66:3
66:24 67:10 67:24 79:25 80:16 88:6

same(21) 20:25 22:9 24:7 35:7 36:15
38:25 45:8 50:13 51:24 53:3 53:10 54:2
54:21 55:16 61:8 61:20 62:10 63:24 67:6
67:6 73:16

sameer(1) 3:7
sanction(1) 70:7
sat(2) 11:17 40:5
satisfactorily(1) 89:3
save(1) 41:16

| Word | Page:Line |
|------|-----------|
| **say**(59) | 7:25 11:24 12:5 13:23 14:3 15:23 16:4 18:25 21:16 21:25 22:6 23:3 23:17 24:2 24:23 25:18 27:1 28:20 30:6 31:5 31:9 35:21 35:24 43:7 45:8 47:18 47:21 48:3 48:19 49:7 49:8 50:13 50:25 51:25 52:11 54:10 56:6 57:2 61:4 61:10 62:10 64:3 64:7 64:11 64:11 66:3 66:8 67:5 67:24 68:11 68:13 68:22 68:23 70:4 79:16 82:24 83:10 85:13 |
| **saying**(14) | 23:13 26:1 41:25 49:12 50:4 50:7 50:20 60:6 62:13 62:16 65:7 68:9 70:6 70:7 |
| **says**(14) | 12:24 13:9 13:25 15:7 15:13 20:4 22:24 23:15 32:23 43:23 44:3 46:9 52:12 70:11 |
| **scenario**(1) | 62:13 |
| **schedule**(6) | 43:1 58:21 75:7 75:12 79:7 84:23 |
| **scheduled**(2) | 31:7 57:9 |
| **schiffrin**(2) | 4:37 4:38 |
| **schuylkill**(1) | 1:39 |
| **schweitzer**(1) | 4:6 |
| **screaming**(1) | 86:10 |
| **seated**(2) | 6:4 6:8 |
| **second**(7) | 7:2 20:16 27:19 34:10 38:18 66:17 87:3 |
| **section**(4) | 35:12 73:6 73:7 79:11 |
| **see**(20) | 7:19 7:22 16:9 16:10 26:13 31:13 37:18 38:25 39:21 50:11 53:16 53:23 54:3 54:11 61:16 75:14 79:3 81:6 89:1 |
| **seek**(2) | 28:8 32:11 |
| **seeking**(4) | 62:23 67:18 68:10 73:8 |
| **seeks**(1) | 73:4 |
| **seem**(2) | 21:20 79:12 |
| **seemed**(1) | 82:17 |
| **seems**(10) | 14:17 14:21 18:8 32:24 37:14 39:3 43:11 43:11 54:16 85:14 |
| **seen**(1) | 77:19 |
| **self**(1) | 77:16 |
| **selinda**(1) | 3:20 |
| **semantics**(1) | 24:13 |
| **send**(2) | 20:24 87:8 |
| **sense**(10) | 9:25 18:16 18:21 30:16 31:5 42:15 42:23 45:20 46:4 78:18 |
| **sensible**(1) | 31:6 |
| **sent**(9) | 7:2 14:23 17:23 40:12 40:20 71:24 73:22 73:23 75:25 |
| **sentence**(1) | 52:18 |
| **separate**(20) | 10:5 10:15 10:23 40:22 41:11 42:14 42:22 47:5 47:23 48:1 48:2 49:11 51:20 51:21 52:2 54:9 59:17 59:18 59:18 65:21 |
| **separately**(3) | 47:22 60:2 60:10 |
| **separateness**(2) | 66:10 67:21 |
| **september**(3) | 1:14 6:1 90:23 |
| **serious**(1) | 39:25 |
| **serve**(1) | 44:4 |
| **served**(6) | 11:5 11:5 11:8 11:16 40:3 80:24 |
| **service**(2) | 1:38 1:45 |
| **services**(3) | 1:38 63:20 68:16 |
| **session**(2) | 6:7 75:9 |
| **set**(9) | 11:7 11:18 11:20 44:9 53:22 59:21 59:25 62:16 83:22 |
| **setting**(1) | 89:20 |
| **seven**(5) | 31:1 53:18 59:10 61:11 80:7 |
| **seven-hour**(1) | 60:19 |
| **seventh**(1) | 3:8 |
| **several**(4) | 7:17 10:14 13:19 41:2 |
| **share**(1) | 22:20 |
| **sharing**(1) | 20:8 |

| Word | Page:Line |
|------|-----------|
| **she**(3) | 13:25 29:8 31:15 |
| **sheltered**(1) | 69:21 |
| **she's**(1) | 36:5 |
| **shifted**(1) | 51:3 |
| **shock**(1) | 83:5 |
| **shorter**(2) | 41:9 41:13 |
| **shortly**(1) | 73:20 |
| **should**(21) | 18:12 23:8 23:12 24:17 25:2 25:18 26:2 30:14 31:23 33:13 33:13 33:1... 60:12 67:16 71:15 73:2 75:2 75:11 78:24 80:2 89:25 |
| **show**(2) | 14:19 48:4 |
| **shred**(1) | 68:5 |
| **side**(3) | 43:11 46:11 61:20 |
| **sign**(5) | 35:19 38:21 50:17 86:20 87:6 |
| **signed**(10) | 28:4 28:10 28:11 29:8 29:9 29:20 30:10 31:10 35:23 62:22 |
| **significant**(5) | 19:15 19:18 41:5 48:20 |
| **signs**(1) | 87:9 |
| **silicate**(1) | 62:1 |
| **similar**(2) | 13:7 66:6 |
| **simple**(1) | 80:19 |
| **simplify**(1) | 48:12 |
| **simply**(5) | 17:17 30:9 41:20 41:25 65:12 67:4 87:19 |
| **since**(3) | 45:10 45:15 55:14 |
| **singed**(1) | 28:9 |
| **single**(4) | 10:15 12:20 41:19 46:9 |
| **sir**(5) | 6:9 6:13 7:14 16:9 81:9 |
| **sit**(9) | 20:19 29:9 31:23 34:23 40:16 40:19 51:15 52:16 58:19 |
| **sits**(1) | 18:21 |
| **sitting**(4) | 15:21 34:7 40:24 61:3 |
| **situation**(4) | 54:3 56:25 59:6 86:17 |
| **six**(4) | 15:6 80:7 80:20 83:4 |
| **size**(1) | 8:25 |
| **slight**(1) | 59:22 |
| **slip**(1) | 63:6 |
| **small**(2) | 40:20 41:10 |
| **smaller**(1) | 18:3 |
| **smith**(1) | 50:5 |
| **smoothly**(1) | 87:15 |
| **sold**(1) | 18:20 |
| **soliciting**(1) | 76:18 |
| **solution**(1) | 14:15 |
| **some**(34) | 17:10 22:14 25:3 26:14 26:24 27:1 27:8 31:15 36:24 40:25 41:9 41:9 41:10 41:11 41:18 41:18 48:8 56:12 56:15 57:17 69:21 73:16 75:10 76:20 77:14 79:6 79:8 81:2 81:12 81:15 82:23 86:12 87:2 89:2 |
| **somebody**(10) | 12:16 22:15 24:1 34:9 36:15 49:17 64:8 68:16 77:14 89:20 |
| **somebody's**(1) | 27:4 |
| **somehow**(1) | 25:3 |
| **someone**(2) | 24:16 72:13 |
| **something**(37) | 13:7 13:8 15:18 32:23 37:3 44:6 44:16 45:8 52:17 53:17 57:14 68:2 71:11 78:2 78:9 79:7 79:16 79:24 84:6 |
| **somewhat**(1) | 16:23 |
| **sooner**(1) | 80:3 80:22 81:4 |
| **sorry**(6) | 25:10 34:25 45:13 61:12 76:24 90:8 |
| **sort**(3) | 26:6 39:9 88:23 |
| **sought**(6) | 20:21 63:11 63:12 66:7 72:15 73:5 |
| **sound**(3) | 1:44 34:3 90:19 |
| **source**(1) | 64:19 |
| **southpaw**(1) | 4:45 |
| **spain**(1) | 62:7 |
| **speak**(5) | 17:8 45:16 53:9 75:20 81:11 |

