# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 9/20/2013 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 69 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| ust | Thomas Patrick Tinker | thomas.p.tinker@usdoj.gov |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond Howard Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Tamara K. Minott | tminott@mnat.com |
| aty | William M. Alleman, Jr. | walleman@mnat.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard        Richardson, TX 75082 |
| frep | Allen &Overy LLP, | 1221 Avenue of the Americas        New York, NY 10020 |
| aty | Wilson−Milne | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Aatif Iqbal | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Adam M. Slavens | 79 Wellington Street West        30th Floor        Box 270, TD Centre        Toronto        ON, M5K 1N2 CANADA |
| aty | Alexandra S. McCown | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Andrew Gray | 79 Wellington Street West        30th Floor        Box 270, TD Centre        Toronto        ON, M5K 1N2 CANADA |
| aty | Ashley E. Siegel | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Avram E. Luft | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Brent M. Tunis | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Daniel D. Queen | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Darryl G. Stein | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Elizabeth C. Block | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Inna Rozenberg | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | J. Anne Marie Beisler | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Jacob S. Pultman | Allen &Overy LLP        1221 Avenue of the Americas        New York, NY 10020 |
| aty | Jacqueline Moessner | Cleary Gottlieb Steen &Hamilton LLP        1 Liberty Plaza        New York, NY 10006 |
| aty | James Gotowiec | 79 Wellington Street West        30th Floor        Box 270, TD Centre        Toronto        ON, M5K 1N2 CANADA |
| aty | James P. Barabas | Allen &Overy LLP        1221 Avenue of the Americas        New York, NY 10020 |
| aty | Jennifer M. Westerfield | Cleary Gottlieb Steen &Hamilton, LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Jeremy R. Opolsky | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Jesse D.H. Sherrett | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Justin L. Ormand | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Kamal Sidhu | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Ken Coleman | Allen &Overy LLP        1221 Avenue of the Americas        New York, NY 10020 |
| aty | Kyle A. Dandelet | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Lauren L. Peacock | Cleary Gottlieb Steen &Hamilton LLP        1 Liberty Plaza        New York, NY 10006 |
| aty | Lisa Kraidin | Allen &Overy LLP        1221 Avenue of The Americas        New York, NY 10020 |
| aty | Louis A. Lipner | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Mark S. Grube | Cleary Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Marla Decker | Clery Gottlieb Steen &Hamilton LLP        One Liberty Plaza        New York, NY 10006 |
| aty | Matthew Gurgel | Cleary Gottlieb Steen &Hamilton LLP        1 Liberty Plaza        New York, NY 10006 |
| aty | Michael D. Sadowitz | Allen &Overy LLP        1221 Avenue of the Americas        New York, NY 10020 |

aty    Molly Reynolds    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA

aty    Neil P Forrest    Cleary Gottlieb Steen &Hamiton LLP    One Liberty Plaza    New York, NY 10006

aty    Nora K Abularach    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Rene E. Thorne    Jackson Lewis LLP    650 Poydras Street    Suite 1900    New Orleans, LA 70130

aty    Robert J. Ryan    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Sarah Brynn Lyerly    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Scott A. Bomhof    Torys LLP    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto, ON M5K 1N2

aty    Scott D. McCoy    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Sheila R. Block    79 Wellington Street West    30th Floor    Box 270 TD Centre    Toronto    ON, M5K 1N2 CANADA

aty    Shira Kaufman    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Temidayo Aganga–Williams    Cleary Gottlieb Steen &Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Thomas F. Driscoll, III    Morris, Nichols, Arsht &Tunnell LLP    1201 North Market Street    Wilmington, DE 19801

TOTAL: 45