# EXHIBIT A

## No-Basis Claims

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| PAYNE, BARBARA N<br>5006 REDVINE WAY<br>CHATTANOONA, TN  37343 | 7381<br>8/16/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$49,050.00 (U)<br>$60,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| PINO, JOSEPH A., SR.<br>3 CHERYL ANN CT<br>BERLIN, NJ  08009 | 3177<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$91,520.00 (P)<br>- (U)<br>$91,520.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| THOMAS, DELORIS F.<br>101 EAST TIFFANY DRIVE<br>APT 4<br>WEST PALM BEACH, FL  33407 | 8484<br>4/25/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,960,000.00 (U)<br>$25,960,000.00 (T) | The claim asserts liability for alleged entitlements including health care, property damage and loss due to 9-11."<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| WRIGHT, KATRINA<br>1631 W 37TH STREET<br>RIVERA BEACH, FL  33404 | 8460<br>2/14/13<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**No-Basis Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WRIGHT, KATRINA<br>5080 FOXHALL DRIVE S<br>WEST PALM BEACH, FL  33417 | 8461<br>2/14/13<br>09-10139<br>Nortel Networks<br>Capital Corporation | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| **Totals:** | **5 Claims** | - (S)<br>- (A)<br>$102,470.00 (P)<br>$26,009,050.00 (U)<br>$26,111,520.00 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 2 of 2*