# EXHIBIT B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis 503(b)(9) and No-Basis Pension Claims**

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| AL-DAYAA, HANI 72 OLD STAGE ROAD CHELMSFORD, MA  01824 | 2206 8/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $31,852.25 (U) $31,852.25 (T) | - (S) $0.00 (A) $4,564.36 (P) $30,747.51 (U) $35,311.87 (T) | | The claim asserts liability for termination benefits.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 49*

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ANDUX, ALBERT<br>9304 MIRANDA DR.<br>RALEIGH, NC  27617 | 533<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$89,468.60 (P)<br>- (U)<br>$89,468.60 (T) | - (S)<br>$0.00 (A)<br>$2,814.32 (P)<br>$91,002.75 (U)<br>$93,817.07 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| ANDUX, ALBERT<br>9304 MIRANDA DR<br>RALEIGH, NC  27617 | 534<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,200.00 (U)<br>$5,200.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 533 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 533 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ASM SIP, L.P. TRANSFEROR: FENTRESS, BRANDON ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY  11797 | 4703 9/29/09 NO DEBTOR | - (S) - (A) - (P) $43,074.96 (U) $43,074.96 (T) | - (S) $1,227.97 (A) $1,248.78 (P) $28,236.29 (U) $30,713.04 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ASM SIP, L.P. TRANSFEROR: CAMPBELL, MICHAEL ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 6038 10/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $85,588.86 (U) $85,588.86 (T) | - (S) $1,421.68 (A) $1,569.96 (P) $85,091.59 (U) $88,083.23 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ASM SIP, L.P.<br>TRANSFEROR: WILDEE, CHANDRA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 8270<br>5/23/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$35,350.77 (U)<br>$35,350.77 (T) | - (S)<br>$8,524.92 (A)<br>$1,309.29 (P)<br>$24,214.54 (U)<br>$34,048.75 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 5 of 49*

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BELANGER, KERRY E<br>1054 EAGLE RIDGE WAY<br>MILPITAS, CA  95035 | 72<br>1/27/09<br>09-10140<br>Nortel Altsystems, Inc. | - (S)<br>- (A)<br>- (P)<br>$38,411.28 (U)<br>$38,411.28 (T) | - (S)<br>$0.00 (A)<br>$5,477.75 (P)<br>$28,621.90 (U)<br>$34,099.65 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| BRADSHAW, CHARLES W., JR.<br>3319 MEADOW WOOD DRIVE<br>RICHARDSON, TX  75082 | 1644<br>8/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,052.93 (P)<br>$87,160.21 (U)<br>$87,160.21 (T) | - (S)<br>$0.00 (A)<br>$5,422.30 (P)<br>$82,562.10 (U)<br>$87,984.40 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BREKKE, LAWRENCE<br>755 N. FAVER DR<br>CASTLE ROCK, CO  80109 | 8452<br>1/28/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$65,711.30 (U)<br>$76,661.30 (T) | - (S)<br>$0.00 (A)<br>$7,044.23 (P)<br>$69,617.06 (U)<br>$76,661.29 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| CAMPBELL, MICHAEL A<br>10200 INDEPENDENCE PKWY APT 1922<br>PLANO, TX  75025-8243 | 2775<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$85,588.86 (U)<br>$85,588.86 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6038 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6038 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA  01450 | 2222<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,511.20 (U)<br>$32,511.20 (T) | - (S)<br>$0.00 (A)<br>$5,341.85 (P)<br>$31,466.63 (U)<br>$36,808.48 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CHAVEZ, AURELIA<br>4204 LAVACA DRIVE<br>PLANO, TX  75074 | 95<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$63,004.67 (U)<br>$63,004.67 (T) | - (S)<br>$0.00 (A)<br>$2,516.75 (P)<br>$50,426.39 (U)<br>$52,943.14 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA  95070 | 6752<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6757 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6757 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHONG, BAK LENG 19070 BROOKVIEW DRIVE SARATOGA, CA 95070 | 6754 1/19/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 6757 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6757 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| CHONG, BAK LENG 19070 BROOKVIEW DRIVE SARATOGA, CA 95070 | 6756 1/19/10 09-12515 Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 6757 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6757 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CLINE, BARRY 1117 GREENLEA DR. APEX, NC  27523 | 166 2/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $57,389.25 (U) $57,389.25 (T) | - (S) $0.00 (A) $2,210.93 (P) $60,647.07 (U) $62,858.00 (T) | | The claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| CLINE, BARRY 1117 GREENLEA DR. APEX, NC  27523 | 167 2/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) $3,634.00 (P) - (U) $3,634.00 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 166 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 166 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DANG, HUNG 1410 NORMANDY LANE ALLEN, TX 75002 | 2369 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $31,555.74 (U) $31,555.74 (T) | - (S) $0.00 (A) $2,324.06 (P) $33,680.85 (U) $36,004.91 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 12 of 49*

