## EXHIBIT C

## No-Basis Pension Claims

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ANDUX, ALBERT<br>9304 MIRANDA DR<br>RALEIGH, NC  27617 | 535<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$251,558.64 (U)<br>$251,558.64 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ARTZER-OWENS, GAIL<br>711 SHERMAN STREET<br>GOODLAND, KS  67735 | 5892<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>$276,553.60 (P)<br>- (U)<br>$276,553.60 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CLARK, ROBERT F<br>116 HUNTSMOOR LN<br>CARY, NC  27513 | 5900<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>$8,567.59 (P)<br>- (U)<br>$8,567.59 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DE LOS ANGELES<br>867 BLOSSOM DR<br>SANTA CLARA, CA  95050 | 3169<br>9/19/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DE LOS ANGELES, SALVADOR<br>867 BLOSSOM DRIVE<br>SANTA CLARA, CA  95050 | 2521<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>$3,400.00 (P)<br>- (U)<br>$3,400.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FITZPATRICK, KEVIN M.<br>5760 DEVONSHIRE WAY<br>CUMMING, GA  30040 | 1028<br>4/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>$45,380.40 (P)<br>- (U)<br>$45,380.40 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 3*

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PARTON, JOYCE 211 PACE FOREST CT APT 413 RALEIGH, NC 27612-6430 | 7080 2/5/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $123,408.95 (P) - (U) $123,408.95 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| REVA, WALTER 1706 WAVERLY CT RICHARDSON, TX 75082 | 5771 10/1/09 NO DEBTOR | - (S) - (A) - (P) $425,571.00 (U) $425,571.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| REVA, WALTER 1706 WAVERLY CT RICHARDSON, TX 75082 | 5773 10/1/09 NO DEBTOR | - (S) - (A) - (P) $133,229.46 (U) $133,229.46 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SILLS, DENISE H. 106 STONEYBROOK RD. CHAPEL HILL, NC 27516 | 859 4/6/09 NO DEBTOR | - (S) - (A) - (P) $105,145.70 (U) $105,145.70 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SOLUS RECOVERY FUND LP TRANSFEROR: LOGUE, JOSEPH ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10022 | 5565 9/30/09 NO DEBTOR | - (S) - (A) $161,200.00 (P) $161,200.00 (U) $161,200.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THOMPSON, ALEX J. 207 LAURIE LANE CARY, NC 27513 | 8338 8/13/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $53,492.13 (U) $53,492.13 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| THOMPSON, ALEX J.<br>207 LAURIE LANE<br>CARY, NC  27513 | 8348<br>8/23/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$77,246.40 (U)<br>$77,246.40 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN  38506 | 5655<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>$16,089.69 (P)<br>- (U)<br>$16,089.69 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN  38506 | 5656<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$21,920.19 (U)<br>$21,920.19 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VINAIXA, TANIA<br>16345 SW 9TH STREET<br>PEMBROKE PINES, FL  33027 | 5391<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| **Totals:** | **16 Claims** | **- (S)**<br>**- (A)**<br>**$634,600.23 (P)**<br>**$1,229,363.52 (U)**<br>**$1,702,763.75 (T)** | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed