# **EXHIBIT A**

**No-Basis Claims**

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BOWEN, KAY L.<br>617 LINDLEY DR.<br>DURHAM, NC  27703 | 8308<br>7/2/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$46,792.00 (U)<br>$46,792.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BRANTLEY, L. KATHERINE<br>3703 HIGHGATE DR APT E<br>DURHAM, NC  27713 | 7891<br>8/5/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$13,750.00 (U)<br>$13,750.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CALVA, CINDY<br>622 HALCYON MEADOW<br>CARY, NC  27519 | 8014<br>10/3/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$168,000.00 (U)<br>$168,000.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CAREY, RAYMOND J.<br>820 HEDGCOXE RD<br>PLANO, TX  75025 | 7674<br>3/31/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,309.92 (U)<br>$40,309.92 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX  76006 | 3639<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,501.58 (U)<br>$36,501.58 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| COLTON, JAY<br>90 BROOKDALE PLACE<br>NEWTOWN, PA  18940 | 2619<br>9/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$28,270.10 (U)<br>$28,270.10 (T) | The claim asserts liability for unpaid salary.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| COWAN, RICHARD H.<br>461 LAFAYETTE RD.<br>ROCHESTER, NY  14609 | 8466<br>3/7/13<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$18,590.40 (U)<br>$18,590.40 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DILEN, GREGG R.<br>1003 QUEENSFERRY RD.<br>CARY, NC  27511 | 8313<br>7/13/12<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$42,942.31 (U)<br>$42,942.31 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ELLERMAN, GREGORY M.<br>500 THROCKMORTON ST.<br>#2401<br>FORT WORTH, TX  76102 | 8477<br>4/22/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$30,924.00 (U)<br>$30,924.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ELLERMAN, ROBYN<br>500 THROCKMORTON ST.<br>#2401<br>FORT WORTH, TX  76102 | 8481<br>4/22/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,468.00 (U)<br>$6,468.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ERDEY, ROBERT<br>4915 NORTHRIDGE DR.<br>CUMMING, GA  30040 | 5834<br>10/2/09<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ERDEY, ROBERT<br>4915 NORTHRIDGE DR<br>CUMMING, GA  30040 | 5835<br>10/2/09<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| FRYE, LINDA<br>P.O. BOX 1175<br>CENTRAL ISLIP, NY  11722 | 8406<br>11/19/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$177.32 (P)<br>$1,773.23 (U)<br>$1,950.55 (T) | The claim asserts liability for wages.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GARNER, JAMIE<br>880 STARK LN<br>SHERMAN, TX  75090 | 7560<br>1/10/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,923.08 (P)<br>- (U)<br>$6,923.08 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HOHNHOLT, RICHARD<br>624 BRIARGLEN DR.<br>COPPELL, TX  75019 | 7829<br>7/11/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$59,884.65 (U)<br>$59,884.65 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HUDGINS, CECIL I<br>104 EAST G STREET<br>BUTNER, NC  27509 | 8321<br>7/19/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$65,698.54 (U)<br>$65,698.54 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| LIU, WEIHUA<br>26 CLARENDON ST # 2L<br>MALDEN, MA  02148 | 7636<br>3/11/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$30,028.00 (U)<br>$30,028.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| LUKAS, YVONNE<br>6909 SHORECREST DR.<br>ROWLETT, TX  75089 | 1132<br>5/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,070.44 (U)<br>$23,070.44 (T) | The claim asserts liability for deferred compensation.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| MOSHER, STEPHEN<br>67 FERRY RD<br>SALISBURY, MA  01952 | 6084<br>11/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,865.38 (U)<br>$50,865.38 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| NIENTIMP, THOMAS I<br>40 COBBLECREEK RD<br>VICTOR, NY  14564-8935 | 6608<br>1/6/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for total management incompetence.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| OLSON, ERIC<br>2060 BOONE CIRCLE<br>FRISCO, TX  75033 | 7858<br>7/21/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$38,374.95 (U)<br>$38,374.95 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PHOMMANIRAT, URSULA H.<br>27 VERONICA DR<br>ROCHESTER, NY 14617-5219 | 8468<br>3/8/13<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$23,000.00 (U)<br>$23,000.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| POWER, RUSSELL<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | 8125<br>12/27/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$19,850.00 (U)<br>$30,800.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| QUIHUIS, ANTHONY PHILIP<br>10100 LOGSDON LANE<br>RALEIGH, NC 27615 | 7649<br>3/17/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$58,903.00 (U)<br>$69,853.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| REGO, DINESH<br>87 ORIENT AVE<br>ARLINGTON, MA 02474-2515 | 1844<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$36,681.54 (U)<br>$36,681.54 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| REIMANN, ALICJA<br>288 SALT RD.<br>WEBSTER, NY  14580 | 8465<br>3/5/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$38,424.50 (U)<br>$38,424.50 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SHIELDS, CAROLYN M.<br>11461 PURPLE BEECH DRIVE<br>RESTON, VA  20191 | 7238<br>4/29/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$39,170.00 (U)<br>$50,120.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SPERRY, ROBERT<br>566 CHESTNUT HILL CT<br>WOODSTOCK, GA  30189 | 6768<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$26,938.46 (P)<br>- (U)<br>$26,938.46 (T) | The claim asserts liability for short term disability benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SPERRY, ROBERT<br>566 CHESTNUT HILL CT<br>WOODSTOCK, GA  30189 | 6769<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$26,938.46 (A)<br>- (P)<br>- (U)<br>$26,938.46 (T) | The claim asserts liability for short term disability benefits .<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| SVAGDIS, JEREMY<br>9536 SSR 228<br>MACCLENNY, FL  32063 | 1830<br>8/20/09<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| TURNER, CORY B.<br>148 ERVIN STREET<br>HENDERSONVILLE, TN  37075 | 864<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$36,918.00 (U)<br>$36,918.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| WEBSTER, DONNA J<br>716 DUTCH HILL RD<br>OAKDALE, PA  15071 | 2195<br>8/26/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for pension.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| WILLIAMS, YVONNE J.<br>PO BOX 26628<br>TAMARAC, FL  33320 | 8448<br>1/17/13<br>NO DEBTOR | - (S)<br>- (A)<br>$51,923.00 (P)<br>- (U)<br>$51,923.00 (T) | The claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **33 Claims** | - (S)<br>$26,938.46 (A)<br>$118,811.86 (P)<br>$955,190.54 (U)<br>$1,100,940.86 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 9 of 9*