# **EXHIBIT B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis 503(b)(9) and No-Basis Pension Claims**

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ABIDI, SALMAN<br>3060 BENT CREEK TERRACE<br>ALPHARETTA, GA  30005 | 2314<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$33,848.78 (U)<br>$44,798.78 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 2315 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2315 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ABIDI, SALMAN<br>3060 BENT CREEK TER<br>ALPHARETTA, GA  30005-8703 | 2315<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,535.58 (P)<br>- (U)<br>$4,535.58 (T) | - (S)<br>- (A)<br>$6,555.50 (P)<br>$44,397.86 (U)<br>$50,953.36 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ARNOLD, JEFFREY<br>20903 W 48TH ST<br>SHAWNEE, KS  66218 | 2232<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,765.00 (U)<br>$6,765.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 7859 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7859 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ARNOLD, JEFFREY<br>20903 W. 48TH ST<br>SHAWNEE, KS  66218 | 7859<br>7/22/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,765.00 (U)<br>$6,765.00 (T) | - (S)<br>$33.08 (A)<br>$121.52 (P)<br>$4,985.53 (U)<br>$5,140.13 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ARNOLD, JEFFREY J.<br>20903 W. 48TH ST<br>SHAWNEE, KS  66218 | 7860<br>7/22/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$67,307.70 (U)<br>$67,307.70 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 2233 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2233 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: PHILLIPS, JOANNE H.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 22<br>1/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$44,799.61 (P)<br>- (U)<br>$44,799.61 (T) | - (S)<br>- (A)<br>$7,080.33 (P)<br>$39,219.90 (U)<br>$46,300.23 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: TAYLOE, GORDON B.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 3938<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$20,715.00 (U)<br>$31,665.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 7662 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7662 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TAYLOE, GORDON B.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 7662<br>3/28/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$20,715.00 (U)<br>$31,665.00 (T) | - (S)<br>$829.18 (A)<br>$1,320.80 (P)<br>$22,064.80 (U)<br>$24,214.78 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ASM SIP, L.P.<br>TRANSFEROR: JONES, TINITA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 2815<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,571.82 (U)<br>$17,571.82 (T) | - (S)<br>$170.77 (A)<br>$627.32 (P)<br>$16,773.72 (U)<br>$17,571.81 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| ASM SIP, L.P.<br>TRANSFEROR: CLOUSE, GARY A.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 4126<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,737.26 (U)<br>$50,737.26 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 6847 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6847 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ASM SIP, L.P.<br>TRANSFEROR: CLOUSE, GARY<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 6847<br>1/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$39,787.26 (U)<br>$50,737.26 (T) | - (S)<br>$1,056.65 (A)<br>$819.81 (P)<br>$48,860.75 (U)<br>$50,737.21 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| ASM SIP, L.P.<br>TRANSFEROR: FISCHER, TIM<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 8148<br>1/9/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$42,464.00 (U)<br>$42,464.00 (T) | - (S)<br>$295.80 (A)<br>$1,109.27 (P)<br>$54,206.39 (U)<br>$55,611.46 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ASM SIP, L.P.<br>TRANSFEROR: FISCHER, TIM<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 8149<br>1/9/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,383.00 (U)<br>$20,383.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8148 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8148 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ASM SIP, L.P.<br>TRANSFEROR: EDWIN, FADI<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 8266<br>5/21/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$70,531.72 (U)<br>$70,531.72 (T) | - (S)<br>$499.74 (A)<br>$1,635.52 (P)<br>$73,434.63 (U)<br>$75,569.89 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BRIDENSTINE, ANN<br>5924 CROSSPOINT LN<br>BRENTWOOD, TN 37027 | 3977<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$16,521.97 (P)<br>$72,977.34 (U)<br>$89,499.31 (T) | - (S)<br>- (A)<br>$6,139.27 (P)<br>$84,713.97 (U)<br>$90,853.24 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| BRIDENSTINE, ANN M<br>5924 CROSS POINTE LN<br>BRENTWOOD, TN 37027 | 3976<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$16,954.42 (P)<br>$72,977.34 (U)<br>$89,931.76 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3977 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3977 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CHEN, JIANYONG<br>4649 CHAPEL CREEK DR.<br>PLANO, TX  75024 | 1067<br>5/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$53,572.26 (P)<br>- (U)<br>$53,572.26 (T) | - (S)<br>- (A)<br>$7,024.42 (P)<br>$46,343.59 (U)<br>$53,368.01 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CLOUSE, GARY<br>250 PIT ROAD<br>CORDOVA, AL  35550 | 6848<br>1/22/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,347.60 (P)<br>- (U)<br>$6,347.60 (T) | - (S)<br>$93.71 (A)<br>$72.71 (P)<br>$4,333.42 (U)<br>$4,499.84 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| CLOUSE, GARY A.<br>250 PIT RD<br>CORDOVA, AL  35550-3733 | 4132<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,347.60 (U)<br>$6,347.60 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 6848 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6848 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| EDWIN, FADI 6220 BENTWOOD TRAIL #1101 DALLAS, TX 75252 | 1899 8/20/09 NO DEBTOR | - (S) - (A) $100,000.00 (P) - (U) $100,000.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 8266 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8266 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| EDWIN, FADI 6220 BENTWOOD TRAIL # 1101 DALLAS, TX 75252 | 8272 5/21/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $8,255.00 (U) $8,255.00 (T) | - (S) $13.93 (A) $45.59 (P) $2,047.15 (U) $2,106.67 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including fthe supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| EDWIN, FADI<br>6220 BENTWOOD TRAIL # 1101<br>DALLAS, TX 75252 | 8273<br>5/21/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,075.96 (U)<br>$10,075.96 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8272 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8272 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| EMBURY, JEFFERY D.<br>625 TRAIL LAKE DR.<br>RICHARDSON, TX 75081 | 179<br>2/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,467.00 (P)<br>$21,020.00 (U)<br>$27,487.00 (T) | - (S)<br>- (A)<br>$4,840.58 (P)<br>$25,471.18 (U)<br>$30,311.76 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| EVANS, DEBORAH 5919 WESTMINSTER BENTON, AR  72019 | 3609 9/24/09 NO DEBTOR | - (S) - (A) - (P) $53,589.95 (U) $53,589.95 (T) | - (S) - (A) $6,481.06 (P) $50,615.83 (U) $57,096.89 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FARZANEGAN, FREDERICK<br>5705 DUNSTAN CT<br>RALEIGH, NC  27613 | 5856<br>10/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,690.00 (U)<br>$5,690.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 5857 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 5857 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FARZANEGAN, FREDERICK 5705 DUNSTAN CT RALEIGH, NC 27613 | 5857 10/5/09 NO DEBTOR | - (S) - (A) $1,300.00 (P) - (U) $1,300.00 (T) | - (S) - (A) $0.00 (P) $38,939.95 (U) $38,939.95 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FINCH, CARL E. 4108 ANGEL WING CT LUTZ, FL 33558 | 371 2/23/09 NO DEBTOR | - (S) - (A) - (P) $88,401.05 (U) $88,401.05 (T) | - (S) - (A) $2,914.80 (P) $86,932.60 (U) $89,847.40 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.

Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FISCHER, TIM<br>27005 COUNTY ROAD S<br>ELIZABETH, CO  80107 | 551<br>3/10/09<br>NO DEBTOR | Unspecified* | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 8148 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8148 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GATLIN-WILSON, ASHLEY<br>413 WHISPERFIELD<br>MURPHY, TX  75094 | 14<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,720.92 (P)<br>$21,506.70 (U)<br>$25,227.62 (T) | - (S)<br>- (A)<br>$3,968.68 (P)<br>$19,562.42 (U)<br>$23,531.10 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| GLASS, DAVID J.<br>2313 LACEWOOD DRIVE<br>GARLAND, TX  75044-5527 | 7563<br>1/13/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$46,999.70 (U)<br>$57,949.70 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 8119 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8119 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC  27615 | 577<br>3/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,365.00 (U)<br>$3,365.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3595 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3595 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GRIFFIN, KIMBERLY<br>2111 STONE PASTURE ROAD<br>FUQUAY VARINA, NC  27526 | 3577<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$49,129.58 (U)<br>$49,129.58 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3595 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3595 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GRIFFIN, KIMBERLY 8701 DONNINGTON DR RALEIGH, NC  27615 | 3595 9/24/09 NO DEBTOR | - (S) - (A) $5,796.89 (P) - (U) $5,796.89 (T) | - (S) - (A) $1,885.77 (P) $54,135.23 (U) $56,021.00 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: ZABELNY, JAN M.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 68<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$51,280.80 (U)<br>$51,280.80 (T) | - (S)<br>- (A)<br>$934.14 (P)<br>$50,472.21 (U)<br>$51,406.35 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: SMITH, DAWN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ  07070 | 8401 11/13/12 NO DEBTOR | - (S) - (A) - (P) $41,835.71 (U) $41,835.71 (T) | - (S) - (A) $2,200.12 (P) $40,269.67 (U) $42,469.79 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: KENAS, ROBERT<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 612<br>3/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>$52,300.00 (P)<br>$206,000.00 (U)<br>$258,300.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Claim is redundant of claim 8403 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8403 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: KENAS, ROBERT<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 8291<br>6/11/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,300.00 (U)<br>$52,300.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8403 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8403 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD TRANSFEROR: KENAS, ROBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ  07070 | 8403 11/16/12 09-10138 Nortel Networks Inc. | - (S) - (A) $5,719.09 (P) $50,052.19 (U) $55,771.28 (T) | - (S) - (A) $5,719.09 (P) $50,911.39 (U) $56,630.48 (T) | | The claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HEDRICH, NORMAN 4901 EAST VIEW COURT MCKINNEY, TX  75070 | 762 3/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $59,494.84 (U) $70,444.84 (T) | - (S) - (A) $3,916.91 (P) $67,910.27 (U) $71,827.18 (T) | | The claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HICKS, TONY M. 1331 EDMONTON DR. LEWISVILLE, TX  75077 | 48 1/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $107,117.04 (U) $118,067.04 (T) | - (S) - (A) $5,589.96 (P) $106,126.39 (U) $111,716.35 (T) | | The claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HUBOI, PETER 522 S. 13TH ST. SAN JOSE, CA 95112 | 4519 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $2,068.97 (P) $81,662.25 (U) $83,731.22 (T) | - (S) - (A) $6,030.36 (P) $81,268.91 (U) $87,299.27 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| JONES, TINITA 102 BARRINGTON OVERLOOK DR DURHAM, NC 27703 | 2816 9/10/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,710.00 (U) $1,710.00 (T) | - (S) $13.18 (A) $48.43 (P) $1,294.98 (U) $1,356.59 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EDGAR MURPHY III ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07601 | 8102 11/18/11 09-10138 Nortel Networks Inc. | - (S) - (A) $6,302.02 (P) $72,175.83 (U) $78,477.85 (T) | - (S) - (A) $6,302.02 (P) $73,141.23 (U) $79,443.25 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: MURPHY III, EDGAR ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 286 2/13/09 09-10138 Nortel Networks Inc. | - (S) - (A) $74,142.21 (P) - (U) $74,142.21 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 8102 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8102 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: GANNON, MATT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 1599 7/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) $15,120.15 (P) $35,020.75 (U) $50,140.90 (T) | - (S) - (A) $3,570.48 (P) $42,062.32 (U) $45,632.80 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ARNOLD, JEFFREY J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 2233<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$67,307.70 (U)<br>$67,307.70 (T) | - (S)<br>$433.16 (A)<br>$1,591.20 (P)<br>$65,283.33 (U)<br>$67,307.69 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: GLASS, DAVID J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 8119 12/19/11 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $55,513.02 (U) $66,463.02 (T) | - (S) $7,178.14 (A) $1,210.93 (P) $53,751.93 (U) $62,141.00 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

## Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: PREO, DAVID W. JR. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 8122 12/23/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $78,297.21 (U) $78,297.21 (T) | - (S) $4,273.96 (A) $1,468.15 (P) $68,432.22 (U) $74,174.33 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LOPEZ, ROBERTO<br>919 CEDARVALE CT<br>DALLAS, TX 75217 | 5537<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$160,978.36 (U)<br>$160,978.36 (T) | - (S)<br>- (A)<br>$7,171.91 (P)<br>$67,676.37 (U)<br>$74,848.28 (T) | | The claim asserts liability for termination benefits and defined benefit pension benefits.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MARTIN, EDLENE<br>8005 CHADBOURNE CT<br>RALEIGH, NC  27613 | 4259<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$69,267.21 (U)<br>$69,267.21 (T) | - (S)<br>- (A)<br>$2,523.99 (P)<br>$74,556.11 (U)<br>$77,080.10 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PERRY, MARY ELLEN<br>1019 S. MAIN STREET<br>FUQUAY VARINA, NC  27526 | 635<br>3/18/09<br>09-10138<br>Nortel Networks Inc. | $269,227.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$269,227.00 (T) | - (S)<br>- (A)<br>$5,947.96 (P)<br>$107,762.05 (U)<br>$113,710.01 (T) | | The claim asserts liability for termination benefits and defined benefit pension benefits.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |
| PERRY, MARY ELLEN<br>1019 S. MAIN STREET<br>FUQUAY VARINA, NC  27526 | 650<br>3/20/09<br>NO DEBTOR | $12,278.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$12,278.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 635 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 635 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PESTANA, HENRY<br>695 SPINNAKER<br>WESTON, FL  33326 | 17<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$49,645.85 (U)<br>$60,595.85 (T) | - (S)<br>- (A)<br>$5,166.44 (P)<br>$45,515.94 (U)<br>$50,682.38 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| PREO, DAVID W. JR.<br>6500 PLEASANT HILL CHURCH RD.<br>SILER CITY, NC  27344 | 7646<br>3/15/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$78,297.21 (U)<br>$78,297.21 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 8122 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8122 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SHIH, YUHSIANG<br>3262 ORLANDO RD.<br>PASADENA, CA  91107 | 1137<br>5/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,898.00 (U)<br>$36,898.00 (T) | - (S)<br>- (A)<br>$4,076.90 (P)<br>$36,477.48 (U)<br>$40,554.38 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 33 of 38*

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SMITH, ROBIN L.<br>3226 PARKHURST LN.<br>RICHARDSON, TX  75082 | 885<br>4/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$89,563.66 (U)<br>$89,563.66 (T) | - (S)<br>- (A)<br>$5,659.50 (P)<br>$84,111.14 (U)<br>$89,770.64 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY LH FUND LP.<br>TRANSFEROR: WELCH, WARD<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 100<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$19,647.10 (P)<br>- (U)<br>$19,647.10 (T) | - (S)<br>- (A)<br>$4,079.07 (P)<br>$12,645.99 (U)<br>$16,725.06 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| TAYLOE, GORDON B.<br>C/O W. GREER MCCREEDY, II, ESQ.<br>403 BOUSH STREET, SUITE 300<br>NORFOLK, VA 23510 | 6681<br>1/11/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$20,705.00 (U)<br>$31,655.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 7662 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7662 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| VEZZA, BRIAN 803 RAINIER COURT ALLEN, TX 75002 | 2723 9/8/09 09-10138 Nortel Networks Inc. | - (S) - (A) $6,240.41 (P) $53,633.66 (U) $59,874.07 (T) | - (S) - (A) $2,428.24 (P) $58,305.44 (U) $60,733.68 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| WALTERS, PEGGY 1012 BARRYMORE LN ALLEN, TX 75013 | 992 4/21/09 NO DEBTOR | - (S) - (A) - (P) $93,321.16 (U) $93,321.16 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8144 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8144 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WALTERS, PEGGY 1012 BARRYMORE LN ALLEN, TX  75013 | 8144 1/9/12 NO DEBTOR | - (S) - (A) $10,950.00 (P) $82,371.16 (U) $93,321.16 (T) | - (S) - (A) $5,164.84 (P) $91,086.36 (U) $96,251.20 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ZHOU, SHUN HUA 16227 SHADYBANK DR DALLAS, TX  75248-2958 | 324 2/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) $64,124.82 (P) - (U) $64,124.82 (T) | - (S) - (A) $6,483.29 (P) $58,729.53 (U) $65,212.82 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| **Totals:** | **62 Claims** | **$281,505.00 (S) - (A) $626,131.02 (P) $2,552,375.37 (U) $3,460,011.39 (T)** | **$269,227.00 (S) $14,891.30 (A) $252,716.01 (P) $2,835,273.80 (U) $3,372,108.11 (T)** | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed