# EXHIBIT C

## No-Basis Pension Claims

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GANNON, MATT<br>4232 GLEN SUMMIT CT<br>APEX, NC  27539-7950 | 2383<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$42,000.00 (P)<br>- (U)<br>$42,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC  27615 | 576<br>3/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$118,373.44 (U)<br>$118,373.44 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JONES, TINITA M<br>102 BARRINGTON OVERLOOK DR.<br>DURHAM, NC  27703 | 2814<br>9/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$19,279.00 (P)<br>- (U)<br>$19,279.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MURPHY, EDGAR III<br>204 BARRINGTON OVERLOOK DR<br>DURHAM, NC  27703 | 145<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$279,404.86 (U)<br>$279,404.86 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PURVIS, LISA<br>100 FIELDSPRING LANE<br>RALEIGH, NC  27606 | 4081<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$25,000.00 (P)<br>$25,000.00 (U)<br>$50,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SENNA, PAUL J.<br>8 BABICZ RD<br>TEWKSBURY, MA  01876 | 6101<br>11/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$58,812.00 (U)<br>$58,812.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit C

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **6 Claims** | - (S)<br>- (A)<br>$86,279.00 (P)<br>$481,590.30 (U)<br>$567,869.30 (T) | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 2 of 2*