# **EXHIBIT A**

**No-Basis Deferred Compensation Claims, No-Basis Claims,
No-Basis Pension Claims**

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ALLAN, JAY WALTER<br>7 VISTA DEL PONTO<br>SAN CLEMENTE, CA  92672 | 62<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,076.71 (P)<br>- (U)<br>$5,076.71 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| ALVI, JOHN<br>3913 BENTLEY BROOK DR.<br>RALEIGH, NC  27612 | 1130<br>5/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>$105,263.74 (P)<br>- (U)<br>$105,263.74 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| BARNES, WILLIAM<br>1500 CHESTER DR<br>PLANO, TX  75025-3431 | 4159<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$106,893.09 (P)<br>- (U)<br>$106,893.09 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| BRIDGES, STEPHEN<br>5020 RED CEDAR RD<br>RALEIGH, NC  27613 | 2410<br>9/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$78,856.37 (U)<br>$78,856.37 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX  75002 | 418<br>2/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$57,053.56 (P)<br>- (U)<br>$57,053.56 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| CAVASSO, DANA<br>3704 ARBOR VISTA DR.<br>PLANO, TX  75093 | 1121<br>5/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$89,846.56 (U)<br>$89,846.56 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| CELLARIUS, PETER<br>6591 LITTLE FALLS DR<br>SAN JOSE, CA  95120 | 3227<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$81,196.04 (U)<br>$81,196.04 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CHANG, TONY<br>621 WATER OAK<br>PLANO, TX  75025 | 1024<br>4/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>$41,700.96 (P)<br>- (U)<br>$41,700.96 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| CHANG, TONY<br>621 WATER OAK<br>PLANO, TX  75025 | 2829<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$41,824.63 (P)<br>- (U)<br>$41,824.63 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| COLEMAN, DEBRA<br>5017 STOCKTON DRIVE<br>RALEIGH, NC  27606 | 3401<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$13,306.97 (P)<br>- (U)<br>$13,306.97 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| CONROY, MARK<br>20 ROBIN HOOD DR<br>LONDONDERRY, NH  03053 | 865<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>$56,102.59 (P)<br>- (U)<br>$56,102.59 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| CRISLER, CHARLA<br>#3 WOODY CREST CIRCLE<br>FAIRVIEW, TX  75069 | 4071<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$341,334.90 (P)<br>- (U)<br>$341,334.90 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| DAVIS, PATRICK<br>2491 STOKES ST<br>SAN JOSE, CA  95128-4267 | 3869<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$92,606.28 (U)<br>$92,606.28 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| DIBURRO, LAWRENCE<br>9 GLENWOOD CIRCLE<br>HAVERHILL, MA  01830 | 3186<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$80,632.00 (U)<br>$80,632.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| DOSSA, CHRIS<br>328 DEERPARK COURT<br>WALNUT CREEK, CA  94598 | 2035<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>$9,500.00 (P)<br>- (U)<br>$9,500.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| ELY, RICHARD J.<br>9 MINUTEMAN LANE<br>SUDBURY, MA  01776 | 1250<br>5/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$43,229.95 (P)<br>- (U)<br>$43,229.95 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| FARRANTO, PETER<br>1716 WITHMERE WAY<br>ATLANTA, GA  30338 | 5607<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$89,491.12 (P)<br>- (U)<br>$89,491.12 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| FEDYK, DONALD<br>220 HAYDEN RD<br>GROTON, MA  01450 | 471<br>3/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$31,769.32 (U)<br>$31,769.32 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| FEDYK, DONALD<br>220 HAYDEN RD<br>GROTON, MA  01450 | 472<br>3/5/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$24,016.51 (U)<br>$34,966.51 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| GARITO, NICOLA<br>19164 NE 44TH COURT<br>SAMMAMISH, WA  98074 | 3300<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,765.32 (U)<br>$11,765.32 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HABOSIAN, LEVON<br>600 TECHNOLOGY PARK<br>BILLERICA, MA  01821 | 7071<br>2/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$1,039.96 (U)<br>$11,989.96 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| HAMILTON, MARK<br>2201 LAKESIDE BLVD<br>RICHARDSON, TX  75082-4399 | 4137<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,894.80 (P)<br>- (U)<br>$2,894.80 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT  06903 | 1803<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>$14,611.81 (P)<br>- (U)<br>$14,611.81 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HART, RICHARD D.<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT  06903 | 99<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,610.94 (P)<br>- (U)<br>$14,610.94 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HEARN, JOHN MARK<br>7160 NORTH DALLAS PARKWAY, SUITE 250<br>PLANO, TX  75024 | 3483<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,846.00 (P)<br>- (U)<br>$18,846.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HO, STEPHANIE<br>703 ALLEN DRIVE<br>EULESS, TX  76039 | 1996<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$46,411.45 (U)<br>$46,411.45 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HOKANSON, DALE A.<br>640 SWEET GUM FOREST LANE<br>ALPHARETTA, GA  30005 | 7497<br>11/15/10<br>NO DEBTOR | - (S)<br>- (A)<br>$29,581.67 (P)<br>$29,581.67 (U)<br>$29,581.67 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 4 of 16*

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| HOKANSON, DALE A.<br>640 SWEET GUM FOREST LANE<br>ALPHARETTA, GA  30005 | 7498<br>11/15/10<br>NO DEBTOR | - (S)<br>- (A)<br>$13,366.29 (P)<br>$13,366.29 (U)<br>$13,366.29 (T) | The claim asserts liability under the Defined Benefit Pension Plan.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOPE, STEVE F.<br>16562 ELM STREET<br>OMAHA, NE  68130 | 966<br>4/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$38,388.52 (U)<br>$38,388.52 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| HOY, GREGORY J.<br>304 TOULOUSE LANE<br>KELLER, TX  76248 | 541<br>3/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$28,575.25 (P)<br>- (U)<br>$28,575.25 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| JUNG, ERIKA F.<br>4311 NE 20TH AV<br>OAKLAND PARK, FL  33308 | 360<br>2/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$32,399.16 (P)<br>- (U)<br>$32,399.16 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| JUST, TERESA<br>719 NO. 4OO W.<br>CENTERVILLE, UT  84014 | 284<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,649.86 (P)<br>- (U)<br>$7,649.86 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KLEIN, BRUCE<br>3204 BROOKHAVENRUN CIRCLE<br>DULUTH, GA  30097 | 852<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>$71,270.47 (P)<br>- (U)<br>$71,270.47 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

# Exhibit A

## No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| KLEIN, BRUCE L<br>3204 BROOKHAVENRUN CIRCLE<br>DULUTH, GA  30097 | 7118<br>2/22/10<br>ALL DEBTORS<br>CLAIM ASSERTED AGAINST ALL DEBTORS | - (S)<br>- (A)<br>$118,255.75 (P)<br>- (U)<br>$118,255.75 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 794<br>4/2/09<br>09-10138<br>Nortel Networks Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 795<br>4/2/09<br>09-10152<br>Nortel Networks Cable Solutions Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 796<br>4/2/09<br>09-10151<br>Northern Telecom International Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 797<br>4/2/09<br>09-10150<br>Nortel Networks International Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 798<br>4/2/09<br>09-10148<br>Nortel Networks HPOCS Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 799<br>4/2/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 800<br>4/2/09<br>09-10147<br>Nortel Networks Optical Components Inc. | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX  75093 | 801<br>4/2/09<br>09-10139<br>Nortel Networks Capital Corporation | $47,207.43 (S)<br>- (A)<br>- (P)<br>- (U)<br>$47,207.43 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX  75218 | 3843<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$9,478.09 (U)<br>$20,428.09 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP  96515 | 6696<br>1/13/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,324.66 (U)<br>$32,324.66 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP  96515 | 6697<br>1/13/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$32,324.66 (A)<br>- (P)<br>- (U)<br>$32,324.66 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| LAKSHMINARAYAN, SANKARAN<br>9815 AUTRY FALLS DR<br>ALPHARETTA, GA  30022 | 3770<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$120,913.89 (P)<br>- (U)<br>$120,913.89 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LASKIN, LEE<br>863 NEVADA AVE<br>SAN JOSE, CA  95125 | 4130<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$139,563.00 (P)<br>- (U)<br>$139,563.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LAVIAN, TAL<br>1640 MARIANI DRIVE<br>SUNNYVALE, CA  94087 | 4231<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$105,050.35 (U)<br>$105,050.35 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LAVIAN, TAL<br>1640 MARIANI DRIVE<br>SUNNYVALE, CA  94087 | 6849<br>1/22/10<br>NO DEBTOR | - (S)<br>- (A)<br>$105,050.35 (P)<br>- (U)<br>$105,050.35 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LI, XUEWEN<br>102 MANOR GARDEN WAY<br>CARY, NC  27513 | 205<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,111.83 (P)<br>- (U)<br>$11,111.83 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GUPTA, SANJEEV<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 3714<br>9/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>$106,797.11 (P)<br>- (U)<br>$106,797.11 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KENNEDY, SCOTT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 6605<br>1/6/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$4,138.59 (A)<br>- (P)<br>- (U)<br>$4,138.59 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KENNEDY, SCOTT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 6606<br>1/6/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$4,138.59 (P)<br>- (U)<br>$4,138.59 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MARSONIA, RAJPRIYA<br>743 RUE DES CHĘTAIGNIERS,<br>BOUCHERVILLE,, QC  J4B853 | 6115<br>11/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,076.96 (A)<br>- (P)<br>- (U)<br>$11,076.96 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MARSONIA, RAJPRIYA<br>743 RUE DES CHĘTAIGNIERS<br>BOUCHERVILLE, QC  J4B853 | 6116<br>11/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>$11,076.96 (P)<br>- (U)<br>$11,076.96 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC  27615 | 1985<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$53,098.76 (U)<br>$53,098.76 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MAY, JENNIFER<br>1326 HOOVER ST #10<br>MENLO PARK, CA  94025 | 5750<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,174.26 (U)<br>$15,174.26 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MCCUNE, BRIAN<br>758 JUNIPER PL<br>DELTA BC<br>CANADA  V61 2J2 | 2685<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$21,081.38 (P)<br>- (U)<br>$21,081.38 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MCLAUGHLIN, ROBERT<br>602 WILMES DRIVE<br>AUSTIN, TX  78752 | 2230<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,562.28 (U)<br>$32,562.28 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MCLAUGHLIN, ROBERT C.<br>602 WILMES DR.<br>AUSTIN, TX  78752 | 788<br>3/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$32,462.69 (P)<br>$32,462.69 (U)<br>$32,462.69 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MEAD, JOHN<br>4655 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA  95054 | 4230<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$249,361.68 (P)<br>- (U)<br>$249,361.68 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MERRITT, GREGORY S.<br>2711 CREEK RUN COURT<br>CHAPEL HILL, NC  27514 | 134<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,284.98 (U)<br>$20,284.98 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MOSELEY, ROBERT J.<br>PO BOX 600278<br>DALLAS, TX  75360-0278 | 955<br>4/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>$29,369.84 (P)<br>- (U)<br>$29,369.84 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MOSELEY, ROBERT J.<br>PO BOX 600278<br>DALLAS, TX  75360 | 8312<br>7/9/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$29,369.84 (P)<br>- (U)<br>$29,369.84 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| MUNSON, GEORGE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY  11716 | 2322<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,643.50 (P)<br>- (U)<br>$7,643.50 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| NASH, DALE<br>600 TECHNOLOGY PARK<br>BILLERICA, MA  01821 | 4299<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$15,076.87 (P)<br>- (U)<br>$15,076.87 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

**No-Basis Deferred Compensation Claims and No-Basis Pension Claims**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| NATIUK, EDWARD<br>6143 NW 124TH DRIVE<br>CORAL SPRINGS, FL  33076 | 3330<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,530.00 (U)<br>$14,530.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| NOY, ANA<br>7350 SW 89 ST APT 1807<br>MIAMI, FL  33156 | 1845<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,306.15 (P)<br>- (U)<br>$27,306.15 (T) | The claim asserts liability under the Defined Benefit Pension Plan.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| NOY, ANA<br>7350 SW 89 ST APT 1807<br>MIAMI, FL  33156 | 1994<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$8,980.04 (P)<br>- (U)<br>$8,980.04 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| NOY, ANA M.<br>7350 SW 89 ST APT 1807,<br>MIAMI, FL  33156 | 1995<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$9,027.77 (A)<br>- (P)<br>- (U)<br>$9,027.77 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| OSTASZEWSKI, JOHN<br>1933 CAMBORNE CRESCENT<br>OTTAWA, ON  K1H 7B6<br>CANADA | 958<br>4/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,390.00 (U)<br>$14,390.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| OWEN, ARLENE<br>PO BOX 254<br>CARY, NC  27512 | 5483<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13,291.85 (P)<br>$17,376.09 (U)<br>$30,667.94 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| PAGE, BRIAN E<br>1108 REDFIELD RIDGE<br>DUNWOODY, GA  30338 | 1533<br>7/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$40,115.47 (U)<br>$40,115.47 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| PATEL, JAGDISH<br>4413 LAIRD CIRCLE<br>SANTA CLARA, CA  95054 | 7236<br>4/27/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$24,035.14 (P)<br>- (U)<br>$24,035.14 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| PLASTINA, FRANCO<br>306 POND BLUFF WAY<br>CARY, NC  27513 | 7219<br>4/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,065.63 (P)<br>- (U)<br>$10,065.63 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| PLASTINA, FRANCO<br>306 POND BLUFF WAY<br>CARY, NC  27513 | 7234<br>4/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$10,065.63 (P)<br>- (U)<br>$10,065.63 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| RACZYNSKI, MARK<br>5590 TOURNAMENT DRIVE<br>HAYMARKET, VA  20169 | 4172<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$48,353.00 (U)<br>$48,353.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| REID, ALAN B.<br>2900 SHADYWOOD LANE<br>PLANO, TX  75023 | 1017<br>4/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,971.22 (P)<br>- (U)<br>$14,971.22 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| RYAN, JOHN JR<br>5 JOSEPH ROAD<br>HOPKINTON, MA  01748 | 7274<br>6/1/10<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$6,918.00 (U)<br>$17,868.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SACCO, DONALD F.<br>336 LAKEVIEW AVE. E<br>BRIGHTWATERS, NY  11718 | 985<br>4/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,989.50 (U)<br>$9,989.50 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| SCHOFIELD, BRUCE<br>15 FARWELL ROAD<br>TYNGSBORO, MA  01879 | 378<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$34,672.56 (P)<br>$16,860.98 (U)<br>$51,533.54 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| SELBREDE, KENT<br>4716 ANGEL FIRE DR<br>RICHARDSON, TX  75082 | 806<br>4/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,293.92 (U)<br>$1,293.92 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| SELIGSON, JOHN<br>2901 CAPETANIOS DRIVE<br>EL DORADO HILLS, CA  95762 | 4282<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$157,031.55 (U)<br>$157,031.55 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| SHEKOKAR, PRAVEEN<br>3521 WILLETT PL.<br>SANTA CLARA, CA  95051 | 2353<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$43,200.00 (P)<br>- (U)<br>$43,200.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| SIMCOE, MITCHELL<br>1085 TIMBERLINE PLACE<br>ALPHARETTA, GA  30005 | 5646<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,002.18 (P)<br>- (U)<br>$5,002.18 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| SUN, MOSES<br>9208 STONEBROOK DR<br>COLLEGE STATION, TX  77845 | 4777<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$49,298.11 (U)<br>$49,298.11 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | 7139<br>3/9/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$52,434.35 (U)<br>$52,434.35 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | 7215<br>4/19/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$56,283.80 (U)<br>$56,283.80 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | 7553<br>1/6/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$59,337.33 (U)<br>$59,337.33 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | 7693<br>4/7/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$60,877.14 (U)<br>$60,877.14 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beeficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| TIMMONS, JAY S.<br>1411 ANDOVER STREET<br>TEWKSBURY, MA 01876 | 3032<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | $16,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$16,000.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| TSENG, HSU-DOUNG<br>214 LONG CANYON COURT<br>RICHARDSON, TX 75080 | 962<br>4/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$159,924.51 (P)<br>- (U)<br>$159,924.51 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| TURNER, MARGARET<br>2306, MARCHURST ROAD<br>KANATA, ON K2K 1X7<br>CANADA | 965<br>4/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$53,425.37 (U)<br>$53,425.37 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**

## Exhibit A

### No-Basis Deferred Compensation Claims and No-Basis Pension Claims

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| WADE, GWYNNE<br>8 SNUFFYS LANE<br>LEBANON, NJ 08833 | 1727<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,316.93 (U)<br>$7,316.93 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | 1813<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$601,015.00 (U)<br>$601,015.00 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | 7638<br>3/4/11<br>NO DEBTOR | - (S)<br>- (A)<br>$999,029.86 (P)<br>$999,029.86 (U)<br>$999,029.86 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| WERKOFF, DIDIER<br>5301 MISSION ST., APT. #4<br>SAN FRANCISCO, CA 94112 | 1536<br>7/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$84,487.13 (P)<br>- (U)<br>$84,487.13 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| WILCOX, REGINALD<br>22 EWING COURT<br>LUCAS, TX 75002 | 4284<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$82,152.39 (U)<br>$82,152.39 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| WILCOX, REGINALD<br>22 EWING COURT<br>LUCAS, TX 75002 | 6892<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$82,152.39 (U)<br>$82,152.39 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| WONG, WING<br>3016 BONSAI DR.<br>PLANO, TX 75093 | 1895<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,006.64 (P)<br>- (U)<br>$14,006.64 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Claim to be Expunged**     **Exhibit A**

**No-Basis Deferred Compensation Claims and No-Basis Pension Claims**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX  75081 | 1586<br>7/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>$20,764.59 (P)<br>- (U)<br>$20,764.59 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX  75081 | 6085<br>11/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$20,764.59 (P)<br>- (U)<br>$20,764.59 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX  75081 | 6119<br>11/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$26,263.60 (P)<br>- (U)<br>$26,263.60 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| YOUNG, MASON<br>8000 HONG KONG PL<br>DULLES, VA  20189-8000 | 1266<br>6/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>$31,138.98 (P)<br>- (U)<br>$31,138.98 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan.  Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323. |
| **Totals:** | **104 Claims** | **$393,659.44 (S)**<br>**$56,567.98 (A)**<br>**$3,737,628.05 (P)**<br>**$3,350,093.54 (U)**<br>**$6,463,508.50 (T)** | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed