# **EXHIBIT B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis 503(b)(9), No-Basis Deferred Compensation Claims, No-Basis Claims and No-Basis Pension Claims**

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BINGAMAN, PETER<br>47 INDIAN HILL ROAD<br>WILTON, CT  06897 | 4205<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,823.90 (P)<br>- (U)<br>$10,823.90 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 408 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 408 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX  75002 | 325<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$97,168.53 (P)<br>- (U)<br>$97,168.53 (T) | - (S)<br>$0.00 (A)<br>$5,706.82 (P)<br>$89,301.58 (U)<br>$95,008.40 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CALKINS, DAVID E.<br>300 NORTHVIEW DR<br>RICHARDSON, TX 75080 | 41<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$12,628.00 (U)<br>$23,578.00 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,620.84 (U)<br>$19,620.84 (T) | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL 35242-2593 | 361<br>2/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$117,879.12 (U)<br>$117,879.12 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 1962 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 1962 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL  35242-2593 | 1961<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$101,041.28 (U)<br>$101,041.28 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 1962 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 1962 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL  35242-2593 | 1962<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | - (S)<br>$0.00 (A)<br>$4,612.10 (P)<br>$104,045.99 (U)<br>$108,658.09 (T) | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL  35242-2593 | 1964<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$18,114.86 (A)<br>- (P)<br>- (U)<br>$18,114.86 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 1962 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 1962 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| LACERTE, RICHARD M.<br>PO BOX 641087<br>SAN JOSE, CA  95164-1087 | 543<br>3/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$88,049.00 (U)<br>$88,049.00 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 2180 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2180 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BINGAMAN, PETER<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 408<br>2/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>$85,654.10 (P)<br>- (U)<br>$85,654.10 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$90,542.46 (U)<br>$90,542.46 (T) | NORTEL<br>NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HOY, GREGORY J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 542<br>3/10/09<br>NO DEBTOR | - (S)<br>- (A)<br>$26,192.00 (P)<br>- (U)<br>$26,192.00 (T) | - (S)<br>$1,811.23 (A)<br>$5,670.14 (P)<br>$19,260.96 (U)<br>$26,742.33 (T) | NORTEL NETWORKS INC. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LACERTE, RICHARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 2180<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$9,467.58 (U)<br>$20,417.58 (T) | - (S)<br>$0.00 (A)<br>$3,995.20 (P)<br>$66,128.26 (U)<br>$70,123.46 (T) | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LACERTE, RICHARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 2181<br>8/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$55,728.98 (U)<br>$66,678.98 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 2180 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2180 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MAGINLEY, RONALD<br>621 JOHN CLOSE<br>MURPHY, TX  75094 | 3328<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$20,521.97 (U)<br>$20,521.97 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,740.67 (U)<br>$34,740.67 (T) | | The claim asserts liability for benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>The Debtors' Books and Records indicate that the claimant holds a claim for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC  27615 | 1983<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,026.26 (P)<br>$96,530.03 (U)<br>$100,556.29 (T) | - (S)<br>$0.00 (A)<br>$4,642.61 (P)<br>$101,427.56 (U)<br>$106,070.17 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MOSELEY, ROBERT J.<br>PO BOX 600278<br>DALLAS, TX  75360-0278 | 954<br>4/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$68,273.56 (U)<br>$68,273.56 (T) | - (S)<br>$0.00 (A)<br>$6,103.37 (P)<br>$55,914.03 (U)<br>$62,017.40 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PIRIH, ANTHONY M.<br>900 ANDERSON DRIVE<br>GREEN OAKS, IL  60048 | 12<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$349,213.03 (P)<br>- (U)<br>$349,213.03 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$223,269.23 (U)<br>$223,269.23 (T) | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH  03045 | 1018<br>4/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,430.00 (P)<br>$51,045.00 (U)<br>$62,475.00 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 8373 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8373 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH  03045 | 2652<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$49,139.10 (U)<br>$49,139.10 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied.  See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 8373 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8373 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH  03045 | 2653<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,430.76 (P)<br>$11,430.76 (U)<br>$11,430.76 (T) | Disallowed | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Claim is redundant of claim 8373 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8373 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH  03045 | 8373<br>9/21/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$40,095.00 (U)<br>$51,045.00 (T) | - (S)<br>$0.00 (A)<br>$5,225.64 (P)<br>$46,825.01 (U)<br>$52,050.65 (T) | | The claim asserts liability for termination benefits and benefits under the Nortel Networks U.S. Deferred Compensation Plan.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| **Totals:** | **20 Claims** | - (S)<br>$18,114.86 (A)<br>$639,738.58 (P)<br>$721,829.38 (U)<br>$1,368,252.06 (T) | - (S)<br>$1,811.23 (A)<br>$176,359.98 (P)<br>$990,296.75 (U)<br>$1,168,467.96 (T) | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed