IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> Re: Dkt. No. 11736 |

## ORDER APPROVING STIPULATION REGARDING AMENDMENT TO SECTION K OF THE DEPOSITION PROTOCOL AND GRANTING RELATED RELIEF

Upon consideration of the proposed Amendment to Deposition Protocol Stipulation dated September 20, 2013 (the "**Stipulation**"); and after due deliberation; and whereas none of the parties to such stipulation object to the relief granted herein; and it appearing that sufficient cause exists for granting such relief as requested by the parties;

IT IS HEREBY ORDERED THAT:

1. The Stipulation, a copy of which is attached hereto as <u>Exhibit 1</u>, is entered as an order of this Court.

2. Without derogating from the *Order Entering a Protective Order* entered by this Court on June 11, 2013 [Dkt. No. 10805], in connection with evidence obtained on any examination/deposition of a witness or a party that is conducted in these proceedings, the laws of the jurisdiction where the examination/deposition is conducted shall apply, for all purposes, as

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

relate to the protections against self-incrimination and the use or derivative use of evidence for collateral purposes or in other proceedings, as applicable.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: Sept. 20, 2013
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE