IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          )   Case No. 09-10138(KG)
                                )   (Jointly Administered)
NORTEL NETWORKS, INC.,          )
      et al.,                   )   Chapter 11

                                )   Courtroom 3
                                )   824 Market Street
            Debtors.            )   Wilmington, Delaware
                                )
                                )   September 20, 2013
                                )   2:00 p.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:                Morris Nichols Arsht & Tunnell, LLP
                            BY: DEREK ABBOTT, ESQ.
                            BY: ANN CORDO, ESQ.
                            1201 North Market St., 18th Floor
                            Wilmington, DE  19899-1347
                            (302) 351-9357

                            Cleary Gottlieb Steen & Hamilton
                            BY: JEFF ROSENTHAL, ESQ.
                            BY: BRYNN LYERLY, ESQ.
                            One Liberty Plaza
                            New York, NY  10006
                            (212) 437-4350


ECRO:                       GINGER MACE

Transcription Service:      DIAZ DATA SERVICES, LLC
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

TELEPHONIC APPEARANCES:
(Continued)

For the Debtor
Nortel Networks, Inc.:    Cleary Gottlieb Steen & Hamilton
                          BY: JEFFREY ROSENTHAL, ESQ.
                          BY: BRYNN LYERLY, ESQ.
                          (212) 225-2000

                          Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK C. ABBOTT, ESQ.
                          (302) 351-9357
                          BY: ANN C. CORDO, ESQ.
                          (302) 351-9459

For the Debtor
Nortel Networks, Inc.     Torys, LLP
And Parallel              BY: ANDREW GRAY, ESQ.
Canadian Proceedings:     (416) 865-7630

For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld, LLP
                          BY: DAVID BOTTER, ESQ.
                          (212) 872-1055
                          BY: ROBERT JOHNSON, ESQ.
                          (212) 872-1077
                          BY: ABID QURESHI, ESQ.
                          (212) 872-1000
                          BY: FRED S. HODARA, ESQ.
                          (212) 872-8040

                          Richards Layton & Finger, P.A.
                          BY: CHRIS SAMIS, ESQ.
                          (302) 651-7886

For Creditor, Canadian
Counsel to the            Bennett Jones, LLP
Informal Nortel           BY: GAVIN FINLAYSON, ESQ.
Noteholders:              (416) 777-5762

For Canadian Monitor
(E&Y):                    Allen & Overy, LLP
                          BY: LAURA HALL, ESQ.
                          (212) 610-7300
                          BY: DANIEL GUYDER
                          (212) 756-1132

TELEPHONIC APPEARANCES:
(Continued)

                              Buchanan Ingersoll & Rooney, P.C.
                              BY: KATHLEEN MURPHY, ESQ.
                              (302) 552-4200
                              BY: MARY CALOWAY, ESQ.
                              (302)552-4209

                              Goodmans, LLP
                              BY: JESSICA KIMMEL, ESQ.
                              (416)597-4219

For the EMEA
Debtors:                      Hughes Hubbard & Reed LLP
                              BY: NEIL OXFORD, ESQ.
                              (212) 837-6000

                              Young Conaway Stargatt &
                              Taylor
                              BY: JAMIE CHAPMAN, ESQ.
                              (302) 571-5732

For Administrator(s),
Joint Administrators:         Lax O'Sullivan Scott & Lisus
                              BY: MATTHEW GOTTLIEB, ESQ.
                              (416) 598-1744

For Canadian Creditors
Committee:                    BY:  ARTHUR JACQUES

For Ad Hoc Bondholder
Group:                        Milbank Tweed Hadley & McCloy
                              BY: THOMAS MATZ, ESQ.
                              (212) 530-5885

For Law Debenture:            Morris James LLP
                              BY: STEPHEN M. MILLER, ESQ.
                              (302) 888-6853

For Trustee
Nortel Networks               Willkie Farr & Gallagher, LLP
U.K. Pension Plan:            BY: BRIAN O'CONNOR, ESQ.
                              (212) 728-8000

                              Bayard, PA
                              BY: JUSTIN ALBERTO, ESQ.
                              (302) 429-4226

TELEPHONIC APPEARANCES:
(Continued)

For U.K. Pension
Claimants:                    Thornton Grout Finnigan, LLP
                              BY: MICHAEL BARRACK, ESQ.
                              BY: JOHN FINNIGAN, ESQ.
                              (416) 304-1616


Nortel Networks
U.K. Pension Trust:           Hogan Lovells U.S., LLP
                              BY: ANGELA DIMSDALE GILL, ESQ.
                              (212) 728-3135


For Former Employees
Of Nortel (Canada):           Koskie Minsky, LLP
                              BY: MARK ZIGLER, ESQ.
                              (416) 542-6277
                              BY: BARBARA WALANCIK, ESQ.
                              (416) 5426288


For Bank of America:          Bank of America
                              BY: ESTHER CHUNG
                              (646) 855-6705


For Wilmington Trust:         Katten Muchin Rosenman, LLP
                              BY: DAVID CRICHLOW, ESQ.
                              (212) 940-8941
                              BY: KAREN B. DINE, ESQ.
                              (212) 940-8772


For Law Debenture
Trust Company of NY:          Patterson Belknap Webb & Tyler
                              BY: BRIAN GUINEY, ESQ.
                              (212) 336-2305


For Interested Party:         Farallon Capital Management
                              BY: MICHAEL LINN
                              (415) 421-2132


For Interested Party
Joint Administrators:         William Fry
                              BY: MICHAEL QUINN
                              (302) 571-6710


For Interested Party
Credit Suisse:                Credit Suisse
                              BY: MANAS BABBILL
                              (212) 538-5918

TELEPHONIC APPEARANCES:
(Continued)

For Interested Party
CitiGroup Global           CitiGroup
Markets, Inc.:             BY: JOSH W. BRANT
                           (212) 723-1584

For Interested Party
Nortel Directors and       Osler, LLP
Officers:                  BY: ALEX COBB, ESQ.
                           (416) 862-6835

For Interested Party:      Davies Ward Phillips & Vineberg,
                           LLP
                           BY: LUIS SARABIA
                           (302) 571-6710

For Interested Party:      Southpaw Asset Management
                           BY: ANDREW M. THAU
                           (203) 862-6231

For Interested Party:      Dentons Canada, LLP
                           BY: MICHAEL J. WUNDER
                           (416) 863-4715

1

1    WILMINGTON, DELAWARE, FRIDAY, SEPTEMBER 20, 2013, 2:00 P.M.

2              THE CLERK:  Good morning, Judge Gross.

3              THE COURT:  Justice Morawetz, are you on the

4    telephone?

5              THE CLERK:  One moment.  Let me open Justice

6    Morawetz's line.  His line is open now.

7              THE COURT:  Justice Morawetz, this is Judge

8    Gross.

9              JUSTICE MORAWETZ:  Judge Gross, I can hear you loud

10   and clear.

11             THE COURT:  Very well, and likewise, and are

12   Counsel now live on the telephone?

13             MR. ABBOTT:  We are, Your Honor.  Derek Abbott, for

14   the U.S. Debtors, and I'm sure there are a number of others

15   who will chime in.

16             THE COURT:  There are many others and I'm not going

17   to ask anybody to sort of identify themselves at the outset.

18   We're not going to do a roll call, of course, but as you

19   speak, if you would just be careful to identify yourself, even

20   as you speak numerous times perhaps, so that our record is

21   accurate because this is on the record and this is the

22   continuation of our hearing from the 18th and -- on the

23   discovery disputes that were submitted to the -- to both

24   Courts.  Mr. Rosenthal?  Hello?

25             MR. ROSENTHAL:  Four of the five disputes in Court

1    on Wednesday so there was one more left to be addressed.

2            THE COURT:  I'm sorry, Mr. Rosenthal, we didn't

3    hear your first words.

4            MR. ROSENTHAL:  Oh.  I was saying as Your Honor

5    knows, we covered four of the five items in dispute on

6    Wednesday and there was one that we left over for today and

7    I'm happy to take that now or if the Court would like to deal

8    with other issues that I know are on the Agenda for today;

9    whatever order the Courts prefer.

10           THE COURT:  Justice Morawetz, do you have a

11    preference to take up the issue that Ms. Kimmel had raised at

12    the -- toward the end of the hearing?

13           JUSTICE MORAWETZ:  I would say we should perhaps

14    deal with the fifth dispute and then deal with the other

15    matters.

16           THE COURT:  Very well.  Yes, you may proceed, Mr.

17    Rosenthal.

18           MR. ROSENTHAL:  Thank you, Your Honor.  So Justice

19    Morawetz and Justice Gross -- Judge Gross, the fifth dispute

20    that we didn't address on Wednesday involves what to do to

21    minimize the prejudice to the U.S. Debtors with respect to

22    EMEA's recent production of 375,000 documents pretty much on

23    the eve of depositions.  And by way of background, and I won't

24    go over it in much detail because it's in the letters that the

25    parties submitted, but the original Discovery Plan called for

1  the substantial completion of document productions back on

2  July 22nd.  We certified our production.  We said we needed

3  about ten more days to virtually finish it and within ten

4  days, we had produced 99 percent of the U.S. Debtor's non-

5  privileged documents.  The parties were still considering, and

6  I think we're going to be coming to the Court probably next

7  week, how to deal with documents that are privileged and

8  covered by a multi-Estate privilege.  But with respect to the

9  non-privileged documents, we had produced 99 percent of ours

10  by the very beginning of August.  We got a Certification from

11  EMEA Debtors of also the substantial completion of their

12  document production and, in the next several weeks, they had

13  told us that they had roughly 50 or 50 to 100,000 documents

14  remaining to be produced that they were still reviewing.  We

15  then, on that basis, agreed when they filed their Motion for

16  an extension of the schedule, to a new schedule that built in

17  a period of time that would allow us to review these documents

18  that we were anticipating, start depositions next Tuesday.  It

19  was only literally on the evening of September 3rd that we got

20  a new production of not 50 to 100,000 documents but 375,000

21  documents from the EMEA Debtors that meant that when we got

22  their substantial completion Certification on July 22nd that

23  was only really 35 percent of their documents, about a third,

24  not anything close to substantial completion.

25            Now, they've told us in your letter -- in the

1    letter to the Courts last week here's why their

2    representations turned out not to be correct and why their

3    numbers were off so significantly and we completely accept

4    those representations.  There's absolutely no accusation here

5    of bad faith on behalf of Mr. Oxford or any of colleagues.  I

6    accept that but it does present a big problem for us insofar

7    as we've been going all out to prepare for these depositions.

8    We absolutely do not have the capacity to review anywhere

9    approaching these 375,000 new documents, nor do we have the

10   luxury of simply saying we'll put off the EMEA depositions

11   because there's a lot of depositions, as the Court's know, and

12   we're going to be going to London as it is every week for

13   these depositions and it was very important to us when we

14   agreed to the extension that depositions not be back loaded

15   and put a lot of pressure on the end of the schedule.

16           So the proposal that we have come up with to reduce

17   the prejudice to us and still allow things to proceed along

18   the current schedule is to say that, with respect to these

19   depositions, we would keep the EMEA depositions and our cross-

20   examinations open now.  We would -- one week.  Let's say the

21   first week of December right before the discovery cutoff and

22   we go back to London and we bring back each witness that has

23   documents that are material documents among these 375,000 for

24   no more than two hours a piece for us to be able to finish the

25   examinations limited just to these new documents.  And, you

1  know, I realize it's inconvenient for the witnesses.  It's

2  certainly inconvenient and more costly for us.  But it's the

3  only thing that we can think of that allows us to stay on

4  track right now and not be prejudiced by being the party that

5  produced 99 percent and not 35 percent when there is a

6  substantial completion.  So that's our proposal.  We're

7  willing -- Mr. Oxford mentioned in his letter well, you know,

8  they don't control these people and, you know, they're across

9  Europe.  We're willing to limit it to a trip to the U.K. and

10 to re-examine those people who are just in the U.K.  And the

11 concern that I have, because I didn't really see an opposition

12 in their letter to it in concept, but they said we should come

13 back to the Court at some later date, presumably in mid-

14 November after we have reviewed these documents, to see

15 whether we really need this and our view is it's inconceivable

16 that, in these 375,000 documents, we're not going to have some

17 material documents that we're going to want to examine people

18 on and given the incredible challenge that we've all had in

19 scheduling these depositions in the first place and getting

20 time on peoples' calendars, I think it's imperative that we

21 tell people now we're blocking aside this first week of

22 December so that they could all know it's just going to be a

23 couple of hours but they need to put something on their

24 calendar now because if we first do it in November and the

25 Court orders it mid-novmeber, we're going to hear people

1   saying I'm not free until January; I can do the third Friday

2   in December, you know, and we'll never get a single week where

3   we can get everybody together.  We need this level of lead

4   time right now.  So that's our proposal.  We're not happy with

5   it.  It's not the best that we would have ideally liked but

6   it's the best that we can think of under the circumstances.

7                THE COURT:  All right.  Mr. Oxford, are you on the

8   phone, sir?

9                MR. OXFORD:  Yes I am, Your Honor.  Good afternoon,

10  Judge Gross.  Good afternoon, Mr. Justice Morawetz.  Let me

11  start by addressing Mr. Rosenthal's remarks up front by trying

12  to minimize the prejudice to the U.S. Debtor of our production

13  of 375,000 documents "on the eve of depositions."  Certainly,

14  the production was larger than we anticipated.  We've set out

15  the reasons for that in our letter and I appreciate Mr.

16  Rosenthal's remarks that he does not suggest that there was

17  any bad faith in our estimate.  They were what they were and

18  we wish those had been more accurate.

19               But just to put this in context, Your Honor, the

20  Canadian Debtors produced almost twice as much as our 375,000-

21  page documents in the week running after Labor Day.  So they

22  produced 613,000 documents in that week before the third of

23  September.  The U.S., I'm delighted to say, they were closer

24  to being accurate in their predictions because they produced a

25  small fraction of the documents that were produced by the

1   other parties.  This is a problem that is inherent with a case

2   of this size and complexity proceeding on a very ambitious

3   timetable that all parties are on board with and all parties

4   are trying to complete.  And this is not the -- this is not an

5   EMEA-only issue.  It's not a U.S.-only issue.  It's not a

6   Canadian-only issue.  All parties are working overtime to

7   produce documents, review documents, and get ready for the

8   depositions.  These depositions are starting on Tuesday with

9   the best [indiscernible] in the world.  I don't think any

10  party can say yes, I reviewed every single document.  It's

11  just not been possible.  We're going to have to muddle through

12  and do the best we can.

13          In addition to the documents that were produced on

14  September 3rd by all parties, subsequent to that, there were a

15  whole bunch of -- hundreds and thousands I think of documents

16  that were privileged as between the parties.  So there really

17  is -- the total volume of documents that we are all trying to

18  get through, which -- the majority of which were not produced

19  by EMEA; the majority were produced by the Canadian Estate and

20  we're happy to say were responsive to our document requests

21  and cooperated but the idea that somehow this is an EMEA-

22  created problem is I think a total misapprehension of the

23  situation.  It's also the situation that we have outstanding

24  third-party requests both in Canada, as the Courts know from

25  our arguments on Wednesday morning, and we also have

1  outstanding third-party disputes in the U.S. which have not

2  been responded to.  So documents are going to come in after

3  the depositions have started.  Documents are going to be

4  reviewed after depositions have started.  That's just a fact.

5  So there is a need.  There will be a need for flexibility on

6  behalf of the Courts and the parties and the witnesses to call

7  back witnesses, if necessary, who are U.S. witnesses, who are

8  Canadian witnesses, who are EMEA witnesses, and it's --

9  frankly, we're unable to tell now whether that's because it's

10  a document that was produced by EMEA or the U.S. or Canada.

11  It frankly doesn't make any difference because of the way that

12  the group is organized of the importance of the allocation

13  issues here and the claims.  There are going to be documents

14  that touch upon witnesses from all of these Countries and

15  there will be a need, at some point, for the parties to come

16  back to the Court and say we did whatever we could but we need

17  a little more time with this witness.  And this is not a

18  surprise to anybody.  We've baked that into the process, we

19  baked it into the protocol, and we have agreed that, as a

20  general matter, witnesses will only go once.  But where the

21  parties agree that there's a need for a deposition to be

22  picked up again, we will do so and if we can't agree, we'll

23  seek the intervention of the Court.  And what Mr. Rosenthal is

24  seeking to have is a one-sided effort without showing the good

25  cause that is required in the Courts' Orders and he hasn't

1  shown there's any need for relief.  There's a couple of

2  different versions of the relief that he seeks and both of

3  them are problematic.

4          The first one is the relief is impossible to comply

5  with because what Mr. Rosenthal wants is for the Joint

6  Administrators to be ordered to produce all of the EMEA

7  witnesses, or even a subset of the witnesses, for re-

8  deposition.  That is something we cannot do.  We only control

9  four of the EMEA witnesses.  We have managed, through

10 considerable effort, to secure the cooperation of many of

11 these EMEA witnesses with our control but by no means all of

12 them.  And that is, frankly, the same situation that the

13 Canadian Debtors and the U.S. Debtors have faced with Canadian

14 witnesses and with U.S. witnesses.  So the idea that we could

15 be ordered by this Court to do something that we, frankly,

16 have no idea that we can comply with.  In fact, sitting here

17 today, I can say it's almost certain that we could not comply

18 with that Order.  It seems to me it's inappropriate relief to

19 ask for the Court.

20         The second relief that Mr. Rosenthal is asking for

21 is well, let's just keep it -- let's keep the EMEA depositions

22 open, and what that really means is if we can't get the

23 witnesses again, then we can use the transcript but EMEA can't

24 and that is an attempt to [indiscernible] and get a one-sided

25 veto on the use of vital evidence in this file that seems to

1    me it is completely inappropriate.  This is not an EMEA-

2    created issue.  It's not a problem that is solely faced by the

3    U.S. Debtors.  It's something we all face in this case and

4    it's something we've built in a procedure to deal with.

5             THE COURT:  All right.  Thank you, Counsel.

6             MR. ROSENTHAL:  Your Honor, may I respond real

7    briefly?

8             THE COURT:  I think we have the picture, frankly,

9    Mr. Rosenthal, and I don't want to really belabor it any

10   longer unless Justice Morawetz would like to hear more.

11            JUSTICE MORAWETZ:  I think we've heard it.

12            THE COURT:  Okay.

13            MR. ROSENTHAL:  I just -- Your Honor, I do need to

14   correct the record on one thing because Mr. Oxford had said

15   well, we're going to need to do something with regard to these

16   outstanding third-party requests, and I would just direct the

17   Courts to paragraph seven of the extension and Stipulation

18   that the parties submitted because we anticipated that very

19   issue and expressly put in a stipulation that the parties

20   signed to the Courts saying that the pendency of third-party

21   discovery requests shall not be a reason to delay any

22   depositions.  So this is really just an issue of whether, in

23   certifying their productions on the 22nd whether -- of July and

24   not delivering, whether we're entitled to relief with respect

25   to that.  There's no Motion pending with respect to the

1    Canadian document productions insofar as they didn't file $4

2    billion of claims against the U.S. Debtors.  We're defending

3    against $4 billion of EMEA claims and we want to make sure

4    that there's a fair shot to defend ourselves.  And the only

5    question that we see right now is if we're going to have to

6    show good cause at some point, do we get a week on the

7    calendar now when people can block it out or do we try to do

8    it in November when there's no chance of succeeding?

9              THE COURT:  All right.  I certainly understand the

10   point.

11             JUSTICE MORAWETZ:  Thank you.

12             THE COURT:  Now, I know we have -- you're looking

13   for rulings on these items.  I don't know if Justice Morawetz

14   would like to take a brief recess with all of you still on the

15   phone while we discuss these or if we want to hear the issue

16   on, I guess, use immunity to call it.

17             MR. ROSENTHAL:  Your Honor, can I just make one

18   proposal that we had in mind, if it would be acceptable to the

19   Court procedurally, is I was going to suggest that perhaps by

20   noon on Monday, we would submit a Proposed Order with respect

21   to these five discovery disputes; EMEA can do the same by noon

22   on Monday, and then the Courts could confer and decide what

23   Order or a hybrid Order of their own to enter.

24             THE COURT:  That's acceptable to me if it is to

25   Justice Morawetz:

1           JUSTICE MORAWETZ:  That's fine with me and I've

2    got the time on Monday.

3           THE COURT:  Yes.  We'll make the time.

4           MS. KIMMEL:  Jessica Kimmel, speaking for the

5    Canadian Debtors and the Monitor.  May I just ask, if we're

6    going to be talking about forms of Order, that I reiterate

7    what I think other core parties would echo which is that any

8    form of Order that is being proposed be proposed in a way

9    that reflects the fact that these are issues that affect the

10   discovery involving all of the core parties and that it's not

11   a unique question that can just be dealt with through a one-

12   way sort of arrangement between EMEA and the U.S. Debtors

13   because it does affect everybody.  I've made my submissions

14   previously about the example which is most salient about the

15   representative witnesses for EMEA and the importance of the

16   Canadian Debtors and the Monitor and others and the Canadian

17   deposition group having an opportunity to participate

18   equitably and, given the nature of the claims and, in fact,

19   additional claims against us, that we have to have equitable

20   participation in whatever arrangements are going to be made.

21   But I think that applies across the board to all of these

22   requests in one way or another and I just want to make sure

23   that those opportunities are presented for contributions from

24   other parties to ensure that the Orders reflect the inclusory

25   nature of these discovery Orders that may get made and the

1 need for participation of all parties.

2        JUSTICE MORAWETZ:  Ms. Kimmel, thank you, and I

3 hear exactly what you're saying and I would just observe that

4 all parties have a big challenge and if they ignore what you

5 were saying, they'll probably create bigger challenges and

6 further Court hearings and your time could be better used if

7 the parties do include or concede to the views that you've

8 just expressed to make sure that you've got an Order that

9 everybody can live with.

10        MS. KIMMEL:  Thank you.

11        THE COURT:  And I apologize.  Okay.  We're fine.

12 Thank you.  All right.

13        MR. GOTTLIEB:  I believe -- it's Matthew Gottlieb

14 talking.  I believe that the matter with respect to the

15 deposition use is, unless Jessica tells me otherwise, it's

16 actually a very quick discussion, Judge Gross.

17        THE COURT:  I actually got I think a, did I not,

18 an agreement on this?

19        MS. KIMMEL:  Yes, I can explain it if you would

20 like.  It's Jessica Kimmel speaking.

21        THE COURT:  Yes, Ms. Kimmel?

22        MS. KIMMEL:  We have now been able to come up with

23 language that is being stipulated to by all parties for

24 purposes of the Stipulation to be filed of issues by the U.S.

25 Court, as well as attached to the Proposed Order of the

1    Canadian Court as it relates to the use of depositions in

2    these proceedings.  It's essentially the same two paragraphs

3    that I pointed both of Your Honors to when we were in Court

4    the other day.  There have been some very small modifications

5    that I need not concern you with.

6              The issue that -- there's one additional issue, as

7    you're aware, about derivative use and immunity that was

8    important to the Directors and Officers in Canada and Mr.

9    Cobb spoke to that issue very briefly the other day.  The way

10   we have come to resolve that, and it is essentially resolved

11   so that -- but the Courts should understand how we've dealt

12   with it, is that it -- while not on consent, and so it

13   doesn't appear in the Stipulation, is not opposed by EMEA and

14   is, in fact, on consent of everyone else.  And so what we

15   have done is reflected that in the language of the approval

16   Orders as that's the additional paragraph that the Directors

17   and Officers have requested so that it is not being consented

18   to by the EMEA Debtors as that was their ultimate position on

19   this and I will allow, obviously, Mr. Gottlieb or Mr. Cobb to

20   supplement what I have said, but we are, essentially, at a

21   point where we are on consent for 90 percent and unopposed

22   for that one additional paragraph that has been included in

23   the Order, and you should have them.  There's one small

24   change to the Canadian Order that we will need to send over

25   to the Court to reflect the non-opposition point.  But, other

1  than that, you should both have the forms of Order and

2  Stipulation that we have now agreed upon.

3            MR. GUYDER:  Your Honor, this is Dan Guyder, from

4  Allen & Overy.  You should have those documents which were

5  submitted under Certification of Counsel from Ms. Murphy at

6  the Buchanan Ingersoll firm.

7            THE COURT:  Yes, I do have it but I was looking at

8  the Order and I must admit, I'm reading it -- oh, here it is.

9  I'm sorry.  There are two Orders, right?  There's the one

10  Order dealing with the issue of immunity.

11            MR. GUYDER:  Yes.  There's a form of Order

12  approving the Stipulation.

13            THE COURT:  Okay.

14            MR. GUYDER:  And then also providing the

15  additional related relief that Ms. Kimmel just described.

16            THE COURT:  Yes.  I don't know -- and does Justice

17  Morawetz not have that at this point, that second Order?

18            JUSTICE MORAWETZ:  I do.  I have it but the

19  amendment to the deposition stipulation is not attached to

20  it.

21            MS. KIMMEL:  Your Honor, we will send you over --

22  because we had a change to reflect the non-opposition versus

23  consent point, we are going to send you over a new form of

24  Order with the appropriate Stipulation.

25            JUSTICE MORAWETZ:  All right.  Given that somebody

1   -- it's only three blocks away.  I would like to see that

2   individual at the conclusion of this hearing.

3        MS. KIMMEL:  Someone will appear in Judge's

4   reception then as soon as we finish.

5        JUSTICE MORAWETZ:  Okay.  Thank you.

6        MR. COBB:  Your Honor, this is Alex Cobb here from

7   Osler.  We are Counsel for the Directors and Officers.  Just

8   so that you're clear as to what we're speaking about, the

9   paragraph that we had originally suggested be included in the

10  -- Section K of the deposition protocol is the language which

11  is at paragraph two of the Delaware -- for the proposed

12  Delaware Order and at paragraph three of the proposed Ontario

13  Order.

14       JUSTICE MORAWETZ:  Okay.  Thank you.

15       THE COURT:  Yes.  It is now clear to me as well

16  and I thank you.  And Justice Morawetz and I, of course, will

17  discuss this off the phone, off of this call I should say.

18  Well, it seems to be helpful if the parties were to submit

19  Orders.  It would give Justice Morawetz and I an opportunity

20  to discuss the language, and as you indicated, to sort of

21  take one from Column A and one from Column B, if you will, if

22  appropriate.

23       MR. OXFORD:  Your Honor, this is Neil Oxford, from

24  Hughes Hubbard & Reed, for the EMEA Debtors.  If the Courts

25  wish to proceed on that basis, we're obviously happy to do

1  so.  Is there a particular time on Monday by which it would

2  be helpful for the Courts to have the competing Orders?

3           THE COURT:  Well, let's look at our calendar.

4           JUSTICE MORAWETZ:  Well, given that your

5  depositions are starting, the sooner the better.  But, you

6  know, is 10:00 a reasonable time?

7           MR. OXFORD:  I believe it is, Your Honor.

8           THE COURT:  That would be fine.

9           MR. ROSENTHAL:  If the Courts prefer, then we

10  could do those other Orders that we had suggested for doing

11  at 10 as well.

12           THE COURT:  Exactly.

13           MR. ROSENTHAL:  We could just do everything by 10

14  a.m. --

15           THE COURT:  Yes.

16           MR. ROSENTHAL:  -- Monday.

17           THE COURT:  Yes.

18           MR. ROSENTHAL:  Okay.  We'll submit ours then too.

19           THE COURT:  All right.

20           MR. OXFORD:  And, again, this is Neil Oxford, for

21  the EMEA Debtors.  As the Courts are aware, Mr. Rosenthal and

22  I have had a number of productive discussions, both privately

23  and with the assistance of Judge Gross.  Is it the Court's

24  intention that the Proposed Orders reflect the potential

25  compromise that had been discussed between the parties?

1            THE COURT:  Yes, by all means.

2            JUSTICE MORAWETZ:  We fully expect that if they

3  are drafted on that basis, the differences will not be as

4  great as they might otherwise be.

5            MR. ROSENTHAL:  We will continue our dialog over

6  the weekend with Mr. Oxford and perhaps maybe I would suggest

7  then that we move back to noon instead of 10 a.m. to give us

8  a final opportunity to confer even Monday morning before we

9  make our submissions.

10            JUSTICE MORAWETZ:  That's fine with me.

11            THE COURT:  That's also fine with me.

12            MR. ROSENTHAL:  Okay.  We will --

13            JUSTICE MORAWETZ:  From my perspective, I think

14  that's --

15            MR. ROSENTHAL:  We will resolve as much as we can

16  hopefully before noon Monday and then submit Orders for

17  whatever is unresolved.

18            THE COURT:  Excellent.  We much appreciate it,

19  Counsel.  Thank you.

20            JUSTICE MORAWETZ:  Now that I do have a number of

21  Counsel on the phone, with respect to the Canadian Motion

22  that was argued on Wednesday morning, there will be a ruling

23  on that on Monday morning.

24            MR. OXFORD:  Thank you, Your Honor.

25            THE COURT:  Well, thank you all for a productive

1  discussion and Motion practice and you will hear back from us

2  by Orders on Monday.

3          JUSTICE MORAWETZ:  Thank you and have a pleasant

4  weekend.

5          THE COURT:  Good weekend everyone.  Thank you, and

6  good day.  We'll stand in recess.

7          MR. OXFORD:  Thank you, Your Honor.

8          MR. ROSENTHAL:  Thank you.

9

10     (Whereupon at 2:32 p.m., the hearing was adjourned)

11

12                    CERTIFICATION

13          I certify that the foregoing is a correct

14  transcript from the electronic sound recording of the

15  proceedings in the above-entitled matter.

16
17  _____          20 September 2013
18  Tammy Kelly, Transcriber                      Date
19  Diaz Data Services, LLC
20

21

| Word | Page:Line |
|---|---|
| a.m(2) | 22:14 23:7 |
| abbott(4) | 1:23 2:11 6:13 6:13 |
| abid(1) | 2:27 |
| able(2) | 9:24 18:22 |
| about(7) | 8:3 8:23 17:6 17:14 17:14 19:7 21:8 |
| above-entitled(1) | 24:15 |
| absolutely(2) | 9:4 9:8 |
| accept(2) | 9:3 9:6 |
| acceptable(2) | 16:18 16:24 |
| accurate(3) | 6:21 11:18 11:24 |
| accusation(1) | 9:4 |
| across(2) | 10:8 17:21 |
| actually(2) | 18:16 18:17 |
| addition(1) | 12:13 |
| additional(5) | 17:19 19:6 19:16 19:22 20:15 |
| address(1) | 7:20 |
| addressed(1) | 7:1 |
| addressing(1) | 11:11 |
| adjourned(1) | 24:10 |
| administered(1) | 1:6 |
| administrator(s)(1) | 3:23 |
| administrators(3) | 3:24 4:42 14:6 |
| admit(1) | 20:8 |
| affect(2) | 17:9 17:13 |
| after(4) | 10:14 11:21 13:2 13:4 |
| afternoon(2) | 11:9 11:10 |
| again(3) | 13:22 14:23 22:20 |
| against(3) | 16:2 16:3 17:19 |
| agenda(1) | 7:8 |
| agree(2) | 13:21 13:22 |
| agreed(4) | 8:15 9:14 13:19 20:2 |
| agreement(1) | 18:18 |
| akin(1) | 2:22 |
| alberto(1) | 3:45 |
| alex(2) | 5:11 21:6 |
| all(26) | 9:7 10:18 10:22 11:7 12:3 12:3 12:6 12:14 12:17 13:14 14:6 14:11 15:3 15:5 16:9 16:14 17:10 17:21 18:1 18:4 18:12 18:23 20:25 22:19 23:1 23:25 |
| allen(2) | 2:42 20:4 |
| allocation(1) | 13:12 |
| allow(3) | 8:17 9:17 19:19 |
| allows(1) | 10:3 |
| almost(2) | 11:20 14:17 |
| along(1) | 9:17 |
| also(5) | 8:11 12:23 12:25 20:14 23:11 |
| ambitious(1) | 12:2 |
| amendment(1) | 20:19 |
| america(2) | 4:42 4:22 |
| among(1) | 9:23 |
| and(77) | 2:18 5:10 6:10 6:11 6:14 6:16 6:21 6:22 7:6 7:14 7:19 7:23 7:23 8:3 8:5 8:7 8:12 9:2 9:3 9:11 9:13 9:15 9:17 9:19 9:21 9:22 9:25 10:2 10:4 10:5 10:8 10:9 10:10 10:15 10:18 10:19 10:24 11:2 11:15 11:17 12:2 12:3 12:4 12:7 12:12 12:15 12:19 12:21 12:25 13:6 13:6 13:8 13:13 13:14 13:16 13:17 13:19 13:22 13:25 14:2 14:12 14:13 14:14 14:22 14:24 14:24 15:3 15:9 15:16 15:17 15:19 15:23 16:3 16:4 16:22 16:22 17:1 17:5 17:10 17:12 17:15 17:16 17:16 17:16 17:18 17:18 17:22 17:25 18:2 18:3 18:4 18:8 18:11 19:7 19:8 19:8 19:10 19:12 19:13 19:14 19:17 19:19 19:21 19:23 20:1 20:2 20:4 20:10 20:14 20:16 21:7 21:12 21:16 21:16 21:16 21:19 21:20 21:21 22:20 22:21 23:6 23:16 24:1 24:1 24:5 |
| andrew(2) | 2:18 5:20 |
| angela(1) | 4:12 |
| ann(2) | 1:24 2:13 |
| another(1) | 17:22 |
| anticipated(2) | 21:14 15:18 |
| anticipating(1) | 8:18 |
| any(8) | 9:5 11:17 12:9 13:1 14:1 15:9 15:21 17:7 |
| anybody(2) | 6:17 13:18 |
| anything(1) | 8:24 |
| anywhere(1) | 9:8 |
| apologize(1) | 18:11 |
| appear(2) | 19:13 21:3 |
| appearances(4) | 2:1 3:1 4:1 5:1 |
| applies(1) | 17:21 |
| appreciate(2) | 11:15 23:18 |
| approaching(1) | 9:9 |
| appropriate(2) | 20:24 21:22 |
| approval(1) | 19:15 |
| approving(1) | 20:12 |
| are(33) | 6:3 6:11 6:13 6:14 6:16 7:8 8:7 9:23 10:10 11:7 12:3 12:4 12:6 12:8 12:17 13:2 13:2 13:7 13:7 13:8 13:13 13:13 14:3 17:9 17:20 17:23 17:23 19:21 20:9 20:23 21:7 22:25 22:21 23:3 |
| argued(1) | 23:22 |
| arguments(1) | 12:25 |
| arrangement(1) | 17:12 |
| arrangements(1) | 17:20 |
| arsht(2) | 1:22 2:10 |
| arthur(1) | 3:29 |
| aside(1) | 10:21 |
| ask(3) | 6:17 14:19 17:5 |
| asking(1) | 14:20 |

| Word | Page:Line |
|---|---|
| asset(1) | 5:19 |
| assistance(1) | 22:23 |
| attached(2) | 18:25 20:19 |
| attempt(1) | 14:24 |
| aware(3) | 9:25 |
| aware(2) | 19:7 22:21 |
| away(1) | 21:1 |
| babbill(1) | 4:48 |
| back(9) | 8:1 9:14 9:22 9:22 10:13 13:7 13:16 23:7 24:1 |
| background(1) | 7:23 |
| bad(2) | 9:5 15:1 |
| baked(2) | 13:18 13:19 |
| bank(2) | 4:22 4:22 |
| bankruptcy(2) | 1:1 1:19 |
| barbara(1) | 4:19 |
| barrack(1) | 4:6 |
| basis(3) | 8:15 21:25 23:3 |
| bayard(1) | 3:44 |
| because(13) | 6:21 7:24 9:11 10:11 10:24 11:24 13:9 13:11 14:5 15:14 15:18 17:13 20:22 |
| been(8) | 9:7 11:18 12:11 13:2 18:22 19:4 19:22 22:25 |
| before(5) | 1:18 9:21 11:22 23:8 23:16 |
| beginning(1) | 8:10 |
| behalf(2) | 9:5 13:6 |
| being(5) | 10:4 11:24 17:8 18:23 19:17 |
| belabor(1) | 15:9 |
| believe(3) | 18:13 18:14 22:7 |
| belknap(1) | 4:33 |
| bennett(1) | 2:37 |
| best(4) | 11:5 11:6 12:9 12:12 |
| better(2) | 18:6 22:5 |
| between(3) | 12:16 17:12 22:25 |
| big(2) | 9:6 18:4 |
| bigger(1) | 18:5 |
| billion(2) | 16:2 16:3 |
| block(1) | 16:7 |
| blocking(1) | 10:21 |
| blocks(1) | 21:11 |
| board(2) | 12:3 17:21 |
| bondholder(1) | 3:31 |
| both(6) | 6:23 12:24 14:2 19:3 20:1 22:22 |
| botter(1) | 5:6 |
| brant(1) | 5:6 |
| brian(2) | 3:41 4:34 |
| brief(1) | 16:14 |
| briefly(2) | 15:7 19:9 |
| bring(1) | 9:22 |
| brynn(2) | 1:31 2:7 |
| buchanan(2) | 3:3 20:6 |
| built(2) | 8:16 15:4 |
| bunch(1) | 12:15 |
| but(22) | 6:18 7:25 8:8 8:20 9:6 10:2 10:12 10:23 11:5 11:19 12:21 13:16 13:20 14:11 14:23 17:21 19:11 19:20 19:25 20:7 20:18 22:5 |
| calendar(3) | 10:24 16:7 22:3 |
| calendars(1) | 10:20 |
| call(4) | 6:18 13:6 16:16 21:17 |
| called(1) | 7:25 |
| caloway(1) | 3:6 |
| can(17) | 6:9 10:3 11:1 11:3 11:6 12:10 12:12 14:16 14:17 14:23 16:7 16:17 16:21 17:11 18:9 18:19 23:15 |
| canada(5) | 4:16 5:23 12:24 13:10 19:8 |
| canadian(16) | 2:19 2:36 2:41 3:28 11:20 12:19 13:8 14:13 14:13 16:1 17:5 17:16 17:16 19:1 19:24 23:21 |
| canadian-only(1) | 12:6 |
| cannot(1) | 14:8 |
| can't(3) | 13:22 14:22 14:23 |
| capacity(1) | 9:8 |
| capital(1) | 4:37 |
| careful(1) | 6:19 |
| case(3) | 1:1 12:1 15:3 |
| cause(2) | 13:25 16:6 |
| certain(1) | 14:17 |
| certainly(3) | 10:2 11:13 16:9 |
| certification(4) | 8:10 8:22 20:5 24:12 |
| certified(1) | 8:2 |
| certify(1) | 24:13 |
| certifying(1) | 15:23 |
| challenge(2) | 10:18 18:4 |
| challenges(1) | 18:5 |
| chance(1) | 16:8 |
| change(2) | 19:24 20:22 |
| chapman(1) | 3:20 |
| chapter(1) | 1:8 |
| chime(1) | 6:15 |
| chris(1) | 2:33 |
| chung(1) | 4:23 |
| circumstances(1) | 11:6 |
| citigroup(2) | 5:5 5:5 |
| claimants(1) | 4:5 |
| claims(3) | 5:11 16:2 16:3 17:18 17:19 |
| clear(3) | 6:10 21:8 21:15 |
| cleary(1) | 1:29 2:5 |

| Word | Page:Line |
|---|---|
| clerk(2) | 6:2 6:5 |
| close(1) | 8:24 |
| closer(1) | 11:23 |
| cobb(5) | 5:11 19:9 19:19 21:6 21:6 |
| colleagues(1) | 9:5 |
| column(2) | 21:21 21:21 |
| come(6) | 9:16 10:12 13:2 13:15 18:22 19:10 |
| coming(1) | 8:6 |
| committee(2) | 2:21 3:29 |
| company(1) | 4:33 |
| competing(1) | 22:2 |
| complete(1) | 12:4 |
| completely(2) | 9:3 15:1 |
| completion(5) | 8:1 8:11 8:22 8:24 10:6 |
| complexity(1) | 18:6 |
| comply(3) | 14:4 14:16 14:17 |
| compromise(1) | 22:25 |
| conaway(1) | 3:18 |
| concede(1) | 18:7 |
| concept(1) | 10:12 |
| concern(2) | 10:11 19:5 |
| conclusion(1) | 21:2 |
| confer(2) | 16:22 23:8 |
| consent(4) | 19:12 19:14 19:21 20:23 |
| consented(1) | 19:17 |
| considerable(1) | 14:10 |
| considering(1) | 8:5 |
| context(1) | 11:19 |
| continuation(1) | 6:22 |
| continue(1) | 23:5 |
| continued(4) | 2:2 3:2 4:2 5:2 |
| contributions(1) | 17:23 |
| control(3) | 10:8 14:8 14:11 |
| cooperated(1) | 12:21 |
| cooperation(1) | 14:10 |
| cordo(2) | 1:24 2:13 |
| core(2) | 17:7 17:10 |
| correct(3) | 9:2 15:14 24:13 |
| costly(1) | 10:2 |
| could(8) | 10:22 13:16 14:14 14:14 16:7 16:22 18:6 22:10 22:13 |
| counsel(7) | 2:37 6:12 15:5 20:5 21:7 23:19 23:21 |
| countries(1) | 13:14 |
| couple(2) | 13:21 14:1 |
| course(2) | 6:18 21:16 |
| court(49) | 1:1 6:3 6:7 6:11 6:16 6:25 7:2 7:7 7:10 7:16 8:6 10:13 10:25 11:7 13:16 13:23 14:15 14:19 15:5 15:8 15:12 16:9 16:13 16:23 16:25 17:3 18:6 18:11 18:17 18:21 18:25 19:1 19:3 19:25 20:7 20:13 20:16 21:15 22:3 22:8 22:12 22:15 22:17 22:19 23:1 23:11 23:18 23:23 23:25 24:5 |
| courtroom(1) | 1:10 |
| courts(10) | 6:24 7:9 9:1 12:24 13:6 15:17 15:20 16:22 19:11 21:24 22:2 22:9 22:21 |
| courts'(1) | 13:25 |
| court's(2) | 9:11 22:23 |
| covered(2) | 7:5 8:8 |
| create(1) | 18:5 |
| created(2) | 12:22 15:2 |
| credit(2) | 4:47 4:47 |
| creditor(1) | 2:36 |
| creditors(2) | 2:22 3:28 |
| crichlow(1) | 4:27 |
| cross(1) | 9:19 |
| current(1) | 9:18 |
| cutoff(1) | 9:21 |
| dan(1) | 20:3 |
| daniel(1) | 2:45 |
| data(2) | 23:4 24:19 |
| date(2) | 10:13 24:18 |
| david(2) | 2:23 4:27 |
| davies(1) | 5:14 |
| day(4) | 11:21 19:4 19:9 24:6 |
| days(2) | 8:3 8:4 |
| deal(5) | 5:7 7:7 7:14 7:14 8:7 15:4 |
| dealing(1) | 20:10 |
| dealt(2) | 17:11 19:11 |
| debenture(2) | 3:36 4:32 |
| debtor(3) | 2:4 2:16 11:12 |
| debtors(18) | 1:12 1:22 3:14 6:14 7:21 8:11 8:21 11:20 14:13 14:13 15:3 16:2 17:5 17:12 17:16 19:18 21:24 22:21 |
| debtor's(1) | 8:4 |
| december(1) | 9:21 10:22 11:2 |
| decide(1) | 16:22 |
| defend(1) | 16:4 |
| defending(1) | 16:2 |
| delaware(5) | 1:2 1:21 6:1 21:11 21:12 |
| delay(1) | 16:2 |
| delighted(1) | 11:23 |
| delivering(1) | 15:24 |
| dentons(1) | 5:23 |
| deposition(6) | 13:21 14:8 17:17 18:15 20:19 21:10 |

| Word | Page:Line |
|---|---|
| depositions(18) | 7:23 8:18 9:7 9:10 9:11 9:13 9:14 9:19 9:19 10:19 10:19 12:8 12:8 13:3 13:4 14:21 15:22 19:1 22:5 |
| depositions."(1) | 11:13 |
| derek(3) | 1:23 2:11 6:13 |
| derivative(1) | 19:7 |
| described(1) | 20:15 |
| detail(1) | 7:1 |
| dialog(1) | 23:5 |
| diaz(2) | 1:39 24:19 |
| did(2) | 13:16 18:17 |
| didn't(4) | 7:2 7:20 10:11 16:1 |
| difference(1) | 13:11 |
| differences(1) | 23:3 |
| different(1) | 14:2 |
| dimsdale(1) | 4:12 |
| dine(1) | 4:29 |
| direct(1) | 15:16 |
| directors(4) | 5:10 19:8 19:16 21:7 |
| discovery(7) | 6:23 7:25 9:21 15:21 16:21 17:10 17:25 |
| discuss(3) | 16:15 21:17 21:20 |
| discussed(1) | 22:25 |
| discussion(2) | 18:16 24:1 |
| discussions(1) | 22:22 |
| dispute(3) | 7:5 7:14 7:19 |
| disputes(4) | 6:23 6:25 13:1 16:21 |
| district(1) | 1:2 |
| document(3) | 8:1 8:12 12:10 12:20 13:10 16:1 |
| documents(29) | 7:22 8:5 8:7 8:9 8:13 8:17 8:20 8:21 8:23 9:9 9:23 9:25 10:14 10:16 10:17 11:13 11:21 11:22 11:25 12:7 12:7 12:12 12:15 12:17 13:2 13:3 13:13 20:4 |
| does(4) | 9:6 11:16 17:13 20:16 |
| doesn't(2) | 13:11 19:13 |
| doing(2) | 22:10 |
| don(1) | 9:18 |
| don't(5) | 10:8 12:9 15:9 16:13 20:16 |
| drafted(1) | 23:3 |
| e.(1) | 2:42 |
| each(1) | 9:22 |
| echo(1) | 17:7 |
| ecro(1) | 1:37 |
| effort(3) | 13:24 14:10 |
| electronic(2) | 1:45 24:14 |
| else(1) | 19:14 |
| emea(23) | 3:13 8:11 8:21 9:10 9:19 12:19 12:21 13:8 13:10 14:6 14:9 14:11 14:21 14:23 15:1 16:3 16:21 17:12 17:15 19:13 19:18 21:24 22:21 |
| emea-only(1) | 12:5 |
| emea's(1) | 7:22 |
| employees(1) | 4:15 |
| end(2) | 7:12 9:15 |
| ensure(1) | 17:24 |
| enter(1) | 16:23 |
| entitled(1) | 15:24 |
| equitable(1) | 17:18 |
| esq(35) | 1:23 1:24 1:30 1:31 2:6 2:7 2:11 2:13 2:18 2:23 2:25 2:27 2:29 2:33 2:38 2:43 3:4 3:6 3:10 3:15 3:20 3:25 3:33 3:37 3:41 3:45 4:6 4:7 4:12 4:17 4:19 4:27 4:29 4:34 5:11 |
| essentially(3) | 19:2 19:10 19:20 |
| estate(1) | 12:19 |
| esther(1) | 4:23 |
| estimate(1) | 11:17 |
| europe(1) | 10:9 |
| eve(2) | 7:23 11:13 |
| even(3) | 6:19 14:7 23:8 |
| evening(1) | 8:19 |
| every(2) | 9:12 12:10 |
| everybody(3) | 11:3 17:13 18:9 |
| everyone(2) | 19:14 24:5 |
| everything(1) | 22:13 |
| exactly(2) | 18:3 22:12 |
| examinations(2) | 9:20 9:25 |
| examine(1) | 10:17 |
| example(1) | 17:14 |
| excellent(1) | 23:8 |
| expect(1) | 23:2 |
| explain(1) | 18:19 |
| expressed(1) | 18:8 |
| expressly(1) | 15:19 |
| extension(3) | 8:16 9:14 15:17 |
| face(1) | 15:3 |
| faced(2) | 14:13 15:2 |
| fact(5) | 13:4 14:16 17:9 17:18 19:14 |
| fair(1) | 16:4 |
| faith(2) | 9:5 11:17 |
| farallon(1) | 4:37 |
| farr(1) | 3:40 |
| fifth(1) | 2:22 |
| fifth(2) | 7:14 7:19 |
| file(2) | 14:25 16:1 |
| filed(2) | 8:15 18:24 |
| final(1) | 23:8 |

| Word | Page:Line |
|---|---|
| fine(5) 17:1 18:11 22:8 23:10 23:11 | |
| finger(1) 2:32 | |
| finish(2) 8:3 9:24 21:4 | |
| finlayson(1) 2:38 | |
| finnigan(2) 4:5 4:7 | |
| firm(1) 20:6 | |
| firtel(6) 7:3 9:21 10:19 10:21 10:24 14:4 | |
| five(3) 6:25 7:5 16:21 | |
| flexibility(1) 13:5 | |
| floor(1) 1:25 | |
| for(66) 1:22 2:2 2:4 2:16 2:21 2:36 2:41 3:13 3:23 | |
| 3:28 3:31 3:36 3:39 4:4 4:15 4:22 4:26 4:32 4:37 | |
| 4:41 4:46 5:4 5:9 5:14 5:19 5:23 6:13 7:6 7:8 7:25 | |
| 8:15 9:6 9:7 9:12 9:23 9:24 10:1 10:2 11:15 12:7 | |
| 13:5 13:15 13:21 14:1 14:5 14:7 14:20 14:20 16:13 | |
| 17:4 17:15 17:23 18:1 18:23 19:21 19:22 21:7 21:11 | |
| 21:24 22:2 22:10 22:20 23:16 23:25 | |
| foregoing(1) 24:13 | |
| form(3) 17:8 20:11 20:23 | |
| former(1) 4:15 | |
| forms(2) 17:6 20:1 | |
| four(3) 6:25 7:5 14:9 | |
| fraction(1) 11:25 | |
| frankly(3) 13:9 13:11 14:12 14:15 15:8 | |
| fred(1) 2:29 | |
| free(1) 11:1 | |
| friday(2) 6:1 11:1 | |
| from(15) 6:22 8:10 8:21 12:24 13:14 17:23 20:3 | |
| 20:5 21:6 21:21 21:21 21:23 23:13 24:1 24:14 | |
| front(1) 11:11 | |
| fry(1) 4:42 | |
| fully(1) 12:2 | |
| further(1) 18:6 | |
| gallagher(1) 3:40 | |
| gavin(1) 2:38 | |
| general(1) 13:20 | |
| get(8) 11:2 11:13 12:18 14:22 14:24 14:6 17:25 | |
| getting(1) 10:19 | |
| gill(1) 4:12 | |
| ginger(1) 1:17 | |
| give(2) 21:19 23:7 | |
| given(4) 10:16 17:18 20:25 22:4 | |
| global(1) 5:5 | |
| going(20) 6:16 6:18 8:6 9:7 9:12 9:12 10:16 10:17 | |
| 10:22 10:25 12:11 13:2 13:3 13:13 15:15 16:5 16:9 | |
| 17:6 17:20 20:23 | |
| good(7) 6:2 11:9 11:10 13:24 16:6 24:5 24:6 | |
| goodmans(1) 3:9 | |
| got(6) 8:10 8:19 8:21 17:2 18:8 18:17 | |
| gottlieb(6) 1:29 2:5 3:25 18:13 18:13 19:19 | |
| gray(1) 2:18 | |
| great(1) 23:4 | |
| gross(9) 1:18 6:2 6:8 6:9 7:19 7:19 11:10 18:16 | |
| group(3) 3:32 13:12 17:17 | |
| grour(1) 4:5 | |
| guess(1) 16:16 | |
| guiney(1) 4:34 | |
| gump(1) 2:22 | |
| guyder(5) 2:45 20:3 20:3 20:11 20:14 | |
| had(14) 7:11 8:4 8:9 8:12 8:13 10:18 11:18 15:14 | |
| 16:18 20:2 21:9 22:10 22:22 22:25 | |
| hadley(1) 3:32 | |
| hall(1) 2:43 | |
| hamilton(2) 1:29 2:5 | |
| happy(4) 7:7 11:4 12:20 21:25 | |
| harrisburg(1) 1:41 | |
| has(2) 9:22 19:22 | |
| hasn't(1) 13:25 | |
| hauer(1) 2:22 | |
| have(42) 7:10 9:8 9:9 9:16 10:11 10:14 10:16 11:5 | |
| 12:11 12:23 12:25 13:1 13:3 13:4 13:19 13:24 14:4 | |
| 14:13 14:16 15:8 16:5 16:12 17:19 17:19 18:4 18:22 | |
| 19:4 19:10 19:15 19:17 19:20 19:23 20:1 20:2 20:4 | |
| 20:7 20:17 20:18 22:2 22:22 23:20 24:3 | |
| having(1) 17:17 | |
| hear(7) 10:7 12:25 15:10 16:15 18:3 24:1 | |
| heard(1) 15:11 | |
| hearing(4) 6:22 7:12 21:2 24:10 | |
| hearings(1) 18:6 | |
| hello(1) 6:24 | |
| helpful(2) 21:18 22:2 | |
| here(5) 9:4 13:13 14:16 20:8 21:6 | |
| here's(1) 8:24 | |
| his(2) 6:6 10:7 | |
| hoc(1) 3:31 | |
| hodara(1) 2:29 | |
| hogan(1) 4:11 | |
| honor(15) 6:13 7:4 7:18 11:9 11:19 15:6 15:13 16:17 | |
| 20:3 20:21 21:6 23:22 22:7 23:24 24:7 | |
| honorable(1) 1:18 | |
| honors(1) 19:3 | |
| hopefully(1) 23:16 | |
| hours(2) 9:24 10:23 | |

| Word | Page:Line |
|---|---|
| how(2) 8:7 19:11 | |
| hubbard(2) 3:14 21:24 | |
| hughes(2) 3:14 21:24 | |
| hundreds(1) 12:15 | |
| hybrid(1) 16:23 | |
| idea(3) 12:21 14:14 14:16 | |
| ideally(1) 11:5 | |
| identify(2) 6:17 6:19 | |
| ignore(1) 18:4 | |
| immunity(3) 16:16 19:7 20:10 | |
| imperative(1) 10:20 | |
| importance(2) 13:12 17:15 | |
| important(2) 9:13 19:8 | |
| impossible(1) 14:4 | |
| inappropriate(2) 14:18 15:1 | |
| inc(4) 1:7 2:5 2:17 5:6 | |
| include(1) 18:7 | |
| included(2) 19:22 21:9 | |
| inclusory(1) 17:24 | |
| inconceivable(1) 10:15 | |
| inconvenient(2) 10:1 10:2 | |
| incredible(1) 10:18 | |
| indicated(1) 21:20 | |
| indiscernible(2) 12:9 14:24 | |
| individual(1) 21:2 | |
| informal(1) 2:38 | |
| ingersoll(2) 3:3 20:6 | |
| inherent(1) 12:1 | |
| insofar(2) 9:6 16:1 | |
| instead(1) 23:7 | |
| intention(1) 22:24 | |
| interested(8) 4:37 4:41 4:46 5:4 5:9 5:14 5:19 5:23 | |
| intervention(1) 13:23 | |
| into(2) 13:18 13:19 | |
| involves(1) 7:20 | |
| involving(1) 17:10 | |
| issue(12) 7:11 12:5 12:5 12:6 15:2 15:19 15:22 16:15 | |
| 19:2 19:6 19:10 20:10 | |
| issues(4) 7:8 13:13 17:9 18:24 | |
| items(2) 7:5 16:13 | |
| it's(26) 7:24 10:1 10:1 10:2 10:15 10:20 10:22 11:5 | |
| 11:6 12:5 12:5 12:10 12:23 13:8 13:9 14:17 14:18 | |
| 15:2 15:3 15:4 17:10 18:13 18:15 18:20 19:2 21:1 | |
| i'm(8) 6:14 6:16 7:2 7:7 11:1 11:23 20:8 20:9 | |
| i've(2) 17:1 17:13 | |
| jacques(1) 3:29 | |
| james(1) 3:36 | |
| jamie(1) 3:20 | |
| january(1) 11:1 | |
| jeff(1) 1:30 | |
| jeffrey(1) 2:6 | |
| jessica(4) 3:10 17:4 18:15 18:20 | |
| john(1) 4:7 | |
| johnson(1) 2:25 | |
| joint(3) 3:24 4:42 14:5 | |
| jointly(1) 1:6 | |
| jones(1) 2:37 | |
| josh(1) 5:6 | |
| judge(9) 1:18 1:19 6:2 6:7 6:9 7:19 11:10 18:16 | |
| judge's(1) 21:3 | |
| july(3) 8:2 8:22 15:23 | |
| just(20) 6:19 9:25 10:10 10:22 11:19 12:11 13:4 | |
| 14:21 15:13 15:16 15:22 16:17 17:5 17:11 17:22 | |
| 18:3 18:8 20:15 21:7 22:13 | |
| justice(29) 6:3 6:5 6:7 6:9 7:10 7:13 7:18 7:19 11:10 | |
| 15:10 15:11 16:11 16:13 16:25 17:1 18:2 20:16 | |
| 20:18 20:25 21:5 21:14 21:16 21:19 22:4 23:2 23:10 | |
| 23:13 23:20 24:3 | |
| justin(1) 3:45 | |
| karen(1) 4:29 | |
| kathleen(1) 3:4 | |
| katten(1) 4:26 | |
| keep(3) 9:19 14:21 14:21 | |
| kelly(1) 24:18 | |
| kevin(1) 1:18 | |
| kimmel(13) 3:10 7:11 17:4 17:4 18:2 18:10 18:19 | |
| 18:20 18:21 20:2 20:15 20:21 21:3 | |
| know(12) 7:8 9:11 10:1 10:7 10:8 10:22 11:2 12:24 | |
| 16:12 16:13 20:16 22:6 | |
| knows(1) 7:5 | |
| koskie(1) 4:19 | |
| labor(1) 11:21 | |
| language(4) 18:23 19:15 21:10 21:20 | |
| larger(1) 11:14 | |
| last(1) 9:1 | |
| later(1) 10:13 | |
| laura(1) 2:43 | |
| law(2) 3:36 4:32 | |
| lax(1) 3:24 | |
| layton(1) 1:32 | |
| lead(1) 11:3 | |
| left(2) 7:1 7:6 | |
| let(2) 6:5 11:10 | |

| Word | Page:Line |
|---|---|
| letter(5) 8:25 9:1 10:7 10:12 11:15 | |
| letters(1) 7:24 | |
| let's(4) 9:20 14:21 14:21 22:3 | |
| level(1) 11:3 | |
| liberty(1) 13:2 | |
| like(5) 7:7 15:10 16:14 18:20 21:1 | |
| liked(1) 11:5 | |
| likewise(1) 6:11 | |
| limit(1) 10:9 | |
| limited(1) 9:25 | |
| line(2) 6:6 6:6 | |
| linn(1) 4:38 | |
| lisus(1) 3:24 | |
| literally(1) 8:19 | |
| little(1) 13:17 | |
| live(2) 6:12 18:9 | |
| llc(2) 1:39 24:19 | |
| llp(17) 1:22 2:10 2:17 2:22 2:37 2:42 3:9 3:14 3:36 | |
| 3:40 4:5 4:11 4:46 5:6 5:10 5:15 5:23 | |
| loaded(1) 9:14 | |
| london(2) 9:12 9:22 | |
| longer(1) 15:10 | |
| look(1) 22:3 | |
| looking(2) 16:12 20:7 | |
| lot(2) 9:11 9:15 | |
| loud(1) 6:9 | |
| lovells(1) 4:11 | |
| luis(1) 5:16 | |
| luxury(1) 9:10 | |
| lyerly(2) 1:31 2:7 | |
| mace(1) 1:37 | |
| made(3) 17:13 17:20 17:25 | |
| majority(2) 14:9 14:22 | |
| make(7) 13:11 16:3 16:17 17:3 17:22 18:8 23:9 | |
| managed(1) 14:9 | |
| management(2) 4:37 5:19 | |
| manas(1) 4:48 | |
| many(2) 6:16 14:10 | |
| mark(1) 4:17 | |
| market(2) 1:11 1:25 | |
| markets(1) 5:6 | |
| mary(1) 3:6 | |
| material(2) 9:23 16:23 | |
| matter(3) 13:20 18:14 24:15 | |
| matters(1) 7:15 | |
| matthew(2) 3:25 18:13 | |
| matz(1) 3:33 | |
| may(4) 7:16 15:6 17:5 17:25 | |
| maybe(1) 23:6 | |
| mccloy(1) 3:3 | |
| means(3) 14:11 14:22 23:1 | |
| meant(1) 8:21 | |
| mentioned(1) 10:7 | |
| michael(4) 4:46 4:38 4:43 5:24 | |
| mid(1) 10:13 | |
| mid-novmeber(1) 10:25 | |
| might(1) 23:4 | |
| milbank(1) 3:32 | |
| miller(1) 3:37 | |
| mind(1) 16:18 | |
| minimize(2) 7:21 11:12 | |
| minsky(1) 4:16 | |
| misapprehension(1) 12:22 | |
| modifications(1) 19:4 | |
| moment(1) 6:5 | |
| monday(9) 16:20 16:22 17:2 22:1 22:16 23:8 23:16 | |
| 23:23 24:2 | |
| monitor(3) 2:41 17:5 17:16 | |
| morawetz(27) 6:3 6:7 6:9 7:10 7:13 7:19 11:10 | |
| 15:10 15:11 16:11 16:13 16:25 17:1 18:2 20:17 20:18 | |
| 20:25 21:5 21:14 21:16 21:19 22:4 23:2 23:10 23:13 | |
| 23:20 24:3 | |
| morawetz's(1) 6:6 | |
| more(7) 7:1 8:3 9:24 10:2 11:18 13:17 15:10 | |
| morning(5) 6:2 12:25 23:8 23:22 23:23 | |
| morris(3) 1:22 2:10 3:36 | |
| most(1) 17:14 | |
| motion(4) 8:15 15:25 23:21 24:1 | |
| move(1) 23:7 | |
| much(5) 7:22 7:24 11:20 23:15 23:18 | |
| muchin(1) 4:26 | |
| muddle(1) 12:11 | |
| multi-estate(1) 8:8 | |
| murphy(2) 3:4 20:5 | |
| must(1) 20:8 | |
| nature(2) 17:18 17:25 | |
| necessary(1) 13:7 | |
| need(14) 10:15 10:23 11:3 13:5 13:5 13:15 13:16 | |
| 13:21 14:1 15:13 15:15 18:1 19:5 19:24 | |
| needed(1) 8:22 | |
| neil(3) 3:15 21:23 22:20 | |
| networks(3) 1:7 2:5 2:17 3:40 4:10 | |
| never(1) 11:2 | |
| new(6) 1:33 8:16 8:20 9:9 9:25 20:23 | |
| next(3) 8:6 8:12 8:18 | |

| Word | Page:Line |
|---|---|
| nichols(2) 1:22 2:10 | |
| non(1) 8:4 | |
| non-opposition(2) 19:25 20:22 | |
| non-privileged(1) 8:9 | |
| noon(4) 16:20 16:21 23:7 23:16 | |
| nor(1) 9:9 | |
| north(8) 1:7 2:5 2:17 2:38 3:40 4:10 4:16 5:10 | |
| north(1) 12:25 | |
| not(36) 6:16 6:18 8:20 8:24 9:2 9:8 9:14 10:4 10:5 | |
| 10:16 11:1 11:4 11:5 11:6 12:4 12:4 12:5 12:5 | |
| 12:11 12:18 13:1 13:17 14:17 15:1 15:2 15:21 15:24 | |
| 17:10 18:17 19:5 19:12 19:17 19:17 20:17 20:19 | |
| 23:3 | |
| noteholders(1) 2:39 | |
| november(3) 10:14 10:24 16:8 | |
| now(17) 6:6 6:12 7:7 8:25 9:20 10:4 10:21 10:24 | |
| 11:4 13:9 16:5 16:7 16:12 18:22 20:2 21:15 23:20 | |
| number(3) 6:14 22:22 23:20 | |
| numbers(1) 9:3 | |
| numerous(1) 6:20 | |
| observe(1) 18:3 | |
| obviously(2) 19:19 21:25 | |
| off(4) 9:3 9:10 21:17 21:17 | |
| officers(4) 5:11 19:8 19:17 21:7 | |
| official(1) 2:21 | |
| okay(7) 15:12 18:11 20:13 21:5 21:14 22:18 23:12 | |
| once(1) 13:20 | |
| one(16) 1:32 6:5 7:1 7:6 9:20 14:4 15:14 16:17 | |
| 17:12 17:22 19:6 19:22 19:23 20:9 21:21 21:21 | |
| one-sided(2) 13:24 14:24 | |
| only(7) 8:19 8:23 10:3 13:20 14:8 16:4 21:11 | |
| ontario(1) 21:12 | |
| open(4) 6:5 6:6 9:20 14:22 | |
| opportunities(1) 17:23 | |
| opportunity(3) 17:17 21:19 23:8 | |
| opposed(1) 19:13 | |
| opposition(1) 10:11 | |
| order(19) 7:9 14:18 16:20 16:23 17:6 17:8 | |
| 18:8 18:25 19:21 19:24 20:1 20:8 20:10 20:11 20:17 | |
| 20:24 21:12 21:13 | |
| ordered(2) 14:6 14:15 | |
| orders(12) 10:25 13:25 17:24 17:25 19:16 20:9 21:19 | |
| 22:2 22:10 22:24 23:16 24:2 | |
| organized(1) 13:12 | |
| original(1) 7:25 | |
| originally(1) 21:9 | |
| osler(2) 5:9 21:7 | |
| other(9) 7:8 7:14 12:1 17:7 17:24 19:4 19:9 19:25 | |
| 22:10 | |
| others(3) 6:14 6:16 17:16 | |
| otherwise(2) 18:15 23:4 | |
| our(17) 6:20 6:22 8:2 9:19 10:6 10:15 11:4 11:12 | |
| 11:15 11:17 11:20 12:20 12:25 14:11 22:3 23:5 23:9 | |
| ours(2) 8:9 22:18 | |
| ourselves(1) 16:4 | |
| out(4) 9:2 9:7 11:14 16:7 | |
| outset(1) 5:17 | |
| outstanding(3) 12:23 13:1 15:16 | |
| over(6) 7:6 7:24 19:24 20:21 20:23 23:5 | |
| overtime(1) 10:4 | |
| overy(2) 2:42 20:4 | |
| own(1) 16:23 | |
| oxford(14) 3:15 9:5 10:7 11:7 11:9 15:14 21:23 | |
| 21:23 22:7 22:20 22:20 23:6 23:24 24:7 | |
| o'connor(1) 3:41 | |
| o'sullivan(1) 3:24 | |
| p.a(1) 2:32 | |
| p.c(1) 3:3 | |
| p.m(3) 1:15 6:1 24:10 | |
| page(1) 11:21 | |
| paragraph(6) 15:17 19:16 19:22 21:9 21:11 21:12 | |
| paragraphs(1) 19:2 | |
| parallel(1) 2:18 | |
| participate(1) 17:17 | |
| participation(2) 17:20 18:1 | |
| particular(1) 21:21 | |
| parties(22) 7:25 8:5 12:1 12:3 12:3 12:6 12:14 12:16 | |
| 13:6 13:15 13:21 15:18 15:19 17:7 17:10 17:24 18:1 | |
| 18:4 18:7 18:23 21:18 22:25 | |
| party(10) 4:37 4:41 4:46 5:4 5:9 5:14 5:19 5:23 | |
| 10:4 12:10 | |
| patterson(1) 4:33 | |
| pendency(1) 15:20 | |
| pending(1) 15:16 | |
| pennsylvania(1) 1:41 | |
| pension(3) 3:41 4:4 4:11 | |
| people(6) 10:8 10:10 10:17 10:21 10:25 16:7 | |
| peoples'(1) 10:20 | |
| percent(6) 8:4 8:9 8:23 10:5 10:5 19:21 | |
| perhaps(4) 6:20 7:13 16:19 23:6 | |

period(1) 8:17
perspective(1) 23:13
phillips(1) 5:14
phone(4) 11:8 16:15 21:17 23:21
picked(1) 13:22
picture(1) 15:8
piece(1) 9:24
place(1) 10:19
plan(2) 3:41 7:25
plaza(1) 1:32
pleasant(1) 24:3
pointed(7) 13:15 16:6 16:10 19:21 19:25 20:17 20:23
pointed(1) 19:3
position(1) 19:18
possible(1) 12:11
potential(1) 22:24
appearances(1) 1:21
prepare(1) 9:7
present(1) 9:6
presented(1) 17:23
pressure(1) 9:15
presumably(1) 10:13
pretty(1) 7:22
previously(1) 17:14
privately(1) 22:22
privilege(1) 8:8
privileged(3) 8:5 8:7 12:16
probably(2) 8:6 18:5
problem(4) 9:6 12:1 12:22 15:2
problematic(1) 14:3
procedurally(1) 16:19
procedure(1) 15:4
proceed(3) 7:16 9:17 21:25
proceeding(1) 12:2
proceedings(5) 1:17 1:45 2:19 19:2 24:15
process(1) 13:18
produce(2) 12:7 14:6
produced(13) 10:6 8:4 8:9 8:14 10:5 11:20 11:22 11:24 11:25 12:13 12:18 12:19 13:10
production(6) 7:22 8:2 8:12 8:20 11:12 11:14
productions(3) 8:1 15:23 16:1
productive(2) 22:22 23:25
proposal(4) 9:16 10:6 11:4 16:18
proposed(7) 16:20 17:8 17:8 18:25 21:11 21:12 22:24
protocol(2) 13:19 21:10
providing(1) 20:14
purposes(1) 18:24
put(5) 9:10 9:15 10:23 11:19 15:19
question(2) 16:5 17:11
quick(1) 18:16
quinn(1) 4:43
qureshi(1) 2:27
raised(1) 7:11
re-examine(1) 10:10
reading(1) 20:8
ready(1) 12:7
real(1) 15:6
realize(1) 10:1
really(7) 8:23 10:11 10:15 12:16 14:22 15:9 15:22
reason(1) 15:21
reasonable(1) 22:6
reasons(1) 11:15
recent(1) 7:22
reception(1) 21:4
recess(2) 16:14 24:6
record(3) 6:20 6:21 15:14
recorded(1) 1:45
recording(2) 1:45 24:14
reduce(1) 9:16
reed(2) 3:14 21:24
reflect(4) 17:24 19:25 20:22 22:24
reflected(1) 19:15
reflects(1) 17:9
regard(1) 15:15
reiterate(1) 17:6
related(1) 20:15
relates(1) 19:1
relief(7) 14:1 14:2 14:4 14:18 14:20 15:24 20:15
remaining(1) 8:14
remarks(2) 11:11 11:16
representations(2) 9:2 9:4
representative(1) 17:15
requested(1) 19:17
requests(5) 12:20 12:24 15:16 15:21 17:22
required(1) 13:25
resolve(2) 19:10 23:15
resolved(1) 19:10
respect(8) 7:21 8:8 9:18 15:24 15:25 16:20 18:14 23:13
respond(1) 15:6

responded(1) 13:2
responsive(1) 12:20
review(3) 8:17 9:8 12:7
reviewed(3) 10:14 12:10 13:4
reviewing(1) 8:14
richards(1) 2:32
right(11) 9:21 10:4 11:4 11:7 10:5 16:5 16:9 18:12 20:9 20:25 22:19
robert(1) 2:25
roll(1) 6:18
rooney(1) 3:3
rosenman(1) 4:26
rosenthal(24) 1:30 2:6 6:24 6:25 7:2 7:4 7:17 7:18 13:23 14:5 14:20 15:6 15:9 15:13 16:17 22:9 22:13 22:16 22:18 22:21 23:5 23:12 23:15 24:8
rosenthal's(2) 11:11 11:16
roughly(1) 8:13
ruling(1) 13:22
rulings(1) 16:13
running(1) 11:21
said(4) 8:2 10:12 15:14 19:20
salient(1) 17:14
same(3) 14:12 16:21 19:2
samis(1) 2:33
sarabia(1) 5:16
say(9) 7:13 9:18 9:20 11:23 12:10 12:20 13:16 14:17 21:17
saying(6) 7:4 9:10 11:1 15:20 18:3 18:5
schedule(4) 8:16 8:16 9:15 9:18
scheduling(1) 10:19
schuylkill(1) 1:40
scott(1) 3:24
second(2) 14:20 20:17
section(1) 21:10
secure(1) 14:10
see(4) 10:14 10:14 16:5 21:1
seek(1) 13:23
seeking(1) 13:24
seeks(1) 14:2
seems(3) 14:18 14:25 21:18
send(3) 19:24 20:21 20:23
september(6) 1:14 6:1 8:19 11:23 12:14 24:17
service(2) 1:39 1:46
services(2) 1:39 24:19
set(1) 11:14
seven(1) 15:17
several(1) 8:12
shall(1) 15:21
shot(1) 16:4
should(7) 7:13 10:12 19:11 19:23 20:1 20:4 21:17
show(1) 16:6
showing(1) 13:24
shown(1) 14:1
signed(1) 15:20
significantly(1) 9:3
simply(1) 9:10
single(2) 3:12 12:10
sir(1) 11:8
sitting(1) 14:16
situation(3) 12:23 12:23 14:12
size(1) 12:2
small(3) 11:25 19:4 19:23
solely(1) 15:2
some(5) 10:13 10:16 13:15 16:6 19:4
somebody(1) 20:25
somehow(1) 12:21
someone(1) 21:3
something(6) 10:23 14:8 14:15 15:3 15:4 15:15
soon(1) 21:4
sooner(1) 12:5
sorry(2) 7:2 20:9
sort(3) 6:17 17:12 21:20
sound(2) 1:45 24:14
southpaw(1) 5:19
speak(2) 6:9 6:20
speaking(3) 17:4 18:20 21:8
spoke(1) 19:9
stand(1) 24:6
stargatt(1) 3:18
start(2) 8:18 11:11
started(2) 13:3 13:4
starting(2) 12:8 22:5
states(2) 1:1 1:19
stay(1) 10:3
steen(2) 1:29 2:5
stephen(1) 3:37
still(4) 8:5 8:14 9:17 16:14
stipulated(1) 18:23
stipulation(8) 15:17 15:19 18:24 19:13 20:2 20:12 20:19 20:24
strauss(1) 2:22
street(2) 1:11 1:40
submissions(2) 17:13 23:9
submit(4) 16:20 21:18 22:18 23:16
submitted(4) 6:23 7:25 15:18 20:5

subsequent(1) 12:14
subset(1) 14:7
substantial(5) 8:11 8:22 8:24 10:6
succeeding(1) 16:8
suggest(3) 11:16 16:19 23:6
suggested(2) 21:9 22:10
suisse(2) 4:47 4:47
supplement(1) 19:20
sure(4) 6:14 16:3 17:22 18:8
surprise(1) 13:18
sweat(4) 7:7 7:11 16:14 21:21
talking(2) 17:6 18:14
tammy(1) 24:18
taylor(1) 3:19
telephone(2) 6:4 6:12
telephonic(2) 1:1 3:1 4:1 5:1
tell(2) 10:21 13:9
tells(1) 18:15
ten(2) 8:3 8:3
than(3) 9:24 11:14 20:1
thank(16) 7:18 15:5 16:11 18:2 18:10 18:12 21:5 21:14 21:16 23:19 23:24 23:25 24:3 24:5 24:7 24:8
that(135) 6:20 6:23 7:6 7:7 7:8 7:11 7:20 7:24 8:7 8:13 8:14 8:15 8:16 8:17 8:18 8:19 8:21 8:21 8:22 9:6 9:14 9:16 9:18 9:22 9:23 10:3 10:3 10:4 10:11 10:16 10:17 10:18 10:20 10:22 11:5 11:6 11:15 11:16 11:16 11:22 11:25 12:1 12:3 12:13 12:14 12:16 12:17 12:21 12:23 13:10 13:11 13:14 13:18 13:19 13:21 13:25 14:2 14:8 14:12 14:12 14:14 14:15 14:16 14:17 14:18 14:20 14:22 14:24 14:25 15:2 15:18 15:18 15:19 15:20 15:25 16:4 16:5 16:18 16:19 17:6 17:7 17:8 17:9 17:9 17:10 17:11 17:19 17:21 17:23 17:24 17:25 18:3 18:7 18:8 18:18 18:14 18:23 19:3 19:5 19:6 19:7 19:9 19:10 19:11 19:12 19:15 19:16 19:17 19:18 19:22 19:22 19:24 20:1 20:2 20:15 20:17 20:17 20:25 21:1 21:8 21:9 21:25 22:24 22:25 22:10 22:24 22:25 23:2 23:3 23:7 23:20 23:22 23:23 24:13
that's(10) 10:6 11:4 13:4 13:9 16:24 17:1 19:16 23:10 23:11 23:14
thau(1) 5:20
the(287) 1:1 1:2 1:18 2:4 2:16 2:37 3:13 6:2 6:3 6:3 6:5 6:7 6:11 6:12 6:14 6:16 6:17 6:21 6:21 6:22 6:22 6:23 6:25 7:2 7:5 7:7 7:8 7:9 7:10 7:11 7:12 7:12 7:12 7:14 7:14 7:16 7:19 7:21 7:21 7:23 7:24 7:24 7:25 8:1 8:4 8:5 8:6 8:8 8:10 8:11 8:12 8:16 8:19 8:21 8:25 9:1 9:8 9:9 9:10 9:11 9:14 9:15 9:15 9:16 9:17 9:18 9:19 9:20 9:21 9:24 10:1 10:2 10:4 10:9 10:10 10:10 10:13 10:18 10:19 10:24 11:1 11:5 11:6 11:6 11:7 11:17 11:12 11:12 11:12 11:13 11:15 11:19 11:21 11:22 11:23 11:25 11:25 12:4 12:7 12:9 12:9 12:12 12:13 12:16 12:17 12:18 12:19 12:19 12:21 12:22 12:23 12:24 13:1 13:3 13:6 13:6 13:10 13:11 13:12 13:12 13:13 13:13 13:15 13:16 13:18 13:19 13:20 13:23 13:23 13:24 13:25 14:2 14:4 14:4 14:5 14:6 14:7 14:9 14:10 14:12 14:12 14:13 14:14 14:14 14:19 14:20 14:21 14:22 14:23 14:25 15:2 15:5 15:8 15:12 15:14 15:16 15:17 15:18 15:19 15:20 15:20 15:23 15:25 16:2 16:4 16:6 16:9 16:9 16:12 16:14 16:15 16:16 16:21 16:22 16:22 16:24 17:2 17:3 17:3 17:4 17:5 17:9 17:9 17:10 17:12 17:14 17:14 17:15 17:15 17:16 17:16 17:18 17:18 17:21 17:24 17:24 17:25 18:7 18:7 18:11 18:14 18:14 18:17 18:21 18:24 18:24 18:25 18:25 19:1 19:2 19:4 19:6 19:8 19:9 19:10 19:11 19:13 19:15 19:16 19:16 19:18 19:23 19:24 19:25 19:25 20:1 20:6 20:7 20:8 20:9 20:10 20:12 20:13 20:14 20:16 20:18 20:19 20:22 20:24 21:2 21:7 21:8 21:9 21:10 21:10 21:11 21:11 21:12 21:15 21:17 21:18 21:20 21:24 21:24 22:22 22:3 22:5 22:5 22:8 22:9 22:12 22:15 22:17 22:19 22:21 22:21 22:23 23:1 23:1 23:23 23:24 24:5 24:10 24:13 24:14 24:14 24:15
their(12) 8:11 8:15 8:22 8:23 9:1 9:2 10:12 10:23 11:24 15:23 16:23 19:18
them(3) 14:3 14:12 19:23
themselves(1) 6:17
then(10) 7:14 8:15 14:23 16:22 20:14 21:4 22:9 22:18 23:7 23:16
there(16) 6:14 6:16 7:1 7:6 10:5 11:16 12:14 12:16 13:5 13:5 13:13 13:15 19:4 20:9 22:1 23:22
there's(12) 9:4 9:11 13:21 14:1 14:1 15:25 16:4 16:8 19:6 19:23 20:9 20:11
these(22) 8:17 9:7 9:9 9:13 9:18 9:23 9:25 10:8 10:14 10:16 10:19 12:8 13:14 14:11 15:15 16:13 16:15 16:16 18:17 19:21 17:21 17:25 19:2
they(17) 8:12 8:13 8:14 8:14 8:15 10:8 10:12 10:22 10:23 11:17 11:17 11:21 11:23 11:24 16:1 18:4 23:2 23:4
they'll(1) 18:5
they're(1) 10:8
they've(1) 8:25

thing(2) 10:3 15:14
things(1) 9:17
think(13) 8:6 10:3 10:20 11:6 12:9 12:15 12:22 15:8 15:11 17:7 17:21 18:17 23:13
third(3) 8:23 11:1 11:22
third-party(4) 12:24 13:1 15:16 15:20
this(29) 6:7 6:21 6:21 10:15 10:21 11:3 11:19 12:1 12:2 12:4 12:4 12:21 13:17 13:17 14:15 14:25 15:1 15:3 15:22 18:18 19:19 20:3 20:17 21:2 21:6 21:17 21:17 21:23 22:20
thomas(1) 3:33
thornton(1) 4:5
those(6) 9:4 10:10 11:18 17:23 20:4 22:10
thousands(1) 12:15
three(2) 2:11 21:12
through(4) 12:11 12:18 14:9 17:11
time(9) 8:17 10:20 11:7 14:12 17:3 18:6 22:1 22:6
times(1) 6:20
timetable(1) 12:3
today(3) 7:6 7:8 14:17
together(1) 11:3
told(2) 8:13 8:25
too(1) 22:18
torys(1) 2:17
total(2) 12:17 12:22
touch(1) 13:14
toward(1) 7:12
track(1) 10:4
transcriber(1) 24:18
transcript(4) 1:17 1:46 14:23 24:14
transcription(2) 1:39 1:46
trip(1) 10:9
trust(3) 4:11 4:26 4:33
trustee(1) 3:39
try(1) 16:7
trying(3) 11:18 12:4 12:17
tuesday(2) 8:18 12:8
tunnell(2) 1:22 2:10
turned(1) 9:2
tweed(1) 3:32
twice(1) 11:20
two(4) 9:24 19:2 20:9 21:11
tyler(1) 4:33
u.k(5) 3:41 4:4 4:11 10:9 10:10
u.s(15) 4:1 6:14 7:21 8:4 11:12 13:7 13:10 14:13 14:14 15:3 16:2 17:12 18:24
u.s.-only(1) 12:5
ultimate(1) 19:10
unable(1) 13:9
under(2) 11:6 20:5
understand(2) 16:9 19:11
unique(1) 17:11
united(2) 1:1 1:19
unless(2) 15:10 18:15
unopposed(1) 19:21
unresolved(2) 23:17
unsecured(1) 2:22
until(1) 11:11
upon(2) 13:14 20:2
use(6) 14:23 14:25 16:16 18:15 19:1 19:7
used(1) 13:6
versions(1) 14:2
versus(1) 20:22
very(9) 6:11 7:16 8:10 9:13 12:2 15:18 18:16 19:4 19:9
veto(1) 14:25
view(1) 10:15
views(1) 18:7
vineberg(1) 5:14
virtually(1) 8:3
vital(1) 14:25
volume(1) 12:17
walancik(1) 4:19
want(5) 10:17 15:9 16:3 16:15 17:22
wants(1) 14:5
ward(1) 5:14
was(15) 7:1 7:4 7:6 8:19 8:23 9:13 11:14 11:16 13:10 16:19 19:7 19:8 20:7 23:22 24:10
way(6) 7:23 13:11 17:8 17:12 17:22 19:9
webb(1) 4:33
wednesday(5) 7:1 7:6 7:20 12:25 23:22
week(10) 8:7 9:1 9:12 9:20 9:21 10:21 11:2 11:21 11:22 16:6
weekend(3) 23:6 24:4 24:5
weeks(1) 8:12
well(12) 6:11 7:16 10:7 14:13 15:15 18:25 21:15 21:18 22:3 22:4 22:11 23:25

| Word | Page:Line |
|---|---|

**were**(19) 6:23  8:5  8:14  8:18  9:3  11:17  11:17  11:23
11:25  12:13  12:14  12:16  12:18  12:19  12:20  18:5
19:3  20:4  21:18

**we'll**(6) 9:10  11:2  13:22  17:3  22:18  24:6
**we're**(21) 6:18  8:6  9:12  10:6  10:9  10:16  10:17  10:21
10:25  11:4  12:11  12:20  13:9  15:15  15:24  16:2  16:5
17:5  18:11  21:8  21:25

**we've**(7) 9:7  10:18  11:14  13:18  15:4  15:11  19:11
**what**(12) 7:20  11:17  13:23  14:5  14:22  16:22  17:7
18:3  18:4  19:14  19:20  21:8

**whatever**(4) 7:9  13:16  17:20  23:17
**when**(7) 8:15  8:21  9:13  10:5  16:7  16:8  19:3
**where**(3) 11:2  13:20  19:21
**whereupon**(1) 24:10
**whether**(5) 10:15  13:9  15:22  15:23  15:24
**which**(8) 12:18  12:18  13:1  17:7  17:14  20:4  21:10
**while**(2) 16:15  19:12
**who**(5) 6:15  10:10  13:7  13:7  13:8
**whole**(1) 12:15
**why**(2) 9:1  9:2
**will**(17) 6:15  13:5  13:15  13:20  13:22  19:19  19:24
20:21  21:3  21:16  21:21  23:3  23:5  23:12  23:15  23:22
24:1

**william**(1) 4:42
**willing**(2) 10:7  10:9
**willkie**(1) 3:40
**wilmington**(4) 1:12  1:26  4:26  6:1
**wish**(2) 11:18  21:25
**with**(39) 7:8  7:14  7:14  7:21  8:7  8:8  9:16  9:18  11:4
12:1  12:3  12:8  13:17  14:5  14:11  14:13  14:14  14:16
14:18  15:4  15:15  15:24  15:25  16:14  16:20  17:1
17:11  18:9  18:14  18:22  19:5  19:12  20:10  20:24
22:23  23:6  23:10  23:11  23:21

**within**(1) 8:3
**without**(1) 13:24
**witness**(2) 9:22  13:17
**witnesses**(16) 10:1  13:6  13:7  13:7  13:8  13:8  13:14
13:20  14:7  14:7  14:9  14:11  14:14  14:14  14:23  17:15

**won't**(1) 7:23
**words**(1) 7:3
**working**(1) 12:6
**world**(1) 12:9
**would**(20) 6:19  7:7  7:13  8:17  9:19  9:20  11:5  15:10
15:16  16:14  16:18  16:20  17:7  18:3  18:19  21:1  21:19
22:1  22:8  23:6

**wunder**(1) 5:24
**www.diazdata.com**(1) 1:43
**yes**(13) 7:16  11:9  12:10  17:3  18:19  18:21  20:7  20:11
20:16  21:15  22:15  22:17  23:1

**york**(1) 1:33
**you**(41) 6:3  6:9  6:18  6:19  6:20  7:10  7:16  7:18  9:25
10:7  10:8  11:2  11:7  15:5  16:11  16:14  18:2  18:4
18:10  18:12  18:19  19:5  19:23  20:1  20:4  20:21  20:23
21:5  21:14  21:16  21:20  21:21  22:5  23:19  23:24
23:25  24:1  24:3  24:5  24:7  24:8

**young**(1) 3:18
**your**(20) 6:13  7:3  7:4  7:18  8:25  11:9  11:19  15:6
15:13  16:17  18:6  19:3  20:3  20:21  21:6  21:23  22:4
22:7  23:24  24:7

**yourself**(1) 6:19
**you're**(4) 16:12  18:3  19:7  21:8
**you've**(2) 18:7  18:8
**zigler**(1) 4:17