# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **RE: D.I.s 11577, 11655, 11707**
:
---------------------------------------------------------X

## CERTIFICATION OF COUNSEL FOR THE
## PROPOSED ORDER REGARDING CERTAIN DISCOVERY DISPUTES

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed *Order Regarding Certain Discovery Disputes* (the "Proposed Order"), attached as **Exhibit A** hereto.

1. On September 11, 2013, the U.S. Debtors and the Official Committee of Unsecured Creditors (together, the "U.S. Interests") wrote to this Court regarding five discovery disputes involving the EMEA Debtors. The EMEA Debtors responded on September 16, 2013, and the U.S. Interests submitted a reply letter on September 18, 2013.

2. On September 18 and September 20, 2013, the Courts held a joint hearing regarding the issues raised in the letters.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3. At the hearing on September 20, 2013, the Courts agreed that the U.S. Interests and the EMEA Debtors would each submit proposed orders regarding the issues raised.

4. Accordingly, the U.S. Interests hereby submit the Proposed Order attached hereto as **Exhibit A**. The Proposed Order reflects the parties' agreement – and contains their jointly drafted language – with respect to three issues (the EMEA Debtors' interrogatory responses, the production of certain of the Joint Administrators and French Liquidator for depositions and representative witness examinations for each EMEA Claimant). The parties have been unable to reach agreement with respect to the remaining two issues and therefore, the U.S. Interests respectfully request that the Court order the Joint Administrators to take all necessary steps to obtain and produce the E&Y UK documents sought in the letters rogatory previously approved by this Court; and that the cross examinations at deposition of EMEA witnesses remain open until the U.S. Interests have had a full and fair opportunity to review the substantial volume documents just recently produced by the EMEA Debtors.

*[Remainder of page intentionally left blank]*

WHEREFORE, the U.S. Interests respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: September 23, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> */s/ Ann C. Cordo*  <br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |