# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

DEREK C. ABBOTT
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

September 24, 2013

**VIA HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

Re: *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

On behalf of the U.S. Interests, I write in response to the September 24, 2013, letter from counsel for the Monitor and Canadian Debtors (the "Monitor Letter") with respect to requested revisions to the proposed orders filed with the Court on September 23, 2013, by counsel to the U.S. Interests and counsel for the EMEA Claimants.

The U.S. Interests have reviewed the proposed revisions requested in the Monitor Letter and have no objection to the Court entering our U.S. Interests' proposed order with the suggested revisions in the Monitor Letter.

Respectfully submitted,

Derek C. Abbott

7591452.1