IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

        Debtors.
---------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

Re: D.I. 75, 345, 552, 1564, 1731, 3210, 4217, 4323, 4912; 6110; 6267; 6359; 6640; 6755; 6889; 7092; 7186; 7369; 7580; 7797; 7928; 9507

**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS, <u>*NUNC PRO TUNC*</u> TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

    1.    I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3. Morris Nichols currently represents The Coca-Cola Company and/or certain affiliates or related entities thereof, in matters unrelated to these cases. The Coca-Cola Company and certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

4. Morris Nichols currently represents Contrarian Opportunity Fund G.P., L.L.C. and/or certain affiliates or related entities thereof, in matters unrelated to these cases. Contrarian Opportunity Fund G.P., L.L.C. and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

5. Morris Nichols currently represents SWS Group, Inc. and/or certain affiliates or related entities thereof, in matters unrelated to these cases. SWS Group, Inc. and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

6. Morris Nichols currently represents Hewlett-Packard Company and/or certain affiliates or related entities thereof, in matters unrelated to these cases. Hewlett-Packard Company and/or certain affiliates or related entities thereof is a creditor or party in interest in these cases.

7. Morris Nichols currently represents USAA Eagle Real Estate Multi-Sector Operating Partnership, LP and/or certain affiliates or related entities thereof, in matters unrelated

to these cases. USAA Real Estate Company and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

8. Morris Nichols currently represents SL Green Realty Corp. and/or certain affiliates or related entities thereof, in matters unrelated to these cases. SL Green Realty Corp. and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

9. Morris Nichols currently represents Molex Incorporated and/or certain affiliates or related entities thereof, in matters unrelated to these cases. Molex Incorporated and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

10. Morris Nichols currently represents LexisNexis and/or certain affiliates or related entities thereof, in matters unrelated to these cases. LexisNexis and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

11. Morris Nichols currently represents Zurich Insurance Company and/or certain affiliates or related entities thereof, in matters unrelated to these cases. Zurich Insurance Company and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

12. Morris Nichols currently represents France Telecom S.A. (d/b/a Orange) and/or certain affiliates or related entities thereof, in matters unrelated to these cases. France Telecom S.A. (d/b/a Orange) and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

13. Morris Nichols currently represents Ingalls & Snyder, LLC and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Ingalls & Snyder,

LLC and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

14. Morris Nichols currently represents Citadel Investment Group LLC and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Citadel Investment Group LLC and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

15. Morris Nichols currently represents Tellabs, Inc. and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Tellabs, Inc. and/or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

16. Morris Nichols currently represents Goldman Sachs International and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Goldman Sachs International and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

17. Morris Nichols currently represents E*TRADE Financial Corporation and/or certain affiliates or related entities thereof, in matters unrelated to these cases. E*TRADE Financial Corporation and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of September, 2013    _____
                                             Derek C. Abbott