**EMAIL SERVICE LIST**

derrick.tay@gowlings.com; jcarfagnini@goodmans.ca; jpasquariello@goodmans.ca; bzarnett@goodmans.ca; fmyers@goodmans.ca; pruby@goodmans.ca; jkimmel@goodmans.ca; carmstrong@goodmans.ca; nortel.monitor@ca.ey.com; ken.coleman@allenovery.com; Paul.Keller@AllenOvery.com; daniel.guyder@allenovery.com; Laura.Hall@AllenOvery.com; Joseph.Badtke-Berkow@AllenOvery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; kathleen.murphy@bipc.com; mary.caloway@bipc.com; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; jbromley@cgsh.com; lschweitzer@cgsh.com; hzelbo@cgsh.com; jrosenthal@cgsh.com; dstein@cgsh.com; mdecker@cgsh.com; jmoessner@cgsh.com; nforrest@cgsh.com; dqueen@cgsh.com; dabbott@mnat.com; acordo@mnat.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; karen.jones@paliareroland.com; tina.lie@paliareroland.com; michelle.jackson@paliareroland.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; Selinda.Melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; ZychK@bennettjones.com; Orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; tkreller@milbank.com; JHarris@milbank.com; apisa@milbank.com; svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; Shayne.kukulowicz@dentons.com; Michael.wunder@dentons.com; ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; bkahn@akingump.com; angela.pearson@ashurst.com; Antonia.croke@ashurst.com; samis@rlf.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; mbarrack@tgf.ca; DJMiller@tgf.ca; RLewis@tgf.ca; amcewan@tgf.ca; boconnor@willkie.com; sadvani@willkie.com; AHanrahan@willkie.com; cdavis@bayardlaw.com; jalberto@bayardlaw.com; sheryl.seigel@mcmillan.ca; michael.riela@lw.com; JSalmas@heenan.ca; KKraft@heenan.ca; SVanallen@heenan.ca; craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; karen.dine@kattenlaw.com; elamek@blg.com; jszumski@blg.com; dalowenthal@pbwt.com; lbarnes@osler.com; esellers@osler.com; eputnam@osler.com; ahirsh@osler.com; michael.lang@nortonrose.com; amdg@hoganlovells.com; john.tillman@hoganlovells.com; Matthew.bullen@hoganlovells.com; cdoniak@akingump.com; sgulati@akingump.com; Jennifer.Stam@gowlings.com; acobb@osler.com; tabataba@hugheshubbard.com; rschwill@dwpv.com; SCampbell@dwpv.com; jdoris@dwpv.com; mgottlieb@counsel-toronto.com; LSarabia@dwpv.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; bmcleese@dwpv.com; adler@hugheshubbard.com; oxford@HughesHubbard.com; huberty@hugheshubbard.com; zhen@hugheshubbard.com; eharron@ycst.com;

jdorsey@ycst.com; James.Norris-Jones@hsf.com; Ben.Hemington@hsf.com; Rory.Cochrane@hsf.com; Ilona.Groark@hsf.com; irozenberg@cgsh.com; aluft@cgsh.com; jormand@cgsh.com; mgurgel@cgsh.com; kwilson-milne@cgsh.com; mreynolds@torys.com