# EXHIBIT A

| | |
|---|---|
| Nortel Creditors Committee | September 26, 2013 |
| c/o Fred S. Hodara, Esq. | Invoice 438687 |
| Akin Gump Strauss Hauer Feld LLP | Page 2 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |
| | Matter #  165839 |

For services through August 31, 2013
relating to  Case Administration

| | | | | | |
|---|---|---|---|---|---|
| 08/06/13 | Attention to review and calendaring upcoming critical dates | | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | | $135.00 |
| | | | | | |
| 08/09/13 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | | $86.00 |

| | |
|---|---|
| Total Fees for Professional Services | $221.00 |
| TOTAL DUE FOR THIS INVOICE | **$221.00** |
| BALANCE BROUGHT FORWARD | $599.70 |
| **TOTAL DUE FOR THIS MATTER** | **$820.70** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 3  
Client #  732310  

Matter #  165839  

For services through August 31, 2013  
relating to  Court Hearings  

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/13/13 | Review e-mail from M. Fagen re: motion to approve IFSA hearing transcript (.1); Search docket re: same (.2); Discussion with C. Samis re: same (.1); E-mail to M. Fagen re: 6/7/11 hearing transcript (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 08/20/13 | Call to A. Cordo re: hearing on allocation litigation schedule amendment (.2); Call to B. Kahn re: hearing on allocation litigation schedule amendment (.2); Email to B. Kahn re: hearing on allocation litigation schedule amendment (.1) | Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 08/27/13 | Email to A. Cordo re: cancellation of 8/27/13 hearing | Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

Total Fees for Professional Services                                    $377.50

**TOTAL DUE FOR THIS INVOICE**                                          **$377.50**
BALANCE BROUGHT FORWARD                                                 $5,948.60

**TOTAL DUE FOR THIS MATTER**                                           $6,326.10

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | September 26, 2013<br>Invoice 438687<br>Page 4<br>Client #  732310<br><br>Matter # 165839 |

For services through August 31, 2013
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 08/01/13<br>Associate | Review Appellants' opening brief in Third Circuit allocation litigation<br>Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |
| 08/05/13<br>Paralegal | Assist B. Witters with distribution of appendices<br>Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |
| 08/05/13<br><br>Paralegal | Retrieve re: documents filed on Third Circuit appeal (.9); E-mail to C. Samis re: brief of same (.1)<br>Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 08/16/13<br><br><br>Associate | Call to S. Scarruzzi re: Judge Gross' availability in April / March 2014 (.2); Email to B. Kahn re: Judge Gross' availability in April / March 2014 (.1); Call from B. Kahn re: Judge Gross' availability in April / March 2014 (.2)<br>Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 08/21/13<br>Associate | Email to R. Lerman re: Third Circuit reply brief in allocation dispute<br>Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 08/26/13<br><br><br><br>Paralegal | Review e-mail from M. Fagen re: certification of counsel regarding proposed order stipulation EMEA motion for extension of schedule and deposition motion (.1); Retrieve re: same (.1); E-mail to M. Fagen re: same (.1)<br>Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,381.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,381.00** |
| BALANCE BROUGHT FORWARD | $10,868.60 |
| **TOTAL DUE FOR THIS MATTER** | **$12,249.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 5  
Client #  732310  

Matter #  165839  

For services through August 31, 2013  
relating to  Retention of Others  

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 08/09/13 | | Review, revise and finalize third supplemental declaration of J. Borow of Capstone in support of retention | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | | $90.00 |
| 08/27/13 | | Email to M. Wunder re: withdrawal of incorrect Dentons supplemental Wunder declaration in support of retention | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | | $45.00 |

Total Fees for Professional Services         $135.00

**TOTAL DUE FOR THIS INVOICE**         **$135.00**  
BALANCE BROUGHT FORWARD         $326.20  

**TOTAL DUE FOR THIS MATTER**         **$461.20**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 6  

Client #  732310  

Matter #  165839  

For services through August 31, 2013  
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/13 | Email to B. Kahn re: June 2013 RL&F excel spreadsheet for fee examiner | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 08/21/13 | Prepare cno re: RLF June fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 08/21/13 | Review July 2013 bill memo (.8); Review, revise and finalize CNO for 53rd RL&F fee application (.2) | | | | |
| | Associate | Christopher M. Samis | 1.00 hrs. | 450.00 | $450.00 |
| 08/29/13 | Prepare RLF 18th interim fee application | | | | |
| | Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 08/30/13 | Review and revise RLF July fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Revise RLF 18th interim fee application (.3); Prepare cos re: same (.2); E-mail to accounting re: same (.1); Finalize, file and coordinate service re: RLF July fee application (.3); Finalize, file and coordinate service re: RLF 18th interim fee application (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.90 hrs. | 215.00 | $408.50 |
| 08/30/13 | Review/revise 54th RL&F monthly fee application (.4); Review/revise 18th RL&F interim fee application (.2) | | | | |
| | Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |

Total Fees for Professional Services  $1,431.50

TOTAL DUE FOR THIS INVOICE  **$1,431.50**  
BALANCE BROUGHT FORWARD  $1,744.10

| | |
|---|---|
| Nortel Creditors Committee | September 26, 2013 |
| c/o Fred S. Hodara, Esq. | Invoice 438687 |
| Akin Gump Strauss Hauer Feld LLP | Page 7 |
| One Bryant Park | Client #  732310 |
| New York NY  10036 | |
| | Matter #  165839 |

**TOTAL DUE FOR THIS MATTER**                $3,175.60

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2013  
Invoice 438687  
Page 8  
Client # 732310

Matter # 165839

For services through August 31, 2013  
relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/01/13 | Draft Committee expense applicaiton (.8); Email (x2) to C. Samis re: same (.1); Email to M. Fagan re: same (.1) | Associate | Amanda R. Steele | 1.00 hrs. | 350.00 | $350.00 |
| 08/01/13 | Review 2nd Committee member reimbursement application | Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 08/05/13 | Revise committee application (.3); Email draft of same to Committee (.1); Email to B. Witters re: notice (.1); Review and revise same (.2) | Associate | Amanda R. Steele | 0.70 hrs. | 350.00 | $245.00 |
| 08/05/13 | Review e-mail from A. Steele re: Committee Member May fee application (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 08/07/13 | Review e-mail from M. Wunder re: Dentons May fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1); Update fee status chart (1.0) | Paralegal | Barbara J. Witters | 2.10 hrs. | 215.00 | $451.50 |
| 08/07/13 | Review, revise and finalize Fraser Milner fee application | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 08/08/13 | Email to M. Fagan re: fee applicaiton (.1); Revise second application for committee expenses (.4); Finalize same for filing (.1) | Associate | Amanda R. Steele | 0.60 hrs. | 350.00 | $210.00 |
| 08/08/13 | Finalize, file and coordinate service re: Committee Member May fee application (.3); Update fee status chart (1.0) | Paralegal | Barbara J. Witters | 1.30 hrs. | 215.00 | $279.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 9  

Client #  732310  

Matter #  165839  

---

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/09/13 | Review e-mail from B. Kahn re: third supplemental declaration of Capstone retention (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 08/12/13 | Review e-mail from C. Samis re: Akin Gump May fee application expense reduction (.1); Prepare cno re: same (.2); E-mail to B. Kahn and M. Fagen re: same (.1); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 08/12/13 | Review, revise and finalize CNO for 52nd Akin fee application (.2); Call from M. Fagen re: CNO for 52nd Akin fee application (.2); Emails to B. Witters re: preparation of CNO for 52nd Akin fee application (.2) | Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 08/14/13 | Emails to A. Cordo re: fee auditor reporting | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 08/16/13 | Finalize, file and coordinate service re: Dentons June fee application (.3); E-mail to M. Wunder re: same (.1); Finalize, file and coordinate service re: Capstone May fee application (.3); Finalize, file and coordinate service re: Ashurst July fee application (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 08/16/13 | Review e-mail from M. Wunder re: Dentons Canada June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 08/19/13 | Review e-mail from M. Fagen re: Akin Gump June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 08/19/13 | Review, revise and finalize 52nd Akin fee application (.2); Email to M. Fagen re: filing and service of 52nd fee application (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 10  
Client #  732310

Matter # 165839

| Date | Description | Role | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/20/13 | Call to B. Kahn re: letter to fee auditor on preliminary reports (.2); Call from A. Cordo re: letter to fee auditor on preliminary reports (.3); Email to B. Kahn re: letter to fee auditor on preliminary reports (.1) | Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 08/21/13 | Prepare cno re: Ashurst June fee application (.2); Review e-mail from B. Kahn re: Capstone June fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.10 hrs. | 215.00 | $236.50 |
| 08/21/13 | Review, revise and finalize 53rd Capstone monthly fee application | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 08/26/13 | Review e-mail from B. Kahn re: Capstone July fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| 08/26/13 | Review, revise and finalize 54th Capstone monthly fee application | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 08/28/13 | Attention to filing interim fee applicaiton | Associate | Amanda R. Steele | 0.20 hrs. | 350.00 | $70.00 |
| 08/28/13 | Review e-mail from M. Wunder re: Dentons July fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize and file re: same (.2); E-mail to M. Wunder re: same (.1); Review e-mail from M. Fagen re: Akin Gump July fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Review e-mail M. Wunder re: Dentons 18th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Finalize, file and coordinate service re: Akin Gump July fee application (.3) | Paralegal | Barbara J. Witters | 2.50 hrs. | 215.00 | $537.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2013  
Invoice 438687  
Page 11  

Client # 732310  

Matter # 165839

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/28/13 | Review, revise and finalize 54th monthly Dentons fee application (.2); Review, revise and finalize 54th monthly Akin fee application (.2) | Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 08/29/13 | Review e-mails re: 18th interim fee applications of Ashurst and Akin Gump (.1); Prepare cos re: Akin Gump 18th interim fee application (.2); Prepare cos re: Ashurst 18th interim fee application (.2); Review e-mail re: 18th interim fee application of Captone (.1); Prepare cos re: Capstone 18th interim fee application (.2); Finalize, file and coordinate service re: Akin Gump 18th interim fee application (.3); Finalize, file and coordinate service re: Ashurst 18th interim fee application (.3); Finalize, file and coordinate service re: Capstone 18th interim fee application (.3); Finalize and file cno re: Ashurst June fee application (.2) | Paralegal | Barbara J. Witters | 1.90 hrs. | 215.00 | $408.50 |
| 08/29/13 | Review, revise and finalize Akin 18th interim fee application (.2); Email to M. Fagen re: finalizing and filing Akin 18th interim fee application (.1); Review, revise and finalize Ashurst 18th interim fee application (.2); Email to B. Kahn re: finalizing and filing Ashurst 18th interim fee application (.1); Email to M. Fagen re: coordinating delivery of expert invoices in allocation litigation (.1); Email to B. Witters re: coordinating delivery of expert invoices in allocation litigation (.1); Email to B. Kahn re: finalizing, filing and service Capstone's 18th interim fee application (.1); Review, revise and finalize Capstone 18th interim fee application (.2) | Associate | Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |

Total Fees for Professional Services  $5,888.50

TOTAL DUE FOR THIS INVOICE  **$5,888.50**  
BALANCE BROUGHT FORWARD  $5,003.60  

**TOTAL DUE FOR THIS MATTER**  **$10,892.10**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 12  
Client #  732310  

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 2.50 | 350.00 | 875.00 |
| Ann Jerominski | 0.10 | 215.00 | 21.50 |
| Barbara J. Witters | 19.20 | 215.00 | 4,128.00 |
| Christopher M. Samis | 9.80 | 450.00 | 4,410.00 |
| TOTAL | 31.60 | $298.56 | 9,434.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                 $13,250.85

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310