# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

September 26, 2013
Invoice 438687

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through August 31, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $16.20 |
| Document Retrieval | $258.70 |
| Long distance telephone charges | $13.90 |
| Messenger and delivery service | $597.00 |
| Photocopying/Printing<br>20,028 @ $.10/pg. / 1,201 @ $.10/pg. | $2,122.90 |
| Postage | $807.65 |

| | |
|---|---:|
| Other Charges | $3,816.35 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,816.35** |
| BALANCE BROUGHT FORWARD | $553.88 |
| **TOTAL DUE FOR THIS MATTER** | **$4,370.23** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 13  
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Court Hearings  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 06/24/13 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 07/15/13 | PACER | | DOCRETRI |
| | Amount = | $0.90 | |
| 07/17/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $16.20 | |
| 07/18/13 | PACER | | DOCRETRI |
| | Amount = | $37.30 | |
| 08/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 08/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 08/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 08/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/07/13 | Photocopies | | DUP.10CC |
| | Amount = | $43.80 | |
| 08/07/13 | Messenger and delivery | | MESS |
| | Amount = | $25.65 | |
| 08/07/13 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 14  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/07/13 | PACER | | DOCRETRI |
| | Amount = $6.00 | | |
| 08/07/13 | Postage | | POST |
| | Amount = $9.96 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $6.70 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/07/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 08/08/13 | Photocopies | | DUP.10CC |
| | Amount = $21.60 | | |
| 08/08/13 | Messenger and delivery charges | | MESS |
| | Amount = $12.90 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 15  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/08/13 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 08/08/13 | Postage | | POST |
| | Amount = | $6.08 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/08/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/09/13 | Photocopies | | DUP.10CC |
| | Amount = | $791.70 | |
| 08/09/13 | Photocopies | | DUP.10CC |
| | Amount = | $789.60 | |
| 08/09/13 | Messenger and delivery | | MESS |
| | Amount = | $300.30 | |
| 08/09/13 | PACER | | DOCRETRI |
| | Amount = | $18.50 | |
| 08/09/13 | PACER | | DOCRETRI |
| | Amount = | $2.70 | |
| 08/09/13 | Postage | | POST |
| | Amount = | $689.26 | |
| 08/09/13 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 08/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 16  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $2.90 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.30 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.40 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.20 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $2.90 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |
| 08/09/13 | Printing | DUP.10CC | |
| | Amount = $0.10 | | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | September 26, 2013 |
| c/o Fred S. Hodara, Esq. | | Invoice 438687 |
| Akin Gump Strauss Hauer Feld LLP | | Page 17 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 08/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/12/13 | 12128727425 Long Distance | | LD |
| | Amount = | $2.78 | |
| 08/12/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/12/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/12/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/12/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/12/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/12/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/13/13 | PACER | | DOCRETRI |
| | Amount = | $69.10 | |
| 08/16/13 | Photocopies | | DUP.10CC |
| | Amount = | $96.80 | |
| 08/16/13 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 08/16/13 | PACER | | DOCRETRI |
| | Amount = | $3.30 | |
| 08/16/13 | Postage | | POST |
| | Amount = | $20.20 | |
| 08/16/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/16/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/16/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/16/13 | Printing | | DUP.10CC |
| | Amount = | $5.70 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 18  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 08/16/13 | Printing | Amount = $5.10 | DUP.10CC |
| 08/16/13 | Printing | Amount = $3.50 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.30 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.30 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.50 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/16/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/19/13 | Photocopies | Amount = $58.90 | DUP.10CC |
| 08/19/13 | Messenger and delivery | Amount = $63.30 | MESS |
| 08/19/13 | Postage | Amount = $20.20 | POST |
| 08/19/13 | Printing | Amount = $9.10 | DUP.10CC |
| 08/19/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/19/13 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 19  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 08/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/20/13 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 08/20/13 | 12128728121 Long Distance | | LD |
| | Amount = | $6.95 | |
| 08/20/13 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 08/21/13 | Photocopies | | DUP.10CC |
| | Amount = | $28.20 | |
| 08/21/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 08/21/13 | Postage | | POST |
| | Amount = | $5.23 | |
| 08/21/13 | Postage | | POST |
| | Amount = | $10.08 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/21/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 20  
Client #  732310  

| Date | Description | | | |
|---|---|---|---|---|
| 08/21/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 08/21/13 | Printing | | | DUP.10CC |
| | | Amount = | $7.20 | |
| 08/23/13 | PACER | | | DOCRETRI |
| | | Amount = | $3.20 | |
| 08/26/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $26.40 | |
| 08/26/13 | Messenger and delivery | | | MESS |
| | | Amount = | $75.30 | |
| 08/26/13 | PACER | | | DOCRETRI |
| | | Amount = | $81.50 | |
| 08/26/13 | Postage | | | POST |
| | | Amount = | $9.28 | |
| 08/26/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 08/26/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 08/26/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 08/26/13 | Printing | | | DUP.10CC |
| | | Amount = | $3.80 | |
| 08/26/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 08/26/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 08/27/13 | PACER | | | DOCRETRI |
| | | Amount = | $3.30 | |
| 08/28/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $100.80 | |
| 08/28/13 | PACER | | | DOCRETRI |
| | | Amount = | $7.40 | |
| 08/28/13 | Postage | | | POST |
| | | Amount = | $20.20 | |
| 08/28/13 | Printing | | | DUP.10CC |
| | | Amount = | $4.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2013  
Invoice 438687  
Page 21  
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 08/28/13 | Printing | Amount = $0.30 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $10.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $10.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.30 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/28/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/29/13 | Photocopies | Amount = $9.00 | DUP.10CC |
| 08/29/13 | Messenger and delivery | Amount = $12.00 | MESS |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 22  
Client #  732310  

| Date | Description | Code | Amount |
|---|---|---|---|
| 08/29/13 | PACER | DOCRETRI | $19.50 |
| 08/29/13 | Postage | POST | $5.48 |
| 08/29/13 | Printing | DUP.10CC | $0.20 |
| 08/29/13 | Printing | DUP.10CC | $0.20 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.60 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |
| 08/29/13 | Printing | DUP.10CC | $0.40 |
| 08/29/13 | Printing | DUP.10CC | $0.20 |
| 08/29/13 | Printing | DUP.10CC | $0.20 |
| 08/29/13 | Printing | DUP.10CC | $0.80 |
| 08/29/13 | Printing | DUP.10CC | $0.20 |
| 08/29/13 | Printing | DUP.10CC | $0.10 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2013  
Invoice 438687  
Page 23  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/29/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 08/30/13 | Photocopies | | DUP.10CC |
| | Amount = | $36.00 | |
| 08/30/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 08/30/13 | Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 08/30/13 | Postage | | POST |
| | Amount = | $11.68 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |
| 08/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2013  
Invoice 438687  
Page 24  
Client #  732310  

| Date | Description | | |
|------|-------------|---|---|
| 08/30/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.30 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.20 | DUP.10CC |
| 08/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 08/30/13 | Printing | Amount = $2.20 | DUP.10CC |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses    $3,816.35