Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **26 September 2013**     Our Ref: **GDB/CCN01.00001**

Invoice No.: **354390**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 35,556.00 |
| For the period to 31 August 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 15.72 |
| | 0.00 | | 35,571.72 |
| | | VAT | 0.00 |
| | | Total | 35,571.72 |
| | | **Balance Due** | **35,571.72** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 354390 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors
Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their
professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term
'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst
LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks INC
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2013

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Angela Pearson | 16.00 | 11,440.00 | (C0012) |
|  |  | **16.00** | **11,440.00** |  |
| Partner: | Giles Boothman | 0.30 | 240.00 | (C0012) |
|  |  | **0.30** | **240.00** |  |
| Senior Associate | Antonia Croke | 1.70 | 884.00 | (C0007) |
|  |  | 35.30 | 18,356.00 | (C0012) |
|  |  | **37.00** | **19,240.00** |  |
| Associate | Lindsey Roberts | 1.80 | 729.00 | (C0003) |
|  |  | 1.30 | 526.50 | (C0007) |
|  |  | 3.60 | 1,458.00 | (C0012) |
|  |  | **6.70** | **2,713.50** |  |
| Junior Associate | Sophie Law | 2.70 | 877.50 | (C0012) |
|  |  | **2.70** | **877.50** |  |
| Trainee | Louise Chan | 2.20 | 418.00 | (C0003) |
|  |  | 3.30 | 627.00 | (C0012) |
|  |  | **5.50** | **1,045.00** |  |
|  | **TOTAL** | **68.20** | **35,556.00** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01,00001
For the period: to 31/08/2013

## Matter: CCN01.00001 – BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.80 | 405.00 | 729.00 |
| **Trainee** | | | | |
| LCHAN | Louise Chan | 2.20 | 190.00 | 418.00 |
| | | | Total | 1,147.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/08/2013 | Louise Chan | DRFT | Preparing fee application | 0.20 | 190.00 | 38.00 |
| 08/08/2013 | Lindsey Roberts | LETT | Email to S Gibson re: monthly invoice | 0.10 | 405.00 | 40.50 |
| 12/08/2013 | Lindsey Roberts | DRFT | Mark-up of monthly invoice | 0.60 | 405.00 | 243.00 |
| 13/08/2013 | Lindsey Roberts | INTD | Discussion with accounts re: monthly invoice | 0.10 | 405.00 | 40.50 |
| 14/08/2013 | Louise Chan | DRFT | Drafting fee application | 0.30 | 190.00 | 57.00 |
| 14/08/2013 | Louise Chan | PREP | Reviewing draft invoice | 0.30 | 190.00 | 57.00 |
| 14/08/2013 | Lindsey Roberts | READ | Review of monthly invoice to confirm all comments incorporated, discussion with LCHAN | 0.20 | 405.00 | 81.00 |
| 15/08/2013 | Louise Chan | MISC | Reviewing draft spreadsheet | 0.80 | 190.00 | 152.00 |
| 15/08/2013 | Louise Chan | INTD | Discussion with L Spencer re. invoice | 0.10 | 190.00 | 19.00 |
| 16/08/2013 | Lindsey Roberts | READ | Review and comment on monthly fee application and spreadsheet | 0.30 | 405.00 | 121.50 |
| 16/08/2013 | Lindsey Roberts | LETT | Emails to Giles and B Kahn re: monthly fee application | 0.20 | 405.00 | 81.00 |
| 20/08/2013 | Louise Chan | DRFT | Drafting interim fee application | 0.20 | 190.00 | 38.00 |
| 29/08/2013 | Louise Chan | DRFT | Draft interim fee application | 0.30 | 190.00 | 57.00 |
| 29/08/2013 | Lindsey Roberts | DRFT | Review and mark up of interim fee application; email to Giles B and B Kahn re the same. | 0.30 | 405.00 | 121.50 |
| | | | | | | 1,147.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**     **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.70 | 520.00 | 884.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.30 | 405.00 | 526.50 |
| | | | Total | 1,410.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2013 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 520.00 | 208.00 |
| 08/08/2013 | Antonia Croke | ATTD | Attend UCC call | 0.80 | 520.00 | 416.00 |
| 08/08/2013 | Antonia Croke | READ | Review UCC agenda for call | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Lindsey Roberts | LETT | Emails re: UCC call, review of UCC materials for call | 0.30 | 405.00 | 121.50 |
| 14/08/2013 | Antonia Croke | READ | Review agenda and supporting docs for UCC call | 0.20 | 520.00 | 104.00 |
| 15/08/2013 | Lindsey Roberts | PHON | UCC Telephone call | 0.60 | 405.00 | 243.00 |
| 22/08/2013 | Antonia Croke | LETT | Review emails re UCC call | 0.20 | 520.00 | 104.00 |
| 22/08/2013 | Lindsey Roberts | ATTD | UCC Weekly call and follow up email | 0.40 | 405.00 | 162.00 |
| | | | | | | 1,410.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>         <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 16.00 | 715.00 | 11,440.00 |
| GDB | Giles Boothman | 0.30 | 800.00 | 240.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 35.30 | 520.00 | 18,356.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 3.60 | 405.00 | 1,458.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.70 | 325.00 | 877.50 |
| **Trainee** | | | | |
| LCHAN | Louise Chan | 3.30 | 190.00 | 627.00 |
| | | | Total | **32,998.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2013 | Antonia Croke | READ | Review draft deposition protocol; email re same | 1.00 | 520.00 | 520.00 |
| 01/08/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 520.00 | 52.00 |
| 01/08/2013 | Antonia Croke | READ | Review letter from US debtors Re: Nortel-30(b)(6) designations | 0.10 | 520.00 | 52.00 |
| 01/08/2013 | Antonia Croke | READ | Review email from Stam, Jennifer Re: Nortel Networks: Court File Numbers 09-CL-7950/09-CL-7951 | 0.10 | 520.00 | 52.00 |
| 01/08/2013 | Angela Pearson | READ | Review deposition protocol and other emails | 1.00 | 715.00 | 715.00 |
| 01/08/2013 | Angela Pearson | INTD | Email ACROKE | 0.20 | 715.00 | 143.00 |
| 01/08/2013 | Sophie Law | LETT | Read emails in from AG and ACROKE re depositions in UK | 0.40 | 325.00 | 130.00 |
| 02/08/2013 | Antonia Croke | READ | Review email from ad hoc bh group re deposition list of the Canadians | 0.10 | 520.00 | 52.00 |
| 02/08/2013 | Antonia Croke | READ | Review email from Selinda Melnik | 0.10 | 520.00 | 52.00 |
| 02/08/2013 | Antonia Croke | READ | Review subpoena served on linked in by NNI and emails re same | 0.60 | 520.00 | 312.00 |
| 02/08/2013 | Antonia Croke | READ | Review EMEA's opening brief in the 3rd Circuit appeal and emails re same | 1.10 | 520.00 | 572.00 |
| 02/08/2013 | Antonia Croke | READ | Review emails re Ltr re 30(b)(6) designations | 0.50 | 520.00 | 260.00 |
| 02/08/2013 | Antonia Croke | INTD | Discussion with AMP | 0.20 | 520.00 | 104.00 |
| 02/08/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 02/08/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 715.00 | 143.00 |
| 03/08/2013 | Antonia Croke | READ | Review ltr from US debtors re fourth and final doc production | 0.10 | 520.00 | 52.00 |
| 05/08/2013 | Antonia Croke | READ | Review email from Tabatabai, Fara Re: Nortel - Supplemental Response to Consolidated Interrogatories | 0.10 | 520.00 | 52.00 |
| 05/08/2013 | Antonia Croke | READ | Review email from Kimmel, Jessica Re: Nortel - Proposed Protocol for Expert Disclosure and draft Can Ct Order and draft US Ct order approving expert disclosure protocol | 0.80 | 520.00 | 416.00 |
| 05/08/2013 | Antonia Croke | READ | Review comments of monitor and Canadian debtors on the proposed deposition protocol; review blackline of protocol; and responsive comments of US debtors | 1.20 | 520.00 | 624.00 |
| 05/08/2013 | Antonia Croke | READ | Review emails re meet and confer | 0.10 | 520.00 | 52.00 |
| 05/08/2013 | Angela Pearson | READ | Review emails/documents | 1.80 | 715.00 | 1,287.00 |
| 05/08/2013 | Lindsey Roberts | READ | Review of emails from 25 July to 4 August 2013 | 0.80 | 405.00 | 324.00 |
| 06/08/2013 | Antonia Croke | READ | Review email from Rebecca Lewis Re: RE: Technical update/correction to US Debtors July 23 production of Sales Datarooms | 0.10 | 520.00 | 52.00 |
| 06/08/2013 | Antonia Croke | READ | Review email from Erickson, Jodi Re: Technical update/correction to US Debtors July 23 production of Sales Datarooms | 0.10 | 520.00 | 52.00 |
| 06/08/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 07/08/2013 | Antonia Croke | INTD | Confer AMP | 0.20 | 520.00 | 104.00 |
| 07/08/2013 | Antonia Croke | LETT | Emails Abid | 0.20 | 520.00 | 104.00 |
| 07/08/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 07/08/2013 | Antonia Croke | READ | Review US, Canadian, EMEA corro re document disclosure | 0.70 | 520.00 | 364.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 07/08/2013 | Antonia Croke | READ | Review BH's amends to the draft expert disclosure order | 0.10 | 520.00 | 52.00 |
| 07/08/2013 | Antonia Croke | READ | Review subpoenas served on Lazard and the Global IP Law Group | 0.80 | 520.00 | 416.00 |
| 07/08/2013 | Angela Pearson | INTD | Confer ACROKE | 0.20 | 715.00 | 143.00 |
| 07/08/2013 | Angela Pearson | INTD | Confer ACROKE | 0.10 | 715.00 | 71.50 |
| 07/08/2013 | Angela Pearson | READ | Review emails/documents | 1.00 | 715.00 | 715.00 |
| 07/08/2013 | Lindsey Roberts | INTD | Review of emails re: workstream with Cleary | 0.20 | 405.00 | 81.00 |
| 07/08/2013 | Sophie Law | LETT | Email in AG re English law assistance | 0.10 | 325.00 | 32.50 |
| 08/08/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Antonia Croke | LETT | Emails SLAW | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Antonia Croke | READ | Review emails re expert disclosure protocol | 0.30 | 520.00 | 156.00 |
| 08/08/2013 | Antonia Croke | READ | Review court reporting fee schedule for depositions | 0.20 | 520.00 | 104.00 |
| 08/08/2013 | Antonia Croke | READ | Review letter from EMEA's Canadian counsel to JM; review brief to JM | 0.80 | 520.00 | 416.00 |
| 08/08/2013 | Antonia Croke | READ | Review draft stipulation for debtors proposed settlement with Radware | 0.80 | 520.00 | 416.00 |
| 08/08/2013 | Antonia Croke | INTD | Confer SLAW | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Antonia Croke | READ | Review email from Hassan, Amina  Re: Nortel - Proposed Protocol for Expert Disclosure | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Antonia Croke | READ | Review email from Mark Zigler  Re: Nortel - Proposed Protocol for Expert Disclosure | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Antonia Croke | READ | Review email from Grossman, Barbara  Re: Nortel - Proposed Protocol for Expert Disclosure | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Antonia Croke | READ | Review email from Kimmel, Jessica  Re: Nortel - Proposed Protocol for Expert Disclosure | 0.10 | 520.00 | 52.00 |
| 08/08/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 08/08/2013 | Sophie Law | LETT | Read emails in from AG re committee call, review various docs attached thereto re discovery | 0.50 | 325.00 | 162.50 |
| 08/08/2013 | Sophie Law | LETT | Confer ACROKE re committee call and status; Ashurst workstreams; review docs | 0.40 | 325.00 | 130.00 |
| 09/08/2013 | Antonia Croke | READ | Review orders and endorsements of Justice Morawetz re hearing | 0.60 | 520.00 | 312.00 |
| 09/08/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: Nortel Networks: Deposition Cross-Designations | 0.10 | 520.00 | 52.00 |
| 09/08/2013 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A.  Re: RE: Nortel Networks: Deposition Cross-Designations | 0.10 | 520.00 | 52.00 |
| 09/08/2013 | Antonia Croke | LETT | Review email from Ruby, Peter  Re: Additional Productions of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 09/08/2013 | Antonia Croke | LETT | Review email from Johnson, Robert  Re: Fw: Nortel - Canadian Report on this afternoon's attendance before Justice Morawetz and Agenda | 0.40 | 520.00 | 208.00 |
| 09/08/2013 | Antonia Croke | LETT | Review letter and email from Moessner, Jacqueline  Re: Nortel: US Interests Cross-Designations | 0.20 | 520.00 | 104.00 |
| 09/08/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - Joint Administrators and UK Pension Claimants Cross-Designations | 0.10 | 520.00 | 52.00 |
| 09/08/2013 | Antonia Croke | LETT | Email M Fagen | 0.10 | 520.00 | 52.00 |
| 09/08/2013 | Antonia Croke | READ | Review blackline of revised deposition protocol and email from Lyerly, Brynn  Re: same | 0.70 | 520.00 | 364.00 |
| 09/08/2013 | Antonia Croke | READ | Review Nortel- Certification of Counsel re Expert Disclosure and email re same | 0.60 | 520.00 | 312.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>     <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 09/08/2013 | Angela Pearson | READ | Review emails/documents | 0.60 | 715.00 | 429.00 |
| 10/08/2013 | Antonia Croke | LETT | Review email from Kimmel, Jessica Re: RE: Nortel Networks: Deposition Cross-Designations | 0.10 | 520.00 | 52.00 |
| 10/08/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: RE: Nortel Networks: Deposition Cross-Designations | 0.10 | 520.00 | 52.00 |
| 10/08/2013 | Antonia Croke | LETT | Review email and attachment from Rosenthal, Jeffrey A. Re: RE: Nortel Networks: Deposition Cross-Designations | 0.20 | 520.00 | 104.00 |
| 10/08/2013 | Antonia Croke | LETT | Review email from Kimmel, Jessica Re: Nortel Networks: Deposition Cross-Designations | 0.10 | 520.00 | 52.00 |
| 10/08/2013 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A. Re: Nortel Networks: Deposition Cross-Designations | 0.10 | 520.00 | 52.00 |
| 11/08/2013 | Antonia Croke | READ | Review UKPC's supplemental responses to the agreed set of consolidated interrogatories | 0.50 | 520.00 | 260.00 |
| 11/08/2013 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A. Re: Nortel - Supplemental Responses to Consolidated Interrogatories | 0.10 | 520.00 | 52.00 |
| 11/08/2013 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Nortel - Joint Administrators and UK Pension Claimants Cross-Designations | 0.10 | 520.00 | 52.00 |
| 11/08/2013 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Continued Discussion Concerned Maybe August and Drop Lists | 0.10 | 520.00 | 52.00 |
| 11/08/2013 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A. Re: Re: Nortel - Supplemental Responses to Consolidated Interrogatories | 0.10 | 520.00 | 52.00 |
| 11/08/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: RE: Nortel - Joint Administrators and UK Pension Claimants Cross-Designations | 0.10 | 520.00 | 52.00 |
| 13/08/2013 | Angela Pearson | LETT | Email Akin | 0.20 | 715.00 | 143.00 |
| 13/08/2013 | Angela Pearson | READ | Review emails | 0.60 | 715.00 | 429.00 |
| 13/08/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 715.00 | 143.00 |
| 13/08/2013 | Lindsey Roberts | INTD | Discussion with AMP re: Cleary workstream | 0.20 | 405.00 | 81.00 |
| 13/08/2013 | Lindsey Roberts | READ | Order re: expert disclosure; and letter from EMEA US Counsel re: extension of timetable | 0.40 | 405.00 | 162.00 |
| 14/08/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 15/08/2013 | Antonia Croke | READ | Review emails, letters and court docs from 12/8/13 to 13/8/13 | 1.40 | 520.00 | 728.00 |
| 15/08/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 15/08/2013 | Lindsey Roberts | READ | Review of emails re: depositions and EMEA/UK Pension party revised timetable | 0.20 | 405.00 | 81.00 |
| 16/08/2013 | Angela Pearson | READ | Review emails/documents | 1.50 | 715.00 | 1,072.50 |
| 19/08/2013 | Antonia Croke | READ | Review emails, letters and court documents dated 14/8/13 to 17/8/13 | 2.10 | 520.00 | 1,092.00 |
| 19/08/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 19/08/2013 | Angela Pearson | INTD | Emails to LROBER | 0.40 | 715.00 | 286.00 |
| 19/08/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.40 | 715.00 | 286.00 |
| 19/08/2013 | Giles Boothman | LETT | Query re forcing administrator testimony | 0.30 | 800.00 | 240.00 |
| 19/08/2013 | Louise Chan | RSCH | Research re. administrator right to refuse deposition and discussions with LROBER re the same | 2.50 | 190.00 | 475.00 |
| 19/08/2013 | Louise Chan | RSCH | Research re. administration moratorium and email LROBER re the same | 0.80 | 190.00 | 152.00 |
| 19/08/2013 | Lindsey Roberts | LETT | Emails from/to AMP/LCHAN re: administrator immune from prosecution; discussion with AMP | 0.50 | 405.00 | 202.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 19/08/2013 | Lindsey Roberts | DRFT | Further response on letters of request and application under 1975 Act and discussions with LCHAN re same | 0.80 | 405.00 | 324.00 |
| 19/08/2013 | Sophie Law | LETT | Read emails in from AG re litigation updates | 0.30 | 325.00 | 97.50 |
| 20/08/2013 | Antonia Croke | LETT | Review email from Ruby, Peter  Re: Deposition Scheduling | 0.10 | 520.00 | 52.00 |
| 20/08/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 21/08/2013 | Antonia Croke | LETT | Review email from Judge Gross | 0.10 | 520.00 | 52.00 |
| 21/08/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 22/08/2013 | Antonia Croke | LETT | Review email from Paul Michell | 0.10 | 520.00 | 52.00 |
| 22/08/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 23/08/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - Deposition Witnesses | 0.10 | 520.00 | 52.00 |
| 23/08/2013 | Antonia Croke | LETT | Review emails RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 23/08/2013 | Antonia Croke | LETT | Review email from Crichlow, David A  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 23/08/2013 | Antonia Croke | LETT | Review email from Putnam, Betsy  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 23/08/2013 | Antonia Croke | LETT | Review email from Advani, Sameer  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 23/08/2013 | Antonia Croke | LETT | Review email from Ari N. Kaplan  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 23/08/2013 | Antonia Croke | READ | Review Factum and Book of Authorities filed by the EMEA joint administrators | 1.30 | 520.00 | 676.00 |
| 23/08/2013 | Angela Pearson | READ | Nortel - review emails. | 0.60 | 715.00 | 429.00 |
| 24/08/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A.  Re: Re: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A.  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Crichlow, David A  Re: Re: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Paul.Keller@AllenOvery.com Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A.  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Putnam, Betsy  Re: Re: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Lowenthal, Daniel A. (x2720)  Re: Re: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 25/08/2013 | Antonia Croke | READ | Review email from Rosenthal, Jeffrey A.  Re: RE: Deposition Protocol | 0.10 | 520.00 | 52.00 |
| 26/08/2013 | Angela Pearson | READ | Nortel - review emails. | 1.00 | 715.00 | 715.00 |
| 27/08/2013 | Antonia Croke | INTD | Discussions with AMP | 0.40 | 520.00 | 208.00 |
| 27/08/2013 | Antonia Croke | READ | Review amended deposition protocol and emails re same and extension stipulation | 1.30 | 520.00 | 676.00 |
| 27/08/2013 | Antonia Croke | READ | Review letter from UKPC methodology | 0.30 | 520.00 | 156.00 |
| 27/08/2013 | Antonia Croke | READ | Review emails from T Wynne | 0.20 | 520.00 | 104.00 |
| 27/08/2013 | Antonia Croke | READ | Review email from P Ruby re Canadian doc productions | 0.10 | 520.00 | 52.00 |
| 27/08/2013 | Antonia Croke | READ | Review Order modifying litigation schedule and email re same | 0.20 | 520.00 | 104.00 |
| 27/08/2013 | Antonia Croke | READ | Review the Canadian motion record and August report of the Monitor; and email re same | 0.80 | 520.00 | 416.00 |
| 27/08/2013 | Antonia Croke | READ | Review emails re Stipulation order | 0.10 | 520.00 | 52.00 |
| 27/08/2013 | Antonia Croke | READ | Review emails re designation of Alan Bloom and process to compel a witness to give evidence | 0.60 | 520.00 | 312.00 |
| 27/08/2013 | Antonia Croke | READ | Review EMEA Ltr dated 20/8/13 re deposition witnesses | 0.30 | 520.00 | 156.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 27/08/2013 | Antonia Croke | READ | Review Ltr dated 20/8/13 re US depositions | 0.20 | 520.00 | 104.00 |
| 27/08/2013 | Antonia Croke | READ | Review blackline of deposition protocol; and emails of 22/8 and 23/8 re same | 0.70 | 520.00 | 364.00 |
| 27/08/2013 | Antonia Croke | READ | Review Ltr dated 23/8 from Canadian Monitor and Debtors | 0.20 | 520.00 | 104.00 |
| 27/08/2013 | Angela Pearson | INTD | Discussions with Antonia | 0.40 | 715.00 | 286.00 |
| 27/08/2013 | Angela Pearson | LETT | Review emails. | 0.60 | 715.00 | 429.00 |
| 28/08/2013 | Antonia Croke | READ | Review email from P Ruby re Canadian deposition scheduling | 0.10 | 520.00 | 52.00 |
| 28/08/2013 | Antonia Croke | READ | Review US and Canadian Court orders amending the litigation timetable and approving the deposition protocol; and email from B Kahn re same | 1.50 | 520.00 | 780.00 |
| 28/08/2013 | Antonia Croke | READ | Review email from F Tabatabai re order modifying scheduling orders | 0.10 | 520.00 | 52.00 |
| 28/08/2013 | Antonia Croke | READ | Review email from US debtors re witness availability | 0.20 | 520.00 | 104.00 |
| 28/08/2013 | Antonia Croke | READ | Review Ltr from the Canadian estate re witness availability for depositions | 0.40 | 520.00 | 208.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 28/08/2013 | Antonia Croke | READ | Review emails re deposition scheduling | 0.20 | 520.00 | | 104.00 |
| 28/08/2013 | Antonia Croke | READ | Review emails from T Wynne re Canadian orders | 0.30 | 520.00 | | 156.00 |
| 28/08/2013 | Antonia Croke | READ | Review Ltr from EMEA estate re witness availability | 0.20 | 520.00 | | 104.00 |
| 28/08/2013 | Antonia Croke | READ | Review email from P Michell re Ontario motion | 0.10 | 520.00 | | 52.00 |
| 28/08/2013 | Antonia Croke | READ | Review email from C Armstrong re Ct order | 0.10 | 520.00 | | 52.00 |
| 28/08/2013 | Antonia Croke | READ | Review Ltr from EMEA debtors re deposition designations | 0.10 | 520.00 | | 52.00 |
| 28/08/2013 | Antonia Croke | LETT | Review email from Ruby, Peter  Re: GPS | 0.10 | 520.00 | | 52.00 |
| 28/08/2013 | Angela Pearson | LETT | Review emails. | 0.30 | 715.00 | | 214.50 |
| 28/08/2013 | Lindsey Roberts | READ | Review of emails re litigation time table | 0.30 | 405.00 | | 121.50 |
| 28/08/2013 | Sophie Law | LETT | Review various emails in AG re Orders re deposition protocol and litigation timetable | 1.00 | 325.00 | | 325.00 |
| 29/08/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: Nortel Networks: Scheduling | 0.10 | 520.00 | | 52.00 |
| 29/08/2013 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn  Re: Nortel - Rescheduling of Next Week's Committee Call | 0.10 | 520.00 | | 52.00 |
| 29/08/2013 | Antonia Croke | READ | Review Nortel reply briefs for appeal in third circuit | 2.70 | 520.00 | | 1,404.00 |
| 29/08/2013 | Angela Pearson | LETT | Review emails. | 0.50 | 715.00 | | 357.50 |
| 29/08/2013 | Lindsey Roberts | INTD | Email ACROKE re update. | 0.10 | 405.00 | | 40.50 |
| 29/08/2013 | Lindsey Roberts | READ | Email re EMEA request for oral argument in Third Circuit Appeal. | 0.10 | 405.00 | | 40.50 |
| 30/08/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - Ian Barton | 0.10 | 520.00 | | 52.00 |
| 30/08/2013 | Antonia Croke | READ | Review EMEA debtors request for oral argument and email re same | 0.40 | 520.00 | | 208.00 |
| 30/08/2013 | Antonia Croke | READ | Review Appellees' statement re oral argument | 0.20 | 520.00 | | 104.00 |
| 30/08/2013 | Antonia Croke | INTD | Confer AMP | 0.20 | 520.00 | | 104.00 |
| 30/08/2013 | Antonia Croke | LETT | Review Ltr from EMEA debtors re depositions | 0.10 | 520.00 | | 52.00 |
| 30/08/2013 | Angela Pearson | INTD | Confer A Croke. | 0.20 | 715.00 | | 143.00 |
| 30/08/2013 | Angela Pearson | LETT | Review emails | 0.30 | 715.00 | | 214.50 |
| 31/08/2013 | Antonia Croke | LETT | Review Letter and email from Queen, Daniel D.  Re: Nortel - Additional Production of the U.S. Debtors | 0.20 | 520.00 | | 104.00 |

|  |
|---|
| 32,998.50 |