## Exhibit C

### DISBURSEMENT SUMMARY
### AUGUST 01, 2013 THROUGH AUGUST 31, 2013

| Document Production | £15.72 |
|---|---|
| TOTAL | £15.72 |