**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---|
| **Document Production** | 15.72 |
| | **15.72** |