## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD AUGUST 01, 2013 THROUGH AUGUST 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £800 | 0.30 | 240.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 16.00 | 11,440.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 37.00 | 19,240.00 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 6.70 | 2,713.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 2.70 | 877.50 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group; London | £190 | 5.50 | 1,045.00 |
| **TOTAL** | | | 68.20 | 35,556.00 |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2013 THROUGH AUGUST 31, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.00 | 1,147.00 |
| Creditors Committee Meetings | 3.00 | 1,410.50 |
| General Claims Analysis | 61.20 | 32,998.50 |
| **TOTAL** | **68.20** | **35,556.00** |