## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-10138 (KG) |
| | ) |
| NORTEL NETWORKS INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| AAI BlueMountain Fund PLC on behalf of its sub-fund: BlueMountain Long/Short Credit and Distressed Reflection Fund<br>Name of Transferee | Marblegate Special Opportunities Master Fund LP<br>Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>c/o BlueMountain Capital Management, LLC<br>280 Park Avenue, 5th Floor East<br>New York, NY 10017<br>Attn: Dwayne Weston | Court Claim # (if known): 1702<br>Amount of Claim: $6,651.90<br>Date Claim Filed: 08/14/2009 |
| Phone: (212) 905-3967<br>Last Four Digits of Acct. #: N/A | Phone: (203) 413-6902<br>Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 9/25/13
    Transferee/Transferee's Agent

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO:    Nortel Networks, Inc. ("Debtor")
Proceedings No. 09-10138 (KG) (Jointly Administered)

Claim #s: 1461, 1702, 4642 and 7897

MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**AAI BLUEMOUNTAIN FUND PLC ON BEHALF OF ITS SUB-FUND: BLUEMOUNTAIN LONG/SHORT CREDIT AND DISTRESSED REFLECTION FUND**

Its successors and assigns ("Buyer"), all right, title and interest in and to the following Claims of Seller against Nortel Networks, Inc., in the United States Bankruptcy Court, District of Delaware, Proceedings No. 09-10138 (KG) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

| | |
|---|---|
| 1461 | $47,600.00 |
| 1702 | $6,651.90 |
| 4642 | $40,800.00 |
| 7897 | $51,000.00 |

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September ___, 2013.

| MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP | AAI BLUEMOUNTAIN FUND PLC on behalf of its sub-fund: BlueMountain Long/Short Credit and Distressed Reflection Fund<br>By: BlueMountain Capital Management, LLC, its investment manager |
|---|---|
| By: _____<br>Name: Andrew Milgram<br>Title: Managing Partner | By: _____<br>Name:<br>Title: |

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September __, 2013.

**MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP**

By: _____
    Name:
    Title:

**AAI BLUEMOUNTAIN FUND PLC on behalf of its sub-fund: BlueMountain Long/Short Credit and Distressed Reflection Fund**
By: BlueMountain Capital Management, LLC, its investment manager

By: _____
    Name: DWAYNE WESTON
    Title: ASSOCIATE