**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks, Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF SUBPOENA DIRECTED TO MARY CROSS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, as made applicable by Rule 9016 of the Federal Rules of Bankruptcy Procedure, the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (the "U.K. Pension Claimants"), by its undersigned counsel, caused a Subpoena to be served upon Mary Cross, personally, on September 24, 2013.

PLEASE TAKE FURTHER NOTICE that, counsel for the U.K. Pension Claimants will take the deposition upon oral examination of Mary Cross on October 11, 2013 at 9:00 a.m. at Alpha Reporting, 162 8th Avenue, North/Rosa Parks Boulevard, Nashville, Tennessee 37203, or such other location as may be agreed between the U.K. Pension Claimants and the witness.  The deposition will be recorded by stenographic and videographic means.  The deposition will be conducted before an officer authorized by law to administer oaths and will continue from day to day until concluded.  A true and correct copy of the as-served Subpoena is attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 24, 2013
         Wilmington, Delaware

| BAYARD, P.A. | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| | Marc Abrams |
| */s/ Justin R. Alberto* | Brian E. O'Connor |
| Charlene D. Davis (No. 2336) | Sameer Advani |
| Justin Alberto (No. 5126) | Andrew Hanrahan |
| Evan T. Miller (No. 5364) | 787 Seventh Avenue |
| 222 Delaware Avenue, Suite 900 | New York, New York 10019 |
| Wilmington, Delaware 19899 | Telephone: (212) 728-8000 |
| Telephone: (302) 655-5000 | Facsimile: (212) 728-8111 |
| Facsimile: (302) 658-6395 | Email: mabrams@willkie.com |
| Email: cdavis@bayardlaw.com |          boconnor@willkie.com |
|          jalberto@bayardlaw.com |          sadvani@willkie.com |
|          emiller@bayardlaw.com |          ahanrahan@willkie.com |

*Counsel for the Nortel Networks UK Pension Trust*
*Limited and the Board of the Pension Protection Fund*