# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of August 1, 2013 through August 31, 2013

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of August 1, 2013 through August 31, 2013 | $ 488,813.61 | $ 235.83 | $ 489,049.44 |

Exhibit C                                                                                                                    Page 1 of 1