## Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of August 1, 2013 through August 31, 2013

| **Expense Category** | | **Expenses** |
|---|---|---:|
| Airfare | $ | - |
| Lodging | $ | - |
| Meals | $ | - |
| Parking | $ | - |
| Ground Transportation | $ | - |
| Office Expense | $ | 235.83 |
| Professional | $ | - |
| Miscellaneous | $ | - |
| **For the period of August 1, 2013 through August 31, 2013** | **$** | **235.83** |