# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of August 1, 2013 through August 31, 2013

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 08/08/13 | Kim Ponder | Notary Public Seal and Log Book | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Office Expense | Office Depot | $ | 57.76 |
| | **Total** | | **$** | **57.76** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 08/12/13 | Jane C. Davison | Nortary Public Commissioning | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Office Expense | Wake Tech Comm College, NC Sec of State, Wake County Register of Deeds, UNC School of Govt, Raleigh Seal & Stamp. | $ | 178.07 |
| | **Total** | | **$** | **178.07** |

| | | |
|---|---|---|
| **For the period of August 1, 2013 through August 31, 2013** | **$** | **235.83** |