# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
: Chapter 11
:
*In re* : Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. : **Hearing Date:** TBD
:
---------------------------------------------------X

## JOINT APPLICATION FOR ISSUANCE OF
## INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)

Nortel Networks Inc. ("NNI"), and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), together with the Official Committee of Unsecured Creditors (the "U.S. Committee") and Ernst & Young Inc., as the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (collectively, the "Canadian Debtors," and together with the U.S. Debtors, the U.S. Committee, and the Monitor, the "Applicants"), respectfully petition this Court for the issuance of a letter of request (the "Letter Rogatory") in the form annexed hereto as Exhibit B, addressed to the High Court of Justice of Ireland, acting as the Competent Judicial Authority of Ireland, requesting that the High Court of Justice of Ireland cause the Letter

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Rogatory to be served upon the designated recipient, who served the EMEA Debtors (as defined hereinafter) as a director and in other capacities, has been designated by the EMEA Debtors as among the persons affiliated with them who are most knowledgeable regarding certain topics relevant to these proceedings, and is otherwise believed to have knowledge that may be relevant to the resolution of disputes in the above-captioned matter.[2]  In support thereof, Applicants respectfully represent as follows:

## BACKGROUND

1. On January 14, 2009 (the "Petition Date"), the U.S. Debtors other than NN CALA[3] filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, which cases are consolidated for procedural purposes only.

2. Also on January 14, 2009, the Canadian Debtors filed an application with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada), seeking relief from their creditors (collectively, the "Canadian Proceedings"), and the Monitor was appointed by the Canadian Court.

3. On the same date, upon the request of Nortel Networks UK Limited ("NNUK") and eighteen of its affiliates in the EMEA Region (the "EMEA Debtors"), the High Court of Justice of England and Wales (the "English Court") placed the EMEA Debtors into administration, and appointed individuals from Ernst & Young LLP as administrators (collectively, the "Joint Administrators").

---

[2]   Ireland is not a signatory to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781, but entertains applications for letters rogatory under the Foreign Tribunals Evidence Act 1856.

[3]   NN CALA filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

4.      Since the Petition Date, the various Nortel affiliates have sold assets related to Nortel's business units and other assets to various purchasers (the "Sales"). For further information regarding these Chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the U.S. Debtors and to the information contained at http://dm.epiq11.com/nortel.

5.      Upon the joint motion of the U.S. Debtors and U.S. Committee, this Court on April 3, 2013 entered an Order Approving Allocation Protocol [D.I. 9947] and an associated Opinion [D.I. 9946] determining, *inter alia*, that coordinated cross-border trials (the "Trials") to determine the allocation among the U.S. Debtors, Canadian Debtors, and EMEA Debtors of proceeds from the Sales (the "Allocation Dispute") would be held in the U.S. Court and Canadian Court. Also to be resolved by the U.S. and Canadian Courts during the Trials are certain claims against the U.S. Debtors and Canadian Debtors brought by the EMEA Debtors, Nortel Networks AG and Nortel Networks AS (the "EMEA Claims") and additional claims (the "U.K. Pension Claims") brought by the U.K. Pension Trustee and the Board of the Pension Protection Fund (together, the "U.K. Pension Claimants"). See Order Approving Allocation Protocol at ¶ 4.

6.      The Canadian Court issued an Endorsement on April 3, 2013, which likewise held that the above matters would be decided in the Trials.[4]

7.      Subsequently, this Court entered further orders in support of the Trials, including, *inter alia*, the Order Entering Allocation Protocol dated May 17, 2013 [D.I. 10565], in which the Court approved binding procedures to be used for resolving the Allocation Dispute, EMEA Claims, and U.K. Pension Claims, and the Order Approving Litigation Timetable and

---

[4]  See Nortel Networks Corporation (Re), 2013 ONSC 1757, 09-CL-7950 (April 3, 2013).

3

Discovery Plan dated May 17, 2013 [D.I. 10566], setting parameters and deadlines for trial preparations.

8. On August 26, 2013, this Court entered an Order Modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims [D.I. 11437], which moved the commencement of the Trials to a date on or after March 31, 2014 and modified various pre-trial deadlines. The Canadian Court entered a corresponding order on August 27, 2013.

## RELIEF REQUESTED

9. By this Application, the Applicants hereby request that this Court issue an Order in the form attached hereto as Exhibit A:

(a) providing for this Court to sign the Letter Rogatory and affix the seal of the United States Bankruptcy Court for the District of Delaware over said signature in the Letter Rogatory;

(b) requiring that the Clerk of the Bankruptcy Court return the original, signed Letter Rogatory to Derek C. Abbott and Ann C. Cordo of Morris, Nichols, Arsht & Tunnell LLP, so that said Letter Rogatory may be issued to the High Court of Justice of Ireland, which is the domicile of the designated recipient from whom evidence is sought; and

(c) directing counsel for the U.S. Debtors to transmit the original, signed Letter Rogatory to the High Court of Justice of Ireland.

so that the Applicants may obtain for use at trial potential evidence material to the resolution of the Allocation Dispute, the EMEA Claims, and the U.K. Pension Claims.[5]

10. As more fully detailed in the Letter Rogatory, the designated recipient, Orla Fitzpatrick, was employed by NN Ireland in various finance, accounting, control and audit

---

[5] In seeking the materials specified in the Letter Rogatory, the U.S. Debtors do not concede their relevance or admissibility.

roles between 1999 and 2010. She also served as Director of NN Ireland from 2006 to 2009. In response to interrogatories, the EMEA Debtors have identified Ms. Fitzpatrick as among those persons affiliated with them who is most knowledgeable regarding Nortel's intercompany loans and intercompany dividends. In addition, documents reviewed to date by the Applicants indicate that Ms. Fitzpatrick was involved in decision-making regarding transfer pricing and other topics.

11. The Applicants have considered the requirements of Ireland in respect of the Letter Rogatory. The Applicants believe that the Letter Rogatory is consistent with these requirements, as contained in the Foreign Tribunals Evidence Act 1856 and the Rules of the Superior Courts. This Court is requested to issue the Letter Rogatory on this basis.

12. The Applicants request that after this Court has signed the Letter Rogatory, it be returned to Derek C. Abbott and Ann C. Cordo of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19801, for forwarding, as applicable, to High Court of Justice of Ireland.

WHEREFORE, the Applicants respectfully request that the Court enter the attached form of order (i) providing for this Court to sign the Letter Rogatory and affix the seal of the United States Bankruptcy Court for the District of Delaware over said signature in each of the Letter Rogatory; (ii) directing that the Clerk of the Bankruptcy Court return the original, signed Letter Rogatory to Derek C. Abbott and Ann C. Cordo of Morris, Nichols, Arsht & Tunnell LLP, so that said Letter Rogatory may be issued to the Competent Judicial Authority of the United Kingdom; (iii) directing counsel for the U.S. Debtors to transmit the original, signed

Letter Rogatory to the Competent Judicial Authority of the Ireland; and (iv) granting such other relief as the Court deems just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September [ ], 2013 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard S. Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>-and-<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*And Debtors in Possession*<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Fred Hodara (admitted *pro hac vice*)<br>David Botter (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |

- and -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Official Committee
of Unsecured Creditors*

- and -

ALLEN & OVERY LLP

Ken Coleman (admitted *pro hac vice*)
Daniel Guyder (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

- and -

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Kathleen A. Murphy*
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Canadian Debtors and  Ernst &
Young Inc. as Monitor*