**<u>EXHIBIT A</u>**

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
David W. Wiltenburg
Neil J. Oxford
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)
oxford@hugheshubbard.com

Attorneys for the Joint Administrators of the EMEA Debtors

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
|      NORTEL NETWORKS INC., *et al.*, | |
|                         Debtors. | Case No. 09-10138 (KG) |
| | (Jointly Administered) |

**THE JOINT ADMINISTRATORS' FIRST SET OF
RESPONSES TO THE CONSOLIDATED INTERROGATORIES**

        Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the

Discovery Plan so ordered in the Order Entering Litigation Timetable and Discovery Plan, dated

May 17, 2013 (the "Discovery Plan"), the court-appointed administrators and authorized foreign

representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and

certain of its affiliates (collectively, the "EMEA Debtors"), by their undersigned attorneys,

hereby submit the following responses (the "Responses") to the Consolidated Interrogatories,

dated June 20, 2013 and agreed among the Core Parties.  Pursuant to an agreement among the

Core Parties, this First Set of Responses will respond to the Interrogatories directed to the EMEA

Debtors and designated as "witness identification" interrogatories.

**DEFINITIONS FOR THESE RESPONSES**

        Capitalized terms used herein shall have the definition attributed to them in the

Consolidated Interrogatories.

6. Simon Schofield
   Senior Tax Manager (NNUK), 6/2/2003 – 5/8/2006
   Samsung Electronics, Samsung House, 1000 Hillswood Drive, Surrey KT16
   0PS, United Kingdom
   +44 01932 455 000

7. Ian Widdowson
   Finance – Tax (NNUK), 6/25/2001 – 6/30/2007
   Capita Symonds/Real Estate, 71 Victoria Street,  London, SW1H 0XA, United
   Kingdom
   +44 (0)20 7799 1525

## INTERROGATORY NO. 13

Identify the Persons associated with You most knowledgeable about
Intercompany Loans.

## RESPONSE TO INTERROGATORY NO. 13

The Joint Administrators identify below Persons who are, to the best of the Joint

Administrators' knowledge, information, and belief as of the date of these Responses, most

knowledgeable about Intercompany Loans.  The Joint Administrators have compiled the

information listed below based on review of the limited documents and information available to

them as of the date of these Responses.  Where appropriate, the Joint Administrators have relied

upon information in legacy Nortel systems and/or information in publicly available sources.  The

fact that a Person is not identified below is without prejudice to the right of the Joint

Administrators to claim at a later date that such Person is most knowledgeable about

Intercompany Loans.  The Joint Administrators reserve the right to supplement or amend the list

below as documents and information become available in discovery.

1. Philippe Albert-Lebrun
   Manager Treasury Operations (NNSA), 1/1/1999 – 7/31/2001
   Treasury Professional Services Europe (NNSA), 8/1/2001 – 11/30/2003
   Director, Finance & Control (NNSA), 12/1/2003 – 12/13/2003
   Finance – Treasury (NNUK), 12/1/2003 – 6/30/2008
   Financial Results Accounting (NNUK), 7/1/2008 – 3/30/2011
   Non Payroll Worker (NNUK), 4/1/2011 – 2/29/2012

Avaya, Immeuble Central Park, 9 rue Maurice Mallet, 92445 Issy Les Moulineaux, Paris, France
+33 (0)1 4094 7800

2.  Orla Fitzpatrick
Tax Planning Accountant (NN Ireland), 11/26/1999 – 2/28/2001
Finance Manager Accounting & Control (NN Ireland), 3/1/2001 – 4/20/2001
Finance – Tax (NN Ireland), 3/1/2001 – 6/30/2005
Financial Operations & Control Review (Audit) (NN Ireland), 7/1/2005 – 4/30/2006
Director (NN Ireland), 2/3/2006 – 1/14/2009
Financial Accounting & Control (NN Ireland), 5/1/2006 – 4/23/2010
Ciena Corporation, Park House, 87-91 Great Victoria Street, Belfast, BT2 7AG, United Kingdom
Current telephone number unknown

3.  Margaret Fraser
Senior Manager, Treasury Operations – EMEA (NNUK), 8/24/1998 – present
Joint Administrators, c/o James Norris-Jones, Herbert Smith Freehills LLP, Exchange House, Primrose Street, London, EC2A 2EG, United Kingdom
+44 20 7374 8000

4.  Simon Freemantle
Director, Treasury Operations – Europe (NNUK), 10/16/2000 – 4/20/2001
Director (Nortel Networks International Finance & Holding B.V.), 4/30/2004 – present
Director (NN Ireland), 8/26/2006 – present
Director (NNUK), 3/31/2007 – present
Director (Northern Telecom PCN Limited), 12/16/2008 – present
Director (Nortel Networks Optical Components Limited), 12/17/2008 – present
Director (Northern Telecom France SA), 1/14/2009 – 7/21/2010
Director (NNSA), 1/14/2009 – present
Director (Nortel Networks NV), 1/14/2009 – present
Director (Nortel Networks S.p.A), 1/14/2009 – present
Director (Nortel Networks BV), 1/14/2009 – present
Director (Nortel Networks Polska Sp z.o.o.), 1/14/2009 – present
Director (Nortel Networks Hispania, SA), 1/14/2009 – present
Director (Nortel Networks (Austria) GmbH), 1/14/2009 – present
Director (Nortel Networks s.r.o.), 1/14/2009 – present
Director (Nortel Networks Engineering Service Kft), 1/14/2009 – present
Director (Nortel Networks Portugal SA), 1/14/2009 – present
Director (Nortel Networks Slovensko, s.r.o.), 1/14/2009 – present
Director (Nortel Networks Romania SRL), 1/14/2009 – present
Director (Nortel GmbH), 1/14/2009 – present
Director (Nortel Networks OY), 1/14/2009 – present
Director (Nortel Networks AB), 1/14/2009 – present

Director (Nortel Networks AS), 1/14/2009 – present
Director (Nortel Networks South Africa (Proprietary) Limited), 1/14/2009 – present
Director (Nortel Networks AG), 1/14/2009 – present
Joint Administrators, c/o James Norris-Jones, Herbert Smith Freehills LLP, Exchange House, Primrose Street, London, EC2A 2EG, United Kingdom
+44 20 7374 8000

5.  Kerry Stephens
Senior Tax Manager (NNUK), 7/2/2003 – present
Joint Administrators, c/o James Norris-Jones, Herbert Smith Freehills LLP, Exchange House, Primrose Street, London, EC2A 2EG, United Kingdom
+44 20 7374 8000

6.  Ian Widdowson
Finance – Tax (NNUK), 6/25/2001 – 6/30/2007
Capita Symonds/Real Estate, 71 Victoria Street,  London, SW1H 0XA, United Kingdom
+44 (0)20 7799 1525

## INTERROGATORY NO. 14

Identify the Persons associated with You most knowledgeable about Intercompany Dividends.

### RESPONSE TO INTERROGATORY NO. 14

The Joint Administrators identify below Persons who are, to the best of the Joint Administrators' knowledge, information, and belief as of the date of these Responses, most knowledgeable about Intercompany Dividends.  The Joint Administrators have compiled the information listed below based on review of the limited documents and information available to them as of the date of these Responses.  Where appropriate, the Joint Administrators have relied upon information in legacy Nortel systems and/or information in publicly available sources.  The fact that a Person is not identified below is without prejudice to the right of the Joint Administrators to claim at a later date that such Person is most knowledgeable about Intercompany Dividends.  The Joint Administrators reserve the right to supplement or amend the list below as documents and information become available in discovery.

1. Orla Fitzpatrick
   Tax Planning Accountant (NN Ireland), 11/26/1999 – 2/28/2001
   Finance Manager Accounting & Control (NN Ireland), 3/1/2001 – 4/20/2001
   Finance – Tax (NN Ireland), 3/1/2001 – 6/30/2005
   Financial Operations & Control Review (Audit) (NN Ireland), 7/1/2005 –
   4/30/2006
   Director (NN Ireland), 2/3/2006 – 1/14/2009
   Financial Accounting & Control (NN Ireland), 5/1/2006 – 4/23/2010
   Ciena Corporation, Park House, 87-91 Great Victoria Street, Belfast, BT2
   7AG, United Kingdom
   Current telephone number unknown

2. Simon Freemantle
   Director, Treasury Operations – Europe (NNUK), 10/16/2000 – 4/20/2001
   Director (Nortel Networks International Finance & Holding B.V.), 4/30/2004
   – present
   Director (NN Ireland), 8/26/2006 – present
   Director (NNUK), 3/31/2007 – present
   Director (Northern Telecom PCN Limited), 12/16/2008 – present
   Director (Nortel Networks Optical Components Limited), 12/17/2008 –
   present
   Director (Northern Telecom France SA), 1/14/2009 – 7/21/2010
   Director (NNSA), 1/14/2009 – present
   Director (Nortel Networks NV), 1/14/2009 – present
   Director (Nortel Networks S.p.A), 1/14/2009 – present
   Director (Nortel Networks BV), 1/14/2009 – present
   Director (Nortel Networks Polska Sp z.o.o.), 1/14/2009 – present
   Director (Nortel Networks Hispania, SA), 1/14/2009 – present
   Director (Nortel Networks (Austria) GmbH), 1/14/2009 – present
   Director (Nortel Networks s.r.o.), 1/14/2009 – present
   Director (Nortel Networks Engineering Service Kft), 1/14/2009 – present
   Director (Nortel Networks Portugal SA), 1/14/2009 – present
   Director (Nortel Networks Slovensko, s.r.o.), 1/14/2009 – present
   Director (Nortel Networks Romania SRL), 1/14/2009 – present
   Director (Nortel GmbH), 1/14/2009 – present
   Director (Nortel Networks OY), 1/14/2009 – present
   Director (Nortel Networks AB), 1/14/2009 – present
   Director (Nortel Networks AS), 1/14/2009 – present
   Director (Nortel Networks South Africa (Proprietary) Limited), 1/14/2009 –
   present
   Director (Nortel Networks AG), 1/14/2009 – present
   Joint Administrators, c/o James Norris-Jones, Herbert Smith Freehills LLP,
   Exchange House, Primrose Street, London, EC2A 2EG, United Kingdom
   +44 20 7374 8000

    3.  Dara Gill
Corporate Services – Legal Services (NNUK), 2/4/2002 – 2/17/2009
Director (Northern Telecom PCN Limited), 1/17/2003 – 12/17/2008
Director (Nortel Networks AS), 1/27/2003 – 12/17/2008
Director (Nortel Networks Romania SRL), 2/20/2003 – 9/15/2005
Director (Nortel Networks Engineering Service Kft), 4/15/2003 – 10/5/2007
Hewlett-Packard, Amen Corner, Cain Road, Bracknell Berkshire,  G12 1HN,
United Kingdom
+44 207 9490300

    4.  Kerry Stephens
Senior Tax Manager (NNUK), 7/2/2003 – present
Joint Administrators, c/o James Norris-Jones, Herbert Smith Freehills LLP,
Exchange House, Primrose Street, London, EC2A 2EG, United Kingdom
+44 20 7374 8000

**INTERROGATORY NO. 17**

Identify the Persons associated with You most knowledgeable regarding the decision-making process of approving NNUK's 2003 loan to NNL as alleged in paragraphs 191-99 of the UK Pension Claims Rider.

**RESPONSE TO INTERROGATORY NO. 17**

The Joint Administrators identify below Persons who are, to the best of the Joint Administrators' knowledge, information, and belief as of the date of these Responses, most knowledgeable regarding the decision-making process of approving NNUK's 2003 loan to NNL as alleged in paragraphs 191-99 of the UK Pension Claims Rider.  The Joint Administrators have compiled the information listed below based on review of the limited documents and information available to them as of the date of these Responses.  Where appropriate, the Joint Administrators have relied upon information in legacy Nortel systems and/or information in publicly available sources.  The fact that a Person is not identified below is without prejudice to the right of the Joint Administrators to claim at a later date that such Person is most knowledgeable regarding the decision-making process of approving NNUK's 2003 loan to NNL.  The Joint Administrators reserve the right to supplement or amend the list below as documents and information become available in discovery.