# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2013 - August 31, 2013**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | Aug 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 6.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 248.8 |
| 15 | Travel | 19.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 273.8 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | Aug 2013 Hours |
|---|---|
| Michael Kennedy, Member | 89.0 |
| Matthew Rosenberg, Managing Director | 43.0 |
| Aaron Taylor, Vice President | 40.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 26.3 |
| James Elish, Analyst | 75.5 |
| **TOTAL** | 273.8 |

**Nortel Networks, Inc**
August 1, 2013 - August 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Aug 2013 Hours | Code |
|------|---------------------|----------------|------|
| 8/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 8/1/2013 | Review cash flash reports | 1.0 | 1 |
| 8/5/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 8/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/12/2013 | Conference calls & communication w/Cleary and US Advisors | 1.0 | 14 |
| 8/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/13/2013 | Travel to NY | 4.0 | 15 |
| 8/14/2013 | Meetings and review of material re: litigation matters and strategy | 6.0 | 14 |
| 8/14/2013 | Travel to Chicago | 4.0 | 15 |
| 8/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/15/2013 | Calls w/ management and professionals re: accounting | 3.0 | 1 |
| 8/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/16/2013 | Review JA reports | 1.0 | 1 |
| 8/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 7.0 | 14 |
| 8/19/2013 | Conference calls & communication w/Cleary and US Advisors | 1.0 | 14 |
| 8/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 8/20/2013 | Review cash forecast/cash flash reports | 1.0 | 1 |
| 8/20/2013 | Conference calls & communication w/Cleary and US Advisors | 1.0 | 14 |
| 8/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 8.0 | 14 |
| 8/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 8/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 8/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 8/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| | **Aug 2013 Total** | **89.0** | |

**Nortel Networks, Inc**
August 1, 2013 - August 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Aug 2013 Hours | Code |
|------|---------------------|----------------|------|
| 8/1/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/2/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/5/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/6/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/7/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/8/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/9/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 8/12/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/12/2013 | Travel to NYC | 4.0 | 14 |
| 8/13/2013 | Calls, meetings, analysis and review re: Litigation matters and strategy | 3.0 | 15 |
| 8/14/2013 | Calls, meetings, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 8/15/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/17/2013 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 8/19/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 8/20/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 8/21/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/22/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/27/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 8/29/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Aug 2013 Total** | | **43.0** | |

**Nortel Networks, Inc**
August 1, 2013 - August 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Aug 2013 Hours | Code |
|---|---|---|---|
| 8/5/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/6/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/7/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 8/14/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/22/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 8/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 8/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 8/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 8/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |

**Aug 2013 Total**          **40.0**

**Nortel Networks, Inc**
August 1, 2013 - August 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | Aug 2013 Hours | Code |
|------|---------------------|----------------|------|
| 8/1/2013 | Reviewed and analyzed financial statements for litigation purposes | 5.0 | 14 |
| 8/2/2013 | Reviewed and analyzed financial statements for litigation purposes | 7.0 | 14 |
| 8/5/2013 | Lextranet training | 1.5 | 14 |
| 8/5/2013 | Status call with other professionals | 1.0 | 14 |
| 8/5/2013 | Internal discussion re: litigation process | 0.5 | 14 |
| 8/5/2013 | Review of financial data re: litigation support | 0.8 | 14 |
| 8/6/2013 | Review of financial data re: litigation support | 1.5 | 14 |
| 8/7/2013 | Review of financial data re: litigation support | 6.5 | 14 |
| 8/8/2013 | Review of financial data re: litigation support | 2.0 | 14 |
| 8/8/2013 | Review of financial data re: litigation support | 0.5 | 14 |

**Aug 2013 Total**      **26.3**

**Nortel Networks, Inc**
August 1, 2013 - August 31, 2013 Time Detail
Chilmark Partners, LLC
<u>James Elish</u>

| Date | Description of Work | Aug 2013 Hours | Code |
|------|---------------------|----------------|------|
| 8/5/2013 | Lextranet training | 1.5 | 14 |
| 8/5/2013 | Status call with other professionals | 1.0 | 14 |
| 8/5/2013 | Internal discussion re: litigation process | 0.5 | 14 |
| 8/6/2013 | Review material re claim litigation and allocation litigation | 2.5 | 14 |
| 8/13/2013 | Travel | 4.0 | 15 |
| 8/14/2013 | Meetings and review of material re: litigation matters and strategy | 6.0 | 14 |
| 8/14/2013 | Travel | 4.0 | 15 |
| 8/15/2013 | Review of financial data re: litigation support | 6.0 | 14 |
| 8/19/2013 | Review of financial data re: litigation support | 7.0 | 14 |
| 8/20/2013 | Review of financial data re: litigation support | 6.0 | 14 |
| 8/21/2013 | Review of financial data re: litigation support | 5.5 | 14 |
| 8/22/2013 | Review of financial data re: litigation support | 6.0 | 14 |
| 8/23/2013 | Review of financial data re: litigation support | 6.5 | 14 |
| 8/26/2013 | Review of financial data re: litigation support | 8.0 | 14 |
| 8/28/2013 | Review of financial data re: litigation support | 6.0 | 14 |
| 8/29/2013 | Review of financial data re: litigation support | 5.0 | 14 |
| | **Aug 2013 Total** | **75.5** | |