# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through August 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Jamie Ellis | 7/26/2013 | Flight cancellation fee | $ 35.00 |
| Mike Kennedy | 8/13/13-8/14/13 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 8/13/13-8/14/13 | Hotel (one night) | $ 335.13 |
| Mike Kennedy | 8/13/13-8/14/13 | Ground Transportation | $ 91.00 |
| Mike Kennedy | 8/13/13-8/14/13 | Breakfast | $ 10.00 |
| Mike Kennedy | 8/13/13-8/14/13 | Dinner | $ 50.00 |
| James Elish | 8/13/13-8/14/13 | Flight to New York, NY | $ 662.80 |
| James Elish | 8/13/13-8/14/13 | Hotel (one night) | $ 312.17 |
| James Elish | 8/13/13-8/14/13 | Ground Transportation | $ 46.00 |
| James Elish | 8/13/13-8/14/13 | Breakfast | $ 9.56 |
| James Elish | 8/13/13-8/14/13 | Dinner | $ 50.00 |
| James Elish | 8/13/13-8/14/13 | Dinner | $ 6.99 |
| Jamie Ellis | 8/20/2013 | News & historical data | $ 25.56 |
| **Total Expenses** | | | **$ 2,631.54** |