IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:         Chapter 11
:
In re                                    :         Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]       :         Jointly Administered
:
        Debtors.              :         **Re: D.I.** 11794
:
---------------------------------------------------X

## ORDER GRANTING JOINT APPLICATION FOR
## ISSUANCE OF INTERNATIONAL LETTERS OF REQUEST (LETTERS ROGATORY)

Upon the Joint Application for the Issuance of International Letters of Request (Letters Rogatory) (the "Application") filed by Nortel Networks Inc., and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), together with the Official Committee of Unsecured Creditors (the "Committee," and collectively with the U.S. Debtors, the "Applicants"), requesting the issuance of international letters of request (the "Letters Rogatory") pursuant to the provisions of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 (the "Hague Evidence Convention"); and upon the record of these Chapter 11 proceedings; and the court having jurisdiction to consider the application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

that consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **GRANTED**.

2. This Court shall sign the Letters Rogatory attached to the Application as Exhibits B through E and affix the seal of the United States Bankruptcy Court for the District of Delaware over said signature in each of the Letters Rogatory.

3. The Clerk of the Bankruptcy Court is directed to return the original, signed Letters Rogatory to Derek C. Abbott and Ann C. Cordo of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19801 so that said Letters Rogatory may be issued to the Senior Master of the Supreme Court (Queen's Bench Division) acting as the Competent Judicial Authority of the United Kingdom.

4. The U.S. Debtors are directed to transmit the original, signed Letters Rogatory to the Competent Judicial Authority of the United Kingdom.

5. Nothing contained in this Order or the granting of relief hereunder shall waive or modify the protections afforded to the U.S. Debtors pursuant to Section 362 of Title 11 of the United States Code or the Order Enforcing Section 362 of the Bankruptcy Code entered by this Court on January 15, 2009.

6. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: OCTOBER 1, 2013
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE