IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>           Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Ref. Docket No. 11762 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 25, 2013, I caused to be served the "Order Resolving Certain Discovery Disputes and Denying Related Relief," dated September 25, 2013 [Docket No. 11762], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           /s/ Pete Caris
                                                                           Pete Caris

Sworn to before me this
27th day of September, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Ord Resolving Discovery Disputes_DI_11762_AFF_9-25-13_KH.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ONE BRYANT PARK ATTN: FRED S. HODARA, DAVID H. BOTTER ABID QURESHI, ROBERT A. JOHNSON, BRAD M. NEW YORK NY 10036 |
| ALLEN & OVERY LLP | 1221 AVENUE OF THE AMERICAS ATTN: KEN COLEMAN, PAUL KELLER, DANIEL LAURA HALL, JOSEPH BADTKE-BERKOW JONATHAN CHO, NICOLETTE WARD NEW YORK NY 10020 |
| ASHURST LLP | BOARDWALK HOUSE 5 APPOLD STREET ATTN: ANGELA PEARSON & ANTONIA CROKE LONDON, EC2A 2HA UNITED KINGDOM |
| BAYARD, P.A. | ATTN: CHARLENE D. DAVIS & JUSTIN ALBERTO 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BENNETT JONES LLP | 1 FIRST CANADIAN PLACE SUITE 3400 ATTN: KEVIN ZYCH, S. RICHARD ORZY GAVIN FINLAYSON, RICHARD SWAN TORONTO ON M5X 1A4 CANADA |
| BORDEN LADNER GERVAIS LLP | BARRISTERS AND SOLICITORS 40 KING STREET WEST ATTN: EDMOND F. B. LAMEK JAMES SZUMSKI TORONTO ON M5H 3Y4 CANADA |
| BUCHANAN INGERSOLL & ROONEY | 1105 NORTH MARKET STREET, SUITE 1900 ATTN: KATHLEEN A. MURPHY & MARY F. CALO WILMINGTON DE 19801-1054 |
| CASSELS BROCK & BLACKWELL LLP | 2100 SCOTIA PLAZA 40 KING STREET WEST ATTN: E. BRUCE LEONARD, DAVID S. WARD BILL BURDEN, CHRISTOPHER HORKINS, LARA J TORONTO ON M5H 3C2 CANADA |
| CAW-CANADA | LEGAL DEPARTMENT 205 PLACER COURT ATTN: BARRY E. WADSWORTH & LEWIS GOTTHE TORONTO ON M2H 3H9 CANADA |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ONE LIBERTY PLAZA ATTN: JAMES BROMLEY, LISA SCHWEITZER HOWARD ZELBO, JEFFREY ROSENTHAL, DARRYL MARLA DECKER, LAUREN PEACOCK NEW YORK NY 10006 |
| DAVIES WARD PHILLIPS & VINEBERG LLP | 44TH FLOOR 1 FIRST CANADIAN PLACE ATTN: ROBIN B. SCHWILL, SEAN CAMPBELL JAMES DORIS, LOUIS SARABIA TORONTO ON M5X 1B1 CANADA |
| DENTONS CANADA LLP | 77 KING STREET WEST, SUITE 400 TD CENTRE ATTN: R. SHAYNE KUKULOWICZ, MICHAEL J. RYAN JACOBS, BARBARA GROSSMAN TORONTO ON M5K 0A1 CANADA |
| DLA PIPER | 919 NORTH MARKET STREET SUITE 1500 ATTN: SELINDA A. MELNIK RICHARD HANS, TIMOTHY HOEFFNER WILMINGTON DE 19801 |
| ERNST & YOUNG INC. | ERNST & YOUNG TOWER 222 BAY STREET, P.O. BOX 251 ATTN: MURRAY MCDONALD & BRENT BEEKENKAM TORONTO ON M5K 1J7 CANADA |
| GOODMANS LLP | BAY ADELAIDE CENTRE 333 BAY STREET, SUITE 3400 ATTN: JAY CARFAGNINI, JOSEPH PASQUARIEL BEN ZARNETT, FRED MYERS TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON LLP | SUITE 1600, FIRST CANADIAN PLACE 100 KING STREET WEST ATTN: DERRICK TAY & JENNIFER STAM TORONTO ON M5X 1G5 CANADA |
| HEENAN BLAIKIE LLP | BAY ADELAIDE CENTRE 333 BAY STREET, SUITE 2900 P.O. BOX 2900 ATTN: JOHN SALMAS TORONTO ON M5H 2T4 CANADA |
| HOGAN LOVELLS INTERNATIONAL LLP | ATLANTIC HOUSE HOLBORN VIADUCT ATTN: ANGELA DIMSDALE GILL JOHN TILLMAN, MATTHEW BULLEN LONDON EC1A 2FG UNITED KINGDOM |
| HUGHES HUBBARD & REED | ONE BATTERY PARK PLAZA ATTN: DEREK ADLER, NEIL OXFORD FARA TABATABAI, CHARLES HUBERTY NEW YORK NY 10004-1482 |
| KATTEN MUCHIN ROSENMAN LLP | 575 MADISON AVENUE ATTN: CRAIG A. BARBAROSH DAVID A. CRICHLOW KAREN B. DINE NEW YORK NY 10022-2585 |
| KOSKIE MINSKY | 20 QUEEN STREET WEST SUITE 900 ATTN: MARK ZIGLER, SUSAN PHILPOTT ARI KAPLAN, BARBARA WALANCIK TORONTO ON M5H 3R3 CANADA |
| LATHAM & WATKINS LLP | 885 THIRD AVENUE ATTN: MICHAEL J. RIELA NEW YORK NY 10022-4834 |
| LAX O'SULLIVAN SCOTT LISUS LLP | COUNSEL SUITE 1920, 145 KING STREET WEST ATTN: MATTHEW P. GOTTLIEB, TRACY WYNNE PAUL MICHELL TORONTO ON M5H 1J8 CANADA |
| MCCARTHY TETRAULT LLP | SUITE 5300, TORONTO DOMINION BANK TOWER ATTN: BARBARA J. BOAKE, JAMES D. GAGE ELDER C. MARQUES, PAUL STEEP BYRON SHAW TORONTO ON M5K 1E6 CANADA |
| MCMILLAN LLP | BROOKFIELD PLACE 181 BAY STREET, SUITE 4400 ATTN: SHERYL E. SEIGEL TORONTO ON M5J 2T3 CANADA |
| MILBANK, TWEED, HADLEY MCCLOY LLP | 1 CHASE MANHATTAN PLAZA ATTN: THOMAS R. KRELLER, JENNIFER P. HA ALBERT A. PISA, SAMIR VORA, ANDREW LEBLA MICHAEL HIRSCHFELD, ATARA MILLER, TOM MA NEW YORK NY 10005 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 1201 NORTH MARKET STREET, 16TH FLOOR P.O. BOX 1347 ATTN: DEREK ABBOTT & ANNIE |

| Claim Name | Address Information |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CORDO WILMINGTON DE 19899-1347 |
| NELLIGAN O'BRIEN PAYNE LLP | BARRISTERS AND SOLICITORS 50 O'CONNOR STREET SUITE 1500 ATTN: JANICE B. PAYNE, STEVEN LEVITT OTTAWA ON K1P 6L2 CANADA |
| NORTON ROSE CANADA LLP | SUITE 3800, ROYAL BANK PLAZA SOUTH TOWER, 200 BAY STREET P.O. BOX 84 ATTN: MICHAEL LANG TORONTO ON M5J 2Z4 CANADA |
| OSLER HOSKIN AND HARCOURT LLP | 100 KING STREET WEST 1 FIRST CANADIAN PLACE, SUITE 6100 P.O. BOX 50 ATTN: LYNDON BARNES, EDWARD SELLERS TORONTO ON M5X 1B8 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | 155 WELLINGTON STREET WEST, 35TH FLOOR TORONTO ON M5V 3H1 CANADA |
| PATTERSON BELKNAP WEBB & TYLER LLP | 1133 AVENUE OF THE AMERICAS ATTN: DANIEL A. LOWENTHAL NEW YORK NY 10036 |
| RICHARDS LAYTON & FINGER, P.A. | 920 NORTH KING STREET ATTN: CHRISTOPHER SAMIS WILMINGTON DE 19801 |
| SHIBLEY RIGHTON LLP | BARRISTERS AND SOLICITORS 250 UNIVERSITY AVENUE, SUITE 700 ATTN: ARTHUR O. JACQUES & THOMAS MCRAE TORONTO ON M5H 3E5 CANADA |
| THORNTON GROUT FINNIGAN LLP | SUITE 3200, 100 WELLINGTON STREET WEST P.O. BOX 329 TORONTO-DOMINION CENTRE ATTN: MICHAEL BARRACK TORONTO ON M5K 1K7 CANADA |
| TORYS LLP | 79 WELLINGTON ST. W., SUITE 3000 BOX 270, TD CENTRE ATTN: TONY DEMARINIS, SCOTT BOMHOF, SHE ANDREW GRAY, ADAM SLAVENS TORONTO ON M5K 1N2 CANADA |
| WILLKIE FARR & GALLAGHER LLP | 787 SEVENTH AVENUE ATTN: BRIAN O'CONNOR, SAMEER ADVANI & ANDREW HANRAHAN NEW YORK NY 10019-6099 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | RODNEY SQUARE 1000 NORTH KING STREET ATTN: ED HARRON & JOHN DORSEY WILMINGTON DE 19801 |

**Total Creditor count 38**