IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11774, 11778, 11780-11784** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
3rd day of October, 2013

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: | Chapter 11

NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG)

                    Debtors. | Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MARBLEGATE SPECIAL OPP. MASTER FUND LP
             TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
             ATTN: MARK E. ZOLDAN
             80 FIELD POINT ROAD
             GREENWICH, CT 06830

Please note that your claim # 1461-03 in the above referenced case and in the amount of
        $476,653.73 allowed at $100,800.00  has been transferred **(unless previously expunged by court order)** to:

            BLUE MOUNTAIN TIMBERLINE LTD.
            TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST
            C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
            280 PARK AVENUE, 5TH FLOOR EAST
            NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11784     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/04/2013                          David D. Bird, Clerk of Court


                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 4, 2013.

# EXHIBIT B

```
TIME: 14:59:35                                          NORTEL NETWORKS INC.                                                PAGE:    1
DATE: 10/03/13                                           CREDITOR LISTING

Name                                     Address
AAI BLUEMOUNTAIN FUND PLC                TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST FUND LP; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN DISTRESSED MASTER FUND, LP TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN KICKING HORSE FUND L.P.    TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN LONG/SHORT CREDIT MASTER   TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST FUND L.P.; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN MONTENVERS MASTER FUND SCA TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
BLUE MOUNTAIN TIMBERLINE LTD.            TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
COX COMMUNICATIONS, INC.                 TRANSFEROR: MARBLEGATE SPECIAL OPP. MAST ATTN: MARK E. ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
CRT SPECIAL INVESTMENTS LLC              TRANSFEROR: MARBLEGATE SPECIAL OPP. MASTER FUND LP ATTN: MARK E. ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
DEUTSCHE BANK SECURITIES INC             TRANSFEROR: MARBLEGATE SPECIAL OPP. MASTER FUND LP ATTN: MARK E. ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
NETIQ CORPORATION                        TRANSFEROR: MARBLEGATE SPECIAL OPP. MASTER FUND LP ATTN: MARK E. ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830


Total Number of Records Printed         11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006