# MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

INTERNATIONAL SQUARE BUILDING

1850 K STREET, NW, SUITE 1100

WASHINGTON, D.C. 20006

———

202-835-7500

FAX: 202-835-7586

ANDREW M. LEBLANC
PARTNER
DIRECT DIAL NUMBER
202-835-7574
FAX: 202-263-7574
E-MAIL: aleblanc@milbank.com

NEW YORK
212-530-5000
FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

LONDON
44-20-7615-3000
FAX: 44-20-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5969-2700
FAX: 8610-5969-2707

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-5410-2801
FAX: 813-5410-2891

SÃO PAULO
55-11-3927-7700
FAX: 55-11-3927-7777

October 7, 2013

**VIA HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

    Re: *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

    As the Court is aware, we represent the ad hoc group of bondholders (the "Bondholder Group") in connection with the above-referenced matter. We write in support of the letter filed on October 4, 2013 by the U.S. Debtors and the Official Committee of Unsecured Creditors (collectively, the "U.S. Interests"). The Bondholder Group joins the position of the U.S. Interests regarding the EMEA Debtors' recent refusal to comply with their previous agreement to produce the French witnesses for deposition in Paris and respectfully asks the Court to compel the depositions on the currently scheduled dates, without requiring service through the Hague Convention.

    The purpose of this separate submission is to highlight the issue that is of fundamental importance to the Bondholder Group, and which we believe should drive this Court's consideration of this issue: the trial of the issues before the Court should not be delayed or disrupted any further. The EMEA Debtors have known about these depositions for months and could have raised any service issues long ago without disrupting the schedule of the litigation. Coming at this time, the EMEA Debtors' request for service through the Hague Convention appears to be yet another attempt to delay the litigation – something they have tried to do on numerous occasions. When the Court originally ordered that it would hear the case, it indicated

The Honorable Kevin Gross
October 7, 2013
Page 2

that a trial would be conducted in the fall of 2013. After loud objection from the EMEA Debtors and others, the Court ordered a January 2014 trial date. After the EMEA Debtors and others failed to meet certain discovery deadlines, the EMEA Debtors petitioned the Court for further delay in the trial schedule, which the Court granted. We believe it is critically important that the current trial date, which has already been postponed twice, not be postponed any further. The costs of this litigation are astronomical already – further delay would simply harm those who have waited so long for a distribution from these estates.

     Accordingly, the Bondholder Group respectfully asks that the Court order the depositions to occur on their currently scheduled dates and take other appropriate action to ensure that the litigation is not delayed any further.

                                    Respectfully submitted,

                                    Andrew M. Leblanc

cc: All Core Parties (via email)