**Osler, Hoskin & Harcourt LLP**
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada M5X 1B8
416.362.2111 MAIN
416.862.6666 FACSIMILE



Toronto

Montréal

Ottawa

Calgary

New York

October 7, 2013

Lyndon A.J. Barnes
Direct Dial: 416.862.6679
lbarnes@osler.com

**Sent By Electronic Mail**

The Honourable Kevin Gross
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, DE 19801

**RE: In re: Nortel Networks Inc. et al, Case No. 09-10138 (KG)**

Dear Judge Gross:

We act for the Canadian Directors and Officers (the "D&Os") in Nortel's Canadian insolvency proceeding.

We are writing to correct a misstatement made in the letter dated October 4, 2013 that is addressed to you from Derek Abbott of Morris, Nichols, Arsht & Tunnell LLP, counsel to Nortel Networks Inc. On page 2 of the letter, Mr. Abbott refers to Mr. Pascal Debon as an EMEA witness. In fact, Mr. Debon is a D&O trial witness and is, at present, appearing voluntarily for a deposition.

Yours very truly,

Osler, Hoskin & Harcourt LLP

per Elizabeth Au Pitt

Lyndon A.J. Barnes
EAP:

c:   Core Parties Service List

LEGAL_1:28315144.1

osler.com