# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 Fax

Derek C. Abbott
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

October 8, 2013

**VIA HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

    Re:    *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

    This morning's letter from the EMEA Debtors with regard to the French depositions, and attaching our co-counsel's submission in *In re Sanofi-Aventis Securities Litigation*, No. 07-CV-10279 (S.D.N.Y.), calls out for this very brief response.

    First, the defendants' position in *Sanofi-Aventis* is consistent with the U.S. Interests' position here – the EMEA Debtors are welcome to pursue commissions and we will cooperate. Nobody is suggesting they be prevented from doing so and, if the EMEA Debtors are correct that the commissions will take only 2-3 weeks to obtain, then the depositions will proceed as scheduled. The current dispute concerns what happens if the EMEA Debtors are wrong and the commissions are not obtained prior to the scheduled depositions. In that circumstance, the depositions should proceed. And we need that order now – the U.S. Debtors cannot be left in limbo preparing for, devoting considerable resources to, and scheduling other depositions around depositions for which the EMEA Debtors' witnesses may otherwise fail to appear.

    Second, the *Sanofi-Aventis* matter involved initial document discovery without <u>any</u> deadline (unlike here, where the deadline for completion of fact depositions is fast approaching). Moreover, counsel in *Sanofi-Aventis* represented a French <u>defendant</u> in a U.S. class action lawsuit. The French blocking statute is not intended to allow a French <u>claimant</u>, like NNSA, to avoid voluntarily producing witnesses in support of its own claims.

The Honorable Kevin Gross
October 8, 2013
Page 2

Third, the EMEA Debtors' argument is contradicted by their own prior actions in this lawsuit. If their assertions are correct, then they knowingly exposed themselves to criminal sanctions in France when they submitted to this Court a witness statement from a French witness (whose deposition we seek) and produced NNSA's documents without a Hague Convention request. Obviously, the EMEA Debtors cannot be permitted to invoke French law only when they find it convenient to do so.

To avoid burdening the Court with further letter writing, we would be pleased to make ourselves available for a telephonic conference at the Court's convenience if it suits Your Honor.

Respectfully submitted,

Derek C. Abbott

cc:   All Core Parties (via email)

7633045.1