**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                   :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :   Case No. 09-10138 (KG)
:
           Debtors.       :   Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 9, 2013, copies of **High Court of Justice, Queen's Bench Division, Orders in Support of Certain of the Letters Rogatory Signed by the Honorable Kevin Gross** were served in the manner indicated upon the individuals identified on the attached service list.

| | |
|---|---|
| Dated: October 9, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>    */s/ Ann C. Cordo*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7634704.1

**Via Email**

rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; bmcleese@dwpv.com; svanallen@heenan.ca; jsalmas@heenan.ca; kkraft@heenan.ca; jpasquariello@goodmans.ca; jcarfagnini@goodmans.ca; bzarnett@goodmans.ca; fmyers@goodmans.ca; jkimmel@goodmans.ca; pruby@goodmans.ca; carmstrong@goodmans.ca; derrick.tay@gowlings.com; jennifer.stam@gowlings.com; nortel.monitor@ca.ey.com; lbarnes@osler.com; esellers@osler.com; ahirsh@osler.com; eputnam@osler.com; acobb@osler.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; ZychK@bennettjones.com; Orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; tina.lie@paliareroland.com; karen.jones@paliareroland.com; michelle.jackson@paliareroland.com; Shayne.kukulowicz@dentons.com; michael.wunder@dentons.com; Ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; Angela.pearson@ashurst.com; Antonia.croke@ashurst.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; sheryl.seigel@mcmillan.ca; jmarshall@blgcanada.com; chill@blgcanada.com; elamek@blgcanada.com; jszumski@blg.com; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; tkreller@milbank.com; JHarris@milbank.com; apisa@milbank.com; svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; michael.riela@lw.com; ken.coleman@allenovery.com; Laura.Hall@allenovery.com; daniel.guyder@allenovery.com; paul.keller@allenovery.com; joseph.badtke-berkow@allenovery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; dalowenthal@pbwt.com; aqureshi@akingump.com; dbotter@akingump.com; rajohnson@AkinGump.com; fhodara@akingump.com; bkahn@akingump.com; sgulati@akingump.com; cdoniak@akingump.com; samis@rlf.com; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; karen.dine@kattenlaw.com; david.crichlow@kattenlaw.com; craig.barbarosh@kattenlaw.com; adler@hugheshubbard.com; oxford@HughesHubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; zhen@hugheshubbard.com; eharron@ycst.com; jdorsey@ycst.com; boconnor@willkie.com; sadvani@willkie.com; AHanrahan@willkie.com; mbarrack@tgf.ca; DJmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; jfinnigan@tgf.ca; cdavis@bayardlaw.com; jalberto@bayardlaw.com; michael.lang@nortonrose.com; amdg@hoganlovells.com; john.tillman@hoganlovells.com; matthew.bullen@hoganlovells.com; ben.hemington@hsf.com; rory.cochrane@hsf.com; james.norris-jones@hsf.com