## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on October 7, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Letter to The Honorable Kevin Gross [D.I. 11826]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ___ day of October 2013.

_____
Notary Public
My Commission Expires:

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

<u>Service List</u>

'acobb@osler.com'; 'acordo@mnat.com'; 'agray@torys.com'; 'Ahanrahan@willkie.com';
'ahirsh@osler.com'; 'ainslie.benedict@nelligan.ca'; 'akaplan@kmlaw.ca'; 'aleblanc@milbank.com';
'amcewan@tgf.ca'; 'amdg@hoganlovells.com'; 'amiller@milbank.com'; 'angela.pearson@ashurst.com';
'Antonia.croke@ashurst.com'; 'apisa@milbank.com'; 'aqureshi@akingump.com'; 'Arthur Jacques
<arthur.jacques@shibleyrighton.com>; 'aslavens@torys.com'; 'Barbara.grossman@dentons.com';
'barry.wadsworth@caw.ca'; 'bboake@mccarthy.ca'; 'bburden@casselsbrock.com';
'bdshaw@mccarthy.ca'; 'bellj@bennettjones.com'; 'bkahn@akingump.com';
'bleonard@casselsbrock.com'; 'bwalancik@kmlaw.ca'; 'bzarnett@goodmans.ca';
'carmstrong@goodmans.ca'; 'cdavis@bayardlaw.com'; 'chorkins@casselsbrock.com';
'christopher.rootham@nelligan.ca'; 'craig.barbarosh@kattenlaw.com'; 'D. J. Miller <DJMiller@tgf.ca>;
'dabbott@mnat.com'; 'dalowenthal@pbwt.com'; 'daniel.guyder@allenovery.com';
'david.crichlow@kattenlaw.com'; 'dbotter@akingump.com'; 'derrick.tay@gowlings.com'; 'Doniak,
Christine' <cdoniak@AkinGump.com>; 'dqueen@cgsh.com'; 'dstein@cgsh.com';
'dward@casselsbrock.com'; 'elamek@blg.com'; 'emarques@mccarthy.ca'; 'eputnam@osler.com';
'esellers@osler.com'; 'farahlisa.sebti@dlapiper.com'; 'fhodara@akingump.com';
'finlaysong@bennettjones.com'; 'fmyers@goodmans.ca'; 'gruha@milbank.com'; 'Gulati, Sunny'
<sgulati@akingump.com>; 'hzelbo@cgsh.com'; 'jalberto@bayardlaw.com'; 'janice.payne@nelligan.ca';
'jbromley@cgsh.com'; 'jcarfagnini@goodmans.ca'; 'jgage@mccarthy.ca'; 'JHarris@milbank.com';
'jkimmel@goodmans.ca'; 'jmoessner@cgsh.com'; 'john.tillman@hoganlovells.com';
'jonathan.cho@allenovery.com'; 'Joseph.Badtke-Berkow@AllenOvery.com';
'jpasquariello@goodmans.ca'; 'jrosenthal@cgsh.com'; 'jszumski@blg.com';
'karen.dine@kattenlaw.com'; 'karen.jones@paliareroland.com'; 'kathleen.murphy@bipc.com';
'ken.coleman@allenovery.com'; 'ken.rosenberg@paliareroland.com'; 'Kraft, Kenneth (Heenan Blaikie
<KKraft@heenan.ca>; 'Laura.Hall@AllenOvery.com'; 'lbarnes@osler.com'; 'lewis.gottheil@caw.ca';
'lily.harmer@paliareroland.com'; 'ljackson@casselsbrock.com'; 'lpeacock@cgsh.com';
'lschweitzer@cgsh.com'; 'mary.caloway@bipc.com'; 'Matthew.bullen@hoganlovells.com';
'max.starnino@paliareroland.com'; 'mbarrack@tgf.ca'; 'mdecker@cgsh.com'; 'Melnik, Selinda
<Selinda.Melnik@dlapiper.com>; 'mhirschfeld@milbank.com'; 'michael.lang@nortonrose.com';
'michael.riela@lw.com'; 'Michael.wunder@dentons.com'; 'michelle.jackson@paliareroland.com';
'mzigler@kmlaw.ca'; 'nbassett@milbank.com'; 'nforrest@cgsh.com'; 'Nicolette.ward@allenovery.com';
'nortel.monitor@ca.ey.com'; 'O'Connor, Brian <boconnor@willkie.com>; 'Orzyr@bennettjones.com';
'Paul.Keller@AllenOvery.com'; 'pruby@goodmans.ca'; 'psteep@mccarthy.ca';
'rajohnson@akingump.com'; 'Rebecca Lewis <RLewis@tgf.ca>; 'richard.hans@dlapiper.com';
'rpojunas@milbank.com'; 'ryan.jacobs@dentons.com'; 'sadvani@willkie.com'; 'Salmas, John (Heenan
Blaikie <JSalmas@heenan.ca>; 'samis@rlf.com'; 'sblock@torys.com'; 'sbomhof@torys.com';
'Shayne.kukulowicz@dentons.com'; 'sheryl.seigel@mcmillan.ca'; 'sphilpott@kmlaw.ca'; Stam, Jennifer
<Jennifer.Stam@gowlings.com>; 'steven.levitt@nelligan.ca'; 'svora@milbank.com';
'swanr@bennettjones.com'; 'tdemarinis@torys.com'; 'thomas.mcrae@shibleyrighton.com';
'timothy.hoeffner@dlapiper.com'; 'tina.lie@paliareroland.com'; 'tkreller@milbank.com';

'tmatz@milbank.com'; 'Van Allen, Sara (Heenan Blaikie <SVanallen@heenan.ca>;
'zweigs@bennettjones.com'; 'ZychK@bennettjones.com'