# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 9/11/2013 | Weekly employee claims call with L. Lipner and R. Eckenrod of Cleary. | 1.00 | 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 9/25/2013 | Meeting with Cleary and RLKS to discuss employee claim matters. | 1.00 | 420 | $ 420.00 |
| 6 | Retention and Fee Applications | James Lukenda | 9/5/2013 | Nortel - review monthly fee app, sign-off for filing | 0.30 | 725 | $ 217.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/5/2013 | Reviewed and updated monthly fee application documents and exhibits. | 2.00 | 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/3/2013 | Reviewed and updated employee claims analysis. | 1.70 | 420 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/3/2013 | Reconciled employee claim communication documents with employee claims analysis. | 1.30 | 420 | $ 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/6/2013 | Reviewed and updated employee claims analysis. | 1.70 | 420 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/30/2013 | Investigated employee claim items from omnibus objections per request from L. Lipner of Cleary. | 2.30 | 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/30/2013 | Reviewed and updated employee claims analyses per request from D. Parker of Nortel. | 2.40 | 420 | $ 1,008.00 |