# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | - |