IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11839-11850 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK    )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
10th day of October, 2013

_____
Notary Public

REGINA AMPOSTRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BREKKE, LAWRENCE
      755 N. FAVER DR
      CASTLE ROCK, CO 80109
```

Please note that your claim # 8452 in the above referenced case and in the amount of $76,661.30 has been transferred **(unless previously expunged by court order)** to:

```
      HAIN CAPITAL HOLDINGS, LLC
      TRANSFEROR: BREKKE, LAWRENCE
      ATTN: AMANDA RAPOPORT
      301 ROUTE 17, 7TH FLOOR
      RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 11840    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/10/2013                            David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 10, 2013.

# EXHIBIT B

Nortel Networks Inc.
10-Oct-13

| NAME | ADDRESS | | | |
|---|---|---|---|---|
| BREKKE, LAWRENCE | 755 NORTH FAVER DR | CASTLE ROCK | CO | 80109 |
| CHRISTOPHER, RAYMOND O. | 118 BUTLER AVE | WAKEFIELD | MA | 01880 |
| HEARING, VERONICA | 110 NEVERBREAK DR | HENDERSONVILLE | TN | 37075 |
| HEMINGER, FRANCESCA M. | 1308 WILLOW CT | NOBLESVILLE | IN | 46062 |
| HOLTON, DONALD | 520 DEVONSHIRE FARMS WAY | ALPHARETTA | GA | 30004 |
| KRISHNAMURTHY, SHRIDHAR | 625 INGLENOOK CT | COPPELL | TX | 75019 |
| MASTERS, SANDRA L. | 227 WALFORD WAY | CARY | NC | 27519 |
| MATAYA, MICHAEL | 100 CHASE LN | MARION | IL | 62959-5134 |
| MURUGESAN, HAMSA | 13144 THORNTON DR | FRISCO | TX | 75035 |
| ORTIZ, BESSIE | 3904 HUNTERS TRL | MESQUITE | TX | 75150 |
| PELL, SHELIA A. | 301 FOREST RETREAT RD | HENDERSONVILLE | TN | 37075 |
| TROUT, PAUL | 210 WARWICK FURNACE RD | ELVERSON | PA | 19520 |
| HAIN CAPITAL HOLDINGS, LLC | ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006