**URSULA H. PHOMMANIRAT**
27 VERONICA DRIVE
ROCHESTER, NEW YORK 14617-5219
PHONE: 585-414-6065

---

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

RE: Nortel Termination Benefits
Nortel Networks Inc.
Nortel Severance Claim #8468
Resp: Objection to No-Basis
Case: 09-10138-KG- 09-12515
Doc: 11741-2 filed 9/20/13

To The Honorable Kevin Gross:

Let me provide you with a brief history of my employment with Nortel.........

- I worked for Nortel Networks since 1986, more than 23 years
- December 20th, 2009 I became an employee of Avaya-Nortel Integration micro-site
- March 17th, 2010, less than three months, myself and a team were involuntarily laid-off
- Traditionally Nortel provided 1-week of severance pay for every year worked + 4 weeks lump (see **EXHIBIT I**, Page 7, D—**Nortel Networks Severance Allowance Plan– Section 17**
- I only received my vacation time and 2 weeks pay when I left Avaya -Nortel
- A bunch of co-workers that were let go shortly before December 2009 from Nortel received their severance packages. Exit employees of Nortel are still being awarded settlement packages in 2013
- I feel that I was placed in a disadvantaged position so I would not be able to collect my severance package from Nortel, basically a **"Bait and Switch Program"**

I feel I was robbed of my hard work and dedication for all the years that I put in.

In reference to Nortel Asset Sales Agreement................

**Regarding Nortel Enterprise Solutions Business Assets**

On September 16, 2009, the Court entered an order approving the sale of the Enterprise Solutions business to Avaya, Inc. as the successful bidder at auction

EPIC Exhibit A (part 4), Page 165, Section 7.1.2—**Employee Benefits (See EXHIBIT II)**

Per information received, when Nortel sold assets to Avaya, they made concessions to cover employee benefits such as employee severance packages. Then the Purchaser to recognize the service date of each Transferred Employee. However the termination from Avaya did not recognized such prior service with Nortel Networks Severance Allowance Plan.

Ursula H. Phommanirat—Nortel Employee # 0242438 started 10/27/1986 till 12/20/2009 - 23 years
Ursula H. Phommanirat—Avaya Employee #20072725 started 12/21/2009 till 3/17/2010 - 3 months

PHONE: 585-414-6065    MOMMYP88@YAHOO.COM

**URSULA H. PHOMMANIRAT**
27 VERONICA DRIVE
ROCHESTER, NEW YORK 14617-5219
PHONE: 585-414-6065

Page # 2—Con't

Obviously the Risk Managers for Nortel & Avaya did not perform due diligence against Nortel sale to Avaya and should have addressed this matter or consulted with Avaya legal council or representatives before the Avaya Force Management Program (FMP) Notification was distributed. Especially when the Nortel Enterprise Solutions Business - Management Services was moving to **India and Argentina.** (See **EXHIBIT III—AVAYA INC—10-K Regarding Nortel—NES Focus on Cost Structure**)

Please be advised that I have enclosed below my amount of claim for my Nortel Severance Allowance Plan package since this did not feel like this it was an employment opportunity move that only lasted less than (3) months. I feel that I was placed in a pool with other co-workers that were discriminated against and cheated out of our Nortel severance allowance package for the following reasons:

- Nortel/Avaya Team basically existed to <u>only</u> help <u>transition</u> and <u>integrate</u> operations of NES customers—this was not planned as a long term opportunity —FMP—documents were generated 1/1/2010—Avaya Separation Plan
- Cost savings programs included reducing headcount, relocating jobs to low cost countries
- Nortel's severance pay plans should have been reviewed by Risk Managers to help determine if amounts were required in the Nortel Asset Sales Agreement—appears no due diligence was done
- All similarly situated employees must receive equal treatment, which in this case did not occur.

The amount of my claim as follows against SS#6448:
- Worked for Nortel Networks from 10/27/1986 to 12/21/2009 (23) years
- (23) weeks + (4) weeks lump sum base = (27) weeks pay
- Rate 22.5927 x (40) = $903.71 (weekly) x (27) = $24,400.17*

*NOTE: Origional claim filed was estimated. Actual amount corrected based on Nortel Networks Severance Plan

My claim is for Twenty Four Thousand Four-Hundred & 17/100 ($24,400.17)

Thank you for giving this matter your utmost attention,

Best regards,

*Ursula H. Phommanirat* 10/6/13
Ursula H. Phommanirat

C: CLEARY GOTTLIEB STEEN & HAMILTON LLP
   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

encl: EXHIBIT I, II & III