EXHIBIT # III

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

---

## Amendment No. 5
## to
## Form S-1

REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

---

# AVAYA HOLDINGS CORP.

*(Exact name of registrant as specified in its charter)*

| Delaware | 3661 | 26-1119726 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

---

**4655 Great America Parkway**
**Santa Clara, California 95054**
**(908) 953-6000**

*(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)*

---

**Pamela F. Craven, Esq.**
**Chief Administrative Officer**
**Avaya Holdings Corp.**
**211 Mount Airy Road**
**Basking Ridge, New Jersey 07920**
**(908) 953-6000**

*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

---

*With copies to:*

| | |
|---|---|
| Julie H. Jones, Esq. | Daniel J. Zubkoff, Esq. |
| Ropes & Gray LLP | Douglas S. Horowitz, Esq. |
| Prudential Tower | Cahill Gordon & Reindel LLP |
| 800 Boylston St. | 80 Pine Street |
| Boston, MA 02199 | New York, NY 10005 |
| Telephone (617) 951-7000 | Telephone (212) 701-3000 |
| Fax (617) 951-7050 | Fax (212) 269-5420 |

a) **For fiscal 2012, 2011 and 2010,** represents adjustments to eliminate the impact of certain purchase accounting adjustments recorded as a result of certain acquisitions including Radvision, NES, and other acquisitions and the Merger, including the recognition of the amortization of business partner commissions, which were eliminated in purchase accounting, the recognition of revenue and costs that were deferred in prior periods and eliminated in purchase accounting and the elimination of the impact of estimated fair value adjustments for certain assets and liabilities, such as inventory.

b) Sponsors' fees represent monitoring fees payable to affiliates of the Sponsors pursuant to a management services agreement entered into at the time of the Merger. See Note 18, "Related Party Transactions," in our audited Consolidated Financial Statements located elsewhere in this prospectus.

c) Acquisition-related costs include legal and other costs related to Radvision, NES and other acquisitions.

d) Integration-related costs primarily represent third-party consulting fees and other administrative costs associated **with consolidating and coordinating the operations of Avaya and NES and Radvision. These costs were incurred in connection with, among other things, the on-boarding of NES and Radvision personnel, developing compatible IT systems and internal processes and developing and implementing a strategic operating plan to help enable a smooth transition with minimal disruption to NES customers. Integration-related costs also include fees paid to certain Nortel-controlled entities for logistics and other support functions being performed on a temporary basis pursuant to a transition services agreement.**

e) In fiscal 2013, loss on extinguishment of debt represents the loss recognized in connection with the repayment of $284 million of term B-5 loans and $584 million of term B-1 loans and was measured as the difference between the reacquisition price and the carrying value (including unamortized debt costs) of the debt as discussed in Note 7, "Financing Arrangements," to our unaudited Consolidated Financial Statements located elsewhere in this prospectus. In fiscal 2012, loss on extinguishment of debt represents the loss recognized in connection with the payment in full of the senior secured incremental term B-2 loans and was measured as the difference between the reacquisition price and the carrying value of the senior secured incremental term B-2 loans as discussed in Note 9, "Financing Arrangements," to our audited Consolidated Financial Statements located elsewhere in this prospectus.

f) In fiscal 2013, the third-party fees expensed in connection with debt modification represents fees paid to third-parties in connection with the modification of the senior secured credit facility and the exchange of $1,384 million of senior unsecured notes for senior secured notes as discussed in Note 7, "Financing Arrangements," to our unaudited Consolidated Financial Statements located elsewhere in this prospectus. In fiscal 2011, includes fees paid to third parties in connection with the modification of the senior secured credit facility as discussed in Note 9, "Financing Arrangements," to our audited Consolidated Financial Statements located elsewhere in this prospectus.

g) **Strategic initiative costs represent consulting fees in connection with management's cost-savings actions, which commenced subsequent to the Merger.**

h) Represents the loss (gain) on changes in the fair value of certain embedded derivative features of the Company's Series B preferred stock. Under GAAP, these embedded features must be recognized at fair value at each balance sheet date with the changes in the fair value recognized in operations. See Note 15, "Capital Stock," to our audited Consolidated Financial Statements located elsewhere in this prospectus.

i) Represents third party fees incurred in connection with the Company's registration statement.

j) Represents that portion of our pension costs, other post-employment benefit costs and non-retirement post-employment benefit costs representing the amortization of prior service costs and net actuarial gains/losses associated with these employment benefits. For fiscal 2012 and 2011, the amounts include a curtailment charge of $5 million associated with workforce reduction in Germany and the U.S. and $7 million associated with workforce reductions in Germany, respectively.

*Continued Focus on Cost Structure*

In connection with the Merger in fiscal 2008, Avaya's management and board of directors developed and began implementing various plans and initiatives designed to streamline the operations of the Company and generate cost savings. Additionally, in response to the global economic downturn and in connection with its acquisitions of NES and Radvision, the Company identified and initiated cost savings programs. These cost savings programs include: (1) reducing headcount, (2) relocating certain job functions to lower cost geographies, including service delivery, customer care, research and development, human resources and finance, (3) eliminating real estate costs associated with unused or under-utilized facilities and (4) implementing gross margin improvement and other cost reduction initiatives.

Reductions in headcount included the elimination of redundancies by re-defining and consolidating job functions, reductions in management and in back-office headcount of our sales organization, reduced headcount in our services business, the use of remote monitoring of customer systems, which made our services segment more efficient, and a shift in the mix of the Company's distribution channels toward the indirect channel which reduced our personnel needs. We were also able to attain additional salary savings as the Company placed greater emphasis on shifting job functions to its shared service centers in India and Argentina, as well as the automation of customer service.

Reductions in real estate costs were achieved by: (1) eliminating redundant facilities, particularly research and development facilities, in similar geographic areas as part of transitioning and integrating the operations of NES, (2) reductions in headcount, which decreased our real estate needs, and (3) reducing operating costs through more efficient facilities management. These initiatives enabled us to vacate and consolidate facilities without affecting the quality or distribution of our products and services, and reduce our real estate costs.

During fiscal 2011 and 2012, we were able to execute on several gross margin improvements and other cost reduction initiatives. These initiatives included obtaining better pricing from our contract manufacturers and transportation vendors. The success of these initiatives along with the reduction in headcount and real estate costs discussed above have been successful in improving our gross margin and operating margin.

In connection with the Merger, the Company rolled out initiatives to eliminate approximately 2,800 employee positions, of which 2,200 were located in the U.S. and 600 were located outside the U.S., predominantly in EMEA. In addition, the Company took action to vacate facilities in the U.S., Germany, United Kingdom and the Netherlands. The costs associated with these actions were $330 million and were recorded as a liability in purchase accounting. The liability included $251 million of costs associated with the terminated employees and $79 million of lease termination obligations, net of expected future sub-lease income, for the vacated facilities. We began realizing the costs saving benefits associated with these initiatives during the period October 27, 2007 through September 30, 2008. The headcount reductions associated with this program were completed in fiscal 2010. The cash payments associated with the headcount reductions are expected to be completed in fiscal 2018 and the cash payments associated with the lease obligations are expected to continue through fiscal 2021.

As described above, the Company initiated additional cost saving programs, which resulted in a reduction of headcount in fiscal 2009 and 2010. As a result of these actions, the Company recognized $160 million in fiscal 2009 and $171 million in fiscal 2010 of restructuring charges, net of adjustments to previous periods, which were primarily associated with involuntary employee separation actions in EMEA and the U.S. These charges included initiatives the Company implemented in the first quarter of fiscal 2010 to eliminate overlapping process and expenses associated with the acquisition of NES and included costs associated with the closing and consolidating

utilized and under-utilized facilities primarily located in the U.S. and Germany, eliminating redundant facilities in similar geographic areas as part of transitioning and integrating the operations of NES and accounting for reductions in headcount. As part of the acquisition of NES, the Company acquired a workforce of approximately 5,900 and assumed leases in the U.S. that were redundant to existing Avaya facilities, thereby creating excess real estate capacity. The Company's workforce at September 2008, 2009, and 2010 was approximately 17,500, 15,500 and 18,900, respectively, excluding AGC, which we sold in August 2010. In addition, the Company successfully relocated approximately 750 employee positions in fiscal 2009 and 70 employee positions in fiscal 2010 to its shared service centers in India and Argentina.

In fiscal 2011 and 2012 the Company continued to streamline operations, generate cost savings and eliminate overlapping processes and expenses. Restructuring charges, net of adjustments to previous periods, in fiscal 2011 and 2012 were $189 million and $142 million, respectively. In fiscal 2011 and 2012 the Company entered into agreements with the works council representing employees of certain of the Company's German subsidiaries for the elimination of 210 and 327 positions, respectively. The charges associated with these agreements were $56 million and $70 million respectively and consisted of severance and employment benefit payments, including, but not limited to, social pension fund payments and healthcare and unemployment insurance costs to be paid to or on behalf of the affected employees. In addition, the Company had restructuring charges of $97 million and $53 million of other employee separation costs for fiscal 2011 and 2012, respectively, primarily related to the U.S. and EMEA exclusive of Germany. The Company also recorded charges associated with partially or totally vacated facilities of $36 million and $19 million for fiscal 2011 and 2012, respectively.

In fiscal 2013, the Company remains focused on its efforts to streamline operations, generate cost savings and eliminate overlapping processes and expenses. Restructuring charges, net of adjustments to previous periods, for the six months ended March 31, 2013 were $102 million. The Company approved a plan that provides for the elimination of 234 positions in EMEA that resulted in a charge of $47 million, of which $34 million was for the elimination of positions in Germany. The separation charges include, but are not limited to, social pension fund payments and health care and unemployment insurance costs to be paid to or on behalf of the affected employees. In addition, a voluntary program offered to certain management employees in the U.S. resulted in the elimination of 195 positions and a charge of $9 million. In April 2013, the Company initiated a voluntary severance program in the U.S. and will recognize the expense associated with this program during the quarter ending June 30, 2013. The Company is also evaluating the potential for additional employee severance actions to reduce headcount globally and could initiate these actions during the quarter ending June 30, 2013.

The Company continues to evaluate opportunities to streamline its operations and identify cost savings globally. Although a specific plan does not exist at this time, the Company may take additional restructuring actions in the future and the costs of those actions could be material. All costs associated with such actions would be recognized in accordance with authoritative accounting guidance and the Company's accounting policies as outlined in Note 2, "Summary of Significant Accounting Policies – Restructuring Programs" to our audited Consolidated Financial Statements included elsewhere in this prospectus. See Note 8, "Business Restructuring Reserves and Programs" to our audited Consolidated Financial Statements included elsewhere in this prospectus for further details on our restructuring programs.

*Acquisition of Enterprise Solutions Business of Nortel Networks Corporation*

On December 18, 2009, Avaya acquired certain assets and assumed certain liabilities of the enterprise solutions business ("NES") of Nortel Networks Corporation ("Nortel"), including all the shares of Nortel Government Solutions Incorporated, for $943 million in cash consideration. The Company and Nortel were

*Acquisition of Enterprise Solutions Business of Nortel Networks Corporation*

On September 16, 2009, the Company emerged as the winning bidder in bankruptcy court proceedings to acquire NES for $900 million in cash consideration subject to certain purchase price adjustments as set forth in the acquisition agreements (the "Acquisition"). On December 18, 2009 (the "acquisition date"), Avaya acquired certain assets and assumed certain liabilities of NES, including all the shares of Nortel Government Solutions Incorporated, for $943 million in cash consideration. The Company and Nortel were required to determine the final purchase price post-closing based upon the various purchase price adjustments included in the acquisition agreements. During the first quarter of fiscal 2011, the Company and Nortel agreed on a final purchase price of $933 million. The adjustment to the purchase price has been reflected in the allocation of the purchase price to the assets acquired and liabilities assumed in the Acquisition. The terms of the Acquisition do not include any significant contingent consideration arrangements. During fiscal 2010, acquisition costs of $20 million were expensed as incurred.

*Acquisition of the Enterprise Solutions Business of Nortel Networks Corporation*

On December 18, 2009, Avaya acquired certain assets and assumed certain liabilities of the enterprise solutions business ("NES") of Nortel Networks Corporation ("Nortel"), including all the shares of Nortel Government Solutions Incorporated, for $943 million in cash consideration. The Company and Nortel were required to determine the final purchase price post-closing based upon the various purchase price adjustments included in the acquisition agreements. During the first quarter of fiscal 2011, the Company and Nortel agreed on a final purchase price of $933 million. The terms of the acquisition did not include any significant contingent consideration arrangements.

*Acquisition of RADVISION Ltd.*
*Flexible Go-to-Market Strategy Expands Reach of Our Products and Services.* We sell our solutions both directly and through an indirect sales channel, tailoring our go-to-market strategy to our target market. **With the acquisition of the enterprise solutions business of Nortel Networks Corporation, or NES, we significantly expanded our channel coverage and deepened our vertical expertise.**

    expenses. The issuance of the senior secured notes and repayment of the senior secured incremental term B-2 loans was accounted for as an extinguishment of the senior secured incremental term B-2 loans and issuance of new debt. Accordingly, the Company recognized a loss on extinguishment of debt of $246 million based on the difference between the reacquisition price and the carrying value of the incremental term B-2 loans (including unamortized debt discount and debt issue costs) during fiscal 2011.

- As a result of the acquisitions of NES and Radvision, our operating results include the operations of the NES business and Radvision as of December 19, 2009 and June 5, 2012.

- For the six months ended March 31, 2013 and fiscal 2012, we recognized a gain (loss) on the changes in the fair value of the Series B Convertible Preferred Stock ("preferred series B") embedded derivative included in other income (expense) of $8 million and $(6) million, respectively. In order to partially fund the acquisition of Radvision, on May 29, 2012 the Company issued 48,921 shares of preferred series B which contain an embedded derivative that under GAAP must be recognized as a liability at fair value at each balance sheet date with the changes in the fair value recognized in operations. See Note 15 "Capital Stock" to our audited Consolidated Financial Statements included elsewhere in this prospectus for further discussion.

- In connection with the acquisition of NES, we have incurred acquisition-related costs during fiscal 2009 and 2010 of $29 million and $20 million, respectively.

- We incurred integration costs with respect to the NES acquisition of $132 million and $208 million, for fiscal 2011 and fiscal 2010, respectively. Integration costs primarily represent third-party consulting fees and other administrative costs associated with consolidating and coordinating the operations of Avaya and NES. These costs were incurred in connection with, among other things, the on-boarding of NES personnel, developing compatible IT systems and internal processes and developing and implementing a strategic operating plan to **help enable a smooth transition with minimal disruption to NES customers.** Such costs also include fees paid to Nortel for logistics and **other support functions being performed on a temporary basis according to a transition services agreement.** In fiscal 2012 we incurred $19 million of integration costs which were primarily associated with consolidating and coordinating the operations of Avaya and Radvision and costs associated with NES, primarily related to developing compatible IT systems and internal processes.

- During fiscal 2012 and 2011, we continued to identify opportunities to streamline operations and generate cost savings, which include exiting facilities and reducing headcount. Restructuring charges for fiscal 2012 and 2011 were $142 million and $189 million, respectively. In fiscal 2012 and 2011 the Company entered into agreements with the works council representing employees of certain of the Company's German subsidiaries for the elimination of 327 and 210 positions, respectively. The charges associated with these agreements were $70 million and $56 million respectively and consisted of severance and employment benefit payments, including, but not limited to, social pension fund payments and healthcare and unemployment insurance costs to be paid to or on behalf of the affected employees. In addition, the Company incurred employee separation costs of $53 million and $97 million for fiscal 2012 and 2011, respectively, primarily related to the U.S. and EMEA, excluding Germany. The Company also recorded charges associated with partially or totally vacated facilities of $19 million and $36 million for fiscal 2012 and 2011, respectively.

- On August 31, 2010, we sold our 59.13% ownership in AGC Networks Ltd., or AGC, (formerly Avaya GlobalConnect Ltd.), our reseller in India, and recognized a $7 million gain on the sale. AGC remains a key channel partner of Avaya serving customers in the India market and in Australia.

- **Impairment charges of $16 million were incurred in fiscal 2010 associated with certain technologies with overlapping functionality to technologies acquired with NES.**

- Amortization of intangible assets was $418 million, $483 million, $509 million and $455 million for the years ended September 30, 2012, 2011, 2010 and 2009, respectively. The fluctuations are

SG&A expenses for fiscal 2012 and 2011 were $1,630 million and $1,845 million, respectively, a decrease of $215 million. The decrease was primarily due to reductions in integration-related costs related to the acquisition of the NES business, a favorable impact of foreign currency, the continued benefit associated with our cost savings initiatives, and lower expenses associated with our employee incentive plans, which are driven by our actual financial results relative to established targets. Integration-related costs included in SG&A were $19 million and $103 million for fiscal 2012 and 2011, respectively. In fiscal 2011, integration-related costs primarily represent third-party consulting fees and other administrative costs associated with consolidating and coordinating the operations of Avaya and NES. These costs were incurred in connection with, among other things, the on-boarding of NES personnel, developing compatible IT systems and internal processes, and **developing and implementing a strategic operating plan to enable a smooth transition with minimal disruption to NES customers.** Such costs include fees paid to certain Nortel-controlled entities for logistic **and other support functions being performed on a temporary basis pursuant to a transition services agreement which expired in June 2011.** For fiscal 2012, integration-related costs are primarily associated with the continued development of compatible IT systems.

SG&A expenses for fiscal 2011 and 2010 were $1,845 million and $1,721 million, respectively, an increase of $124 million. **The increase in expenses was due to incremental SG&A expenses incurred by the NES business for fiscal 2011 as compared to results for fiscal 2010, which included the results of the NES business for only the period of December 19, 2009 through September 30, 2010.** In addition, the increases included unfavorable impacts of foreign currency, as well as higher costs under our employee incentive plans, which are driven by actual results versus established targets. These increases were partially offset by decreases in integration-related costs. Integration-related costs included in SG&A were $102 million and $154 million for fiscal 2011 and 2010,

Case 09-10138-MFW   Doc 11860-3   Filed 10/10/13   Page 7 of 10

77

**Table of Contents**

respectively. Integration-related costs primarily represent third-party consulting fees and other administrative costs associated with consolidating and coordinating the operations of Avaya and NES. These costs were incurred in connection with, among other things, the on-boarding of NES personnel, developing compatible IT systems and internal processes, and developing and implementing a strategic operating plan to enable a smooth transition with minimal disruption to NES customers. Such costs also include fees paid to certain Nortel-controlled entities for logistics and other support functions being performed on a temporary basis pursuant to a transition services agreement. SG&A also decreased as a result of the continued benefit from cost savings initiatives implemented in prior periods, which included exiting facilities and reducing the workforce and relocating positions to lower-cost geographies and the impact of our divestiture of AGC in August 2010. Until August 31, 2010 AGC was our majority-owned subsidiary and its SG&A expenses were included in our SG&A expenses.

R&D expenses for fiscal 2011 and 2010 were $461 million and $407 million, respectively, an increase of $54 million. The increase in R&D expenses was due to incremental R&D expenses from the acquired NES business for fiscal 2011 as compared to results for fiscal 2010, which included the results of the NES business for only the period of December 19, 2009 through September 30, 2010, as well as higher costs under our employee incentive programs. This increase was partially offset by reductions resulting from continued focus on cost saving initiatives and the re-prioritization of projects.

Amortization of intangible assets for fiscal 2011 and 2010 was $226 million and $218 million, respectively, an increase of $8 million.

Restructuring and impairment charges, net, for fiscal 2011 and 2010 were $189 million and $187 million, respectively, an increase of $2 million. During fiscal 2011 and 2010, we continued our focus on controlling costs. In response to the global economic climate and in anticipation of the acquisition of NES, we began implementing additional initiatives designed to streamline our operations, generate cost savings, and eliminate overlapping processes and expenses associated with the NES business. These initiatives include exiting facilities and reducing the workforce or relocating positions to lower cost geographies. Restructuring charges recorded during fiscal 2011 include employee separation costs of $153 million and lease obligations of $36 million. Employee separation charges for this period include $56 million associated with an agreement reached with the works council representing employees of certain of the Company's German subsidiaries for the elimination of 210 employee positions. Severance and employment benefits payments associated with this action are expected to be paid through fiscal 2014, and include, but are not limited to, social pension fund payments and health care and unemployment insurance costs to be paid to or on behalf of the affected employees. For fiscal 2011, lease obligations included in restructuring charges represent the remaining lease obligations associated with facilities vacated during the period primarily in Ireland and the U.S. Restructuring charges recorded during fiscal 2010 include employee separation costs of $147 million and lease obligations of $24 million and primarily include costs associated with involuntary employee severance actions in EMEA and the U.S. and facilities vacated during the period primarily in the U.S. and United Kingdom.

In addition, during fiscal 2010, we recorded an impairment charge of $16 million associated with certain technologies in the NES acquisition. Our acquisition of NES provided us with access to several proprietary technologies that previously were not available to Avaya. Some of these technologies, based on their functionality, overlapped with our pre-existing technologies. In order to realize synergies and reduce our expenditures on research and development and marketing, the number of technologies Avaya supports is being reduced. As a result, we identified certain technologies associated with our GCS products segment that are redundant to others that Avaya no longer aggressively develops and markets. The Company determined that no events or circumstances changed during fiscal 2011 that would indicate that any technologies were impaired.

Acquisition-related costs for fiscal 2011 and 2010 were $5 million and $20 million, respectively, a decrease of $15 million, and include third-party legal and other costs related to business acquisitions in fiscal 2011 and the acquisition of NES in fiscal 2010.

***Flexible Go-to-Market Strategy Expands Reach of Our Products and Services.*** We sell our solutions both directly and through an indirect sales channel, tailoring our go-to-market strategy to our target markets. Our indirect sales channel is comprised of an extensive network of alliance partners, distributors, dealers, value-added resellers, telecommunications service providers and system integrators that allows us to reach customers across industries and globally. We have an extensive set of vertical specific solutions ranging from industries such as finance/insurance, healthcare, hospitality, manufacturing and retail. As of March 31, 2013, we had approximately 10,800 channel partners worldwide. Our indirect sales channel represented approximately 75% and 76% of our product revenues for fiscal 2012 and 2011, respectively. With the acquisition of the enterprise solutions business of Nortel Networks Corporation (NES) we significantly expanded our channel coverage and deepened our vertical expertise.

**J. Joel Hackney, Jr., *Senior Vice President & General Manager, Avaya Cloud Solutions***

Mr. Hackney has been our Senior Vice President and General Manager, Avaya Cloud Solutions since January 11, 2013. Prior to that and since June 14, 2010 he served as our Senior Vice President, Global Sales and Marketing and President, Field Operations. From December 19, 2009 until June 14, 2010 he was our Senior Vice President and President, Avaya Government and Data Solutions. Previously, he spent four years at Nortel Networks Corporation where, from September 2007 to December 2009, he served as President, Nortel Enterprise Solutions and, from December 2005 to September 2007, he served as Senior Vice President of Global Operations and Quality.

***Fiscal 2010 Restructuring Program***

During fiscal 2010, in response to the global economic climate and in connection with the Acquisition, the Company began implementing initiatives designed to streamline the operations of the Company and generate cost savings and developed initiatives to eliminate overlapping processes and expenses associated with the Acquisition. During the second and third quarters of fiscal 2010, the Company exited certain facilities and separated or relocated certain employees. Restructuring charges recorded during fiscal 2010, net of adjustments to previous periods, were $171 million, and include employee separation costs associated with involuntary employee severance actions primarily in EMEA and the U.S., as well as costs associated with closing and consolidating facilities. The headcount reductions and related payments identified in these actions were completed in fiscal 2012. Future rental payments, net of estimated sublease income, related to operating lease obligations for unused space in connection with the closing or consolidation of facilities are expected to continue through fiscal 2020.

The Acquisition provided the Company with access to several proprietary technologies that previously were not available to Avaya. Some of these technologies, based on their functionality, overlapped with pre-existing technologies. In order to realize synergies and reduce expenditures on research and development and marketing, the number of technologies Avaya supports is being reduced. As a result, the Company identified certain technologies associated with its GCS products segment that are redundant to others that Avaya no longer aggressively develops and markets. Included in restructuring and impairment charges, net in the Statement of Operations is an impairment charge of $16 million in fiscal 2010 associated with these technologies.

F-28

**Table of Contents**

The following table summarizes the components of the fiscal 2010 restructuring program:

| *In millions* | Employee Separation Costs | Lease Obligations | Total |
|---|---|---|---|
| 2010 restructuring charges | $ 151 | $ 24 | $175 |
| Reserves acquired with NES | — | 8 | 8 |
| Cash payments | (76) | (8) | (84) |
| Impact of foreign currency fluctuations | 1 | — | 1 |
| **Balance as of September 30, 2010** | 76 | 24 | 100 |
| Cash payments | (64) | (13) | (77) |
| Adjustments [1] | (7) | 4 | (3) |
| Impact of foreign currency fluctuations | — | (1) | (1) |

| | | | |
|---|---:|---:|---:|
| **Balance as of September 30, 2011** | 5 | 14 | 19 |
| Cash payments | (6) | (8) | (14) |
| Adjustments [1] | 1 | 1 | 2 |
| Impact of foreign currency fluctuations | — | 1 | 1 |
| **Balance as of September 30, 2012** | $ — | $ 8 | $ 8 |

(1) Included in adjustments are changes in estimates, whereby all increases and decreases in costs related to the fiscal 2010 restructuring program are recored to the restructuring charges line item in operating expenses in the period of the adjustment.

### Fiscal 2009 Restructuring Program

The following table summarizes the components of the fiscal 2009 restructuring program:

| In millions | Employee Separation Costs | Lease Obligations | Total |
|---|---:|---:|---:|
| **Balance as of October 1, 2009** | $ 112 | $ 8 | $120 |
| Cash payments | (88) | (3) | (91) |
| Adjustments [1] | (5) | — | (5) |
| Impact of foreign currency fluctuations | (7) | — | (7) |
| **Balance as of September 30, 2010** | 12 | 5 | 17 |
| Cash payments | (13) | (4) | (17) |
| Adjustments [1] | 5 | 2 | 7 |
| Impact of foreign currency fluctuations | (1) | — | (1) |
| **Balance as of September 30, 2011** | 3 | 3 | 6 |
| Cash payments | (3) | (1) | (4) |
| Adjustments [1] | 1 | — | 1 |
| **Balance as of September 30, 2012** | $ 1 | $ 2 | $ 3 |

(1) Included in adjustments are changes in estimates, whereby all increases and decreases in costs related to the fiscal 2009 restructuring program are recored to the restructuring charges line item in operating expenses in the period of the adjustment.

### Fiscal 2008 Restructuring Reserve

In connection with the Merger, the Company adopted a plan to exit certain activities of the newly acquired company. A liability was recognized as of the consummation date of the acquisition for the costs under the exit

F-29

**Table of Contents**

plan in accordance with the authoritative guidance at that time. The following table summarizes the remaining liability of the fiscal 2008 restructuring reserve:

| In millions | Employee Separation Costs | Lease Obligations | Total |
|---|---:|---:|---:|
| **Balance as of October 1, 2009** | $ 45 | $ 49 | $ 94 |
| Cash payments | (29) | (6) | (35) |
| Adjustments [1] | 1 | (8) | (7) |
| Impact of foreign currency fluctuations | (3) | (1) | (4) |
| **Balance as of September 30, 2010** | 14 | 34 | 48 |
| Cash payments | (9) | (4) | (13) |

|  |  |  |  |
|---|---:|---:|---:|
| Adjustments [1] | (1) | (1) | (2) |
| Impact of foreign currency fluctuations | 2 | 1 | 3 |
| **Balance as of September 30, 2011** | **6** | **30** | **36** |
| Cash payments | — | (4) | (4) |
| Adjustments [1] | (1) | (2) | (3) |
| Impact of foreign currency fluctuations | (1) | 1 | — |
| **Balance as of September 30, 2012** | **$ 4** | **$ 25** | **$ 29** |