IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
In re                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
       Debtors.                                         :    (Jointly Administered)
:
:
:    **Re: D.I. 11793**
----------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION REGARDING REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

       The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of August 1, 2013 through August 31, 2013** (the "Report") (Docket No. 11793), filed on September 30, 2013.

       The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Report appears thereon. Pursuant to the Notice of Report, objections to the Report were to be filed and served no later than October 10, 2013 at 4:00 p.m. (ET).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: October 14, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>and<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7367428

2