IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on August 16, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Motion to Modify Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims [D.I. 11396]

Declaration of James Edward Seaton Norris-Jones [D.I. 11397]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of August 2013.

_____
Notary Public
My Commission Expires: 8/14/15

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 14, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

SERVICE LIST

BY EMAIL

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Derek Abbott
Annie Cordo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19801

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

Kathleen A. Murphy
Mary F. Caloway
BUCHANAN INGERSOLL & ROONEY
1105 North Market Street,
Suite 1900
Wilmington, DE 19801

Derek Tay
Jennifer Stam
GOWLING LAFLEUR HENDERSON LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario M5X 1G5

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong
GOODMANS LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Murray McDonald
Brent Beekenkamp
ERNST & YOUNG INC.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario M5K 1J7

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
TORYS LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Robin B. Schwill  
Sean Campbell  
James Doris  
Louis Sarabia  
DAVIES WARD PHILLIPS & VINEBERG LLP  
44th Floor  
1 First Canadian Place  
Toronto, ON  M5X 1B1  

Kenneth T. Rosenberg  
Massimo (Max) Starnino  
Lily Harmer  
Karen Jones  
Tina Lie  
Michelle Jackson  
PALIARE ROLAND ROSENBERG ROTHSTEIN LLP  
Suite 501  
250 University Avenue  
Toronto, Ontario  M5H 3E5  

Barry E. Wadsworth  
Lewis Gottheil  
CAW-CANADA  
Legal Department  
205 Placer Court  
Toronto, Ontario M2H 3H9  

Janice B. Payne  
Steven Levitt  
Christopher Rootham  
Ainslie Benedict  
NELLIGAN O'BRIEN PAYNE LLP  
Barristers and Solicitors  
50 O'Connor Street  
Suite 1500  
Ottawa, Ontario  K1P 6L2  

Matthew P. Gottlieb  
Tracy Wynne  
Paul Michell  
LAX O'SULLIVAN SCOTT LISUS LLP  
Counsel  
Suite 1920, 145 King Street West  
Toronto, Ontario  M5H 1J8  

Mark Zigler  
Susan Philpott  
Ari Kaplan  
Barbara Walancik  
KOSKIE MINSKY  
20 Queen Street West  
Suite 900  
Toronto, Ontario  M5H 3R3  

Arthur O. Jacques  
Thomas McRae  
SHIBLEY RIGHTON LLP  
Barristers and Solicitors  
250 University Avenue, Suite 700  
Toronto, Ontario M5H 3E5  

Barbara J. Boake  
James D. Gage  
Elder C. Marques  
Paul Steep  
Byron Shaw  
McCARTHY TETRAULT LLP  
Suite 5300, Toronto Dominion Bank Tower  
Toronto, Ontario  M5K 1E6

| | |
|---|---|
| Selinda A. Melnik<br>Richard Hans<br>Timothy Hoeffner<br>DLA PIPER<br>919 North Market Street<br>Suite 1500<br>Wilmington, Delaware 19801 | Thomas R. Kreller<br>Jennifer P. Harris<br>Albert A. Pisa<br>Samir Vora<br>Andrew LeBlanc<br>Michael Hirschfeld<br>Atara Miller<br>Tom Matz<br>Nick Bassett<br>Gabrielle Ruha<br>Rachel Pojunas<br>MILBANK, TWEED, HADLEY McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Kevin Zych<br>S. Richard Orzy<br>Gavin Finlayson<br>Richard Swan<br>Sean Zweig<br>Jonathan Bell<br>BENNETT JONES LLP<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario M5X 1A4 | R. Shayne Kukulowicz<br>Michael J. Wunder<br>Ryan Jacobs<br>Barbara Grossman<br>DENTONS CANADA LLP<br>77 King Street West, Suite 400<br>TD Centre<br>Toronto, ON M5K 0A1 |
| Fred S. Hodara<br>David H. Botter<br>Abid Qureshi<br>Robert A. Johnson<br>Brad M. Kahn<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036 | Angela Pearson<br>Antonia Croke<br>ASHURST LLP<br>Boardwalk House<br>5 Appold Street<br>London, EC2A 2HA<br>United Kingdom |
| Christopher Samis<br>RICHARDS LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801 | E. Bruce Leonard<br>David S. Ward<br>Bill Burden<br>Christopher Horkins<br>Lara Jackson<br>CASSELS BROCK & BLACKWELL LLP<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, Ontario M5H 3C2 |
| Michael Barrack<br>D.J. Miller<br>Rebecca Lewis<br>Andrea McEwan<br>THORNTON GROUT FINNIGAN LLP<br>Suite 3200, 100 Wellington Street West<br>P.O. Box 329<br>Toronto-Dominion Centre<br>Toronto, ON M5K 1K7 | Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019 |

Sheryl E. Seigel
McMILLAN LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022

Edmond F. B. Lamek
James Szumski
BORDEN LADNER GERVAIS LLP
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
OSLER HOSKIN AND HARCOURT LLP
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8
Michael Lang
NORTON ROSE CANADA LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael J. Riela
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
HEENAN BLAIKIE LLP
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

Daniel A. Lowenthal
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

Angela Dimsdale Gill
John Tillman
Matthew Bullen
HOGAN LOVELLS INTERNATIONAL LLP
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom