# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through September 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Secretary of State Fees | | $600.00 |
| Court Costs | | 200.00 |
| Transcripts | | 1,016.40 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,684.19 |
| Meals | | 9.96 |
| Messenger Service | | 183.00 |
| Courier/Delivery Service | | 9,255.10 |
| Computer Research | Westlaw | 358.40 |
| In House Duplicating | | 334.60 |
| Postage | | .92 |
| Facsimile | | 436.50 |
| Pacer | | 22.60 |
| Conference Calls | | 6.87 |
| **Grand Total of Expenses Before Reduction** | | **$14,108.54** |
| **Reduction** | | **$1,136.00[1]** |
| **Grand Total of Expenses** | | **$12,972.54** |

---

[1] This reduction reflects amounts that were inadvertently billed as in house duplicating on prior fee applications.

```
*----- COST ENTRIES-----*
 INDEX    DATE    STAT     AMOUNT  DESCRIPTION                                    CODE   TKPER    VOUCHER

 1055674 09/30/13 B        600.00 Secretary of State Fees`                        502S    642
                                  Nortel Ventures LLC / Certificate of
                                  Cancellation`
                                  131141266
 1053892 08/13/13 B        125.00 Court Costs - AMERICAN EXPRESS`                 503     000     197259
                                  COURTCALL - CONFERENCE CALL - 8/13/13
 1053893 08/13/13 B         75.00 Court Costs - AMERICAN EXPRESS`                 503     000     197259
                                  COURTCALL - CONFERENCE CALL - 8/13/13
 1048441 09/12/13 B        217.80 Transcripts - DIAZ DATA SERVICES`               506     904     197052
                                  TRANSCRIPT OF CASE# 09-10138
 1055995 09/26/13 B        798.60 Transcripts - DIAZ DATA SERVICES`               506     904     197353
                                  DAILY TRANSCRIPT - 9/18/13 & 9/20/13
 1049662 09/06/13 B         39.60 Photos/Art/Spec Duplicating-Out of Office -     510     684     197086
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY PRINT- 9/6/13
 1052723 09/16/13 B         52.78 Photos/Art/Spec Duplicating-Out of Office -     510     684     197210
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 9/16/13
 1052721 09/18/13 B        365.64 Photos/Art/Spec Duplicating-Out of Office -     510     684     197208
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 9/18/13
 1055989 09/19/13 B         19.20 Photos/Art/Spec Duplicating-Out of Office -     510     684     197348
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY/PRINT - 9/19/13
 1055991 09/20/13 B         29.10 Photos/Art/Spec Duplicating-Out of Office -     510     684     197349
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY/PRINT - 9/20/13
 1056056 09/23/13 B         96.90 Photos/Art/Spec Duplicating-Out of Office -     510     684     197367
                                  PARCELS INC.`
                                  (4) CERTIFIED COPIES OF DOC# 11718 FROM CASE
                                  09-10136 - 9/23/13
 1056673 09/26/13 B      1,080.97 Photos/Art/Spec Duplicating-Out of Office -     510     594     197385
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 9/26/13
 1051221 09/12/13 B          9.96 Meals - PETTY CASH`                             512     968     197126
                                  WORKING DINNER - 9/12/13
 1048547 08/12/13 B          9.00 Messenger Service                               513S    000
 1048548 08/13/13 B          6.00 Messenger Service                               513S    000
 1048550 08/13/13 B          3.00 Messenger Service                               513S    000
 1048587 08/14/13 B          3.00 Messenger Service                               513S    000
 1048589 08/14/13 B          3.00 Messenger Service                               513S    000
 1048620 08/19/13 B          6.00 Messenger Service                               513S    000
 1048655 08/21/13 B          3.00 Messenger Service                               513S    000
 1048666 08/21/13 B          9.00 Messenger Service                               513S    000
 1048678 08/22/13 B          6.00 Messenger Service                               513S    000
 1048694 08/23/13 B          3.00 Messenger Service                               513S    000
 1048696 08/23/13 B          9.00 Messenger Service                               513S    000
 1048701 08/23/13 B          3.00 Messenger Service                               513S    000
 1048714 08/26/13 B          3.00 Messenger Service                               513S    000
 1048717 08/26/13 B          3.00 Messenger Service                               513S    000
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                                                  Page 37 (37)
DATE:10/15/13 09:33:17              PRO FORMA    333554       AS OF 09/30/13        INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1048719 08/26/13 B                  6.00 Messenger Service                          513S     000
1048722 08/26/13 B                  3.00 Messenger Service                          513S     000
1048736 08/27/13 B                  3.00 Messenger Service                          513S     000
1048745 08/27/13 B                 15.00 Messenger Service                          513S     000
1048749 08/27/13 B                  3.00 Messenger Service                          513S     000
1048752 08/28/13 B                  6.00 Messenger Service                          513S     000
1048770 08/29/13 B                  3.00 Messenger Service                          513S     000
1048772 08/29/13 B                  3.00 Messenger Service                          513S     000
1048777 08/29/13 B                  3.00 Messenger Service                          513S     000
1048785 08/29/13 B                  3.00 Messenger Service                          513S     000
1048787 08/30/13 B                  3.00 Messenger Service                          513S     000
1048789 08/30/13 B                  6.00 Messenger Service                          513S     000
1048809 08/30/13 B                  3.00 Messenger Service                          513S     000
1048814 09/03/13 B                  3.00 Messenger Service                          513S     000
1048818 09/03/13 B                  3.00 Messenger Service                          513S     000
1048829 09/03/13 B                  3.00 Messenger Service                          513S     000
1048838 09/03/13 B                  3.00 Messenger Service                          513S     000
1048843 09/03/13 B                  3.00 Messenger Service                          513S     000
1048845 09/03/13 B                  3.00 Messenger Service                          513S     000
1048848 09/03/13 B                  3.00 Messenger Service                          513S     000
1048852 09/03/13 B                  3.00 Messenger Service                          513S     000
1048869 09/03/13 B                  3.00 Messenger Service                          513S     000
1048872 09/03/13 B                  6.00 Messenger Service                          513S     000
1048877 09/06/13 B                  3.00 Messenger Service                          513S     000
1048911 09/10/13 B                  6.00 Messenger Service                          513S     000
1048922 09/10/13 B                  6.00 Messenger Service                          513S     000
1048933 09/11/13 B                  3.00 Messenger Service                          513S     000
1048939 09/11/13 B                  3.00 Messenger Service                          513S     000
1046464 09/03/13 B                  7.77 Courier/Delivery Service                    514     000     196910
1047050 09/03/13 B                  7.77 Courier/Delivery Service                    514     000     196924
1051246 09/04/13 B                 61.72 Courier/Delivery Service - BLUE MARBLE      514     000     197147
                                         LOGISTICS, LLC
1047777 09/06/13 B                 12.57 Courier/Delivery Service                    514     000     197015
1047770 09/06/13 B                 17.50 Courier/Delivery Service                    514     322     197015
1047771 09/06/13 B                 22.49 Courier/Delivery Service                    514     322     197015
1047772 09/06/13 B                 24.71 Courier/Delivery Service                    514     322     197015
1047773 09/06/13 B                 22.33 Courier/Delivery Service                    514     322     197015
1047774 09/06/13 B                 18.49 Courier/Delivery Service                    514     322     197015
1047775 09/06/13 B                 18.49 Courier/Delivery Service                    514     322     197015
1047776 09/06/13 B                 18.49 Courier/Delivery Service                    514     322     197015
1051207 09/06/13 B                 24.71 Courier/Delivery Service                    514     322     197124
1051208 09/06/13 B                 12.57 Courier/Delivery Service                    514     322     197124
1051209 09/06/13 B                 33.21 Courier/Delivery Service                    514     322     197124
1049528 09/06/13 B                 16.07 Courier/Delivery Service                    514     322     197065
1049202 09/06/13 B                 53.33 Courier/Delivery Service                    514     322     197058
1049203 09/06/13 B                 33.89 Courier/Delivery Service                    514     322     197058
1047778 09/06/13 B                 12.57 Courier/Delivery Service                    514     322     197015
1047779 09/06/13 B                 21.00 Courier/Delivery Service                    514     322     197015
1047780 09/06/13 B                 22.49 Courier/Delivery Service                    514     322     197015
1047781 09/06/13 B                 22.34 Courier/Delivery Service                    514     322     197015
1047782 09/06/13 B                 18.49 Courier/Delivery Service                    514     322     197015
1047783 09/06/13 B                 24.83 Courier/Delivery Service                    514     322     197015
1047784 09/06/13 B                 22.49 Courier/Delivery Service                    514     322     197015
1047785 09/06/13 B                 18.49 Courier/Delivery Service                    514     322     197015
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                      Page 38 (38)
DATE:10/15/13 09:33:17           PRO FORMA    333554     AS OF 09/30/13        INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1047786  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047787  09/06/13 B              21.21 Courier/Delivery Service                         514       322       197015
1047788  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047789  09/06/13 B              24.83 Courier/Delivery Service                         514       322       197015
1047790  09/06/13 B              22.33 Courier/Delivery Service                         514       322       197015
1047791  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047792  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047793  09/06/13 B              12.57 Courier/Delivery Service                         514       322       197015
1047794  09/06/13 B              22.49 Courier/Delivery Service                         514       322       197015
1047795  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047796  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047797  09/06/13 B              24.83 Courier/Delivery Service                         514       322       197015
1047798  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047799  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047800  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047801  09/06/13 B              21.00 Courier/Delivery Service                         514       322       197015
1047802  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047803  09/06/13 B              22.49 Courier/Delivery Service                         514       322       197015
1047804  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047805  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047806  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047807  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047808  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047809  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047810  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047811  09/06/13 B              16.07 Courier/Delivery Service                         514       322       197015
1047812  09/06/13 B              22.33 Courier/Delivery Service                         514       322       197015
1047813  09/06/13 B              26.32 Courier/Delivery Service                         514       322       197015
1047814  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047815  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047816  09/06/13 B              16.07 Courier/Delivery Service                         514       322       197015
1047817  09/06/13 B              18.99 Courier/Delivery Service                         514       322       197015
1047818  09/06/13 B              22.33 Courier/Delivery Service                         514       322       197015
1047819  09/06/13 B              22.49 Courier/Delivery Service                         514       322       197015
1047820  09/06/13 B              24.83 Courier/Delivery Service                         514       322       197015
1047821  09/06/13 B              18.83 Courier/Delivery Service                         514       322       197015
1047822  09/06/13 B              24.71 Courier/Delivery Service                         514       322       197015
1047823  09/06/13 B              12.57 Courier/Delivery Service                         514       322       197015
1047824  09/06/13 B              12.57 Courier/Delivery Service                         514       322       197015
1047825  09/06/13 B              28.55 Courier/Delivery Service                         514       322       197015
1047826  09/06/13 B              22.49 Courier/Delivery Service                         514       322       197015
1047827  09/06/13 B              26.17 Courier/Delivery Service                         514       322       197015
1047828  09/06/13 B              22.05 Courier/Delivery Service                         514       322       197015
1047829  09/06/13 B              22.05 Courier/Delivery Service                         514       322       197015
1047830  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047831  09/06/13 B              23.56 Courier/Delivery Service                         514       322       197015
1047832  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047833  09/06/13 B              21.00 Courier/Delivery Service                         514       322       197015
1047834  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047835  09/06/13 B              18.49 Courier/Delivery Service                         514       322       197015
1047836  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047837  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
1047838  09/06/13 B              12.57 Courier/Delivery Service                         514       322       197015
1047839  09/06/13 B              22.34 Courier/Delivery Service                         514       322       197015
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                    Page 39 (39)
DATE:10/15/13 09:33:17          PRO FORMA    333554       AS OF 09/30/13         INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1047840 09/06/13 B              18.49 Courier/Delivery Service                      514     322     197015
1047841 09/06/13 B              28.55 Courier/Delivery Service                      514     322     197015
1047842 09/06/13 B              26.17 Courier/Delivery Service                      514     322     197015
1047843 09/06/13 B              22.49 Courier/Delivery Service                      514     322     197015
1047844 09/06/13 B              24.71 Courier/Delivery Service                      514     322     197015
1047845 09/06/13 B              22.33 Courier/Delivery Service                      514     322     197015
1047846 09/06/13 B              24.71 Courier/Delivery Service                      514     322     197015
1047847 09/06/13 B              22.34 Courier/Delivery Service                      514     322     197015
1047848 09/06/13 B              22.05 Courier/Delivery Service                      514     322     197015
1047849 09/06/13 B              22.49 Courier/Delivery Service                      514     322     197015
1047850 09/06/13 B              24.71 Courier/Delivery Service                      514     322     197015
1047851 09/06/13 B              26.05 Courier/Delivery Service                      514     322     197015
1047852 09/06/13 B              22.05 Courier/Delivery Service                      514     322     197015
1047853 09/06/13 B              24.56 Courier/Delivery Service                      514     322     197015
1047854 09/06/13 B              22.05 Courier/Delivery Service                      514     322     197015
1047855 09/06/13 B              26.17 Courier/Delivery Service                      514     322     197015
1047856 09/06/13 B              12.57 Courier/Delivery Service                      514     322     197015
1047857 09/06/13 B              18.49 Courier/Delivery Service                      514     322     197015
1047858 09/06/13 B              18.49 Courier/Delivery Service                      514     322     197015
1047859 09/06/13 B              24.71 Courier/Delivery Service                      514     322     197015
1047860 09/06/13 B              18.49 Courier/Delivery Service                      514     322     197015
1047861 09/06/13 B              22.49 Courier/Delivery Service                      514     322     197015
1047862 09/06/13 B              22.34 Courier/Delivery Service                      514     322     197015
1047863 09/06/13 B              18.49 Courier/Delivery Service                      514     322     197015
1047864 09/06/13 B              22.34 Courier/Delivery Service                      514     322     197015
1047865 09/06/13 B              18.49 Courier/Delivery Service                      514     322     197015
1047866 09/06/13 B              22.34 Courier/Delivery Service                      514     322     197015
1047867 09/06/13 B              19.91 Courier/Delivery Service                      514     322     197015
1047868 09/06/13 B              22.49 Courier/Delivery Service                      514     322     197015
1051257 09/10/13 B              10.90 Courier/Delivery Service - BLUE MARBLE        514     000     197148
                                      LOGISTICS, LLC
1051713 09/13/13 B               7.77 Courier/Delivery Service                      514     000     197169
1051714 09/16/13 B               7.77 Courier/Delivery Service                      514     000     197169
1055625 09/16/13 B              53.74 Courier/Delivery Service - BLUE MARBLE        514     000     197311
                                      LOGISTICS, LLC
1052093 09/16/13 B               8.99 Courier/Delivery Service                      514     000     197178
1052097 09/16/13 B              10.48 Courier/Delivery Service                      514     000     197178
1052641 09/16/13 B              24.71 Courier/Delivery Service                      514     322     197196
1052658 09/16/13 B              53.33 Courier/Delivery Service                      514     322     197197
1051715 09/16/13 B              12.57 Courier/Delivery Service                      514     322     197169
1051716 09/16/13 B              22.34 Courier/Delivery Service                      514     322     197169
1051717 09/16/13 B              22.34 Courier/Delivery Service                      514     322     197169
1051718 09/16/13 B              22.49 Courier/Delivery Service                      514     322     197169
1051719 09/16/13 B              22.34 Courier/Delivery Service                      514     322     197169
1051720 09/16/13 B              18.49 Courier/Delivery Service                      514     322     197169
1051721 09/16/13 B              16.07 Courier/Delivery Service                      514     322     197169
1051722 09/16/13 B              22.34 Courier/Delivery Service                      514     322     197169
1051723 09/16/13 B              26.32 Courier/Delivery Service                      514     322     197169
1051724 09/16/13 B              22.33 Courier/Delivery Service                      514     322     197169
1051725 09/16/13 B              21.00 Courier/Delivery Service                      514     322     197169
1051726 09/16/13 B              24.83 Courier/Delivery Service                      514     322     197169
1051727 09/16/13 B              22.34 Courier/Delivery Service                      514     322     197169
1051728 09/16/13 B              22.33 Courier/Delivery Service                      514     322     197169
1051729 09/16/13 B              24.83 Courier/Delivery Service                      514     322     197169
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                     Page 40 (40)
DATE:10/15/13 09:33:17           PRO FORMA    333554    AS OF 09/30/13          INVOICE# 940167
Nortel Networks, Inc.
63989-DIP

 1051730 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051731 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051732 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051733 09/16/13 B              22.05 Courier/Delivery Service                        514      322     197169
 1051734 09/16/13 B              24.56 Courier/Delivery Service                        514      322     197169
 1051735 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051736 09/16/13 B              21.21 Courier/Delivery Service                        514      322     197169
 1051737 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051738 09/16/13 B              22.33 Courier/Delivery Service                        514      322     197169
 1051739 09/16/13 B              22.34 Courier/Delivery Service                        514      322     197169
 1051740 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051741 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051742 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051743 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051744 09/16/13 B              22.34 Courier/Delivery Service                        514      322     197169
 1051745 09/16/13 B              22.05 Courier/Delivery Service                        514      322     197169
 1051746 09/16/13 B              22.34 Courier/Delivery Service                        514      322     197169
 1051747 09/16/13 B              21.00 Courier/Delivery Service                        514      322     197169
 1051748 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051749 09/16/13 B              28.55 Courier/Delivery Service                        514      322     197169
 1051750 09/16/13 B              26.05 Courier/Delivery Service                        514      322     197169
 1051751 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051752 09/16/13 B              22.05 Courier/Delivery Service                        514      322     197169
 1051753 09/16/13 B              26.17 Courier/Delivery Service                        514      322     197169
 1051754 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051755 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051756 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051757 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051758 09/16/13 B              12.57 Courier/Delivery Service                        514      322     197169
 1051759 09/16/13 B              17.50 Courier/Delivery Service                        514      322     197169
 1051760 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051761 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051762 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051763 09/16/13 B              24.83 Courier/Delivery Service                        514      322     197169
 1051764 09/16/13 B              22.05 Courier/Delivery Service                        514      322     197169
 1051765 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051766 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051767 09/16/13 B              22.05 Courier/Delivery Service                        514      322     197169
 1051768 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051769 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051770 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051771 09/16/13 B              22.34 Courier/Delivery Service                        514      322     197169
 1051772 09/16/13 B              28.55 Courier/Delivery Service                        514      322     197169
 1051773 09/16/13 B              23.56 Courier/Delivery Service                        514      322     197169
 1051774 09/16/13 B              16.07 Courier/Delivery Service                        514      322     197169
 1051775 09/16/13 B              18.49 Courier/Delivery Service                        514      322     197169
 1051776 09/16/13 B              18.99 Courier/Delivery Service                        514      322     197169
 1051777 09/16/13 B              22.34 Courier/Delivery Service                        514      322     197169
 1051778 09/16/13 B              22.33 Courier/Delivery Service                        514      322     197169
 1051779 09/16/13 B              22.49 Courier/Delivery Service                        514      322     197169
 1051780 09/16/13 B              12.57 Courier/Delivery Service                        514      322     197169
 1051781 09/16/13 B              24.71 Courier/Delivery Service                        514      322     197169
 1051782 09/16/13 B              24.83 Courier/Delivery Service                        514      322     197169
 1051783 09/16/13 B              26.17 Courier/Delivery Service                        514      322     197169
```

```
                                                                                                     Page 41 (41)
DATE:10/15/13 09:33:17             PRO FORMA    333554      AS OF 09/30/13         INVOICE# 940167
Nortel Networks, Inc.
63989-DIP

1051784 09/16/13 B              22.49 Courier/Delivery Service                     514      322      197169
1051785 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051786 09/16/13 B              21.00 Courier/Delivery Service                     514      322      197169
1051787 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051788 09/16/13 B              24.71 Courier/Delivery Service                     514      322      197169
1051789 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051790 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051791 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051792 09/16/13 B              22.34 Courier/Delivery Service                     514      322      197169
1051793 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051794 09/16/13 B              12.57 Courier/Delivery Service                     514      322      197169
1051795 09/16/13 B              22.34 Courier/Delivery Service                     514      322      197169
1051796 09/16/13 B              22.34 Courier/Delivery Service                     514      322      197169
1051797 09/16/13 B              22.49 Courier/Delivery Service                     514      322      197169
1051798 09/16/13 B              24.71 Courier/Delivery Service                     514      322      197169
1051799 09/16/13 B              24.71 Courier/Delivery Service                     514      322      197169
1051800 09/16/13 B              22.33 Courier/Delivery Service                     514      322      197169
1051801 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051802 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051803 09/16/13 B              18.49 Courier/Delivery Service                     514      322      197169
1051804 09/16/13 B              22.49 Courier/Delivery Service                     514      322      197169
1051805 09/16/13 B              24.71 Courier/Delivery Service                     514      322      197169
1051806 09/16/13 B              19.91 Courier/Delivery Service                     514      322      197169
1051807 09/16/13 B              38.17 Courier/Delivery Service                     514      322      197169
1054248 09/16/13 B              22.49 Courier/Delivery Service                     514      322      197265
1052099 09/16/13 B              12.57 Courier/Delivery Service                     514      322      197178
1052100 09/16/13 B              16.07 Courier/Delivery Service                     514      322      197178
1052091 09/16/13 B              33.89 Courier/Delivery Service                     514      322      197177
1054749 09/16/13 B              22.49 Courier/Delivery Service                     514      322      197285
1052554 09/18/13 B               7.77 Courier/Delivery Service                     514      000      197196
1052555 09/18/13 B               7.77 Courier/Delivery Service                     514      000      197196
1053346 09/19/13 B              10.48 Courier/Delivery Service                     514      000      197247
1052642 09/19/13 B              22.49 Courier/Delivery Service                     514      322      197196
1052643 09/19/13 B              22.34 Courier/Delivery Service                     514      322      197196
1052644 09/19/13 B              26.05 Courier/Delivery Service                     514      322      197196
1052645 09/19/13 B              18.49 Courier/Delivery Service                     514      322      197196
1052646 09/19/13 B              22.05 Courier/Delivery Service                     514      322      197196
1052647 09/19/13 B              24.71 Courier/Delivery Service                     514      322      197196
1052648 09/19/13 B              21.00 Courier/Delivery Service                     514      322      197196
1052649 09/19/13 B              22.34 Courier/Delivery Service                     514      322      197196
1052650 09/19/13 B              22.33 Courier/Delivery Service                     514      322      197196
1052651 09/19/13 B              24.71 Courier/Delivery Service                     514      322      197196
1052652 09/19/13 B              22.49 Courier/Delivery Service                     514      322      197196
1052653 09/19/13 B              19.91 Courier/Delivery Service                     514      322      197196
1052654 09/19/13 B              26.17 Courier/Delivery Service                     514      322      197196
1054239 09/19/13 B              53.33 Courier/Delivery Service                     514      322      197264
1052558 09/19/13 B              12.57 Courier/Delivery Service                     514      322      197196
1052559 09/19/13 B              22.34 Courier/Delivery Service                     514      322      197196
1052560 09/19/13 B              22.34 Courier/Delivery Service                     514      322      197196
1052561 09/19/13 B              18.49 Courier/Delivery Service                     514      322      197196
1052562 09/19/13 B              18.49 Courier/Delivery Service                     514      322      197196
1052563 09/19/13 B              24.71 Courier/Delivery Service                     514      322      197196
1052564 09/19/13 B              18.49 Courier/Delivery Service                     514      322      197196
1052565 09/19/13 B              22.34 Courier/Delivery Service                     514      322      197196
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                           Page 42 (42)
DATE:10/15/13 09:33:17          PRO FORMA    333554      AS OF 09/30/13          INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


 1052566 09/19/13 B              22.49 Courier/Delivery Service                           514       322       197196
 1052567 09/19/13 B              22.34 Courier/Delivery Service                           514       322       197196
 1052568 09/19/13 B              24.71 Courier/Delivery Service                           514       322       197196
 1052569 09/19/13 B              22.34 Courier/Delivery Service                           514       322       197196
 1052570 09/19/13 B              22.49 Courier/Delivery Service                           514       322       197196
 1052571 09/19/13 B              22.34 Courier/Delivery Service                           514       322       197196
 1052572 09/19/13 B              23.56 Courier/Delivery Service                           514       322       197196
 1052573 09/19/13 B              24.71 Courier/Delivery Service                           514       322       197196
 1052574 09/19/13 B              21.21 Courier/Delivery Service                           514       322       197196
 1052575 09/19/13 B              22.33 Courier/Delivery Service                           514       322       197196
 1052576 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052577 09/19/13 B              22.33 Courier/Delivery Service                           514       322       197196
 1052578 09/19/13 B              12.57 Courier/Delivery Service                           514       322       197196
 1052579 09/19/13 B              17.50 Courier/Delivery Service                           514       322       197196
 1052580 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052581 09/19/13 B              22.49 Courier/Delivery Service                           514       322       197196
 1052582 09/19/13 B              28.55 Courier/Delivery Service                           514       322       197196
 1052583 09/19/13 B              22.05 Courier/Delivery Service                           514       322       197196
 1052584 09/19/13 B              22.34 Courier/Delivery Service                           514       322       197196
 1052585 09/19/13 B              26.32 Courier/Delivery Service                           514       322       197196
 1052586 09/19/13 B              24.71 Courier/Delivery Service                           514       322       197196
 1052587 09/19/13 B              22.34 Courier/Delivery Service                           514       322       197196
 1052588 09/19/13 B              24.83 Courier/Delivery Service                           514       322       197196
 1052589 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052590 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052591 09/19/13 B              12.57 Courier/Delivery Service                           514       322       197196
 1052592 09/19/13 B              21.00 Courier/Delivery Service                           514       322       197196
 1052593 09/19/13 B              24.71 Courier/Delivery Service                           514       322       197196
 1052594 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052595 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052596 09/19/13 B              22.49 Courier/Delivery Service                           514       322       197196
 1052597 09/19/13 B              22.05 Courier/Delivery Service                           514       322       197196
 1052598 09/19/13 B              16.07 Courier/Delivery Service                           514       322       197196
 1052599 09/19/13 B              18.99 Courier/Delivery Service                           514       322       197196
 1052600 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052601 09/19/13 B              24.83 Courier/Delivery Service                           514       322       197196
 1052602 09/19/13 B              22.34 Courier/Delivery Service                           514       322       197196
 1052603 09/19/13 B              12.57 Courier/Delivery Service                           514       322       197196
 1052604 09/19/13 B              22.49 Courier/Delivery Service                           514       322       197196
 1052605 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052606 09/19/13 B              24.83 Courier/Delivery Service                           514       322       197196
 1052607 09/19/13 B              16.07 Courier/Delivery Service                           514       322       197196
 1052608 09/19/13 B              16.07 Courier/Delivery Service                           514       322       197196
 1052609 09/19/13 B              24.83 Courier/Delivery Service                           514       322       197196
 1052610 09/19/13 B              28.55 Courier/Delivery Service                           514       322       197196
 1052611 09/19/13 B              26.17 Courier/Delivery Service                           514       322       197196
 1052612 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052613 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052614 09/19/13 B              22.49 Courier/Delivery Service                           514       322       197196
 1052615 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
 1052616 09/19/13 B              24.71 Courier/Delivery Service                           514       322       197196
 1052617 09/19/13 B              22.05 Courier/Delivery Service                           514       322       197196
 1052618 09/19/13 B              22.05 Courier/Delivery Service                           514       322       197196
 1052619 09/19/13 B              18.49 Courier/Delivery Service                           514       322       197196
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                                        Page 43 (43)
DATE:10/15/13 09:33:17              PRO FORMA   333554    AS OF 09/30/13         INVOICE# 940167
Nortel Networks, Inc.
63989-DIP

  1052620 09/19/13 B                22.34 Courier/Delivery Service                      514       322       197196
  1052621 09/19/13 B                24.71 Courier/Delivery Service                      514       322       197196
  1052622 09/19/13 B                22.49 Courier/Delivery Service                      514       322       197196
  1052623 09/19/13 B                24.56 Courier/Delivery Service                      514       322       197196
  1052624 09/19/13 B                24.71 Courier/Delivery Service                      514       322       197196
  1052625 09/19/13 B                22.33 Courier/Delivery Service                      514       322       197196
  1052626 09/19/13 B                22.49 Courier/Delivery Service                      514       322       197196
  1052627 09/19/13 B                18.49 Courier/Delivery Service                      514       322       197196
  1052628 09/19/13 B                18.49 Courier/Delivery Service                      514       322       197196
  1052629 09/19/13 B                18.49 Courier/Delivery Service                      514       322       197196
  1052630 09/19/13 B                21.00 Courier/Delivery Service                      514       322       197196
  1052631 09/19/13 B                22.34 Courier/Delivery Service                      514       322       197196
  1052632 09/19/13 B                18.49 Courier/Delivery Service                      514       322       197196
  1052633 09/19/13 B                18.49 Courier/Delivery Service                      514       322       197196
  1052634 09/19/13 B                12.57 Courier/Delivery Service                      514       322       197196
  1052635 09/19/13 B                24.71 Courier/Delivery Service                      514       322       197196
  1052636 09/19/13 B                26.17 Courier/Delivery Service                      514       322       197196
  1052637 09/19/13 B                24.71 Courier/Delivery Service                      514       322       197196
  1052638 09/19/13 B                18.49 Courier/Delivery Service                      514       322       197196
  1052639 09/19/13 B                22.33 Courier/Delivery Service                      514       322       197196
  1052640 09/19/13 B                22.34 Courier/Delivery Service                      514       322       197196
  1054242 09/19/13 B                45.79 Courier/Delivery Service                      514       322       197264
  1054243 09/19/13 B                45.79 Courier/Delivery Service                      514       322       197264
  1057199 09/20/13 B                12.57 Courier/Delivery Service                      514       322       197423
  1053347 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053348 09/20/13 B                17.50 Courier/Delivery Service                      514       322       197247
  1053349 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053350 09/20/13 B                24.56 Courier/Delivery Service                      514       322       197247
  1053351 09/20/13 B                22.05 Courier/Delivery Service                      514       322       197247
  1053352 09/20/13 B                24.71 Courier/Delivery Service                      514       322       197247
  1053353 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053354 09/20/13 B                23.56 Courier/Delivery Service                      514       322       197247
  1053355 09/20/13 B                22.34 Courier/Delivery Service                      514       322       197247
  1053356 09/20/13 B                22.34 Courier/Delivery Service                      514       322       197247
  1053357 09/20/13 B                12.57 Courier/Delivery Service                      514       322       197247
  1053358 09/20/13 B                24.71 Courier/Delivery Service                      514       322       197247
  1053359 09/20/13 B                12.57 Courier/Delivery Service                      514       322       197247
  1053360 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053361 09/20/13 B                22.49 Courier/Delivery Service                      514       322       197247
  1053362 09/20/13 B                24.83 Courier/Delivery Service                      514       322       197247
  1053363 09/20/13 B                22.34 Courier/Delivery Service                      514       322       197247
  1053364 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053365 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053366 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053367 09/20/13 B                22.34 Courier/Delivery Service                      514       322       197247
  1053368 09/20/13 B                22.49 Courier/Delivery Service                      514       322       197247
  1053369 09/20/13 B                22.05 Courier/Delivery Service                      514       322       197247
  1053370 09/20/13 B                22.34 Courier/Delivery Service                      514       322       197247
  1053371 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053372 09/20/13 B                24.71 Courier/Delivery Service                      514       322       197247
  1053373 09/20/13 B                22.49 Courier/Delivery Service                      514       322       197247
  1053374 09/20/13 B                24.71 Courier/Delivery Service                      514       322       197247
  1053375 09/20/13 B                18.49 Courier/Delivery Service                      514       322       197247
  1053376 09/20/13 B                24.71 Courier/Delivery Service                      514       322       197247
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                              Page 94 (44)
DATE:10/15/13 09:33:17              PRO FORMA    333554      AS OF 09/30/13        INVOICE# 940167
Nortel Networks, Inc.
63989-DIP

1053377 09/20/13 B            21.00 Courier/Delivery Service                   514        322       197247
1053378 09/20/13 B            22.33 Courier/Delivery Service                   514        322       197247
1053379 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053380 09/20/13 B            12.57 Courier/Delivery Service                   514        322       197247
1053381 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053382 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053383 09/20/13 B            22.49 Courier/Delivery Service                   514        322       197247
1053384 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053385 09/20/13 B            26.05 Courier/Delivery Service                   514        322       197247
1053386 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053387 09/20/13 B            26.17 Courier/Delivery Service                   514        322       197247
1053388 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053389 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053390 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053391 09/20/13 B            12.57 Courier/Delivery Service                   514        322       197247
1053392 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053393 09/20/13 B            28.55 Courier/Delivery Service                   514        322       197247
1053394 09/20/13 B            26.17 Courier/Delivery Service                   514        322       197247
1053395 09/20/13 B            16.07 Courier/Delivery Service                   514        322       197247
1053396 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053397 09/20/13 B            16.07 Courier/Delivery Service                   514        322       197247
1053398 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053399 09/20/13 B            22.33 Courier/Delivery Service                   514        322       197247
1053400 09/20/13 B            22.49 Courier/Delivery Service                   514        322       197247
1053401 09/20/13 B            24.83 Courier/Delivery Service                   514        322       197247
1053402 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053403 09/20/13 B            12.57 Courier/Delivery Service                   514        322       197247
1053404 09/20/13 B            12.57 Courier/Delivery Service                   514        322       197247
1053405 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053406 09/20/13 B            21.00 Courier/Delivery Service                   514        322       197247
1053407 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053408 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053409 09/20/13 B            16.07 Courier/Delivery Service                   514        322       197247
1053410 09/20/13 B            22.33 Courier/Delivery Service                   514        322       197247
1053411 09/20/13 B            22.05 Courier/Delivery Service                   514        322       197247
1053412 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053413 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053414 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053415 09/20/13 B            22.33 Courier/Delivery Service                   514        322       197247
1053416 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053417 09/20/13 B            24.83 Courier/Delivery Service                   514        322       197247
1053418 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053419 09/20/13 B            24.71 Courier/Delivery Service                   514        322       197247
1053420 09/20/13 B            18.49 Courier/Delivery Service                   514        322       197247
1053421 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053422 09/20/13 B            26.17 Courier/Delivery Service                   514        322       197247
1053423 09/20/13 B            12.57 Courier/Delivery Service                   514        322       197247
1053424 09/20/13 B            12.57 Courier/Delivery Service                   514        322       197247
1053425 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053426 09/20/13 B            22.49 Courier/Delivery Service                   514        322       197247
1053427 09/20/13 B            22.49 Courier/Delivery Service                   514        322       197247
1053428 09/20/13 B            22.34 Courier/Delivery Service                   514        322       197247
1053429 09/20/13 B            22.49 Courier/Delivery Service                   514        322       197247
1053430 09/20/13 B            21.21 Courier/Delivery Service                   514        322       197247
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                Page 45 (45)
DATE:10/15/13 09:33:17          PRO FORMA    333554      AS OF 09/30/13         INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1053431 09/20/13 B              18.49 Courier/Delivery Service                   514      322     197247
1053432 09/20/13 B              18.99 Courier/Delivery Service                   514      322     197247
1053433 09/20/13 B              21.00 Courier/Delivery Service                   514      322     197247
1053434 09/20/13 B              22.33 Courier/Delivery Service                   514      322     197247
1053435 09/20/13 B              22.49 Courier/Delivery Service                   514      322     197247
1053436 09/20/13 B              22.05 Courier/Delivery Service                   514      322     197247
1053437 09/20/13 B              22.05 Courier/Delivery Service                   514      322     197247
1053438 09/20/13 B              22.49 Courier/Delivery Service                   514      322     197247
1053439 09/20/13 B              18.49 Courier/Delivery Service                   514      322     197247
1053440 09/20/13 B              24.83 Courier/Delivery Service                   514      322     197247
1053441 09/20/13 B              28.55 Courier/Delivery Service                   514      322     197247
1053442 09/20/13 B              26.32 Courier/Delivery Service                   514      322     197247
1053443 09/20/13 B              18.49 Courier/Delivery Service                   514      322     197247
1053444 09/20/13 B              19.91 Courier/Delivery Service                   514      322     197247
1053445 09/20/13 B              22.34 Courier/Delivery Service                   514      322     197247
1054240 09/20/13 B              53.33 Courier/Delivery Service                   514      322     197264
1054241 09/20/13 B              33.89 Courier/Delivery Service                   514      322     197264
1054747 09/23/13 B               7.77 Courier/Delivery Service                   514      000     197285
1055589 09/24/13 B               8.99 Courier/Delivery Service                   514      000     197295
1055998 09/24/13 B              33.89 Courier/Delivery Service - FEDERAL EXPRESS 514      000     197356
                                      CORP.
1056655 09/24/13 B              64.08 Courier/Delivery Service                   514      322     197378
1057195 09/26/13 B              64.42 Courier/Delivery Service                   514      322     197422
1058636 09/26/13 B              16.07 Courier/Delivery Service                   514      322     197489
1050268 08/28/13 B             273.30 Computer Research - Westlaw                515      959
                                      Search Performed by: FAY,ERIN
1050269 08/29/13 B              12.14 Computer Research - Westlaw                515      959
                                      Search Performed by: FAY,ERIN
1050375 09/04/13 B              67.50 Computer Research - Westlaw                515      000
                                      Search Performed by: HOUSER,JUSTIN
1050478 09/10/13 B               5.46 Computer Research - Westlaw                515      000
                                      Search Performed by: MINOTT,TAMARA
1046178 09/05/13 B               4.20 In-House Duplicating                       519      684
1046179 09/05/13 B               3.80 In-House Duplicating                       519      684
1047507 09/09/13 B              26.40 In-House Duplicating                       519      971
1047508 09/09/13 B               7.30 In-House Duplicating                       519      971
1047509 09/09/13 B               5.70 In-House Duplicating                       519      971
1047119 09/09/13 B               4.20 In-House Duplicating                       519      971
1047120 09/09/13 B              21.40 In-House Duplicating                       519      605
1048067 09/11/13 B               1.30 In-House Duplicating                       519      546
1049242 09/13/13 B               0.40 In-House Duplicating                       519      605
1049243 09/13/13 B              18.90 In-House Duplicating                       519      605
1054355 09/26/13 B               0.40 In-House Duplicating                       519      594
```

```
DATE:10/15/13 09:33:17              PRO FORMA    333554       AS OF 09/30/13          INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1056292 09/30/13  B              20.90 In-House Duplicating                         519       605

1048050 09/09/13  B               0.92 Postage                                      520       000
1049663 09/06/13  B             176.00 Facsimile - DIGITAL LEGAL SERVICES LLC`      522H      684       197086
                                       FAX BROADCAST - 9/6/13
1052722 09/16/13  B              18.50 Facsimile - DIGITAL LEGAL SERVICES LLC`      522H      684       197209
                                       FAX BROADCAST - 9/16/13
1052720 09/18/13  B              18.50 Facsimile - DIGITAL LEGAL SERVICES LLC`      522H      684       197207
                                       FAX BROADCAST - 9/18/13
1055990 09/19/13  B              96.00 Facsimile - DIGITAL LEGAL SERVICES LLC`      522H      684       197348
                                       FAX - 9/19/13
1055992 09/20/13  B             127.50 Facsimile - DIGITAL LEGAL SERVICES LLC`      522H      684       197349
                                       FAX BROADCAST - 9/20/13
1052664 08/31/13  B              22.60 Pacer charges for the month of August        529       000
1045464 09/03/13  B               1.40 In-House Printing - black & white            541       684
                                       Call time: 09:35; to

1045465 09/03/13  B               1.90 In-House Printing - black & white            541       684
                                       Call time: 09:15; to

1045466 09/03/13  B               1.05 In-House Printing - black & white            541       684
                                       Call time: 09:10; to

1045467 09/03/13  B               1.35 In-House Printing - black & white            541       684
                                       Call time: 09:20; to

1045468 09/03/13  B               1.20 In-House Printing - black & white            541       684
                                       Call time: 09:34; to

1045469 09/03/13  B               2.60 In-House Printing - black & white            541       684
                                       Call time: 09:33; to

1045470 09/03/13  B               1.25 In-House Printing - black & white            541       684
                                       Call time: 09:32; to

1045471 09/03/13  B               2.55 In-House Printing - black & white            541       684
                                       Call time: 09:32; to

1045472 09/03/13  B               0.10 In-House Printing - black & white            541       684
1045473 09/03/13  B               0.10 In-House Printing - black & white            541       684
1045474 09/03/13  B               0.05 In-House Printing - black & white            541       684
1045475 09/03/13  B               0.10 In-House Printing - black & white            541       684
1045476 09/03/13  B               0.05 In-House Printing - black & white            541       684
1045882 09/04/13  B               1.05 In-House Printing - black & white            541       684
                                       Call time: 11:02; to

1045883 09/04/13  B               0.05 In-House Printing - black & white            541       684
1046191 09/05/13  B               0.50 In-House Printing - black & white            541       221
1046183 09/05/13  B               1.65 In-House Printing - black & white            541       221
                                       Call time: 13:10; to

1046184 09/05/13  B               1.10 In-House Printing - black & white            541       684
                                       Call time: 16:37; to
```

```
DATE:10/15/13 09:33:17                PRO FORMA    333554       AS OF 09/30/13          INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1046185 09/05/13 B                    1.70 In-House Printing - black & white           541       684
                                           Call time: 15:39; to

1046186 09/05/13 B                    5.40 In-House Printing - black & white           541       684
                                           Call time: 15:53; to

1046187 09/05/13 B                    0.80 In-House Printing - black & white           541       684
                                           Call time: 15:25; to

1046188 09/05/13 B                    0.25 In-House Printing - black & white           541       684
1046189 09/05/13 B                    1.80 In-House Printing - black & white           541       684
1046190 09/05/13 B                    0.80 In-House Printing - black & white           541       684
1046180 09/05/13 B                    3.50 In-House Printing - black & white           541       684
                                           Call time: 09:29; to

1046181 09/05/13 B                    1.50 In-House Printing - black & white           541       684
                                           Call time: 10:44; to

1046182 09/05/13 B                    2.80 In-House Printing - black & white           541       684
                                           Call time: 12:37; to

1046192 09/05/13 B                    0.10 In-House Printing - black & white           541       684
1046779 09/06/13 B                    1.40 In-House Printing - black & white           541       684
                                           Call time: 11:28; to

1046780 09/06/13 B                    1.10 In-House Printing - black & white           541       221
                                           Call time: 11:15; to

1046778 09/06/13 B                    2.25 In-House Printing - black & white           541       221
                                           Call time: 11:29; to

1047123 09/09/13 B                   10.60 In-House Printing - black & white           541       605
                                           Call time: 17:09; to

1047124 09/09/13 B                    0.10 In-House Printing - black & white           541       684
1047122 09/09/13 B                    1.90 In-House Printing - black & white           541       684
                                           Call time: 16:43; to

1047515 09/09/13 B                    0.05 In-House Printing - black & white           541       971
1047510 09/09/13 B                    7.90 In-House Printing - black & white           541       971
                                           Call time: 19:14; to

1047511 09/09/13 B                    1.40 In-House Printing - black & white           541       971
                                           Call time: 19:55; to

1047512 09/09/13 B                    1.55 In-House Printing - black & white           541       971
                                           Call time: 20:22; to

1047121 09/09/13 B                    1.80 In-House Printing - black & white           541       971
                                           Call time: 16:16; to

1047513 09/10/13 B                    7.30 In-House Printing - black & white           541       684
                                           Call time: 08:55; to
```

```
                                                                                            Page 28 (48)
DATE:10/15/13 09:33:17          PRO FORMA    333554      AS OF 09/30/13       INVOICE# 940167
Nortel Networks, Inc.
63989-DIP

1047514 09/10/13 B              7.30 In-House Printing - black & white        541      684
                                     Call time: 09:07; to

1049244 09/13/13 B              9.40 In-House Printing - black & white        541      605
                                     Call time: 21:33; to

1049245 09/13/13 B             16.80 In-House Printing - black & white        541      684
                                     Call time: 13:27; to

1049246 09/13/13 B              2.90 In-House Printing - black & white        541      684
                                     Call time: 13:58; to

1049247 09/13/13 B              0.20 In-House Printing - black & white        541      684
                                     Call time: 13:58; to

1049853 09/16/13 B              1.10 In-House Printing - black & white        541      684
                                     Call time: 15:08; to

1049854 09/16/13 B              2.35 In-House Printing - black & white        541      637
                                     Call time: 14:14; to

1049855 09/16/13 B              5.20 In-House Printing - black & white        541      637
                                     Call time: 14:16; to

1049856 09/16/13 B              0.55 In-House Printing - black & white        541      637
                                     Call time: 14:16; to

1049857 09/16/13 B              5.15 In-House Printing - black & white        541      637
                                     Call time: 14:17; to

1049858 09/16/13 B              0.75 In-House Printing - black & white        541      637
                                     Call time: 14:17; to

1049859 09/16/13 B              2.25 In-House Printing - black & white        541      637
                                     Call time: 14:17; to

1051470 09/17/13 B              1.60 In-House Printing - black & white        541      904
                                     Call time: 18:57; to

1051471 09/17/13 B              0.15 In-House Printing - black & white        541      904
                                     Call time: 18:57; to

1051472 09/17/13 B              1.55 In-House Printing - black & white        541      904
                                     Call time: 18:58; to

1051473 09/17/13 B              0.15 In-House Printing - black & white        541      904
                                     Call time: 18:58; to

1051474 09/17/13 B              1.55 In-House Printing - black & white        541      904
                                     Call time: 18:58; to

1051475 09/17/13 B              0.15 In-House Printing - black & white        541      904
                                     Call time: 18:58; to
```

```
                                                                                                Page  9 (49)
DATE:10/15/13 09:33:17            PRO FORMA    333554      AS OF 09/30/13          INVOICE# 940167
Nortel Networks, Inc.
63989-DIP


1051481 09/18/13 B             3.10 In-House Printing - black & white          541        971
                                    Call time: 12:30; to

1051482 09/18/13 B            18.80 In-House Printing - black & white          541        684
                                    Call time: 14:53; to

1051483 09/18/13 B             4.80 In-House Printing - black & white          541        684
                                    Call time: 08:52; to

1051476 09/18/13 B             9.40 In-House Printing - black & white          541        684
                                    Call time: 13:47; to

1051477 09/18/13 B             9.40 In-House Printing - black & white          541        684
                                    Call time: 13:48; to

1051478 09/18/13 B             3.00 In-House Printing - black & white          541        684
                                    Call time: 11:55; to

1051479 09/18/13 B             4.95 In-House Printing - black & white          541        684
                                    Call time: 12:12; to

1051480 09/18/13 B             0.05 In-House Printing - black & white          541        684
                                    Call time: 12:12; to

1051852 09/19/13 B             1.70 In-House Printing - black & white          541        684
                                    Call time: 11:18; to

1051853 09/19/13 B             4.10 In-House Printing - black & white          541        637
                                    Call time: 11:23; to

1052143 09/20/13 B             1.05 In-House Printing - black & white          541        684
                                    Call time: 13:15; to

1052144 09/20/13 B             4.10 In-House Printing - black & white          541        684
                                    Call time: 15:30; to

1052145 09/20/13 B             4.35 In-House Printing - black & white          541        684
                                    Call time: 14:53; to

1052146 09/20/13 B             3.20 In-House Printing - black & white          541        684
                                    Call time: 15:58; to

1053463 09/24/13 B             1.20 In-House Printing - black & white          541        684
                                    Call time: 16:05; to

1053464 09/24/13 B             0.05 In-House Printing - black & white          541        684
                                    Call time: 16:05; to

1053465 09/24/13 B             1.50 In-House Printing - black & white          541        684
                                    Call time: 09:45; to

1055699 09/30/13 B             1.15 In-House Printing - black & white          541        904
                                    Call time: 12:22; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                    Page 90 (50)
DATE:10/15/13 09:33:17              PRO FORMA    333554       AS OF 09/30/13         INVOICE# 940167
Nortel Networks, Inc.
63989-DIP

1055700 09/30/13 B              0.15 In-House Printing - black & white         541      904
                                     Call time: 12:22; to

1055702 09/30/13 B              1.55 In-House Printing - black & white         541      594
                                     Call time: 18:26; to

1055703 09/30/13 B              0.05 In-House Printing - black & white         541      594
                                     Call time: 18:26; to

1056294 09/30/13 B              1.30 In-House Printing - black & white         541      605
                                     Call time: 21:14; to

1056295 09/30/13 B              1.20 In-House Printing - black & white         541      605
                                     Call time: 21:21; to

1056296 09/30/13 B              1.25 In-House Printing - black & white         541      605
                                     Call time: 21:21; to

1056297 09/30/13 B              1.30 In-House Printing - black & white         541      605
                                     Call time: 21:26; to

1056298 09/30/13 B              1.30 In-House Printing - black & white         541      605
                                     Call time: 21:28; to

1056299 09/30/13 B              1.30 In-House Printing - black & white         541      605
                                     Call time: 21:30; to

1055701 09/30/13 B              1.25 In-House Printing - black & white         541      637
                                     Call time: 14:57; to

1049687 08/20/13 B              2.91 Conference Calls - SOUNDPATH CONFERENCING 552H     904      197087
                                     SERVICES, LLC
1056692 09/12/13 B              3.96 Conference Calls - SOUNDPATH CONFERENCING 552H     904      197406
                                     SERVICES, LLC
                               --------------
                                   14,108.54
                               --------------
```