# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 Fax

Derek C. Abbott
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

October 15, 2013

**VIA HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

      Re:    *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

      I write on behalf of the U.S. Interests to respond briefly to the EMEA Debtors letter submitted to the Court this morning. Putting aside that the EMEA Debtors make no attempt to satisfy the form, notice or standards for a motion for reconsideration, the EMEA Debtors' accusation that the U.S. Interests have sought to unreasonably extend the Court's October 10 Order to depositions noticed by the UK Pension Claimants, including by threatening to cancel the deposition of Mary Cross is completely false. Our two emails to all Core Parties on this subject speak clearly for themselves and are attached hereto, and, Ms. Cross's deposition proceeded on Friday, October 11, 2013 as originally scheduled.

      Moreover, although we do not believe a joint hearing was required here, the time for a party to propose the need for a joint hearing is in their submissions to the Court not after receiving an adverse ruling. The EMEA Debtors did not request a joint hearing in either of their two letters to this Court. But, in any event, the U.S. Interests took steps to ensure that all of the relevant correspondence was contemporaneously delivered to the Canadian Court and served upon the Core Party service list in Canada.

The Honorable Kevin Gross
October 15, 2013
Page 2

Finally, to the extent that the Court is inclined to reconsider its Order, the U.S. Interests would be pleased to submit further briefing addressing the substance of the EMEA Debtors' letter.

Respectfully submitted,

Derek C. Abbott

Attachments
cc:    All Core Parties (via email)

# Ciabattoni, Andrea

**From:** Erickson, Jodi <jerickson@cgsh.com>
**Sent:** Thursday, October 10, 2013 8:50 PM
**To:** jennifer.stam@gowlings.com; a_pedersen@ellengrauer.com; e_grauer@ellengrauer.com; h_wade@ellengrauer.com; aqureshi@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; dbotter@akingump.com; fhodara@akingump.com; rajohnson@akingump.com; sgulati@akingump.com; daniel.guyder@allenovery.com; bellj@bennettjones.com; finlaysong@bennettjones.com; ZychK@bennettjones.com; Orzyr@bennettjones.com; swanr@bennettjones.com; apisa@milbank.com; aleblanc@milbank.com; amiller@milbank.com; gruha@milbank.com; JHarris@milbank.com; nbassett@milbank.com; rpojunas@milbank.com; svora@milbank.com; tkreller@milbank.com; tmatz@milbank.com; Cordo, Annie; Abbott, Derek; agray@torys.com; sbomhof@torys.com; sblock@torys.com; AHanrahan@willkie.com; carmstrong@goodmans.ca; jpasquariello@goodmans.ca; Queen, Daniel D.; Stein, Darryl G.; Zelbo, Howard S.; Moessner, Jacqueline; Bromley, James L.; Rosenthal, Jeffrey A.; Schweitzer, Lisa M.; Decker, Marla; Forrest, Neil P.; Erickson, Jodi; Lyerly, Brynn; Rozenberg, Inna; ken.coleman@allenovery.com; Laura.Hall@allenovery.com; daniel.guyder@allenovery.com; paul.keller@allenovery.com; joseph.badtke-berkow@allenovery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Angela.pearson@ashurst.com; Antonia.croke@ashurst.com; zweigs@bennettjones.com; elamek@blgcanada.com; jszumski@blg.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; rschwill@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; scampbell@dwpv.com; Shayne.kukulowicz@dentons.com; michael.wunder@dentons.com; Ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; nortel.monitor@ca.ey.com; jpasquariello@goodmans.ca; jcarfagnini@goodmans.ca; bzarnett@goodmans.ca; fmyers@goodmans.ca; jkimmel@goodmans.ca; pruby@goodmans.ca; carmstrong@goodmans.ca; derrick.tay@gowlings.com; svanallen@heenan.ca; jsalmas@heenan.ca; kkraft@heenan.ca; amdg@hoganlovells.com; john.tillman@hoganlovells.com; matthew.bullen@hoganlovells.com; adler@hugheshubbard.com; oxford@HughesHubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; zhen@hugheshubbard.com; karen.dine@kattenlaw.com; david.crichlow@kattenlaw.com; craig.barbarosh@kattenlaw.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; michael.riela@lw.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; sheryl.seigel@mcmillan.ca; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; michael.lang@nortonrose.com; lbarnes@osler.com; esellers@osler.com; ahirsh@osler.com; eputnam@osler.com; acobb@osler.com; karen.jones@paliareroland.com; ken.rosenberg@paliareroland.com; lily.harmer@paliareroland.com; max.starnino@paliareroland.com; michelle.jackson@paliareroland.com; tina.lie@paliareroland.com; dalowenthal@pbwt.com; samis@rlf.com; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; DJmiller@tgf.ca; jfinnigan@tgf.ca; mbarrack@tgf.ca; amcewan@tgf.ca; rlewis@tgf.ca; aslavens@torys.com; tdemarinis@torys.com;

1

**To:** boconnor@willkie.com; sadvani@willkie.com; AHanrahan@willkie.com; eharron@ycst.com; jdorsey@ycst.com; mhirschfeld@milbank.com
**Subject:** Notice Regarding Mary Cross Deposition

To all Core Parties:

The parties have presumably reviewed this afternoon's order of the Delaware Court declaring that the EMEA Debtors "not be entitled to take any depositions of witnesses they seek to depose until the Witnesses are available to be deposed."

The deposition of Mary Cross in Nashville has been designated solely by the EMEA deposition group. However, in light of the fact that all of the parties have presumably traveled to Nashville prior to receiving the Court's order, and our belief that notwithstanding his order, Judge Gross would not favor the cancellation of a scheduled deposition on such short notice to the parties and the witness, the U.S. Debtors are prepared to proceed with her deposition as scheduled without waiver of any right under the order. It is our intention to circulate by the end of this weekend a list of upcoming depositions in which the EMEA deposition group is the sole designating group and which, therefore, are subject to cancellation until the French witnesses are made available.

Jodi Erickson
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2877 | f: +1 212 225 3999
www.clearygottlieb.com | jerickson@cgsh.com

## Ciabattoni, Andrea

| | |
|---|---|
| **From:** | Rosenthal, Jeffrey A. <jrosenthal@cgsh.com> |
| **Sent:** | Sunday, October 13, 2013 7:20 PM |
| **To:** | Erickson, Jodi; jennifer.stam@gowlings.com; a_pedersen@ellengrauer.com; e_grauer@ellengrauer.com; h_wade@ellengrauer.com; aqureshi@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; dbotter@akingump.com; fhodara@akingump.com; rajohnson@akingump.com; sgulati@akingump.com; daniel.guyder@allenovery.com; bellj@bennettjones.com; finlaysong@bennettjones.com; ZychK@bennettjones.com; Orzyr@bennettjones.com; swanr@bennettjones.com; apisa@milbank.com; aleblanc@milbank.com; amiller@milbank.com; gruha@milbank.com; JHarris@milbank.com; nbassett@milbank.com; rpojunas@milbank.com; svora@milbank.com; tkreller@milbank.com; tmatz@milbank.com; Cordo, Annie; Abbott, Derek; agray@torys.com; sbomhof@torys.com; sblock@torys.com; AHanrahan@willkie.com; carmstrong@goodmans.ca; jpasquariello@goodmans.ca; Queen, Daniel D.; Stein, Darryl G.; Zelbo, Howard S.; Moessner, Jacqueline; Bromley, James L.; Schweitzer, Lisa M.; Decker, Marla; Forrest, Neil P.; Lyerly, Brynn; Rozenberg, Inna; ken.coleman@allenovery.com; Laura.Hall@allenovery.com; daniel.guyder@allenovery.com; paul.keller@allenovery.com; joseph.badtke-berkow@allenovery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Angela.pearson@ashurst.com; Antonia.croke@ashurst.com; zweigs@bennettjones.com; elamek@blgcanada.com; jszumski@blg.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; rschwill@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; scampbell@dwpv.com; Shayne.kukulowicz@dentons.com; michael.wunder@dentons.com; Ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; nortel.monitor@ca.ey.com; jpasquariello@goodmans.ca; jcarfagnini@goodmans.ca; bzarnett@goodmans.ca; fmyers@goodmans.ca; jkimmel@goodmans.ca; pruby@goodmans.ca; carmstrong@goodmans.ca; derrick.tay@gowlings.com; svanallen@heenan.ca; jsalmas@heenan.ca; kkraft@heenan.ca; amdg@hoganlovells.com; john.tillman@hoganlovells.com; matthew.bullen@hoganlovells.com; adler@hugheshubbard.com; oxford@HughesHubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; zhen@hugheshubbard.com; karen.dine@kattenlaw.com; david.crichlow@kattenlaw.com; craig.barbarosh@kattenlaw.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; michael.riela@lw.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; sheryl.seigel@mcmillan.ca; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; michael.lang@nortonrose.com; lbarnes@osler.com; esellers@osler.com; ahirsh@osler.com; eputnam@osler.com; acobb@osler.com; karen.jones@paliareroland.com; ken.rosenberg@paliareroland.com; lily.harmer@paliareroland.com; max.starnino@paliareroland.com; michelle.jackson@paliareroland.com; tina.lie@paliareroland.com; dalowenthal@pbwt.com; samis@rlf.com; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; DJmiller@tgf.ca; jfinnigan@tgf.ca; mbarrack@tgf.ca; |

1

**To:** amcewan@tgf.ca; rlewis@tgf.ca; aslavens@torys.com; tdemarinis@torys.com; boconnor@willkie.com; sadvani@willkie.com; AHanrahan@willkie.com; eharron@ycst.com; jdorsey@ycst.com; mhirschfeld@milbank.com
**Subject:** EMEA Deposition Designations

Dear all,

As we noted on Thursday evening, we have prepared a list of future depositions in which we believe the EMEA Debtors are the only designating party, which are subject to cancellation unless and until the EMEA Debtors confirm the appearance of Messrs. Lebrun, Clement and Rogeau. Please let us know as soon as possible of any corrections:

Witnesses designated solely by EMEA with no cross designations:

Mumford – 10/24

Witnesses designated solely by EMEA with cross designations which are subject to cancellation unless a cross-designating party wishes to proceed anyway, with the counter-designations in parenthesis:

Collins – canceled on 10/14, subject to subpoena (Canada)
MacLean – 10/23 (US)
Pusey – 10/24-25 (Canada, US)
Debon – 10/28-29 (Canada, US)
Anderson – 10/31-11/1 (Canada, US)
Lesur – subject to letters rogatory (Canada, US)
Zafirovski – 10/6 (US)
Roese – 11/11-12 (Canada, US)

We have been advised by UKP that the following depositions designated by the EMEA group were, in fact, UKP designations and therefore not subject to cancellation pursuant to Judge Gross's order:

Richardson
Holden

Even though UKP did not notify us of these depositions that were cross-designated by other parties, we understand that the initial designations were also by UKP but wish confirmation (otherwise they belong in the 2nd category above):

Gollogly
Karr
McCorkle
McGale

If anyone has corrections to these lists, please let us know immediately so that adequate notice may be provided to the witnesses for any depositions subject to cancellation. Similarly, if any parties wish to proceed with depositions they counter-designated following EMEA designations, please notify other parties promptly so that witnesses may be advised accordingly.

Best regards,

Jeff

---
Jeffrey A. Rosenthal

2

Cleary Gottlieb Steen & Hamilton LLP
Assistant: mconiglio@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2086 | f: +1 212 225 3999
www.clearygottlieb.com | jrosenthal@cgsh.com

---

**From:** Erickson, Jodi
**Sent:** Thursday, October 10, 2013 8:50 PM
**To:** jennifer.stam@gowlings.com; a_pedersen@ellengrauer.com; e_grauer@ellengrauer.com; h_wade@ellengrauer.com; aqureshi@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; dbotter@akingump.com; fhodara@akingump.com; rajohnson@akingump.com; sgulati@akingump.com; daniel.guyder@allenovery.com; bellj@bennettjones.com; finlaysong@bennettjones.com; ZychK@bennettjones.com; Orzyr@bennettjones.com; swanr@bennettjones.com; apisa@milbank.com; aleblanc@milbank.com; amiller@milbank.com; gruha@milbank.com; JHarris@milbank.com; nbassett@milbank.com; rpojunas@milbank.com; svora@milbank.com; tkreller@milbank.com; tmatz@milbank.com; acordo@mnat.com; dabbott@mnat.com; agray@torys.com; sbomhof@torys.com; sblock@torys.com; AHanrahan@willkie.com; carmstrong@goodmans.ca; jpasquariello@goodmans.ca; Queen, Daniel D.; Stein, Darryl G.; Zelbo, Howard S.; Moessner, Jacqueline; Bromley, James L.; Rosenthal, Jeffrey A.; Schweitzer, Lisa M.; Decker, Marla; Forrest, Neil P.; Erickson, Jodi; Lyerly, Brynn; Rozenberg, Inna; ken.coleman@allenovery.com; Laura.Hall@allenovery.com; daniel.guyder@allenovery.com; paul.keller@allenovery.com; joseph.badtke-berkow@allenovery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Angela.pearson@ashurst.com; Antonia.croke@ashurst.com; zweigs@bennettjones.com; elamek@blgcanada.com; jszumski@blg.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; rschwill@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; scampbell@dwpv.com; Shayne.kukulowicz@dentons.com; michael.wunder@dentons.com; Ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; nortel.monitor@ca.ey.com; jpasquariello@goodmans.ca; jcarfagnini@goodmans.ca; bzarnett@goodmans.ca; fmyers@goodmans.ca; jkimmel@goodmans.ca; pruby@goodmans.ca; carmstrong@goodmans.ca; derrick.tay@gowlings.com; svanallen@heenan.ca; jsalmas@heenan.ca; kkraft@heenan.ca; amdg@hoganlovells.com; john.tillman@hoganlovells.com; matthew.bullen@hoganlovells.com; adler@hugheshubbard.com; oxford@HughesHubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; zhen@hugheshubbard.com; karen.dine@kattenlaw.com; david.crichlow@kattenlaw.com; craig.barbarosh@kattenlaw.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; michael.riela@lw.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; sheryl.seigel@mcmillan.ca; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; michael.lang@nortonrose.com; lbarnes@osler.com; esellers@osler.com; ahirsh@osler.com; eputnam@osler.com; acobb@osler.com; karen.jones@paliareroland.com; ken.rosenberg@paliareroland.com; lily.harmer@paliareroland.com; max.starnino@paliareroland.com; michelle.jackson@paliareroland.com; tina.lie@paliareroland.com; dalowenthal@pbwt.com; samis@rlf.com; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; DJmiller@tgf.ca; jfinnigan@tgf.ca; mbarrack@tgf.ca; amcewan@tgf.ca; rlewis@tgf.ca; aslavens@torys.com; tdemarinis@torys.com; boconnor@willkie.com; sadvani@willkie.com; AHanrahan@willkie.com; eharron@ycst.com; jdorsey@ycst.com; mhirschfeld@milbank.com
**Subject:** Notice Regarding Mary Cross Deposition

To all Core Parties:

The parties have presumably reviewed this afternoon's order of the Delaware Court declaring that the EMEA Debtors "not be entitled to take any depositions of witnesses they seek to depose until the Witnesses are available to be deposed."

The deposition of Mary Cross in Nashville has been designated solely by the EMEA deposition group. However, in light of the fact that all of the parties have presumably traveled to Nashville prior to receiving the Court's order, and our belief that notwithstanding his order, Judge Gross would not favor the cancellation of a scheduled deposition on such short notice to the parties and the witness, the U.S. Debtors are prepared to proceed with her deposition as scheduled without waiver of any right under the order. It is our intention to circulate by the end of this weekend a list of upcoming

depositions in which the EMEA deposition group is the sole designating group and which, therefore, are subject to cancellation until the French witnesses are made available.

---

Jodi Erickson
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2877 | f: +1 212 225 3999
www.clearygottlieb.com | jerickson@cgsh.com