Eric Olson
2060 Boone Circle
Frisco, TX 75033



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | § | Case Number: |
|---|---|---|
|  | § | **09-10138** |
| **NORTEL NETWORKS, INC.** | § | Doc 11741-1 |

## OLSON'S RESPONSE TO DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION, CASE NUMBER 09-10138, DOC 11741-1

TO THE HONORABLE JUDGE OF SAID COURT:

Appearing pro se, Eric Olson, a former Nortel Networks, Inc. employee and claimant in the above styled case (hereinafter referred to as Olson) and files this his Response to Debtors' Thirty-Second Omnibus Objection to Certain Claims and would respectfully show this Court as follows:

1) Facts:
   a) Olson's employment with Nortel Networks was continuous from 7/27/1998 to 6/30/2011 (Exhibit A)
   b) Olson's termination of employment was due to a reduction in force and therefore allowed to file a claim per the Nortel Networks Severance Allowance Plan, section 4 (exhibit B).
   c) Pursuant to such Plan, Olson is entitled to severance as filed 7/21/2011 (Exhibit C)
   d) Olson was hired by Ericsson Inc. with a start date of 7/11/2011
2) Arguments:
   a) Olson was aware of his pending termination scheduled for June 2011, and as such began searching for employment independently and applied for a job posting at Ericsson Inc. on 3/31/2011 (Exhibit D)
   b) At termination, Nortel Networks HR recorded this termination mutual and due to a business transaction, which Olson believes to be the basis for the debtors rejection of his claim. Olson objects to this based on the following reasons:
      i) Olson independently researched, found, and applied for a position at Ericsson. Customarily Nortel Networks and Ericsson mutually agreed on opportunities and presented them to employees for consideration.

ii) Olson was not allowed to maintain his years of service when hired by Ericsson, which was customary for employees transferred during earlier business transitions between Nortel Networks and Ericsson.
iii) For Olson there was an employment gap between release from Nortel Networks and start date with Ericsson Inc., customarily there was no employment gaps for employees transferred during earlier business transitions between Nortel Networks and Ericsson.

WHEREFORE PREMISES CONSIDERED, Olson requests that the Debtors' Objection with respect to his claim be overruled, that his claim be an allowed claim and for such other and further relief as is just.

Respectfully Submitted,

Eric Olson

2060 Boone Circle
Frisco, TX 75033
972-377-3152
eric.olson.tx@gmail.com