## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Eric Olson**

GLOBAL ID: **0528643**

TERMINATION EFFECTIVE DATE: **2011/06/30**

BENEFITS END DATE: **2011/06/30**

EMPLOYEE STATUS: Full Time: **F**
                 Part Time:

CONTINUOUS SERVICE DATE: **1998/07/27**

LAST DAY WORKED: **2011/06/30**

ENTITY: **501**   DEPT: **N215**

LOCATION: **991**
LOCATION DESCRIPTION: **RICH1**

EMPLOYEE ADDRESS:

**2060 BOONE CIRCLE
FRISCO TX 75034**

SAP ACTION CODE: **84**

SAP SEPARATION REASON CODE: **15**
SAP SEPARTION REASON DESCRIPTION: **Mutual agreement**

### WITHHOLDINGS & AMOUNTS OWED
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

| NORTEL NETWORKS INC. EMPLOYEE BENEFIT PLANS<br>BENEFITS INFORMATION SUMMARY ||
|---|---|
| Employee Name: Eric Olson | Last Day Worked: 2011/06/30 |
| Global ID: 0528643 | Termination Effective Date: 2011/06/30 |

## MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)

If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.

However, certain Medical and Dental/Vision/Hearing Care Plan coverage and EAP may be continued beyond the last day of the month that includes Employee's Termination date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person) in all other situations. Information on Employee's COBRA option will be forwarded to Employee's address of record from COBRAServ within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call COBRAServ at 1-800-877-7994.

## HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)

If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA. Please contact COBRAserv at 1-800-877-7994 for additional information.

If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for eligible expenses incurred through Employee's Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants. The filing deadline is May 31 of the next plan year. For additional information, please contact WageWorks at 1-877-924-3967.

## DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)

If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

You may use any money in your account at the time your employment ends to pay eligible expenses incurred before your employment ends. Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred. For additional information, please contact WageWorks at 1-877-924-3967.

## EMPLOYEE LIFE INSURANCE

If enrolled, core and optional coverage end on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

## DEPENDENT LIFE INSURANCE – SPOUSE & CHILDREN

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

## ACCIDENTIAL DEATH & DISMEMBERMENT (AD&D) INSURANCE

If enrolled, coverage ends on Employee's Termination Date. There is no conversion privilege.

## SHORT-TERM (STD) DISABILITY

If enrolled, coverage ends on Employee's Termination Date.

## LONG-TERM (LTD) DISABILITY

If enrolled, coverage ends on Employee's Termination Date.

## BUSINESS TRAVEL ACCIDENT INSURANCE

Coverage ends on Employee's Termination Date.

| NORTEL NETWORKS INC. EMPLOYEE BENEFIT PLANS<br>BENEFITS INFORMATION SUMMARY ||
|---|---|
| Employee Name: Eric Olson | Last Day Worked: 2011/06/30 |
| Global ID: 0528643 | Termination Effective Date: 2011/06/30 |

**LONG TERM INVESTMENT PLAN (Investment Plan)**
If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

**RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE AND LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")**

If eligible,
- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled) Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to commence benefits through the PBGC on the earliest date following the Termination Date or the Severance End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension benefits through the PBGC or;
- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits. Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period. All employees must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of service to qualify for the coverage. For subsidized coverage, Employee would have to qualify under the grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in 2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan through the PBGC and Retiree Medical Plan benefits earlier or not.

**IMPORTANT NOTE:** To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at **1-800-400-7242**. All pension benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared Services Center at 1-800-676-4636.

| NORTEL NETWORKS INC. EMPLOYEE BENEFIT PLANS BENEFITS INFORMATION SUMMARY ||
|---|---|
| Employee Name: Eric Olson | Last Day Worked: 2011/06/30 |
| Global ID: 0528643 | Termination Effective Date: 2011/06/30 |

### DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to the filing of the Chapter 11 petition under the Bankruptcy Code, Nortel ("NNI") and Nortel Networks CALA Inc. ("NNCI") is unable to distribute any amounts from the NNDP at this time.

### EQUITY AWARDS (including stock options, stock appreciation rights, restricted stock units and performance stock units, if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

### VACATION

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of employment termination date. All accrued but unused vacation will be paid out in compliance with Company policy.

### OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post-employment by contacting the provider directly (see below list of providers). Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider.

   MetLife: MetLaw/Hyatt Legal Plan, 800-821-6400
   MetLife: Veterinary Pet Insurance (VPI), 1-888-899-4VPI
   MetPay Home and Auto Insurance, 1 800 GET-MET 8 / 1-800-438-6388
   Wells Fargo: Employee Mortgage Program, 1-800-525-3898
   H&R Block: Employer Solution Tax Preparation Program, 1-800-786-3429

Any other benefits not expressly extended to Employee following the Termination Date will end on 12:01am on the day immediately following the Termination Date.

## DATA PRESERVATION INSTRUCTIONS

As a result of Nortel's filing for relief under the Bankruptcy Code, ongoing investigations and continuing litigation, Nortel is required to collect and preserve all information. Failure to comply with this requirement may subject both Nortel and individuals to severe sanctions, including fines and/or imprisonment.

Nortel Networks Corporate Procedure 206.01 states that "all documents, messages or data composed, sent, or received through the network of Nortel Networks in any form are and remain at all times the property of Nortel Networks." In addition, all work product that you have produced during your employment with Nortel is the property of Nortel. Therefore, all information (however recorded or stored) ("Information") in your possession and/or that you have created in the course of your employment with Nortel (whether or not currently in your possession or control) is the property of Nortel.

As a result, you have the responsibility to secure all your information, both electronic and hard copy. All documents and data, including emails, should be retained, and nothing should be discarded or deleted until we give you further instructions. This includes, but it is not limited to, duplicate copies of documents and/or electronic materials.

You must take the following action to preserve Information.

- All Information in your possession, custody, or control (including information controlled by any assistants, if applicable) must be preserved. Therefore, Nortel will preserve all electronic Information on your computer, as well as any related servers on which you have Information stored. You must collect all document-level passwords that are necessary to review any of the electronic documents and email the passwords to documentpreservation-soft@nortel.com.

- In addition, you must take affirmative steps to secure all hard copy Information in your possession, custody, or control, including paper copies and all Information that is stored electronically on Jaz Drive tapes, CDs or any other media, and retrieve any of this Information from onsite storage. You must gather all such hard copy Information (including any Jaz Drive tapes, external drives, CDs, and paper copies), inventory this Information, and arrange for it to be stored offsite. You must mail an inventory of the materials that you are storing offsite to documentpreservation-hard@nortel.com.

Compliance with these requirements is mandatory. Given the penalties which the law provides, it is in your best interest to comply with this request quickly and completely. Under no circumstance should any Information be destroyed, even if it is a printout of something that is on your hard drive, until the investigations and all of the ongoing litigation is concluded.

The preserved Information will be used by Nortel for general business purposes and may also be provided to governmental authorities in response to their requests or disclosed in any relevant litigation. Also, the preserved Information may be used by and provided to other entities within the Nortel group and/or its external advisors. In some instances, the recipients of this Information may be located outside your geographic area.

If you have any questions relating to these instructions please email documentpreservation-soft@nortel.com or documentpreservation-hard@nortel.com.