# PROOF OF CLAIM

United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

In Re: Nortel Networks Inc., et al.
Debtors.

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

Name of Debtor Against Which Claim is Held: **Nortel Networks Inc.**
Case No. of Debtor: **09-10138**

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)   0000007858

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Eric Olson
2060 Boone Circle
Frisco, TX 75033

Telephone number: 972-377-3152
Email Address: eric.olson.tx@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim for the same claim herein against the Canadian Debtors in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ **38,374.95**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Severance not paid
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 2476
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 7/16/2011

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

FILED / RECEIVED
JUL 21 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Claim Calculation and Notes

Per Nortel U.S. Benefits guidelines (Nortel Networks Severance Allowance Plan Summary Description effective January 1, 2011)

"Your severance allowance is normally equal to four weeks of your "base weekly salary", plus one additional week of that "base weekly salary" for each year of your Service."

Upon my termination on 6/30/2011, I was not paid severance which should have been calculated as below:

1) Bi-weekly pay amount                                                  4514.70
2) Weekly pay amount (one half bi-weekly pay amount)                     2257.35
3) Total years of service (7/27/1998 – 6/30/2011)                        13
4) Weeks of severance for claim (above plus 4 per plan)                  17
5) **Total claim amount (17 x 2257.35)**                                 **$38,374.95**

Notes:

During my termination proceedings, Nortel HR contended that I am a "transfer with deal" employee with Ericsson and therefore ineligible to make a claim for severance. While I am now employed by Ericsson, I believe I can rightfully file a severance claim based on the following reasons:

- My manager discussed with me in early 2011 that my employment would end in June 2011. My priorities were set to that timeline, and my resulting termination was in June 2011.
- My employment with Ericsson was based on my applying for a position advertised on their website, and was in no way presented to me through a Nortel.
- During the initial interviewing process, I was expressly told by Ericsson HR that I was not a transferring employee, and therefore not entitled to carry over my years of service. Upon my hiring at Ericsson, I started with zero years of service.
- My termination with Nortel was on 6/30/2011 and start date with Ericsson was on 7/11/2011. Had this been a move with deal, there would have been no interruption in employment.

# NORTEL



June 30, 2011

## VERIFICATION OF EMPLOYMENT

| | |
|---|---|
| Employee Name : | Eric Olson |
| Job Title : | MAT MGMT SYS. & PROCEDURES |
| Recent Hire Date : | July 27, 1998 |
| Last Day of Work: | June 30, 2011 |

Please ask the employee to provide a copy of W2 and final paystub to verify salary information and year to date earnings.

Regards,

*Stacie Alexander*

Stacie Alexander
Leader, HR Shared Services
HR Shared Services
Nortel
(+1) 919-905-9351

https://workcenter.secure.probusiness.com/wp_prwc21/payroll/vp_taskpage.asp?selected...    Page 1 of 1

Note to financial institutions: This electronic representation of Eric A Olson's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 7/16/2011.

[ Done ]

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| ERIC A OLSON | 525141 | XXX-XX-XXXX | Married | US-0/0 TX-2/0 | D271991 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| NN-US | 1RA | | 501 | N215 | | 06/06/11 | 06/19/11 | 06/17/11 |

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 56.4337 | 80.00 | 4514.70 | | | |
| Annual Incentive Plan | - | - | - | | | |
| Group Term Life > $50000 | - | - | 3.14 | 37.68 | W2 Gross Wages | Current  YTD |
| Special Incentive Plan | - | - | | | | |
| Total Gross | | | | | | |

Taxes

PreTax Deductions

AfterTax Deductions

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy Research Triangle Park, NC 27709-3010 - (919) 905-9351

ADP National Account Services

7/16/2011

Eric Olson
2060 Boone Circle
Frisco, TX 75033

Nortel Networks Inc.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

10150507575

FILED / RECEIVED
JUL 21 2011
EPIQ BANKRUPTCY
SOLUTIONS, LLC