# Eric Olson

| | |
|---|---|
| **From:** | eJobs Ericsson (No Reply) <ejobs.No.Reply@ericsson.com> |
| **Sent:** | Thursday, March 31, 2011 11:36 AM |
| **To:** | eric.olson.tx@gmail.com |
| **Subject:** | Supply Chain and Sourcing Operational Development Manager-00031118 at Ericsson |
| **Attachments:** | ce_message_en_html.html; ce_message_en_html.html |

Dear Eric Olson,

We have received your application for the position of Supply Chain and Sourcing Operational Development Manager-00031118 and are currently reviewing your profile.

If you would like to review your candidate profile, click here. If your profile corresponds to our requirements, we will contact you soon.

We thank you for your application.

Best regards,



Human Resources & Organization

*Replies to this message are undeliverable. Please do not reply.*

This communication is confidential and intended solely for the addressee(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

E-mail including attachments is susceptible to data corruption, interception, unauthorized amendment, tampering and viruses, and we only send and receive emails on the basis that we are not liable for any such corruption, interception, amendment, tampering or viruses or any consequences thereof