## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above-styled has been shipped to the Clerk of the Unites States Bankruptcy Court for the District of Delaware at the following address via FEDEX on October 9, 2013 and scheduled to arrive AM on October 11, 2013:

Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware  19801

I hereby certify that a true and correct copy of the above-styled has been shipped via FEDEX to the Debtors' counsel at the following addresses on the October 9, 2013, and scheduled to arrive by Monday October 14, 2013:

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801