Cory B. Turner
148 Ervin Street
Hendersonville, TN 37075
615-429-5684

October 9, 2013

The Honorable Kevin Gross
Chief United States Bankruptcy Judge
The United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware  19801

Dear Honorable Kevin Gross,

This letter is regarding the case residing in The United States Bankruptcy Court for the District of Delaware with Nortel Networks Inc., et. al. as the Debtor. This response is in opposition to the Notice of Debtors' Thirty Second Omnibus Objection to Certain Claims Pursuant to 11 U.S.C 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1(No Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension claims("Objection").

I am writing this letter to oppose the entry of an order approving the Objection being filed for claim 864 in case No. 09-10138(KG) set forth for my severance payment that was to be paid to me after my termination effective date of March 12, 2009 from Nortel Networks.  The severance amount is $36,918.00.  Based upon the termination notification and severance eligibility that I was given to me by Nortel, I was due 21 weeks of severance pay to commence following my termination date based on my years of service and salary at time of termination.

Attached is a copy of the termination notification received from Nortel with termination date, the number of weeks of severance that I am due, and reason for termination. There may be confusion because I was hired back to Nortel after my termination date under a new contract, new position, and new salary. I am also attaching a copy of this new employee contract that does not have any reference of severance. The business unit to which I was hired was sold to a different company several months later. This may be where the confusion lies.

The Honorable Kevin Gross
October 9, 2013
Page 2

Due to the statements mentioned above and the documentation attached, Nortel did not fulfill its contract of severance payment to me after employee termination on March 12, 2009. I am asking that this severance payment be paid based upon the statements above and the documentation attached.

Sincerely,


Cory B. Turner



# NORTEL

April 1, 2009

Cory Turner
148 Ervin Street
Hendersonville, Tennessee 37075

Congratulations Cory,

It is with pleasure that we invite you to join the exciting world of global telecommunications at Nortel Networks Inc. (NNI) as a Full-Time Regular MEN FP&A analyst, initially reporting to Marlene Lachance. Nortel Networks Corporation ("NNC") and/or Nortel Networks Limited and/or any subsidiary, including NNI, where applicable, are collectively referred to herein as Nortel.

In this role, your base salary, on an annualized basis, will be $ 84,000.00 which will be paid biweekly. This is one of the components of your total compensation package.

Your total compensation package also includes participation in: a flexible benefits package called FLEX Benefits, assistance in accumulating capital for retirement, paid time off and Annual incentive plan to name a few. Some of the details of the components of your total compensation package are outlined in the Appendix to this letter or in the materials enclosed in the offer package, and you will be eligible to participate in accordance with the terms of those plans or programs. We regularly evaluate the components of the total compensation package, including benefits, and make modifications as we deem appropriate.

**Code of Business Conduct**
As an industry leader and innovator, we have always strived to take a lead in setting out ethical guidelines for our employees, which we consider essential to the long-term success of the company. These guidelines are contained within the *Nortel Code of Business Conduct*, required reading on joining our company. Once employment commences, you can access this document on our intranet at http://navigate.us.nortel.com/imds?pg=/corp/compliance/ethics

Once you have read the complete contents of this offer letter, the attached Appendix, and the other enclosed materials, collectively referred to as the employment at will offer ("Offer"), please confirm



your acceptance of the Offer by signing the duplicate of this letter and returning it to HR Shared Services.

It is important for you to confirm your employment decision as soon as possible. This Offer is open for your review through **April 3, 2009** unless you are otherwise notified. If you have not yet communicated your acceptance of this Offer, please contact me by this date.

Further, this Offer is conditional upon: (i) your signing and returning within five (5) business days of receipt of this Offer, the enclosed documents (without alteration), including this Offer, (ii) your satisfactory completion of our pre-employment background check investigation, (iii) satisfying all other requirements as set forth in the documents in the offer package (see details in the Appendix) and i(v) Nortel's acceptance of your signed Offer. If these conditions are not met, this Offer will become null and void.

Please note that this offer of employment is terminable at the will of either party and is not an employment agreement for a year or any other specified term.

This offer is conditional upon: you not at any time in the future being required to obtain an extension or new visa sponsorship in order to be employed in the United States in the above referenced position.

If you have any questions regarding this employment at will offer, please do not hesitate to give me a call.

Cory, we look forward to receiving your acceptance of this Offer. You can look forward to a challenging and rewarding experience with Nortel. Your talent will help drive our success as a leader in next generation network technology.



Sincerely,

BRIAN IVAY
Nortel Recruiting

## Appendix

**Benefits:**
You will be eligible to participate in NNI's employee benefit plans in accordance with the terms and conditions of those plans. The enclosed employee benefit information is provided for your review.

**Annual Incentive Plan:**
You will be eligible to participate in Nortel's annual incentive program, known as the Annual Incentive Plan ("Plan"). Employees who commence employment on or before October 1 of the current year will be eligible for a pro-rated award under this year's Plan, subject to eligibility requirements and the Plan's terms and conditions, including, but not limited to, the performance of Nortel and your individual contribution. As Nortel continue to evolve its financial rewards programs, the Plan may be amended or discontinued at any time, in the discretion of Nortel, and without prior notice to, or consent by, employees.

After you commence employment at NNI, additional information pertaining to the Annual Incentive Plan will be available on the Nortel Intranet at: http://services-canada.ca.nortel.com/Livelink/livelink.exe?func=ll&objId=126972&objAction=sawbrowse

**Vacation:**
You will be eligible to accrue 20 vacation days per annum, in accordance with the NNI vacation policy.

**Prior Service:**
Your prior service with Nortel, its subsidiaries or affiliates will be reviewed to determine whether such past service will be credited for purposes of any company policies or specific benefit plans.



**Authorization to Deduct Monies Owed Nortel:**
Upon acceptance of this Offer, you authorize Nortel to deduct from any monies that may be owed to you, including, without limitation, salary, vacation pay, expense reimbursements, severance, signing bonus, relocation, incentive or commission payments, to the extent permitted by applicable law, any amount that you owe Nortel that may arise from your employment relationship with NNI.

**Obligations to Former Employers:**
You acknowledge that you have made NNI aware of any fiduciary duties or restrictive agreements that may exist as a result of any former employment relationship. You are, hereby reminded of your continued obligations, if any, to any former employers with respect to confidential or proprietary information. Finally, you understand and acknowledge that you will not bring with you to Nortel, disclose to Nortel or use in the performance of your duties at Nortel, any confidential or proprietary information of a former employer which is not generally and lawfully available to the public.

**In addition to the earlier stated conditions, this Offer of at will employment is conditional on the following:**

- It is understood and agreed that your employment is terminable at the will of either party and is not an employment agreement for a year or any other specified term.

- Your providing documentation to establish your identity and eligibility for employment in the United States as required under the Immigration Reform and Control Act of 1986. Please review the enclosed "List of Acceptable Documents", and bring the appropriate ones with you on your first day of employment.

- It is understood and agreed that Nortel utilizes or develops certain technology that is subject to US Export Control laws. As a result, if the position you are being offered is affected by such laws, your commencement of employment at Nortel is contingent upon Nortel's obtaining within a timely manner (within Nortel's discretion) the necessary approvals as required by applicable law to place you in the position that is the subject of this offer letter.



- Your signing and returning all of the documents outlined in the enclosed "To Start your Employment" document no later than five (5) business days following your receipt of this letter or before your start date, which ever is the earlier date.

- Your satisfactory completion of our pre-employment background investigation.

**Please note that if there are any discrepancies between the information in this Offer and an applicable Nortel procedure, program, policy, benefit plan or compensation plan, the actual, Nortel procedure, program, policy or plan document, will, in all cases, govern. Further, Nortel reserves the right, at any time and without prior notice to, or consent by, any employee, to amend or discontinue any procedure, program, policy, or plan, regardless of whether such procedure, program, policy or plan is or is not referenced in the Offer.**

**Acceptance:**
I, Cory Turner, have read, understand, and accept this offer of employment at will with NNI and will report on April 18, 2009.

Signature: _Cory B. Turner_    Date: _4/3/09_

Upon your acceptance of this Offer, please print your Name, Social Security Number, and Date of Birth, exactly as recorded with the Government. This will facilitate your enrollment on our payroll and the employee benefit programs.

_Cory_                _B_                _Turner_
First              Middle (or Initial)      Last

Social Security Number: _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_

Note to financial institutions: This electronic representation of Cory B Turner's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 3/14/2009.

Done

# NORTEL

03/13/09    D037451

4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7
Research Triangle Park NC 27709-3010

**ADVICE OF DEPOSIT**    $1,916.86

CORY B TURNER
148 ERVIN STREET
HENDERSONVILLE, TN 37075

**NON-NEGOTIABLE**



| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| CORY B TURNER | 084491 | | US-M / TN-S | US-2/0 TN-0/0 | D037451 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| NN-US | 1RA | | 540 | 4110 | | 03/02/09 | 03/15/09 | 03/13/09 |

| Earnings | Rate | Units | Current | YTD | | | |
|---|---|---|---|---|---|---|---|
| Regular Pay | 43.9500 | 72.00 | 3164.40 | 20744.40 | | | |
| Group Term Life > $50000 | - | - | 1.94 | 11.64 | | | |
| Total Gross | | | 3166.34 | 20756.04 | | | |

Taxes

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Cory Turner**

GLOBAL ID: **0206445**

TERMINATION EFFECTIVE DATE: **2009/03/12**

ENTITY: **540**    DEPT: **4171**

BENEFITS END DATE: **2009/03/31**

EMPLOYEE STATUS: Full Time: **F**
Part Time:

CONTINUOUS SERVICE DATE : **1992/03/23**

LOCATION : **438**

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: **NASHF**

**148 ERVIN STREET**
**HENDERSONVILLE**
**TN  37075**

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known):  Total amount to be deducted $_____ without prejudice to subsequent revision or other collection methods.

I. EMPLOYEE DATA

| | |
|---|---|
| Notice Date: | |
| Employee: Cory Turner | Employee Number: 0206445 |
| Continuous Service Date: 1992/03/23 | Severance Eligibility Date: 1992/03/23 |
| Employment Termination Date: 2009/03/12 | Severance Stop Date: 2009/08/06 |
| Employee Home Address:<br><br>148 ERVIN STREET<br>HENDERSONVILLE<br>TN    37075 | Severance Period (for employees with at least 6 months of service): **21**<br>(Number of Weeks) to Commence Following Termination Date |
| HR Contact: Nortel HR Shared Services<br>Mail Stop 570/02/OC2<br>PO Box 13010<br>4001 E. Chapel Hill-Nelson Hwy<br>Research Triangle Park, NC  27709-3010<br>1-800-676-4636 | |