

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Neil J. Oxford
Direct Dial: 212-837-6843
Direct Fax: 212-299-6843
oxford@hugheshubbard.com

October 16, 2013

**VIA HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, Sixth Floor
Wilmington, Delaware 19801

   Re: *In re Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

  We write on behalf of the Joint Administrators for the EMEA Debtors to respond briefly to yesterday afternoon's letter from the U.S. Debtors responding to ours of yesterday morning.

  The EMEA Debtors did not initially request a joint hearing to address the U.S. Debtors' letters to the Court dated October 4 and 8, 2013 because those letters did not request any form of relief that implicated the Canadian proceedings. Those letters requested only that the Court either order the French witnesses to appear on particular dates or schedule a conference call to discuss the matter. We did not anticipate the entry of a much broader form of relief than had been requested.

  With regard to complying with the formalities for making a motion for reconsideration, we note that we have raised this with the Court in the same manner as the requests from the U.S. Debtors' that led to the entry of the October 10 Order. We note that the matter is of some urgency inasmuch as it affects impending depositions.

  Finally, we enclose an email of yesterday's date between Osler (counsel for Mr. Debon) and counsel for the U.S. Debtors. Contrary to Osler's October 7 letter to the Court, and the U.S. Debtors' counsel's October 8 letter to the Court, Mr. Debon is also not willing to appear voluntarily without compliance with the Hague Evidence Convention procedures. The position of Mr. Debon on this issue appears to be the same as that of the other French witnesses. At

Osler's request, we included Mr. Debon in the Hague Evidence Convention application we filed with the Court yesterday.

Respectfully submitted,

*[signature]*

Enclosures

# Fails, Greta

| | |
|---|---|
| **From:** | Putnam, Betsy <EPutnam@osler.com> |
| **Sent:** | Tuesday, October 15, 2013 11:37 AM |
| **To:** | Marla Decker |
| **Cc:** | Jeffrey Rosenthal; Kimmel, Jessica; Ruby, Peter; Jennifer Stam; Adler, Derek J.T.; Barnes, Lyndon; Cobb, Alexander |
| **Subject:** | Nortel - French Witness Issue |
| **Importance:** | High |

Marla,

Further to our conversation this morning:

The advice we have been given suggests that the French blocking statute can be violated by the witness even if the witness is appearing voluntarily and even if the evidence is taken outside of France. There doesn't appear to be an obvious and easy solution beyond either going through the Hague Convention process or going through a similar process under a French-Canadian bilateral treaty. Please let us know if you are aware of any easy solution that would allow us to produce Debon in accordance with French law.

Judge Gross's order directed that EMEA prepare Convention materials for the French witnesses (including Debon). As discussed, we contacted Derek Adler last week to confirm that EMEA was preparing materials for Debon in accordance with Gross's order even though he is technically a D&O witness. That seemed to us to be the most time and cost efficient way forward, and a more sensible course than Osler instructing separate French counsel to do the same in a parallel process. Adler confirmed over the weekend that EMEA would be filing the Convention papers, including on Debon's behalf, with Judge Gross today. EMEA confirmed the timing of the filing in this morning's letter to Judge Gross. We are hopeful that the necessary orders will be made and that Debon will be able to appear as planned on October 28/29.

Regards,
Betsy

**OSLER**

**Betsy Putnam**

416.862.6835  DIRECT
416.862.6666  FACSIMILE
eputnam@osler.com

Osler, Hoskin & Harcourt LLP
Box 50, 1 First Canadian Place
Toronto, Ontario, Canada  M5X 1B8

osler.com

******************************************************************

This e-mail message is privileged, confidential and subject to
copyright. Any unauthorized use or disclosure is prohibited.

Le contenu du présent courriel est privilégié, confidentiel et
soumis à des droits d'auteur. Il est interdit de l'utiliser ou
de le divulguer sans autorisation.

******************************************************************