October 5, 2013

**United States Bankruptcy Court
For the Disctrict of Delaware**

**In Re Nortel Networks Inc., et al.**

**Case No. 09-103138**

**Objection to Claim 8338**

Claimant:
Alex Thompson
Claim 8338
Claim for severance
In the amount of 53,492.13

The claim 8338 was disallowed under the reason of No-Basis Pension Claim. However, the claim 8338 is a claim for severance allowance, not pension benefits.

Please review and re-classify the claim.

Alex Thompson
207 Laurie Lane
Cary, NC 27513
919-418-2487