**ALICJA M. REIMANN**
288 SALT ROAD
WEBSTER, NEW YORK 14580-9738
PHONE: 585-472-3983

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

RE: Nortel Termination Benefits
Nortel Networks Inc.
Nortel Severance Claim #8465
Resp: Objection to No-Basis
Case: 09-10138-KG
Doc: 11741-2 filed 9/20/13

To The Honorable Kevin Gross:

Let me provide you with a brief history of my employment with Nortel.........

- I worked for Nortel Networks since 1976, more than 33 years
- December 20th, 2009 I became an employee of Avaya-Nortel Integration micro-site
- March 17th, 2010, less than three months, myself and a team were involuntarily laid-off
- Traditionally Nortel provided 1-week of severance pay for every year worked + 4 weeks lump (see **EXHIBIT I**, Page 7, D—Nortel Networks Severance Allowance Plan– Section 17
- I only received my vacation time and 2 weeks pay when I left Avaya -Nortel
- A bunch of co-workers that were let go shortly before December 2009 from Nortel received their severance packages. Exit employees of Nortel are still being awarded settlement packages in 2013
- I feel that I was placed in a disadvantaged position so I would not be able to collect my severance package from Nortel, basically a **"Bait and Switch Program"**

I feel I was robbed of my hard work and dedication for all the years that I put in.

In reference to Nortel Asset Sales Agreement................

**Regarding Nortel Enterprise Solutions Business Assets**

On September 16, 2009, the Court entered an order approving the sale of the Enterprise Solutions business to Avaya, Inc. as the successful bidder at auction

EPIC Exhibit A (part 4), Page 165, Section 7.1.2—Employee Benefits (See **EXHIBIT II**)

Per discussion with Legal Counsel, when Nortel sold assets to Avaya, they made concessions to cover employee benefits such as employee severance packages. Then the Purchaser to recognize the service date of each Transferred Employee. However the termination from Avaya did not recognized such prior service with Nortel Networks Severance Allowance Plan.

Alicja M. Reimann—Nortel Employee # 0242214 started 9/13/1976 till 12/20/2009 - 33 years
Alicja M. Reimann—Avaya Employee #20072724 started 12/21/2009 till 3/17/2010 - 3 months

**ALICJA M. REIMANN**
288 SALT ROAD
WEBSTER, NEW YORK 14580-9738
PHONE: 585-472-3983

Page # 2—Con't

Obviously the Risk Managers for Nortel & Avaya did not perform due diligence against Nortel sale to Avaya and should have addressed this matter or consulted with Avaya legal council or representatives before the Avaya Force Management Program (FMP) Notification was distributed. Especially when the Nortel Enterprise Solutions Business - Management Services was moving to **India and Argentina. (See <u>EXHIBIT III</u>—AVAYA INC—10-K Regarding Nortel—NES Focus on Cost Structure)**

Please be advised that I have enclosed below my amount of claim for my Nortel Severance Allowance Plan package since this did not feel like this it was an employment opportunity move that only lasted less than (3) months. I feel that I was placed in a pool with other co-workers that were discriminated against and cheated out of our Nortel severance allowance package for the following reasons:

- Nortel/Avaya Team basically existed to <u>only</u> help <u>transition</u> and <u>integrate</u> operations of NES customers—this was not planned as a long term opportunity —FMP—documents were generated 1/1/2010—Avaya Separation Plan
- Cost savings programs included reducing headcount, relocating jobs to low cost countries
- Nortel's severance pay plans should have been reviewed by Risk Managers to help determine if amounts were required in the Nortel Asset Sales Agreement—appears no due diligence was done
- All similarly situated employees must receive equal treatment, which in this case did not occur.

The amount of my claim as follows against SS# 9191:
- Worked for Nortel Networks from 9/13/1976 to 12/19/2009 (33) years
- (33) weeks + (4) weeks lump sum base = (37) weeks pay
- Rate 25.9615 x (40) = $1038.50 (weekly) x (37) = $38,424.50

My claim is for Thirty-Eight Thousand Four-Hundred Twenty Four & 50/100 ($38,424.50)

Thank you for giving this matter your utmost attention,

Best regards,

*Alicja Reimann*  10/6/13
Alicja Reimann

C: CLEARY GOTTLIEB STEEN & HAMILTON LLP
   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

encl: EXHIBIT I, II & III

**ALICJA M. REIMANN**
288 SALT ROAD
WEBSTER, NEW YORK 14580-9738
PHONE: 585-472-3983

---

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

RE: Nortel Termination Benefits
Nortel Networks Inc.
Nortel Severance Claim #8465
Resp: Objection to No-Basis
Case: 09-10138-KG
Doc: 11741-2 filed 9/20/13

To The Clerk of the United States Bankruptcy Court
For the District of Delaware

Please be advised that I mailed out my court "RESPONSE" against case# 09-10138-KG on 10/7/2013 @ 10:12AM EST. The USPS Label ID# was 23100740000004281770. As of 10/12/2013 I discovered that several attempts were made to deliver this package and it is now being held at USPS in Wilmington, DE and available for pickup.

Not sure if the current Federal & State government shutdown is causing issues, but I decided to send you this package in case there are further delays.

Please accept my court response to be entered for case# 09-10138 (KG) and receipt with E-mail proof. My "RESPONSE" was originally mailed out on 10/7/2013.

If there are any concerns or issues I may be reached at 585-472-3983

Best regards,

*Alicja Reimann*
Alicja M. Reimann
10-12-2013

## Alicja Reimann

**From:** <US_Postal_Service@usps.com>
**To:** <alicjareimann@msn.com>
**Sent:** Saturday, October 12, 2013 4:14 PM
**Subject:** USPS Shipment Info for 23100740000004281770

This is a post-only message. Please do not respond.

Alicja Reimann has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 23100740000004281770

Service Type: Signature Confirmation™

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Available for Pickup | WILMINGTON, DE 19801 | October 10, 2013 11:05 am |
| Arrival at Post Office | WILMINGTON, DE 19801 | October 10, 2013 10:40 am |
| Processed through USPS Sort Facility | PHILADELPHIA, PA 19116 | October 8, 2013 7:02 pm |
| Depart USPS Sort Facility | ROCHESTER, NY 14606 | October 8, 2013 |
| Processed at USPS Origin Sort Facility | ROCHESTER, NY 14606 | October 7, 2013 10:59 pm |
| Dispatched to Sort Facility | WEBSTER, NY 14580 | October 7, 2013 2:32 pm |
| Acceptance | WEBSTER, NY 14580 | October 7, 2013 10:12 am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirm.htm

10/12/2013

```
=======================================
         WEBSTER POST OFFICE
         WEBSTER, New York
             145809998
           3510280980-0098
  10/07/2013 (800)275-8777 10:13:34 AM
=======================================
=========== Sales Receipt ===========
Product          Sale Unit      Final
Description      Qty  Price     Price
=======================================

@@ ~~ WILMINGTON DE 19801       $5.70
 Zone-3
 Priority Mail 2-Day
 3.20 oz.
 Scheduled Delivery Day: Wed
 10/09/13
 Includes $50 insurance

@@ Signature                    $2.70
 Confirmation
 Label #:     23100740000004281770
                              ========
 Issue PVI:                     $8.40

 WILMINGTON DE 19801 Zone-3     $1.52
 First-Class Mail Large Env
 3.20 oz.
 Scheduled Delivery Day: Thu
 10/10/13
                              ========
 Issue PVI:                     $1.52

 NEW YORK NY 10006 Zone-3       $1.52
 First-Class Mail Large Env
 3.20 oz.
 Scheduled Delivery Day: Thu
 10/10/13
                              ========
 Issue PVI:                     $1.52

                              ========
 Total:                        $11.44

 Paid by:
 Cash                          $20.00
 Change Due:                   -$8.56

@@ For tracking or inquiries go to
 USPS.com or call 1-800-222-1811.
 ***********************************
 ***********************************
 BRIGHTEN SOMEONE'S MAILBOX. Greeting
 cards available for purchase at
 select Post Offices.
 ***********************************
 ***********************************


 In a hurry? Self-service kiosks
 offer quick and easy check-out. Any
```