**<u>Exhibit B – Claim 3177 Filed by Mr. Pino</u>**

**United States Bankruptcy Court for the District of Delaware**

Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000003177

Name of Debtor Against Which Claim is Held: **Nortel Networks Inc**

Case No. of Debtor: **09-10138**

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

T

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

**Mr. Joseph A. Pino Sr.**
**3 Cheryl Ann Ct**
**Berlin, N.J. 08009**

Telephone number: **(609)567-4047**  Email Address: **pino@comcast.net**

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

**Same As above.**

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **91,520.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** **Loss of Employee Severance Pay,**
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ~~____~~ **6399**
   3a. **Debtor may have scheduled account as:** **Payroll Severance**
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____   Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____   Basis for perfection: _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ **91,520.00**.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 18 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **9/16/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **Joseph A. Pino Sr.**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**<ins>Proof of Claim – Severance Calculation</ins>**

**Date: 9/16/2009**
**Employee Name: Joseph A. Pino**
**Employee Identification:**
**Last four digits Employee Number: 1372 or 9842**
**Last four digits Employee SS#: 7908**

**1. Amount of Claim as of Date Case Filed: $ 91,520.00**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not
complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.
Attach itemized statement of interest or additional charges.
<ins>Loss of Severance pay</ins>: **Nortel has always provided for a severance pay which provides for Severance in my case = $91,520.00**

**2. Basis for Claim: Loss of Severance from Nortel**
(See instruction #2 on reverse side
**Nortel has documented the Severance Plan guidelines via their Services at Work webpage under the "Transfer/Termination of Employment section the Severance Policy.**
- **US – Benefits – Nortel Networks Allowance Plan Summary of Plan Description 2007**
- **Employer Identification Number by the IRS <ins>#04-2486332</ins>**
- **Agent for Services of Legal Process:**
  **Atn: Lynn Egan**
  **Nortel Networks Inc.**
  **220 Athens Way Suite 300**
  **Nashville, TN 37228-1397**
  **615-432-4787**
- **Plan Identification**
  **Formal Plan Name: Nortel Severance Allowance Plan**
  **Plan Type: Welfare Plan**
  **Plan Number 507**

**Last four digits of any number by which creditor identifies debtor: <ins>6332</ins>**
**Creditor Identification  number : Emp: last four digits <ins>1372 0r 0842 , SS# 7908</ins>**

Mr. Joseph A. Pino Sr.
3 Cheryl Ann Ct
Berlin, N.J. 08009

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7009 2250 0000 2169 3981

Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075



UNITED STATES
POSTAL SERVICE

1000

10150

RECEIVED

SEP

U.S. POSTAGE
PAID
HAMMONTON, NJ
08037
SEP 16, '09
AMOUNT
$5.54
0006760-05