**<u>Exhibit C – Claim 8468 Filed by Ms. Phommanirat</u>**

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)          0000008468 |
|---|---|---|

| Name of Debtor Against Which Claim is Held<br>*Nortel Networks* | Case No. of Debtor<br>*09-12515* | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Ms. Ursula H. Phommanirat
27 Veronica Dr
Rochester NY 14617-5219

Telephone number: *585-414-6065*  Email Address: *mommyp88@yahoo.com*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number:          Email Address:

1. Amount of Claim as of Date Case Filed: $ *23,000.00*      *2 weeks notice*
   *23 weeks severance*

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: *Severance Pay*
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____

   Value of Property: $_____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**MAR 0 8 2013**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br><br>*3/5/13* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Ursula Phommanirat* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

March 5, 2013

RE: CASE # 09-12515

FROM : URSULA PHOMMANIRAT

To the presiding judge over the Nortel Networks bankruptcy case:

My name is Ursula Phommanirat and I am submitting my request for a severance package (in the past it was 2 weeks notice and 1 week for each year of employment at Nortel) – total of 25 weeks. I worked in Rochester, NY for Nortel, beginning in October 1986 and then transitioned over to Avaya in December 2009, but then was laid off 3 months later on March 17, 2010. I feel this transition of employees was in Nortel's best interest and not in the employees who worked for and were dedicated to Nortel's business goals.

Our first official day as Avaya employees was 12/20/2009. As of today, I could not find my last pay stub from Nortel but I am submitting my 1st paystub from Avaya as documentation for my request. Also, part of the offer of employment letter is enclosed, providing at bottom right my Nortel employee ID #.

Please do not hesitate to contact me if you have any questions or need further documentation. I can be reached at 585-414-6065 or via e-mail at mommyp88@yahoo.com. Thank you very much for your time and consideration to my claim.

Sincerely yours,

Ursula Phommanirat

27 Veronica Drive

Rochester, NY  14617



October 23, 2009

Ursula Phommanirat
27 Veronica Dr
Rochester, NY 14617

Dear: Ursula

## OFFER OF EMPLOYMENT

On behalf of Avaya Inc. or one of its subsidiaries ("Avaya"), and subject to the successful completion of the acquisition by Avaya Inc. and one or more of its affiliates of the enterprise solutions business of Nortel Networks Corporation and one or more of its affiliates ("Nortel") (the "Transaction"), we are very pleased to welcome you to Avaya, a leading global provider of communications solutions and services including Internet Protocol (IP) telephony, unified messaging, mobility solutions and contact centers.

The details of your position are:

|  |  |
|---|---|
| **Projected Hire Date:** | December 5th, 2009 |
|  | *Subject to change based on final closing date of Transaction* |
| **Business Title:** | Customer Support Engineer I (MA) |
| **Job Title:** | Customer Support Engineer I (MA) |
| **Corporate Level:** | Management Associate |
| **Organization:** | Services |
| **FLSA Status:** | Non-Exempt |

The Transaction will result in changes to some aspects of your employment as of the closing date of the Transaction (referred to below as the "Effective Date"). Please confirm your acceptance of the following terms of employment by signing this offer letter.

## COMPENSATION PLAN

Your base salary will be 46,993.00 USD per year, payable Weekly and your annual short-term incentive opportunity under the Avaya Short-Term Incentive Plan (STIP) will be 8% of your base salary.

Avaya is a pay-for-performance company and is committed to providing significant pay opportunities for significant levels of performance. At the end of each fiscal year (October through September), you will receive a performance evaluation in which your supervisor will review your results against objectives, key behaviors, and individual growth and development.

Your base salary will be reviewed annually and changes will be dependent on your individual performance.

*My Nortel Employee ID #* (handwritten)

# AVAYA

| Avaya Inc.<br>211 Mt. Airy Rd<br>Basking Ridge, NJ 07920 | URSULA PHOMMANIRAT<br>27 VERONICA DR<br>ROCHESTER, NY 14617 |
|---|---|

| | | | |
|---|---|---|---|
| Employee ID | ●●●●●●●● | Pay Advice # | 2845714 |
| Department | | Period Begin Date | 12/19/2009 |
| Base Pay Rate | $46,993.0000 | Period End Date | 12/26/2009 |
| | | Pay Frequency | Weekly |

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Married | 2 | | Loc 1: |
| Primary State | NY | Single | 5 | | Loc 2: |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | | | Rate | Hours | This Period | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | | | 22.5930 | 32.00 | $705.92 | $705.92 |
| Holiday-Excused/Allowance | | | 22.5925 | 8.00 | $180.74 | $180.74 |
| Total Earnings : | | | | | $886.66 | $886.66 |

| Pre-Tax | This Period | YTD |
|---|---|---|
| ASPSE Pre-Tax Unmatched | 35.47 | 35.47 |
| Total Pre-Tax : | $35.47 | $35.47 |

| Taxes | This Period | YTD |
|---|---|---|
| SocSec/Disability | 54.97 | 54.97 |
| Medicare | 12.86 | 12.86 |
| Withholding | 52.82 | 52.82 |
| NY - Withholding | 34.90 | 34.90 |
| Total Taxes : | $155.55 | $155.55 |

| After-Tax | This Period | YTD |
|---|---|---|
| Total After-Tax : | $0.00 | $0.00 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $695.64 | $695.64 |

| Summary | Earnings | Less Pre-Tax | Taxable Wages | Less Taxes | Equals Net Pay |
|---|---|---|---|---|---|
| This Period | $886.66 | $35.47 | $851.19 | $155.55 | $695.64 |
| YTD | $886.66 | $35.47 | $851.19 | $155.55 | $695.64 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Account 1151●●●●●●●●●●●● | Checking or Money Market | $695.64 | 1151●●●●●●●●●●●● | ESL FCU |



7012 0470 0000 8333 4688

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Ms. Ursula H. Phonmanirat
27 Veronica Dr.
Rochester NY 14617-5219

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
ROCHESTER, NY
MAR 05 '13
AMOUNT
$3.76
00093758-10

1000    10150

FILED/RECEIVED
MAR 06 2013
EPIQ SYSTEMS

Nortel Networks Inc.
Claims Processing Center
c/o Epig Bankruptcy Solutions, LLC
FDR Station P.O. Box 5075

10150 5075