**<u>Exhibit D – Claim 8465 Filed by Ms. Reimann</u>**

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000008465 |
| Name of Debtor Against Which Claim is Held<br>Nortel Networks Inc | Case No. of Debtor<br>09-12515 | THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Alicja Reimann
288 Salt Rd.
Webster, NY 14580

Telephone number: 585-472-3983    Email Address: alicjareimann@msn.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 38,424.50

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Nortel - Severance Allowance
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 9191
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*Alicja Reimann* | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>MAR 05 2013<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Note to financial institutions: This electronic representation of Alicja M Reimann's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 12/7/2009.

[ Done ]

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| ALICJA M REIMANN | 610584 | XXX-XX-XXXX 9/9/ | Married | US-0/0 $30.00 NY-1/0 $6.00 | D200229 |

| Code | Paygroup | | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| NN-US | 1RA | | 540 | 3599 | | 11/23/09 | 12/06/09 | 12/04/09 |

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | | Amount |
|---|---|---|---|---|---|---|---|
| Regular Pay | 25.9615 | 80.00 | 2076.92 | 51923.00 | Savings - | | 20.00 |
| Overtime - 1.5x | - | - | - | 331.00 | Savings - | | 20.00 |
| Annual Incentive Plan | - | - | - | 1253.00 | Checking - | | 1301.97 |
| Calculated Disability | - | - | 1.20 | 30.00 | W2 Gross Wages | Current | YTD |
| Group Term Life > $50000 | - | - | 0.42 | 10.50 | | 1799.64 | 46479.97 |
| Total Gross | | | 2078.54 | 53547.50 | | | |

Taxes
| | Current | YTD |
|---|---|---|
| Federal Income Tax | 192.29 | 5302.22 |
| Social Security (FICA) | 119.30 | 3080.81 |
| Federal Medicare | 27.90 | 720.51 |
| New York Income Tax | 91.65 | 2442.48 |
| New York Disability | 1.20 | 30.00 |
| Total | 432.34 | 11576.02 |

PreTax Deductions
| | Current | YTD |
|---|---|---|
| Pretax Medical Plan | 121.75 | 3043.75 |
| Pretax DVH Plan | 26.93 | 673.25 |
| Pretax STD | 3.32 | 83.00 |
| Pretax LTD | 2.28 | 57.00 |
| 401K Matched-Option D | 124.62 | 3210.53 |
| Total | 278.90 | 7067.53 |

AfterTax Deductions
| | Current | YTD |
|---|---|---|
| Voluntary AD&D | 2.49 | 62.25 |
| Life Insurance | 14.95 | 373.75 |
| Dependent Life Ins. Spouse | 6.92 | 173.00 |
| Dependent Life Ins. Child | 0.55 | 13.75 |
| Group Term Life Offset | 0.42 | 10.50 |
| Total | 25.33 | 633.25 |

Net Pay     1341.97

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy Research Triangle Park, NC 27709-3010


ADP National Account Services
Outsourcing for HR, Benefits and Payroll

*Nortel — Severance Allowance*

## III. ADDITIONAL AGREEMENT TERMS AND CONDITIONS

NNI and Employee agree as follows:

(A) **Notice Date.** The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section I of this Agreement ("Notice Date").

(B) **Termination of Employment.** Employee's employment with Nortel is terminated for all purposes effective the Termination Date. Employee will receive all salary and benefits payable through Termination Date.

(C) **Consideration for Agreement.** Conditional upon (i) Employee's compliance with all terms and conditions of this Agreement and any employee agreement previously executed by Employee, (ii) Employee not obtaining employment with Nortel,(iii) Employee signing this Agreement and not revoking this Agreement pursuant to the terms of this Agreement, and (iv) Nortel's execution of this Agreement, Nortel shall provide Employee with the following payments and/or benefits for which Employee is eligible:

*(1) Week for every year*

(1) A severance allowance (payable in bi-weekly installments) for the Severance Period and the opportunity to continue all basic and optional employee and optional spouse and dependent life insurance ("Group Life Insurance") and AD&D coverage and medical, dental/vision/hearing care, Employee Assistance Program and Health Care Reimbursement Account benefits ("Health Benefits") in which Employee and Employee's covered eligible dependents are enrolled on the Termination Date at the active employee contribution rate for the GLI/HB Period under the Severance Plan if the Employee has at least 6 months of service on the Termination Date. Nortel will have the right to change coverages during the Severance Period to the extent that is generally changing its coverages. Employee's contribution for Group Life Insurance, AD&D and Health Benefits will be deducted from Employee's severance allowance in bi-weekly installments. The election to receive severance allowance in bi-weekly installments and to continue or to end Group Life Insurance AD&D and Health Benefits as of the Termination Date must be made in the space provided at the end of this Agreement.

*+ 4 Weeks*

(2) A lump sum payment equal to 4 weeks of base pay if Employee has less than 6 months of service as of the Termination Date. Employee is not eligible for any other payments and/or benefits described in this Section III (C).

(3) Access to the Retiree Medical Plan and the Retiree Life Plan on the date benefits commence under the Retirement Income Plan if Employee (i) participates in the Traditional or Balanced Program under the CARP, (ii) elects to commence benefits under the Retirement Income Plan on the earliest date following the end of the Severance Period, (iii) is at least age 50 and less than age 55 and meets the Retiree Medical Plan and Retiree Life Plan service requirements when benefits commence under the Retirement Income Plan, and (iv) is a participant in the Nortel Networks Medical Plan as of the date immediately prior to the date of commencement of benefits under the Retirement Income Plan. Employer contributions for the Retiree Medical Plan will be 75% of the contributions that are applicable to age 55 participants. The election to commence early access to the Retiree Medical Plan and the Retiree Life Plan and to commence Retirement Income Plan benefits at the earliest date following the Severance Period must be made in the space provided at the end of this Agreement.

(4) Access to the Retiree Medical Plan if Employee (i) participates in the Investor Program under the CARP, (ii) is at least age 50 and less than age 55 on the Termination Date, (iii) has 10 years of service and (iv) is a participant in the Nortel Networks Medical Plan as of the date immediately prior to the date of commencement of benefits under the Retirement Income Plan. The election to commence early access to the Retiree Medical Plan at the end of the Severance Period must be made in the space provided at the end of this Agreement.

*9/13/1976 to 12/19/2009 with Nortel*
*33 years with Nortel*
*33 weeks + 4 weeks = 37 weeks*
*Rate 25.9615 × 40 = $1038.50  $38,424.50*



October 23, 2009

Alicja Reimann
288 Salt Road
Webster, NY 145809738

Dear: Alicja

## OFFER OF EMPLOYMENT

On behalf of Avaya Inc. or one of its subsidiaries ("Avaya"), and subject to the successful completion of the acquisition by Avaya Inc. and one or more of its affiliates of the enterprise solutions business of Nortel Networks Corporation and one or more of its affiliates ("Nortel") (the "Transaction"), we are very pleased to welcome you to Avaya, a leading global provider of communications solutions and services including Internet Protocol (IP) telephony, unified messaging, mobility solutions and contact centers.

The details of your position are:

| | |
|---:|:---|
| **Projected Hire Date:** | December 5th, 2009 |
| | *Subject to change based on final closing date of Transaction* |
| **Business Title:** | Customer Support Engineer I (MA) |
| **Job Title:** | Customer Support Engineer I (MA) |
| **Corporate Level:** | Management Associate |
| **Organization:** | Services |
| **FLSA Status:** | Non-Exempt |



The Transaction will result in changes to some aspects of your employment as of the closing date of the Transaction (referred to below as the "Effective Date"). Please confirm your acceptance of the following terms of employment by signing this offer letter.

## COMPENSATION PLAN

Your base salary will be 54,000.00 USD per year, payable Weekly and your annual short-term incentive opportunity under the Avaya Short-Term Incentive Plan (STIP) will be 8% of your base salary.

Avaya is a pay-for-performance company and is committed to providing significant pay opportunities for significant levels of performance. At the end of each fiscal year (October through September), you will receive a performance evaluation in which your supervisor will review your results against objectives, key behaviors, and individual growth and development.

Your base salary will be reviewed annually and changes will be dependent on your individual performance.

Also at the end of each fiscal year, you will be eligible for a discretionary cash bonus payout through the STIP. You have the opportunity to receive a cash award at the conclusion of the fiscal year, depending on your own performance, as well as the Company's. For fiscal year 2010, any STIP award would be pro-rated based on the Effective Date of your employment.

### BENEFIT PROGRAMS

The Company offers several benefits, which include Comprehensive Medical, Prescription, and Dental Coverage; Life and Accident Insurance; 401(k) Savings Plan and company holidays. The generic terms of these benefits are set forth in the benefit brochure document included with this offer package. More specific terms (including eligibility requirements) will be emailed to you approximately **1 week after the Effective Date.**

Certain benefits, such as vacation, may vary based on an employee's years of service. Your service with Nortel as of the Effective Date will be bridged by Avaya and counted for benefit eligibility purposes; the Nortel service will be used to calculate your Avaya Net Credited Service Date

### EMPLOYEE SELF-SERVICE (ESS)

One of our company values is Accountability, and one of the ways that employees can demonstrate personal accountability every day is by using our internal and external Web sites to do business. By providing Web-based self-service tools to our employees, we enable them to solve problems and complete transactions faster and at lower cost. From accessing your benefits information to purchasing pens and booking conference rooms, you will find that our web sites are the first place to go to get questions answered and things done. Visit Avaya's Enterprise Portal, the first place you should look to access employee self-service tools and transactions.

### INTELLECTUAL PROPERTY

You agree that **(1)** no trade secret or proprietary information not belonging to you, or not authorized by Nortel, or Avaya will be disclosed or used by you at Avaya, and **(2)** you have brought to Avaya's attention and have provided a copy of any agreement which may impact your future employment at Avaya, including non-disclosure, non-competition, non-solicitation, invention assignment agreements or agreements containing future work restrictions. You also understand that if there are any such agreements, which, at Avaya's discretion, will or may affect your employment at Avaya, Avaya may rescind this offer or terminate your employment.

This offer is **conditional** until you have accepted the terms of the **"Employee Agreement Regarding Intellectual Property"**. The agreement will be distributed to you via Avaya's RedCarpet On Boarding tool.

### EMPLOYEE PERSONAL INFORMATION

By your acceptance of this offer of employment, you confirm that Avaya may use and maintain certain personal information such as your name, address, salary/compensation, social security or social insurance information, and other required information as required by law that will be obtained from Nortel for purposes described as follows: (i) entry and maintenance of the information in Avaya's core HR Systems; (ii) use for employee benefit enrollment in Avaya programs; and (iii) the creation of this offer of employment.

You also agree that Avaya may also share the information with Avaya affiliates, including Avaya affiliates in other countries as may be necessary and on a need to know basis for: (i) payroll related purposes; (ii) enrollment and administration of employee benefits; and (iii) entry of the information into Avaya's core HR Systems.

Further, if available, Nortel may provide to Avaya, either directly or through a third party your Nortel employee picture in order to expedite the Avaya badging process, which is necessary to provide former Nortel employees access to Avaya work locations. You understand that your Nortel employee picture will be used solely for the creation of an Avaya employee badge.

### EMPLOYMENT ELIGIBILITY

United States law requires all employers to verify an employee's identity and employment eligibility within three business days of the hire date. Included in your new hire materials is the "Form I-9 Employment Eligibility

Instructions." Please read this information carefully, as you will be required to present original documentation that establishes your identity and employment eligibility to your supervisor.

This letter is not an employment contract and does not create an implied or expressed guarantee of continued employment. By signing this offer letter, you are acknowledging that you are an employee at-will. This means that you have the right to terminate your employment at any time and for any reason. Likewise, Avaya may terminate your employment at any time and for any reason.

This letter sets forth the terms and conditions of your employment and supersedes any and all agreements or discussions, whether written or oral, between you and Avaya or any representatives of Avaya. No other promises or agreements shall be binding on Avaya unless in writing and signed by both you and a representative of Avaya after the date of this letter.

You are required to sign this offer letter, and fax it to 904-636-1800, along with the other required paperwork from your acceptance package, to the Global Employee Service Center **within 2 weeks of receipt**. Your signature indicates that you have accepted the terms of employment with Avaya.

Please retain the original offer letter for your records.

**Please note that any delay in receipt of your signed Offer Letter or return of required paperwork can have a negative impact in placing you on Avaya payroll.**

A staffing coordinator from Avaya's Global Employee Service Center has been assigned to assist you throughout this process. If you have any questions concerning the forms or documents that are included in this offer package, please do not hesitate to contact your staffing coordinator at 866-47-AVAYA, prompt 5.

We are excited about the contributions we believe you will make to the Avaya team and are confident that you will be a valuable addition to the Company. This opportunity represents a chance for you to extend your professional career in a very exciting and rewarding environment.

We welcome you to our team.

Sincerely,

*[signature]*

Cindy Fiedelman
VP, HR & Talent Management

---

**I accept the terms of this offer as stated herein:**

_Alicja M Reimann_   _10/24/09_
Signature                Date

_ALICJA M REIMANN_
Print Name

**Reimann, Alicja AVAYA (CVB:3599)**

**From:** EmpComms, Enterprise AVAYA (NC2:8442)
**Sent:** Saturday, December 19, 2009 2:05 PM
**To:** New Avaya Enterprise Employees
**Subject:** Employee Day 1 Guide

**December 19, 2009**

To the new Avaya team,

We understand that technical issues have prevented many of you from accessing the Day 1 Employee Guide through the Avaya network. As such, we are providing it to you via this email as well.

Download a copy of your **Employee Day 1 Guide for New Avaya Employees** today for information on accessing the Avaya network, Avaya's mission and goals, IT issues, important contact information, etc. Don't forget about Day 1 Events on Monday, December 21. Once you have established access to the Avaya network, you will find information on the Avaya-Nortel integration at **Avaya-Nortel microsite**

12/21/2009

Doc #1



Date:   March 17, 2010

To:     Alicja Reimann

Re:     Avaya Force Management Program (FMP) Notification
        Involuntary Only Option

Dear Alicja,

Current business conditions necessitate the need for an involuntary reduction in the workforce and you have been identified as "At Risk" of involuntary termination.

On March 30, 2010, your Scheduled Off-Payroll Date, you will be involuntarily terminated. During the notification period, from the date of this letter to your Scheduled Off-Payroll Date, you will not have any work responsibilities. It is expected that you will <u>not</u> be performing services for Avaya during this time period. During the notification period, it is expected that you will begin utilizing the services of Lee Hecht Harrison, our outplacement vendor, who we've hired to assist your job search planning.

Career transition support services will be provided at Lee Hecht Harrison locations located across the country as well as on a virtual basis. These Centers provide the resources, tools and guidance for identifying opportunities and securing new employment. They offer a full array of services, including workshops, individual counseling, resume preparation, interviewing techniques and practice, and internal/external job search assistance. All of these services are provided by professional career counselors. To register for these services, call Lee Hecht Harrison at 1-877-295-3123.

In accordance with the provisions of the Avaya Separation Plan, you will be involuntarily terminated as of your Scheduled Off-Payroll Date. Details regarding the Separation Plan are in the FMP Employee Communication Package.

-2-

Please familiarize yourself with the Employee Communication Package and the attachments to this letter. If you still have questions after reviewing the Employee Communication Package and/or contacting the appropriate Center of Excellence (phone listing at the end of the Package), please call the Avaya Employee Service Center at 1-866-47AVAYA.

Please return all company assets to your supervisor including your personal computer, employee ID, company-issued communication devices, keys, etc. on or before your Off-Payroll Date.

Thank you for your contributions, and best wishes for success in all your future endeavors.

Sincerely,


*Approved by*
Edward Nalbandian, VP

Attachments:
- Age Distribution Report w/Selection Criteria
- Outplacement Services Flyer
- Post-Employment Payment Notice
- Termination Agreement and Release Form
- FMP Employee Communication Package

**ALICJA M. REIMANN**
288 SALT ROAD
WEBSTER, NEW YORK 14580-9738
PHONE: 585-472-3983

---

Nortel Networks Inc. Claims Processing Center  RE: Chapter 11
c/o Epiq Bankruptcy Solutions, LLC  Nortel Networks Bankruptcy
FDR Station, P.O. Box 5075  Case No. 09-12515
New York, NY 10150-5075  Nortel Severance Allowance

Attn: Tim Conklin—Senior Case Manager

Dear Mr Conklin,

Let me provide you with a brief history of my employment with Nortel.........

- I worked for Nortel Networks since 1976, more than 33 years
- December 20th, 2009 I became an employee of Avaya-Nortel Integration microsite
- March 17th, 2010, less than three months, myself and a team were involuntarily laid-off
- Traditionally Nortel provided 1-week of severance pay for every year worked + 4 weeks lump
- I only received my vacation time and 2 weeks pay when I left Avaya -Nortel
- A bunch of co-workers that were let go shortly before December 2009 from Nortel received their severance packages
- I feel that I was placed in a disadvantaged position so I would not be able to collect my severance package from Nortel, basically a **"Bait and Switch Program"**

I feel I was robbed of my hard work and dedication for all the years that I put in.

Please be advised that I have enclosed my proof of claim for my Nortel Severance Allowance package since this did not feel like this it was an employment opportunity move that only lasted less than (3) months. I feel that I was placed in a pool with other co-workers that were discriminated against and cheated out of our Nortel severance allowance package.

The amount of my claim as follows against SS# 9191:
- Worked for Nortel Networks from 9/13/1976 to 12/19/2009 (33) years
- (33) weeks + (4) weeks lump sum base = (37) weeks pay
- Rate 25.9615 x (40) = $1038.50 (weekly) x (37) = $38,424.50

My claim is for Thirty-Eight Thousand Four-Hundred Twenty Four & 50/100 ($38,424.50)

Thank you for giving this matter your utmost attention,

Best regards,

Alicja Reimann
encl: us br court claim, last pay stub 2009, NNI agree, Avaya-Nor Int., emp offer,
    involuntary termination

PHONE: 585-472-3983   ALICJAREIMANN@MSN.COM

Mrs. Alicja M. Reimann
288 Salt Road
Webster, New York 14580-9738

FILED / RECEIVED
MAR 05 2013
EPIQ SYSTEMS

Nortel Networks Inc. Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

