IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :    Chapter 11
                                                      :
Nortel Networks Inc., et al.,¹                        :    Case No. 09-10138 (KG)
                                                      :
                              Debtors.                :    Jointly Administered
                                                      :
                                                      :    RE: D.I. 11955
                                                      :
------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on October 17, 2013, the Debtors filed the *Letter from Derek C. Abbott to the Honorable Kevin Gross Re: EMEA Claimants* (D.I. 11955) (the "Letter").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Letter without prejudice.

Dated: October 17, 2013
Wilmington, DE                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        James L. Bromley (admitted pro hac vice)
                                        Lisa M. Schweitzer (admitted pro hac vice)
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone: (212) 225-2000
                                        Facsimile: (212) 225-3999

                                        and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession

5765285.8