# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4184
pruby@goodmans.ca

October 16, 2013

Lax O'Sullivan Scott Lisus LLP
Suite 2750, 145 King Street West
Toronto, ON M5H 1J8

**Attention: Matthew P. Gottlieb**

Dear Mr. Gottlieb:

**Re:    CCAA Proceedings of Nortel Networks Corporation *et al.* – French Witnesses Discovery Dispute**

We write in response to your letter to Mr. Justice Morawetz of October 15, 2013, and copied to the Core Party service list.

We note your position that the October 10, 2013, Order of Judge Gross relating to the French witnesses discovery dispute does not apply to the Allocation proceeding and Canadian Claims proceeding before the Ontario Court and that a separate motion (or motions, including by way of a joint hearing) would need to be brought to seek such relief from the Ontario Court. We also note that, consistent with Judge Gross' Order, yesterday the EMEA Debtors filed an Application for Issuance of Letters of Request for the French witnesses with the US Court as a first step to resolving the issue raised by your client with respect to the French "blocking statute".

Based on the status of matters before the US Court and without commenting on the validity of the positions taken in your letter, the Monitor and Canadian Debtors are prepared to defer dealing with the issues raised in your letter and at this time do not object to your client participating fully in all scheduled depositions as they relate to the Allocation proceeding and Canadian Claims proceeding before the Ontario Court, including with respect to witnesses designated solely by the EMEA Debtors.

The foregoing is premised on an expedited consent motion being brought seeking the granting of parallel letters of request for the French witnesses by the Ontario Court (such that no issue can be raised as to the participation of the French witnesses in depositions for purposes of the Allocation proceeding and Canadian Claims proceeding before the Ontario Court) and the continued good faith pursuit and prosecution of the letters of request by the EMEA Debtors.

The Monitor and Canadian Debtors are hopeful that this approach will ultimately render the issues raised in your correspondence moot and that the French witnesses' depositions will go forward as presently scheduled such that no further time and money need be expended on these

**Goodmans** LLP

matters. However, in the event the French witnesses ultimately are not produced as scheduled or do not appear for deposition, the Monitor and Canadian Debtors reserve the right to seek any relief they deem appropriate at that time.

We intend to deliver a copy of this correspondence to Mr. Justice Morawetz so that he is apprised of these developments and seek an appointment to deal with the letters of request for the French witnesses.

Yours very truly,

*[signature]*

**Goodmans LLP**

Peter Ruby
PR/cag

cc:

Mr. Justice Morawetz
Core Party Service List

\6256074