# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $8,899.53 |
| Conference Call /Telephone/Video Conferencing | $2,183.68 |
| Courier Service/Postage | $50.60 |
| Duplicating (billed at $.10 per page) | $1,033.20 |
| Meals/Committee Meeting Expenses | $2,776.14 |
| Miscellaneous (Document Production Charges) | $4,124.01 |
| Travel Expenses – Airfare | $763.48 |
| Travel Expenses – Ground Transportation | $871.04 |
| Travel Expenses – Train Fare | $1,213.00 |
| Retained Professional Fees & Expenses | $125,732.62 |
| **TOTAL** | **$147,647.30** |