# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1503974 |
| Invoice Date | 10/11/13 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/28/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.78 |
| 05/28/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.06 |
| 05/29/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.51 |
| 06/04/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.05 |
| 06/06/13 | Travel - Airfare  Airfare to NY for meet | $763.48 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                    Page 2
Invoice Number: 1503974                                                                                October 11, 2013

| Date | Description | Amount |
|---|---|---|
| 06/10/13 | and confer at US Debtors.; Airfare to NYC for meet and confer at US; Delta | |
| 06/10/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.19 |
| 06/11/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.11 |
| 06/11/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.40 |
| 06/17/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $7.13 |
| 06/20/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.05 |
| 06/20/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034282459 DATE: 6/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.28 |
| 06/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: BOTTER  DAVID H TICKET #: 0591474100 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: BOTTER  DAVID H TICKET #: 7000000000 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $252.00 |
| 06/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: EISENHUT CATHERINE TICKET #: 0591474103 DEPARTURE DATE: 06/25/2013 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 06/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: EISENHUT CATHERINE TICKET #: 7000000000 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $269.00 |
| 06/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: KAHN   BRAD M TICKET #: 0591474101 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/24/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: KAHN   BRAD M TICKET #: 7000000000 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $269.00 |
| 06/25/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: BOTTER   DAVID H TICKET #: 0591518728 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/25/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: BOTTER   DAVID H TICKET #: 7000000000 DEPARTURE DATE: 06/25/2013 ROUTE: WIL NYP | $67.00 |
| 06/25/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: EISENHUT CATHERINE TICKET #: 0591518730 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/25/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: EISENHUT CATHERINE TICKET #: 7000000000 DEPARTURE DATE: 06/25/2013 ROUTE: WIL NYP | $67.00 |
| 06/25/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13-53062500000206 DATE: 7/25/2013 PASSENGER: KAHN   BRAD M TICKET #: 0591518729 DEPARTURE DATE: 06/25/2013 ROUTE: NYP WIL NYP | $37.00 |
| 06/25/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL13- | $67.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1503974

Page 4  
October 11, 2013

| Date | Description | Amount |
|---|---|---|
| | 53062500000206 DATE: 7/25/2013 PASSENGER: KAHN BRAD M TICKET #: 7000000000 DEPARTURE DATE: 06/25/2013 ROUTE: WIL NYP | |
| 07/01/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.65 |
| 07/01/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.51 |
| 07/08/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.08 |
| 07/11/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1476689 DATE: 7/14/2013 Foster Kemoy - Ajisai Japanese Restaurant - 07/11/2013 | $22.42 |
| 07/11/13 | Meals (100%) 7/8/13 S. Gulati - Team meeting re: document production - (6 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800249; DATE: 7/11/2013 | $119.49 |
| 07/11/13 | Meals (100%) 7/10/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800249; DATE: 7/11/2013 | $181.82 |
| 07/11/13 | Meals (100%) 7/11/13 M. Fagen - Committee call (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800249; DATE: 7/11/2013 | $216.01 |
| 07/11/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.37 |
| 07/12/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1476689 DATE: 7/14/2013 Foster Kemoy - Ajisai Japanese Restaurant - 07/12/2013 | $25.39 |
| 07/12/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013 Multi-office omnibus teleconference | $3.34 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                         Page 5
Invoice Number: 1503974                                                October 11, 2013

| Date | Description | Amount |
|---|---|---|
| 07/16/13 | invoice. Account# 205134736<br>Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013<br>Multi-office omnibus teleconference invoice. Account# 205134736 | $7.02 |
| 07/17/13 | Travel - Ground Transportation Cab home after working late; Harlem Car & Limousine Service | $15.00 |
| 07/18/13 | Meals (100%) 7/15/13 M. Joseph - Discovery meeting - (3 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800250; DATE: 7/18/2013 | $38.98 |
| 07/18/13 | Meals (100%) 7/17/13 S. Gulati - VCC production meeting (4 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800250; DATE: 7/18/2013 | $95.59 |
| 07/18/13 | Meals (100%) 7/18/13 S. Gulati - Allocation discovery meeting - (7 people).<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800250; DATE: 7/18/2013 | $195.65 |
| 07/18/13 | Meals (100%) 7/18/13 M. Fagen - Committee call - (5 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800250; DATE: 7/18/2013 | $57.49 |
| 07/22/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013<br>Azar Sasha - !Savory - 07/22/2013 | $20.96 |
| 07/22/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013<br>Gulati Sunny - Rice & Beans - 07/22/2013 | $22.36 |
| 07/22/13 | Travel - Ground Transportation Taxi home from office after working late; NYC Taxi | $13.50 |
| 07/22/13 | Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013<br>Multi-office omnibus teleconference invoice. Account# 205134736 | $3.56 |
| 07/23/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013<br>Sehwail Marwan - Piccolo Cafe 40th St) - 07/23/2013 | $25.86 |
| 07/23/13 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1166885 DATE: 8/7/2013<br>Vendor: Dial Car Voucher #: | $74.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                         Page 6
Invoice Number: 1503974                                                                October 11, 2013

| | | |
|---|---|---|
| 07/23/13 | DLA3486979 Date: 07/23/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3486979 Date: 07/23/2013 Name: David Botter | |
| | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034317666 DATE: 7/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.36 |
| 07/23/13 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $10.00 |
| 07/24/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013 Yecies Jacqueline - Osteria al Doge - 07/24/2013 | $33.99 |
| 07/24/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013 Chau Daniel Lok Fung) - Akura Sushi - 07/24/2013 | $20.24 |
| 07/24/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013 Raff Harley - Royal Thai Cuisine - 07/24/2013 | $24.67 |
| 07/24/13 | Travel - Ground Transportation Taxi home after working late.; NYC Taxi | $9.00 |
| 07/25/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1482737 DATE: 7/28/2013 Chau Daniel Lok Fung) - Akura Sushi - 07/25/2013 | $21.85 |
| 07/25/13 | Meals (100%) 7/19/13 S. Gulati - Litigation meeting re: document production (6 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800251; DATE: 7/25/2013 | $326.08 |
| 07/25/13 | Meals (100%) 7/19/13 M. Joseph - Follow up meeting re: document production (3 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800251; DATE: 7/25/2013 | $86.23 |
| 07/25/13 | Meals (100%) 7/22/13 M. Joseph - Discovery meeting - (7 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800251; DATE: 7/25/2013 | $205.83 |
| 07/25/13 | Meals (100%) 7/24/13 J. Yecies - Document review meeting (4 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800251; DATE: 7/25/2013 | $57.49 |
| 07/25/13 | Meals (100%) 7/25/13 M. Fagen - Committee call (8 people). | $143.72 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800251; DATE: 7/25/2013 | |
| 07/26/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1167000 DATE: 8/14/2013 Vendor: Dial Car Voucher #: DLA3834417 Date: 07/26/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3834417 Date: 07/26/2013 Name: Lisa Beckerman | $71.05 |
| 07/29/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1167000 DATE: 8/14/2013 Vendor: Dial Car Voucher #: DLA3770771 Date: 07/29/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3770771 Date: 07/29/2013 Name: Lisa Beckerman | $71.05 |
| 07/30/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 703333 DATE: 8/9/2013 Vendor: Executive Royal Voucher #: 409131 Date: 07/30/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 409131 Date: 07/30/2013 Name: Oz Halabi | $87.78 |
| 07/31/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 703333 DATE: 8/9/2013 Vendor: Executive Royal Voucher #: 405928 Date: 07/31/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 405928 Date: 07/31/2013 Name: Oz Halabi | $87.78 |
| 07/31/13 | Miscellaneous Document Production VENDOR: DRIVEN INC; INVOICE#: 62879; DATE: 7/31/2013 | $4,124.01 |
| 08/01/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/1/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $325.20 |
| 08/01/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/1/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $110.40 |
| 08/01/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1502932 DATE: 8/4/2013 Azar Sasha - Aki Sushi West - 08/01/2013 | $21.79 |
| 08/01/13 | Meals (100%) 7/29/13 M. Joseph - Litigation meeting (4 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800252; DATE: 8/1/2013 | $97.99 |

| Date | Description | Amount |
|---|---|---|
| 08/01/13 | Meals (100%) 7/29/13 P. Sanchez - Tax meeting (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800252; DATE: 8/1/2013 | $110.73 |
| 08/01/13 | Meals (100%) 7/30/13 S, Gulati - Litigation call (5 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800252; DATE: 8/1/2013 | $103.43 |
| 08/01/13 | Meals (100%) 8/1/13 M. Fagen - Committee call (7 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800252; DATE: 8/1/2013 | $154.60 |
| 08/02/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/2/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $137.20 |
| 08/02/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/2/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $315.60 |
| 08/03/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/3/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 08/03/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/3/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $374.40 |
| 08/04/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/4/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 08/05/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/5/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $373.60 |
| 08/05/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1167000 DATE: 8/14/2013 Vendor: Dial Car Voucher #: DLA3828956 Date: 08/05/2013 Name: Robert Johnson\|\|Car Service, Vendor: Dial Car Voucher #: DLA3828956 Date: 08/05/2013 Name: Robert Johnson | $74.11 |
| 08/05/13 | Audio and Web Conference Services July 2013 VENDOR: TELCONF LLC; INVOICE#: 08001-01001-13; DATE: 8/5/2013 | $2,131.23 |
| 08/05/13 | Travel - Ground Transportation Taxi returning from airport to Akin Gump after meet and confer.; NYC Taxi | $68.23 |
| 08/06/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/6/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $296.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1503974

Page 9  
October 11, 2013

| Date | Description | Amount |
|---|---|---|
| 08/06/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/6/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $79.20 |
| 08/06/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1504247 DATE: 8/11/2013 Foster Kemoy - Ajisai Japanese Restaurant - 08/06/2013 | $25.15 |
| 08/06/13 | Travel - Ground Transportation  Cab to meet and confer at Cleary; Medallion cab | $14.00 |
| 08/06/13 | Travel - Ground Transportation  Taxi from home to meeting at Cleary Gotlieb.; NYC Taxi | $10.70 |
| 08/06/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $19.10 |
| 08/07/13 | Duplication - In House  Photocopy - User # 990100, NY, 719 page(s) | $71.90 |
| 08/07/13 | Computerized Legal Research - Westlaw User: DEGANI,ORLY Date: 8/7/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $806.80 |
| 08/07/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/7/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $458.80 |
| 08/07/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 8/7/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $270.06 |
| 08/07/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $9.00 |
| 08/08/13 | Computerized Legal Research - Westlaw User: DEGANI,ORLY Date: 8/8/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $709.60 |
| 08/08/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/8/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $324.00 |
| 08/08/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1504247 DATE: 8/11/2013 Foster Kemoy - Ajisai Japanese Restaurant - 08/08/2013 | $25.60 |
| 08/08/13 | Meals (100%)  8/5/13 M. Joseph - Litigation team meeting (4 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800253; DATE: 8/8/2013 | $134.68 |
| 08/08/13 | Meals (100%)  8/7/13 J. Woodson VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800253; DATE: 8/8/2013 | $16.33 |
| 08/08/13 | Meals (100%)  8/8/13 M. Fagen - Committee call (7 people). VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $143.72 |

| Date | Description | Amount |
|---|---|---|
| 08/08/13 | 2033800253; DATE: 8/8/2013 Travel - Ground Transportation Taxi from firm to JFK airport for travel to client meeting.; Uber | $85.00 |
| 08/08/13 | Duplication - In House  Copy-B/W | $443.30 |
| 08/08/13 | Duplication - In House  Copy-B/W | $365.30 |
| 08/09/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/9/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $118.40 |
| 08/09/13 | Computerized Legal Research - Westlaw User: DEGANI,ORLY Date: 8/9/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $118.40 |
| 08/09/13 | Computerized Legal Research - Westlaw User: CROSS,MIKE Date: 8/9/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $254.70 |
| 08/11/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/11/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $707.60 |
| 08/12/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/12/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $98.80 |
| 08/12/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/12/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $79.20 |
| 08/12/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.80 |
| 08/13/13 | Duplication - In House  Photocopy - Orcel, Reginald, NY, 462 page(s) | $46.20 |
| 08/13/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/13/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 08/13/13 | Computerized Legal Research - Westlaw User: CROSS,MIKE Date: 8/13/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $110.07 |
| 08/13/13 | Travel - Ground Transportation  Late working taxi home.; NYC Taxi | $11.30 |
| 08/14/13 | Computerized Legal Research - Westlaw User: DEGANI,ORLY Date: 8/14/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $236.40 |
| 08/14/13 | Computerized Legal Research - Westlaw User: CROSS,MIKE Date: 8/14/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $420.66 |
| 08/14/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 703704 DATE: 8/23/2013  Vendor: Executive Royal Voucher #: 432469 Date: 08/14/2013 Name: Oz | $92.44 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1503974

Page 11  
October 11, 2013

| Date | Description | Amount |
|---|---|---|
| | Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 432469 Date: 08/14/2013 Name: Oz Halabi | |
| 08/15/13 | Computerized Legal Research - Westlaw User: DEGANI,ORLY Date: 8/15/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $690.40 |
| 08/15/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/15/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $59.20 |
| 08/16/13 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/16/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $103.24 |
| 08/17/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/17/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $569.20 |
| 08/18/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/18/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 08/20/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/20/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $79.20 |
| 08/20/13 | Computerized Legal Research - Westlaw User: HELYAR,RACHEL L Date: 8/20/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $198.00 |
| 08/20/13 | Computerized Legal Research - Westlaw User: SLAVIN,RISA Date: 8/20/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $316.80 |
| 08/20/13 | Travel - Ground Transportation Cab home after working late; Big King Car Service | $17.50 |
| 08/21/13 | Duplication - In House Photocopy - User # 990100, NY, 960 page(s) | $96.00 |
| 08/21/13 | Travel - Ground Transportation Cab home after working late; Medallion cab | $9.00 |
| 08/22/13 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.10 |
| 08/23/13 | Duplication - In House Photocopy - Millett, Patricia, DC, 104 page(s) | $10.40 |
| 08/24/13 | Courier Service/Messenger Service- Off Site  8/22/13: To Clerk U.S. Court of Appeals - Third Ci VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000A9308V343A; DATE: 8/24/2013 | $50.60 |
| 08/27/13 | Duplication - In House Photocopy - Sprofera, Peter, NY, 1 page(s) | $0.10 |

Current Expenses     $21,914.68