# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 9.50 | $9,500.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 81.55 | $81,550.00 |
| Rex S. Heinke | Partner for 30 years; Admitted in 1975; Litigation Department | $815 | 6.50 | $5,297.50 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 73.60 | $80,960.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 136.60 | $118,842.00 |
| L. Rachel Lerman | Partner for 9 years; Admitted in 1995; Litigation Department | $660 | 91.50 | $60,390.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 50.70 | $45,630.00 |
| Patricia A. Millett | Partner for 7 years; Admitted in 1988; Litigation Department | $820 | 25.10 | $20,582.00 |
| Steven H. Schulman | Partner for 7 years; Admitted in 1994; Litigation Department | $650 | 1.10 | $715.00 |
| Joseph L. Sorkin | Partner for 2 years; Admitted in 2001; Litigation Department | $770 | 68.50 | $52,745.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $650 | 1.40 | $910.00 |
| Orly Degani | Senior Counsel for 4 years; Admitted in 1995; Litigation Department | $600 | 33.90 | $20,340.00 |

105108364 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 67.10 | $48,312.00 |
| Michael Small | Senior Counsel for 11 years; Admitted in 1988; Litigation Department | $650 | 5.60 | $3,864.00 |
| Ryan T. Cosgrove | Counsel for 2 years; Admitted in 2004; Litigation Department | $600 | 30.60 | $18,360.00 |
| Brandon B. Danford | Counsel for 4 years; Admitted in 2004; Litigation Department | $600 | 102.70 | $61,620.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 27.60 | $18,354.00 |
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 47.80 | $32,265.00 |
| Amjad M. Khan | Counsel for 1 year; Admitted in 2005; Litigation Department | $600 | 52.20 | $31,320.00 |
| Andrew F. Newman | Counsel for 1 years; Admitted in 2007; Litigation Department | $560 | 1.50 | $840.00 |
| Heather L. Peckham | Counsel for 6 years; Admitted in 2000; Litigation department | $600 | 131.80 | $79,080.00 |
| Elizabeth M. Scott | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 143.90 | $80,584.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $600 | 9.00 | $5,400.00 |
| Jenny M. Walters | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 44.90 | $25,144.00 |
| Dennis J. Windscheffel | Counsel for 3 years; Admitted in 2004; Litigation Department | $600 | 50.50 | $30,300.00 |

105108364 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 104.80 | $32,488.00 |
| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 82.10 | $46,386.50 |
| Anne S. Levin-Nussbaum | Senior Attorney for 1 year; Admitted in 1992; Tax Department | $535 | 3.10 | $1,643.00 |
| Sasha L. Azar | Associate for 7 years; Admitted in 2002; Corporate Department | $475 | 104.70 | $49,732.50 |
| Saurish Bhattacharjee | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 29.30 | $10,694.50 |
| Andrew R. Casillas | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 106.30 | $46,240.50 |
| Z. W. Julius Chen | Associate for 2 years; Admitted in 2010; Litigation Department | $475 | 2.50 | $1,187.50 |
| Michael K. Cross | Associate for 4 years; Admitted in 2010; Litigation Department | $525 | 30.10 | $15,802.50 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 84.50 | $38,025.00 |
| Jessica Greenwood | Associate for 2 years; Admitted in 2011; Litigation Department | $385 | 10.30 | $3,965.50 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 84.10 | $37,004.00 |
| Matthew E. Pepping | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 52.30 | $27,719.00 |
| Katharine E. Southard | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 40.10 | $17,443.50 |

105108364 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Dawn S. Walker | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 21.20 | $9,222.00 |
| Jennifer L. Woodson | Associate for 4 years; Admitted in 2010; Litigation Department | $525 | 65.80 | $34,545.00 |
| Jacqueline Y. Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 89.20 | $51,736.00 |
| Andrew Barnes | Staff Attorney for 4 years; Admitted in 2011; Litigation Department | $290 | 72.80 | $21,112.00 |
| Kemroy Foster | Staff Attorney for 2 years; Admitted in 2006; Litigation Department | $290 | 107.80 | $31,262.00 |
| Lok Chau | Legal Assistant for 7 years; Litigation Department | $245 | 46.80 | $11,466.00 |
| Melissa A. Gyure | Legal Assistant for 9 years; Litigation Department | $260 | 27.00 | $7,020.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 5.50 | $1,347.50 |
| Leslie W. Lanphear | Librarian for 17 years | $230 | 6.30 | $1,449.00 |
| James W. Ma | Legal Assistant for 14 years; Litigation Depart,ment | $255 | 1.20 | $306.00 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 12.80 | $3,328.00 |
| Risa J. Slavin | Legal Assstant for 13 years; Litigation Department | $240 | 9.30 | $2,232.00 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $245 | 1.70 | $416.50 |

105108364 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 15.60 | $4,446.00 |
| Radu Stancut | Legal Assistant for 2 years; Litigation Department | $245 | 3.60 | $882.00 |
| Jessica R. Watters | Legal Assistant for 1 year; Financial Restructuring Department | $205 | 12.30 | $2,521.50 |

Total Amount of Fees:     $1,444,528.00
Total Number of Hours:  2,528.25
Blended Hourly Rate:     $571.35

105108364 v1