**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

**Via Overnight Mail**

Joseph A. Pino, Sr.
3 Cherul Ann Ct,
Berlin, NJ 08009

Cory Turner
128 Ervin Street
Hendersonville, TN 37075

Alex Thompson
207 Laurie Lane
Cary, NC 27513

Ursula Phommanirat
27 Veronica Drive
Rochester, NY 14617

Alicja Reimann
288 Salt Rd.
Webster, NY 14580

Eric Olson
2060 Boone Circle
Frisco, TX 75033

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017