# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       : Case No. 09-10138 (KG)
:
          Debtors. : Jointly Administered
:
---------------------------------------------------------X   **Re: D.I. 11964**

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 18, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On October 22, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: October 18, 2013      CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE      James L. Bromley (admitted *pro hac vice*)
    Lisa M. Schweitzer (admitted *pro hac vice*)
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2000
    Facsimile:  (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Tamara K. Minott*
    Eric D. Schwartz (No. 3134)
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.28

**<u>Via Overnight Mail</u>**

Anthony Caruso
North Supply Co.
3305 Highway 60 W.
Faribault, MN 55021

Adam Moskowitz
ASM Capital
7600 Jericho Turnpike
Woodbury, NY 11797

Amy Schmidt
Coface North America Inc.
50 Millstone Rd.
Bldg. 100
East Windsor, NJ 08520

Wendy Spelfogel
Jaco Electronics, Inc.
145 Oser Ave.
Hauppauge, NY 11788

Joseph A. Pino, Sr.
3 Cherul Ann Ct.
Berlin, NJ 08009

Cory Turner
128 Ervin Street
Hendersonville, TN 37075

Alex Thompson
207 Laurie Lane
Cary, NC 27513

Ursula Phommanirat
27 Veronica Drive
Rochester, NY 14617

Alicja Reimann
288 Salt Rd.
Webster, NY 14580

Eric Olson
2060 Boone Circle
Frisco, TX 75033

Paul Senna
8 Babicz Rd.
Tewksbury, MA 01876

Hain Capital Holdings, Ltd.
Ganna Liberchuk
301 Route 17
7th Floor
Rutherford, NJ 07070

**<u>Via Fax</u>**

Vincent Roldan
Vandenberg & Feliu, LLP
60 East 42nd Street
51st Floor
New York, NY 10165
Fax : 212-763-6810