# NORTEL 2002 SERVICE LIST

**VIA FACSIMILE**

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1270
Midlothian, VA  23113
FAX: (804) 378-2681

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems   Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN
FAX: +81-45-881-3221

Stephen Gale
Herbert Smith
Exchange House
Primrose Street
London, UK  EC2A 2HS
ENGLAND
FAX: 011-44-20-7098-4878

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044
FAX: 202-307-0494

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026
FAX: 202-326-4112

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044
FAX: 202-514-6866

Robert   Winter
Paul Hastings Janofsky & Walker LLP
875 15th St   N.W.
Washington, DC  20005
FAX: 202-551-0129

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036
FAX: 202-776-0080

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192
FAX: 206-389-1708

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029
FAX: 207-774-1127

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714
FAX: 208-396-3958

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205
FAX: 210-226-4308

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922
FAX: 212-220-9504

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019
FAX: 212-262-1910

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198
FAX: 212-318-3400

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022
FAX: 212-336-1348

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710
FAX: 212-336-2222

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019
FAX: 212-403-2217

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
FAX: 212-407-7799

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142
FAX: 212-506-5151

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036
FAX: 212-515-6959

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104
FAX: 212-541-4630

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
FAX: 212-541-5369

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704
FAX: 212-596-9090

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020
FAX: 212-610-6399

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza
24th Floor
New York, NY  10112
FAX: 212-653-8701

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg
675 Third Ave
31st Floor
New York, NY  10017
FAX: 212-681-4041

Steven J.  Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle
101 Park Ave
New York, NY  10178-0061
FAX: 212-697-1559

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

Ernest S. Wechsler  
Kramer Levin Naftalis Frankel LLP  
1177 Ave of the Americas  
New York, NY  10036  
FAX: 212-715-8000  

Jeremy E. Crystal Esq  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019  
FAX: 212-728-8111  

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019-6099  
FAX: 212-728-8111  

Susan P. Johnston Esq.  
Carter Ledyard & Milburn LLP  
2 Wall Street  
New York, NY  10005  
FAX: 212-732-3232  

Robert J. Rosenberg  
Michael J. Riela  
Zachary N. Goldstein  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  
FAX: 212-751-4864  

David S.  Allinson  
Thomas Malone  
Alexandra Croswell  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  
FAX: 212-751-4864  

Stephen J. Shimshak  
Marilyn Sobel  
Paul Weiss Rifkind Wharton & Garrison  
1285 Ave of the Americas  
New York, NY  10019-6064  
FAX: 212-757-3990  

Kristin S. Elliott  
Kelley Drye & Warren LLP  
101 Park Ave  
New York, NY  10178  
FAX: 212-808-7897  

Dennis F. Dunne Esq  
Thomas R. Kreller Esq  
Albert A. Pisa Esq  
Andrew M. Leblanc Esq  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005  
FAX: 212-822-5219  

Fred S. Hodara Esq  
Ryan C. Jacobs Esq  
David H. Botter Esq  
Akin Gump  
One Bryant Park  
New York, NY  10036  
FAX: 212-872-1002  

Kenneth E. Noble Esq  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  
FAX: 212-894-5653  

Jennifer Feldsher  
Bracewell & Guiliani LLP  
1251 Ave of the Americas  
New York, NY  10020  
FAX: 212-938-3837  

Craig A. Barbarosh  
David A. Crichlow  
Karen B. Dine  
Kevin M. Baum  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  
FAX: 212-940-8776  

Albert Togut  
Neil Berger  
Togut Segal & Segal LLP  
One Penn Plaza  
New York, NY  10119  
FAX: 212-967-4258  

Thomas R. Kreller  
Milbank Tweed Hadley & McCloy LLP  
601 South Figueroa St  
Ste 3000  
Los Angeles, CA  90017  
FAX: 213-629-5063  

Judith W. Ross  
Baker Botts LLP  
2001 Ross Ave  
Dallas, TX  75201  
FAX: 214-661-4605

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX  75202
FAX: 214-672-2020

Andrew M. Gould
Wick Phillips Gould & Martin LLP
2100 Ross Avenue Ste. 950
Dallas, TX  75201
FAX: 214-692-6255

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75202-2799
FAX: 214-740-7181

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603
FAX: 215-560-2202

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street
Ste 1400
Philadelphia, PA  19103
FAX: 215-568-6603

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103
FAX: 215-864-9473
215-864-8999

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA  19109
FAX: 215-864-9669

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424
FAX: 215-986-5721

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114
FAX: 216-241-2824

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
FAX: 281-985-6321

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801
FAX: 302-252-0921

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801
FAX: 302-252-4330

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801
FAX: 302-252-4466

Scott D. Cousins
Ann M. Kashishian
Cousins Chipman & Brown, LLP
1007 N. Orange Street
Suite 1110
Wilmington, DE  19801
FAX: 302-295-0199

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801
FAX: 302-384-9399

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street
15th Floor
Wilmington, DE  19801
FAX: 302-394-2341

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 800
Wilmington, DE  19801
FAX: 302-425-6464

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801
FAX: 302-426-9193

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801
FAX: 302-428-5107

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801
FAX: 302-428-8195

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Ste 950
Wilmington, DE  19801
FAX: 302-442-7046

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801
FAX: 302-467-4450

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801-1228
FAX: 302-552-4295

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801
FAX: 302-571-1253

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE  19801
FAX: 302-571-1750

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801
FAX: 302-573-6431

Mark Kenney Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
FAX: 302-651-3001

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
FAX: 302-651-7701

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801
FAX: 302-652-1111

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801
FAX: 302-652-3117

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19801
FAX: 302-652-4400

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801
FAX: 302-652-8405

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801
FAX: 302-654-2067

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801
FAX: 302-654-5181

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmington, DE  19801
FAX: 302-656-1434

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801
FAX: 302-656-2769

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659
FAX: 302-657-4901

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801
FAX: 302-658-0380

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801
FAX: 302-658-6395

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901
FAX: 302-739-5635

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901
FAX: 302-739-5831

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801
FAX: 302-777-4224

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Ste 1500
Wilmington, DE  19801
FAX: 302-777-7263

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market Street
Ste 1500
Wilmington, DE  19801
FAX: 302-778-7575

William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801
FAX: 302-984-6399

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124
FAX: 303-566-1010

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601
FAX: 312-236-3241

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606
FAX: 312-360-6995

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-416-4886

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601
FAX: 312-602-5050

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St Ste 2600
Chicago, IL  60601
FAX: 312-609-5005

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-876-3816

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102
FAX: 314-552-8869

John J. Rossi  
1568 Woodcrest Drive  
Wooster, OH  44691  
FAX: 330-264-7737  

Patricia Antonelli  
Lauren F. Verni  
Partridge Snow & Hahn LLP  
180 S. Main Street  
Providence, RI  02903  
FAX: 401-861-8210  

Darryl S. Laddin Esq  
Frank N. White Esq  
Arnall Golden Gregory LLP  
171 17th St NW  
Ste 2100  
Atlanta, GA  30363-1031  
FAX: 404-873-8121  

Doug  Goin CFO  
APC Workforce Solutions LLC  
420 South Orange Ave  
6th Floor  
Orlando, FL  32801  
FAX: 407-770-6162  

Steve  Jackman Esq VP  
Flextronics  
847 Gibralter Drive  
Milpitas, CA  95035  
FAX: 408-956-6222  

Joyce A. Kuhns  
Saul Ewing LLP  
500 E. Pratt Street  
8th Floor  
Baltimore, MD  21202  
FAX: 410-332-8964  

Richard M. Kremen Esq  
Dale K. Cathell Esq  
DLA Piper LLP (US)  
6225 Smith Ave  
Baltimore, MD  21209  
FAX: 410-580-3001  

James E. Van Horn  
McGuireWoods LLP  
7 Saint Paul Street  
Ste 1000  
Baltimore, MD  21202-1671  
FAX: 410-659-4488  

Randall D. Crocker Esq  
VonBriesen & Roper S.C.  
411 E Wisconsin Ave  
Ste 700  
Milwaukee, WI  53202  
FAX: 414-238-6532  

Russell S. Long  
Davis & Kuelthau SC  
111 E. Kilbourn Ave. Ste. 1400  
Milwaukee, WI  53202-6613  
FAX: 414-278-3656  

Shawn M. Christianson Esq  
Buchalter Nemer  
55 Second Street  
17th Floor  
San Francisco, CA  94105-3493  
FAX: 415-227-0770  

Merle C. Meyers Esq  
Michele Thompson Esq  
Meyers Law Group P.C.  
44 Montgomery Street  
Ste 1010  
San Francisco, CA  94104  
FAX: 415-362-7515  

Louis J. Cisz III  
Nixon Peabody LLP  
One Embarcadero Center  
18th Floor  
San Francisco, CA  94111-3600  
FAX: 415-984-8300  

Tony Reyes  
Norton Rose  
Royal Bank Plaza South Tower  
200 Bay St. Ste. 3800  
Toronto, Ontario  M5J 2Z4  
CANADA  
FAX: 416-216-3930  

Jennifer Stam  
Derrick Tay  
Gowling Lafleur Henderson  
1 First Canadian Place  
100 King St. West_Ste. 1600  
Toronto, Ontario  M5X 1G5  
CANADA  
FAX: 416-862-7661

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West
Ste 400
Toronto, Ontario   M5X 2A1
CANADA
FAX: 416-863-4592

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario   M5H 2S7
CANADA
FAX: 416-979-1234

Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson
2323 Bryan Street
Ste 1600
Dallas, TX   75201
FAX: 469-221-5002

James C. Waggoner Esq
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR   97201-5630
FAX: 503-778-5299

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX   78701
FAX: 512-226-7324

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA   95962
FAX: 530-692-1499

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL   33408
FAX: 561-691-7103

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO   65105-0475
FAX: 573-751-7232

Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS   39455
FAX: 577-276-1232

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY   14620-1678
FAX: 585-238-9012

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ   85004
FAX: 602-734-3866

Janette M. Head
16 Gleneagle Drive
Bedford, NH   03110
FAX: 603-935-7571

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA   19602-1184
FAX: 610-378-4459

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH   43215
FAX: 614-719-4663

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN   37202
FAX: 615-741-3334

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA   02109
FAX: 617-345-9020

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA   02110
FAX: 617-422-0383

James M. Wilton
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600
FAX: 617-951-7050

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY  11747
FAX: 631-367-1173

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743
FAX: 631-923-2860

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306
FAX: 650-494-2738

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215
FAX: 703-712-5050

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC  28202
FAX: 704-342-5264

David M. Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC  28246
FAX: 704-378-4000

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233
FAX: 704-943-1152

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX  77010
FAX: 713-227-7497

John P. Dillman Esq
Linebarger Goggan Blair  & Sampson
P.O. Box 3064
Houston, TX  77253-3064
FAX: 713-844-3503

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601
FAX: 717-731-1985

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332
FAX: 720-913-3180

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202
FAX: 720-931-3201

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street
Ste 1400
Salt Lake City, UT  84145-0385
FAX: 801-532-7543

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins & Mott
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013
FAX: 817-860-6509

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC   H3G 2W6
CANADA
FAX: 845-491-5032

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346
FAX: 855-235-6787

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ   08096
FAX: 856-853-9933

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY   10022
FAX: 866-741-2505

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY   10604
FAX: 914-323-7001

Robert S. McWhorter Esq
Nossaman LLP
621 Capitol Mall
25th Floor
Sacramento, CA   95814
FAX: 916-442-0382

Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC   27530
FAX: 919-221-6910

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC   27709
FAX: 919-541-8297

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC   27602-2611
FAX: 919-821-6800

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC   28203
FAX: 919-942-5256

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ   07052
FAX: 973-530-2212

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ   07068
FAX: 973-597-2400

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ   07068
FAX: 973-597-2400

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ   07102-5310
FAX: 973-639-6244

**VIA FEDERAL EXPRESS – INT'L**

Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario   K1A 1K3
CANADA

Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,   110078
INDIA

**VIA EXPRESS MAIL**

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA   90054-0110

Michael McWalters
P.O. Box 338
Alviso, CA   95002-0338

Jerry Wadlow  
P.O. Box 79  
Wewoka, OK   74884  

Thelma Watson  
P.O. Box 971  
Bath, SC   29816  

**VIA FEDERAL EXPRESS**

Michael R. Thompson  
564 Old Candia Road  
Candia, NH   03034  

Debra L. Vega  
818 Glenco Road  
Durham, NC   27703  

Wendy Boswell Mann  
4913 Summit Place Dr. NW  
Apt. 404  
Wilson, NC   27896  

Brad Lee Henry  
11596 W. Sierra Dawn Boulevard  
Lot 386  
Surprise, AZ   85378  

Ernie Holling President  
The InTech Group Inc.  
305 Exton Commons  
Exton, PA   19341  

Ronald Rowland Esq  
EMC Corporation  
c/o Receivable Management Servs  
307 International Circle Ste 270  
Hunt Valley, MD   21094  

Off of Unemplmt Ins Contrib  Div.  
MD Department of Labor Licensing & Reg.  
Litigation Prosecution Unit  
1100 N. Eutaw St Room 401  
Baltimore, MD   21201  

Deborah B. Waldmeir Esq  
State of MI Dept of Treasury  
Cadillac Place Ste 10-200  
3030 W Grand Blvd.  
Detroit, MI   48202  

Attn:  Nathan Fuchs  
SEC NY Regional Office  
233 Broadway  
New York, NY   10279  

Securities & Exchange Commission  
100 F St NE  
Washington, DC   20549  

Najam ud Dean  
6 Augusta Drive  
Milbury, MA   01527  

Mark A. Phillips  
6117 Trevor Simpson Drive  
Lake Park, NC   28079  

Gerald R. Utpadel  
4627 Greenmeadows Avenue  
Torrance, CA   90505  

Michael P. Alms  
4944 Elm Island Circle  
Waterford, WI   53185  

William A. Reed  
7810 Heaton Drive  
Theodore, AL   36582-2362  

Bertram Frederick Thomas Fletcher  
35 Broomhill Court  
Clayton, NC   27527  

Nancy Ann Wilson  
7101 Chase Oaks Blvd.  
Apt. #1637  
Plano, TX   75025  

Carol F. Raymond  
7962 S.W. 185 Street  
Miami, FL   33157-7487

Richard Lynn Engleman  
1505 Nevada Drive  
Plano, TX  75093  

Janetta Hames  
649 Fossil Wood Drive  
Saginaw, TX  76179  

Mark R. Janis  
193 Via Soderini  
Aptos, CA  95003  

Jeffrey Borron  
13851 Tanglewood  
Farmers Branch, TX  75234  

Brenda L. Rohrbaugh  
2493 Alston Drive  
Marietta, GA  30062  

Ronald J. Rose Jr.  
26 Pheasant Run  
Ballston Spa, NY  12020  

James Hunt  
8903 Handel Loop  
Land O Lakes, FL  34637  

David Litz  
316 N. Manus Drive  
Dallas, TX  75224  

Robert Dale Dover  
2509 Quail Ridge Road  
Melissa, TX  75454  

Chad Soraino  
8974 Hickory Ave.  
Hesperia, CA  92345  

Bruce Francis  
5506 Lake Elton Road  
Durham, NC  27713  

Michael D. Rexroad  
5244 Linwick Drive  
Fuquay Varina, NC  27526  

Caroline Underwood  
2101 Emerson Cook Road  
Pittsboro, NC  27312  

Robert Joseph Martel  
200 Lighthouse Lane  
Apartment B3  
Cedar Point, NC  28584  

Marilyn Green  
1106 Boston Hollow Road  
Ashland City, TN  37015  

Marilyn Day  
2020 Fox Glen Drive  
Allen, TX  75013  

James Lee  
1310 Richmond Street  
El Cerrito, CA  94530  

John Mercer  
121 Monastery Road  
Pine City, NY  14871  

Freddie Wormsbaker  
327 Locust Street  
Twin Falls, ID  83301  

Scott Gennett  
16 Wildwood Street  
Lake Grove, NY  11755  

Claudia Vidmer  
213 Orchard Lane  
Glen Ellyn, IL  60137  

Manuel Segura  
215 Sheridan St.  
Apt. #B-43  
Perth Amboy, NJ  08861

Nanette Faison
981 Kittrell Road
Kitrell, NC   27544

William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC   27520

Carmel Turlington Totman
164 Berton Street
Boone, NC   28607

Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ   85629

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL   34748

Bruce Turner
8 Sunset Drive
Homer, NY   13077

Remajos Brown
2353 Sword Drive
Garland, TX   75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC   27604

Jane Neumann
11730 Co Road 24
Watertown, MN   55388

Barbara Gallagher
410 West Acres Road
Whitesboro, TX   76273

Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC   27514

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV   89060

Betty Lewis
1301-H Leon Street
Durham, NC   27705

Steven E. Bennett
37052 Chestnut Street
Newark, CA   94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA   95070

Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ   86004

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA   95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC   27587

Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA   20164-3724

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC   27504

Terry D. Massengill
126 Keri Drive
Garner, NC   27529

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC   27560

| | |
|---|---|
| Olive Jane Stepp<br>470 Fairview Road<br>Asheville, NC  28803 | Crickett Grissom<br>2580 W. Porter Creek Avenue<br>Porterville, CA  93257 |
| Edward G. Guevarra Jr.<br>11007 Scripps Ranch Blvd<br>San Diego, CA  92131 | Janet Bass<br>1228 Moultrie Court<br>Raleigh, NC  27615 |
| Gary W. Garrett<br>4093 Hogan Drive Unit 4114<br>Tyler, TX  75709 | Vernon M. Long<br>4929 Kelso Lane<br>Garland, TX  75043 |
| Chae S. Roob<br>8584 Chanhassen Hills Dr. South<br>Chanhassen, MN  55317 | Shirley Maddry<br>2519 Riddle Road<br>Durham, NC  27703 |
| Raymond Turner<br>1813 Eric Drive<br>Graham, NC  27253 | Michael Stutts<br>1616 Hastings Bluff<br>McKinney, TX  75070 |
| Paul Douglas Wolfe<br>113 Red Drum Lane<br>Gloucester, NC  28528 | Kathleen A. Reese<br>200 Carnegie Drive<br>Milpitas, CA  95035 |
| Victoria Anstead<br>3894 Ridge Lea Road #A<br>Amherst, NY  14228 | Emily D. Cullen<br>100 Telmew Court<br>Cary, NC  27518 |
| Sandra Aiken<br>3166 Tump Wilkins Road<br>Stern, NC  27581 | James Craig<br>42 E. Cavalier Road<br>Scottsville, NY  14546 |
| Brenda L. Wread<br>3408A Water Vista Parkway<br>Lawrenceville, GA  30044 | Reid T. Mullett<br>4224 Thamesgate Close<br>Norcross, GA  30092 |
| Barbara Carr<br>145 Grecian Parkway<br>Rochester, NY  14626 | Danny Owenby<br>2136 Sapelo Court<br>Fernandina, FL  32034 |
| Herbert Preston Stansbury<br>3193 US Highway 15<br>Stern, NC  27581 | Susan Ann Heisler<br>133 Anna Road, Box 194<br>Blakelee, PA  18610 |

Deborah Faircloth
115 Winchester Lane
Rocky Point, NC  28457


Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027


Ellen Sue Brady
1630 Dry Fork Road
Ashland City, TN  37015


Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587


Wanda Jacobs
801 Dupree Street
Durham, NC  27701


Paul Edward Morrison
2241 College Avenue
Quincy, IL  62301


U.S. Department of Labor
200 Constitution Ave NW
Frances Perkins Building
Washington, DC  20210

7681539