IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt No. 11861** |

### ORDER ADDRESSING EMEA CLAIMANTS' EXCEPTIONS TO THE ORDER RESOLVING DISCOVERY RELATED ISSUE ENTERED OCTOBER 10, 2013 (D.I. 11861)

The EMEA Claimants have requested that the Court reconsider its Order Resolving Discovery Related Issue (the "Order"). The dispute giving rise to the Order would not exist if the Court had authority to compel the Witnesses (as defined in the Order) to appear for their depositions. The Court does not. The Court does, however, have authority to control the parties to the claims litigation and a responsibility to enforce the discovery schedule to which the parties - including the EMEA Claimants - agreed. The Court's other consideration in issuing the order was that the French Nortel entity is pursuing a claim against the U.S. Debtors in excess of $400 million. Thus, while the EMEA Claimants argue that the Order violates their due process, the disruption to the deposition schedule at this late date would, if the Court had not granted relief, deny the U.S. Debtors' due process in preparing their case. The EMEA Claimants have now proceeded with alacrity to enable the Witnesses's depositions to proceed and therefore any disruption to the deposition schedule should be de minimis. The Court addresses several other points which the EMEA Claimants raise.

1.     The Court did not sanction the EMEA Claimants. Instead, the Court revised the discovery schedule to minimize the unfairness to the U.S. Debtors.

2.     The Court did not find that the EMEA Claimants acted in bad faith. The Order says the Court "suspects the bona fides of the EMEA Claimants' position. . . ." It is clear that the Court's suspicion is not tantamount to a finding.

Accordingly, the Order remains in full force and effect.

Dated: October 18, 2013

_____
KEVIN GROSS, U.S.B.J.