# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ———————————————— | ) | |
| | ) | |
| In re: | ) | Chapter 15 |
| NORTEL NETWORKS LTD., et a. | ) | |
| | ) | Case No. 09-10164(KG) |
| Debtors | ) | (Jointly Administered) |
| ———————————————— | ) | |

## ORDER

The trial on the allocation and related issues will commence on April 1, 2014.  The

U.S. Court and Canadian Court will discuss further details at a pre-trial conference.

Dated: October 18, 2013

KEVIN GROSS, U.S.B.J.