# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

FILED

'13 OCT 16  AM 9: 37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Wayne J. Schmidt and his Power of Attorney, Tim Steele

hereby wish to withdraw appearance in the above-captioned bankruptcy proceeding as referenced

at the addresses below:

Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ 85118

Tim Steele
Power of Attorney for:
Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyo, AZ 85118

Tim Steele
Power of Attorney for:
Wayne J. Schmidt
PO Box 374
Christopher Lake, SK
Canada S0J 0N0

PLEASE TAKE FURTHER NOTICE that the undersigned on behalf of Wayne J. Schmidt

hereby requests Wayne J. Schmidt and Tim Steele, Power of Attorney for Wayne J. Schmidt be

removed from all service lists for these proceedings.

DATED:  October 5, 2013   BY:

Tim Steele, Power of Attorney for:
Wayne J. Schmidt
5346 S Mohave Sage Drive
Gold Canyon, AZ 85118mailing address

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.