IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11919-11935 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
25 day of October, 2013

/s/ Notary Public
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  MARKOWSKI, PHYLLIS                 MARKOWSKI, PHYLLIS
        PHYLLIS MARKOWSKI                  33 IVY HILL ROAD
        33 IVY HILL RD                     OAKDALE, NY 11769
        OAKDALE NY 11769
```

Please note that your claim # 4559 in the above referenced case and in the amount of $29,461.00 allowed at $29,667.90  has been transferred **(unless previously expunged by court order)** to:

```
                                          HAIN CAPITAL HOLDINGS, LLC
                                          TRANSFEROR: MARKOWSKI, PHYLLIS
                                          ATTN: AMANDA RAPOPORT
                                          301 ROUTE 17, 7TH FLOOR
                                          RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     District of Delaware
                     824 Market Street, Fifth Floor
                     Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11931      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/21/2013                           David D. Bird, Clerk of Court

                                           /s/ Kimberly Murray
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2013.

# EXHIBIT B

```
TIME: 16:25:39                                       NORTEL NETWORKS INC.                                                            PAGE:   1
DATE: 10/21/13                                        CREDITOR LISTING

Name                              Address
BENTIVEGNA, KAREN                 17 IVY LEAGUE LANE STONY BROOK NY 11790
DEMARTINO, FAYE                   257 AVOCA AVE MASSAPEQUA PARK NY 11762
DICKSON, DAVID E.                 19 COUNTRY LANE ARUNDEL ME 04046
GEPPI, LEIGH ANNE                 132 BLUE RIBBON TRAIL CHRISTIANA TN 37037
GRANATA, DOMINIC                  1095 MOUNTCLAIRE DR. CUMMING GA 30041
HAILE, MATTHEW E.                 1504 PINEVIEW STREET RALEIGH NC 27608
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: BENTIVEGNA, KAREN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: DEMARTINO, FAYE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: DICKSON, DAVID E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: GEPPI, LEIGH ANNE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: GRANATA, DOMINIC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: HAILE, MATTHEW E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: HYDE, JONATHAN KELLY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: KRATZ, JOHN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: KUMHYR, VALERIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: LUBKE, JERRI ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: MARKOWSKI, PHYLLIS ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: MOETTELI, ROBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: ORLANDO, CHRISTINE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: PRICE, JOSILEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: THILBERG, RONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: TURNER, CORY B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: YANG, LING ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HYDE, JONATHAN KELLY              3001 KINGSBROOK DRIVE WYLIE TX 75098
KRATZ, JOHN                       505 E. BELOIT ST. ORFORDVILLE WI 53576
KUMHYR, VALERIE                   1304 FAIRFAX DR RALEIGH NC 27609
LUBKE, JERRI                      12509 TAPPERSFIELD COURT RALEIGH NC 27613
MARKOWSKI, PHYLLIS                PHYLLIS MARKOWSKI 33 IVY HILL RD OAKDALE NY 11769
MARKOWSKI, PHYLLIS                33 IVY HILL ROAD OAKDALE NY 11769
MOETTELI, ROBERT                  3928 WALNUT PARK CIR GARLAND TX 75042
ORLANDO, CHRISTINE                P.O. BOX 851192 RICHARDSON TX 75085-1192
PRICE, JOSILEN                    2619 DANDELION LN ROWLETT TX 75089
THILBERG, RONALD                  101 LEATHER LEAF LN LEBANON OH 45036
TURNER, CORY B.                   148 ERVIN STREET HENDERSONVILLE TN 37075
YANG, LING                        506 LOCH LOMOND CT MILPITAS CA 95035


Total Number of Records Printed      35
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006