# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 21, 2013  
Invoice 440602  
Page 2  
Client # 732310

Matter # 165839

For services through September 30, 2013  
relating to Case Administration

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/13 | | Case maintenance and organization | | | |
| | Paralegal | Lindsey A Edinger | 0.10 hrs. | 215.00 | $21.50 |
| 09/11/13 | | Review docket (.2); Review and update critical dates (.5) | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 09/11/13 | | Case maintenance and organization | | | |
| | Paralegal | Lindsey A Edinger | 0.20 hrs. | 215.00 | $43.00 |
| 09/16/13 | | Case maintenance and organization | | | |
| | Paralegal | Lindsey A Edinger | 0.20 hrs. | 215.00 | $43.00 |
| 09/20/13 | | Review and calendar upcoming critical dates | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 09/30/13 | | Document retrieval and maintenance (.1); Email correspondence with B. Witters and C. Samis re Division of Time Form (.1) | | | |
| | Paralegal | Lindsey A Edinger | 0.20 hrs. | 215.00 | $43.00 |

Total Fees for Professional Services $391.00

**TOTAL DUE FOR THIS INVOICE** **$391.00**  
BALANCE BROUGHT FORWARD $540.70

**TOTAL DUE FOR THIS MATTER** **$931.70**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 3  
Client # 732310

Matter # 165839

For services through September 30, 2013  
relating to Claims Administration

| Date | Description | Role | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/13 | Review 33rd omnibus objection to claims (.7); Review 32nd omnibus objection to claims (.7); Review 31st omnibus objection to claims (.7) | | | | | |
| | | Associate | Christopher M. Samis | 2.10 hrs. | 450.00 | $945.00 |
| 09/24/13 | Call to D. Barnes re: status of Barnes claims and case (.5); Emails to A. Cordo re: D. Barnes claim inquiry (.2); Review D. Barnes claims and status of same (.4) | | | | | |
| | | Associate | Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |
| 09/25/13 | Email to D. Barnes re: claim information | | | | | |
| | | Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,485.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,485.00** |
| BALANCE BROUGHT FORWARD | $756.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,241.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 4  
Client #  732310

Matter #  165839

For services through September 30, 2013  
relating to  Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/13 | Emails to F. Hodara and B. Kahn re: preparation for 9/10/13 hearing (x2) | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 09/08/13 | Email with C. Samis re: coverage at hearing | | | | |
| | Associate — Amanda R. Steele | | 0.10 hrs. | 350.00 | $35.00 |
| 09/09/13 | Email with C. Samis re: hearing coverage | | | | |
| | Associate — Amanda R. Steele | | 0.10 hrs. | 350.00 | $35.00 |
| 09/09/13 | Retrieve and review re: 9/10/13 agenda (.2); Email to distribution re: same (.1); Retrieve re: 9/10/13 agenda pleadings (.2); Prepare 9/10/13 hearing binder (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 0.80 hrs. | 215.00 | $172.00 |
| 09/09/13 | Review agenda for 9/10/13 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 09/10/13 | Attend 9/10/13 hearing (.8); Prepare for 9/10/13 hearing (1.3); Meet with L. Beckerman re: 9/10/13 hearing and status of case (1.0); Emails to L. Beckerman re: preparation for 9/10/13 hearing (.2); Emails to A. Steele re: preparation for 9/10/13 hearing (.3) | | | | |
| | Associate — Christopher M. Samis | | 3.60 hrs. | 450.00 | $1,620.00 |
| 09/16/13 | Retrieve and review 9/18/13 agenda (.1); Email to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 09/16/13 | Email to A. Cordo re: status of 9/18/13 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 21, 2013  
Invoice 440602  
Page 5  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/17/13 | Retrieve and review re: 9/18/13 amended agenda (.1); Email to distribution re: same (.1); Email from M. Wunder re: 9/18/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); Email to M. Wunder re: same (.1); Retrieve re: 9/18/13 agenda pleadings (.2); Prepare 9/18/13 hearing binder (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 09/18/13 | Retrieve and review 9/18/13 second amended agenda (.1); Email to distribution re: same (.1); Retrieve re: additional 9/18/13 agenda pleadings (.2); Update 9/18/13 hearing binder (.3); Review email from M. Fagen re: telephonic appearance of R. Johnson for 9/18/13 hearing (.1); Telephone call to Courtcall re: same (.1); Email to M. Fagen re: same (.1) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 09/18/13 | Prepare for 9/18/13 hearing (1.6); Attend 9/13/13 hearing (2.2); Email to B. Witters re: preparation for 9/18/13 hearing (.1) | Associate | Christopher M. Samis | 3.90 hrs. | 450.00 | $1,755.00 |
| 09/19/13 | Retrieve re: notice of telephonic 9/20/13 hearing (.1); Circulate to distribution re: same (.1); Review e-mail from M. Wunder re: 9/20/13 telephonic appearance of same (.1); Telephone call to Courtcall re: 9/20/13 telephonic appearances of M. Wunder, C. Samis, F. Hodara, D. Botter, A. Qureshi and R. Johnson (.6); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 09/19/13 | Email to B. Kahn re: logistics of 9/20/13 telephonic hearing (.1); Email to B. Witters re: logistics of 9/20/13 telephonic hearing (.1); Email to B. Kahn re: transcript of 9/18/13 hearing (.1); Email to A. Cordo re: transcript of 9/18/13 hearing (.1) | Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 09/20/13 | Retrieve and review 9/24/13 agenda (.1); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 09/20/13 | Participate in conference call on discovery dispute in allocation litigation | Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 21, 2013

Invoice 440602

Page 6

Client #  732310

Matter #  165839

|  |  |
|---|---:|
| Total Fees for Professional Services | $5,068.00 |
| TOTAL DUE FOR THIS INVOICE | **$5,068.00** |
| BALANCE BROUGHT FORWARD | $3,742.10 |
| **TOTAL DUE FOR THIS MATTER** | **$8,810.10** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 21, 2013  
Invoice 440602  
Page 7  
Client # 732310

Matter # 165839

For services through September 30, 2013  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/13 | Email to B. Witters re: Third Circuit allocation oral argument schedule | Associate — Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 09/04/13 | Email to K. Murphy re: conference call with Court on discovery disputes | Associate — Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| 09/06/13 | Emails to R. Johnson re: review and service of privilege log in allocation litigation (.4); Review privilege log in allocation litigation (.3) | Associate — Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |
| 09/09/13 | Review joint application for letters rogatory in allocation litigation (1.2); Call from A. Cordo re: approval of joint application for letters rogatory in allocation litigation (.2); Emails to B. Kahn re: approval of joint application for letters rogatory in allocation litigation (.3) | Associate — Christopher M. Samis | 1.70 hrs. | 450.00 | $765.00 |
| 09/11/13 | Telephone call from C. Samis re: acknowledgement forms filed for oral argument (.1); Search third circuit docket re: same (.3); Retrieve and e-mail to C. Samis re: acknowledgement forms for D. Adler and H. Zelbo (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 09/13/13 | Call from A. Cordo re: revisions to letters rogatory in allocation litigation (.1); Email to W. Aleman re: revisions to letters rogatory in allocation litigation (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 09/19/13 | Review Radware 9019 (.8); Review Debtors' discovery dispute letter (.8); Review EMEA discover dispute letter response (.7); Review Debtors' discovery dispute reply (.8) | Associate — Christopher M. Samis | 3.10 hrs. | 450.00 | $1,395.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 21, 2013  
Invoice 440602  
Page 8  
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/20/13 | Prepare for conference call on discovery dispute in allocation litigation (.3); Review amended deposition protocol in allocation litigation (.4); Review protective order amendment in allocation litigation (.7) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 450.00 | $630.00 |
| | | | | |
| 09/25/13 | Call to S. Scaruzzi with A. Cordo and others re: need for further teleconferences on discovery dispute in allocation litigation (.2); Call to A. Cordo re: call with Court on further teleconferences on discovery dispute in allocation litigation (.2); Emails to B. Kahn re: call with Court on further teleconferences on discovery dispute in allocation litigation (.2); Email to K. Murphy and others re: need for further teleconferences on discovery dispute in allocation litigation (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |
| | | | | |
| 09/30/13 | Review Fitzpatrick letters rogatory in allocation litigation (1.2); Review GT letters rogatory in allocation litigation (1.2); Emails to A. Cordo re: approval of Fitzpatrick and GT letters rogatory in allocation litigation (.3); Emails to B. Kahn and others re: approval of Fitzpatrick and GT letters rogatory in allocation litigation (.2); Review multiple e-mails on allocation litigation depositions (.4) | | | |
| Associate | Christopher M. Samis | 3.30 hrs. | 450.00 | $1,485.00 |

Total Fees for Professional Services     $5,214.00

TOTAL DUE FOR THIS INVOICE     **$5,214.00**  
BALANCE BROUGHT FORWARD     $6,665.60

**TOTAL DUE FOR THIS MATTER**     **$11,879.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 21, 2013
Invoice 440602
Page 9

Client # 732310

Matter # 165839

For services through September 30, 2013
relating to RLF Fee Applications

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/13 | | Review email from B. Kahn re: fee and expense estimates for the month of August (.1); Email to accounting re: same (.1); Email to B. Kahn and C. Samis re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 09/20/13 | | Review RLF August bill memos | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 09/23/13 | | Revise RLF August bill memo | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 09/23/13 | | Prepare cno re: RLF July fee application (.2); Finalize and file cno re: same (.2) | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 09/27/13 | | Review RLF fee application for filing | | | |
| | Associate | Andrew C. Irgens | 0.50 hrs. | 400.00 | $200.00 |
| 09/27/13 | | Review and revise RLF August fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

Total Fees for Professional Services    $716.00

TOTAL DUE FOR THIS INVOICE    **$716.00**
BALANCE BROUGHT FORWARD    $2,132.00

**TOTAL DUE FOR THIS MATTER**    $2,848.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

October 21, 2013  
Invoice 440602  
Page 10  
Client # 732310

Matter # 165839

For services through September 30, 2013  
relating to Fee Applications of Others

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/03/13 | Email to B. Witters re: CNO for committee fee application (.1); Review same (.1) | Associate | Amanda R. Steele | 0.20 hrs. | 350.00 | $70.00 |
| 09/03/13 | Prepare cno re: Dentons May fee application (.2); Prepare cno re: committee member May fee application (.2); Review email from C. Samis re: allocation expert witness June and July invoices (.1); Prepare under seal packages and deliver to A. Cordo (.2); Finalize and file cno re: Dentons May fee application (.2); Finalize and file cno re: Committee Member May fee application (.2) | Paralegal | Barbara J. Witters | 1.10 hrs. | 215.00 | $236.50 |
| 09/03/13 | Emails to B. Witters re: CNO for second Committee member expense reimbursement application (.2); Email to B. Witters re: submission of allocation expert witness fee statements to fee auditor (.1); Meet with A. Steele re: submission of allocation expert witness fee statements to fee auditor (.2); Email to A. Cordo re: submission of allocation expert witness fee statements to fee auditor (.1); Call from A. Cordo re: submission of allocation expert witness fee statements to fee auditor (.1) | Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |
| 09/11/13 | Prepare cno re: Dentons Canada June fee application (.2); Update fee status chart (1.0) | Paralegal | Barbara J. Witters | 1.20 hrs. | 215.00 | $258.00 |
| 09/12/13 | Finalize and efile CNO re: Ashurst 44th fee application (.1); Finalize and efile CNO re: Capstone's 52nd fee application (.1) | Paralegal | Ann Jerominski | 0.20 hrs. | 215.00 | $43.00 |
| 09/12/13 | Prepare cno re: Capstone May fee application (.2); Prepare cno re: Ashurst July fee application (.2); Update fee status chart (1.0); Finalize and file cno re: Dentons Canada June fee application (.2) | Paralegal | Barbara J. Witters | 1.60 hrs. | 215.00 | $344.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 11  
Client #  732310

Matter #  165839

---

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/13/13 | Prepare cno re: Capstone June fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 09/16/13 | Prepare cno re: Akin Gump June fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 09/18/13 | Prepare cno re: Capstone July fee application | Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 09/18/13 | Review, revise and finalize CNO for Capstone 54th fee application | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 09/19/13 | Revise cno re Capstone July fee application (.1); Finalize and file cno re: same (.2); Prepare cno re: Dentons July fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |
| 09/20/13 | Prepare cno re: Akin Gump July fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 09/27/13 | Email correspondence with C. Samis re: fee apps (.1); Review Ashurst monthly fee application for filing (.3) | Associate | Andrew C. Irgens | 0.40 hrs. | 400.00 | $160.00 |
| 09/27/13 | Review e-mail from and to B. Kahn re: Ashurst August fee application (.2); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 09/27/13 | Email to A. Irgens re: covering filing of fee applications on 9/27/13 | Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | October 21, 2013<br>Invoice 440602<br>Page 12<br>Client #  732310<br><br>Matter # 165839 |

| | |
|---|---:|
| Total Fees for Professional Services | $2,228.00 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$2,228.00** |
| BALANCE BROUGHT FORWARD | $8,067.30 |
| **TOTAL DUE FOR THIS MATTER** | **$10,295.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 21, 2013  
Invoice 440602  
Page 13  
Client #  732310  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.40 | 350.00 | 140.00 |
| Andrew C. Irgens | 0.90 | 400.00 | 360.00 |
| Ann Jerominski | 0.20 | 215.00 | 43.00 |
| Barbara J. Witters | 14.90 | 215.00 | 3,203.50 |
| Christopher M. Samis | 24.90 | 450.00 | 11,205.00 |
| Lindsey A Edinger | 0.70 | 215.00 | 150.50 |
| TOTAL | 42.00 | $359.57 | 15,102.00 |

**TOTAL DUE FOR THIS INVOICE**                                             $15,536.44

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310