# **<u>EXHIBIT B</u>**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

October 21, 2013
Invoice 440602

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through September 30, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Court Reporter Services | $151.20 |
| Document Retrieval | $64.70 |
| Long distance telephone charges | $5.56 |
| Messenger and delivery service | $18.00 |
| Photocopying/Printing  1,132 @ $.10 pg./ 614 @ $.10/pg. | $174.60 |
| Postage | $20.38 |
| Other Charges | $434.44 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$434.44** |
| BALANCE BROUGHT FORWARD | $3,816.35 |
| **TOTAL DUE FOR THIS MATTER** | **$4,250.79** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 14  
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
        Case Administration  
        Claims Administration  
        Court Hearings  
        Litigation/Adversary Proceedings  
        RLF Fee Applications  
        Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 09/03/13 | Messenger and delivery | | MESS |
| | | Amount = $6.00 | |
| 09/03/13 | PACER | | DOCRETRI |
| | | Amount = $1.60 | |
| 09/03/13 | PACER | | DOCRETRI |
| | | Amount = $16.10 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $6.00 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/03/13 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

October 21, 2013  
Invoice 440602  
Page 15  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 09/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/03/13 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 09/03/13 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 09/09/13 | PACER | | DOCRETRI |
| | Amount = | $17.90 | |
| 09/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 09/09/13 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 09/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/09/13 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 09/09/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/10/13 | 12123023580 Long Distance | | LD |
| | Amount = | $5.56 | |
| 09/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/10/13 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 09/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/10/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/10/13 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 09/10/13 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 16  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 09/10/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/11/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/12/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/12/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/12/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/12/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/12/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/13/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/13/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/13/13 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 17  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/13/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/16/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/16/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 09/16/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 09/17/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

October 21, 2013  
Invoice 440602  
Page 18  
Client # 732310  

| Date | Description | | Amount |
|---|---|---|---|
| 09/18/13 | Printing | Amount = $0.90 | DUP.10CC |
| 09/18/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/18/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/18/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/18/13 | Printing | Amount = $0.90 | DUP.10CC |
| 09/18/13 | Printing | Amount = $4.80 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/19/13 | Printing | Amount = $0.20 | DUP.10CC |
| 09/20/13 | DIAZ DATA SERVICES | Amount = $151.20 | CTRPT |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 19  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 09/20/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/20/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/20/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/23/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/23/13 | Printing | Amount = $0.30 | DUP.10CC |
| 09/23/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/23/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/24/13 | PACER | Amount = $1.10 | DOCRETRI |
| 09/25/13 | PACER | Amount = $3.00 | DOCRETRI |
| 09/27/13 | Photocopies | Amount = $113.20 | DUP.10CC |
| 09/27/13 | Messenger and delivery | Amount = $12.00 | MESS |
| 09/27/13 | PACER | Amount = $25.00 | DOCRETRI |
| 09/27/13 | Postage | Amount = $20.38 | POST |
| 09/27/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/27/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/27/13 | Printing | Amount = $0.10 | DUP.10CC |
| 09/27/13 | Printing | Amount = $6.00 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 21, 2013  
Invoice 440602  
Page 20  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $2.20 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/27/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $434.44