# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through August 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.3 | $1,267.50 |
| Fee and Employment Applications | 33.3 | $18,895.50 |
| Analysis of Canadian Law | 82.3 | $62,822.50 |
| Intercompany Analysis | 31.7 | $28,530.00 |
| Litigation | 601.0 | $352,946.00 |
| Canadian CCAA Proceedings/Matters | 47.3 | $39,792.00 |
| Canadian Sec.18.6 Proceedings/Matters | 16.0 | $10,616.00 |
| U.S. Proceedings/Matters | 1.0 | $875.00 |
| **TOTAL** | 813.9 | $515,744.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 15/08/2013 | Organizing electronic and paper materials, and updating files; | 1.3 | 1,267.50 | 11914923 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/08/2013 | Conference with N. Su regarding fee application; | 0.2 | 128.00 | 12014368 |
| Gray | William | 05/08/2013 | Review fee application submission | 0.6 | 540.00 | 11898936 |
| Gray | William | 06/08/2013 | Work on monthly fee application | 0.7 | 630.00 | 11898928 |
| Gray | William | 07/08/2013 | Work on quarterly and monthly fee applications | 1.2 | 1,080.00 | 11907981 |
| Gray | William | 08/08/2013 | Work on fee application | 0.6 | 540.00 | 11907991 |
| Gray | William | 12/08/2013 | Work on revised monthly and quarterly fee application filing (.4); discussion with N. Su regarding time entry (.2) | 0.6 | 540.00 | 11909470 |
| Gray | William | 13/08/2013 | Work on monthly fee application with N. Su | 0.6 | 540.00 | 11909462 |
| Gray | William | 14/08/2013 | Work on monthly and quarterly fee applications | 0.8 | 720.00 | 11914635 |
| Gray | William | 15/08/2013 | Review responses to Dionne Wynn regarding US Trustee remarks on papers (1.1); conference with A. Bauer re same (.2) | 1.3 | 1,170.00 | 11914626 |
| Gray | William | 16/08/2013 | Work on fee application and conference with N. Su and MNAT | 0.6 | 540.00 | 11918526 |
| Gray | William | 19/08/2013 | Review US Trustee comments to fee application (.8); telephone call with local counsel (.2); revise and update fee applications (.2) | 1.2 | 1,080.00 | 11918510 |
| Gray | William | 21/08/2013 | Finalize CNO for fee application (.3); review monthly fee application (.2) | 0.5 | 450.00 | 11924618 |
| Gray | William | 23/08/2013 | Work on quarterly and monthly fee applications (6); update examiner issues (.3) | 0.9 | 810.00 | 11927976 |
| Gray | William | 26/08/2013 | Review monthly fee application, review requested changes and discussions with N. Su re same (1.0); work on quarterly application (0.3) | 1.3 | 1,170.00 | 11928394 |
| Gray | William | 27/08/2013 | Work on Quarterly Fee Application and review impact of fee examiner order | 1.6 | 1,440.00 | 11932494 |
| Gray | William | 28/08/2013 | Finalize and file quarterly fee app (.2); discussion with N. Su re same (.2) | 0.4 | 360.00 | 11932518 |
| Gray | William | 29/08/2013 | Review and finalize monthly fee application | 0.7 | 630.00 | 11937847 |
| Bauer | Alison D. | 06/08/2013 | Reminder email re: July time (.1); review of deadlines and composed email to J. Wong and W. Gray re: August Nortel bill (.1) | 0.2 | 155.00 | 11899587 |
| Bauer | Alison D. | 12/08/2013 | Review edits and conference N. Su | 0.5 | 387.50 | 11907489 |
| Bauer | Alison D. | 14/08/2013 | Conference D. Wynn of US Trustee's office (.4) and draft and review follow up emails to and from attorneys regarding his comments and questions (.4) | 0.8 | 620.00 | 11913066 |
| Bauer | Alison D. | 15/08/2013 | Draft response to D. Wynn of US Trustee's office and conferences W. Gray re same (.6); conference N. Su re time entry categorizations (0.2) | 0.8 | 620.00 | 11914556 |
| Bauer | Alison D. | 16/08/2013 | emails Gray, Su regarding fee applications; email local counsel re CNO | 0.2 | 155.00 | 11916645 |
| Su | Nan | 08/08/2013 | review and revise July time entry data (3.2); email various time keepers regarding questionable time entries (0.5); | 3.7 | 999.00 | 11903690 |
| Su | Nan | 12/08/2013 | discussion with W. Gray regarding time entry (0.2); meeting with A. Bauer regarding fee application data (0.4); revise fee application data and corresponding with J. Chetri to make the changes (0.5); | 1.1 | 297.00 | 11907499 |
| Su | Nan | 13/08/2013 | review and revise July Monthly and 11th Quarterly fee application; | 1.2 | 324.00 | 11910968 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Su | Nan | 14/08/2013 | review of court docket and provide update to attorneys (0.1); corresponding with W. Gray and A. Bauer obtain documents to assist with an informal objection from the U.S. Trustee (0.3); | 0.4 | 108.00 | 11913526 |
| Su | Nan | 14/08/2013 | email fee application data to S. Bomhof for comments; | 0.1 | 27.00 | 11913528 |
| Su | Nan | 15/08/2013 | corresponding with W. Gray regarding the trustee's inquiries of Torys' June 2013 fee application (0.5); review and search court docket, obtain documents and report to attorneys re same (0.5); conference call to MNAT (0.3); conference with A. Slaven regarding fee application (0.2); | 1.5 | 405.00 | 11915355 |
| Su | Nan | 15/08/2013 | attention to July fee application and corresponding with accounting department regarding same; | 1.2 | 324.00 | 11915358 |
| Su | Nan | 16/08/2013 | conference with W. Gray and MNAT (0.3); discussion with internal team regarding strategy of the trustee's informal comments to Torys' June fee application and filing of CNO (0.5); attention to S. Bomhof's comments regarding July fee application and corresponding with accounting regarding the same (0.7); obtain information for S. Bomhof's inquiry (0.2); | 1.7 | 459.00 | 11916362 |
| Su | Nan | 26/08/2013 | revise and finalize July fee application for filing and discussion with W. Gray re same (1.7); email to B. Yu regarding the fee application attachments (0.2); email to A. Cordo regarding finalized July fee application (0.2); | 2.1 | 567.00 | 11929336 |
| Su | Nan | 26/08/2013 | review court docket and download filed CNO and Fee Applications for May - July 2013; | 0.5 | 135.00 | 11929372 |
| Su | Nan | 27/08/2013 | Corresponding with W. Gray regarding the fee application time entries (0.3); review and revise fee application (0.2); corresponding with B. Yu regarding corrections to the fee application entries (0.4); email T. Minott regarding the same (0.2); prepare eleventh quarterly fee application (0.8); conference with B. Yu regarding the expense amount discrepancies (0.3); | 2.2 | 594.00 | 11931316 |
| Su | Nan | 27/08/2013 | review of court docket (0.1); provide update to attorneys (0.1); retrieve filed fee application for filing and distribution (0.2); set calendar deadline accordingly (0.1); | 0.5 | 135.00 | 11931436 |
| Su | Nan | 28/08/2013 | discussions with W. Gray re quarterly fee application (0.2); revise and finalize quarterly fee application (0.5); email T. Minott re same (0.1); | 0.8 | 216.00 | 11933217 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/08/2013 | reviewing revised deposition protocol (.3); meeting with S. Block and exchange messages with H. Zelbo of Cleary regarding preparation for depositions (1.7); trial preparation (.7); | 2.7 | 2,362.50 | 11894970 |
| Bomhof | Scott A. | 02/08/2013 | Trial preparation and review of materials for August 6 "meet and confer"; | 4.2 | 3,675.00 | 11905264 |
| Bomhof | Scott A. | 12/08/2013 | Review comments on Deposition Protocol and letters from Core Parties regarding witness designations (1.1); Review letter from counsel for EMEA re: outstanding disclosure issues and proposed new schedule for trial (0.4); Participate in update call with J. Ray, Cleary and A. Slavens, S. Block (1.2 hours); Prepare for trial (1.5); | 4.2 | 3,675.00 | 11909437 |
| Bomhof | Scott A. | 13/08/2013 | Review all filings related to UK Pension Trustee claims against US Debtors and Canadian Debtors and discuss same with S. Block (3.0); Exchange messages with Cleary re: deposition protocol and telephone conversation with J. Rosenthall, M. Decker, S. Block, A. Gray and A. Slavens re: deposition protocol issues (1.1); Prepare for trial (2.7); | 6.8 | 5,950.00 | 11909442 |
| Bomhof | Scott A. | 14/08/2013 | Review draft deposition protocol and comments received from Cdn Debtors and EMEA Debtors and participate in Core Parties call to discuss same (3.2); Review issues and filings related to UK Pension claims and prepare for trial (2.3); | 5.5 | 4,812.50 | 11914636 |
| Bomhof | Scott A. | 15/08/2013 | Review of Canadian court website with respect to materials for Allocation Litigation (1.8); telephone conversation with M. Gurgel (Cleary) re: Canadian docket review (0.4); review of UK Pension Claim materials and discuss same with S. Block (1.3); review EMEA motion scheduling materials for August 27 Motion to vary schedule and exchange messages with Goodmans and Cleary with respect to same (1.3); | 4.8 | 4,200.00 | 11914728 |
| Bomhof | Scott A. | 16/08/2013 | Trial preparation (0.7); review draft letter re: deposition issues and provide comments on same (0.3); telephone conversation with L. Schwitzer (Cleary) re: trial issues (0.3); review UKPT pleadings and responses and law with respect to same (2.4); | 3.7 | 3,237.50 | 11916910 |
| Bomhof | Scott A. | 19/08/2013 | Review EMEA motion record to extend litigation schedule (0.7); review EMEA record to compel third party disclosure and review waiver of issues (1.4); telephone conversation with Cleary, Chilmark, J. Rae and S. Block re: litigation update (1.1); review and provide comments on reply to EMEA's appeal to Third Circuit (1.1); | 4.3 | 3,762.50 | 11918554 |
| Bomhof | Scott A. | 20/08/2013 | Trial preparation and review of pleadings (3.7); review and provide comments on Deposition Protocol (0.6); review EMEA motion | 8.4 | 7,350.00 | 11922690 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | record to compel 3rd Party disclosure and various telephone calls with Cleary, Goodmans and Lax O'Sullivan to discuss disclosure of confidential and privileged documents (2.9); prepare for August 27 motion to amend litigation time table (0.4); telephone conversation with J. Stam (Gowlings) and P. Mitchell (Lax O'Sullivan) re: logistics for August 27 joint hearing (0.4); meet with S. Block re: Nortel litigation preparation (0.4); | | | |
| Bomhof | Scott A. | 21/08/2013 | Various telephone conversations with Goodmans, Lax O'Sullivan and W. Gray to discuss affidavit filed by EMEA and steps to claw back privileged materials (2.1); trial preparation (0.9); telephone conversation with E. Block (Cleary) and communications with Goodmans re: US filing of key orders from CCAA proceeding for EMEA appeal (0.6); review and provide comments on US Debtors reply to EMEA appeal to Third Circuit (0.9); review Estate side-agreement re: extension of litigation schedule (0.3); | 4.8 | 4,200.00 | 11922698 |
| Bomhof | Scott A. | 22/08/2013 | Trial preparation (2.5); various telephone conversations with Cleary, Goodmans and Lax O'Sullivan re: retraction of EMEA motion and US Debtors position on EMEA motion to compel Third Party document production (2.3); | 4.8 | 4,200.00 | 11927009 |
| Bomhof | Scott A. | 23/08/2013 | Trial preparation (1.5); review various Core Party notices and comments on Deposition Protocol (1.2); | 2.7 | 2,362.50 | 11927273 |
| Bomhof | Scott A. | 26/08/2013 | Review materials filed by UCC and Cleary for Third Circuit appeal brought by EMEA (0.9); various telephone conversations with J. Stam re: finalization of Orders to approve Deposition Protocol, Stipulation re: timetable extension and extension of litigation timetable (1.0); review motion materials re: Deposition Protocol, timetable extension and stipulation and discuss same with Dentens and Cleary (2.7); review Core Party witness designation materials (0.8); review Core Parties comments on Deposition Protocol (0.6); trial preparation (1.2); | 7.2 | 6,300.00 | 11928761 |
| Bomhof | Scott A. | 27/08/2013 | Review CCAA Debtor motion record and EMEA Debtor motion record to approve Deposition Protocol, Timetable Extension and Stipulation with respect to Extension and various telephone conversations with Gowlings, Cleary and Dentons with respect to same (2.3); review issued orders re: timetable and deposition protocol (0.4); review Goodmans letter re: Global Patent System (0.2); review Core Parties deposition and witness availability notices (0.3); telephone conversation with P. Michell and exchange | 6.3 | 5,512.50 | 11933933 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | messages with Cleary and Dentons re: postponement of EMEA motion to compel 3rd party disclosure (0.4); trial preparation (2.7); | | | |
| Bomhof | Scott A. | 29/08/2013 | reviewing witness availability and co-ordinate with Cleary regarding Torys designated witness schedules (1.2); trial preparation (1.7); reviewing exchanges with respect to claims of privilege and witness issues (.9); telephone call with J. Stam regarding Nortel hearing scheduling notice (.6); reporting to Cleary on EMEA request for a joint hearing on September 18 (.2); | 4.6 | 4,025.00 | 11936834 |
| Bomhof | Scott A. | 30/08/2013 | telephone call with J. Stam and telephone call with Cleary regarding EMEA motion scheduled for September 18 (.7); trial preparation (1.8); reviewing court materials for additional letters rogatory and discussing same with Goodmans (1.9); exchange messages with A. Mersky regarding Chartis (.3); | 4.7 | 4,112.50 | 11936839 |
| Gray | Andrew | 02/08/2013 | reviewing materials for Canadian motion (0.4) and regarding allocation dispute (0.3); | 0.7 | 542.50 | 11899453 |
| Gray | Andrew | 04/08/2013 | conference call with counsel regarding allocation discovery issues and preparing for same (1.0); reviewing allocation related materials (1.2); | 2.2 | 1,705.00 | 11899459 |
| Gray | Andrew | 05/08/2013 | conference call and reviewing materials relating to allocation and claims disputes; | 2.3 | 1,782.50 | 11899530 |
| Gray | Andrew | 06/08/2013 | meeting with counsel regarding discovery, and preparation and follow-up regarding the same; | 9.0 | 6,975.00 | 11899535 |
| Gray | Andrew | 07/08/2013 | preparing for Canadian court hearing (0.9); reviewing materials, internal discussions, discussions with opposing counsel and email regarding allocation and claims litigation issues (2.8); | 3.7 | 2,867.50 | 11901622 |
| Gray | Andrew | 12/08/2013 | drafting and reviewing materials relating to allocation dispute and discovery issues; | 1.8 | 1,395.00 | 11907748 |
| Gray | Andrew | 13/08/2013 | conference call and meetings regarding discovery issues (1.2); reviewing materials regarding discovery issues (0.9); | 2.1 | 1,627.50 | 11911261 |
| Gray | Andrew | 14/08/2013 | reviewing legal memorandum relating to allocation dispute and reviewing law cited in memorandum (1.8); conference call regarding discovery in allocation and claims litigation and preparing for same and following-up from same (1.9); | 3.7 | 2,867.50 | 11913762 |
| Gray | Andrew | 15/08/2013 | reviewing legal research on issues in the allocation and claims litigation (0.3); correspondence and discussions regarding discovery process (0.8); reviewing motion record for CCAA proceedings (0.6); | 1.7 | 1,317.50 | 11917661 |
| Gray | Andrew | 16/08/2013 | reviewing and discussing correspondence regarding discovery issues (0.6); reviewing and conducting legal research on issues relating to the allocation and claims litigation (1.9); | 2.5 | 1,937.50 | 11917652 |
| Gray | Andrew | 19/08/2013 | conference calls and correspondence relating to | 2.9 | 2,247.50 | 11919511 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 20/08/2013 | discovery issues (1.8); drafting materials relating to discovery (0.8); legal research regarding obtaining evidence (0.3); conference calls regarding upcoming motions (1.3); reviewing and revising materials related to discovery in the allocation and claims litigation (1.4); internal strategic discussions regarding allocation and claims litigation (0.4); reviewing legal research regarding evidence issues (0.6); | 3.7 | 2,867.50 | 11921719 |
| Gray | Andrew | 21/08/2013 | conference calls and email with counsel concerning discovery and evidence issues (1.8); reviewing draft materials relating to discovery and evidence issues and discussing same internally (0.6); preparing for CCAA motions (0.8); | 3.2 | 2,480.00 | 11923614 |
| Gray | Andrew | 26/08/2013 | internal discussions regarding scheduling issue and discovery (0.7): conference calls and correspondence with counsel regarding CCAA court proceedings and reviewing court materials (1.4); | 2.1 | 1,627.50 | 11932269 |
| Gray | Andrew | 27/08/2013 | e-mail communication with counsel regarding Canadian court proceedings (0.7); working on discovery matters relating to the allocation and claims disputes (1.2); | 1.9 | 1,472.50 | 11931631 |
| Gray | Andrew | 28/08/2013 | reviewing and revising materials relating to discovery and other procedural matters relating to the claims and allocation disputes (1.6); | 1.6 | 1,240.00 | 11933418 |
| Slavens | Adam | 01/08/2013 | trial preparation; | 4.0 | 2,560.00 | 11896612 |
| Slavens | Adam | 01/08/2013 | reviewing correspondence from core parties re litigation matters; | 0.6 | 384.00 | 11896632 |
| Slavens | Adam | 02/08/2013 | preparing for meet and confer; | 2.5 | 1,600.00 | 11896655 |
| Slavens | Adam | 02/08/2013 | reviewing and commenting on deposition protocol and email correspondence re same; | 1.0 | 640.00 | 11897138 |
| Slavens | Adam | 03/08/2013 | reviewing email correspondence from core parties re litigation matters; | 0.5 | 320.00 | 11897137 |
| Slavens | Adam | 04/08/2013 | reviewing email correspondence from core parties re litigation matters (0.6); reviewing deposition protocol and email correspondence re same (1.3); | 1.9 | 1,216.00 | 11897201 |
| Slavens | Adam | 05/08/2013 | preparing for meet and confer; | 2.0 | 1,280.00 | 11897670 |
| Slavens | Adam | 05/08/2013 | trial preparation; | 1.0 | 640.00 | 11897672 |
| Slavens | Adam | 06/08/2013 | attending meet and confer; | 8.5 | 5,440.00 | 11899853 |
| Slavens | Adam | 07/08/2013 | trial preparation; | 7.0 | 4,480.00 | 11902185 |
| Slavens | Adam | 08/08/2013 | trial preparation; | 3.4 | 2,176.00 | 11904821 |
| Slavens | Adam | 09/08/2013 | trial preparation; | 6.5 | 4,160.00 | 11905817 |
| Slavens | Adam | 12/08/2013 | trial preparation; | 4.0 | 2,560.00 | 11908280 |
| Slavens | Adam | 12/08/2013 | preparing for meeting with Nortel discovery team re document discovery and related matters and communications with Nortel discovery team re same; | 1.5 | 960.00 | 11908282 |
| Slavens | Adam | 13/08/2013 | conference calls with S. Bomhof, A. Gray, S. Block and Cleary re discovery plan matters; | 1.0 | 640.00 | 11911921 |
| Slavens | Adam | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 704.00 | 11911922 |
| Slavens | Adam | 13/08/2013 | trial preparation; | 2.5 | 1,600.00 | 11911940 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 14/08/2013 | conference call with core parties re depositions and related matters (.5); meeting with J. Gotowiec re same (.1); | 0.6 | 384.00 | 11914379 |
| Slavens | Adam | 14/08/2013 | trial preparation; | 4.0 | 2,560.00 | 11914380 |
| Slavens | Adam | 15/08/2013 | trial preparation; | 2.7 | 1,728.00 | 11916408 |
| Slavens | Adam | 16/08/2013 | trial preparation; | 2.0 | 1,280.00 | 11917794 |
| Slavens | Adam | 19/08/2013 | conference call with Cleary and Goodmans re litigation process matters (1.0); office conference with S. Block and S. Bomhof re same (0.3); | 1.3 | 832.00 | 11919977 |
| Slavens | Adam | 21/08/2013 | email correspondence and telephone calls with Cleary, Goodmans and Lax O'Sullivan re motion returnable August 30, 2013; | 1.5 | 960.00 | 11924000 |
| Slavens | Adam | 22/08/2013 | reviewing and commenting on documents re litigation timetable; | 1.0 | 640.00 | 11925764 |
| Slavens | Adam | 23/08/2013 | reviewing and commenting on documents re litigation timetable; | 0.7 | 448.00 | 11925831 |
| Slavens | Adam | 24/08/2013 | reviewing email correspondence re motion returnable August 27, 2013 and related litigation procedural matters; | 0.5 | 320.00 | 11929878 |
| Slavens | Adam | 26/08/2013 | reviewing forms of orders and related email correspondence re motion returnable August 27, 2013 and related litigation procedural matters; | 1.5 | 960.00 | 11929870 |
| Slavens | Adam | 26/08/2013 | email correspondence with M. Reynolds and discovery team re litigation procedural matters; | 0.3 | 192.00 | 11929883 |
| Slavens | Adam | 27/08/2013 | reviewing email correspondence re motion returnable August 27, 2013 and related litigation procedural matters; | 0.4 | 256.00 | 11931977 |
| Slavens | Adam | 27/08/2013 | trial preparation; | 1.5 | 960.00 | 11931984 |
| Slavens | Adam | 28/08/2013 | trial preparation; | 2.8 | 1,792.00 | 11934057 |
| Slavens | Adam | 30/08/2013 | trial preparation; | 1.8 | 1,152.00 | 11937965 |
| Slavens | Adam | 30/08/2013 | email correspondence with M. Reynolds and discovery team re litigation procedural matters; | 0.2 | 128.00 | 11937969 |
| Reynolds | Molly | 09/08/2013 | meeting with A. Slavens re document discovery (0.1); | 0.1 | 51.00 | 11906287 |
| Reynolds | Molly | 12/08/2013 | meeting with A. Slavens re document discovery (0.4), emailing A. Rahneva re document review (0.1); | 0.5 | 255.00 | 11907287 |
| Reynolds | Molly | 13/08/2013 | meeting with Torys document review team re discovery matters (1.1); discussing document discovery matters with Cleary team and reviewing related documents(2.7); | 3.8 | 1,938.00 | 11910848 |
| Reynolds | Molly | 14/08/2013 | corresponding with document review team re assignments and timing (1.), reviewing related documents (3.0); | 4.0 | 2,040.00 | 11913457 |
| Reynolds | Molly | 15/08/2013 | meeting with Torys document review team re review assignments (1.5), meeting with litigation technology staff re document review software and support (0.5), meeting with S. Block re depositions (0.5) and reviewing documents and corresponding internally re same (2.2); | 4.7 | 2,397.00 | 11915149 |
| Reynolds | Molly | 19/08/2013 | reviewing motion record re third party document production (0.5); | 0.5 | 255.00 | 11919109 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 20/08/2013 | meeting with Torys and Cleary document review teams re review tasks (3.0), reviewing documents re same (2.0); | 5.0 | 2,550.00 | 11921326 |
| Reynolds | Molly | 21/08/2013 | meeting with Torys document review team re strategies and review tasks (3), conference call and follow-up emails with Cleary team re document discovery tasks (0.7); | 3.7 | 1,887.00 | 11923081 |
| Reynolds | Molly | 22/08/2013 | discussing discovery issues with Torys and Cleary document review teams (0.8); | 0.8 | 408.00 | 11924895 |
| Reynolds | Molly | 23/08/2013 | corresponding with Torys document review team re discovery questions (0.3); | 0.3 | 153.00 | 11925996 |
| Reynolds | Molly | 26/08/2013 | meeting with Torys document review team re document discovery tasks (0.2); | 0.2 | 102.00 | 11929246 |
| Reynolds | Molly | 27/08/2013 | speaking with Cleary and Torys teams re deposition preparations (0.4); | 0.4 | 204.00 | 11931250 |
| Reynolds | Molly | 28/08/2013 | corresponding with Torys and Cleary lawyers re deposition preparation; | 0.2 | 102.00 | 11933072 |
| Reynolds | Molly | 29/08/2013 | emails with Torys document review team re depositions (0.3); | 0.3 | 153.00 | 11935458 |
| Reynolds | Molly | 30/08/2013 | meeting with Torys team re deposition preparation (1.7), emailing Cleary team re document review matters (0.3); | 2.0 | 1,020.00 | 11935646 |
| Gotowiec | James | 14/08/2013 | meeting with A. Slavens regarding depositions; | 0.1 | 41.50 | 11912696 |
| Gotowiec | James | 20/08/2013 | call with A. Slavens regarding legal research question; | 0.5 | 207.50 | 11920111 |
| Unger | Brian | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 363.00 | 11908124 |
| Unger | Brian | 14/08/2013 | participating in webinar on document discovery; | 1.4 | 462.00 | 11911786 |
| Unger | Brian | 15/08/2013 | meeting about case management and document review software; | 1.5 | 495.00 | 11915403 |
| Unger | Brian | 15/08/2013 | seminar on document discovery; | 1.0 | 330.00 | 11915410 |
| Unger | Brian | 15/08/2013 | reading background materials on case; | 1.5 | 495.00 | 11915411 |
| Unger | Brian | 21/08/2013 | conducting document discovery for case; | 2.0 | 660.00 | 11923280 |
| Unger | Brian | 22/08/2013 | conducting document discovery for case (.9); discussion with R. Lombardi re searching procedures (.1); | 1.0 | 330.00 | 11925146 |
| Unger | Brian | 23/08/2013 | conducting document discovery for case; | 1.8 | 594.00 | 11926490 |
| Unger | Brian | 26/08/2013 | conducting document discovery for case; | 1.4 | 462.00 | 11929497 |
| Unger | Brian | 27/08/2013 | conducting document discovery for case; | 2.6 | 858.00 | 11931519 |
| Unger | Brian | 29/08/2013 | conducting document discovery for case; | 4.4 | 1,452.00 | 11935205 |
| Unger | Brian | 30/08/2013 | conducting document discovery for case; | 4.5 | 1,485.00 | 11935358 |
| Ruscio | Giancarlo | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 363.00 | 11908040 |
| Ruscio | Giancarlo | 14/08/2013 | participating in webinar on document discovery; | 1.4 | 462.00 | 11911788 |
| Ruscio | Giancarlo | 14/08/2013 | reading background re: case and position statements; | 1.5 | 495.00 | 11913091 |
| Ruscio | Giancarlo | 15/08/2013 | meeting about case management and document review software; | 1.5 | 495.00 | 11913986 |
| Ruscio | Giancarlo | 15/08/2013 | participating in seminar on document discovery; | 1.0 | 330.00 | 11914577 |
| Ruscio | Giancarlo | 15/08/2013 | reading background re: case and position statements; | 0.3 | 99.00 | 11914649 |
| Ruscio | Giancarlo | 18/08/2013 | reviewing background documents on case; | 0.2 | 66.00 | 11916904 |
| Ruscio | Giancarlo | 19/08/2013 | reviewing background documents on case; | 0.5 | 165.00 | 11917501 |
| Ruscio | Giancarlo | 19/08/2013 | conducting document discovery for case; | 0.8 | 264.00 | 11919179 |
| Ruscio | Giancarlo | 20/08/2013 | conducting document discovery for case; | 6.3 | 2,079.00 | 11966369 |
| Ruscio | Giancarlo | 21/08/2013 | conducting document discovery for case; | 4.1 | 1,353.00 | 11922570 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Ruscio | Giancarlo | 22/08/2013 | conducting document discovery for case; | 2.7 | 891.00 | 11924530 |
| Ruscio | Giancarlo | 23/08/2013 | conducting document discovery for case and attending meeting for same; | 2.9 | 957.00 | 11925644 |
| Ruscio | Giancarlo | 24/08/2013 | conducting document discovery for case; | 3.2 | 1,056.00 | 11926661 |
| Ruscio | Giancarlo | 25/08/2013 | conducting document discovery for case; | 2.8 | 924.00 | 11926893 |
| Ruscio | Giancarlo | 26/08/2013 | conducting document discovery for case; | 2.1 | 693.00 | 11928325 |
| Ruscio | Giancarlo | 28/08/2013 | conducting document discovery for case; | 1.0 | 330.00 | 11932817 |
| Ruscio | Giancarlo | 29/08/2013 | conducting document discovery for case; | 1.7 | 561.00 | 11934653 |
| Ruscio | Giancarlo | 30/08/2013 | conducting document discovery for case; | 2.2 | 726.00 | 11936639 |
| Levitt | Sam | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters (1.1); | 1.1 | 363.00 | 11909367 |
| Levitt | Sam | 14/08/2013 | participating in webinar on document discovery (1.4); reading case background material (1.7) | 3.1 | 1,023.00 | 11913397 |
| Levitt | Sam | 15/08/2013 | review document discovery software program (0.3); meeting re case management and doc review software (1.5); meeting re doc review software (1.0); | 2.8 | 924.00 | 11915114 |
| Levitt | Sam | 19/08/2013 | reviewing document discovery materials; | 1.3 | 429.00 | 11918971 |
| Levitt | Sam | 20/08/2013 | reviewing document discovery materials; | 4.8 | 1,584.00 | 11921348 |
| Levitt | Sam | 21/08/2013 | reviewing document discovery materials; | 3.6 | 1,188.00 | 11923428 |
| Levitt | Sam | 22/08/2013 | reviewing document discovery materials; | 3.5 | 1,155.00 | 11924887 |
| Levitt | Sam | 23/08/2013 | reviewing document discovery materials; | 1.0 | 330.00 | 11927429 |
| Levitt | Sam | 26/08/2013 | reviewing document discovery materials; | 1.1 | 363.00 | 11930726 |
| Lee | Jonathan | 13/08/2013 | Meeting with Nortel discovery team re document discovery and related matters | 1.0 | 330.00 | 11910942 |
| Lee | Jonathan | 14/08/2013 | Participating in webinar on document discovery | 1.4 | 462.00 | 11913544 |
| Lee | Jonathan | 15/08/2013 | meeting re case management and document review software | 1.5 | 495.00 | 11915312 |
| Lee | Jonathan | 15/08/2013 | review discovery software program; | 1.0 | 330.00 | 11915493 |
| Lee | Jonathan | 15/08/2013 | review case documents; | 2.0 | 660.00 | 11915494 |
| Lee | Jonathan | 16/08/2013 | review case documents; | 2.0 | 660.00 | 11915617 |
| Lee | Jonathan | 21/08/2013 | review case documents; | 3.0 | 990.00 | 11923056 |
| Lee | Jonathan | 22/08/2013 | review case documents; | 6.0 | 1,980.00 | 11924969 |
| Lee | Jonathan | 23/08/2013 | review case documents; | 5.3 | 1,749.00 | 11925428 |
| Lee | Jonathan | 24/08/2013 | review case documents; | 3.8 | 1,254.00 | 11926630 |
| Lee | Jonathan | 28/08/2013 | document review; | 4.2 | 1,386.00 | 11932123 |
| Kennedy | Nick | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 363.00 | 11910905 |
| Kennedy | Nick | 14/08/2013 | participating in webinar on document discovery; | 1.4 | 462.00 | 11913542 |
| Kennedy | Nick | 15/08/2013 | meeting about case management and document review software; | 1.5 | 495.00 | 11915276 |
| Kennedy | Nick | 15/08/2013 | recommind training; | 0.5 | 165.00 | 11915377 |
| Kennedy | Nick | 16/08/2013 | case law research; | 2.0 | 660.00 | 11916331 |
| Kennedy | Nick | 18/08/2013 | caselaw research; | 0.5 | 165.00 | 11916711 |
| Kennedy | Nick | 19/08/2013 | document review (2.5); research (.5); drafting memos (.3); | 3.3 | 1,089.00 | 11919021 |
| Kennedy | Nick | 21/08/2013 | document review (3.0); conference calls (.7); | 3.7 | 1,221.00 | 11921839 |
| Kennedy | Nick | 22/08/2013 | document review; | 3.3 | 1,089.00 | 11925083 |
| Kennedy | Nick | 23/08/2013 | document review; | 2.9 | 957.00 | 11925958 |
| Kennedy | Nick | 26/08/2013 | reviewing documents; | 0.6 | 198.00 | 11928288 |
| Kennedy | Nick | 30/08/2013 | document review; | 5.2 | 1,716.00 | 11935949 |
| Kara | Irfan | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 363.00 | 11908064 |
| Kara | Irfan | 14/08/2013 | reviewing background documents on case; | 0.5 | 165.00 | 11911490 |
| Kara | Irfan | 14/08/2013 | participating in webinar on document discovery; | 1.4 | 462.00 | 11911784 |
| Kara | Irfan | 15/08/2013 | meeting about case management and document | 1.5 | 495.00 | 11913973 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | review software; | | | |
| Kara | Irfan | 15/08/2013 | reviewing background documents on case; | 0.3 | 99.00 | 11914024 |
| Kara | Irfan | 15/08/2013 | participating in training on document discovery; | 1.0 | 330.00 | 11914173 |
| Kara | Irfan | 16/08/2013 | reviewing background documents on case; | 1.5 | 495.00 | 11915566 |
| Kara | Irfan | 19/08/2013 | conducting document discovery for case; | 1.5 | 495.00 | 11917693 |
| Kara | Irfan | 20/08/2013 | reviewing document discovery materials; | 3.1 | 1,023.00 | 11919654 |
| Kara | Irfan | 21/08/2013 | conducting document discovery for case; | 3.7 | 1,221.00 | 11921878 |
| Kara | Irfan | 26/08/2013 | conducting document discovery for case; | 5.5 | 1,815.00 | 11927723 |
| Kara | Irfan | 27/08/2013 | conducting document discovery for case; | 6.0 | 1,980.00 | 11929625 |
| Kara | Irfan | 28/08/2013 | conducting document discovery for case; | 3.6 | 1,188.00 | 11931844 |
| Kara | Irfan | 29/08/2013 | conducting document discovery for case; | 2.5 | 825.00 | 11933755 |
| Kara | Irfan | 30/08/2013 | conducting document discovery for case; | 3.1 | 1,023.00 | 11935794 |
| Daniels | Marissa | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 363.00 | 11909411 |
| Daniels | Marissa | 14/08/2013 | participating in webinar on document discovery; | 1.4 | 462.00 | 11911823 |
| Daniels | Marissa | 14/08/2013 | reviewing background documents on case; | 1.5 | 495.00 | 11914691 |
| Daniels | Marissa | 15/08/2013 | meeting about case management and document review software; | 1.5 | 495.00 | 11914688 |
| Daniels | Marissa | 15/08/2013 | participating in seminar on document discovery; | 1.0 | 330.00 | 11914689 |
| Daniels | Marissa | 16/08/2013 | reviewing background documents on case; | 2.0 | 660.00 | 11916446 |
| Daniels | Marissa | 19/08/2013 | conducting document discovery for case; | 0.5 | 165.00 | 11920114 |
| Daniels | Marissa | 20/08/2013 | conducting document discovery for case; | 7.0 | 2,310.00 | 11920987 |
| Daniels | Marissa | 21/08/2013 | conducting document discovery for case; | 4.0 | 1,320.00 | 11924067 |
| Daniels | Marissa | 22/08/2013 | conducting document discovery for case; | 4.3 | 1,419.00 | 11924639 |
| Daniels | Marissa | 23/08/2013 | conducting document discovery for case; | 3.5 | 1,155.00 | 11925610 |
| Daniels | Marissa | 26/08/2013 | conducting document discovery for case; | 0.4 | 132.00 | 11929105 |
| Daniels | Marissa | 28/08/2013 | conducting document discovery for case; | 1.5 | 495.00 | 11932303 |
| Daniels | Marissa | 29/08/2013 | conducting document discovery for case; | 2.0 | 660.00 | 11934633 |
| Daniels | Marissa | 30/08/2013 | conducting document discovery for case; | 1.5 | 495.00 | 11936755 |
| Che | Eliot | 13/08/2013 | meeting with Nortel discovery team re document discovery and related matters; | 1.1 | 363.00 | 11910908 |
| Che | Eliot | 14/08/2013 | participating in webinar on document discovery; | 1.4 | 462.00 | 11913543 |
| Che | Eliot | 15/08/2013 | meeting about case management and document review software; | 1.5 | 495.00 | 11915374 |
| Che | Eliot | 15/08/2013 | reviewing background documents on case; | 1.2 | 396.00 | 11915537 |
| Che | Eliot | 20/08/2013 | reviewing documents in preparation for document discovery; | 1.8 | 594.00 | 11921606 |
| Che | Eliot | 21/08/2013 | performing document review; | 3.0 | 990.00 | 11923347 |
| Che | Eliot | 22/08/2013 | performing document review; | 9.7 | 3,201.00 | 11966367 |
| Che | Eliot | 23/08/2013 | performing document review; | 3.7 | 1,221.00 | 11925452 |
| Che | Eliot | 24/08/2013 | performing document review; | 2.0 | 660.00 | 11926676 |
| Che | Eliot | 25/08/2013 | performing document review; | 3.1 | 1,023.00 | 11927370 |
| Che | Eliot | 27/08/2013 | performing document review; | 1.0 | 330.00 | 11931547 |
| Che | Eliot | 28/08/2013 | performing document review; | 2.3 | 759.00 | 11933374 |
| Che | Eliot | 30/08/2013 | performing document review; | 5.8 | 1,914.00 | 11966368 |
| Che | Eliot | 31/08/2013 | performing document review; | 2.6 | 858.00 | 11934937 |
| Block | Sheila R. | 01/08/2013 | examinations (.3); meeting with S. Bomhof regarding preparation for depositions (1.5); | 1.8 | 1,791.00 | 11896814 |
| Block | Sheila R. | 02/08/2013 | telephone call regarding examination protocol; office conferences regarding same (2.0); reviewing proposed changes by Goodman's and emails re further issues (1.0); | 3.0 | 2,985.00 | 11897637 |
| Block | Sheila R. | 06/08/2013 | preparation for trial; | 6.0 | 5,970.00 | 11898881 |
| Block | Sheila R. | 07/08/2013 | preparation for trial and meeting regarding trial preparation; | 9.0 | 8,955.00 | 11900876 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 08/08/2013 | preparation for motion before Morawetz J. (0.2); attending motion (2.5); and office conference with Canadian estate counsel regarding next steps (0.5); | 3.2 | 3,184.00 | 11903049 |
| Block | Sheila R. | 12/08/2013 | preparing for depositions (6.3); participate in update call (1.2); | 7.5 | 7,462.50 | 11913842 |
| Block | Sheila R. | 13/08/2013 | preparation for depositions and trial and call with S. Bomhof, A. Gray, A. Slaven and Cleary re same (2.5); further preparation (5.0); | 7.5 | 7,462.50 | 11911663 |
| Block | Sheila R. | 14/08/2013 | conference call regarding deposition protocol; | 0.5 | 497.50 | 11913847 |
| Block | Sheila R. | 14/08/2013 | preparing for depositions; | 7.0 | 6,965.00 | 11913849 |
| Block | Sheila R. | 15/08/2013 | preparing for depositions; | 4.0 | 3,980.00 | 11915843 |
| Block | Sheila R. | 15/08/2013 | document review issues and office conference with M. Reynolds regarding same; | 1.0 | 995.00 | 11915847 |
| Block | Sheila R. | 16/08/2013 | preparing for depositions and emails regarding same; | 0.4 | 398.00 | 11917467 |
| Block | Sheila R. | 19/08/2013 | telephone call regarding status; | 0.5 | 497.50 | 11919922 |
| Block | Sheila R. | 19/08/2013 | office conference regarding EMEA motion for Ernst and Young productions; | 0.3 | 298.50 | 11919928 |
| Block | Sheila R. | 19/08/2013 | telephone conversation regarding protocol and depositions issues; | 1.5 | 1,492.50 | 11919931 |
| Block | Sheila R. | 20/08/2013 | meeting with S. Bomhof re Nortel Litigation preparation; | 0.4 | 398.00 | 11966558 |
| Block | Sheila R. | 23/08/2013 | reviewing agreements in preparation for deposition; | 0.8 | 796.00 | 11928457 |
| Block | Sheila R. | 29/08/2013 | engaged regarding depositions; | 0.8 | 796.00 | 11934878 |
| Block | Sheila R. | 30/08/2013 | scheduling (0.4); court documents (0.4); deposition preparation issues and meeting with M. Blake and M. Reynolds re same (0.5); | 1.3 | 1,293.50 | 11936982 |
| Block | Sheila R. | 31/08/2013 | examinations; | 0.3 | 298.50 | 11943373 |
| DeMarinis | Tony | 06/08/2013 | engaged in matters relating to expert testimony and exchanges regarding same; | 2.0 | 1,950.00 | 11899835 |
| DeMarinis | Tony | 07/08/2013 | various correspondence and reviews on disputed matters, production timelines and deliverables, expert testimony protocol, and related matters; | 3.4 | 3,315.00 | 11902027 |
| DeMarinis | Tony | 08/08/2013 | counsel exchanges on production, and review of information; | 1.9 | 1,852.50 | 11903134 |
| DeMarinis | Tony | 09/08/2013 | Review of counsel exchanges, disputed matters, and issues relating to production process; | 2.8 | 2,730.00 | 11905915 |
| DeMarinis | Tony | 12/08/2013 | Review of production information and correspondence; | 1.5 | 1,462.50 | 11908151 |
| DeMarinis | Tony | 13/08/2013 | review of draft deposition protocol, counsel letters relating to same and other production matters; | 1.5 | 1,462.50 | 11911718 |
| DeMarinis | Tony | 14/08/2013 | Review of information and materials in relation to litigation process; | 1.6 | 1,560.00 | 11914623 |
| DeMarinis | Tony | 16/08/2013 | engaged in reviewing correspondence, information and issues in production process; | 2.0 | 1,950.00 | 11917780 |
| DeMarinis | Tony | 19/08/2013 | reading production correspondence, information and related materials; | 1.6 | 1,560.00 | 11920020 |
| DeMarinis | Tony | 20/08/2013 | internal discussion on production, and review of information and materials; | 1.2 | 1,170.00 | 11921118 |
| DeMarinis | Tony | 21/08/2013 | review production information, correspondence, and contested matters; | 1.0 | 975.00 | 11924073 |
| DeMarinis | Tony | 22/08/2013 | read revised deposition protocol, | 2.9 | 2,827.50 | 11926156 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | correspondence and fee schedules (0.4); review and consideration of timetable issues and contested matters (0.9); reading counsel correspondence on production (0.3); review file materials (1.3); | | | |
| DeMarinis | Tony | 23/08/2013 | review materials circulated by counsel, and production issues; | 1.5 | 1,462.50 | 11928059 |
| DeMarinis | Tony | 26/08/2013 | counsel correspondence and reviews in relation to deposition and production; | 2.0 | 1,950.00 | 11928768 |
| DeMarinis | Tony | 27/08/2013 | review information regarding Canadian deponents for Torys (0.4); review information regarding deponents from all parties (1.4); read settled deposition protocol (0.3); | 2.1 | 2,047.50 | 11932126 |
| DeMarinis | Tony | 28/08/2013 | review and consideration of production issues and materials; | 2.3 | 2,242.50 | 11933920 |
| DeMarinis | Tony | 29/08/2013 | reading information on evidentiary process; | 1.4 | 1,365.00 | 11936297 |
| DeMarinis | Tony | 30/08/2013 | information review in connection with deponents and other evidentiary matters; | 1.5 | 1,462.50 | 11937949 |
| Blake | Maureen | 15/08/2013 | attend meeting with M. Reynolds, R. Lombardi and C. Walker regarding work allocations for document review (0.5); review materials received from M. Reynolds and organize same for easy access (1.5) | 2.0 | 830.00 | 11915848 |
| Blake | Maureen | 20/08/2013 | reviewing document discovery materials (2.5); conducting document discovery in Recommind software in preparation for the training session (1.2); participating in webinar for Recommind training (1.5); review Deposition Preparation Protocol and email to M. Reynolds regarding materials required to assist in S. Block's preparation for the deposition of her witnesses (0.8) | 6.0 | 2,490.00 | 11921744 |
| Blake | Maureen | 21/08/2013 | meeting with Nortel discovery team re document discovery and related matters (1.5); briefly review documents referred to in the Deposition Preparation Protocol and instructions regarding creating a brief of same and email to discovery team regarding same (0.6); participating in webinar on document discovery and meeting with Nortel discovery team regarding document discovery (1.2); review emails regarding tagging for document discovery; respond to same and review tagging format of Cleary (0.3); review chart of Torys witnesses and commence conducting searches (.8) | 4.4 | 1,826.00 | 11923202 |
| Blake | Maureen | 29/08/2013 | review email from M. Reynolds and respond to same (0.1); review email and document discovery materials (1.2); work with Recommind on searching issues (.8) | 2.1 | 871.50 | 11935412 |
| Blake | Maureen | 30/08/2013 | review emails from Recommind regarding database issues and respond to same (.2); meeting with S. Block and M. Reynolds regarding process for Torys witness binders (.3); further meeting with M. Reynolds regarding the Cleary document discovery process and review the Torys witness searches | 3.2 | 1,328.00 | 11935586 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | saved by Cleary (.5); review the Cleary tagging of the Torys' witnesses to determine status and draft email to M. Reynolds and A. Gray regarding same (2.2); | | | |
| Lombardi | Rose | 15/08/2013 | meeting with M. Reynolds, C. Walker, and articling students regarding document discovery (1.5); discussions and email exchanges with C. Walker and Torys' IT personnel regarding set up of document review software and room bookings for the Torys team (.3); reviewing software program material and Document Requests chart forwarded by M. Reynolds (1); further meeting with Molly Reynolds, C. Walker, and M. Blake regarding document discovery tasks and training on Recommind software platform (.5); | 3.3 | 1,138.50 | 11915328 |
| Lombardi | Rose | 19/08/2013 | reviewing Axcelerate document discovery program, literature, set up, and contents of database; | 0.8 | 276.00 | 11919370 |
| Lombardi | Rose | 20/08/2013 | attention to Axcelerate document discovery program for Torys team (0.2); attending web training session on Axcelerate document discovery program with Torys team members (2.0); | 2.2 | 759.00 | 11921545 |
| Lombardi | Rose | 21/08/2013 | reviewing deposition background materials and protocol forwarded by Cleary for review (.8); attending conference call with Torys and Cleary teams regarding document discovery requests status (.5); reviewing Axcelerate database and related materials (1.7); email exchanges and discussions with C. Walker and M. Reynolds regarding Axcelerate Torys workspace folders and tagging features to be set up in Axcerlate database (.4); | 3.4 | 1,173.00 | 11922761 |
| Lombardi | Rose | 22/08/2013 | attending conference call meeting with Recommind, Cleary, and Torys representatives re Axcelerate document review workflow re document requests review by Torys team and internal discussions regarding same (1.2); discussion with Brian Unger re searching procedures (.1); | 1.3 | 448.50 | 11925055 |
| Lombardi | Rose | 23/08/2013 | reviewing database and discussions with students to assist with their targeted document requests searches (1); | 1.0 | 345.00 | 11928797 |
| Mauro | Clare | 19/08/2013 | advising student re research strategy (N. Kennedy); | 0.3 | 111.00 | 11919160 |
| Gray | William | 26/08/2013 | Review allocation issues | 1.6 | 1,440.00 | 11928397 |
| Gray | William | 28/08/2013 | Confer Bomhof (.2); Review stipulation re trial schedule (.6); work on allocation issues memorandum (1.5) | 2.3 | 2,070.00 | 11932528 |
| Pass | Michael | 01/08/2013 | Reviewed 10K filings for tax related issue (0.5) | 0.5 | 247.50 | 11895430 |
| Pass | Michael | 02/08/2013 | Reviewed 10-K filings for tax issues (1.2) | 1.2 | 594.00 | 11897288 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|------------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 01/08/2013 | reviewing Canadian legal research and telephone call with C. Goodman of Cleary to discuss Canadian law analysis (1.0); research regarding Canadian legal issues related to allocation and valuation (2.7); | 3.7 | 3,237.50 | 11894969 |
| Bomhof | Scott A. | 12/08/2013 | Research re: Canadian legal issues; | 1.2 | 1,050.00 | 11909438 |
| Bomhof | Scott A. | 13/08/2013 | Exchange messages with M. Gurgel (Cleary) re: Canadian legal research issues; | 0.3 | 262.50 | 11909443 |
| Bomhof | Scott A. | 15/08/2013 | Review law and reporting memo on discovery and disclosure issues; | 1.8 | 1,575.00 | 11914729 |
| Bomhof | Scott A. | 16/08/2013 | Analysis of Canadian law re: research on valuation and allocation issues; | 4.8 | 4,200.00 | 11916912 |
| Bomhof | Scott A. | 17/08/2013 | Review memo prepared by C. McCourt and review law on allocation issues; | 2.9 | 2,537.50 | 11916913 |
| Bomhof | Scott A. | 19/08/2013 | Review of Canadian law related to allocation issues and discovery issues; | 4.0 | 3,500.00 | 11918557 |
| Bomhof | Scott A. | 21/08/2013 | Research re: Canadian legal issues related to allocation and valuation; | 2.4 | 2,100.00 | 11922699 |
| Bomhof | Scott A. | 22/08/2013 | Analysis of Canadian law on issues related to valuation and allocation; | 4.3 | 3,762.50 | 11927010 |
| Bomhof | Scott A. | 29/08/2013 | reviewing legal issues, research related to Canadian discovery issues for joint hearing on allocation and meeting with counsel re motion for issuance of letters rogatory; | 2.3 | 2,012.50 | 11936835 |
| Slavens | Adam | 01/08/2013 | conducting Canadian legal research for case; | 0.8 | 512.00 | 11896627 |
| Slavens | Adam | 02/08/2013 | conducting Canadian legal research for case; | 1.0 | 640.00 | 11896645 |
| Slavens | Adam | 09/08/2013 | conducting Canadian legal research for case (1.4); discussion with C. McCourt regarding MRDA (.3); | 1.7 | 1,088.00 | 11905818 |
| Slavens | Adam | 15/08/2013 | conducting Canadian legal research for case; | 1.9 | 1,216.00 | 11916419 |
| Slavens | Adam | 16/08/2013 | conducting Canadian legal research for case; | 3.3 | 2,112.00 | 11917795 |
| Slavens | Adam | 20/08/2013 | conducting Canadian legal research for case; | 2.3 | 1,472.00 | 11923996 |
| Slavens | Adam | 21/08/2013 | conducting Canadian legal research for case; | 1.7 | 1,088.00 | 11924010 |
| Slavens | Adam | 22/08/2013 | conducting Canadian legal research for case; | 1.0 | 640.00 | 11925758 |
| Slavens | Adam | 29/08/2013 | conducting Canadian legal research for case; | 1.1 | 704.00 | 11936220 |
| Atkey | Matthew | 02/08/2013 | further research re various Canadian law issues; | 3.1 | 1,829.00 | 11897297 |
| Atkey | Matthew | 06/08/2013 | further research regarding various Canadian law issues; | 3.1 | 1,829.00 | 11900145 |
| Atkey | Matthew | 07/08/2013 | further research re various Canadian law issues; | 2.5 | 1,475.00 | 11902308 |
| Atkey | Matthew | 08/08/2013 | research re various Canadian law issues; | 2.8 | 1,652.00 | 11906207 |
| Atkey | Matthew | 09/08/2013 | research and analysis of various Canadian law issues; | 4.9 | 2,891.00 | 11906211 |
| Atkey | Matthew | 13/08/2013 | further research and analysis re various Canadian law issues; | 8.3 | 4,897.00 | 11912075 |
| Atkey | Matthew | 14/08/2013 | further research and analysis re various Canadian law issues; | 0.5 | 295.00 | 11914497 |
| Cameron | John | 02/08/2013 | consider further legal question raised by S. Bomhof; | 0.5 | 497.50 | 11898291 |
| DeMarinis | Tony | 06/08/2013 | review of civil procedure rules, related process issues, and correspondence on same; | 1.8 | 1,755.00 | 11899839 |
| DeMarinis | Tony | 13/08/2013 | consideration of law on matters relating to litigation process; | 1.0 | 975.00 | 11911720 |
| DeMarinis | Tony | 21/08/2013 | reading accumulated research papers and related materials; | 2.0 | 1,950.00 | 11924070 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 22/08/2013 | updated review of accumulated case research; | 1.1 | 1,072.50 | 11926166 |
| DeMarinis | Tony | 23/08/2013 | research and analysis on case matters (2.5); review of information and materials (1.5); | 4.0 | 3,900.00 | 11928058 |
| DeMarinis | Tony | 26/08/2013 | review and consideration of legal issues arising during production process; | 1.5 | 1,462.50 | 11928770 |
| DeMarinis | Tony | 27/08/2013 | consideration of process issues and reference filed materials; | 1.2 | 1,170.00 | 11932129 |
| DeMarinis | Tony | 28/08/2013 | research reading on case; | 1.5 | 1,462.50 | 11933922 |

Intercompany Analysis

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 05/08/2013 | Review allocation memoranda | 1.7 | 1,530.00 | 11898935 |
| Gray | William | 06/08/2013 | Work on and review allocation memorandum and trial issues memorandum | 3.2 | 2,880.00 | 11898929 |
| Gray | William | 07/08/2013 | Work on trial issue memorandums (1.4); review allocation memoranda (1.2) | 2.6 | 2,340.00 | 11907983 |
| Gray | William | 08/08/2013 | Review allocation memoranda | 1.3 | 1,170.00 | 11907993 |
| Gray | William | 09/08/2013 | Review allocation memoranda | 2.2 | 1,980.00 | 11908067 |
| Gray | William | 12/08/2013 | Work on allocation memorandum | 3.8 | 3,420.00 | 11909468 |
| Gray | William | 13/08/2013 | Work on and review allocation memorandum | 1.7 | 1,530.00 | 11909464 |
| Gray | William | 14/08/2013 | Review allocation memorandum and trial briefing materials | 3.7 | 3,330.00 | 11914629 |
| Gray | William | 15/08/2013 | Work on allocation memoranda and issues of subordination of claims | 1.7 | 1,530.00 | 11914622 |
| Gray | William | 19/08/2013 | Review allocation memoranda | 2.7 | 2,430.00 | 11918518 |
| Gray | William | 20/08/2013 | Review allocation trial memoranda | 2.2 | 1,980.00 | 11924636 |
| Gray | William | 21/08/2013 | Conference with S. Bomhof (.7); review issues regarding discovery of privileged materials (.9); work on allocation issues (.6) | 2.2 | 1,980.00 | 11924619 |
| Gray | William | 22/08/2013 | Confirm S. Bomhof regarding allocation issues (.5); review intercompany, allocation (.8) | 1.3 | 1,170.00 | 11924625 |
| Gray | William | 23/08/2013 | Work on allocation memoranda update | 1.4 | 1,260.00 | 11927977 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 19/08/2013 | Review Court of Appeal ruling dismissing Chartis leave to appeal application re: D&O insurance policy; | 0.6 | 525.00 | 11918556 |
| Gray | Andrew | 29/08/2013 | conference with S. Bomhof and A. Slaven re motion for issuance of rogatory (0.4); | 0.4 | 310.00 | 11968243 |
| McCourt | Conor | 09/08/2013 | discussion with A. Slavens regarding MRDA (0.3); review of Canadian legal issues (1.1); | 1.4 | 1,372.00 | 11905237 |
| McCourt | Conor | 12/08/2013 | considering MRDA and amended language; | 3.7 | 3,626.00 | 11906412 |
| McCourt | Conor | 13/08/2013 | completing analysis and drafting memorandum to A. Slavens; | 6.8 | 6,664.00 | 11909979 |
| McCourt | Conor | 16/08/2013 | discussion with A. Slavens (0.3); voicemail from S. Block (0.1); review of Canadian legal issues (0.3); | 0.7 | 686.00 | 11916875 |
| McCourt | Conor | 20/08/2013 | review of Canadian legal issues; | 2.2 | 2,156.00 | 11920928 |
| McCourt | Conor | 21/08/2013 | continuing with agreement language analysis; | 3.8 | 3,724.00 | 11924144 |
| McCourt | Conor | 22/08/2013 | completing draft analysis and forwarding same to A. Slavens; | 3.8 | 3,724.00 | 11924628 |
| McCourt | Conor | 23/08/2013 | Corresponding with S. Bomhof (0.2); amending draft  memorandum and e-mailing same to S.Bomhof (0.2); | 0.4 | 392.00 | 11926924 |
| Slavens | Adam | 12/08/2013 | conference call with Cleary and J. Ray re CCAA case matters and related matters (0.5); telephone call with S. Bomhof re same (0.4); | 0.9 | 576.00 | 11908279 |
| Slavens | Adam | 15/08/2013 | telephone call with M. Gurgel re CCAA case matters (0.3); office conference with S. Bomhof re same (0.2); reviewing CCAA case court documents re same (1.2); | 1.7 | 1,088.00 | 11916410 |
| Slavens | Adam | 19/08/2013 | reviewing CCAA case court materials; | 2.5 | 1,600.00 | 11919970 |
| Slavens | Adam | 19/08/2013 | conference call with Cleary and J. Ray re CCAA case matters and related matters; | 0.5 | 320.00 | 11919973 |
| Slavens | Adam | 20/08/2013 | reviewing CCAA case court materials and discussion with J. Gotowiec re same; | 1.8 | 1,152.00 | 11923997 |
| Slavens | Adam | 21/08/2013 | reviewing CCAA case court materials (1.0); reviewing and commenting on third circuit appeal brief (1.0); | 2.0 | 1,280.00 | 11924001 |
| Slavens | Adam | 27/08/2013 | reviewing third circuit appeal briefs; | 1.0 | 640.00 | 11931979 |
| Slavens | Adam | 29/08/2013 | preparing motion materials re motion for issuance of letters rogatory (1.5); office conferences with A. Gray and S. Bomhof re same (0.4); email correspondence with J. Kimmel re same (0.1); | 2.0 | 1,280.00 | 11936240 |
| Slavens | Adam | 29/08/2013 | reviewing CCAA case court documents; | 1.0 | 640.00 | 11936241 |
| Slavens | Adam | 30/08/2013 | preparing motion materials re motion for issuance of letters rogatory (3.5); email correspondence with J. Kimmel, A. Gray and S. Bomhof re same (0.4); | 3.9 | 2,496.00 | 11937967 |
| Gotowiec | James | 29/08/2013 | researching legal issue; emails to and from A. Slavens reporting on legal issue; | 0.9 | 373.50 | 11934205 |
| DeMarinis | Tony | 07/08/2013 | review materials regarding recognition order, monitor's report, and Canadian documents; | 0.7 | 682.50 | 11902029 |
| DeMarinis | Tony | 22/08/2013 | review of materials for the litigation timetable hearing (0.7); review of supporting law put forward and related legal considerations (0.8); | 1.5 | 1,462.50 | 11926153 |
| DeMarinis | Tony | 26/08/2013 | review of materials in relation to litigation timetable hearing; | 0.5 | 487.50 | 11928772 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 27/08/2013 | review draft order and reference U.S. materials (0.2); review signed order and endorsement (0.1); consider Canadian scheduling (0.3); | 0.6 | 585.00 | 11932128 |
| DeMarinis | Tony | 29/08/2013 | review of claims in Canadian proceedings and prove of claim process; | 2.0 | 1,950.00 | 11936295 |

Canadian Sec. 18.6 Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/08/2013 | reviewing Gowlings revisions to motion materials regarding recognition of Letters Rogatory and prepare for motion; | 1.3 | 1,137.50 | 11894971 |
| Bomhof | Scott A. | 20/08/2013 | Discuss need for recognition order for additional Letters Rogatory with A. Slavens; | 0.3 | 262.50 | 11922693 |
| Slavens | Adam | 01/08/2013 | preparing court materials re recognition of US letters rogatory order (0.4); email correspondence with Cleary, Goodmans and Gowlings re same (0.5); updating service list re same (0.5); preparing to serve motion record (1.0); | 2.4 | 1,536.00 | 11896617 |
| Slavens | Adam | 02/08/2013 | serving and filing motion record re recognition of US letters rogatory order; | 3.0 | 1,920.00 | 11896641 |
| Slavens | Adam | 02/08/2013 | preparing for motion returnable August 8, 2013; | 1.0 | 640.00 | 11896648 |
| Slavens | Adam | 07/08/2013 | preparing for motion returnable August 8, 2013; | 2.0 | 1,280.00 | 11902187 |
| Slavens | Adam | 08/08/2013 | attending motion returnable August 8, 2013 (2.5); preparing for same (2.0); arranging for issuance and entry of recognition order (1.0); office conference with Canadian Estate re next steps (0.5); | 6.0 | 3,840.00 | 11904818 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/08/2013 | Telephone call with M Gottlieb re: recognition application for US Letters Rogatory and review Monitor's Report in support of recognition order; | 1.0 | 875.00 | 11905265 |