# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through August 31, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $1,385.35 |
| Duplicating/Printing | 20,181 pgs @ .10 per pg | $2,018.10 |
| Taxi & Travel | | $5,755.71 |
| Process Server Filing | | $34.07 |
| E-Discovery Consulting | | $1,381.14 |
| Courier | | $4.59 |
| Motion | | $123.63 |
| Library Costs | | $399.52 |
| Meals | | $17.77 |
| Telephone | Long Distance | $139.78 |
| **Grand Total Expenses** | | **$11,259.66** |

| | | | | |
|---|---|---|---|---|
| 87 Motion | | 02/08/2013 | **$123.63** | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 271 Process Server Filing | | 02/08/2013 | **$34.07** | filing 2 motion records (one for 09-CL-7951 and the other for 09-CL-7950) and 2 affidavits of service; |
| 807 Meals | | 21/08/2013 | **$17.77** | Meals<br>Meals- Lunch (1) Aug 07 2013, A. Slavens (M. Ba |
| 303 Taxi & Travel | | 07/08/2013 | 24.12 | Taxi & Travel<br>Block, Sheila R.; Parking parking at Pearson Airport for the day |
| 303 Taxi & Travel | | 07/08/2013 | 47.81 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - Airport taxi to airport |
| 303 Taxi & Travel | | 14/08/2013 | 24.12 | Taxi & Travel<br>Block, Sheila R.; Parking Meeting with Nortel in NYC |
| 303 Taxi & Travel | | 21/08/2013 | 71.10 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - ANDREW GRAY - AUG. 05, 2013 - TO AIRPORT - |
| 303 Taxi & Travel | | 21/08/2013 | 84.13 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - ANDREW GRAY - AUG. 06, 2013 - FROM AIRPORT - |
| 317 Taxi & Travel (Out of Town) | | 05/08/2013 | 322.70 | Taxi & Travel (Out of Town)<br>Gray, Andrew; Lodging Hotel re Nortel meeting 08/05/2013 - 08/06/2013 ^Other |
| 317 Taxi & Travel (Out of Town) | | 05/08/2013 | 40.46 | Taxi & Travel (Out of Town)<br>Gray, Andrew; Taxi/Car Service - Torys New York Office Taxi |
| 317 Taxi & Travel (Out of Town) | | 05/08/2013 | 89.06 | Taxi & Travel (Out of Town)<br>Slavens, Adam; Taxi/Car Service - various Nortel meetings |
| 317 Taxi & Travel (Out of Town) | | 07/08/2013 | 731.35 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Airfare - NYC to attend meetings in NYC (from Toronto to NYC and back to Toronto - all in one day) 08/07/2013 - 08/07/2013 ^Merit |
| 317 Taxi & Travel (Out of Town) | | 07/08/2013 | 46.46 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - meeting in NYC taxi from the airport in NYC to the meeting |
| 317 Taxi & Travel (Out of Town) | | 07/08/2013 | 1,028.67 | Taxi & Travel (Out of Town)<br>Slavens, Adam; Lodging Nortel meetings 08/05/2013 - 08/07/2013 ^Other |
| 317 Taxi & Travel (Out of Town) | | 07/08/2013 | 50.60 | Taxi & Travel (Out of Town)<br>Slavens, Adam; Taxi/Car Service - various taxi |
| 317 Taxi & Travel (Out of Town) | | 14/08/2013 | 53.54 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Travel Agent Fee Meeting with Nortel in NYC ^Merit |
| 317 Taxi & Travel (Out of Town) | | 14/08/2013 | 59.70 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - Nortel office Meeting with Nortel in NYC |
| 317 Taxi & Travel (Out of Town) | | 14/08/2013 | 51.60 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - La Guardia Meeting with Nortel in NYC |
| 317 Taxi & Travel (Out of Town) | | 15/08/2013 | 648.73 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Airfare - La Guardia Meeting with Nortel in NYC 08/14/2013 - 08/14/2013 ^Merit |
| 317 Taxi & Travel (Out of Town) | | 15/08/2013 | 1,145.81 | Taxi & Travel (Out of Town) - - VENDOR: Merit Travel - Prepaid Passes - ANDREW GRAY - AUG.05, 2013 - YYZ-LGA-YYZ |
| 317 Taxi & Travel (Out of Town) | | 15/08/2013 | 1,145.81 | Taxi & Travel (Out of Town) - - VENDOR: Merit Travel - Prepaid Passes - ADAM MARCUS SLAVENS - AUG. 05, 2013 - YYZ-LGA-YYZ |
| 803 Taxi & Travel | | 05/08/2013 | 44.97 | Taxi & Travel |

| Code | Description | Date | Amount | Details |
|---|---|---|---|---|
| 803 | Taxi & Travel | 05/08/2013 | 44.97 | DIAMOND TAXI, Date: 05/08/2013, Chit#3233287 |
| | | | **$5,755.71** | |
| 498 | Library Costs | 26/08/2013 | 199.76 | Library Costs PAYPAL *CHASECAMBRI 35314369001    US Online access to ICR Special issue requested by Scott Bomhof, Invoice no.: 211/2013 |
| 498 | Library Costs | 26/08/2013 | 199.76 | Library Costs PAYPAL *CHASECAMBRI 35314369001    US Online access to ICR Special issue: Lehman and Nortel: Regulator imposed Support for UK pension schemes requested by Scott Bomhof, Invoice no.: 212/2 |
| | | | **$399.52** | |
| 480 | Telephone Charges | 21/08/2013 | 119.67 | Telephone Charges Slavens, Adam; Data Travel Pack Nortel calls |
| 800 | Telephone Call | 02/08/2013 | 0.29 | Telephone Call 12122252452 - New York, NY - Time: 11:29 - Dur: 5.15 |
| 800 | Telephone Call | 08/08/2013 | 0.10 | Telephone Call 12122252452 - New York, NY - Time: 13:19 - Dur: 1.25 |
| 800 | Telephone Call | 14/08/2013 | 0.10 | Telephone Call 18053090010 -  - Time: 14:52 - Dur: 1.27 |
| 800 | Telephone Call | 14/08/2013 | 3.99 | Telephone Call 18053090010 -  - Time: 14:57 - Dur: 81.35 |
| 800 | Telephone Call | 14/08/2013 | 3.94 | Telephone Call 18053090010 -  - Time: 14:58 - Dur: 80.02 |
| 800 | Telephone Call | 19/08/2013 | 0.83 | Telephone Call 12122252086 - New York, NY - Time: 16:15 - Dur: 16.32 |
| 800 | Telephone Call | 20/08/2013 | 3.85 | Telephone Call 12134930603 - Los Angeles, CA - Time: 14:36 - Dur: 78.30 |
| 800 | Telephone Call | 20/08/2013 | 4.73 | Telephone Call Global Crossing, Inv # 19039147 BOMHOF, SCOTT |
| 800 | Telephone Call | 22/08/2013 | 0.05 | Telephone Call 12132890016 -  - Time: 10:59 - Dur: 0.73 |
| 800 | Telephone Call | 22/08/2013 | 0.05 | Telephone Call 12132890016 -  - Time: 11:00 - Dur: 0.85 |
| 800 | Telephone Call | 22/08/2013 | 1.70 | Telephone Call 12132890016 -  - Time: 11:03 - Dur: 34.88 |
| 800 | Telephone Call | 30/08/2013 | 0.15 | Telephone Call 12122252679 - New York, NY - Time: 10:27 - Dur: 2.07 |
| 4800 | Telephone | 15/08/2013 | 0.20 | Telephone 13023519459 - Wilmington, DE - Time: 14:59 - Dur: 7.03 |
| 4800 | Telephone | 16/08/2013 | 0.03 | Telephone 13025736484 - Wilmington, DE - Time: 09:19 - Dur: 0.80 |
| 4800 | Telephone | 16/08/2013 | 0.05 | Telephone 13023519377 - Wilmington, DE - Time: 13:41 - Dur: 1.80 |
| 4800 | Telephone | 19/08/2013 | 0.05 | Telephone 13023519377 - Wilmington, DE - Time: 14:24 - Dur: 1.45 |
| | | | **$139.78** | |
| 801 | Copies | 01/08/2013 | 13.80 | Copies |
| 801 | Copies | 02/08/2013 | 0.10 | Copies |
| 801 | Copies | 02/08/2013 | 73.50 | Copies |

**Nortel**
**August 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 801 | Copies | 02/08/2013 | 174.20 Copies |
| 801 | Copies | 08/08/2013 | 0.10 Copies |
| 801 | Copies | 09/08/2013 | 0.50 Copies |
| 801 | Copies | 09/08/2013 | 0.90 Copies |
| 801 | Copies | 12/08/2013 | 0.30 Copies |
| 801 | Copies | 13/08/2013 | 70.80 Copies |
| 801 | Copies | 15/08/2013 | 6.10 Copies |
| 801 | Copies | 15/08/2013 | 1.20 Copies |
| 801 | Copies | 19/08/2013 | 0.30 Copies |
| 801 | Copies | 19/08/2013 | 92.70 Copies |
| 801 | Copies | 21/08/2013 | 140.70 Copies |
| 801 | Copies | 22/08/2013 | 4.00 Copies |
| 801 | Copies | 23/08/2013 | 4.00 Copies |
| 801 | Copies | 30/08/2013 | 2.50 Copies |
| 801 | Copies | 30/08/2013 | 0.20 Copies |
| 808 | Laser Printing | 01/08/2013 | 0.10 Laser Printing |
| 808 | Laser Printing | 01/08/2013 | 1.70 Laser Printing |
| 808 | Laser Printing | 01/08/2013 | 28.50 Laser Printing |
| 808 | Laser Printing | 01/08/2013 | 20.80 Laser Printing |
| 808 | Laser Printing | 02/08/2013 | 1.50 Laser Printing |
| 808 | Laser Printing | 02/08/2013 | 1.30 Laser Printing |
| 808 | Laser Printing | 02/08/2013 | 21.40 Laser Printing |
| 808 | Laser Printing | 02/08/2013 | 13.30 Laser Printing |
| 808 | Laser Printing | 04/08/2013 | 3.40 Laser Printing |
| 808 | Laser Printing | 06/08/2013 | 4.10 Laser Printing |
| 808 | Laser Printing | 06/08/2013 | 0.10 Laser Printing |
| 808 | Laser Printing | 06/08/2013 | 32.20 Laser Printing |
| 808 | Laser Printing | 07/08/2013 | 0.80 Laser Printing |
| 808 | Laser Printing | 07/08/2013 | 9.50 Laser Printing |
| 808 | Laser Printing | 08/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 08/08/2013 | 6.50 Laser Printing |
| 808 | Laser Printing | 08/08/2013 | 0.90 Laser Printing |
| 808 | Laser Printing | 09/08/2013 | 61.30 Laser Printing |
| 808 | Laser Printing | 09/08/2013 | 225.40 Laser Printing |
| 808 | Laser Printing | 12/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 12/08/2013 | 9.50 Laser Printing |
| 808 | Laser Printing | 12/08/2013 | 1.60 Laser Printing |
| 808 | Laser Printing | 12/08/2013 | 4.40 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 1.70 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 2.40 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 3.50 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 40.10 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 83.30 Laser Printing |
| 808 | Laser Printing | 13/08/2013 | 4.20 Laser Printing |
| 808 | Laser Printing | 14/08/2013 | 1.30 Laser Printing |
| 808 | Laser Printing | 14/08/2013 | 7.10 Laser Printing |
| 808 | Laser Printing | 14/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 14/08/2013 | 14.30 Laser Printing |
| 808 | Laser Printing | 14/08/2013 | 21.30 Laser Printing |
| 808 | Laser Printing | 14/08/2013 | 1.50 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 0.10 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 1.50 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 4.50 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 15.40 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 8.90 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 17.20 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 14.30 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 9.00 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 1.00 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 1.70 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 18.80 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 31.50 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 2.40 Laser Printing |
| 808 | Laser Printing | 15/08/2013 | 4.10 Laser Printing |
| 808 | Laser Printing | 16/08/2013 | 1.40 Laser Printing |
| 808 | Laser Printing | 16/08/2013 | 0.60 Laser Printing |
| 808 | Laser Printing | 16/08/2013 | 0.50 Laser Printing |

**Nortel**
**August 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 808 | Laser Printing | 17/08/2013 | 7.00 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 1.00 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 0.10 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 2.20 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 257.70 Laser Printing |
| 808 | Laser Printing | 19/08/2013 | 6.30 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 0.50 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 1.40 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 11.90 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 9.70 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 2.30 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 6.70 Laser Printing |
| 808 | Laser Printing | 20/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 21/08/2013 | 2.30 Laser Printing |
| 808 | Laser Printing | 21/08/2013 | 0.40 Laser Printing |
| 808 | Laser Printing | 21/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 21/08/2013 | 33.30 Laser Printing |
| 808 | Laser Printing | 21/08/2013 | 9.00 Laser Printing |
| 808 | Laser Printing | 21/08/2013 | 2.00 Laser Printing |
| 808 | Laser Printing | 22/08/2013 | 1.00 Laser Printing |
| 808 | Laser Printing | 22/08/2013 | 4.00 Laser Printing |
| 808 | Laser Printing | 22/08/2013 | 0.50 Laser Printing |
| 808 | Laser Printing | 22/08/2013 | 5.40 Laser Printing |
| 808 | Laser Printing | 22/08/2013 | 1.10 Laser Printing |
| 808 | Laser Printing | 22/08/2013 | 0.40 Laser Printing |
| 808 | Laser Printing | 23/08/2013 | 0.40 Laser Printing |
| 808 | Laser Printing | 23/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 23/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 24/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 0.60 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 5.60 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 0.10 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 4.90 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 88.70 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 31.40 Laser Printing |
| 808 | Laser Printing | 26/08/2013 | 1.00 Laser Printing |
| 808 | Laser Printing | 27/08/2013 | 4.60 Laser Printing |
| 808 | Laser Printing | 27/08/2013 | 0.10 Laser Printing |
| 808 | Laser Printing | 27/08/2013 | 61.40 Laser Printing |
| 808 | Laser Printing | 27/08/2013 | 14.60 Laser Printing |
| 808 | Laser Printing | 28/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 28/08/2013 | 8.40 Laser Printing |
| 808 | Laser Printing | 29/08/2013 | 0.40 Laser Printing |
| 808 | Laser Printing | 29/08/2013 | 0.60 Laser Printing |
| 808 | Laser Printing | 29/08/2013 | 36.20 Laser Printing |
| 808 | Laser Printing | 30/08/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 30/08/2013 | 0.70 Laser Printing |
| 808 | Laser Printing | 30/08/2013 | 12.10 Laser Printing |
| 808 | Laser Printing | 30/08/2013 | 15.60 Laser Printing |
| 808 | Laser Printing | 30/08/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 30/08/2013 | 0.80 Laser Printing |
| 4808 | Laser Printing | 08/08/2013 | 1.90 Laser Printing |
| 4808 | Laser Printing | 13/08/2013 | 0.90 Laser Printing |
| 4808 | Laser Printing | 13/08/2013 | 1.50 Laser Printing |
| 4808 | Laser Printing | 15/08/2013 | 0.50 Laser Printing |
| 4808 | Laser Printing | 16/08/2013 | 0.10 Laser Printing |
| 4808 | Laser Printing | 16/08/2013 | 0.10 Laser Printing |
| 4808 | Laser Printing | 16/08/2013 | 0.10 Laser Printing |
| 4808 | Laser Printing | 16/08/2013 | 0.10 Laser Printing |
| 4808 | Laser Printing | 16/08/2013 | 2.20 Laser Printing |
| 4808 | Laser Printing | 26/08/2013 | 0.20 Laser Printing |
| 4808 | Laser Printing | 26/08/2013 | 0.30 Laser Printing |
| 4808 | Laser Printing | 26/08/2013 | 1.50 Laser Printing |
| 4808 | Laser Printing | 27/08/2013 | 0.30 Laser Printing |
| 4808 | Laser Printing | 27/08/2013 | 0.40 Laser Printing |

**Nortel**
**August 2013 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 4808 | Laser Printing | 27/08/2013 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 28/08/2013 | 1.10 | Laser Printing |
| | | | **$2,018.10** | |
| 822 | Courier | 09/08/2013 | **$4.59** | Courier 79 Wellington Street West, Inv # 57329, 100 King St W, Gowling Lafleur, chris,1,1 |
| 836 | E-Discovery Consulting | 18/08/2013 | 554.90 | E-Discovery Consulting e-discovery project consulting; E-Discovery Consulting e-discovery project consulting; |
| 836 | E-Discovery Consulting | 31/08/2013 | 826.24 | E-Discovery Consulting e-discovery project consulting; E-Discovery Consulting e-discovery project consulting; |
| | | | **$1,381.14** | |
| 885 | On Line Research Charges - Quicklaw | 02/08/2013 | 24.34 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 03/08/2013 | 52.59 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 06/08/2013 | 153.83 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 08/08/2013 | 214.17 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 09/08/2013 | 495.51 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 10/08/2013 | 24.34 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 13/08/2013 | 48.68 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 14/08/2013 | 67.19 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 16/08/2013 | 58.41 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/08/2013 | 10.72 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 19/08/2013 | 140.17 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 09/08/2013 | 31.15 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 13/08/2013 | 3.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/08/2013 | 3.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/08/2013 | 33.10 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/08/2013 | 15.58 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/08/2013 | 7.79 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$1,385.35** | |
| | | | **$11,259.66** | |