# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of September 1, 2013 through September 30, 2013

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of September 1, 2013 through September 30, 2013 | $ 447,087.00 | $      - | $ 447,087.00 |

Exhibit C                                                                                                                                          Page 1 of 1