# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of September 1, 2013 through September 30, 2013

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, cash management, general accounting and controls, tax, information technology, human resources, and real estate management. Employee Benefits and Pension Investment Committee member. | 161.00 |
| Allen K. Stout | Officer | Controller - Foreign subsidiaries and branches financial oversight, entity liquidation and wind down, Employee Benefits Committee member, and Pension Investment Committee chair. | 122.75 |
| William D. Cozart | Non-Officer | Associate - General accounting control oversight, debtor financial reporting (MOR, Form 26, etc.), general accounting control oversight, treasury systems management and oversight. | 160.00 |
| Jane C. Davison | Non-Officer | Associate - Claims reconciliation & administration, finance systems administration & controls, and residual operations data extraction and analysis. | 107.00 |
| Jessica A. Lloyd | Non-Officer | Associate - General accounting for accounts receivable, lease and real estate billing, collection, and financial planning & analysis, account reconciliations, and cash receipts & disbursements reporting and analysis. | 154.00 |
| Deborah M. Parker | Non-Officer | Associate - Health and Welfare benefits plan termination, HR data systems management and oversight, regulatory compliance, and health and welfare benefit plan reimbursement oversight. | 150.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 158.00 |
| Elizabeth Smith | Non-Officer | Associate - General accounting for employee related liabilities, benefit plan vendor contract oversight, benefit plan termination, plan regulatory oversight and reporting, and Pension Investment Committee member. | 158.00 |
| Gary L. Storr | Non-Officer | Associate - Information technology systems & support, IT vendor contract management, data and document retention governance & maintenance, and data extraction & analysis. | 160.50 |

**Hours for the period of September 1, 2013 through September 30, 2013**  **1,331.25**

Billing Rate  $  335.84

**Fees for the period of September 1, 2013 through September 30, 2013**  **$ 447,087.00**