IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 11985-11994** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
24th day of October, 2013

_____
Notary Public

REGINA AMPORRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11
                                                |
NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)
                                                |
                      Debtors.                  | Jointly Administered
                                                |
                                                |
                                                |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ADAMS, CLARENCE
     432 LOWER THRIFT ROAD
     NEW HILL, NC 27562

Please note that your claim # 8636 in the above referenced case and in the amount of $24,911.54 has been transferred **(unless previously expunged by court order)** to:

     HAIN CAPITAL HOLDINGS, LLC
     TRANSFEROR: ADAMS, CLARENCE
     ATTN: AMANDA RAPOPORT
     301 ROUTE 17, 7TH FLOOR
     RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     District of Delaware
     824 Market Street, Fifth Floor
     Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11985     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/24/2013                           David D. Bird, Clerk of Court


                                           /s/ Kimberly Murray
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 24, 2013.

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

TIME: 11:08:56
DATE: 10/24/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ADAMS, CLARENCE | 432 LOWER THRIFT ROAD NEW HILL NC 27562 |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| ALMS, MICHAEL P. | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| ANSTEAD, VICTORIA | 3894 RIDGE LEA RD #A AMHERST NY 14228 |
| AVERY, PATRICIA | 15 OAKMONT COURT CLAYTON NC 27527 |
| BASS, JANET E. | 1228 MOULTRIE CT. RALEIGH NC 27615 |
| BEASLEY, BRENT | 541 AMMONS RD. DUNN NC 28334 |
| BENNETT, STEVEN E. | 37052 CHESTNUT ST. NEWARK CA 94560 |
| BENSON, GLORIA D. | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| BLOOM, SHIRLEY | 151 E 31 ST., APT. 22E NEW YORK NY 10016-9507 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ADAMS, CLARENCE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ADAMS, LAURIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ALMS, MICHAEL P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ANSTEAD, VICTORIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AVERY, PATRICIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BASS, JANET E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BEASLEY, BRENT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BENNETT, STEVEN E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BENSON, GLORIA D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BLOOM, SHIRLEY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |

Total Number of Records Printed        20

EPIQ BANKRUPTCY SOLUTIONS, LLC