```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                              )    Case No. 09-10138(KG)
                                    )    (Jointly Administered)
NORTEL NETWORKS, INC.,              )
      et al.,                       )    Chapter 11

                                    )    Courtroom 3
                                    )    824 Market Street
           Debtors.                 )    Wilmington, Delaware
                                    )
                                    )    October 22, 2013
                                    )    10:02 a.m.

                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:            Morris Nichols Arsht & Tunnell, LLP
                        BY: ANNIE CORDO, ESQ.
                        1201 North Market St., 18th Floor
                        Wilmington, DE  19899-1347
                        (302) 351-9357

                        Cleary Gottlieb Steen & Hamilton
                        BY: LOUIS LIPNER, ESQ.
                        One Liberty Plaza
                        New York, NY  10006
                        (212) 225-2000



ECRO:                   GINGER MACE

Transcription Service:  DIAZ DATA SERVICES, LLC
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For the Creditors' Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7531 |
| For Monitor, Ernst & Young: | Buchanan Ingersoll & Rooney, PC<br>BY: KATHLEEN A. MURPHY, ESQ.<br>1105 North Market St., Ste. 1900<br>Wilmington, DE  19801-1054<br>(302) 552-4214 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Debtor: | Cleary Gottlieb Steen & Hamilton<br>BY: LISA M. SCHWEITZER, ESQ.<br>(212) 225-2629 |
| For Monitor, Ernst & Young: | Allen & Overy, LLP<br>BY: JOSEPH BADTKE-BERKOW, ESQ.<br>BY: DANIEL GUYDER, ESQ.<br>(646) 344-6563 |
| For Interested Party: | Dow Jones & Co.<br>BY: PEG BRICKLEY |
| For Bank of America: | Bank of America<br>BY: ESTHER CHUNG<br>(646) 855-6705 |
| For Ad Hoc Committee: | Milbank Tweed Hadley & McCloy<br>BY: CINDY DELANO, ESQ.<br>(212) 530-8978 |
| For Official Committee of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld, LLP<br>BY: FRED S. HODARA<br>(212) 872-8040 |
| For Interested Party: | Farallon Capital Management<br>BY: MICHAEL LINN<br>(415) 421-2132 |

TELEPHONIC APPEARANCES:
(Continued)

For Law Debenture:        Patterson Belknap Webb & Tyler
                          BY: DANIEL A. LOWENTHAL, ESQ.
                          (212) 336-2720

WILMINGTON, DELAWARE, TUESDAY, OCTOBER 22, 2013, 10:02 A.M.

1                THE CLERK:  Please rise.

2                THE COURT:  Good morning, everyone.  Please be

3    seated.  And thank you.  Ms. Cordo, good morning.

4                MS. CORDO:  Good morning, Your Honor.  For the

5    record, Annie Cordo, Morris Nichols Arsht & Tunnell, on

6    behalf of the Debtors.

7                I think we hopefully have a quick Agenda for you

8    this morning as we've resolved or kind of adjourned

9    everything to a future hearing date, just have a couple of

10   Orders to hand up.

11               THE COURT:  That's what it looked like, yes.

12               MS. CORDO:  Yes.  So the first item on the Agenda

13   was the Debtors' Twenty-Second Omnibus Objection, which we

14   have two outstanding responses, and that has been adjourned

15   to the hearing in December.

16               THE COURT:  Right.

17               MS. CORDO:  Item #2 was the Debtors' Thirty-Third

18   Omnibus Objection, which we had an Order entered on Friday.

19   We filed that under Certificate of No Objection.  Item #3 is

20   the Debtors' Thirtieth Omnibus Objection.  We had one

21   remaining outstanding claim on that with Hain Capital, and

22   after exchanging documentation, we have reached a resolution

23   with Hain --

24               THE COURT:  Wonderful.

1           MS. CORDO:  -- and have agreed to allow their

2   claim in the amount of $742,600.55, and I have a Form of

3   Supplemental Order if I may approach.

4           THE COURT:  You may.  Thank you, Ms. Cordo.

5   Thank you.  And hearing no one jumping up that would object,

6   I will sign the Order.

7           MS. CORDO:  Thank you, Judge Gross.

8           The fourth item on the Agenda is the Debtors'

9   Thirty-First Omnibus Objection, and for that I will turn the

10  podium over to Mr. Lipner.

11          THE COURT:  Thank you.

12          Mr. Lipner, good to see you again.

13          MR. LIPNER:  Good morning, Your Honor.  Louis

14  Lipner of Cleary Gottlieb Steen & Hamilton on behalf of the

15  Debtors.

16          I'll be discussing the Debtors' Thirty-First and

17  Thirty-Second Omnibus Objections to Claims.

18          These Objections are generally similar to prior

19  employee claims Objections that have been filed in these

20  cases.  They deal with severance claims and claims for other

21  termination benefits, claims filed by participants in the

22  Nortel Networks Retirement Income Plan, that defined benefit

23  pension plan, and claims of certain employees that were

24  otherwise unsupported by the Debtors' books and records or

25  the documentation that they provided to the Debtors.  The

1  Debtors also seek to modify certain claims that sought
2  inappropriate claim treatment such as 503(b)(9) treatment
3  where it doesn't apply or secured status.
4             THE COURT:  Yes.
5             MR. LIPNER:  Between the two Omnibus Objections,
6  we received six formal responses, two to the Thirty-First
7  Omnibus Objection and four to the Thirty-Second.  The
8  Debtors also received informal responses from a number of
9  claimants and responded to their inquiries seeking
10 additional detail on their claim treatment.
11            As Your Honor is aware, the Debtors have filed a
12 reply to three of the Objections but have agreed, as
13 Ms. Cordo said, with the relevant objecting parties to
14 adjourn the hearing on those claims until November 19th.
15            THE COURT:  Right.
16            MR. LIPNER:  The Debtors have consensually
17 resolved the fourth Objection, that of Mr. Olson, to the
18 Thirty-Second Omnibus and have adjourned the remaining two
19 Objections to November 5th or 19th, again, in an effort to
20 see if we can reach a consensual resolution on those claims.
21            Unless Your Honor has any questions, I'd be happy
22 to hand up revised proposed Orders and walk Your Honor
23 through the changes.
24            THE COURT:  Let's do that, Mr. Lipner.  Thank
25 you, sir.  Thank you.

1     MR. LIPNER: So looking first at the Thirty-First
2 Omnibus Order, changes begin in paragraph 1 where we've
3 reflected that the hearing is going to adjourn with respect
4 to two of the claims to the November 19th hearing. The
5 changes in paragraphs 2 and 3 are just conforming changes to
6 show that these claims are carved out of the relief in the
7 Order.
8     THE COURT: Exactly.
9     MR. LIPNER: For the Thirty-Second Omnibus Order,
10 the changes begin at the end of the introductory paragraph
11 where Mr. Olson has agreed with the Debtors that, except as
12 allowed in this Order, he has no other or further claims
13 against the Debtors.
14     THE COURT: Okay.
15     MR. LIPNER: And Mr. Olson has reviewed this form
16 of the Order and agreed to it.
17     THE COURT: Excellent.
18     MR. LIPNER: In paragraph 1 we've again shown
19 that the hearing is adjourned with respect to three of the
20 claimants, two who filed responses and one who reached out
21 to us informally. And then in the second paragraph we've
22 adjourned one of the objecting parties' claims to a hearing
23 on November 5th. Paragraph 3 contains the agreement with
24 Mr. Olson with respect to his claim, which is allowed as a
25 general unsecured claim against Nortel Networks, Inc., in

1   the amount of $38,374.95, which was the as-filed amount.

2   THE COURT: Yes.

3   MR. LIPNER: And then paragraphs 4 and 5 contain

4   similar conforming changes to show that the adjourned claims

5   are not covered by the Order.

6   Unless Your Honor has any questions, we'd ask

7   that you enter the revised forms of the Orders.

8   THE COURT: All right, Mr. Lipner. Thank you.

9   Does anyone wish to be heard either in the

10  courtroom or on the telephone?

11  (No audible response)

12  THE COURT: All right. I am going to sign the

13  Orders. I want to commend Counsel for communicating with

14  claimants and for paying quite a bit of attention to the

15  details. You know, it does make a huge difference in the

16  case when matters such as this can be resolved or discussed,

17  and again, I appreciate the effort.

18  MR. LIPNER: Thank you, Your Honor.

19  And I think with that, we've concluded our Agenda

20  for the day. It was quick, as Ms. Cordo promised.

21  THE COURT: Well, you know, Mr. Lipner, you did

22  such a good job, I'm giving you the rest of the day off, all

23  right?

24  MR. LIPNER: Thank you.

25  THE COURT: You bet. And I'm just going to sign

1  the Orders before I leave so we make sure we get them on the
2  docket.
3              MR. LIPNER:  Great.  Thank you, Your Honor.
4              THE COURT:  Thank you.  And I guess November 5th
5  is our next hearing, Ms. Cordo.  Is that right?  I'm sorry.
6  I didn't mean to put you on the spot.
7              MS. CORDO:  Your Honor, we have a hearing on
8  October 29th, I believe, on one of the adversary
9  proceedings.  There's oral argument on a Motion to Dismiss.
10             THE COURT:  That's right.  Forgive me.  That's
11 right.
12             MS. CORDO:  You'll see the Agenda on Friday.
13             THE COURT:  Okay.  All right.  Well, we've
14 already been paying close attention to it, so we'll be
15 ready.
16             MS. CORDO:  Thank you, Your Honor.
17             THE COURT:  And with that, we'll stand in recess.
18 Good to see you all.  Travel safely.  And I'll see you back
19 in about a week.  Good day, everyone.
20             MR. LIPNER:  Good day.
21
22     (Whereupon at 10:08 a.m., the hearing was adjourned.)
23

1                        CERTIFICATION

2          I certify that the foregoing is a correct
3    transcript from the electronic sound recording of the
4    proceedings in the above-entitled matter.

5

6
7    _____              22 October 2013
8    Christy Snyder, Transcriber                       Date
9    Diaz Data Services, LLC

10

# INDEX

| ORDERS: | | Issued |
|---|---|---|
| 1. | Debtors' Supplemental Order | 5 |
| 2. | Debtors' Revised Forms of Orders | 7 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **503(b)(9)**(1) | 6:2 | **chung**(1) | 2:34 | **everything**(1) | 4:10 | **introductory**(1) | 7:10 |
| **a.m**(3) | 1:15  4:1  9:22 | **cindy**(1) | 2:38 | **exactly**(1) | 7:8 | **issued**(1) | 11:3 |
| **about**(1) | 9:19 | **claim**(6) | 4:22  5:2  6:2  6:10  7:24  7:25 | **excellent**(1) | 7:17 | **item**(4) | 4:13  4:18  4:20  5:8 |
| **above-entitled**(1) | 10:4 | **claimants**(3) | 6:9  7:20  8:14 | **except**(1) | 7:11 | **job**(1) | 8:22 |
| **additional**(1) | 6:10 | **claims**(14) | 5:17  5:19  5:20  5:20  5:21  5:23  6:1  6:14  6:20  7:4  7:6  7:12  7:22  8:4 | **exchanging**(1) | 4:23 | **jointly**(1) | 1:6 |
| **adjourn**(2) | 6:14  7:3 | | | **farallon**(1) | 2:46 | **jones**(1) | 2:30 |
| **adjourned**(7) | 4:9  4:15  6:18  7:19  7:22  8:4  9:22 | **cleary**(3) | 1:28  2:20  5:14 | **feld**(1) | 2:42 | **joseph**(1) | 2:26 |
| | | **clerk**(1) | 4:2 | **filed**(5) | 4:20  5:19  5:21  6:11  7:20 | **judge**(3) | 1:18  1:19  5:7 |
| **administered**(1) | 1:6 | **close**(1) | 9:14 | **finger**(1) | 2:4 | **jumping**(1) | 5:5 |
| **adversary**(1) | 9:8 | **commend**(1) | 8:13 | **first**(2) | 4:13  7:1 | **just**(3) | 4:10  7:5  8:25 |
| **after**(1) | 4:23 | **committee**(3) | 2:5  2:37  2:41 | **floor**(1) | 1:24 | **kathleen**(1) | 2:13 |
| **again**(4) | 5:12  6:19  7:18  8:17 | **communicating**(1) | 8:13 | **for**(20) | 1:2  1:22  2:4  2:11  2:20  2:24  2:30  2:33  2:37  2:41  2:46  3:4  4:5  4:8  5:9  5:20  7:9  8:13  8:14  8:20 | **kevin**(1) | 1:18 |
| **against**(2) | 7:13  7:25 | **concluded**(1) | 8:19 | | | **kind**(1) | 4:9 |
| **agenda**(5) | 4:8  4:13  5:8  8:19  9:12 | **conforming**(2) | 7:5  8:4 | | | **king**(1) | 2:7 |
| **agreed**(4) | 5:1  6:12  7:11  7:16 | **consensual**(1) | 6:20 | **foregoing**(1) | 10:2 | **know**(2) | 8:15  8:21 |
| **agreement**(1) | 7:23 | **consensually**(1) | 6:16 | **forgive**(1) | 9:10 | **law**(1) | 3:4 |
| **akin**(1) | 2:42 | **contain**(1) | 8:3 | **form**(2) | 5:2  7:15 | **layton**(1) | 2:4 |
| **all**(5) | 8:8  8:12  8:22  9:13  9:18 | **contains**(1) | 7:23 | **formal**(1) | 6:6 | **leave**(1) | 9:1 |
| **allen**(1) | 2:25 | **continued**(2) | 2:2  3:2 | **forms**(1) | 8:7 | **let's**(1) | 6:24 |
| **allow**(1) | 5:1 | **cordo**(14) | 1:23  4:4  4:5  4:6  4:13  4:18  5:1  5:4  5:7  8:20  9:5  9:7  9:12  9:16 | **four**(1) | 6:7 | **liberty**(1) | 1:30 |
| **allowed**(2) | 7:12  7:24 | | | **fourth**(2) | 5:8  6:17 | **like**(1) | 4:12 |
| **already**(1) | 9:14 | | | **fred**(1) | 2:43 | **linn**(1) | 2:47 |
| **also**(2) | 6:1  6:8 | **correct**(1) | 10:2 | **friday**(2) | 4:19  9:12 | **lipner**(18) | 1:29  5:12  5:13  5:14  6:5  6:16  6:24  7:1  7:9  7:15  7:18  8:3  8:8  8:18  8:21  8:24  9:3  9:20 |
| **america**(2) | 2:33  2:33 | **counsel**(1) | 8:13 | **from**(2) | 6:8  10:3 | |  |
| **amount**(3) | 5:2  8:1  8:1 | **couple**(1) | 4:10 | **further**(1) | 7:12 | | |
| **and**(29) | 4:4  4:15  4:22  5:1  5:2  5:5  5:9  5:16  5:20  5:23  5:24  6:7  6:9  6:18  6:22  7:5  7:15  7:16  7:20  7:21  8:3  8:3  8:14  8:17  8:19  8:25  9:4  9:17  9:18 | **court**(22) | 1:1  4:3  4:12  4:17  4:25  5:4  5:11  6:4  6:15  6:24  7:8  7:14  7:17  8:2  8:8  8:12  8:21  8:25  9:4  9:10  9:13  9:17 | **future**(1) | 4:10 | **lisa**(1) | 2:21 |
| | | | | **general**(1) | 7:25 | **llc**(2) | 1:37  10:9 |
| | | | | **generally**(1) | 5:18 | **llp**(3) | 1:22  2:25  2:42 |
| | | | | **get**(1) | 9:1 | **looked**(1) | 4:12 |
| | | **courtroom**(2) | 1:10  8:10 | **ginger**(1) | 1:35 | **looking**(1) | 7:1 |
| **annie**(2) | 1:23  4:6 | **covered**(1) | 8:5 | **giving**(1) | 8:22 | **louis**(2) | 1:29  5:13 |
| **any**(2) | 6:21  8:6 | **creditors**(1) | 2:42 | **going**(3) | 7:3  8:12  8:25 | **lowenthal**(1) | 3:5 |
| **anyone**(1) | 8:9 | **creditors'**(1) | 2:4 | **good**(9) | 4:3  4:4  4:5  5:12  5:13  8:22  9:18  9:19  9:20 | **mace**(1) | 1:35 |
| **appearances**(2) | 2:18  3:1 | **daniel**(2) | 2:27  3:5 | | | **make**(2) | 8:15  9:1 |
| **apply**(1) | 6:3 | **data**(2) | 1:37  10:9 | | | **management**(1) | 2:46 |
| **appreciate**(1) | 8:17 | **date**(2) | 4:10  10:8 | **gottlieb**(3) | 1:28  2:20  5:14 | **market**(3) | 1:11  1:24  2:14 |
| **approach**(1) | 5:3 | **day**(4) | 8:20  8:22  9:19  9:20 | **great**(1) | 9:3 | **matter**(1) | 10:4 |
| **are**(4) | 5:18  7:5  7:6  8:5 | **deal**(1) | 5:20 | **gross**(2) | 1:18  5:7 | **matters**(1) | 8:16 |
| **argument**(1) | 9:9 | **debenture**(1) | 3:4 | **guess**(1) | 9:4 | **may**(2) | 5:3  5:4 |
| **arsht**(2) | 1:22  4:6 | **debtor**(1) | 2:20 | **gump**(1) | 2:42 | **mccloy**(1) | 2:37 |
| **as-filed**(1) | 8:1 | **debtors**(18) | 1:12  1:22  4:7  4:14  4:18  4:21  5:8  5:15  5:16  5:24  5:25  6:1  6:8  6:11  6:16  7:11  7:13  11:4 | **guyder**(1) | 2:27 | **mean**(1) | 9:6 |
| **ask**(1) | 8:6 | | | **had**(2) | 4:19  4:21 | **michael**(1) | 2:47 |
| **attention**(2) | 8:14  9:14 | | | **hadley**(1) | 2:37 | **milbank**(1) | 2:37 |
| **audible**(1) | 8:11 | | | **hain**(2) | 4:22  4:24 | **modify**(1) | 6:1 |
| **aware**(1) | 6:11 | **december**(1) | 4:16 | **hamilton**(3) | 1:28  2:20  5:14 | **monitor**(2) | 2:11  2:24 |
| **back**(1) | 9:18 | **defined**(1) | 5:22 | **hand**(2) | 4:11  6:22 | **morning**(5) | 4:3  4:4  4:5  4:9  5:13 |
| **badtke-berkow**(1) | 2:26 | **delano**(1) | 2:38 | **happy**(1) | 6:21 | **morris**(2) | 1:22  4:6 |
| **bank**(2) | 2:33  2:33 | **delaware**(3) | 1:2  1:12  4:1 | **harrisburg**(1) | 1:39 | **motion**(1) | 9:9 |
| **bankruptcy**(2) | 1:1  1:19 | **detail**(1) | 6:10 | **has**(6) | 4:15  6:21  7:11  7:12  7:15  8:6 | **mr. lipner**(1) | 5:10 |
| **been**(3) | 4:15  5:19  9:14 | **details**(1) | 8:15 | **hauer**(1) | 2:42 | **ms. cordo**(1) | 6:13 |
| **before**(2) | 1:18  9:1 | **diaz**(2) | 1:37  10:9 | **have**(12) | 4:8  4:10  4:15  4:23  5:1  5:2  5:19  6:11  6:12  6:16  6:18  9:7 | **murphy**(1) | 2:13 |
| **begin**(2) | 7:2  7:10 | **did**(1) | 8:21 | | | **networks**(3) | 1:7  5:22  7:25 |
| **behalf**(2) | 4:7  5:14 | **didn't**(1) | 9:6 | | | **new**(1) | 1:31 |
| **believe**(1) | 9:8 | **difference**(1) | 8:15 | **heard**(1) | 8:9 | **next**(1) | 9:5 |
| **belknap**(1) | 3:4 | **discussed**(1) | 8:16 | **hearing**(11) | 4:10  4:16  5:5  6:14  7:3  7:4  7:19  7:22  9:5  9:7  9:22 | **nichols**(2) | 1:22  4:6 |
| **benefit**(1) | 5:22 | **discussing**(1) | 5:16 | | | **nortel**(3) | 1:7  5:22  7:25 |
| **benefits**(1) | 5:21 | **dismiss**(1) | 9:9 | | | **north**(3) | 1:24  2:7  2:14 |
| **bet**(1) | 8:25 | **district**(1) | 1:2 | **his**(1) | 7:24 | **not**(1) | 8:5 |
| **between**(1) | 6:5 | **docket**(1) | 9:2 | **hoc**(1) | 2:37 | **november**(5) | 6:14  6:19  7:4  7:23  9:4 |
| **bit**(1) | 8:14 | **documentation**(2) | 4:23  5:25 | **hodara**(1) | 2:43 | **number**(1) | 6:8 |
| **books**(1) | 5:24 | **does**(2) | 8:9  8:15 | **honor**(10) | 4:5  5:13  6:11  6:21  6:22  8:6  8:18  9:3  9:7  9:16 | **object**(1) | 5:5 |
| **brickley**(1) | 2:31 | **doesn't**(1) | 6:3 | | | **objecting**(2) | 6:13  7:22 |
| **buchanan**(1) | 2:12 | **dow**(1) | 2:30 | | | **objection**(7) | 4:14  4:19  4:20  4:21  5:9  6:7  6:17 |
| **but**(1) | 6:12 | **ecro**(1) | 1:35 | **honorable**(1) | 1:18 | |  |
| **can**(2) | 6:20  8:16 | **effort**(2) | 6:19  8:17 | **hopefully**(1) | 4:8 | | |
| **capital**(2) | 2:46  4:22 | **either**(1) | 8:9 | **huge**(1) | 8:15 | **objections**(6) | 5:17  5:18  5:19  6:5  6:12  6:19 |
| **carved**(1) | 7:6 | **electronic**(2) | 1:43  10:3 | **i'd**(1) | 6:21 | **october**(4) | 1:14  4:1  9:8  10:7 |
| **case**(2) | 1:5  8:16 | **employee**(1) | 5:19 | **i'll**(2) | 5:16  9:18 | **off**(1) | 8:22 |
| **cases**(1) | 5:20 | **employees**(1) | 5:23 | **i'm**(3) | 8:22  8:25  9:5 | **official**(1) | 2:41 |
| **certain**(2) | 5:23  6:1 | **end**(1) | 7:10 | **inappropriate**(1) | 6:2 | **okay**(2) | 7:14  9:13 |
| **certificate**(1) | 4:20 | **enter**(1) | 8:7 | **inc**(2) | 1:7  7:25 | **olson**(4) | 6:17  7:11  7:15  7:24 |
| **certification**(1) | 10:1 | **entered**(1) | 4:19 | **income**(1) | 5:22 | **omnibus**(10) | 4:14  4:19  4:21  5:9  5:17  6:5  6:7  6:18  7:2  7:9 |
| **certify**(1) | 10:2 | **ernst**(2) | 2:11  2:24 | **index**(1) | 11:1 | | |
| **changes**(6) | 6:23  7:2  7:5  7:5  7:10  8:4 | **esq**(9) | 1:23  1:29  2:5  2:13  2:21  2:26  2:27  2:38  3:5 | **informal**(1) | 6:8 | | |
| **chapter**(1) | 1:8 | | | **informally**(1) | 7:21 | | |
| **chris**(1) | 2:5 | | | **ingersoll**(1) | 2:12 | **one**(7) | 1:30  2:6  4:21  5:5  7:20  7:22  9:8 |
| **christy**(1) | 10:8 | **esther**(1) | 2:34 | **inquiries**(1) | 6:9 | **oral**(1) | 9:9 |
| | | **everyone**(2) | 4:3  9:19 | **interested**(2) | 2:30  2:46 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**order**(10) 4:19 5:3 5:6 7:2 7:7 7:9 7:12 7:16 8:5 11:4

**orders**(6) 4:11 6:22 8:7 8:13 9:1 11:3
**other**(2) 5:20 7:12
**otherwise**(1) 5:24
**our**(2) 8:19 9:5
**out**(2) 7:6 7:20
**outstanding**(2) 4:15 4:22
**over**(1) 5:10
**overy**(1) 2:25
**paragraph**(5) 7:2 7:10 7:18 7:21 7:23
**paragraphs**(2) 7:5 8:3
**participants**(1) 5:21
**parties**(2) 6:13 7:22
**party**(2) 2:30 2:46
**patterson**(1) 3:4
**paying**(2) 8:14 9:14
**peg**(1) 2:31
**pennsylvania**(1) 1:39
**pension**(1) 5:23
**plan**(2) 5:22 5:23
**plaza**(1) 1:30
**please**(2) 4:2 4:3
**podium**(1) 5:10
**ppearances**(2) 1:21 2:1
**prior**(1) 5:18
**proceedings**(4) 1:17 1:43 9:9 10:4
**produced**(1) 1:44
**promised**(1) 8:20
**proposed**(1) 6:22
**provided**(1) 5:25
**put**(1) 9:6
**questions**(2) 6:21 8:6
**quick**(2) 4:8 8:20
**quite**(1) 8:14

**reach**(1) 6:20
**reached**(2) 4:23 7:20
**ready**(1) 9:15
**received**(2) 6:6 6:8
**recess**(1) 9:17
**record**(1) 4:6
**recorded**(1) 1:43
**recording**(2) 1:43 10:3
**records**(1) 5:24
**reflected**(1) 7:3
**relevant**(1) 6:13
**relief**(1) 7:6
**remaining**(2) 4:22 6:18
**reply**(1) 6:12
**resolution**(2) 4:23 6:20
**resolved**(3) 4:9 6:17 8:16
**respect**(3) 7:3 7:19 7:24
**responded**(1) 6:9
**response**(1) 8:11
**responses**(4) 4:15 6:6 6:8 7:20
**rest**(1) 8:22
**retirement**(1) 5:22
**reviewed**(1) 7:15
**revised**(2) 6:22 8:7
**richards**(1) 2:4
**right**(9) 4:17 6:15 8:8 8:12 8:23 9:5 9:10 9:11 9:13

**rise**(1) 4:2
**rodney**(1) 2:6
**rooney**(1) 2:12
**safely**(1) 9:18
**said**(1) 6:13
**samis**(1) 2:5
**schuylkill**(1) 1:38
**schweitzer**(1) 2:21
**seated**(1) 4:4
**second**(1) 7:21
**secured**(1) 6:3
**see**(5) 5:12 6:20 9:12 9:18 9:18
**seek**(1) 6:1
**seeking**(1) 6:9

**service**(2) 1:37 1:44
**services**(2) 1:37 10:9
**severance**(1) 5:20
**show**(2) 7:6 8:4
**shown**(1) 7:18
**sign**(3) 5:6 8:12 8:25
**similar**(2) 5:18 8:4
**sir**(1) 6:25
**six**(1) 6:6
**snyder**(1) 10:8
**sorry**(1) 9:5
**sought**(1) 6:1
**sound**(2) 1:43 10:3
**spot**(1) 9:6
**square**(1) 2:6
**stand**(1) 9:17
**states**(2) 1:1 1:19
**status**(1) 6:3
**ste**(1) 2:14
**steen**(3) 1:28 2:20 5:14
**strauss**(1) 2:42
**street**(3) 1:11 1:38 2:7
**such**(3) 6:2 8:16 8:22
**supplemental**(2) 5:3 11:4
**sure**(1) 9:1
**telephone**(1) 8:10
**telephonic**(2) 2:18 3:1
**termination**(1) 5:21
**thank**(13) 4:4 5:4 5:5 5:7 5:11 6:24 6:25 8:8 8:18 8:24 9:3 9:4 9:16

**that**(22) 4:15 4:20 4:22 5:5 5:9 5:19 5:22 5:23 5:25 6:1 6:17 6:24 7:3 7:6 7:11 7:19 8:4 8:7 8:19 9:5 9:17 10:2

**that's**(3) 4:12 9:10 9:10
**the**(104) 1:1 1:2 1:18 2:4 4:2 4:3 4:5 4:7 4:12 4:13 4:13 4:14 4:16 4:17 4:18 4:21 4:25 5:2 5:4 5:6 5:8 5:8 5:8 5:9 5:11 5:14 5:16 5:21 5:24 5:25 5:25 5:25 6:4 6:5 6:6 6:7 6:7 6:11 6:12 6:13 6:14 6:15 6:16 6:17 6:17 6:18 6:23 6:24 7:1 7:3 7:4 7:4 7:4 7:6 7:6 7:8 7:9 7:10 7:10 7:10 7:11 7:13 7:14 7:16 7:17 7:19 7:19 7:21 7:22 7:23 8:1 8:1 8:2 8:4 8:5 8:7 8:7 8:8 8:9 8:10 8:12 8:12 8:14 8:15 8:17 8:20 8:21 8:22 8:22 8:25 9:1 9:1 9:4 9:6 9:8 9:10 9:12 9:13 9:17 9:22 10:2 10:3 10:3 10:4

**their**(3) 5:1 6:9 6:10
**them**(1) 9:1
**then**(2) 7:21 8:3
**there's**(1) 9:9
**these**(3) 5:18 5:19 7:6
**they**(2) 5:20 5:25
**think**(2) 4:8 8:19
**thirtieth**(1) 4:21
**thirty-first**(4) 5:9 5:16 6:6 7:1
**thirty-second**(4) 5:17 6:7 6:18 7:9
**thirty-third**(1) 4:18
**this**(4) 4:9 7:12 7:15 8:16
**those**(2) 6:14 6:20
**three**(2) 6:12 7:19
**through**(1) 6:23
**transcriber**(1) 10:8
**transcript**(3) 1:17 1:44 10:3
**transcription**(2) 1:37 1:44
**travel**(1) 9:18
**treatment**(3) 6:2 6:2 6:10
**tuesday**(1) 4:1
**tunnell**(2) 1:22 4:6
**turn**(1) 5:9
**tweed**(1) 2:37
**twenty-second**(1) 4:14
**two**(6) 4:15 6:5 6:6 6:18 7:4 7:20
**tyler**(1) 3:4
**under**(1) 4:20
**united**(2) 1:1 1:19

**unless**(2) 6:21 8:6
**unsecured**(2) 2:42 7:25
**unsupported**(1) 5:24
**until**(1) 6:14
**walk**(1) 6:22
**want**(1) 8:13
**was**(5) 4:14 4:18 8:1 8:20 9:22
**we'd**(1) 8:6
**we'll**(2) 9:14 9:17
**we've**(6) 4:9 7:2 7:18 7:21 8:19 9:13
**webb**(1) 3:4
**week**(1) 9:19
**well**(2) 8:21 9:13
**were**(1) 5:23
**what**(1) 4:12
**when**(1) 8:16
**where**(3) 6:3 7:2 7:11
**whereupon**(1) 9:22
**which**(4) 4:14 4:19 7:24 8:1
**who**(2) 7:20 7:20
**will**(2) 5:6 5:9
**wilmington**(5) 1:12 1:25 2:8 2:15 4:1
**wish**(1) 8:9
**with**(12) 4:22 4:24 5:20 6:13 7:3 7:11 7:19 7:23 7:24 8:13 8:19 9:17

**wonderful**(1) 4:25
**would**(1) 5:5
**www.diazdata.com**(1) 1:41
**yes**(4) 4:12 4:13 6:4 8:2
**york**(1) 1:31
**you**(25) 4:4 4:8 5:4 5:4 5:5 5:7 5:11 5:12 6:25 6:25 8:7 8:8 8:15 8:18 8:21 8:21 8:22 8:24 8:25 9:3 9:4 9:6 9:16 9:18 9:18

**you'll**(1) 9:12
**young**(2) 2:12 2:25
**your**(10) 4:5 5:13 6:11 6:21 6:22 8:6 8:18 9:3 9:7 9:16