# **<u>EXHIBIT A</u>**

ME1 16629835v.1



McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

October 21, 2013
Invoice 7878719

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| TOTAL FEES……………………………………………………………………… | $1,643.00 |
| TOTAL DISBURSEMENTS…………………………………………………… | $203.51 |
| TOTAL DUE THIS INVOICE …………………………………………………… | $1,846.51 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $6,133.30 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | $7,979.81 |

Please include this page with your remittance. Thank you.



**McCARTER &ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
October 21, 2013
Invoice 7878719

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| **TOTAL FEES** | $1,643.00 |
| **TOTAL DISBURSEMENTS** | $203.51 |
| **TOTAL DUE THIS INVOICE** | $1,846.51 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $6,133.30 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $7,979.81 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 09/30/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/03/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING 22ND MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL | 04990/JFS | 0.40 |
| 09/04/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 23RD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.40 |
| 09/04/13 | DRAFT AND ELECTRONICALLY FILE AMENDED NOTICE OF HEARING REGARDING 7TH QUARTERLY FEE APPLICATION OF TOGUT SEGAL & SEGAL AND CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 09/05/13 | O/C WITH JARED (.1). DRAFTED CNO RE: TSS 23RD MONTHLY FEE APP. (.3). | 05417/S-H | 0.40 |
| 09/09/13 | EXAMINE AND ANALYZE OMNIBUS HEARING AGENDA AND CORRESPOND WITH LEAD COUNSEL RE STATUS OF THE MATTER. | 02718/WFT | 0.30 |
| 09/10/13 | REVIEW, REVISE, DRAFT AND FINALIZE THE M&E 24TH MONTHLY APPLICATION. | 02718/WFT | 0.50 |
| 09/10/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 22ND MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL | 04990/JFS | 0.40 |
| 09/10/13 | DRAFT 24TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.90 |
| 09/10/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 23RD MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL | 04990/JFS | 0.40 |
| 09/11/13 | REVISE AND ELECTRONICALLY FILE 24TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.60 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/11/13 | PREPARE SERVICE OF 24TH FEE APPLICATION OF MCCARTER & ENGLISH AND RELATED EXCEL SPREADSHEETS TO FEE EXAMINER; | 04990/JFS | 0.20 |
| 09/13/13 | EXAMINE AND ANALYZE ELECTRONIC FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.10 |
| 09/16/13 | EXAMINE AND ANALYZE AMENDED AGENDA FOR 9/18 HEARING. | 03706/KRB | 0.10 |
| 09/16/13 | EXAMINE AND ANALYZE AGENDA FOR 9/18 HEARING. | 03706/KRB | 0.10 |
| 09/18/13 | EXAMINE AND ANALYZE SECOND AMENDED AGENDA FOR 9/18 HEARING. | 03706/KRB | 0.10 |
| 09/18/13 | CONFER WITH COUNSEL REGARDING FILED QUARTERLY FEE APPLICATIONS; | 04990/JFS | 0.20 |
| 09/20/13 | EXAMINE AND ANALYZE ELECTRONIC FILINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.10 |
| 09/24/13 | CONFER WITH FEE EXAMINER REGARDING REQUESTED ADDITIONAL EXCEL SPREADSHEETS RELATED TO FEE APPLICATIONS; | 04990/JFS | 0.30 |
| 09/30/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING 24TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.40 |
| | TOTAL HOURS: | | 6.30 |

TOTAL FEES ................................................................................................  $1,643.00
TOTAL DISBURSEMENTS ...........................................................................     203.51

TOTAL DUE THIS INVOICE .........................................................................  $1,846.51

AMOUNT OUTSTANDING FROM PRIOR INVOICES                                              $6,133.30

TOTAL AMOUNT DUE AS OF THIS INVOICE                                                 $7,979.81

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

|       |                         |           | HOURS |         | RATE   | VALUE    |
|-------|-------------------------|-----------|-------|---------|--------|----------|
| 02718 | WILLIAM F. TAYLOR, JR.  | PARTNER   | 0.80  | Hours @ | 525.00 | 420.00   |
| 03706 | KATE R. BUCK            | ASSOCIATE | 0.50  | Hours @ | 320.00 | 160.00   |
| 05417 | SHARYN HALLMAN          | PARALEGAL | 0.40  | Hours @ | 185.00 | 74.00    |
| 04990 | JARED, F. SCHIERBAUM    | PARALEGAL | 4.60  | Hours @ | 215.00 | 989.00   |
| **ATTORNEY TOTALS:** |            |           | **6.30** |     |        | **1,643.00** |