# **EXHIBIT B**

ME1 16629835v.1

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 07/25/2013 | TELEPHONIC COURT APPEARANCE | 30.00 | |
| | **Total For: SERVICES** | | **30.00** |
| 09/12/2012 | FEDERAL EXPRESS Delivery to: Alberto Boleda INFORMATION NOT SUPPLIED Tracking #: 798948727908 | 24.20 | |
| 09/12/2012 | FEDERAL EXPRESS Delivery to: Ramana Pappu INFORMATION NOT SUPPLIED Tracking #: 798950511535 | 17.09 | |
| 09/12/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798909457938 | 17.75 | |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798936014526 | 16.48 | |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798936459350 | 17.75 | |
| 09/14/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798950519834 | 14.25 | |
| 09/14/2012 | FEDERAL EXPRESS Delivery to: Patricia Holton INFORMATION NOT SUPPLIED Tracking #: 798971955934 | 20.44 | |
| 09/17/2012 | FEDERAL EXPRESS Delivery to: David A Thomas McCarter & English LLP Tracking #: 798948842624 | 21.35 | |
| 09/18/2012 | FEDERAL EXPRESS Delivery to: Kenneth Dorn INFORMATION NOT SUPPLIED Tracking #: 798994301262 | 24.20 | |
| | **Total For: FEDERAL EXPRESS** | | **173.51** |

**TOTAL DISBURSEMENTS** ................................................................ **$203.51**