# EXHIBIT B



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

T 416 863 4511
F 416 863 4592

Salans FMC SNR Denton
dentons.com

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 3004974**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| September 30, 2013 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 159,766.00 |
| Disbursements | | 2,074.77 |
| **Total Amount Due** | **$** | **161,840.77** CDN. |

**DENTONS CANADA LLP**

Per: _____

Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Dentons Canada LLP and
your account number is 538462. Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

DENTONS CANADA LLP                                              INVOICE 3004974
The Official Committee of Unsecured Creditors                      Page 2 of 22
Re: Nortel Networks Inc., et al.                           Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Aug-13 | BLG | 0007 | Participation in UCC call. | 0.6 |
| 01-Aug-13 | BLG | 0012 | Analysis of Canadian claims and related Canadian legal issues. | 2.0 |
| 01-Aug-13 | BLG | 0029 | Email communications with Akin Gump to prepare for in person allocation core parties meeting in New York. | 0.4 |
| 01-Aug-13 | BLG | 0031 | Telephone attendance with Torys regarding Letter of Rogatory Canadian motion before Morawetz regarding allocation and claims litigation (0.2), review of drafts of motion materials (0.9), and report to UCC advisors regarding same (0.4). | 1.5 |
| 01-Aug-13 | BLG | 0031 | Email correspondence and calls with Akin Gump and Dentons regarding Canadian motion agenda and reports to Akin Gump. | 0.6 |
| 01-Aug-13 | BLG | 0012 | Instructions to J. Kaufman regarding materials to be updated in relation to claims against Canadian debtors and court filings in Canada. | 1.0 |
| 01-Aug-13 | BLG | 0031 | Analysis of Canadian law issues relating to allocation trial and confer with Dentons team. | 0.4 |
| 01-Aug-13 | RWW | 0012 | Review Nortel note indentures and summaries (1.1), meet with Dentons team to discuss claims issues (0.9), and assist in preparation of Canadian law summary (0.4). | 2.4 |
| 01-Aug-13 | RSK | 0029 | Review of draft allocation litigation deposition protocol. | 0.4 |
| 01-Aug-13 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 01-Aug-13 | RSK | 0031 | Review of notice of Canadian hearing to recognize letters rogatory. | 0.2 |
| 01-Aug-13 | RSK | 0029 | Review and consider allocation litigation issues and prepared summary for UCC advisors. | 0.8 |
| 01-Aug-13 | RSK | 0012 | Analyze and research regarding claims issues and research regarding same. | 0.8 |
| 01-Aug-13 | RSK | 0031 | Review of draft Canadian motion materials regarding recognition of U.S. letters rogatory order. | 0.5 |
| 01-Aug-13 | RSK | 0029 | Meeting with Dentons lawyers to discuss allocations/claims litigation. | 0.5 |
| 01-Aug-13 | RSK | 0012 | Review of note indentures regarding Canadian claims. | 0.4 |
| 01-Aug-13 | RSK | 0029 | Review of correspondence from core parties regarding proposed deponents. | 0.3 |
| 01-Aug-13 | MJW | 0007 | Attend on Committee call. | 0.6 |
| 01-Aug-13 | MJW | 0029 | Meet with Dentons team to discuss allocation and Canadian claims litigation issues and preparation. | 0.8 |
| 01-Aug-13 | MJW | 0029 | Review draft court order regarding allocation litigation | 0.8 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 3 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | discovery and confer with Dentons team. | |
| 01-Aug-13 | MJW | 0031 | Review draft Canadian motion material for recognition of U.S. order regarding letters rogatory for allocation litigation. | 0.6 |
| 01-Aug-13 | MJW | 0031 | Call with NNI's Canadian counsel regarding NNI Canadian recognition motion. | 0.2 |
| 01-Aug-13 | MJW | 0031 | Email correspondence with Akin Gump, and Canadian counsel for Monitor and NNI regarding Canadian court hearing and Canadian court status conference. | 0.4 |
| 01-Aug-13 | MJW | 0012 | Canadian law analysis regarding Canadian claims issues (1.5), and meet with Dentons team to discuss (0.9). | 2.4 |
| 01-Aug-13 | RCJ | 0007 | Participate in Committee call. | 0.4 |
| 01-Aug-13 | RCJ | 0012 | Detailed analysis of Canadian claim issues. | 2.3 |
| 01-Aug-13 | JK | 0012 | Meet with B. Grossman (1.0) and review and analyze EMEA debtors and UK pension claimants' claims against Canadian debtors (2.3). | 3.3 |
| 01-Aug-13 | NEL | 0012 | Meeting with Dentons lawyers regarding Canadian claims analysis. | 0.9 |
| 01-Aug-13 | NEL | 0012 | Email correspondence with Dentons lawyers regarding Canadian claims analysis. | 0.3 |
| 01-Aug-13 | NEL | 0029 | Review deposition protocol in preparation for meeting to discuss allocation litigation. | 0.5 |
| 02-Aug-13 | BLG | 0029 | Email correspondence with Akin Gump and Dentons regarding inter-estate claims issues. | 0.8 |
| 02-Aug-13 | BLG | 0012 | Email correspondence with counsel for Canadian debtors regarding filings regarding Canadian claims. | 0.2 |
| 02-Aug-13 | BLG | 0031 | Instruct associate regarding update of legal briefs regarding allocation litigation and Canadian claims. | 0.3 |
| 02-Aug-13 | BLG | 0029 | Email correspondence with core allocation parties regarding allocation litigation meeting. | 0.3 |
| 02-Aug-13 | RSK | 0029 | Further analysis of Canadian law and claims issues. | 1.1 |
| 02-Aug-13 | RSK | 0012 | Conference call with Akin Gump regarding cross-border claims issues. | 0.4 |
| 02-Aug-13 | RSK | 0031 | Review of Canadian motion record of NNI regarding recognition order. | 0.4 |
| 02-Aug-13 | RSK | 0029 | Review of issues regarding cross-border allocation trial. | 0.4 |
| 02-Aug-13 | RSK | 0031 | Review of Monitor's report for Canadian motion. | 0.3 |
| 02-Aug-13 | RSK | 0029 | Review of allocation litigation subpoena and related correspondence. | 0.2 |
| 02-Aug-13 | MJW | 0012 | Email correspondence with Akin Gump and Dentons regarding Canadian claims issues, and calls with Dentons lawyers to discuss. | 0.8 |
| 02-Aug-13 | MJW | 0012 | Correspondence with Akin Gump regarding inter-company | 0.4 |

DENTONS CANADA LLP                                           INVOICE 3004974
The Official Committee of Unsecured Creditors                    Page 4 of 22
Re: Nortel Networks Inc., et al.                        Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|--------------------|-------|
| | | | claims issues and related Canadian law analysis. | |
| 02-Aug-13 | MJW | 0012 | Conference call with Akin Gump and Dentons teams to discuss allocation and claims issues. | 0.4 |
| 02-Aug-13 | MJW | 0012 | Review Canadian pleadings and objections regarding claims against Canadian debtors. | 1.2 |
| 02-Aug-13 | MJW | 0003 | Prepare June 2013 fee application. | 1.3 |
| 02-Aug-13 | RCJ | 0012 | Continued analysis of Canadian claim issues. | 1.9 |
| 02-Aug-13 | RCJ | 0019 | Consider tax issue and Akin Gump questions related to pre-submission memo. | 0.7 |
| 02-Aug-13 | RCJ | 0031 | Analysis of jurisdictional issues. | 2.2 |
| 02-Aug-13 | JK | 0012 | Meeting with B. Grossman to discuss Canadian pleadings regarding Canadian claims. | 0.3 |
| 02-Aug-13 | NEL | 0012 | Calls to J. Kaufman in connection with claims analysis, follow-up emails regarding claims analysis with B. Grossman. | 0.3 |
| 03-Aug-13 | BLG | 0029 | Receipt and review of email correspondence regarding proposed protocol for expert disclosure. | 0.2 |
| 03-Aug-13 | RSK | 0029 | Review of proposed Canadian order from Goodmans regarding protocol for expert disclosure. | 0.4 |
| 04-Aug-13 | BLG | 0029 | Receipt and review of email correspondence regarding motion of U.S. Debtors regarding Letters Rogatory recognition. | 0.1 |
| 04-Aug-13 | BLG | 0029 | Receipt and review of email correspondence from counsel for Monitor regarding proposed deposition protocol and topics to be discussed at allocation meeting. | 0.2 |
| 04-Aug-13 | BLG | 0029 | Review of email correspondence regarding allocation joint trial. | 0.2 |
| 05-Aug-13 | BLG | 0025 | Travel from Toronto to New York for meeting with core parties' counsel regarding allocation and claims litigation. | 4.0 |
| 05-Aug-13 | BLG | 0029 | Email correspondence from counsel for EMEA debtors with supplementary interrogatory response. | 0.1 |
| 05-Aug-13 | BLG | 0029 | Review of email correspondence from Akin Gump to UCC with update on discovery issues. | 0.5 |
| 05-Aug-13 | BLG | 0029 | Receipt and review of correspondence from Akin Gump in preparation for allocation litigation meeting. | 0.4 |
| 05-Aug-13 | RSK | 0029 | Review of comments from Canadian counsel for Monitor on proposed deposition protocol and response from Cleary. | 0.3 |
| 05-Aug-13 | RSK | 0029 | Review of correspondence from M. Wunder regarding Canadian research regarding joint allocation trial. | 0.2 |
| 05-Aug-13 | RSK | 0029 | Review of discovery update from Akin Gump and related correspondence. | 0.5 |
| 05-Aug-13 | RCJ | 0031 | Analysis and research of allocation trial issues. | 2.6 |
| 05-Aug-13 | RCJ | 0031 | Prep work for upcoming depositions. | 0.9 |
| 06-Aug-13 | BLG | 0029 | Attend allocation litigation preparation meeting in New York | 7.0 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 5 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | for core parties. | |
| 06-Aug-13 | BLG | 0029 | Email correspondence regarding update of pleadings regarding UK pension claims in Canadian estate. | 0.3 |
| 06-Aug-13 | BLG | 0025 | Return travel from NYC to Toronto after allocation litigation meeting. | 4.0 |
| 06-Aug-13 | RSK | 0029 | Review of correspondence regarding document production from Cleary. | 0.2 |
| 06-Aug-13 | RSK | 0029 | Review of email correspondence regarding compendium of UK pension claims. | 0.3 |
| 06-Aug-13 | RSK | 0031 | Exchanged correspondence with Akin Gump regarding upcoming Canadian court hearing. | 0.3 |
| 06-Aug-13 | RSK | 0029 | Review of proposed changes to expert disclosure protocol from counsel for bondholders. | 0.2 |
| 06-Aug-13 | RSK | 0029 | Review of EMEA and UK pension claims pleadings regarding preparation for litigation. | 1.2 |
| 06-Aug-13 | MJW | 0029 | Review draft discovery order and comments from core allocation parties. | 0.6 |
| 06-Aug-13 | MJW | 0029 | Review draft order regarding deposition of expert witnesses for allocation litigation, and comments from allocation parties. | 0.4 |
| 06-Aug-13 | MJW | 0012 | Email correspondence with Dentons team regarding claims against Canadian debtors and related Canadian claims litigation. | 0.4 |
| 06-Aug-13 | MJW | 0029 | Review correspondence from counsel for allocation parties regarding allocation litigation and discovery process. | 0.4 |
| 06-Aug-13 | MJW | 0003 | Complete June 2013 fee application. | 0.4 |
| 06-Aug-13 | JK | 0012 | Preparation of documents and summaries regarding EMEA debtors and UK pension claims. | 0.5 |
| 07-Aug-13 | BLG | 0029 | Review email correspondence regarding amendments to order approving expert disclosure protocol. | 0.5 |
| 07-Aug-13 | BLG | 0029 | Review of expert disclosure protocol approval order. | 0.3 |
| 07-Aug-13 | BLG | 0029 | Confer with and email correspondence with Akin Gump regarding Dentons access to allocation and claims litigation productions. | 0.5 |
| 07-Aug-13 | BLG | 0029 | Reports to M. Wunder regarding in person allocation litigation meeting, and required Canadian action items. | 0.4 |
| 07-Aug-13 | BLG | 0029 | Receipt and review of correspondence brief and letter regarding EMEA debtor position on extension of litigation timetable. | 0.4 |
| 07-Aug-13 | BLG | 0029 | Email correspondence regarding positions of core parties regarding extension of litigation timetable. | 0.3 |
| 07-Aug-13 | BLG | 0029 | Email correspondence regarding UCC productions. | 0.2 |
| 07-Aug-13 | BLG | 0031 | Email correspondence with Akin Gump regarding Canadian proceeding litigation issues. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 6 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 07-Aug-13 | BLG | 0029 | Preparation for Canadian court attendance before Morawetz J. | 0.6 |
| 07-Aug-13 | RSK | 0031 | Review of email from Gowlings regarding Canadian court scheduling conference. | 0.2 |
| 07-Aug-13 | RSK | 0029 | Review of correspondence from EMEA counsel regarding document production and issue of timeline extension. | 0.3 |
| 07-Aug-13 | RSK | 0029 | Review of EMEA compendium of correspondence regarding document production. | 0.3 |
| 07-Aug-13 | RSK | 0029 | Correspondence with Akin Gump and Dentons regarding Canadian case conference including litigation timetable extension. | 0.8 |
| 07-Aug-13 | RSK | 0031 | Review of emails from Akin and Dentons regarding EMEA debtor appeal of Canadian order. | 0.4 |
| 07-Aug-13 | RSK | 0029 | Review of approvals by counsel for various core parties to proposed protocol for expert disclosure. | 0.3 |
| 07-Aug-13 | MJW | 0029 | Review correspondence from multiple core allocation parties regarding allocation litigation discovery and timetable. | 0.6 |
| 07-Aug-13 | MJW | 0029 | Confer with B. Grossman regarding allocation litigation core party meeting. | 0.2 |
| 07-Aug-13 | MJW | 0031 | Review correspondence from Canadian counsel to EMEA debtors regarding allocation litigation issues and proposed submission to Canadian Court. | 0.2 |
| 07-Aug-13 | MJW | 0031 | Calls with Dentons team to discuss Canadian court allocation litigation status conference. | 0.3 |
| 07-Aug-13 | MJW | 0003 | Prepare July, 2013 fee account. | 1.3 |
| 07-Aug-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons teams regarding Canadian court hearing and court conference regarding allocation litigation. | 0.2 |
| 07-Aug-13 | MJW | 0012 | Analyze Canadian court filings regarding claims against Canadian debtors. | 0.8 |
| 07-Aug-13 | MJW | 0029 | Review revised order for allocation litigation expert witness protocol, and email correspondence with core allocation parties counsel regarding same. | 0.2 |
| 07-Aug-13 | RCJ | 0031 | Consider Canadian case conference issues. | 0.7 |
| 07-Aug-13 | RCJ | 0031 | Email correspondence with Akin Gump and Dentons team regarding litigation timetable extension issue. | 0.4 |
| 07-Aug-13 | RCJ | 0031 | Consider EMEA appeal issues. | 0.3 |
| 07-Aug-13 | RP | 0031 | Review Canadian case law regarding allocation litigation joint trial issues. | 0.9 |
| 08-Aug-13 | BLG | 0031 | Review EMEA debtor correspondence and correspondence brief to prepare for Canadian court hearing. | 0.8 |
| 08-Aug-13 | BLG | 0007 | Participate in Committee call (part). | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 08-Aug-13 | BLG | 0031 | Call with Akin Gump and Dentons to prepare for Canadian court hearing. | 0.6 |
| 08-Aug-13 | BLG | 0031 | Review of agenda prepared by Monitor for Canadian court case conference. | 0.2 |
| 08-Aug-13 | BLG | 0031 | Email correspondence with Akin Gump regarding EMEA debtors correspondence regarding allocation litigation. | 0.3 |
| 08-Aug-13 | BLG | 0008 | Attend before Morawetz J. for Canadian motion regarding US Letters Rogatory recognition and other issues regarding allocation trial scheduling. | 1.2 |
| 08-Aug-13 | BLG | 0029 | Email correspondence with Akin Gump regarding updated deposition protocol. | 0.1 |
| 08-Aug-13 | BLG | 0029 | Email correspondence with core allocation parties regarding expert disclosure protocol. | 0.8 |
| 08-Aug-13 | BLG | 0031 | Call with Akin Gump regarding Canadian court attendance and action items. | 0.6 |
| 08-Aug-13 | BLG | 0029 | Receipt of updated Deposition Protocol and review of same for Canadian issues. | 1.4 |
| 08-Aug-13 | BLG | 0031 | Prepare detailed written report on Canadian attendance and agenda items before Canadian court for UCC meeting. | 1.5 |
| 08-Aug-13 | RSK | 0029 | Conference call with Akin Gump and Dentons regarding Canadian case conference. | 0.6 |
| 08-Aug-13 | RSK | 0031 | Review of agenda prepared by Monitor for case conference. | 0.2 |
| 08-Aug-13 | RSK | 0029 | Review of additional approvals of expert disclosure protocol by Core Parties. | 0.3 |
| 08-Aug-13 | RSK | 0029 | Exchange of emails with Akin Gump regarding EMEA debtor scheduling letter. | 0.2 |
| 08-Aug-13 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 08-Aug-13 | RSK | 0008 | Attend court hearing regarding recognition order and trial scheduling issues. | 1.2 |
| 08-Aug-13 | RSK | 0007 | Review of report on Canadian court hearing for Committee. | 0.2 |
| 08-Aug-13 | RSK | 0029 | Review of revised Deposition Protocol. | 0.6 |
| 08-Aug-13 | MJW | 0031 | Review agenda for Canadian Court status conference hearing, and email exchange with Akin Gump and Dentons team in preparation for hearing. | 0.2 |
| 08-Aug-13 | MJW | 0031 | Review report regarding Canadian court status conference, and email correspondence with Akin Gump and Dentons. | 0.3 |
| 08-Aug-13 | MJW | 0029 | Conference call with Akin Gump and Dentons to discuss Canadian court status conference and allocation litigation. | 0.6 |
| 08-Aug-13 | RCJ | 0031 | Emails with Akin Gump team regarding EMEA debtor Canadian court scheduling issues. | 0.2 |
| 08-Aug-13 | RCJ | 0007 | Participated in Committee call. | 0.6 |
| 08-Aug-13 | RCJ | 0012 | Continued review and analysis of claims and resolution. | 2.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 8 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 08-Aug-13 | RCJ | 0031 | Strategic planning for depositions and allocation trial. | 1.5 |
| 08-Aug-13 | RP | 0031 | Review Canadian case law regarding allocation litigation joint trial issues. | 1.3 |
| 08-Aug-13 | NEL | 0031 | Review email update regarding Canadian court appearance. | 0.2 |
| 08-Aug-13 | NEL | 0007 | Participate in Committee call regarding status of case. | 0.6 |
| 09-Aug-13 | BLG | 0031 | Receipt and review of Canadian court endorsement from case conference. | 0.1 |
| 09-Aug-13 | BLG | 0029 | Receipt and review of correspondence regarding allocation litigation witness designations by various allocation groups. | 0.2 |
| 09-Aug-13 | BLG | 0029 | Receipt and review of email correspondence regarding additional allocation litigation productions. | 0.2 |
| 09-Aug-13 | BLG | 0031 | Review of email correspondence regarding Canadian issues relating to joint trial. | 0.2 |
| 09-Aug-13 | RSK | 0031 | Review of Canadian court endorsements from Canadian hearing. | 0.2 |
| 09-Aug-13 | RSK | 0029 | Review of correspondence regarding designations of witnesses from core allocation parties. | 0.5 |
| 09-Aug-13 | RSK | 0029 | Review of emails from core allocation parties regarding additional discovery productions. | 0.3 |
| 09-Aug-13 | RSK | 0029 | Review of Dentons emails regarding research on jurisdiction for joint trial. | 0.4 |
| 09-Aug-13 | MJW | 0029 | Review email correspondence from core parties regarding witness designations and discovery. | 0.3 |
| 09-Aug-13 | RCJ | 0031 | Research and analysis on trial issues and strategies. | 2.4 |
| 09-Aug-13 | RCJ | 0012 | Email correspondence with Dentons team regarding EMEA debtor claims and next steps. | 1.3 |
| 09-Aug-13 | TMB | 0031 | Analysing Canadian issues for allocation trial. | 2.4 |
| 09-Aug-13 | RP | 0031 | Analyze Canadian law issues regarding joint allocation trial. | 1.1 |
| 11-Aug-13 | RSK | 0029 | Review of supplemental responses to interrogatories and consolidated deponent list from Cleary. | 0.4 |
| 12-Aug-13 | BLG | 0029 | Review of EMEA debtor correspondence regarding proposed amendment to litigation timetable. | 0.5 |
| 12-Aug-13 | BLG | 0029 | Review of email correspondence from core parties regarding witness designations. | 0.3 |
| 12-Aug-13 | BLG | 0029 | Prepare for and participate in briefing meeting with Dentons team regarding allocation litigation production database access (0.9) and conference call with Akin Gump regarding same (0.3). | 1.2 |
| 12-Aug-13 | RSK | 0029 | Participated in meeting with Dentons litigation team (part) (0.4) and conference call with Akin Gump regarding production database for allocation litigation (0.3). | 0.7 |
| 12-Aug-13 | RSK | 0029 | Review of correspondence from counsel for EMEA Debtors | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 9 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | regarding proposed amendment to trial schedule. | |
| 12-Aug-13 | RSK | 0029 | Review of email correspondence regarding witness allocation designations. | 0.3 |
| 12-Aug-13 | MJW | 0029 | Attend on conference call with Akin Gump and Dentons teams regarding allocation litigation document production and review. | 0.3 |
| 12-Aug-13 | MJW | 0029 | Review email correspondence from core allocation parties regarding allocation litigation discovery plan and timetable, and witness lists. | 0.5 |
| 12-Aug-13 | MMAC | 0029 | Attending meeting with Dentons teams regarding document review in connection with allocation litigation (0.7) and conference call with Akin Gump (0.3). | 1.0 |
| 12-Aug-13 | MMAC | 0029 | Preparation for document review and analysis in connection with the allocation litigation. | 0.5 |
| 12-Aug-13 | JW | 0029 | Preparation for document review analysis in connection with allocation litigation. | 1.1 |
| 12-Aug-13 | JW | 0029 | Participation in meeting with Dentons team (0.7) and conference call with Akin Gump (0.3) regarding document review in connection with the allocation litigation. | 1.0 |
| 12-Aug-13 | RCJ | 0031 | Participated in conference call with Akin Gump and Dentons teams regarding trial prep issues. | 0.3 |
| 12-Aug-13 | RCJ | 0031 | Review EMEA correspondence regarding trial delay and consider issues regarding same. | 0.4 |
| 12-Aug-13 | JK | 0029 | Meeting with Dentons' team (0.7) and call with Akin Gump (0.3) regarding allocation litigation. | 1.0 |
| 12-Aug-13 | RP | 0031 | Continue analysis of Canadian procedural law issues regarding joint allocation trial. | 2.1 |
| 13-Aug-13 | BLG | 0029 | Respond to inquiry from R. Johnson regarding admissibility issues relating to allocation litigation. | 0.3 |
| 13-Aug-13 | RSK | 0029 | Review of multiple emails from Core Parties regarding deposition lists and admission of evidence. | 0.8 |
| 13-Aug-13 | RSK | 0029 | Review of communications regarding document productions from Monitor / Canadian debtors. | 0.2 |
| 13-Aug-13 | RSK | 0029 | Review of correspondence from counsel for Monitor / Canadian debtors regarding revised timetable for allocation litigation. | 0.3 |
| 13-Aug-13 | MJW | 0029 | Review and analyze revised draft discovery protocol, and analyze for Canadian issues. | 0.6 |
| 13-Aug-13 | RCJ | 0031 | Review Monitor correspondence regarding trial delay. | 0.3 |
| 13-Aug-13 | RCJ | 0031 | Continue detailed planning and prep work for trial and depositions. | 1.6 |
| 13-Aug-13 | RP | 0031 | Prepare memorandum regarding allocation trial and Canadian issues. | 2.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 14-Aug-13 | BLG | 0029 | Review of correspondence from U.S. Allocation Group and U.S. Claims Defence Group regarding witness and deponents list. | 0.3 |
| 14-Aug-13 | BLG | 0029 | Review of EMEA debtor/UK pension claimants comments on draft deposition protocol. | 0.4 |
| 14-Aug-13 | BLG | 0031 | Conference call with counsel regarding issues relating to representative witness examination requests to be issued by the Canadian court. | 1.3 |
| 14-Aug-13 | RSK | 0029 | Review of correspondence from US Allocation Group and US Claims Defendant Group regarding witness and deponents list. | 0.3 |
| 14-Aug-13 | RSK | 0029 | Review of EMEA Debtors / UK Pension Claimants' comments on Deposition Protocol. | 0.4 |
| 14-Aug-13 | MJW | 0029 | Review correspondence from Canadian counsel for Monitor regarding allocation litigation and deposition witnesses and scheduling. | 0.3 |
| 14-Aug-13 | MJW | 0029 | Review correspondence from counsel for NNI regarding allocation litigation depositions and discovery, and witness depositions. | 0.2 |
| 14-Aug-13 | MJW | 0029 | Review revised allocation litigation deposition protocol and comments from EMEA debtors and UK pension claimants. | 0.4 |
| 14-Aug-13 | JK | 0029 | Telephone call with Akin Gump team regarding Canadian litigation privilege issues (0.2) and prepare email report for Akin Gump (0.6). | 0.8 |
| 14-Aug-13 | RP | 0031 | Continued research regarding Canadian law issues applicable to joint allocation trial. | 3.1 |
| 15-Aug-13 | BLG | 0007 | Participate in UCC meeting by telephone (part call). | 0.3 |
| 15-Aug-13 | BLG | 0029 | Review of email correspondence from counsel for EMEA debtors regarding joint hearing on allocation litigation timetable. | 0.7 |
| 15-Aug-13 | BLG | 0029 | Email correspondence with Akin Gump regarding joint hearing. | 0.3 |
| 15-Aug-13 | RSK | 0007 | Participated in Committee call. | 0.7 |
| 15-Aug-13 | RSK | 0031 | Review of Court of Appeal endorsement dismissing Chartis leave to appeal application and email correspondence with M. Wunder regarding same. | 0.5 |
| 15-Aug-13 | RSK | 0029 | Review of multiple correspondence from counsel for EMEA and Court registrar regarding joint hearing on allocation trial schedule. | 0.3 |
| 15-Aug-13 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 15-Aug-13 | MJW | 0029 | Confer with Dentons team regarding allocation litigation discovery and Canadian action items. | 0.3 |
| 15-Aug-13 | MJW | 0031 | Review Ontario Court of Appeal decision regarding appeal by Chartis, and reporting to UCC advisors regarding same. | 0.7 |
| 15-Aug-13 | JK | 0031 | Call with Akin Gump to discuss Canadian law issues relating to | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 11 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | allocation litigation. | |
| 15-Aug-13 | RP | 0031 | Continued review of Canadian law and preparing memo regarding Canadian law issues applicable to allocation litigation joint trial. | 1.8 |
| 15-Aug-13 | NEL | 0007 | Participate in Committee call. | 0.7 |
| 16-Aug-13 | BLG | 0031 | Review of EMEA debtors Canadian motion record for modification of the litigation timetable. | 1.0 |
| 16-Aug-13 | RSK | 0029 | Review of issued orders from UK Court regarding letters rogatory. | 0.2 |
| 16-Aug-13 | RSK | 0031 | Review of Canadian proceeding court orders. | 0.3 |
| 16-Aug-13 | RSK | 0029 | Review of EMEA debtor motion record for modification of Litigation Timetable and Discovery Plan. | 0.8 |
| 16-Aug-13 | RSK | 0029 | Review of EMEA debtors motion record regarding production of documents from Ernst & Young, KPMG and Deloitte. | 0.9 |
| 16-Aug-13 | MJW | 0029 | Review EMEA debtor Canadian motion record requesting amendments to allocation litigation schedule, including affidavit material and proposed schedule. | 1.3 |
| 16-Aug-13 | MJW | 0029 | Email correspondence with UCC advisors regarding EMEA debtor motions in Canada and requested relief. | 0.3 |
| 16-Aug-13 | MJW | 0012 | Correspondence with NNI's counsel regarding claims issues. | 0.3 |
| 16-Aug-13 | MJW | 0031 | Review EMEA debtor Canadian motion record requesting document production from Canadian accounting firms, including affidavit material and related documentary exhibits. | 1.2 |
| 16-Aug-13 | RCJ | 0012 | Consider cross border claims reconciliation and consider next steps. | 0.9 |
| 16-Aug-13 | RCJ | 0031 | Canadian law analysis of allocation trial issues. | 1.8 |
| 16-Aug-13 | JK | 0031 | Confer with B. Grossman regarding Canadian litigation issues. | 0.2 |
| 19-Aug-13 | BLG | 0029 | Receipt and review of correspondence from Canadian Discovery group regarding deposition scheduling. | 0.3 |
| 19-Aug-13 | MJW | 0029 | Review email correspondence from core allocation litigation parties regarding witness and discovery schedules. | 0.2 |
| 19-Aug-13 | RCJ | 0031 | Work on memo regarding trial issues and strategy. | 1.7 |
| 19-Aug-13 | TMB | 0031 | Review Canadian case law and prepare memo relating to procedural issues for joint allocation trial. | 1.7 |
| 19-Aug-13 | RP | 0031 | Prepare memorandum regarding Canadian law issues relating to allocation litigation trial. | 4.3 |
| 19-Aug-13 | NEL | 0029 | Review Canadian and U.S. motions regarding extension of litigation timetable. | 1.3 |
| 20-Aug-13 | BLG | 0031 | Review of memorandum and Canadian cases regarding allocation joint trial issues. | 0.8 |
| 20-Aug-13 | BLG | 0029 | Review of correspondence regarding depositions from US and EMEA discovery groups. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 12 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 20-Aug-13 | RSK | 0031 | Review memo regarding joint allocation trial and Canadian court issues. | 0.6 |
| 20-Aug-13 | RSK | 0029 | Review of correspondence from counsel for UK Pension claimants regarding deposition witnesses. | 0.2 |
| 20-Aug-13 | RSK | 0029 | Review of correspondence on behalf of US deposition group regarding allocation litigation deponents. | 0.2 |
| 20-Aug-13 | RCJ | 0031 | Meet with Dentons team to consider Canadian allocation trial issues. | 0.6 |
| 20-Aug-13 | RCJ | 0031 | Detailed consideration of allocation strategy and trial issues. | 1.3 |
| 20-Aug-13 | TMB | 0031 | Revising Canadian law memorandum analysing procedural issues for joint allocation trial. | 1.2 |
| 20-Aug-13 | NEL | 0029 | Review EMEA motion for Canadian document production and analyze claims therein. | 1.0 |
| 21-Aug-13 | BLG | 0029 | Email correspondence with Dentons lawyers relating to Canadian law issues relating to allocation litigation. | 0.4 |
| 21-Aug-13 | BLG | 0031 | Provide comments on Canadian law memorandum regarding joint trial. | 0.3 |
| 21-Aug-13 | BLG | 0029 | Email correspondence regarding Canadian motion record for third party document production. | 0.2 |
| 21-Aug-13 | BLG | 0029 | Receipt and review of email correspondence from Judge Gross regarding allocation litigation timetable. | 0.2 |
| 21-Aug-13 | RSK | 0031 | Exchange of email correspondence with Dentons team regarding Canadian law memo on joint trial for allocation litigation. | 0.3 |
| 21-Aug-13 | RSK | 0029 | Review of email from Judge Gross regarding extension of allocation trial date. | 0.1 |
| 21-Aug-13 | RSK | 0031 | Review of correspondence from counsel for EMEA debtors regarding Canadian motion for document production motion. | 0.4 |
| 21-Aug-13 | RSK | 0029 | Review of revised Deposition Protocol. | 0.4 |
| 21-Aug-13 | MJW | 0029 | Email correspondence with Dentons team regarding Canadian law issues relating to allocation trial. | 0.4 |
| 21-Aug-13 | MJW | 0031 | Review email correspondence from counsel to EMEA debtors regarding Canadian motion for third party document production and email correspondence from NNI's Canadian counsel (0.2), and forward update report to UCC advisors (0.1). | 0.3 |
| 21-Aug-13 | MJW | 0031 | Review Canadian motion record by EMEA debtors for allocation litigation disclosure including exhibits to motion record (0.4), and email correspondence with Akin Gump regarding same (0.1). | 0.5 |
| 21-Aug-13 | MMAC | 0029 | Preparation for document review and analysis in connection with the allocation litigation. | 0.5 |
| 21-Aug-13 | RCJ | 0031 | Email correspondence with Dentons team regarding allocation | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | issues. | |
| 21-Aug-13 | RCJ | 0029 | Review correspondence from Akin Gump regarding allocation trial extension. | 0.1 |
| 21-Aug-13 | RP | 0031 | Review Canadian case law regarding Canadian court and joint allocation trial. | 0.6 |
| 22-Aug-13 | BLG | 0031 | Email exchange on position of parties regarding Canadian motion by EMEA debtors for document production. | 0.1 |
| 22-Aug-13 | BLG | 0031 | Telephone conference with NNI's Canadian counsel regarding EMEA debtor motion record. | 0.2 |
| 22-Aug-13 | BLG | 0029 | Email correspondence with Dentons and Akin Gump regarding EMEA debtor motion record. | 0.5 |
| 22-Aug-13 | BLG | 0007 | Preparation for UCC meeting. | 0.2 |
| 22-Aug-13 | BLG | 0007 | Participate in UCC meeting and Canadian updates. | 0.4 |
| 22-Aug-13 | BLG | 0031 | Confer with S. Kukulowicz regarding status of two EMEA debtor Canadian motions and developments regarding depositions. | 0.4 |
| 22-Aug-13 | BLG | 0029 | Follow up on request for copies of facta regarding Canadian litigation issues. | 0.1 |
| 22-Aug-13 | RSK | 0031 | Exchange of email correspondence with Goodmans and M. Wunder regarding status of EMEA debtor document production motion. | 0.4 |
| 22-Aug-13 | RSK | 0031 | Review of correspondence and documents regarding exhibits to Canadian document production motion. | 0.5 |
| 22-Aug-13 | RSK | 0007 | Participated in Committee call. | 0.4 |
| 22-Aug-13 | RSK | 0031 | Review of EMEA debtor Canadian factum in support of motion to amend litigation timetable. | 0.7 |
| 22-Aug-13 | MJW | 0031 | Email correspondence with Dentons and Akin Gump teams regarding Canadian motion by EMEA debtors for document production. | 0.3 |
| 22-Aug-13 | MJW | 0007 | Attend on Committee call. | 0.4 |
| 22-Aug-13 | MJW | 0029 | Review draft allocation deposition protocol, and proposed changes. | 0.4 |
| 22-Aug-13 | MJW | 0031 | Review correspondence regarding EMEA debtors document production request, update from NNI's counsel and correspondence with Dentons team regarding Canadian motion. | 0.5 |
| 22-Aug-13 | MJW | 0031 | Review Canadian factum filed by EMEA debtors Canadian counsel to support motion to amend allocation litigation timetable. | 0.6 |
| 22-Aug-13 | MJW | 0029 | Review NNI and UCC reply briefs regarding EMEA debtors appeal application. | 0.3 |
| 22-Aug-13 | JW | 0029 | Preparation for document review analysis in connection with allocation litigation | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 14 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 22-Aug-13 | RCJ | 0031 | Consider trial production and document issues from a Canadian perspective. | 0.9 |
| 22-Aug-13 | RCJ | 0007 | Participate in Committee call. | 0.4 |
| 22-Aug-13 | RCJ | 0012 | Analyze cross-border claims reconciliation. | 1.2 |
| 22-Aug-13 | NEL | 0007 | Participate in Committee call. | 0.4 |
| 23-Aug-13 | BLG | 0031 | Email correspondence with Akin Gump regarding allocation litigation issues and Canadian law application issues. | 0.3 |
| 23-Aug-13 | BLG | 0031 | Review Canadian research and advice regarding same. | 0.8 |
| 23-Aug-13 | BLG | 0031 | Telephone consultation with R. Johnson at Akin Gump regarding Canadian law litigation issues. | 0.3 |
| 23-Aug-13 | BLG | 0031 | Receipt of draft Canadian law memorandum concerning allocation litigation issues. | 0.8 |
| 23-Aug-13 | BLG | 0029 | Review of email correspondence regarding revised Deposition Protocol and Stipulation and arrangements to settle same. | 0.6 |
| 23-Aug-13 | RSK | 0031 | Exchange of emails with Dentons team regarding Canadian law and document privilege issues. | 0.3 |
| 23-Aug-13 | RSK | 0029 | Review of email from Tim Banks regarding joint trial and Canadian law issues. | 0.2 |
| 23-Aug-13 | RSK | 0029 | Review of communications from Core Parties regarding allocation litigation document productions. | 0.3 |
| 23-Aug-13 | RSK | 0029 | Review of revised draft of Deposition Protocol and Stipulation regarding extension of schedule. | 0.8 |
| 23-Aug-13 | RSK | 0029 | Review of comments from Core Parties on draft stipulation. | 0.4 |
| 23-Aug-13 | MJW | 0031 | Email correspondence with B. Grossman and review summary regarding Canadian law issues relating to allocation litigation. | 0.2 |
| 23-Aug-13 | MJW | 0029 | Review correspondence from Canadian counsel to Monitor regarding allocation litigation. | 0.2 |
| 23-Aug-13 | MJW | 0029 | Review multiple drafts of revised allocation litigation deposition protocol, and correspondence from counsel to allocation parties. | 0.7 |
| 23-Aug-13 | RCJ | 0031 | Email correspondence with T. Banks regarding allocation trial issues. | 0.3 |
| 23-Aug-13 | RCJ | 0031 | Review of deposition protocol and draft stipulation. | 0.7 |
| 25-Aug-13 | BLG | 0029 | Review of email correspondence regarding deposition protocol negotiations. | 0.6 |
| 25-Aug-13 | RSK | 0029 | Review of email correspondence regarding Deposition Protocol and Stipulation from Core Parties. | 0.5 |
| 26-Aug-13 | BLG | 0031 | Consult with M. Wunder and R. Jacobs regarding Canadian proceeding motions. | 0.4 |
| 26-Aug-13 | BLG | 0031 | Telephone attendance with NNI's Canadian counsel regarding Canadian motions regarding allocation litigation. | 0.3 |
| 26-Aug-13 | BLG | 0031 | Email correspondence with Akin Gump regarding Canadian | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 15 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| | | | motions. | |
| 26-Aug-13 | BLG | 0031 | Receipt and review of Nortel Canada Canadian motion record regarding approval of deposition protocol. | 0.3 |
| 26-Aug-13 | BLG | 0031 | Receipt and review of draft Canadian orders and email correspondence regarding same. | 0.5 |
| 26-Aug-13 | BLG | 0029 | Receipt of U.S. stipulation and two orders extending the timetable and approving the deposition protocol and email correspondence regarding same. | 0.3 |
| 26-Aug-13 | RSK | 0029 | Review of final versions of Depositions Protocol and Stipulation and related email correspondence from Core Parties. | 0.6 |
| 26-Aug-13 | RSK | 0031 | Email correspondence with Dentons lawyers regarding attendance at Canadian motions. | 0.4 |
| 26-Aug-13 | RSK | 0031 | Review of Canadian orders modifying litigation timetable and approving Deposition Protocol. | 0.3 |
| 26-Aug-13 | RSK | 0031 | Review of draft order for approval of amended litigation timetable. | 0.3 |
| 26-Aug-13 | RSK | 0029 | Review of correspondence from Core Parties regarding witness availability. | 0.5 |
| 26-Aug-13 | RSK | 0031 | Review of Canadian Motion Record of the Canadian Debtors and Monitor for approval of the Deposition Protocol. | 0.6 |
| 26-Aug-13 | MJW | 0029 | Review stipulation for allocation litigation timetable amendments for EMEA debtor motions, and related email correspondence with counsel to allocation litigation parties. | 0.4 |
| 26-Aug-13 | MJW | 0031 | Confer with Dentons team to prepare for Canadian court hearing for approval of amended litigation timetable and allocation litigation deposition protocol (0.3), and email correspondence with Akin Gump regarding same (0.2). | 0.5 |
| 26-Aug-13 | MJW | 0029 | Correspondence with Canadian counsel for the Monitor, Nortel Canada, and NNI regarding Canadian motions for approval of amended litigation timetable and allocation litigation deposition protocol. | 0.2 |
| 26-Aug-13 | MJW | 0031 | Review Monitor's report and form of Canadian court order regarding amended allocation litigation timetable. | 0.4 |
| 26-Aug-13 | MJW | 0031 | Email correspondence with Canadian counsel for allocation parties regarding forms of Canadian court orders (0.2), and review revised draft Canadian orders (0.1). | 0.3 |
| 26-Aug-13 | MJW | 0003 | Prepare Dentons July, 2013 fee application. | 0.7 |
| 26-Aug-13 | MJW | 0003 | Prepare Dentons quarterly fee application, and correspondence to Delaware counsel regarding filing. | 0.4 |
| 26-Aug-13 | RCJ | 0008 | Discuss Canadian court attendance with S. Kukulowicz. | 0.1 |
| 26-Aug-13 | RCJ | 0031 | Review draft proposed Canadian order regarding litigation timetable and deposition protocol. | 0.3 |

DENTONS CANADA LLP

INVOICE 3004974

The Official Committee of Unsecured Creditors

Page 16 of 22

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 26-Aug-13 | NEL | 0012 | Review briefing on appeal issues for analysis of claims strategy. | 1.1 |
| 27-Aug-13 | BLG | 0031 | Email correspondence regarding Canadian motion to extend the litigation timetable and approve deposition protocol and orders. | 0.7 |
| 27-Aug-13 | BLG | 0031 | Email correspondence regarding adjournment of EMEA debtors Canadian motion regarding productions from Canadian accounting firms. | 0.2 |
| 27-Aug-13 | BLG | 0029 | Email correspondence regarding deposition witness availability. | 0.3 |
| 27-Aug-13 | RSK | 0029 | Review of correspondence from counsel for NNI and other core parties regarding motion on litigation timetable and Deposition Protocol. | 0.3 |
| 27-Aug-13 | RSK | 0031 | Review of revised Canadian order approving litigation timetable. | 0.3 |
| 27-Aug-13 | RSK | 0031 | Review of email from counsel for EMEA debtors regarding adjournment of document production motion. | 0.1 |
| 27-Aug-13 | RSK | 0031 | Review of issued Canadian orders and endorsement regarding litigation timetable and Deposition Protocol. | 0.3 |
| 27-Aug-13 | RSK | 0029 | Review of correspondence from multiple core parties regarding allocation depositions. | 0.3 |
| 27-Aug-13 | RSK | 0029 | Review of UK pension claimant and EMEA debtor allocation arguments. | 1.2 |
| 27-Aug-13 | MJW | 0003 | Complete July 2013 fee application. | 0.6 |
| 27-Aug-13 | MJW | 0031 | Correspondence and calls with Canadian counsel for allocation parties regarding Canadian court hearing for approval of amended allocation litigation timetable and deposition protocol. | 0.5 |
| 28-Aug-13 | BLG | 0031 | Receipt of issued and entered Canadian order amending allocation litigation schedule. | 0.2 |
| 28-Aug-13 | MJW | 0029 | Review correspondence from counsel to core parties for allocation litigation regarding allocation litigation and discovery and examination issues. | 0.2 |
| 28-Aug-13 | MJW | 0031 | Review issued Canadian Court order regarding allocation litigation timetable amendments, and court endorsement. | 0.4 |
| 28-Aug-13 | MJW | 0031 | Review Canadian research in connection with allocation litigation joint trial issues (0.8) and prepare memorandum regarding same (1.8). | 2.6 |
| 29-Aug-13 | BLG | 0029 | Review correspondence regarding appeal by EMEA debtors. | 0.1 |
| 29-Aug-13 | BLG | 0031 | Email correspondence regarding Canadian hearing schedule. | 0.2 |
| 29-Aug-13 | BLG | 0031 | Email correspondence with Dentons lawyers regarding Canadian law issues relating to joint allocation trial. | 0.4 |
| 29-Aug-13 | RSK | 0031 | Review of correspondence and draft Canadian law memo | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | regarding joint allocation trial. | |
| 29-Aug-13 | RSK | 0029 | Review of correspondence from counsel for EMEA debtors regarding deposition witnesses. | 0.1 |
| 29-Aug-13 | RSK | 0031 | Review of email from Canadian Court registrar regarding Nortel proceeding motions, and correspondence with NNI's Canadian counsel. | 0.3 |
| 29-Aug-13 | MJW | 0029 | Review EMEA debtor filing in appeal proceeding regarding allocation protocol appeal. | 0.2 |
| 29-Aug-13 | MJW | 0031 | Review email correspondence from Canadian counsel to Nortel Canada regarding Canadian court hearing schedule. | 0.1 |
| 29-Aug-13 | MJW | 0031 | Preparation of memo of Canadian issues regarding allocation litigation joint trial (1.4) and meet with R. Jacobs to discuss (0.7). | 2.1 |
| 29-Aug-13 | RCJ | 0031 | Review and revise memorandum regarding trial issues. | 1.8 |
| 29-Aug-13 | RCJ | 0031 | Detailed discussions with Dentons team regarding trial issues. | 0.7 |
| 30-Aug-13 | BLG | 0029 | Email correspondence regarding Canadian law memorandum regarding allocation trial issues. | 0.2 |
| 30-Aug-13 | BLG | 0029 | Review email correspondence regarding deposition witnesses for allocation litigation. | 0.2 |
| 30-Aug-13 | RSK | 0031 | Review Canadian court orders in connection with joint allocation trial Canadian law analysis. | 0.6 |
| 30-Aug-13 | RSK | 0012 | Review court filings regarding EMEA debtor claims. | 1.5 |
| 30-Aug-13 | RSK | 0029 | Review of communications from Core Parties regarding additional document productions and witnesses. | 0.3 |
| 30-Aug-13 | MJW | 0029 | Review correspondence from counsel to multiple core parties regarding allocation litigation discovery, and scheduling for depositions. | 0.3 |
| 30-Aug-13 | MJW | 0029 | Review NNI/UCC notice regarding EMEA debtor appeal of allocation protocol. | 0.2 |
| 30-Aug-13 | MJW | 0031 | Analysis of allocation litigation trial issues, and email correspondence with Dentons team regarding same. | 0.7 |
| 30-Aug-13 | RCJ | 0012 | Detailed review and analysis of EMEA claims in prep for advice to clients on same. | 2.7 |
| | | | **Total** | **220.5** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 18 of 22
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|------------------|-------|------|-------------|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 56.3 | $775.00 | $43,632.50 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 6.4 | $375.00 | $2,400.00 |
| Jacquie White | Paralegal | Litigation | | 2.5 | $180.00 | $450.00 |
| Margaret MacKinnon | Paralegal | Litigation | | 2.0 | $310.00 | $620.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 40.2 | $795.00 | $31,959.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 7.3 | $525.00 | $3,832.50 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 17.8 | $440.00 | $7,832.00 |
| Ross Walker | Partner | Financial Restructuring | Ontario - 1976 | 2.4 | $850.00 | $2,040.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 39.2 | $750.00 | $29,400.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 41.1 | $900.00 | $36,990.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 5.3 | $700.00 | $3,710.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $162,866.00 |
| | Less: Non-Working Travel Time Discount (50% of $6,200.00) | | | | | ($3,100.00) |
| TOTAL | | | | 220.5 | CDN. | $159,766.00 |

TOTAL PROFESSIONAL FEES                                        $   162,866.00
Less: Non-Working Travel Time Discount (50% of $6,200.00)            (3,100.00)
NET PROFESSIONAL FEES                                          $   159,766.00

**NON-TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Binding Books / Documents | $       48.55 |
| Accommodations | 467.87 |
| Library Computer Research | 60.00 |
| Long Distance Telephone Calls | 45.54 |
| Meals & Beverages | 28.00 |
| Photocopy & Printing Charges | 1,094.40 |
| Transportation Costs | 180.41 |
| Travel Expenses | 150.00 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $    2,074.77 |

TOTAL DISBURSEMENTS                                                  2,074.77

TOTAL AMOUNT DUE                                         $   161,840.77 CDN.

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3004974
Page 19 of 22
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 4.7 | 3,736.50 |
| 0007 | Creditors Committee Meetings | 9.3 | 7,094.00 |
| 0008 | Court Hearings | 2.5 | 2,085.00 |
| 0012 | General Claims Analysis/Claims Objections | 34.6 | 24,914.00 |
| 0019 | Labor Issues/Employee Benefits | 0.7 | 525.00 |
| 0025 | Travel | 8.0 | 6,200.00 |
| 0029 | Intercompany Analysis | 70.9 | 54,367.50 |
| 0031 | Canadian Proceedings/Matters | 89.8 | 63,944.00 |
| | Total | 220.5 | $162,866.00 |
| | Less: Non-Working Travel Time Discount (50% of $6,200.00) | | (3,100.00) |
| | Total | | $159,766.00 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 10-Jul-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 4.08 |
| 11-Jul-13 | Telephone;12127929390;New YorkNY;4715 | 1.00 | 1.02 |
| 11-Jul-13 | Telephone;12129253797;New YorkNY;4715 | 1.00 | 2.55 |
| 31-Jul-13 | Telephone;12127686802;New YorkNY;4417 | 1.00 | 3.06 |
| 01-Aug-13 | Laser Copy;KUKULOWI | 93.00 | 9.30 |
| 01-Aug-13 | Laser Copy;Erandio, N. | 376.00 | 37.60 |
| 01-Aug-13 | Laser Copy;GROSSMAN | 114.00 | 11.40 |
| 01-Aug-13 | Laser Copy;NELSON M | 287.00 | 28.70 |
| 01-Aug-13 | Laser Copy;Peters, C. | 17.00 | 1.70 |
| 01-Aug-13 | Laser Copy;WUNDER M | 61.00 | 6.10 |
| 01-Aug-13 | Dining Room Expense  -  Michbael Wunder | 1.00 | 8.00 |
| 02-Aug-13 | Laser Copy;GROSSMAN | 48.00 | 4.80 |
| 02-Aug-13 | Laser Copy;NELSON M | 57.00 | 5.70 |
| 02-Aug-13 | Laser Copy;Peters, C. | 1,720.00 | 172.00 |
| 02-Aug-13 | Laser Copy;KUKULOWI | 32.00 | 3.20 |
| 06-Aug-13 | Laser Copy;Erandio, N. | 445.00 | 44.50 |
| 06-Aug-13 | Laser Copy;NELSON M | 188.00 | 18.80 |
| 06-Aug-13 | Laser Copy;NigroR | 1.00 | 0.10 |
| 06-Aug-13 | Laser Copy;WUNDER M | 24.00 | 2.40 |
| 06-Aug-13 | Laser Copy;Kaufman, Jacob | 97.00 | 9.70 |
| 07-Aug-13 | Laser Copy;GROSSMAN | 19.00 | 1.90 |
| 07-Aug-13 | Laser Copy;NigroR | 214.00 | 21.40 |
| 07-Aug-13 | Laser Copy;WUNDER M | 72.00 | 7.20 |
| 07-Aug-13 | Parking for M. Wunder on August 1/13; 2013-8-1 | 1.00 | 8.85 |
| 07-Aug-13 | Laser Copy;NELSON M | 205.00 | 20.50 |
| 08-Aug-13 | Laser Copy;Erandio, N. | 53.00 | 5.30 |
| 08-Aug-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 08-Aug-13 | Laser Copy;NigroR | 2.00 | 0.20 |
| 08-Aug-13 | Tabs / Cerlox / Clear Cover | 1.00 | 4.00 |
| 08-Aug-13 | Laser Copy;KUKULOWI | 40.00 | 4.00 |
| 08-Aug-13 | Laser Copy;GROSSMAN | 42.00 | 4.20 |
| 09-Aug-13 | Laser Copy;GROSSMAN | 6.00 | 0.60 |
| 09-Aug-13 | Laser Copy;NigroR | 240.00 | 24.00 |
| 12-Aug-13 | Laser Copy;Peters, C. | 10.00 | 1.00 |
| 12-Aug-13 | Telephone;14048910552;Atlanta GA;2332 | 1.00 | 30.24 |
| 12-Aug-13 | Laser Copy;GROSSMAN | 91.00 | 9.10 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 12-Aug-13 | Photocopy;Peters, C. | 261.00 | 26.10 |
| 13-Aug-13 | Photocopy;GROSSMAN | 1,049.00 | 104.90 |
| 13-Aug-13 | Tabs / Binders | 1.00 | 18.20 |
| 13-Aug-13 | Change of scheduled flight from NYC to Toronto for B. Grossman on August 6/13.; 2013-8-6 | 1.00 | 150.00 |
| 13-Aug-13 | Laser Copy;NELSON M | 305.00 | 30.50 |
| 13-Aug-13 | Laser Copy;Vincent-DunlopT | 5.00 | 0.50 |
| 13-Aug-13 | Cab fare from NYC airport to Manhattan for B. Grossman on Aug 5/13; 2013-8-5 | 1.00 | 83.20 |
| 13-Aug-13 | Cab fare from hotel to Cleary Gottlieb for B. Grossman on Aug 6/13; 2013-8-6 | 1.00 | 41.60 |
| 14-Aug-13 | Laser Copy;DamaniA | 519.00 | 51.90 |
| 14-Aug-13 | Hotel room at Le Parker Meridien in New York for B. Grossman on Aug 5-6/13; 2013-8-5 | 1.00 | 467.87 |
| 14-Aug-13 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 14-Aug-13 | Laser Copy;Peters, C. | 19.00 | 1.90 |
| 14-Aug-13 | Telephone;12128728048;New YorkNY;3493 | 1.00 | 0.51 |
| 14-Aug-13 | "eCarswell Online Searches/KAUFMAN,JACOB" | 1.00 | 56.00 |
| 14-Aug-13 | Breakfast at Le Parker Meridien in New York for B. Grossman on Aug 5 2013; 2013-8-5 | 1.00 | 20.00 |
| 15-Aug-13 | Laser Copy;NELSON M | 263.00 | 26.30 |
| 15-Aug-13 | "eCarswell Online Searches/KAUFMAN,JACOB" | 1.00 | 4.00 |
| 15-Aug-13 | Laser Copy;WUNDER M | 31.00 | 3.10 |
| 16-Aug-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 16-Aug-13 | Laser Copy;Peters, C. | 57.00 | 5.70 |
| 16-Aug-13 | Laser Copy;Erandio, N. | 355.00 | 35.50 |
| 16-Aug-13 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 16-Aug-13 | Tabs / Cerlox / Clear Cover | 1.00 | 7.00 |
| 16-Aug-13 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 19-Aug-13 | Laser Copy;LEVINE, N | 15.00 | 1.50 |
| 19-Aug-13 | Tabs / Cerlox | 1.00 | 6.00 |
| 19-Aug-13 | Laser Copy;DamaniA | 384.00 | 38.40 |
| 19-Aug-13 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 19-Aug-13 | Laser Copy;Punjani, R | 20.00 | 2.00 |
| 19-Aug-13 | Tabs / Cerlox | 1.00 | 4.20 |
| 19-Aug-13 | Laser Copy;GROSSMAN | 365.00 | 36.50 |
| 20-Aug-13 | Laser Copy;Punjani, R | 16.00 | 1.60 |
| 20-Aug-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 21-Aug-13 | Laser Copy;LEVINE, N | 60.00 | 6.00 |

DENTONS CANADA LLP

INVOICE 3004974

The Official Committee of Unsecured Creditors

Page 22 of 22

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 21-Aug-13 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 21-Aug-13 | Laser Copy;Punjani, R | 8.00 | 0.80 |
| 22-Aug-13 | Laser Copy;KUKULOWI | 32.00 | 3.20 |
| 22-Aug-13 | Laser Copy;GROSSMAN | 79.00 | 7.90 |
| 23-Aug-13 | Laser Copy;GROSSMAN | 111.00 | 11.10 |
| 26-Aug-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 26-Aug-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 3.06 |
| 26-Aug-13 | Laser Copy;DamaniA | 148.00 | 14.80 |
| 26-Aug-13 | Laser Copy;Erandio, N. | 228.00 | 22.80 |
| 26-Aug-13 | Laser Copy;GROSSMAN | 338.00 | 33.80 |
| 26-Aug-13 | Laser Copy;KUKULOWI | 49.00 | 4.90 |
| 26-Aug-13 | Laser Copy;NELSON M | 342.00 | 34.20 |
| 26-Aug-13 | Tabs / Clear Cover / Cerlox | 1.00 | 3.75 |
| 27-Aug-13 | Laser Copy;WUNDER M | 24.00 | 2.40 |
| 27-Aug-13 | Laser Copy;NELSON M | 196.00 | 19.60 |
| 27-Aug-13 | Laser Copy;GROSSMAN | 212.00 | 21.20 |
| 28-Aug-13 | Photocopy;mccallenm | 45.00 | 4.50 |
| 28-Aug-13 | Laser Copy;GROSSMAN | 67.00 | 6.70 |
| 28-Aug-13 | Laser Copy;NELSON M | 202.00 | 20.20 |
| 28-Aug-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 28-Aug-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 29-Aug-13 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 29-Aug-13 | Laser Copy;WUNDER M | 87.00 | 8.70 |
| 30-Aug-13 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 30-Aug-13 | Color Laser Printing | 10.00 | 1.00 |
| 30-Aug-13 | Laser Copy;WUNDER M | 79.00 | 7.90 |
| 30-Aug-13 | Laser Copy;GROSSMAN | 73.00 | 7.30 |
| 31-Aug-13 | Beck Taxi/Inv 1721-056/Barb Grossman to Toronto airport August 5, 2013 | 1.00 | 22.91 |
| 31-Aug-13 | Beck Taxi/Inv 1721-056/Barb Grossman from Toronto airport August 6, 2013 | 1.00 | 23.85 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$2,074.77** |