**EXHIBIT C**

## DISBURSEMENT SUMMARY
## AUGUST 1 TO AUGUST 31, 2013
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Binding Books/Documents | $ 48.55 |
| Accommodations | $ 467.87 |
| Library Computer Research | $ 60.00 |
| Long Distance Telephone Calls | $ 45.54 |
| Meals & Beverages | $ 28.00 |
| Photocopy & Printing Charges | $1,094.40 |
| Transportation Costs | $ 180.41 |
| Travel Expenses | $ 150.00 |
| Total Non-Taxable Disbursements | $ 2,074.77 CDN. |

12326413_1|TORDOCS