**EXHIBIT D**

11957585_3|TorDocs

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3004974  
Page 20 of 22  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 10-Jul-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 4.08 |
| 11-Jul-13 | Telephone;12127929390;New YorkNY;4715 | 1.00 | 1.02 |
| 11-Jul-13 | Telephone;12129253797;New YorkNY;4715 | 1.00 | 2.55 |
| 31-Jul-13 | Telephone;12127686802;New YorkNY;4417 | 1.00 | 3.06 |
| 01-Aug-13 | Laser Copy;KUKULOWI | 93.00 | 9.30 |
| 01-Aug-13 | Laser Copy;Erandio, N. | 376.00 | 37.60 |
| 01-Aug-13 | Laser Copy;GROSSMAN | 114.00 | 11.40 |
| 01-Aug-13 | Laser Copy;NELSON M | 287.00 | 28.70 |
| 01-Aug-13 | Laser Copy;Peters, C. | 17.00 | 1.70 |
| 01-Aug-13 | Laser Copy;WUNDER M | 61.00 | 6.10 |
| 01-Aug-13 | Dining Room Expense - Michbael Wunder | 1.00 | 8.00 |
| 02-Aug-13 | Laser Copy;GROSSMAN | 48.00 | 4.80 |
| 02-Aug-13 | Laser Copy;NELSON M | 57.00 | 5.70 |
| 02-Aug-13 | Laser Copy;Peters, C. | 1,720.00 | 172.00 |
| 02-Aug-13 | Laser Copy;KUKULOWI | 32.00 | 3.20 |
| 06-Aug-13 | Laser Copy;Erandio, N. | 445.00 | 44.50 |
| 06-Aug-13 | Laser Copy;NELSON M | 188.00 | 18.80 |
| 06-Aug-13 | Laser Copy;NigroR | 1.00 | 0.10 |
| 06-Aug-13 | Laser Copy;WUNDER M | 24.00 | 2.40 |
| 06-Aug-13 | Laser Copy;Kaufman, Jacob | 97.00 | 9.70 |
| 07-Aug-13 | Laser Copy;GROSSMAN | 19.00 | 1.90 |
| 07-Aug-13 | Laser Copy;NigroR | 214.00 | 21.40 |
| 07-Aug-13 | Laser Copy;WUNDER M | 72.00 | 7.20 |
| 07-Aug-13 | Parking for M. Wunder on August 1/13; 2013-8-1 | 1.00 | 8.85 |
| 07-Aug-13 | Laser Copy;NELSON M | 205.00 | 20.50 |
| 08-Aug-13 | Laser Copy;Erandio, N. | 53.00 | 5.30 |
| 08-Aug-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 08-Aug-13 | Laser Copy;NigroR | 2.00 | 0.20 |
| 08-Aug-13 | Tabs / Cerlox / Clear Cover | 1.00 | 4.00 |
| 08-Aug-13 | Laser Copy;KUKULOWI | 40.00 | 4.00 |
| 08-Aug-13 | Laser Copy;GROSSMAN | 42.00 | 4.20 |
| 09-Aug-13 | Laser Copy;GROSSMAN | 6.00 | 0.60 |
| 09-Aug-13 | Laser Copy;NigroR | 240.00 | 24.00 |
| 12-Aug-13 | Laser Copy;Peters, C. | 10.00 | 1.00 |
| 12-Aug-13 | Telephone;14048910552;Atlanta GA;2332 | 1.00 | 30.24 |
| 12-Aug-13 | Laser Copy;GROSSMAN | 91.00 | 9.10 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3004974  
Page 21 of 22  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 12-Aug-13 | Photocopy;Peters, C. | 261.00 | 26.10 |
| 13-Aug-13 | Photocopy;GROSSMAN | 1,049.00 | 104.90 |
| 13-Aug-13 | Tabs / Binders | 1.00 | 18.20 |
| 13-Aug-13 | Change of scheduled flight from NYC to Toronto for B. Grossman on August 6/13.; 2013-8-6 | 1.00 | 150.00 |
| 13-Aug-13 | Laser Copy;NELSON M | 305.00 | 30.50 |
| 13-Aug-13 | Laser Copy;Vincent-DunlopT | 5.00 | 0.50 |
| 13-Aug-13 | Cab fare from NYC airport to Manhattan for B. Grossman on Aug 5/13; 2013-8-5 | 1.00 | 83.20 |
| 13-Aug-13 | Cab fare from hotel to Cleary Gottlieb for B. Grossman on Aug 6/13; 2013-8-6 | 1.00 | 41.60 |
| 14-Aug-13 | Laser Copy;DamaniA | 519.00 | 51.90 |
| 14-Aug-13 | Hotel room at Le Parker Meridien in New York for B. Grossman on Aug 5-6/13; 2013-8-5 | 1.00 | 467.87 |
| 14-Aug-13 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 14-Aug-13 | Laser Copy;Peters, C. | 19.00 | 1.90 |
| 14-Aug-13 | Telephone;12128728048;New YorkNY;3493 | 1.00 | 0.51 |
| 14-Aug-13 | "eCarswell Online Searches/KAUFMAN,JACOB" | 1.00 | 56.00 |
| 14-Aug-13 | Breakfast at Le Parker Meridien in New York for B. Grossman on Aug 5 2013; 2013-8-5 | 1.00 | 20.00 |
| 15-Aug-13 | Laser Copy;NELSON M | 263.00 | 26.30 |
| 15-Aug-13 | "eCarswell Online Searches/KAUFMAN,JACOB" | 1.00 | 4.00 |
| 15-Aug-13 | Laser Copy;WUNDER M | 31.00 | 3.10 |
| 16-Aug-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 16-Aug-13 | Laser Copy;Peters, C. | 57.00 | 5.70 |
| 16-Aug-13 | Laser Copy;Erandio, N. | 355.00 | 35.50 |
| 16-Aug-13 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 16-Aug-13 | Tabs / Cerlox / Clear Cover | 1.00 | 7.00 |
| 16-Aug-13 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 19-Aug-13 | Laser Copy;LEVINE, N | 15.00 | 1.50 |
| 19-Aug-13 | Tabs / Cerlox | 1.00 | 6.00 |
| 19-Aug-13 | Laser Copy;DamaniA | 384.00 | 38.40 |
| 19-Aug-13 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 19-Aug-13 | Laser Copy;Punjani, R | 20.00 | 2.00 |
| 19-Aug-13 | Tabs / Cerlox | 1.00 | 4.20 |
| 19-Aug-13 | Laser Copy;GROSSMAN | 365.00 | 36.50 |
| 20-Aug-13 | Laser Copy;Punjani, R | 16.00 | 1.60 |
| 20-Aug-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 21-Aug-13 | Laser Copy;LEVINE, N | 60.00 | 6.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3004974  
Page 22 of 22  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 21-Aug-13 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 21-Aug-13 | Laser Copy;Punjani, R | 8.00 | 0.80 |
| 22-Aug-13 | Laser Copy;KUKULOWI | 32.00 | 3.20 |
| 22-Aug-13 | Laser Copy;GROSSMAN | 79.00 | 7.90 |
| 23-Aug-13 | Laser Copy;GROSSMAN | 111.00 | 11.10 |
| 26-Aug-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 26-Aug-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 3.06 |
| 26-Aug-13 | Laser Copy;DamaniA | 148.00 | 14.80 |
| 26-Aug-13 | Laser Copy;Erandio, N. | 228.00 | 22.80 |
| 26-Aug-13 | Laser Copy;GROSSMAN | 338.00 | 33.80 |
| 26-Aug-13 | Laser Copy;KUKULOWI | 49.00 | 4.90 |
| 26-Aug-13 | Laser Copy;NELSON M | 342.00 | 34.20 |
| 26-Aug-13 | Tabs / Clear Cover / Cerlox | 1.00 | 3.75 |
| 27-Aug-13 | Laser Copy;WUNDER M | 24.00 | 2.40 |
| 27-Aug-13 | Laser Copy;NELSON M | 196.00 | 19.60 |
| 27-Aug-13 | Laser Copy;GROSSMAN | 212.00 | 21.20 |
| 28-Aug-13 | Photocopy;mccallenm | 45.00 | 4.50 |
| 28-Aug-13 | Laser Copy;GROSSMAN | 67.00 | 6.70 |
| 28-Aug-13 | Laser Copy;NELSON M | 202.00 | 20.20 |
| 28-Aug-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 28-Aug-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 29-Aug-13 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 29-Aug-13 | Laser Copy;WUNDER M | 87.00 | 8.70 |
| 30-Aug-13 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 30-Aug-13 | Color Laser Printing | 10.00 | 1.00 |
| 30-Aug-13 | Laser Copy;WUNDER M | 79.00 | 7.90 |
| 30-Aug-13 | Laser Copy;GROSSMAN | 73.00 | 7.30 |
| 31-Aug-13 | Beck Taxi/Inv 1721-056/Barb Grossman to Toronto airport August 5, 2013 | 1.00 | 22.91 |
| 31-Aug-13 | Beck Taxi/Inv 1721-056/Barb Grossman from Toronto airport August 6, 2013 | 1.00 | 23.85 |//
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$2,074.77** |