# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2013 THROUGH AUGUST 31, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 56.3 | $775.00 | $43,632.50 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 6.4 | $375.00 | $2,400.00 |
| Jacquie White | Paralegal | Litigation | | 2.5 | $180.00 | $450.00 |
| Margaret MacKinnon | Paralegal | Litigation | | 2.0 | $310.00 | $620.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 40.2 | $795.00 | $31,959.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 7.3 | $525.00 | $3,832.50 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 17.8 | $440.00 | $7,832.00 |
| Ross Walker | Partner | Financial Restructuring | Ontario - 1976 | 2.4 | $850.00 | $2,040.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 39.2 | $750.00 | $29,400.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 41.1 | $900.00 | $36,990.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 5.3 | $700.00 | $3,710.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $162,866.00 |
| | Less: Non-Working Travel Time Discount (50% of $6,200.00) | | | | | -$3,100.00 |
| TOTAL | | | | 220.5 | CDN. | $159,766.00 |

12326413_1|TORDOCS