# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 8/1/2013 through 8/31/2013**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 10.90 | $9,047.00 |
| J. Borow | Executive Director | $830 | 17.20 | $14,276.00 |
| J. Hyland | Executive Director | $635 | 67.50 | $42,862.50 |
| M. Dansky | Executive Director | $595 | 1.60 | $952.00 |
| A. Cowie | Managing Director | $575 | 166.70 | $95,852.50 |
| B. Kullberg | Managing Director | $500 | 0.50 | $250.00 |
| M. Haverkamp | Paraprofessional | $120 | 10.30 | $1,236.00 |
| **For the Period 8/1/2013 through 8/31/2013** | | | **274.70** | **$164,476.00** |