## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 8/1/2013 through 8/31/2013

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 163.40 | $100,449.00 |
| 05. Professional Retention/Fee Application Preparation | 28.00 | $12,418.50 |
| 08. Interaction/Mtgs w Creditors | 14.80 | $10,907.00 |
| 11. Claim Analysis/Accounting | 17.60 | $10,630.00 |
| 18. Operating and Other Reports | 9.90 | $5,812.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 33.60 | $19,854.00 |
| 26. Tax Issues | 7.40 | $4,405.00 |
| **For the Period 8/1/2013 through 8/31/2013** | **274.70** | **$164,476.00** |