**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 8/1/2013 through 8/31/2013

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 8/1/2013 | J. Hyland | 0.40 | Reviewed Deposition Protocol. |
| 8/1/2013 | C. Kearns | 0.40 | Read emails from counsel re: deposition protocol and related issues. |
| 8/1/2013 | C. Kearns | 0.70 | Followed up with counsel re: litigation path and strategy. |
| 8/1/2013 | J. Hyland | 2.60 | Continued reviewing requested information for proceeds allocation expert. |
| 8/1/2013 | A. Cowie | 2.70 | Continued to analyze EMEA filed court documents regarding asset allocation litigation and related issues. |
| 8/1/2013 | J. Hyland | 2.80 | Reviewed requested information for proceeds allocation expert. |
| 8/1/2013 | A. Cowie | 2.90 | Analyzed EMEA filed court documents regarding asset allocation litigation and related issues. |
| 8/2/2013 | J. Hyland | 0.20 | Reviewed subpoenas for Lazard and Global IP Law Group. |
| 8/2/2013 | J. Hyland | 0.20 | Conducted call with proceeds allocation expert. |
| 8/2/2013 | J. Hyland | 0.70 | Reviewed EMEA's opening brief in Third Circuit appeal. |
| 8/2/2013 | C. Kearns | 0.80 | Reviewed memo from counsel re: allocation related issues. |
| 8/2/2013 | J. Hyland | 1.30 | Continued analyzing MRDA historic transactions. |
| 8/2/2013 | M. Dansky | 1.60 | Reviewed intellectual property documents in regard to pending asset allocation litigation. |
| 8/2/2013 | A. Cowie | 1.80 | Analyzed draft deposition protocol document for proceeds allocation. |
| 8/2/2013 | J. Hyland | 2.00 | Reviewed summary of MRDA. |
| 8/2/2013 | A. Cowie | 2.60 | Continued to analyze EMEA filed court documents regarding proceeds allocation litigation and related issues. |
| 8/2/2013 | J. Hyland | 2.90 | Analyzed MRDA historic transactions. |
| 8/2/2013 | A. Cowie | 2.90 | Analyzed EMEA filed court documents regarding proceeds allocation litigation and related issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/5/2013 | B. Kullberg | 0.50 | Analyzed MRDA documentation in regard to pending allocation litigation. |
| 8/5/2013 | C. Kearns | 0.60 | Read correspondence from counsel re: latest developments on discovery protocol including letters between Cleary and Canadian counsel. |
| 8/5/2013 | A. Cowie | 0.80 | Analyzed mediation submission documents in regard to impact on pending allocation litigation. |
| 8/5/2013 | A. Cowie | 1.10 | Continued to analyze CGSH R&D memorandum and Capstone follow up commentary. |
| 8/5/2013 | A. Cowie | 2.50 | Analyzed document preparation updates between Canada, US and UK participants. |
| 8/5/2013 | A. Cowie | 2.90 | Analyzed CGSH R&D memorandum and Capstone follow-up commentary. |
| 8/6/2013 | A. Cowie | 0.30 | Continued to analyze asset sale supporting documentation in regard to pending allocation litigation. |
| 8/6/2013 | J. Hyland | 0.70 | Reviewed letters from estates re: document production. |
| 8/6/2013 | J. Hyland | 2.60 | Reviewed document production requests for counsel. |
| 8/6/2013 | A. Cowie | 2.90 | Analyzed mediation submission documents in regard to impact on pending allocation litigation. |
| 8/6/2013 | A. Cowie | 2.90 | Analyzed asset sale supporting documentation in regard to pending allocation litigation. |
| 8/7/2013 | C. Kearns | 0.20 | Prepared potential deposition questions for counsel. |
| 8/7/2013 | C. Kearns | 0.30 | Held call with counsel re: status of discovery protocol and next steps. |
| 8/7/2013 | J. Hyland | 0.40 | Responded to counsel re: a Nortel employee identified for proceeds allocation purposes. |
| 8/7/2013 | J. Hyland | 0.50 | Reviewed EMEA letter re: litigation timetable. |
| 8/7/2013 | J. Hyland | 1.70 | Reviewed Correspondence Brief from counsel to the UCC for the UCC meeting. |
| 8/7/2013 | A. Cowie | 2.40 | Analyzed asset sale documentation in regard to pending allocation litigation. |
| 8/7/2013 | A. Cowie | 2.70 | Continued to analyze mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/7/2013 | A. Cowie | 2.90 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/8/2013 | C. Kearns | 0.20 | Emailed with counsel re: forensic related activities for proceeds allocation. |

Capstone Advisory Group, LLC  
Invoice for the 8/1/2013-8/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/8/2013 | A. Cowie | 2.30 | Continued to analyze transfer pricing documentation in regard to pending allocation litigation. |
| 8/8/2013 | A. Cowie | 2.80 | Continued to analyze transfer pricing documentation in regard to pending allocation litigation. |
| 8/8/2013 | A. Cowie | 2.90 | Analyzed transfer pricing documentation in regard to pending allocation litigation. |
| 8/9/2013 | C. Kearns | 0.30 | Read emails from counsel re: EMEA appeal. |
| 8/9/2013 | J. Hyland | 0.40 | Reviewed certification of counsel re: expert disclosures. |
| 8/9/2013 | A. Cowie | 2.60 | Continued to analyze mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/9/2013 | A. Cowie | 2.60 | Continued to analyze mediation submission documentation in regard to pending allocation litigation. |
| 8/9/2013 | A. Cowie | 2.80 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/12/2013 | J. Borow | 0.70 | Participated in conference call among all parties re: deposition parties listing. |
| 8/13/2013 | C. Kearns | 0.50 | Emailed with counsel re: deponent list, possible drops and related responses from EMEA and NNL. |
| 8/13/2013 | J. Borow | 1.40 | Reviewed various asset allocation litigation interrogatory responses. |
| 8/13/2013 | A. Cowie | 2.90 | Analyzed asset sale supporting documentation in regard to pending allocation litigation proceedings. |
| 8/14/2013 | J. Hyland | 0.30 | Reviewed Cleary email re: trial timing. |
| 8/14/2013 | C. Kearns | 0.40 | Read and responded to emails from counsel re: litigation schedule and related issues. |
| 8/14/2013 | J. Hyland | 0.40 | Conducted call with R. Johnson re: deposition lists. |
| 8/14/2013 | J. Hyland | 1.30 | Reviewed Lax email and Goodmans' response re: trial timing. |
| 8/14/2013 | A. Cowie | 2.40 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation proceedings. |
| 8/14/2013 | J. Hyland | 2.60 | Reviewed and analyzed revisions to deposition lists from the estates. |
| 8/15/2013 | C. Kearns | 0.60 | Reviewed status of allocation litigation work plan. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/15/2013 | A. Cowie | 2.80 | Analyzed mediation submission documentation in regard to pending allocation litigation. |
| 8/16/2013 | C. Kearns | 0.30 | Read latest news re: EMEA proposed litigation timeline and related issues. |
| 8/16/2013 | A. Cowie | 1.10 | Continued to analyze mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/16/2013 | J. Hyland | 1.40 | Reviewed EMEA debtors' motion to extend the litigation timeline and discovery plan. |
| 8/16/2013 | J. Borow | 2.20 | Analyzed possible additional witness designations focusing on asset sale issues for allocation litigation. |
| 8/16/2013 | A. Cowie | 2.20 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/19/2013 | C. Kearns | 0.50 | Read summary of latest EMEA related issues prepared by counsel. |
| 8/19/2013 | C. Kearns | 0.60 | Discussed current developments re: timeline and potential experts with counsel. |
| 8/19/2013 | A. Cowie | 0.90 | Continued to analyze asset sale supporting documentation in regard to pending allocation litigation. |
| 8/19/2013 | J. Hyland | 2.30 | Reviewed motion record re: production of documents from certain third parties related to MRDA. |
| 8/19/2013 | A. Cowie | 2.40 | Analyzed asset sale supporting documentation in regard to pending allocation litigation. |
| 8/20/2013 | C. Kearns | 0.30 | Reviewed parties relating to potential depositions. |
| 8/20/2013 | J. Hyland | 0.40 | Reviewed U.S. Estate's letter re: deponents and responded to related question from counsel. |
| 8/20/2013 | J. Borow | 1.30 | Reviewed parties relating to potential depositions. |
| 8/20/2013 | A. Cowie | 1.30 | Analyzed court-filed documents in regard to allocation litigation |
| 8/20/2013 | A. Cowie | 2.90 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/21/2013 | C. Kearns | 0.10 | Emailed with counsel re: deposition assignments. |
| 8/21/2013 | J. Hyland | 0.10 | Conducted call with R. Johnson re: deposition candidates and related comments. |
| 8/21/2013 | C. Kearns | 0.40 | Reviewed intellectual property asset related allocation analyses in regard to asset allocation litigation proceedings. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/21/2013 | J. Borow | 1.20 | Reviewed parties relating to potential depositions. |
| 8/21/2013 | A. Cowie | 2.30 | Continued to analyze court filed documents in regard to allocation litigation proceedings. |
| 8/21/2013 | J. Hyland | 2.80 | Reviewed deposition candidates (2.6) and summarized related issues (.2) for counsel. |
| 8/21/2013 | A. Cowie | 2.90 | Analyzed court-filed documents in regard to allocation litigation proceedings. |
| 8/23/2013 | C. Kearns | 0.80 | Read briefs related to EMEA appeal. |
| 8/23/2013 | A. Cowie | 1.10 | Continued to analyze court filed documents by the three filed estates in regard to allocation litigation proceedings. |
| 8/23/2013 | A. Cowie | 2.90 | Analyzed court-filed documents by the three filed estates in regard to allocation litigation proceedings. |
| 8/26/2013 | C. Kearns | 0.90 | Reviewed documents related to asset purchases re: allocation litigation. |
| 8/26/2013 | A. Cowie | 2.40 | Continued to analyze court filed documents by the three filed estates in regard to allocation litigation proceedings. |
| 8/26/2013 | A. Cowie | 2.70 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/26/2013 | A. Cowie | 2.90 | Analyzed court-filed documents by the three filed estates in regard to allocation litigation proceedings. |
| 8/27/2013 | C. Kearns | 0.50 | Read deposition protocol court orders. |
| 8/27/2013 | J. Hyland | 1.10 | Conducted call with R. Johnson re: deposition list for proceeds allocation litigation. |
| 8/27/2013 | A. Cowie | 2.40 | Continued to analyze mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/27/2013 | A. Cowie | 2.70 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/27/2013 | A. Cowie | 2.90 | Analyzed court-filed documents from the three filed estates in regard to pending allocation litigation. |
| 8/28/2013 | J. Hyland | 0.30 | Responded to counsel's inquiry re: deposition designations for proceeds allocation litigation. |
| 8/28/2013 | J. Hyland | 0.40 | Reviewed revised deposition list for proceeds allocation litigation. |
| 8/28/2013 | J. Borow | 1.20 | Reviewed and evaluated EMEA position on arbitration issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/28/2013 | A. Cowie | 1.40 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation. |
| 8/28/2013 | A. Cowie | 2.70 | Continued to analyze court filed documents from the three filed estates in regard to pending allocation litigation. |
| 8/28/2013 | A. Cowie | 2.90 | Analyzed court-filed documents from the three filed estates in regard to pending allocation litigation. |
| 8/29/2013 | J. Hyland | 0.30 | Reviewed EMEA's request for oral argument in proceeds allocation litigation. |
| 8/29/2013 | C. Kearns | 0.30 | Read memo from counsel re: issues in EMEA appeal. |
| 8/29/2013 | A. Cowie | 2.30 | Continued to analyze asset sale supporting documentation in regard to pending allocation litigation. |
| 8/29/2013 | A. Cowie | 2.80 | Analyzed asset sale supporting documentation in regard to pending allocation litigation. |
| 8/30/2013 | A. Cowie | 1.10 | Continued to analyze mediation submission supporting documentation in regard to pending asset allocation litigation. |
| 8/30/2013 | A. Cowie | 2.90 | Analyzed mediation submission supporting documentation in regard to pending allocation litigation proceedings. |
| Subtotal | | 163.40 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2013 | A. Cowie | 2.10 | Reviewed May fee application. |
| 8/6/2013 | J. Hyland | 0.30 | Prepared July fee estimate for counsel. |
| 8/6/2013 | J. Hyland | 0.90 | Reviewed June fee application. |
| 8/6/2013 | M. Haverkamp | 1.60 | Prepared May fee application. |
| 8/8/2013 | M. Haverkamp | 1.60 | Prepared June fee application data in order to prepare reports. |
| 8/9/2013 | M. Haverkamp | 1.00 | Prepared June fee application. |
| 8/12/2013 | M. Haverkamp | 0.20 | Continued preparing June fee application. |
| 8/12/2013 | A. Cowie | 2.40 | Analyzed May (0.8) and June (1.6) fee applications. |
| 8/13/2013 | M. Haverkamp | 1.00 | Prepared July fee application. |
| 8/14/2013 | M. Haverkamp | 0.40 | Prepared July fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/14/2013 | J. Hyland | 0.90 | Reviewed June fee application detail. |
| 8/15/2013 | M. Haverkamp | 0.90 | Prepared July fee application. |
| 8/16/2013 | J. Hyland | 0.20 | Finalized June fee application and sent to counsel for filing. |
| 8/16/2013 | M. Haverkamp | 0.50 | Prepared June fee application. |
| 8/16/2013 | J. Hyland | 0.90 | Reviewed verbiage in June fee application. |
| 8/16/2013 | A. Cowie | 1.90 | Analyzed June (0.3) and July (1.6) fee application documentation. |
| 8/19/2013 | J. Hyland | 0.50 | Reviewed portion of July fee application descriptions. |
| 8/19/2013 | M. Haverkamp | 0.80 | Prepared June fee application. |
| 8/19/2013 | J. Hyland | 1.00 | Reviewed draft June fee application and forwarded to counsel. |
| 8/20/2013 | J. Hyland | 1.10 | Reviewed July fee application detailed task descriptions. |
| 8/20/2013 | A. Cowie | 1.70 | Continued to analyze July fee application supporting documentation. |
| 8/21/2013 | M. Haverkamp | 0.10 | Prepared June fee application. |
| 8/21/2013 | J. Hyland | 0.30 | Finalized June fee application for filing. |
| 8/21/2013 | J. Hyland | 0.50 | Reviewed July fee application verbiage. |
| 8/22/2013 | M. Haverkamp | 1.00 | Prepared July fee application. |
| 8/23/2013 | M. Haverkamp | 0.60 | Prepared July fee application. |
| 8/26/2013 | M. Haverkamp | 0.30 | Prepared 18th interim fee application. |
| 8/28/2013 | M. Haverkamp | 0.30 | Prepared 18th interim fee application. |
| 8/28/2013 | J. Hyland | 0.50 | Reviewed interim fee application. |
| 8/28/2013 | J. Borow | 1.10 | Reviewed July fee application. |
| 8/29/2013 | J. Hyland | 0.30 | Finalized interim fee application and forwarded to counsel. |
| 8/29/2013 | J. Borow | 1.10 | Reviewed July fee application. |
| Subtotal | | 28.00 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **08. Interaction/Mtgs w Creditors** | | | |
| 8/1/2013 | A. Cowie | 0.30 | Prepared supporting analyses and documents for weekly UCC call. |
| 8/1/2013 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and UCC professionals. |
| 8/1/2013 | C. Kearns | 0.30 | Participated in UCC call re: litigation strategy and other matters. |
| 8/1/2013 | J. Hyland | 0.50 | Reviewed UCC documents in preparation for UCC meeting. |
| 8/1/2013 | J. Borow | 0.60 | Prepared for (0.3), attended, and participated in (0.3) weekly meeting with UCC and advisors to UCC. |
| 8/7/2013 | J. Borow | 2.90 | Held discussions with various creditors and parties in interest re: status of matter. |
| 8/8/2013 | C. Kearns | 0.80 | Participated in UCC call to discuss discovery protocol status. |
| 8/8/2013 | J. Borow | 1.20 | Prepare for (0.4) attend and participate in (0.8) weekly meeting with UCC and counsel to UCC. |
| 8/8/2013 | J. Hyland | 1.30 | Reviewed discovery protocol documentation for UCC call. |
| 8/13/2013 | J. Borow | 1.20 | Held discussions with various creditors and parties in interest re: status of matter. |
| 8/15/2013 | A. Cowie | 0.30 | Prepared supporting analyses and documents for weekly UCC call. |
| 8/15/2013 | J. Hyland | 0.60 | Participated in weekly call with UCC members and UCC professionals. |
| 8/15/2013 | J. Borow | 1.10 | Prepared for (0.2) and participated in (0.6) discussion with counsel re: preparation for UCC call and post UCC discussion with counsel (0.3). |
| 8/15/2013 | J. Hyland | 2.00 | Prepared for weekly UCC meeting by reviewing documents for discussion. |
| 8/16/2013 | J. Hyland | 0.10 | Conducted call with B. Kahn re: fee applications and proceeds allocation status. |
| 8/22/2013 | J. Hyland | 0.30 | Participated in weekly UCC call with UCC members and UCC professionals. |
| 8/22/2013 | A. Cowie | 0.90 | Prepared for (0.6) and participated in (0.3) weekly UCC call on case status matters. |
| 8/29/2013 | C. Kearns | 0.10 | Emailed with counsel re: next steps with the UCC. |
| Subtotal | | 14.80 | |

**11. Claim Analysis/Accounting**

Capstone Advisory Group, LLC  Page 8 of 10
Invoice for the 8/1/2013-8/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/5/2013 | J. Hyland | 2.10 | Reviewed detailed claims schedule. |
| 8/7/2013 | J. Hyland | 0.90 | Reviewed proposed Radware stipulation. |
| 8/12/2013 | A. Cowie | 1.20 | Analyzed U.S. claims balances. |
| 8/13/2013 | A. Cowie | 2.30 | Analyzed Canadian claims balances and updates. |
| 8/14/2013 | A. Cowie | 2.80 | Continued to analyze revised claims detail as prepared by the Debtors. |
| 8/14/2013 | A. Cowie | 2.80 | Analyzed revised claims detail as prepared by the Debtors. |
| 8/16/2013 | J. Hyland | 2.70 | Continued reviewing claims summary and detail and for NNI. |
| 8/16/2013 | J. Hyland | 2.80 | Reviewed claims summary and detail and for NNI. |
| Subtotal | | 17.60 | |

### 18. Operating and Other Reports

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2013 | A. Cowie | 0.70 | Analyzed July restructuring manager report prepared by the Company's professionals. |
| 8/6/2013 | J. Hyland | 1.20 | Reviewed restructuring manager's report for APAC. |
| 8/12/2013 | A. Cowie | 1.60 | Continued to analyze debtor prepared monthly operating report from Debtor (1.2) and prepared summary of findings (0.4). |
| 8/12/2013 | A. Cowie | 2.80 | Analyzed Debtor-prepared monthly operating report (1.3) and prepared summary of findings (1.5). |
| 8/13/2013 | A. Cowie | 2.80 | Finalized analysis of MOR and related report. |
| 8/14/2013 | J. Hyland | 0.80 | Reviewed NNI May MOR. |
| Subtotal | | 9.90 | |

### 19. Cash Flow/Cash Mgmt Liquidity

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/5/2013 | A. Cowie | 0.70 | Analyzed cash summary prepared by NNL. |
| 8/5/2013 | J. Hyland | 1.00 | Analyzed cash balances. |
| 8/6/2013 | A. Cowie | 1.90 | Analyzed estate-prepared cash summaries. |
| 8/15/2013 | A. Cowie | 2.10 | Continued analyzing cash trends in filed entities. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/15/2013 | J. Hyland | 2.70 | Continued to analyze cash and forecasted cash for the estates. |
| 8/15/2013 | A. Cowie | 2.80 | Analyzed cash trends in filed entities. |
| 8/15/2013 | J. Hyland | 2.90 | Analyzed cash and forecasted cash for the estates. |
| 8/16/2013 | A. Cowie | 2.90 | Analyzed future cash trends for filed entities. |
| 8/19/2013 | A. Cowie | 1.90 | Continued analyzing future cash trends for filed entities. |
| 8/19/2013 | A. Cowie | 2.80 | Finalized analyzing cash balances and future cash trends for filed entities. |
| 8/20/2013 | J. Hyland | 2.30 | Analyzed global cash summary from NNL (2.1) and trends in balances (0.2). |
| 8/22/2013 | A. Cowie | 2.70 | Continued to analyze current case cash reporting prepared by the estates. |
| 8/22/2013 | A. Cowie | 2.90 | Analyzed current case cash reporting prepared by the estates. |
| 8/23/2013 | A. Cowie | 1.90 | Continued to analyze current cash and operational results reporting prepared by the Canadian debtors. |
| 8/23/2013 | A. Cowie | 2.10 | Analyzed current cash and operational results reporting prepared by the Canadian debtors. |
| Subtotal | | 33.60 | |
| **26. Tax Issues** | | | |
| 8/20/2013 | A. Cowie | 2.10 | Reviewed tax calculations and NOLs. |
| 8/20/2013 | J. Hyland | 2.50 | Reviewed tax documents and analyzed tax calculations for NNI. |
| 8/21/2013 | A. Cowie | 2.80 | Reviewed tax calculations and NOLs. |
| Subtotal | | 7.40 | |
| **Total Hours** | | **274.70** | |