# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through September 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.2 | $2,145.00 |
| Fee and Employment Applications | 21.4 | $10,871.50 |
| Analysis of Canadian Law | 40.4 | $33,135.50 |
| Intercompany Analysis | 1.4 | $1,260.00 |
| Litigation | 904.4 | $547,007.00 |
| Canadian CCAA Proceedings/Matters | 62.8 | $44,115.00 |
| U.S. Proceedings/Matters | 0.8 | $780.00 |
| **TOTAL** | 1,033.4 | $639,314.00 |

Case Administration

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| DeMarinis | Tony | 10/09/2013 | reading documents filed in U.S. proceedings, and review of related materials in Canadian proceedings (1.3); review of accumulated exchanges amongst counsel, and updated case materials (0.9); | 2.2 | 2,145.00 | 11952164 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 04/09/2013 | Review monthly time charges | 0.8 | 720.00 | 11941882 |
| Gray | William | 09/09/2013 | Review supplemental amendment regarding Sam Levitt and conference with A. Bauer regarding same | 0.2 | 180.00 | 11950889 |
| Gray | William | 12/09/2013 | conference with A. Bauer and N. Su regarding declaration (.3); | 0.3 | 270.00 | 12026556 |
| Gray | William | 13/09/2013 | Discussion with N. Su and MNAT regarding declaration; | 0.3 | 270.00 | 12017049 |
| Gray | William | 16/09/2013 | Work on monthly fee application | 0.8 | 720.00 | 11962167 |
| Gray | William | 23/09/2013 | Review fee application process | 0.7 | 630.00 | 11972807 |
| Gray | William | 24/09/2013 | Review monthly time details (.8); work on application (.5) | 1.3 | 1,170.00 | 11976814 |
| Gray | William | 25/09/2013 | Work on monthly fee application | 0.8 | 720.00 | 11976807 |
| Gray | William | 26/09/2013 | Work on monthly fee application and discussion with N. Su regarding same | 0.4 | 360.00 | 11989564 |
| Bauer | Alison D. | 09/09/2013 | conference W. Gray on supplemental declaration (.1); Attention to supplemental declaration to retention including emails to A. Cordo (.3); conference N. Su (.1); email timekeepers for fee application (.1) | 0.6 | 465.00 | 11948632 |
| Bauer | Alison D. | 10/09/2013 | review and revise supplemental declaration to retention including emails to and from S. Levitt and W. Gray (.5); | 0.5 | 387.50 | 11951937 |
| Bauer | Alison D. | 11/09/2013 | review and revise supplemental declaration to retention including emails to and from S. Levitt and W. Gray (.5); | 0.5 | 387.50 | 11954483 |
| Bauer | Alison D. | 12/09/2013 | Revise declaration (.1); conferences on declaration (.2); conference W. Gray on declaration (.1) | 0.4 | 310.00 | 11957954 |
| Bauer | Alison D. | 17/09/2013 | Conference N. Su and call to M. Reynolds | 0.3 | 232.50 | 11969443 |
| Bauer | Alison D. | 19/09/2013 | Conference N. Su and review fee application time entries | 0.4 | 310.00 | 11968865 |
| Bauer | Alison D. | 23/09/2013 | attention to August time entires | 0.4 | 310.00 | 11984433 |
| Su | Nan | 06/09/2013 | email J. Brentnall regarding July fee application; | 0.1 | 27.00 | 11942805 |
| Su | Nan | 09/09/2013 | conference with A. Bauer and obtain information regarding retention disclosure from the court docket (0.8); draft supplemental declaration of William F. Gray (2.7); | 3.5 | 945.00 | 11948647 |
| Su | Nan | 11/09/2013 | email B. Yu regarding August fee application data; | 0.1 | 27.00 | 11954372 |
| Su | Nan | 11/09/2013 | search and obtain information regarding Fraser Milner Casgrain (0.2); finalize supplemental declaration of W. Gray and prepare for filing (0.5); | 0.7 | 189.00 | 11954373 |
| Su | Nan | 12/09/2013 | discussions with A. Bauer and W. Gray re supplemental declaration of W. Gray; | 0.5 | 135.00 | 11957869 |
| Su | Nan | 13/09/2013 | discussion with W. Gray and email MNAT re supplemental declaration of W. Gray (0.3); review of court docket, provide updates and download documents for attorneys (0.2); | 0.5 | 135.00 | 11958478 |
| Su | Nan | 16/09/2013 | review and revise fee application data; | 0.8 | 216.00 | 11962853 |
| Su | Nan | 17/09/2013 | review and revise fee application data (2.3); various inquires regarding questionable time entries and conference with A. Bauer and M. | 3.1 | 837.00 | 11965238 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | Reynolds re same(0.8); | | | |
| Su | Nan | 19/09/2013 | meeting with A. Bauer regarding August fee application data; | 0.4 | 108.00 | 11968882 |
| Su | Nan | 20/09/2013 | corresponding with B. Yu regarding fee application data changes; | 0.8 | 216.00 | 11969553 |
| Su | Nan | 24/09/2013 | email correspondence with B. Yu and S. Bomhof regarding fee application data; | 0.3 | 81.00 | 11974891 |
| Su | Nan | 26/09/2013 | discussion with W. Gray regarding fee application (0.4); telephone call with A. Cordo (0.2); email B. Yu regarding same (0.1); | 0.7 | 189.00 | 11981320 |
| Su | Nan | 27/09/2013 | draft and revise August Fee Application (0.8); review and prepare exhibits re same (0.4); | 1.2 | 324.00 | 11985866 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/09/2013 | trial preparation (1.1); reviewing core party notices regarding additional document disclosure and witness scheduling issues (.7); telephone call with J. Stam and telephone call with Cleary regarding September 5 CCAA scheduling motion (.8); preparing materials for issuance of letters of request by Ontario Court (3.2); | 5.8 | 5,075.00 | 11940060 |
| Bomhof | Scott A. | 04/09/2013 | reviewing issues related to Canadian application for letters rogatory and telephone call with J. Kimmel with respect to same (1.9); participate in call with Cleary, Goodmans, Lax O'Sullivan and Hughs Herbert regarding deposition evidence and witnesses at trial (2.1) | 4.0 | 3,500.00 | 11941240 |
| Bomhof | Scott A. | 05/09/2013 | preparing for and attending Chambers motion before Mr. Justice Morawetz (2.1); telephone call with Dentons to discuss appearance before Mr. Justice Morawetz (.2); reviewing deposition schedule (.3); exchange messages with Lax O'Sullivan regarding EMEA motion to compel 3rd party disclosure (.4); meeting with S. Block to discuss final issues and follow up with respect to same (.4); reviewing and revising letters of request and discussing same with Cleary and Goodmans (1.0); | 4.4 | 3,850.00 | 11941872 |
| Bomhof | Scott A. | 06/09/2013 | Trial preparation (1.6); review Party notices regarding additional document production and privilege logs (.9); various telephone calls with Goodmans and Cleary and revise materials for CCAA motion to get Letters of Request issued (2.3); | 4.8 | 4,200.00 | 11944910 |
| Bomhof | Scott A. | 09/09/2013 | Trial preparation (1.8); teleconference with Cleary, Akins and Dentons regarding trial logistics, and review law on joint hearings (2.3); review US Letters Rogatory and revise Canadian Letters of Request (1.1); | 5.2 | 4,550.00 | 11953248 |
| Bomhof | Scott A. | 10/09/2013 | Trial preparation (0.6); prepare materials for S. Block regarding preparation for depositions (1.2); | 1.8 | 1,575.00 | 11953255 |
| Bomhof | Scott A. | 11/09/2013 | Exchange messages with Cleary, Gowlings and Goodmans regarding letters of request and telephone call with M. Gottlieb regarding EMEA comments on Canadian Letters of Request and US letters rogatory (2.1); review US Debtors letter to Judge Gross and provide comments on same, and provide comments on letter to Justice Morawetz with respect to same (0.6); | 2.7 | 2,362.50 | 11956221 |
| Bomhof | Scott A. | 12/09/2013 | reviewing e-mails with Cleary, Goodmans and Allen & Overy and comments on letters rogatory and revising Canadian letters of request (.9); telephone call with A. Slavens and reviewing EMEA motion record for third party discosure (.5); | 1.4 | 1,225.00 | 11960261 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 13/09/2013 | Review materials for September 18 'Canada only' motion and revise Letters of Request and call with Cleary, A. Slaven and A. Gray regarding same (1.2); trial preparation (1.3); exchange messages with J. Kimmel of Goodmans regarding document production and privilege issues (1.4); | 3.9 | 3,412.50 | 11962342 |
| Bomhof | Scott A. | 15/09/2013 | Reviewing revised EMEA notice of motion and factum for third party discovery and reviewing supporting law (1.9); exchange e-mails with Goodmans, Dentons and Cleary regarding potential cross-examination of Norris-Jones on EMEA affidavit and potential reply to same (1.1); | 3.0 | 2,625.00 | 11960456 |
| Bomhof | Scott A. | 16/09/2013 | Review US Letters Rogatory and finalize Canadian Letters of Request and discuss same with Gowlings and Goodmans; | 1.7 | 1,487.50 | 11964176 |
| Bomhof | Scott A. | 16/09/2013 | Review EMEA materials for third party production and prepare draft factum in response to same; | 3.1 | 2,712.50 | 11964177 |
| Bomhof | Scott A. | 16/09/2013 | Various telephone calls with Goodmans, Cleary and Dentons regarding EMEA motion for third party production and review 'reservation of rights' stipulation and provide comments on same; | 1.1 | 962.50 | 11964178 |
| Bomhof | Scott A. | 16/09/2013 | Telephone calls with Goodmans, Cleary and Lax O'Sullivan regarding September 18 joint hearing issues; | 1.8 | 1,575.00 | 11964179 |
| Bomhof | Scott A. | 16/09/2013 | Review EMEA response letter to Judge Gross regarding discovery issues and discuss same with Clearys; | 0.5 | 437.50 | 11964180 |
| Bomhof | Scott A. | 17/09/2013 | Review materials for EMEA motion to compel disclosure from EY Canada and finalize and serve US Debtors factum with respect to same (1.8); various telephone calls with Cleary and Dentons regarding EMEA motion and factum (1.1); review Monitors motion record for Joint Hearing on use of deposition evidence and various calls with Clearys and Goodmans with respect to same (1.9); prepare for September 18 motion to compel disclosure from EY Canada and September 18 joint hearing with US Court (2.1); review US Debtors reply letter to Judge Gross regarding EMEA discovery compliance issues and provide comments on same (0.9); trial preparation (1.1) | 8.9 | 7,787.50 | 11968068 |
| Bomhof | Scott A. | 18/09/2013 | Prepare for, and attend, motion before Morawetz J. regarding Letters of Request and EMEA motion to compel Third Party Disclosure (3.0); review EMEA leave application for leave to Supreme Court of Canada on approval of the Allocation Protocol (1.1); prepare for, and attend, joint hearing regarding EMEA discovery compliance and proposed amendment to the Deposition Protocol (2.7); review proposed amendment to Deposition Protocol and discuss same with Cleary and Goodmans (1.1); | 7.9 | 6,912.50 | 11970804 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 19/09/2013 | reviewing EMEA application for leave to appeal to SCC on allocation protocol order (1.7); reviewing order authorizing letters of request and exchange e-mails with Cleary with respect to same (.5); reviewing e-mails with respect to proposed amendment to deposition protocol (.5); trial preparation and conference with W. Gray regarding trial development and related matters (2.1); | 4.8 | 4,200.00 | 11971018 |
| Bomhof | Scott A. | 23/09/2013 | meeting with H. Zelba and M. Decker and providing background to B. Unger regarding deposition of a deponent (1.1); reviewing EMEA caselaw regarding application for leave to appeal to SCC (2.3); various telephone calls with Goodmans and Dentons regarding EMEA leave application and follow up on September 18 hearing (.9); exchange e-mails with J. Rosenthal regarding proposed order to deal with EMEA discovery issues (.7); reviewing materials forwarded by Cleary for deposition preparation (2.1); | 7.1 | 6,212.50 | 11974546 |
| Bomhof | Scott A. | 24/09/2013 | meeting with S. Block to discuss disposition issues (.5); trial preparation (3.5); meeting with B. Unger to discuss deposition and reviewing B. Unger notes from deposition (1.0); exchange messages with Goodmans regarding September 26 scheduling motion and discussing same with Cleary (.5). | 5.5 | 4,812.50 | 11977469 |
| Bomhof | Scott A. | 25/09/2013 | reviewing draft transcript of deposition of a deponent (1.0); trial preparation (1.6); reviewing materials filed on Monitor's website related to UKPT claims regarding deposition preparation (1.1); various telephone calls with and e-mail exchanges with Cleary and Goodmans regarding CCAA motion on September 26, 2013 (2.0); | 5.7 | 4,987.50 | 11976752 |
| Bomhof | Scott A. | 26/09/2013 | reviewing transcripts of deposition of deponents (1.4); various telephone calls with Goodmans and Lax O'Sullivan regarding September 27 scheduling motion (.9); telephone call with A. Cobb of Osler regarding director motion related to EMEA privilege claim (.5); reviewing issues related to amendment to protective order and discussing same with Cleary (1.8); preparing reply materials for EMEA application for leave to appeal to SCC (2.1); | 6.7 | 5,862.50 | 11981081 |
| Bomhof | Scott A. | 27/09/2013 | trial preparation (2.1); meeting with S. Block and preparing materials for depositions being conducted in Seattle (2.3); preparing for and attending scheduling motion before Justice Morawetz regarding EMEA privilege dispute and extension of CCAA proceeding (1.7); reviewing deposition transcript of a deponent (1.0); | 7.1 | 6,212.50 | 11983137 |
| Bomhof | Scott A. | 29/09/2013 | exchange emails with Cleary and reviewing | 1.2 | 1,050.00 | 11983348 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | affidavits filed in Canada by UKPT regarding S. Block depositions; | | | |
| Bomhof | Scott A. | 30/09/2013 | Review Protective Order and issues related to amendments thereto (1.0); review materials for deposition and prepare for deposition (1.7); conference with W. Gray (.2); telephone call with H. Zelbo and K. Wilson-Milne and A. Gray regarding trial preparation and logistics (1.1); trial preparation (2.5); prepare materials for CCAA applications related to Letters of Request and recognition of US Letters Rogatory (2.0); | 8.5 | 7,437.50 | 11988621 |
| Gray | Andrew | 03/09/2013 | reviewing correspondence and materials relating to document disclosure and depositions and trial procedures; | 1.3 | 1,007.50 | 11939739 |
| Gray | Andrew | 04/09/2013 | working on court materials for CCAA motion (1.2); correspondence, telephone conferences and meetings regarding discovery for the claims and deposition trial (0.9); | 2.1 | 1,627.50 | 11942409 |
| Gray | Andrew | 05/09/2013 | conference calls and reviewing documents relating to upcoming evidence motions in CCAA proceedings (1.2); reviewing materials relating to discovery in the allocation and claims dispute (0.7); | 1.9 | 1,472.50 | 11945946 |
| Gray | Andrew | 06/09/2013 | preparing court materials for CCAA motion (0.4); preparing for depositions (2.8); | 3.2 | 2,480.00 | 11951919 |
| Gray | Andrew | 09/09/2013 | meetings to discuss evidence and discovery issues relating to allocation and claims and reviewing documents to prepare for and follow-up from the meeting; | 3.8 | 2,945.00 | 11949110 |
| Gray | Andrew | 10/09/2013 | preparing for meetings on allocation and claims dispute (1.9); finalizing court documents for CCAA evidence motion (0.2); | 2.1 | 1,627.50 | 11951908 |
| Gray | Andrew | 11/09/2013 | meetings to prepare for depositions and preparing for same (4.8); reviewing CCAA court materials for upcoming motions (0.9); | 5.7 | 4,417.50 | 11955550 |
| Gray | Andrew | 12/09/2013 | reviewing and revising draft evidence motion for allocation and claims proceedings; call with Cleary, A. Slaven and S. Bomhof regarding same (0.8); preparing for depositions and meeting with S. Block, N. Kennedy, the articling students and Cleary Gottlieb (0.9); | 1.7 | 1,317.50 | 11958983 |
| Gray | Andrew | 13/09/2013 | preparing for depositions and telephone conference with M. Blake and J. Leader regarding same (2.1); working on upcoming motions on evidence and trial procedure (.8); calls with Cleary, A. Slaven and S. Bomhof regarding same (1.0); | 3.9 | 3,022.50 | 11960597 |
| Gray | Andrew | 15/09/2013 | preparing for depositions (2.6); working on upcoming motions on evidence and trial procedure (0.7); | 3.3 | 2,557.50 | 11960594 |
| Gray | Andrew | 16/09/2013 | preparing materials for CCAA evidence motions (0.6); preparing for depositions (2.7); | 3.3 | 2,557.50 | 11963479 |
| Gray | Andrew | 17/09/2013 | preparing for CCAA motions on evidence and discussions regarding same (2.2); preparing for | 4.8 | 3,720.00 | 11965431 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | depositions (2.6); | | | |
| Gray | Andrew | 18/09/2013 | preparing for and attending CCAA motion and follow-up from motion (3.2); preparing for depositions (1.7); | 4.9 | 3,797.50 | 11967746 |
| Gray | Andrew | 19/09/2013 | preparing for depositions; | 4.3 | 3,332.50 | 11969218 |
| Gray | Andrew | 20/09/2013 | preparing for depositions (2.9); follow-up from CCAA motion (0.2); attending further argument of joint hearing by telephone and follow-up from same (0.7); | 3.8 | 2,945.00 | 11973601 |
| Gray | Andrew | 22/09/2013 | reviewing documents for depositions (1.4); reviewing materials for Supreme Court proceedings in Canada (0.9); | 2.3 | 1,782.50 | 11973607 |
| Gray | Andrew | 23/09/2013 | preparing for depositions (1.5); working on appeal materials (2.9); | 4.4 | 3,410.00 | 11974343 |
| Gray | Andrew | 24/09/2013 | drafting appeal materials and research regarding same (6.5); preparing for depositions and reviewing deposition transcript (0.9); communications with J. Gotowiecz regarding CCAA proceedings (0.3); | 7.7 | 5,967.50 | 11975324 |
| Gray | Andrew | 25/09/2013 | preparing for depositions (2.8); drafting court materials for appeal response (2.5); | 5.3 | 4,107.50 | 11978850 |
| Gray | Andrew | 26/09/2013 | preparing for depositions and reading transcripts (3.4); communications regarding CCAA court appearance (0.7); | 4.1 | 3,177.50 | 11981645 |
| Gray | Andrew | 27/09/2013 | preparing for depositions and trial by reviewing evidence (5.6); discussing future proceedings in the CCAA (0.5); | 6.1 | 4,727.50 | 11983672 |
| Gray | Andrew | 29/09/2013 | preparing for depositions and trial by reviewing evidence; | 1.6 | 1,240.00 | 11984070 |
| Gray | Andrew | 30/09/2013 | preparing for depositions and trial by reviewing evidence including conference regarding logistics (3.2); email and review of materials regarding obtaining evidence for trial and CCAA matters (0.4); | 3.6 | 2,790.00 | 11985939 |
| Slavens | Adam | 03/09/2013 | trial preparation; | 4.5 | 2,880.00 | 11939705 |
| Slavens | Adam | 09/09/2013 | trial preparation; | 3.7 | 2,368.00 | 11949052 |
| Slavens | Adam | 12/09/2013 | trial preparation; | 2.0 | 1,280.00 | 11959242 |
| Reynolds | Molly | 03/09/2013 | corresponding with S. Bomhof re letters of request (0.3); | 0.3 | 153.00 | 11938712 |
| Reynolds | Molly | 04/09/2013 | communicating with A. Slavens re letters of request (0.6); | 0.6 | 306.00 | 11940427 |
| Reynolds | Molly | 05/09/2013 | working on letters of request (.9); | 0.9 | 459.00 | 11944946 |
| Reynolds | Molly | 06/09/2013 | working on letters of request (4.8); | 4.8 | 2,448.00 | 11942502 |
| Reynolds | Molly | 09/09/2013 | meeting with Cleary team re deponents (1.0), reviewing, preparing documents and discussing deposition preparation internally, emails re same to Cleary (6.9); | 7.9 | 4,029.00 | 11950983 |
| Reynolds | Molly | 10/09/2013 | meeting internally re deposition preparation steps, reviewing related documents (2.6); | 2.6 | 1,326.00 | 11951105 |
| Reynolds | Molly | 11/09/2013 | meeting with Cleary team re deposition preparation (4.0), discussing deposition preparation matters internally (4.1); | 8.1 | 4,131.00 | 11954196 |
| Reynolds | Molly | 12/09/2013 | meeting with Torys document review team re depositions (1.0), discussions with J. Leader re deposition preparation (1.0), reviewing documents for depositions (1.5); | 3.5 | 1,785.00 | 11962408 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 15/09/2013 | reviewing deposition materials (0.4); | 0.4 | 204.00 | 11963708 |
| Reynolds | Molly | 16/09/2013 | participating in meetings with Cleary team re deposition preparation (2.0), meeting with S. Block and Torys document review team re depositions (2.5), preparing and serving letters of request motion materials (4.0); | 8.5 | 4,335.00 | 11962508 |
| Reynolds | Molly | 17/09/2013 | call with I. Kara, D. Stein and S. Block re depositions (1.3); further correspondence with D. Stein re depositions (1.0); meeting with Torys document review team re deposition preparation (3.2); call with J. Leader and I. Rozenberg (.8); reviewing productions (0.5); | 6.8 | 3,468.00 | 11964874 |
| Reynolds | Molly | 18/09/2013 | corresponding with Cleary re deposition preparation (0.5), reviewing documents and meeting internally re deposition preparation (1.5); | 2.0 | 1,020.00 | 11966697 |
| Reynolds | Molly | 19/09/2013 | preparing for depositions (5.7); | 5.7 | 2,907.00 | 11972963 |
| Reynolds | Molly | 20/09/2013 | correspondence with M. Decker re deposition preparation (1.0), correspondence with Torys team re deposition preparation and attendance (2.0), reviewing documents relevant to deponent (1.6); | 4.6 | 2,346.00 | 11969158 |
| Reynolds | Molly | 21/09/2013 | communicating with I. Rozenberg re Canadian discovery practice (1.0); | 1.0 | 510.00 | 11972977 |
| Reynolds | Molly | 23/09/2013 | preparing for depositions (1.8); call with J. Leader (.2); coordinating letters of request from Ontario court (0.8); | 2.8 | 1,428.00 | 11973045 |
| Reynolds | Molly | 24/09/2013 | preparing for depositions (4.0), coordinating letters of request with Ontario Court (0.7); | 4.7 | 2,397.00 | 11977529 |
| Reynolds | Molly | 25/09/2013 | preparing for depositions (4.5), communicating with Ontario court re letters of request (0.6); | 5.1 | 2,601.00 | 11977630 |
| Reynolds | Molly | 26/09/2013 | preparing for depositions (6.3); meeting with S. Block and C. Walker regarding S. Block requested documents (.3); | 6.6 | 3,366.00 | 11981182 |
| Reynolds | Molly | 27/09/2013 | preparing for depositions (3.0), email correspondence with M. Gurgel re letter of request (0.2); | 3.2 | 1,632.00 | 11983472 |
| Reynolds | Molly | 30/09/2013 | preparing for depositions (1.7); telephone call with J. Gotowiec regarding same (.2); drafting letter of request motion material (2.0); | 3.9 | 1,989.00 | 11985168 |
| Gotowiec | James | 19/09/2013 | emails to and from Andrew Gray regarding assistance with preparing legal briefs; | 0.1 | 41.50 | 11970093 |
| Gotowiec | James | 20/09/2013 | call with Molly Reynolds regarding scheduling; | 0.1 | 41.50 | 11969876 |
| Gotowiec | James | 30/09/2013 | telephone call with M. Reynolds regarding depositions; | 0.2 | 83.00 | 11984246 |
| Unger | Brian | 03/09/2013 | conducting document discovery for case; | 1.2 | 396.00 | 11938756 |
| Unger | Brian | 05/09/2013 | conducting document discovery for case; | 3.9 | 1,287.00 | 11942255 |
| Unger | Brian | 06/09/2013 | conducting document discovery for case; | 2.0 | 660.00 | 11942861 |
| Unger | Brian | 10/09/2013 | conducting document discovery for case; | 2.1 | 693.00 | 11951401 |
| Unger | Brian | 11/09/2013 | conducting document discovery for case; | 2.9 | 957.00 | 11954519 |
| Unger | Brian | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 2.5 | 825.00 | 11954522 |
| Unger | Brian | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 1.6 | 528.00 | 11954649 |
| Unger | Brian | 12/09/2013 | conducting document discovery for case; | 0.9 | 297.00 | 11958041 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Unger | Brian | 12/09/2013 | conducting witness litigation research (4.9); attending meeting regarding witness litigation research (0.8); | 5.7 | 1,881.00 | 11958044 |
| Unger | Brian | 13/09/2013 | conducting litigation research; | 2.3 | 759.00 | 11959195 |
| Unger | Brian | 16/09/2013 | attending meeting regarding overview of litigation strategy; | 1.6 | 528.00 | 11962871 |
| Unger | Brian | 16/09/2013 | conducting witness litigation research; | 4.6 | 1,518.00 | 11962873 |
| Unger | Brian | 17/09/2013 | conducting witness litigation research; | 6.0 | 1,980.00 | 11965218 |
| Unger | Brian | 18/09/2013 | conducting witness litigation research; | 5.5 | 1,815.00 | 11967056 |
| Unger | Brian | 19/09/2013 | conducting witness litigation research; | 0.9 | 297.00 | 11968281 |
| Unger | Brian | 19/09/2013 | conducting research on leave to appeal questions; | 3.8 | 1,254.00 | 11968283 |
| Unger | Brian | 20/09/2013 | conducting witness litigation research; | 2.3 | 759.00 | 11970234 |
| Unger | Brian | 23/09/2013 | consultation re document discovery; | 1.5 | 495.00 | 11973337 |
| Unger | Brian | 24/09/2013 | attending witness deposition; | 7.3 | 2,409.00 | 11975181 |
| Unger | Brian | 26/09/2013 | conducting document discovery for case; | 1.2 | 396.00 | 11981493 |
| Unger | Brian | 27/09/2013 | conducting document discovery for case (1.0); conducting research on joint trials (0.7); | 1.7 | 561.00 | 11982657 |
| Ruscio | Giancarlo | 02/09/2013 | conducting document discovery for case; | 4.5 | 1,485.00 | 11936716 |
| Ruscio | Giancarlo | 03/09/2013 | conducting document discovery for case; | 4.4 | 1,452.00 | 11937439 |
| Ruscio | Giancarlo | 04/09/2013 | conducting document discovery for case; | 4.2 | 1,386.00 | 11939072 |
| Ruscio | Giancarlo | 05/09/2013 | conducting document discovery for case; | 0.6 | 198.00 | 11941691 |
| Ruscio | Giancarlo | 06/09/2013 | conducting document discovery for case; | 2.3 | 759.00 | 11942477 |
| Ruscio | Giancarlo | 10/09/2013 | conducting document discovery for case; | 2.7 | 891.00 | 11949422 |
| Ruscio | Giancarlo | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 2.5 | 825.00 | 11951914 |
| Ruscio | Giancarlo | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 1.7 | 561.00 | 11952334 |
| Ruscio | Giancarlo | 12/09/2013 | "attending meeting regarding witness litigation research"; | 0.8 | 264.00 | 11955158 |
| Ruscio | Giancarlo | 12/09/2013 | researching and drafting witness memos for case; | 5.3 | 1,749.00 | 11956687 |
| Ruscio | Giancarlo | 13/09/2013 | researching and drafting witness memo for case; | 0.3 | 99.00 | 11958385 |
| Ruscio | Giancarlo | 15/09/2013 | researching and drafting witness memo for case; | 1.0 | 330.00 | 11960549 |
| Ruscio | Giancarlo | 16/09/2013 | researching and drafting witness memo for case; | 1.6 | 528.00 | 11962502 |
| Ruscio | Giancarlo | 17/09/2013 | researching witness background; | 1.1 | 363.00 | 11966220 |
| Ruscio | Giancarlo | 22/09/2013 | researching witness background; | 2.2 | 726.00 | 11972727 |
| Ruscio | Giancarlo | 23/09/2013 | researching witness background; | 4.4 | 1,452.00 | 11972753 |
| Ruscio | Giancarlo | 24/09/2013 | researching witness background; | 5.2 | 1,716.00 | 11974828 |
| Ruscio | Giancarlo | 25/09/2013 | conducting document discovery for case; | 1.4 | 462.00 | 11976688 |
| Ruscio | Giancarlo | 26/09/2013 | conducting document discovery on case (1.1); call with J. Leader on same (.2); call with Cleary on witness discovery (.4); | 1.7 | 561.00 | 11980115 |
| Ruscio | Giancarlo | 27/09/2013 | conducting document discovery for case; | 1.5 | 495.00 | 11984657 |
| Ruscio | Giancarlo | 30/09/2013 | researching witness background for case (1.3); call with J. Leader regarding same (.3); | 1.6 | 528.00 | 11984692 |
| Levitt | Sam | 03/09/2013 | reviewing document discovery materials; | 0.9 | 297.00 | 11938764 |
| Levitt | Sam | 10/09/2013 | reviewing emails and information related to targeted cross-examination document review; | 0.3 | 99.00 | 11951069 |
| Levitt | Sam | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 4.0 | 1,320.00 | 11954169 |
| Levitt | Sam | 12/09/2013 | writing a deponent biography memo (2.8); attending meeting regarding witness litigation research (0.8); | 3.6 | 1,188.00 | 11957679 |
| Levitt | Sam | 13/09/2013 | researching and drafting a witness memo; | 1.3 | 429.00 | 11958873 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Levitt | Sam | 16/09/2013 | reviewing document discovery materials (2.3); attending meeting regarding overview of litigation strategy (1.3); researching a deponent background (0.8); | 4.4 | 1,452.00 | 11962446 |
| Levitt | Sam | 17/09/2013 | researching a deponent background; | 2.7 | 891.00 | 11964850 |
| Levitt | Sam | 18/09/2013 | writing a a deponent biography memo (3.1); reviewing document discovery materials (2.2); | 5.3 | 1,749.00 | 11966665 |
| Levitt | Sam | 19/09/2013 | writing a deponent biography memo (2.0); reviewing document discovery materials (2.2); | 4.2 | 1,386.00 | 11968556 |
| Levitt | Sam | 20/09/2013 | reviewing document discovery materials; | 0.4 | 132.00 | 11968972 |
| Levitt | Sam | 23/09/2013 | reading background on  a deponent; | 0.3 | 99.00 | 11972869 |
| Levitt | Sam | 26/09/2013 | preparing for deposition of a deponent (1.0); attending deposition (5.0); reporting on deposition re same (1.0); meet with M. Blake regarding document review (2.0); | 9.0 | 2,970.00 | 11980984 |
| Levitt | Sam | 27/09/2013 | reviewing document discovery materials; | 3.0 | 990.00 | 11981689 |
| Levitt | Sam | 30/09/2013 | reviewing document discovery material; | 1.0 | 330.00 | 11985203 |
| Lee | Jonathan | 03/09/2013 | conducting document discovery for case | 1.9 | 627.00 | 11938212 |
| Lee | Jonathan | 04/09/2013 | conducting document discovery for case | 1.9 | 627.00 | 11939579 |
| Lee | Jonathan | 05/09/2013 | conducting document discovery for case | 1.2 | 396.00 | 11941360 |
| Lee | Jonathan | 11/09/2013 | conducting document discovery for case | 2.6 | 858.00 | 11954235 |
| Lee | Jonathan | 12/09/2013 | attending meeting regarding witness litigation research | 0.8 | 264.00 | 11957957 |
| Lee | Jonathan | 16/09/2013 | conducting document discovery for case | 0.7 | 231.00 | 11962717 |
| Lee | Jonathan | 17/09/2013 | conducting document discovery for case | 1.9 | 627.00 | 11964872 |
| Lee | Jonathan | 19/09/2013 | conducting document discovery for witness memo | 2.2 | 726.00 | 11968260 |
| Lee | Jonathan | 24/09/2013 | conducting document discovery for case | 1.4 | 462.00 | 11974964 |
| Lee | Jonathan | 26/09/2013 | conducting document discovery for case | 3.6 | 1,188.00 | 11981208 |
| Lee | Jonathan | 27/09/2013 | conducting document discovery for case | 7.3 | 2,409.00 | 11981659 |
| Kennedy | Nick | 02/09/2013 | document review; | 3.7 | 1,221.00 | 11937235 |
| Kennedy | Nick | 12/09/2013 | meetings with A. Gray, S. Block, the articling students and video conferenced with the lawyers from Cleary Gottlieb; | 2.2 | 726.00 | 11957623 |
| Kennedy | Nick | 13/09/2013 | document review; | 1.1 | 363.00 | 11959994 |
| Kennedy | Nick | 16/09/2013 | research (3.5); attending a meeting with M. Reynolds and articling students (.5); | 4.0 | 1,320.00 | 11962442 |
| Kennedy | Nick | 17/09/2013 | document review (1.5 hours); drafting memo re. witness (4 hours); | 5.5 | 1,815.00 | 11964912 |
| Kennedy | Nick | 20/09/2013 | document review; | 1.7 | 561.00 | 11970783 |
| Kennedy | Nick | 26/09/2013 | document review; | 2.2 | 726.00 | 11981178 |
| Kennedy | Nick | 30/09/2013 | document review; | 1.4 | 462.00 | 11985122 |
| Kara | Irfan | 03/09/2013 | conducting document discovery for case; | 0.4 | 132.00 | 11937837 |
| Kara | Irfan | 04/09/2013 | conducting document discovery for case; | 1.2 | 396.00 | 11939066 |
| Kara | Irfan | 06/09/2013 | conducting document discovery for case; | 0.6 | 198.00 | 11942481 |
| Kara | Irfan | 10/09/2013 | reviewing background documents on case; | 0.5 | 165.00 | 11949740 |
| Kara | Irfan | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 2.4 | 792.00 | 11951649 |
| Kara | Irfan | 12/09/2013 | attending meeting regarding witness litigation research (0.8); reviewing document discovery materials (0.1); | 0.9 | 297.00 | 11955105 |
| Kara | Irfan | 13/09/2013 | reviewing document discovery materials on witnesses; | 3.8 | 1,254.00 | 11958316 |
| Kara | Irfan | 15/09/2013 | reviewing document discovery materials on witnesses; | 1.2 | 396.00 | 11960010 |
| Kara | Irfan | 16/09/2013 | reviewing document discovery materials on witnesses; | 5.7 | 1,881.00 | 11961042 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Kara | Irfan | 17/09/2013 | reviewing document discovery materials on witnesses (5.2); discussion with M. Reynolds and R. Lombardi re same (0.4);discussion with M. Reynolds, S. Block and D. Stein regarding same (1.3); | 6.9 | 2,277.00 | 11963131 |
| Kara | Irfan | 18/09/2013 | reviewing document discovery materials on witnesses; | 0.4 | 132.00 | 11965466 |
| Kara | Irfan | 19/09/2013 | reviewing document discovery materials on witnesses (4.3); discussion with R. Lombardi regarding documents required and attending to assemble (.5); | 4.8 | 1,584.00 | 11967160 |
| Kara | Irfan | 20/09/2013 | reviewing documents discovery materials on witnesses; | 1.4 | 462.00 | 11969073 |
| Kara | Irfan | 23/09/2013 | reviewing document discovery materials on witnesses; | 1.4 | 462.00 | 11972184 |
| Kara | Irfan | 24/09/2013 | reviewing document discovery materials on witnesses; | 0.2 | 66.00 | 11974282 |
| Kara | Irfan | 25/09/2013 | assisting in compiling documents for depositions; | 2.6 | 858.00 | 11975365 |
| Kara | Irfan | 26/09/2013 | assisted in compiling documents for depositions; | 0.3 | 99.00 | 11978069 |
| Kara | Irfan | 30/09/2013 | assisting with preparing for depositions; | 0.2 | 66.00 | 11984050 |
| Daniels | Marissa | 03/09/2013 | conducting document discovery for case; | 1.5 | 495.00 | 11937459 |
| Daniels | Marissa | 04/09/2013 | conducting document discovery for case; | 3.1 | 1,023.00 | 11940400 |
| Daniels | Marissa | 11/09/2013 | attending meeting regarding overview of litigation strategy; | 2.5 | 825.00 | 11951885 |
| Daniels | Marissa | 12/09/2013 | attending meeting regarding witness litigation research; | 0.8 | 264.00 | 11955365 |
| Daniels | Marissa | 12/09/2013 | conducting document discovery for case; | 1.0 | 330.00 | 11956200 |
| Daniels | Marissa | 12/09/2013 | litigation prep; | 1.0 | 330.00 | 11956239 |
| Daniels | Marissa | 17/09/2013 | researching witness background; | 4.0 | 1,320.00 | 11964122 |
| Daniels | Marissa | 18/09/2013 | researching witness background; | 3.0 | 990.00 | 11966726 |
| Daniels | Marissa | 19/09/2013 | researching witness background; | 0.5 | 165.00 | 11968679 |
| Daniels | Marissa | 20/09/2013 | researching witness background; | 3.0 | 990.00 | 11970395 |
| Daniels | Marissa | 23/09/2013 | conducting document discovery for case (1.9); call and emails with J. Leader re same (.6). | 2.5 | 825.00 | 11973178 |
| Daniels | Marissa | 24/09/2013 | conducting document discovery for case; | 5.7 | 1,881.00 | 11974488 |
| Daniels | Marissa | 25/09/2013 | conducting document discovery for case; | 5.0 | 1,650.00 | 11977621 |
| Daniels | Marissa | 26/09/2013 | conducting document discovery for case; | 1.8 | 594.00 | 11980148 |
| Daniels | Marissa | 27/09/2013 | researching witness background; | 3.0 | 990.00 | 11982780 |
| Che | Eliot | 02/09/2013 | performing document review; | 5.5 | 1,815.00 | 11937258 |
| Che | Eliot | 03/09/2013 | performing document review; | 7.4 | 2,442.00 | 11938916 |
| Che | Eliot | 04/09/2013 | performing document review; | 5.4 | 1,782.00 | 11940728 |
| Che | Eliot | 06/09/2013 | performing document review; | 0.8 | 264.00 | 11943004 |
| Che | Eliot | 10/09/2013 | performing document review (2.5); reviewing communications about upcoming examinations (0.5); | 3.0 | 990.00 | 11951408 |
| Che | Eliot | 11/09/2013 | attending meetings regarding overview of litigation strategy; | 3.9 | 1,287.00 | 11954652 |
| Che | Eliot | 12/09/2013 | attending meeting regarding witness litigation research (0.8); performing document review and witness research (2.8); | 3.6 | 1,188.00 | 11958149 |
| Che | Eliot | 14/09/2013 | performing research in preparation for witness examinations; | 3.1 | 1,023.00 | 11959740 |
| Che | Eliot | 15/09/2013 | performing research and review for witness examinations; | 4.1 | 1,353.00 | 11960581 |
| Che | Eliot | 16/09/2013 | attending meeting regarding witness litigation | 1.2 | 396.00 | 11962770 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | strategy; | | | |
| Che | Eliot | 16/09/2013 | performing document review (2.5); performing research and review for witness examinations (2.8); | 5.3 | 1,749.00 | 11962772 |
| Che | Eliot | 17/09/2013 | performing additional research for witness examinations; | 3.3 | 1,089.00 | 11965270 |
| Che | Eliot | 18/09/2013 | performing additional research for witness examinations; | 3.1 | 1,023.00 | 11966992 |
| Che | Eliot | 25/09/2013 | organizing schedule and prepping materials for witness depositions; | 0.5 | 165.00 | 11977958 |
| Che | Eliot | 27/09/2013 | organizing scheduling for witness depositions; | 0.6 | 198.00 | 11982276 |
| Block | Sheila R. | 05/09/2013 | office conference with Scott Bomhof regarding EMEA motion (0.1); preparation regarding depositions(0.3); | 0.4 | 398.00 | 11943320 |
| Block | Sheila R. | 08/09/2013 | deposition preparation; | 3.0 | 2,985.00 | 11945830 |
| Block | Sheila R. | 09/09/2013 | preparation for depositions (7.4); discussion with C. McCourt (.1); | 7.5 | 7,462.50 | 11947635 |
| Block | Sheila R. | 10/09/2013 | preparing for depositions; | 1.0 | 995.00 | 11951717 |
| Block | Sheila R. | 11/09/2013 | preparing for depositions; | 7.8 | 7,761.00 | 11955319 |
| Block | Sheila R. | 12/09/2013 | deposition prep (6.6); meeting with A. Gray, N. Kennedy, the articling students and Cleary Gottlieb (.9); | 7.5 | 7,462.50 | 11958376 |
| Block | Sheila R. | 13/09/2013 | preparation for depositions; | 3.5 | 3,482.50 | 11960747 |
| Block | Sheila R. | 15/09/2013 | preparing for depositions; | 4.5 | 4,477.50 | 11960983 |
| Block | Sheila R. | 16/09/2013 | preparing for deposition and meeting with M. Reynolds and document review team regarding depositions; | 3.8 | 3,781.00 | 11963173 |
| Block | Sheila R. | 17/09/2013 | deposition preparation and discussion with M. Reynolds, I. Kara and D. Stein regarding same; | 2.2 | 2,189.00 | 11965779 |
| Block | Sheila R. | 18/09/2013 | preparing for depositions; | 4.5 | 4,477.50 | 11967158 |
| Block | Sheila R. | 19/09/2013 | deposition preparation; | 4.8 | 4,776.00 | 11969702 |
| Block | Sheila R. | 20/09/2013 | deposition preparation; | 8.6 | 8,557.00 | 11971373 |
| Block | Sheila R. | 22/09/2013 | deposition preparation; | 3.0 | 2,985.00 | 11971374 |
| Block | Sheila R. | 23/09/2013 | deposition preparation; | 8.3 | 8,258.50 | 11974206 |
| Block | Sheila R. | 24/09/2013 | preparation for depositions (9.5); meeting with S. Bomhof to discuss deposition issues (.5); | 10.0 | 9,950.00 | 11974641 |
| Block | Sheila R. | 25/09/2013 | deposition preparation; | 7.5 | 7,462.50 | 11984420 |
| Block | Sheila R. | 26/09/2013 | preparation for deposition; | 10.0 | 9,950.00 | 11981091 |
| Block | Sheila R. | 27/09/2013 | Nortel deposition preparation (5.7); meeting with S. Bomhof and preparing materials for depositions being conducted in Seattle (2.3); | 8.0 | 7,960.00 | 11988607 |
| Block | Sheila R. | 28/09/2013 | Nortel deposition preparation; | 2.5 | 2,487.50 | 11988611 |
| Block | Sheila R. | 29/09/2013 | Nortel deposition preparation; | 4.5 | 4,477.50 | 11988612 |
| Block | Sheila R. | 30/09/2013 | Nortel deposition preparation; | 10.0 | 9,950.00 | 11988616 |
| DeMarinis | Tony | 05/09/2013 | Review and consideration of cumulative materials and correspondence in litigation proceeding; | 3.7 | 3,607.50 | 11943192 |
| DeMarinis | Tony | 09/09/2013 | reading communications and materials on privilege claims and consideration of issues regarding same; | 2.7 | 2,632.50 | 11949656 |
| DeMarinis | Tony | 10/09/2013 | review exchanges on privilege, and related issues; | 0.8 | 780.00 | 11952165 |
| DeMarinis | Tony | 12/09/2013 | information review relating to production and discovery; | 1.4 | 1,365.00 | 11959153 |
| DeMarinis | Tony | 16/09/2013 | Review joint motion materials and related | 2.2 | 2,145.00 | 11963652 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 18/09/2013 | information and issues relating to witnesses; review counsel correspondence and contested issues; | 0.8 | 780.00 | 11967514 |
| DeMarinis | Tony | 19/09/2013 | counsel communications on various evidentiary issues, and review and consideration of same; | 1.8 | 1,755.00 | 11969933 |
| DeMarinis | Tony | 20/09/2013 | review schedule, materials, counsel correspondence, and court documents in re depositions and related matters; | 2.5 | 2,437.50 | 11972372 |
| DeMarinis | Tony | 23/09/2013 | counsel exchanges, materials and analysis regarding privilege, depositions, and other matters amongst parties; | 2.5 | 2,437.50 | 11974143 |
| DeMarinis | Tony | 24/09/2013 | review counsel materials and correspondence (0.6); review timetable (0.2); | 0.8 | 780.00 | 11974658 |
| Milne | Kristina | 30/09/2013 | on behalf of Scott Bomhof request a corporate profile report for Nortel Networks Corporation; | 0.5 | 77.50 | 11989867 |
| Blake | Maureen | 03/09/2013 | review emails regarding tagging in the document discovery process and discuss with the Litigation Technology Services Department regarding same (.05); | 0.5 | 207.50 | 11939126 |
| Blake | Maureen | 06/09/2013 | review emails regarding Torys review of documents reviewed and tagged by Cleary and discussions regarding same (0.5); conducting document discovery and review of Recommind database to determine coding conducted by Cleary; (.5); review emails regarding review set of documents for Sheila Block's review, review electronic copy of deponent's set email regarding same (.5); review final electronic version of the deponent documents for Sheila Block's review and email to Chris Walker regarding same (.5); | 2.0 | 830.00 | 11942914 |
| Blake | Maureen | 10/09/2013 | review and update witness information chart and discuss with M. Reynolds (0.5); conducting document discovery on case for Tory witnesses and review emails regarding up-coming webinar and discussions regarding same (1.5); review further updated materials for deponent examination and discussion regarding same; (.5); | 2.5 | 1,037.50 | 11957601 |
| Blake | Maureen | 12/09/2013 | review emails regarding document discovery for Torys' witnesses and conduct document discovery for some witnesses (1.3); meet with the Litigation Technology Services regarding the briefs of documents for the deponent preparation and review briefs (.8); discussion with M. Reynolds regarding status of the document discovery for Torys' witnesses and review the organization of the deponent document brief and the Attorney comments field issue (.5); meet with Chris Walker regarding the Attorney comments field issue and instructions regarding same (.6); meeting with the Torys' review team regarding the process of creating a witness brief and the status of the Cleary review for the Torys' witnesses (1.3); discussion regarding | 4.8 | 1,992.00 | 11958332 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | the process for organizing the Torys' witnesses being handled by Andrew Gray and organize meeting with Jaclyn Leader to discuss same (.3) | | | |
| Blake | Maureen | 13/09/2013 | review witness binders to discuss format with A. Gray; (0.3); attend telephone conference with A. Gray and Jaclyn Leader to discuss witness preparation for A. Gray's witnesses (.5); organize briefs of Allocation Positions and Responses for Jaclyn Leader, and review copies (.5); commence review of protocol documents searching for references to Torys' witnesses (1.3); note additional information to be included in the consolidated chart of information for Torys' witnesses and instructions regarding updating the chart (1.2); notes regarding issues to raise with the Torys' review team regarding the preparation of the witness binders for the Torys' witnesses (.5) review the Allocation Positions and responses (.8); | 5.1 | 2,116.50 | 11959286 |
| Blake | Maureen | 17/09/2013 | Review emails regarding Tory's witnesses; (.2) review background documents for Torys' witness (.8); discussion regarding organizing the witness binders for Torys' witnesses and instructions regarding same (.6); | 1.6 | 664.00 | 11968990 |
| Blake | Maureen | 23/09/2013 | review deposition documents for witness; (1.2) review all witness statements for references to specific witnesses and organize excerpts to be included in witness binder (1.5); review emails and documents regarding same (.8); | 3.5 | 1,452.50 | 11973275 |
| Blake | Maureen | 24/09/2013 | review emails regarding expert witness materials (.5); review materials for witness binders for Torys' witnesses and draft emails regarding same (1.5); review emails regarding presentation of documents during depositions and the identification numbers and discussions with Chris Walker and with Molly Reynolds regarding preparation of the Torys witness binders (.8) | 2.8 | 1,162.00 | 11978083 |
| Blake | Maureen | 26/09/2013 | review of emails regarding issues with the witness binders for Torys' witnesses (.8); review emails regarding further documentations required by S. Block for her witness and meet and discuss with C. Walker and M. Reynolds; (.5) work with Technology Services Department regarding document collections and printing of same for the witness binders (1.5); meet with S. Levitt regarding a particular witness binder and requirements regarding same (.5); update binder and organize electronic copy for J. Leader review; (1.0); review emails from J. Leader and respond to same regarding the reference numbers (.5); further discussion | 6.3 | 2,614.50 | 11981738 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Blake | Maureen | 27/09/2013 | with (Sam Levitt) regarding particular documents and the location of same (1.5); call and emails to J. Leader regarding additions to the witness binder (.2); finalizing witness binders for Torys witnesses, updating the documents portions with documents ID and Production Numbers (7.2); | 7.4 | 3,071.00 | 11981748 |
| Lombardi | Rose | 06/09/2013 | reviewing email exchanges and pdf of documents assembled by C. Walker for review by S. Block regarding a deponent (.3); discussion with C. Walker regarding assembly of pdf of the deponent documents (.1); | 0.4 | 138.00 | 11943551 |
| Lombardi | Rose | 09/09/2013 | attending conference call with Cleary and Torys lawyers re Torys' deposition witnesses (1.5); | 1.5 | 517.50 | 11948735 |
| Lombardi | Rose | 09/09/2013 | discussions and email exchanges with Molly Reynolds and Cleary Gottlieb regarding Torys deposition list and documents for review (.4); reviewing Torys deposition witness chart and updating same as requested by Molly Reynolds (.4); reviewing additional deposition prep materials received from Cleary Gottlieb and organizing same (2.3); reviewing Recommind database regarding Torys witnesses searches and workspaces assembled by Cleary Gottlieb (.5); | 3.6 | 1,242.00 | 11948842 |
| Lombardi | Rose | 10/09/2013 | preparing index and assembling brief of additional deposition preparation documents received from Cleary Gottlieb (.7); preparing index of witness interviews and organizing same as part of brief (.8); | 1.5 | 517.50 | 11951469 |
| Lombardi | Rose | 12/09/2013 | attending Torys team meeting re deposition preparation and next steps; | 1.0 | 345.00 | 11961623 |
| Lombardi | Rose | 12/09/2013 | reviewing interview memoranda forwarded by Cleary Gottlief re Torys deposition witness references and reporting to Molly Reynolds (.4); email exchanges with Cleary Gottlieb requesting MDO documents and Order of Proof documents (.3); | 0.7 | 241.50 | 11961624 |
| Lombardi | Rose | 13/09/2013 | additional email exchanges with Cleary Gottlieb regarding MDO and Order of Proof materials and reporting to Molly Reynolds respecting same (.4); reviewing MDO materials forwarded by Cleary Gottlieb and discussing organization of same with Chris Walker (.8); | 1.2 | 414.00 | 11961629 |
| Lombardi | Rose | 16/09/2013 | email exchanges and discussions with Cleary Gottlieb, M. Reynolds and C. Walker regarding assembly of documents referred to in MDO and Order of Proof (.7); reviewing MDO referenced documents forwarded by Cleary Gottlieb and providing instructions regarding sorting of same as well as Order of Proof documents into electronic form for review by S. Block (1.3); reviewing witness memo prepared by B. Unger, searching database respecting a deponent's memo, and providing feedback to B. Unger(1.5); | 3.5 | 1,207.50 | 11962724 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Lombardi | Rose | 17/09/2013 | Reviewing Order of Proof and MDO materials as assembled in electronic form (1.0); discussions with M. Reynolds, I. Kara, and administrative assistant regarding Order of Proof, MDO materials, a deponent's materials and preparation of briefs of same (.4); organizing electronic versions of various deposition documents in Torys workspace (.4) | 1.8 | 621.00 | 11964731 |
| Lombardi | Rose | 19/09/2013 | discussions with team regarding requests for documents to be assembled for review by S. Block regarding a deponent (.4); reviewing responses from Cleary Gottlieb regarding a deponent's documents (.2); instructions to C. Walker regarding printing of documents requested from Recommind database (.2); discussion with I. Kara regarding pdfs of materials required and attending to assembly of same (.5); | 1.3 | 448.50 | 11968949 |
| Lombardi | Rose | 23/09/2013 | reviewing additional materials forwarded by from Cleary Gottlieb, organizing same in workspace, and reporting to Torys team regarding same (.4); | 0.4 | 138.00 | 11973368 |
| Lombardi | Rose | 26/09/2013 | reviewing transcripts and Torys notes re depositions to date and organizing same in workspace; | 0.2 | 69.00 | 11984534 |
| Szydlowski | Tanya | 17/09/2013 | library research re seminar paper search (E. Che); | 0.6 | 93.00 | 11965123 |
| Szydlowski | Tanya | 18/09/2013 | library research re article retrieval (S. Levitt); | 0.7 | 108.50 | 11966757 |
| Gray | William | 05/09/2013 | Work on allocation memoranda | 1.3 | 1,170.00 | 11941879 |
| Gray | William | 09/09/2013 | Work on intercompany claims memorandum | 0.8 | 720.00 | 11950893 |
| Gray | William | 11/09/2013 | Work on intercompany claims memorandum | 1.7 | 1,530.00 | 11953318 |
| Gray | William | 12/09/2013 | Work on intercompany claims and allocation issues (.8); review allocation memorandum (.5); | 1.3 | 1,170.00 | 11956277 |
| Gray | William | 13/09/2013 | Conference with A. Slavens regarding litigation issues and litigation matters | 0.8 | 720.00 | 11960217 |
| Gray | William | 16/09/2013 | Review allocation memoranda | 0.8 | 720.00 | 11962164 |
| Gray | William | 17/09/2013 | Work on allocation memoranda | 1.7 | 1,530.00 | 11968111 |
| Gray | William | 18/09/2013 | Work on allocation memorandum | 1.3 | 1,170.00 | 11968108 |
| Gray | William | 19/09/2013 | Conference with S. Bomhof regarding trial development issues, allocation hearing deposition request and related trial matters | 1.4 | 1,260.00 | 11968103 |
| Gray | William | 20/09/2013 | Review witness preparation briefs (1.3); Work on allocation memorandum (1.6) | 2.9 | 2,610.00 | 11972795 |
| Gray | William | 23/09/2013 | Work on allocation memorandum (.9); work on deposition preparation (1.4) | 2.3 | 2,070.00 | 11972808 |
| Gray | William | 24/09/2013 | Review deposition preparation (1.8); work on allocation memoranda (1.3) | 3.1 | 2,790.00 | 11976813 |
| Gray | William | 25/09/2013 | Work on allocation memorandum in preparation for depositions | 1.4 | 1,260.00 | 11976806 |
| Gray | William | 26/09/2013 | Work on deposition preparation | 1.4 | 1,260.00 | 11989565 |
| Gray | William | 30/09/2013 | Work on deposition preparation (.6); conference with S. Bomhof (.2) | 0.8 | 720.00 | 11989569 |
| Bauer | Alison D. | 12/09/2013 | Conference J. Leader (.3) | 0.3 | 232.50 | 11957955 |
| Bauer | Alison D. | 30/09/2013 | Research Judge Gross opinion | 0.4 | 310.00 | 11985194 |
| Leader | Jaclyn | 09/09/2013 | Call with M. Reynolds re: deposition | 0.6 | 390.00 | 11949831 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | preparation (.1); review emails from M. Reynolds re: deposition preparation (.5) | | | |
| Leader | Jaclyn | 10/09/2013 | Review case materials to prepare for strategy sessions (4.3) | 4.3 | 2,795.00 | 11986540 |
| Leader | Jaclyn | 11/09/2013 | Strategy meetings with Cleary attorneys (4.0); review case materials (3.2); review emails from M. Reynolds and A. Rahneva regarding deposition preparation (.4) | 7.6 | 4,940.00 | 11955565 |
| Leader | Jaclyn | 12/09/2013 | Call with I. Rozenberg regarding deposition rules (0.1); emails M. Reynolds regarding deposition preparation (0.2); call with M. Reynolds regarding same (0.2); call with Torys team regarding same (0.6); review background materials (3.1) | 4.2 | 2,730.00 | 11959264 |
| Leader | Jaclyn | 13/09/2013 | Call with A. Gray and M. Blake regarding deposition preparation (.3); review emails from Torys team regarding preparing witness memoranda (.1); prepare for depositions of deponents (2.8) | 3.2 | 2,080.00 | 11963767 |
| Leader | Jaclyn | 16/09/2013 | Attend strategy session video conference with Cleary (2.0); prepare for depositions of deponents (2.4); emails with I. Rozenberg and M. Reynolds re: differences between Canadian and U.S. depositions (.2); review revised master deposition outline (0.6); | 5.2 | 3,380.00 | 11963759 |
| Leader | Jaclyn | 17/09/2013 | Call with M. Reynolds and I. Rozenberg regarding differences between Canadian and U.S. depositions (.8); prepare for deposition of a deponent (.9) | 1.7 | 1,105.00 | 11963333 |
| Leader | Jaclyn | 17/09/2013 | Prepare for depositions of deponents | 2.8 | 1,820.00 | 11966132 |
| Leader | Jaclyn | 18/09/2013 | Prepare for depositions of deponents | 5.4 | 3,510.00 | 11967780 |
| Leader | Jaclyn | 19/09/2013 | Emails with and call M. Daniels regarding preparation for deposition (.3); prepare for deposition of same (4.9); emails with S. Levitt regarding deposition of a deponent (.3); review draft witness memorandum for C. Allen (.2) | 5.7 | 3,705.00 | 11984443 |
| Leader | Jaclyn | 20/09/2013 | Review witness memorandum and accompanying documents (0.5); review email from G. Ruscio regarding witness memorandum (.1); review deposition calendars (.2); emails with M. Daniels regarding witness memorandum (.3); email Cleary regarding status of deposition preparation (.1); review documents for deposition (3.6); review general case materials (1.7) | 6.5 | 4,225.00 | 11972154 |
| Leader | Jaclyn | 23/09/2013 | Call with M. Reynolds regarding preparation for deposition of a deponent (.2); review draft witness memo for that deponent (.2) call and emails with M. Daniels regarding same (.6); review document in preparation for deposition of a deponent (3.2); emails with Cleary regarding preparation for depositions of deponents (.2); review employment histories of Nortel employees (.3); | 4.7 | 3,055.00 | 11974387 |
| Leader | Jaclyn | 24/09/2013 | Review witness memorandum (.2); emails with | 4.8 | 3,120.00 | 11978861 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Leader | Jaclyn | 25/09/2013 | G. Ruscio and M. Blake regarding same (.5); emails with M. Daniels regarding preparation for a deponent's deposition (0.2); review documents for deposition of a deponent (3.9) Review documents for deposition of a deponent (3.2); emails with M. Daniels regarding same (0.3) emails with M. Reynolds regarding deposition schedule (0.1); revise witness memorandum (.5) | 4.1 | 2,665.00 | 11978855 |
| Leader | Jaclyn | 26/09/2013 | Call and emails with G. Ruscio regarding depositions (0.3); review deponent's documents (.6) review and revise witness memorandum (.9); review deponent's documents (.5) emails with S. Levitt regarding same (.4); emails with M. Blake regarding deponent's documents (.2); review allocation position papers (.5) | 3.4 | 2,210.00 | 11981511 |
| Leader | Jaclyn | 27/09/2013 | Emails with M. Blake, G. Ruscio, M. Daniels, S. Levitt, and C. Walker regarding preparation for depositions of deponents (.7); call with M. Blake regarding same (2.) | 0.9 | 585.00 | 11984395 |
| Leader | Jaclyn | 30/09/2013 | Prepare for deposition of a deponent (4.7); edit witness memorandum (.3); emails and call with G. Ruscio regarding same (.3); emails with S. Levitt regarding deposition of a deponent (.1); | 5.4 | 3,510.00 | 11986543 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 05/09/2013 | research regarding Canadian legal issues related to allocation and valuation (2.8); discussion with C. McCourt regarding same (.1); | 2.9 | 2,537.50 | 11941873 |
| Bomhof | Scott A. | 06/09/2013 | Research regarding Canadian legal issues related to allocation and valuation; | 1.5 | 1,312.50 | 11944911 |
| Bomhof | Scott A. | 11/09/2013 | Research regarding Canadian legal issues related to discovery and privilege issues; | 1.5 | 1,312.50 | 11956222 |
| Bomhof | Scott A. | 19/09/2013 | research with respect to EMEA application for leave to appeal to the SCC with respect to allocation protocol; | 3.9 | 3,412.50 | 11971017 |
| Bomhof | Scott A. | 23/09/2013 | research regarding Canadian law related to EMEA application for leave to appeal allocation protocol order to SCC (4.2); call and email J. Gotowiec regarding legal issues related to Supreme Court leave application (.3); | 4.5 | 3,937.50 | 11974547 |
| Bomhof | Scott A. | 24/09/2013 | research regarding Canadian legal issues; | 3.1 | 2,712.50 | 11977470 |
| Bomhof | Scott A. | 25/09/2013 | research regarding Canadian legal issues; | 3.1 | 2,712.50 | 11976750 |
| Bomhof | Scott A. | 26/09/2013 | research regarding Canadian legal issues; | 2.1 | 1,837.50 | 11981080 |
| Bomhof | Scott A. | 27/09/2013 | research regarding Canadian legal issues related to allocation; | 3.0 | 2,625.00 | 11983138 |
| Bomhof | Scott A. | 30/09/2013 | Research regarding Canadian legal issues related to EMEA appeal to the Supreme Court of Canada; | 2.3 | 2,012.50 | 11988620 |
| Slavens | Adam | 03/09/2013 | conducting Canadian legal research for case; | 2.4 | 1,536.00 | 11939712 |
| Slavens | Adam | 09/09/2013 | conducting Canadian legal research for case; | 2.6 | 1,664.00 | 11949057 |
| Slavens | Adam | 10/09/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11955439 |
| Slavens | Adam | 11/09/2013 | conducting Canadian legal research for case; | 2.8 | 1,792.00 | 11955469 |
| DeMarinis | Tony | 11/09/2013 | analysis and legal review on case issues, and reading related reports; | 2.4 | 2,340.00 | 11955367 |
| Mauro | Clare | 17/09/2013 | conducting litigation search regarding a deponent; | 0.3 | 111.00 | 11965074 |

Intercompany Analysis

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 10/09/2013 | Work on intercompany claims memorandum | 1.4 | 1,260.00 | 11950887 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| McCourt | Conor | 05/09/2013 | discussion with Scott Bomhof (0.1); amending contractual interpretation memorandum and dispatching same to Torys' team (1.3); | 1.4 | 1,372.00 | 11941782 |
| McCourt | Conor | 09/09/2013 | discussion with Sheila Block; | 0.1 | 98.00 | 11946869 |
| Slavens | Adam | 02/09/2013 | reviewing comments of J. Kimmel on motion materials re motion for issuance of letters rogatory (1.0); email correspondence with J. Kimmel, A. Gray, S. Bomhof and Cleary re same (0.5); | 1.5 | 960.00 | 11937971 |
| Slavens | Adam | 03/09/2013 | preparing motion materials re motion for issuance of letters rogatory; | 2.2 | 1,408.00 | 11939707 |
| Slavens | Adam | 04/09/2013 | preparing motion materials re motion for issuance of letters rogatory; | 5.0 | 3,200.00 | 11946793 |
| Slavens | Adam | 07/09/2013 | reviewing comments of Goodmans and Allen & Overy on motion materials re motion for issuance of letters rogatory and related email correspondence; | 1.0 | 640.00 | 11949044 |
| Slavens | Adam | 10/09/2013 | finalizing, serving and filing motion materials re motion for issuance of letters rogatory; | 7.8 | 4,992.00 | 11955429 |
| Slavens | Adam | 10/09/2013 | reviewing and commenting on letter of US Debtors to Judge Gross (0.3); preparing cover letter to Morawetz J. re same (0.3); email correspondence with S. Bomhof, A. Gray and Cleary re same (0.3); | 0.9 | 576.00 | 11955437 |
| Slavens | Adam | 10/09/2013 | telephone call with I. Rozenberg re motion returnable September 18, 2013 (0.2); email correspondence with S. Bomhof and A. Gray re same (0.3); | 0.5 | 320.00 | 11955444 |
| Slavens | Adam | 11/09/2013 | revising motion materials re motion for issuance of letters rogatory (1.8); preparing for motion returnable September 12, 2013 (2.5) | 4.3 | 2,752.00 | 11955448 |
| Slavens | Adam | 11/09/2013 | reviewing CCAA case court materials; | 1.0 | 640.00 | 11955451 |
| Slavens | Adam | 11/09/2013 | email correspondence with I. Rozenberg re motion returnable September 18, 2013 (0.4); email correspondence with S. Bomhof and A. Gray re same (0.3); | 0.7 | 448.00 | 11955454 |
| Slavens | Adam | 11/09/2013 | preparing CCAA case motion materials; | 3.5 | 2,240.00 | 11955456 |
| Slavens | Adam | 11/09/2013 | finalizing, serving and filing letter to Morawetz J. re letter of US Debtors to Judge Gross; | 0.7 | 448.00 | 11955463 |
| Slavens | Adam | 12/09/2013 | preparing CCAA case motion materials (7.0); telephone calls and email correspondence with Cleary, S. Bomhof and A. Gray re same (1.0); | 8.0 | 5,120.00 | 11959225 |
| Slavens | Adam | 13/09/2013 | preparing CCAA case motion materials (6.0); telephone calls and email correspondence with Cleary, S. Bomhof and A. Gray re same (1.0); | 7.0 | 4,480.00 | 11959250 |
| Slavens | Adam | 15/09/2013 | reviewing CCAA case court documents (1.5); email correspondence with S. Bomhof, A. Gray and Cleary re same (0.5); | 2.0 | 1,280.00 | 11960622 |
| Slavens | Adam | 17/09/2013 | reviewing CCAA case court documents; | 1.0 | 640.00 | 11965610 |
| Gotowiec | James | 22/09/2013 | reviewing legal briefs prepared by EMEA Debtors; | 1.3 | 539.50 | 11970518 |
| Gotowiec | James | 23/09/2013 | speaking with S. Bomhof regarding legal issues related to Supreme Court leave application (.2); reviewing emails from S. Bomhof re same (.2); reviewing memo from B. | 0.6 | 249.00 | 11971899 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Gotowiec | James | 24/09/2013 | Unger re same (.2); meeting with A. Gray re response to Supreme Court leave application; | 0.5 | 207.50 | 11973636 |
| DeMarinis | Tony | 05/09/2013 | Reading endorsement and related documents; | 0.4 | 390.00 | 11943193 |
| DeMarinis | Tony | 06/09/2013 | review and analysis of issues and documents in the Canadian court proceeding; | 2.0 | 1,950.00 | 11945806 |
| DeMarinis | Tony | 13/09/2013 | Review of materials served in relation to joint administrator's production motion, and consideration of disputed production issues amongst parties; | 2.8 | 2,730.00 | 11961330 |
| DeMarinis | Tony | 18/09/2013 | correspondence, review and analysis regarding various court materials and documents on production, protection, and witnesses; | 2.4 | 2,340.00 | 11967511 |
| DeMarinis | Tony | 19/09/2013 | review and consideration of appeal materials served today, correspondence and materials from hearing, and related legal issues; | 2.0 | 1,950.00 | 11969925 |
| DeMarinis | Tony | 24/09/2013 | updating case materials and reviewing recent filings; | 0.7 | 682.50 | 11974659 |
| DeMarinis | Tony | 25/09/2013 | review and consideration of Canadian court documents; | 1.5 | 1,462.50 | 11977482 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| DeMarinis | Tony | 12/09/2013 | review of U.S filings, and cross-references of Canadian court documents; | 0.8 | 780.00 | 11959156 |