# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through September 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Commission | Minister of Finance | $961.10 |
| Computer Research | Quicklaw / Westlaw | $10,963.30 |
| Duplicating/Printing | 75,670 pgs @ .10 per pg | $7,567.00 |
| Production Printing | | $262.27 |
| Taxi & Travel | | $748.03 |
| Process Server Filing | | $284.92 |
| Certified Copies | | $714.17 |
| Transcripts | Mary Baris, CSR | $102.90 |
| E-Discovery Consulting | | $349.42 |
| Courier | | $435.15 |
| Motion | | $241.22 |
| Data Management | | $1,322.23 |
| Meals | | $329.97 |
| Telephone | Long Distance | $3.33 |
| Word Processing | | $24.75 |
| **Grand Total Expenses** | | **$24,309.76** |

**Nortel**
**September 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 3 | Commission | 24/09/2013 | $961.10 | Commission - - VENDOR: Minister Of Finance - MOLLY REYNOLDS - COMMISSIONED AND SIGNED DOCUMENTS - NORTEL NETWORKS- |
| 87 | Motion | 11/09/2013 | 120.61 | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 87 | Motion | 17/09/2013 | 120.61 | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| | | | **$241.22** | |
| 270 | Process Server Picking Up/Delivering | 18/09/2013 | 9.50 | delivering letter to Mr. Justice Morawetz; |
| 271 | Process Server Filing | 11/09/2013 | 33.24 | filing U.S. Debtors' letter to The Honourable Mr. Justice Geoffrey Morawetz and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 11/09/2013 | 33.24 | filing motion record of Nortel Networks Inc. and Other U.S. Debtors and the Monitor (issuance of letters of request) and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 17/09/2013 | 33.24 | filing joint factum of Nortel Networks and Other US Debtors (EMEA Debtors' Third Party Production Motion) and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 17/09/2013 | 33.24 | filing motion record of Nortel Networks Inc. and Other US Debtors and the Monitor (issuance of letters of request) and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 25/09/2013 | 33.24 | filing 23 copies of letters of request and commission; |
| 275 | Process Server Issuing | 18/09/2013 | 42.74 | issuing and entering order (issuance of letters of request); |
| 275 | Process Server Issuing | 23/09/2013 | 42.74 | filing requisition, issuing commission and letters of request; |
| 276 | Process Server Obtaining from Court | 27/09/2013 | 23.74 | obtaining from Court certified copy of order (issuance of letters of request); |
| | | | **$284.92** | |
| 303 | Taxi & Travel | 18/09/2013 | 8.48 | Taxi & Travel<br>Bomhof, Scott A.; Taxi/Car Service - court taxi to Court (Nortel) |
| 303 | Taxi & Travel | 27/09/2013 | 44.09 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Airport Taxis from 151 St. Clements to Pearson Airport |
| 317 | Taxi & Travel (Out of Town) | 06/09/2013 | 52.23 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Travel Agent Fee Merit Travel fee for booking ($55 + taxes = $62.15). ^Merit |
| 317 | Taxi & Travel (Out of Town) | 06/09/2013 | 582.88 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Airfare - Vancouver Original invoice for trip from Toronto - Seattle -Vancouver - Toronto, including taxes. 09/27/2013 - 10/03/2013 ^Merit |
| 317 | Taxi & Travel (Out of Town) | 29/09/2013 | 48.94 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Car Rental - Return to Rental office Sheila rented a car at the Seattle airport to go to the Columbia Center, Dorsey & Whitney and DLA Piper's offices.  The cost of the car was $77.28 U.S. but only charged the file for $47.00 including tip (the same price as a taxi). 09/27/2013 - 09/29/2013 ^Alamo |
| 803 | Taxi & Travel | 12/09/2013 | 11.41 | Taxi & Travel<br>DIAMOND TAXI, Date: 12/09/2013, Chit#3232473 |
| | | | **$748.03** | |
| 321 | Certified Copies | 27/09/2013 | $714.17 | Certified Copies<br>McConville, Michael; Filing Fees - Non Taxable court fees for certified copies from ATG |

| | | | | |
|---|---|---|---|---|
| 349 Transcripts | | 19/09/2013 | **$102.90** | Transcripts - - VENDOR: MARY BARIS, CSR - Molly Reynolds - Certified Transcript - |
| 376 Meals | | 02/09/2013 | 29.73 | Meals Che, Eliot; Lunch Working on Sunday. |
| 376 Meals | | 02/09/2013 | 16.46 | Meals Carachalios, Tina; Lunch Lunch on holiday Monday |
| 807 Meals | | 09/09/2013 | 232.58 | Meals Meals- Lunch (10) Aug 26 2013, A. Slavens (M. B |
| 4203 Meals - Seamless | | 18/09/2013 | 22.68 | Meals - Seamless JLeader:Natsumi, 18/09/13, 1534030 |
| 4203 Meals - Seamless | | 24/09/2013 | 28.52 | Meals - Seamless JLeader:Monster Sushi (46th), 24/09/13, 1549218 |
| | | | **$329.97** | |
| 800 Telephone Call | | 05/09/2013 | 0.05 | Telephone Call 12122252025 - New York, NY - Time: 15:05 - Dur: 0.90 |
| 800 Telephone Call | | 09/09/2013 | 0.19 | Telephone Call 12122252032 - New York, NY - Time: 19:06 - Dur: 3.35 |
| 800 Telephone Call | | 16/09/2013 | 0.05 | Telephone Call 12122252593 - New York, NY - Time: 13:03 - Dur: 0.50 |
| 800 Telephone Call | | 16/09/2013 | 0.09 | Telephone Call 12122252032 - New York, NY - Time: 13:18 - Dur: 1.28 |
| 800 Telephone Call | | 16/09/2013 | 0.19 | Telephone Call 12122252523 - New York, NY - Time: 13:35 - Dur: 3.48 |
| 800 Telephone Call | | 16/09/2013 | 0.14 | Telephone Call 12122252032 - New York, NY - Time: 14:27 - Dur: 2.95 |
| 800 Telephone Call | | 17/09/2013 | 0.05 | Telephone Call 12122252032 - New York, NY - Time: 16:01 - Dur: 0.97 |
| 800 Telephone Call | | 18/09/2013 | 0.05 | Telephone Call 12122252452 - New York, NY - Time: 10:42 - Dur: 0.87 |
| 800 Telephone Call | | 18/09/2013 | 0.90 | Telephone Call 12122252452 - New York, NY - Time: 14:04 - Dur: 18.55 |
| 800 Telephone Call | | 19/09/2013 | 0.05 | Telephone Call 12122252629 - New York, NY - Time: 16:54 - Dur: 0.58 |
| 800 Telephone Call | | 20/09/2013 | 0.05 | Telephone Call 12122252025 - New York, NY - Time: 11:15 - Dur: 0.45 |
| 800 Telephone Call | | 23/09/2013 | 0.66 | Telephone Call 12126106340 - New York, NY - Time: 14:28 - Dur: 13.42 |
| 800 Telephone Call | | 24/09/2013 | 0.05 | Telephone Call 12122252593 - New York, NY - Time: 15:14 - Dur: 0.48 |
| 800 Telephone Call | | 24/09/2013 | 0.05 | Telephone Call 12122252877 - New York, NY - Time: 16:40 - Dur: 0.40 |
| 800 Telephone Call | | 25/09/2013 | 0.24 | Telephone Call 12122252877 - New York, NY - Time: 12:00 - Dur: 4.12 |
| 800 Telephone Call | | 27/09/2013 | 0.05 | Telephone Call 12069035442 - Seattle, WA - Time: 14:08 - Dur: 0.55 |
| 800 Telephone Call | | 27/09/2013 | 0.24 | Telephone Call 19495339738 - Anaheim, CA - Time: 15:20 - Dur: 4.65 |

**Nortel**
**September 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 4800 Telephone | 26/09/2013 | 0.08 | Telephone 13026589200 - Wilmington, DE - Time: 10:24 - Dur: 2.12 |
| 4800 Telephone | 26/09/2013 | 0.15 | Telephone 13026589200 - Wilmington, DE - Time: 11:32 - Dur: 5.27 |
| | | **$3.33** | |
| 499 Copies | 19/09/2013 | 755.00 | Copies Ricoh |
| 801 Copies | 03/09/2013 | 0.10 | Copies |
| 801 Copies | 04/09/2013 | 1.40 | Copies |
| 801 Copies | 09/09/2013 | 0.10 | Copies |
| 801 Copies | 09/09/2013 | 2.60 | Copies |
| 801 Copies | 10/09/2013 | 139.70 | Copies |
| 801 Copies | 10/09/2013 | 1.40 | Copies |
| 801 Copies | 10/09/2013 | 213.10 | Copies |
| 801 Copies | 11/09/2013 | 60.40 | Copies |
| 801 Copies | 11/09/2013 | 3.30 | Copies |
| 801 Copies | 11/09/2013 | 18.80 | Copies |
| 801 Copies | 11/09/2013 | 4.80 | Copies |
| 801 Copies | 13/09/2013 | 172.00 | Copies |
| 801 Copies | 17/09/2013 | 97.60 | Copies |
| 801 Copies | 17/09/2013 | 0.30 | Copies |
| 801 Copies | 17/09/2013 | 58.80 | Copies |
| 801 Copies | 18/09/2013 | 1.00 | Copies |
| 801 Copies | 18/09/2013 | 19.10 | Copies |
| 801 Copies | 18/09/2013 | 0.40 | Copies |
| 801 Copies | 19/09/2013 | 7.20 | Copies |
| 801 Copies | 20/09/2013 | 64.70 | Copies |
| 801 Copies | 20/09/2013 | 170.30 | Copies |
| 801 Copies | 20/09/2013 | 76.50 | Copies |
| 801 Copies | 23/09/2013 | 1.00 | Copies |
| 801 Copies | 23/09/2013 | 87.90 | Copies |
| 801 Copies | 24/09/2013 | 0.10 | Copies |
| 801 Copies | 24/09/2013 | 166.40 | Copies |
| 801 Copies | 24/09/2013 | 4.50 | Copies |
| 801 Copies | 25/09/2013 | 15.40 | Copies |
| 801 Copies | 25/09/2013 | 9.70 | Copies |
| 801 Copies | 26/09/2013 | 4.80 | Copies |
| 801 Copies | 27/09/2013 | 119.70 | Copies |
| 801 Copies | 27/09/2013 | 6.80 | Copies |
| 801 Copies | 27/09/2013 | 37.90 | Copies |
| 801 Copies | 27/09/2013 | 6.40 | Copies |
| 801 Copies | 27/09/2013 | 2.70 | Copies |
| 808 Laser Printing | 03/09/2013 | 1.00 | Laser Printing |
| 808 Laser Printing | 03/09/2013 | 12.80 | Laser Printing |
| 808 Laser Printing | 03/09/2013 | 2.20 | Laser Printing |
| 808 Laser Printing | 03/09/2013 | 0.50 | Laser Printing |
| 808 Laser Printing | 04/09/2013 | 3.10 | Laser Printing |
| 808 Laser Printing | 04/09/2013 | 3.50 | Laser Printing |
| 808 Laser Printing | 04/09/2013 | 3.40 | Laser Printing |
| 808 Laser Printing | 04/09/2013 | 1.00 | Laser Printing |
| 808 Laser Printing | 05/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 05/09/2013 | 5.30 | Laser Printing |
| 808 Laser Printing | 05/09/2013 | 1.90 | Laser Printing |
| 808 Laser Printing | 06/09/2013 | 6.20 | Laser Printing |
| 808 Laser Printing | 06/09/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 06/09/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 09/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 09/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 09/09/2013 | 0.50 | Laser Printing |
| 808 Laser Printing | 09/09/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 09/09/2013 | 155.20 | Laser Printing |
| 808 Laser Printing | 09/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 10/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 10/09/2013 | 20.50 | Laser Printing |
| 808 Laser Printing | 10/09/2013 | 32.80 | Laser Printing |

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 10/09/2013 | 50.90 | Laser Printing |
| 808 Laser Printing | 10/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 14.20 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 2.00 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 85.30 | Laser Printing |
| 808 Laser Printing | 11/09/2013 | 28.80 | Laser Printing |
| 808 Laser Printing | 12/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 12/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/09/2013 | 1.90 | Laser Printing |
| 808 Laser Printing | 12/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/09/2013 | 3.60 | Laser Printing |
| 808 Laser Printing | 12/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 13/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 13/09/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 15/09/2013 | 18.80 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 22.50 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 0.80 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 19.30 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 23.50 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 15.70 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 16/09/2013 | 10.50 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 13.60 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 28.20 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 1.60 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 80.60 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 48.30 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 20.40 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 2.40 | Laser Printing |
| 808 Laser Printing | 17/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 26.30 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 13.30 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 3.10 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 6.10 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 76.90 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 24.30 | Laser Printing |
| 808 Laser Printing | 18/09/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 19.70 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 88.80 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 1.00 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 3.50 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 8.10 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 13.80 | Laser Printing |
| 808 Laser Printing | 19/09/2013 | 33.80 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 1.60 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 35.50 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 20/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 21/09/2013 | 1,777.50 | Laser Printing |
| 808 Laser Printing | 22/09/2013 | 0.40 | Laser Printing |

**Nortel**
**September 2013 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 22/09/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 22/09/2013 | 40.50 | Laser Printing |
| 808 Laser Printing | 22/09/2013 | 458.10 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 11.60 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 2.80 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 36.30 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 9.20 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 38.00 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 2.00 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 27.90 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 569.80 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 3.10 | Laser Printing |
| 808 Laser Printing | 23/09/2013 | 6.20 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 65.00 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 29.50 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 14.30 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 2.60 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 2.80 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 103.50 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 226.50 | Laser Printing |
| 808 Laser Printing | 24/09/2013 | 24.90 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 44.40 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 17.40 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 14.80 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 2.10 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 8.10 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 28.30 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 3.20 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 13.60 | Laser Printing |
| 808 Laser Printing | 25/09/2013 | 99.00 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 27.70 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 1.50 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 7.60 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 11.90 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 47.20 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 3.70 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 30.90 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 8.20 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 1.10 | Laser Printing |
| 808 Laser Printing | 26/09/2013 | 1.40 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 7.50 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 9.50 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 11.90 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 8.70 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 15.20 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 16.80 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 4.90 | Laser Printing |
| 808 Laser Printing | 27/09/2013 | 6.50 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 33.50 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 3.50 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 5.50 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 14.60 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 16.50 | Laser Printing |
| 808 Laser Printing | 30/09/2013 | 5.20 | Laser Printing |
| 809 Laser Printing-Colour | 23/09/2013 | 0.00 | Laser Printing-Colour |
| 809 Laser Printing-Colour | 25/09/2013 | 0.00 | Laser Printing-Colour |
| 4808 Laser Printing | 05/09/2013 | 1.20 | Laser Printing |
| 4808 Laser Printing | 10/09/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 10/09/2013 | 0.20 | Laser Printing |

**Nortel**
**September 2013 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 4808 | Laser Printing | 10/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 9.90 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 3.80 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 5.50 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 15.00 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 10/09/2013 | 3.50 | Laser Printing |
| 4808 | Laser Printing | 11/09/2013 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 11/09/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 11/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 11/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 11/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 12/09/2013 | 0.50 | Laser Printing |
| 4808 | Laser Printing | 12/09/2013 | 2.80 | Laser Printing |
| 4808 | Laser Printing | 12/09/2013 | 15.60 | Laser Printing |
| 4808 | Laser Printing | 12/09/2013 | 2.10 | Laser Printing |
| 4808 | Laser Printing | 13/09/2013 | 1.30 | Laser Printing |
| 4808 | Laser Printing | 13/09/2013 | 2.90 | Laser Printing |
| 4808 | Laser Printing | 16/09/2013 | 2.20 | Laser Printing |
| 4808 | Laser Printing | 17/09/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 17/09/2013 | 8.20 | Laser Printing |
| 4808 | Laser Printing | 17/09/2013 | 3.50 | Laser Printing |
| 4808 | Laser Printing | 20/09/2013 | 8.50 | Laser Printing |
| 4808 | Laser Printing | 20/09/2013 | 19.50 | Laser Printing |
| 4808 | Laser Printing | 23/09/2013 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 23/09/2013 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 23/09/2013 | 0.50 | Laser Printing |
| 4808 | Laser Printing | 23/09/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 23/09/2013 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 23/09/2013 | 1.20 | Laser Printing |
| 4808 | Laser Printing | 24/09/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 24/09/2013 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 25/09/2013 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 25/09/2013 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 25/09/2013 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 26/09/2013 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 26/09/2013 | 2.80 | Laser Printing |
| 4808 | Laser Printing | 26/09/2013 | 0.50 | Laser Printing |
| 4808 | Laser Printing | 26/09/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 26/09/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 26/09/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 30/09/2013 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 30/09/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 30/09/2013 | 1.40 | Laser Printing |
| | | | **$7,567.00** | |
| 821 | Production Printing | 15/09/2013 | 21.37 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets ; setting stamps and document labels; Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets |
| 821 | Production Printing | 30/09/2013 | 56.78 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets ; setting stamps and document labels; Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets |
| 839 | LTS Laser Printing | 30/09/2013 | 184.12 | LTS Laser Printing printing images and/or |

| | | | |
|---|---|---:|---|
| | | | transcripts from the data base; LTS Laser Printing printing images and/or transcripts from the data base; |
| | | **$262.27** | |
| 822 Courier | 03/09/2013 | 25.82 | Courier From One Liberty Plazq, to Cleary Gottlieb Steen & Hamilton LL, 79 WELLINGTON ST WEST, Ref#100982 |
| 822 Courier | 23/09/2013 | 96.58 | Courier 79 Wellington Street West,Invoice # 57956, 333 Bay St,Goodmans, Ruby/7.30 pick up,15,0 |
| 822 Courier | 24/09/2013 | 25.82 | Courier From 1201 North Market St., 18th Floor to Morris, Nichols, Arsht & Tunnell LL, 79 WELLINGTON ST WEST, Ref#101066 |
| 822 Courier | 24/09/2013 | 41.20 | Courier From 55 Basinghall Street, to Cleary Gottlieb Steen & Hamilton LL, 79 WELLINGTON ST WEST, Ref#101066 |
| 822 Courier | 24/09/2013 | 41.20 | Courier From 12, rue de Tilsitt, to Cleary Gottlieb Steen & Hamilton, 79 WELLINGTON ST WEST, Ref#101066 |
| 822 Courier | 24/09/2013 | 6.65 | Courier 79 Wellington Street West,Invoice # 57956, 333 Bay St,Goodmans, johnson,1,0 |
| 822 Courier | 25/09/2013 | 146.87 | Courier From 701 Fifth Avenue, Suite 6100 to DORSEY & WHITNEY LLP, 79 WELLINGTON ST WEST, Ref#113506 |
| 822 Courier | 27/09/2013 | 51.01 | Courier From 55 Basinghall Street,, City Place House to Cleary Gottlieb Steen & Hamilton LL, 79 WELLINGTON ST WEST, Ref#101066 |
| | | **$435.15** | |
| 826 Data/Project Management | 30/09/2013 | 193.63 | Data/Project Management creation of databases; performing data revision s and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. Data/Project Management creation of databases; performing data revision s and image redactions; quality control; parent/ attachment breakouts and merges; global replaces |
| 834 E-Discovery Data Management | 15/09/2013 | 626.80 | E-Discovery Data Management involves data manipulation, (i.e. processing Exc el spreadsheets), dealing with password protecti on and similar tasks; E-Discovery Data Management involves data manipulation, (i.e. processing Exc on and similar tasks; el spreadsheets), dealing with password protecti |
| 834 E-Discovery Data Management | 30/09/2013 | 501.80 | E-Discovery Data Management involves data manipulation, (i.e. processing Exc el spreadsheets), dealing with password protecti on and similar tasks; E-Discovery Data Management involves data manipulation, (i.e. processing Exc el spreadsheets), dealing with password protecti on and similar tasks; |
| | | **$1,322.23** | |
| 836 E-Discovery Consulting | 30/09/2013 | **$349.42** | E-Discovery Consulting e-discovery project consulting; |

**Nortel**
**September 2013 Disbursements**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | E-Discovery Consulting |
|  |  |  |  | e-discovery project consulting; |
| 885 | On Line Research Charges - Quicklaw | 03/09/2013 | 2.85 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 12/09/2013 | 188.98 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 14/09/2013 | 244.06 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 15/09/2013 | 1,156.73 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 15/09/2013 | 309.61 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 16/09/2013 | 245.01 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 16/09/2013 | 959.20 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 17/09/2013 | 102.57 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 17/09/2013 | 1,701.85 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 17/09/2013 | 330.50 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/09/2013 | 80.72 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/09/2013 | 482.45 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/09/2013 | 399.83 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 23/09/2013 | 94.97 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 23/09/2013 | 2,270.73 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 27/09/2013 | 191.83 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/09/2013 | 210.83 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/09/2013 | 334.29 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 13/09/2013 | 26.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 13/09/2013 | 132.96 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 16/09/2013 | 15.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/09/2013 | 154.80 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/09/2013 | 45.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/09/2013 | 400.77 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/09/2013 | 30.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/09/2013 | 108.27 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/09/2013 | 30.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/09/2013 | 711.33 | On Line Research Charges -WestlaweCarswell Incl. |
|  |  |  | **$10,963.30** |  |
| 4196 | Word Processing | 15/09/2013 | **$24.75** | Word Processing Client Billing Summary Period Ending 9/15/13 |
|  |  |  | **$24,309.76** |  |