# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | |
| ------------------------------------------------------X | |
| SNMP Research International, Inc., | |
| and | Adv. Proc. No. 11-53454 (KG) |
| SNMP Research, Inc., | |
| Plaintiffs, | |
| v. | |
| Nortel Networks Inc., Et Al., Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation, Genband US LLC, Genband, Inc., Performance Technologies, Inc., Perftech (PTI) Canada, Avaya Inc., Radware Ltd., | |
| and | |
| John Doe Defendants 1-100, | |
| Defendants. | |
| ------------------------------------------------------X | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 29, 2013 AT 2:00 P.M. (EASTERN TIME)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

1. Defendant Radware Ltd.'s Motion to Dismiss the Complaint as to Radware and to Stay Discovery (A.D.I. 75, Filed 5/3/13).

    Objection Deadline: N/A

    Responses Received:

    (a) Response in Opposition to Defendant Radware Ltd.'s Motion to Dismiss (A.D.I. 78, Filed 5/17/13).

    Related Pleading:

    (a) Defendant Radware Ltd.'s Memorandum of Law in Support of its Motion to Dismiss the Complaint as to Radware and to Stay Discovery (A.D.I. 76, Filed 5/3/13);

    (b) Defendant Radware Ltd.'s Reply Memorandum of Law in Support of its Motion to Dismiss the Complaint as to Radware and to Stay Discovery (A.D.I. 80, Filed 5/24/13);

    (c) Request for Oral Argument by Radware Ltd. (A.D.I. 81, Filed 5/24/13); and

    (d) Notice of Hearing (A.D.I. 91, Filed 8/2/13).

    Status: The hearing on this matter will go forward.

Dated: October 25, 2013          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                   James L. Bromley (admitted *pro hac vice*)
                                 Lisa M. Schweitzer (admitted *pro hac vice*)
                                 One Liberty Plaza
                                 New York, New York 10006
                                 Telephone: (212) 225-2000
                                 Facsimile: (212) 225-3999

                                 – and –

```
```

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*

Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7681585.1