UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------x
:
In re: : Chapter 11
:
NORTEL NETWORKS INC., *et al.*, : Case No. 09-10138 (KG)
:
Debtors. : (Jointly Administered)
:
: **Ref. No.** _____
------------------------------------x

## ORDER GRANTING OBJECTION TO CLAIMS OF THE BANK OF NEW YORK MELLON, AS TRUSTEE AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS TRUSTEE

Upon the *Objection of Wilmington Trust, N.A., as Trustee, to Claims of the Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee* (the "Objection")[1] seeking an order (1) finding that the Federal Judgment Rate as of the Petition Date is the appropriate rate for postpetition interest on the Claims; (2) disallowing the Claims to the extent such claims exceed the sum of: (i) principal, (ii) accrued prepetition interest, and (iii) postpetition interest at the rate of 0.44%, the Federal Judgment Rate applicable to these chapter 11 cases, compounded annually from the Petition Date, and (3) granting such other and further relief as is just and proper; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Court having considered the record, the Objection, and all other pleadings; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED to the extent provided herein.

2. The Federal Judgment Rate as of the Petition Date (0.44%) is the appropriate rate for postpetition interest on the Claims;

3. The Claims are disallowed to the extent such claims exceed the sum of: (i) principal, (ii) accrued prepetition interest, and (iii) postpetition interest at the rate of 0.44%, the Federal Judgment Rate applicable to these chapter 11 cases, compounded annually from the Petition Date; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of the Order.

Dated: _____, 2013
       Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE