IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re                            :  Chapter 11
:
NORTEL NETWORKS INC., *et al.*,  :  Case No. 09-10138 (KG)
:
Debtors.                         :  (Jointly Administered)
:
:  Objection Deadline: November 19, 2013 at 4:00 p.m. (ET)
:  Hearing Date: December 3, 2013 at 10:00 a.m. (ET)
---------------------------------x

**NOTICE OF OBJECTION OF WILMINGTON TRUST, N.A., AS TRUSTEE,
TO CLAIMS OF THE BANK OF NEW YORK MELLON, AS TRUSTEE
AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS TRUSTEE**

On October 25, 2013, Wilmington Trust, N.A., as indenture trustee, filed the **Objection of Wilmington Trust, N.A., as Trustee, to Claims of the Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee** (the "Objection"), a copy of which is attached hereto.

Responses, if any, to the relief requested in the Objection must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 19, 2013 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on November 19, 2013.**

In addition, if you have timely filed a written response and wish to oppose the Objection, you or your attorney must attend the hearing on the Objection scheduled to be held on **December 3, 2013 at 10:00 a.m. (ET)**, in the courtroom of the Honorable Kevin Gross, Chief Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Court Room No. 3, Wilmington, Delaware 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 25, 2013
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_____
Scott D. Cousins (No. 3079)
Mark D. Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   cousins@ccbllp.com
         olivere@ccbllp.com
         kashishian@ccbllp.com

- and -

D. Ross Martin (*pro hac vice* pending)
Jonathan P. Reisman (*pro hac vice* pending)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: ross.martin@ropesgray.com
       jonathan.reisman@ropesgray.com

Mark R. Somerstein (*pro hac vice* pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: mark.somerstein@ropesgray.com

*Special Litigation Counsel for Wilmington Trust, N.A. as successor trustee and not individually*