IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
:
In re:                        :   Chapter 11
:
NORTEL NETWORKS INC., *et al.*, :   Case No. 09-10138 (KG)
:
Debtors.                      :   (Jointly Administered)
:
------------------------------x

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF MARK R. SOMERSTEIN

     Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "**Local Rules**") and the attached certification, counsel moves the admission *pro hac vice* of Mark R. Somerstein of Ropes & Gray LLP to represent Wilmington Trust, N.A. as indenture trustee in these cases.

Dated:  October 25, 2013　　　　　**COUSINS CHIPMAN & BROWN, LLP**
       Wilmington, Delaware

　　　　　　　　　　　　　　　　　_/s/ Mark D. Olivere_
　　　　　　　　　　　　　　　　　Scott D. Cousins (No. 3079)
　　　　　　　　　　　　　　　　　Mark D. Olivere (No. 4291)
　　　　　　　　　　　　　　　　　Ann M. Kashishian (No. 5622)
　　　　　　　　　　　　　　　　　1007 North Orange Street, Suite 1110
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　　　Facsimile:　(302) 295-0199
　　　　　　　　　　　　　　　　　Email:　　　cousins@ccbllp.com
　　　　　　　　　　　　　　　　　　　　　　　olivere@ccbllp.com
　　　　　　　　　　　　　　　　　　　　　　　kashishian@ccbllp.com

　　　　　　　　　　　　　　　　　*Special Litigation Counsel for Wilmington Trust,*
　　　　　　　　　　　　　　　　　*N.A. as successor trustee and not individually*

Docket No. 12119
Filed 10/25/2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit, the United States District Court for the Southern and Eastern Districts of New York, and the United States District Court for the District of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 24, 2013

Mark R. Somerstein
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:   (212) 841-8814
Facsimile:    (212) 596-9090
Email:         Mark.Somerstein@ropesgray.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: October 28, 2013
Wilmington, Delaware

Honorable Kevin Gross
United States Bankruptcy Judge