IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
:
In re:                                          :    Chapter 11
                                                :
NORTEL NETWORKS INC., *et al.*,                 :    Case No. 09-10138 (KG)
                                                :
Debtors.                                        :    (Jointly Administered)
                                                :
------------------------------x

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF D. ROSS MARTIN

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "**Local Rules**") and the attached certification, counsel moves the admission *pro hac vice* of D. Ross Martin of Ropes & Gray LLP to represent Wilmington Trust, N.A. as indenture trustee in these cases.

Dated: October 25, 2013            **COUSINS CHIPMAN & BROWN, LLP**
       Wilmington, Delaware

                                   _____
                                   Scott D. Cousins (No. 3079)
                                   Mark D. Olivere (No. 4291)
                                   Ann M. Kashishian (No. 5622)
                                   1007 North Orange Street, Suite 1110
                                   Wilmington, Delaware 19801
                                   Telephone:   (302) 295-0191
                                   Facsimile:   (302) 295-0199
                                   Email:       cousins@ccbllp.com
                                                olivere@ccbllp.com
                                                kashishian@ccbllp.com

                                   *Special Litigation Counsel for Wilmington Trust,*
                                   *N.A. as successor trustee and not individually*

Docket No. 12120
Filed 10/25/2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New York, and am admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 24, 2013

D. Ross Martin
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:   (617) 951-7266
Facsimile:   (617) 951-7050
Email:       Ross.Martin@ropesgray.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: October 28, 2013
Wilmington, Delaware

Honorable Kevin Gross
United States Bankruptcy Judge