## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Doc. No. 12116** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                                              )     SS
NEW CASTLE COUNTY     )

Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Cousins Chipman & Brown, LLP, and on the 25th day of October, 2013, she caused a copy of the following

**Objection of Wilmington Trust, N.A., as Trustee, to Claims of the Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee**

to be served upon the parties listed on the attached service list *via* hand delivery, first class mail or foreign first class mail.

Kristin McCloskey

SWORN TO AND SUBSCRIBED before me this 28th day of October, 2013.

Notary Public

---

[1]       The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ACUSHNET COMPANY
ATTN: CREDIT DEPT TITLEIST & FOOTJOY
PO BOX 965
FAIRHAVEN, MA 02719

LAURIE ADAMS
217 RIDGE CREEK DRIVE
MORRISVILLE, NC 27560

SANDRA AIKEN
3166 TUMP WILKINS ROAD
STEM, NC 27581

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ.
ONE BRYANT PARK
NEW YORK, NY 10036

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: SUSAN R. FUERTES, ESQ.
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX 77032

ALLEN & OVERY LLP
ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ.
1221 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10020

VICTORIA ANSTEAD
3894 RIDGE LEA ROAD # A
BUFFALO, NY 14228

APC WORKFORCE SOLUTIONS LLC
ATTN: DOUG GOIN CFO
420 SOUTH ORANGE AVENUE, 6TH FL
ORLANDO, FL 32801

ARDENT LAW GROUP, P.C.
ATTN: HUBERT H. KUO ESQ.
2600 MICHELSON DRIVE, SUITE 1700
IRVINE, CA 92612

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.
71 17TH ST NW, STE 2100
ATLANTA, GA 30363-1031

ASHBY & GEDDES P.A.
ATTN: RICARDO PALACIO ESQ.
500 DELAWARE AVE
WILMINGTON, DE 19801

ASSISTANT ATTORNEY GENERAL
ATTN: LAURA L. MCCLOUD ESQ.
P.O. BOX 20207
NASHVILLE, TN 37202

BAKER BOTTS L.L.P.
JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC.
2001 ROSS AVENUE
DALLAS, TX 75201

BALLARD SPAHR
ATTN: LESLIE HEILMAN ESQ.
919 MARKET ST, 12TH FL
WILMINGTON, DE 19801

BALLARD SPAHR ANDREWS & INGERSOLL LLP
ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ.
51ST FL MELLON BANK CTR
1735 MARKET ST
PHILADELPHIA, PA 19103

BALLARD SPAHR LLP
ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

BALLARD SPAHR, LLP
TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN ESQ.
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

BAYARD, P.A.
CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. & DANIEL A. O'BRIEN, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19899

BELL MICROPRODUCTS INC
ATTN: DAVID L. URANGA
201 MONROE STREET, SUITE 300
MONTGOMERY, AL 36104

STEVEN E. BENNETT

37052 CHESTNUT STREET

NEWARK, CA 94560

BERNSTEIN, SHUR, SAWYER & NELSON

ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.; DANIEL J. MURPHY, ESQ.

COUNSEL TO AD HOC COMMITTEE

100 MIDDLE STREET

P.O. BOX 9729

PORTLAND, ME 04104-5029

BERTRAM FREDRICK THOMAS FLETCHER

35 BROOMHILL COURT

CLAYTON, NC 27527

BIALSON BERGEN & SCHWAB

ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ.

2600 EL CAMINO REAL, STE 300

PALO ALTO, CA 94306

BIFFERATO LLC

IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ.

COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS

800 N. KING STREET, PLAZA LEVEL

WILMINGTON, DE 19801

BLANK ROME LLP

ATTN: BONNIE GLANTZ FATELL, ESQ.; VICTORIA A. GUILFOYLE, ESQ.

COUNSEL TO AD HOC COMMITTEE

1201 NORTH MARKET STREET, SUITE 800

WILMINGTON, DE 19801

BLANK ROME LLP

ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC.

1201 MARKET STREET, SUITE 800

WILMINGTON, DE 19801

BONNIE J. BOYER

305 W. JUNIPER AVE

STERLING, VA 20164

BOYLAN BROWN

ATTN: DEVIN LAWTON PALMER

145 CULVER ROAD

ROCHESTER, NY 14620-1678

BRACEWELL & GUILIANI LLP

ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY

225 ASYLUM STREET, SUITE 2600

HARTFORD, CT 06103

BRACEWELL & GUILIANI LLP
ATTN: JENNIFER FELDSHER
1251 AVENUE OF THE AMERICAS 49TH FL
NEW YORK, NY 10020-1104

BRAD LEE HENRY
11596 W SIERRA DAWN BLVD
LOT 386
SURPRISE, AZ 85378

ELLEN SUE BRADY
1630 DRY ROAD
ASHLAND CITY, TN 37015

BRENDA L. ROHRBAUGH
2493 ALSTON DRIVE
MARIETTA, GA 30062

BRENT E. BEASLEY
541 AMMONS RD
DUNN, NC 28334

BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN ESQ.
6 NORTH BROAD ST, STE 1000
WOODBURY, NJ 08096

BROWN MCCAROLL LLP
ATTN: AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

BROWN MCCARROLL LLP
KELL C. MERCER; AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

REMAJOS BROWN
2353 SWORD DRIVE
GARLAND, TX 75044

BRUCE FRANCIS
5506 LAKE ELTON RD.
DURHAM, NC 27713

BRYAN CAVE LLP
ATTN: CULLEN K. KUHN ESQ.
211 N BROADWAY, STE 3600
ST. LOUIS, MO 63102

BRYAN CAVE LLP
ATTN: ERIC S. PREZANT ESQ.
161 N CLARK ST, STE 4300
CHICAGO, IL 60601

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER
ATTN: SHAWN M. CHRISTIANSON ESQ.
55 SECOND STREET, 17TH FL
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.
1105 NORTH MARKET STREET, SUITE 1900
WILMINGTON, DE 19801-1228

CARLSEN, ROGER G.
390 E. PASEO CELESTIAL
SAHUARITA, AZ 85629

CAROL F. RAYMOND
7962 S.W. 185 STREET
MIAMI, FL 33157

CAROLINE UNDERWOOD
2101 EMERSON COOK RD.
PITTSBORO, NC 27312

CARR, BARBARA
145 GRECIAN PKWY
ROCHESTER, NY 14626

CARTER LEDYARD & MILBURN LLP
ATTN: SUSAN P. JOHNSON
2 WALL STREET
NEW YORK, NY 10005

CHAD SORAINO
894 HICKORY AVE.
HESPERIA, CA 92345

CHADBOURNE & PARKE LLP
ATTN: N. THODORE ZINK JR. ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

LOTTIE EDITH CHAMBERS
2716 DALFORD CT.
RALEIGH, NC 27604

COLE SCHOTZ MEISEL FORMAN & LEONARD
ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR
500 DELAWARE AVE, SUITE 1410
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSLYVANIA
CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION
C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C.
P.O. BOX 1270
MIDLOTHIAN, VA 23113

CONNOLLY BOVE
ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ.
THE NEMOURS BUILDING, 1007 N ORANGE ST
WILMINGTON, DE 19801

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ.
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE, NY 11747

COWLES & THOMPSON, PC
ATTN: STEPHEN C. STAPLETON COUNSEL TO GTCI
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

CRAIG, JAMES
42 E. CAVALIER ROAD
SCOTTSVILLE, NY 14546

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
P.O. BOX 1380
WILMINGTON, DE 19899-1380

EMILY D. CULLEN
100 TELMEW CT
CARY, NC 27518

CURTIS MALLET-PREVOST COLT & MOSLE LLP
ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.
101 PARK AVENUE
NEW YORK, NY 10178-0061

CYNTHIA ANN SCHMIDT
P.O. BOX 119
OREGON HOUSE, CA 95962

DAVID LITZ
316 N MANUS DRIVE
DALLAS, TX 75224

DAVID, DANIEL D.
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

DAVIS & KUELTHAU, S.C.
ATTN: RUSSELL S. LONG, ESQ. COUNSEL TO CORE
BROOKFIELD LAKES, LLC
111 E. KILBOURN AVENUE, SUITE 1400
MILWAUKEE, WI 53202

DEMEL ERNEST
RCS BOX 426
NEW YORK, NY 10101

DEWEY & LEBOEUF, LLP
LAWRENCE E. MILLER, ESQ.
125 W 55TH STREET
NEW YORK, NY 10019

DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.
6225 SMITH AVENUE
BALTIMORE, MD 21209

DLA PIPER LLP (US)

ATTN: SELINDA A. MELNIK COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE

919 NORTH MARKET STREET, SUITE 1500

WILMINGTON, DE 19801


DRINKER BIDDLE & REATH LLP

COUNSEL TO SANMINA CORPORATION ATTN: HOWARD A. COHEN, ESQ.

1100 N. MARKET STREET, SUITE 1000

WILMINGTON, DE 19801-1254


DRINKER BIDDLE & REATH LLP

COUNSEL TO SANMINA CORPORATION ATTN: ROBERT K. MALONE, ESQ.

500 CAMPUS DRIVE

FLORHAM PARK, NJ 07932


DUANE MORRIS LLP

MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC.

222 DELAWARE AVENUE SUITE 1600

WILMINGTON, DE 19801-1659


DURANT, FRED

708 EAST H STREET

LEOTI, KS 67861


EDWARDS ANGELL PALMER & DODGE LLP

ATTN: STUART M. BROWN

919 NORTH MARKET STREET, SUITE 1500

WILMINGTON, DE 19801


ELLIOTT GREENLEAF

ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA

COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS

1105 N. MARKET STREET, SUITE 1700

WILMINGTON, DE 19801


EMC CORPORATION

RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES

307 INTERNATIONAL CIRCLE, SUITE 270

HUNT VALLEY, MD 21094


ESTELLE LOGGINS

6707 LATTA STREET

DALLAS, TX 75227


EXPORT DEVELOPMENT CANADA

ATTN: DEREK AUSTIN

151 O'CONNOR STREET

OTTOWA, ON K1A 1K3 CANADA

FAIRCLOTH, DEBORAH
115 WINCHESTER LANE
ROCKY POINT, NC 28457

FAISON, NANETTE
981 KITTRELL RD
KITTRELL, NC 27544

FLEXTRONICS INTERNATIONAL
ATTN: STEVEN JACKMAN, VICE PRESIDENT
847 GIBRALTAR DRIVE
MILPITAS, CA 95035

FOSTER PEPPER PLLC
ATTN: CHRISTOPHER M. ALSTON ESQ.
1111 3RD AVE, STE 3400
SEATTLE, WA 98101-3299

FPL LAW DEPARTMENT
ATTN: RACHEL S. BUDKE ESQ.
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

FRANCHISE TAX BOARD
ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE 19903

FRANCIS, BRUCE
5506 LAKE ELTON ROAD
DURHAM, NC 27713

FRASER MILNER CASGRAIN LLP
ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ RYAN C. JACOBS
1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST
TORONTO, ON M5X 1B2 CANADA

FREDDIE WORMSBAKER
327 LOCUST ST.
TWIN FALLS, ID 83301

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER ESQ.
311 SOUTH WACKER DR, STE 3000
CHICAGO, IL 60606

FREEBORN & PETERS LLP
ATTN: DEVON J. EGGERT, ESQ. COUNSEL TO MERCER (US) INC.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FULBRIGHT & JAWORSKI LLP
ATTN: DAVID A. ROSENZWEIG ESQ.
666 5TH AVE
NEW YORK, NY 10103-3198

BARBARA GALLAGHER
410 WEST ACRES ROAD
WHITESBORO, TX 76273

GAMBOURG & BORSEN LLP
ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS
THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE
SUITE B4
FORT LEE, NJ 07024

GARY W. GARRETT
4093 HOGAN DRIVE UNIT 4114
TYLER, TX 75709

GERALD R. UTPADEL
4627 GREENMEADOWS AVENUE
TORRANCE, CA 90505

GIBBONS P.C.
ATTN: DAVID N. CRAPO ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN
JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
200 PARK AVENUE
NEW YORK, NY 10166-0193

GLORIA BENSON
1824 WILSON PIKE
BRENTWOOD, TN 37027

GOODMANS LLP
ATTN: CHRIS ARMSTRONG
333 BAY STREET, SUITE 3400
TORONTO, ON M5H 2S7 CANADA

GOULD & RATNER LLP
ATTN: CHRISTOPHER J. HORVAY ESQ.
222 N LASALLE ST, STE 800
CHICAGO, IL 60601

GOWLING LAFLEUR HENDERSON
ATTN: JENNIFER STAM; DERRICK TAY
1 FIRST CANADIAN PLACE
100 KING STREET WEST, SUITE 1600
TORONTO, ON M5X 1G5 CANADA

CRICKETT GRISSOM
2580 W. PORTER CREEK AVE.
PORTERVILLE, CA 93257

EDWARD GUEVARRA, JR.
11007 SCRIPPS RANCH BLVD
SAN DIEGO, CA 92131

HAHN LOESER & PARKS LLP
ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

ALLAN HEINBAUGH
19816 COLBY CT
SARATOGA, CA 95070

SUSAN ANN HEISLER
133 ANNA ROAD BOX 194
BLAKESLEE, PA 18610

HERBERT PRESTON STANSBURY
3193 US HIGHWAY 15
STEM, NC 27581

HERBERT SMITH
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREEET
LONDON,  EC2A 2HS UNITED KINGDOM

HINCKLEY ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN ESQ.
28 STATE ST
BOSTON, MA 02109

HITACHI COMMUNICATIONS TECHNOLOGIES LTD
MINORU INAYOSHI, GEN MGR.
OMORI BELLPORT D BLDG., 26-3
MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013
TOKYO,   JAPAN

HODGES, RICHARD
913 WINDEMERE LANE
WAKE FOREST, NC 27587

MARY L. HOLBROOK
1181 GREY FOX COURT
FOLSOM, CA 95630

GEORGE I. HOVATER, JR.
9009 CASALS ST. UNIT 1
SACRAMENTO, CA 95826

HP COMPANY
ATTN: RAMONA NEAL ESQ.
11307 CHINDEN BLVD, MS 314
BOISE, ID 83714

HUGHES HUBBARD
MICHAEL LUSKIN; DEREK ADLER
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

HUNTON & WILLIAMS
ATTN: LYNNETTE R. WARMAN
1445 ROSS AVE, ROUNTAIN PLACE STE 3700
DALLAS, TX 75202-2799

IBM CORPORATION/IBM CREDIT LLC
ATTN: BANKRUPTCY COORDINATOR
275 VIGER EAST 4TH FLOOR
MONTREAL, QC H3G 2W6 CANADA

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

J. SCOTT DOUGLASS ESQ.
909 FANNIN, STE 1800
HOUSTON, TX 77010

WANDA JACOBS
801 DUPREE STREET
DURHAM, NC 27701

JAMES HUNT
8903 HANDEL LOOP
LAND O LAKES, FL 34637

JAMES LEE
1310 RICHMOND STREET
EL CERRITO, CA 94530

JANETTA HAMES
649 FOSSIL WOOD DRIVE
SAGINAW, TX 76179

JANETTE M. HEAD
16 GLENEAGLE DRIVE
BEDFORD, NH 03110

JD THOMPSON LAW
JUDY T. THOMPSON, ESQ.
P.O. BOX 33127
CHARLOTTE, NC 28233

JEFFREY B. BORRON
13851 TANGLEWOOD DR.
FARMER BRANCH, TX 75234

JOHN J. ROSSI
1568 WOODCREST DRIVE
WOOSTER, OH 44691

JOHN MERCER
121 MONASTERY RD.
PINE CITY, NY 14871

WILLIAM E. JOHNSON
2865 HORSEMANS RIDGE DRIVE
CLAYTON, NC 27520

JONES DAY
ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.
1420 PEACHTREE ST NE, STE 800
ATLANTA, GA 30309

KATTEN MUCHIN ROSENMAN LLP
ATTN: DUSTIN P. BRANCH ESQ.
2029 CENTURY PARK EAST, STE 2600
LOS ANGELES, CA 90067-3012

KAUSHIK PATEL
5665 ARAPAHO RD. #1023
DALLAS, TX 75248

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS
COMMUNICATIONS, INC.;
TATA AMERICAN INTERNATIONAL CORP.
101 PARK AVENUE
NEW YORK, NY 10178

KENNETH MURRAY
PO BOX 3043
MCKEESPORT, PA 15134

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067-6049

KLEHR HARRISON
ATTN: JOANNE B. WILLS ESQ.
919 MARKET ST, STE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS FRANKEL LLP
ERNSEST S. WECHSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KUMAR, RAHUL
C-701 NEELACHAL APT. P
LOT NO 3 SECTOR 4, DWARKA
NEW DELHI,  110078 INDIA

L.A. COUNTY TREASURER & TAX COLLECTOR

P.O. BOX 54110

LOS ANGELES, CA 90054-0110


LANDIS RATH & COBB LLP

ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ.

COUNSEL TO ASM CAPITAL III, L.P.

919 MARKET STREET, SUITE 1800

WILMINGTON, DE 19801


LATHAM & WATKINS LLP

ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL

885 THIRD AVENUE, SUITE 100

NEW YORK, NY 10022


LATHAM & WATKINS LLP

ATTN: MICHAEL J. RIELA ESQ.

885 THIRD AVENUE, STE 1000

NEW YORK, NY 10022-4068


LATHAM & WATKINS LLP

ATTN: ROBERT J. ROSENBERG ESQ.

885 THIRD AVENUE, STE 1000

NEW YORK, NY 10022-4068


LATHAM & WATKINS LLP

ATTN: ZACHARY N. GOLDSTEIN ESQ.

885 THIRD AVENUE, STE 1000

NEW YORK, NY 10022-4068


LATHROP & GAGE LLP

ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER

950 SEVENTEENTH STREET, SUITE 2400

DENVER, CO 80202


LAW OFFICE OF VIVIAN HOUGHTON

ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS

800 WEST STREET

WILMINGTON, DE 19801


LEWIS AND ROCA LLP

ATTN: SCOTT K. BROWN ESQ.

40 NORTH CENTRAL AVE, STE 1900

PHOENIX, AZ 85004


BETTY LEWIS

1301- H LEON ST.

DURHAM, NC 27705

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET ESQ.
TRAVIS BLDG SUITE 300, 711 NAVARRO
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ.
2323 BRYAN STREET, STE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN ESQ.
P.O. BOX 3064
HOUSTON, TX 77253-3064

VERNON LONG
4929 KELSO LANE
GARLAND, TX 75043

LOWENSTEIN SANDLER PC
ATTN: VINCENT A. D'AGOSTINO ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

SHIRLEY MADDRY
2519 RIDDLE ROAD
DURHAM, NC 27703

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE
AMERICA, INC.
23 GREEN STREET, SUITE 302
HUNTINGTON, NY 11743

MALEK SCHIFFRIN LLP
JAVIER SCHIFFRIN, ESQ.; KEVIN MALEK, ESQ. COUSEL TO
SOLUS ALTERNATIVE ASSET MANAGEMENT LP
340 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10173-1922

WENDY BOSWELL MANN
4913 SUMMIT PLACE DR. NW, APT. 404
WILSON, NC 27896

MARILYN DAY
2020 FOX GLEN DRIVE
ALLEN, TX 75013

MARILYN GREEN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

MARK A. PHILLIPS
6117 TREVOR SIMPSON DRIVE
LAKE PARK, NC 28079

MARK R. JANIS
193 VIA SODERINI
APTOS, CA 95003

ROBERT JOSEPH MARTEL
200 LIGHTHOUSE LANE APT B3
SWANSBORO, NC 28584

TERRY D. MASSENGILL
126 KERI DRIVE
GARNER, NC 27529

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.;
AMIT K. TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: MELISSA A. MICKEY
71 S. WACKER DRIVE
CHICAGO, IL 60604-1404

LEAH MCCAFFREY
7139 DEBBE DR.
DALLAS, TX 75252

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, JR., ESQ.
RENAISSANCE CENTRE
405 NORTH KING STREET, 8TH FLOOR
WILMINGTON, DE 19801

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.
1750 TYSONS BLVD, STE 1800
MCLEAN, VA 22102-4215

MCGUIREWOODS LLP
ATTN: JAMES E. VAN HORN
7 SAINT PAUL STREET
SUITE 1000
BALTIMORE, MD 21202

MEYERS LAW GROUP P.C.
ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.
44 MONTGOMERY STREET, STE 1010
SAN FRANCISCO, CA 94104

MICHAEL D REXROAD
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

MICHAEL MCWALTERS
PO BOX 338
ALVISO, CA 95002-0338

MICHAEL P. ALMS
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ.
ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MISSOURI DEPT OF REVENUE
ATTN: SHERYL L. MOREAU ESQ.
P.O. BOX 475
BANKRUPTCY DIVISION
JEFFERSON CITY, MO 65105-0475

MONARCH ALTERNATIVE CAPITAL LP
ATTN: ANDREW HERENSTEIN
535 MADISON AVE.
NEW YORK, NY 10022

MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A.
ATTN: RACHEL B. MERSKY ESQ.
1201 N ORANGE ST, STE 400
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: BRETT D. FALLON ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: STEPHEN M. MILLER; COURTNEY R. HAMILTON
COUNSEL TO LAW DEBENTURE COMPANY OF NEW YORK
500 DELAWARE AVENUE, SUITE 1500 P.O. BOX 2306
WILMINGTON, DE 19899-2306

MORRISON, PAUL EDWARD
2241 COLLEGE AVENUE
QUINCY, IL 62301

REID MULLETT
4224 THAMESGATE CLOSE
NORCROSS, GA 30092

MUNICIPAL OPERATIONS
ATTN: MAX TAYLOR ASST. CITY ATTY.
201 W. COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202-5332

NAJAM UD DEAN
6 AUGUSTA DRIVE
MILLBURY, MA 01527

JANE NEUMANN
11730 CO. ROAD 24
WATERTOWN, MN 55388

NIXON PEABODY LLP
ATTN: LOUIS J. CISZ, III
ONE EMBARCADERO CENTER, 18TH FLOOR
SAN FRANCISCO, CA 94111

NORTON ROSE
ATTN: TONY REYES
ROYAL BANK PLAZA SOUTH TOWER
200 BAY ST., SUITE 3800
TORONTO, ON M5J 2Z4 CANADA

NOSSAMAN LLP
ATTN: ROBERT S. MCWHORTER ESQ.
915 L ST, STE 1000
SACRAMENTO, CA 95814

OFFICE OF THE U.S. TRUSTEE
ATTN: MARK KENNEY
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OFFICE OF UNEMPLOYMENT INSURANCE
CONTRIBUTIONS DIVISION MD DEPT. OF
LABOR LICENSING & REG.
1100 N. EUTAW STREET, ROOM 401
BALTIMORE, MD 21201

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ
WESTON T. EGUCHI ESQ.
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

DANNY OWENBY
2136 SAPELO CT
FERNANDINA BEACH, FL 32034

PA DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY
& COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184

PA SENIOR DEPUTY ATTY GEN
ATTN: CAROL E. MOMJIAN ESQ.
21 S 12TH ST, 3RD FL
PHILADELPHIA, PA 19107-3603

PACHULSKI STANG
ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS
919 N. MARKET ST. 17TH FL.
WILMINGTON, DE 19899-8705

PARTRIDGE SNOW & HAHN LLP
ATTN: LAUREN F. VERNI COUNSEL TO ANNABELLE W.
CAFFRY AND SUSANNAH LUND
180 SOUTH MAIN STREET
PROVIDENCE, RI 02903

PARTRIDGE SNOW & HAHN LLP
ATTN: PATRICIA ANTONELLI COUNSEL TO ANNABELLE W.
CAFFRY AND SUSANNAH LUND
ANNABELLE W. CAFFRY
180 SOUTH MAIN STREET
PROVIDENCE, RI 02903

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY
LAW DEBENTURE TRUST COMPANY OF NEW YORK
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

PATTERSON HARKAVY
225 E WORTHINGTON AVE STE 200
CHARLOTTE, NC 28203-4886

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION
191 N. WACKER DRIVE, 30TH FLOOR
CHICAGO, IL 60606

PAUL WEISS RIFKIND WHARTON & GARRISON
STEPHEN J. SHIMSHAK; MARILYN SOBEL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PAUL HASTINGS, JANOFSKY & WALKER LLP
ROBERT E. WINTER
875 15TH STREET, NW
WASHINGTON, DC 20005

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL ESQ.
STEPHEN D. SCHREIBER ESQ.
1200 K STREET NW
WASHINGTON, DC 20005-4026

PEPPER HAMILTON LLP
ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ
1313 MARKET ST, STE 5100
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
ATTN: HENRY JAFFE ESQ.
1313 MARKET ST, STE 5100
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
EVELYN J. MELTZER, ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET PO BOX 1709
WILMINGTON, DE 19899-1709

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA ESQ.
4025 WOODLAND PARK BLVD, STE 300
ARLINGTON, TX 76013

PETER LAWRENCE
16295 VIA VENETIA W
DELRAY BEACH, FL 33484

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: DONNA L. HARRIS, ESQ.; KEVIN M. CAPUZZI, ESQ
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
1220 N. MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ
222 DELAWARE AVENUE, STE 1101
WILMINGTON, DE 19801

POST & SCHELL P.C.
ATTN: BRIAN W. BISIGNANI ESQ.
17 N 2ND ST, 12TH FL
HARRISBURG, PA 17101-1601

PAMELA J. POWELL
676 BROOKVIEW DRIVE
CHAPEL HILL, NC 27514

POYNER SPRUILL LLP
ATTN: SHANNON E. HOFF
301 S. COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

PRYOR CASHMAN LLP.
ATTN: RONALD S. BEACHER, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036

RAY QUINNEY & NEBEKER P.C.
ATTN: STEPHEN C. TINGEY, ESQ.
36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY, UT 84145-0385

REED SMITH LLP
ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

KATHLEEN REESE
200 CARNEGIE DRIVE
MILPITAS, CA 95035

MICHAEL D. REXROAD
5244 LINWICK DR
FUQUAY VARINA, NC 27526

RICHARD LYNN ENGLEMAN
1505 NEVADA DRIVE
PLANO, TX 75093

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ
ONE RODNEY SQUARE, 920 N KING ST
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH JR. ESQ.
1001 4TH AVE, STE 4500
SEATTLE, WA 98154-1192

ROBERT DALE DOVER
2509 QUAIL RIDGE RD.
MELISSA, TX 75454

ROBERT JOSEPH MARTEL
200 LIGHTHOUSE LANE; APT. B3
SWANSBORO, NC 28584

ROBINSON BRADSHAW & HINSON P.A.
ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.
101 NORTH TRYON ST, STE 1900
CHARLOTTE, NC 28246

RODGER G. CARLSEN
390 E. PASEO CELESTIAL
SAHUARITA, AZ 85629

RONALD J. ROSE JR.
26 PHEASANT RUN
BALLSTON SPA, NY 12020

CHAE S. ROOB
8584 CHANHASSEN HILLS DR. SOUTH,
CHANHASSEN, MN 55317

ROPES & GRAY LLP
ATTN: MARK I. BANE, ANNE H. PAK
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROPES & GRAY LLP
JAMES M. WILTON, ESQ. PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

CHARLES SANDNER
1970 N. LESLIE #3779
PAHRUMP, NV 89060

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET, 8TH FLOOR
BALTIMORE, MD 21202

SCOTT GENNETT
16 WILDWOOD DRIVE
LAKE GROVE, NY 11755

SEC NY REGIONAL OFFICE
ATTN: ALISTAR BAMBACH
BANKRUPTCY DIV_STE 400
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

SECRETARY OF STATE
ATTN: BANKRUPTCY / FRANCHISE TAX DEPT.
TOWNSEND BUILDING
SUITE 1 401 FEDERAL STREET
DOVER, DE 19901

SECRETARY OF TREASURY
820 SILVERLAKE BLVD., SUITE 100
DOVER, DE 19904

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS,
REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022

MANUEL SEGURA
215 SHERIDAN APT. #B-43
PERTH AMBOY, NJ 08861

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ
30 ROCKEFELLER PLAZA, 24TH FL
NEW YORK, NY 10112

SIRLIN GALLOGLY & LESSER, P.C.
ATTN: DANA S. PLON ESQ.
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PA 19109

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: SARAH E. PIERCE
ONE RODNEY SQUARE, PO BOX 636
WILMINGTON, DE 19899-0636

SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN
LLP
ATTN: AMOS U. PRIESTER IV ESQ.
ANNA B. OSTERHOUT ESQ.
P.O. BOX 2611
RALEIGH, NC 27602-2611

SMITH KATZENSTEIN & FURLOW
ATTN: KATHLEEN M. MILLER ESQ.
800 DELAWARE AVE., 7TH FL
WILMINGTON, DE 19801

SPECTRUM GROUP MANAGEMENT LLC
ATTN: DAVID D.R. BULLOCK
1250 BROADWAY, 19TH FLOOR
NEW YORK, NY 10001

STATE OF MI DEPT OF TREASURY
ATTN: DEBORAH B. WALDMEIR ESQ.
3030 W GRAND BLVD. STE. 10-200
CADILLAC PLACE
DETROIT, MI 48202

STATE OF MICHIGAN, DEPARTMENT OF TREASURY
HEATHER L. DONALD AND ALLISON M. DIETZ
REVENUE AND COLLECTIONS DIVISION
3030 W. GRAND BLVD, SUITE 10-200
DETROIT, MI 48202

STEMPEL BENNETT CLAMAN & HOCHBERG P.C.
ATTN: EDMOND P. O'BRIEN ESQ.
675 THIRD AVE, 31ST FL
NEW YORK, NY 10017

OLIVE JANE STEPP

470 FAIRVIEW ROAD

ASHEVILLE, NC 28803

STEVEN S. HONIGMAN

ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD

500 EAST 77TH STREET

NEW YORK, NY 10162

STEVENS & LEE P.C.

ATTN: MARIA APRILE SAWCZUK

1105 N MARKET ST, 7TH FL

WILMINGTON, DE 19801

MIRIAM L. STEWART

2615 BAILEY'S CROSSROADS RD.

BENSON, NC 27504

MICHAEL STUTTS

1616 HASTINGS BLUFF

MCKINNEY, TX 75070

SULLIVAN HAZELTINE ALLINSON LLC

ATTN: WILLIAM D. SULLIVAN ESQ.

901 N. MARKET STREET, SUITE 1300

WILMINGTON, DE 19801

SUMITOMO ELECTRIC

ATTN: CHRIS FINCH CREDIT MANAGER

78 ALEXANDER DRIVE, PO BOX 13445

TRIANGLE PARK, NC 27709

SWARTZ CAMPBELL LLC

ATTN: NICHOLAS SKILES ESQ.

300 DELAWARE AVENUE, SUITE 1410

WILMINGTON, DE 19801

THE INTECH GROUP INC.

ATTN: ERNIE HOLLING PRESIDENT

305 EXTON COMMONS

EXTON, PA 19341

THE INTERPUBLIC GROUP OF COMPANIES

ATTN: NICHOLAS VIANNA

1114 AVENUE OF THE AMERICAS, 19TH FLOOR

NEW YORK, NY 10036

MICHAEL R. THOMPSON
564 OLD CANDIA ROAD
CANDIA, NH 03034

TIM STEELE
POWER OF ATTORNEY FOR WAYNE SCHMIDT
P.O. BOX 37
CHRISTOPHER LAKE, SK S0J 0N0 CANADA

TISHLER & WALK, LTD.
JEFFREY B. ROSE
200 S. WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

TOGUT, SEGAL & SEGAL LLP
ATTN: ALBERT TOGUT, ESQ.; NEIL BERGER, ESQ.
ONE PENN PLAZA
NEW YORK, NY 10119

CARMEL TURLINGTON TOTMAN
164 BERTON STREET
BOONE, NC 28607

RAYMOND TURNER
1813 ERIC DRIVE
GRAHAM, NC 27253

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR, STE 400
LITTLETON, CO 80124

U.S. DEPT OF JUSTICE CIVIL DIV
ATTN: SETH B. SHAPIRO ESQ.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNISYS CORPORATION
ATTN: JANET FITZPATRICK
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNIVERSAL SERVICE ADMINISTRATIVE CO
ATTN: DAVID CAPOZZI, ACTING GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

LOIS DIANE UPHOLD

201 CAMDEN PARK DRIVE

GOLDSBORO, NC 27530

US ATTORNEY'S OFFICE

DISTRICT OF DELAWARE

1007 N. ORANGE STREET

WILMINGTON, DE 19801

US DEPARTMENT OF LABOR

FRANCES PERKINS BUILDING

200 CONSTITUTION AVE NW

WASHINGTON, DC 20210

VEDDER PRICE P.C.

ATTN: MICHAEL L. SCHEIN ESQ.

1633 BROADWAY, 47TH FL

NEW YORK, NY 10019

VEDDER PRICE P.C.

COUNSEL TO MIKE ZAFIROVSKI ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ

222 NORTH LASALLE STREET, SUITE 2600

CHICAGO, IL 60601

DEBRA VEGA

818 GLENCO ROAD

DURHAM, NC 27703

CLAUDIA VIDMER

213 ORCHARD LANE

GLEN ELLYN, IL 60137

VONBRIESEN & ROPER S.C.

ATTN: RANDALL D. CROCKER ESQ.

411 E WISCONSIN AVE, STE 700

MILWAUKEE, WI 53202

VORYS, SATER, SEYMOUR AND PEASE LLP

TIFFANY STRELOW COBB, ESQ.

52 EAST GAY STREET

COLUMBUS, OH 43215

WACHTELL, LIPTON, ROSEN & KATZ

ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ;

BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC.

51 WEST 52ND STREET

NEW YORK, NY 10019

JERRY WADLOW

PO BOX 79

WEWOKA, OK 74884

THELMA WATSON

PO BOX 971

BATH, SC 29816

WEIR & PARTNERS LLP

JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC.

824 MARKET STREET, SUITE 800

WILMINGTON, DE 19801-4939

WERB & SULLIVAN

ATTN: DUANE D. WERB ESQ.

300 DELAWARE AVE, 13TH FL

WILMINGTON, DE 19801

WICK PHILLIPS GOULD & MARTIN, LLP

ANDREW M. GOULD, ESQ. COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET

LM ERICSSON (PUBL.)

2100 ROSS AVENUE, SUITE 950

DALLAS, TX 75201

WILLIAM A. REED

7810 HEATON DRIVE

THEODORE, AL 36582

WILLKIE FARR & GALLAGHER LLP

ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.

787 7TH AVE

NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP

MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ.

787 SEVENTH AVENUE

NEW YORK, NY 10019-6099

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

ATTN: MARK G. LEDWIN ESQ.

3 GANNETT DR

WHITE PLAINS, NY 10604

PAUL DOUGLAS WOLFE

113 RED DRUM LANE

GLOUCESTER, NC 28528

WOLFF & SAMSON PC

ATTN: ROBERT E. NIES ESQ.

THE OFFICES AT CRYSTAL LAKE

ONE BOLAND DRIVE

WEST ORANGE, NJ 07052

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ.

COUNSEL TO GOOGLE INC. AND RANGER INC.

222 DELAWARE AVENUE, SUITE 1501

WILMINGTON, DE 19801

BRENDA L. WREAD

3408A WATER VISTA PARKWAY

LAWRENCEVILLE, GA 30044

KIM M. YATES

207 TOMATO HILL ROAD

LEESBURG, FL 34748

YOUNG CONAWAY

ATTN: JAMES L. PATTON,EDWIN J. HARRON

THE BRANDYWINE BLDG 17TH FL.

1000 WEST STREET

WILMINGTON, DE 19801

Law Debenture Trust Company of NY

c/o Robert L. Bice, II, Senior VP

400 Madison Avenue

4th Floor

NY, NY  10017

KATTEN MUCHIN ROSENMAN LLP

ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE
KEVIN BAUM

COUNSEL FOR WILMINGTON TRUST, NATIONAL
ASSOCIATION

575 MADISON AVENUE

NEW YORK, NY 10022-2585

GUSSIE H. ANDERSON

109 GUMPOND BELL RD

LUMBERTON, MS 39455

MD DEPARTMENT OF LABOR LICENSING & REG.

OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS
DIVISION

1100 N. EUTAW STREET, ROOM 401

SUITE 3000

BALTIMORE, MD 21201

The Bank of NY Mellon, as Indenture Trustee
Corporate Trust Risk
101 Barclay Street
Floor 8W
New York, NY  10286
ATTN:  Martin N. Feig

Cleary Gottlieb Steen & Hamilton LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

ATTN: NICOLAS GRICOURT
10 ALLE PIERRE DE COUBERTIN
VERSAILLES  78000
FRANCE

COSME ROGEAU
25 AVENUE HOCHE
VERSAILLES  78000
FRANCE

ERNST & YOUNG
ATTN: YARON HAR-ZVI
3 AMINADAV STREET
TEL AVIV 67067
ISRAEL

NORTEL COMMUNICATIONS HOLDINGS (1997)
LIMITED
14TH FLOOR, 35 EFAL STREET
PETAH TIKVA,  ISRAEL

NORTEL COMMUNICATIONS HOLDINGS (1997)
LIMITED
HAYARDEN STREET AI
BEN-GURION AIRPORT CITY CENTRE
PO BOX 266
TEL AVIV  70100
ISRAEL

NORTEL GMBH
MAIN AIRPORT CENTER
UNTERSCHEWEINSTIEGE 6
FRANKFURT AM MAIN  60549
GERMANY

NORTEL GMBH, ATTN: ALAN BLOOM/
CHRISTOPHER HILL ERNST & YOUNG LLP
1 MORE LONDON PLACE
LONDON  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS (AUSTRIA) GMBH
C/O BDO AUSTRIA GMGH, FISCHHOF 316
WIEN  1010
AUSTRIA

NORTEL NETWORKS (AUSTRIA) GMBH, ATTN: ALAN
BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP
1 MORE LONDON PLACE
LONDON  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS (IRELAND) LIMITED
MERVUE BUSINESS PARK
MERVUE, GALWAY,  IRELAND

NORTEL NETWORKS (IRELAND) LIMITED
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS AB
NORTEL NETWORKS FILIAL AF NORTEL NETWORKS
AKTIEBOLAG
LAUTRUPSGADE 11
COPENHAGEN,  5 2100
DENMARK

NORTEL NETWORKS AB
C/O BDO STOCKHOLM AB
BOX 241 15,
STOCKHOLM,  104 51
SWEDEN

NORTEL NETWORKS AB
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS B.V.
EVERT VAN DE BEEKSTRAAT
310 SCHIPHOL AIRPORT
SCHIPHOL,  1118 CX
THE NETHERLANDS

NORTEL NETWORKS B.V.
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS CORPORATION
5945 AIRPORT ROAD, SUITE 360
MISSISSAUGA, ON L4V 1R9
CANADA

NORTEL NETWORKS ENGINEERING SERVICE KFT.
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS ENGINEERING SERVICE KFT.
NAGY JENO UTCA 10
BUDAPEST,  1126
HUNGARY

NORTEL NETWORKS FRANCE S.A.S.
CENTRE D'AFFAIRES PARC LUMIERE
46, AVENUE DES FRERES LUMIERE
TRAPPES,  78190
FRANCE

NORTEL NETWORKS FRANCE S.A.S.
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF
UNITED KINGDOM

NORTEL NETWORKS GLOBAL CORPORATION
5945 AIRPORT ROAD, SUITE 360
MISSISSAUGA, ON L4V 1R9
CANADA

NORTEL NETWORKS GLOBAL CORPORATION
C/O PRAGMA GROUP QUANTUM TOWER, 6TH
FLOOR
CHARLES MALEK AVENUE
ASHRAFIEH, BEIRUT,
LEBANON

NORTEL NETWORKS GLOBAL CORPORATION
NORTEL NETWORKS GLOBAL CORPORATION
SHANGHAI,
CHINA - REPRESENTATIVE OFFICE 11/F, ETON
PLACE
69 DONGFANG ROAD
SHANGHAI,  200/20 CHINA

NORTEL NETWORKS GLOBAL CORPORATION
OUTSOURCING DIVISION
BDO (RUSSIA)
9, MALAYA SEMENOVSKAYA STR.,BLDG. 3
MOSCOW,  107023 RUSSIA

NORTEL NETWORKS HISPANIA, S.A.
CAMINO DEL CERRO DE LOS GAMOS
NO. 1 EDIFICIO 6,  28.224 POZUELO DE ALARCON
MADRID,   SPAIN

NORTEL NETWORKS HISPANIA, S.A.
ATTN: ALAN BLOOM/CHRISTOPHER HILL
ERNST & YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS INTERNATIONAL
CORPORATION
5945 AIRPORT ROAD, SUITE 360
MISSISSAUGA, ON L4V 1R9 CANADA

NORTEL NETWORKS INTERNATIONAL
CORPORATION
NORTEL NETWORKS INTERNATIONAL
CORPORATION
BEIJING REPRESENTATIVE OFFICE
NO. 6, WANGJING DONG LU
CHAOYANG DISTRICT,
BEIJING,  100102 PEOPLE'S REPUBLIC OF CHINA

NORTEL NETWORKS INTERNATIONAL
CORPORATION
NORTEL NETWORKS INTERNATIONAL
CORPORATION HO CHI
MINH CITY, VIETNAM - REP OFFICE
REGUS, ME LINH POINT TOWER, 6F & 7F, ME LINH
POINT
DISTRICT 1,
HO CHI MINH CITY,  VIETNAM

NORTEL NETWORKS INTERNATIONAL
CORPORATION

NORTEL NETWORKS INTERNATIONAL
CORPORATION HANOI,

VIETNAM - REPRESENTATIVE OFFICE

REGUS, HANOI PRESS CLUB, 4-6/F, 59A LY THAI TO

HOAM KIEM DISTRICT, HANOI,   VIETNAM


NORTEL NETWORKS INTERNATIONAL
CORPORATION

NORTEL NETWORKS INTERNATIONAL
CORPORATION PORT OF

SPAIN, TRINIDAD REPRESENTATIVE OFFICE

5/7 SWEET BRIAR ROAD

ST. CLAIR,   TRINIDAD


NORTEL NETWORKS INTERNATIONAL FINANCE &
HOLDING BV

EVERT VAN DE BEEKSTRAAT, 310 SCHIPHOL
AIRPORT

SCHIPHOL,  1118 CX THE NETHERLANDS


NORTEL NETWORKS INTERNATIONAL FINANCE &
HOLDING BV

ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG

LLP, 1 MORE LONDON PLACE

LONDON,  SE1 2AF UNITED KINGDOM


NORTEL NETWORKS ISRAEL

(SALES AND MARKETING) LIMITED

14TH FLOOR, 35 EFAL STREET

PETAH TIKVA,   ISRAEL


NORTEL NETWORKS ISRAEL

(SALES AND MARKETING) LIMITED

ATTN: AVI D. PELOSSOF ZELLERMAYER, PELOSSOF
&

CO, THE RUBENSTEIN HOUSE

20 LINCOLN STREET

TEL AVIV,   ISRAEL


NORTEL NETWORKS ISRAEL

(SALES AND MARKETING) LIMITED

BEN-GURION  AIRPORT CITY CENTRE, HAYARDEN
STREET

AIRPORT

TEL AVIV

, 70100 ISRAEL


NORTEL NETWORKS LIMITED

5945 AIRPORT ROAD, SUITE 360

MISSISSAUGA, ON L4V 1R9 CANADA


NORTEL NETWORKS N.V.

NORTEL NETWORKS NV C/O REGUS

PAGASUSLAAN 5

DIEGEM,  B-1831 BELGIUM


NORTEL NETWORKS N.V.

ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG

LLP, 1 MORE LONDON PLACE

LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS OY
C/O BDO OY,
VATTENIEMENRANTA 2
HELSINKI,  002 10 FINLAND

NORTEL NETWORKS OY
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS POLSKA SP Z.O.O.
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS PORTUGAL, S.A.
C/O ERNST & YOUNG
AVENIDA DA REPUBLICA 90 3O
LISBON,  1649-024 PORTUGAL

NORTEL NETWORKS S.A.
CENTRE D'AFFAIRES PARC LUMIERE
46, AVENUE DE FRERES LUMIERE
TRAPPES, 78190 FRANCE

NORTEL NETWORKS S.A.
COSME ROGEAU

25 AVENUE HOCHE
VERSAILLES,  78000
FRANCE

NORTEL NETWORKS S.A.
ATTN: EDOUARD FABRE, RAJEEV SHARMA-FOKEER

ANTOINE TCHEKHOFF
FOUCAUD, TCHEKHOFF, POCHET ET ASSOCIFS
1 BIS, AVENUE FOCH
PARIS, 75116 FRANCE

NORTEL NETWORKS S.P.A.
VIA SENIGALLIA N. 18/2
MILAN NORTH PARK
MILANO,   ITALY

NORTEL NETWORKS S.P.A.
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST &
YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS S.R.O.
KLIMENTSKA 1216/46
PRAGUE 1,  11002 CZECH REPUBLIC

NORTEL NETWORKS S.R.O.
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS SLOVENSKO, S.R.O.
SV. CYRILA A METODA 2
PIEST'ANY,  921 101 SLOVAK REPUBLIC

NORTEL NETWORKS SLOVENSKO, S.R.O.
ATTN: ALAN BLOOM/CHRISTOPHER HILL
ERNST & YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS TECHNOLOGY CORPORATION
C/O STEWART MCKELVEY
SUITE 800, 1959 UPPER WATER ST.
HALIFAX, NS B3J 2X2 CANADA

NORTEL NETWORKS TELECOMUNICACOES DO
BRASIL LTDA.
AVENIDA DAS NACOES UNIDAS, 17.891, 9 ANDAR,
PARTE
B
SANTO AMARO, SAO PAULO,  04795-000 BRAZIL

NORTEL NETWORKS UK LIMITED
ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG
LLP, 1 MORE LONDON PLACE
LONDON,  SE1 2AF UNITED KINGDOM

NORTEL NETWORKS UK LIMITED
ATTN: MICHAEL LUSKIN HUGHES HUBBARD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

NORTEL NETWORKS UK LIMITED
ATTN: JAMES L. PATTON, EDWIN J. HARRON YOUNG
CONAWAY THE BRANDYWINE BLDG
1000 WEST STREET 17TH FLOOR
WILMINGTON, DE 19801

NORTEL NETWORKS UK LIMITED
ATTN: STEPHEN GALE HERBERT SMITH, EXCHANGE
HOUSE
PRIMROSE STREEET
LONDON,  EC2A 2HS ENGLAND

NORTEL NETWORKS UK LIMITED
MAIDENHEAD OFFICE PARK
WESTACOTT WAY
MAIDENHEAD, BERKSHIRE,  SL6 3QH GB

NORTEL NETWORKS UK LIMITED
RIYADH, SAUDI ARABIA - BRANCH OFFICE
18TH FLOOR, ABRAJ BUILDING, ULAYYAH STREET
RIYADH,  11683 SAUDI ARABIA

THE UNSECURED CREDITORS COMMITTEE ("UCC")
ATTN: FRED HODARA, DAVID BOTTER,
ABID QURESHI, ROBERT JOHNSON
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
ONE BRYANT PARK
NEW YORK, NY 10036

THE UNSECURED CREDITORS COMMITTEE ("UCC")
ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ,
MICHAEL WUNDER
FRASER MILNER CASGRAIN LLP
1 FIRST CANADIAN PLACE
100 KING STREET WEST1
TORONTO, ON M5X 1B2 CANADA

THE UNSECURED CREDITORS COMMITTEE ("UCC")
ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ,
MICHAEL WUNDER, DENTONS
77 KING STREET WEST, SUITE 400
TORONTO, ON M5X 1B2 CANADA

THE UNSECURED CREDITORS COMMITTEE ("UCC")
ATTN: CHRISTOPHER M. SAMIS
RICHARDS, LAYTON & FINGER, P.A.
920 N. KING STREET, ONE RODNEY SQUARE
WILMINGTON, DE 19801

THE BONDHOLDERS' COMMITTEE
ATTN: ALBERT A. PISA, THOMAS R. KRELLER;
DENNIS DUNNE
MILBANK TWEED HADLEY & MCCLOY LLP
1 CHASE MANHATTA PLZ #47
NEW YORK, NY 10005

THE BONDHOLDERS' COMMITTEE
ATTN: JENNIFER HARRIS
MILBANK TWEED HADLEY & MCCLOY LLP
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

THE BONDHOLDERS' COMMITTEE
ATTN: GAVIN FINLAYSON, RICHARD B. SWAN,
KEVIN ZYCH, S. RICHARD ORZY
BENNETT JONES
POST OFFICE BOX 1303400 ONE FIRST CANADIAN
PLACE
TORONTO, ON M5X 1A4 CANADA

THE BONDHOLDERS' COMMITTEE
ATTN: KATHLEEN P. MAKOWSKI, LAURA DAVIS
JONES
PACHULSKI STANG ZIEHL & JONES LLP
919 NORTH MARKET STREET, 17TH FLOOR, P.O. BOX
8705
WILMINGTON, DE 19899-8705

THE MONITOR
ATTN: JAY CARGAGNINI, JESSICA KIMMEL, FRED
MYERS,
JOSEPH PASQUARIELLO, BENJAMIN ZARNETT; P.
RUBY
GOODMANS LLP
BAY ADELAIDE CENTRE, 333 BAY STREET, SUITE
3400
TORONTO, ON M5H 257 CANADA

THE MONITOR
ATTN: KEN COLEMAN, LAURA HALL,
DANIEL GUYDER, PAUL KELLER
ALLEN & OVERY LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

THE MONITOR
ATTN: MARY F. CALOWAY
BUCHANAN INGERSOLL & ROONEY
1105 NORTH MARKET STREET, SUITE 1900
WILMINGTON, DE 19801

THE JOINT ADMINISTRATORS
ATTN: DEREK J.T. ADLER, NEIL OXFORD,
FARA TABATABAI, CHARLES HUBERTY
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

THE JOINT ADMINISTRATORS
ATTN: JAIME LUTON CHAPMAN, JAMES L. PATTON,
EDWIN HARRON, JOHN T. DORSEY
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE, 1000 NORTH KING STREET
WILMINGTON, DE 19801

THE JOINT ADMINISTRATORS
ATTN: KEVIN LLOYD, JOHN WHITEOAK,
RICHARD LAWTON; STEPHEN GALE
HERBERT SMITH FREEHILLS LLP
EXCHANGE HOUSE, PRIMRISE STREET
LONDON,  EC2A 2HS UK

FRENCH LIQUIDATOR
ATTN: EDOURD FABRE, RAJEEV SHARMA FOKEER
FTPA, 1 BIS, AVENUE FOCH
PARIS,  75116 FRANCE

THE CANADA-ONLY CREDITORS' COMMITTEE THE
"CCC"
ATTN: MARK ZIGLER, SUSAN PHILPOTT,
ARI N. KAPLAN, BARBARA WALANCIK
KOSKIE MINSKY LLP
20 QUEEN STREET WEST, SUITE 900
TORONTO, ON M5H 3R3 CANADA

THE CANADA-ONLY CREDITORS' COMMITTEE THE
"CCC"
ATTN: BARBARA J. BOAKE, R. PAUL STEEP,
ELDER MARQUES, BYRON SHAW, JAMES D. GAGE
MCCARTHY TETRAULT
TORONTO DOMINION BANK TOWER, BOX 48, SUITE
5300
TORONTO, ON M5K 1E6 CANADA

THE CANADA-ONLY CREDITORS' COMMITTEE THE
"CCC"
ATTN: SELINDA MELNIK; RICHARD HANS;
TIMOTHY HOEFFNER,  DLA PIPER
919 NORTH MARKET STREET
SUITE 1500
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: EDMOND LAMEK, JOHN D. MARSHALL,
CRAIG J. HILL,  BORDEN LADNER GERVAIS
SCOTIA PLAZA, 40 KING STREET WEST, 44TH FLOOR
TORONTO, ON M5H 3Y4 CANADA

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DANIEL A. LOWENTHAL, BRIAN P. GUINEY
PATTERSON BELKNAP WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: STEPHEN M. MILLER, COURTNEY R. HAMILTON
MORRIS JAMES LLP
500 DELAWARE AVENUE, SUITE 1500, P.O. BOX 2306
WILMINGTON, DE 19899-2306

WILMINGTON TRUST COMPANY
ATTN: CRAIG A. BARBAROSH,
DAVID A. CRICHLOW, KAREN B. DINE
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NY 10022-2585

WILMINGTON TRUST COMPANY
ATTN: JOHN SALMAS, KENNETH KRAFT,
SARA VAN ALLEN
HEENAN BLAIKIE LLP, BAY ADELAIDE CENTRE

PO. BOX 2900, 333 BAY STREET, SUITE 2900
TORONTO, ON M5H 2T4 CANADA

WILMINGTON TRUST COMPANY , NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
ATTN: SUSAN P. JOHNSTON
CARTER LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK, NY 10005

NORTEL CANADIAN CONTINUING EMPLOYEES (NCCE)
ATTN: JANICE PAYNE, STEVEN LEVITT,
CHRISTOPHER C. ROOTHAM, AINSLIE BENEDICT
NELLIGAN O'BRIEN PAYNE
50 O'CONNOR, SUITE 1500,
OTTAWA, ON K1P 6L2 CANADA

NORTEL CANADIAN CONTINUING EMPLOYEES (NCCE)
ATTN: ARTHUR JACQUES, THOMAS MCCRAE
SHIBLEY RIGHTON LLP
250 UNIVERSITY AVENUE
SUITE 700
TORONTO, ON M5H 3E5 CANADA

UK ADMINISTRATOR
ATTN: SEAN CAMPBELL, ROBIN SCHWILL
DAVIES WARD PHILLIPS & VINEBERG LLP
155 WELLINGTON STREET WEST
TORONTO, ON M5V 3J7 CANADA

UK ADMINISTRATOR
ATTN: MATTHEW GOTTLIEB
LAX O'SULLIVAN SCOTT LISUS LLP
145 KING STREET WEST
SUITE 2750
TORONTO, ON M5H 1J8 CANADA

CANADIAN CREDITORS - SUPERINTENDENT OF FINANCIAL
SERVICES IN HIS CAPICITY AS ADMINISTRATOR
OF THE PENSION BENEFITS GUARANTEE FUND
ATTN: LILY HARMER, TINA LIE, KEN ROSENBERG, MAX ST
PALIARE ROLAND ROSENBERG ROTHSTEIN LLP
50 O'CONNOR    SUITE 1500

DIRECTORS AND OFFICERS
ATTN: LYNDON BARNES, EDWARD SELLERS,
ADAM HIRSCH; BETSY PUTNAM, OSLER HOSKIN
AND HARCOURT LLP, 100 KING STREET WEST
1 FIRST CANADIAN PLACE
P.O. BOX 50, SUITE 6100,
TORONTO, ON M5X 1B8 CANADA

TRUSTEES OF THE NNUK PENSION PLAN
AND THE PENSION PROTECTION FUND
ATTN: MARC ABRAMS, BRIAN E. O'CONNOR,
SAMEER ADVANI, JENNIFER E. CRYSTAL
WILLKIE FARR & GALLAGHER LLP
787 7TH AVE.
NEW YORK, NY 10019

TRUSTEES OF THE NNUK PENSION PLAN AND
THE PENSION PROTECTION FUND
ATTN: BRUCE LEONARD, DAVID WARD,
BILL BURDEN, CHRISTOPHER HORKINS
CASSELS BROCK & BLACKWELL LLP
40 KING STREET WEST SUITE 2100, SCOTIA PLAZA
TORONTO, ON M5H 3C2 CANADA

TRUSTEES OF THE NNUK PENSION PLAN
AND THE PENSION PROTECTION FUND
ATTN: JUSTIN R. ALBERTO, CHARLENE D. DAVIS
BAYARD, P.A.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19899

TRUSTEES OF THE NNUK PENSION PLAN
AND THE PENSION PROTECTION FUND
ATTN: D.J. MILLER, MICHAEL BARRACK
THORNTON GROUT FINNIGAN LLP
SUITE 3200 CANADIAN PACIFIC TOWER
100 WELLINGTON STREET WEST
TORONTO, ON M5K 1K7 CANADA

INDENTURE TRUSTEE - BANK OF NEW YORK
MELLON
ATTN: SHERYL E. SEIGEL
MCMILLAN LLP
BROOKFIELD PLACE, SUITE 4400
181 BAY STREET

TORONTO, ON M5J 2T3 CANADA

INDENTURE TRUSTEE - BANK OF NEW YORK
MELLON
ATTN: MICHAEL J. RIELA, ROBERT J. ROSENBERG
LATHAM & WATKINS LLP
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022

INDENTURE TRUSTEE - BANK OF NEW YORK
MELLON
ATTN: WILLIAM P. BOWDEN
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE, P.O. BOX 1150
WILMINGTON, DE 19899

CANADIAN CREDITORS - CANADIAN
AUTOWORKERS UNION
ATTN: LEWIS GOTTHEIL, BARRY WADSWORTH
205 PLACER COURT
TORONTO, ON M2H 3H9 CANADA

US DEBTORS
SCOTT BOMHOF, TONY DEMARINIS, ANDREW
GRAY,
ADAM SLAVENS, SHEILA BLOCK,  TORYS LLP
79 WELLINGTON STREET WEST
SUITE 3000

TORONTO, ON M5K 1N2 CANADA

CANADIAN DEBTORS
DERRICK TAY, JENNIFER STAM
GOWLING LAFLEUR HENDERSON LLP
1 FIRST CANADIAN PLACE,
100 KING STREET WEST, SUITE 1600
TORONTO, ON M5X 1G5 CANADA

CANADIAN DEBTORS
ATTN: MICHAEL LANG
NORTON ROSE CANADA LLP
1 SUITE 3800 ROYAL BANK PLAZA, SOUTH TOWER
200 BAY STREET, PO BOX 84
TORONTO, ON M5J 2Z4 CANADA