# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 29, 2013 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   ORAL ARGUMENT in Adversary
   **R / M #:**   95 / 0

2) Oral Argument in Adv. 11-53454
   **R / M #:**   12,115 / 0

## *Appearances:*

   SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

   HEARING HELD. AGENDA ITEMS:
   #1 - Judge Gross will issue an Opinion soon.  Parties will submit an order on stay of discovery.