# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138/11-53454 (KG)
COURTROOM LOCATION: 3
DATE: 10/29/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jaime Chapman | YCST | Joint Administrators |
| Justin Alberto | Bayard | UK Pension Claimants Committee |
| Chris Samis | Richards Layton | Redwood |
| Rachel Lipsitz | Kramer Levin | Redwood |
| Aaron Frankel | " " | " " |
| Bill Bowden | Ashby Geddes | Debtors |
| Annie Cordo | Morris Nichols | Debtors |
| Ed Kosmowski | Clark Hill | SNMP |
| John Wood | Egerton McAfee | " |
| Richard Busch | King & Ballow | " |
| Schuyler Carroll | Perkins Coie | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
### Courtroom

**Calendar Date:** 10/29/2013
**Calendar Time:** 02:00 PM ET

2nd Revision 10/29/2013 05:53 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5901031 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5905454 | Thomas Califano | (212) 335-4990 | DLA Piper US, LLP | Interested Party, Avaya Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5902878 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5900872 | Craig W. Dent | (212) 336-2864 | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5905450 | Jacob S. Frumkin | (212) 335-4614 | DLA Piper US, LLP | Interested Party, Avaya Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5905451 | Paul Gupta | (858) 638-6759 | DLA Piper US, LLP | Interested Party, Avaya Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5892155 | David H. Herrington | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5901024 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5904596 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 (11-5345 4) | Hearing | 5902922 | Selinda A. Melnik | 302-468-5650 | DLA Piper US, LLP | Interested Party, Canadian Creditors Committe / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 (11-5345 4) | Hearing | 5901773 | Laura Hall | (212) 610-7300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |