**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

## ashurst

Interim (S)

VAT Invoice Date: **29 October 2013**      Our Ref: **GDB/CCN01.00001**      Invoice No.: **356065**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 70,686.00 |
| For the period to 30 September 2013, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 237.18 |
| **Disbursements:** (NT) Fares and Incidental Expenses | 0.00 | 0.00 | 80.35 |
|  | 0.00 |  | 71,003.53 |
|  |  | VAT | 0.00 |
|  |  | Total | 71,003.53 |
|  |  | **Balance Due** | **71,003.53** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - Account No.: 00404268
**Sort Code: 50-00-00 - Swift Code: NWBKGB2L - IBAN Code: GB12NWBK50000000404268**
Please quote reference 356065 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



**The Official Unsecured Creditors Committ**
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2013

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Angela Pearson | 5.00 | 3,575.00 | (C0012) |
|  |  | 4.10 | 2,931.50 | (C0019) |
|  |  | 23.30 | 16,659.50 | (C0029) |
|  |  | **32.40** | **23,166.00** |  |
| Partner: | Marcus Fink | 2.60 | 1,794.00 | (C0012) |
|  |  | 12.30 | 8,487.00 | (C0019) |
|  |  | **14.90** | **10,281.00** |  |
| Senior Associate | Antonia Croke | 3.40 | 1,768.00 | (C0007) |
|  |  | 6.10 | 3,172.00 | (C0012) |
|  |  | 3.70 | 1,924.00 | (C0014) |
|  |  | 10.40 | 5,408.00 | (C0019) |
|  |  | 24.10 | 12,532.00 | (C0029) |
|  |  | **47.70** | **24,804.00** |  |
| Associate | Andy Wright | 3.00 | 1,305.00 | (C0019) |
|  |  | **3.00** | **1,305.00** |  |
| Associate | Lindsey Roberts | 0.80 | 324.00 | (C0002) |
|  |  | 4.10 | 1,660.50 | (C0003) |
|  |  | 2.40 | 972.00 | (C0012) |
|  |  | 0.90 | 364.50 | (C0019) |
|  |  | 1.70 | 688.50 | (C0029) |
|  |  | **9.90** | **4,009.50** |  |
| Junior Associate | Sophie Law | 0.70 | 227.50 | (C0002) |
|  |  | 1.40 | 455.00 | (C0003) |
|  |  | 3.70 | 1,202.50 | (C0007) |
|  |  | 1.10 | 357.50 | (C0012) |
|  |  | 3.20 | 1,040.00 | (C0029) |
|  |  | **10.10** | **3,282.50** |  |
| Trainee | Annie Morrin | 7.90 | 1,501.00 | (C0002) |
|  |  | 1.10 | 209.00 | (C0012) |
|  |  | 9.20 | 1,748.00 | (C0019) |
|  |  | **18.20** | **3,458.00** |  |
| Trainee | Chris Benbow | 0.90 | 171.00 | (C0003) |
|  |  | 0.60 | 114.00 | (C0012) |
|  |  | **1.50** | **285.00** |  |
| Trainee | Louise Chan | 0.50 | 95.00 | (C0003) |
|  |  | **0.50** | **95.00** |  |
|  | **TOTAL** | **138.20** | **70,686.00** |  |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0002**</u>        <u>**General Case Administration**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 0.80 | 405.00 | 324.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.70 | 325.00 | 227.50 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 7.90 | 190.00 | 1,501.00 |
| | | | Total | **2,052.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 16/09/2013 | Lindsey Roberts | LETT | Telephone conversation with Akin and Dentons re: Allocation; follow up discussion with ACROKE and AMP | 0.80 | 405.00 | 324.00 |
| 18/09/2013 | Annie Morrin | INTD | Brief SLW re background to case, important documents, status etc | 0.70 | 190.00 | 133.00 |
| 18/09/2013 | Sophie Law | INTD | Brief AMORRI trainee re background to case, impotant documents, status etc | 0.70 | 325.00 | 227.50 |
| 25/09/2013 | Annie Morrin | LETT | Reviewing the Nortel Supreme Court judgment to understand its effect. | 1.00 | 190.00 | 190.00 |
| 26/09/2013 | Annie Morrin | READ | Reviewing the main Nortel documents including dramatis personae, chronology of events, R&D and the IFSA to get a better understanding of the current position. | 4.60 | 190.00 | 874.00 |
| 27/09/2013 | Annie Morrin | READ | Reviewing the IFSA to understand its terms. | 1.60 | 190.00 | 304.00 |
| | | | | | | **2,052.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**      Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 4.10 | 405.00 | 1,660.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 1.40 | 325.00 | 455.00 |
| **Trainee** | | | | |
| CBENBO | Chris Benbow | 0.90 | 190.00 | 171.00 |
| LCHAN | Louise Chan | 0.50 | 190.00 | 95.00 |
| | | | Total | **2,381.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2013 | Lindsey Roberts | LETT | Email to Steve re: Monthly invoice | 0.10 | 405.00 | 40.50 |
| 05/09/2013 | Lindsey Roberts | DRFT | Review and mark-up monthly invoice | 0.40 | 405.00 | 162.00 |
| 13/09/2013 | Louise Chan | READ | Review draft invoice | 0.50 | 190.00 | 95.00 |
| 17/09/2013 | Lindsey Roberts | DRFT | Review and amendments to monthly invoice | 0.50 | 405.00 | 202.50 |
| 25/09/2013 | Lindsey Roberts | LETT | Emails to SLAW re: fee application handover | 0.20 | 405.00 | 81.00 |
| 25/09/2013 | Sophie Law | LETT | Emails from LROBER re: fee application handover | 0.20 | 325.00 | 65.00 |
| 26/09/2013 | Chris Benbow | READ | Review of monthly fee/expenses spreadsheet; discussion with LROBER re the same | 0.90 | 190.00 | 171.00 |
| 26/09/2013 | Lindsey Roberts | ATTD | Meeting with SLAW re: handover | 0.80 | 405.00 | 324.00 |
| 26/09/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application; discussion with CBENBO re: fee/expenses spreadsheet | 0.80 | 405.00 | 324.00 |
| 26/09/2013 | Lindsey Roberts | PREP | Prepare for fee applicaiton handover meeting and follow up | 0.80 | 405.00 | 324.00 |
| 26/09/2013 | Sophie Law | LETT | Various emails LROBER re fee applications | 0.40 | 325.00 | 130.00 |
| 26/09/2013 | Sophie Law | LETT | Intd handover w/LROBER re fee applications, interrim applications | 0.80 | 325.00 | 260.00 |
| 27/09/2013 | Lindsey Roberts | DRFT | Finalising monthly fee applicaiton; email to Brad and G Boothman re: the same | 0.50 | 405.00 | 202.50 |
| | | | | | | **2,381.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**     **Creditors Committee Meetings**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.40 | 520.00 | 1,768.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 3.70 | 325.00 | 1,202.50 |
| | | | Total | **2,970.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2013 | Antonia Croke | LETT | Review agenda for Committee Call | 0.10 | 520.00 | 52.00 |
| 06/09/2013 | Antonia Croke | LETT | Emails UCC call | 0.20 | 520.00 | 104.00 |
| 06/09/2013 | Sophie Law | LETT | Emails in from AG; Committee call | 1.00 | 325.00 | 325.00 |
| 10/09/2013 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 520.00 | 52.00 |
| 11/09/2013 | Antonia Croke | LETT | Review email and Agenda for Nortel Committee Call | 0.10 | 520.00 | 52.00 |
| 12/09/2013 | Sophie Law | LETT | Prep for committee call (read recent docs/emails etc); attd committee call | 1.00 | 325.00 | 325.00 |
| 19/09/2013 | Antonia Croke | LETT | Email SLAW re UCC call | 0.10 | 520.00 | 52.00 |
| 19/09/2013 | Antonia Croke | READ | Review Agenda for UCC call and the EMEA debtors' memorandum of argument for motion for leave to appeal to Canadian SC | 1.20 | 520.00 | 624.00 |
| 19/09/2013 | Antonia Croke | ATTD | Attend UCC call | 0.90 | 520.00 | 468.00 |
| 19/09/2013 | Sophie Law | ATTD | Prep for and attend committee call | 1.00 | 325.00 | 325.00 |
| 20/09/2013 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 520.00 | 208.00 |
| 20/09/2013 | Antonia Croke | LETT | Emails re UCC call: Nortel- Potential Testifying Experts from Navigant | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Antonia Croke | LETT | Review email re Committee Call | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Antonia Croke | LETT | Emails  Sophie Law  Re: Nortel call | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Sophie Law | LETT | Read agenda; UCC call; intd ACROKE re call | 0.70 | 325.00 | 227.50 |

|  |
|---|
| **2,970.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| AMP | Angela Pearson | 5.00 | 715.00 | 3,575.00 |
| MDF | Marcus Fink | 2.60 | 690.00 | 1,794.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.10 | 520.00 | 3,172.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 2.40 | 405.00 | 972.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 1.10 | 325.00 | 357.50 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 1.10 | 190.00 | 209.00 |
| CBENBO | Chris Benbow | 0.60 | 190.00 | 114.00 |
| | | | Total | 10,193.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 17/09/2013 | Angela Pearson | PREP | Prepare for deposition (Proofs of claims etc) | 2.50 | 715.00 | 1,787.50 |
| 17/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 17/09/2013 | Lindsey Roberts | READ | Review of emails re: discovery dispute and EMEA response letter | 0.20 | 405.00 | 81.00 |
| 17/09/2013 | Sophie Law | INTD | Briefing ACROKE trainee | 0.20 | 325.00 | 65.00 |
| 17/09/2013 | Sophie Law | LETT | Read emails in from AG re EMEA motion | 0.30 | 325.00 | 97.50 |
| 18/09/2013 | Antonia Croke | INTD | Confer AMP | 0.50 | 520.00 | 260.00 |
| 18/09/2013 | Antonia Croke | INTD | Confer SLAW | 0.10 | 520.00 | 52.00 |
| 18/09/2013 | Antonia Croke | LETT | Emails Abid | 0.20 | 520.00 | 104.00 |
| 18/09/2013 | Annie Morrin | INTD | Meeting to discuss the current position of the case and the anticipated next stage. | 1.10 | 190.00 | 209.00 |
| 18/09/2013 | Angela Pearson | INTD | Discussions with ACROKE re: Nortel planning | 0.80 | 715.00 | 572.00 |
| 18/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 18/09/2013 | Chris Benbow | CASE | Preparing a table of EMEA Debtors Proof of Claims | 0.60 | 190.00 | 114.00 |
| 18/09/2013 | Lindsey Roberts | READ | Review of emails and letters to Court re: discovery dispute | 0.90 | 405.00 | 364.50 |
| 18/09/2013 | Lindsey Roberts | DRFT | Document to assit with expert witnesses on EMEA proofs of claim; discussion with CBENBO re: the same | 0.40 | 405.00 | 162.00 |
| 18/09/2013 | Sophie Law | LETT | Emails in overnight AG re reply letter | 0.30 | 325.00 | 97.50 |
| 18/09/2013 | Sophie Law | INTD | Intds ACROKE and AMP re call earlier this week and capacity Nov/Dec to assist re Engl law expert reports and pensions depositions | 0.30 | 325.00 | 97.50 |
| 19/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Order Granting Joint Application for Issuance of Letters Rogatory | 0.10 | 520.00 | 52.00 |
| 19/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher | 0.10 | 520.00 | 52.00 |
| 19/09/2013 | Antonia Croke | LETT | Reviw email from Cordo, Annie Re: Nortel - Notice of Telephonic Hearing | 0.10 | 520.00 | 52.00 |
| 19/09/2013 | Antonia Croke | LETT | Review email from Putnam, Betsy  and Letter re Evidentiary Protections | 0.20 | 520.00 | 104.00 |
| 19/09/2013 | Antonia Croke | READ | Review draft and final ltr of the US estate  to Judge Gross and emails re same | 1.10 | 520.00 | 572.00 |
| 19/09/2013 | Antonia Croke | READ | Review emails and Court documents re Canadian motions and hearings | 1.10 | 520.00 | 572.00 |
| 19/09/2013 | Antonia Croke | READ | Review email from J Stam re deposition schedule | 0.10 | 520.00 | 52.00 |
| 19/09/2013 | Antonia Croke | READ | Review Order of Justice Morawetz and email re same | 0.30 | 520.00 | 156.00 |
| 19/09/2013 | Antonia Croke | LETT | Emails re UKPC issues | 0.40 | 520.00 | 208.00 |
| 19/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher | 0.10 | 520.00 | 52.00 |
| 19/09/2013 | Antonia Croke | READ | Review email re depositions and deposition calendars | 0.40 | 520.00 | 208.00 |
| 19/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 19/09/2013 | Angela Pearson | INTD | Email ACROKE/Marcus Fink | 0.20 | 715.00 | 143.00 |
| 19/09/2013 | Lindsey Roberts | DRFT | Note re: EMEA proof of claim jurisdictions | 0.50 | 405.00 | 202.50 |
| 19/09/2013 | Marcus Fink | LETT | Review Ashurst advice on pensions matters and trustee proof of claim and joint objection to proof of claim in preparation for review of witness bundles | 2.60 | 690.00 | 1,794.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 24/09/2013 | Lindsey Roberts | READ | Review of emails (and attached documents) | 0.40 | 405.00 | | 162.00 |
| 25/09/2013 | Antonia Croke | LETT | Review email from Matt Gottlieb | 0.10 | 520.00 | | 52.00 |
| 25/09/2013 | Antonia Croke | READ | Confer AMP; review pensions docs re deposition WS's; emails re same | 0.70 | 520.00 | | 364.00 |
| 25/09/2013 | Antonia Croke | PHON | Phone call R Johnson at Akin; confer AMP | 0.50 | 520.00 | | 260.00 |
| | | | | | | | 10,193.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0014**    **Canadian Proceedings/Matters**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.70 | 520.00 | 1,924.00 |
| | | | Total | 1,924.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0014**</u>        <u>**Canadian Proceedings/Matters**</u>

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2013 | Antonia Croke | READ | Review email from J Stam re Canadian proceedings update | 0.10 | 520.00 | 52.00 |
| 04/09/2013 | Antonia Croke | LETT | Review email from Schweitzer, Lisa M. Re: RE: Nortel Networks Corporation et al | 0.10 | 520.00 | 52.00 |
| 05/09/2013 | Antonia Croke | READ | Review Canadian Court endorsement | 0.10 | 520.00 | 52.00 |
| 08/09/2013 | Antonia Croke | LETT | Review email from Ruby, Peter Re: Privilege Log of the Monitor and Canadian Debtors | 0.20 | 520.00 | 104.00 |
| 16/09/2013 | Antonia Croke | READ | Review emails re EMEA motion in Canada and NNI limited objection and draft stipulation re same | 0.40 | 520.00 | 208.00 |
| 16/09/2013 | Antonia Croke | READ | Review moving parties motion record filed in Canada and emails re same | 0.40 | 520.00 | 208.00 |
| 16/09/2013 | Antonia Croke | READ | Review emails re responding motion record of the monitor and canadian debtors | 0.20 | 520.00 | 104.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Putnam, Betsy Re: NORTEL - Affidavit of Elizabeth Allen Putnam | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Potential Testifying Experts from Navigant and CVs of McConnell, Stulz, Aron and Easton | 0.50 | 520.00 | 260.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Affidavit of D&O Counsel re Joint Telephonic Hearing | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Dine, Karen B. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Johnson, Robert. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Bassett, Nick. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Cobb, Alexander. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | INTD | Confer AMP/LROBER | 0.20 | 520.00 | 104.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher. Notice of Motion Returnable September 18, 2013 | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Murphy, Kathleen A. Re: Certification of Counsel | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Murphy, Kathleen A. Re: Notice Pursuant to Section 12(d) of the Cross-Border Protocol | 0.10 | 520.00 | 52.00 |
| 23/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: Responding Motion Record of the Monitor and Canadian Debtors - Part 4 | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew and letter from Monitor/Can debtors to Judge Gross | 0.30 | 520.00 | 156.00 |

|  |
|---|
| **1,924.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 4.10 | 715.00 | 2,931.50 |
| MDF | Marcus Fink | 12.30 | 690.00 | 8,487.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 10.40 | 520.00 | 5,408.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 3.00 | 435.00 | 1,305.00 |
| LROBER | Lindsey Roberts | 0.90 | 405.00 | 364.50 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 9.20 | 190.00 | 1,748.00 |
| | | | Total | **20,244.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>      <u>**Labor Issues/Employee Benefits**</u>

|  |  |  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 16/09/2013 | Angela Pearson | INTD | Telephone conversation with Marcus Fink | 0.30 | 715.00 | 214.50 |
| 16/09/2013 | Marcus Fink | LETT | Call to ACROKE. Con with AMP re timetable and next steps. Compile and commence review of pension party related documents to read into matter | 2.20 | 690.00 | 1,518.00 |
| 20/09/2013 | Antonia Croke | READ | Review docs for UKPC depositions; confer AMP; emails re same; emails R Johnson at Akin; phone call R Johnson, AMP and MFINK | 3.80 | 520.00 | 1,976.00 |
| 20/09/2013 | Andy Wright | LETT | Managing tPR warning notice exhibits and witness statements; reviewing the same | 1.50 | 435.00 | 652.50 |
| 20/09/2013 | Angela Pearson | INTD | Discussions with ACROKE | 0.50 | 715.00 | 357.50 |
| 20/09/2013 | Angela Pearson | PHON | Telephone conversation with Robert Jonson | 0.50 | 715.00 | 357.50 |
| 20/09/2013 | Angela Pearson | PHON | Telephone conversation with Linklaters | 0.50 | 715.00 | 357.50 |
| 20/09/2013 | Angela Pearson | INTD | Discussion with Marcus | 0.30 | 715.00 | 214.50 |
| 20/09/2013 | Angela Pearson | READ | Review interrogatories - pension parties | 0.50 | 715.00 | 357.50 |
| 20/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 20/09/2013 | Lindsey Roberts | READ | Review of email re: depositions; expert witness list; discussion with ACROKE; depositions list | 0.60 | 405.00 | 243.00 |
| 20/09/2013 | Marcus Fink | LETT | Review emails re identities of witnesses for depositions. Consider same and discuss with ACROKE and AMP, update to ACW. Participate in call with AKIN re the same and commence review of exhibits to warning notices to identify and assess pension witnesses and consider key questions for the same | 3.10 | 690.00 | 2,139.00 |
| 21/09/2013 | Antonia Croke | LETT | Review email from Hanrahan, Andrew Re: Nortel - UKPC Document Production | 0.10 | 520.00 | 52.00 |
| 22/09/2013 | Antonia Croke | LETT | Emails AMP re depositions | 0.10 | 520.00 | 52.00 |
| 22/09/2013 | Angela Pearson | READ | Review interrogatories - pensions parties | 1.00 | 715.00 | 715.00 |
| 24/09/2013 | Antonia Croke | LETT | Review Pension materials | 0.90 | 520.00 | 468.00 |
| 24/09/2013 | Marcus Fink | LETT | Review and cross reference pension witness statements with Warning Notice and Exhibits, together with Pension Parties restated proof of claim | 2.40 | 690.00 | 1,656.00 |
| 25/09/2013 | Antonia Croke | LETT | Email from Angela Pearson Re: RE: Nortel - UKP | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Antonia Croke | READ | Review pensions claim materials | 0.80 | 520.00 | 416.00 |
| 25/09/2013 | Lindsey Roberts | READ | Article on Nortel Pension case and further case re: CN/pension deficits | 0.30 | 405.00 | 121.50 |
| 27/09/2013 | Antonia Croke | READ | Review pension claimants responses to consolidated interrogatories | 1.40 | 520.00 | 728.00 |
| 30/09/2013 | Antonia Croke | INTD | Confer AMORRI re UK pension issues | 0.40 | 520.00 | 208.00 |
| 30/09/2013 | Antonia Croke | READ | Review pensions materials for depositions; prepare evidence summary chart for depositions | 2.80 | 520.00 | 1,456.00 |
| 30/09/2013 | Andy Wright | LETT | Reviewing witness statements | 1.50 | 435.00 | 652.50 |
| 30/09/2013 | Annie Morrin | LETT | Preparing a witness schedule of key personnel for UK pensions depositions. | 9.20 | 190.00 | 1,748.00 |
| 30/09/2013 | Marcus Fink | LETT | Discuss depositions scheduling with A Croke and further review of witness statements and Pension party proof of claim. Considering questions for deposition | 4.60 | 690.00 | 3,174.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>C0019</u>  <u>**Labor Issues/Employee Benefits**</u>

| | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|
| | | | 20,244.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>        <u>**Intercompany Analysis**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 23.30 | 715.00 | 16,659.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 24.10 | 520.00 | 12,532.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 1.70 | 405.00 | 688.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 3.20 | 325.00 | 1,040.00 |
| | | | Total | 30,920.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0029**      **Intercompany Analysis**

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2013 | Angela Pearson | READ | Review emails re depositions | 0.50 | 715.00 | 357.50 |
| 03/09/2013 | Angela Pearson | READ | Review emails re depositions | 0.20 | 715.00 | 143.00 |
| 04/09/2013 | Antonia Croke | READ | Review Ltr from EMEA Debtors re 5th production | 0.20 | 520.00 | 104.00 |
| 04/09/2013 | Antonia Croke | READ | Review Ltr from EMEA debtors re deposition witnesses | 0.20 | 520.00 | 104.00 |
| 04/09/2013 | Antonia Croke | READ | Review emails from 3/9/13 re document production | 0.40 | 520.00 | 208.00 |
| 04/09/2013 | Antonia Croke | READ | Review EMEA Ltr re deposition witnesses | 0.10 | 520.00 | 52.00 |
| 04/09/2013 | Angela Pearson | READ | Review emails re document production | 0.30 | 715.00 | 214.50 |
| 05/09/2013 | Antonia Croke | READ | Review deposition schedule and emails re same | 0.50 | 520.00 | 260.00 |
| 05/09/2013 | Angela Pearson | READ | Review emails re deposition timetable | 0.50 | 715.00 | 357.50 |
| 05/09/2013 | Lindsey Roberts | READ | Deposition timetable | 0.10 | 405.00 | 40.50 |
| 05/09/2013 | Sophie Law | LETT | Read email in from AG re deposition schedules + attachments | 0.50 | 325.00 | 162.50 |
| 06/09/2013 | Antonia Croke | LETT | Review email from Johnson, Robert and attached UCC privilege log | 0.40 | 520.00 | 208.00 |
| 06/09/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 07/09/2013 | Antonia Croke | LETT | Review email from Gulney, Brian P. And Law Debenture Privilege Log | 0.40 | 520.00 | 208.00 |
| 07/09/2013 | Antonia Croke | LETT | Review email and attachments re Nortel - Additional Production of the U.S. Debtors and Notice of Inadvertently Produced Documents | 0.40 | 520.00 | 208.00 |
| 07/09/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara and Letter re: Deposition Witnesses | 0.10 | 520.00 | 52.00 |
| 07/09/2013 | Antonia Croke | READ | Review BNY privilege log | 0.20 | 520.00 | 104.00 |
| 07/09/2013 | Antonia Croke | READ | Review Wilmington Trust privilege log and email re same | 0.10 | 520.00 | 52.00 |
| 07/09/2013 | Antonia Croke | READ | Review EMEA ltr re 6th production and EMEA privilege logs | 0.40 | 520.00 | 208.00 |
| 08/09/2013 | Antonia Croke | READ | Review J Stam email re deposition schedule | 0.10 | 520.00 | 52.00 |
| 09/09/2013 | Angela Pearson | INTD | Email to SLAW | 0.20 | 715.00 | 143.00 |
| 09/09/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 10/09/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 11/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Schedule | 0.10 | 520.00 | 52.00 |
| 11/09/2013 | Angela Pearson | READ | Review emails | 0.80 | 715.00 | 572.00 |
| 11/09/2013 | Sophie Law | LETT | Read various emails in from AG re letter to Judge Gross, review attachment | 0.50 | 325.00 | 162.50 |
| 11/09/2013 | Sophie Law | LETT | Review emails in from AG re executed letters to Judge Gross/Morawetz | 0.20 | 325.00 | 65.00 |
| 12/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer | 0.10 | 520.00 | 52.00 |
| 12/09/2013 | Antonia Croke | LETT | Review email from Hanrahan, Andrew Re: Nortel - UKPC Document Production | 0.10 | 520.00 | 52.00 |
| 12/09/2013 | Antonia Croke | READ | Review email from Derek Abbott | 0.10 | 520.00 | 52.00 |
| 12/09/2013 | Antonia Croke | LETT | Review email from J Stam | 0.10 | 520.00 | 52.00 |
| 12/09/2013 | Angela Pearson | READ | Review emails | 0.20 | 715.00 | 143.00 |
| 13/09/2013 | Antonia Croke | LETT | Emails Re: Nortel- Allocation Litigation Status Call | 0.20 | 520.00 | 104.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>    <u>**Intercompany Analysis**</u>

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 13/09/2013 | Antonia Croke | LETT | Review email from Robert Johnson | 0.10 | 520.00 | 52.00 |
| 13/09/2013 | Angela Pearson | READ | Review emails | 0.20 | 715.00 | 143.00 |
| 14/09/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 520.00 | 52.00 |
| 15/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 16/09/2013 | Antonia Croke | LETT | Review email from Stein, Darryl G. Re: Nortel Deposition Logistics and Contacts | 0.10 | 520.00 | 52.00 |
| 16/09/2013 | Antonia Croke | ATTD | Attend call with Akin and Dentons re Exp reports | 0.50 | 520.00 | 260.00 |
| 16/09/2013 | Antonia Croke | LETT | Emails AMP | 0.20 | 520.00 | 104.00 |
| 16/09/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 16/09/2013 | Antonia Croke | LETT | Review EMEA ltr to Court re doc production | 0.60 | 520.00 | 312.00 |
| 16/09/2013 | Angela Pearson | PREP | Prepare for conference call (deposition diary etc) | 0.50 | 715.00 | 357.50 |
| 16/09/2013 | Angela Pearson | PHON | Conference call with Nortel | 0.50 | 715.00 | 357.50 |
| 16/09/2013 | Angela Pearson | INTD | Post call discussion with Antonia/Lindsey | 0.20 | 715.00 | 143.00 |
| 16/09/2013 | Angela Pearson | READ | Collate and review documents needed for deposition prep | 1.00 | 715.00 | 715.00 |
| 16/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 16/09/2013 | Lindsey Roberts | READ | Review of emails from 9 September to 13 September | 0.50 | 405.00 | 202.50 |
| 17/09/2013 | Antonia Croke | INTD | Confer SLAW | 0.10 | 520.00 | 52.00 |
| 17/09/2013 | Antonia Croke | READ | Review emails and Court documents from 09/09 to 10/09 re litigation related issues | 1.20 | 520.00 | 624.00 |
| 17/09/2013 | Antonia Croke | READ | Review email from Darryl Stein re depositions | 0.10 | 520.00 | 52.00 |
| 17/09/2013 | Antonia Croke | READ | Review US interests ltr to Judge Gross; ltr to Justice Morawetz and EMEA ltr to Judge Gross dated 12/9/13 | 1.00 | 520.00 | 520.00 |
| 17/09/2013 | Antonia Croke | READ | Review amended US estate's application for letters rogatory re involuntary witnesses | 1.10 | 520.00 | 572.00 |
| 17/09/2013 | Antonia Croke | READ | Review factum filed by US debtors and UCC re the EMEA debtors 3rd party production motion and email re same | 0.40 | 520.00 | 208.00 |
| 17/09/2013 | Antonia Croke | LETT | Emails Annie | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Wilson-Milne, Katherine Re: Joint Privilege Materials | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Joseph.Badtke-Berkow Re: US order approving stipulation amending deposition protocol | 0.10 | 520.00 | 52.00 |
| 20/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 22/09/2013 | Antonia Croke | LETT | Review email from Johnson, Robert Re: Joint Privilege Materials | 0.10 | 520.00 | 52.00 |
| 22/09/2013 | Antonia Croke | LETT | Review email from Bromley, James L. Re: Joint Privilege Materials | 0.10 | 520.00 | 52.00 |
| 22/09/2013 | Angela Pearson | READ | Review emails from W/E | 0.30 | 715.00 | 214.50 |
| 23/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Calendar & Exhibit Information | 0.10 | 520.00 | 52.00 |
| 23/09/2013 | Antonia Croke | LETT | Review email from Cobb, Alexander Re: Joint Privilege Materials | 0.10 | 520.00 | 52.00 |
| 23/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Dial In & Location Information | 0.10 | 520.00 | 52.00 |
| 23/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew and Certifications of Counsel and Court Orders re Discovery Disputes | 0.50 | 520.00 | 260.00 |
| 23/09/2013 | Antonia Croke | LETT | Emails re Court dates | 0.20 | 520.00 | 104.00 |
| 23/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>     <u>**Intercompany Analysis**</u>

| Date | Name | | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 23/09/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 715.00 | 143.00 |
| 23/09/2013 | Angela Pearson | PREP | Deposition prep | 1.00 | 715.00 | 715.00 |
| 23/09/2013 | Lindsey Roberts | READ | Review of emails re: depositions | 0.10 | 405.00 | 40.50 |
| 24/09/2013 | Antonia Croke | LETT | Review email from Wilson-Milne, Katherine Re: Joint Privilege Materials | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Notice of Subpoena | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Oral Argument Notification in Third Circuit Appeal | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Antonia Croke | LETT | Review email from Wilson-Milne, Katherine Re: Joint Privilege Materials - Executed Protective Order Amendment | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Antonia Croke | LETT | Review Ltr from US debtors to Judge Gross | 0.10 | 520.00 | 52.00 |
| 24/09/2013 | Angela Pearson | MISC | Depositions | 2.50 | 715.00 | 1,787.50 |
| 24/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 25/09/2013 | Antonia Croke | LETT | Review email from Johnson, Robert Re: Nortel- Certifications of Counsel re Discovery Disputes | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Antonia Croke | LETT | Review email from Mr David H Botter Re: Nortel- Certifications of Counsel re Discovery Disputes | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Certifications of Counsel re Discovery Disputes | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Antonia Croke | LETT | Review email from Mr Fred S Hodara Re: Nortel- Certifications of Counsel re Discovery Disputes | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer | 0.10 | 520.00 | 52.00 |
| 25/09/2013 | Angela Pearson | READ | Review emails | 0.30 | 715.00 | 214.50 |
| 25/09/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.50 | 715.00 | 357.50 |
| 25/09/2013 | Angela Pearson | PHON | Telephone conversation with AKIN | 0.50 | 715.00 | 357.50 |
| 25/09/2013 | Angela Pearson | READ | Review Witness Summaries and other documents | 2.00 | 715.00 | 1,430.00 |
| 25/09/2013 | Lindsey Roberts | READ | Review emails/letters re: EMEA Discovery Disputes | 0.30 | 405.00 | 121.50 |
| 26/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Antonia Croke | LETT | Review email from Matt Gottlieb | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Antonia Croke | LETT | Review email from Matt Gottlieb | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Antonia Croke | LETT | Review email from Bomhof, Scott | 0.10 | 520.00 | 52.00 |
| 26/09/2013 | Antonia Croke | INTD | Discussions with AMP | 0.40 | 520.00 | 208.00 |
| 26/09/2013 | Antonia Croke | READ | Review EMEA ltr to Judge Gross | 0.30 | 520.00 | 156.00 |
| 26/09/2013 | Angela Pearson | INTD | Discussions with ACROKE | 0.40 | 715.00 | 286.00 |
| 26/09/2013 | Angela Pearson | PHON | Telephone conversation with Robert Jonston | 0.30 | 715.00 | 214.50 |
| 26/09/2013 | Angela Pearson | PREP | Deposition prep | 3.00 | 715.00 | 2,145.00 |
| 26/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 27/09/2013 | Antonia Croke | INTD | Confer AMP | 0.30 | 520.00 | 156.00 |
| 27/09/2013 | Antonia Croke | READ | Review Akin notes on deponents and witness summaries for Jeffries, Barton and Rees | 2.60 | 520.00 | 1,352.00 |
| 27/09/2013 | Antonia Croke | LETT | Review email from Mr David H Botter Re: RE: Nortel- Subpoena | 0.10 | 520.00 | 52.00 |
| 27/09/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Andrew Howard | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>    <u>**Intercompany Analysis**</u>

| Date | Name | Task | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 27/09/2013 | Antonia Croke | READ | Review email from Fagen, Matthew Re: Nortel and Subpoena served on Giovanna Sparagna | 0.20 | 520.00 | 104.00 |
| 27/09/2013 | Antonia Croke | LETT | Review Supplementary Responses of the US Debtors to the Witness Identification Interrogatories and email re same | 1.80 | 520.00 | 936.00 |
| 27/09/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher | 0.10 | 520.00 | 52.00 |
| 27/09/2013 | Angela Pearson | PREP | Deposition prep | 3.00 | 715.00 | 2,145.00 |
| 27/09/2013 | Angela Pearson | INTD | Confer ACROKE | 0.30 | 715.00 | 214.50 |
| 27/09/2013 | Lindsey Roberts | READ | Review of emails and attachment responses | 0.30 | 405.00 | 121.50 |
| 27/09/2013 | Sophie Law | READ | Review various recent emails in AG re depositions | 0.50 | 325.00 | 162.50 |
| 28/09/2013 | Antonia Croke | READ | Review email from Fagen, Matthew Re: Nortel and the Mary Cross Subpoena | 0.30 | 520.00 | 156.00 |
| 30/09/2013 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Updated Privilege Logs | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | LETT | Review letter from Goodmans Re: Nortel - Notice of additional Affiants/Trial Witnesses | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | LETT | Emails M Fink | 0.30 | 520.00 | 156.00 |
| 30/09/2013 | Antonia Croke | LETT | Email Robert at Akin | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | LETT | Emails Akin re depositions | 0.50 | 520.00 | 260.00 |
| 30/09/2013 | Antonia Croke | LETT | Emails Akin/Clearys re Expert reports | 0.30 | 520.00 | 156.00 |
| 30/09/2013 | Antonia Croke | READ | Review materials re administrators' powers to enter into an arbitration a'ment; confer AMORRI and SLAW; draft email to Akin re same | 1.50 | 520.00 | 780.00 |
| 30/09/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | INTD | Confer AMP | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | LETT | Emails SLAW | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | LETT | Emails Jackie at Akin | 0.10 | 520.00 | 52.00 |
| 30/09/2013 | Antonia Croke | PHON | Phone call Akin re depositions | 0.40 | 520.00 | 208.00 |
| 30/09/2013 | Antonia Croke | INTD | Confer AMP re depositions | 0.50 | 520.00 | 260.00 |
| 30/09/2013 | Antonia Croke | INTD | Confer MFINK re depositions | 0.20 | 520.00 | 104.00 |
| 30/09/2013 | Antonia Croke | INTD | Confer AMORRI re depositions | 0.40 | 520.00 | 208.00 |
| 30/09/2013 | Angela Pearson | READ | Review emails | 0.50 | 715.00 | 357.50 |
| 30/09/2013 | Angela Pearson | INTD | Discussions with ACROKE | 0.50 | 715.00 | 357.50 |
| 30/09/2013 | Lindsey Roberts | CASE | Locating and breif review of UK Court Motion re IFSA | 0.40 | 405.00 | 162.00 |
| 30/09/2013 | Sophie Law | RSCH | Intd ACROKE, query re admin's powers to enter into arbitration agreement, research, further intds ACROKE, AMORRI | 1.00 | 325.00 | 325.00 |
| 30/09/2013 | Sophie Law | MISC | Intds ACROKE re witness depositions, preparation, witness summaries; review emails re same | 0.50 | 325.00 | 162.50 |

| | | | | | | 30,920.00 |
|---|---|---|---|---|---|---|