Exhibit C

DISBURSEMENT SUMMARY
SEPTEMBER 01, 2013 THROUGH SEPTEMBER 30, 2013

| Document Production | £217.18 |
|---|---|
| Travel – Ground Transportation | £30.00 |
| Meals | £50.35 |
| **TOTAL** | **£317.53** |