**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**  237.18

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 05/08/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAUG13 DATE: 26/08/2013 Expenses @ MARKS & SPENCER LONDON. (1 GOODS) 05/08/2013 ACROKE Dinner whilst working late. | 11.35 |
| 08/08/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAUG13 DATE: 26/08/2013 Expenses @ K10 SUSHI LONDON. (GOODS) 08/08/2013 ACROKE Dinner whilst working late + SLAW. | 39.00 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 20/09/2013 | VENDOR: Roberts, Lindsey INVOICE#: 042859740925001266676 DATE: 25/09/2013 Taxi, 20/09/13, ACROKE working late | 30.00 |

317.53