## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 01, 2013 THROUGH SEPTEMBER 30, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 32.40 | 23,166.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 14.90 | 10,281.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 47.70 | 24,804.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £435 | 3.00 | 1,305.00 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 9.90 | 4,009.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 10.10 | 3,282.50 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group; London | £190 | 0.50 | 95.00 |
| Chris Benbow | Trainee Solicitor; Dispute Resolution Group; London | £190 | 1.50 | 285.00 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group; London | £190 | 18.20 | 3,458.00 |
| **TOTAL** | | | 138.20 | 70,686.00 |

30435927

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 01, 2013 THROUGH SEPTEMBER 30, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 9.40 | 2,052.50 |
| Ashurst Fee Application / Monthly Billing Reports | 6.90 | 2,381.50 |
| Creditors Committee Meetings | 7.10 | 2,970.50 |
| General Claims Analysis | 18.90 | 10,193.50 |
| Canadian Proceedings/Matters | 3.70 | 1,924.00 |
| Labor Issues / Employee Benefits | 39.90 | 20,244.00 |
| Intercompany Analysis | 52.30 | 30,920.00 |
| TOTAL | 138.20 | 70,686.00 |