```
                  IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                        )  Case No. 09-10138(KG)
                              )  (Jointly Administered)
                              )
NORTEL NETWORKS, INC., et al.,)  Chapter 11
                              )
                              )  Courtroom
         Debtors.             )  824 Market Street
                              )  Wilmington, Delaware
═══════════════════════════════
SNMP RESEARCH INTERNATIONAL,  )  October 29, 2013
INC.                          )  2:00 p.m.
                              )
     and                      )
                              )  Adv.Proc.No. 11-53454(KG)
SNMP RESEARCH, INC.,          )
                              )
         Plaintiffs,          )
                              )
     VS.                      )
                              )
NORTEL NETWORKS, INC., ET AL.,)
NORTEL NETWORKS CORPORATION,  )
NORTEL NETWORKS LIMITED,      )
NORTEL NETWORKS GLOBAL CORP., )
GENBAND US LLC, GENBAND, INC. )
PERFORMANCE TECHNOLOGIES, INC.)
PERFTECH (PTI) CANADA, AVAYA, )
INC., RADWARE, LTD.,          )
                              )
     and                      )
                              )
JOHN DOE DEFENDANTS 1-100,    )
                              )
         Defendants.          )
═══════════════════════════════
```

```
                TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE
              UNITED STATES BANKRUPTCY JUDGE


ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:

For Debtor:                 Morris Nichols Arsht & Tunnell, LLP
                            BY: ANN CORDO, ESQ.
                            1201 N. Market St., 18th Floor
                            Wilmington, DE  19899-1347
                            (302) 351-9357

For the Creditors'          Richards Layton & Finger
Committee:                  BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531

For Joint
Administrators:             Young Conaway Stargatt & Taylor LLP
                            BY: JAIME LUTON CHAPMAN, ESQ.
                            Rodney Square
                            1000 N. King Street
                            Wilmington, DE  19801
                            (302) 571-5030

For UK Pension
Interests:                  Bayard, PA
                            BY: JUSTIN R. ALBERTO, ESQ.
                            222 Delaware Ave., Ste. 900
                            Wilmington DE  19899
                            (302) 429-4226

For Radware:                Kramer Levin Naftalis & Frankel LLP
                            BY: RANDY LIPSITZ, ESQ.
                            BY: AARON FRANKEL, ESQ.
                            1177 Avenue of the Americas
                            New York, NY  10036
                            (212) 715-9100

                            Ashby & Geddes
                            BY:  WILLIAM P. BOWDEN, ESQ.
                            500 Delaware Avenue
                            Wilmington, DE  19899

For SNMP:                   Clark Hill
                            BY: EDWARD J. KOSMOWSKI, ESQ.
                            824 N. Market St., Ste. 710
                            Wilmington, DE  19801
                            (302) 250-4750

```
APPEARANCES:
(Continued)

For SNMP:                   Egerton McAfee
                            BY: JOHN WOOD, ESQ.
                            900 S. Gay Street
                            1400 Riverview Tower
                            Knoxville, TN  37902
                            (865) 546-0500

                            King & Ballow
                            BY: RICHARD BUSCH, ESQ.
                            315 Union Street, Ste. 1100
                            Nashville, TN 3721
                            (615) 259-3456

                            Perkins Coie
                            BY: SCHUYLER G. CARROLL, ESQ.
                            30 Rockefeller Plaza, 22nd Fl.
                            New York, NY  10112-0085
                            (212) 262-6905

TELEPHONIC APPEARANCES:

For Debtor:                 Cleary Gottlieb Steen & Hamilton
                            BY: DAVID H. HERRINGTON, ESQ.
                            (212) 225-2000

For Official Committee
Of Unsecured Creditors:     Akin Gump Strauss Hauer & Feld, LLP
                            BY: DAVID BOTTER, ESQ.
                            (212) 872-1055
                            BY: BRAD KAHN, ESQ.
                            (212) 872-8121

For Avaya, Inc.:            DLA Piper US, LLP
                            BY: THOMAS CALIFANO, ESQ.
                            (212) 335-4990
                            BY: JACOB S. FRUMKIN, ESQ.
                            (212) 335-4614
                            BY: PAUL GUPTA, ESQ.
                            (858) 638-6759
                            BY: SELINDA A. MELNIK, ESQ.
                            (302) 468-5650
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Monitor, Ernst &
Young:                    Allen & Overy, LLP
                          BY: LAURA HALL, ESQ.
                          (212) 610-7300

For Bank of America:      Bank of America
                          BY: ESTHER CHUNG
                          (646) 855-6705

For Farallon Capital
Management:               Farallon Capital Management
                          BY: MICHAEL LINN
                          (415) 421-2132
```

1

1    WILMINGTON, DELAWARE, TUESDAY, OCTOBER 29, 2013, 2:00 P.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good afternoon everyone.  Thank you.

4    Please be seated.  It's a pleasure to have you and we're

5    here, of course, on Radware's Motion to Dismiss.  Mr.

6    Bowden, how about some introductions?

7              MR. BOWDEN:  Happy to, Your Honor.  For the

8    record, Bill Bowden, of Ashby & Geddes, for Radware, Ltd.

9    Your Honor, I'm joined this afternoon by my colleagues from

10   the Kramer Levin Firm, Randy Lipsitz, and we have --

11             THE COURT:  Nice to see you, Mr. Lipsitz.

12             MR. BOWDEN:  -- Aaron Frankel.

13             THE COURT:  Welcome.

14             MR. FRANKEL:  Good afternoon.

15             MR. BOWDEN:  Your Honor, as we advised Your Honor

16   at the teleconference we had last week I believe, Mr.

17   Lipsitz and Mr. Frankel will be sharing portions of the

18   argument --

19             THE COURT:  Yes.

20             MR. BOWDEN:  -- on Radware's side --

21             THE COURT:  All right.

22             MR. BOWDEN:  -- if we might.  And obviously, Your

23   Honor, as Your Honor has acknowledged, we're here on Radware's

24   Motion to Dismiss.

25             THE COURT:  Yes.

1        MR. BOWDEN:  Unless Your Honor has any questions of

2   me, or would like Mr. Kosmowski to introduce his colleagues?

3        THE COURT:  Yes, I would.  I think that would be

4   helpful and then I have just a couple of preliminary comments

5   to make.  Mr. Kosmowski, hello.

6        MR. KOSMOWSKI:  Good afternoon, Your Honor.  For

7   the record, Ed Kosmowski, of Clark Hill, here on behalf of

8   SNMP.

9        THE COURT:  Yes.

10       MR. KOSMOWSKI:  Your Honor, who I have with me is

11  John Wood --

12       THE COURT:  Mr. Wood.

13       MR. KOSMOWSKI:  -- of Egerton McAfee; Schuyler

14  Carroll, of Perkins Coie; and then Richard Busch, of King &

15  Ballow.  Mr. Busch will be doing most of the presentation with

16  respect to SNMP.

17       THE COURT:  All right.  Wonderful.

18       MR. KOSMOWSKI:  So we're ready for your questions,

19  Your Honor.

20       THE COURT:  Thank you.  Just a few preliminary

21  comments because I know there was a suggestion, and I don't

22  usually do this but I think it's appropriate here.  I know I

23  was asked to hear argument and -- asked by I should say by

24  SNMP to hear argument, perhaps to withhold making a ruling and

25  based upon a Motion to Withdraw the Reference.  And first of

1  all, I frankly have not seen a case in which the Plaintiff was

2  seeking the withdraw of the Reference.  They chose -- you

3  know, a Plaintiff chooses a forum and proceeds in that forum

4  and so that sort of throws me off a little bit and we haven't

5  found a case, frankly, where that took place.

6         Secondly, this case has been pending for quite some

7  time and there is a timeliness issue in Motions to Withdraw

8  the Reference and I don't know that the Motion is timely.  I

9  mean we found a case, for example, just looking briefly, six

10  months was held to be untimely and this has obviously far

11  exceeded that.

12         The other thing that concerns me, and I have not

13  seen the Motion to Withdraw the Reference, but this oral

14  argument was scheduled months ago and to have a Motion to

15  Withdraw the Reference filed on the eve of an oral argument

16  for which this Court has prepared at great effort I think is

17  questionable.  This is not going to be a scrimmage.  This is

18  really the oral argument and I think that Opposing Counsel has

19  obviously worked as hard as you have to prepare and the

20  parties deserve to have the Court rule on this matter.

21         Also, there was a Motion to Stay Discovery, or at

22  least a request to stay discovery, and I'm going to grant

23  that.  This case has been pending for a very long time and a

24  brief delay, a relatively brief delay, of a month or two for

25  this Court to decide this Motion to Dismiss really, I don't

1   think, is inappropriate and, moreover, I have a Dispositive

2   Motion before me which may resolve all of the issues as to

3   Defendant Radware and it's a substantial Motion and I think

4   that, under the circumstances, it would be inappropriate for

5   me to allow discovery to proceed.  Moreover, there are a

6   number of parties, other parties, and proceeding with

7   discovery as to one Defendant couldn't result in -- could

8   result in duplicative efforts later on and I don't think

9   that's appropriate either.

10              I also want to make it clear that we're here to

11  consider the Complaint and not to consider extrinsic

12  allegations of fact.  It's important that the Court understand

13  what is speculation and what is a fact, obviously, on a Motion

14  to Dismiss and this argument is on the facts within the

15  confines of the Complaint.

16              There were also some references to settlement

17  discussions and that's something that the Court just does not

18  want to hear.  As my grandmother used to say about her married

19  children; I don't see them when they kiss and I don't see them

20  when they fight, you know, and I see parties when they fight

21  but I don't want to know about the kissing and so those are my

22  preliminary comments and I know that I discussed proceeding

23  with the Plaintiff's statement of the facts, with the

24  Defendant then responding.  So why don't we move forward with

25  that?

1    MR. BUSCH:  Your Honor, may I respond just to a

2  couple of your preliminary statements?

3    THE COURT:  Sure.

4    MR. BUSCH:  Because I think, on the bankruptcy

5  issue of the Plaintiff moving to withdraw the Reference, I'm

6  going to let my Co-Counsel who's a bankruptcy lawyer address

7  that.  But there were a couple of things that Your Honor said

8  that I think --

9    THE COURT:  Yes.

10    MR. BUSCH:  -- I would like to address very

11  briefly.

12    THE COURT:  All right.  And I didn't mean to open

13  up argument.  This isn't, you know, the -- I'm not deciding

14  the Motion to Withdraw the Reference for one thing.

15    MR. BUSCH:  Right.

16    THE COURT:  That will be decided by the District

17  Court and -- but I was just making that statement sort of in

18  the context of how it came about.

19    MR. BUSCH:  I understand.  But I think that there

20  is a couple things that I do need to say in response to Your

21  Honor's concerns --

22    THE COURT:  Okay.

23    MR. BUSCH:  -- or thoughts.

24    THE COURT:  Sure.

25    MR. BUSCH:  First of all, as far as the timing for

1   the Motion to Withdraw the Reference, so that Your Honor

2   understands, we were under an Order of the Bankruptcy Court

3   not to engage in any proceedings until we concluded a

4   mediation before Judge Garrity with Nortel, the Debtor.  That

5   mediation is still ongoing.

6            THE COURT:  Okay.

7            MR. BUSCH:  And, therefore, nothing has occurred

8   and we could not file the Motion to Withdraw the Reference

9   until that procedure has been completed and it still hasn't

10  been completed.  So for Your Honor's sake, and understanding

11  why this Motion to Withdraw the Reference or the Notice of

12  Intent or Request to File the -- an Intention to File the

13  Notice to Withdraw the Reference Under Seal was filed last

14  night, a reason why it's now coming up is, in part, because

15  of this hearing.  But the so-called delay was because we

16  can't file anything until the mediation has been concluded,

17  and for one reason or another, it's still ongoing.

18           THE COURT:  Okay.

19           MR. BUSCH:  Okay.  That's number one.  Number two,

20  the reason that we filed what we filed last night is for one

21  of the very same reasons that Your Honor just mentioned,

22  which is we didn't want there to be an argument from anybody;

23  Radware, Nortel, Avaya, any of the parties who are involved

24  in this litigation, that we voluntarily came in, conducted

25  this hearing.  We consented to the jurisdiction of the

1 Bankruptcy Court pursuant to it and waived any right to file

2 the Motion to Withdraw the Reference when we can file it

3 which is after the mediation succeeds or fails with Nortel.

4 So we wanted this on record.  We wanted there to be no

5 mistake.  We mentioned it in our responsive pleading to the

6 Motion to Dismiss that we were considering doing this.  And

7 we wanted it to be very clear that our position is that until

8 the Motion to Withdraw the Reference is decided, there should

9 be no ruling on this because this may end up in the District

10 Court anyways.  And so that is -- that's why we filed it.  It

11 was not gamesmanship.  It was not tactical.  It was merely as

12 being good lawyers, protecting the record and protecting our

13 clients' interest so that no one could step up later and say

14 hey, you showed up in Delaware.  You had this hearing.  You

15 could have raised an objection to it.  You could have said

16 there shouldn't be a ruling.  You didn't do it.  You didn't

17 put anything on file.  So we wanted to make sure that was on

18 file so there'd be no misunderstanding among any of the

19 parties.

20          THE COURT:  Well, I would just say this.  I don't

21 think SNMP consented to the jurisdiction of the Court.  I

22 think it invoked the jurisdiction of the Court for one thing.

23          MR. BUSCH:  Well, I'm going to -- like I said, I'm

24 going to let my Co-Counsel discuss that in a moment.

25          THE COURT:  All right.

1          MR. BUSCH:  And then the third thing that I did

2    want to mention is this.  Yes, we are here on a Motion to

3    Dismiss and yes, I'm going to point out to Your Honor why we

4    think it should be denied for various reasons.  But Your

5    Honor did make one statement that I think I just need to

6    briefly address.

7          THE COURT:  Fine.

8          MR. BUSCH:  We are happy to discuss what we've

9    pleaded in the Complaint but, under the Third Circuit Rules

10   under basically the authority of every Circuit Court, a Leave

11   to Amend is to be granted freely unless it would result in

12   futility essentially.  And so while Your Honor is considering

13   the Motion to Dismiss and while we think we've pleaded our

14   causes of action adequately, we do think that we should be

15   able to point out to Your Honor the additional facts we can

16   plead to cure any issue that Your Honor finds with the

17   initial pleading.  So Your Honor said well, I'm here to talk

18   about the four corners of the Complaint and what you've

19   pleaded and it's a serious Motion and so forth and so on.

20   But in order to consider whether we should be granted leave

21   to amend, whether it would be completely futile, whether we

22   can plead valid causes of action, we can explain to Your

23   Honor on any fact that you think might be deficiently pleaded

24   what facts we can assert to cure any deficiency Your Honor

25   finds.

1           THE COURT:  Well, you'll certainly have that

2    opportunity if the case is dismissed and if you choose to

3    file an Amended Complaint.

4           MR. BUSCH:  Well, I guess my point is it shouldn't

5    be -- what the Court should do, if the Court finds there's a

6    deficient pleading, is not to dismiss the case but rather to

7    allow us to amend the Complaint.  That's the appropriate

8    procedure.  The case doesn't get dismissed.  What the Court

9    does is the Court says I'm going to give you leave to amend

10   the Complaint to cure any deficiency.  That's what should

11   occur.

12          THE COURT:  All right.  Well, that certainly is

13   something that we'll argue later, perhaps.  But I would also

14   like to note that when our District Court withdraws the

15   Reference, the normal practice is that they refer the case

16   back to this Court for all pre-trial proceedings and I would

17   expect that to happen here as well but, obviously, that's up

18   to the District Court.  But I don't think that -- I certainly

19   did not intend to waste my time today and I didn't intend to

20   waste Counsel's time today by holding this argument.  I think

21   it's, you know, a matter that is proceeding and that the

22   Court should and will decide.

23          MR. BOWDEN:  Thank you, Your Honor.

24          MR. BUSCH:  Okay.  Well --

25          THE COURT:  Really, I made these preliminary

1    comments just so people know, just to move the case -- just

2    to move the argument along.  I'm not here to hear argument

3    about a Motion to Withdraw the Reference or -- the master

4    fact is this argument was scheduled months ago and nothing

5    happened until the last few days so that's problematic to me.

6            MR. CARROLL:  Absolutely, Your Honor, and let me

7    just very briefly address those points and we are here today

8    and we are prepared to go forward with the argument.  So

9    we're not trying to play any games or anything like that.

10           THE COURT:  Sure.

11           MR. CARROLL:  Just very quickly, and a couple of

12   things, you mentioned that we not only consented to the

13   jurisdiction by invoked the jurisdiction.

14           THE COURT:  Yes.

15           MR. CARROLL:  Your Honor, we don't view it that

16   way and I think the cases actually will bear out that is not

17   the case.  We filed the Complaint here because we were

18   required to.  Because of the bankruptcy filing, we don't have

19   any choice but to file it here.  It's very much like the

20   filing of Proof of Claim.  Your only option is to file it

21   here in the Bankruptcy Court and I don't recall the name of

22   the case offhand, and I will certainly agree with Your Honor

23   it's unusual, but in our research, we did find a case where a

24   Plaintiff filed in Bankruptcy Court and then moved to

25   withdraw the Reference.  And with that, Your Honor, I think

1   that's -- we don't need to belabor the point, as you said.

2            THE COURT:  Right.  Okay.  Thank you.

3            MR. CARROLL:  Thank you, Your Honor.

4            THE COURT:  Thank you, Mr. Carroll.  All right.

5   Any you'll forgive me.  I can't remember based on the

6   introductions if you're Mr. Wood or Mr. Busch.

7            MR. BUSCH:  Mr. Busch.

8            THE COURT:  Thank you.

9            MR. BUSCH:  Okay.

10           THE COURT:  Mr. Busch, good to see you.  Yes.

11           MR. BUSCH:  Thank you, Your Honor.  So Your Honor

12  has asked for me to go through the facts.

13           THE COURT:  Yes.

14           MR. BUSCH:  And I just want to understand the

15  facts that Your Honor wants me to go through.  Would Your

16  Honor like me to go through the facts that we believe support

17  our pleading as it relates to their Motion to Dismiss?  Is

18  that the facts that Your Honor would like me to address?

19           THE COURT:  If they're in the Complaint.

20           MR. BUSCH:  Yes, absolutely.

21           THE COURT:  If they're pleaded, yes, and that's

22  why the other day during our telephone conference, I asked

23  for a list of those paragraph numbers from the Complaint that

24  would support your opposition to the Motion.

25           MR. BUSCH:  Absolutely.  So, Your Honor?

1          THE COURT:  Yes, sir?

2          MR. BUSCH:  I will start with the copyright

3    infringement.

4          THE COURT:  I have a preliminary question on that.

5          MR. BUSCH:  Yes?

6          THE COURT:  Forgive me.  Well no, please proceed.

7    I'm sorry.  We're on the facts now.

8          MR. BUSCH:  Okay.

9          THE COURT:  And this goes to one of the other

10   issues.

11         MR. BUSCH:  All right.  In a copyright

12   infringement case --

13         THE COURT:  Yes.

14         MR. BUSCH:  -- under the United States Supreme

15   Court case of *Feist*, F-E-I-S-T, which we have cited to Your

16   Honor --

17         THE COURT:  Yes.

18         MR. BUSCH:   -- there are only two elements that

19   need be pleaded in connection with a copyright infringement

20   claim; that is ownership of a copyright in various works or

21   in intellectual property and a violation by the Defendants of

22   one of the exclusive rights of the copyright owner.  Those

23   are the two elements, and under Section 106 of the Copyright

24   Act, those exclusive rights include distributing, selling,

25   copying, reproducing, authorizing the licensing of, or

1    authorizing any one of the exclusive rights that are the

2    right of the copyright owner.

3              THE COURT:  Yes.

4              MR. BUSCH:  That's all that needs to be pleaded in

5    order to plead a copyright infringement lawsuit, and in this

6    case, we have clearly pleaded those facts.  So under

7    paragraphs 34 to 36 of the Complaint, we have pleaded that

8    SNMP owns the copyrights and -- that are attached to the

9    Complaint.  Under paragraph 46 to 49 of the Complaint, we

10   have pleaded that the license that we had granted Nortel to

11   use the software that's identified on Schedule 51(a) of the

12   Complaint was not transferrable to any third parties.  And we

13   pleaded that under -- that Section 51 -- Schedule 51(a)

14   identifies the Alteon products as containing SNMP property

15   that Radware obtained from SNMP and that -- and that's at

16   paragraphs 156 and 311.

17             THE COURT:  Yes.

18             MR. BUSCH:  And we have also pleaded that Radware

19   has reproduced, distributed, and sold SNMP software, in

20   violation of the Copyright Act.  That is paragraph 159, 162,

21   and 311.  And we also plead at paragraphs 85 to 90 that

22   Radware was given the copyrighted material on Schedule 51(a)

23   of Nortel's master license at paragraph 85 to 90.  So as far

24   as the facts, as far as the pleading is concerned, we have

25   more than pleaded the elements of the copyright infringement

1   claim.  We have pleaded that Nortel had this property

2   pursuant to license; that the license was not transferrable;

3   that the software was, in fact, transferred to Radware; and

4   that Radware distributed, sold, reproduced, copied, etc., the

5   copyrighted material that belongs to SNMP.  So it could not

6   be clearer, I don't think, that we have sufficiently pleaded

7   the copyright infringement component of this claim.  Does

8   Your Honor have any questions about what I have just said?

9          THE COURT:  Well, here's one question I do have,

10  Mr. Busch is the copyright was registered after, as I

11  understand it, after the sale to Radware, is that correct?

12         MR. BUSCH:  That is correct.

13         THE COURT:  What is the significance of that?

14         MR. BUSCH:  There's only -- there's no

15  significance of it except for the following:  The copyright

16  registration requirement is only basically an administrative

17  requirement that means, number one, you can't file a lawsuit

18  if someone infringes your intellectual property before you

19  file the copyright registration, and we had our copyright

20  registrations on file before we filed the lawsuit; and number

21  two, when you don't have your copyright registration filed,

22  with the U.S. Copyright Office at the time of the

23  infringement, there are two other consequences to that.  One

24  is the Copyright Act provides for statutory damages.

25         THE COURT:  Right.

1          MR. BUSCH:  You cannot get statutory damages if

2    your registration is not on file at the time of the

3    infringement.  The second is attorneys' fees.  The Copyright

4    Act provides that a Plaintiff prevailing in a copyright

5    infringement case can obtain attorneys' fees in the event of

6    prevailing in a copyright infringement lawsuit.  If your

7    registration was not on file at the time of the infringement,

8    you can't get attorneys' fees under the Copyright Act.  But

9    those are the only consequences of the fact that the

10   registration was not in place at the time of the

11   infringement.

12          THE COURT:  All right.  All right.

13          MR. BUSCH:  Of the beginning of the infringement I

14   should say.

15          THE COURT:  Very well.  Thank you.

16          MR. BUSCH:  Okay.

17          THE COURT:  Mr. Lipsitz, I know I mentioned you.

18   You're welcome to remain seated but some lawyers prefer to

19   stand and I'll give you that option.

20          MR. LIPSITZ:  Your Honor, I think remaining seated

21   is fine --

22          THE COURT:  Good.

23          MR. LIPSITZ:  -- Your Honor, if that's okay with

24   you.

25          THE COURT:  It's fine.

1          MR. LIPSITZ:  And don't consider it disrespectful.

2          THE COURT:  Not at all.

3          MR. LIPSITZ:  Okay.  Radware is an Israeli

4    technology company.

5          THE COURT:  That was the question I almost asked

6    Mr. Busch.  Does that mean they're not subject to our

7    copyright law?

8          MR. LIPSITZ:  Well, to the extent they had

9    activities in the United States --

10          THE COURT:  They are.

11          MR. LIPSITZ:  -- they certainly would be.

12          THE COURT:  Okay.  All right.

13          MR. LIPSITZ:  And that's not the reason I'm saying

14    that.  I'm saying that because Radware is a respected, well-

15    known publicly traded technology company that understands the

16    importance of intellectual property and the rights and

17    privileges that go along with that.  In connection with

18    expanding its business, it saw an opportunity to purchase

19    certain assets from Nortel before Nortel had filed for

20    bankruptcy.

21          THE COURT:  Okay.

22          MR. LIPSITZ:  If that's the right term to use.  I

23    was personally involved in the due diligence and the

24    negotiation of the underlying agreements on behalf of our

25    firm's client, Radware so I'm personally familiar with what

1    went on.  It was a very long negotiation and in the middle of

2    that negotiation, Nortel filed for bankruptcy and I learned a

3    lot of things that I had never learned in my 30 years of

4    practice when the Bankruptcy Court got involved, I think my

5    partner, Bob Schmidt, you know, we brought in bankruptcy

6    partners --

7              THE COURT:  Yes.

8              MR. LIPSITZ:  -- and the whole tenor changed.  But

9    we continued negotiating.  We eventually closed that deal.

10   Radware purchased certain assets, equipment, rights to

11   certain properties and such, and there were Schedules in that

12   Agreement that identified the intellectual property to which

13   Nortel had licenses and the intellectual property to which

14   Radware required licenses from third parties.  Now, you need

15   to understand that the products that we're talking about

16   here, the Alteon products, they are, in a sense, traffic

17   directors.  They're low balance.  There's -- for internet and

18   interoffice communications.  They determine the path of least

19   resistance and when you ask for data from your computer which

20   path do I follow?  The software that's included in this

21   equipment is of many varieties.  There are many different

22   types of software that make these machines work.  Radware has

23   had its own line of low balancers before it acquired the

24   Alteon product line from Nortel and its products didn't

25   include Plaintiff's software and they worked just fine.  In

1    other words, you don't need Plaintiff's software to run this

2    equipment, nor did Nortel need this SNMP research software to

3    run their equipment but that's what was used in the Alteon

4    servers that Nortel sold to Radware.

5             The fact that that -- there are two issues.

6    There's the products that have the embedded software, which I

7    don't think are in contention here.  Those are -- those were

8    -- the sale of those assets were approved free and clear of

9    all claims and as inventory, if you will, Radware could deal

10   with that.  We're talking about the actual software that

11   Nortel had access to by its license to -- from SNMP.  Radware

12   had the right to pick and choose if it wanted a license to

13   that software if it was going to use it and it chose not to

14   take a license and it chose not to use it.

15            The Complaint in this action has a lot of

16   information about SNMP's relationship with Nortel.  But this

17   Complaint, with respect to Radware, is a textbook case of the

18   *Iqbal Twomley* failure to plead any factual allegations.  And

19   I sit here today and challenge Plaintiff to point to a single

20   factual allegation that Radware has violated any rights.

21            THE COURT:  As opposed to a conclusion?

22            MR. LIPSITZ:  As opposed to a legal conclusion.

23   In the *Iqbal* case, the Supreme Court was faced with this

24   pleading which the Plaintiff, *Iqbal,* said was a sufficient

25   allegation.  Respondent pleads that Petitioners knew of,

1    condoned, and willfully and maliciously agreed to subject

2    them to harsh punishment while in prison and the Supreme

3    Court said this bare assertion, much like the pleading of

4    conspiracy in *Twomley*, amounts to nothing more than a

5    formulated recitation of the elements of a constitutional

6    discrimination claim.  The main paragraph that SNMP relies on

7    in its allegations against Radware here is 159.

8              THE COURT:  Yes.

9              MR. LIPSITZ:  And that says, upon information and

10   belief, since March 31, 2009; that's the date that Radware

11   acquired assets from Nortel, Defendant Radware has possessed,

12   used, distributed, disclosed, transferred, or otherwise

13   profited from SNMP products in the ordinary course of

14   business without the authorization or consent of SNMP

15   Research.  I challenge Plaintiffs, how did Radware do this?

16   There's nothing in here about what they did, how they did it,

17   when they did it.  This is nothing more than a legal

18   conclusion, a recitation of the required elements of the

19   cause of action as Mr. Busch points out with no factual

20   underpinning whatsoever and we're prepared to show that for

21   each and every cause of action, that is the case.

22             Radware, in the beginning of this Complaint, on

23   page four, Defendants have engaged in acts which are nothing

24   short of reprehensible.  The Defendant's conduct is simply a

25   theft.  Page five, you cannot take what is yours, then sell

1  and distribute it to others.  SNMP Research will vigorously

2  pursue enforcement of its intellectual property.  By the way,

3  it's done nothing for two years since the case was filed, or

4  maybe -- yes, two years.  Okay.  So getting back to this

5  theme, they're allegations in the Complaint but they're not

6  factual and there's not a single solitary allegation of

7  wrongdoing by Radware in this Complaint.

8           THE COURT:  All right.  I have one question for

9  you at the moment and that is did Radware have any

10  relationship with SNMP?  In other words, you did not enter

11  into any agreements with SNMP related to this sale?

12           MR. LIPSITZ:  That's correct.  But I have to just

13  say something.  SNMP is a -- it's a protocol that the

14  software that performs that protocol is available from

15  numerous sources.  SNMPRI, which is the real Plaintiff here,

16  licenses their particular form of that software called

17  Emanate.  So --

18           THE COURT:  Right.

19           MR. LIPSITZ:  -- Radware did not have a

20  relationship with this Plaintiff but it does license SNMP

21  software from other sources.

22           THE COURT:  Okay.  All right.

23           MR. LIPSITZ:  So you will see in Plaintiff -- in

24  Radware's literature.  You could do a Google search and find

25  the 720-page Radware Alteon Application Guide to the products

1   of Radware and when you search through that, you will not see

2   this Emanate software anywhere.  But if you search SNMP, you

3   will see that the product uses SNMP software, not Plaintiff's

4   software.  And, in fact, at Plaintiff's request, Radware's

5   software was scanned and the results were provided and the

6   results showed, and Plaintiff's Counsel agreed, no presence

7   of SNMPRI software in Radware's products.

8           THE COURT:  Okay.  Now, Mr. Busch, let me say

9   this.  You know, because Radware doesn't have a Complaint, I

10  didn't limit them to the four corners of the Complaint

11  because it's not theirs.  I want to allow you an opportunity

12  to expand a little bit --

13          MR. BUSCH:  Yes.

14          THE COURT -- upon your argument.

15          MR. BUSCH:  I will and I would like to.  First of

16  all, Your Honor, I want to point out since Opposing Counsel

17  went into discussions that SNMP had with Radware, we asked

18  Radware to have an Officer certify that they were not using

19  SNMP software and guess what?  They refused to do it.

20          MR. LIPSITZ:  Absolutely not, Your Honor, and I --

21  we would absolutely certify that we never used the software,

22  absolutely.  I'll bring in the Agreement that we reached.

23  Absolutely.  Mr. Wood is in this Courtroom.

24          MR. BUSCH:  I'm representing to the Court that is

25  exactly what happened.

1              MR. LIPSITZ:  That is a misrepresentation.

2              MR. BUSCH:  It is not.

3              MR. LIPSITZ:  I'm prepared to prove it up and Mr.

4  Wood is here.  Radware -- and I will represent right now that

5  Radware has never used SNMPRI software in connection with its

6  products or otherwise.

7              MR. BUSCH:   And will an Officer of Radware

8  certify to that?

9              MR. LIPSITZ:  Absolutely.

10             MR. BUSCH:  Okay.

11             MR. LIPSITZ:  Absolutely.  They've already done

12 so.

13             MR. BUSCH:  No they have not but let me just

14 finish.

15             THE COURT:  Well, here we are.  We're a little bit

16 more into the settlement discussions --

17             MR. BUSCH:  Yes.

18             THE COURT:  -- that I had hoped to avoid and I can

19 assure you that --

20             MR. LIPSITZ:  I'm sorry, Judge, but I mean I have

21 to deal with the truth.

22             MR. BUSCH:  Your Honor, I resent that.  I am

23 representing to the Court, as an Officer of the Court, that

24 is my understanding that they refused to certify -- an

25 Officer refused to certify.  That is what I've been advised

1  and that it was absolutely the truth.

2          THE COURT:  But you don't have personal knowledge

3  of that I take it?  You're --

4          MR. BUSCH:  I -- Mr. Wood does.

5          THE COURT:  Well, I don't want to --

6          MR. BUSCH:  My Co-Counsel does.

7          THE COURT:  I don't want to open it up to all of

8  that because, you know, then we're getting into all kinds of

9  --

10          MR. BUSCH:  Yes, I don't appreciate being called a

11  liar by Opposing Counsel.

12          MR. LIPSITZ:  I didn't call you a liar.  I didn't

13  call you a liar.

14          MR. BUSCH:  Okay.  I am telling you that this is

15  our position; that we've asked for that and they refused to

16  provide it.

17          THE COURT:  All right.

18          MR. BUSCH:  One more thing that Opposing Counsel

19  just said in his argument.

20          THE COURT:  Yes.

21          MR. BUSCH:  I believe he just admitted that the

22  Alteon products from Nortel were, in fact, provided and sold

23  and transferred to Radware.  That is beyond disputed fact.

24  Radware issued a press release announcing it.  And, by the

25  way, Your Honor, we've --

1    THE COURT:  Well, is mere possession --

2    MR. BUSCH:  No, no.

3    THE COURT:  -- infringement?

4    MR. BUSCH:  But here's the thing.  Here's the

5  thing.  Mere possession may not be infringement but the

6  difference between the *Twomley* line of cases and what we have

7  pleaded is we have not pleaded conclusions.  What Radware

8  would have us do is plead actual facts.  We're not required

9  to plead every factual piece of evidence.  Every bit of

10  evidence that we have, we are not required to plead.  We have

11  not pleaded conclusions.  What they want us to do is be able

12  to immediately have this case ready for the trial at the time

13  we plead the Complaint.  That's not required.  We're not

14  required to plead our evidence, although we have plenty.  But

15  what we have done is pleaded facts, and let's go over the

16  facts that we've pleaded.  It's not merely conclusions like

17  there was a conspiracy, okay?  We have pleaded -- let's just

18  go through it.  Happy to do it.  If Your Honor looks at

19  paragraphs 85 to 89, we plead specifically at paragraphs 85

20  to 89 --

21    THE COURT:  Yes.

22    MR. BUSCH:  -- that Nortel and Radware closed the

23  sale of this Layer 4-7 Application Delivery Business Assets,

24  that Nortel transferred to Radware our property, our

25  software, it's right there, paragraph 86.  It was

1   transferred.  Upon information and belief, which is

2   absolutely allowable, when Nortel transferred the property,

3   it was also distributed and disclosed at Radware the licensed

4   products identified on Schedule 51(a).  Those are facts.

5   Those are not conclusions.  Those are facts.  We have pleaded

6   that they were embedded with the Layer of 4-7 Application

7   Delivery Business Assets.  And then it goes on to say that,

8   you know, Nortel knew when it transferred and disclosed and

9   provided all this information to Radware that they didn't

10  have the consent, authorization, permission of SNMP to do so.

11  I don't -- those appear to be facts to me, Your Honor, that

12  we have pleaded.  Those are not conclusions.  We've pleaded

13  the facts that they, in fact, did these things.

14          Now let's go on to look at what we've pleaded

15  beyond that.  If you look at paragraphs 159.  Let's go to

16  159.  Upon information and belief, since March 31, 2009,

17  Defendant Radware has possessed, used, distributed,

18  disclosed, transferred, or otherwise profited from the SNMP

19  products.  Those are not -- that's not a conclusion.  That's

20  a fact.  We are pleading the fact.  We are pleading that they

21  have used, possessed, and distributed our software and we

22  have pleaded the fact they had our software.  Those are

23  facts.  Those are not merely labels.  Those are not merely

24  saying that it's a conspiracy.  That doesn't, in no way,

25  impacts the *Twomley* standard.  We have more than satisfied

1   the *Twomley* standard.  We have more than satisfied our

2   obligation to a Motion to Dismiss.  What the Defendant is

3   saying is we didn't do it.  If every Defendant could get off

4   of a Complaint at the Motion to Dismiss stage by saying we

5   didn't do it, then there would be no Defendants left in any

6   case.

7           THE COURT:  Do you have to have pled who they

8   transferred it to, when they transferred it?

9           MR. BUSCH:  No we do not, not at this stage.  We

10  don't have to -- we don't -- that is information that you

11  would get in discovery.  We do know the product numbers and

12  the product names that Nortel had of these products.  We

13  received royalties for it from Nortel, both before and after

14  the sale and, through, discovery, we will get those names of

15  those products from Radware.

16          Now if at the end of the day Radware didn't do

17  what they say they're not doing, then I guess they will win

18  this case.  But on a Motion to Dismiss standard, at the

19  Motion to Dismiss stage, at the pleading stage, wherein you

20  have someone's internal information in an Israeli company,

21  their products, we can't be expected to know that but what we

22  have done is pleaded the facts.  They came into possession of

23  it and that they distributed and sold it.  And we do have

24  additional facts that we can plead.  Let me identify those

25  for the record, even though we believe that we have more than

1   satisfied the standard.  So we would plead that, if

2   necessary, although, again, I reiterate I do not believe this

3   is necessary at all, that a Nortel employee told us that

4   Radware had obtained our software and was using it.

5            THE COURT:  A former Nortel employee?

6            MR. BUSCH:  A former Nortel employee, yes.  Again,

7   I mentioned this a moment ago.  We had received royalties on

8   these products both right before the sale and after showing

9   that they were be -- our software was being used.  The Alteon

10  product was -- well, we did plead that.  The press release,

11  Radware announced in a press release that it had obtained and

12  was using the Alteon line of products that we have pleaded

13  were provided to it from Nortel containing our information.

14           THE COURT:  They actually said and using or just

15  obtained?

16           MR. BUSCH:  I'd have to go back and check.  That,

17  at this moment, I don't have the press release in front of

18  me.  I'd have to see it.  I think we laid out the press

19  release in our response.

20           THE COURT:  Okay.

21           MR. BUSCH:  I'm pretty sure that we put out --

22           THE COURT:  I'll look.

23           MR. BUSCH:  -- exactly what it said.

24           THE COURT:  Okay.

25           MR. BUSCH:  Or maybe we attached it.  So it should

1   be there.  But, in any event, Your Honor, under any standard,

2   *Twomley* or otherwise, when you plead someone has come into

3   your possession of this property, that it was transferred to

4   them and then we plead flat out that they have distributed,

5   sold, reproduced, etc., that is sufficient at the Motions

6   standard.  It is not a conclusion.  It is not some heading.

7   It is not saying there's a conspiracy.  It is facts that it

8   came into possession.  We don't have to plead our evidence.

9   We've pleaded that they've done it and discovery will show

10  what it will show and we're entitled to conduct discovery on

11  this information to show one way or the other.  Thank you.

12          THE COURT:  All right.  Of course, we've sort of

13  gone beyond facts into argument but I don't know that it's,

14  you know, clearly definable.

15          MR. LIPSITZ:  Yes, I mean if we stick to the four

16  corners of the Complaint, none of that is in there.  But even

17  if it were, there's blurred lines here, and I don't mean to

18  refer to the popular song of Robin Thick on some of them, but

19  here are the blurred --

20          THE COURT:  You're younger than I am, Mr. Lipsitz,

21  obviously.

22          MR. LIPSITZ:  No, I just --

23          MR. BUSCH:  I'm actually filing a lawsuit today

24  concerning that song.

25          MR. LIPSITZ:  Oh, no.

1                        (Laughter)

2                MR. LIPSITZ:  But anyway, Your Honor, there are

3    the products, the inventory that Radware purchased, right?

4    Radware purchased those -- that product.  As Mr. Busch has

5    said, royalties were paid by Nortel for those products.

6    Those are products, as Court-approved, Radware obtained.  I

7    don't see any allegations in here about those -- that

8    inventory, those products.  We're talking -- the products,

9    the licensed products, are identified on the Schedule and as

10   copyright registered as the source code, as the underlying

11   programs that are used to program the load balancers.  There

12   are no allegations regarding any use or even access by

13   Radware to any of Plaintiff's software in this Complaint.

14   This Complaint talks about Nortel and what Nortel did and

15   might have made available.  There is not, again, a single

16   factual allegation.  159 is clear as day a legal conclusion.

17   It parities the language that the Supreme Court rejected as

18   just a litany.  You've got to say well, how did they -- what

19   did they do?  Typically speaking in a copyright case --

20               THE COURT:  Is that language from Section 106 of

21   the Code?

22               MR. LIPSITZ:  That language is --

23               THE COURT:  Of the copyright law?

24               MR. LIPSITZ:  No.  I mean --

25               MR. BUSCH:  No it's not.  It's not, Your Honor.

1          MR. LIPSITZ:  It's not.  The copyright law, the

2   six exclusive rights is the right to distribute, the right to

3   reproduce.

4          THE COURT:  Right.

5          MR. LIPSITZ:  The right to publicly perform.

6          THE COURT:  Okay.

7          MR. LIPSITZ:  Etcetera.  That's not -- those are

8   -- you know, those are like the seven sins.  You know, the

9   seven sins, the -- and the Supreme Court has made clear that

10  just because you say someone committed, you know, these sins,

11  if you don't identify how they did it or what was wrong, you

12  don't open the gates of discovery, take discovery, and then

13  say ah-hah.  In order to open those gates, you have to plead

14  a plausible claim with a factual basis of some form of

15  wrongdoing, not just based on speculation or recitation that

16  I -- on information and belief.  And I think if we look at

17  -- you know, there's a couple cases that we cited that speak

18  directly to that.

19          MR. FRANKEL:  Yes, Your Honor, Aaron Frankel.

20          THE COURT:  Yes, Mr. Frankel?

21          Mr. FRANKEL:  So, you know, following up on what

22  my colleague said, what has been alleged here is that Nortel,

23  their products used the software and that Nortel then gave it

24  to Radware.

25          THE COURT:  Correct.

1          MR. FRANKEL:  Assuming that those allegations are

2    true, what's missing from the Complaint is any plausible

3    basis to conclude that Radware is using it.  That's where the

4    allegations are missing.  Now, this issue was before Judge

5    Robinson in the *Accenture* case.

6          THE COURT:  Yes.

7          MR. FRANKEL:  What happened in that case is there

8    was a vendor that was alleged to have had access to some

9    trade secrets and then later, that vendor released a product

10   that performed similar functionality.  The Plaintiff said

11   well, they might have had access and now they're selling a

12   product.  We think there's a plausible basis to conclude that

13   they're misusing our trade secrets or the software and that

14   was not enough.  What Judge Robinson said was, and this is

15   from 581 F. Supp. 2d 654 at 663, there is no allegation that

16   Guidewire; that was the Defendant, either disclosed or used

17   the secrets in developing Guidewire Insurance Suite.  Only

18   that Guidewire seemed to develop its product surprisingly

19   quickly in Accenture's Opinion which is of no import.

20   Accenture is not entitled to conduct a fishing expedition

21   based upon such bare allegations.  It's DUTSA claim is

22   dismissed.  So --

23         THE COURT:  Was that on a -- it was on a Motion to

24   Dismiss as I recall.

25         MR. FRANKEL:  That's correct, Your Honor.

1        THE COURT:  Yes.

2        MR. FRANKEL:  And, in fact, in the *Accenture* case,

3   you could say that there was at least some basis to conclude

4   that the trade secrets had been misused because the Defendant

5   had developed this product very quickly.  Now, we don't have

6   any allegations along those lines in the Complaint here.  So

7   the allegations here are even weaker and less plausible than

8   those that Judge Robinson found to be nothing more than a

9   fishing expedition.

10        THE COURT:  All right.  Thank you, Mr. Frankel.

11  We are blurring the lines but it's helpful.  I think this

12  format is helpful to this sort of a situation and --

13        MR. BUSCH:  Your Honor had a question for me about

14  the press release.

15        THE COURT:  Yes.

16        MR. BUSCH:  And we do quote it in our Brief at

17  page five.  A five-year product support plan will be

18  implemented immediately for all existing Radware Alteon

19  customers, reinforcing the company's commitment to the

20  product line and securing the investment of these customers

21  in Alteon technology.  Radware plans to continue to sell

22  these products under the Radware Alteon brand and invest in

23  their development, so forth and so on.  So they do, in fact,

24  announce their intent to continue using the very same

25  products that contained our software into which we have been

1    receiving royalties.

2              I don't really understand what was said in the

3    first response to our pleading which was that we did not

4    plead that these products contained our software.  We most

5    certainly did at Schedule 51(a) and that is the exact same

6    software that we plead they, meaning Radware, obtained and

7    continued to use, sell, and distribute.  I would suspect that

8    if we were to look at that trade secret case that was just

9    cited to Your Honor, that that is different.  Here, we are

10   pleading that it is the products that were provided that they

11   continued to use containing our software without right.

12   There it seemed like they were saying well, they created

13   something new that we think might contain trade secrets but

14   that is different than saying it's the same exact thing.

15   They're using our products here.  They received it; they

16   received it pursuant to their transfer from Nortel; and we

17   received -- we continued to receive royalties on it before

18   and after and they continued to use, distribute, and sell it.

19   I'll ask Your Honor this.  At a -- when you file a Complaint

20   based upon the information that we have, we don't have access

21   to the actual source code.  We don't have access to the

22   information in their possession, right?  So how would you

23   plead anything more specifically than really what we have

24   pleaded if it's insufficient.  I ask that question because,

25   here, what we have pleaded is the following, in good faith,

1  that this was transferred.  It was our software that was

2  transferred.  They got our software within these products and

3  that they continued to use, sell, and distribute it.  We

4  don't have to -- we didn't have to plead our evidence that

5  there's a press release out there that announces that they

6  continued to do it.  We don't have to plead that evidence.

7  We've pleaded the facts.  They continued to distribute, use,

8  sell our products, our software, within this line of product

9  that they purchased, that we plead they purchased, and was

10  transferred from Nortel to them.

11         THE COURT:  Well, what I would do, I guess, in

12  answer to your question, is I would go to a customer of

13  Radware and I would say let me see the software and --

14         MR. BUSCH:  They're under a -- they're not going

15  to show it.  With all due respect, Your Honor --

16         THE COURT:  Yes.

17         MR. BUSCH:  -- that's not going to happen --

18         THE COURT:  That won't work?

19         MR. BUSCH:  -- in the real world.

20         THE COURT:  Okay.

21         MR. WOOD:  Your Honor?

22         MR. WOOD:   Well, sand I can explain that.

23         MR. BUSCH:  Yes.

24         MR. WOOD:  Do you want me --

25         MR. BUSCH:  Yes.

1                THE COURT:  Yes, please.

2                MR. WOOD:  Could I explain that --

3                MR. BUSCH:  Sure.

4                MR. WOOD:  -- Your Honor?

5                THE COURT:  And you are Mr. Wood, as I recall?

6                MR. WOOD:  I'm Mr. Wood.

7                THE COURT:  Yes, Mr. Wood.

8                MR. WOOD:  Yes, Your Honor.  And as Mr. Lipsitz

9    explained, SNMP is a protocol and there are multiple

10   implementations to that protocol.  So what a customer of

11   Radware is going to get is an implementation of SNMP.

12   They're not going to understand who the vendor is of that

13   SNMP implementation.  So there's no -- once the customer gets

14   it, it's compiled.  It's in the product.  They see the

15   outward functionality but that outward functionality could be

16   implemented by any number of vendors, our client being one of

17   them.  It could be another vendor.  So from a customer

18   perspective, you're just going to see that you can use a

19   protocol.  You're not going to have knowledge of who actually

20   implemented that protocol.

21               MR. LIPSITZ:  Your Honor, I think that Mr. Wood

22   just confirmed exactly what I've been saying.  The products

23   do not contain the trade secrets or they don't contain --

24   they might have been built by Nortel in the day when Nortel

25   used it to make those products which Radware chose to use

1   something different and Radware's products are on the market.

2   And as Your Honor suggested, they could be obtained and

3   searched and we searched.  But I'll put something on the

4   table here right now.  If Plaintiff wants to hire an

5   independent expert at its own expense and we can travel with

6   that expert to Israel, we will make Radware's source code

7   available to be examined.

8          MR. BUSCH:  I'd like to go to Israel.

9          MR. LIPSITZ:  Okay.  Well, here's the challenge

10  because the software has already been scanned, the software

11  that Radware is using in its products.  I will make that

12  available.  The client is prepared to do that, an independent

13  expert under obviously a Confidentiality Order at Plaintiff's

14  expense.  We can go when everyone is ready and they can look

15  at that source code.  Now typically, in a case like this, the

16  source code are the crown jewels and the source code owner

17  fights tooth and nail not to make it available.  You've

18  probably seen the Protective Orders of Protection.

19         THE COURT:  Yes.

20         MR. LIPSITZ:  You know, you have to give up your

21  first born if you're going to see the source code.  Radware,

22  again, spurl this allegations of wrongdoing that I pointed

23  out in the beginning of this Complaint with no factual

24  backup.  Radware doesn't want to be in this case.  It has

25  done nothing wrong.  There's no allegations.  We're prepared

1  to make that source code available.

2          MR. BUSCH:  Once again, Your Honor, I just want to

3  respond to this.  We just listened to another five minutes of

4  we didn't do it.  That's not relevant on this Motion to

5  Dismiss.  However, that is an offer that we will certainly

6  take back to our client and discuss with our client.  So

7  while these constant speeches about how they didn't do it has

8  absolutely nothing to do on a Motion to Dismiss where our

9  allegations are accepted as true, I'm not going to reject the

10  offer that's been made to us today because if, in fact, they

11  didn't do it, haven't done it, and we can be satisfied with

12  that, then that will resolve things.

13          THE COURT:  All right.  Well, hopefully, that

14  offer will be taken into serious consideration.

15          MR. BUSCH:  It will be.

16          MR. LIPSITZ:  All right.  But I'm not just saying

17  we didn't do it.  We didn't do it.  But I'm saying there's no

18  allegations, factual allegations, that we did and that's our

19  position.

20          MR. BUSCH:  And I've gone through our statements

21  and our facts that we pleaded that that's untrue.

22          THE COURT:  Mr. Frankel?

23          MR. FRANKEL:  Your Honor, respectfully, the only

24  paragraphs that contain any meat, any facts, relate to the

25  access; that the allegation is that Nortel's products

1  included the source code and that they were provided to

2  Radware.  There's been no facts, certainly not in the

3  Complaint, that give any reason to believe that Radware chose

4  to violate copyright and to misappropriate trade secrets, as

5  opposed to obtaining his commodity functionality from another

6  source.  That's where the plausibility is missing, Your

7  Honor.  It's not -- we're not denying the allegations have

8  been made that Nortel's products used SNMP software.  There's

9  no plausible reason to conclude that Radware chose to violate

10  their rights.  That's what's missing from -- certainly from

11  the Complaint and even from the press release and the other

12  extrinsic arguments that we've heard today.

13          MR. BUSCH:  Well, that's not true.  We did

14  identify that a former Nortel employee told us they were

15  using it and we also believe that it was identified on the

16  master -- on the Asset Purchase Agreement as our software

17  being in those products and so we can't --

18          THE COURT:  Well, nobody's denying that as I

19  understand it.

20          MR. BUSCH:  Yes, we --

21          THE COURT:  They bought Nortel --

22          MR. BUSCH:  Here's the thing.

23          THE COURT:  -- software.

24          MR. BUSCH:  Here's the thing, Your Honor.  This is

25  the disconnect, I guess, at some point.

1                    THE COURT:  Okay.

2                    MR. BUSCH:  The disconnect is this.  They say that

3    we have to actually reverse engineer -- before we can bring

4    this lawsuit and plead a Complaint, we have to reverse

5    engineer, somehow get into one of Radware's products, and

6    actually be able to see our source code and only then can we

7    bring a lawsuit.  That's not the standard and it will be

8    impossible for anyone to bring a lawsuit under those

9    circumstances.

10                   We're saying what we have to plead is some

11   plausible factual basis for them using our software and we

12   have done that.  We have pleaded.  The facts that are in our

13   possession, we have pleaded.  We can add to those facts, as I

14   mentioned, but we have pleaded they received the software.

15   The products contained our software when they received it.

16   They sold those products.  We received royalties before and

17   after on those products and we plead that those products did,

18   in fact, on information and belief, contain -- that's the

19   reason you're allowed to plead that, contain our software

20   without right and without permission.  That is what we are

21   required to plead and that's what we have pleaded.  Anything

22   more than that would be requiring us to prove our evidence

23   and to put the cart before the horse as far as discovery is

24   concerned.

25                   THE COURT:  You mentioned -- does the Complaint

1   say that you received royalties after the transfer?  I may

2   have --

3          MR. BUSCH:  Those were the facts that I advised

4   Your Honor I could, in fact --

5          THE COURT:  I see.

6          MR. BUSCH:  -- additionally plead if I needed to.

7          THE COURT:  All right.

8          MR. BUSCH:  But I don't think we do and it would

9   be impossible in a software case when this stuff is embedded,

10  you can't reverse engineer it just by getting the product.

11  It would be impossible for anyone to bring a case like this

12  if what they are requiring us to plead is really what we have

13  to plead.

14          MR. LIPSITZ:  Your Honor?

15          THE COURT:  Yes, Mr. Lipsitz?

16          MR. LIPSITZ:  The Plaintiffs sued every purchaser

17  of Nortel assets; Avaya, Genband, John Doe's 1 to 100.

18  They're claiming they have -- you know, they're allowed to

19  sue everyone.

20          MR. BUSCH:  That's not true, Your Honor.

21          MR. LIPSITZ:  What's really going on is --

22          THE COURT:  Wait a minute.  Let Mr. Lipsitz

23  finish.

24          MR. BUSCH:  Okay.

25          MR. LIPSITZ:  What's really going on is they sued

1  everyone and they wanted -- they want to get under the covers

2  and take discovery but they need a plausible basis.  They do

3  need to examine the products.  You can't charge copyright

4  infringement of a book without reading the book and saying

5  here are similar passages.  You can't point to these products

6  and say it's similar functionality when there are ten or 20

7  different available competitive products that perform the

8  same functionality.  You need a plausible basis to assert

9  wrongdoing.  And, you know, I know we're all familiar with

10  *Iqbal* but you read that as -- this case is exactly the same

11  in terms of no factual allegations against Radware and

12  wrongdoing.

13            MR. BUSCH:  Your Honor, if it was a book, you can

14  open a book and read it.  With a song, you can listen to it

15  on the radio.  Here, it is not possible until we were able to

16  examine their source code but we have the facts that we

17  believe support this plausible basis for us to sue which is

18  the facts that we've laid out; the acquisition, the fact that

19  they got it, it was listed on the Asset Purchase Agreement,

20  the fact that they've announced that they are continuing to

21  use it, distribute it, copy it, sell it, and in their press

22  release, their intention to continue to distribute the

23  product, and we have pleaded that this product, as it exists,

24  does, in fact, contain our software.  There's nothing more

25  that we can or need to plead at this stage of the pleading.

1          THE COURT:  Mr. Frankel?

2          MR. BUSCH:  One more thing.

3          THE COURT:  Oh.

4          MR. BUSCH:  And it is untrue that we sued every

5   purchaser.  That is an absolute bold-faced untruth.

6          THE COURT:  Mr. Frankel?

7          MR. FRANKEL:  Your Honor, these are publicly

8   available products and you can decompile and reverse engineer

9   software.  So if their theory is that the old products that

10  were sold by Nortel are exactly the same as the new products

11  that are sold by Radware, they can simply purchase the

12  product and do a comparison of the code and they will see

13  that they are not the same.

14         Now, I mostly do intellectual property litigation

15  and before you file a patent infringement suit or some other

16  infringement suit, you obtain the product, you study it, you

17  do your Rule 11 analysis, and you come forward with the basis

18  to believe that the rights of others have been infringed.

19  Here, the only thing we've heard from them, other than the

20  informant, which I'll get to in a second, is that Radware

21  purchased certain assets in a bankruptcy proceeding free and

22  clear of all means.  And Judge Robinson and many other Courts

23  have held that access alone is not enough to plausibly

24  conclude that the materials were misused.  Those are just

25  facts consistent with misuse but they don't lead to the

1  plausible inference that Radware has committed serious

2  offenses.

3          And with respect to this informant, you know,

4  obviously, that's not in the Complaint so that's not before

5  us.  The versions that I've heard before was that the

6  informant merely said that Nortel included the software in

7  the materials that were given to Radware and that's just more

8  of the same.  That's an allegation that Radware might have

9  had access to the software.  It's not a basis to believe that

10  they've misused it.

11          THE COURT:  I don't mean to minimize this at all

12  but I just want to kind of get a sense of what we're talking

13  about with this particular product.  Is this akin to a bolt

14  in an engine?

15          MR. LIPSITZ:  No.

16          THE COURT:  In other words --

17          MR. BUSCH:  It's not.

18          THE COURT:  It's more significant than that?

19          MR. BUSCH:  It's what makes the engine -- makes

20  the car run.

21          MR. LIPSITZ:  Well, it's like part of a computer.

22          MR. BUSCH:  It's what --

23          MR. LIPSITZ:  Part of a network.  It's a

24  component.  You know, if you think of how your computer

25  network is set up here, you have all these Courtrooms and

1   offices --

2           THE COURT:  Yes.

3           MR. LIPSITZ:  -- and Chambers.  All these

4   computers are hooked up to servers that are -- that have all

5   the data and if everything had to feed through one artery,

6   right, I mean it would be very slow.

7           THE COURT:  Sure.

8           MR. LIPSITZ:  So these load balancers are seeking

9   out the best -- the path of least resistance.

10          THE COURT:  I see.

11          MR. LIPSITZ:  If it's busy going down this

12  stairway for the fire, let's go down this stairway.  We'd get

13  there quicker.  You'll get your information back.  And it's

14  used for internet traffic, but more likely for -- you know,

15  if you have a big corporation that are accessing servers, you

16  need to balance the pathways --

17          THE COURT:  Okay.

18          MR. LIPSITZ:  -- so that you don't have everyone

19  trying to get out one door when there's a fire.

20          THE COURT:  It's like a traffic cop.

21          MR. BUSCH:  I'm going to --

22          MR. LIPSITZ:  A traffic cop.

23          MR. BUSCH:   It's more than that.  One of their, I

24  guess, tactics is to belittle or diminish the effectiveness

25  or the role of the SNMP software.

1          THE COURT:  Well, no, I asked the question.

2          MR. BUSCH:  I know but he did remark earlier that

3  it was not needed; Nortel didn't need it; nobody needed it.

4  It's amazing how many customers my clients have for people

5  who don't need their software.  It's truly amazing.

6          THE COURT:  Well, rather than to say that he

7  didn't need it, I understood him to say there were a number

8  of such products.

9          MR. LIPSITZ:  There are.  There absolutely are.

10          MR. BUSCH:  There's not true.

11          MR. LIPSITZ:  Radware has never used in this

12  product, but in any of its other products, and there are

13  numerous competitors, IBM being one.  I don't know if IBM has

14  an SNMP license but there are many, many companies that don't

15  need this.  This is not a required software.  It's not like a

16  body needs a heart to operate.

17          THE COURT:  Okay.

18          MR. LIPSITZ:  There are competitive --

19          THE COURT:  Sources.

20          MR. LIPSITZ:  -- options.

21          THE COURT:  Yes.

22          MR. LIPSITZ:  Sources, yes.

23          THE COURT:  Okay.  Yes, Mr. Wood?

24          MR. WOOD:  What Mr. Lipsitz has described is the

25  function of the Alteon product.  SNMP is -- SNMP stands for

1  Simple Network Management Protocol.

2          THE COURT:  Oh.

3          MR. WOOD:  And so the function of SNMP is to

4  manage the devices.  So if you have a network of Alteon boxes

5  out there, and other boxes, you would normally have a central

6  console that's managing all of these and they're going to say

7  is -- you know, is it doing okay?  Is it getting too hot?  Is

8  there too much traffic running through this?  And then you

9  could actually make changes remotely on the box.  So it's

10 kind of like your dashboard on your car but instead of

11 controlling one car, you're controlling hundreds or thousands

12 of cars.  And so the SNMP software it's a protocol that all

13 these devices communicate with and you have to implement it

14 in your box in order to participate in the management of the

15 network.  And so if you don't do it, then you don't

16 participate in the management of the network and your box

17 isn't going to be usable in the network.  So the load -- SNMP

18 isn't implementing the load balancing function Mr. Lipsitz

19 was talking about but it's allowing the customers of Radware

20 to manage the Alteon boxes that they sell.

21         THE COURT:  Okay.

22         MR. WOOD:  If that makes sense.  And just to

23 respond to Mr. Frankel and his patent analogy.  One, this is

24 not a patent case.  We have not sued for patent infringement.

25         THE COURT:  Right.

1          MR. WOOD:  And it's a different analysis and to

2    imply that we could somehow look in the Alteon box and we

3    would see the text of the SNMP software and know that it's

4    exactly the same, when you're dealing with a patent, you're

5    dealing with a methodology and you're trying to prove the

6    methodology is the same and the function is the same.  Here,

7    we're dealing with an implementation of the SNMP protocol

8    which as Mr. Lipsitz said could be implemented by a number of

9    vendors.  We know that Nortel was using our client's SNMP

10   software and we know that those products were sold to Radware

11   and Radware continued to ship and sell those products and

12   there's no way on day one they took that product out.  It

13   takes months to replace software.

14          So we do have a plausible reason for thinking --

15   they said they were going to continue to ship the products.

16   It had the software in there before.  They had to keep using

17   it.  They couldn't take this functionality out.

18          THE COURT:  All right.

19          MR. BUSCH:  And just to add one more thing to what

20   Mr. Wood said.

21          THE COURT:  Yes.

22          MR. BUSCH:  This idea that, in a copyright

23   infringement case, in a software situation like this, you can

24   get the product and reverse engineer to see the code, it's

25   just not -- that's not correct.  So what we have pleaded at

1  the bottom here is that in this copyright infringement case,

2  that Radware obtained -- that Nortel had our code and these

3  Alteon products; that these Alteon products were, in fact,

4  transferred to Radware; that Radware obtained these Alteon

5  products containing our code, and that Radware just simply

6  continued selling without right, license, or justification

7  that code.  We are not required to prove anything else no

8  matter -- we're not required to prove our -- plead our

9  evidence and no matter how many times they want to say it or

10  get the last word or try to allege that there's something

11  more that needs to be pleaded, the only thing that could be

12  pleaded more at this point was if we had actual access to the

13  internal source code of these products, which we cannot have

14  until discovery, until we're able to get in and review it at

15  Radware as part of this case.  And if what they're saying is

16  true, if what they're representing to this Court is

17  absolutely positively true, then I guess they're going to

18  win.  But we are entitled to see that.  That's what discovery

19  is for.  And if what they're saying is correct as far as the

20  pleading standard is concerned, you would never have a case

21  like this be able to be set out and a Defendant could do what

22  they've done with impunity.

23          THE COURT:  All right.

24          MR. LIPSITZ:  I mean I think we've beat a dead

25  horse to death.

1           THE COURT:  I think --

2           MR. LIPSITZ:  I do think we need to distinguish

3  between the inventory boxes that were purchased that were

4  licensed and paid for by Nortel and Radware bought the

5  inventory of these machines free and clear of all claims

6  versus the software, the source code, that Nortel had that

7  Radware chose not to use or access.

8           THE COURT:  All right.  There, we're getting a

9  little bit -- there we're getting farther into the merits.

10          MR. LIPSITZ:  Well --

11          THE COURT:  But --

12          MR. LIPSITZ:  -- I don't mean to -- the Complaint,

13  this doesn't distinguish between those.  So we're arguing we

14  can't sell the boxes.  Of course, we can sell the boxes.

15  That's not a violation.  The question is whether there are

16  sufficient allegations that we accessed, used, and/or

17  disclosed the source code, the software to make our products

18  and there's no allegations that that was done.

19          MR. BUSCH:  Selling boxes is a violation by the

20  way, Your Honor.  It contains our code.  Selling the boxes

21  with our code would be a violation of the Copyright Act.

22          THE COURT:  Well, if Nortel purchased them and

23  paid for them, there would be no --

24          MR. BUSCH:  Nortel had the right to sell them but

25  they had no right to transfer anything containing our

1  software to anyone and that third party to then sell it.

2  They had no right to do that.  In the License Agreement, it

3  says it.  We've pleaded that.

4             THE COURT:  Okay.  Last point, Mr. Frankel, on

5  what we're calling the facts.

6             MR. LIPSITZ:  The unpleaded facts.

7             THE COURT:  Yes.

8             MR. FRANKEL:  Ten more seconds to pile on the dead

9  horse, Your Honor.

10             THE COURT:  No problem.  Yes, please.

11             MR. FRANKEL:  So there are no allegations in the

12  Complaint regarding selling off or liquidating the physical

13  Nortel inventory.

14             THE COURT:  That's right.

15             MR. FRANKEL:  There's no allegations.

16             THE COURT:  Right.

17             MR. FRANKEL:  Now, there has been no comparison of

18  the new Radware product to the old Nortel product and there's

19  certainly no allegations in the Complaint that any attempt

20  was made to compare those allegations.  All that we've heard

21  -- the only bridge is this press release from Radware that

22  says hey, there was this popular product line we're going to

23  continue to sell.  But no attempt has been made to show that

24  the same software is in the new products that were sold under

25  the Alteon product line.

1              THE COURT:  All right.  All right.

2              MR. BUSCH:  Well, we said it would -- we said that

3    it was.  I mean we said it is.  I don't know what else we

4    would have to say other than we say in our pleading it is.

5    It is contained within those Alteon line of products.  What

6    else could you say?

7              THE COURT:  Gee, I wish Courts had accepted my

8    word for things.  I'd be a rich man.

9              MR. BUSCH:  No, my point is that we've pleaded

10   that fact.

11             THE COURT:  Okay.

12             MR. BUSCH:  They want more facts but we've pleaded

13   that fact.

14             THE COURT:  All right.  That's fair.  Let's go to

15   preemption because -- and that, of course, goes to the

16   separate issue relating to the unfair use of trade secrets.

17             MR. LIPSITZ:  Right.

18             MR. BUSCH:  Would you like me to address --

19             THE COURT:  -- of the -- yes.

20             MR. BUSCH:  Okay.

21             THE COURT:  You can -- you're welcome to sit.

22   You're welcome to stand.

23             MR. BUSCH:  I like standing up.

24             THE COURT:  All right.  That's great.

25             MR. LIPSITZ:  I thought we would go first on

```
 1   preemption.
 2              THE COURT:  I think you do.  That's right.  The
 3   facts --
 4              MR. BUSCH:  You want them to go first?
 5              THE COURT:  They go first because it's their
 6   Motion, yes.
 7              MR. LIPSITZ:  Okay.
 8              THE COURT:  The facts were your facts.  I thought
 9   that made sense for you to go first.
10              MR. BUSCH:  I think we need -- we have facts on
11   the unfair -- the trade secret client also that supports the
12   claim and plays into the preemption argument.
13              THE COURT:  That will come when we talk about
14   whether we get to the Trade Secrets Act or not.
15              MR. BUSCH:  Yes, sir.
16              THE COURT:  So that's why I thought --
17              MR. LIPSITZ:  Okay.
18              THE COURT:  -- it made sense to proceed.
19              MR. LIPSITZ:  So the add-on claims, the unjust
20   enrichment, and the conversation, the unjust enrichment
21   basically says that Radware was unjustly enriched because
22   they used our software, they improperly used our software.
23   And the conversion claim basically says you stole our
24   software.  Conversion is the civil analog of, you know, not
25   robbery but theft.
```

1              THE COURT:  Yes.

2              MR. LIPSITZ:  And the law is crystal clear that

3    those claims under Section 301 of the Copyright Act are

4    preempted and Plaintiff has conceded that.  They've come up

5    with a new theory, which is not pled by the way, that there

6    -- that extraterritorial conduct by Radware; namely what

7    Radware did in Israel, could be covered by their claims for

8    unjust enrichment and conversion and, therefore, since

9    copyright doesn't cover the foreign acts, you know, they're

10   entitled to re-plead in that vein.  They cite absolutely no

11   authority for that proposition.  The only case that's cited

12   or suggested is this *Nintendo* case that, you know, deals with

13   something totally different; that is whether activity in a

14   foreign Country can be enjoined under the U.S. copyright

15   laws.  But again, they've conceded the way they've pleaded

16   preempt, the conversion, and the unjust enrichment claim is

17   preempted.  They posited a new theory.  They have no

18   authority for it.  I've never seen any authority saying that

19   these claims could be asserted for extraterritorial acts and

20   take that out of preemption.  So I think we can leave it at

21   that, the Complaint, as it currently exists.

22              MR. BUSCH:  Can I respond to that?

23              MR. LIPSITZ:  These claims --

24              THE COURT:  No, let's --

25              MR. BUSCH:  May I respond to that?

1          THE COURT:  No, I'll tell you when to respond.

2          MR. BUSCH:  Okay.

3          MR. LIPSITZ:  Okay.

4          MR. BUSCH:  Great.

5          MR. LIPSITZ:  The cases that look at that talk

6    about, you know, are these claims the functional equivalent?

7    That's the term of art --

8          THE COURT:  Exactly.

9          MR. LIPSITZ:  -- of the copyright infringement.

10         THE COURT:  And most of the cases that I read, the

11   extra, if you will, beyond the equivalent was the breach of

12   some trust relationship.

13         MR. LIPSITZ:  Right.  So that goes to the --

14         THE COURT:  And that's why I asked the question

15   about your relationship.

16         MR. LIPSITZ:  Okay.  So now the trade -- that's

17   right, Your Honor.  That's the trade secret.

18         THE COURT:  Yes.

19         MR. LIPSITZ:  So typically speaking, when there's

20   a confidential relationship between the parties and there's a

21   violation of that relationship alleged, in addition to the

22   copying or the misuse of the copyright or the products, the

23   subject matter being alleged, that's the additional element.

24   But in this case, there's no confidential relationship

25   between Radware and SNMP and there's no additional

 1  allegations in the Complaint of anything that takes this

 2  trade secret claim outside of the realm of the copyright

 3  claim; is it being functionally equivalent.  We cited this

 4  *Bea* case, the Eastern District of Pennsylvania case.

 5            THE COURT:  Yes.

 6            MR. LIPSITZ:  Which speaks directly to this issue.

 7  I think that involved copying of architectural plans and

 8  there was a claim of also of trade secret misappropriation

 9  and the Court said Plaintiff's trade secret misappropriation

10  claim is predicated on Defendant's alleged copying,

11  distributing, and possible displaying of Plaintiff's

12  copyrighted work.  His copyright and trade secret

13  misappropriation claims were functionally equivalent and the

14  State law claim is preempted.

15            Now, again, they've offered up to, you know, amend

16  their Complaint to assert additional allegations but this

17  Complaint, as it stands, doesn't have those allegations.

18            THE COURT:  Thank you, Mr. Lipsitz.

19            MR. BUSCH:  Now can I respond?

20            THE COURT:  Yes.  Now you may go forward, Mr.

21  Busch.

22            MR. BUSCH:  Thank you, Your Honor.  Okay.  So,

23  Your Honor, let's start with where Opposing Counsel started a

24  moment ago.

25            THE COURT:  Yes.

1          MR. BUSCH:  And let's start with the unjust

2  enrichment and conversion claims.

3          THE COURT:  Sure.

4          MR. BUSCH:  So I've been doing intellectual

5  property for nearly 20 years and I am always straight with

6  the Court on the law and I can represent to you when I tell

7  you something is the law, it's the law.  And I do not dispute

8  part of what Opposing Counsel just said, which is that the

9  State law claims for unjust enrichment or conversion, to the

10 extent they are domestic, would be equivalent to domestic

11 copyright infringement.  In other words, we're seeking damage

12 for their enrichment or conversion of acts within territorial

13 United States are, in fact, preempted by the Copyright Act.

14 I don't dispute that.  But it is only preempted to the extent

15 the subject matter of the claim is covered by the United

16 States Copyright Act; so *Dunn and Bradstreet* and other cases,

17 and so it has to be something that the act itself or the

18 money that resulted from that act occurred within the United

19 States.  As was pointed out by Opposing Counsel, Radware is

20 an Israeli corporation.  They do business I would believe,

21 obviously, in Israel and outside the United States as well,

22 perhaps Canada and other Countries.  To the extent that they

23 have been enriched by acts outside the United States that are

24 not covered by the United States Copyright Act, then, to that

25 extent, there is no preemption because the United States

1  Copyright Act only covers acts of infringement within the

2  United States.

3          THE COURT:  Is there case law on that or is --

4          MR. BUSCH:  I mean that --

5          THE COURT:  I don't mean -- this is not meant to

6  be offensive.  Are you trying to make new case law?

7          MR. BUSCH:  No, this is the law.  That is the

8  application of the U.S. Copyright Act.  For example, if

9  someone copies a song in -- that's released here, but they

10 copy it in Japan or in Asia, other places in Asia, or Europe,

11 you have to go there to deal with the acts of copyright

12 because it's not covered by the United States Copyright Act.

13         THE COURT:  Well, but you're suing under the

14 Copyright Act.

15         MR. BUSCH:  For acts that occurred here in the

16 United States.

17         THE COURT:  Okay.

18         MR. BUSCH:  That's the point.  We're suing under

19 the United States Copyright Act for things that are -- that

20 come within the United States Copyright Act.  So for acts of

21 infringement that occurred here in the United States when the

22 exclusive rights under the U.S. Copyright Act are violated,

23 we're suing for copyright infringements for acts that fall

24 within the U.S. Copyright Act.  The U.S. Copyright Act only

25 involves actions that occur in the United States, revenue

1   that has been received in the United States or acts that

2   occur that's generated income, perhaps whether received in

3   the United States or not.  But where there -- if there are

4   things that occurred outside the United States, acts of

5   infringement outside the United States that cannot be covered

6   by the U.S. Copyright Act, we are entitled to recover on this

7   theory of unjust enrichment and a conversion.

8           THE COURT:  All right.

9           MR. BUSCH:  Okay.  Now let's go --

10          MR. LIPSITZ:  Well -- okay.

11          THE COURT:  Yes, he may proceed with the trade

12   secrets.

13          MR. LIPSITZ:  All right.  Thank you.

14          MR. BUSCH:  All right.  Now, let me first address

15   the case that was cited by Opposing Counsel a moment ago,

16   which is the case they rely on which is the *Bea* case.

17          THE COURT:  Yes.

18          MR. BUSCH:  The problem with the *Bea* case is that

19   it's decided under the law of Pennsylvania I believe or New

20   Jersey and under the law of -- that that was brought under,

21   there was no extra element beyond the use, distribution of

22   the information that would make it parallel to the United

23   States -- the copyright claim.  However, if you look at the

24   decision, the *Bea* Court specifically goes on to say that if

25   there were an extra element, then it would not be preempted

1  by the U.S. Copyright Act and that's exactly what the case of

2  *Dunn and Bradstreet* relied on *Beard Research* says.  So under

3  *Dunn and Bradstreet*, which is a Third Circuit Case, citing,

4  I'm sorry, *Gates Rubber*, 9 F.3d 823, 847-878, when a third

5  party gives access to a trade secret to a Defendant and

6  Defendant knew that that third party had a confidentiality

7  obligation at the time it was using that trade secret, then

8  the third party is, in fact, liable for a trade secret

9  violation and the cause of action is not preempted by the

10  United States Copyright Act because there is that extra

11  element and that's the *Dunn and Bradstreet* case; that's the

12  *Gates Rubber* case, and that's *Beard Research* out of the

13  Delaware Court.  This cause of action, the trade secret claim

14  in this case, is under the Delaware Trade Secret Act.  And

15  under the Delaware Trade Secret Act, there is that extra

16  element if the person knew at the time of use that either he

17  or it or someone from whom it obtained rights had, in fact, a

18  confidentiality obligation to the Plaintiff.  So in that

19  situation, there is no preemption, period, and that is -- so

20  we're dealing here with a cause of action under a certain

21  statute of the Delaware Trade Secret Act that has the extra

22  element and, therefore, it is not -- the claim is not, in

23  fact, preempted and now we can talk about, if Your Honor,

24  would like, the facts that are pleaded or we could plead if

25  the Court would like to that would support this cause of

1 action by pleading that Radware was, in fact, aware of this

2 confidentiality obligation that Nortel had.

3          THE COURT:  Why don't you --

4          MR. BUSCH:  Okay.

5          THE COURT:  -- while you're standing.  Sure.

6          MR. BUSCH:  Yes, sir.  So there are a couple of --

7 so the arguments of Radware were two; that, essentially, the

8 first one was that we didn't identify our trade secrets in

9 the Complaint.  We absolutely, positively did.  At Exhibit

10 "C", we clearly identified the SNMP Emanate Products for Red

11 Hat Linux and then if you look at paragraphs 86 to 87, 156,

12 and 310 to 311, we've pleaded specifically that these were

13 our confidential trade secrets.  So we have, in fact,

14 identified the trade secrets.  Now, perhaps because as we

15 mentioned on the call, they didn't have the Schedule at the

16 time they made the Motion, they, you know, did not know that

17 but we did, in fact, plead that reference of Schedule 51(a)

18 at Exhibit "C".

19          Secondly, we pleaded that our code is our trade

20 secret by definition at paragraph 274 and have independent

21 economic value by not being known by third parties and so

22 forth and so on.  We also pleaded at paragraphs 47 and 49

23 that Nortel's license was, in fact -- did, in fact, have this

24 confidentiality requirement.  And we pleaded at paragraph 275

25 that SNMP keeps it confidential and does it in binary code.

1            Now, I will tell Your Honor that, as far as

2 Radware's knowledge of this confidentiality requirement, I

3 did not draft this Complaint.  I was not involved at the

4 time.  I cannot locate in the Complaint where there's a

5 specific allegation that Radware did, in fact, have

6 knowledge.  I've looked.  I've tried to find it.  I hope to

7 find it.  But I will level with Your Honor and tell Your

8 Honor, I can't find a specific factual allegation in this

9 Complaint that says that Radware, in fact, had specific

10 knowledge of this confidentiality requirement.  However, Your

11 Honor, as I said before, we would ask for permission to

12 specifically plead the facts that support this allegation and

13 I can go over with you, Your Honor, what facts we would, in

14 fact, plead, if given the opportunity.

15            THE COURT:  It goes beyond just saying that they

16 had knowledge, I'm assuming.

17            MR. BUSCH:  Yes, sir.  Yes, sir.

18            THE COURT:  Well, I don't know -- go on.

19            MR. BUSCH:  Okay.

20            THE COURT:  Why don't you?

21            MR. BUSCH:  Okay.  Thank you.  What we would plead

22 is that when opening the file, that we would plead that they

23 have our software; that when opening the file, it

24 specifically says you must have possession -- permission I

25 should say, to access this code and it is a tech trade

1    secret; that the text in the preamble of our source -- the

2    source files, make files, configuration files, and in front

3    of the book pieces to the developer documentation files

4    received from Nortel specifically say that it's our

5    confidential trade secret information and if you don't have

6    permission to use it, you cannot access this.  So anyone

7    looking at that and Radware knew about it and would see it,

8    absolutely would see it in using this, they would know.  We

9    would also plead that -- okay.  We would also plead that

10   Radware would have knowledge based upon the fact that this

11   software is generally from all companies that have this type

12   of information in the License Agreements.  They are

13   considered to be, as a matter of industry practice and

14   custom, a trade secret.  And we would also plead that, under

15   the Asset Purchase Agreement, that put them on notice that

16   they had to get a license to use this information which is

17   our trade secret.  And we also believe that since our

18   license, our software was, in fact, identified in what they

19   were receiving in the Asset Purchase Agreement, we believe it

20   was identified in what they were -- in the Asset Purchase

21   Agreement from what they were receiving from Nortel, that

22   they very likely were provided with a copy of the Nortel

23   license which specifically identifies that the software is,

24   in fact, our trade secret information.

25                THE COURT:  All right.  Thank you.  Thank you, Mr.

1   Busch.  Mr. Frankel?

2          MR. FRANKEL:  Your Honor?

3          THE COURT:  Let me ask, by the way.  Sometimes I'm

4   forgetful of this, especially when the argument is a good

5   one, does anyone need a break?

6          MR. LIPSITZ:  I would like a five-minute break if

7   we could have one, Your Honor.

8          THE COURT:  Let's make it ten minutes and then

9   we'll be back and we'll wrap things up.  I think we're

10   progressing nicely, Your Honor.

11          MR. BUSCH:  Thank you, Your Honor.

12          MR. LIPSITZ:  Thank you, Your Honor.

13          THE COURT:  All right.  Ten minutes.  Thank you.

14            (Recess from 3:26 p.m. to 3:44 p.m.)

15          THE CLERK:  Please rise.

16          THE COURT:  Thank you, everyone.  Please be

17   seated.  I apologize.  You know, when you go back into the

18   office, you get tied up a little bit.  All right.  Now, yes,

19   Mr. Frankel, you were about to speak.

20          MR. FRANKEL:  Yes, Your Honor, I was going to

21   address the preemption --

22          THE COURT:  Yes.

23          MR. FRANKEL:  -- that was used in some of the

24   arguments --

25          THE COURT:  Please.

1          MR. FRANKEL:  -- that Counsel made.

2          THE COURT:  Yes.

3          MR. FRANKEL:  Starting with trade secrets, Your

4   Honor, I believe SNMP Research has now conceded that the

5   Complaint does not contain sufficient allegations or even any

6   allegations with respect to a confidential relationship and,

7   on those grounds alone, the trade secret claims should be

8   dismissed.

9          Now, with respect to the -- and in the

10  hypothetical allegations that they've made, of course,

11  they're not in the Complaint and they're not -- should not be

12  considered for purposes of a Motion to Dismiss.  Now, with

13  respect to the preemption argument, SNMP Research's Counsel

14  attempted to distinguish the *Bea* case --

15         THE COURT:  Yes.

16         MR. FRANKEL:  -- by arguing that that case was

17  decided under a different State of law that did not include a

18  confidentiality requirement.  I would respectfully disagree,

19  and I'll direct the Court's attention to -- it's page star 15

20  of the Westlaw -- the Lexis case.

21         THE COURT:  Okay.

22         MR. FRANKEL:  And in deciding that there was

23  preemption, the Court said, under the law of either State,

24  trade secret misappropriation occurs when one uses or

25  discloses another's trade secret without privilege if you

1    acquired the secret by improper means or its disclosure or

2    use constitutes a breach of the confidence or trust.  It then

3    goes on to say only claims predicated on the violation of the

4    distinct duty of trust or confidentiality may avoid

5    preemption.  So it was the same standard that was applied in

6    the *Bea* case and here, of course, in the Complaint as pled,

7    there are no allegations of a breach of a duty of trust or

8    confidentiality with respect to Radware.

9                    Now, turning to the conversion in the unjust

10   enrichment claims, SNMP Research has come up with a new

11   theory of liability based on extraterritorial conduct.  Like

12   the trade secrets claim, that is not pled anywhere in the

13   Complaint and it should not be considered, we submit, for

14   purposes of this Motion.  Certainly, there's no factual

15   description of what happened overseas that gives rise to any

16   liability, and in their briefing, no authority was provided

17   to support liability under those circumstances and we're not

18   aware of how there could be a Delaware State law claim based

19   on activity that occurred exclusively outside of the United

20   States.  Certainly, no such authority was provided and, of

21   course, if they were permitted to re-plead a cause of action

22   in some further Complaint, we could deal with it at that

23   time.  But there's no legal authority and there's no factual

24   basis in the Complaint to avoid preemption under such a

25   theory.  And if I could just briefly address the unjust

1  enrichment and conversion elements --

2          THE COURT:  Sure.

3          MR. FRANKEL:  -- setting aside the issue of

4  preemption.  Conversion is a claim that's directed to

5  physical, tangible objects and to have a conversion claim,

6  the Plaintiff needs to allege that they have physical

7  property and that the Defendant has taken control of that

8  property and deprived the Plaintiff of access to his property

9  and for that proposition, we rely on the *Tegg* case, 650 F.

10 Supp. 2nd 413 at 433.  And what that case talks about is that

11 if a claim is made based on copying software, you can't --

12 that's not a conversion claim.  You fail to plead a

13 conversion claim if all you say is that someone made a copy

14 of my software.  Now, if Your Honor has CDs and I break into

15 your Chambers and run away with those CDs, I've converted the

16 physical property.

17         THE COURT:  Yes.

18         MR. FRANKEL:  There's been no allegation here, and

19 certainly no allegation in the Complaint, that Radware took

20 physical property of SNMP Research and denied it access to

21 that physical property.  So on that reason, we submit that

22 the -- that's one additional reason to dismiss the conversion

23 claim and we think that any further conversion claim would be

24 futile because there's no physical property at issue here

25 that belongs to SNMP Research.

1          And with respect to the unjust enrichment claim,

2   there are five elements to the cause of action and the

3   Complaint doesn't address any of them.  There needs to be an

4   enrichment which is caused by an impoverishment of the other

5   party and also, you would need to show that there's no remedy

6   available under the other law and there's been no allegations

7   in the Complaint to satisfy those elements.  As we showed in

8   our briefing, when an unjust enrichment claim is just a

9   rehash of the other claims that have been pled, it should be

10   dismissed as duplicative.

11          THE COURT:  All right.  Thank you, Mr. Frankel.

12          MR. BUSCH:  Very briefly, Your Honor?

13          THE COURT:  Yes, sir.

14          MR. BUSCH:  Just to respond to Opposing Counsel's

15   arguments.  First of all, I would direct your attention, Your

16   Honor, to the following three cases, and this is what governs

17   Delaware Trade Secret Act which is what we are dealing with.

18   *Beard Research v. Kates*, 8 A.3d 573, 589 (Delaware 2010),

19   setting forth the elements of a claim under the Delaware

20   Trade Secret Act and specifically dealing with the case in

21   which a party alleged the Defendant was on notice of a third

22   party's confidentiality obligation.  And, Your Honor, what we

23   would point out is that, under the *Dunn and Bradstreet* case,

24   relying on *Gates Rubber*, it could not be clearer that under

25   *Beard Research*, under *Dunn and Bradstreet*, and under *Gates*

1  *Rubber* that there need not be, number one, a confidential

2  relationship between the Defendant and the Plaintiff.  Number

3  two, that a Defendant violates the Delaware Trade Secret Act

4  when it uses trade secret information with knowledge that a

5  third party had a confidential obligation from which it

6  obtained its rights and that it did not have permission to

7  use this trade secret information and that at the time of

8  use, it was aware of that third parties' obligations.  That's

9  -- and under those circumstances, under the Delaware Trade

10  Secret Act, following *Dunn and Bradstreet*, following *Gates*

11  *Rubber*, which follows *Gates Rubber*, and the *Beard Research*

12  case, there is no preemption, period, end of story.  The case

13  that's relied on by the Defendant is a Pennsylvania case that

14  is not relevant to this issue.  It's not under the Delaware

15  Trade Secret Act.  It is not by the Third Circuit which

16  governs this.  It's not even persuasive.  It has nothing to

17  do with the law before this Court and the law of this

18  Circuit.  So we start with that proposition.  There was a

19  mention made by Opposing Counsel that there's no confidential

20  relationship between Radware and the Plaintiff and that

21  that's reason not to dismiss the trade secret claim but that

22  is not the relevant inquiry.

23            So it gets back to the point that I made

24  originally or at the end of our last session I should say

25  which is can we plead facts that support Radware's knowledge

1  of the confidential obligation by Nortel.  I was up front

2  with the Court.  I reviewed the Complaint.  I don't see that

3  in the pending Complaint but we can plead those facts and we

4  ask for permission, and it is relevant to this inquiry

5  because as we said before and it's established.  I don't

6  think this is even in dispute.  Leave to amend a Complaint

7  shall be freely given and that a Motion to Dismiss should not

8  be granted if facts are alleged that could cure any

9  deficiency in a pleading and we can allege those facts that

10  would cure the failure to plead originally Radware's

11  knowledge of the fact that it -- that Nortel had this

12  confidential obligation to SNMP.

13          THE COURT:  My experience has always been that

14  Courts dismiss a matter subject to leave to amend by a date

15  certain.

16          MR. BUSCH:  That's not my understanding but what I

17  would suggest if Opposing Counsel would like to take me up on

18  this and if the Court would be amenable to this, we've had a

19  lot of things that have been said, a lot of cases that have

20  been cited.  Perhaps after this hearing, both sides could

21  have a two or three-page letter to the Court setting forth

22  anything that they think needs to be clarified or addressed

23  that has been said today at this rather lengthy hearing.

24          MR. LIPSITZ:  I don't think that's necessary.  I

25  don't even know what would be said.  Do they want to file a

1   letter; we'll respond to them; we'll re-brief the issue?   I

2   mean --

3          MR. BUSCH:   No, sir.   All I'm suggesting is Your

4   Honor just -- Your Honor made a comment.

5          THE COURT:   Yes.

6          MR. BUSCH:   Isn't the appropriate procedure to --

7   if Your Honor found the trade secret claim, for example, was

8   deficient --

9          MR. LIPSITZ:   Oh, we can -- sure, if that's the

10   issue with that.

11          MR. BUSCH:   That any questions Your Honor might

12   have --

13          MR. LIPSITZ:   Oh, absolutely.

14          MR. BUSCH:   I'm not suggesting we just raise

15   things --

16          MR. LIPSITZ:   Oh, I'm sorry.

17          MR. BUSCH -- that we want to raise.   Maybe I

18   wasn't clear.

19          MR. LIPSITZ:   Yes.   Okay.

20          MR. BUSCH:   What I'm suggesting is we've had a

21   lengthy argument.   You've heard a lot of things said from

22   both sides.   Your Honor may have some questions as a result

23   of what you've heard here today.   For example, in deciding

24   whether to allow to re-plead is the proper protocol to

25   dismiss and then allow the re-pleading or is it simply to

1  accept the Amended Complaint and decide whether that is now a

2  correct substitute for the original Complaint such that the

3  Motion to Dismiss should be denied or should you allow for

4  the -- those kind of procedural questions that Your Honor

5  just set forth, those are the kind of things that I was

6  suggesting perhaps could be sent -- done in a letter that

7  both sides will submit.

8                THE COURT:  Mr. Bowden?

9                MR. BOWDEN:  Your Honor?

10               THE COURT:  Let's make sure we pick you up on the

11 tape.  I think we will from that microphone.

12               MR. BOWDEN:  Your Honor, for the record, Bill

13 Bowden, for Radware.  I was just going to say if Your Honor

14 has any issues that Your Honor would like the parties to

15 address at the conclusion of the hearing in supplemental

16 briefing, we'd be happy to do that on whatever schedule Your

17 Honor felt appropriate.

18               THE COURT:  Okay.  Thank you.

19               MR. BUSCH:  So I mean I think -- so -- and again,

20 for example, Your Honor asked me a question.  Is the

21 -- and then something else was said by Opposing Counsel that

22 I don't think was briefed which is how can Radware, for

23 example on the unjust enrichment and conversion claim, if

24 they received income for acts that occurred outside the

25 United States, how could they be subject to those claims here

1   in this Delaware Court since it occurred outside the United

2   States.  I think -- I mean I know that I can address that and

3   provide some authority for that.  If you have personal

4   jurisdiction over a Defendant and -- you can assert claims no

5   matter where they occurred in the place where you're suing

6   them.  So I can address that.  So questions like that that

7   have come up that Your Honor has thrown out there that

8   Opposing Counsel has mentioned that hasn't been briefed

9   before, we would like the opportunity to do so and we would

10  be limited to whatever questions Your Honor has.

11              THE COURT:  Well, I have one question by the way.

12              MR. BUSCH:  Okay.

13              THE COURT:  Which is the mediation --

14              MR. BUSCH:  Oh, can I say one more thing, Your

15  Honor --

16              THE COURT:  Yes.

17              MR. BUSCH:  -- that my client asked -- that Mr.

18  Wood asked me to say?

19              THE COURT:  Yes.  Yes.

20              MR. BUSCH:  That I think, just for the record, for

21  whatever it's worth, I wanted to say this.  At the beginning

22  of today's hearing, Your Honor made a point of and there's

23  been a lot of discussion about the fact that it's been so

24  long since this case has been pending, but we really have

25  made an effort to try to work things out with all the people

1   who -- and entities who have been sued.  We have engaged in

2   this lengthy mediation process with Nortel.  We've actually

3   settled with one or two of the other Defendants.

4           THE COURT:  Yes.

5           MR. BUSCH:  We tried to -- we've had conversations

6   between the principals of Radware, Counsel, we've tried to

7   work things out.  So we think it's a bit unfair to penalize

8   us for any delay when our intention was, and what we've tried

9   to do and we actually have done, tried to resolve things with

10  some of these parties and it just takes a while to do that.

11          THE COURT:  Well, your point earlier today was

12  that you were prohibited from doing so.

13          MR. BUSCH:  Well, no, what I said earlier today

14  was we were prohibited from filing the Motion to Withdraw the

15  Reference --

16          THE COURT:  Right.

17          MR. BUSCH:  -- until the mediation with Nortel has

18  concluded.  That's what I said.  This is something -- what

19  I'm referring to now is Your Honor has referenced the fact

20  that it's been so long since this Complaint has been filed.

21  Why has Radware just been served?  Why are we just here now?

22  And my point is we've been trying to work things out with all

23  of the Defendants all of this time and things with us and

24  Radware broke down when they did.  We settled with other

25  Defendants.  We're still in the mediation process with

1    Nortel.  That's -- and I don't think it's fair for us to be

2    in any way -- you know, in a position of being blamed for

3    that delay.

4              THE COURT:  When did I enter the Order?  I have

5    not been able to find that Order on the docket but I wanted

6    to read it and --

7              MR. BUSCH:  Which Order, Your Honor?

8              THE COURT:  The Orders directing the mediation.

9              MR. BUSCH:  I don't know.

10             MR. BOWDEN:  Your Honor, presumably, it was some

11   time after the Complaint was filed.

12             THE COURT:  Right.

13             MR. BOWDEN:  Right?

14             THE COURT:  And that's certainly a question.  In

15   other words, if the Order directing mediation was, you know,

16   the day after the Complaint was filed, that's one thing.  If

17   it was six months later, it becomes another.

18             MR. BOWDEN:  My point exactly, Your Honor.

19             THE COURT:  Yes.  And I have not been able to find

20   the Mediation Order.

21             MR. WOOD:  Your Honor, we'll certainly find it.

22   My recollection though was the Order was actually entered

23   perhaps even before the Complaint was filed because the Order

24   essentially said we can file the Complaint, subject to

25   nothing happening until mediation going forward and

1    concluding.

2            THE COURT:  So it may be on the main docket?

3            MR. BUSCH:  Yes.

4            MR. WOOD:  It may be, yes.

5            THE COURT:  Okay.

6            MR. BUSCH:  So that's -- again, if it was filed

7    -- entered before the Complaint was filed, then, obviously,

8    nothing can happen until the mediation concluded and it still

9    hasn't been concluded.

10           THE COURT:  Okay.

11           MR. BUSCH:  Okay.

12           THE COURT:  Thank you.  Thank you, Mr. Busch.  Mr.

13   Bowden, yes?

14           MR. BOWDEN:  Your Honor, I did have one last point

15   that I want to make sure that -- it's a housekeeping point

16   and I wanted to make sure that we are done with the dialog

17   regarding the Motion to Dismiss.

18           THE COURT:  Well, to me, that's a matter that I

19   can readily determine but I will give you -- why don't I give

20   you until -- why don't I give you a week to send just a

21   simple letter providing, no more than two pages, the case or

22   cases that you rely upon for the procedure that SNMP is

23   proposing versus dismissal with leave to amend and, you know,

24   by a date certain?

25           MR. BOWDEN:  Yes, sir.

 1                THE COURT:  That would be helpful.

 2                MR. LIPSITZ:  And can we respond, Your Honor?  Is

 3     that --

 4                MR. BOWDEN:  I think it's -- I believe it's

 5     concurrent?

 6                THE COURT:  I was thinking concurrent.

 7                MR. LIPSITZ:  Oh.

 8                THE COURT:  But --

 9                MR. LIPSITZ:  I don't know how we could --

10                THE COURT:  Let's not do it concurrent because

11     this is a little different.  A week and then another week.

12                MR. LIPSITZ:  Okay.

13                THE COURT:  All right?

14                MR. LIPSITZ:  Thank you, Your Honor.

15                THE COURT:  Because I'll be working in the

16     meantime on this and other things and --

17                MR. LIPSITZ:  I think that makes more sense

18     because I wouldn't know --

19                THE COURT:  And this is the last point.

20                MR. LIPSITZ:  -- what to respond -- wouldn't know

21     what to respond to.

22                THE COURT:  Sure.

23                MR. LIPSITZ:  Okay.

24                THE COURT:  Do you have something for me?  Mr.

25     Kosmowski comes up with things.

1        MR. BUSCH:  Yes, it's before the Complaint was

2   filed and it's December 2, 2011.

3        THE COURT:  And that's -- do you have a docketed

4   number for me by any chance?

5        MR. BUSCH:  I think it was dated --

6        MR. LIPSITZ:  The Complaint is dated November 2,

7   2011.

8        MR. BUSCH:  Oh, all right, no.  Let's see.

9        MR. LIPSITZ:  That's when it was filed.

10       THE COURT:  Yes.  Does the mediation cover --

11  well, I'll look at the Order.  I don't know if it covers --

12       MR. LIPSITZ:  Well, we haven't been involved with

13  that, Your Honor.

14       THE COURT:  Right.

15       MR. BUSCH:  Yes, Docket No. 13 and it was signed

16  by Your Honor on December 2nd.  I'm not sure when it was

17  submitted to Your Honor but it was signed by Your Honor on

18  December 2, 2011.

19       THE COURT:  Okay.

20       MR. BUSCH:  So it was at or about --

21       THE COURT:  It's part of the stipulation granting

22  an extension of time, is that what it is?

23       MR. BUSCH:  That's what we believe.

24       THE COURT:  Okay.  All right.

25       MR. BUSCH:  There was also, I'm told, a filing in

1  Canada concerning the same matter that proceeded this filing.

2          THE COURT:  Okay.  Thank you.  Does anyone wish to

3  wrap up here?

4          MR. BOWDEN:  Your Honor?

5          THE COURT:  Mr. Bowden?

6          MR. BOWDEN:  For the record, Bill Bowden, for

7  Radware.  I wanted to come back to the stay of discovery.

8          THE COURT:  Yes.

9          MR. BOWDEN:  Your Honor, what I will do is prepare

10  a proposed Form of Order that essentially says nothing more

11  than for the reasons stated by the Court on the record at

12  this hearing, the Motion to Stay Discovery is granted --

13          THE COURT:  Yes.

14          MR. BOWDEN:  -- pending the Court's ruling on the

15  pending Motion to Dismiss.

16          THE COURT:  Very well.  That's --

17          MR. BOWDEN:  Circulate that to Mr. Kosmowski for

18  his review and he could circulate it to his Co-Counsel and

19  then submit it to Your Honor via Certification.

20          THE COURT:  Wonderful.  Okay.

21          MR. BOWDEN:  Thank you.

22          THE COURT:  Thank you, Mr. Bowden.

23          MR. BOWDEN:  Didn't want to let that slip.

24          THE COURT:  That will be a good administrative

25  safe measure.  I think I've got the arguments down.  You

1   know, my recollection is Judge McElvey handled these kind of

2   arguments better than this.

3                    (Laughter)

4          THE COURT:  But it was still helpful and it was

5   useful and it was certainly spirited and I appreciate that.

6   I know that you're all representing your clients, your

7   respective clients, with some passion and I admire that in

8   lawyers and it was an interesting argument and I appreciate

9   your pointing out some of -- that some of my concerns may

10  have been misplaced and, you know, certainly, I'm going to

11  check the record and confirm that sort of thing.  But my goal

12  is to get an Opinion out in the near future and that's about

13  all I can say at this point.  All right?

14          MR. BOWDEN:  Thank you, Your Honor.

15          THE COURT:  But I thank you.  It was -- the

16  briefing was good, the argument was good, and hopefully, my

17  Opinion will be equally good, whichever way.

18          MR. BUSCH:  Your Honor, the one thing.  If -- just

19  to clarify.  We're going to address in this letter one issue.

20          THE COURT:  That's right.

21          MR. BUSCH:  Now, there's always the possibility

22  that Your Honor grants in part and denies in part the Motion

23  to Dismiss and so we'll also address what should happen in

24  that event.  In other words, if Your Honor denies the Motion

25  as to the copyright infringement claim and grants it as to

1    the trade secret claim, what -- whether that, procedurally,

2    how we'd address an Amended Complaint in that way as well.

3                THE COURT:  It would be hard to do that though

4    because it depends on what basis I -- for example, if I

5    dismissed your trade secrets claim on the ground of

6    preemption --

7                MR. BUSCH:  Then we don't have -- then that cause

8    of action is just out of the case.

9                THE COURT:  Right.  And then there -- that's

10   exactly right.  And then amending would not make a

11   difference.

12               MR. BUSCH:  Exactly.

13               THE COURT:  Okay.  So I would say keep it simple.

14               MR. BUSCH:  Okay.

15               THE COURT:  Just, you know, what the procedure is

16   in the event of a dismissal.

17               MR. BUSCH:  Okay.  Thank you.

18               THE COURT:  Sure.  All right, Counsel.  Thank you.

19               MR. BUSCH:  Thank you so much, Your Honor.

20               THE COURT:  All right.

21               MR. BUSCH:  This has been a fabulous argument.

22               THE COURT:  It was interesting.

23               MR. BUSCH:  One of the best I've had.

24               THE COURT:  You did a good job.

25               MR. BUSCH:  Thank you.

1          THE COURT:  And I appreciate it very much.  We'll

2    stand in recess.  Travel safely everyone, please.

3          ALL COUNSEL:  Thank you, Your Honor.

4          THE COURT:  All right.  Good day to you.

5

6      (Whereupon at 4:04 p.m., the hearing was adjourned)

7

8                        CERTIFICATION

9          I   certify   that   the   foregoing   is   a   correct

10   transcript   from   the   electronic   sound   recording   of   the

11   proceedings in the above-entitled matter.

12
13   _____          31 October 2013
14   Tammy Kelly, Transcriber                     Date
15   Diaz Data Services, LLC
16

17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **720-page**(1) 24:25 | | **allegations**(32) 8:12 22:18 23:7 24:5 33:7 33:12 35:1 35:4 35:21 36:6 36:7 40:22 40:25 41:9 41:18 41:18 42:7 45:11 53:16 53:18 54:11 54:15 54:19 54:20 59:1 59:16 59:17 68:5 68:6 68:10 69:7 71:6 | | **another's**(1) 68:25 | | **basis**(12) 34:14 35:3 35:12 36:3 43:11 45:2 45:8 45:17 46:17 47:9 69:24 84:4 | |
| **a.3d**(1) 71:18 | | | | **answer**(1) 38:12 | | | |
| **aaron**(2) 2:33 5:12 34:19 | | | | **any**(44) 6:1 10:3 10:23 11:1 11:18 12:16 12:23 12:24 13:10 14:9 14:19 15:5 17:1 17:12 18:8 22:18 22:20 24:9 24:11 30:5 32:1 32:1 33:7 33:12 33:13 35:2 36:6 39:16 41:24 41:24 42:3 49:12 54:19 57:18 68:5 69:15 70:23 71:3 73:8 74:11 75:14 77:8 78:2 81:4 | | **bayard**(1) 2:25 | |
| **able**(8) 12:15 28:11 43:6 45:15 52:14 52:21 78:5 78:19 | | | | | | **bea**(6) 59:4 62:16 62:18 62:24 68:14 69:6 | |
| | | **allege**(3) 52:10 70:6 73:9 | | | | **bear**(1) 14:16 | |
| **about**(27) 5:6 8:18 8:21 9:18 12:18 14:3 18:8 21:15 22:10 22:16 23:16 33:7 33:14 36:13 41:7 47:13 50:19 56:13 58:6 58:15 63:23 66:7 67:19 70:10 76:23 81:20 83:12 | | **alleged**(7) 34:22 35:8 58:21 58:23 59:10 71:21 73:8 | | | | **beard**(5) 63:2 63:12 71:18 71:25 72:11 | |
| | | **allen**(1) 4:5 | | **anybody**(1) 10:22 | | **beat**(1) 52:24 | |
| | | **allow**(5) 13:7 25:11 74:24 74:25 75:3 | | **anyone**(6) 43:8 44:11 54:1 66:6 67:5 82:2 | | **because**(30) 6:21 9:4 10:14 10:15 11:9 14:17 14:18 20:14 25:9 25:11 27:8 34:10 36:4 37:24 40:10 41:10 55:15 56:5 56:21 60:25 61:12 63:10 64:14 70:24 73:5 78:23 80:10 80:15 80:18 84:4 | |
| **above-entitled**(1) 85:11 | | **allowable**(1) 29:2 | | **anything**(9) 10:16 11:17 14:9 37:23 43:21 52:7 53:25 | | | |
| **absolute**(1) 46:5 | | **allowed**(2) 43:19 44:18 | | | | | |
| **absolutely**(18) 14:6 15:20 15:25 15:25 25:20 25:21 25:22 25:23 26:9 26:11 27:1 29:2 41:8 49:9 52:17 57:10 64:9 66:8 74:13 | | **allowing**(1) 50:19 | | **anyway**(1) 33:2 | | **becomes**(1) 78:17 | |
| | | **almost**(1) 20:5 | | **anyways**(1) 11:10 | | **been**(43) 7:6 7:23 10:9 10:10 10:16 26:25 34:22 36:4 36:25 39:22 39:24 40:10 41:10 42:2 42:8 46:18 54:17 54:23 60:4 60:23 62:1 70:18 71:6 71:9 73:13 73:19 73:20 73:23 76:8 76:23 76:23 76:24 77:1 77:20 77:20 77:21 77:22 78:5 78:19 79:9 81:12 83:10 84:21 | |
| **accenture**(3) 35:5 35:20 36:2 | | **alone**(2) 46:23 68:7 | | **anywhere**(2) 25:2 69:12 | | | |
| **accenture's**(1) 35:19 | | **along**(3) 14:2 20:17 36:6 | | **apologize**(1) 67:17 | | | |
| **accept**(1) 75:1 | | **already**(2) 26:11 40:10 | | **appear**(1) 29:11 | | | |
| **accepted**(2) 41:9 55:7 | | **also**(18) 7:21 8:10 8:16 13:13 17:18 17:21 29:3 42:15 56:11 59:8 64:22 66:9 66:14 66:17 71:5 81:25 83:23 | | **appearances**(3) 3:23 4:1 | | | |
| **access**(16) 22:11 33:12 35:8 35:11 37:20 37:21 41:25 46:23 47:9 52:12 53:7 63:5 65:25 66:6 70:8 70:20 | | | | **application**(4) 24:25 28:23 29:6 61:8 | | | |
| | | | | **applied**(1) 69:5 | | **before**(25) 1:43 8:2 10:4 18:18 18:20 20:19 21:23 30:13 31:18 35:4 37:17 43:3 43:16 43:23 46:15 47:4 47:5 51:16 65:11 72:17 73:5 76:9 78:23 79:7 81:1 | |
| **accessed**(1) 53:16 | | **although**(2) 28:14 31:2 | | **appreciate**(4) 27:10 83:5 83:8 85:1 | | | |
| **accessing**(1) 48:15 | | **always**(3) 60:5 73:13 83:21 | | **appropriate**(5) 6:22 8:9 13:7 74:6 75:17 | | | |
| **acknowledged**(1) 5:23 | | **amazing**(2) 49:4 49:5 | | **approved**(1) 22:8 | | **beginning**(4) 19:13 23:22 40:23 76:21 | |
| **acquire**(3) 21:23 23:11 69:1 | | **amenable**(1) 73:18 | | **architectural**(1) 59:7 | | **behalf**(2) 6:7 20:24 | |
| **acquisition**(1) 45:18 | | **amend**(8) 12:11 12:21 13:7 13:9 59:15 73:6 73:14 79:23 | | **are**(94) 8:5 8:21 10:23 12:2 12:8 14:7 14:8 16:18 16:23 17:1 17:8 18:23 19:9 20:10 21:16 21:21 22:5 22:7 22:7 23:23 26:15 28:10 29:4 29:5 29:5 29:12 29:19 29:20 29:22 29:23 29:23 32:19 32:23 33:19 33:6 33:9 33:11 33:12 34:7 34:8 34:7 36:11 37:9 39:5 39:9 40:1 40:16 41:9 43:12 43:20 44:12 45:5 45:6 45:20 46:7 46:10 46:11 46:13 46:24 48:4 48:4 48:4 48:8 48:15 49:9 49:12 49:14 49:18 52:7 52:18 53:15 54:11 57:3 58:6 60:10 60:13 60:23 61:6 61:19 61:22 62:3 64:6 64:6 66:22 69:7 71:2 71:17 73:8 75:5 77:21 79:16 | | **belabor**(1) 15:1 | |
| **act**(33) 16:24 17:20 18:24 19:8 53:21 56:14 57:3 60:13 60:16 60:17 60:18 60:24 61:1 61:8 61:12 61:14 61:19 61:20 61:22 61:24 61:24 62:6 63:1 63:10 63:14 63:15 63:21 71:17 71:20 72:3 72:10 72:15 | | | | | | **belief**(5) 23:10 29:1 29:16 34:16 43:18 | |
| | | **amended**(3) 13:3 75:1 84:2 | | | | **believe**(17) 5:16 15:16 27:21 30:25 31:2 42:3 42:15 45:17 46:18 47:9 70:24 60:2 62:19 66:17 66:19 68:4 80:4 81:23 | |
| | | **amending**(1) 84:10 | | | | | |
| | | **america**(2) 4:9 4:9 | | | | | |
| **action**(12) 12:14 12:22 12:22 13:19 23:21 63:9 63:13 63:20 64:1 69:21 71:2 84:8 | | **americas**(1) 2:34 | | | | **belittle**(1) 48:24 | |
| | | **among**(1) 11:18 | | | | **belongs**(2) 18:5 70:25 | |
| | | **amounts**(1) 23:4 | | **argue**(1) 13:13 | | **best**(2) 48:9 84:23 | |
| **actions**(1) 61:25 | | **analog**(1) 56:24 | | **arguing**(2) 53:13 68:16 | | **better**(1) 83:2 | |
| **activities**(1) 20:9 | | **analogy**(1) 50:23 | | **argument**(24) 5:18 6:23 6:24 7:14 7:15 7:18 8:14 9:13 10:22 13:20 14:2 14:22 14:4 14:8 15:24 27:19 32:13 56:12 67:4 68:13 74:21 83:8 84:21 | | **between**(8) 28:6 53:3 53:13 58:20 58:25 72:2 72:20 77:6 | |
| **activity**(2) 57:13 69:19 | | **and**(301) 1:18 1:35 5:4 5:10 5:17 5:22 6:4 6:14 6:21 6:23 6:24 6:25 7:1 7:4 7:7 7:8 7:10 7:12 7:14 7:18 7:19 7:22 7:23 8:1 8:3 8:6 8:8 8:11 8:13 8:14 8:17 8:19 8:20 8:21 8:22 9:12 9:17 10:7 10:8 12:3 12:12 12:13 12:18 12:19 12:19 12:19 13:2 13:16 13:19 13:21 13:22 14:6 14:6 14:7 14:8 14:11 14:16 14:21 14:22 14:24 14:25 15:14 15:21 16:9 16:21 16:23 17:5 17:8 17:12 17:15 17:15 17:16 18:2 19:2 19:10 20:1 20:13 20:16 20:20 21:11 21:12 21:18 21:11 21:13 21:17 21:19 21:24 21:25 22:8 22:9 22:12 22:13 22:14 22:18 22:19 23:1 23:1 23:2 23:9 23:9 23:20 23:21 24:1 24:6 24:9 24:24 25:1 25:4 25:5 25:5 25:6 25:15 25:19 25:20 26:3 26:4 26:7 26:18 27:1 27:15 27:22 27:23 27:24 28:6 28:15 28:22 29:1 29:3 29:7 29:8 29:16 29:21 29:21 30:11 30:13 30:14 30:23 30:23 30:24 31:13 31:14 31:14 31:16 32:4 32:9 32:10 32:17 33:9 33:14 33:14 34:9 34:12 34:16 34:16 34:16 34:23 35:9 35:11 35:13 35:14 36:2 36:7 36:12 36:16 36:20 36:22 36:23 37:5 37:6 37:7 37:16 37:18 37:18 37:18 38:2 38:3 38:9 38:13 38:13 39:9 39:9 39:9 40:1 40:2 40:2 40:3 40:5 40:14 40:16 40:17 41:6 41:11 41:18 41:20 41:21 42:1 42:4 42:11 42:14 42:15 42:17 43:4 43:5 43:6 43:7 43:11 43:16 43:17 43:18 43:20 43:21 43:23 44:8 45:1 45:2 45:4 45:6 45:9 45:11 45:14 45:21 45:23 46:4 46:8 46:8 46:12 46:12 46:15 46:17 46:22 46:22 46:22 47:3 47:7 47:25 48:3 48:5 48:13 49:12 50:3 50:5 50:6 50:8 50:11 50:13 50:15 50:16 50:22 50:23 51:1 51:1 51:2 51:3 51:5 51:6 51:10 51:11 51:11 51:11 51:19 51:24 52:2 52:5 52:9 52:14 52:15 52:19 52:21 53:4 53:4 53:5 53:8 53:22 54:1 54:18 55:15 56:12 56:20 56:23 57:2 57:4 57:8 57:16 57:16 57:19 58:10 58:14 58:20 58:25 58:25 59:7 59:9 59:11 59:12 59:13 60:1 60:2 60:5 60:6 60:7 60:16 60:16 60:17 60:21 60:22 62:7 62:20 63:1 63:2 63:3 63:5 63:9 63:11 63:11 63:12 63:24 63:19 63:22 63:23 64:11 64:12 64:20 64:21 64:22 64:22 64:24 64:25 65:7 65:12 65:25 66:2 66:5 66:7 66:7 66:13 66:14 66:17 67:8 67:9 68:6 68:9 68:11 68:19 68:22 69:6 69:13 69:16 69:17 69:20 69:23 69:25 70:1 70:5 70:7 70:8 70:9 70:10 70:14 70:15 70:18 70:20 70:23 71:1 71:2 71:15 71:16 71:16 71:20 71:22 71:23 71:25 72:2 72:6 72:7 72:9 72:10 72:11 72:17 72:20 72:20 72:3 73:4 73:5 73:7 73:9 73:18 74:25 75:1 75:19 75:21 75:23 76:2 76:4 76:9 76:22 77:1 77:8 77:9 77:10 77:22 77:23 77:23 78:6 78:16 79:23 80:2 80:11 80:16 80:16 80:16 80:19 81:2 81:3 81:15 82:18 82:18 83:4 83:5 83:5 83:7 83:8 83:8 83:10 83:11 83:12 83:16 83:22 83:23 83:25 84:9 84:10 85:1 | | **arguments**(6) 42:12 64:7 67:24 71:15 82:25 83:2 | | **beyond**(6) 27:23 29:15 32:13 58:11 62:21 65:15 | |
| **acts**(13) 23:23 57:9 57:19 60:12 60:23 61:1 61:11 61:15 61:20 61:23 62:1 62:4 75:24 | | | | **arsht**(1) 2:3 | | **big**(1) 48:15 | |
| | | | | **art**(1) 58:7 | | **bill**(3) 5:8 75:12 82:6 | |
| | | | | **artery**(1) 48:5 | | **binary**(1) 64:25 | |
| **actual**(4) 22:10 28:8 37:21 52:12 | | | | **ashby**(2) 2:38 5:8 | | **bit**(7) 7:4 24:12 26:15 28:9 53:9 67:18 77:7 | |
| **actually**(10) 14:16 31:14 32:23 39:19 43:3 43:6 50:9 77:2 77:9 78:22 | | | | **asia**(2) 61:10 61:10 | | **blamed**(1) 78:2 | |
| | | | | **aside**(1) 70:3 | | **blurred**(2) 32:17 32:19 | |
| **add**(2) 43:13 51:19 | | | | **ask**(6) 21:19 37:19 37:24 65:11 67:3 73:4 | | **blurring**(1) 36:11 | |
| **add-on**(1) 56:19 | | | | **asked**(12) 6:23 6:23 15:12 15:22 20:5 25:17 27:15 49:1 58:14 75:20 76:17 76:18 | | **bob**(1) 21:5 | |
| **addition**(1) 59:7 | | | | | | **body**(1) 49:16 | |
| **additional**(6) 12:15 30:24 58:23 58:25 59:16 70:22 | | | | | | **bold-faced**(1) 46:5 | |
| **additionally**(1) 44:6 | | | | **assert**(4) 12:24 45:8 59:16 76:4 | | **bolt**(1) 47:13 | |
| **address**(16) 9:6 9:10 12:6 14:7 15:18 55:18 62:14 67:21 69:25 71:3 75:15 76:2 76:6 83:19 83:23 84:2 | | | | **asserted**(1) 57:19 | | **book**(5) 45:4 45:4 45:13 45:14 46:3 | |
| | | | | **assertion**(1) 23:3 | | **born**(1) 40:21 | |
| | | | | **asset**(5) 42:16 45:19 66:15 66:19 66:20 | | **both**(5) 30:13 31:8 73:20 74:22 75:7 | |
| **addressed**(1) 73:22 | | | | **assets**(8) 20:19 21:10 22:8 23:11 28:23 29:7 44:17 46:21 | | **botter**(1) 3:31 | |
| **adequately**(1) 12:14 | | **and/or**(1) 53:16 | | | | **bottom**(1) 52:1 | |
| **adjourned**(1) 85:6 | | **ann**(1) 2:4 | | | | **bought**(2) 42:21 53:4 | |
| **administered**(1) 1:16 | | **announce**(1) 36:24 | | **assuming**(2) 35:15 65:16 | | **bowden**(32) 2:39 5:6 5:7 5:8 5:12 5:15 5:20 5:22 6:1 13:23 75:8 75:9 75:12 75:13 78:10 78:13 78:18 79:13 79:14 79:25 80:4 82:4 82:5 82:6 82:6 82:9 82:14 82:17 82:21 82:22 82:23 83:14 | |
| **administrative**(2) 18:16 82:24 | | **announced**(2) 31:11 45:20 | | **assure**(1) 26:19 | | | |
| **administrators**(1) 2:17 | | **announces**(1) 38:5 | | **attached**(2) 17:8 17:1 | | | |
| **admire**(1) 83:7 | | **announcing**(1) 27:24 | | **attempt**(2) 54:19 54:23 | | | |
| **admit**(1) 83:7 | | **another**(6) 10:17 39:17 41:3 42:5 78:17 80:11 | | **attempted**(1) 68:14 | | | |
| **admitted**(1) 27:21 | | | | **attention**(2) 68:19 71:15 | | **box**(4) 50:9 50:14 50:16 51:2 | |
| **adv.proc.no**(1) 1:19 | | | | **attorneys**(3) 19:5 19:8 19:8 | | **boxes**(8) 50:4 50:5 50:20 53:3 53:14 53:14 53:19 53:20 | |
| **advised**(3) 5:15 26:25 44:3 | | | | **authority**(8) 12:10 57:11 57:18 57:18 69:16 69:20 69:23 76:3 | | | |
| **after**(11) 11:3 18:10 18:11 30:13 31:8 37:18 43:17 44:1 73:20 78:11 78:16 | | | | | | **brad**(1) 3:33 | |
| | | | | **authorization**(2) 23:14 29:10 | | **bradstreet**(7) 60:16 63:2 63:3 63:11 71:23 71:25 73:1 | |
| **afternoon**(4) 5:3 5:9 5:14 6:6 | | | | **authorizing**(2) 15:25 17:1 | | | |
| **again**(9) 31:2 31:6 35:17 40:22 41:2 57:15 59:15 75:19 79:6 | | | | **available**(9) 24:14 33:15 40:7 40:12 40:17 41:1 45:7 46:8 71:6 | | **branch**(3) 38:11 69:2 69:7 | |
| | | | | | | **break**(3) 67:5 67:6 70:14 | |
| **against**(2) 23:7 45:11 | | | | **avaya**(4) 1:32 3:36 10:23 44:17 | | **bridge**(1) 54:11 | |
| **ago**(5) 7:21 14:4 31:7 59:24 62:15 | | | | **ave**(1) 2:27 | | **brief**(3) 7:24 7:24 36:16 | |
| **agree**(1) 14:22 | | | | **avenue**(2) 2:34 2:40 | | **briefed**(2) 75:2 76:8 | |
| **agreed**(2) 23:1 25:6 | | **and**(155) 57:8 57:16 57:19 58:10 58:14 58:20 58:25 58:25 59:7 59:9 59:11 59:12 59:13 60:1 60:2 60:5 60:6 60:7 60:16 60:16 60:17 60:21 60:22 62:20 63:1 63:2 63:3 63:5 63:9 63:11 63:11 63:12 63:24 63:19 63:22 63:23 64:11 64:12 64:20 64:21 64:22 64:22 64:24 64:25 65:7 65:12 65:25 66:2 66:5 66:7 66:7 66:13 66:14 66:17 67:8 67:9 68:6 68:9 68:11 68:19 68:22 69:6 69:13 69:16 69:17 69:20 69:23 69:25 70:1 70:5 70:7 70:8 70:9 70:10 70:14 70:15 70:18 70:20 70:23 71:1 71:2 71:15 71:16 71:16 71:20 71:22 71:23 71:25 72:2 72:6 72:7 72:9 72:10 72:11 72:17 72:20 72:20 72:3 73:4 73:5 73:7 73:9 73:18 74:25 75:1 75:19 75:21 75:23 76:2 76:4 76:9 76:22 77:1 77:8 77:9 77:10 77:22 77:23 77:23 78:6 78:16 79:23 80:2 80:11 80:16 80:16 80:16 80:19 81:2 81:3 81:15 82:18 82:18 83:4 83:5 83:5 83:7 83:8 83:8 83:10 83:11 83:12 83:16 83:22 83:23 83:25 84:9 84:10 85:1 | | **aveme**(2) 2:34 2:40 | | **briefing**(4) 69:16 71:8 75:16 83:16 | |
| **agreement**(8) 21:12 25:22 42:16 45:19 54:2 66:15 66:19 66:21 | | | | **avoid**(3) 26:18 69:4 69:24 | | **briefly**(6) 7:9 9:11 12:4 14:7 69:25 71:12 | |
| | | | | **aware**(3) 64:1 69:18 72:8 | | **bring**(5) 52:22 43:3 43:7 43:8 44:11 | |
| **agreements**(3) 20:24 24:11 66:12 | | | | **away**(1) 70:15 | | **broke**(1) 77:24 | |
| **ah-hah**(1) 34:13 | | | | **back**(9) 13:16 24:4 31:16 41:6 48:13 67:9 67:17 72:23 82:7 | | **brought**(2) 21:5 62:20 | |
| **akin**(2) 3:30 47:13 | | | | | | **built**(1) 39:24 | |
| **al.**(2) 1:8 1:26 | | | | | | | |
| **alberto**(1) 2:26 | | | | | | | |
| **all**(73) 5:21 6:17 7:1 8:2 9:12 9:25 11:25 13:12 13:16 15:4 16:11 17:4 19:12 19:12 20:2 20:12 22:9 24:8 24:22 25:16 27:7 27:8 27:17 29:9 31:3 32:12 36:10 36:18 38:15 41:13 41:16 44:7 45:9 46:22 47:11 47:25 48:3 48:4 50:6 50:12 51:18 52:23 53:5 53:8 54:20 55:1 55:14 55:24 62:8 62:13 62:14 66:11 66:25 67:13 67:18 70:13 71:11 71:15 74:5 74:25 77:22 77:23 80:13 81:8 81:24 83:8 83:13 | | **backup**(1) 40:24 | | **bankruptcy**(14) 1:1 1:44 9:4 9:6 10:2 11:1 14:18 14:21 14:24 20:20 21:2 21:4 21:5 46:21 | | | |
| | | **balance**(2) 21:17 48:16 | | | | | |
| | | **balancers**(3) 21:23 33:11 48:8 | | | | | |
| | | **balancing**(1) 50:18 | | **bare**(3) 23:5 35:21 | | | |
| | | **ballow**(2) 3:11 6:15 | | | | | |
| | | **bank**(2) 4:9 4:9 | | | | | |
| **allegation**(12) 22:20 22:25 24:6 33:16 35:15 47:8 65:5 65:8 65:12 70:18 70:19 | | | | **based**(9) 6:25 15:5 34:15 35:21 37:20 66:10 69:11 69:18 70:11 | | | |
| | | | | | | | |
| | | | | **basically**(4) 12:10 18:16 56:21 56:23 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

busch(178) 3:12 6:14 6:15 9:1 9:4 9:10 9:15 9:19 9:23 9:25 10:7 10:19 11:23 12:12 13:4 13:24 15:6 15:7 15:7 15:9 15:10 15:11 15:14 15:20 15:25 16:2 16:5 16:8 16:11 16:14 16:18 17:4 17:18 18:10 18:12 18:14 19:1 19:13 19:16 20:6 23:19 25:8 25:13 25:15 25:24 26:2 26:7 26:10 26:13 26:17 26:22 27:4 27:6 27:10 27:14 27:18 27:21 28:2 28:4 28:22 30:9 31:6 31:16 31:21 31:23 31:25 32:23 33:4 33:25 36:13 36:16 38:14 38:17 38:19 38:23 38:25 39:3 40:8 41:2 41:15 41:20 42:13 42:20 42:22 42:24 43:2 44:3 44:6 44:8 44:20 44:24 45:3 46:2 46:4 47:17 47:19 47:22 48:21 48:23 49:2 49:10 51:19 51:22 53:19 53:24 55:2 55:9 55:12 55:18 55:20 55:23 56:4 56:10 56:15 57:22 57:25 58:2 58:4 59:19 59:21 59:22 60:1 60:4 61:4 61:7 61:15 61:18 62:9 62:14 62:18 64:4 64:6 65:17 65:19 65:21 67:1 67:11 71:12 71:14 73:16 74:3 74:6 74:11 74:14 74:17 74:20 75:19 76:12 76:14 76:17 76:20 77:5 77:13 77:17 78:7 78:9 79:2 79:6 79:11 79:12 81:1 81:5 81:8 81:15 81:20 81:23 81:25 83:18 83:21 84:7 84:12 84:14 84:17 84:19 84:21 84:23 84:25

business(5) 20:18 23:14 28:23 29:7 60:20
busy(1) 48:11
but(84) 6:22 7:13 8:21 9:7 9:17 9:17 9:19 10:15 12:4 12:9 12:20 13:6 13:13 13:17 13:18 14:19 14:23 19:8 19:18 21:8 22:3 22:16 24:5 24:12 24:20 25:2 26:13 26:20 27:2 28:4 28:5 28:14 30:18 30:21 32:1 32:13 32:16 32:18 33:2 36:11 37:13 39:15 40:3 41:16 41:17 43:14 44:8 45:2 45:10 45:16 46:25 47:12 48:14 49:2 49:12 49:14 50:10 50:19 52:18 53:11 53:24 54:23 55:12 56:25 57:15 58:24 59:16 60:14 61:9 61:13 62:3 64:17 65:7 69:23 72:21 73:3 73:16 76:24 78:5 79:19 80:8 81:17 83:4 83:15

califano(1) 3:37
call(3) 27:12 27:13 64:15
called(2) 24:16 27:10
calling(1) 54:5
came(4) 9:18 10:24 30:22 32:8
can(46) 11:2 12:15 12:22 12:24 19:5 26:18 30:24 38:22 39:18 40:5 40:14 40:14 41:11 43:3 43:6 43:13 45:13 45:14 45:25 46:8 46:11 51:23 53:14 55:21 57:14 57:20 57:22 59:19 60:6 63:23 65:13 72:25 73:3 73:9 74:9 75:22 76:2 76:6 76:14 78:24 79:8 79:19 80:2 83:13

canada(1) 11:7
cannot(6) 19:1 23:25 52:13 62:5 65:4 66:6
can't(12) 10:16 15:5 18:17 19:8 30:21 42:17 44:10 45:3 45:5 53:14 65:8 70:11

capital(2) 4:13 4:14
car(3) 47:20 50:10 50:11
carroll(7) 3:18 6:14 14:6 14:11 14:15 15:3 15:4
cars(1) 50:12
cart(1) 43:23
case(70) 1:5 7:1 7:5 7:6 7:9 7:23 13:2 13:6 13:8 13:15 14:1 14:17 14:22 14:23 16:12 16:15 17:6 19:5 22:17 22:23 23:21 24:3 28:12 30:6 30:18 33:5 35:7 36:2 37:8 40:15 40:24 44:11 45:10 50:24 51:23 52:1 52:15 52:20 57:11 57:12 58:24 59:4 59:4 61:3 61:6 62:15 62:16 62:16 62:18 63:1 63:3 63:12 63:14 68:14 68:16 68:20 69:6 70:9 70:10 71:20 71:23 72:12 72:12 72:13 76:24 79:21 84:8

cases(9) 14:16 28:6 34:17 58:5 58:10 60:16 71:6 73:19 79:22

cause(9) 23:19 23:21 63:9 63:13 63:20 63:25 69:21 71:2 84:7

caused(1) 71:4
causes(2) 12:14 12:22
cds(2) 70:4 70:15
central(1) 50:5
certain(7) 20:19 21:10 21:10 46:21 63:20 73:15 79:24

certainly(17) 13:11 13:12 13:18 14:22 20:11 37:5 41:5 42:2 42:10 54:19 69:4 69:20 70:19 78:14 78:21 83:5 83:10

certification(2) 82:19 85:8
certify(6) 25:18 25:21 26:8 26:24 26:25 85:9
challenge(3) 22:19 23:15 40:9
chambers(2) 48:3 70:15
chance(1) 81:4
changed(1) 21:8
changes(1) 50:9
chapman(1) 2:18
chapter(1) 1:8
charge(1) 45:3
check(2) 31:16 83:11
children(1) 8:19
choice(1) 14:19
choose(1) 13:2 22:12
chooses(1) 7:3
chose(7) 7:2 22:13 22:14 39:25 42:3 42:9 53:7
chris(1) 2:10
chung(1) 4:10
circuit(5) 12:9 12:10 63:3 72:15 72:18
circulate(2) 82:17 82:18

circumstances(4) 8:4 43:9 69:17 72:9
cite(1) 57:10
cited(7) 16:15 34:17 37:9 57:11 59:11 63:15 73:20
citing(1) 63:3
civil(1) 56:24
claim(37) 14:20 16:20 18:1 18:7 23:6 34:14 35:2 36:23 62:13 57:16 59:2 59:3 59:8 59:8 59:10 59:14 60:15 62:23 63:13 63:22 69:12 69:18 70:4 70:5 70:11 70:12 70:13 70:23 71:1 71:8 71:19 72:21 74:7 75:23 83:25 84:1 84:5

claiming(1) 44:18
claims(17) 22:9 53:5 56:19 57:3 57:7 57:19 57:23 58:6 59:13 60:2 60:9 68:7 69:3 69:10 71:9 75:25 76:4

clarified(1) 73:22
clarify(1) 81:18
clark(2) 2:43 6:7
clear(9) 8:10 11:7 22:8 33:16 34:9 46:22 53:5 57:2 74:18

clearer(2) 18:6 71:24
clearly(3) 17:6 32:14 64:10
cleary(1) 3:25
client(3) 5:2 67:15
client(7) 20:25 39:16 40:12 41:6 41:6 56:11 67:17
clients(3) 49:4 83:6 83:7
clients'(1) 11:13
client's(1) 51:9
closed(2) 21:9 28:22
co-counsel(4) 9:6 11:24 27:6 82:18
code(25) 33:10 33:21 37:21 40:6 40:15 40:16 40:16 40:21 41:1 42:1 43:6 45:16 46:12 51:24 52:2 52:5 52:7 52:13 53:6 53:17 53:20 53:21 64:19 64:25 65:25

coie(2) 3:17 6:14
colleague(1) 34:22
colleagues(2) 5:9 6:2
come(8) 32:2 46:7 56:13 57:4 61:20 59:10 76:7 82:7
comes(1) 80:25
coming(1) 10:14
comment(1) 7:4
comments(4) 6:4 6:21 8:22 14:1
commitment(1) 36:19
committed(2) 34:10 47:1
committee(2) 2:10 3:29
commodity(1) 42:5
communicate(1) 50:13
communications(1) 21:18
companies(2) 49:14 66:11
company(3) 30:24 20:15 30:20
compare(1) 54:20
comparison(2) 46:12 54:17
competitive(2) 45:7 49:18
competitors(1) 49:3
compiled(1) 39:14
complaint(69) 8:11 8:15 12:9 12:18 13:3 13:7 13:10 14:17 15:19 15:23 17:7 17:9 17:9 17:12 17:12 22:15 22:17 22:22 22:23 22:24 23:4 28:12 30:6 30:8 32:16 33:13 33:14 35:2 36:6 37:19 40:22 43:2 42:11 43:4 43:25 47:4 53:12 54:12 54:19 57:21 59:1 59:16 59:17 64:9 65:3 65:4 65:9 68:5 68:11 69:6 69:13 69:22 69:24 70:19 71:3 71:7 73:2 73:3 73:6 75:1 75:2 77:20 78:11 78:16 78:23 78:24 79:7 81:1 81:6 84:2

completed(2) 10:9 10:10
completely(1) 12:2
component(2) 18:7 47:24
computer(3) 21:19 47:21 47:24
computers(1) 48:4
conaway(1) 2:17
conceded(3) 57:4 57:15 68:4
concerned(3) 17:24 43:24 52:20
concerning(2) 32:24 82:1
concerns(3) 7:12 9:21 83:9
conclude(5) 35:3 35:12 36:3 42:9 46:24
concluded(5) 10:3 10:16 77:18 79:8 79:9
concluding(1) 79:1
conclusion(7) 22:21 22:22 23:18 29:19 32:6 33:16 75:15

conclusions(5) 28:7 28:11 28:16 29:5 29:12
concurrent(3) 80:5 80:6 80:10
condoned(1) 21:1
conduct(5) 23:24 32:10 35:20 57:6 69:11
conducted(1) 10:24
conference(1) 15:22
confidence(1) 69:2
confidential(11) 58:20 58:24 64:13 64:25 66:5 68:6 72:1 72:5 72:19 73:1 73:12

confidentiality(11) 40:13 63:6 63:18 64:2 64:24 65:2 65:10 68:18 69:4 69:8 71:22

configuration(1) 66:2
confines(1) 8:15
confirm(1) 83:11
confirmed(1) 39:22

connection(3) 16:19 20:17 26:5
consent(2) 23:14 29:10
consented(3) 10:25 11:21 14:12
consequences(1) 18:23 19:9
consider(4) 8:11 11:12 20:20 21:1
consideration(1) 41:14
considered(3) 66:13 68:12 69:13
considering(2) 11:6 12:12
consistent(1) 46:25
console(1) 50:6
conspiracy(4) 23:4 28:17 29:24 32:7
constant(1) 41:7
constitutes(1) 69:2
constitutional(1) 23:5
contain(8) 37:13 39:23 39:23 41:24 43:18 43:19 45:24 68:5

contained(4) 36:25 37:4 43:15 55:5
containing(5) 17:14 31:13 17 52:5 53:25
contains(1) 53:20
contention(1) 70:15
context(1) 9:18
continue(5) 36:21 36:24 45:22 51:15 54:23
continued(12) 3:2 4:2 21:9 37:7 37:11 37:17 37:18 38:3 38:6 38:7 51:11 52:6

continuing(1) 45:20
control(1) 70:7
controlling(2) 50:11 50:11
conversation(1) 56:20
conversations(1) 77:5
conversion(17) 56:23 56:24 57:8 57:16 60:2 60:9 60:12 62:7 69:9 70:1 70:4 70:5 70:10 70:12 70:20 70:23 75:23

converted(1) 70:15
cop(2) 48:20 48:22
copied(1) 18:7
copies(1) 61:9
copy(4) 45:21 61:10 66:22 70:13
copying(5) 16:25 58:22 59:7 59:10 70:11
copyright(59) 16:2 16:11 16:19 16:20 16:22 16:23 17:2 17:5 17:20 17:25 18:7 18:10 18:15 18:19 18:19 18:21 18:22 18:24 19:3 19:4 19:6 19:8 20:7 33:10 33:19 33:23 34:1 42:4 45:3 52:2 53:21 57:2 57:9 57:14 58:9 58:22 59:2 59:12 59:12 60:11 60:13 60:16 60:24 61:1 61:8 61:11 61:12 61:14 61:19 61:20 61:22 61:23 61:24 62:6 62:2 62:23 63:1 63:10 83:25

copyrighted(3) 17:22 18:5 59:12
copyrights(1) 17:8
cordo(1) 2:4
corners(3) 12:18 25:10 32:16
corp(1) 1:7
corporation(3) 1:27 48:15 60:20
correct(9) 18:11 18:12 24:12 34:25 35:25 51:25 52:19 75:2 85:9

could(35) 8:7 10:8 11:13 11:15 11:15 18:5 22:5 24:24 30:3 36:3 39:2 39:15 39:17 40:2 44:4 50:9 51:2 51:25 52:11 52:21 55:6 55:22 64:6 64:24 67:22 69:25 71:24 73:8 73:20 75:6 75:25 80:9 82:18

couldn't(2) 5:7 51:17
counsel(18) 7:18 25:6 25:16 27:11 27:18 59:23 60:8 60:19 62:15 68:1 68:13 72:19 73:17 75:21 76:8 77:6 84:18 85:3

counsel's(2) 13:20 71:14
countries(1) 60:22
country(1) 57:14
couple(7) 6:4 9:2 9:7 9:20 14:11 34:17 64:6
course(8) 5:5 23:13 32:12 53:14 55:15 68:10 69:6 69:21

court(297) 1:1 5:3 5:11 5:13 5:19 5:21 5:25 6:3 6:9 6:12 6:17 6:20 7:16 7:20 7:25 8:12 8:17 9:3 9:9 9:12 9:16 9:17 9:22 9:24 10:2 10:6 10:18 11:1 11:10 11:20 11:21 11:22 11:25 12:7 12:10 13:1 13:5 13:13 13:18 13:22 13:23 13:25 14:10 14:14 14:21 14:24 15:2 15:4 15:8 15:10 15:13 15:19 15:21 16:1 16:4 16:6 16:9 16:13 16:15 16:17 17:3 17:17 18:9 18:13 18:20 18:25 19:12 19:15 19:17 19:22 19:25 20:2 20:5 20:10 20:12 20:21 21:4 21:7 22:21 22:23 23:3 23:8 24:8 24:18 24:22 25:8 25:14 25:24 26:15 26:18 26:23 26:23 27:2 27:5 27:7 27:17 27:20 28:1 28:3 28:21 30:7 31:5 31:14 31:20 31:22 31:23 32:12 32:20 33:17 33:20 33:23 34:4 34:6 34:9 34:20 34:25 35:6 35:23 36:1 36:10 36:16 38:16 38:18 38:20 39:1 39:5 39:7 40:19 41:13 41:22 42:18 42:21 42:23 43:1 43:25 44:5 44:7 44:15 44:22 46:1 46:3 46:6 47:11 47:16 47:18 48:2 48:7 48:10 48:17 48:20 49:1 49:6 49:17 49:19 49:21 49:23 50:2 50:21 50:25 51:18 51:21 52:16 52:23 53:1 53:8 53:11 53:14 54:7 54:10 54:14 54:16 55:1 55:7 55:11 55:14 55:19 55:21 55:24 56:2 56:5 56:10 58:14 58:18 59:5 59:9 59:18 59:25 60:5 60:13 61:5 61:13 61:17 62:8 62:16 62:18 62:19 62:21 62:25 63:5 63:13 63:15 63:18 63:21 64:3 64:5 65:15 65:18 65:20 66:25 67:3 67:8 67:13 67:16 67:22 67:25 68:2 68:3 68:10 68:13 68:21 70:2 70:17 71:11 71:13 72:17 73:2 73:4 73:21 74:5 75:8 75:10 75:18 76:1 76:11 76:13 76:16 76:19 77:4 77:11 77:16 78:4 78:8 78:12 78:14 78:19 79:2 79:5 79:10 79:12 79:18 80:1 80:6 80:8 80:10 80:13 80:15 80:19 80:22 80:24 81:3 81:10 81:14 81:19 81:21 81:24 82:2 82:5 82:8 82:11 82:13 82:16 82:20 82:22 82:24 83:4 83:15 83:20 84:3 84:9 84:13 84:15 84:18 84:20 84:22 84:24 85:1 85:4

court-approved(1) 33:6
courtroom(2) 1:10 25:23
courtrooms(1) 47:25
courts(3) 46:22 55:7 73:14
court's(2) 68:19 82:14
cover(3) 57:9 81:10
covered(5) 57:7 60:15 60:24 61:12 62:5
covers(3) 45:1 61:1 81:11
created(1) 37:12
creditors(1) 3:30
creditors'(1) 2:9
crown(1) 40:16
crystal(1) 57:2
cure(5) 12:16 12:24 13:10 73:8 73:10
currently(1) 57:21
custom(1) 66:14
customer(4) 38:12 39:10 39:13 39:17
customers(4) 36:19 36:20 49:4 50:19
damage(1) 60:11
damages(2) 18:24 19:1
dashboard(1) 50:10
data(4) 1:48 21:19 48:5 85:15
date(4) 23:10 73:14 79:24 85:14
dated(2) 81:5 81:6
david(2) 3:26 3:31
day(7) 15:22 30:16 33:16 39:24 51:12 78:16 85:4
days(1) 14:5
dead(2) 52:24 54:8
deal(5) 21:9 22:9 26:21 61:11 69:22
dealing(6) 51:4 51:5 51:7 63:20 71:17 71:20
deals(1) 57:12
death(1) 52:25
debtor(3) 2:3 3:25 10:4
debtors(1) 1:11
december(4) 81:2 81:16 81:18
decide(3) 7:25 13:22 75:1
decided(4) 9:16 11:8 62:19 68:17
deciding(3) 9:13 68:22 74:23
decision(1) 62:24
decompile(1) 46:8
defendant(18) 8:7 8:24 23:11 29:17 30:2 30:3 35:16 36:4 62:21 63:5 63:6 70:7 71:21 72:2 72:3 72:13 76:4

defendants(8) 1:37 1:39 16:21 23:23 30:5 77:3 77:23 77:25

defendant's(2) 23:24 59:10
deficiency(2) 12:24 13:10 73:9
deficient(2) 13:6 74:8
deficiently(1) 12:23
definable(1) 32:14
definition(1) 64:20
delaware(15) 1:2 1:12 2:27 2:40 5:1 11:14 63:13 64:3 63:15 63:21 69:18 71:17 71:18 71:19 72:3 72:9 72:14 76:1

delay(5) 7:24 7:24 10:15 77:8 78:3
delivery(2) 28:23 29:7
denied(3) 12:4 70:20 75:3
denies(2) 83:22 83:23
denying(2) 42:7 42:18
depends(1) 84:4
deprived(1) 70:8
described(1) 49:24

| Word | Page:Line |
| --- | --- |
| description(1) 69:15 |
| deserve(1) 7:20 |
| determine(2) 21:18  79:19 |
| develop(1) 35:18 |
| developed(1) 36:5 |
| developer(1) 66:3 |
| developing(1) 35:17 |
| development(1) 36:23 |
| devices(2) 50:4  50:13 |
| dialog(1) 79:16 |
| diaz(2) 1:48  85:15 |
| did(37) 12:1  12:5  13:19  14:23  22:2  23:15  23:16  23:16  23:17  24:9  54:22  58:13  72:11  73:10  33:14  33:18  33:19  34:11  37:3  37:5  41:18  42:13  43:17  49:2  57:7  64:9  64:16  64:17  64:23  65:3  65:5  68:17  72:6  77:24  78:4  79:14  84:24 |
| didn't(24) 9:12  10:22  11:16  11:16  13:19  21:24  25:10  27:12  27:12  29:9  30:3  30:16  38:4  41:4  41:7  41:11  41:17  41:17  49:3  44:7  64:8  64:15  82:23 |
| difference(2) 28:6  84:11 |
| different(9) 21:21  37:9  37:14  40:1  45:7  51:1  57:13  68:17  80:11 |
| diligence(1) 20:23 |
| diminish(1) 48:24 |
| direct(2) 68:19  71:15 |
| directed(1) 70:4 |
| directing(2) 78:8  78:15 |
| directly(2) 34:18  59:6 |
| directors(1) 21:17 |
| disagree(1) 68:18 |
| disclose(6) 23:12  29:3  29:8  29:18  35:16  53:17 |
| discloses(1) 68:25 |
| disclosure(1) 69:1 |
| disconnect(2) 42:25  43:2 |
| discovery(16) 7:21  7:22  8:5  8:7  30:11  30:14  32:9  32:10  34:12  34:12  43:23  45:2  52:14  52:18  82:7  82:12 |
| discrimination(1) 23:6 |
| discuss(3) 11:24  12:8  41:6 |
| discussed(1) 8:22 |
| discussion(1) 76:23 |
| discussions(3) 9:8  17  25:17  26:16 |
| dismissal(2) 79:23  84:16 |
| displaying(1) 59:11 |
| dispositive(1) 8:1 |
| dispute(3) 60:7  60:14  73:6 |
| disputed(1) 27:23 |
| disrespectful(1) 20:1 |
| distinct(1) 69:4 |
| distribute(8) 24:1  34:2  37:7  37:18  38:3  38:7  45:21  45:22 |
| distributed(8) 17:19  18:4  23:12  29:3  29:17  29:21  30:23  32:4 |
| distributing(2) 16:24  59:11 |
| distribution(1) 62:21 |
| district(6) 1:2  9:16  11:9  13:14  13:18  59:4 |
| doc(1) 3:36 |
| docket(3) 78:5  79:2  81:15 |
| docketed(1) 81:3 |
| documentation(1) 66:3 |
| doe(1) 1:37 |
| does(14) 8:17  13:9  18:7  20:6  24:20  27:4  27:6  43:25  54:24  64:25  67:5  68:5  81:10  82:2 |
| doesn't(8) 13:8  25:9  29:24  40:24  53:13  57:9  59:17  73:1 |
| doe's(1) 44:17 |
| door(1) 48:19 |
| down(4) 48:11  48:12  77:24  82:25 |
| draft(1) 65:3 |
| due(2) 20:23  38:15 |
| dunn(5) 40:16  63:2  63:3  63:11  71:23  71:25  72:10 |
| duplicative(2) 8:8  71:10 |
| during(1) 15:22 |
| dutsa(1) 35:21 |
| duty(2) 69:4  69:7 |
| each(1) 23:21 |
| earlier(3) 49:2  77:11  77:13 |
| eastern(1) 59:4 |
| economic(1) 64:21 |
| ecro(1) 1:46 |
| edward(1) 2:44 |
| effectiveness(1) 48:24 |
| effort(2) 7:16  76:25 |
| efforts(1) 83:8 |
| egerton(2) 3:4  6:13 |
| either(4) 8:9  35:16  63:18  68:23 |
| electronic(1) 1:54  85:10 |
| element(6) 58:23  62:21  62:25  63:11  63:16  63:22 |
| elements(9) 16:18  16:23  17:25  23:5  23:18  70:1  71:2  71:7  71:19 |
| else(4) 52:7  55:3  55:6  75:21 |
| emanate(3) 24:17  25:2  64:10 |
| embedded(3) 22:6  29:6  44:9 |
| employee(4) 31:3  31:5  31:6  42:14 |
| end(4) 11:9  30:16  72:12  72:24 |
| enforcement(1) 24:2 |
| engage(1) 10:3 |
| engaged(2) 23:20  77:1 |
| engine(2) 47:14  47:19 |
| engineer(5) 43:3  43:5  44:10  46:8  51:24 |
| enjoined(1) 57:14 |
| enough(2) 35:14  46:23 |
| enriched(1) 56:21  60:23 |
| enrichment(14) 56:20  56:20  57:8  57:16  60:2  60:9  60:12  62:7  69:10  70:1  71:1  71:4  71:8  75:23 |
| enter(2) 24:10  78:4 |
| entered(2) 78:22  79:7 |
| entities(1) 77:1 |
| entitled(5) 32:10  35:20  52:18  57:10  62:6 |
| equally(1) 83:17 |
| equipment(4) 21:10  21:21  22:2  22:3 |
| equivalent(5) 58:6  58:11  59:3  59:13  60:10 |
| ernst(1) 4:4 |
| especially(1) 67:4 |
| esq(19) 2:4  2:10  2:18  2:26  2:32  2:33  2:39  2:44  3:5  3:12  3:18  3:26  3:31  3:33  3:37  3:39  3:41  3:43  4:6 |
| essentially(12) 1:42  64:7  78:24  82:10 |
| established(1) 73:5 |
| esther(1) 4:10 |
| etc(2) 18:4  32:5 |
| etcetera(1) 34:7 |
| europe(1) 61:10 |
| eve(1) 7:15 |
| even(10) 30:25  32:16  33:12  36:7  42:11  68:5  72:16  73:6  73:25  78:23 |
| event(4) 19:5  32:1  83:24  84:16 |
| eventually(1) 3:19 |
| every(7) 12:10  23:21  28:9  28:9  30:3  44:16  46:4 |
| everyone(7) 5:3  40:14  44:19  45:1  48:18  67:16  85:2 |
| everything(1) 48:5 |
| evidence(13) 28:9  28:10  28:14  32:8  38:4  38:6  43:22  52:9 |
| exact(1) 37:5  37:14 |
| exactly(11) 25:25  31:23  39:22  45:10  46:10  51:4  58:8  63:1  78:18  84:10  84:12 |
| examine(2) 45:3  45:16 |
| examined(1) 40:7 |
| example(7) 7:9  61:8  74:7  74:23  75:20  75:23  84:4 |
| exceeded(1) 71:12 |
| except(1) 18:15 |
| exclusive(5) 16:22  16:24  17:1  34:2  61:22 |
| exclusively(1) 69:19 |
| exhibit(2) 64:9  64:18 |
| existing(1) 56:18 |
| exists(2) 45:23  57:21 |
| expand(1) 25:12 |
| expanding(1) 25:8 |
| expect(1) 13:17 |
| expected(1) 30:21 |
| expedition(1) 35:20  36:9 |
| expense(2) 40:5  40:14 |
| experience(1) 73:13 |
| expert(3) 40:5  40:6  40:13 |
| explain(3) 12:22  38:22  39:2 |
| explained(1) 39:9 |
| extension(1) 81:22 |
| extent(5) 20:8  60:10  60:14  60:22  60:25 |
| extra(6) 58:11  62:21  62:25  63:10  63:15  63:21 |
| extraterritorial(2) 1:44 |
| extraterritorial(5) 57:16  57:19  69:11 |
| extrinsic(2) 8:11  42:12 |
| f-e-i-s-s-t(1) 16:15 |
| f.3d(1) 63:4 |
| fabulous(1) 84:21 |
| faced(1) 22:23 |
| fact(43) 8:12  8:13  12:23  14:4  18:3  19:9  22:5  25:4  27:22  27:23  29:13  29:20  29:20  29:20  36:2  36:23  41:10  43:18  44:4  45:18  45:20  45:24  52:3  55:10  55:13  60:13  63:8  63:17  63:23  64:1  64:13  64:17  64:23  64:23  65:5  65:9  65:14  66:10  66:8  66:24  73:11  76:23  77:19 |
| facts(47) 8:14  8:23  12:15  12:24  15:15  15:16  15:18  16:7  17:6  17:24  28:8  28:15  28:16  29:4  29:5  29:11  29:13  30:23  30:22  30:24  32:7  32:13  38:7  41:21  41:24  42:2  43:12  43:13  44:3  46:15  46:8  46:25  54:5  54:6  55:12  56:3  56:8  56:6  56:10  63:24  65:12  65:13  72:25  73:3  73:8  73:9 |
| factual(14) 22:18  22:20  23:19  24:6  28:9  33:16  34:14  40:23  41:18  43:11  45:11  65:8  69:14  69:23 |
| fail(1) 70:12 |
| fails(1) 11:3 |
| failure(2) 22:18  73:10 |
| fair(2) 55:14  78:1 |
| faith(1) 37:25 |
| fall(1) 61:23 |
| familiar(2) 20:25  45:9 |
| far(7) 7:10  9:25  17:23  17:24  43:23  52:19  65:1 |
| farther(1) 53:9 |
| feed(1) 48:5 |
| fees(2) 19:5  19:8 |
| feist(1) 16:15 |
| feld(1) 3:30 |
| felt(1) 75:17 |
| few(2) 6:20  14:5 |
| fight(2) 8:20  8:20 |
| fights(1) 41:1 |
| file(22) 10:8  10:12  10:12  10:16  11:1  11:2  11:17  11:18  13:3  14:19  14:20  18:17  18:19  18:20  19:2  19:7  37:19  46:15  65:22  65:23  73:25  78:24 |
| filed(20) 7:15  10:13  10:20  10:20  11:10  14:17  14:24  18:20  18:21  20:19  21:2  24:3  77:20  78:11  78:16  78:23  79:6  79:7  81:3  82:1 |
| files(6) 66:2  66:2  66:2  66:3 |
| filing(6) 14:18  14:20  32:23  77:14  81:25  82:1 |
| find(8) 14:23  24:24  56:6  65:7  65:8  78:5  78:19  78:21 |
| finds(3) 12:16  12:25  13:5 |
| fine(12) 17:19  19:21  19:25  21:25 |
| finger(1) 2:9 |
| finish(2) 26:14  44:23 |
| fire(2) 48:12  48:19 |
| firm(1) 5:10 |
| firm's(1) 20:25 |
| first(12) 6:25  9:25  25:15  37:3  40:21  55:25  56:4  56:5  56:9  62:14  64:8  71:15 |
| fishing(1) 35:20  36:9 |
| five(4) 23:25  36:17  41:3  71:2 |
| five-minute(1) 67:6 |
| five-year(1) 36:17 |
| flat(1) 32:4 |
| floor(1) 2:5 |
| follow(1) 21:20 |
| following(6) 18:15  34:21  37:25  71:16  72:10  72:10 |
| follows(1) 72:11 |
| for(109) 1:12  2:2  2:9  2:16  2:24  2:31  2:43  3:4  3:25  3:29  3:36  4:4  4:9  4:13  5:7  5:8  6:6  6:18  7:6  7:9  7:16  7:23  7:24  8:4  9:14  9:25  10:10  10:17  10:20  11:22  12:4  13:16  15:12  15:23  18:24  18:24  20:19  21:2  21:17  21:19  23:20  24:3  24:8  27:15  28:12  30:13  30:25  33:5  36:13  36:18  48:24  44:11  44:11  45:17  48:1  48:14  48:4  49:4  49:5  50:24  51:14  52:59  53:4  53:23  55:8  56:9  57:7  57:11  57:18  57:19  60:5  60:9  60:12  61:8  61:15  61:19  61:20  61:23  61:23  63:8  64:10  65:11  68:12  69:13  70:9  73:4  74:7  74:23  75:2  75:3  75:12  75:13  75:20  75:22  75:24  76:3  76:20  76:20  77:8  78:1  78:2  79:22  80:24  81:4  82:6  82:6  82:11  82:17  84:4 |
| foregoing(1) 85:9 |
| foreign(2) 57:9  57:14 |
| forgetful(1) 67:4 |
| forgive(2) 15:5  16:6 |
| form(3) 24:16  34:14  82:10 |
| format(1) 36:12 |
| former(3) 31:5  31:6  42:14 |
| formulated(1) 23:5 |
| forth(6) 12:19  36:23  64:22  71:19  73:21  75:5 |
| forum(2) 7:3  7:3 |
| forward(5) 8:24  14:8  46:17  59:20  78:25 |
| found(4) 7:5  7:9  36:8  74:7 |
| four(4) 12:18  23:23  25:10  32:15 |
| frankel(37) 2:31  2:33  5:12  5:14  5:17  34:19  34:20  34:21  35:1  35:7  35:25  36:2  36:10  41:22  41:23  46:1  46:6  46:7  50:23  54:4  54:8  54:11  54:15  54:17  67:1  67:2  67:19  67:20  67:23  68:1  68:3  68:16  68:22  70:3  70:18  71:11 |
| frankly(2) 7:1  7:5 |
| free(3) 22:8  46:21  53:5 |
| freely(2) 12:11  73:7 |
| from(43) 5:9  10:22  15:23  17:15  20:19  21:14  21:19  21:24  22:11  23:11  23:13  24:14  24:21  27:22  29:18  30:13  30:15  31:13  33:20  35:2  35:15  37:16  38:10  39:17  42:5  42:10  42:10  42:11  46:9  54:21  60:18  63:17  66:4  66:11  66:21  66:21  67:14  72:5  74:21  75:11  77:12  77:14  85:10 |
| front(17) 14:7  66:2  73:1 |
| frumkin(1) 3:39 |
| function(4) 49:25  50:3  50:18  51:6 |
| functional(1) 58:6 |
| functionality(7) 35:10  39:15  39:15  42:5  45:6  45:8  51:17 |
| functionally(2) 59:3  59:13 |
| further(2) 69:22  70:23 |
| futile(1) 12:21  70:24 |
| futility(1) 12:12 |
| future(1) 83:2 |
| games(1) 14:9 |
| gamesmanship(1) 11:11 |
| garrity(1) 10:4 |
| gates(8) 34:12  34:13  63:4  63:12  71:24  71:25  72:10 |
| gave(1) 34:23 |
| gay(1) 3:6 |
| geddes(2) 2:38  5:8 |
| gee(1) 5:1 |
| genban(3) 1:30  1:30  44:17 |
| generally(1) 66:21 |
| generated(1) 62:1 |
| get(21) 13:8  19:1  19:8  30:3  30:11  30:14  39:11  43:5  45:1  46:20  47:12  48:12  48:13  48:19  51:24  52:10  52:14  56:14  66:16  67:18  83:12 |
| gets(2) 39:13  72:23 |
| getting(6) 24:4  27:8  44:10  50:7  53:8  53:9 |
| give(7) 13:9  19:19  40:20  42:3  79:19  79:19  79:20 |
| given(4) 17:22  47:7  65:14  73:7 |
| gives(2) 63:5  69:15 |
| global(1) 1:33 |
| goal(1) 83:11 |
| goes(7) 16:9  29:7  55:15  58:13  62:24  65:15  69:3 |
| going(30) 7:17  7:22  9:6  11:23  11:24  12:3  13:9  22:13  38:14  38:17  39:11  39:12  39:18  39:19  40:21  41:9  44:21  44:25  48:11  48:21  50:6  50:17  51:15  52:17  54:22  67:20  75:13  78:25  83:10  83:19 |
| gone(2) 32:13  41:20 |
| good(14) 5:3  5:14  6:6  11:12  15:10  19:22  37:25  67:4  82:24  83:16  83:16  83:17  84:24  85:4 |
| google(1) 24:24 |
| got(5) 21:14  33:18  38:2  45:19  82:25 |
| gottlieb(1) 3:25 |
| governs(2) 71:16  72:16 |
| grandmother(1) 8:18 |
| grant(1) 7:7 |
| granted(5) 12:11  12:20  17:10  73:8  82:12 |
| granting(1) 81:21 |
| grants(2) 83:22  83:25 |
| great(5) 7:16  55:24  58:4 |
| ground(1) 84:5 |
| grounds(1) 67:5 |
| guess(7) 13:4  25:19  30:17  38:11  42:25  48:24  52:17 |
| guide(1) 24:25 |
| guidevine(3) 35:16  35:17  35:18 |
| gump(1) 3:30 |
| gupta(1) 3:41 |
| had(52) 5:23  6:1  7:6  7:10  7:16  7:18  7:23  10:7  10:9  10:16  15:12  17:19  21:12  22:15  22:20  23:11  26:5  29:17  32:2  33:4  34:9  34:22  40:10  40:24  41:7  47:1  49:11  49:13  49:24  54:17  54:23  57:4  60:17  62:1  63:21  68:4  69:10  70:7  70:14  72:16  73:13  73:23  75:14  76:7  76:8  76:10  76:24  77:17  77:19  77:19  77:21  84:21 |
| hall(1) 4:6 |
| hamilton(1) 3:25 |
| handled(1) 83:1 |
| happen(4) 13:17  38:17  79:8  83:23 |
| happened(4) 14:5  25:25  35:7  69:15 |
| happening(1) 78:25 |
| happy(5) 12:7  12:8  28:18  75:16 |
| hard(2) 7:19  84:3 |
| harrisburg(1) 1:50 |
| harsh(1) 23:2 |
| has(52) 5:23  6:1  7:6  7:10  7:16  7:16  7:23  10:7  10:9  10:16  15:12  17:19  24:22  22:15  22:20  23:11  26:5  29:17  32:2  33:4  34:9  34:22  40:10  40:24  41:7  47:1  49:11  49:13  49:24  54:17  54:23  57:4  63:6  63:17  64:2  65:9  65:16  66:16  72:5  73:11  73:18  74:20  77:5  84:23 |
| hasn't(3) 10:9  76:8  79:9 |
| haul(1) 64:11 |
| hauer(1) 3:30 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

have(154) 5:4 5:10 6:4 6:10 7:1 7:12 7:14 7:19 7:20 8:1 11:15 11:15 13:1 14:18 16:4 16:15 17:6 17:7 17:10 17:18 17:24 18:1 18:6 18:8 18:8 18:9 18:21 22:6 23:23 24:8 24:9 24:12 24:9 25:19 25:18 26:13 26:20 27:2 28:6 28:7 28:28 28:10 28:10 28:12 28:14 28:15 28:17 29:5 29:10 29:12 29:21 29:22 29:25 30:1 30:7 30:7 30:10 30:20 30:23 30:25 31:12 31:16 31:17 31:18 32:4 32:8 33:13 34:13 35:8 35:11 36:5 36:25 37:20 37:20 37:21 37:23 37:25 38:4 38:4 38:9 39:19 39:24 40:20 42:7 43:3 43:4 43:10 43:12 43:12 43:13 43:14 43:21 44:2 44:12 44:18 45:16 45:23 46:18 46:23 47:8 47:18 48:4 48:15 48:18 49:4 50:4 50:5 50:13 50:24 51:14 51:23 52:20 55:4 56:10 57:17 59:17 60:23 61:11 64:13 64:15 64:20 64:23 65:5 65:23 65:24 66:5 66:10 66:11 67:7 70:5 70:6 71:9 72:6 73:9 73:19 73:21 74:12 74:22 76:3 76:7 76:11 76:24 77:1 77:1 77:9 78:4 78:19 79:14 80:24 81:3 83:10 84:7

haven't(3) 7:4 41:11 81:12

heading(1) 32:6

hear(4) 6:23 6:24 8:18 14:2

heard(6) 42:12 46:19 47:5 54:20 74:21 74:23

hearing(9) 10:15 10:25 11:14 73:20 73:23 75:15 76:22 82:12 85:6

heart(1) 49:16

held(2) 7:10 46:23

hello(1) 6:5

helpful(5) 6:4 36:11 36:12 80:1 83:4

her(48) 5:5 5:23 6:7 6:22 8:10 12:2 12:17 13:17 14:2 14:7 14:17 14:19 14:21 21:16 22:7 22:19 23:7 23:16 24:15 26:4 26:15 32:17 33:7 34:22 36:6 36:7 37:9 37:15 37:25 40:4 45:5 45:15 46:19 47:25 51:6 52:1 61:9 61:15 61:21 63:20 69:6 70:18 70:24 74:23 75:25 77:21 82:3

here's(6) 18:9 28:4 28:4 40:9 42:22 42:24

herrington(1) 3:26

hey(2) 11:14 54:22

hill(2) 2:43 6:7

him(1) 49:7

hire(1) 40:4

his(6) 6:2 27:19 42:5 50:23 59:12 70:8 82:18 82:18

holding(1) 13:20

honor(126) 5:7 5:9 5:15 5:15 5:23 5:23 6:1 6:6 6:10 6:19 9:1 9:7 10:1 10:21 12:3 12:5 12:12 12:15 12:16 12:17 12:23 12:24 13:23 14:6 14:15 14:22 14:25 15:3 15:11 15:11 15:15 15:15 15:18 15:25 16:16 18:8 19:20 19:23 25:16 25:20 26:22 27:25 28:18 29:11 32:1 33:2 33:25 34:9 35:3 36:13 37:9 37:19 38:15 38:21 39:4 39:8 39:21 40:12 42:5 42:17 42:24 44:4 44:14 44:20 45:13 46:7 53:20 54:9 58:17 59:22 59:23 63:23 65:1 65:7 65:8 65:11 65:13 67:2 67:10 67:11 67:12 67:20 68:4 70:14 71:12 71:16 71:22 74:4 74:4 74:7 74:22 75:4 75:9 75:12 75:13 75:14 75:17 75:20 76:7 76:10 76:15 76:22 77:19 78:7 78:10 78:18 78:21 79:4 82:9 82:19 83:14 83:18 83:22 83:24 84:19 85:3

honorable(1) 1:43

honor's(2) 9:21 10:10

hooked(1) 44:4

hope(1) 65:6

hoped(1) 26:18

hopefully(2) 41:13 83:16

horse(3) 43:23 52:25 54:9

hot(1) 50:7

housekeeping(1) 79:15

how(16) 5:6 9:18 23:15 23:16 33:18 34:11 37:22 41:7 47:24 49:4 52:9 69:18 75:22 75:25 80:9 84:2

however(3) 41:5 62:23 65:10

hundreds(1) 50:11

hypothetical(1) 68:10

ibm(2) 49:13 49:13

idea(1) 51:22

identified(9) 17:11 21:12 29:24 33:9 42:15 64:10 64:14 66:18 66:20

identifies(2) 17:14 66:23

identify(4) 30:24 34:11 42:14 64:8

immediately(2) 28:12 36:18

impacts(1) 29:25

implement(1) 50:13

implementation(3) 39:11 39:13 51:7

implementations(1) 39:10

implemented(4) 36:18 39:16 39:20 51:8

implementing(1) 50:18

imply(1) 51:2

import(1) 35:19

importance(1) 20:16

important(1) 8:12

impossible(3) 43:8 44:9 44:11

impoverishment(1) 71:4

improper(1) 69:1

improperly(1) 56:22

impunity(1) 52:22

inappropriate(2) 8:1 8:4

inc(8) 1:8 1:16 1:20 1:26 1:30 1:31 1:33 3:36

include(3) 16:24 21:25 68:17

included(3) 21:20 42:1 47:6

income(2) 62:2 75:24

independent(3) 40:5 40:12 64:20

industry(1) 66:13

inference(1) 47:1

informant(3) 46:20 47:3 47:6

information(21) 22:16 23:9 29:1 29:9 29:16 30:10 30:20 31:13 32:11 34:16 37:20 37:22 43:18 48:13 62:22 66:5 66:12 66:16 66:24 72:4 72:7

infringed(1) 46:18

infringement(27) 16:3 16:12 16:19 17:5 17:25 18:7 18:23 19:3 19:5 19:6 19:7 19:11 19:13 28:3 28:5 45:4 46:15 46:16 50:24 51:23 52:1 58:9 60:11 61:21 62:5 83:25

infringements(1) 61:23

infringes(1) 18:18

initial(1) 12:17

inquiry(2) 72:22 73:4

instead(1) 50:10

insufficient(1) 37:24

insurance(1) 35:17

intellectual(8) 16:21 18:18 20:16 21:12 21:13 24:2 46:14 60:4

intend(2) 13:19 13:19

intent(2) 10:12 36:24

intention(3) 10:12 45:22 77:8

interest(1) 11:13

interesting(2) 83:8 84:22

interests(1) 2:25

internal(3) 30:20 52:13

international(1) 1:15

internet(2) 21:17 48:14

interoffice(1) 21:18

into(15) 24:11 25:17 26:16 27:6 32:8 32:8 32:13 36:25 43:14 43:5 53:9 56:12 67:17 70:14

introduce(1) 6:2

introductions(2) 5:6 15:6

inventory(6) 22:9 33:3 33:8 53:3 53:5 54:13

invest(1) 36:22

investment(1) 36:20

invoked(2) 11:22 14:13

involved(6) 10:23 20:23 21:4 59:7 65:3 81:12

involves(1) 61:25

iqbal(4) 22:18 22:23 22:24 45:10

isn't(4) 9:13 50:17 50:18 74:6

israel(4) 40:6 40:8 57:7 60:21

israeli(3) 20:3 30:20 60:20

issue(12) 7:7 9:5 12:16 35:4 55:16 59:6 70:3 70:24 72:14 74:1 74:10 83:19

issued(1) 27:24

issues(4) 8:2 16:10 22:5 75:14

its(33) 20:18 21:23 21:24 22:11 23:7 24:2 26:5 35:18 40:5 40:11 49:2 69:1 72:6

itself(1) 60:17

it's(69) 5:4 6:22 8:3 8:12 10:14 10:17 12:19 13:21 14:19 14:23 19:23 24:13 24:13 25:11 28:16 28:25 29:24 32:13 33:25 33:25 34:1 35:21 36:11 37:14 37:24 39:14 39:14 42:7 45:6 47:9 47:17 47:18 47:19 47:21 47:22 47:23 48:11 48:13 48:20 48:23 49:4 49:5 49:15 50:9 50:12 50:19 51:1 51:3 51:24 56:5 60:7 61:12 62:19 66:4 68:19 72:14 72:16 73:5 76:21 76:23 77:7 77:20 78:1 79:15 80:4 80:4 81:1 81:2 81:21

i'd(4) 31:16 31:18 40:8 55:8

i'll(10) 19:19 25:22 31:22 37:19 40:3 46:20 58:1 68:19 80:15 81:11

i'm(35) 5:9 7:22 9:5 9:13 11:23 11:23 12:3 12:17 13:9 14:2 16:7 20:13 20:14 20:24 25:24 26:3 26:20 31:21 32:23 39:6 41:9 41:16 41:17 48:21 63:4 65:16 67:3 74:3 74:14 74:16 74:20 77:19 81:16 81:25 83:10

i've(11) 26:25 39:22 41:20 47:5 57:18 60:4 65:6 65:5 70:15 82:25 84:23

jacob(1) 3:39

jaime(1) 2:18

japan(1) 61:10

jersey(1) 62:20

jewels(1) 40:16

job(1) 84:24

john(4) 1:37 3:5 6:11 44:17

joined(1) 5:9

joint(1) 2:16

jointly(1) 1:6

judge(9) 1:43 1:44 10:4 26:20 35:4 35:14 36:8 46:22 83:1

jurisdiction(6) 10:25 11:21 11:22 14:13 14:13 76:4

just(58) 6:4 6:20 7:9 8:17 9:1 9:17 10:21 11:20 12:5 14:1 14:1 14:1 14:7 14:15 14:18 21:25 24:12 26:13 27:19 27:21 28:17 31:14 32:22 33:18 34:10 34:15 37:8 39:18 39:22 41:2 41:3 41:16 44:10 46:24 47:7 47:12 50:22 51:19 51:25 52:5 64:8 65:15 69:25 71:8 71:14 74:4 74:14 75:15 75:13 76:20 77:10 77:21 77:21 79:20 83:18 84:8 84:15

justification(1) 52:6

justin(1) 2:26

kahn(1) 3:33

kates(1) 71:18

keep(2) 51:16 84:13

keeps(1) 64:25

kelly(1) 85:14

kind(5) 47:12 50:10 75:4 75:5 83:1

kinds(1) 27:8

king(4) 2:12 2:20 3:11 6:14

kiss(1) 8:19

kissing(1) 8:25

knew(5) 22:25 29:8 63:6 63:16 66:7

know(62) 6:21 6:22 7:3 7:8 8:20 8:21 8:22 9:13 13:21 14:1 19:17 21:5 25:9 27:8 29:8 30:11 30:21 32:13 32:14 34:8 34:10 34:17 34:21 40:20 44:18 45:9 45:9 47:3 47:24 48:4 49:2 49:13 50:7 51:3 51:9 51:10 55:3 56:24 57:9 57:12 58:6 59:15 64:16 64:16 65:18 66:8 67:17 73:25 76:2 78:2 78:9 78:15 79:23 80:9 80:18 80:11 83:1 83:6 83:10 84:15

knowledge(10) 27:23 39:19 65:2 65:6 65:10 65:16 66:10 72:4 72:25 73:1

known(2) 20:15 64:21

knoxville(1) 3:8

kosmowski(10) 2:44 6:2 6:5 6:6 6:7 6:10 6:13 6:18 80:25 82:17

kramer(2) 3:31 5:10

labels(1) 29:23

laid(2) 31:18 45:18

language(3) 33:17 33:20 33:22

last(9) 5:16 10:13 10:20 14:5 52:10 54:4 72:24 79:14 80:19

later(5) 8:8 11:13 13:13 35:9 78:17

laughter(2) 33:1 83:3

laura(1) 6:4

law(20) 20:7 33:23 34:1 57:2 59:14 60:6 60:7 60:9 61:3 61:6 61:7 62:19 62:20 68:17 68:23 69:18 71:6 72:17 72:17

laws(1) 57:15

lawsuit(8) 17:5 18:17 18:20 19:6 32:23 43:4 43:7

lawyer(1) 9:6

lawyers(3) 11:12 19:18 83:8

layer(2) 28:23 29:6

layton(1) 2:9

lead(1) 46:25

learned(2) 21:2 21:3

least(4) 7:22 21:18 36:3 48:9

leave(7) 12:10 12:20 13:9 57:20 73:6 73:14 79:23

left(1) 30:5

legal(4) 22:22 23:17 33:16 69:23

length(3) 73:23 74:21 77:2

les(1) 36:7

let(11) 9:6 11:24 14:6 25:8 26:13 30:24 38:13 44:22 62:14 67:3 82:23

letter(5) 73:2 74:1 75:6 79:21 83:19

let's(14) 28:15 28:17 29:14 29:15 48:12 53:9 59:23 60:1 62:9 67:8 75:10 80:10 81:8

level(1) 65:7

levin(2) 2:31 5:10

lexis(1) 68:20

liability(3) 69:11 69:16 69:17

liable(1) 63:8

liar(3) 27:11 27:12 27:13

license(6) 17:10 17:23 18:2 18:22 22:11 22:12 22:14 24:20 49:14 52:6 54:2 64:23 66:12 66:16 66:18 66:23

licensed(3) 29:3 33:9 53:4

licenses(3) 21:13 21:14 24:16

licensing(1) 16:25

like(32) 6:2 9:10 11:23 13:14 14:9 14:19 15:16 15:18 23:3 23:15 28:16 34:8 37:12 40:8 40:15 44:11 47:21 48:20 49:15 50:10 51:23 52:25 55:18 55:23 63:24 63:25 67:6 69:11 73:17 73:17 75:14 76:6 76:9

likely(2) 48:14 66:22

limit(1) 25:10

limited(2) 1:28 76:10

line(19) 21:13 21:24 28:6 31:12 36:20 38:8 54:22 54:25 55:5

lines(3) 32:17 36:6 36:11

linn(1) 4:15

linux(1) 64:11

lipsitz(103) 2:32 5:10 5:11 5:17 19:17 19:20 19:23 20:1 20:3 20:8 20:11 20:13 20:22 21:8 22:22 23:9 24:12 24:19 24:23 25:9 26:1 26:3 26:9 26:11 26:20 27:12 32:15 32:20 32:22 32:25 33:2 33:22 33:24 34:1 34:5 34:7 39:8 39:21 40:9 40:20 41:16 44:14 44:15 44:16 44:21 44:22 44:25 47:15 47:21 47:23 48:3 48:8 48:11 48:18 48:22 49:9 49:18 49:20 49:22 49:24 50:18 51:8 52:24 53:12 54:6 55:17 55:25 56:7 56:17 56:19 57:2 57:23 58:3 58:5 58:9 58:13 58:16 58:19 59:6 59:18 62:10 62:13 67:6 67:12 73:24 74:9 74:13 74:16 74:19 80:2 80:7 80:9 80:12 80:14 80:17 80:20 80:23 81:6 81:9 81:12

liquidating(1) 54:12

list(1) 15:23

listed(1) 45:19

listen(1) 45:14

listened(1) 41:3

litany(1) 33:18

literature(1) 24:24

litigation(2) 10:24 46:14

little(6) 7:14 25:12 26:15 53:9 67:18 80:11

llc(2) 1:30 85:15

llp(6) 2:3 2:17 2:31 3:30 3:36 4:5

load(4) 33:11 48:8 50:17 50:18

locate(1) 65:4

long(4) 7:23 21:1 76:24 77:20

look(11) 29:14 29:15 31:22 34:16 37:8 40:14 51:2 58:5 62:23 64:11 81:11

looked(1) 65:6

looking(2) 7:9 66:7

looks(1) 28:18

lot(6) 21:23 22:15 73:19 73:19 74:21 76:23

low(2) 21:17 21:23

ltd(2) 1:19 1:23

luton(1) 2:18

mace(1) 1:46

machines(2) 21:22 53:5

made(19) 13:25 33:15 34:9 41:10 42:8 54:20 54:23 56:9 56:18 64:16 68:1 68:10 70:11 70:13 72:19 72:23 74:4 76:22 76:25

main(2) 23:6 79:2

make(20) 6:5 8:10 11:17 12:5 21:22 39:25 40:6 40:11 40:17 41:1 50:9 53:17 61:6 62:22 66:2 67:8 75:10 79:15 79:16 84:10

makes(4) 47:19 47:19 50:22 80:17

making(2) 6:24 9:17

maliciously(1) 23:1

man(1) 55:8

manage(2) 50:4 50:20

management(5) 4:44 4:14 50:1 50:14 50:16

managing(1) 50:6

many(7) 21:21 21:21 46:22 49:4 49:14 49:14 52:9

march(2) 23:10 29:16

market(4) 1:11 2:5 2:45 40:1

married(1) 8:18

master(3) 14:3 17:23 42:16

material(2) 17:22 18:5

materials(2) 46:24 47:7

matter(12) 7:20 13:21 52:8 52:9 58:23 60:15 66:13 73:14 76:5 79:18 82:1 85:11

may(13) 8:2 9:1 11:9 28:5 44:1 57:25 59:20 62:11 69:4 74:22 79:2 79:4 83:9

maybe(3) 24:4 31:25 74:17

mcafee(2) 3:4 6:13

mcelvey(1) 83:1

mean(17) 7:9 9:12 20:6 26:20 32:15 32:17 33:24 47:11 48:6 52:24 53:12 55:3 61:4 61:5 74:2 75:19 76:2

meaning(1) 37:6

means(3) 18:17 46:22 69:1

meant(1) 61:5

meantime(1) 80:16

measure(1) 82:25

meat(1) 41:24

mediation(14) 10:4 10:5 10:16 11:3 76:13 77:2 77:17 77:25 78:8 78:15 78:20 78:25 79:8 81:10

melnik(1) 3:43

mention(2) 12:2 72:19

mentioned(9) 10:21 11:5 14:12 19:17 31:7 43:14 43:25 64:15 76:8

mere(2) 28:1 28:5

merely(5) 11:11 28:16 29:23 29:23 47:6

merits(1) 13:9

methodology(2) 51:5 51:6

michael(1) 4:15

microphone(1) 75:11

middle(1) 21:1

might(8) 5:22 12:23 13:15 33:15 35:11 37:13 39:24 47:8 74:11

minimize(1) 47:11

minute(1) 44:22

| Word | Page:Line |
|------|-----------|

minutes(3) 41:3 67:8 67:13
misappropriate(1) 42:4
misappropriation(1) 59:8 59:9 59:13 68:24
misplaced(1) 83:10
misrepresentation(1) 26:1
missing(4) 35:2 35:4 42:6 42:10
mistake(1) 11:5
misunderstanding(1) 11:18
misuse(2) 46:25 58:22
misused(3) 36:4 46:24 47:10
misusing(1) 35:13
moment(6) 11:24 24:9 31:7 31:17 59:24 62:15
money(1) 60:18
monitor(1) 4:4
month(1) 7:24
months(5) 7:10 7:14 14:4 51:13 78:17
more(26) 17:25 23:4 23:17 26:16 27:18 29:25 30:1
30:25 36:8 37:23 43:22 45:24 46:2 47:7 47:18 48:14
48:23 51:19 52:11 52:12 54:8 55:12 76:14 79:21
80:17 82:10
moreover(2) 8:1 8:5
morris(1) 2:3
most(3) 6:15 37:4 58:10
mostly(1) 66:14
motion(43) 5:5 5:24 6:25 7:8 7:13 7:14 7:21 7:25
8:2 8:3 8:13 9:14 10:1 10:8 10:11 11:2 11:6 11:8
12:2 12:13 12:19 14:3 15:17 15:24 30:2 30:4 30:18
30:19 35:23 41:4 41:8 56:6 64:16 68:12 69:14 73:7
75:3 77:14 79:17 82:12 82:15 83:22 83:24
motions(2) 7:7 32:5
move(3) 8:24 14:1 14:2
moved(1) 14:24
moving(1) 9:5
much(5) 14:19 23:3 50:8 84:19 85:1
multiple(1) 33:9
must(1) 65:24
naftalis(1) 2:31
nail(1) 40:17
name(1) 14:21
namely(1) 57:6
names(2) 30:12 30:14
nashville(1) 3:14
near(1) 83:12
nearly(1) 60:5
necessary(3) 31:2 31:3 73:24
need(21) 9:20 12:5 15:1 16:19 21:14 22:1 22:2 45:2
45:3 45:8 45:25 48:16 49:3 49:5 49:7 49:15 53:2
56:10 67:5 71:5 72:1
needed(3) 41:4 46:3 49:3
needs(6) 17:4 49:16 52:11 70:6 71:3 73:22
negotiating(1) 21:9
negotiation(3) 20:24 21:1 21:2
network(7) 47:23 47:25 50:1 50:4 50:15 50:16 50:17
networks(5) 1:8 1:26 1:27 1:28 1:29
never(6) 21:3 25:21 26:5 49:11 52:20 57:18
new(11) 2:35 3:20 37:13 46:10 54:18 54:24 57:5
57:17 61:6 62:19 69:10
nice(1) 5:11
nicely(1) 67:10
nichols(1) 2:3
night(2) 10:14 10:20
nintendo(1) 57:12
nobody(1) 49:3
nobody's(1) 42:18
none(1) 32:16
nor(1) 22:2
normal(1) 13:15
normally(1) 50:5
nortel(63) 1:8 1:26 1:27 1:28 1:29 10:4 10:20 11:3
17:10 18:1 20:19 20:19 21:2 21:13 21:24 22:2 22:4
22:11 22:16 23:11 27:22 28:22 28:24 29:2 29:9 30:1
30:13 31:3 31:5 31:6 31:13 33:5 33:14 33:14 34:22
34:23 37:16 38:10 39:24 39:24 42:14 42:21 44:17
46:10 47:6 49:3 51:9 53:6 53:9 54:13 54:15 54:22
54:13 54:18 64:2 66:4 66:21 66:22 73:1 73:11 77:2
77:17 78:1
nortel's(4) 17:23 41:25 42:8 64:23
north(1) 2:12

| Word | Page:Line |
|------|-----------|

not(144) 7:1 7:12 7:17 8:11 8:17 9:13 10:3 10:8
11:11 11:11 13:6 13:19 14:2 14:9 14:12 14:16 17:12
18:2 18:5 19:2 19:7 19:10 20:2 20:6 20:13 22:13
22:14 24:5 24:6 24:10 24:19 25:1 25:3 25:11 25:18
25:20 26:2 26:13 28:5 28:7 28:8 28:10 28:11 28:13
28:13 28:16 29:5 29:17 29:19 29:19 29:23 29:23
30:9 30:9 30:17 31:2 32:6 32:6 32:7 33:15 33:25
33:25 34:1 34:7 34:15 35:14 35:20 37:3 38:14 38:17
39:12 39:19 39:23 40:17 41:4 41:9 41:16 42:2 42:7
42:7 42:13 43:7 44:20 45:15 46:13 46:23 47:4 47:4
47:9 47:17 49:3 49:10 49:15 49:15 50:24 50:24
51:25 51:25 52:7 53:17 53:15 56:14 56:24 57:5
60:7 60:24 61:5 61:12 62:3 62:25 63:9 63:22 63:22
64:16 64:21 65:3 65:3 68:5 68:11 68:11 68:11 68:17
69:12 69:13 69:17 70:12 71:24 72:1 72:6 72:14
72:14 72:15 72:16 73:22 73:7 73:16 74:14
78:5 78:19 80:10 81:16 84:10

note(1) 13:14
nothing(15) 10:7 14:4 23:4 23:16 23:17 23:23 24:3
36:8 40:25 41:8 45:24 72:16 78:25 79:8 82:10
notice(4) 10:11 10:13 66:15 71:21
november(1) 81:6
now(33) 10:14 16:7 21:14 25:8 26:4 29:14 30:16
35:4 35:11 36:3 40:4 40:15 46:14 54:17 58:16 59:15
59:19 59:20 62:9 62:14 63:23 64:14 65:1 67:18 68:4
68:9 68:12 69:9 70:14 75:1 77:19 77:21 83:21
number(11) 8:6 10:19 10:19 18:17 18:20 39:16 49:7
51:8 72:1 72:2 81:4
numbers(2) 15:23 30:11
numerous(2) 24:15 49:13
objection(1) 11:15
objects(1) 70:5
obligation(3) 30:2 63:7 63:18 64:2 71:22 72:5 73:1
73:12
obligations(1) 72:8
obtain(2) 19:5 46:16
obtained(11) 17:15 31:4 31:11 31:15 33:6 37:6 40:2
52:2 52:4 63:17 72:6
obtaining(1) 42:5
obviously(10) 5:22 7:10 7:19 8:13 13:17 32:21 40:13
47:4 60:21 79:7
occur(3) 13:11 61:25 62:2
occurred(9) 10:7 60:18 61:15 61:21 62:4 69:19 75:24
76:1 76:5
occurs(1) 68:24
october(3) 1:15 5:1 85:13
off(3) 7:4 30:3 54:12
offenses(1) 47:2
offensive(1) 61:6
offer(3) 41:5 41:10 41:14
offered(1) 59:15
offhand(1) 14:22
office(2) 18:22 67:18
officer(4) 25:18 26:7 26:23 26:25
offices(1) 48:1
official(1) 3:29
okay(63) 9:22 10:6 10:18 10:19 13:24 15:2 15:9
16:8 19:16 19:23 20:3 20:12 20:21 24:4 24:22 25:8
26:10 27:14 28:17 31:20 31:24 34:6 38:20 40:9 43:1
44:24 48:17 49:17 49:23 50:7 54:5 54:4 55:11
55:20 56:7 56:17 58:2 58:3 58:16 59:22 61:17 62:9
62:10 64:4 65:19 65:21 66:9 68:21 74:19 75:18
76:12 79:5 79:10 79:11 80:23 81:19 81:24 82:2
82:2 82:20 84:13 84:14 84:17
old(2) 46:9 54:18
once(2) 39:13 41:2
one(43) 2:11 8:9 14:14 10:17 10:19 10:20 11:13 11:22
12:5 16:9 16:22 17:1 18:9 18:17 18:23 24:8 27:18
37:23 43:3 46:2 48:5 48:19 48:23 49:13 50:11
50:23 51:12 51:19 64:8 67:5 67:7 68:24 70:22 72:1
76:11 76:14 77:3 78:16 79:14 83:18 83:19 84:23
ongoing(2) 10:5 10:17
only(17) 14:12 14:12 16:18 18:14 18:16 19:9 35:15
41:23 43:6 46:19 52:11 54:21 57:11 60:14 61:1 61:24
69:3
open(3) 9:12 27:7 34:12 34:13 45:14
opening(2) 65:22 65:23
operate(1) 49:16
opinion(3) 35:19 83:12 83:17
opportunity(5) 13:2 20:18 25:11 65:14 76:9
opposed(3) 22:21 22:22 42:5
opposing(5) 17:18 25:16 27:11 27:18 59:23 60:8
60:19 62:15 71:14 72:19 73:17 75:21 76:8
opposition(1) 15:24
option(2) 14:20 19:19
options(1) 49:20
oral(3) 7:13 7:15 7:18

| Word | Page:Line |
|------|-----------|

order(15) 10:2 12:20 17:5 34:13 40:13 50:14 78:4
78:5 78:7 78:15 78:20 78:23 81:11 82:10
orders(2) 40:08 78:8
ordinary(1) 23:13
original(1) 75:2
originally(2) 72:24 73:10
other(29) 7:12 8:6 15:22 16:9 18:23 22:1 24:10
24:21 32:11 42:11 46:15 46:19 46:22 47:16 49:12
50:5 55:4 60:11 60:16 60:22 61:10 71:4 71:6 71:9
77:3 77:24 78:15 80:16 83:24
others(2) 24:1 46:18
otherwise(4) 23:12 26:6 29:18 32:2
our(77) 11:5 11:7 11:12 12:13 13:14 14:23 15:17
15:22 18:19 20:6 20:24 27:15 28:14 28:24 28:24
29:21 29:22 30:1 31:4 31:9 31:13 31:19 32:8 35:13
36:16 36:25 37:3 37:4 37:11 37:15 38:1 38:2 38:4
38:8 38:8 39:16 41:6 41:6 41:8 41:18 41:20 41:21
42:16 43:6 43:11 43:12 43:15 43:19 43:22 45:24
51:9 52:2 52:5 52:8 52:8 53:17 53:20 53:21 53:25
55:4 56:22 56:22 56:23 64:8 64:13 64:19 66:4 66:17 66:17 66:18 66:24 71:8 72:24
77:8
out(28) 12:3 12:15 13:4 13:16 23:19 25:16 31:18 31:21
32:4 38:5 40:23 45:18 48:9 48:19 50:5 51:12 51:17
52:21 57:20 60:19 63:12 71:23 76:7 76:25 77:7
77:22 83:9 83:12 84:8
outside(8) 59:2 60:21 60:23 62:4 62:5 69:19 75:24
76:1
outward(2) 39:15 39:15
over(3) 28:15 65:13 76:4
overseas(1) 69:15
overy(1) 4:5
own(2) 21:23 40:5
owner(3) 16:22 17:2 40:16
ownership(1) 16:20
owns(1) 17:8
p.m(5) 1:16 5:1 67:14 67:14 85:6
page(4) 23:22 23:25 36:17 68:19
pages(1) 79:21
paid(3) 33:3 53:4 53:23
paragraph(8) 15:23 17:9 17:20 17:23 23:6 28:25
64:20 64:24
paragraphs(9) 17:7 17:16 17:21 28:19 28:19 29:15
41:24 64:11 64:22
parallel(1) 62:22
parities(1) 33:17
part(5) 10:14 47:21 47:23 52:15 60:8 81:21 83:22
83:22
participate(2) 50:14 50:16
particular(2) 24:16 47:13
parties(12) 7:20 8:6 8:6 8:20 10:23 11:19 17:12
21:14 58:20 62:21 75:14 77:10
parties'(1) 72:8
partner(1) 21:6
partners(1) 21:6
party(5) 54:1 63:5 63:6 63:8 71:5 71:5 72:5
party's(1) 71:22
passages(1) 45:5
passion(1) 83:7
patent(5) 46:15 50:23 50:24 50:24 51:4
path(3) 21:18 21:20 48:9
pathways(1) 48:16
paul(1) 3:41
penalize(1) 77:7
pending(6) 7:6 7:23 73:3 76:24 82:14 82:15
pennsylvania(1) 1:50 59:4 62:19 72:13
pension(1) 2:24
people(3) 14:1 49:4 76:25
perform(2) 34:5 45:7
performance(1) 1:31
performed(1) 35:10
performs(1) 24:14
perftech(1) 1:32
perhaps(8) 6:24 13:13 60:22 62:2 64:14 73:20 75:6
78:23
period(2) 63:19 72:12
perkins(2) 3:17 6:14
permission(7) 29:10 43:20 65:11 65:24 66:6 72:6
permitted(1) 69:21
person(1) 63:16
personal(2) 27:2 76:3
personally(2) 20:23 20:25
perspective(1) 39:18
persuasive(1) 72:16
petitioners(1) 22:25
physical(7) 54:12 70:5 70:6 70:16 70:20 70:21 70:24
pick(2) 22:12 75:10
piece(1) 28:9
pieces(1) 66:3
pile(1) 54:8

| Word | Page:Line |
|------|-----------|

piper(1) 3:36
place(3) 7:5 19:10 76:5
places(1) 61:10
plaintiff(11) 7:1 7:3 9:5 14:24 19:4 22:19 22:24
24:15 24:20 24:23 35:10 40:4 57:4 63:18 70:6 70:8
72:2 72:20
plaintiffs(3) 1:22 23:15 44:16
plaintiff's(10) 8:23 21:25 22:1 25:3 25:4 25:6 33:13
40:13 59:9 59:11
plan(1) 36:17
plans(2) 36:21 59:7
plausibility(1) 42:6
plausible(11) 34:14 35:2 35:12 36:7 42:9 43:11 45:2
45:8 45:17 47:1 51:14
plausibly(1) 46:23
play(1) 14:9
plays(1) 56:12
plaza(1) 3:19
plead(47) 12:16 12:22 17:5 17:21 22:18 28:8 28:9
28:10 28:13 28:14 28:19 30:24 31:1 31:10 32:2 32:4
32:8 34:13 37:4 37:6 37:23 38:4 38:6 38:9 43:4
43:10 43:17 43:19 43:21 44:6 44:12 44:13 45:25
52:8 63:24 64:17 65:12 65:14 65:21 65:22 66:9 66:9
66:14 70:12 72:25 73:3 73:10
pleaded(50) 12:9 12:13 12:19 12:23 15:21 16:19 17:4
17:6 17:7 17:10 17:13 17:18 17:25 18:1 18:6 28:7
28:7 28:11 28:15 28:16 28:17 29:5 29:12 29:12
29:14 29:22 30:22 31:12 32:9 37:24 37:25 38:7
41:21 43:12 43:13 43:14 43:21 45:23 51:25 52:11
52:12 54:3 55:9 55:12 57:15 63:24 64:12 64:19
64:22 64:24
pleading(17) 11:5 12:17 13:6 15:17 17:24 22:24 23:3
29:20 29:20 30:3 37:7 37:10 45:25 52:20 55:4 64:1
73:9
pleads(1) 22:25
please(9) 5:2 5:4 16:6 39:1 54:10 67:15 67:16 67:25
85:2
pleasure(1) 5:4
pled(5) 30:7 57:5 69:6 69:12 71:9
plenty(1) 28:14
point(22) 12:3 12:15 13:4 15:1 22:19 25:16 42:25
45:5 52:12 54:4 55:9 61:18 71:23 72:23 76:22 77:11
77:22 78:18 79:14 79:15 80:19 83:13
pointed(2) 40:22 60:19
pointing(1) 83:9
points(2) 14:7 23:19
popular(2) 32:18 54:22
portions(1) 5:17
posited(1) 57:17
position(4) 11:7 27:15 41:19 78:2
positively(2) 52:17 64:9
possessed(3) 23:11 29:17 29:22
possession(8) 28:1 28:5 30:22 32:3 32:8 37:22 43:13
65:24
possibility(1) 83:21
possible(2) 45:15 59:11
ppearances(2) 2:1 3:1
practice(3) 13:15 2:14 66:13
pre-trial(1) 13:16
preamble(1) 66:1
predicated(2) 59:10 69:3
preempt(1) 57:16
preempted(8) 57:4 57:17 59:14 60:13 60:14 62:25
63:9 63:23
preemption(14) 55:15 56:1 56:12 57:20 60:25 63:19
67:21 68:13 68:23 69:25 69:24 70:4 72:12 84:6
prefer(1) 19:18
preliminary(6) 6:4 6:20 8:22 9:2 13:25 16:4
prepare(2) 7:19 82:9
prepared(6) 7:16 14:8 23:20 26:3 40:12 40:25
presence(1) 25:6
presentation(1) 6:15
press(10) 27:24 31:10 31:11 31:17 31:18 36:14 38:5
42:15 45:21 54:21
presumably(1) 78:10
pretty(1) 31:21
prevailing(2) 19:4 19:6
principals(1) 77:6
prison(1) 23:2
privilege(1) 68:25
privileges(1) 20:17
probably(1) 40:18
problem(2) 54:10 62:18
problematic(1) 74:9
procedural(1) 75:4
procedurally(1) 84:1
procedure(5) 10:9 13:8 74:6 79:22 84:15
proceed(4) 8:5 16:6 56:18 62:11
proceeded(1) 82:1

| Word | Page:Line |
|---|---|
| proceeding(4) | 8:6 8:22 13:21 46:21 |
| proceedings(5) | 1:42 1:54 10:3 13:16 85:11 |
| proceeds(1) | 7:3 |
| process(2) | 77:2 77:25 |
| produced(1) | 1:55 |
| product(28) | 21:24 25:3 30:11 30:12 31:10 33:4 35:9 35:12 35:18 36:5 36:17 36:20 38:8 39:14 44:10 45:23 45:23 46:12 46:16 47:13 47:13 47:14 51:24 54:18 54:18 54:22 54:25 |
| products(63) | 17:14 21:15 21:16 21:24 22:6 23:13 24:25 25:7 26:6 27:22 28:9 29:19 30:12 30:15 30:21 31:8 31:12 33:3 33:5 33:6 33:8 33:8 33:9 34:23 36:22 36:25 37:4 37:10 37:15 38:2 38:8 39:22 39:25 40:1 40:11 41:25 42:8 42:17 43:5 43:15 43:16 43:17 43:17 45:3 45:5 45:7 46:8 46:9 46:10 49:8 49:12 51:10 51:11 51:15 52:3 52:3 52:13 53:17 54:24 55:5 58:22 64:10 |
| profited(2) | 23:13 29:18 |
| program(1) | 33:11 |
| programs(1) | 33:11 |
| progressing(1) | 67:10 |
| prohibited(2) | 77:12 77:14 |
| proof(1) | 14:20 |
| proper(1) | 74:24 |
| properties(1) | 21:11 |
| property(30) | 16:17 17:14 18:1 18:18 20:16 21:12 21:13 24:2 28:24 29:2 32:3 46:14 60:5 70:7 70:8 70:8 70:16 70:20 70:21 70:24 |
| proposed(1) | 82:10 |
| proposing(1) | 79:23 |
| proposition(3) | 57:11 70:9 72:18 |
| protecting(2) | 11:12 11:12 |
| protection(1) | 40:18 |
| protective(1) | 40:18 |
| protocol(10) | 24:13 24:14 39:9 39:10 39:19 39:20 50:1 50:12 51:7 54:20 |
| prove(5) | 26:3 43:22 51:5 52:7 52:8 |
| provide(2) | 27:16 76:3 |
| provided(9) | 25:5 27:22 29:9 31:13 37:10 42:1 66:22 69:16 69:20 |
| provides(2) | 18:24 19:4 |
| providing(1) | 79:21 |
| pti(1) | 1:32 |
| publicly(2) | 30:15 34:5 46:7 |
| punishment(1) | 23:2 |
| purchase(7) | 20:18 42:16 45:19 46:11 66:15 66:19 66:20 |
| purchased(8) | 21:10 33:3 33:4 38:9 38:9 46:21 53:3 53:22 |
| purchaser(2) | 44:16 46:5 |
| purposes(2) | 68:12 69:14 |
| pursuant(3) | 11:1 18:2 37:16 |
| pursue(1) | 24:2 |
| put(5) | 11:17 31:21 40:3 43:23 66:15 |
| question(3) | 16:4 18:9 20:5 24:8 36:13 37:24 49:1 53:15 58:14 76:11 78:14 |
| questionable(1) | 7:17 |
| questions(8) | 6:1 6:18 18:8 34:11 74:22 75:4 76:6 76:10 |
| quicker(1) | 8:4 |
| quickly(3) | 14:11 35:19 36:5 |
| quite(1) | 7:6 |
| quote(1) | 36:16 |
| radio(1) | 45:15 |
| radware(108) | 1:33 2:31 5:8 8:3 10:23 17:15 17:18 17:23 18:14 18:4 18:11 20:3 20:14 20:25 21:10 21:14 21:22 22:4 22:9 22:11 22:17 22:20 23:7 23:10 23:11 23:15 23:22 24:7 24:9 24:19 24:25 25:1 25:9 25:17 25:18 26:4 26:5 26:7 27:23 27:24 28:7 28:22 28:24 29:3 29:9 29:17 30:15 30:16 31:4 31:11 33:3 33:4 33:6 33:13 34:24 36:18 36:21 36:22 37:8 38:13 38:13 39:11 39:25 40:5 40:11 42:2 42:9 42:9 42:9 45:11 46:11 46:20 47:1 47:7 47:8 49:11 50:19 51:10 51:11 52:2 52:4 52:4 52:5 52:15 53:4 53:7 54:18 54:21 56:21 57:6 57:7 58:25 60:19 64:1 64:7 65:5 65:9 66:7 66:10 69:19 72:10 72:13 75:22 77:6 77:21 77:24 82:7 |
| radware's(12) | 5:5 5:20 5:23 24:24 25:4 25:7 40:1 40:6 43:5 65:2 72:25 73:10 |
| raise(2) | 74:14 74:17 |
| raised(1) | 11:15 |
| randy(2) | 2:32 5:10 |
| rather(3) | 13:6 49:6 73:23 |
| re-brief(1) | 74:1 |
| re-plead(3) | 57:10 69:21 74:24 |
| re-pleading(1) | 74:25 |
| reached(1) | 25:24 |
| read(4) | 45:10 45:14 58:10 78:6 |
| readily(1) | 79:19 |
| reading(1) | 45:4 |
| ready(3) | 6:18 28:12 40:14 |
| real(2) | 24:15 38:19 |
| really(9) | 7:18 7:25 13:25 37:2 37:23 44:12 44:21 44:25 76:24 |
| realm(1) | 59:2 |
| reason(11) | 10:14 10:17 10:20 20:13 42:3 42:9 43:19 51:14 70:21 70:22 72:21 |
| reasons(3) | 10:21 12:4 82:11 |
| recall(1) | 12:1 35:24 39:5 |
| receive(1) | 37:17 |
| received(13) | 30:13 31:7 37:15 37:16 37:17 43:14 43:15 43:16 44:1 62:1 62:2 66:4 75:24 |
| receiving(1) | 37:1 66:19 66:21 |
| recess(2) | 67:14 85:2 |
| recitation(3) | 23:5 23:18 34:15 |
| recollection(2) | 78:22 83:1 |
| record(10) | 5:8 6:11 4:11 11:12 30:25 75:12 76:20 82:6 82:11 83:11 |
| recorded(1) | 1:54 |
| recording(2) | 1:54 85:10 |
| recover(1) | 62:6 |
| red(1) | 64:10 |
| refer(2) | 13:15 32:18 |
| reference(18) | 6:25 7:2 7:8 7:13 7:15 9:5 9:14 10:1 10:8 10:11 10:13 11:2 11:8 13:15 14:3 14:25 14:17 77:15 |
| referenced(1) | 77:19 |
| references(1) | 77:19 |
| referring(1) | 77:19 |
| refused(1) | 25:19 26:24 26:25 27:15 |
| regarding(3) | 33:12 54:12 79:17 |
| registered(2) | 18:10 33:10 |
| registration(6) | 18:16 18:19 18:21 19:2 19:7 19:10 |
| registrations(1) | 18:20 |
| rehash(1) | 71:9 |
| reinforcing(1) | 36:19 |
| reiterate(1) | 51:22 |
| reject(1) | 41:9 |
| rejected(1) | 33:17 |
| relate(1) | 41:24 |
| related(1) | 34:11 |
| relates(1) | 15:17 |
| relating(1) | 55:16 |
| relationship(11) | 22:16 24:10 24:20 58:12 58:15 58:20 58:21 58:24 68:6 72:2 72:20 |
| relatively(1) | 72:2 |
| release(1) | 7:24 |
| released(2) | 31:10 31:11 31:17 31:19 36:14 38:5 42:11 45:22 54:21 |
| relevant(4) | 41:4 72:14 72:22 73:4 |
| relief(2) | 62:3 72:15 |
| relies(1) | 23:6 |
| rely(3) | 62:16 70:9 79:22 |
| relying(1) | 71:24 |
| remain(1) | 19:18 |
| remaining(1) | 19:20 |
| remark(1) | 49:2 |
| remedy(1) | 71:5 |
| remember(1) | 11:5 |
| remotely(1) | 50:9 |
| replace(1) | 51:13 |
| reprehensible(1) | 23:24 |
| represent(2) | 26:4 60:6 |
| representing(4) | 25:24 26:23 52:16 83:6 |
| reproduce(1) | 34:3 |
| reproduced(3) | 17:19 18:4 32:5 |
| reproducing(1) | 16:25 |
| request(3) | 7:22 10:12 25:4 |
| required(11) | 14:18 21:14 23:18 28:8 28:10 28:13 28:21 43:21 49:15 52:7 52:8 |
| requirement(1) | 16:17 64:24 65:2 65:10 68:18 |
| requiring(2) | 43:22 44:12 |
| research(15) | 1:15 1:20 14:23 22:2 22:15 24:1 63:2 64:9 69:10 70:20 70:25 71:18 71:25 72:11 |
| research's(1) | 68:13 |
| resent(1) | 26:22 |
| resistance(2) | 21:19 48:9 |
| resolve(3) | 8:2 41:12 77:9 |
| respect(9) | 6:16 22:17 38:15 47:3 68:6 68:9 69:8 71:1 |
| respected(1) | 20:14 |
| respectfully(1) | 41:23 68:18 |
| respective(1) | 83:7 |
| respond(3) | 7:14 14:2 14:11 50:23 57:22 57:25 58:1 59:19 71:14 74:1 80:2 80:20 80:21 |
| respondent(1) | 22:25 |
| responding(1) | 8:24 |
| response(3) | 9:20 31:19 37:3 |
| responsive(1) | 11:5 |
| result(4) | 8:7 8:8 12:11 74:22 |
| resulted(1) | 60:18 |
| results(2) | 25:5 25:6 |
| revenue(1) | 61:25 |
| reverse(5) | 43:3 43:4 44:4 44:10 46:8 51:24 |
| review(2) | 52:14 82:18 |
| reviewed(1) | 73:2 |
| rich(1) | 55:8 |
| richard(2) | 3:12 6:14 |
| richards(1) | 2:9 |
| right(78) | 5:21 6:17 9:12 9:15 11:1 11:25 13:12 15:2 15:4 16:11 17:2 18:25 19:12 19:12 20:12 20:22 22:12 24:8 24:18 24:22 26:4 27:17 28:25 31:8 32:12 33:3 34:2 34:2 34:4 34:5 36:10 37:11 37:22 40:4 41:13 41:16 43:20 44:7 48:6 50:25 51:18 52:6 52:23 53:8 53:24 53:25 54:2 54:14 54:16 55:11 55:17 55:24 56:2 58:13 58:17 62:8 62:13 62:14 66:25 67:13 67:18 71:11 77:16 78:12 78:13 80:13 81:8 81:14 81:24 83:13 83:20 84:9 84:10 84:18 84:20 85:4 |
| rights(12) | 16:22 16:24 17:1 20:16 21:10 22:20 34:2 42:10 46:18 61:22 63:17 72:6 |
| rise(3) | 5:2 67:15 69:15 |
| riverview(1) | 3:7 |
| robbery(1) | 56:25 |
| robin(1) | 3:18 |
| robinson(4) | 35:5 35:14 36:8 46:22 |
| rockefeller(1) | 3:19 |
| rodney(2) | 2:11 2:19 |
| role(1) | 45:21 |
| royalties(7) | 30:13 31:7 33:5 37:1 37:17 43:16 44:1 |
| rubber(6) | 63:4 63:12 71:24 72:1 72:11 72:11 |
| rule(2) | 7:20 46:17 |
| rules(1) | 12:9 |
| ruling(6) | 6:24 11:9 11:16 82:14 |
| run(2) | 22:1 22:3 47:20 70:15 |
| running(1) | 50:8 |
| safe(1) | 82:5 |
| safely(1) | 85:2 |
| said(36) | 9:7 11:15 11:23 12:17 15:1 18:8 22:24 23:3 27:19 31:14 31:23 33:5 34:22 35:10 35:14 37:2 47:6 51:8 51:15 51:20 55:2 55:2 55:3 59:9 60:8 65:11 68:23 73:5 73:19 73:23 73:25 74:21 75:21 77:13 77:18 78:24 |
| sake(1) | 10:10 |
| sale(6) | 18:11 22:8 24:11 28:23 30:14 31:8 |
| same(15) | 10:21 36:24 37:5 37:5 48:5 48:10 46:10 46:13 47:14 51:4 51:6 51:6 54:24 69:5 82:1 |
| samis(1) | 2:10 |
| sand(1) | 38:22 |
| satisfied(4) | 29:25 30:1 31:1 41:11 |
| satisfy(1) | 71:7 |
| saw(1) | 20:18 |
| say(37) | 6:23 8:18 9:20 11:13 11:20 19:14 24:13 25:8 29:7 30:17 33:18 34:10 34:13 36:3 38:13 43:2 44:1 45:6 49:6 49:7 50:6 52:9 52:9 55:4 55:6 62:24 65:25 66:4 69:3 70:13 71:3 76:14 76:18 76:21 83:13 84:13 |
| saying(17) | 20:13 20:14 29:24 30:3 30:4 32:7 37:12 37:14 39:22 41:16 41:17 43:10 45:4 52:15 52:19 57:18 65:15 |
| says(10) | 13:9 23:9 54:3 54:22 56:21 56:23 63:2 65:9 65:24 82:10 |
| scanned(2) | 25:5 40:10 |
| schedule(9) | 17:11 17:13 17:22 29:4 33:9 37:5 64:15 64:17 75:16 |
| scheduled(2) | 7:14 14:4 |
| schedules(1) | 21:11 |
| schmidt(1) | 71:5 |
| schuyler(2) | 3:18 6:13 |
| schuylkill(1) | 1:49 |
| scrimmage(1) | 57:17 |
| seal(1) | 10:13 |
| search(3) | 24:24 25:1 25:2 |
| searched(2) | 40:3 40:3 |
| seated(4) | 5:4 19:18 19:20 67:17 |
| second(2) | 19:3 46:20 |
| secondly(2) | 7:6 64:19 |
| seconds(1) | 54:8 |
| secret(34) | 37:8 56:11 58:17 59:2 59:8 59:9 59:12 63:5 63:7 63:8 63:13 63:14 63:15 63:21 64:6 64:7 66:5 66:14 66:17 66:24 68:7 68:7 68:24 68:25 69:1 71:17 71:20 72:3 72:4 72:7 72:21 72:21 74:7 84:5 |
| secrets(16) | 35:9 35:13 35:17 36:4 37:13 39:23 42:4 55:16 56:14 62:12 64:8 64:13 64:14 68:3 69:12 84:5 |
| section(4) | 16:23 17:13 33:20 57:3 |
| securing(1) | 36:20 |
| see(5) | 5:11 8:19 8:19 8:20 15:10 24:23 25:1 25:3 31:18 33:7 38:13 39:14 39:18 40:21 43:6 44:5 46:12 48:10 51:3 51:24 52:18 66:7 66:8 73:2 81:8 |
| seeking(3) | 7:2 48:8 60:11 |
| seemed(2) | 35:18 37:12 |
| seen(4) | 7:1 7:13 41:18 57:18 |
| selinda(1) | 3:43 |
| sell(14) | 23:25 36:21 37:7 37:18 38:3 38:8 45:21 50:20 51:11 53:14 53:14 53:24 54:1 54:23 |
| selling(6) | 16:24 35:11 52:6 53:19 53:20 54:12 |
| send(1) | 79:20 |
| sense(6) | 21:16 47:12 50:22 56:9 56:18 80:17 |
| sent(1) | 75:6 |
| separate(1) | 55:16 |
| serious(3) | 12:19 41:14 47:1 |
| served(1) | 77:21 |
| servers(3) | 22:4 48:4 48:15 |
| service(2) | 1:48 1:55 |
| services(2) | 1:48 85:15 |
| session(1) | 72:24 |
| set(3) | 47:25 52:21 75:5 |
| setting(3) | 70:3 71:19 73:2 |
| settled(2) | 77:3 77:24 |
| seven(2) | 34:8 34:9 |
| shall(1) | 73:7 |
| sharing(1) | 5:17 |
| ship(2) | 51:11 51:15 |
| short(1) | 23:24 |
| should(6) | 6:23 11:8 12:4 12:14 12:20 13:5 13:10 13:22 19:14 31:25 65:25 68:7 68:11 69:13 71:9 72:24 73:7 75:3 75:3 83:23 |
| shouldn't(2) | 11:16 13:4 |
| show(7) | 23:20 32:9 32:12 32:11 38:15 54:23 71:5 |
| showed(3) | 11:14 25:6 71:7 |
| showing(1) | 31:8 |
| side(1) | 5:20 |
| sides(3) | 73:20 74:22 75:7 |
| signed(2) | 81:15 81:17 |
| significance(2) | 18:13 18:15 |
| significant(1) | 47:18 |
| similar(3) | 50:1 45:5 45:6 |
| simply(4) | 23:24 46:11 52:5 74:25 |
| since(9) | 23:10 24:3 25:16 29:16 57:8 66:17 76:1 76:24 77:20 |
| sings(2) | 22:19 24:6 |
| single(3) | 34:8 34:9 34:10 |
| sir(8) | 18:1 56:15 64:6 65:17 65:17 71:13 74:3 79:25 |
| sit(2) | 22:19 55:21 |
| situation(3) | 36:12 51:23 63:19 |
| six(3) | 7:9 34:2 78:17 |
| slip(1) | 82:23 |
| slow(1) | 48:6 |
| snap(5) | 1:15 1:20 2:43 34:4 6:8 6:16 6:24 11:21 17:8 17:14 17:15 17:19 18:5 22:2 22:11 23:6 23:13 23:14 24:1 24:10 24:11 24:13 24:20 25:2 25:3 25:17 25:19 29:10 29:18 39:9 39:11 39:13 42:8 48:25 49:14 49:25 49:25 50:3 50:12 50:17 51:10 51:17 51:9 58:25 64:10 64:25 68:4 68:13 69:10 70:20 70:25 72:25 |
| snmpri(3) | 24:15 25:7 26:5 |
| snmp's(1) | 22:16 |
| so-called(1) | 10:15 |
| software(74) | 17:11 17:19 18:3 21:20 21:22 21:25 22:1 22:2 23:6 22:10 22:13 24:14 24:16 24:21 25:2 25:3 25:4 25:5 25:7 25:19 25:21 26:5 26:25 29:21 29:22 31:4 31:9 33:1 33:4 33:5 33:6 37:5 37:11 38:1 38:2 38:8 38:13 40:10 40:10 42:8 42:16 42:23 43:8 43:11 43:15 43:15 43:19 44:9 45:24 46:9 47:6 47:9 48:25 49:5 49:15 50:12 51:3 51:10 51:13 51:16 51:23 53:6 53:17 54:1 54:24 56:22 56:22 56:23 57:10 61:3 66:23 70:11 70:14 |
| sold(11) | 17:19 18:4 22:4 27:22 30:23 32:5 43:16 46:10 46:11 51:10 54:24 |
| solitary(1) | 24:6 |
| some(22) | 5:6 7:6 8:16 19:18 32:6 32:18 34:14 35:8 36:3 42:25 43:10 46:15 58:12 59:23 69:22 74:22 76:3 77:10 81:10 83:7 83:9 83:9 |
| somehow(2) | 43:5 51:2 |
| someone(8) | 33:12 34:10 61:9 63:17 70:13 |
| someone's(1) | 35:20 |
| something(3) | 8:17 13:13 24:13 37:13 40:1 40:3 52:10 57:13 60:7 60:17 75:21 77:18 80:24 |
| sometimes(1) | 67:3 |
| song(4) | 32:18 32:24 45:14 61:9 |
| sorry(4) | 16:7 26:20 63:4 74:16 |
| sort(5) | 7:4 9:17 32:12 36:12 83:11 |
| sound(1) | 1:54 85:10 |

| Word | Page:Line |
|---|---|
| source(17) | 33:10 37:21 40:6 40:15 40:16 40:16 40:21 41:1 42:1 42:6 43:6 45:16 52:13 53:6 53:17 66:1 66:2 |
| sources(4) | 24:15 24:21 49:19 49:22 |
| speak(2) | 34:17 67:19 |
| speaking(2) | 33:19 58:19 |
| speaks(1) | 59:6 |
| specific(3) | 65:5 65:8 65:9 |
| specifically(9) | 28:19 37:23 62:24 64:12 65:12 65:24 66:4 66:23 71:20 |
| speculation(2) | 8:13 34:15 |
| speeches(1) | 41:7 |
| spirited(1) | 83:5 |
| spurl(1) | 40:22 |
| square(2) | 2:11 2:19 |
| stage(5) | 30:4 30:9 30:19 30:19 45:25 |
| stairway(2) | 48:12 48:12 |
| stand(3) | 19:19 55:22 85:2 |
| standard(9) | 29:25 30:1 30:18 31:1 32:1 32:6 43:7 52:20 69:5 |
| standing(2) | 55:23 64:5 |
| stands(2) | 49:25 59:17 |
| star(1) | 68:19 |
| stargatt(1) | 2:17 |
| start(4) | 16:2 59:23 60:1 72:18 |
| started(1) | 59:23 |
| starting(1) | 68:3 |
| state(5) | 59:14 60:9 68:17 68:23 69:18 |
| stated(1) | 82:11 |
| statement(3) | 8:23 9:17 12:5 |
| statements(2) | 9:2 41:20 |
| states(27) | 1:1 14:16 20:9 60:13 60:16 60:19 60:21 60:23 60:24 60:25 61:2 61:12 61:16 61:19 61:20 61:21 61:25 62:1 62:3 62:4 62:5 62:23 63:10 69:20 75:25 76:2 |
| statute(1) | 63:21 |
| statutory(2) | 23:24 19:1 |
| stay(4) | 7:21 7:22 82:7 82:12 |
| ste(3) | 2:27 2:45 3:13 |
| steen(1) | 3:25 |
| step(1) | 11:13 |
| stick(1) | 32:15 |
| still(6) | 10:5 10:9 10:17 77:25 79:8 83:4 |
| stipulation(1) | 81:21 |
| stole(1) | 56:23 |
| story(1) | 72:12 |
| straight(1) | 60:5 |
| strauss(1) | 3:30 |
| street(6) | 1:11 1:49 2:12 2:20 3:6 3:13 |
| study(1) | 46:16 |
| stuff(1) | 44:9 |
| subject(7) | 20:6 23:1 58:23 60:15 73:14 75:25 78:24 |
| submit(4) | 69:13 70:21 75:7 82:19 |
| submitted(1) | 81:17 |
| substantial(1) | 9:3 |
| substitute(1) | 75:2 |
| succeeds(1) | 11:3 |
| such(6) | 21:11 35:21 49:9 69:20 69:24 75:2 |
| sue(2) | 44:19 45:17 |
| sued(5) | 44:16 44:25 46:4 50:24 77:1 |
| sufficient(4) | 22:24 32:5 53:16 68:5 |
| sufficiently(1) | 18:6 |
| suggest(1) | 73:17 |
| suggested(2) | 40:2 57:12 |
| suggesting(4) | 74:3 74:14 74:20 75:6 |
| suggestion(1) | 6:21 |
| suing(4) | 61:13 61:18 61:23 76:5 |
| suit(2) | 46:15 46:16 |
| suite(1) | 35:17 |
| supp(2) | 35:15 70:10 |
| supplemental(1) | 75:15 |
| support(8) | 15:16 15:24 36:17 45:17 63:25 65:12 69:17 72:25 |
| supports(1) | 56:11 |
| supreme(5) | 16:14 22:23 23:2 33:17 34:9 |
| sure(9) | 7:3 9:24 11:17 14:10 31:21 39:3 48:7 60:3 64:5 70:2 74:9 75:10 79:15 79:16 80:22 83:16 84:18 |
| surprisingly(1) | 35:18 |
| suspect(1) | 37:7 |
| table(1) | 40:4 |
| tactical(1) | 11:11 |
| tactics(1) | 48:24 |
| take(9) | 22:14 23:25 27:3 34:12 41:6 45:2 51:17 57:20 73:17 |
| taken(2) | 41:14 70:7 |
| takes(3) | 51:13 59:1 77:10 |
| talk(4) | 12:17 56:13 58:5 63:23 |
| talking(5) | 21:16 22:10 33:8 47:12 50:19 |
| talks(2) | 33:14 70:10 |
| tammy(1) | 85:14 |
| tangible(1) | 70:5 |
| tape(1) | 75:11 |
| taylor(1) | 2:17 |

| Word | Page:Line |
|---|---|
| tech(1) | 65:25 |
| technologies(1) | 1:31 |
| technology(3) | 20:4 20:15 36:21 |
| tegg(1) | 70:9 |
| teleconference(1) | 5:16 |
| telephone(1) | 15:22 |
| telephonic(2) | 3:23 4:1 |
| tell(4) | 58:1 60:6 65:1 65:7 |
| telling(1) | 27:14 |
| ten(4) | 45:6 54:8 67:8 67:13 |
| tenor(1) | 31:1 |
| term(2) | 20:22 58:7 |
| terms(1) | 45:11 |
| territorial(1) | 60:12 |
| text(2) | 51:3 66:1 |
| textbook(1) | 22:17 |
| than(20) | 17:25 23:4 23:17 29:25 30:1 30:25 32:20 36:7 36:8 37:14 37:23 43:22 46:19 47:18 48:23 49:6 55:4 79:21 82:11 83:2 |
| thank(36) | 5:3 6:20 13:23 15:2 15:3 15:4 15:8 15:11 19:15 32:11 36:10 59:18 59:22 62:13 65:21 66:25 66:25 67:11 67:12 67:13 67:16 71:11 75:18 79:12 79:12 80:14 82:3 82:21 82:22 83:14 83:15 84:7 84:18 84:19 84:25 85:3 |
| that(301) | 6:3 7:3 7:4 7:5 7:8 7:11 7:12 7:18 7:23 8:4 8:10 8:12 8:17 8:22 8:25 9:7 9:7 9:8 9:16 9:17 9:19 9:20 10:1 10:4 10:9 10:20 10:21 10:24 11:6 11:7 11:7 11:10 11:13 11:17 11:24 12:1 12:5 12:12 12:16 12:23 13:1 13:12 13:13 13:14 13:15 13:17 13:18 13:21 13:24 14:9 14:12 14:15 14:16 14:20 14:25 15:15 15:16 15:18 15:18 15:23 16:10 16:14 17:1 17:4 17:7 17:10 17:13 17:13 17:15 17:15 17:17 17:20 17:21 18:1 18:2 18:3 18:4 18:5 18:6 18:11 18:12 18:17 18:23 19:4 19:9 19:19 20:5 20:6 20:14 20:15 20:17 20:17 21:2 21:3 21:9 21:11 21:12 21:15 21:22 21:24 21:24 21:25 22:3 22:10 22:12 22:13 22:20 22:25 23:6 23:9 23:10 23:20 23:21 24:9 24:13 24:14 24:14 24:16 25:1 25:3 25:17 25:18 25:21 25:22 25:24 26:1 26:4 26:8 26:18 26:19 26:22 26:23 26:24 26:25 27:1 27:3 27:8 27:12 27:15 27:15 27:18 27:22 27:23 28:10 28:16 28:22 28:24 29:6 29:7 29:9 29:11 29:15 29:20 29:24 29:24 30:10 30:10 30:12 30:21 30:23 30:24 30:25 31:1 31:3 31:3 31:9 31:10 31:11 31:12 31:16 31:21 32:3 32:4 32:5 32:7 32:9 32:13 32:24 33:3 33:4 33:7 33:11 33:17 33:18 34:14 34:17 34:17 34:18 34:19 34:23 34:25 35:3 35:5 35:7 35:8 35:17 35:19 35:22 35:25 36:3 36:14 36:20 36:23 37:9 37:24 37:25 37:10 37:14 37:20 37:21 37:21 37:25 38:7 38:11 38:13 38:16 38:19 38:20 38:21 38:22 39:2 39:5 39:7 39:8 39:11 39:12 39:15 39:18 39:20 39:21 40:6 40:11 40:11 40:12 40:15 40:16 40:18 41:4 41:5 41:12 41:13 41:18 41:20 41:21 41:21 41:24 41:25 42:3 42:12 42:13 42:14 42:15 42:17 42:18 42:25 43:2 43:7 43:20 43:22 44:1 44:3 44:5 45:7 45:10 45:16 45:18 45:20 45:25 46:3 46:6 46:9 46:10 46:11 46:13 46:18 |
| that(267) | 46:20 46:23 46:24 47:1 47:5 47:5 47:6 47:7 47:8 47:9 47:18 48:4 48:4 48:15 48:18 48:23 49:2 49:6 49:14 50:12 50:20 50:22 51:2 51:3 51:10 51:12 51:21 52:1 52:2 52:2 52:3 52:4 52:6 52:7 52:10 52:11 52:11 52:18 53:3 53:3 53:6 53:6 53:16 53:18 53:18 54:1 54:2 54:3 54:19 54:20 54:21 54:23 54:24 54:25 55:9 55:10 55:10 55:15 55:16 55:17 56:13 56:21 57:9 57:13 57:18 57:20 57:21 57:22 57:25 58:5 58:5 58:10 58:13 58:21 59:1 59:7 60:8 60:14 60:17 60:18 60:18 60:22 60:23 60:24 61:3 61:4 61:7 61:15 61:19 61:19 61:21 61:23 62:5 62:1 62:5 62:8 62:10 62:16 62:18 62:20 62:22 62:24 63:6 63:6 63:7 63:10 63:15 63:16 63:18 63:19 63:21 63:24 63:25 64:2 64:7 64:8 64:12 64:16 64:17 64:19 64:23 64:25 65:1 65:5 65:9 65:9 65:11 65:15 65:25 66:6 66:9 66:10 66:11 66:14 66:15 66:15 66:15 66:17 66:22 67:5 68:10 68:16 68:16 68:17 68:22 69:5 69:12 69:15 69:19 69:22 70:4 70:7 70:9 70:10 70:11 70:20 70:25 70:25 71:19 71:20 72:10 72:14 72:21 72:23 72:25 73:2 73:7 73:8 73:9 73:11 73:12 73:19 73:20 73:25 74:11 74:17 75:11 75:14 75:16 75:21 75:24 76:2 76:3 76:5 76:6 76:7 76:7 76:8 76:17 76:17 76:20 76:23 77:10 77:12 77:20 78:3 78:5 79:15 79:15 79:16 79:16 79:22 79:22 80:1 80:3 80:17 81:14 81:22 82:1 82:10 82:17 82:23 82:24 83:5 83:6 83:7 83:9 83:11 83:22 83:24 84:1 84:2 84:3 84:7 85:9 |

| Word | Page:Line |
|---|---|
| that(86) | 8:9 8:17 10:19 11:10 13:7 13:10 13:17 14:5 15:1 15:21 17:4 17:11 17:15 19:23 20:13 20:22 21:20 22:3 23:10 24:12 28:13 29:19 29:19 34:7 35:3 35:25 38:17 41:4 41:10 41:18 41:22 42:6 42:14 42:13 43:7 43:18 43:21 44:20 47:4 47:4 47:7 47:8 50:6 51:25 52:18 53:15 54:14 55:14 55:24 56:2 56:16 57:11 58:7 58:14 58:16 58:17 58:23 61:9 61:18 62:2 63:1 63:11 63:11 63:12 63:22 72:13 72:21 73:21 73:16 73:24 74:9 77:18 78:1 78:14 78:16 79:6 79:18 81:3 81:9 81:23 82:16 83:12 83:20 84:9 |
| the(301) | 1:1 1:2 1:43 2:9 2:34 5:2 5:7 5:10 5:11 5:13 5:16 5:17 5:19 5:21 5:25 6:3 6:7 6:9 6:12 6:15 6:17 6:20 6:25 7:1 7:2 7:2 7:8 7:8 7:12 7:13 7:13 7:15 7:15 7:18 7:19 7:20 8:2 8:4 8:11 8:12 8:14 8:14 8:15 8:17 8:21 8:23 8:23 8:23 9:3 9:4 9:5 9:5 9:9 9:12 9:13 9:14 9:14 9:16 9:16 9:18 9:22 9:24 9:25 10:1 10:1 10:2 10:4 10:6 10:8 10:8 10:11 10:11 10:12 10:12 10:13 10:15 10:16 10:18 10:20 10:21 10:23 10:25 10:25 11:2 11:2 11:3 11:5 11:8 11:9 11:12 11:18 11:20 11:21 11:21 11:22 11:22 11:25 12:1 12:7 12:9 12:10 12:13 12:15 12:16 12:18 12:18 13:1 13:2 13:5 13:6 13:7 13:7 13:8 13:8 13:9 13:10 13:12 13:14 13:21 13:25 14:1 14:2 14:3 14:5 14:8 14:10 14:12 14:13 14:14 14:16 14:17 14:17 14:18 14:19 14:21 14:21 14:22 14:25 15:2 15:2 15:4 15:5 15:8 15:10 15:12 15:13 15:14 15:16 15:18 15:19 15:19 15:21 15:22 15:23 15:24 16:1 16:2 16:4 16:6 16:9 16:23 16:23 16:25 17:1 17:1 17:2 17:3 17:7 17:8 17:8 17:9 17:10 17:11 17:11 17:14 17:17 17:20 17:22 17:24 17:24 17:25 17:25 18:2 18:3 18:4 18:7 18:9 18:10 18:11 18:13 18:15 18:15 18:19 18:20 18:22 18:22 18:24 18:25 19:2 19:2 19:3 19:5 19:7 19:9 19:9 19:13 19:15 19:17 19:22 19:25 20:2 20:5 20:5 20:9 20:10 20:12 20:13 20:15 20:16 20:21 20:22 20:23 20:24 21:1 21:4 21:7 21:8 21:12 21:13 21:15 21:16 21:20 21:23 23:6 23:9 23:10 23:23 23:24 23:24 24:1 24:2 24:3 24:5 24:8 24:9 24:13 24:15 24:18 24:22 24:25 24:25 25:3 |
| the(301) | 25:5 25:8 25:10 25:10 25:14 25:21 25:22 25:24 26:15 26:16 26:18 26:21 26:23 26:23 27:1 27:2 27:5 27:7 27:17 27:20 27:21 27:24 28:1 28:3 28:4 28:4 28:5 28:6 28:12 28:12 28:13 28:15 28:21 28:22 29:2 29:3 29:6 29:10 29:13 29:19 29:20 29:22 29:25 30:1 30:2 30:4 30:7 30:13 30:14 30:16 30:18 30:19 30:22 30:25 31:1 31:5 31:8 31:9 31:10 31:12 31:14 31:17 31:18 31:20 31:22 31:24 32:5 32:11 32:12 32:15 32:16 32:18 32:19 32:20 33:3 33:3 33:8 33:9 33:9 33:10 33:10 33:11 33:17 33:20 33:21 33:23 33:23 34:1 34:1 34:2 34:2 34:3 34:4 34:5 34:8 34:8 34:8 34:9 34:12 34:20 34:23 34:25 35:3 35:6 35:10 35:13 35:14 35:16 35:17 35:23 36:1 36:2 36:4 36:6 36:7 36:10 36:16 36:14 36:15 36:19 36:20 36:22 36:22 36:24 36:24 37:5 37:10 37:14 37:20 37:21 37:21 37:25 38:7 38:11 38:13 38:16 38:18 38:19 39:5 39:7 39:12 39:13 39:19 39:22 39:23 39:24 40:1 40:3 40:9 40:10 40:10 40:12 40:15 40:16 40:16 40:18 40:19 40:21 40:23 41:9 41:13 41:22 41:23 41:24 41:25 42:1 42:2 42:2 42:4 42:11 42:11 42:15 42:16 42:18 42:21 42:22 42:23 42:24 42:25 43:1 43:2 43:7 43:12 43:12 43:14 43:15 43:18 43:23 43:25 44:1 44:3 44:5 44:7 44:10 44:16 44:16 44:22 45:1 45:3 45:4 45:7 45:10 45:15 45:16 45:18 45:18 45:18 45:19 45:20 45:20 46:11 46:11 46:14 46:18 46:18 46:24 46:25 47:4 47:5 47:6 47:7 47:7 47:8 47:9 47:11 47:16 47:18 47:19 47:20 47:22 48:7 48:7 48:9 48:9 48:11 48:16 48:17 48:19 48:20 48:24 48:25 49:1 49:1 49:6 49:7 49:8 49:9 49:9 49:23 50:2 50:4 50:10 50:16 50:17 50:17 50:18 50:19 50:21 50:25 51:2 51:3 51:3 51:4 51:5 51:6 51:6 51:6 51:7 51:15 51:16 51:18 51:21 51:24 |
| the(301) | 51:24 52:1 52:10 52:11 52:12 52:19 52:23 53:1 53:3 53:4 53:6 53:6 53:8 53:9 53:11 53:12 53:14 53:14 53:15 53:17 53:19 53:20 53:21 53:22 53:24 54:2 54:4 54:5 54:6 54:7 54:8 54:10 54:14 54:24 54:24 54:25 55:1 55:7 55:11 55:15 55:15 55:19 55:19 55:21 55:24 56:2 56:2 56:5 56:8 56:8 56:11 56:11 56:12 56:13 56:14 56:16 56:18 56:19 56:20 56:20 56:23 56:24 57:1 57:2 57:3 57:3 57:9 57:10 57:11 57:14 57:15 57:16 57:16 57:21 57:24 58:1 58:5 58:6 58:7 58:8 58:9 58:10 58:10 58:10 58:11 58:13 58:14 58:14 58:16 58:17 58:18 58:20 58:21 58:22 58:22 58:22 58:23 59:1 59:2 59:2 59:4 59:5 59:9 59:18 59:20 59:25 60:1 60:6 60:6 60:7 60:7 60:8 60:9 60:13 60:14 60:15 60:15 60:15 60:17 60:17 60:18 60:21 60:22 60:22 60:24 60:25 61:1 61:3 61:5 61:7 61:17 61:18 61:18 61:19 61:21 61:22 61:24 62:1 62:2 62:11 62:11 62:15 62:16 62:16 62:18 62:19 62:20 62:21 62:22 62:23 62:23 62:24 63:1 63:1 63:7 63:8 63:9 63:9 63:14 63:19 63:21 63:22 63:24 63:25 64:3 64:5 64:7 64:7 64:9 64:10 64:14 64:15 64:15 64:16 64:16 65:3 65:4 65:6 65:12 65:14 65:15 65:18 65:20 65:22 65:22 65:24 66:1 66:10 66:15 66:19 66:20 66:22 66:23 66:25 67:3 67:3 67:4 67:8 67:13 67:15 67:16 67:17 67:21 67:22 67:23 67:25 68:2 68:4 68:7 68:9 68:9 68:11 68:18 68:19 68:20 68:20 68:21 68:23 68:23 69:1 69:2 69:3 69:5 69:6 69:6 69:9 69:12 69:12 69:19 69:24 69:25 70:2 70:3 70:6 70:7 70:8 70:9 70:10 70:15 70:17 70:19 70:22 70:22 71:1 71:2 71:3 71:4 71:6 71:7 71:9 71:11 71:13 71:16 71:19 71:19 71:20 |
| the(178) | 71:21 71:23 72:2 72:2 72:3 72:7 72:9 72:11 72:12 72:13 72:14 72:15 72:17 72:17 72:20 72:21 72:22 72:23 72:24 73:1 73:2 73:2 73:3 73:10 73:11 73:13 73:18 73:21 74:1 74:5 74:6 74:7 74:9 74:24 74:25 75:1 75:2 75:2 75:4 75:5 75:8 75:10 75:10 75:12 75:14 75:15 75:15 75:18 75:20 75:23 75:24 76:1 76:5 76:9 76:11 76:11 76:13 76:13 76:16 76:19 76:20 76:21 76:23 76:25 77:3 77:4 77:4 77:11 77:14 77:14 77:16 77:17 77:17 77:23 77:25 78:4 78:4 78:5 78:8 78:8 78:8 78:11 78:12 78:14 78:15 78:16 78:16 78:19 78:20 78:22 78:23 78:23 78:24 79:2 79:2 79:5 79:7 79:8 79:10 79:16 79:17 79:18 79:19 79:22 80:1 80:6 80:8 80:10 80:13 80:15 80:19 80:19 80:22 80:24 81:1 81:3 81:6 81:10 81:10 81:11 81:14 81:19 81:21 81:21 81:24 82:1 82:2 82:5 82:8 82:7 82:8 82:12 82:12 82:13 82:14 82:16 82:16 82:20 82:22 82:25 83:4 83:11 83:15 83:15 83:16 83:18 83:20 83:21 83:22 83:24 83:25 84:1 84:3 84:5 84:8 84:9 84:13 84:15 84:15 84:16 84:18 84:20 84:22 84:23 84:24 85:1 85:4 85:5 85:10 85:11 |
| theft(2) | 23:25 56:25 |
| their(21) | 15:17 22:3 24:16 30:21 34:23 36:23 36:24 37:16 37:22 42:10 45:16 45:22 46:9 48:23 49:5 56:5 57:7 59:16 60:12 69:16 |
| theirs(1) | 25:11 |
| them(8) | 8:19 8:19 23:2 25:10 32:4 32:18 38:10 39:17 43:11 46:19 53:22 53:23 53:24 56:4 66:15 71:3 74:1 76:6 |
| theme(1) | 24:5 |
| then(35) | 6:4 6:14 8:24 12:1 14:24 23:25 27:8 29:7 30:5 30:17 32:4 34:12 34:23 35:9 41:12 43:6 50:8 50:15 52:17 54:1 60:24 62:25 63:7 64:11 67:8 69:2 74:25 75:21 79:7 80:11 82:19 84:7 84:7 84:9 84:10 |
| theory(6) | 57:5 57:17 62:7 69:11 69:25 |
| there(72) | 6:21 7:7 7:21 8:5 8:16 9:7 9:19 10:22 11:4 11:8 11:16 16:18 18:23 21:11 21:21 22:5 28:17 28:25 30:5 32:2 33:16 33:23 35:7 35:15 36:3 37:12 38:5 39:9 39:22 40:6 40:10 45:19 48:13 49:7 49:9 49:12 51:8 53:3 53:10 53:18 54:13 54:15 54:24 54:25 55:5 57:5 58:9 59:16 60:12 62:8 63:7 63:13 64:6 65:16 66:9 68:9 69:2 71:5 71:6 72:12 76:22 83:21 84:9 |
| therefore(3) | 10:7 57:8 63:22 |
| there'd(1) | 11:1 |
| there's(40) | 13:5 18:14 18:14 21:17 22:6 23:16 24:6 32:7 32:17 34:17 35:12 38:5 39:13 40:25 41:17 42:2 42:8 45:24 48:19 49:10 51:12 52:10 53:18 54:15 54:18 58:19 58:20 59:23 61:14 61:18 62:5 63:10 63:19 64:6 69:14 69:23 70:18 70:24 71:5 71:6 72:19 76:22 83:21 |
| these(39) | 13:25 21:22 29:13 30:12 33:8 34:10 36:20 36:22 37:4 38:2 41:5 44:5 46:7 47:25 48:3 48:8 50:6 50:13 52:2 52:3 52:13 53:5 57:19 57:23 58:6 64:12 77:10 83:1 |

| Word | Page:Line |
|---|---|

**they**(120) 7:2 8:19 8:20 8:20 13:15 20:8 20:10 20:11 21:16 21:18 21:25 23:16 23:16 23:17 25:18 25:19 26:13 26:24 27:15 28:11 29:6 29:9 29:19 29:20 29:22 30:7 30:8 30:17 30:17 30:22 30:23 31:9 31:10 32:4 33:18 33:19 34:11 35:11 36:23 37:6 37:10 37:12 37:12 37:15 37:15 37:18 38:2 38:3 38:5 38:7 38:9 38:9 39:14 39:23 39:24 40:2 40:14 41:7 41:10 42:1 42:14 42:21 43:2 43:14 43:15 43:16 44:12 44:18 44:25 45:1 45:1 45:2 45:2 45:19 45:20 46:11 46:12 46:23 46:25 50:20 51:12 51:15 51:16 51:17 52:9 53:25 54:2 55:12 56:5 56:22 56:22 57:10 57:17 57:17 60:10 60:20 60:22 61:9 62:16 64:15 64:16 64:16 65:15 65:22 66:8 66:16 66:16 66:20 66:21 66:22 69:21 70:6 73:22 73:25 75:24 75:25 76:5 77:24

**they're**(23) 15:19 15:21 20:6 21:17 24:5 24:5 30:17 35:11 35:13 37:15 38:14 38:14 39:12 44:18 44:18 50:6 52:15 52:16 52:17 52:19 57:9 68:11 68:11

**they've**(10) 26:11 32:9 45:20 47:10 52:22 57:4 57:15 57:15 59:15 68:10

**thick**(1) 32:18

**thing**(18) 7:12 9:14 11:22 12:1 27:18 28:4 28:5 37:14 42:22 42:24 46:2 46:19 51:19 52:11 76:14 78:16 83:11 83:18

**things**(21) 9:7 9:20 14:12 21:3 29:13 41:12 55:8 61:19 62:4 67:9 73:19 74:15 74:21 75:5 76:25 77:7 77:9 77:22 77:23 80:16 80:25

**think**(56) 6:3 6:22 7:16 7:18 8:1 8:3 8:8 9:4 9:8 9:19 11:21 11:22 12:4 12:5 12:13 12:14 12:23 13:18 13:20 14:16 14:25 18:6 19:20 21:4 22:7 31:18 34:16 35:12 36:11 37:13 39:21 44:8 47:24 52:24 53:1 53:2 56:2 56:10 57:20 59:7 67:9 70:23 73:6 73:22 73:24 75:11 75:19 75:22 76:2 76:20 77:7 78:1 80:4 80:17 81:5 82:25

**thinking**(2) 51:14 80:6

**third**(14) 12:11 17:12 21:14 54:1 63:3 63:4 63:6 63:8 64:21 71:2 72:5 72:18 72:15

**this**(163) 5:9 6:22 7:6 7:10 7:13 7:16 7:17 7:17 7:20 7:23 7:25 7:25 8:14 9:13 10:11 10:15 10:24 10:25 11:4 11:6 11:9 11:14 11:20 12:2 13:16 13:20 14:4 16:9 17:5 18:1 18:7 21:20 22:1 22:2 22:15 22:16 22:23 23:3 23:15 23:17 23:22 24:4 24:7 24:11 24:20 25:2 25:9 25:23 27:14 28:12 28:23 29:9 30:9 30:18 31:2 31:17 31:17 32:3 32:11 33:13 33:14 35:4 35:14 36:5 36:11 36:12 37:19 38:1 38:8 40:15 40:22 40:23 40:24 41:3 41:4 42:24 43:2 43:4 44:9 44:11 45:10 45:17 45:23 45:25 47:3 47:11 47:13 47:13 48:11 48:12 49:11 49:15 49:15 50:8 50:23 51:17 51:22 51:23 52:1 52:12 52:15 52:16 52:21 53:13 54:21 54:22 57:12 58:24 59:1 59:3 59:6 59:16 61:5 61:7 62:6 63:13 63:14 63:25 64:1 64:23 65:2 65:3 65:8 65:10 65:12 65:25 66:6 66:8 66:10 66:11 66:16 67:4 69:14 71:16 72:7 72:14 72:16 72:17 72:17 73:4 73:6 73:11 73:18 73:18 73:20 73:23 76:1 76:2 76:24 77:2 77:18 77:20 77:23 80:11 80:19 82:1 82:12 83:2 83:13 83:19 84:21

**thomas**(1) 3:37

**those**(59) 8:21 14:7 15:23 16:22 16:24 17:6 19:9 22:7 22:7 22:8 29:4 29:5 29:11 29:12 29:19 29:22 29:23 29:23 30:14 30:15 30:24 33:4 33:5 33:6 33:7 33:8 34:7 34:8 34:13 35:1 36:6 36:8 39:25 42:17 43:8 43:13 43:16 43:17 43:17 44:3 46:24 51:10 51:11 53:13 54:20 55:5 57:3 57:4 75:5 75:25 70:15 71:17 72:9 73:3 73:9 75:4 75:5 75:25

**though**(3) 30:25 78:22 84:3

**thought**(3) 55:25 56:8 56:16

**thoughts**(1) 9:23

**thousands**(3) 50:11

**three**(1) 71:16

**three-page**(1) 73:21

**through**(9) 15:12 15:15 15:16 25:1 28:18 30:14 41:20 48:5 50:8

**thrown**(1) 76:7

**throws**(1) 7:4

**tied**(1) 67:18

**time**(18) 7:17 7:23 13:19 13:20 18:22 19:2 19:7 19:10 28:12 63:7 63:16 64:16 65:4 69:23 72:7 77:23 78:11 81:22

**timeliness**(1) 7:7

**timely**(1) 7:8

**times**(1) 52:9

**timing**(1) 9:25

**today**(11) 8:13 15:20 14:7 22:19 32:23 41:10 42:12 73:23 74:23 77:11 77:13

**today's**(1) 73:12

**too**(2) 50:7 50:8

**took**(3) 7:5 51:12 70:19

**tooth**(1) 40:17

**totally**(1) 57:13

**tower**(1) 3:7

**trade**(49) 35:9 35:13 36:4 37:8 37:13 39:23 42:4 55:16 56:11 56:14 58:16 58:17 59:2 59:8 59:9 59:12 62:11 63:5 63:7 63:8 63:13 63:14 63:15 63:21 64:8 64:13 64:14 64:19 65:25 66:5 66:14 66:17 66:24 68:3 68:7 68:24 68:25 69:12 71:17 71:20 72:3 72:4 72:7 72:15 72:21 72:25 72:21 74:7 84:1 84:5

**traded**(2) 20:15

**transcriber**(1) 85:14

**transcript**(3) 1:42 1:55 85:10

**transcription**(2) 1:48 1:55

**transfer**(3) 37:16 44:1 53:25

**transferrable**(2) 17:12 18:2

**transferred**(15) 18:3 23:12 27:23 28:24 29:1 29:2 29:8 29:18 30:8 30:8 37:3 38:1 38:2 38:10 52:4

**travel**(2) 40:5 85:2

**trial**(1) 28:12

**tried**(5) 65:6 77:5 77:6 77:8 77:9

**true**(7) 35:2 41:9 42:13 44:20 49:10 52:16 52:17

**truly**(1) 49:5

**trust**(4) 58:12 69:2 69:4 69:7

**truth**(2) 26:21 27:1

**try**(2) 52:10 70:16

**trying**(5) 14:9 48:19 51:5 61:6 77:22

**tuesday**(1) 5:1

**tunnel**(1) 21:3

**turning**(1) 69:9

**two**(14) 7:24 10:19 16:18 16:23 18:21 18:23 22:5 24:3 24:4 64:7 72:3 73:21 77:3 79:21

**twomley**(6) 22:18 23:4 28:6 29:25 30:1 32:2

**type**(1) 66:11

**types**(1) 21:22

**typically**(3) 33:19 40:15 58:19

**u.s**(8) 18:22 57:14 61:8 61:22 61:24 61:24 62:6 63:1

**under**(44) 8:4 10:2 10:13 12:9 12:10 16:14 16:23 17:6 17:9 17:13 19:8 32:1 36:22 38:14 40:13 43:8 45:1 54:24 57:3 57:14 61:13 61:18 61:22 62:19 62:20 62:20 63:2 63:14 63:15 63:20 66:14 68:17 68:23 69:17 69:24 71:6 71:19 71:23 71:24 71:25 71:25 72:9 72:12 14

**underlying**(2) 20:24 33:10

**underpinning**(1) 23:20

**understand**(8) 8:12 9:19 15:14 18:11 21:15 37:2 39:12 42:19

**understanding**(3) 10:10 26:24 73:16

**understands**(2) 10:2 20:15

**understood**(1) 49:7

**unfair**(5) 51:16 56:11 77:7

**union**(1) 3:13

**united**(21) 1:1 1:44 16:14 20:9 60:13 60:15 60:18 60:21 60:23 60:24 60:25 61:2 61:12 61:16 61:19 61:20 61:21 61:25 62:1 62:3 62:4 62:5 62:22 63:10 69:19 75:25 76:1

**unjust**(12) 56:19 56:20 57:8 57:16 60:1 60:9 62:7 69:9 69:25 71:1 71:8 78:18

**unjustly**(1) 56:21

**unless**(2) 6:11 12:11

**unpleaded**(1) 54:6

**unsecured**(1) 3:30

**until**(12) 10:3 10:9 10:16 11:7 14:5 45:15 52:14 52:14 77:17 78:9 78:15

**untimely**(1) 7:10

**untrue**(2) 41:21 46:4

**untruth**(1) 46:5

**unusual**(1) 14:23

**upon**(9) 6:25 23:9 25:14 29:1 29:16 35:21 37:20 66:10 79:22

**usable**(1) 50:17

**use**(22) 17:11 20:22 22:13 22:14 33:12 37:7 37:11 37:18 38:3 38:7 39:18 39:25 45:21 53:7 55:16 62:21 63:16 66:6 66:16 69:2 72:7 83:8

**used**(19) 8:18 22:3 23:12 25:21 26:5 29:17 29:21 31:9 33:11 34:23 35:16 39:25 42:8 48:14 49:11 53:16 56:22 56:22 67:23

**useful**(1) 83:5

**uses**(3) 63:3 68:24 72:4

**using**(14) 25:18 33:1 34:12 31:14 35:3 36:24 37:15 40:11 42:15 43:11 51:9 51:16 63:7 66:8

**usually**(1) 6:22

**valid**(1) 1:22

**value**(1) 64:21

**varieties**(1) 21:21

**various**(2) 12:4 16:20

**vein**(1) 57:10

**vendor**(1) 57:13

**vendors**(2) 39:16 51:9

**versions**(1) 47:5

**versus**(2) 53:6 79:23

**very**(16) 7:23 9:10 10:21 11:7 14:7 14:11 14:19 19:15 21:1 36:5 36:24 48:6 66:22 71:12 82:16 85:1

**via**(1) 82:19

**view**(1) 14:15

**vigorously**(1) 24:1

**violate**(2) 42:4 42:9

**violated**(2) 22:20 61:22

**violates**(1) 72:3

**violation**(8) 16:21 17:20 53:15 53:19 53:21 58:21 63:9 69:3

**voluntarily**(1) 10:24

**wait**(1) 44:22

**waived**(1) 11:1

**want**(23) 8:10 8:18 8:21 10:22 12:2 15:14 25:11 25:16 27:5 27:7 28:11 38:24 40:24 41:2 45:1 47:12 52:9 55:12 56:4 73:25 74:17 79:15 82:23

**wanted**(10) 11:4 11:4 11:7 11:17 22:12 45:1 76:21 78:5 79:16 82:7

**wants**(2) 15:15 40:4

**was**(130) 6:21 6:23 7:1 7:10 7:14 7:21 9:17 10:13 10:15 11:11 11:11 11:11 11:17 14:4 17:12 17:22 18:2 18:3 18:10 19:7 19:10 20:5 20:23 21:1 22:3 22:13 22:23 22:24 24:3 25:5 27:1 28:17 28:25 29:3 31:4 31:9 31:10 31:12 32:3 34:11 35:4 35:8 35:8 35:14 35:16 35:23 35:23 36:3 37:2 37:3 37:24 38:1 38:1 38:9 42:15 45:13 45:19 47:5 49:3 50:19 51:9 52:12 53:18 54:20 54:22 55:3 56:21 58:11 59:8 60:19 62:15 62:20 62:23 68:7 69:5 69:9 69:20 71:21 72:8 72:11 72:13 73:24 74:7 75:5 75:13 75:21 75:22 75:24 76:7 76:11 77:10 78:11 78:15 81:5 81:9 81:15 81:16 81:17 81:20 81:25 83:4 83:4 83:5 83:15 83:16 83:16 84:22 85:6

**wasn't**(1) 74:18

**wave**(1) 13:19 13:20

**way**(14) 14:16 24:2 27:25 29:24 32:11 51:12 53:20 57:5 57:15 67:3 76:11 78:2 83:17 84:2

**weaker**(1) 36:7

**week**(4) 5:16 79:20 80:11 80:11

**welcome**(1) 5:13 19:18 55:21 55:22

**well**(61) 11:20 12:23 12:17 13:1 13:4 13:12 13:17 13:24 16:6 18:9 19:15 20:8 20:14 26:15 27:5 28:1 31:10 33:18 35:11 37:12 38:11 38:22 40:9 41:13 42:13 42:18 47:21 49:1 49:6 53:10 53:22 55:2 60:21 61:13 62:10 65:18 76:11 77:11 77:13 79:18 81:11 81:12 82:16 84:2

**were**(46) 8:16 9:17 20:6 21:16 14:17 21:11 22:7 22:8 25:5 25:18 27:22 29:6 31:9 31:13 32:17 33:5 37:8 37:10 37:12 42:1 42:14 44:3 45:15 46:10 46:24 47:7 49:7 51:10 51:15 52:3 53:3 53:3 54:24 56:8 59:13 62:5 64:7 64:12 66:19 66:20 66:21 66:22 67:19 69:21 77:12 77:14

**westlaw**(1) 68:20

**we'd**(3) 48:12 75:16 84:2

**we'll**(8) 13:13 67:9 67:9 74:1 74:1 78:21 83:23 85:1

**we're**(36) 5:4 5:23 6:18 8:10 14:9 16:7 21:15 22:10 23:20 26:15 27:8 28:8 28:13 32:10 33:8 40:25 42:7 43:10 45:9 47:12 51:7 52:8 52:14 53:8 53:13 54:5 54:22 60:11 61:18 61:23 63:20 67:9 69:17 77:25 83:19

**we've**(26) 12:8 12:13 27:25 28:16 29:12 29:14 32:9 32:12 38:7 42:12 45:18 46:19 52:24 54:3 54:20 55:9 55:12 64:12 73:8 74:20 77:2 77:5 77:6 77:8 77:22

**what**(90) 8:13 8:13 10:20 12:8 12:18 12:24 13:5 13:8 13:10 18:8 18:13 20:25 22:3 23:16 23:19 25:19 25:25 26:25 28:6 28:7 28:11 28:15 29:14 30:2 30:7 30:11 30:23 31:18 34:11 34:21 34:22 35:7 35:14 37:2 37:23 37:25 38:11 39:10 39:22 43:10 43:20 43:21 44:12 44:12 47:17 47:19 47:22 49:24 51:19 51:25 52:8 52:18 52:19 52:21 54:5 55:3 55:5 55:8 57:6 60:8 63:1 65:13 65:21 66:16 69:15 70:10 71:16 71:17 71:22 72:6 72:20 73:5 74:22 73:8 74:20 77:2 77:5 77:6 77:8 79:13 79:25 81:1 81:10 81:15 82:8 82:13

**whatever**(3) 75:16 76:10 76:21

**whatsoever**(1) 23:20

**what's**(4) 35:2 42:10 44:21 44:25

**when**(40) 8:19 8:20 8:20 11:2 13:14 18:21 21:4 21:19 23:17 25:1 29:2 29:8 30:8 32:2 37:19 39:24 40:14 43:15 44:9 45:6 48:19 51:4 56:13 58:1 58:19 60:6 61:21 63:4 65:22 65:23 67:4 67:17 68:24 71:8 72:4 77:8 77:24 78:4 81:9 81:16

**where**(10) 7:5 14:23 35:3 41:8 42:6 59:23 62:3 65:4 76:5 76:5

**wherein**(1) 30:19

**whereupon**(1) 85:6

**whether**(10) 12:20 12:21 12:21 13:55 56:14 57:13 62:7 74:24 75:1 84:1

**which**(40) 7:1 7:16 8:2 10:22 11:3 16:15 21:12 21:13 21:19 22:6 22:24 23:23 24:15 29:1 35:19 36:25 37:3 39:25 45:17 46:20 51:8 52:13 57:5 59:6 60:8 62:16 62:16 63:3 66:16 66:23 71:4 71:17 71:21 72:5 72:11 72:15 72:25 75:22 76:13 78:7

**whichever**(1) 83:17

**while**(6) 12:12 12:13 23:2 41:7 64:5 77:10

**who**(8) 6:10 10:23 30:7 39:12 39:19 49:5 77:1 77:1

**whole**(1) 21:8

**whom**(1) 63:17

**who's**(1) 9:6

**why**(14) 8:24 10:11 10:14 11:10 12:3 15:22 56:16 58:14 64:3 65:20 77:21 77:21 79:19 79:20

**will**(38) 5:17 6:15 9:16 13:2 13:22 14:16 14:22 16:2 22:9 24:1 24:23 25:1 25:3 25:15 26:4 26:7 30:14 30:17 32:9 32:10 36:17 40:6 40:11 41:5 41:12 41:14 41:15 43:7 46:12 56:13 58:13 65:1 65:7 75:7 75:11 79:19 82:9 82:24 83:17

**willfully**(1) 23:1

**william**(1) 2:39

**wilmington**(8) 1:12 2:6 2:13 2:21 2:28 2:41 2:46 5:1

**win**(2) 30:17 52:18

**wish**(2) 55:7 82:2

**with**(91) 6:10 6:15 8:6 8:23 8:23 8:24 10:4 11:3 12:16 14:8 14:22 14:25 16:2 16:9 18:22 19:23 20:17 20:17 20:25 22:10 22:16 22:17 22:23 23:11 24:10 24:11 24:20 25:17 26:5 26:21 29:6 34:14 38:15 40:5 40:23 41:6 41:11 45:9 45:14 46:17 46:25 47:3 47:13 50:13 51:4 51:5 51:17 52:2 52:5 52:7 57:12 59:22 60:1 60:5 61:11 62:11 62:18 63:20 65:7 65:13 66:22 68:3 68:6 68:9 68:12 69:8 69:9 69:10 69:22 70:15 71:1 71:17 71:20 72:4 72:17 72:18 73:2 74:24 76:25 77:2 77:3 77:9 77:17 77:24 77:25 79:16 79:25 80:12 83:7

**withdraw**(16) 6:25 7:2 7:7 7:13 7:15 9:5 9:14 10:1 10:8 10:11 10:13 11:2 11:8 14:3 14:25 77:14

**withdraws**(1) 13:14

**withhold**(1) 6:24

**within**(9) 8:14 38:2 38:8 55:5 60:12 60:18 61:1 61:20 61:24

**without**(7) 23:14 37:11 43:20 43:20 45:4 52:6 68:25

**wonderful**(2) 6:17 82:20

**won't**(1) 38:18

**wood**(27) 5:6 6:11 6:12 15:6 25:23 26:4 27:4 38:21 38:22 38:24 39:2 39:4 39:5 39:6 39:6 39:7 39:8 39:21 49:23 49:24 50:24 50:22 51:1 51:20 76:18 78:21 79:4

**word**(2) 52:10 55:8

**words**(6) 22:1 24:10 47:16 60:11 78:15 83:24

**work**(6) 21:22 38:18 59:12 76:25 77:7 77:22

**worked**(2) 7:19 21:25

**working**(1) 80:15

**works**(1) 16:20

**wrap**(1) 13:39

**worth**(1) 76:21

**would**(74) 6:2 6:3 6:3 8:4 9:10 11:20 12:11 12:21 13:13 13:16 15:15 15:18 15:24 20:11 25:15 25:21 28:8 30:5 30:11 31:7 37:22 38:11 38:12 38:13 43:22 44:8 44:11 48:6 50:5 51:3 52:20 52:21 53:23 55:2 55:4 55:18 55:19 60:10 60:20 62:22 62:25 63:24 63:25 63:25 65:11 65:13 65:21 66:22 66:6 66:8 66:9 66:9 66:10 66:14 67:6 68:18 70:23 71:5 71:15 71:23 73:17 73:17 73:18 73:25 75:14 76:9 76:9 80:1 84:4 84:10 84:13

**wouldn't**(2) 80:18 80:20

**wrap**(2) 67:9 82:3

**wrong**(2) 34:11 40:25

**wrongdoing**(5) 24:7 34:15 40:22 45:9 45:12

**www.diazdata.com**(1) 1:52

**years**(4) 21:3 24:3 24:4 60:5

**yes**(85) 5:19 5:25 6:3 6:9 9:2 12:3 14:14 15:10 15:13 15:20 15:21 16:1 16:5 16:13 16:17 17:3 17:17 21:7 23:8 24:4 25:3 26:17 27:10 27:20 28:21 31:6 32:15 34:19 34:20 35:6 36:1 36:15 38:16 38:23 38:25 39:1 39:7 39:8 40:19 42:3 43:5 43:20 44:3 46:12 49:21 49:22 49:23 51:21 54:7 54:10 55:19 56:6 56:15 57:1 58:18 59:5 59:20 59:25 62:11 62:17 64:6 65:17 65:17 67:18 67:20 67:22 68:2 68:15 70:17 71:13 74:5 74:19 76:16 76:19 77:14 78:19 79:3 79:4 79:13 79:21 81:1 81:10 81:15 82:8 82:13

**york**(2) 2:35 3:20

| Word | Page:Line |
|------|-----------|

**you**(199) 5:3 5:4 5:11 6:20 7:2 7:19 8:20 9:13 11:14
11:14 11:14 11:15 11:16 11:16 12:23 13:2 13:9
13:21 13:23 14:12 15:1 15:2 15:3 15:4 15:8 15:10
15:11 18:17 18:18 18:21 19:1 19:8 19:15 19:17
19:19 19:24 21:5 21:14 21:19 22:1 22:9 23:25 24:9
24:10 24:23 24:24 25:1 25:1 25:2 25:2 25:9 25:11
26:19 27:2 27:8 27:12 27:13 27:14 29:8 29:15 30:7
30:10 30:19 32:2 32:11 32:14 34:8 34:8 34:10 34:10
34:11 34:11 34:13 34:17 34:21 36:3 36:10 37:19
37:22 38:24 39:5 39:18 40:20 40:20 43:25 44:1
44:10 44:18 45:3 45:5 45:8 45:9 45:10 45:13 45:14
46:8 46:15 46:16 46:16 46:16 46:17 47:3 47:24
47:24 47:25 48:14 48:15 48:15 48:18 50:4 50:5 50:7
50:8 50:13 50:15 50:15 51:23 52:20 55:6 55:18
55:21 56:2 56:4 56:9 56:23 56:24 57:9 57:12 58:1
58:6 58:11 59:15 59:18 59:20 59:22 60:6 60:7 61:6
61:11 62:13 62:23 64:3 64:11 64:16 65:13 65:20
65:21 65:24 66:5 66:6 66:25 66:25 67:11 67:12
67:13 67:16 67:17 67:17 67:18 67:19 68:25 70:11
70:12 70:13 71:5 71:11 75:3 75:10 75:18 76:3 76:4
77:12 78:2 78:15 79:12 79:12 79:19 79:20 79:20
79:22 79:23 80:14 80:24 81:3 82:2 82:21 82:22
82:25 83:10 83:14 83:15 84:15 84:17 84:18 84:19
84:24 84:25 85:3 85:4

**young**(2) 2:17 4:5
**younger**(1) 32:20
**your**(157) 5:7 5:9 5:15 5:15 5:22 5:23 6:1 6:6 6:10
6:18 6:19 9:1 9:2 9:7 9:20 10:1 10:10 10:21 12:3
12:4 12:12 12:15 12:16 12:17 12:22 12:24 13:23
14:6 14:15 14:20 14:22 14:25 15:3 15:11 15:11 15:15
15:15 15:18 15:24 15:25 16:15 18:8 18:18 18:21
19:2 19:6 19:20 19:23 21:19 25:14 25:16 25:20
26:22 27:25 28:18 29:11 32:1 32:3 33:2 33:25 34:19
35:25 36:13 37:9 37:19 38:12 38:15 38:21 39:4 39:8
39:21 40:2 40:20 41:2 41:23 42:6 42:24 44:4 44:14
44:20 45:13 46:7 46:17 47:24 48:13 50:10 50:10
50:14 50:16 53:20 54:9 56:8 58:15 58:17 59:22
59:23 63:23 65:1 65:7 65:7 65:10 65:13 67:2 67:7
67:10 67:11 67:12 67:20 68:3 70:14 70:15 71:12
71:15 71:15 71:22 74:3 74:4 74:7 74:11 74:22 75:4
75:9 75:12 75:13 75:14 75:16 75:20 76:7 76:10
76:14 76:22 77:11 77:19 78:7 78:10 78:18 78:21
79:14 80:2 80:14 81:13 81:16 81:17 81:17 82:4 82:9
82:19 83:6 83:9 83:14 83:18 83:22 83:24 84:5
84:19 85:3

**yours**(1) 23:25
**you'll**(3) 13:1 15:5 48:13
**you're**(18) 15:6 19:18 27:3 32:20 39:18 39:19 40:21
43:19 50:11 51:4 51:4 51:5 55:21 55:22 61:13 64:5
76:5 83:6

**you've**(5) 12:18 33:18 40:17 74:21 74:23