IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12017, 12027-12038, 12042-12046, 12101-12109, 12135-12145** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
31st day of October, 2013

_____
Notary Public

REGINA AMPOTERO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2025

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JONES, DEBORAH
         PO BOX 458
         WILLOW SPRING, NC 27592

Please note that your claim # 8582 in the above referenced case and in the amount of
    $44,465.27 allowed at $44,465.38  has been transferred (**unless previously expunged by court order**) to:

         HAIN CAPITAL HOLDINGS, LLC
         TRANSFEROR: JONES, DEBORAH
         ATTN: AMANDA RAPOPORT
         301 ROUTE 17, 7TH FLOOR
         RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12101    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/31/2013                           David D. Bird, Clerk of Court

                                           /s/ Kimberly Murray
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 31, 2013.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

Date: 10/31/2013

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| DURANT, FRED | 708 EAST H. ST. | LEOTI | KS | 67861 |
| GARRETT, GARY | 4093 HOGAN DR. UNIT 4114 | TYLER | TX | 75709 |
| GENNETT, SCOTT | 16 WILDWOOD ST. | LAKE GROVE | NY | 11755 |
| GRAHAM-CHAPMAN, HERMAN | 4604 KNOLLVIEW LN. | MESQUITE | TX | 75150 |
| GREEN, MARILYN | 1106 BOSTON HOLLOW RD. | ASHLAND CITY | TN | 37015 |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE | PORTERVILLE | CA | 93257 |
| GUEVARRA, EDWARD G, JR. | 11007 SCRIPPS RANCH BLVD. | SAN DIEGO | CA | 92131 |
| HAMES, JANETTA | 649 FOSSIL WOOD DR. | SAGINAW | TX | 76179 |
| HATRIDGE, GEORGE | 3615 KINGS CT | DENTON | TX | 76209 |
| HAZELRIG, KENNETH S. | 8170 SOLWAY CT | WINSTON | GA | 30187 |
| HEAD, JANETTE M. | 16 GLENEAGLE DR. | BEDFORD | NH | 03110 |
| HEINBAUGH, ALAN | 19816 COLBY CT. | SARATOGA | CA | 95070 |
| CULLEN, EMILY D. | 100 TELMEW CT | CARY | NC | 27518 |
| HOVATER, GEORGE I | 9009 CASALS ST APT 1 | SACRAMENTO | CA | 95826 |
| HOWARD, SCOTT | 2050 CABIAO RD. | PLACERVILLE | CA | 95667 |
| HUNT, JAMES | 8903 HANDEL LOOP | LAND O LAKES | FL | 34637 |
| IRISH, DIANNA | 235 ATRIUM CT | WARNER ROBINS | GA | 31088 |
| JACOBS, WANDA | 801 DUPREE ST. | DURHAM | NC | 27701 |
| JONES, DEBORAH | PO BOX 458 | WILLOW SPRING | NC | 27592 |
| JONES, JOYCE | 4418 SUN VALLEY BLVD. | EAST PT | GA | 30344 |
| JONES, PATTIE R. | 528 PRITCHETT RD. | WARRENTON | NC | 27589 |
| JURASEVICH, MARIE | 29210 GIMPL HILL RD. | EUGENE | OR | 97402 |
| KELLY, SHARON | 5612 OXFORD COURT APT. 815 | LOUISVILLE | KY | 40291 |
| KILMER, TERESA | 1316 RICHARDSON RD. | ZEBULON | NC | 27597 |
| HEISLER, RONALD | 133 ANNA RD. BOX 194, BOX 194 | BLAKESLEE | PA | 18610 |
| KLOS, ROBERT | 146 WEST AVE. | FAIRPORT | NY | 14450 |
| KU, TUNG | 1044 PROUTY WAY | SAN JOSE | CA | 95129 |
| LAWRENCE, PETER | 16295 VIA VENETIA W | DELRAY BEACH | FL | 33484 |

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| LEE, JAMES JEROME | 1310 RICHMOND ST. | | EL CERRITO | CA | 94530 |
| FRAME, DAVID | 633 RAFORD HILL LANE | | RICHARDSON | TX | 75081 |
| LEONARD, KEVIN | 4319 ALYSHEBA DR | | FAIRBURN | GA | 30213 |
| LINDOW, FRED S. | PO BOX 33206 | | LOS GATOS | CA | 95031 |
| VAUGHAN, DONNA ANN | 272 MOUNTAIN BROOK RD. | | ROUGEMONT | NC | 27572 |
| LITZ, DAVID | 316 N. MANUS DR. | | DALLAS | TX | 75224 |
| LOGAN, KERRY W | 537 AVENIDA CUARTA # 101 | | CLERMONT | FL | 34714 |
| LONG, VERNON M | 4929 KELSO LN | | GARLAND | TX | 75043 |
| MACIVER, RALPH | 116 HONEYCOMB LANE | | MORRISVILLE | NC | 27560 |
| MADDRY, SHIRLEY | 187 BEAR BRANCH RD. | | ROCKINGHAM | NC | 28379 |
| MANN, FELICIA JONES | 525 N. ACADEMY ST | | CARY | NC | 27513 |
| MARTEL, ROBERT | 200 LIGHTHOUSE LN B3 | | CEDAR POINT | NC | 28584 |
| MCCAFFREY, LEAH KATHRYN | 7139 DEBBE DR. | | DALLAS | TX | 75252 |
| HAIN CAPITAL HOLDINGS, LLC | RE: DURANT, FRED | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: GARRETT, GARY | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: GENNETT, SCOTT | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: GRAHAM-CHAPMAN, HERMAN | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: GREEN, MARILYN | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: GRISSOM, CRICKETT | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: GUEVARRA, EDWARD G, JR. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HAMES, JANETTA | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HATRIDGE, GEORGE | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: CULLEN, EMILY D. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HAZELRIG, KENNETH S. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HEAD, JANETTE M. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HEINBAUGH, ALAN | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HEISLER, RONALD | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HOVATER, GEORGE I | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: FRAME, DAVID | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HOWARD, SCOTT | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: HUNT, JAMES | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: IRISH, DIANNA | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: JACOBS, WANDA | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: JONES, DEBORAH | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ | 07070 |

| | | | | | |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | RE: JONES, JOYCE | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: JONES, PATTIE R. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: JURASEVICH, MARIE | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: KELLY, SHARON | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: VAUGHAN, DONNA ANN | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: KILMER, TERESA | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: KLOS, ROBERT | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: KU, TUNG | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LAWRENCE, PETER | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LEE, JAMES JEROME | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LEONARD, KEVIN | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LINDOW, FRED S. | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LITZ, DAVID | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LOGAN, KERRY W | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: LONG, VERNON M | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: MACIVER, RALPH | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: MADDRY, SHIRLEY | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: MANN, FELICIA JONES | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: MARTEL, ROBERT | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | RE: MCCAFFREY, LEAH KATHRYN | ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FL | RUTHERFORD | NJ 07070 |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006