IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 12030, 12042** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

Kimberly Murray, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 31, 2013, I caused to be served a personalized "Notice of Defective Transfers" (the "Transfer Notices"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
31st day of October, 2013

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6054508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

14

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   **HOVATER, GEORGE I**
**9009 CASALS ST APT 1**
**SACRAMENTO CA, 95826**

Transferee:   **HAIN CAPITAL HOLDINGS, LLC**
**ATTN: AMANDA RAPOPORT**
**301 ROUTE 17, 7TH FLOOR**
**RUTHERFORD, NJ 07070**

Your transfer is defective for the reason checked below:

**Claim Expunged**

Docket Number: 12042      Date: 10/24/2013

By      /s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 31, 2013

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

HAIN CAPITAL HOLDINGS, LLC
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

GREEN, MARILYN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

HOVATER, GEORGE I
9009 CASALS ST APT 1
SACRAMENTO CA, 95826