# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | **Re: D.I. 12301** |
| ---------------------------------------------------------X | : | |
| SNMP Research International, Inc., | : | |
| and | : | |
| SNMP Research, Inc., | : | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | : | **Re: D.I. 100** |
| v. | : | |
| Nortel Networks Inc., Et Al., Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation, Genband US LLC, Genband, Inc., Performance Technologies, Inc., Perftech (PTI) Canada, Avaya Inc., Radware Ltd., | : | |
| and | : | |
| John Doe Defendants 1-100, | : | |
| Defendants. | : | |
| ---------------------------------------------------------X | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On November 5, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

| | |
|---|---|
| Dated: November 1, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>        */s/ Tamara K. Minott*              <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6145770.30

**Via Overnight Mail**

Cory Turner
148 Ervin St.
Hendersonville, TN 37075

Ursula Phommanirat
27 Veronica St.
Rochester, NY 14617

Alicja Reimann
288 Salt Rd.
Webster, NY 14580

Paul Senna
8 Babicz Rd
Tewksbury, MA 01876

**Via Fax**

Karen Grivner
Thorp Reed & Armstrong LLP
824 N. Market St.
Wilmington, DE 19801
Fax: 302-421-9439

Schuyler Carroll
Jeffrey Vanacore
Perkins Coie LLP
30 Rockafeller Center
New York, NY 10112
Fax: 212-977-1649

Harvey Chaiton
Doug Bourassa
Chaitons LLP
5000 Ynoge St.
Toronto, ON M2C 7$^E$9
Canada
Fax: 416-218-1849

John Wood
Egerton McAfee Armistead & Davis P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293