IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12146-12162, 12194, 12196-12199** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 1, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
___ day of November, 2013

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

17

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MCCARTHY, MICHAEL
     69 AUCKLAND ST.
     DORCHESTER, MA 02125-3336
```

Please note that your claim # 8663 in the above referenced case and in the amount of $25,009.62 allowed at $25,009.62  has been transferred **(unless previously expunged by court order)** to:

```
HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: MCCARTHY, MICHAEL
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12146    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/01/2013                        David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 1, 2013.

# EXHIBIT B

TIME: 14:04:30
DATE: 11/01/13

PAGE: 1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCARTHY, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCDONALD, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MENDEZ, RENEE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MERWIN, PATRICK C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MORRISON, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MUCKLEROY, KEM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MURRAY, KENNETH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NEUMANN, JANE F. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NGUYEN, KIM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: OWENBY, DANNY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PAPERNO, SUSAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PHILLIPS, MARK A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: POWELL, PAMELA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FURDUM, LEONA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RAYMOND, CAROL F. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REED, WILLIAM A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REESE, KATHLEEN A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REXROAD, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RICHARDSON, CYNTHIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROBERTSON, JOYCE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROHRBAUGH, BRENDA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROSE, RONALD J. JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROSE, RONALD J., JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| MCCARTHY, MICHAEL | 69 AUCKLAND ST. DORCHESTER MA 02125-3336 |
| MCDONALD, WILLIAM | 202 WOODFIELD DR. ASHEVILLE NC 28803 |
| MENDEZ, RENEE | 2437 MESA OAK TRAIL PLANO TX 75025 |
| MERWIN, PATRICK C. | 206 AMBERGLOW PL CARY NC 27513-5346 |
| MORRISON, DAVID | 3278 PINE TERRACE APT. 1 MACEDON NY 14502-8882 |
| MUCKLEROY, KEM | 507 E. BRADLEY STREET STAR CITY AR 71667 |
| MURRAY, KENNETH | P.O. BOX 3043 MCKEESPORT PA 15134 |
| NEUMANN, JANE F. | 11730 CO. RD. 24 WATERTOWN MN 55388 |
| NGUYEN, KIM | 684 GRAND FIR AVE APT #2 SUNNYVALE CA 94086 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PAPERNO, SUSAN | 1632 JULIUS BRIDGE RD BALL GROUND GA 30107 |
| PHILLIPS, MARK A. | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| POWELL, PAMELA | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| FURDUM, LEONA | 2532 N. 4TH ST. # 254 FLAGSTAFF AZ 86004 |
| RAYMOND, CAROL F. | 7962 S.W. 185 ST MIAMI FL 33157 |
| REED, WILLIAM A. | 7810 HEATON DRIVE THEODORE AL 36582 |
| REESE, KATHLEEN A. | 200 CARNEGIE DR MILPITAS CA 95035 |
| REXROAD, MICHAEL | 5244 LINWICK DR. FUQUAY VARINA NC 27526 |
| RICHARDSON, CYNTHIA | 933 FRANCIS ST. LANCASTER TX 75146 |
| ROBERTSON, JOYCE | 604 PEEDIN STREET SELMA NC 27576 |
| ROHRBAUGH, BRENDA | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| ROSE, RONALD J., JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROSE, RONALD J., JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |

Total Number of Records Printed        46

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006