**Exhibit A**

**COMPENSATION BY PROJECT CATEGORY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through September 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 219.10 | 122,017.50 |
| Claims Administration and Objections | 18.10 | 8,093.50 |
| Employee Matters | 200.20 | 127,582.00 |
| Tax | 42.10 | 43,275.50 |
| Fee and Employment Applications | 174.00 | 77,772.50 |
| Allocation/Claims Litigation | 18,048.70 | 6,065,442.50 |
| **TOTAL** | **18,702.20** | **$6,444,183.50** |

---

[1]     Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.