**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                                           :    Chapter 11
In re:                                                     :
                                                           :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                           :
                                                           :    Jointly Administered
                    Debtors.                               :
                                                           :    Re: D.I. 6631
-----------------------------------------------------------x
```

**ORDER TERMINATING EMPLOYMENT OF
KURTZMAN CARSON CONSULTANTS LLC AS COMMUNICATIONS
AGENT FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE
OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS**

Upon the joint motion (the "Motion")[2] of the Retiree Committee and the LTD Committee for entry of an order authorizing the termination of the employment of Kurtzman Carson Consultants, LLC ("KCC") as communications agent for the Committees; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and the Court having found that the termination of KCC's employment as communications agent for the Committees to be appropriate under all relevant circumstances; and the Court having found that the legal and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Motions Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Motion is granted to the extent provided herein; and it is further

**ORDERED,** that as of the date of this Order, the services of KCC as the communications agent to the Committees are terminated; and it is further

**ORDERED,** that the requirements under Local Rule 2002-1(F)(ix) are inapplicable to KCC and are waived; and it is further

**ORDERED**, that to the extent that it has not already done so, KCC shall deactivate websites that it maintains for each of the Committees; and it is further

**ORDERED,** that KCC may continue to collect and forward any mail it receives related to these cases to (a) the Nortel Networks Retirees Benefit Trust, P.O. Box 292877, Nashville, Tennessee 37229 (Attn: Patrick Rykwalder) and (b) Long Term Disabled VEBA Trust for Former Nortel Employees, c/o Elliott Greenleaf, 1105 N. Market Street, Suite 1700, Wilmington, Delaware 19801 (Attn: Leah McCaffrey, Chair), as may be appropriate; and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: Wilmington, Delaware
        November __, 2013

                                        _____
                                        HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE