IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 12211, 12221** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                      ) ss.:
COUNTY OF NEW YORK  )

Kimberly Murray, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2013, I caused to be served a personalized "Notice of Defective Transfers" (the "Transfer Notices"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
4th day of November, 2013

/s/ Notary Public
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   **LOIS DIANE UPHOLD**
**201 CAMDEN PARK DRIVE**
**GOLDSBORO, NC 27530**

Transferee:   **HAIN CAPITAL HOLDINGS, LLC**
**ATTN: AMANDA RAPOPORT**
**301 ROUTE 17, 7TH FLOOR**
**RUTHERFORD, NJ 07070**

Your transfer is defective for the reason checked below:

**Claim Expunged**

Docket Number: 12221     Date: 10/29/2013


By     /s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 4, 2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  **CHAD SORIANO**
**8974 HICKORY AVE.**
**HESPERIA CA, 92345**

Transferee:  **HAIN CAPITAL HOLDINGS, LLC**
**ATTN: AMANDA RAPOPORT**
**301 ROUTE 17, 7TH FLOOR**
**RUTHERFORD, NJ 07070**

Your transfer is defective for the reason checked below:

**Claim Expunged**

Docket Number: 12211     Date: 10/29/2013


By    /s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 4, 2013

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

HAIN CAPITAL HOLDINGS, LLC
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

CHAD SORIANO
8974 HICKORY AVE.
HESPERIA CA, 92345

LOIS DIANE UPHOLD
201 CAMDEN PARK DRIVE
GOLDSBORO, NC 27530