# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                Debtors.

: Chapter 11
:
: Case No. 09-10138 (KG)
:
: Jointly Administered
:
: Re: D.I. 24

---------------------------------------------------------X

## DECLARATION OF NATHAN T. HORST PURSUANT TO RULE 2014-1(C) OF THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

I, NATHAN T. HORST, hereby declare under penalty of perjury:

1. I am an associate with Cleary Gottlieb Steen & Hamilton LLP ("Cleary"), which maintains offices for the practice of law at One Liberty Plaza, New York, NY 10006 ("Cleary New York") and at City Place House, 55 Basinghall Street, London EC2V 5EH, United Kingdom ("Cleary London"). I am an attorney at law, duly admitted and in good standing to practice in the State of New York, and am admitted to practice before this Court *pro hac vice*.

2. Pursuant to Rule 2014-1(c) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I hereby disclose that Cleary New York has retained Mannheimer Swartling Advokatbyrå AB ("Mannheimer") to, among other things, advise and act as counsel before the Swedish courts in respect of an application made by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

U.S. Debtors in Sweden for an order giving effect to the letter rogatory requesting the testimony of Dara Gill that was issued by this Court pursuant to its Order Granting Joint Application for Issuance of International Letters of Request (Letters Rogatory) dated September 13, 2013 (the "Order") [D.I. 11718].

3. I hereby further disclose that Cleary London has retained Ben Valentin, a Barrister and Member of Southsquare Chambers ("Valentin"), who has been instructed to, among other things, advise and act as counsel before the English courts in respect of applications made by the U.S. Debtors in England for orders giving effect to the letters rogatory requesting the testimony of Sharon Ralston, Geoff Lloyd, Kishor Badiani, and Lorraine Harper that were issued by this Court pursuant to the Order [D.I. 11718].

4. Cleary intends to request reimbursement for Mannheimer and Valentin under Local Rule 2016-2(f).

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November, 2013

Nathan T. Horst