IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
*In re*                             :    Chapter 11
                                    :
Nortel Networks Inc., *et al.*,[1]  :    Case No. 09-10138 (KG)
          Debtors.                  :
                                    :    Jointly Administered
                                    :
                                    :    Re: D.I. 6025
                                    :
                                    :
------------------------------------X

### DECLARATION OF DOUG SMITH PURSUANT
### TO RULE 2014-1(C) OF THE LOCAL RULES FOR THE UNITED STATES
### BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

I, Doug Smith, hereby declare under penalty of perjury:

1. I am partner with Eugene F. Collins, which maintains offices for the practice of law at Temple Chambers, 3 Burlington Road, Dublin 4, Ireland. I am a solicitor, duly admitted and in good standing to practice in the Republic of Ireland, and am admitted to practice before this Court *pro hac vice*.

2. Pursuant to Rule 2014-1(c) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I hereby disclose that Eugene F. Collins has retained Barrister Bernard Dunleavy, B.L., to, among other things, advise and act as counsel before the Irish High Court in respect of an application for an order directing the examination of Orla Fitzpatrick in response to the letter rogatory issued by this Court pursuant to its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Order Granting Joint Application for Issuance of International Letter of Request (Letter Rogatory) [D.I. 11801].

3. Eugene F. Collins intends to request reimbursement for Bernard Dunleavy under Local Rule 2016-2(f).

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __ day of November, 2013        _____
                                                Doug Smith

2