## Group Exhibit B

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| State Nexus Assistance (16458411) | Gentile,Matthew Donald (US012548056) | Senior Manager | 7/10/2013 | review of future planned withdrawals/clearance requests to be done after final income tax returns are filed | $550.00 | 0.9 | $495.00 |
| State Nexus Assistance (16458411) | Jurcic,Kata (US012692348) | Manager | 7/8/2013 | Going through state matrix and state websites to determine which enties require a tax clearnance to be prepared and the filing requirements. | $450.00 | 2.2 | $990.00 |
| State Nexus Assistance (16458411) | Jurcic,Kata (US012692348) | Manager | 7/9/2013 | Providing guidance to interns on what information needs to be entered onto tax clearnce and withdrawal forms to aide in their preparation | $450.00 | 1.0 | $450.00 |
| State Nexus Assistance (16458411) | Brischke,Danielle E. (US013382239) | Staff | 7/9/2013 | Worked on tax withdrawals for CN,NH,NY,RI; | $185.00 | 4.5 | $832.50 |
| State Nexus Assistance (16458411) | Brischke,Danielle E. (US013382239) | Staff | 7/11/2013 | Worked on tax clearance certificates for AL,AR,CO,DC,GA,HA,ID,IL,IN,IA,KA,KT,LA,MA,MD,MS,ND,OH,OK,SC,VT,VI,WA,WV,WI,WY | $185.00 | 6.0 | $1,110.00 |
| | | | | **Total** | | **14.6** | **3,878** |

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/1/2013 | NC Alternative apportionment ruling - Review of draft renewal request | $640.00 | 1.2 | $768.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/2/2013 | NC ruling edits back to Matt, Jeff and Keith. | $640.00 | 1.7 | $1,088.00 |
| NC Ruling Request (17178541) | Bradshaw,Ann (US011289766) | Partner | 7/12/2013 | Call with Matt regarding second partner/principal/executive director review of alternative apportionment renewal request | $640.00 | 0.5 | $320.00 |
| 2013 SALT Consulting (16688041) | Wood,Jeffrey T (US013081390) | Executive Director | 6/27/2013 | Review draft NC application for ruling extension. | $640.00 | 0.4 | $256.00 |
| 2013 SALT Consulting (16688041) | Wood,Jeffrey T (US013081390) | Executive Director | 7/2/2013 | Review and amend NC ruling request document. | $640.00 | 0.7 | $448.00 |
| NC Ruling Request (17178541) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | Review, revisions and communications related to draft submission document. | $640.00 | 0.4 | $256.00 |
| 2013 SALT Consulting (16688041) | Gentile,Matthew Donald (US012548056) | Senior Manager | 7/1/2013 | alternative apportionment - review draft, incorporate changes and send to keith gargus, jim scott and jeff wood for their review | $550.00 | 2.5 | $1,375.00 |
| NC Ruling Request (17178541) | Gentile,Matthew Donald (US012548056) | Senior Manager | 7/11/2013 | finalize changes to NC renewal draft suggested by jim scott and keith gargus | $550.00 | 0.8 | $440.00 |
| NC Ruling Request (17178541) | Gentile,Matthew Donald (US012548056) | Senior Manager | 7/11/2013 | review excel file changes to support projected and historical north carolina apportionment (to be attached to alternative apportionment request renewal) | $550.00 | 0.4 | $220.00 |
| NC Ruling Request (17178541) | Gentile,Matthew Donald (US012548056) | Senior Manager | 7/12/2013 | phone call with ann bradshaw and kata jurcic regarding second partner/principal/executive director review of alternative apportionment renewal request | $550.00 | 0.7 | $385.00 |
| NC Ruling Request (17178541) | Jurcic,Kata (US012692348) | Manager | 7/8/2013 | Making further edits to alternative apportionment memo request | $450.00 | 2.5 | $1,125.00 |
| NC Ruling Request (17178541) | Jurcic,Kata (US012692348) | Manager | 7/9/2013 | Drafting Alternate apportionment memo | $450.00 | 1.0 | $450.00 |
| NC Ruling Request (17178541) | Jurcic,Kata (US012692348) | Manager | 7/10/2013 | Working of revisions for Alternate apportionment | $450.00 | 1.0 | $450.00 |
| NC Ruling Request (17178541) | Jurcic,Kata (US012692348) | Manager | 7/12/2013 | Conference call with Anne Bradshaw and MAtt Gentile to discuss altenrate apportionment request memo | $450.00 | 0.4 | $180.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/10/2013 | Edit and discuss NC renewal document, 2 drafts and share with team | $640.00 | 2.3 | $1,472.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/11/2013 | NC renewal edits and POA; send to Richard Lydecker for review | $640.00 | 3.1 | $1,984.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/12/2013 | NC ruling with matt gentile, 2nd partner and timing to cleary | $640.00 | 0.7 | $448.00 |
| 2013 SALT Consulting (16688041) | Gargus,Vernon Keith (US012006551) | Partner | 7/10/2013 | review draft north carolina alternative apportionment request prepared by team and provide review comments | $640.00 | 3.0 | $1,920.00 |
| 2013 SALT Consulting (16688041) | Gargus,Vernon Keith (US012006551) | Partner | 7/11/2013 | review final north carolina alternative apportionment request and send to north carolina dor | $640.00 | 1.0 | $640.00 |
| NC Ruling Request (17178541) | Gentile,Matthew Donald (US012548056) | Senior Manager | 7/10/2013 | incorporate changes suggested by keith gargus, jim scott, jeff wood and kata jurcic | $550.00 | 1.9 | $1,045.00 |
| | | | | **Total** | | **26.2** | **15,270.0** |

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2012 Transfer Pricing (16688016) | Scott,James E (US011119307) | Partner | 7/8/2013 | Discovery workpaperacknowledgement considerations and doc. | $640.00 | 1.2 | $768.00 |
| 2013 Federal Consulting (16688021) | Mesler,Mark S. (US011706071) | Partner | 7/8/2013 | Status call with Milller W., Jeff W., and TP staff about IRS controversy issues. Follow up research and conference call about document control and assistance with counsel. | $640.00 | 2.0 | $1,280.00 |
| Litigation/Discovery Assist (17178631) | Beakey III,Andrew M (US011131290) | Partner | 7/12/2013 | review of information and discussion with Jim Scott, Sarah Jacks and Jeff Wood. | $640.00 | 0.8 | $512.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/27/2013 | Meeting with Jane D. on discovery transference / due dates and project overlaps. | $640.00 | 0.3 | $192.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/27/2013 | Research detail supporting disposition entry detail contained in 2009, 2010 and 2011 federal return workpapers. Discussions with Sarah J., Tim R., and Allen S. on same. | $640.00 | 1.4 | $896.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/27/2013 | Analysis of discovery request document chart to issolate required actions. | $640.00 | 0.8 | $512.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/28/2013 | Outline materials requiring EY involvement for discovery. Preparation for meetings monday with David C., Jane D. and Sarah J. on same. | $640.00 | 3.0 | $1,920.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Locate, summarize and save group trial balance leve detail for 2009, 2010 and reconciliation of same to SEC filings in partial response to DR 12. | $640.00 | 2.0 | $1,280.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Update discovery matrix to detail EY work-streams and assigned parties. | $640.00 | 0.8 | $512.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Meeting with Tim R., consulting team and Cleary on status of litigation discovery efforts. | $640.00 | 0.5 | $320.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Locate and secure tax basis workpapers pursuant to request DR 22 | $640.00 | 2.1 | $1,344.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Conference call with Dan Q. and Cleary staff on discovery matters related to scope of auditor document request and status of EY data gathering on other assigned items. | $640.00 | 0.5 | $320.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | meetings with Sarah J., and Erin S. on litigation discovery planning matters. | $640.00 | 0.7 | $448.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Conference call with Pam M. and Sarah J. on quality matters related to litigations discovery efforts. | $640.00 | 0.5 | $320.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/1/2013 | Meeting with Tim R., Jane D., Allen S., and David C. on cross over discovery requests and tax discovery plans on same. | $640.00 | 0.5 | $320.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/2/2013 | Research and compile information on disposition related entries for 2009-2010. Issolate data and retain files in DR1 subfolder. | $640.00 | 2.1 | $1,344.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/2/2013 | Compile motions and orders related to IFSA in partial response to DR40. | $640.00 | 1.4 | $896.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/2/2013 | Review Nortel files and compile presentation materials and excel files explaining and supporting IFSA calculations. Retain same in DR40 subfolders. | $640.00 | 1.4 | $896.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/3/2013 | File review, issolation and retention for DR 39 requesting all documents concerning the method of determining R&D spend under the MRDA from 1/1/00 to 12/31/08 by region and product line. This time was moved from one engagement code to another. | $640.00 | (6.2) | ($3,968.00) |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/8/2013 | Review data recovery outline and key document listing in preparation for weekly update call with client and Cleary on discovery status. | $640.00 | 0.8 | $512.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/8/2013 | Conference calls with Pam M, Ed S., Jim S., and Mark M., on quality issues related to discovery matters. Follow up conference call with Dan Q. at Cleary on same. | $640.00 | 0.9 | $576.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/8/2013 | Meetings with Kara B. on planning related to discovery efforts and review of materials compiled. | $640.00 | 0.6 | $384.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/8/2013 | Issolate, compile and save transfer pricing files for 2000, 2001 and 2002. | $640.00 | 3.5 | $2,240.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/28/2013 | Correspondence with Tim R. on Cleary discovery requests | $640.00 | 0.5 | $320.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/8/2013 | Conference call with Cleary, Sarah J., and Kara B. on discovery matters. | $640.00 | 0.4 | $256.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/8/2013 | File search for MRDA and related amendments. Review of MRDA and Art. 3(a) in response to discovery requests. Submission of MRDA to Miller W. for inclusion in data room. | $640.00 | 0.8 | $512.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/9/2013 | Review of client files and compilation of documentation related to RPSM calculations for all periods from 2000 through 2011including documents sufficient to show all calculations conducted pursuant to Schedule A of the MRDA. | $640.00 | 3.9 | $2,496.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/9/2013 | Review of client files and compilation of all documents related to settlements with the IRS and CRA leading to NNI's claim against NNL. | $640.00 | 2.0 | $1,280.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/9/2013 | Redraft Workpaper Acknowledgement document. Discussions with Sarah J. and Jim S. on same. | $640.00 | 0.5 | $320.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/9/2013 | Review and compilation of APA related documents for periods 2000 through 2009 including all documents related to communications with government agencies and other third parties. | $640.00 | 3.3 | $2,112.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/9/2013 | Meet with Sarah J. to review tax return data aggregated in response to DR 1. | $640.00 | 0.3 | $192.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | Historic file review, document review and data transfer related to cost detail transferred under the CSA from 1992-1999. | $640.00 | 2.7 | $1,728.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | Various team meetings on staff assignments, proceedures related to transfer and markings of litigation discovery documents. | $640.00 | 0.8 | $512.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | Conference call with EY Counsel on workpaper acknowledgment forms. | $640.00 | 0.5 | $320.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | File and e-mail review to secure docuements relevant to data request numbers 42, 47, 48 and 49. | $640.00 | 1.2 | $768.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | Data file and e-mail review of former employees to secure documents relevant to data requests on transfer pricing agreements, and documents relevant to the implimentation, operation, evaluation or assessment of those agreements. | $640.00 | 3.1 | $1,984.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/10/2013 | Update litigation discovery template for actions completed through 7/11/13 | $640.00 | 1.2 | $768.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/11/2013 | Review client files for data required to respond to DR42 concerning communications with Debtor advisors and other third parties and transfer segregated data. | $640.00 | 3.6 | $2,304.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/11/2013 | Review files compiled in response to DR 1 related to accounting entries for 2009, 2010 and 2011 disposition transactions. | $640.00 | 0.8 | $512.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/11/2013 | Discussions with staff on timing related to transferance of data to Cleary.  correspondence with Cleary on same. | $640.00 | 0.3 | $192.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/11/2013 | Discovery status conference call with Cleary, Tim R. and client staff. | $640.00 | 1.3 | $832.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/11/2013 | Update litigation discovery tracking list for conference call with Team. | $640.00 | 0.5 | $320.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/12/2013 | Compile, issolate relevant files and transfer historic CSA and R&D files to junp drive for subsequent transfer to Cleary for DR 39 response. | $640.00 | 2.8 | $1,792.00 |

| Matter | Name | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/12/2013 | Review and discuss tax return acknowledgement form with Tim R. Conference call with Dan Q. at Cleary on remidy for documents missing required stamp | $640.00 | 0.6 | $384.00 |
| Litigation/Discovery Assist (17178631) | Wood,Jeffrey T (US013081390) | Executive Director | 7/12/2013 | Review of historic employee files for documents relevant to discovery requests. | $640.00 | 2.3 | $1,472.00 |
| | Wood,Jeffrey T (US013081390) | Executive Director | 7/12/2013 | File set-up for phase II submission to Cleary | $640.00 | 1.2 | $768.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 6/27/2013 | call with jeff re: nortel open transaction deal documentation for discovery work | $550.00 | 0.3 | $165.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | nortel litigation assistance protocols conference call with Jeff Wood, Erin Sloop, and Pam Mable, | $550.00 | 0.8 | $440.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/2/2013 | conf. call with Melissa Poormon to discuss litigation information request | $550.00 | 0.8 | $440.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | follow up with Melissa Poormon on work to be performed for litigation assisstance | $550.00 | 0.4 | $220.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | Prepare information request for Pam Mable on use of stamp on confidential workpapers | $550.00 | 0.3 | $165.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | Coordinate with Donna Wright and set up of enablement for attorney to receive requested files via electronic access tool | $550.00 | 0.6 | $330.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/2/2013 | follow up with jeff wood re: stamp clarifcation, | $550.00 | 0.3 | $165.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | pull together file structure for documentation | $550.00 | 0.5 | $275.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | pull together asset sale supporting detail, | $550.00 | 0.9 | $495.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/1/2013 | discuss I/P rollforwardsummary and tax returnswith rachel werner | $550.00 | 0.4 | $220.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/2/2013 | review additional detail from jeff for asset sale supporting detail for DR response | $550.00 | 0.5 | $275.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/3/2013 | identify response information and pull from client records | $550.00 | 2.1 | $1,155.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/3/2013 | review DR response information pulled for intercompany schedule and tie into tax returns | $550.00 | 1.1 | $605.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/3/2013 | review I/P write off schedule and supporting detail for DR response | $550.00 | 2.3 | $1,265.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS: Litigation Assistance request jpeg stamp file for discovery documents, | $550.00 | 0.3 | $165.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS litigation assistance: conf call with pam mable, mark mesler, jeff wood, jim scott, ed swails re: work product release, workpaper access and consent discussion, follow up call to Dan Queen with Jeff Wood re: stamp for workpapers | $550.00 | 1.5 | $825.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | Prepare asset sale and related information in response to attorney Discovery request | $550.00 | 0.2 | $110.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS Litigation Assistance: discussion with j wood re: discovery workplan and requirements | $550.00 | 0.4 | $220.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS Litigation Assistance: discussion with melissa re: tax return request for discovery response | $550.00 | 0.7 | $385.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS Litigation Assistance: discuss with rachel and melissa approach for pulling tax return request and division of labor | $550.00 | 0.8 | $440.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS litigation assistance: discussions with rachel re: I/P write off summary and tax return discovery request, a walk through supporting workpapers for I/P write off with rachel, and accuimage access and document navigation | $550.00 | 1.4 | $770.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | Prepare file sharing technique in response to attorney Discovery request | $550.00 | 0.4 | $220.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS litigation assistance: draft workpaper acknowledgement | $550.00 | 1.0 | $550.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/8/2013 | OOS litigation assistance: follow up with jeff wood on i/p write off detail for discovery request | $550.00 | 0.2 | $110.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | OOS litigation assistance: set up of electronic portal for sharing discovery request documentation with client's legal counsel | $550.00 | 1.3 | $715.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | Prepare attorney Discovery Request deliverables including official document stamp | $550.00 | 2.1 | $1,155.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | Confirm delivery requirements per attorney's request and prepare Discovery Response deliverables accordingly | $550.00 | 0.5 | $275.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | coordination and email correspondence with hedayat heikal for DR responses electronic sharing | $550.00 | 0.4 | $220.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | conf calls with dan queen and j wood re marking discovery request documents to maintain privilege | $550.00 | 1.0 | $550.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | OOS litigation assistance: review with jeff and jim of workpaper acknowledgement, send to bsc for processing and to pam and ed for qrm review, set up conf call with ed swails, pam mable, jeff wood, and jim scott, prepare final draft of acknowledgement and send to pam and ed for review, review comment provided by dan queen, discuss with tim ross | $550.00 | 0.6 | $330.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | OOS litigation assistance: prepare final draft of acknowledgement and send to pam and ed for review, review comment provided by dan queen, discuss with tim ross | $550.00 | 0.7 | $385.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | OOS: Litigation Assistance review jpeg file send back comments and changes to bsc, discuss language with jeff | $550.00 | 0.2 | $110.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | OOS Litigation Assistance: additional discussion with rachel and melissa approach for pulling tax return request for discovery response | $550.00 | 0.2 | $110.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/9/2013 | OOS litigation assistance: identify and pull additional asset sale related information request for discovery response | $550.00 | 0.7 | $385.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/10/2013 | second conf call 7/10 with pam, jeff, ed, and jim on workpaper acknowledge release for discovery response requests | $550.00 | 0.4 | $220.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/10/2013 | Prepare attorney deliverables identified by Jeff Wood | $550.00 | 8.5 | $4,675.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/11/2013 | Additional time required to prepared attorney deliverables identified by Jeff Wood | $550.00 | 8.0 | $4,400.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/12/2013 | Third day of time to prepare attorney deliverables identified by Jeff Wood | $550.00 | 8.5 | $4,675.00 |
| Litigation/Discovery Assist (17178631) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/12/2013 | review comment of acknowledgement provided by dan queen, discuss with tim ross | $550.00 | 0.2 | $110.00 |
| 2013 Federal Consulting (16688021) | Raju,Hanumantha H (IN010S00454) | Senior | 7/10/2013 | Prepare 2002 state and local income tax returns for attorney deliverable Discovery Request | $315.00 | 6.0 | $1,890.00 |
| 2013 Federal Consulting (16688021) | Kumar,Ravi (IN010S00825) | Senior | 7/10/2013 | Prepare litigation retention file for attorney deliverable Discovery Request | $315.00 | 7.0 | $2,205.00 |
| 2013 Federal Consulting (16688021) | Kumar,Ravi (IN010S00825) | Senior | 7/11/2013 | Prepare 2003 and 2007 state returns for attorney deliverable Discovery Request | $315.00 | 7.0 | $2,205.00 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/2/2013 | OOS: Litigation project - Conference call with Sarah Jacks on Litigation Assistance Project. | $315.00 | 0.8 | $252.00 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/2/2013 | Pulled Altsystems 2000-2002 Federal returns from WebXtender and prepared Litigation project deliverable. | $315.00 | 0.8 | $252.00 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/3/2013 | Researched and pulled information from WebXtender for 2001 & 2002 for Sonoma and discussed findings with Sarah Jacks. | $315.00 | 0.3 | $94.50 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/3/2013 | Review 5472 information for attorney deliverable Discovery Request | $315.00 | 2.0 | $630.00 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/3/2013 | OOS: Litigation project: Research and pulled information on 2003-2005 for Altsystems - Federal returns from WebXtender. | $315.00 | 1.0 | $315.00 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/3/2013 | OOS: Litigation project - pulled InterCo reports for NNI&Subs for 2000-2009 from Nortel network. | $315.00 | 0.5 | $157.50 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/3/2013 | OOS: Litigation project - reviewed international workpapers from 5472 binders to provide detail back-up for TY 2005-2009. | $315.00 | 0.2 | $63.00 |
| 2013 Federal Consulting (16688021) | Poormon,Melissa (US013102225) | Senior | 7/3/2013 | Complete data retention and research file for litigation project | $315.00 | 0.2 | $63.00 |

| Project | Name | Level | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/7/2013 | Prepare 2010 NNC state returns for attorney deliverable Discovery Request | $315.00 | 0.5 | $157.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/7/2013 | Prepare 2000-2005 NNI Amended Returns for attorney deliverable Discovery Request | $315.00 | 2.5 | $787.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/8/2013 | Prepare 1998-2005 NNI Amended Returns for attorney deliverable Discovery Request | $315.00 | 0.5 | $157.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/8/2013 | Prepared 2000-2010 5471 files for attorney deliverable Discovery Request | $315.00 | 1.2 | $378.00 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/8/2013 | Prepared data retention files for litigation project for TY 2006 | $315.00 | 0.5 | $157.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/9/2013 | Prepare 2000 Architel state returns for attorney deliverable Discovery Request | $315.00 | 1.0 | $315.00 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/9/2013 | Prepare 2000 state returns for CALA, Coretek, and EPICON for attorney deliverable Discovery Request | $315.00 | 0.3 | $94.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/9/2013 | Prepare first half of 2000 NNI & Subs state returns for attorney deliverable Discovery Request | $315.00 | 3.8 | $1,197.00 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/9/2013 | Prepare 2000 Alteon state returns for attorney deliverable Discovery Request | $315.00 | 0.5 | $157.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/10/2013 | Prepare 1998-2005 Amended VA, WV, WI and ID state returns for attorney deliverable Discovery Request | $315.00 | 0.5 | $157.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/10/2013 | Prepare second half of 2000 NNI & Subs state returns for attorney deliverable Discovery Request | $315.00 | 7.5 | $2,362.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/10/2013 | Worked with IT to secure access for information pulled for litigation project. | $315.00 | 0.3 | $94.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/11/2013 | Final review of 2000 state returns for attorney deliverable Discovery Request | $315.00 | 5.0 | $1,575.00 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/11/2013 | Researched and prepared 2009 state return documentation that Nortel filed for litigation project. | $315.00 | 0.3 | $94.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/11/2013 | Researched and pulled all 2000 state returns filed from WebXtender and saved in eDocs. | $315.00 | 1.0 | $315.00 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/12/2013 | Prepared TY 2000 data retention files for litigation project | $315.00 | 0.5 | $157.50 |
| Litigation/Discovery Assist (17178631) | Poormon,Melissa (US013102225) | Senior | 7/12/2013 | Final review of 2001-2002 5471 files for attorney deliverable Discovery Request | $315.00 | 5.5 | $1,732.50 |
| 2012 Transfer Pricing (16688016) | Donovan,Claire Summer (US013263285) | Staff | 7/8/2013 | Helping to locate documents to help to client with discovery for their bankruptcy litigation | $185.00 | 1.5 | $277.50 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/3/2013 | OOS: Prepare Altsystems returns 2002-2011 for Litigation Assistance project | $185.00 | 1.0 | $185.00 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare NNC B2T Summaries 2000-2011 for Litigation Assistance project | $185.00 | 2.5 | $462.50 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Research NNC Intangibles in 2000-2011 returns | $185.00 | 3.0 | $555.00 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare NNI Consolidated returns 2000-2011 for Litigation Assistance project | $185.00 | 0.5 | $92.50 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare Architel returns 2000-2011 for Litigation Assistance project | $185.00 | 0.5 | $92.50 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare CoreTek returns 2000-2011 for Litigation Assistance project | $185.00 | 0.5 | $92.50 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare NNAMS returns 2000-2011 for Litigation Assistance project | $185.00 | 0.2 | $37.00 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare Sonoma returns 2000-2011 for Litigation Assistance project | $185.00 | 0.2 | $37.00 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/8/2013 | OOS: Prepare Xros returns 2000-2011 for Litigation Assistance project | $185.00 | 0.2 | $37.00 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/9/2013 | OOS: Prepare NNI Proformas 2009-2011 for Litigation Assistance project | $185.00 | 2.0 | $370.00 |
| Litigation/Discovery Assist (17178631) | Werner,Rachel (US013299927) | Staff | 7/9/2013 | OOS: Prepare Excel summary of NNC intangibles 2000-2011 | $185.00 | 3.0 | $555.00 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/9/2013 | Prepare proformas for attorney deliverable Discovery Request: NGSI, NNCC, HPOCS, CALA, Addison, Dimension, GoPin, Lancity, Linedrive, Netgear, NNBAI, NNIII, NNNA, NNUSA, NTII, Penril, Perphonics, Phase2, Qtera, Savannah, Sargon, Clarify, NNCSI, Brightspeed, NNUSF, IITC and NFSI | $185.00 | 8.0 | $1,480.00 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/10/2013 | Preparing deliverables based on counsel's requirements of 2005 state returns from Acculmage | $185.00 | 5.5 | $1,017.50 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/10/2013 | Final review of NNI proformas for attorney deliverable Discovery Request | $185.00 | 2.0 | $370.00 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/10/2013 | Preparing federal information request package with federal proformas based on counsel's discovery requirements | $185.00 | 4.0 | $740.00 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/11/2013 | Final review of 2005 state returns for attorney deliverable Discovery Request | $185.00 | 1.0 | $185.00 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/11/2013 | Prepare 2009-2011 state returns for attorney deliverable Discovery Request | $185.00 | 7.0 | $1,295.00 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/11/2013 | Prepare 2008 state returns for attorney deliverable Discovery Request | $185.00 | 2.5 | $462.50 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/12/2013 | Prepare 2009-2011 federal proformas for attorney deliverable Discovery Request | $185.00 | 1.5 | $277.50 |
| Litigation/Discovery Assist (17178631) | Baughman,Kara (US013382134) | Staff | 7/12/2013 | Prepare 5472 files for attorney deliverable Discovery Request | $185.00 | 4.0 | $740.00 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/10/2013 | research and preparation of 2001 state returns for Nortel Litigation Assistance project | $315.00 | 8.5 | $2,677.50 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/10/2013 | research and preparation of 2004 state returns for Nortel Litigation Assistance project | $315.00 | 3 | $945.00 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/11/2013 | Final review of 2004 state return for attorney deliverable Discovery Request | $315.00 | 1.25 | $393.75 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/11/2013 | research and preparation of 2006 state returns for Nortel Litigation Assistance project | $315.00 | 5.5 | $1,732.50 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/11/2013 | research and preparation of 2008 state returns for Nortel Litigation Assistance project | $315.00 | 3.25 | $1,023.75 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/12/2013 | review of 5472 documentation for Nortel Litigation data retention | $315.00 | 4 | $1,260.00 |
| Litigation/Discovery Assist (17178631) | Vaughan, Deborah | Senior | 7/12/2013 | compile 5472 documentation for litigation assistance deliverable | $315.00 | 1.5 | $472.50 |
| **Total** | | | | | | **242.5** | **100,177** |

**IRS Ruling Request**

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 6/18/2013 | Research on the ITCC 166 limitation of subrogation right value and its specific applicability to business guarantee vs. non-business guarantee | $640.00 | 5.0 | $3,200.00 |
| 2013 Federal Consulting (16688021) | Carrington,Glenn (US012244587) | Partner | 6/18/2013 | Prep for presenationa with Cleary with Glenn carrington, jeff wood, andy beakey, jim scott, doug abbott - DOF and QSF document | $640.00 | 3.0 | $1,920.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/18/2013 | Conference calls and internal correspondence with Amy S., and Glenn C. on ruling language for meeting script. | $640.00 | 1.0 | $640.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/18/2013 | Conference call with EY executive team, Glenn C., and Amy S. on ruling matters and presentation materials. | $640.00 | 1.4 | $896.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/18/2013 | Review and redraft of technical ruling memorandum and presentation materials in preparation for pre-meeting conference call. | $640.00 | 2.5 | $1,600.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 6/18/2013 | Analysis of CCA 201308028 and related documents in preparation for UCC and Bonds meeting in NYC. | $640.00 | 1.5 | $960.00 |
| 2013 Federal Consulting (16688021) | Sargent,Amy Johannah (US012292473) | Executive Director | 6/18/2013 | Discussions with Glenn on slide deck; make revisions to slide deck based on Glenn's comments. | $640.00 | 1.4 | $896.00 |
| 2013 Federal Consulting (16688021) | Sargent,Amy Johannah (US012292473) | Executive Director | 6/18/2013 | Internal prep call to discuss draft presentation, including discussion of QSF and DOF with Glenn carrington, jeff wood, andy beakey, jim scott, doug abbott | $640.00 | 1.2 | $768.00 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | Partner | 6/18/2013 | Discussion of QSF and DOF document in preparation for 6/20 creditor committee with Glenn Carrington, Doug Abbott, Andy Beakey & Jeff Wood. | $640.00 | 1.4 | $896.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 6/18/2013 | Review draft of techinical ruling memo and supporting presenation materials for 6/20 creditor meeting. | $640.00 | 1.2 | $768.00 |
| | | | | **Total** | | **129.2** | **81,396.0** |

**E&P Analysis - NNC**

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| Nortel E&P - TT (16327816) | Jacks,Sarah Butler (US011990278) | Senior Manager | 6/17/2013 | follow up with becky for discussion of george review comments, | $550.00 | 0.1 | $55.00 |
| Nortel E&P - TT (16327816) | Jacks,Sarah Butler (US011990278) | Senior Manager | 6/17/2013 | conf call with becky to discuss additional issues for E&P reports | $550.00 | 0.7 | $385.00 |
| Nortel E&P - TT (16327816) | Jacks,Sarah Butler (US011990278) | Senior Manager | 6/18/2013 | discuss open items on E&P with jeff | $550.00 | 0.5 | $275.00 |
| Nortel E&P - TT (16327816) | Jacks,Sarah Butler (US011990278) | Senior Manager | 6/19/2013 | research stock option historical information in client records | $550.00 | 1.5 | $825.00 |
| Nortel E&P - TT (16327816) | Jacks,Sarah Butler (US011990278) | Senior Manager | 6/19/2013 | prepare revisions to e&p calculations based on initial stock option findings | $550.00 | 2.5 | $1,375.00 |
| Nortel E&P - TT (16327816) | Poormon,Melissa (US013102225) | Senior | 6/17/2013 | Prepare tax summary file for E&P reports per Sarah Jacks email | $315.00 | 1.6 | $504.00 |
| Nortel E&P - TT (16327816) | Werner,Rachel (US013299927) | Staff | 6/20/2013 | Review NNC 2002-2008 returns for stock option expense | $185.00 | 0.5 | $92.50 |
| Nortel E&P - TT (16327816) | Werner,Rachel (US013299927) | Staff | 6/21/2013 | Prepare Excel summary of NNC 2002-2008 stock option expense | $185.00 | 3.0 | $555.00 |
| Nortel E&P - TT (16327816) | Werner,Rachel (US013299927) | Staff | 6/24/2013 | Stock Option reserach for NNC Subs 2002-2008 | $185.00 | 2.0 | $370.00 |
| | | | | **Total** | | 12.4 | 4,437 |