## Exhibit C

**Nortel Networks**
**Expenses**

| Engagement | Rank | Employee | Transaction Date | Description | Total Expense |
|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Partner | Scott,James E (US011119307) | 6/12/2013 | Air: AMEX Ticket Fee\\EXNSUC | $7.00 |
| 2013 Federal Consulting (16688021) | Partner | Scott,James E (US011119307) | 6/12/2013 | Air: American Air ~ RDU/LGA/RDU ~ Re: Nortel meeting at Cleary in NYC.\\EXNSUC | $701.48 |
| 2013 Federal Consulting (16688021) | Partner | Scott,James E (US011119307) | 6/20/2013 | Parking: RDU Parking for trip to NYC for Cleary meetings. | $14.00 |
| 2013 Federal Consulting (16688021) | Partner | Scott,James E (US011119307) | 5/9/2013 | Taxi: Aristacar & Limousine Ltd. ~ Re: Nortel meeting for review of federal ruling.\\1 Liberty Plaza / LGA | $67.38 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Parking: UCC/Bonds Meetings | $18.00 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Brkft: UCC/Bonds Meetings | $9.50 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Misc Taxi: UCC/Bonds Meetings | $15.00 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/19/2013 | Taxi: Airport to client hotel | $45.00 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/19/2013 | Taxi: UCC/Bonds Meetings | $90.00 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Taxi:Hotel to Client location | $20.00 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Mileage: Client to airport and back | $12.43 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/19/2013 | Air: UCC/Bonds Meetings\\DNELRR | $799.24 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/19/2013 | Dinner: UCC/Bonds Meetings | $2.99 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Lodge: UCC/Bonds Meetings\\DNELRR | $432.92 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Dinner: UCC/Bonds Meetings with Tim Ross, Jim Scott and Jeff Wood | $68.52 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/19/2013 | Taxi: NYC Creditor meeting - incremental charge\\Airport to hotel in NYC | $27.00 |
| 2013 Federal Consulting (16688021) | Partner | Carrington,Glenn (US012244587) | 6/19/2013 | Air: Trip to NY for Nortel Meeting then on to Atlanta for Managers dinner \\NTPIGC | $462.80 |
| 2013 Federal Consulting (16688021) | Partner | Carrington,Glenn (US012244587) | 6/20/2013 | Brkft: Breakfast while in NY for NORTEL meeting | $6.90 |
| 2013 SALT Consulting (16688041) | Partner | Scott,James E (US011119307) | 6/21/2013 | Lodge: W New York Downtown ~ Re: Meetings in Cleary office ~ Creditor presentation.\\EXNSUC | $558.48 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/21/2013 | Lodge: Nortel tax meeting in NYC with Cleary and tax advisors - OOSW expense\\JTBSKT | $571.51 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 1/30/2013 | Taxi: Nortel tax meetings in NYC\\airport/hotel (arrival) | $100.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 1/30/2013 | Taxi: Nortel tax meetings in NYC\\hotel/restaurant | $30.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 2/1/2013 | Taxi: Nortel tax meetings in NYC\\hotel/airport (departure) | $100.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/20/2013 | Brkft: Nortel tax meeting - Breakfast for self | $16.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/20/2013 | Taxi: Nortel tax meeting\\hotel to liberty plaza | $65.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/20/2013 | Taxi: Nortel tax meeting/liberty plaza to airport | $100.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/19/2013 | Taxi: Nortel tax meeting\\ hotel midtown and then hotel wallstreet | $30.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/19/2013 | Taxi: Nortel tax meeting\\airport to hotel midtown | $100.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/5/2013 | Air: Nortel mtgs in NYC with Cleary and tax advisors - OOSW expense\\JTBSKT | $830.13 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 6/19/2013 | Tolls: Nortel tax meeting\\home to airport/home | $9.00 |
| 2013 Federal Consulting (16688021) | Partner | Beakey III,Andrew M (US011131290) | 5/2/2013 | Air: Nortel tax meeting in NYC for mtg with Cleary and CRO re tax holdback - OOSW expense\\KQOSVR | $1,296.50 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Airfare Ticket (Process Fee): Bond and UCC meetings | $7.00 |
| 2013 Federal Consulting (16688021) | Executive Director | Wood,Jeffrey T (US013081390) | 6/20/2013 | Taxi: Bond and UCC meetings\\Hotel to Cleary office | $78.52 |
| 2013 SALT Consulting (16688041) | Partner | Scott,James E (US011119307) | 6/21/2013 | Dinner: W New York Downtown ~ Re: Meetings in Cleary office ~ Creditor presentation.\\EXNSUC | $27.95 |
| 2013 SALT Consulting (16688041) | Partner | Scott,James E (US011119307) | 6/22/2013 | Dinner for self: W New York Downtown ~ Re: Meetings in Cleary office ~ Creditor presentation.\\EXNSUC | $35.65 |
| 2013 SALT Consulting (16688041) | Partner | Scott,James E (US011119307) | 6/24/2013 | Taxi: NYC2WAY ~ Re: Travel from Mtgs. in Cleary offices - Creditor presentation to airport on 6/20/13.\\1 Liberty Plaza to LGA | $55.69 |
| 2013 SALT Consulting (16688041) | Partner | Scott,James E (US011119307) | 6/19/2013 | Taxi: NYC2WAY ~ Re: Travel to Mtgs. in Cleary offices - Creditor presentation from airport on 6/19/13.\\LGA to Cleary offices | $55.69 |
| 2013 SALT Consulting (16688041) | Partner | Scott,James E (US011119307) | 6/19/2013 | Lunch: RDU ~ Paradies ~ Re: Lunch while traveling for Cleary meeting in NY. Attendee: Jim Scott | $8.52 |
| | | | | **Total** | **$6,876** |