IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., <u>et al.</u>,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 12008, 12311, 12200,<br>12202-12224, 12227-12234, 12276-12287** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　／s／ Kimberly Murray
　　　　　　　　　　　　　　　　　　　　　Kimberly Murray

Sworn to before me this
6th day of November, 2013

／s／ Notary Public
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SCHMIDT, WAYNE J.
TIM STEELE, POWER OF ATTORNEY
PO BOX 374
CHRISTOPHER LAKE SK S0J 0N0 CANADA

SCHMIDT, WAYNE J.
C/O TIM STEELE, POWER OF ATTORNEY
5346 S. MOHAVE SAGE DRIVE
GOLD CANYON, AZ 85118

Please note that your claim # 8574 in the above referenced case and in the amount of $72,856.00 allowed at $72,856.00 has been transferred **(unless previously expunged by court order)** to:

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: SCHMIDT, WAYNE J.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12204 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/06/2013                    David D. Bird, Clerk of Court

/s/ Kimberly Murray
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 6, 2013.

# EXHIBIT B

```
TIME: 10:03:07                                     NORTEL NETWORKS INC.                                                PAGE:    1
DATE: 11/06/13                                       CREDITOR LISTING

Name                                  Address
AIKEN, SANDRA G.                      3166 TUMP WILKINS RD STEM NC 27581-9400
ASHLEY, ILENE                         1920 MILL CREEK RD. MEBANE NC 27302
BARRY, CHARLES VINCENT                4090 OLD FRANKLINTON RD FRANKLINTON NC 27525
BROWN, PAMELA M                       16208 E. LULLWATER DRIVE PANAMA CITY BEACH FL 32413
DAVID, DANIEL D.                      2105 POSSUM TROT RD WAKE FOREST NC 27587
DAY, MARILYN                          2020 FOX GLEN DR. ALLEN TX 75013
ENGLEMAN, RICHARD                     1505 NEVADA DRIVE PLANO TX 75093-5552
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: AIKEN, SANDRA G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: ASHLEY, ILENE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: BARRY, CHARLES VINCENT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: BROWN, PAMELA M ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: DAVID, DANIEL D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: DAY, MARILYN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: ENGLEMAN, RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: HENRY, BRAD LEE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: HODGES, RICHARD B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: MANN, WENDY BOSWELL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: MASSENGILL, TERRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: MCFARLAND, DENNIS ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: MCWALTERS, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: PAROSKI, STEPHEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: REID, VERLENE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: ROSSI, JOHN J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SANDNER, CHARLES E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SARAN, NARINDER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SCHMIDT, CYNTHIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SCHMIDT, CYNTHIA ANN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SCHMIDT, WAYNE J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SCOGGINS, LISA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SEGURA, MANUEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SEYMOUR, LYNETTE KAY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SIMMONS, HAROLD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SMITH, REBECCA (TAMMY) ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SMITH, ROY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: SORIANO, CHAD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: STEPP, OLIVE JANE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: STEWART, MERIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: STUTTS, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: THOMPSON, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: TORAIN, MAE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: TOTMAN, CARMEL T. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: TURNER, BRUCE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: TURNER, RAYMOND T. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: UNDERWOOD, CAROLINE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: UPHOLD, LOIS DIANE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: VEGA, DEBRA L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: VENNEMAN, ADELA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: WADLOW, JERRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: WATSON, THELMA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: WHITE, CAROLYN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: WILSON, NANCY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: WILSON, RANDALL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: WILSON, VADA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC            TRANSFEROR: YATES, KIM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HENRY, BRAD LEE                       11596 W. SIERRA DAWN BLVD. LOT 386 SURPRISE AZ 85378
HODGES, RICHARD B.                    12804 PAMPLONA DR. WAKE FOREST NC 27587


                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT 404 WILSON NC 27896 |
| MASSENGILL, TERRY | 126 KERRI DR GARNER NC 27529 |
| MCFARLAND, DENNIS | 3110 - 12TH ST SW CANTON OH 44710 |
| MCWALTERS, MICHAEL | POB 338 ALVISO CA 95002 |
| PAROSKI, STEPHEN | 333 EL RIO DRIVE MESQUITE TX 75150 |
| REID, VERLENE | 2507 DOWNING STREET WILSON NC 17893 |
| ROSSI, JOHN J. | 1568 WOODCREST DR. WOOSTER OH 44691 |
| SANDNER, CHARLES E. | 1970 N. LESLIE # 3779 PAHRUMP NV 89060 |
| SARAN, NARINDER | 5933 NW 126TH TERRACE COARL SPRINGS FL 33076 |
| SCHMIDT, CYNTHIA | PO BOX 119 OREGON HOUSE CA 95962 |
| SCHMIDT, CYNTHIA ANN | PO BOX 119 OREGON HOUSE CA 95962 |
| SCHMIDT, WAYNE J. | C/O TIM STEELE, POWER OF ATTORNEY 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| SCHMIDT, WAYNE J. | TIM STEELE, POWER OF ATTORNEY PO BOX 374 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| SCOGGINS, LISA | 2214 OLIVE BRANCH RD. DURHAM NC 27703 |
| SEGURA, MANUEL | 1028 FAIRMOUNT AVE TRENTON NJ 08629 |
| SEYMOUR, LYNETTE KAY | 16711 RIVENDELL LANE AUSTIN TX 78737 |
| SIMMONS, HAROLD | 18 WAITE ST GREENVILLE SC 29607 |
| SMITH, REBECCA (TAMMY) | 424 SOUTHERLAND ST DURHAM NC 27703 |
| SMITH, ROY | 1116 BUTTERCUP LANE WAKE FOREST NC 27587 |
| SORIANO, CHAD | 8974 HICKORY AVE. HESPERIA CA 92345 |
| STEPP, OLIVE JANE | 470 FAIRVIEW RD ASHEVILLE NC 28803 |
| STEWART, MERIAM | 2615 BAILEY'S CROSSROADS ROADS BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| THOMPSON, MICHAEL | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TORAIN, MAE | 565 JACK CHAVIS RD TIMBERLAKE NC 27583 |
| TOTMAN, CARMEL T. | 3029 MCDADE FARM ROAD RALEIGH NC 27616 |
| TURNER, BRUCE | 8 SUNSET DR HOMER NY 13077 |
| TURNER, RAYMOND T. | 1813 ERIC DR GRAHAM NC 27253 |
| UNDERWOOD, CAROLINE | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DR. GOLDSBORO NC 27530 |
| VEGA, DEBRA L. | 818 GLENCO RD. DURHAM NC 27703 |
| VENNEMAN, ADELA | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136-3368 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884-0079 |
| WATSON, THELMA | P.O. BOX 971 BATH SC 29816 |
| WHITE, CAROLYN | 500 50TH AVE. BELLWOOD IL 60104-1743 |
| WILSON, NANCY | 7101 CHASE OAKS BLVD # 1637 PLANO TX 75025 |
| WILSON, RANDALL | 9331 NORTHSIDE DR. LEONA VALLEY CA 93551 |
| WILSON, VADA | 101 TENY'S LANE ROUGEMONT NC 27572 |
| YATES, KIM | 207 TOMATO HILL ROAD LESSBURG FL 34748 |

Total Number of Records Printed    96

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006