IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
: **RE: D.I. 11718**
:
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER
WITHDRAWING LETTER ROGATORY DIRECTED TO DARA GILL**

        I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "U.S. Debtors"), hereby certify as follows regarding the proposed *Order Withdrawing Letter Rogatory Directed to Dara Gill* (the "Proposed Order"), attached as **Exhibit A** hereto:

        1.     On September 13, 2013, the U.S. Debtors, together with the Official Committee of Unsecured Creditors (the "U.S. Committee") and Ernst & Young, Inc., as the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (collectively, the "Canadian Debtors," and together with the U.S. Debtors, the U.S. Committee, and the Monitor, the "Applicants"), filed the *Joint*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Application for Issuance of International Letters of Request (Letters Rogatory)* (the "Application") [D.I. 11608]. Pursuant to the Application, the Applicants requested that the Court issue various letters rogatory, including a letter rogatory directed to Dara Gill (the "Gill Letter Rogatory"), which was attached as Exhibit H to the Application.

2. On September 19, 2013, the Court entered the *Order Granting Joint Application for Issuance of International Letters of Request (Letters Rogatory)* (the "Order") [D.I. 11718]. Pursuant to the Order, the Court signed the Gill Letter Rogatory and affixed the seal of the United States Bankruptcy Court for the District of Delaware over said signature. Thereafter, pursuant to the Order, the Court transmitted the original, signed Gill Letter Rogatory to the Ministry of Justice of the Kingdom of Sweden.

3. Since the transmission of the Gill Letter Rogatory to the Ministry of Justice in Sweden, Mr. Gill has provided written assurances that he will appear voluntarily in London for a deposition on November 11-12, 2013.

4. Accordingly, the U.S. Debtors request that the Court enter an order withdrawing the Gill Letter Rogatory. The U.S. Debtors have conferred with the other Applicants, who support this request.

WHEREFORE, the U.S. Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  November 7, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006 |

Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*