## Exhibit A – Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                      :

*In re*                        :

Nortel Networks Inc., *et al.*, [2]    :

           Debtors.     :

---------------------------------------------------------X

| | |
|---|---|
| Chapter 11 | |
| Case No. 09-10138 (KG) | |
| Jointly Administered | |
| **Re:  D.I. _____** | |

### ORDER WITHDRAWING LETTER ROGATORY DIRECTED TO DARA GILL

Upon consideration of the *Certification of Counsel Regarding Proposed Order Withdrawing Letter Rogatory Directed to Dara Gill*; and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties:

IT IS HEREBY ORDERED THAT:

1.    The *Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters* directed to Dara Gill, Svenonius Väg 18, 185 94 Vaxholm, Sweden, issued pursuant to this Court's *Order Granting Joint Application for Issuance of International Letters of Request (Letters Rogatory)* dated September 19, 2013 [D.I. 11718] (the "Order Issuing Letters Rogatory"), is hereby withdrawn.

---

[2]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      This Order shall have no effect on the other letters rogatory issued pursuant to the Order Issuing Letters Rogatory.

3.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2013
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE