# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/8/2013 | Trade claims call with L. Lipner of Cleary and M. Cilia of RLKS. | 0.90 | 420 | $ 378.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/16/2013 | Weekly employee claims call with R. Eckenrod of Cleary and M. Cilia of RLKS. | 1.00 | 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/30/2013 | Employee claims call with R. Eckenrod of Cleary and M. Cilia of RLKS. | 1.00 | 420 | $ 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 10/10/2013 | Reviewed employee claim objection responses from omnibus objections. | 1.80 | 420 | $ 756.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 10/14/2013 | Investigated employee claim objection responses per request of L. Lipner of Cleary. | 1.40 | 420 | $ 588.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 10/14/2013 | Corresponded with D. Parker of Nortel regarding employee claim items related to omnibus objections. | 1.10 | 420 | $ 462.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 10/14/2013 | Updated claim objection database and corresponded with A. Tsai of Epiq. | 2.40 | 420 | $ 1,008.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 10/15/2013 | Reviewed and reconciled various employee claim objection responses per request of Cleary. | 2.20 | 420 | $ 924.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/8/2013 | Prepared monthly fee application documents and exhibits. | 2.00 | 420 | $ 840.00 |
| 6 | Retention and Fee Applications | James Lukenda | 10/9/2013 | Nortel - review and sign-off on monthly application | 0.20 | 725 | $ 145.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/1/2013 | Updated employee claims analysis based on comments from Nortel. | 1.70 | 420 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/1/2013 | Reviewed and updated employee claims analysis. | 1.50 | 420 | $ 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/1/2013 | Reconciled employee claims analyses and updated accordingly. | 1.80 | 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/2/2013 | Reviewed employee claim communication documents and updated employee claims analysis accordingly. | 2.30 | 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/2/2013 | Reconciled and updated employee claim communication analysis based on comments. | 1.80 | 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/7/2013 | Investigated employee claim items per request of L. Lipner of Cleary. | 1.90 | 420 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/7/2013 | Investigated employee claim issues per request of R. Eckenrod of Cleary. | 2.10 | 420 | $ 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/8/2013 | Reviewed employee claim communication documents per request of R. Eckenrod of Cleary. | 1.20 | 420 | $ 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/8/2013 | Reviewed and updated employee claims analysis. | 2.30 | 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/8/2013 | Reconciled employee claims documents and updated analyses accordingly. | 1.60 | 420 | $ 672.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/10/2013 | Analyzed employee claims to determine Nortel's position and provided results to Cleary. | 2.20 | 420 | $ 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/10/2013 | Investigated various employee claim items per request of L. Lipner of Cleary. | 2.30 | 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/11/2013 | Updated employee claim objection analysis with various Nortel positions and provided to Cleary. | 2.50 | 420 | $ 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/11/2013 | Updated employee claims analysis and provided to L. Lipner of Cleary. | 2.20 | 420 | $ 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/11/2013 | Reviewed and updated employee claims analysis. | 1.10 | 420 | $ 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/11/2013 | Reconciled employee claims analyses and made various updates. | 1.90 | 420 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/14/2013 | Reviewed employee claim communication documents and analysis provided by R. Eckenrod of Cleary. | 2.30 | 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/15/2013 | Reviewed employee claim communication document and analysis provided by R. Eckenrod of Cleary. | 1.80 | 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/15/2013 | Reviewed and updated employee claims analysis provided by D. Parker of Nortel. | 2.00 | 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/16/2013 | Reviewed and updated employee claims analysis. | 1.30 | 420 | $ 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/28/2013 | Updated employee claims analysis. | 1.50 | 420 | $ 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/28/2013 | Reviewed employee claim communication documents and updated accordingly. | 2.50 | 420 | $ 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/28/2013 | Reconciled employee claims analyses and provided comments to A. Tsai of Epiq. | 1.30 | 420 | $ 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/29/2013 | Reconciled employee claim documents and updated analysis accordingly. | 2.30 | 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/30/2013 | Reviewed employee claim communication documents and updated analysis accordingly. | 2.10 | 420 | $ 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/31/2013 | Updated employee claims analysis and provided to R. Eckenrod of Cleary. | 2.50 | 420 | $ 1,050.00 |