# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
|      |              |           |             | $   -  |