Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2013

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 08/15/13 | EH | Review ECF notices and download BFCA May 2013 - July 2013 monthly and BFCA twelfth quarterly fee applications | 0.10 |
| 08/23/13 | EH | Review ECF notices and download agenda for 8/27/13 hearing; review agenda and email J. Hoover regarding same | 0.10 |
| 09/16/13 | EH | Review ECF notices and download agenda and amended agenda for 9/18/13 hearing; review agendas | 0.10 |
| 09/19/13 | EH | Review ECF notices and download order setting January - March 2014 omnibus hearing dates; review order and track hearing dates | 0.20 |
| 09/20/13 | EH | Review amended agenda for 9/24/13 hearing | 0.10 |
| 10/18/13 | EH | Review ECF notices and download agenda for 10/22/13 hearing; review agenda | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $245.00 | 0.10 | $24.50 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.60 | $144.00 |
| | | | 0.70 | $168.50 |
| | | TOTAL: | 0.70 | $168.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2013

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 08/01/13 | LMB | Review and revise BFCA fees and expenses for June 2013 | 0.10 |
| 08/08/13 | LMB | Review and revise BFCA fees and expenses for July 2013 | 0.10 |
| 08/15/13 | LMB | Telephone call with A. Cordo regarding fee procedures | 0.10 |
| 08/15/13 | LMB | Prepare and file BFCA monthly Fee Application for May through July 2013 | 1.40 |
| 08/15/13 | LMB | Prepare and file BFCA Quarterly Fee Application | 0.40 |
| 09/17/13 | JRH | Follow up with A. Cordo regarding fee examiner and coordinate with E. Hein (.20); review procedures order and status of fee procedures (.20); email with fee examiner on status (.10) | 0.50 |
| 09/17/13 | JRH | Follow up on Benesch/Nortel fee app issues | 0.20 |
| 09/17/13 | EH | Discuss fee examiner procedures and internal preparation of fee applications going forward with J. Hoover; follow-up telephone call to L. Behra regarding same | 0.20 |
| 09/19/13 | JRH | Emails with A. Cordo on Nortel fee examiner report | 0.20 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.90 | $355.50 |
| | | | 0.90 | $355.50 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMB) | $200.00 | 2.10 | $420.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 2.30 | $468.00 |
| | | TOTAL: | 3.20 | $823.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 08/15/13 | LMB | Document Reproduction 170 copies | 17.00 |
| 08/15/13 | LMB | Document Reproduction 25 copies | 2.50 |
| | | TOTAL: | $19.50 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 08/15/13 | LMB | FedEx 08/15/13 Lisa M. Behra to Thomas P. Tinke | 12.92 |
| 08/15/13 | LMB | FedEx 08/15/13 Lisa M. Behra to Derek C. Abbot | 12.92 |
| 08/15/13 | LMB | FedEx 08/15/13 Lisa M. Behra to Mark D. Collins | 12.92 |
| 08/15/13 | LMB | FedEx 08/15/13 Lisa M. Behra to Fred S. Hodara | 12.92 |
| | | TOTAL: | $51.68 |

**Long Distance Calls**

| Date | User | Description | Amount |
|---|---|---|---|
| 08/15/13 | LMB | Long Distance Calls WILMINGT DE - EXT4653 3023519459 Duration: 00:01 | 0.35 |
| | | TOTAL: | $0.35 |