IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**ORDER GRANTING THIRTEENTH QUARTERLY APPLICATION OF
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR THE PERIOD
FROM AUGUST 1, 2013 THROUGH OCTOBER 31, 2013**

Upon consideration of the Thirteenth Quarterly Application (the "Request") of Benesch,

Friedlander, Coplan & Aronoff LLP ("BFC&A") for Compensation for Services Rendered and

Reimbursement of Expenses Incurred as Special Litigation Counsel for the Debtors (the

"Debtors") for the Period from August 1, 2013 through October 31, 2013; and upon

consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the

Court having reviewed the Request and the Fee Applications; and finding that the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper

and adequate notice has been given and that no other or further notice is necessary; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED

1.      The Request is GRANTED.

2.      BFC&A is allowed compensation and reimbursement of expenses for the period

and in the amounts set forth in its Request, subject to the filing of a final fee application by

BFC&A.

3.      The Debtors are authorized and directed to disburse to BFC&A payment in the

amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee

Applications and (b) the actual interim payments received by BFC&A for fees and expenses

under the Fee Applications.

4.       The Debtors are authorized and empowered to take such actions as may be

necessary and appropriate to implement the terms of this Order.

5.       This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

6.       This Order shall be effective immediately upon entry.


Dated: _____, 2013
            Wilmington, Delaware           _____
                                           THE HONORABLE KEVIN GROSS
                                           UNITED STATE BANKRUPTCY JUDGE