EXHIBIT A

(i) **Proofs of Claim Settled under Paragraph 2(e) of Order From September 1, 2013 Through October 31, 2013[1]**

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| FISHMAN, ROBERT | 1680 | $430,128.47 | $0.00 | $0.00 | $430,128.47 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 6138 | $2,000,000.00 | $0.00 | $0.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 7717 | $2,000,000.00 | $0.00 | $0.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 7748 | $1,150,038.23 | $0.00 | $0.00 | $1,150,038.23 | $185,873.09 | $3,210.81 | $11,175.48 | $200,259.38 | NORTEL NETWORKS INC. |
| REICHERT, GEORGE | 4504 | $43,670.31 | $0.00 | $0.00 | $43,670.31 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| REICHERT, GEORGE | 7946 | $346,383.12 | $0.00 | $0.00 | $346,383.12 | $337,204.98 | $0.00 | $0.00 | $337,204.98 | NORTEL NETWORKS INC. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.