IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**RE: D.I. 11571** |

### NOTICE OF FILING OF SCHEDULE OF LTD EMPLOYEES' RESOLVED CLAIMS

　　**PLEASE TAKE NOTICE** that on September 10, 2013, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") issued an order (the "Order") approving the *Debtors' Motion Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9023 and 9024 and Fed. R. Civ. P. 59 and 60 to Clarify and Amend the Order Granting Nortel LTD Employees' Motions to Compel Debtors to Admit Claim for Severance As Valid and Issue Payment* (the "Motion to Amend") filed by Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors").

　　**PLEASE TAKE FURTHER NOTICE** that on September 11, 2013 the Debtors served the Proposed Claim Notice to each LTD Employee who was not a Consenting LTD Employee.[2] The Notice provided that for each LTD Employee, the LTD Severance Claim would be allowed in the Debtors' Proposed Claim Amount, unless the LTD Employee filed a motion or a proof of claim asserting a higher LTD Severance Claim amount than the Debtors' Proposed Claim Amount or objected to the Debtors' Proposed Claim Amount by or before the LTD Severance Claim Objection Deadline (October 11, 2013).  As of the LTD Severance Claim Objection Deadline, only one such filing was received, which since has been resolved. Accordingly, no Disputed Severance Claims remain and all LTD Severance Claims have been allowed in the amount of the Debtors' Proposed Claim Amount.  A list of the allowed claims of LTD

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]　　All capitalized terms that are not defined herein shall have the meaning set forth in the Order.

Employees excluding the original Consenting LTD Employees is attached hereto, under seal, as Schedule 1.[3]

| | |
|---|---|
| Dated: November 11, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

---

[3] The service copy for each LTD Employee listed on Schedule 1 will include a redacted version of Schedule 1 containing all information pertinent to that specific LTD Employee.