# SCHEDULE 1

**Schedule of LTD Employees' Resolved Claims**

**FILED UNDER SEAL**