IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12335-12337, 12339-12343, 12345** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
13th day of November, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  HENDERSON, CALVIN                          HENDERSON, CALVIN
     CALVIN HENDERSON                           3641 CHERRY RIDGE BOULEVARD
     3641 CHERRY RIDGE BL                       DECATUR, GA 30034
     DECATUR GA 30034
```

Please note that your claim # 3850 in the above referenced case and in the amount of $75,384.00 has been transferred **(unless previously expunged by court order)** to:

```
                                    HAIN CAPITAL HOLDINGS, LLC
                                    TRANSFEROR: HENDERSON, CALVIN
                                    ATTN: AMANDA RAPOPORT
                                    301 ROUTE 17, 7TH FLOOR
                                    RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12341 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/13/2013                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 13, 2013.

# EXHIBIT B

```
TIME: 10:21:42                                          NORTEL NETWORKS INC.                                         PAGE:  1
DATE: 11/13/13                                            CREDITOR LISTING

Name                            Address
COE, JEFFREY D.                 9606 BLOSSOM HILL DRIVE HUNTERSVILLE NC 28078
GRAVES, WILLIAM                 WILLIAM GRAVES 1950 DUNKIRK DR LEXINGTON KY 40504
GRAVES, WILLIAM                 504 PAWNEE TRAIL LAWRENCEBURG KY 40342
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: COE, JEFFREY D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: GRAVES, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: HENDERSON, CALVIN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: MOON, MARY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: NGUYEN, LY T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: ROY, JOHN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: SIEGEL, GARY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: WILSON, ROBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC      TRANSFEROR: WINGARD, REBECCA LYNN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HENDERSON, CALVIN               CALVIN HENDERSON 3641 CHERRY RIDGE BOULEVARD DECATUR GA 30034
HENDERSON, CALVIN               3641 CHERRY RIDGE BOULEVARD DECATUR GA 30034
MOON, MARY                      4177 HIGHT RD. OXFORD NC 27565
NGUYEN, LY T                    322 GOODWIN ROAD DURHAM NC 27712
ROY, JOHN                       44 ROCKY POND RD BROOKLINE NH 03033
SIEGEL, GARY                    621 TAYLOR TR. MURPHY TX 75094
WILSON, ROBERT                  624 LEGEND LANE SHERMAN TX 75092
WINGARD, REBECCA LYNN           72 BAGGETT DRIVE MONTGOMERY AL 36108


Total Number of Records Printed     20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006