IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                         )    Case No. 09-10138(KG)
                               )    (Jointly Administered)
NORTEL NETWORKS, INC.,         )
     et al.,                   )    Chapter 11
                               )
                               )    Courtroom 3
                               )    824 Market Street
          Debtors.            )    Wilmington, Delaware
                               )
                               )    November 5, 2013
                               )    10:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: ANNIE CORDO, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Creditors'        Richards Layton & Finger
Committee:                BY: CHRIS SAMIS, ESQ.
                          One Rodney Square
                          920 North King Street
                          Wilmington, DE  19801
                          (302) 651-7531

For Monitor, Ernst &
Young:                    Buchanan Ingersoll & Rooney, PC
                          BY: KATHLEEN A. MURPHY, ESQ.
                          1105 North Market St., Ste. 1900
                          Wilmington, DE  19801-1054
                          (302) 552-4214

For Joint
Administrators:           Young Conaway Stargatt & Taylor LLP
                          BY: JAIME LUTON CHAPMAN, ESQ.
                          Rodney Square
                          1000 N. King Street
                          Wilmington, DE  19801
                          (302) 571-5030

For UK Pension
Interests:                Bayard, PA
                          BY: JUSTIN R. ALBERTO, ESQ.
                          222 Delaware Ave., Ste. 900
                          Wilmington DE  19899
                          (302) 429-4226


For Radware:              Ashby & Geddes
                          BY:  WILLIAM P. BOWDEN, ESQ.
                          500 Delaware Avenue
                          Wilmington, DE  19899


For SNMP:                 Clark Hill
                          BY: EDWARD J. KOSMOWSKI, ESQ.
                          824 N. Market St., Ste. 710
                          Wilmington, DE  19801
                          (302) 250-4750

                          Egerton McAfee
                          BY: JOHN WOOD, ESQ.
                          900 S. Gay Street
                          1400 Riverview Tower
                          Knoxville, TN  37902
                          (865) 546-0500

```
APPEARANCES:
(Continued)

For SNMP:                   King & Ballow
                            BY: RICHARD BUSCH, ESQ.
                            315 Union Street, Ste. 1100
                            Nashville, TN 3721
                            (615) 259-3456

TELEPHONIC APPEARANCES:

For Debtor:                 Cleary Gottlieb Steen & Hamilton
                            BY: DAVID HARRINGTON, ESQ.
                            (212) 225-2266

For Monitor, Ernst &
Young:                      Allen & Overy, LLP
                            BY: JOSEPH BADTKE-BERKOW, ESQ.
                            (212) 610-6300

For Bank of America:        Bank of America
                            BY: ESTHER CHUNG
                            (646) 855-6705

For Ad Hoc Committee:       Milbank Tweed Hadley & McCloy
                            BY: CINDY DELANO, ESQ.
                            (212) 530-8978

For Official Committee      Akin Gump Strauss Hauer & Feld, LLP
of Unsecured Creditors:     BY: FRED S. HODARA
                            (212) 872-8040
                            BY: BRAD KAHN, ESQ.
                            (212) 872-8121
                            BY: DAVID BOTTER, ESQ.
                            (212) 872-1055

For Interested Party:       Farallon Capital Management
                            BY: MICHAEL LINN
                            (415) 421-2132

For Law Debenture:          Patterson Belknap Webb & Tyler
                            BY: DANIEL A. LOWENTHAL, ESQ.
                            (212) 336-2720
                            BY: CRAIG W. DENT, ESQ.
                            (212) 530-5501
```

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Avaya, Inc.: | DLA Piper US, LLP<br>BY: SELINDA A. MELNIK, ESQ.<br>(302) 468-5650 |
| For Monitor, Ernst &<br>Young: | Allen & Overy, LLP<br>BY: PAUL KELLER, ESQ.<br>(212) 610-7300 |
| For Law Debenture: | Morris James, LLP<br>BY: STEPHEN MILLER, ESQ.<br>(302) 888-6853 |
| For Southpaw Asset<br>Management: | Southpaw Asset Management<br>BY:  ANDREW M. THAU, ESQ.<br>(203) 862-6231 |

1

 1  WILMINGTON, DELAWARE, TUESDAY, NOVEMBER 5, 2013, 10:03 A.M.

 2              THE CLERK:  Please rise.

 3              THE COURT:  Good morning, everyone.  Thank you,

 4  please be seated.  Ms. Cordo, good morning.

 5              MS. CORDO:  Good morning, Your Honor.  For the

 6  record, Annie Cordo, Morris, Nichols Arsht & Tunnel on

 7  behalf of the Debtors.

 8              THE COURT:  Yes.

 9              MS. CORDO:  We have two items on the agenda this

10  morning.  The first item is the continuation of the Debtors'

11  Thirty-Second Omnibus Objection which we heard at the last

12  hearing, which was an objection to claims of certain

13  employees.  We have reached a resolution with another one of

14  the employees.  Cory Turner had objected saying he was

15  entitled to his severance claim.  After the objection, he

16  subsequently transferred his claim to Hain Capital.  So we

17  have consulted with Mr. Turner and Hain and they both have

18  agreed to the resolution and we have a Proposed Form of

19  Order resolving his claim.  He -- we've agreed with him that

20  he be entitled to a $6,289 general unsecured claim, a

21  priority claim in the amount of $28.55, and an

22  administrative expense claim in the amount of $9.20.

23              THE COURT:  All right.

24              MS. CORDO:  If I may approach with the --

25              THE COURT:  That's very precise.

1                        (Laughter)

2                MS. CORDO:  Yes, if I may approach with a

3   Supplemental Form of Order?

4                THE COURT:  Please, Ms. Cordo.  Yes, yes, you

5   may, thank you.  Good morning, thank you.

6                MS. CORDO:  Your Honor, both Mr. Turner and Hain

7   reviewed the Order that we're presenting here today and

8   agreed to its submission.

9                THE COURT:  Wonderful.  Thank you, Ms. Cordo.

10  Okay, thank you.

11               MS. CORDO:  Thank you, Your Honor.  The second

12  item on the agenda is a status conference with regards to

13  the SNMP adversary proceeding.

14               THE COURT:  Yes.

15               MS. CORDO:  So I will turn the podium over to

16  counsel for SNMP.

17               THE COURT:  Thank you.  Mr. Kosmouski, good

18  morning.

19               MR. KOSMOUSKI:  Good morning, Your Honor.  May it

20  please the Court, for the record, Ed Kosmouski of Clark Hill

21  here on behalf of SNMP.

22               Your Honor, as you're aware at the last hearing,

23  we were supposed to kind of start that hearing off with a

24  status conference of kind of where the case has been, where

25  it's going.  We kind of got, you know, a little sidetracked

1  at the beginning of the hearing, so I requested to the Court

2  that we be given an opportunity.  I don't think it will last

3  more than 10 minutes, just to walk the Court through, you

4  know, where it's been, where it's going, and also to explain

5  some of the Orders.

6          Your Honor, I did bring a binder and I handed

7  them out to opposing counsel.  It's just it will make it

8  easier if you want to follow along with respect to what the

9  Order says.

10          THE COURT:  Fine.

11          MR. KOSMOUSKI:  And if you don't mind, I'll hand

12  it up to the Court?

13          THE COURT:  Please, thank you, Mr. Kosmouski.

14  Good morning.

15          MR. KOSMOUSKI:  And, Your Honor, just I have John

16  Wood and Richard Busch here --

17          THE COURT:  Gentlemen, good to see you again.

18          MR. KOSMOUSKI:  -- my counsel.  And Mr. Busch

19  will be giving the presentation, so I'll cede the podium to

20  him, Your Honor.

21          THE COURT:  All right.  Mr. Busch, welcome back.

22  And I assume this is going to relate to the entirety of the

23  litigation?

24          MR. BUSCH:  Correct.

25          THE COURT:  Okay.

1            MR. BUSCH:  Your Honor, so Your Honor, as Your

2    Honor knows, Richard Busch, first of all for the record, on

3    behalf of SNMP.

4            THE COURT:  Yes.

5            MR. BUSCH:  As Your Honor knows, I'm relatively

6    new to this litigation.  But from the beginning of my

7    involvement --

8            THE COURT:  When did you get involved,

9    Mr. Busch --

10            MR. BUSCH:  I got --

11            THE COURT:  -- just so I have a sense.

12            MR. BUSCH:  Six months.

13            MR. KOSMOUSKI:  Yeah, it's been about six months.

14            MR. BUSCH:  Six months ago or so.

15            THE COURT:  Okay, all right, good.

16            MR. BUSCH:  Although nothing has happened in this

17    Court before in the Radware hearing.  There's been some

18    things in the District Court on another piece of litigation

19    with Avaya.  But here, you know, my appearance last week was

20    my first time before Your Honor.

21            THE COURT:  All right, excellent.

22            MR. BUSCH:  And so from the time that I have been

23    involved with this case, I have heard two things repeated by

24    my co-counsel, which is that we have a stay in place by

25    Order of the Court with Nortel.  And that we cannot do

1   anything as it relates to Nortel until mediation is

2   completed.

3          So when I got up in front of Your Honor and made

4   the statement last week that there was a Stay Order in place

5   from this Court and that under the Order, we could not

6   proceed against Nortel until the mediation was completed, I

7   was mistaken.  I was combining two different things into

8   that statement based upon what I had heard.  And so what

9   occurred, I didn't realize it was a big -- that that was a

10  big matter until I received Your Honor's email, which I can

11  tell Your Honor, I -- very much upset me.  And it upset me

12  because I take great pride in being forthright with the

13  Court and with Judges, whether it helps me or not.  When I

14  say something, I believe it is true at all times.

15         THE COURT:  All right.

16         MR. BUSCH:  So when I received the email, I was

17  very upset.  And I spoke to my co-counsel and I said we've

18  got to get this straight.  I need to understand what I said

19  wrong, what is the correct facts, where we are, and where

20  we're going.  And I will tell Your Honor, that I was

21  scheduled to be in depositions today in New York City.  I

22  was there yesterday, and I specifically moved the

23  depositions because I felt it important to be here this

24  morning to address this, look Your Honor in the eye, and

25  walk Your Honor through these Orders, so Your Honor can

1   understand that while what I said was technically wrong

2   based upon the documents that Your Honor will have,

3   practically what I said is actually correct, it just wasn't

4   -- the reference to the mediation is not in a specific

5   Order, it is in an agreement between ourselves and Nortel.

6             THE COURT:  Okay.

7             MR. BUSCH:  And I'm going to walk Your Honor

8   through that.  But I also insisted that Mr. Wood come up

9   from Knoxville to be here.  I just felt that we're going to

10  be before Your Honor many times.  Our credibility is very

11  important.  I want Your Honor to understand, we take what we

12  say very seriously.  And when I say something, Your Honor

13  can believe it, because in my mind, it is always going to be

14  the truth.  As I said, whether it helps my client or not, I

15  am going to be forthright with the Court at all times.

16            THE COURT:  Well, I appreciate -- I really do

17  appreciate your coming and are straightening this out.  It's

18  important to me now to know that you were not involved in

19  the case at the time that all of these events took place.

20  And somewhere along the line, I probably should have known

21  about what was happening in the Canadian Court and how it

22  impacted, perhaps, the litigation before me.  I asked

23  because it's possible that I just didn't know.  That I knew,

24  but, you know, it's something that kind of got lost in the

25  volume of filings.  But I was not aware of, for example,

1   Justice Morawetz' Order so far as I can recall.

2              MR. BUSCH:  Yes, sir.  So if I can now walk Your

3   Honor through the documents I've placed in front of you?

4              THE COURT:  Yes.

5              MR. BUSCH:  Before I direct your attention to

6   Document No. 1, I do want to say that in October of 2011, we

7   were involved, SNMP was involved in negotiations with Nortel

8   because we were concerned that the statute of limitations

9   was going to be running in March of 2012, absent the

10  complaint being filed and SNMP preserving the statute of

11  limitations.  The sale from Nortel to Radware as I

12  understand it, occurred in March of 2009.  So with a three-

13  year statute of limitations, we felt that there was going to

14  be a problem with the statute, unless we got something in

15  place before March of 2012.  So SNMP and Nortel, engaged in

16  negotiations that ended up being memorialized in what I

17  placed before Your Honor behind Tab No. 1.

18             THE COURT:  Yes.

19             MR. BUSCH:  Which is an agreement between

20  ourselves and Nortel.  And, Your Honor, behind Tab No. 1,

21  I've actually highlighted on Page 2, the relevant portions.

22             THE COURT:  Yes.

23             MR. BUSCH:  Tab 2 is the same document, just not

24  highlighted.  I believe we were requested by your clerk to

25  provide both a highlighted and non-highlighted.  So Tab 1 is

1    the highlighted version.

2                THE COURT:  Very well.

3                MR. BUSCH:  And so if Your Honor looks at the

4    first full paragraph, Your Honor will see that there are

5    three highlighted portions in the first full paragraph.  And

6    Your Honor will see that there is a reference in the first

7    highlighted passage to SNMP being concerned with the statute

8    of limitations and wanting to enter into a Consent Order

9    allowing us to file the complaint against Nortel.  And

10   you'll see that in the second highlighted portion, for the

11   record, it says immediately following the filing of the

12   complaint, the claims among SNMP Research and Nortel will be

13   referred to non-binding mediation.  And any limitations

14   period relating to any claims between or among the parties

15   be tolled from the date of the filing of the complaint until

16   30 days after that, the date that SNMP Research, Nortel

17   Canada, or Nortel U.S. declares that the mediation has

18   reached an impasse and is deemed to be terminated.

19               And then Your Honor will see that in the last

20   paragraph, and this important, it says that if the mediation

21   fails and SNMP Research continues its action against Nortel,

22   SNMP Research does not want the mediation to result in

23   prejudice to SNMP Research in case it files a Motion to

24   Withdraw the reference.  Therefore, as a condition of this

25   proposal, Nortel agrees not to raise a delay argument in

1    relation to the period from and after the date of this

2    agreement through a decision by the Canadian Court on the

3    Lift Stay Motion in response to a Motion to Withdraw the

4    Reference because of the mediation.

5              THE COURT:  Okay.

6              MR. BUSCH:  So you see, Your Honor, where the

7    reference is to this mediation being part of why we're

8    staying the proceedings and what we have to do before we can

9    move to lift the stay.

10             THE COURT:  Yes.

11             MR. BUSCH:  Okay.  And then you'll see, Your

12   Honor, that there's a reference in the next paragraph to the

13   fact that the agreement does not stay the proceedings

14   against the non-Nortel Defendants or require SNMP Research

15   to mediate the claim against the non-Nortel Defendants.  And

16   so after this date, SNMP was involved with negotiations with

17   the non-Nortel Defendants.  And we actually settled with

18   GENBAND and Performance Technologies.  Which means that all

19   that is left now is Nortel, Avaya, and Radware.  And nothing

20   has occurred, obviously, with respect to Nortel because we

21   are still in the process of mediation.  Nothing has occurred

22   with respect to Avaya.  And the first thing that happened

23   with respect to Radware was there -- was when the

24   negotiations on settlement broke down with them and we

25   served them, they filed the Motion to Dismiss that we

1    discussed last week.  And in response to that, I believe,

2    Your Honor, we discussed this briefly, we put in our

3    response in a footnote, that we planned to withdraw -- file

4    a Motion to Withdraw the Reference and the filing of the

5    response is -- we asked not -- that that not prejudice us.

6              And that might give some context about why then

7    before the hearing we had, we filed protectively the Motion

8    to File under seal, a request to withdraw the reference,

9    because we didn't want that being the first action in the

10   case, to be deemed some type of waiver.

11             So that's the agreement between ourselves and

12   Nortel.

13             THE COURT:  I think the footnote, and I may be

14   wrong, referred to a reservation.  That you were reserving

15   your rights to file.

16             MR. BUSCH:  Right, but if Your Honor looks -- I

17   have it with me, and I believe what we -- it's Footnote No.

18   4, and we say, and I'll just quote it directly --

19             THE COURT:  Yes.

20             MR. BUSCH:  -- so there's no misunderstanding.

21   "This action as discussed herein, involves complex issues of

22   Non-Bankruptcy Law, SNMP Research may at the appropriate

23   time, file a motion asking the bankruptcy reference be

24   withdrawn, pursuant to 28 USC 157(d).  SNMP Research

25   reserves the right to file a brief on this issue."

1              THE COURT:  All right.

2              MR. BUSCH:  Okay.  So then we go next -- so this

3    agreement is October 25 of 2011.

4              THE COURT:  Right.

5              MR. BUSCH:  The next document that Your Honor

6    will see is behind Tab No. 3, which is the actual Order of

7    the Canadian Bankruptcy Court.  And if Your Honor will -- if

8    I can direct your attention to Paragraph No. 2?

9              THE COURT:  Yes.

10             MR. BUSCH:  Your Honor will see again, that we

11   reference that the reason that we're doing this is because

12   of SNMP's concern about the statute of limitations.  And

13   then directing Your Honor's attention to little subparagraph

14   ii.

15             THE COURT:  Yes.

16             MR. BUSCH:  That the -- that this Order is

17   without prejudice to any and all matters that are or may be

18   an issue between Nortel and SNMP Research including, without

19   limitation, the merits of SNMP Research's Lift Stay Motion

20   and the appropriate forum for the hearing and determination

21   of SNMP Research's claims.  And that, I am told by my co-

22   counsel, that that last section was something that was put

23   in there from our perspective, to make it be clear that it's

24   without prejudice to a later motion we may file to withdraw

25   the reference.

1                    THE COURT:  All right.

2                    MR. BUSCH:  And then if Your Honor looks at the

3    very last paragraph, Paragraph 4, Your Honor will see that

4    the Court specifically requested that this Court give

5    adherence to the Order, allow the complaint to be filed, and

6    then stay the proceedings, pursuant to the terms that are

7    identified herein.  Okay.

8                    And so that brings me now to the motion that was

9    filed in this Court to stay the proceedings.  And that's

10   behind Tab No. 4.

11                   THE COURT:  Yes.

12                   MR. BUSCH:  And directing your attention to Tab

13   No. 4, Your Honor will see that in Paragraph No. 4 of Tab

14   No. 4, there is a reference that -- I'll just read it.

15   "Prior to filing the sealed motion, SNMP provided a draft of

16   the complaint to the Debtors and third party Defendant.

17   After extensive discussions on how best to proceed to

18   address the merits of the claims and minimize legal fees and

19   costs to all parties, while preserving the Court's limited

20   resources, the parties believe submitting the issues raised

21   in the complaint to mediation, immediately upon the filing

22   of the complaint, provides the best opportunity to resolve

23   the claim."  So we referenced that.

24                   And I think that all of us, in light of what

25   happened at the hearing last week and Your Honor's

1  subsequent email, wishes that the things that we identified

2  here about the mediation, made its way into Your Honor's

3  ultimate Order.  That way, maybe all this wouldn't have

4  happened and there would have been no confusion.

5              THE COURT:  Sure.

6              MR. BUSCH:  But I -- it's in our motion is the

7  point.  And so, and if Your Honor looks at, and I want to

8  direct Your Honor's attention to one other reference in this

9  motion.  It's behind Tab No. 3.  And I'll just read that for

10  the record.

11             THE COURT:  Tab --

12             MR. BUSCH:  I mean, sorry, Footnote No. 3 in Tab

13  No. 4, our Motion to Seal.

14             THE COURT:  Yes.

15             MR. BUSCH:  Footnote No. 3 says, "The parties

16  have agreed that in the event mediation is unsuccessful,

17  they will litigate SNMP's Motion to Lift the Stay with

18  respect to the complaint filed in the Canadian Court at the

19  next hearing available to the Canadian Court and the U.S.

20  Court, if the U.S. and Canadian Court determine a joint

21  hearing is appropriate."  So once again, it's a reference to

22  that fact that nothing's going to happen or can happen until

23  after the mediation concludes.

24             And then the last document that I have in your --

25  with respect to -- in the binder is Tab No. 5, which is a

1   stipulation and Your Honor's ultimate Order.  And if Your

2   Honor looks at Paragraph No. 2, Your Honor will see that in

3   Your Honor's Order, it says that it mimics what's in the

4   actual stipulation that follows the document in Tab No. 5,

5   but it repeats that, "the entry of this Order without

6   prejudice as to any and all other matters that are or may be

7   at issue among the Debtors, the Canadian Nortel Group of

8   Plaintiffs, including without limitation the merits of such

9   motion to lift the stay of proceedings, and the appropriate

10  forum for the hearing and determination of the claims."

11  Which once again, we put in a stipulation to preserve the

12  fact that we would intend to move to withdraw the reference

13  if mediation is not successful.  And that basically, mimics

14  what's in "it is hereby stipulated and agreed" section of

15  the stipulation that is behind Your Honor's Order.

16          So the practical effect of all of this is that

17  when you combine the pieces, what I said was, I guess, right

18  for the wrong reason.  Your Honor's Order does not mention

19  the mediation and for that and for the fact that I was not

20  as precise as I should have been, I apologize and I ask for

21  Your Honor's forgiveness.

22          THE COURT:  Sure.

23          MR. BUSCH:  And but I think that the effect is

24  the same.  And it was very important for me to come here

25  today to walk Your Honor through this and explain this to

1    you.

2             THE COURT:  I appreciate that very, Mr. Busch.

3    And let me just ask a question.  And it's a question, it's

4    not a criticism.

5             MR. BUSCH:  Yes.

6             THE COURT:  It doesn't talk anywhere about, in

7    any of these papers, about Radware.  In other words, if I

8    had been aware of this sort of stay of the proceedings and

9    that Radware had been involved in the mediation and the

10   like, there's a good -- there's a likelihood I wouldn't have

11   even scheduled argument on the Motion to Dismiss because I

12   would have, obviously, wanted to consider all of the

13   Defendants together, you know, in one -- in various Motions

14   to Dismiss in one decision.  So that was part of sort of how

15   I was operating under a serious misimpression.  And --

16            MR. BUSCH:  And just to answer Your Honor's

17   question.  I think that the reason why Radware is -- was --

18   is because the agreement is with Nortel.

19            THE COURT:  Yes.

20            MR. BUSCH:  The Orders relate to Nortel.  And

21   going back to the actual Nortel/SNMP Agreement, says that it

22   does not affect the other parties, other than Nortel.

23            THE COURT:  All right.

24            MR. BUSCH:  And that is why, like I said, from

25   that time until relatively recently, there has been serious

1   attempts to resolve things with all of the other Defendants.

2              THE COURT:  Right.

3              MR. BUSCH:  And it's -- with respect to some it's

4   worked out.  With respect to Radware, it didn't.  And that's

5   where we were last week.

6              THE COURT:  And where is the mediation at this

7   point?  Is it -- have you concluded --

8              MR. BUSCH:  We have Judge Garrity from -- who's a

9   Bankruptcy Judge from New York.

10             THE COURT:  Right.

11             MR. BUSCH:  We are in the process of discussing

12  things and deciding whether a face-to-face, actual face-to-

13  face, in-person is going to be productive.  We've been doing

14  it through shuttle diplomacy over the telephone.  And we're

15  in the process of seeing if this will be successful or not.

16  And I anticipate that we will come to a conclusion on this

17  and this will come to a head in the very not so distant

18  future.

19             THE COURT:  And this is strictly with the Nortel

20  Defendants --

21             MR. BUSCH:  Yes, sir.

22             THE COURT:  -- as I understand it.

23             MR. BUSCH:  Yes, sir.

24             THE COURT:  The Radware mediation was there a

25  mediation or was there just settlement discussions?

1          MR. BUSCH:  There were just settlement

2   discussions among counsel, among the principals.  There was

3   a lot of discussions, but there was no mediation.  But I can

4   say this to Your Honor, since the hearing we had last week,

5   we had had continued discussions.  And I think that we're

6   getting close to without -- I don't want to be too ambitious

7   or say anything that I shouldn't, but I -- but we're having

8   productive conversations with them.

9          THE COURT:  All right.  All right.  Mr. Busch, I

10  -- and Mr. Wood, I do appreciate your coming and clarifying

11  things for me.

12         MR. BUSCH:  Thank you, Your Honor.

13         THE COURT:  Yes.

14         MR. BUSCH:  And I apologize for not being as

15  precise as I should have been last week.

16         THE COURT:  All right.  Thank you, sir.  Mr.

17  Bowden on behalf of Radware?

18         MR. BOWDEN:  Thank you, Your Honor.  May it

19  please the Court, and for the record, Bill Bowden of Ashby &

20  Geddes, on behalf of Radware.

21         Your Honor, as Your Honor now knows, Radware,

22  certainly to my knowledge, was at no time involved in the

23  mediation as now -- and as we -- or any mediation.  And as

24  we now know, the Mediation Agreement, if you will, and the

25  applicable stay was between SNMP and Nortel.  And obviously,

1    the stay comes into effect because Nortel's in bankruptcy --

2                THE COURT:  Right.

3                MR. BOWDEN:  -- in two different jurisdictions.

4                THE COURT:  That's right.

5                MR. BOWDEN:  I was handed the binder by Mr.

6    Kosmouski immediately before the hearing began and I was

7    able to follow along to a certain degree.

8                THE COURT:  And I think that most of these were

9    documents that have been provided by email --

10                MR. BOWDEN:  Yeah, I think --

11                THE COURT:  -- last week.

12                MR. BOWDEN:  -- I -- Mr. Kosmouski --

13                THE COURT:  Yeah.

14                MR. BOWDEN:  -- is kind enough to provide me with

15    a copy of the Canadian Justice's Order.

16                THE COURT:  Right.

17                MR. BOWDEN:  I had not previously seen the Letter

18    Agreement between SNMP and Nortel be that as it may.

19                Your Honor, with respect to the withdraw of the

20    reference issues, I simply want to make sure that, and Your

21    Honor knows what I'm going to say here that --

22                THE COURT:  I do.

23                MR. BOWDEN:  -- our rights are -- on all issues

24    with respect to the withdrawal of reference, including the

25    timeliness issue --

1           THE COURT:  Absolutely.

2           MR. BOWDEN:  -- are reserve that I don't

3  understand today's hearing to be an effort to, if you would,

4  lay groundwork on that issue, or perhaps to argue that issue

5  in advance.

6           THE COURT:  First of all, it's not -- this isn't

7  even a hearing.

8           MR. BOWDEN:  Your Honor, yes, exactly.  This is a

9  status conference.

10           THE COURT:  And secondly, it's going to be up to

11  the District Court --

12           MR. BOWDEN:  Yes.

13           THE COURT:  -- as to whether or not this was a

14  timely motion.

15           MR. BOWDEN:  Your Honor, I agree.  And that

16  really takes me to my next point.

17           THE COURT:  Yes.

18           MR. BOWDEN:  And this is really for an abundance

19  of caution on my part.  What SNMP has filed is a Motion to

20  Seal their Notice of Intent to move to withdraw the

21  reference, and their motion for an Order determining that

22  the proceeding is either core or non-core.  They've not yet,

23  and if Your Honor -- and I brought a copy of the docket with

24  me, but the Motion to -- neither the Motion to Withdraw, nor

25  the Core or Non-Core Motion have been filed yet.

1          THE COURT:  No, it's a Notice of Intent.

2          MR. BOWDEN:  Exactly.

3          THE COURT:  Yes.

4          MR. BOWDEN:  And under the local rules, my

5    client's answering brief in opposition to each of those

6    motions would be due 14 days from the time they're filed?

7          THE COURT:  Correct.

8          MR. BOWDEN:  I want to make sure that I'm not

9    under a gun here.  Okay.  Thank you, Your Honor.

10          THE COURT:  No, let me just -- you know, I was

11    doing what witnesses are not supposed to at depositions.

12                    (Laughter)

13          THE COURT:  I was shaking my head no.  That is my

14    understanding.  It is -- there was no Motion to Expedite

15    this or anything of that nature.

16          MR. BOWDEN:  Okay.  I appreciate that very much,

17    Your Honor.  I do not think I have anything else to add at

18    this point in time, but I'm happy to answer any questions

19    that Your Honor might have, or try to.

20          THE COURT:  No, I think I certainly understand

21    the situation.  And my understanding is that matters took

22    place by agreement and there was an Order of the Canadian

23    Court.  And that none of it appears to relate to Radware.

24          MR. BOWDEN:  Right.

25          THE COURT:  And the reason I say that is because

1  that Order really would, in my mind, have prevented me even

2  from hearing the argument on the Motion to Dismiss.

3           MR. BOWDEN:  Understood, Your Honor.

4           THE COURT:  And we went forward with that.  And,

5  of course, as I've indicated, the Plaintiff, SNMP also

6  opposed a Motion to Stay Discovery.  Meaning that they

7  wanted to proceed with discovery, thereby, I think,

8  acknowledging that the Canadian Order did not impact the

9  Radware aspect of the litigation.  So, you know, I am

10 proceeding to work on the Motion to Dismiss at this point.

11          MR. BOWDEN:  All right.  Thank you very much,

12 Your Honor.  That's all I have.

13          THE COURT:  All right, thank you --

14          MR. BOWDEN:  Thank you.

15          THE COURT:  -- Mr. Bowden.  Thank you, gentlemen.

16          MR. BUSCH:  Thank you very much, Your Honor.

17          THE COURT:  Was there -- there was -- I guess

18 this was the whole show?

19          MS. CORDO:  This was the whole show, Your Honor.

20                     (Laughter)

21          THE COURT:  All right.

22          MS. CORDO:  A nice, another short Nortel hearing.

23          THE COURT:  All right.  Well, Ms. Cordo, you seem

24 to really run them through well, I'll tell you.

25                     (Laughter)

1          THE COURT:  I appreciate it.  And maybe you'll

2    handle the trial and we'll be done in a few days.

3                      (Laughter)

4          THE COURT:  But with that, thank you, Counsel.  I

5    do appreciate it.

6          MR. BUSCH:  Thank you, Your Honor.

7          MS. CORDO:  Thank you, Your Honor.

8          THE COURT:  And we'll stand in recess and safe

9    travel everyone.

10         MR. BOWDEN:  Thank you, Your Honor.

11         THE COURT:  Good day.

12

13     (Whereupon, at 10:26 a.m., the hearing was adjourned.)

14

15                      CERTIFICATION

16         I certify that the foregoing is a correct

17    transcript from the electronic sound recording of the

18    proceedings in the above-entitled matter.

19

20

21    _____        6 November 2013
22    Traci L. Calaman, Transcriber                Date
23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| a.m(3) 1:15 5:1 26:13 | | answer(2) 19:16 24:18 | | bowden(26) 2:31 21:17 21:18 21:19 22:3 22:5 22:10 22:12 22:14 22:17 22:23 23:2 23:8 23:12 23:15 23:18 24:2 24:4 24:8 24:16 24:24 25:3 25:11 25:14 25:15 25:16 26:1 | | conclusion(1) 20:16 | |

able(1) 22:7
about(7) 8:13 10:21 14:6 15:12 17:2 19:6 19:7

aboveentitled  (1) 26:18
absent(1) 11:9
absolutely(1) 23:1
abundance(1) 23:18
acknowledging(1) 25:8
action(3) 12:21 14:9 14:21
actual(4) 15:6 18:4 19:21 20:12
actually(3) 10:3 11:21 13:17
add(1) 24:17
address(2) 16:21 26:5
adherence(1) 16:5
adjourned(1) 26:13
administered(1) 1:6
administrativ(1) 5:22
administrators(1) 2:17
advance(1) 23:5
adversary(1) 6:13
affect(1) 19:22
after(6) 5:15 12:16 13:1 13:16 16:17 17:2
again(4) 7:17 15:10 17:21 18:11
against(5) 9:6 12:9 12:21 13:14 13:15
agenda(2) 5:9 6:12
ago(1) 8:14
agree(1) 23:15
agreed(5) 5:18 5:19 6:8 17:16 18:14
agreement(11) 10:5 11:19 13:2 13:13 14:11 15:3 19:18 19:20 21:19 21:24 22:18 24:2

agrees(1) 12:25
akin(1) 3:29
alberto(1) 2:25
all(31) 5:23 7:21 8:2 8:15 8:21 9:14 9:15 10:15 10:19 13:18 15:1 15:17 16:1 16:19 16:24 17:3 18:6 18:16 19:12 19:23 20:1 21:9 21:9 21:16 22:23 23:6 25:11 25:12 25:13 25:21 25:23

allen(2) 3:17 4:8
allow(1) 16:5
allowing(1) 12:9
along(3) 7:8 10:20 22:7
also(3) 7:4 10:8 25:5
although(1) 8:16
always(1) 10:13
ambitious(1) 21:6
america(2) 3:21 3:21
among(5) 12:12 12:14 18:7 21:2 21:2
amount(5) 5:21 5:22
and(150) 5:17 5:17 5:18 5:21 6:6 6:7 7:4 7:6 7:11 7:15 7:16 7:18 7:22 8:22 8:25 9:3 9:5 9:8 9:11 9:13 9:17 9:17 9:19 9:20 9:22 9:24 10:5 10:7 10:12 10:17 10:20 10:21 11:11 11:15 11:20 11:20 11:25 12:2 12:5 12:8 12:9 12:12 12:13 12:18 12:19 12:20 12:21 13:1 13:8 13:11 13:13 13:18 13:19 13:19 13:22 13:24 14:1 14:4 14:6 14:11 14:13 14:17 14:18 14:18 15:7 15:12 15:17 15:18 15:20 15:20 15:21 16:2 16:5 16:8 16:16 16:24 16:25 17:4 17:7 17:7 17:7 17:9 17:19 17:20 17:24 18:1 18:1 18:6 18:9 18:10 18:13 18:14 18:19 18:19 18:20 18:23 18:24 18:25 19:3 19:3 19:9 19:15 19:16 19:20 19:24 20:3 20:4 20:6 20:12 20:14 20:16 20:17 20:19 21:10 21:10 21:14 21:19 21:23 21:23 21:24 21:25 21:25 22:6 22:8 22:18 22:20 23:10 23:15 23:18 23:21 23:23 24:4 24:2 24:22 24:23 24:25 25:4 25:4 26:1 26:2 26:8 26:8

andrew(1) 4:17
annie(2) 1:23 5:6
another(3) 5:13 8:18 25:22

answering(1) 24:5
anticipate(1) 20:16
any(7) 12:13 12:14 15:17 18:6 19:7 21:23 24:18

anything(4) 9:1 21:7 24:15 24:17
anywhere(1) 19:6
apologize(2) 18:20 21:14
appearance(1) 8:19
appearances(2) 3:10 4:1
appears(1) 24:23
applicable(1) 21:25
appreciate(7) 10:16 10:17 19:2 21:10 24:16 26:1 26:5

approach(2) 5:24 6:2
appropriate(4) 14:22 15:20 17:21 18:9
are(11) 9:19 10:17 12:4 13:21 15:17 16:6 18:6 20:11 22:23 23:2 24:11

argue(1) 23:4
argument(3) 12:25 19:11 25:2
arsht(2) 1:22 5:6
ashby(2) 2:30 21:19
ask(2) 18:20 19:3
asked(2) 10:22 14:5
asking(1) 14:23
aspect(1) 25:9
asset(2) 4:16 4:16
assume(1) 7:22
attempts(1) 20:1
attention(5) 11:5 15:8 15:13 16:12 17:8
available(1) 17:19
avaya(4) 4:4 8:19 13:19 13:22
ave(1) 2:26
avenue(1) 2:32
aware(3) 6:22 10:25 19:8
back(2) 7:21 19:21
badtke-berkow(1) 3:18
ballow(1) 3:4
bank(2) 3:21 3:21
bankruptcy(6) 1:1 1:19 14:23 15:7 20:9 22:1

based(2) 9:8 10:2
basically(1) 18:13
bayard(1) 2:24
because(13) 9:12 9:23 10:13 10:23 11:8 13:4 13:20 14:9 15:11 19:11 19:18 22:1 24:25
been(14) 6:24 7:4 8:13 8:17 8:22 17:4 18:20 19:8 19:9 19:25 20:13 21:15 22:9
before(11) 1:18 8:17 8:20 10:10 10:22 11:15 11:15 11:17 13:8 14:7 22:6
began(1) 22:6
beginning(2) 7:1 8:6
behalf(5) 5:7 6:21 8:3 21:17 21:20
behind(1) 11:7 11:20 15:6 16:10 17:9 18:15
being(7) 9:12 11:10 11:16 12:7 13:7 13:7 14:9 21:14
believe(6) 9:14 10:13 11:24 14:1 14:17 16:20
belknap(1) 3:41
best(2) 16:17 16:22
between(7) 10:5 11:19 12:14 14:11 15:18 21:25 22:18
big(2) 9:9 9:10
bill(1) 21:19
binder(3) 7:6 17:25 22:5
both(3) 5:17 6:6 11:25
botter(1) 3:34

brad(1) 3:32
brief(2) 14:25 24:5
briefly(1) 14:2
bring(1) 7:6
brings(1) 16:8
broke(1) 13:24
brought(1) 23:23
buchanan(2) 2:11
busch(51) 3:5 7:16 7:18 7:21 7:24 8:1 8:2 8:5 8:9 8:10 8:12 8:14 8:16 8:22 9:16 10:7 11:2 11:15 11:19 11:23 12:3 13:6 13:11 14:16 14:20 15:2 15:10 15:16 16:2 16:12 17:6 17:12 17:15 18:23 19:2 19:5 19:16 19:20 19:24 20:3 20:8 20:11 20:21 20:23 21:1 21:9 21:12 21:14 25:16 26:6
but(16) 8:6 8:19 10:8 10:24 10:25 14:16 17:6 18:5 18:23 21:3 21:3 21:7 21:7 23:24 24:18 26:4

calaman(1) 26:22
can(9) 9:10 9:25 10:13 11:1 11:2 13:8 15:8 17:22 21:3

canada(1) 12:17
canadian(10) 10:21 13:2 15:7 17:18 17:19 17:20 18:7 22:15 24:22 25:8

cannot(1) 8:25
capital(2) 3:37 5:16
case(6) 1:5 6:24 8:23 10:19 12:23 14:10
caution(1) 23:19
cede(1) 7:19
certain(2) 5:12 22:7
certainly(2) 21:22 24:20
certification(1) 26:15
certify(1) 26:16
chapman(1) 2:18
chapter(1) 1:8
chris(1) 2:5
chung(1) 3:22
cindy(1) 3:26
city(1) 9:21
claim(8) 5:15 5:16 5:19 5:20 5:21 5:22 13:15 16:23
claims(6) 5:12 12:12 12:14 15:21 16:18 18:10

clarifying(1) 21:10
clark(2) 2:35 6:20
clear(1) 15:23
cleary(1) 3:12
clerk(2) 5:2 11:24
client(1) 10:14
client's(1) 24:5
close(1) 21:6
co-counsel(2) 8:24 9:17
combine(1) 18:17
combining(1) 9:7
come(4) 10:8 18:24 20:16 20:17
comes(1) 22:1
coming(2) 10:17 21:10
committee(3) 2:5 3:25 3:29
complaint(9) 11:10 12:9 12:12 12:15 16:5 16:16 16:21 16:22 17:18

completed(2) 9:2 9:6
complex(1) 14:21
conaway(1) 2:17
concern(1) 15:12
concerned(2) 11:8 12:7
concluded(1) 20:7
concludes(1) 17:23

condition(1) 12:24
conference(3) 6:12 6:24 23:9
confusion(1) 17:4
consent(1) 12:8
consider(1) 19:12
consulted(1) 5:17
context(1) 14:6
continuation(1) 5:10
continued(4) 2:2 3:2 4:2 21:5
continues(1) 12:21
conversations(1) 21:8
copy(2) 22:15 23:23
cordo(16) 1:23 5:4 5:5 5:6 5:9 5:24 6:2 6:4 6:6 6:9 6:11 6:15 25:19 25:22 25:23 26:7
core(2) 23:22 23:25
correct(5) 7:24 9:19 10:3 24:7 26:16
cory(1) 5:14
costs(1) 16:19
could(1) 9:5
counsel(6) 6:16 7:7 7:18 15:22 21:2 26:4
course(1) 25:5
court(105) 1:1 5:3 5:8 5:23 5:25 6:4 6:9 6:14 6:17 6:20 7:1 7:3 7:10 7:12 7:13 7:17 7:21 7:25 8:4 8:8 8:11 8:15 8:17 8:18 8:21 8:25 9:5 9:13 9:15 10:6 10:15 10:16 10:21 11:4 11:18 11:22 12:2 13:2 13:5 13:10 14:13 14:19 15:1 15:4 15:7 15:9 15:15 16:1 16:4 16:6 16:9 16:11 17:5 17:11 17:14 17:18 17:20 17:20 17:20 18:22 19:2 19:6 19:19 19:23 20:2 20:6 20:10 20:19 20:22 20:24 21:9 21:13 21:16 21:19 22:2 22:4 22:8 22:11 22:13 22:16 22:22 23:1 23:6 23:10 23:13 23:17 24:1 24:3 24:7 24:10 24:13 24:20 24:23 24:25 25:4 25:4 25:15 25:17 25:21 25:23 26:1 26:4 26:8 26:11
court's(1) 16:19
courtroom(1) 1:10
craig(1) 3:44
credibility(1) 10:10
creditors(1) 3:30
creditors'(1) 2:4
criticism(1) 19:4
daniel(1) 3:42
data(1) 1:30
date(5) 12:15 12:16 13:1 13:16 26:22
david(2) 3:13 3:34
day(1) 26:11
days(3) 12:16 24:6 26:2
debenture(2) 3:41 4:12
debtor(1) 3:12
debtors(6) 1:12 1:22 5:7 5:10 16:16 18:7
deciding(1) 20:12
decision(2) 13:2 19:14
declares(1) 12:17
deemed(2) 12:18 14:10
defendant(1) 16:16
defendants(6) 3:13 13:15 13:17 19:13 20:1 20:20

degree(1) 22:7
delano(1) 3:26
delaware(5) 1:2 1:12 2:26 2:32 5:1
delay(1) 12:25
dent(1) 3:44
depositions(3) 9:21 9:23 24:11
determination(2) 15:20 18:10
determine(1) 17:20
determining(1) 23:21
diaz(1) 1:30
did(3) 7:6 8:8 25:8
didn't(4) 9:9 10:23 14:9 20:4
different(2) 9:7 22:3
diplomacy(1) 20:14
direct(3) 11:5 15:8 17:8
directing(2) 15:13 16:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**directly**(1) 14:18
**discovery**(2) 25:6 25:7
**discussed**(3) 14:1 14:2 14:21
**discussing**(1) 20:11
**discussions**(5) 16:17 20:25 21:2 21:3 21:5
**dismiss**(5) 13:25 19:11 19:14 25:2 25:10
**distant**(1) 20:17
**district**(3) 1:2 8:18 23:11
**dla**(1) 4:4
**docket**(1) 23:23
**document**(5) 11:6 11:23 15:5 17:24 18:4
**documents**(3) 10:2 11:3 22:9
**does**(4) 12:22 13:13 18:18 19:22
**doesn't**(1) 19:6
**doing**(3) 15:11 20:13 24:11
**don't**(4) 7:2 7:11 21:6 23:2
**done**(1) 26:2
**down**(1) 13:24
**draft**(1) 16:15
**due**(1) 24:6
**each**(1) 24:5
**easier**(1) 7:8
**ecro**(1) 1:28
**edward**(1) 2:36
**effect**(3) 18:16 18:23 22:1
**effort**(1) 23:3
**egerton**(1) 2:41
**either**(1) 23:22
**electronic**(2) 1:36 26:17
**else**(1) 24:17
**email**(4) 9:10 9:16 17:1 22:9
**employees**(2) 5:13 5:14
**ended**(1) 11:16
**engaged**(1) 11:15
**enough**(1) 22:14
**enter**(1) 12:8
**entirety**(1) 7:22
**entitled**(2) 5:15 5:20
**entry**(1) 18:5
**ernst**(3) 2:10 3:16 4:8
**esq**(20) 1:23 2:5 2:12 2:18 2:25 2:31 2:36 2:42 3:5 3:13 3:18 3:26 3:32 3:34 3:42 3:44 4:5 4:9 4:13 4:17
**esther**(1) 3:22
**even**(3) 19:11 23:7 25:1
**event**(1) 17:16
**events**(1) 10:19
**everyone**(2) 5:3 26:9
**exactly**(2) 23:8 24:2
**example**(1) 10:25
**excellent**(1) 8:21
**expedite**(1) 24:14
**expense**(1) 5:22
**explain**(2) 7:4 18:25
**extensive**(1) 16:17
**eye**(1) 9:24
**face**(1) 20:13
**face-to**(1) 20:12
**face-to-face**(1) 20:12
**fact**(4) 13:13 17:22 18:12 18:19
**facts**(1) 9:19
**fails**(1) 12:21
**far**(1) 11:1
**farallon**(1) 3:37
**fed**(1) 3:29
**felt**(3) 9:23 10:9 11:13
**few**(1) 26:2
**file**(7) 12:9 14:3 14:8 14:15 14:23 14:25 15:24
**filed**(9) 11:10 13:25 14:7 16:5 16:9 17:18 23:19 23:25 24:6
**files**(1) 12:23
**filing**(5) 12:11 12:15 14:4 16:15 16:21
**filings**(1) 10:25
**fine**(1) 7:10

**finger**(1) 2:4
**first**(9) 5:10 8:2 8:20 12:4 12:5 12:6 13:22 14:9 23:6
**floor**(1) 1:24
**follow**(2) 7:8 22:7
**following**(1) 12:11
**follows**(1) 18:4
**footnote**(5) 14:3 14:13 14:17 17:12 17:15
**for**(39) 1:2 1:22 2:4 2:10 2:16 2:23 2:30 2:35 3:4 3:12 3:16 3:21 3:25 3:29 3:37 3:41 4:4 4:8 4:12 4:16 5:5 6:16 6:20 8:2 10:25 12:10 15:20 17:9 18:10 18:18 18:19 18:19 18:20 18:24 21:11 21:14 21:19 23:18 23:21
**foregoing**(1) 26:16
**forgiveness**(1) 18:21
**form**(2) 5:18 6:3
**forthright**(2) 9:12 10:15
**forum**(2) 18:10 18:10
**forward**(1) 25:4
**fred**(1) 3:30
**from**(14) 8:6 8:22 9:5 10:9 11:11 12:15 13:1 15:23 19:24 20:8 20:9 24:6 25:2 26:17
**front**(2) 9:3 11:3
**full**(2) 12:4 12:5
**future**(1) 20:8
**garrity**(1) 20:8
**gay**(1) 2:43
**geddes**(2) 2:30 21:20
**genband**(1) 13:18
**general**(1) 5:20
**gentlemen**(2) 7:17 25:15
**get**(2) 8:8 9:18
**getting**(1) 21:6
**ginger**(1) 1:28
**give**(2) 14:6 16:4
**given**(1) 7:2
**giving**(1) 7:19
**going**(15) 6:25 7:4 7:22 9:20 10:7 10:9 10:13 10:15 11:9 11:13 17:22 19:21 20:15 21:23 23:10
**good**(11) 5:3 5:4 5:5 6:5 6:17 6:19 7:14 7:17 8:15 19:10 26:11
**got**(6) 6:25 8:10 9:3 9:18 10:24 11:14
**gottlieb**(1) 3:12
**great**(1) 9:12
**gross**(1) 1:18
**groundwork**(1) 23:4
**group**(1) 18:7
**guess**(2) 18:17 25:17
**gump**(1) 3:29
**gun**(1) 24:9
**had**(9) 5:14 9:8 14:7 19:8 19:9 21:4 21:5 21:5 22:17
**hadley**(1) 3:25
**hain**(3) 5:16 5:17 6:6
**hamilton**(1) 3:12
**hand**(1) 7:11
**handed**(2) 7:6 22:5
**handle**(1) 26:2
**happen**(1) 17:22 17:22
**happened**(4) 8:16 13:22 16:25 17:4
**happening**(1) 10:21
**happy**(1) 24:18
**harrington**(1) 3:13
**harrisburg**(1) 1:32
**has**(7) 6:24 8:16 12:17 13:20 13:21 19:25 23:19
**hauer**(1) 3:29

**have**(30) 5:9 5:13 5:17 5:17 5:18 7:15 8:11 8:22 8:23 8:24 10:2 10:20 13:8 14:17 17:3 17:4 17:16 17:24 18:20 19:10 19:12 20:7 20:8 21:15 22:9 23:25 24:17 24:19 25:1 25:12
**having**(1) 21:7
**head**(2) 20:17 24:13
**heard**(3) 5:11 8:23 9:8
**hearing**(18) 5:12 6:22 6:23 7:1 8:17 14:7 15:20 16:25 17:19 17:21 18:10 21:4 22:6 22:13 23:7 25:2 25:22 26:13
**helps**(2) 9:13 10:14
**here**(10) 6:7 6:21 7:16 8:19 9:23 10:9 17:2 18:24 22:21 24:9
**hereby**(1) 18:14
**herein**(2) 14:21 16:7
**highlighted**(7) 11:21 11:24 11:25 12:1 12:5 12:7 12:10
**hill**(2) 2:35 6:20
**him**(2) 5:19 7:20
**his**(3) 5:15 5:16 5:19
**hoc**(1) 3:25
**hodara**(1) 3:30
**honor**(65) 5:5 6:6 6:11 6:19 6:22 7:6 7:15 7:20 8:1 8:1 8:2 8:5 8:20 9:3 9:11 9:20 9:24 9:25 9:25 10:2 10:7 10:10 10:11 10:12 11:3 11:17 11:20 12:3 12:4 12:6 12:19 13:6 13:12 14:2 14:16 15:5 15:7 15:10 16:2 16:3 16:13 17:7 18:2 18:2 18:25 21:4 21:12 21:18 21:21 21:21 22:19 22:21 23:8 23:15 23:23 24:9 24:17 24:19 25:3 25:12 25:16 25:19 26:6 26:7 26:10
**honor's**(11) 9:10 15:13 16:25 17:2 17:8 18:1 18:3 18:15 18:18 18:21 19:16
**honorable**(1) 1:18
**how**(3) 10:21 16:17 19:14
**i'll**(6) 7:11 7:19 14:18 16:14 17:9 25:24
**i'm**(5) 8:5 10:7 22:21 24:8 24:18
**i've**(3) 11:3 11:21 25:5
**identified**(2) 16:7 17:1
**immediately**(3) 12:11 16:21 22:6
**impact**(1) 25:8
**impacted**(1) 10:22
**impasse**(1) 12:18
**important**(5) 9:23 10:11 10:18 12:20 18:24
**in-person**(1) 20:13
**inc**(2) 1:7 4:4
**including**(3) 15:18 18:8 22:24
**indicated**(1) 25:5
**ingersoll**(1) 2:11
**insisted**(1) 10:8
**intend**(1) 18:12
**intent**(2) 23:20 24:1
**interested**(1) 2:24
**interests**(1) 2:24
**into**(4) 9:7 12:8 17:2 22:1
**involved**(8) 8:8 8:23 10:18 11:7 11:7 13:16 19:9 21:22
**involvement**(1) 8:7
**involves**(1) 14:21
**isn't**(1) 23:6
**issue**(6) 14:25 15:18 18:7 22:25 23:4 23:4
**issues**(4) 14:21 16:20 22:20 22:23
**it's**(20) 6:25 7:4 7:4 7:7 8:13 10:17 10:23 10:24 14:17 15:23 17:6 17:9 17:21 19:3 19:3 20:3 20:3 23:6 23:10 24:1
**item**(2) 5:10 6:12
**items**(1) 5:9
**its**(3) 6:8 12:21 17:2
**jaime**(1) 2:18
**james**(1) 4:12

**john**(2) 2:42 7:15
**joint**(2) 2:16 17:20
**jointly**(1) 1:6
**joseph**(1) 3:18
**judge**(4) 1:18 1:19 20:8 20:9
**judges**(1) 9:13
**jurisdictions**(1) 22:3
**just**(16) 7:3 7:7 7:15 8:11 10:3 10:9 10:23 11:23 14:18 16:14 17:9 19:3 19:16 20:25 21:1 24:10
**justice**(1) 11:1
**justice's**(1) 22:15
**justin**(1) 2:25
**kahn**(1) 3:32
**kathleen**(1) 2:12
**keller**(1) 4:9
**kevin**(1) 1:18
**kind**(5) 6:23 6:24 6:25 10:24 22:14
**king**(1) 2:7 2:20 3:4
**knew**(1) 10:23
**know**(10) 6:25 7:4 8:19 10:18 10:23 10:24 19:13 21:24 24:10 25:9
**knowledge**(1) 21:22
**known**(1) 10:20
**knows**(4) 8:2 8:5 21:21 22:21
**knoxville**(2) 2:45 10:9
**kosmouski**(10) 6:17 6:19 6:20 7:11 7:13 7:15 7:18 8:13 22:6 22:12
**kosmowski**(1) 2:36
**last**(15) 5:11 6:22 7:2 8:19 9:4 12:19 14:1 15:22 16:3 16:25 17:24 20:5 21:4 21:15 22:11
**later**(1) 15:24
**laughter**(5) 6:1 24:12 25:20 25:25 26:3
**law**(3) 3:41 4:12 14:22
**lay**(1) 23:4
**layton**(1) 2:4
**left**(1) 13:19
**legal**(1) 16:18
**let**(2) 19:3 24:10
**letter**(1) 22:17
**lift**(5) 13:3 13:9 15:19 17:17 18:9
**light**(1) 16:24
**like**(2) 19:10 19:24
**likelihood**(1) 19:10
**limitation**(2) 15:19 18:8
**limitations**(6) 11:8 11:11 11:13 12:8 12:13 15:12
**limited**(1) 16:19
**line**(1) 10:20
**linn**(1) 3:38
**litigate**(1) 17:17
**litigation**(5) 7:23 8:6 8:18 10:22 25:9
**little**(2) 6:25 15:13
**llc**(1) 1:30
**llp**(7) 1:22 2:17 3:17 3:29 4:4 4:8 4:12
**local**(1) 24:4
**look**(1) 9:24
**looks**(5) 12:3 14:16 16:2 17:7 18:2
**lost**(1) 10:24
**lot**(1) 21:3
**lowenthal**(1) 3:42
**luton**(1) 2:18
**mace**(1) 1:28
**made**(2) 9:3 17:2
**make**(4) 7:7 15:23 22:20 24:8
**management**(3) 3:37 4:16 4:17
**many**(1) 10:10
**march**(3) 11:9 11:12 11:15
**market**(4) 1:11 1:24 2:13 2:37
**matter**(2) 9:10 26:18
**matters**(3) 15:17 18:6 24:21
**may**(11) 5:24 6:2 6:5 6:19 14:13 14:22 15:17 15:24 18:6 21:18 22:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **maybe**(2) 17:3 26:1 | | **november**(3) 1:14 5:1 26:21 | | **priority**(1) 5:21 | | **right**(25) 5:23 7:21 8:15 8:21 9:15 14:16 |
| **mcafee**(1) 2:41 | | **now**(7) 10:18 11:2 13:19 16:8 21:21 21:23 | | **probably**(1) 10:20 | | 14:25 15:1 15:4 16:1 18:17 19:23 20:2 |
| **mccloy**(1) 3:25 | | 21:24 | | **problem**(1) 11:14 | | 20:10 21:9 21:9 21:16 22:2 22:4 22:16 |
| **mean**(1) 17:12 | | | | **proceed**(3) 9:6 16:17 25:7 | | 24:24 25:11 25:13 25:21 25:23 |
| **meaning**(1) 25:6 | | **objected**(1) 5:14 | | **proceeding**(3) 6:13 23:22 25:10 | | |
| **means**(1) 13:15 | | **objection**(3) 5:11 5:12 5:15 | | **proceedings**(9) 1:17 1:36 13:8 13:13 16:6 | | **rights**(2) 14:15 22:23 |
| **mediate**(1) 13:15 | | **obviously**(3) 13:20 19:12 21:25 | | 16:9 18:9 19:8 26:18 | | **rise**(1) 5:2 |
| **mediation**(23) 9:1 9:6 10:4 12:13 12:17 | | **occurred**(4) 9:9 11:12 13:20 13:21 | | | | **riverview**(1) 2:6 |
| 12:20 12:22 13:4 13:7 13:21 16:21 17:2 | | **october**(2) 11:6 15:3 | | **process**(3) 13:21 20:11 20:15 | | **rodney**(2) 2:6 2:19 |
| 17:16 17:23 18:13 18:19 19:9 20:6 20:24 | | **off**(1) 6:23 | | **produced**(1) 5:18 | | **rooney**(1) 2:11 |
| 20:25 21:3 21:23 21:23 | | **official**(1) 3:29 | | **productive**(2) 20:13 21:8 | | **rules**(1) 24:4 |
| | | **okay**(10) 6:10 7:25 8:15 10:6 13:5 13:11 | | **proposal**(1) 12:25 | | **run**(1) 25:24 |
| **melnik**(1) 4:5 | | 15:2 16:7 24:9 24:16 | | **proposed**(1) 5:18 | | **running**(1) 11:9 |
| **memorialized**(1) 11:16 | | | | **protectively**(1) 14:7 | | |
| **mention**(1) 18:18 | | **omnibus**(1) 5:11 | | **provide**(2) 11:25 22:14 | | **safe**(1) 26:8 |
| **merits**(3) 15:19 16:18 18:8 | | **once**(2) 17:21 18:11 | | **provided**(2) 16:15 22:9 | | **said**(9) 9:17 9:18 10:1 10:3 10:14 18:17 |
| **michael**(1) 3:38 | | **one**(5) 2:6 5:13 17:8 19:13 19:14 | | **provides**(1) 16:22 | | 19:24 |
| **might**(2) 14:6 24:19 | | **operating**(1) 19:15 | | **pursuant**(2) 14:24 16:6 | | |
| **milbank**(1) 3:23 | | **opportunity**(2) 7:2 16:22 | | **put**(3) 14:2 15:22 18:11 | | **sale**(1) 11:11 |
| **miller**(1) 4:13 | | **opposed**(1) 25:6 | | | | **same**(2) 11:23 18:24 |
| **mimics**(2) 18:3 18:13 | | **opposing**(1) 7:7 | | **question**(3) 19:3 19:3 19:17 | | **samis**(1) 2:5 |
| **mind**(3) 7:11 10:13 25:1 | | **opposition**(1) 24:5 | | **questions**(1) 24:18 | | **say**(9) 9:14 10:12 10:12 11:6 14:18 21:4 |
| **minimize**(1) 6:3 | | **order**(24) 5:19 6:3 6:7 7:9 8:25 9:4 9:5 | | **quote**(1) 14:18 | | 21:7 22:21 24:25 |
| **minutes**(1) 7:3 | | 10:5 11:1 12:8 15:6 15:16 16:5 17:3 18:1 | | | | |
| **misimpression**(1) 19:15 | | 18:3 18:5 18:15 18:18 22:15 23:21 24:22 | | **radware**(15) 2:30 8:17 11:11 13:19 13:23 | | **saying**(1) 5:14 |
| **mistaken**(1) 9:7 | | 25:1 25:8 | | 19:7 19:9 19:17 20:4 20:24 21:17 21:20 | | **says**(6) 7:9 12:11 12:20 17:15 18:3 19:21 |
| **misunderstanding**(1) 14:20 | | | | 21:21 24:23 25:9 | | **scheduled**(3) 9:21 19:11 |
| **monitor**(3) 2:10 3:16 4:8 | | **orders**(3) 7:5 9:25 19:20 | | | | **schuylkill**(1) 1:31 |
| **months**(3) 8:12 8:13 8:14 | | **other**(6) 17:8 18:6 19:7 19:22 19:22 20:1 | | **raise**(1) 12:25 | | **seal**(3) 14:8 17:13 23:20 |
| **morawetz**(1) 11:1 | | **our**(6) 10:10 14:2 15:23 17:6 17:13 22:23 | | **raised**(1) 16:20 | | **sealed**(1) 16:15 |
| **more**(1) 7:3 | | **ourselves**(3) 10:5 11:20 14:11 | | **reached**(2) 5:13 12:18 | | **seated**(1) 5:4 |
| **morning**(9) 5:3 5:4 5:5 5:10 6:5 6:18 | | **out**(3) 7:7 10:17 20:4 | | **read**(2) 16:14 17:9 | | **second**(2) 6:11 12:10 |
| 6:19 7:14 9:24 | | **over**(2) 6:15 20:14 | | **realize**(1) 9:9 | | **secondly**(1) 23:10 |
| | | **overy**(2) 3:17 4:8 | | **really**(5) 10:16 23:16 23:18 25:1 25:24 | | **section**(2) 15:22 18:14 |
| **morris**(3) 1:22 4:12 5:6 | | | | **reason**(4) 15:11 18:18 19:17 24:25 | | **see**(12) 7:17 12:4 12:6 12:10 12:19 13:6 |
| **most**(1) 22:8 | | **page**(1) 11:21 | | **recall**(1) 11:1 | | 13:11 15:6 15:10 16:3 16:13 18:2 |
| **motion**(27) 12:23 13:3 13:3 13:25 14:4 | | **papers**(1) 19:7 | | | | |
| 14:7 14:23 15:19 15:24 16:8 16:15 17:6 | | **paragraph**(4) 12:4 12:5 12:20 13:12 13:16 | | **received**(2) 9:10 9:16 | | **seeing**(1) 20:15 |
| 17:9 17:13 17:17 18:9 19:11 19:23 19:24 | | 16:3 16:13 18:2 | | **recently**(1) 19:25 | | **seem**(1) 25:23 |
| 23:21 23:24 23:24 23:25 24:14 25:2 25:6 | | | | **recess**(1) 26:8 | | **seen**(1) 22:17 |
| 25:10 | | **part**(3) 13:7 19:14 23:19 | | **record**(6) 5:6 6:20 8:2 12:11 17:10 21:19 | | **selinda**(1) 4:5 |
| | | **parties**(5) 12:14 16:19 16:20 17:15 19:22 | | **recorded**(1) 1:36 | | **sense**(1) 8:11 |
| **motions**(2) 19:13 24:6 | | **party**(3) 3:37 16:16 | | **recording**(2) 1:36 26:17 | | **serious**(2) 19:15 19:25 |
| **move**(3) 13:9 18:12 23:20 | | **passage**(1) 12:7 | | **reference**(18) 10:4 12:6 12:24 13:4 13:7 | | **seriously**(1) 10:12 |
| **moved**(1) 9:22 | | **patterson**(1) 3:41 | | 13:12 14:4 14:8 14:23 15:11 15:25 16:14 | | **served**(1) 13:25 |
| **much**(4) 9:11 24:16 25:11 25:16 | | **paul**(1) 4:9 | | 17:8 17:21 18:12 22:20 22:24 23:21 | | **service**(2) 1:30 1:37 |
| **murphy**(1) 2:12 | | | | | | **services**(1) 1:30 |
| **nashville**(1) 3:7 | | **pennsylvania**(1) 1:32 | | **referenced**(1) 16:23 | | **settled**(1) 13:17 |
| **nature**(1) 24:15 | | **pension**(1) 2:23 | | **referred**(2) 12:13 14:14 | | **settlement**(3) 13:24 20:25 21:1 |
| **need**(1) 9:18 | | **performance**(1) 13:18 | | **regards**(1) 6:12 | | **severance**(1) 5:15 |
| **negotiations**(4) 11:7 11:16 13:16 13:24 | | **perhaps**(2) 10:22 23:4 | | **relate**(3) 7:22 19:20 24:23 | | **shaking**(1) 24:13 |
| **neither**(1) 23:24 | | **period**(2) 12:14 13:1 | | **relates**(1) 9:1 | | **short**(1) 25:22 |
| **networks**(1) 1:7 | | **perspective**(1) 15:23 | | **relating**(1) 12:14 | | **should**(3) 10:20 18:20 21:15 |
| **new**(3) 8:6 9:21 20:9 | | **piece**(1) 8:18 | | **relation**(1) 13:1 | | **shouldn't**(1) 21:7 |
| **next**(5) 13:12 15:2 15:5 17:19 23:16 | | **pieces**(1) 18:17 | | **relatively**(2) 8:5 19:25 | | **show**(2) 25:18 25:19 |
| **nice**(1) 25:22 | | **piper**(1) 4:4 | | **relevant**(1) 11:21 | | **shuttle**(1) 20:14 |
| **nichols**(2) 1:22 5:6 | | **place**(5) 8:24 9:4 10:19 11:15 24:22 | | **repeated**(1) 8:23 | | **sidetracked**(1) 6:25 |
| | | **placed**(2) 11:3 11:17 | | **repeats**(1) 18:5 | | **simply**(1) 22:20 |
| **non-bankruptcy**(1) 14:22 | | **plaintiff**(1) 25:5 | | **request**(1) 14:8 | | **since**(1) 21:4 |
| **non-binding**(1) 12:13 | | **plaintiffs**(1) 18:8 | | **requested**(3) 7:1 11:24 16:4 | | **sir**(4) 11:2 20:21 20:23 21:16 |
| **non-core**(2) 23:22 22:15 | | **planned**(1) 14:3 | | **require**(1) 13:14 | | **situation**(1) 24:21 |
| **non-highlighted**(1) 11:25 | | **please**(6) 5:2 5:4 6:4 6:20 7:13 21:19 | | **research**(9) 2:12 12:16 12:21 12:22 12:23 | | **six**(3) 8:12 8:13 8:14 |
| **non-nortel**(3) 13:14 13:15 13:17 | | **podium**(2) 6:15 7:19 | | 13:14 14:22 14:24 15:18 | | **snmp**(27) 2:35 3:4 6:13 6:16 6:21 8:3 |
| **none**(1) 24:23 | | **point**(5) 17:7 20:7 23:16 24:18 25:10 | | | | 11:7 11:10 11:15 12:7 12:12 12:16 12:21 |
| **nor**(1) 23:24 | | **portion**(1) 12:10 | | **research's**(2) 15:19 15:25 | | 12:22 12:23 13:14 13:16 14:22 14:24 |
| **nortel**(27) 1:7 8:25 9:1 9:6 10:5 11:7 | | **portions**(2) 11:21 12:5 | | **reservation**(1) 14:14 | | 15:18 15:19 15:21 16:15 21:25 22:18 |
| 11:11 11:15 11:20 12:9 12:12 12:16 12:17 | | **possible**(1) 10:23 | | **reserve**(1) 23:2 | | 23:19 25:5 |
| 12:21 12:25 13:19 13:20 14:12 15:18 18:2 | | **ppearances**(3) 1:21 2:1 3:1 | | **reserves**(1) 14:25 | | **snmp's**(2) 15:12 17:17 |
| 19:18 19:20 19:22 20:19 21:25 22:18 | | **practical**(1) 18:16 | | **reserving**(1) 14:14 | | **some**(5) 7:5 8:17 14:6 14:10 20:3 |
| 25:22 | | **practically**(1) 10:3 | | **resolution**(2) 5:13 5:18 | | **something**(5) 9:14 10:12 10:24 11:14 15:22 |
| **nortel's**(1) 22:1 | | **precise**(3) 5:25 18:20 21:15 | | **resolve**(2) 16:22 20:1 | | **somewhere**(1) 10:20 |
| **nortel/snmp**(1) 19:21 | | **prejudice**(5) 12:23 14:5 15:17 15:24 18:6 | | **resolving**(1) 5:19 | | **sorry**(1) 17:12 |
| **north**(3) 1:24 2:7 2:13 | | **presentation**(1) 7:19 | | **resources**(1) 16:20 | | **sort**(2) 19:8 19:14 |
| **not**(28) 9:5 9:13 10:4 10:14 10:18 10:25 | | **presenting**(1) 6:7 | | **respect**(10) 7:8 13:20 13:22 13:23 17:18 | | **sound**(2) 1:36 26:17 |
| 11:23 12:22 12:25 13:13 14:5 14:5 18:13 | | **preserve**(1) 18:11 | | 17:25 20:3 20:4 22:19 22:24 | | **southpaw**(2) 4:16 4:16 |
| 18:18 18:19 19:4 19:22 20:15 20:17 21:4 | | **preserving**(2) 11:10 16:19 | | | | **specific**(1) 10:4 |
| 22:17 23:6 23:13 23:22 24:8 24:11 24:17 | | **prevented**(1) 25:1 | | **response**(4) 13:3 14:1 14:3 14:5 | | **specifically**(2) 9:22 16:4 |
| 25:8 | | **previously**(1) 22:17 | | **result**(1) 12:22 | | **spoke**(1) 9:17 |
| **nothing**(3) 8:16 13:19 13:21 | | **pride**(1) 9:12 | | **reviewed**(1) 6:7 | | **square**(2) 2:6 2:19 |
| **nothing's**(1) 17:22 | | **principals**(1) 21:2 | | **richard**(3) 3:5 7:16 8:2 | | **stand**(1) 26:8 |
| **notice**(2) 23:20 24:1 | | **prior**(1) 16:15 | | **richards**(1) 2:4 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**stargatt**(1) 2:17
**start**(1) 6:23
**statement**(2) 9:4 9:8
**states**(2) 1:1 1:19
**status**(3) 6:12 6:24 23:9
**statute**(6) 11:8 11:10 11:13 11:14 12:7 15:12

**stay**(14) 8:24 9:4 13:3 13:9 13:13 15:19 16:6 16:9 17:17 18:9 19:8 21:25 22:1 25:6
**staying**(1) 13:8
**ste**(4) 2:13 2:26 2:37 3:6
**steen**(1) 3:12
**stephen**(1) 4:13
**still**(1) 13:21
**stipulated**(1) 18:14
**stipulation**(4) 18:1 18:4 18:11 18:15
**straight**(1) 9:18
**straightening**(1) 10:17
**strauss**(1) 3:29
**street**(6) 1:11 1:31 2:7 2:20 2:43 3:6
**strictly**(1) 20:19
**submission**(1) 6:8
**submitting**(1) 16:20
**subparagraph**(1) 15:13
**subsequent**(1) 17:1
**subsequently**(1) 5:16
**successful**(2) 18:13 20:15
**such**(1) 18:8
**supplemental**(1) 6:3
**supposed**(2) 6:23 24:11
**sure**(4) 17:5 18:22 22:20 24:8
**tab**(13) 11:17 11:20 11:23 11:25 15:6 16:10 16:12 16:13 17:9 17:11 17:12 17:25 18:4
**take**(2) 9:12 10:11
**takes**(1) 23:16
**talk**(1) 19:6
**taylor**(1) 2:17
**technically**(1) 10:1
**technologies**(1) 13:18
**telephone**(1) 20:14
**telephonic**(2) 3:10 4:1
**tell**(3) 9:11 9:20 25:24
**terminated**(1) 12:18
**terms**(1) 16:6
**than**(2) 7:3 19:22
**thank**(21) 5:3 6:5 6:5 6:9 6:10 6:11 6:17 7:13 21:12 21:16 21:18 24:4 26:6 26:7 26:10 25:14 25:15 25:16 26:4 26:6 26:7 26:10

**that**(123) 5:19 6:7 6:23 7:2 8:22 8:24 8:25 9:4 9:5 9:8 9:9 9:9 9:20 10:1 10:2 10:8 10:8 10:9 10:18 10:19 10:23 10:24 11:6 11:8 11:13 11:16 12:4 12:10 12:16 12:16 12:17 12:19 12:20 13:12 13:13 13:13 13:19 13:22 13:25 14:1 14:3 14:5 14:5 14:6 14:9 14:14 15:5 15:10 15:11 15:11 15:16 15:16 15:17 15:21 15:22 15:22 15:23 16:3 16:4 16:6 16:8 16:8 16:13 16:14 16:23 16:24 17:1 17:1 17:3 17:9 17:16 17:22 17:22 17:24 18:2 18:3 18:4 18:5 18:6 18:12 18:13 18:15 18:16 18:19 18:19 18:23 19:2 19:9 19:14 19:17 19:21 19:24 19:25 20:16 21:5 21:17 22:8 22:9 22:18 22:20 22:21 23:2 23:4 23:4 23:15 23:21 24:8 24:13 24:15 24:16 24:19 24:21 24:23 24:25 25:1 25:4 25:6 25:8 26:4 26:16
**that's**(6) 5:25 14:11 16:9 20:4 22:4 25:12
**thau**(1) 4:17

**the**(301) 1:1 1:2 1:18 2:4 5:2 5:3 5:5 5:7 5:8 5:9 5:10 5:10 5:10 5:11 5:14 5:15 5:18 5:21 5:22 5:23 5:24 5:25 6:4 6:7 6:11 6:12 6:13 6:14 6:15 6:17 6:20 6:20 6:22 6:24 7:1 7:1 7:1 7:3 7:5 7:8 7:10 7:12 7:13 7:17 7:19 7:19 7:21 7:22 7:22 7:25 8:2 8:4 8:6 8:8 8:11 8:15 8:17 8:18 8:21 8:22 8:25 9:4 9:5 9:6 9:12 9:15 9:16 9:19 9:22 9:24 10:2 10:4 10:4 10:6 10:15 10:15 10:16 10:19 10:19 10:20 10:21 10:22 10:24 11:3 11:4 11:8 11:9 11:10 11:11 11:14 11:18 11:21 11:22 11:23 12:2 12:3 12:13 12:5 12:6 12:7 12:9 12:10 12:10 12:11 12:11 12:12 12:14 12:15 12:15 12:16 12:17 12:19 12:20 12:22 12:24 13:1 13:1 13:2 13:2 13:3 13:4 13:5 13:6 13:8 13:9 13:10 13:12 13:12 13:13 13:13 13:14 13:15 13:15 13:17 13:21 13:22 13:23 13:25 14:4 14:4 14:4 14:7 14:7 14:8 14:9 14:9 14:11 14:13 14:13 14:19 14:22 14:23 14:25 15:4 15:4 15:5 15:6 15:7 15:9 15:11 15:12 15:15 15:16 15:19 15:20 15:25 16:1 16:2 16:4 16:5 16:5 16:6 16:8 16:9 16:11 16:15 16:16 16:16 16:18 16:18 16:19 16:20 16:20 16:21 16:22 16:23 16:22 16:23 16:25 17:1 17:2 17:5 17:6 17:10 17:11 17:14 17:15 17:16 17:17 17:18 17:18 17:18 17:19 17:19 17:20 17:23 17:24 17:25 18:3 18:4 18:5 18:7 18:7 18:8 18:9 18:9 18:10 18:10 18:11 18:12 18:15 18:16 18:17 18:18 18:19 18:19 18:22 18:23 18:24 19:2 19:6 19:8 19:9 19:9 19:11 19:12 19:17 19:18 19:19 19:20 19:21 19:22 19:23 20:1 20:2 20:6 20:6 20:10 20:11 20:14 20:15 20:19 20:19 20:22 20:24 20:24 21:2 21:4 21:9 21:13 21:16 21:19 21:19 21:22 21:24 22:2 22:4 22:5 22:6 22:8 22:11 22:13 22:15 22:16 22:17 22:19 22:20 22:22 22:24 22:24 23:1 23:6 23:10 23:11 23:13 23:17 23:20 23:22 23:23 23:24 23:24 23:25 24:1 24:3 24:4

**the**(34) 24:6 24:7 24:10 24:13 24:20 24:21 24:22 24:24 24:25 25:2 25:2 25:4 25:5 25:8 25:8 25:9 25:10 25:13 25:15 25:17 25:18 25:19 25:21 25:23 26:1 26:2 26:4 26:8 26:11 26:13 26:16 26:17 26:17 26:17
**their**(2) 23:20 23:21
**them**(5) 7:1 13:24 13:25 21:8 25:24
**then**(8) 12:19 13:11 14:6 15:2 15:13 16:2 16:6 17:24
**there**(19) 9:4 9:22 11:13 12:4 12:6 13:23 15:23 16:14 17:4 19:25 20:24 20:25 21:1 21:2 21:3 24:14 24:22 25:17 25:17
**there's**(5) 8:17 13:12 14:20 19:10 19:10
**thereby**(1) 25:7
**therefore**(1) 12:24
**these**(4) 9:25 10:19 19:7 22:8
**they**(4) 5:17 13:25 17:17 25:6
**they're**(1) 24:6
**they've**(1) 23:22
**the mediation**(1) 21:24
**thing**(1) 13:22
**things**(7) 8:18 8:23 9:7 17:1 20:1 20:12 22:11

**think**(11) 7:2 14:13 16:24 18:23 19:17 21:5 22:8 22:10 24:17 24:20 25:7

**third**(1) 16:16
**thirty-second**(1) 5:11

**this**(45) 5:9 7:22 8:6 8:16 8:23 9:5 9:18 9:23 9:24 10:17 12:20 12:24 13:1 13:7 13:16 14:2 14:21 14:25 15:2 15:11 15:16 16:4 16:9 17:3 17:8 18:5 18:16 18:25 18:25 19:4 20:6 20:15 20:16 20:17 20:19 21:4 23:6 23:8 23:13 23:18 24:15 24:18 25:10 25:18 25:19
**those**(1) 24:5
**three**(2) 11:12 12:5
**through**(8) 7:3 9:25 10:8 11:3 13:2 18:25 20:14 25:24

**time**(8) 8:20 8:22 10:19 14:23 19:25 21:22 24:6 24:18

**timeliness**(1) 22:25
**timely**(1) 23:14
**times**(3) 9:14 10:10 10:15
**today**(3) 6:7 9:21 18:25
**today's**(1) 23:3
**together**(1) 19:13
**told**(1) 15:21
**tolled**(1) 12:15
**too**(1) 21:6
**took**(2) 10:19 24:21
**tower**(1) 2:44
**traci**(1) 26:22
**transcriber**(1) 26:22
**transcript**(3) 1:17 1:37 26:17
**transcription**(2) 1:30 1:37
**transferred**(1) 5:16
**travel**(1) 26:9
**trial**(1) 26:2
**true**(1) 9:14
**truth**(1) 10:14
**try**(1) 24:19
**tuesday**(1) 5:1
**tunnel**(1) 5:6
**tunnell**(1) 1:22
**turn**(1) 3:25
**turner**(3) 5:14 5:17 6:6
**tweed**(1) 3:35
**two**(4) 5:9 8:23 9:7 22:3
**tyler**(1) 3:41
**type**(1) 14:10
**u.s.**(3) 12:17 17:19 17:20
**ultimate**(2) 17:3 18:1

**under**(5) 9:5 14:8 19:15 24:4 24:9
**understand**(7) 9:10 10:1 10:11 11:12 20:22 23:3 24:20

**understanding**(2) 24:14 24:21
**understood**(1) 25:3
**union**(1) 3:6
**united**(2) 1:1 1:19
**unless**(1) 11:14
**unsecured**(2) 3:30 5:20
**unsuccessful**(1) 17:16
**until**(6) 9:1 9:6 12:12 12:15 17:22 19:25
**upon**(3) 9:8 10:2 16:21
**upset**(3) 9:11 9:11 9:17
**usc**(1) 14:24

**various**(1) 19:13
**version**(1) 12:1
**very**(13) 5:25 9:11 9:17 10:10 10:12 12:2 16:3 18:24 19:2 20:17 24:16 25:11 25:16

**volume**(1) 10:25
**waiver**(1) 14:10
**walk**(5) 7:3 9:25 10:7 11:2 18:25
**want**(9) 7:8 10:11 11:6 12:22 14:9 17:7 21:6 22:20 24:8

**wanted**(2) 19:12 25:7
**wanting**(1) 12:8

**was**(48) 5:12 5:14 8:19 9:4 9:6 9:7 9:7 9:9 9:9 9:16 9:20 9:22 10:1 10:21 10:25 11:7 11:19 11:13 13:16 13:23 13:23 15:22 15:22 16:8 18:17 18:19 18:24 19:14 19:15 19:17 20:24 20:25 21:2 21:3 21:22 21:25 22:5 22:6 23:13 24:10 24:13 24:14 24:22 25:17 25:17 25:18 25:19 26:13
**wasn't**(1) 10:3
**way**(2) 17:2 17:3
**we'll**(2) 26:2 26:8
**we're**(8) 6:7 9:20 10:9 13:7 15:11 20:14 21:5 21:7

**we've**(3) 5:19 9:17 20:13
**webb**(1) 3:41
**week**(8) 8:19 9:4 14:1 16:25 20:5 21:4 21:15 22:11

**welcome**(1) 7:21
**well**(4) 10:16 12:2 25:23 25:24
**went**(1) 25:4
**were**(9) 6:23 10:18 11:7 11:8 11:24 14:14 20:5 21:1 22:8

**what**(17) 7:8 9:8 9:8 9:18 9:19 10:1 10:3 10:11 10:21 11:16 13:8 14:17 16:24 18:17 22:21 23:19 24:11

**what's**(2) 18:3 18:14
**when**(7) 8:8 9:3 9:13 9:16 10:12 13:23 18:17

**where**(9) 6:24 6:24 7:4 7:4 9:19 9:19 13:6 20:5 20:6

**whereupon**(1) 26:13
**whether**(4) 9:13 10:14 20:12 23:13
**which**(9) 5:11 5:12 8:24 9:10 11:19 13:18 15:6 17:25 18:11

**while**(2) 10:1 16:19
**who's**(1) 20:8
**whole**(2) 25:18 25:19
**why**(4) 13:7 14:6 19:17 19:24
**will**(21) 6:15 7:2 7:7 7:19 9:20 10:2 12:6 12:12 12:19 15:6 15:7 15:10 16:3 16:13 17:17 18:2 20:15 20:16 20:17 21:24
**william**(1) 2:31
**wilmington**(9) 1:12 1:25 2:8 2:14 2:21 2:27 2:33 2:38 5:1

**wishes**(1) 17:1
**with**(41) 5:13 5:17 5:19 5:24 6:2 6:12 6:23 7:8 8:19 8:23 8:25 9:12 9:13 10:15 11:7 11:12 11:14 12:7 13:16 13:16 13:17 17:25 19:18 20:1 20:3 20:4 20:19 21:8 22:14 22:19 22:24 23:23 23:25 25:7 26:4 withdraw(10) 12:24 13:3 14:3 14:4 14:8 15:24 18:12 22:19 23:20 23:24
**withdrawal**(1) 22:24
**withdrawn**(1) 14:24
**without**(6) 15:17 15:18 15:24 18:5 18:8 21:6

**witnesses**(1) 24:11
**wonderful**(1) 6:9
**wood**(2) 2:42 7:16 10:8 21:10
**words**(1) 19:7
**work**(1) 25:10
**worked**(1) 20:4
**would**(6) 17:4 18:12 19:12 23:3 24:6 25:1
**wouldn't**(2) 17:3 19:10
**wrong**(4) 9:19 10:1 14:14 18:18
**www.diazdata.com**(1) 1:34
**yeah**(3) 8:13 22:10 22:13

NORTEL NETWORKS, INC. 11.05.13 TLC.DOC

| Word | Page:Line |
|------|-----------|

**year**(1) 11:13
**yes**(25) 5:8  6:2  6:4  6:4  6:14  8:4  11:2
11:4  11:18  11:22  13:10  14:19  15:9  15:15
16:11  17:14  19:5  19:19  20:21  20:23  21:13
23:8  23:12  23:17  24:3

**yesterday**(1) 9:22
**yet**(2) 23:22  23:25
**york**(2) 9:21  20:9
**you**(44) 5:3  6:4  6:5  6:5  6:9  6:10  6:11
6:17  6:25  7:3  7:8  7:11  7:13  7:17  8:8  8:19
 10:18  10:24  11:3  13:6  14:14  18:17  19:1
19:13  20:7  21:12  21:16  21:18  21:24  23:3
24:9  24:10  25:9  25:11  25:13  25:14  25:15
25:16  25:23  25:24  26:4  26:6  26:7  26:10

**you'll**(3) 12:10  13:11  26:1
**you're**(1) 6:22
**young**(4) 2:11  2:17  3:17  4:9
**your**(84) 5:5  6:6  6:11  6:19  6:22  7:6  7:15
7:20  8:1  8:1  8:1  8:5  8:20  9:3  9:10  9:11
9:20  9:24  9:25  9:25  10:2  10:7  10:10
10:11  10:12  10:17  11:2  11:5  11:17  11:20
11:24  12:3  12:4  12:6  12:19  13:6  13:11
14:2  14:15  14:16  15:5  15:7  15:8  15:10
15:13  16:2  16:3  16:12  16:13  16:25  17:2
17:7  17:8  17:24  18:1  18:1  18:2  18:3
18:15  18:18  18:21  18:25  19:16  21:4  21:10
21:12  21:18  21:21  21:21  22:19  22:20  23:8
23:15  23:23  24:9  24:17  24:19  25:3  25:12
25:16  25:19  26:6  26:7  26:10