# EXHIBIT A

ME1 16752370v.1

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
8/1/2013...8/31/2013

*11/11/2013*
*10:17:05 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| dperson | Dawn Person | 4.8 | 1,416.00 |
| nberger | Neil Berger | 0.6 | 483.00 |
| sskelly | Stephanie Skelly | 4.3 | 1,612.50 |
| | **Grand Total:** | **9.7** | **3,511.50** |

1

Togut, Segal & Segal LLP
Summary Report

Nortel Networks Section 1114
8/1/2013...8/31/2013

*11/11/2013*
*10:19:19 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| | Fee Application/Fee Statements | 6.1 | 2,193.50 |
| | LTD/ICF | 3.6 | 1,318.00 |
| | Grand Total: | 9.7 | 3,511.50 |

1

Togut, Segal & Segal LLP
Summary Report

Nortel Networks Section 1114
8/1/2013...8/31/2013

*11/11/2013*
*10:20:18 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| **Fee Application/Fee Statements** | | **6.1** | **2,193.50** |
| dperson | Dawn Person | 4.4 | 1,298.00 |
| nberger | Neil Berger | 0.6 | 483.00 |
| sskelly | Stephanie Skelly | 1.1 | 412.50 |
| **LTD/ICF** | | **3.6** | **1,318.00** |
| dperson | Dawn Person | 0.4 | 118.00 |
| sskelly | Stephanie Skelly | 3.2 | 1,200.00 |
| | Grand Total: | 9.7 | 3,511.50 |

1

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: Fee Application/Fee Statements** | | | |
| 8/1/13 | nberger / Review Docs.<br>Fee Application/Fee Statements | T | 0.1<br>805.00 | 80.50<br>Billable |
| #299240 | Review CNO for TSS May monthly statement. | | | |
| 8/6/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #306152 | Communications with J. Schierbaum re: CNO for 21st Monthly App. | | | |
| 8/8/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>295.00 | 88.50<br>Billable |
| #306184 | Emails with J. Schierbaum, K. Buck and Annie Cordo re: ETA for Fee Examiner preliminary reports. | | | |
| 8/8/13 | dperson / Draft Documents<br>Fee Application/Fee Statements | T | 0.6<br>295.00 | 177.00<br>Billable |
| #306186 | Draft June fee statement and exhibits. | | | |
| 8/9/13 | nberger / Draft Documents<br>Fee Application/Fee Statements | T | 0.5<br>805.00 | 402.50<br>Billable |
| #301844 | Work on TSS June ICF monthly statement (.4); O/c w/ DP re same (.1). | | | |
| 8/9/13 | dperson / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.1<br>295.00 | 29.50<br>Billable |
| #306191 | OC with NB re: comments to June ICF Statement. | | | |
| 8/9/13 | dperson / Revise Docs.<br>Fee Application/Fee Statements | T | 0.4<br>295.00 | 118.00<br>Billable |
| #306192 | Revised and finalized June ICF Statement for submission and filing. | | | |

Nortel Networks Section 1114
8/1/2013...8/31/2013

Togut, Segal & Segal LLP
Client Billing Report

11/11/2013
10:18:09 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/12/13 | dperson / Revise Docs.<br>Fee Application/Fee Statements | T | 0.3<br>295.00 | 88.50<br>Billable |
| #302144 | Revised draft fee application and exhibits for 7th quarterly fee period. | | | |
| 8/12/13 | dperson / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 0.3<br>295.00 | 88.50<br>Billable |
| #302153 | Prepared and submitted June 2013 Monthly statement to M&E for filing. | | | |
| 8/16/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #306668 | Communications with KCC re: Service issues relating to 23rd Interim Monthly Statements. | | | |
| 8/19/13 | dperson / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 1.3<br>295.00 | 383.50<br>Billable |
| #306679 | Prepared data files, monthly statements, and expense documentation for Fee Examiner for the period June through July 2013. | | | |
| 8/19/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>295.00 | 88.50<br>Billable |
| #306680 | Communications with J. Schierbaum re: timing for fee examiners reports. | | | |
| 8/19/13 | sskelly / Review Docs.<br>Fee Application/Fee Statements | T | 0.4<br>375.00 | 150.00<br>Billable |
| #306803 | Review fee app in response to inquiry from R. Mizak and email to R. Mizak re same. | | | |
| 8/20/13 | sskelly / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.3<br>375.00 | 112.50<br>Billable |
| #306835 | O/c with DP re preparation of final fee applications (.1), o/c with NB re same (.1) and memo to R. Mizak re same (.1). | | | |

Togut, Segal & Segal LLP
Client Billing Report

11/11/2013
10:18:09 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/23/13 | sskelly / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>375.00 | 112.50<br>Billable |
| #304559 | Email to K. Buck re fee examiner email (.1), review and send email to M. Daniele, NB and DP re same (.2). | | | |
| 8/24/13 | sskelly / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.1<br>375.00 | 37.50<br>Billable |
| #304563 | Email to M. Daniele re status of fee examiner report. | | | |
| 8/27/13 | dperson / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #306777 | Finalized and prepared for filing and service of Seventh Quarterly Fee Application for the period April 1, 2013 through June 30, 2013. | | | |
| 8/29/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #305463 | Communications with M&E and KCC re: filing and service of 7th Interim Quarterly statement for filing. | | | |
| | Matter Total: | | 6.10 | 2,193.50 |

**Matter: LTD/ICF**

| | | | | |
|---|---|---|---|---|
| 8/1/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #300032 | Review inquiry from P. Rykwalder re T. Debtun (.1), memo to CS re same (.1), email to R. Mizak re same (.1), email to P. Rykwalder re same (.1), review email from P. Rykwalder re J. Gunter (.2), email to M. Fleming re same (.1), follow up email to P. Rykwalder re J. Gunter employee information (.1). | | | |
| 8/2/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #300038 | Email to K. Brown re LTD elections (.2), follow up email re COBRA participants (.1) , follow up email re skeleton staff (.1). | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
8/1/2013...8/31/2013

11/11/2013
10:18:09 AM

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 8/2/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #300040 | Email to K. Brown re LTDers electing into settlement (.1), email to K. Wagner re ICF information request (.1). | | | |
| 8/7/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #301660 | Email to A. Shapiro re preparation of file for J. Gunter. | | | |
| 8/7/13 | sskelly / Comm. Profes. LTD/ICF | T | 0.3 375.00 | 112.50 Billable |
| #301661 | Email to M. Morton and A. Shapiro re J Gunter life insurance election and revised ICF form (.2), follow up email to R. Ryan re same (.1). | | | |
| 8/8/13 | sskelly / Review Docs. LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #303864 | Review email from R. Ryan re J. Gunter information for revised ICF. | | | |
| 8/9/13 | sskelly / Comm. Others LTD/ICF | T | 0.5 375.00 | 187.50 Billable |
| #303883 | T/c with K. Davies re claim for life insurance (.2) and review of email from M. Fleming re same (.1), emails to P. Rykwalder re revised ICF form for J. Gunter (.2). | | | |
| 8/11/13 | sskelly / Comm. Others LTD/ICF | T | 0.2 375.00 | 75.00 Billable |
| #303884 | Emails to P. Rykwalder re J. Gunter information for revised ICF form. | | | |
| 8/15/13 | dperson / Prep Filing/Svc LTD/ICF | T | 0.4 295.00 | 118.00 Billable |
| #303153 | Prepared Notice, Application and Exhibits; and coordinated filing and service of 23rd Monthly Statement. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*11/11/2013*
*10:18:09 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/29/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #306436 | Email to P. Rykwalder re inquiry from R. Dumas and review of census re same (.2) , memo to secretaries re forwarding callers to VEBA hotline (.2) | | | |

|  |  |  |
|---|---|---|
| Matter Total: | 3.60 | 1,318.00 |
| Total Time Bill: | | 3,511.50 |
| Total Time Non Bill: | | |
| Total Costs Bill: | | |
| Total Costs Non Bill: | | |
| Total Non Billable: | | |
| Total Billable: | | 3,511.50 |
| Grand Total: | | 3,511.50 |