# **EXHIBIT B**

Togut, Segal & Segal LLP
Summary Report

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| Overnight Couri | | 0.0 | 18.26 |
| Photocopies | | 0.0 | 8.00 |
| Postage | | 0.0 | 1.92 |
| | Grand Total: | 0.0 | 28.18 |

## Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114  
8/1/2013...8/31/2013

*11/11/2013*  
*2:17:21 PM*

| Date / Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|

**Matter: General**

| 8/1/13 | atogut / Photocopies<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
|---|---|---|---|---|
| #306252 | TS&S monthly photocopies for August 2013. | | | |
| 8/1/13 | atogut / Postage<br>General | E | 0.0<br>1.92 | 1.92<br>Billable |
| #306452 | TS&S monthly postage for August 2013. | | | |
| 8/21/13 | dperson / Overnight Couri<br>General | E | 0.0<br>18.26 | 18.26<br>Billable |
| #305324 | FedEx to Judith Scarborough of Master, Sidlow & Associates -- monthly fee statements. | | | |

|  | Matter Total: | 0.00 | 28.18 |
|---|---|---|---|
|  | Total Time Bill: | | |
|  | Total Time Non Bill: | | |
|  | Total Costs Bill: | | 28.18 |
|  | Total Costs Non Bill: | | |
|  | Total Non Billable: | | |
|  | Total Billable: | | 28.18 |
|  | Grand Total: | | 28.18 |