IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X    Chapter 11
                                        :

*In re*                                      :    Case No. 09-10138 (KG)
                                        :

Nortel Networks Inc., *et al.*,[1]          :    Jointly Administered
                                        :

                           Debtors.          :

                                        :

-------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON NOVEMBER 15, 2013 AT 10:00 A.M. (EASTERN TIME)**

**BY PERMISSION OF CHAMBERS THE HEARING IS NOW
TELEPHONIC.  PARTIES ATTENDING ARE REQUIRED TO MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE AT 866-582-
6878 OR BY FACSIMILE AT 866-533-2946 BY NO LATER THAN 9:00 A.M. (ET)
ON NOVEMBER 15, 2013**

**STATUS CONFERENCE**

1.      Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York
Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee (D.I.
12116, Filed 10/25/13).

      Objection Deadline:  November 19, 2013 at 4:00 p.m. (ET).

      Responses Received:

      (a)      Joint Request to (I) Adjourn Hearing on Objection of Wilmington Trust, N.A., as
Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law
Debenture Trust Company of New York, as Trustee and (II) to Set a Briefing
Schedule to Address Certain Threshold Matters With Respect Thereto (D.I.
12351, Filed 11/13/13).

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).
Addresses for the Debtors can be found in the Debtors' petitions, which are available at
http://chapter11.epiqsystems.com/nortel.

[2]      **Amended items appear in bold.**

<u>Related Pleading</u>:  None.

<u>Status</u>: A status conference is going forward with regards to this matter.

Dated: November 14, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Ann C. Cordo*_____
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7768040.3

2