## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- X
                                                   :
In re                                              :      Chapter 11
                                                   :
Nortel Networks Inc., et al.,¹                     :      Case No. 09-10138 (KG)
                                                   :
                          Debtors.                 :      Jointly Administered
                                                   :
                                                   :
                                                   :
-------------------------------------------------- X
```

## JOINT MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE RELATING TO JOINT MOTION OF THE U.S. INTERESTS, MONITOR, CANADIAN DEBTORS, CCC, JOINT ADMINISTRATORS AND U.K. PENSION CLAIMANTS TO AMEND LITIGATION SCHEDULE IN JOINT CROSS-BORDER PROCEEDINGS TO DETERMINE ALLOCATION OF ASSET SALE PROCEEDS AND CERTAIN CLAIMS

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in

possession, (collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the

"Committee"), appointed in the above-captioned cases, the court-appointed monitor (the

"Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of

its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology

Corporation, Nortel Networks Global Corporation, and Nortel Networks International

Corporation (the "Canadian Debtors"), the Canadian Debtors, the Canadian Creditors'

Committee ("CCC", as defined in the Allocation Protocol), the court-appointed administrators

and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Networks UK Limited ("NNUK") and certain of its affiliates located in Europe, the Middle East and Africa (collectively, the "EMEA Debtors") and Nortel Networks UK Pension Trust (the "Trustee") and the Board of the Pension Protection Fund (the "PPF" and, together with the Trustee, the "U.K. Pension Claimants") (collectively, the "Movants") hereby move this Court (the "Motion to Shorten") for the entry of an order, substantially in the form attached hereto as **Exhibit A**, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (i) shortening notice to allow the Joint Motion to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (the "Joint Motion"),[2] filed contemporaneously herewith, to be considered on an expedited basis; (ii) setting **November 18, 2013 at 10:00 a.m. (Eastern Time)** as the deadline to file objections to the Joint Motion (the "Objection Deadline"); and (iii) scheduling a hearing on the Joint Motion for the joint hearing currently scheduled for **November 19, 2013 at 10:00 a.m. (Eastern Time)** (the "Joint Hearing"). In support of this Motion to Shorten, the Movants respectfully represent as follows:

<u>**Jurisdiction**</u>

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Joint Motion.

2.       The statutory bases for the relief requested herein are sections 102(1) and 105(a) of the Bankruptcy Code, as supplemented by Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## Background

3.       The factual background supporting this Motion to Shorten is more fully set forth in the Joint Motion.  In general, the Joint Motion provides that despite the best efforts of the Movants, it will not be possible to complete all witness depositions prior to the December 13, 2013 deadline set forth in the *Order Modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims* [D.I. 11437] (the "First Amending Order").  Given the impossibility of completing witness depositions by December 13, 2013, it will be similarly impossible for the parties to comply with the current deadline of December 20, 2013 for submitting expert reports, as the analysis of the expert reports will include facts learned in witness depositions.  A similar situation is evident with respect to the remaining current Litigation Timetable deadlines, as all the deadlines are dependent on preceding deadlines.

## Relief Requested

4.       By this Motion, the Movants seek the entry of an order (i) shortening the notice period for the Joint Motion to allow it to be considered on an expedited basis; (ii) setting **November 18, 2013 at 10:00 a.m. (Eastern Time)** as the Objection Deadline; (iii) scheduling the hearing on the Joint Motion for **November 19, 2013 at 10:00 a.m. (Eastern Time)**; and (iv) granting such other relief as may be just and proper.

## Basis for Relief

5.       Section 102(1) of the Bankruptcy Code explains that the phrase "after notice and a hearing" requires only such notice and opportunity for a hearing as may be appropriate under the circumstances.  11 U.S.C. § 102(1).  Section 105(a) of the Bankruptcy Code provides that the

Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. Id. § 105(a).

6.      Local Rule 9006-1(c) provides that "all motion papers shall be filed and served . . . at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. L.R. 9006-1(c)(i).

7.      Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

8.      The Movants respectfully submit that cause exists to shorten notice of the Joint Motion. As described in more detail in the Joint Motion, while the Movants have worked diligently and in good faith to meet all deadlines set in the Allocation Protocol, Litigation Timetable, and Discovery Plan, the sheer magnitude of discovery that has occurred in connection with this litigation necessitates that additional time be added to the schedule. To promote an efficient process, Movants seek to have the Joint Motion heard on an expedited basis before both this Court and the Canadian Court during the Joint Hearing currently scheduled for November 19, 2013 at 10:00 a.m. (Eastern Time), which is the only currently scheduled joint hearing prior to the December 13, 2013 deposition deadline.

<u>Notice</u>

9.      Notice of the Motion to Shorten has been given via electronic transmission, first class mail, hand delivery or overnight mail to (i) the Core Parties; (ii) the U.S. Trustee; and (iii) the general service list established in these chapter 11 cases. The Movants submit that under the circumstances no other or further notice is necessary.

4

WHEREFORE, for the reasons set forth herein, Movants respectfully request that the Court enter an order, substantially in the form of **Exhibit A** attached hereto, (i) shortening the notice period for the Joint Motion to allow it to be considered on an expedited basis; (ii) setting **November 18, 2013 at 10:00 a.m. (Eastern Time)** as the Objection Deadline; (iii) scheduling the hearing on the Joint Motion for **November 19, 2013 at 10:00 a.m. (Eastern Time)**; and (iv) granting such other relief as may be just and proper.

Dated:  November 14, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard S. Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

   - and -

RICHARDS, LAYTON & FINGER, P.A.

 */s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Official Committee*
*of Unsecured Creditors*


YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Jaime Luton Chapman*
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Fax: 302-571-1253

   - and -

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Neil J. Oxford
Kenneth M. Katz

Gabrielle Glemann
Fara Tabatabai
One Battery Park Plaza
New York, New York 10004
Telephone: 212-837-6000
Fax: 212-422-4726

- and -

HERBERT SMITH FREEHILLS LLP

John Whiteoak
James Norris-Jones
Exchange House
Primrose Street
London EC2A 2EG
Telephone: +44 20 7374 8000
Fax: +44 20 7374 0888

*Counsel for Joint Administrators*


BUCHANAN INGERSOLL & ROONEY PC

*/s/ Kathleen A. Murphy*
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)

-and-

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian
Debtors*

7

DLA PIPER, LLP (US)

  /s/ Selinda A. Melnik
Selinda A. Melnik (No. 4032)
Suite 2100
1201 N. Market Street, 21st FL
Wilmington, DE 19801
Tel: +1.302.468.5650

*Counsel for the Canadian Creditors Committee*

BAYARD, P.A.

  /s/ Justin R. Alberto
Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

WILLKIE FARR & GALLAGHER LLP

Brian E. O'Connor
Sameer Advani
787 7th Ave.
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9251

*Counsel for the Trustee of Nortel Networks UK Pension
Plan and the Board of the Pension Protection Fund*