## **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                 :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      :    Case No. 09-10138 (KG)
:
          Debtors.                          :    Jointly Administered
:
:
:    **RE: D.I. _____**
:
---------------------------------------------------------X


### ORDER SHORTENING NOTICE RELATING TO
### JOINT MOTION OF THE U.S. INTERESTS, MONITOR, CANADIAN DEBTORS, CCC, JOINT ADMINISTRATORS AND U.K. PENSION CLAIMANTS TO AMEND LITIGATION SCHEDULE IN JOINT CROSS-BORDER PROCEEDINGS TO DETERMINE ALLOCATION OF ASSET SALE PROCEEDS AND CERTAIN CLAIMS

Upon the motion (the "Motion to Shorten"),[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned cases, the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "Canadian Debtors"), the Canadian Debtors, the Canadian Creditors' Committee ("CCC", as defined in the Allocation Protocol), the court-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited ("NNUK") and certain of its affiliates located in Europe, the Middle East and Africa (collectively, the "EMEA Debtors") and Nortel Networks UK Pension Trust (the "Trustee") and the Board of the Pension Protection Fund (the "PPF" and, together with the Trustee, the "U.K. Pension Claimants") (collectively, the "Movants"), for entry of an order, as more fully described in the Motion to Shorten, (i) shortening notice to allow the Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, and Joint Administrators to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (the "Joint Motion"), to be considered on an expedited basis; (ii) setting **November 18, 2013 at 10:00 a.m. (Eastern Time)** as the deadline to file objections to the Joint Motion (the "Objection Deadline"); and (iii) scheduling the hearing on the Joint Motion for the joint hearing currently scheduled for **November 19, 2013 at 10:00 a.m. (Eastern Time)** (the "Joint Hearing"); and adequate notice of this Motion to Shorten and the Joint Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief requested in the Motion to Shorten, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. Relief on the Joint Motion will be considered at the Joint Hearing scheduled for **November 19, 2013 at 10:00 a.m. (Eastern Time)**.

3. Objections, if any, to the Joint Motion shall be filed on or before **November 18, 2013 at 10:00 a.m. (Eastern Time)**.

4. Notwithstanding any provision in the Bankruptcy Code, the Bankruptcy Rules or the Local Rules to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Movants are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Movants may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE