IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> Re: Docket No. 12116 <br> Hearing date: December 3, 2013 at 10:00 a.m. (ET) |

### STATEMENT AND RESERVATION OF RIGHTS OF THE MONITOR ON BEHALF OF THE CANADIAN NORTEL DEBTORS IN RELATION TO THE OBJECTION OF WILMINGTON TRUST, N.A., AS TRUSTEE AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS TRUSTEE

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985,c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), hereby files this statement and reservation of rights (this "**Statement**") on behalf of itself and the Canadian Nortel Debtors with respect to the *Objection of Wilmington Trust, N.A., as Trustee, to Claims of the Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee* [D.I. 12116] (the "**Objection**") filed by Wilmington Trust, N.A., as successor indenture trustee ("**Wilmington**

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332); Nortel Networks Capital Corporation ("NNCC") (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the " US Debtors").

1

Case 09-10138-MFW   Doc 12374   Filed 11/14/13   Page 2 of 4

**Trust**") for the 6.875% Notes due 2023 issued by NNL, as to two proofs of claim filed by The Bank of New York Mellon, as indenture trustee for various notes and convertible notes guaranteed by Nortel Networks Inc., and one proof of claim filed by Law Debenture Trust Company of New York (collectively, the "**BH Claims**"), as indenture trustee for certain senior unsecured debt securities issued by NNCC, and in support hereof, respectfully submits as follows:

## STATEMENT AND RESERVATION OF RIGHTS

1. By its Objection, Wilmington Trust seeks a ruling from this Court that in the event the US estates are determined to be solvent, the amount of any post-petition interest payable on the BH Claims must be calculated using the Federal Judgment Rate[2] rather than any contract rate. The Monitor recognizes the importance of the issues raised by Wilmington Trust, and hereby reserves all rights on behalf of itself and the Canadian Nortel Debtors, as parties-in-interest with standing to be heard on the issues raised by the Objection, should this Court determine to hear the Objection (including the right to supplement this Statement with a full memorandum of law on the issues raised by the Objection), including without limitation any and all rights under the Cross-Border Insolvency Protocol, the Cross-Border Protocol on the Resolution of Claims, and the orders of this Court and the Ontario Court approving the same, and requests that the Court grant such further relief as the Court deems just, proper and equitable in the circumstances.

---

[2] Terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

2

3

*[Intentionally left blank]*

Dated: November 14, 2013
Wilmington, Delaware

                **BUCHANAN INGERSOLL & ROONEY PC**

                /s/ Kathleen A. Murphy
                Mary F. Caloway (No. 3059)
                Kathleen A. Murphy (No. 5215)
                1105 North Market Street, Suite 1900
                Wilmington, Delaware 19801
                (302) 552-4200 (telephone)
                (302) 552-4295 (facsimile)
                mary.caloway@bipc.com
                kathleen.murphy@bipc.com

                -and-

                **ALLEN & OVERY LLP**

                Ken Coleman
                Daniel Guyder
                John Kibler
                1221 Avenue of the Americas
                New York, NY 10020
                (212) 610-6300 (telephone)
                (212) 610-6399 (facsimile)
                ken.coleman@allenovery.com
                daniel.guyder@allenovery.com
                john.kibler@allenovery.com

                *Attorneys for Ernst & Young Inc., as Monitor*
                *and Foreign Representative of the Canadian Nortel*
                *Debtors*