**EXHIBIT B**

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held: NORTEL NETWORKS INC | Case No. of Debtor: 09-10138 |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG) 0000008338

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)
ALEX J. THOMPSON
207 LAURIE LANE
CARY, N.C. 27513
Telephone number: 919-481-3773 Email Address: THOMPSON.4M@ATT.NET

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ________ *(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim for the same claim herein against the Canadian Debtors in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 53,492.13

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** SEVERANCE
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3543 GID 0201946
3a. **Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ________

Value of Property: $________ Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$________ Basis for perfection: ________

**Amount of Secured Claim: $**________ **Amount Unsecured: $**________

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$________

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
AUG 13 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date:** 8/7/2012

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] ALEX J THOMPSON

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Severance Claim Calculation**

| | |
|---|---|
| Continuous Service Date | 7/13/1987 |
| Employment Termination Date | 4/29/2011 |
| Years of Service | 23 |
| Nortel Standard Severance Package (weeks)<br>(4 weeks + 1 week for each year of service) | 27 |
| Weekly Salary | 1,981.19 |
| **Severance Claim Amount** | **53,492.13** |

Note to financial institutions: This electronic representation of Alex J Thompson's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 5/8/2011.

Done

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| ALEX J THOMPSON | 117065 | XXX-XX-3543 | Married | US-6/0 NC-5/0 | D270968 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| NN-US | 1RA | 540 | 6562 | | 04/25/11 | 05/08/11 | 05/06/11 |

| Earnings | Rate | Units | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 49.5298 | 40.00 | 1981.19 | |
| Vacation Pay | | | | |
| Annual Incentive Plan | - | - | - | |
| Awards/Bonuses | - | - | - | |
| Group Term Life > $50000 | - | - | - | |
| Special Incentive Plan | - | - | - | |
| Total Gross | | | | |

| Direct Deposit Accounts | | Amount |
|---|---|---|
| | | |
| | Current | YTD |
| W2 Gross Wages | | |

| Taxes | Current | YTD |
|---|---|---|
| Federal Income Tax | | |
| Social Security (FICA) | | |
| Federal Medicare | | |
| North Carolina Income Tax | | |
| Total | | |

| PreTax Deductions | Current | YTD |
|---|---|---|
| Pretax Medical Plan | | |
| Pretax DVH Plan | | |
| 401K Matched-Option D | | |
| Total | | |

| AfterTax Deductions | Current | YTD |
|---|---|---|
| Dependent Life Ins. Spouse | | |
| Group Term Life Offset | | |
| Total | | |

| Net Pay | |
|---|---|

NORTEL NETWORKS, INC. - 4001 E. Chapel Hill-Nelson Hwy Research Triangle Park, NC 27709-3010 - (919) 905-9351





Alex and Michelle Thompson
207 Laurie Lane
Cary, NC 27513

USA FIRST-CLASS FOREVER

FILED / RECEIVED
AUG 13 2012
EPIQ SYSTEMS

NORTEL NETWORKS INC CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, PO BOX 5075
NEW YORK, NY 10150-5075

10150507575

