**EXHIBIT C**
**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                             :

*In re*                      :        Chapter 11

Nortel Networks Inc., *et al.*,[1]   :        Case No. 09-10138 (KG)

             Debtors.    :        Jointly Administered

                      :        **RE:  D.I.  11739**
-------------------------------------------------------X

## FIRST SUPPLEMENTAL ORDER GRANTING DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS, REDUNDANT CLAIMS, AMENDED OR SUPERSEDED CLAIMS, NO-BASIS 503(b)(9) CLAIMS, AND NO-BASIS PENSION CLAIMS)

Upon the Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims

Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims,

Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant

Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims, and No-Basis Pension

Claims) [D.I. 11739] (the "Objection")[2] filed by Nortel Networks Inc. and certain of its affiliates,

as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

requesting an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and

Local Rule 3007-1 disallowing the claims identified in Exhibits A, B and C attached thereto; and

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

upon the Declaration of John J. Ray, III in Support of the Debtors' Thirty-First Omnibus

Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007

and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow

Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis

503(b)(9) Claims and No-Basis Pension Claims) attached to the Objection as Exhibit D; and

upon all other documentation filed in connection with the Objection and the claims, including the

claims identified in Exhibits A, B and C of the Objection; and upon the objection of Mr. Alex

Thompson to the Objection [D.I. 11953] (the "Thompson Objection"); and upon the Debtors'

Reply to the Response of Alex Thompson to the Debtors' Thirty-First Omnibus Objection

(Substantive) to Certain Claims (the "Reply"); and adequate notice of the Objection and having

been given as set forth in the Objection; and it appearing that no other or further notice is

required; and the Court having jurisdiction to consider the Objection and the Reply, and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that

consideration of the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

sufficient cause appearing therefor;

      **IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

      1.      The Objection is **GRANTED** with respect to Claim No. 8338 held by Alex

Thompson and Claim No. 8338 is disallowed in full.

      2.      The Thompson Objection is **OVERRULED**.

      3.      The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the

Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to

this Order.

4.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.


Dated: _____, 2013
          Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE