**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                                        :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                :        Case No. 09-10138 (KG)
:
Debtors.                                  :        Jointly Administered
:
:
:        Re: D.I. 12371, 12373 & 12380
---------------------------------------------------------X

**<u>NOTICE OF SERVICE</u>**

         PLEASE TAKE NOTICE that on November 14, 2013, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1.      **Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12371);**

2.      **Joint Motion for Entry of an Order Shortening Notice Relating to Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12373); and**

3.      **Order Shortening Notice Relating to Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12373).**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Dated: November 14, 2013        CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                  James L. Bromley (admitted *pro hac vice*)
                                Lisa M. Schweitzer (admitted *pro hac vice*)
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone:  (212) 225-2000
                                Facsimile:  (212) 225-3999

                                - and -

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                _____/s/ Ann C. Cordo_____
                                Eric D. Schwartz (No. 3134)
                                Derek C. Abbott (No. 3376)
                                Ann C. Cordo (No. 4817)
                                Tamara K. Minott (No. 5643)
                                1201 North Market Street, 18th Floor
                                Wilmington, DE  19899-1347
                                Telephone:  (302) 658-9200
                                Facsimile:  (302) 425-4663

                                *Counsel for the Debtors and Debtors in Possession*

7634704.3

**Via Email**

rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; bmcleese@dwpv.com; svanallen@heenan.ca; jsalmas@heenan.ca; kkraft@heenan.ca; jpasquariello@goodmans.ca; jcarfagnini@goodmans.ca; bzarnett@goodmans.ca; fmyers@goodmans.ca; jkimmel@goodmans.ca; pruby@goodmans.ca; carmstrong@goodmans.ca; derrick.tay@gowlings.com; jennifer.stam@gowlings.com; nortel.monitor@ca.ey.com; lbarnes@osler.com; esellers@osler.com; ahirsh@osler.com; eputnam@osler.com; acobb@osler.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; ZychK@bennettjones.com; Orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; tina.lie@paliareroland.com; karen.jones@paliareroland.com; michelle.jackson@paliareroland.com; Shayne.kukulowicz@dentons.com; michael.wunder@dentons.com; Ryan.jacobs@dentons.com; Barbara.grossman@dentons.com; Angela.pearson@ashurst.com; Antonia.croke@ashurst.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; arthur.jacques@shibleyrighton.com; thomas.mcrae@shibleyrighton.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; sheryl.seigel@mcmillan.ca; jmarshall@blgcanada.com; chill@blgcanada.com; elamek@blgcanada.com; jszumski@blg.com; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; tkreller@milbank.com; JHarris@milbank.com; apisa@milbank.com; svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; michael.riela@lw.com; ken.coleman@allenovery.com; Laura.Hall@allenovery.com; daniel.guyder@allenovery.com; paul.keller@allenovery.com; joseph.badtke-berkow@allenovery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; dalowenthal@pbwt.com; aqureshi@akingump.com; dbotter@akingump.com; rajohnson@AkinGump.com; fhodara@akingump.com; bkahn@akingump.com; sgulati@akingump.com; cdoniak@akingump.com; samis@rlf.com; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; karen.dine@kattenlaw.com; david.crichlow@kattenlaw.com; craig.barbarosh@kattenlaw.com; adler@hugheshubbard.com; oxford@HughesHubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; zhen@hugheshubbard.com; eharron@ycst.com; jdorsey@ycst.com; boconnor@willkie.com; sadvani@willkie.com; AHanrahan@willkie.com; mbarrack@tgf.ca; DJmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; jfinnigan@tgf.ca; cdavis@bayardlaw.com; jalberto@bayardlaw.com; michael.lang@nortonrose.com; amdg@hoganlovells.com; john.tillman@hoganlovells.com; matthew.bullen@hoganlovells.com; ben.hemington@hsf.com; rory.cochrane@hsf.com; james.norris-jones@hsf.com