**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X    Chapter 11
:
*In re*                                                          :    Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                               :    Jointly Administered
:
                                 Debtors.                        :
:
:
-----------------------------------------------------------X

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR**
**TELEPHONIC HEARING ON NOVEMBER 15, 2013 AT 10:00 A.M. (EASTERN TIME)**

**BY PERMISSION OF CHAMBERS THE HEARING IS NOW TELEPHONIC.**
**PARTIES ATTENDING TELEPHONICALLY ARE REQUIRED TO MAKE**
**ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE AT 866-582-**
**6878 OR BY FACSIMILE AT 866-533-2946 BY NO LATER THAN 9:00 A.M. (ET)**
**ON NOVEMBER 15, 2013**

**STATUS CONFERENCE**

1.    Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee (D.I. 12116, Filed 10/25/13).

       Objection Deadline:  November 19, 2013 at 4:00 p.m. (ET).

       Responses Received:

       (a)    Joint Request to (I) Adjourn Hearing on Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee and (II) to Set a Briefing Schedule to Address Certain Threshold Matters With Respect Thereto (D.I. 12351, Filed 11/13/13); and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    **Amended items appear in bold.**

**(b)    Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Objection of Wilmington Trust, N.A., as Trustee and Law Debenture Trust Company of New York, as Trustee (D.I. 12374, Filed 11/14/13).**

<u>Related Pleading</u>:  None.

<u>Status</u>: A status conference is going forward with regards to this matter.

| | |
|---|---|
| Dated: November 14, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999 |

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Tamara K. Minott*_____
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7768040.4