# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 12369 & 12388** |
| ------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 14, 2013, copies of the **Notice Of Amended Agenda Of Matters Scheduled For Telephonic Hearing On November 15, 2013 At 10:00 a.m. (Eastern Time)** were served in the manner indicated upon the individuals identified on Exhibit A.

PLEASE TAKE FURTHER NOTICE that on November 14, 2013, copies of the **Notice Of Second Amended Agenda Of Matters Scheduled For Telephonic Hearing On November 15, 2013 At 10:00 a.m. (Eastern Time)** were served in the manner indicated upon the individuals identified on Exhibit B.

Dated: November 14, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Tamara K. Minott
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7775505.1

# **EXHIBIT A**

**Via Fax and Email**

Ropes & Gray LLP
D. Ross Martin
Jonathan P. Reisman
800 Boylston St.
Boston, MA 02199
Fax: 617-951-7050

Ropes & Gray LLP
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036
Fax: 212-596-9090

Scott D. Cousins
Mark D. Olivere
Ann M. Kashishian
Cousins Chipman & Brown, LLP
1007 N. Orange Street
Suite 1110
Wilmington, DE  19801
Fax: 302-295-0199

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

# EXHIBIT B

**Via Fax and Email**

Ropes & Gray LLP
D. Ross Martin
Jonathan P. Reisman
800 Boylston St.
Boston, MA 02199
Fax: 617-951-7050

Ropes & Gray LLP
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036
Fax: 212-596-9090

Scott D. Cousins
Mark D. Olivere
Ann M. Kashishian
Cousins Chipman & Brown, LLP
1007 N. Orange Street; Suite 1110
Wilmington, DE 19801
Fax: 302-295-0199

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Ken Coleman
Daniel Guyder
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 212-610-6399

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Mary Caloway
Kathleen Murphy
Buchanan Ingersoll & Rooney PC
1105 N. Market St.
Wilmington, DE 19801
Fax: 302-552-4295