# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

2nd Revision 11/15/2013 06:08 AM

| Calendar Date: | 11/15/2013 |
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0910138 | Hearing | 5934329 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Third Party, Kevin J. Starke / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934210 | Derek C. Abbott | (302) 351-9357 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934288 | Justin Alberto | (302) 429-4226 | Bayard P.A. | Interested Party, Trustee for Nortel Networks UK Pension Plan / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934241 | Manas Babbili | 212-538-5918 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935184 | Michael Barrack | (416) 304-1616 | Thornton, Grout & Finnigan | Representing, The UK Pension Claimants / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934804 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.f | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5932431 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935119 | James Bromley | 212-225-2264 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | 5935535 | Jaime Chapman | (302) 571-5732 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrators and Foreign Representatives for Nortel Networks UK Ltd / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934091 | Esther Chung | (646) 855-6705 | Bank of America | | Interested Party, Bank of America / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934215 | Ann C. Cordo | (302) 351-9459 ext. 00 | Morris Nichols Arsht & Tunnell LLP | | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934418 | Scott D. Cousins | (302) 295-0192 | Cousins Chipman & Brown, LLP | | Interested Party, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5932606 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | | Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5932626 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New York | | Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934810 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934795 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934629 | John Kibler | (212) 756-1169 | Allen & Overy, LLP | | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935135 | Thomas Kreller | (213) 892-4763 | Milbank, Tweed, Hadley & McCloy, LLP | | Creditor, The Bond Holders Group / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934154 | Michael Linn | (415) 421-2132 | Farallon Capital Management | | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934169 | Daniel A. Lowenthal | 212-336-2720 | Patterson Belknap Webb & Tyler | | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934441 | Ross Martin | (617) 951-7266 | Ropes & Gray, LLP | | Interested Party, Wilmington Trust / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5936638 | Eric Mason | (646) 412-6772 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935139 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934980 | Selinda A. Melnik | 302-468-5650 | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934247 | Stephen Miller | (302) 888-6853 | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934616 | Kathleen Murphy | (302) 552-4214 | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Ernst & Young as Monitor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5932620 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935528 | Neil J. Oxford | (212) 837-6000 | Hughes Hubbard & Reed LLP (New York) | Interested Party, Hughes Hubbard & Reed LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5932969 | Jonathon P. Reisman | (617) 235-4779 ext. 00 | Ropes & Gray, LLP | Interested Party, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5932768 | Michael J. Riela | 212-906-1373 | Latham & Watkins LLP | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934759 | Chris Samis | 302-651-7886 | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934255 | Javier Schiffrin | (212) 220-9388 | Malek Schiffrin LLP | Interested Party, Javier Schiffrin / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5934428 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Interested Party, Wilmington Trust / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5931785 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935067 | Samuel Wechsler | (646) 699-3752 | River Birch Capital | Creditor, River Birch Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5936644 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |