IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Claire N. Rajan of Allen & Overy LLP to represent Ernst & Young Inc., the court-appointed monitor and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List).

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: November 13, 2013

Wilmington, Delaware

                    **BUCHANAN INGERSOLL & ROONEY PC**

                    /s/ Kathleen A. Murphy
                    Mary F. Caloway (No. 3059)
                    Kathleen A. Murphy (No. 5215)
                    1105 North Market Street, Suite 1900
                    Wilmington, Delaware 19801
                    (302) 552-4200 (telephone)
                    (302) 552-4295 (facsimile)
                    mary.caloway@bipc.com
                    kathleen.murphy@bipc.com

                    -and-

                    **ALLEN & OVERY LLP**

                    Ken Coleman
                    Daniel Guyder
                    1221 Avenue of the Americas
                    New York, NY 10020
                    (212) 610-6300 (telephone)
                    (212) 610-6399 (facsimile)
                    ken.coleman@allenovery.com
                    daniel.guyder@allenovery.com

                    *Attorneys for Ernst & Young Inc., as Monitor*
                    *and Foreign Representative of the Canadian Nortel*
                    *Debtors*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

ALLEN & OVERY LLP

/s/ Claire Rajan
Claire N. Rajan, Esq.
1101 New York Avenue, NW, 11th Floor
Washington, DC 20005
Phone: 202-683-3800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 15, 2013

_____
United States Bankruptcy Judge