IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt No. 12116** |

## ORDER

The Court conducted a status/scheduling conference regarding the Objection of Wilmington Trust, N.A., as Trustee, to Claims of the Bank of New York Mellon, (the "Objection"). For the reasons stated on the record, the Court is adjourning the Objection without date, principally because the Objection would require the Court to issue an advisory opinion on an issue which may never arise and, if it does, only at a later date and perhaps in a different context. The Objection will only be germane if the U.S. Debtors are found to be solvent and the solvency issue is far from decided. Courts do not have the power to render an advisory opinion, *i.e.*, based on a contingency and resulting in a contingent declaration. *Pittsburgh Mack Sales and Service, Inc. v. Int'l Union of Operating Engineers, Local Union No. 66*, 580 F.3d 185, 191-193 (3d Cir. 2009).

SO ORDERED.

Dated: November 15, 2013

Kevin Gross, U.S.B.J.