**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                                                Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Re:  D.I. 12302, 12313 |

**APPLICATION FOR AMENDMENT TO LETTER OF REQUEST,**
**APPOINTMENT OF COMMISSIONER, AND DIRECTION OF**
**SUBMISSION OF HAGUE CONVENTION APPLICATION**

The court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] of Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the Insolvency Act 1986 pending before the High Court of Justice of England and Wales, respectfully petition this Court for an Order, in the form annexed hereto as Exhibit A, pursuant to 28 U.S.C. § 1781 and the Hague Convention of March 18, 1970 on Taking of Evidence Abroad in Civil or

---

1. The debtors in these chapter 11 cases (the "U.S. Debtors") are:  Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc.

2. The Joint Administrators for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

3. The EMEA Debtors are:  NNUK; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

Commercial Matters (the "Hague Convention"), directed to the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'entraide civile et commerciale internationale (D3), 13, Place Vendôme, 75042 Paris Cedex 01, France (the "Ministère de la Justice"), amending this Court's prior Order Issuing Letter of Request, Appointing Commissioner, and Directing Submission of Hague Convention Application [D.I. 12313] and Request for International Judicial Assistance Pursuant to Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters: Deposition of Jean-Marie Lesur [D.I. 12313-1] (collectively, the "Prior Order and Request"), to appoint a new Commissioner pursuant to Article 17 of the Hague Convention, and directing submission of the Order to the Ministère de la Justice. In support the Joint Administrators respectfully represent as follows:

## SUMMARY OF RELIEF REQUESTED

Applications were previously submitted to and approved by this Court for the issuance of international Letters of Request pursuant to the voluntary process of Chapter II of the Hague Convention to appoint Alexander B. Blumrosen as the Commissioner to take evidence and testimony in connection with the depositions of French nationals Pascal Debon, Michel Clément, Philippe Albert-Lebrun, Cosmé Rogeau, and Jean-Marie Lesur (collectively, the "French Witnesses"). Following the appointment of Mr. Blumrosen as Commissioner by this Court, the parties and the French Witnesses have worked together to schedule the depositions of the French Witnesses on mutually convenient dates prior to the December 13, 2013 deadline to complete fact depositions in these proceedings. As a result, the depositions of Mr. Rogeau and Mr. Lesur have been scheduled in Paris on the same dates, December 12-13, 2013, and Mr. Blumrosen will not be able to simultaneously serve as Commissioner at both. Accordingly, in

2

order to comply with the current deposition schedule[4] and upon the recommendation of Mr. Blumrosen, the parties respectfully request that the Court issue an Order amending the Prior Order and Request to appoint Fleur Malet-Deraedt, Mr. Blumrosen's colleague, as the Commissioner to take evidence and testimony in connection with Mr. Lesur's deposition.

## BACKGROUND

1. A description of the parties to these proceedings, the applicable discovery Orders entered by this Court, and the steps undertaken to secure the voluntary depositions of the French Witnesses are set forth at length in the Application for Issuance of Letter of Request, Appointment of Commissioner, and Direction of Submission of Hague Convention Application [D.I. 12302] (the "Prior Application") submitted in connection with the Prior Order and Request.[5] What follows is a brief summary of background information bearing directly on the amendment requested to the Prior Order and Request in respect of the deposition of Mr. Lesur.

2. On September 9, 2013, the U.S. Interests, the Monitor, and Canadian Debtors filed a Joint Application for Issuance of International Letters of Request (Letters Rogatory) [D.I. 11545], requesting the issuance of Letters Rogatory pursuant to the compulsory process of Chapter I of the Hague Convention in order to compel the depositions of several witnesses abroad who refused to appear voluntarily. The application was subsequently withdrawn on September 13, 2013 [D.I. 11607] and an amended application was filed the same day [D.I. 11608]. This application included a request to compel Jean-Marie Lesur to appear for a deposition in France [D.I. 11608-5]. A corresponding application was filed in Canada.

---

4. Regardless of whether the Courts grant the pending Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims [D.I. 12371], the relief requested in this application will be necessary to ensure that the depositions of Mr. Rogeau and Mr. Lesur can proceed as scheduled and in accordance with the requirements of the Hague Convention.

5. Capitalized terms used but not defined herein have the meaning given in the Prior Order and Request.

3. On September 19, 2013, this Court entered an Order Granting Joint Application for Issuance of International Letters of Request (Letters Rogatory) [D.I. 11718] and signed the Letters Rogatory for each of the witnesses, including Mr. Lesur. The corresponding Canadian application was also approved. The Joint Administrators understand that the Letter Rogatory for Mr. Lesur was transmitted to the Ministère de la Justice and is pending approval.

4. On October 22, 2013, Mr. Lesur informed the parties that he would agree to appear voluntarily for his deposition. If Mr. Lesur appears voluntarily, his deposition may be conducted in accordance with the procedures of Chapter II of the Hague Convention, instead of using the more onerous procedures of Chapter I.

5. On November 1, 2013, the Joint Administrators filed the Prior Application, seeking the issuance of the Prior Order and Request for Mr. Lesur pursuant to the voluntary procedures of Chapter II of the Hague Convention. As with earlier applications made in connection with voluntary French depositions in this case, the Joint Administrators requested that Alexander B. Blumrosen, Avocat au Barreau de Paris, Bernard-Hertz-Béjot, 8, rue Murillo, 75008 Paris, France, be appointed as the Commissioner for Mr. Lesur's deposition under Chapter II of the Hague Convention. The papers indicated that Mr. Lesur's deposition would take place on a date prior to December 13, 2013 to be agreed by the parties and the witness and communicated to the Commissioner and to the Ministère de la Justice in advance.

6. On November 4, 2013, this Court issued the Prior Order and Request, which appointed Mr. Blumrosen as the Commissioner. The Joint Administrators submitted these documents to Mr. Blumrosen for transmission to the Ministère de la Justice the same day. The request for Mr. Lesur is pending.

7. Since transmitting the Prior Order and Request for Mr. Lesur to the Ministère de la Justice, the parties, the French Witnesses, and Mr. Blumrosen have worked together to schedule the depositions of the French Witnesses. Agreement was reached that – for the convenience of the French Witnesses and the parties and in order to complete the French Witnesses' depositions by the December 13, 2013 deadline – Mr. Lesur's and Mr. Rogeau's depositions will both take place in Paris on December 12-13, 2013.

8. As the depositions of Mr. Lesur and Mr. Rogeau will occur contemporaneously, Mr. Blumrosen will not be able to act as the Commissioner for both. Accordingly, the parties respectfully request that Fleur Malet-Deraedt, Avocat au Barreau de Paris, Bernard-Hertz-Béjot, 8, rue Murillo, 75008 Paris, France, be appointed as the Commissioner for Mr. Lesur's deposition pursuant to Chapter II of the Hague Convention. The parties request the appointment of Ms. Malet-Deraedt on the recommendation of Mr. Blumrosen. Ms. Malet-Deraedt is a French attorney admitted in Paris, France, and she is independent from the parties in this case. Ms. Malet-Deraedt is Mr. Blumrosen's colleague, and she has assisted Mr. Blumrosen in obtaining prior authorizations for the depositions of the French Witnesses to proceed in France pursuant to the voluntary procedures of Chapter II of the Hague Convention.

**RELIEF REQUESTED**

9. By this Application, the Joint Administrators hereby request that this Court issue an Order in the form attached hereto as Exhibit A:

    a. Amending the Prior Order and Request; and

    b. Appointing Fleur Malet-Deraedt, pending the approval of the Ministère de la Justice, as the Commissioner to take evidence and testimony in France in connection with the deposition of Jean-Marie Lesur.

5

WHEREFORE, the Joint Administrators respectfully request that the Court enter the attached form of Order (i) amending the Prior Order and Request; (ii) appointing Fleur Malet-Deraedt, pending the approval of the Ministère de la Justice, as the Commissioner to take evidence and testimony in France in connection with the deposition of Jean-Marie Lesur; (iii) directing counsel for the Joint Administrators to transmit the original Order to the Commissioner for forwarding, along with a French translation, to the Ministère de la Justice; and (iv) granting such other relief as the Court deems just and proper.

Dated: Wilmington, Delaware
November 18, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jaime Luton Chapman
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Fax: 302-571-1253

– and –

HUGHES HUBBARD & REED LLP

Derek J.T. Adler  (admitted *pro hac vice*)
Neil J. Oxford  (admitted *pro hac vice*)
Charles H. Huberty  (admitted *pro hac vice*)
Greta A. Fails  (admitted *pro hac vice*)

One Battery Park Plaza
New York, New York 10004
Telephone: 212-837-6000
Fax: 212-422-4726

– and –

HERBERT SMITH FREEHILLS LLP

John Whiteoak
James Norris-Jones
Exchange House
Primrose Street

London EC2A 2EG
Telephone:  +44 20 7374 8000
Fax:  +44 20 7374 0888

*Counsel for the Joint Administrators*