| Word | Page:Line |
|------|-----------|
| **speaking**(2) | 14:14 34:2 |
| **specific**(4) | 11:22 25:14 52:5 52:21 |
| **specifically**(1) | 12:3 |
| **spend**(2) | 41:11 64:14 |
| **spent**(1) | 43:2 |
| **spoke**(1) | 35:11 |
| **spoken**(1) | 13:22 |
| **spread**(1) | 18:10 |
| **square**(1) | 2:34 |
| **stand**(1) | 86:18 |
| **standard**(1) | 29:16 |
| **standards**(1) | 10:17 |
| **standing**(1) | 16:23 |
| **stargatt**(1) | 2:31 |
| **start**(9) | 7:8 7:24 28:3 31:12 41:24 65:6 75:9 80:22 82:18 |
| **started**(1) | 11:15 |
| **starting**(1) | 73:13 |
| **state**(1) | 23:2 |
| **statement**(3) | 29:10 29:12 30:25 |
| **statements**(1) | 45:12 |
| **states**(4) | 1:1 1:19 43:22 79:2 |
| **ste**(2) | 2:21 2:48 3:14 3:21 |
| **steen**(1) | 1:29 4:5 |
| **stephen**(1) | 2:47 |
| **still**(7) | 43:6 47:13 51:20 56:3 70:4 75:1 81:13 |
| **stipulate**(1) | 74:9 |
| **stipulation**(2) | 73:17 74:10 |
| **stop**(1) | 15:15 |
| **stopping**(1) | 71:4 |
| **story**(2) | 24:2 39:24 |
| **strauss**(2) | 2:5 4:23 |
| **streamline**(1) | 61:13 |
| **streamlined**(1) | 61:14 |
| **street**(4) | 1:11 1:39 2:35 60:20 |
| **strict**(1) | 56:4 |
| **strings**(3) | 23:22 23:25 64:6 |
| **struck**(1) | 40:21 |
| **structured**(1) | 40:9 |
| **struggling**(1) | 38:24 |
| **stuff**(1) | 64:16 |
| **stumbling**(1) | 54:16 |
| **style**(1) | 65:17 |
| **subject**(14) | 6:20 16:5 21:8 22:22 29:25 31:2 36:3 39:17 39:21 48:24 55:10 76:21 77:4 88:21 |
| **subjects**(2) | 21:2 44:5 |
| **submission**(10) | 32:12 46:3 47:2 47:6 48:5 56:14 79:24 80:2 80:22 80:25 |
| **submissions**(6) | 44:24 45:7 45:25 48:25 57:17 66:15 |
| **submitted**(4) | 13:25 42:17 77:24 86:12 |
| **submitting**(1) | 90:3 |
| **subsequent**(1) | 53:25 |
| **substance**(1) | 42:12 |
| **substantive**(1) | 13:10 |
| **subsume**(1) | 61:17 |
| **successful**(1) | 11:22 |
| **successors**(1) | 66:22 |
| **such**(8) | 13:21 20:23 21:3 41:5 65:2 69:22 72:15 82:5 |
| **sued**(1) | 36:5 |
| **suffer**(1) | 70:5 |
| **sufficient**(2) | 54:25 57:6 |
| **suggest**(7) | 34:5 34:7 47:4 57:3 60:9 70:18 71:7 |
| **suggesting**(3) | 60:18 66:13 75:8 |
| **suggestion**(1) | 46:2 |
| **sum**(1) | 20:20 |
| **supplement**(2) | 15:8 52:17 |
| **supplemented**(1) | 32:7 |

| Word | Page:Line |
|------|-----------|
| **support**(2) | 14:5 42:12 |
| **suppose**(1) | 31:5 |
| **sure**(14) | 7:3 18:3 35:20 30:6 35:5 44:24 47:14 52:10 57:12 65:5 73:14 77:19 87:13 88:1 |
| **surely**(1) | 31:11 |
| **surprise**(4) | 16:16 18:12 18:13 20:18 |
| **surprised**(4) | 15:25 20:1 20:3 31:8 |
| **suspect**(2) | 19:16 65:16 |
| **switch**(2) | 19:19 60:13 |
| **systems**(1) | 40:11 |
| **table**(3) | 34:8 34:13 46:12 |
| **tabled**(1) | 77:25 |
| **take**(7) | 6:5 9:17 9:22 14:15 14:16 19:8 23:16 25:2 29:13 29:22 30:7 31:7 31:12 32:22 32:24 44:9 52:2 54:1 54:3 56:22 58:11 58:16 58:18 60:14 61:1 69:15 70:19 71:7 71:17 72:20 80:17 |
| **taken**(3) | 30:12 54:14 77:18 |
| **takes**(1) | 33:5 |
| **taking**(8) | 9:1 21:13 29:16 30:17 38:19 74:15 75:7 78:5 |
| **talk**(12) | 9:10 25:6 27:2 37:22 50:14 53:21 54:11 75:9 82:3 82:9 83:25 84:19 |
| **talked**(5) | 14:24 18:4 32:15 80:15 80:21 |
| **talking**(7) | 7:24 21:20 34:17 47:3 77:15 80:9 80:23 |
| **targeted**(1) | 30:15 |
| **task**(2) | 20:15 47:16 |
| **taxes**(1) | 24:24 |
| **taylor**(1) | 2:32 |
| **teams**(1) | 26:11 |
| **technique**(1) | 32:4 |
| **technology**(2) | 19:17 19:22 |
| **teed**(1) | 82:16 |
| **teleconference**(1) | 84:8 |
| **telephone**(5) | 71:13 81:19 83:23 84:20 |
| **telephonic**(3) | 3:25 4:1 5:1 |
| **telephonically**(1) | 7:18 |
| **tell**(9) | 7:25 19:12 20:1 24:14 26:1 39:24 67:2 67:8 70:8 |
| **ten**(5) | 24:20 56:24 61:21 71:17 80:17 |
| **tendency**(1) | 65:11 |
| **tens**(1) | 64:14 |
| **tense**(1) | 44:2 |
| **terms**(2) | 25:6 52:7 |
| **testified**(1) | 63:1 |
| **testifies**(1) | 32:20 |
| **testify**(8) | 15:20 25:17 36:4 42:5 52:14 52:24 74:22 80:6 |
| **testifying**(1) | 19:3 25:16 |
| **testimony**(6) | 31:15 44:1 44:4 44:12 52:22 76:4 |
| **than**(16) | 9:20 18:20 19:12 20:25 34:10 35:4 40:9 42:13 51:6 53:15 57:23 64:21 77:5 80:3 81:4 82:1 |
| **thank**(56) | 6:3 6:23 6:25 6:25 7:13 7:23 16:7 16:8 16:11 16:21 17:11 17:13 17:14 21:10 21:12 24:10 27:10 30:3 30:4 30:5 33:16 41:24 45:20 45:22 45:23 49:2 49:4 55:5 55:7 55:8 58:5 70:25 71:1 72:18 72:21 72:24 73:2 74:3 74:4 76:23 77:11 77:11 79:14 81:7 81:8 84:1 85:9 85:18 85:22 85:24 87:7 89:5 90:6 90:10 90:11 90:12 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(301) | 6:18 7:12 7:25 8:4 8:15 8:18 8:23 8:24 8:25 9:1 9:5 9:6 9:24 10:3 10:8 10:11 10:12 10:13 10:13 10:23 10:23 11:1 11:6 11:13 11:22 11:23 11:24 12:6 12:10 12:12 12:14 12:14 12:18 12:18 12:20 12:21 12:21 12:23 13:16 13:21 13:25 14:2 14:3 14:18 14:18 14:18 14:19 14:21 14:21 15:1 15:2 15:4 15:6 15:7 15:13 15:15 15:16 15:18 15:20 15:20 15:23 15:23 15:23 15:24 16:1 16:1 16:5 16:14 16:18 16:20 16:22 17:11 17:12 17:21 17:22 18:3 18:6 18:7 18:8 18:9 18:11 18:12 18:16 18:18 18:19 18:21 18:21 18:22 18:23 19:2 19:4 19:11 19:12 19:16 20:1 20:11 20:13 20:18 20:20 20:23 20:23 20:25 21:1 21:1 21:3 21:9 21:21 22:6 22:8 22:9 22:12 22:20 22:21 22:21 22:25 23:1 23:14 23:18 24:1 24:2 24:5 24:7 24:12 24:17 24:25 25:1 25:6 25:6 25:7 25:11 25:13 25:21 26:9 26:12 26:12 26:18 26:24 27:1 27:23 28:4 28:7 28:8 28:18 28:19 28:24 29:14 29:17 29:18 29:23 29:24 29:25 30:6 30:10 30:14 30:27 31:7 31:8 31:16 31:16 31:18 31:21 31:24 32:3 32:7 32:7 32:12 32:16 32:17 32:18 32:19 32:20 32:24 32:24 33:3 33:4 33:4 33:7 33:10 33:10 33:11 33:17 34:7 34:9 34:15 34:25 35:8 35:10 35:16 35:21 35:24 35:25 35:25 36:5 36:11 36:15 36:25 37:1 37:1 37:3 37:4 37:7 37:8 37:9 37:17 37:19 37:25 38:10 38:12 38:13 38:22 39:7 39:9 39:11 39:12 39:25 40:10 40:14 40:18 40:20 41:2 41:25 42:4 42:8 42:9 42:11 42:11 42:17 42:24 43:1 43:2 43:4 43:6 43:9 43:11 43:15 43:16 43:17 43:20 43:20 43:21 43:22 43:23 44:2 44:2 44:14 44:19 44:22 44:23 44:24 44:25 45:1 45:6 45:12 45:20 46:2 46:2 46:7 46:9 46:13 46:16 46:19 46:23 46:25 47:1 47:4 47:8 47:9 47:18 48:3 48:9 48:10 48:25 49:4 49:7 49:8 49:16 50:4 50:4 50:13 50:16 50:17 50:19 50:25 51:3 51:14 51:14 51:16 51:18 51:18 51:19 51:22 52:4 52:6 52:8 52:11 52:11 52:18 52:20 52:21 | **that**(260) | 52:21 52:25 53:3 53:4 53:4 53:5 53:13 53:18 53:20 53:22 54:6 54:9 54:10 54:15 54:17 54:19 55:9 55:10 55:10 55:17 55:24 56:2 56:4 56:6 56:7 56:7 56:11 56:14 56:15 56:17 56:19 56:19 56:20 56:22 57:4 57:4 57:6 57:14 58:19 58:22 59:3 59:4 59:9 59:12 59:12 59:15 59:19 59:21 59:25 60:1 60:3 60:4 60:5 60:6 60:7 60:9 60:17 60:18 60:21 60:24 61:8 61:9 61:20 63:1 63:3 63:4 63:22 63:25 64:11 64:16 64:18 64:21 64:24 65:2 65:5 65:10 65:13 65:16 65:22 66:4 66:13 66:13 66:18 66:18 66:21 67:2 67:4 67:11 67:13 67:13 67:15 67:19 67:22 68:2 68:3 68:5 68:9 68:12 68:18 68:19 69:7 69:8 69:14 69:15 69:16 69:18 69:19 69:20 69:21 69:22 70:1 70:3 70:4 70:4 70:6 70:6 70:8 70:21 71:7 71:11 71:14 71:18 71:24 72:8 72:15 73:5 73:9 73:12 73:14 73:16 73:16 73:19 73:20 73:20 74:8 74:9 74:10 74:10 74:11 74:13 74:16 74:18 74:19 74:20 74:24 75:2 75:5 75:4 75:4 75:5 75:7 75:8 75:11 75:17 75:13 75:13 75:15 75:15 75:18 75:19 75:21 75:22 75:25 76:1 76:1 76:4 76:6 76:8 76:11 76:12 76:15 76:17 76:20 76:21 76:22 77:1 77:2 77:3 77:7 77:15 77:18 77:19 77:22 78:8 78:9 78:16 78:18 78:20 78:20 78:25 79:7 79:9 79:12 79:20 80:1 80:2 80:3 80:8 80:17 81:11 81:17 81:18 81:20 81:23 82:12 82:17 82:21 82:21 82:23 82:25 83:2 83:5 83:6 83:8 83:9 83:13 83:13 83:24 83:24 84:4 84:6 84:8 84:10 84:11 84:17 84:18 84:24 85:1 86:4 86:11 86:11 86:21 86:23 87:11 87:13 87:13 87:17 87:19 87:24 88:7 88:8 88:9 88:12 88:13 88:16 88:21 88:24 89:7 89:1 89:17 89:19 89:21 89:22 89:24 90:18 | **the**(301) | 1:1 1:2 1:18 2:15 2:24 4:4 6:2 6:3 6:5 6:9 6:13 6:18 6:18 6:23 7:2 7:4 7:5 7:8 7:8 7:8 7:10 7:11 7:13 7:16 7:19 7:20 7:22 7:24 8:1 8:3 8:4 8:7 8:8 8:10 8:11 8:16 8:18 8:21 8:23 8:23 8:24 8:25 9:1 9:5 9:5 9:8 9:9 9:13 9:13 9:16 9:18 9:19 9:21 9:23 9:23 9:24 10:1 10:2 10:4 10:6 10:7 10:9 10:11 10:14 10:16 10:16 10:18 10:19 10:22 10:24 11:1 11:1 11:3 11:4 11:5 11:8 11:9 11:10 11:13 11:14 11:16 11:23 11:24 12:2 12:3 12:4 12:6 12:10 12:11 12:14 12:15 12:16 12:18 12:19 12:23 12:24 12:24 13:2 13:4 13:5 13:11 13:13 13:14 13:16 13:16 13:17 13:18 13:18 13:19 14:2 14:3 14:6 14:7 14:10 14:12 14:16 14:18 14:19 14:19 14:20 14:24 15:1 15:2 15:3 15:3 15:4 15:6 15:8 15:9 15:11 15:19 15:21 15:23 16:4 16:7 16:8 16:12 16:12 16:14 16:14 16:17 16:18 16:21 16:21 16:24 17:9 17:10 17:20 17:23 17:24 17:24 18:1 18:3 18:8 18:9 18:10 18:11 18:14 18:15 18:16 18:18 18:20 18:22 19:2 19:5 19:6 19:7 19:9 19:10 19:10 19:11 19:20 19:21 19:24 20:4 20:6 20:7 20:8 20:8 20:9 20:9 20:9 20:10 20:11 20:13 20:15 20:16 20:17 20:20 20:21 20:22 20:23 20:25 21:3 21:7 21:10 21:11 21:12 21:15 21:18 21:19 21:21 21:23 21:25 22:1 22:2 22:4 22:6 22:9 22:10 22:12 22:12 22:14 22:18 22:19 22:19 22:24 22:25 23:5 23:9 23:14 23:15 23:22 23:23 23:24 23:25 24:1 24:2 24:7 24:7 24:8 24:11 24:18 24:19 24:19 24:23 24:24 25:1 25:2 25:5 25:6 25:8 25:9 25:11 25:12 25:16 25:20 25:21 25:23 25:24 25:25 26:4 26:6 26:6 26:7 26:7 26:15 26:17 26:18 26:23 26:25 27:2 27:3 27:6 27:8 27:8 27:11 27:11 27:15 27:18 27:19 27:20 27:20 27:21 27:22 28:1 28:4 28:6 28:9 28:10 28:17 28:20 28:22 28:23 28:24 29:3 29:5 29:9 29:14 29:16 29:16 29:19 29:20 29:20 29:23 29:25 30:2 30:4 | **the**(301) | 30:9 30:12 30:13 30:14 30:16 30:19 30:24 31:2 31:3 31:3 31:6 31:7 31:11 31:14 31:15 31:17 31:17 31:19 31:20 31:21 31:24 32:3 32:3 32:5 32:5 32:6 32:7 32:8 32:9 32:9 32:10 32:10 32:11 32:12 32:14 32:18 32:19 32:21 32:22 32:22 32:25 33:4 33:7 33:7 33:7 33:8 33:9 33:11 33:11 33:14 33:14 33:15 33:16 33:17 33:25 34:2 34:2 34:5 34:7 34:8 34:10 34:11 34:13 34:13 34:15 34:24 35:3 35:5 35:7 35:8 35:11 35:13 35:17 35:23 36:3 36:4 36:5 36:8 36:13 36:13 36:13 36:15 36:17 36:21 36:22 37:1 37:2 37:4 37:10 37:11 37:14 37:18 37:21 37:23 38:1 38:2 38:5 38:9 38:13 38:13 38:14 38:16 38:18 38:18 38:19 38:22 38:22 38:24 38:25 38:25 39:2 39:5 39:7 39:9 39:10 39:10 39:10 39:12 39:14 39:15 39:16 39:18 39:20 39:21 40:1 40:2 40:3 40:8 40:9 40:11 40:13 40:14 40:15 40:17 40:18 40:20 40:24 41:7 41:8 41:14 41:15 41:21 41:22 41:23 41:25 42:3 42:8 42:9 42:10 42:11 42:13 42:14 42:17 42:18 42:20 42:21 43:1 43:3 43:6 43:8 43:9 43:9 43:10 43:14 43:15 43:18 43:19 43:20 43:21 43:25 43:25 44:2 44:4 44:8 44:11 44:12 44:13 44:13 44:15 44:17 44:18 44:18 44:19 44:22 44:24 45:3 45:5 45:6 45:7 45:8 45:9 45:13 45:15 45:18 45:22 46:1 46:2 46:3 46:4 46:4 46:5 46:8 46:10 46:11 46:12 46:13 46:14 46:15 46:16 46:17 46:18 46:19 46:20 46:21 46:21 46:24 47:2 47:3 47:3 47:7 47:7 47:9 47:9 47:9 47:10 47:12 47:14 47:15 47:15 47:17 47:17 47:18 47:20 47:20 47:25 47:25 48:1 48:2 48:2 48:6 48:7 48:8 48:10 48:11 48:14 48:18 48:21 49:4 49:11 49:12 49:19 49:24 50:3 50:6 50:11 50:12 50:15 50:18 50:18 50:22 51:2 51:5 51:7 51:8 51:10 51:11 51:12 51:14 51:19 51:20 51:22 51:22 51:23 51:24 52:4 52:4 52:7 52:9 52:14 52:18 52:19 52:20 52:22 52:23 52:24 52:25 53:4 53:4 53:7 53:7 53:7 53:9 53:12 53:12 53:13 53:17 53:20 53:21 53:23 |
| | | **that's**(1) | 54:18 | | | | |
| | | **that's**(79) | 7:13 9:1 9:8 9:24 10:20 10:24 15:19 15:22 16:4 17:13 19:20 20:15 20:17 21:13 23:2 23:15 25:1 25:5 25:7 25:8 25:15 25:20 26:3 27:15 27:16 28:1 28:16 29:7 31:18 35:25 36:23 37:3 39:19 39:20 41:12 42:23 45:18 45:19 46:14 46:14 47:2 47:10 47:17 48:6 48:14 49:24 50:6 50:17 50:18 51:8 52:3 52:24 53:4 53:14 53:20 54:25 57:8 58:23 59:10 60:11 60:11 61:15 64:2 66:2 69:10 70:11 70:20 71:12 78:10 78:24 80:14 80:22 80:25 81:18 82:5 87:10 88:2 89:3 | | | | |
| | | **thau**(1) | 4:46 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) | 54:3  54:7  54:8  54:8  54:9  54:10 | **them**(74) | 9:18  9:20  10:18  11:19  12:9 | **thing**(3) | 7:25  9:4  86:4 | **today**(21) | 9:2  16:24  44:7  44:13  56:5  56:12 |

**the**(301) 54:3 54:7 54:8 54:8 54:9 54:10 54:11 54:11 54:13 54:15 54:19 54:21 54:23 54:23 54:24 55:1 55:3 55:3 55:7 55:10 55:10 55:11 55:13 55:15 55:15 55:19 55:20 55:20 55:21 55:25 56:2 56:5 56:9 56:12 56:13 56:14 56:16 56:19 56:20 57:1 57:4 57:7 57:7 57:8 57:9 57:16 57:16 57:19 57:21 58:1 58:4 58:8 58:10 58:15 58:16 58:18 58:18 58:20 58:21 58:24 59:3 59:4 59:5 59:5 59:7 59:8 59:11 59:15 59:24 60:5 60:6 60:7 60:8 60:9 60:13 60:17 60:24 61:1 61:2 61:6 61:7 61:14 61:17 61:19 61:20 61:25 62:2 62:6 62:6 62:7 62:7 62:10 62:17 62:19 62:20 62:23 62:25 63:5 63:8 63:9 63:10 63:11 63:17 63:18 63:20 63:21 63:22 63:24 64:2 64:3 64:3 64:4 64:6 64:11 64:12 64:12 64:14 64:15 64:17 64:17 64:19 64:19 64:22 64:25 65:9 65:9 65:12 65:12 65:13 65:14 65:15 65:15 65:17 65:18 65:19 65:20 65:21 65:22 65:25 66:2 66:5 66:6 66:10 66:10 66:11 66:11 66:12 66:14 66:15 66:17 66:18 66:20 66:21 66:22 67:1 67:3 67:4 67:4 67:5 67:5 67:6 67:6 67:7 67:8 67:10 67:12 67:17 67:21 67:22 67:24 68:2 68:5 68:8 68:10 68:12 68:16 68:17 68:18 68:19 68:20 69:1 69:2 69:7 69:9 69:11 69:12 69:15 69:17 69:23 70:2 70:3 70:5 70:6 70:7 70:11 70:11 70:12 70:13 70:14 70:20 70:23 71:6 71:7 71:7 71:10 71:13 71:13 71:14 71:18 71:20 71:22 71:23 72:3 72:4 72:4 72:5 72:6 72:6 72:10 72:13 72:14 72:16 72:18 72:20 72:22 73:1 73:3 73:4 73:5 73:5 73:6 73:7 73:7 73:8 73:9 73:12 73:13 73:16 73:18 73:18 73:18 73:21 73:22 73:24 73:24 74:1 74:2 74:3 74:6 74:7 74:7 74:10 74:11 74:12 74:13 74:17 74:18 74:18 74:20 74:24 74:25 75:1 75:1 75:3 75:4 75:5 75:6 75:9 75:11 75:12 75:13 75:15 75:15 75:16 75:19 75:20 75:21 75:24 75:25 75:25 76:1 76:2 76:7 76:10 76:12 76:13 76:13 76:14 76:15 76:17 76:18 76:21 76:21 76:23 77:2

**the**(165) 77:3 77:4 77:4 77:5 77:6 77:6 77:7 77:13 77:15 77:16 77:24 78:2 78:4 78:6 78:8 78:9 78:14 78:18 78:18 78:19 78:20 78:23 78:24 78:25 79:2 79:3 79:8 79:8 79:9 79:11 79:11 79:14 79:19 79:23 79:23 79:25 80:1 80:2 80:4 80:12 80:14 80:18 80:20 80:21 80:22 80:23 80:24 80:24 80:25 81:4 81:5 81:6 81:10 81:15 81:15 81:16 81:16 81:18 82:3 82:5 82:8 82:14 82:15 82:16 82:17 82:18 82:19 82:22 82:23 82:24 82:25 83:2 83:2 83:4 83:7 83:8 83:16 83:19 83:21 83:24 84:3 84:4 84:6 84:8 84:9 84:11 84:12 84:12 84:14 84:16 84:19 84:22 85:2 85:3 85:9 85:12 85:20 85:22 86:1 86:5 86:5 86:6 86:8 86:11 86:14 86:17 86:19 86:24 87:1 87:2 87:3 87:4 87:5 87:8 87:9 87:11 87:12 87:14 87:15 87:18 87:21 87:23 87:24 88:5 88:8 88:8 88:8 88:10 88:11 88:12 88:13 88:15 88:17 88:17 88:18 88:21 88:24 88:25 89:3 89:5 89:8 89:8 89:9 89:10 89:11 89:14 89:19 89:17 89:19 89:23 89:25 90:2 90:5 90:8 90:12 90:14 90:16 90:18 90:19 90:19 90:20

**their**(29) 8:19 8:22 12:1 14:5 14:23 15:22 22:22 23:2 23:22 29:23 30:12 30:16 33:5 33:12 39:24 39:24 49:13 51:1 52:5 52:5 57:5 59:23 63:7 64:13 67:11 67:17 68:13 69:24 78:24

**them**(74) 9:18 9:20 10:18 11:19 12:9 12:12 14:9 14:20 15:12 15:25 20:24 23:18 26:3 26:3 27:23 28:4 28:20 29:6 29:15 32:2 33:1 36:9 36:9 36:18 36:23 43:11 45:15 50:6 50:17 51:19 52:4 54:12 57:11 57:11 59:9 59:17 60:2 60:6 62:15 63:14 63:15 63:15 63:16 63:21 63:23 63:25 64:2 64:4 64:5 64:6 64:16 65:20 66:24 66:15 66:24 66:24 66:25 66:25 67:2 67:23 68:1 68:15 69:22 70:3 70:8 70:17 78:21 86:20 86:20 87:8 87:9 87:12

**theme**(1) 10:2

**themselves**(2) 10:4 48:11

**them's**(1) 16:24

**then**(34) 9:18 9:23 18:1 20:25 22:24 23:8 31:16 32:13 32:17 32:21 39:6 39:8 44:4 46:18 47:23 52:22 53:2 53:25 57:6 57:20 58:1 58:2 60:23 61:7 68:23 72:11 73:15 76:19 80:16 86:11 87:5 87:8 88:20 89:20

**there**(58) 11:19 15:16 15:19 16:1 18:6 18:6 19:18 21:2 22:5 24:20 25:21 26:22 32:8 33:4 33:25 36:24 38:23 40:5 44:11 47:8 47:10 47:14 48:9 52:1 52:10 54:15 55:9 55:18 56:3 57:14 59:18 59:19 60:2 60:4 60:21 61:9 62:5 66:18 67:12 67:13 67:16 69:21 70:9 73:2 73:24 74:8 74:14 74:16 74:19 80:5 81:12 81:13 83:8 84:17 87:23 88:6 88:15 90:4

**therefore**(5) 12:1 65:10 66:9 80:9 82:22

**there's**(24) 9:16 12:21 14:14 18:3 20:2 22:9 27:23 29:1 29:13 34:2 36:25 37:8 37:13 39:14 51:12 59:22 63:24 67:15 69:19 78:20 80:17 82:25 86:9 86:24

**these**(87) 6:19 10:22 11:9 11:14 11:21 12:14 12:17 14:5 14:6 15:9 18:19 19:2 19:5 19:7 20:12 20:18 21:2 23:22 25:1 26:22 28:12 28:19 28:19 28:23 29:13 29:19 32:1 32:1 35:15 35:19 35:22 36:10 36:19 36:22 37:12 37:13 39:22 39:24 40:21 47:21 50:10 51:24 51:25 54:4 55:14 55:18 56:8 58:11 58:22 59:15 59:24 59:25 60:12 62:4 62:4 62:8 62:9 63:13 63:23 63:25 64:7 64:8 64:13 68:3 68:14 68:21 68:23 69:2 69:11 69:24 70:9 70:15 72:11 75:10 81:14 81:22 82:11 86:25 87:3

**they**(128) 8:11 12:20 13:19 14:6 14:22 14:22 17:5 17:18 18:2 20:16 22:6 23:16 23:16 23:17 24:4 24:16 24:17 24:17 25:2 25:3 25:4 25:5 26:2 28:15 29:4 29:24 30:9 30:19 30:19 30:20 30:21 30:22 30:22 32:2 32:11 32:14 32:16 32:21 32:25 33:1 36:23 33:13 33:13 33:17 34:9 35:10 35:21 36:23 37:16 38:20 40:4 40:16 40:19 41:8 44:10 51:24 47:18 47:23 50:5 50:12 50:15 50:16 51:24 51:25 52:2 59:7 59:20 60:1 60:15 61:2 61:25 62:1 62:9 62:11 63:1 63:3 63:7 63:16 63:20 64:1 64:3 64:5 64:6 64:6 64:11 64:16 65:3 65:3 65:4 65:19 65:20 65:23 65:25 66:2 66:8 66:17 66:21 66:25 67:1 67:1 67:21 67:22 67:22 67:23 68:7 68:8 68:18 68:25 69:11 69:12 69:14 69:16 69:20 69:22 69:23 70:5 70:5 72:5 72:11 76:4 76:6 76:6 77:18 80:16 81:6

**they're**(1) 30:19

**they'd**(2) 22:8 61:23

**they'll**(3) 62:2 64:9 64:18

**they're**(21) 16:2 18:11 33:1 35:3 36:8 43:13 46:1 51:20 51:23 52:4 62:10 62:13 62:16 63:17 68:18 68:21 69:25 70:1 70:11 80:6 86:10

**they've**(11) 13:8 23:19 23:20 28:12 29:23 51:19 62:12 63:19 63:19 66:24 69:18

**thing**(3) 7:25 9:4 86:4

**things**(11) 11:23 23:20 25:12 37:8 50:16 50:17 52:5 57:23 81:16 83:12 86:9

**think**(117) 6:20 8:1 8:4 8:6 8:6 8:17 8:20 9:3 9:5 9:9 9:11 9:14 9:24 10:1 10:19 10:25 13:3 15:22 16:4 16:17 17:2 18:12 19:13 21:19 24:21 24:22 25:19 26:15 27:15 27:25 29:18 30:3 30:18 32:4 32:17 32:18 33:3 33:9 36:1 39:16 40:12 40:14 41:19 43:1 44:21 45:1 45:6 45:15 45:18 48:7 49:20 50:18 50:20 50:24 51:3 51:17 53:14 53:15 53:19 53:19 53:20 53:23 54:2 54:6 54:17 54:25 56:21 56:23 57:4 57:14 57:16 58:6 58:9 62:17 64:20 65:8 67:14 71:6 72:5 72:10 72:12 77:9 77:21 77:23 78:1 78:8 78:12 78:20 79:1 79:9 79:15 81:3 81:13 81:14 81:17 81:18 81:18 81:23 81:23 82:11 82:15 82:23 83:3 83:4 83:8 83:12 88:8 88:12 89:15 87:8 88:1 88:2 88:8 88:12 89:15

**third**(3) 39:21 72:4 72:6

**third-party**(1) 66:7

**this**(149) 6:17 6:16 6:17 6:21 7:6 7:16 7:17 7:20 8:7 8:25 9:14 10:7 10:21 12:6 12:1 13:6 13:9 13:15 13:19 13:25 14:4 14:15 16:15 16:19 17:1 17:16 17:23 18:4 18:14 18:17 20:3 21:1 21:5 22:2 22:13 23:19 25:4 26:12 26:15 27:9 28:15 28:21 29:8 30:12 31:1 31:5 31:11 31:11 31:24 33:6 34:16 35:10 35:16 35:17 37:6 40:5 40:11 41:25 42:7 42:22 43:8 43:13 43:14 43:22 45:7 46:6 46:20 47:4 47:20 48:9 48:21 49:8 49:22 50:9 50:23 51:20 52:8 52:8 52:9 53:6 53:7 54:2 55:9 55:10 56:1 56:7 56:13 56:17 57:3 57:8 58:17 59:16 60:5 61:13 61:13 63:10 63:9 66:3 66:5 66:12 67:15 67:18 67:22 68:14 68:20 69:25 71:7 72:1 72:9 72:10 72:14 72:16 73:10 73:15 73:23 73:25 74:8 74:12 74:20 75:4 75:13 76:1 76:8 76:10 76:13 76:19 76:22 77:5 77:22 77:25 78:8 78:11 78:16 79:1 79:9 79:10 80:5 80:12 80:16 81:1 81:6 82:5 82:7 82:15 83:10 85:10 85:15 86:5 88:23

**thomas**(1) 3:44

**thornton**(1) 4:18

**those**(35) 13:22 14:24 21:8 21:17 23:10 23:17 24:10 24:23 25:17 35:23 36:7 38:1 46:13 47:24 48:25 51:6 52:14 54:2 55:13 55:22 57:18 60:23 60:25 64:9 66:10 69:7 74:16 74:23 77:10 82:12 85:6 86:17 87:6 88:15

**though**(10) 15:12 29:9 33:6 39:3 45:10 49:13 63:17 63:19 69:25

**thought**(5) 7:7 75:11 79:16 80:11 88:18

**thousands**(1) 64:14

**threat**(1) 72:12

**threaten**(2) 66:14 68:6

**three**(20) 10:15 10:18 12:23 16:18 22:19 27:23 28:4 29:19 31:18 36:18 41:17 43:11 43:22 44:6 44:19 51:3 51:5 51:10 53:19 53:19

**three-hour**(1) 51:15

**through**(7) 7:8 28:23 30:24 32:10 66:12 70:14 78:5

**throughout**(1) 10:2

**time**(42) 14:6 14:20 14:20 15:9 32:18 36:20 37:24 41:2 41:11 41:20 43:2 50:25 51:6 51:7 51:16 53:13 53:22 54:4 54:10 54:20 54:23 55:10 55:12 55:17 56:4 56:2 57:6 57:6 57:9 59:7 60:14 61:10 61:25 79:6 83:9 83:22 84:5 84:11 84:17 85:7 85:11 90:6

**time-consuming**(1) 15:10

**times**(6) 6:14 26:12 61:21 82:10 85:6

**timing**(2) 76:18 86:17

**today**(21) 9:2 16:24 44:7 44:13 56:5 56:12 56:16 56:20 56:24 63:3 74:5 76:9 77:23 77:24 78:17 79:2 79:10 81:11 86:19 88:7 88:25

**together**(3) 9:20 28:4 43:2

**told**(5) 15:12 24:3 37:7 63:16 66:21 67:21 70:1 77:22

**tomorrow**(8) 64:10 81:25 83:11 84:2 85:16 88:14 88:19 89:10

**tomorrow's**(2) 87:16 88:11

**too**(6) 14:13 16:10 31:10 59:13 65:5 83:7

**topic**(1) 17:1

**topics**(10) 18:1 40:10 52:9 52:12 52:14 52:16 52:21 52:21 52:24 53:2

**toronto**(5) 17:9 30:14 38:4 57:24 59:4

**totally**(1) 43:12

**towards**(2) 33:14 78:23

**traditional**(1) 55:22

**trajectory**(2) 80:18 81:5

**transcriber**(1) 90:24

**transcript**(3) 1:17 1:45 90:19

**transcription**(2) 1:38 1:45

**transcripts**(2) 74:14 74:16

**transfer**(12) 12:5 12:25 13:10 13:16 19:1 19:8 19:22 20:5 21:3 21:24 26:5

**trap**(1) 65:9

**treated**(1) 74:16

**tremendously**(1) 8:4

**trial**(28) 15:3 16:2 19:3 48:13 56:18 72:20 74:14 74:17 74:22 74:25 75:5 75:20 78:23 79:25 80:5 80:6 80:9 80:12 80:15 80:19 80:20 80:22 80:23 81:2 82:8 82:14 83:3 83:4

**tribute**(1) 46:14

**tried**(2) 34:9 64:2

**true**(4) 25:20 33:3 41:25 65:13

**trust**(3) 3:47 4:10 4:28

**trustee**(1) 73:21

**try**(3) 34:7 34:13 46:5

**trying**(5) 16:4 31:14 43:16 61:12 61:13 82:13 82:20

**tuesday**(1) 6:1

**tunnell**(1) 1:22

**turn**(11) 11:1 63:16 63:20 64:8 64:15 68:3 68:4 68:15 68:23 69:22 69:24

**turned**(1) 64:16

**turning**(1) 17:1

**tweed**(2) 2:40 3:43

**two**(42) 36:18 38:7 39:8 39:14 40:16 41:17 42:4 42:9 42:24 43:5 43:10 44:22 47:12 47:20 50:18 50:22 50:23 51:3 51:5 51:10 51:15 53:9 54:5 54:7 56:3 57:4 57:9 57:17 58:11 59:6 59:7 65:16 65:18 66:10 75:14 76:12 77:9 79:11 79:25 80:8 86:9 89:16

**tyler**(1) 4:28

**u.k**(9) 3:4 4:10 36:13 38:14 40:15 68:11 69:9 69:22 73:21

**u.s**(39) 3:19 4:10 7:2 10:4 10:22 11:4 12:11 12:19 13:12 20:13 23:24 31:24 32:10 40:9 40:17 41:22 42:23 43:15 45:15 47:3 47:7 48:2 51:14 51:23 58:21 59:18 61:1 63:9 63:12 65:10 65:11 65:18 67:1 67:8 67:12 67:18 86:5 88:10 89:9

**u.s.-style**(1) 31:20

**ultimately**(2) 40:7 68:7

**unacceptable**(1) 59:10

**uncertain**(1) 29:7

**under**(7) 31:14 32:3 68:11 74:6 75:2 75:6 80:12

**underlie**(1) 37:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**underscoring**(1) 79:24

**understand**(12) 25:9 27:14 36:5 39:4 67:12 69:8 72:19 78:4 78:6 80:13 80:21 88:19

**understanding**(5) 22:20 59:12 60:9 72:6 81:22

**understands**(1) 62:17

**understood**(5) 25:8 56:4 78:11 79:13 82:19

**undertake**(3) 17:4 17:5 46:12

**undertaken**(2) 13:14 46:24

**undertaking**(3) 32:6 46:23 52:17

**undertakings**(1) 32:9

**undertook**(1) 18:23

**unfair**(1) 43:12

**unfolding**(1) 81:6

**unfortunate**(3) 26:15 65:11 70:15

**unfortunately**(3) 8:2 16:22 57:22

**unique**(2) 10:12 13:6

**united**(3) 1:1 1:19 79:2

**unmanageabl**(1) 11:17

**unnecessary**(1) 48:5

**unsatisfactory**(1) 31:15

**unsecured**(1) 4:23

**until**(4) 9:2 30:21 57:9 75:11

**unusual**(1) 24:13

**upon**(7) 9:2 14:22 32:23 49:10 56:13 75:6 81:11

**upset**(1) 83:7

**urgent**(1) 81:19

**use**(8) 46:25 56:14 62:4 68:22 71:7 73:6 76:4 79:25

**used**(3) 23:12 61:10 74:14

**using**(1) 46:4

**various**(6) 46:11 46:16 46:17 47:16 55:15 76:5

**vast**(1) 31:3

**vein**(1) 20:12

**verified**(2) 11:11 28:20

**very**(45) 9:11 11:22 12:18 12:18 16:16 19:4 19:13 22:12 24:21 27:18 29:7 32:4 34:1 34:1 34:19 35:3 35:3 40:12 41:11 43:8 44:4 44:6 45:22 46:14 48:9 49:9 49:9 55:7 56:19 58:1 58:11 62:12 62:13 64:5 64:5 66:6 67:11 70:15 73:1 73:14 83:2 83:9 84:1 87:5 87:14

**vetted**(1) 73:21

**violating**(1) 69:22

**virtually**(1) 61:17

**wait**(2) 6:4 31:13

**waiting**(1) 86:19

**walk**(1) 69:12

**wall**(3) 36:11 39:23 61:3

**want**(44) 7:25 12:21 22:2 22:7 22:8 23:23 23:25 24:11 25:4 27:1 27:2 32:14 32:16 35:8 35:22 38:20 42:21 43:14 45:25 50:9 50:12 50:14 52:20 56:1 56:25 61:22 61:25 62:1 62:10 63:4 63:10 63:24 64:7 64:11 66:24 68:7 68:8 69:20 69:23 69:24 79:16 79:23 80:7 83:11

**wanted**(6) 7:3 18:8 24:16 45:8 55:8 86:16

**wants**(1) 68:4

**was**(73) 8:17 11:22 12:6 12:17 12:19 13:10 13:14 13:16 13:17 13:19 13:20 15:14 18:7 18:14 20:21 20:21 21:3 24:1 24:16 24:20 31:3 31:8 35:16 35:16 35:18 37:10 37:18 38:22 39:14 43:14 44:8 44:14 47:3 47:13 47:20 49:5 49:8 49:10 50:19 50:20 51:16 56:11 56:12 56:13 56:14 59:16 63:9 63:10 68:12 71:6 71:24 71:24 73:17 73:22 73:23 74:1 74:3 75:25 77:23 77:25 78:11 80:12 82:15 86:19 87:18 87:19 87:21 87:23 88:24 89:21 90:9 90:9 90:16

**washes**(1) 87:15

**wasn't**(5) 8:15 10:14 11:25 18:6 18:8

**way**(26) 16:14 24:19 25:1 25:7 27:11 32:8 36:15 43:5 46:4 46:14 47:19 47:20 59:15 64:5 64:13 64:18 66:7 70:1 72:7 73:16 79:5 80:23 81:2 82:1 82:15 82:17

**ways**(1) 83:8

**we've**(1) 27:23

**webb**(1) 4:28

**websites**(1) 67:25

**week**(11) 56:16 73:10 73:13 74:12 75:7 76:10 76:13 77:5 79:8 79:10 82:5

**weeks**(9) 43:7 43:10 43:17 43:22 44:6 44:19 54:8 73:11 80:12

**well**(64) 7:6 7:7 8:19 11:24 14:10 18:2 22:14 23:5 23:13 23:23 24:23 25:21 26:11 26:12 26:20 27:8 27:18 28:12 30:9 32:19 32:23 33:19 34:1 34:9 35:24 36:23 36:24 37:7 37:14 39:2 39:7 40:12 44:12 45:22 48:9 51:21 58:1 58:12 60:5 60:8 61:2 61:10 61:19 61:24 62:10 62:19 63:16 64:11 65:3 65:4 65:9 66:8 67:5 73:11 81:10 83:21 84:6 87:5 87:9 87:14 87:18 87:19 88:18 89:11

**well-pled**(1) 14:7

**went**(5) 18:4 53:7 59:7 63:13 66:11 17:25 18:7 22:4 22:5 22:13 23:20 23:21 23:22 24:20 26:1 26:8 35:18 35:19 35:21 36:23 40:4 40:10 44:10 44:11 44:9 47:16 49:17 49:17 51:17 51:22 54:7 55:18 56:4 62:14 63:3 64:7 70:9 70:9 77:22 78:19 80:11 80:16 87:3 88:7

**weren't**(4) 13:23 13:24 22:16 30:21

**we'd**(3) 35:20 36:10 36:12

**we'll**(21) 6:4 11:19 11:19 12:15 14:8 15:15 15:17 28:21 28:22 31:17 41:18 41:18 50:23 54:6 54:9 54:24 57:20 62:3 83:25 85:23 89:22

**we're**(57) 8:2 10:23 15:4 15:19 21:1 22:3 23:2 23:14 24:2 24:13 28:19 28:21 29:6 29:11 29:25 37:1 37:4 37:7 38:11 39:23 40:22 41:1 41:14 44:8 44:18 44:15 46:2 48:3 48:21 50:4 51:2 53:19 53:21 58:6 58:18 58:19 59:10 59:11 59:12 60:7 61:2 61:8 61:12 61:13 62:11 63:15 68:16 70:14 72:19 78:3 78:12 78:14 80:9 82:20 83:1 83:2 83:13

**we've**(40) 6:20 10:21 10:22 13:3 14:3 14:20 15:12 20:22 21:4 26:21 30:13 31:15 31:20 33:19 36:7 36:9 36:10 36:19 37:7 39:8 39:12 42:2 42:21 44:17 51:6 53:18 54:3 54:10 58:21 61:5 63:12 63:22 64:1 64:1 64:2 67:23 68:5 77:2 82:21 82:24

**what**(104) 8:1 9:15 11:17 15:2 15:5 15:12 18:7 18:8 18:21 19:18 20:15 20:15 20:18 24:14 24:15 24:22 24:14 23:12 23:15 23:19 24:14 24:15 25:8 25:9 26:7 26:17 26:22 27:2 27:3 28:16 28:25 29:1 29:25 31:20 33:1 36:12 36:22 37:15 37:16 38:24 39:10 44:7 44:10 44:11 44:12 44:13 47:2 47:18 49:9 49:10 49:12 50:7 50:15 50:15 50:24 50:25 51:21 52:4 52:9 53:6 53:23 53:25 54:4 54:12 56:24 58:1 58:23 62:16 62:17 63:2 64:19 65:8 65:11 67:1 67:1 67:16 68:1 70:11 72:7 73:15 75:22 77:24 79:6 80:19 81:11 85:10 86:10

**whatever**(4) 56:8 68:7 72:13 83:18

**what's**(7) 15:5 21:6 28:20 31:23 62:6 75:14 83:1

**when**(22) 10:13 11:4 11:21 11:23 12:7 13:12 15:3 15:7 18:16 21:24 22:6 22:13 22:25 23:6 34:1 54:14 73:18 75:19 76:19 76:22 83:7 84:7

**where**(28) 10:8 10:20 18:19 21:20 30:13 35:24 42:16 43:24 44:3 44:24 46:9 46:21 48:7 52:25 56:25 59:6 60:24 61:2 61:9 61:17 63:18 69:1 69:17 71:18 78:12 78:24 86:17 88:7

**whereupon**(1) 90:16

**whether**(19) 15:17 26:14 29:17 31:2 31:13 33:13 33:24 51:10 59:22 68:8 68:20 68:21 74:21 75:2 76:10 76:11 77:19 82:3 86:24

**which**(46) 10:3 12:13 12:23 12:24 13:13 14:12 14:22 16:14 19:25 20:21 22:22 23:17 24:6 32:10 32:25 33:5 40:8 40:15 41:14 42:3 47:16 49:10 50:2 51:6 52:20 53:1 56:13 56:14 62:23 64:6 66:17 66:22 67:2 67:2 68:1 69:17 72:15 73:4 73:6 73:13 73:17 75:25 76:3 77:17 82:23 84:2

**who**(49) 13:23 14:5 14:17 15:20 17:17 17:25 18:20 18:24 19:3 19:6 20:2 21:2 22:1 23:7 23:24 24:1 24:16 24:18 24:24 25:3 25:12 25:22 28:2 28:21 29:2 29:30 30:17 32:14 33:11 35:21 35:23 35:24 38:21 39:5 41:3 46:10 47:15 49:17 50:17 52:13 53:25 70:9 74:23 74:23 75:11 80:6 80:7 88:25

**whoever**(1) 40:17

**whole**(1) 20:11

**whom**(1) 18:21

**whose**(1) 87:24

**who's**(3) 39:23 50:6 53:8

**why**(10) 20:3 25:7 34:4 34:6 42:22 78:2 80:14 80:22 82:15 83:19

**will**(84) 8:24 10:13 11:18 15:16 24:14 27:9 27:12 30:22 31:4 31:25 32:2 32:7 37:25 38:6 38:12 41:8 41:9 41:9 43:17 44:2 45:3 46:16 46:18 46:23 46:24 46:25 47:8 47:8 47:9 48:19 49:7 49:7 53:23 53:24 53:25 55:25 56:22 57:14 58:23 59:2 59:9 60:10 64:8 70:4 71:4 73:12 73:19 74:8 74:14 74:16 74:21 74:23 75:5 75:13 75:14 76:7 76:8 76:10 76:14 76:20 76:22 77:4 77:17 79:4 79:8 79:20 79:22 80:5 80:6 80:8 80:17 80:24 81:4 82:25 83:14 83:15 83:17 83:20 83:24 84:7 84:19 85:1 87:6 87:12

**william**(1) 4:33

**willkie**(2) 3:5 4:14

**wilmington**(9) 1:12 1:26 2:22 2:36 2:49 3:15 3:22 34:1 61

**wind**(1) 53:19

**wish**(2) 75:21 88:16

**wished**(1) 55:3

**wishes**(1) 26:3

**with**(139) 6:17 7:8 7:9 8:3 8:25 9:7 9:24 10:10 10:19 10:25 11:15 11:24 12:3 12:4 12:9 12:10 12:15 12:16 12:25 14:2 15:3 17:4 17:16 17:22 18:6 18:7 18:10 20:2 20:4 20:11 20:14 20:17 21:2 21:23 22:1 22:3 22:7 22:15 22:16 22:19 23:3 23:16 23:18 23:24 24:6 24:14 24:18 24:25 26:24 27:3 28:3 29:18 29:19 31:21 32:21 36:6 37:12 38:8 39:7 40:1 40:6 40:11 40:13 41:8 42:14 43:4 43:17 43:25 44:17 44:18 46:12 47:22 49:16 49:18 50:22 51:25 52:1 52:1 52:18 53:16 53:17 53:19 54:12 55:25 56:3 56:23 57:7 58:20 59:11 59:15 59:16 59:21 59:23 62:1 62:6 62:20 63:8 63:21 65:8 66:14 67:11 67:16 67:19 68:8 73:13 74:2 74:10 74:12 74:13 76:3 76:12 76:14 76:19 76:20 78:1 78:16 78:19 78:25 79:11 80:3 81:1 82:2 82:6 82:7 82:20 82:21 83:22 84:11 85:19 86:11 86:23 87:3 87:12 88:10 88:22 88:23 89:16

**withdrawn**(1) 87:3

**within**(4) 24:20 36:8 72:11 82:24

**without**(6) 13:22 21:23 22:23 42:12 67:18 82:11

**witness**(46) 13:4 15:14 18:24 22:22 23:1 23:3 24:6 25:13 29:10 29:10 29:12 29:17 29:17 31:10 32:5 32:20 33:8 35:20 36:1 37:15 40:2 40:8 40:22 40:25 41:3 43:24 44:3 44:12 46:8 46:10 46:13 46:15 46:16 46:19 46:21 47:9 49:11 49:18 52:13 52:23 53:8 53:10 58:22 59:7 60:22 80:8

**witnesses**(39) 11:25 12:2 14:5 14:6 14:8 15:24 18:10 19:6 22:22 23:7 23:10 28:22 28:23 29:2 29:3 30:4 31:4 31:9 31:23 32:9 33:2 35:9 39:14 42:15 42:23 43:7 43:10 46:6 51:2 51:2 56:18 74:15 74:22 74:23 75:10 75:16 80:2 80:6 80:10

**witness'**(1) 24:4

**wonderful**(3) 9:9 9:8 16:21

**won't**(4) 20:10 29:19 45:24 84:22

**words**(6) 12:3 21:21 25:13 52:24 76:20 86:22

**work**(17) 8:7 17:23 34:6 40:11 54:12 54:23 54:24 69:1 69:2 69:8 79:3 81:21 81:21 84:24 85:1 85:5 85:8

**worked**(1) 8:4

**working**(3) 37:19 38:12 67:3

**worse**(1) 34:10

**worth**(1) 10:10

**would**(89) 6:21 7:11 9:4 11:24 13:17 14:23 15:13 15:23 17:15 17:17 18:24 19:3 20:23 21:16 22:5 22:6 22:22 25:19 28:1 30:8 31:5 31:6 33:5 36:20 37:1 38:20 40:16 40:19 41:10 42:5 42:16 42:22 43:1 43:6 43:10 44:10 44:12 44:6 47:15 47:16 48:1 48:10 51:1 51:17 52:11 54:4 56:7 56:7 56:9 57:4 57:6 58:22 59:3 59:8 59:15 61:16 61:20 65:1 66:21 68:12 69:4 69:17 69:22 71:16 71:17 72:16 73:14 73:16 75:4 75:8 76:6 76:15 77:24 81:19 81:20 83:5 83:13 83:24 84:3 84:3 84:11 85:8 85:13 86:23 88:9 88:24 89:9 89:11 89:19

**wouldn't**(7) 17:18 30:7 61:19 68:17 87:24 89:17 89:20

**wrap**(1) 57:23

**writing**(2) 65:17 65:17

**written**(1) 44:2

**wrong**(3) 27:24 65:15 65:15

**wrongdoing**(3) 60:4 60:5 62:14

**wronged**(1) 62:14

**wrote**(1) 52:8

**wunder**(1) 5:5

| Word | Page:Line |
|------|-----------|

**www.diazdata.com**(1) 1:42

**year**(1) 75:13

**years**(2) 10:14  14:4

**yell**(1) 8:12

**yes**(66) 6:23  7:10  7:19  8:8  8:11  9:13  10:6
14:11  16:25  19:9  19:21  19:24  23:6  23:20
24:12  27:21  28:6  29:5  30:2  30:4  31:7
33:23  37:11  38:5  38:15  38:15  39:18  42:18
43:19  45:5  46:18  46:25  48:17  49:19  49:4
50:3  50:11  56:1  57:21  58:8  58:10  58:24
62:25  66:24  70:20  70:24  71:20  71:22
72:24  74:1  77:13  78:10  78:12  82:8  82:9
83:7  83:17  84:14  84:16  85:20  86:3  86:6
86:8  86:14  87:23  88:5

**yet**(6) 15:22  74:20  79:3  79:6  82:15  82:18

**york**(6) 1:33  2:9  2:16  2:28  2:43  3:9

**you**(206) 6:3  6:10  6:23  6:25  6:25  7:13
7:19  7:21  7:22  7:23  8:3  8:12  8:17  8:18
9:3  9:9  9:10  9:16  10:8  12:4  12:5  12:15
12:22  12:25  13:7  13:21  14:10  15:13  15:14
16:1  16:7  16:8  16:9  16:10  16:11  16:21
17:8  17:10  17:11  17:13  17:14  18:2  19:15
19:16  20:4  21:10  21:12  21:22  21:23  22:1
22:1  22:11  22:12  22:14  23:25  24:2  24:10
24:11  24:14  24:14  24:16  24:18  26:6  26:24
27:3  27:10  27:11  28:25  29:1  29:3  29:3
30:3  30:4  30:5  31:10  33:16  33:21  34:7
34:19  34:22  35:14  35:24  35:25  37:23
37:24  38:3  38:12  39:21  40:21  40:24  41:16
41:24  43:23  44:23  45:20  45:21  45:22
45:23  46:6  46:7  46:9  46:19  47:5  48:1
49:2  49:4  49:17  49:18  50:1  50:16  50:17
51:4  52:12  52:16  52:16  52:16  52:17  52:19
52:20  53:1  53:2  53:3  53:24  54:13  55:5
55:5  55:7  55:8  55:25  56:21  57:10  58:5
59:24  61:11  61:21  63:25  64:4  64:4  64:7
65:9  66:25  68:14  68:14  68:22  68:23  69:17
69:18  70:1  70:2  70:12  70:25  71:1  72:10
72:12  72:18  72:21  72:22  72:24  72:25  73:2
74:3  74:4  75:14  76:23  77:11  77:11  77:12
77:20  77:22  79:7  79:14  79:16  80:7  80:15
81:7  81:8  81:9  81:21  83:25  84:1  84:22
84:24  85:9  85:12  85:18  85:19  85:22  85:24
87:7  87:16  87:24  88:19  88:22  89:5  89:7
89:7  89:12  89:16  89:25  90:2  90:3  90:6
90:10  90:11  90:12  90:14

**you've**(1) 77:9

**young**(2) 2:31  3:27

**your**(125) 6:6  6:25  7:2  7:3  7:12  7:15  7:18
7:21  7:24  9:4  9:15  10:1  10:13  10:25
12:22  14:1  15:4  16:5  16:23  17:12  18:9
19:5  19:14  19:20  21:19  21:22  24:13  25:15
26:2  26:8  26:21  27:4  27:14  27:19  29:2
30:5  33:6  33:17  33:19  34:13  34:22  35:1
35:1  36:16  37:3  39:17  41:24  43:14  43:17
44:2  44:21  45:1  46:16  48:17  48:19  49:14
49:16  50:1  52:13  53:2  53:15  54:18  55:5
58:5  58:7  58:13  59:14  60:20  61:15  61:16
61:23  62:21  62:22  64:17  64:23  65:13
65:20  66:1  66:14  67:20  68:10  68:23  70:7
71:3  71:19  72:7  72:11  72:19  72:24  77:11
77:19  77:21  78:10  79:17  80:13  81:20
81:22  82:1  82:7  83:17  84:5  85:4  85:19
86:7  86:11  86:12  86:15  86:23  87:1  87:7
87:10  87:16  87:20  88:1  88:2  88:3  89:4
89:6  89:18  89:21  90:4  90:6  90:7  90:10
90:11

**yours**(1) 37:18

**you'll**(1) 87:11

**you're**(8) 19:16  19:18  46:18  55:24  61:11
61:12  78:17  78:25

**you've**(6) 14:24  63:23  63:25  70:8  70:11
70:13

**zero**(1) 34:3

**zloto**(1) 5:9

**"knowledgeable**(1) 24:4

**"separately**(1) 22:17