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| EQUITY TRUST COMPANY CUSTODIAN FBO TRANSFEROR: LAFRENIERE, SYLVIE 109806 & 109595 IRAS C/O FAIR HARBOR CAPITAL, LLC, PO BOX 237037 NEW YORK, NY  10023 | 613 3/17/09 NO DEBTOR | - (S) - (A) - (P) $57,864.13 (U) $57,864.13 (T) | - (S) $533.44 (A) $1,882.72 (P) $83,948.53 (U) $86,364.69 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAN, QUN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY  10023 | 4617<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$12,424.44 (P)<br>- (U)<br>$12,424.44 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 5643 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5643 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAN, QUN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY  10023 | 5588<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$12,424.44 (P)<br>- (U)<br>$12,424.44 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 5643 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5643 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: HAN, QUN ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 5643 9/30/09 NO DEBTOR | - (S) - (A) $12,424.44 (P) - (U) $12,424.44 (T) | - (S) $0.00 (A) $5,101.05 (P) $7,323.39 (U) $12,424.44 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF LINDA CHMIELESKI<br>PO BOX 237037<br>NEW YORK, NY 10023 | 8142<br>1/6/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,294.07 (P)<br>$11,912.39 (U)<br>$19,206.46 (T) | - (S)<br>$0.00 (A)<br>$7,294.07 (P)<br>$12,369.12 (U)<br>$19,663.19 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FENTRESS, BRANDON<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | 4702<br>9/29/09<br>NO DEBTOR | Unspecified* | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 4703 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 4703 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | 4709<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$26,039.39 (U)<br>$26,039.39 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8464 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8464 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FOGLIA, JUDY 6516 CRESTMOOR LANE SACHSE, TX 75048 | 8462 2/28/13 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $443.54 (U) $443.54 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8464 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8464 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| FOGLIA, JUDY 6516 CRESTMOOR LANE SACHSE, TX 75048 | 8463 2/28/13 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $462.02 (U) $462.02 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8464 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8464 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FOGLIA, JUDY 6516 CRESTMOOR LANE SACHSE, TX 75048 | 8464 2/28/13 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $25,133.83 (U) $25,133.83 (T) | - (S) $0.00 (A) $6,581.43 (P) $19,761.90 (U) $26,343.33 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| GAROS, JOHAN K. 6708 TOWN BLUFF DRIVE DALLAS, TX 75248 | 340 2/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $10,878.48 (U) $21,828.48 (T) | - (S) $0.00 (A) $6,247.56 (P) $20,022.10 (U) $26,269.66 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GOINS, PETRA 2982 MARLOW LANE RICHARDSON, TX 75082 | 2690 9/8/09 09-10138 Nortel Networks Inc. | - (S) - (A) $15,749.41 (P) $2,388.08 (U) $18,137.49 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 6998 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6998 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GOINS, PETRA B. 2982 MARLOW LANE RICHARDSON, TX 75082 | 51 1/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,505.38 (P) $25,245.37 (U) $32,750.75 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 6998 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6998 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GOINS, PETRA B. 2982 MARLOW LANE RICHARDSON, TX 75082 | 6995 1/26/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $15,749.41 (P) $2,388.08 (U) $18,137.49 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 6998 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6998 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GOINS, PETRA B. 2982 MARLOW LANE RICHARDSON, TX 75082 | 6996 1/26/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $15,749.41 (P) $2,388.08 (U) $18,137.49 (T) | Disallowed | | The claim asserts liability for termination benefits.  Claim is redundant of claim 6998 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6998 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GOINS, PETRA B. 2982 MARLOW LANE RICHARDSON, TX 75082 | 6997 1/26/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $15,749.41 (P) $2,388.08 (U) $18,137.49 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 6998 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6998 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GOINS, PETRA B. 2982 MARLOW LANE RICHARDSON, TX 75082 | 6998 1/26/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $15,749.41 (P) $2,388.08 (U) $18,137.49 (T) | - (S) $0.00 (A) $5,555.63 (P) $14,309.98 (U) $19,865.61 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HETZEL, BRADLEY D.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 46<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$245,587.62 (U)<br>$245,587.62 (T) | - (S)<br>$0.00 (A)<br>$3,487.60 (P)<br>$65,544.21 (U)<br>$69,031.81 (T) | | The claim asserts liability for termination benefits and defined benefit pension benefits.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAN, QUN 24 SPENCER AVE., APT. 2 SOMERVILLE, MA  02144 | 5642 9/30/09 NO DEBTOR | - (S) - (A) $3,200.70 (P) - (U) $3,200.70 (T) | - (S) $0.00 (A) $683.57 (P) $1,291.99 (U) $1,975.56 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HOANG, VINH<br>2200 STACIA CT<br>PLANO, TX  75025 | 3187<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$51,756.68 (U)<br>$51,756.68 (T) | - (S)<br>$0.00 (A)<br>$4,351.07 (P)<br>$45,598.71 (U)<br>$49,949.78 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 23 of 49*

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| JABAUT, RENEE<br>5553 CHESBRO AVE.<br>SAN JOSE, CA  95123 | 8451<br>1/24/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,163.60 (P)<br>- (U)<br>$11,163.60 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,194.96 (U)<br>$12,194.96 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KEMP, CHRISTAL<br>1257 MOHR CIRCLE<br>MANTECA, CA 95337 | 8390<br>10/12/12<br>NO DEBTOR | $35,568.06 (S)<br>- (A)<br>$35,568.06 (P)<br>- (U)<br>$35,568.06 (T) | - (S)<br>$0.00 (A)<br>$3,107.37 (P)<br>$34,171.05 (U)<br>$37,278.42 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KILLION, MARY<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | 3900<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,907.96 (P)<br>$10,010.52 (U)<br>$15,918.48 (T) | - (S)<br>$0.00 (A)<br>$2,144.20 (P)<br>$15,451.40 (U)<br>$17,595.60 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| KILLION, MARY<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | 3901<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$802.76 (U)<br>$802.76 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3900 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3900 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| KILLION, MARY L.<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | 155<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,183.75 (U)<br>$16,183.75 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3900 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3900 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LAFRENIERE, SYLVIE<br>3517 HARLINGTON LN<br>RICHARDSON, TX  75082 | 2355<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$24,038.05 (U)<br>$24,038.05 (T) | - (S)<br>$13.06 (A)<br>$46.08 (P)<br>$2,054.68 (U)<br>$2,113.82 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIAO, TUAN 209 GLENMORE RD CHAPEL HILL, NC 27516 | 4108 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $62,582.04 (U) $62,582.04 (T) | - (S) $0.00 (A) $6,351.83 (P) $57,368.10 (U) $63,719.93 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FITZPATRICK, KEVIN M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 1029<br>4/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>$38,486.50 (P)<br>- (U)<br>$38,486.50 (T) | - (S)<br>$1,225.80 (A)<br>$2,372.52 (P)<br>$37,512.05 (U)<br>$41,110.37 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAN, THU-ANH T<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 3148<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,858.43 (P)<br>- (U)<br>$7,858.43 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8159 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAN, THU-ANH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 3149<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8159 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| MA, CHEN-CHEN<br>7921 CONSTITUTION DR<br>PLANO, TX  75025 | 4424<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,230.10 (P)<br>$41,443.15 (U)<br>$52,673.25 (T) | - (S)<br>$0.00 (A)<br>$2,455.02 (P)<br>$51,671.92 (U)<br>$54,126.94 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MALONE-WILLIAMSON, CONNIE C<br>197 HILL COUNTRY ROAD 4141<br>ITASCA, TX  76055-5011 | 79<br>1/28/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | $7,034.18 (S)<br>- (A)<br>$29,543.54 (P)<br>$22,509.36 (U)<br>$29,543.54 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 1544 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 1544 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MALONE-WILLIAMSON, CONNIE C<br>197 HILL COUNTY RD 4141<br>ITASCA, TX  76055 | 1544<br>7/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$46,300.36 (U)<br>$57,250.36 (T) | - (S)<br>$0.00 (A)<br>$4,643.02 (P)<br>$27,591.96 (U)<br>$32,234.98 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| MCCOY, LAWRENCE W.<br>321 CHAPARRAL DRIVE<br>RICHARDSON, TX  75080 | 654<br>3/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$35,634.22 (U)<br>$46,584.22 (T) | - (S)<br>$0.00 (A)<br>$6,581.35 (P)<br>$39,838.17 (U)<br>$46,419.52 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MEHROTRA, ASHISH 4316 CUTTER SPRINGS CT. PLANO, TX 75024 | 422 2/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) $5,640.30 (P) $40,337.46 (U) $45,977.76 (T) | - (S) $0.00 (A) $4,862.27 (P) $40,135.03 (U) $44,997.30 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MORAN, GAYLE 2347 ASHLEY PARK BLVD. PLANO, TX 75074 | 2615 9/4/09 09-10138 Nortel Networks Inc. | - (S) - (A) $3,845.91 (P) $16,923.30 (U) $20,769.21 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 2616 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2616 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| MORAN, GAYLE 2347 ASHLEY PARK BLVD. PLANO, TX 75074 | 2616 9/4/09 09-10138 Nortel Networks Inc. | - (S) - (A) $3,845.91 (P) $16,923.30 (U) $20,769.21 (T) | - (S) $0.00 (A) $6,171.68 (P) $17,007.28 (U) $23,178.96 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| O'BOYLE, MICHAEL J.<br>408 TIRRELL HILL ROAD<br>GOFFSTOWN, NH  03045 | 117<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$46,800.90 (U)<br>$46,800.90 (T) | - (S)<br>$0.00 (A)<br>$5,555.65 (P)<br>$42,529.03 (U)<br>$48,084.68 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 33 of 49*

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PATTEN, STEPHANIE C.<br>158 ELAM CT.<br>NEW HILL, NC  27562 | 1329<br>6/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,082.34 (U)<br>$23,082.34 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,925.46 (U)<br>$23,925.46 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX  75023 | 3902<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$15,347.50 (P)<br>- (U)<br>$15,347.50 (T) | - (S)<br>$0.00 (A)<br>$8,757.51 (P)<br>$9,031.54 (U)<br>$17,789.05 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| REIFF, CRAIG A.<br>36 APRIL DRIVE<br>LITCHFIELD, NH 03052 | 346<br>2/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,680.03 (U)<br>$41,680.03 (T) | - (S)<br>$0.00 (A)<br>$5,762.53 (P)<br>$39,971.36 (U)<br>$45,733.89 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| RITSON, ROBERT A.<br>9709 SPRING DRIVE<br>FRISCO, TX 75035 | 82<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,547.08 (P)<br>$23,198.50 (U)<br>$32,745.58 (T) | - (S)<br>$0.00 (A)<br>$1,824.97 (P)<br>$25,510.99 (U)<br>$27,335.96 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ROY, JOHN 44 ROCKY POND RD BROOKLINE, NH  03033 | 4085 9/28/09 NO DEBTOR | - (S) - (A) - (P) $83,832.81 (U) $83,832.81 (T) | - (S) $0.00 (A) $5,440.58 (P) $39,887.58 (U) $45,328.16 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits and defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| | | | | | provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| SHAH, RAJIV 2308 HIGH COUNTRY WY PLANO, TX  75025 | 4591 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $14,950.00 (P) $17,527.40 (U) $32,477.40 (T) | - (S) $0.00 (A) $7,432.33 (P) $27,751.79 (U) $35,184.12 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SILLS, DENISE H. 106 STONEYBROOK RD. CHAPEL HILL, NC 27516 | 858 4/6/09 NO DEBTOR | - (S) - (A) $53,953.90 (P) - (U) $53,953.90 (T) | - (S) $0.00 (A) $2,105.99 (P) $57,212.38 (U) $59,318.37 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SILLS, DENISE H.<br>106 STONEYBROOK RD.<br>CHAPEL HILL, NC 27516 | 861<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$4,004.28 (U)<br>$4,004.28 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 858 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 858 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SOLUS RECOVERY LH FUND LP.<br>TRANSFEROR: CHONG, BAK LENG<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 911<br>4/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$28,807.68 (U)<br>$28,807.68 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6757 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6757 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SOLUS RECOVERY LH FUND LP.<br>TRANSFEROR: CHONG, BAK LENG<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 6753<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$28,807.69 (U)<br>$28,807.69 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6757 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6757 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SOLUS RECOVERY LH FUND LP.<br>TRANSFEROR: CHONG, BAK LENG<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 6755<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$28,807.69 (U)<br>$28,807.69 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6757 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6757 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY LH FUND LP.<br>TRANSFEROR: CHONG, BAK LENG<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 6757<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$28,807.69 (U)<br>$28,807.69 (T) | - (S)<br>$506.15 (A)<br>$660.19 (P)<br>$11,645.01 (U)<br>$12,811.35 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SRINIVASAN, SEKAR 1809 EAGLE GLEN DR ROSEVILLE, CA 95661-4025 | 546 3/10/09 NO DEBTOR | - (S) - (A) - (P) $33,738.46 (U) $33,738.46 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3582 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3582 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SRINIVASAN, SEKAR 1809 EAGLE GLEN DR ROSEVILLE, CA 95661-4025 | 3582 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) $5,328.48 (P) $28,584.62 (U) $33,913.10 (T) | - (S) $0.00 (A) $4,656.40 (P) $31,622.59 (U) $36,278.99 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STONE, GEORGE<br>41 LOUISE DR.<br>HOLLIS, NH  03049 | 3059<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,452.39 (U)<br>$42,452.39 (T) | - (S)<br>$0.00 (A)<br>$5,441.02 (P)<br>$40,969.17 (U)<br>$46,410.19 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STRICKLAND, BRYAN R<br>614 SLOOP POINTE LN<br>KURE BEACH, NC  28449 | 8471<br>4/1/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$562.73 (P)<br>- (U)<br>$562.73 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566.46 (U)<br>$566.46 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SUTHERLAND, ANTHONY<br>4151 MONUMENT HILLS WAY<br>APT 15207<br>FAIRFAX, VA 22030 | 8449<br>1/22/13<br>NO DEBTOR | $27,181.05 (S)<br>- (A)<br>- (P)<br>- (U)<br>$27,181.05 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,181.05 (U)<br>$27,181.05 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | 2036<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 5390 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5390 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL  33027 | 5390<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,355.52 (U)<br>$17,355.52 (T) | - (S)<br>$0.00 (A)<br>$2,827.21 (P)<br>$16,436.71 (U)<br>$19,263.92 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| VINAIXA, TANIA E.<br>16345 SW 9TH STREET<br>PEMBROKE PINES, FL  33027 | 208<br>2/9/09<br>09-10150<br>Nortel Networks<br>International Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,935.60 (U)<br>$12,885.60 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 5390 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5390 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WAHEED, SHAHID 5204 SAINT CROIX CT. RICHARDSON, TX 75082 | 438 3/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) $53,987.31 (P) - (U) $53,987.31 (T) | - (S) $0.00 (A) $6,745.70 (P) $42,918.50 (U) $49,664.20 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| WARD, ANDREW D. 1804 HIGHLAND PARK RD. DENTON, TX 76205 | 401 2/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) $13,591.05 (P) $19,748.72 (U) $33,339.77 (T) | - (S) $0.00 (A) $4,899.38 (P) $28,588.67 (U) $33,488.05 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WILDEE, CHANDARA<br>4821 BASILDON CT<br>APEX, NC 27539 | 7998<br>9/20/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$31,628.80 (U)<br>$31,628.80 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8270 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8270 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| YANG, WENDY<br>3961 KERN CT<br>PLEASANTON, CA 94588-4427 | 57<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$32,715.00 (P)<br>- (U)<br>$32,715.00 (T) | - (S)<br>$0.00 (A)<br>$5,687.15 (P)<br>$30,320.72 (U)<br>$36,007.87 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| **Totals:** | **80 Claims** | **$69,783.29 (S)**<br>**- (A)**<br>**$652,999.41 (P)**<br>**$1,994,152.59 (U)**<br>**$2,633,770.76 (T)** | **- (S)**<br>**$13,453.02 (A)**<br>**$468,519.97 (P)**<br>**$2,362,235.17 (U)**<br>**$2,844,208.16 (T)** | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed