# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Re:  D.I. _____ |

### ORDER AMENDING LETTER OF REQUEST, APPOINTING COMMISSIONER, AND DIRECTING SUBMISSION OF HAGUE CONVENTION APPLICATION

Upon consideration of the application (the "Application") of the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] of Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the Insolvency Act 1986 pending before the High Court of Justice of England and Wales, requesting an amendment to this Court's prior Order Issuing Letter of Request, Appointing Commissioner, and Directing Submission of Hague

---

1. The debtors in these chapter 11 cases are:  Nortel Networks Inc.; Nortel Networks Capital Corporation; Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc.

2. The Joint Administrators for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

3. The EMEA Debtors are:  NNUK; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V.; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

Convention Application [D.I. 12313] and Request for International Judicial Assistance Pursuant to Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters:  Deposition of Jean-Marie Lesur [D.I. 12313-1] (collectively, the "Prior Order and Request"); and upon the record of these chapter 11 proceedings; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and due and sufficient notice having been given under the circumstances and it appearing that no other or further notice need be given; and after due deliberation; and it appearing that good and sufficient cause exists;

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

   1. The Application is GRANTED.

   2. The Court withdraws its Prior Order and Request solely with regard to the appointment of Alexander B. Blumrosen as the Commissioner to take evidence and testimony in connection with the deposition of Jean-Marie Lesur in France, which withdrawal is due to the fact that Mr. Blumrosen will be acting as the Commissioner to take evidence and testimony in connection with the deposition of Cosmé Rogeau in France on December 12-13, 2013, and therefore will not be able to attend Mr. Lesur's deposition scheduled on the same dates pursuant to agreement of the parties and the witnesses and in order to comply with the discovery schedule in these proceedings.

   3. The Court amends its Prior Order and Request solely to reflect that pursuant to Article 17 of the Hague Convention, Fleur Malet-Deraedt, Avocat au Barreau de Paris, Bernard-Hertz-Béjot, 8, rue Murillo, 75008 Paris, France (the "Commissioner"), is duly appointed and is hereby appointed, pending the approval of the French Ministère de la Justice and subject to the terms of the Prior Order and Request, as the Commissioner to take evidence

and testimony in connection with the deposition in France of Jean-Marie Lesur in the above-captioned proceedings.

        4.      The Joint Administrators are directed to transmit this Order to the Commissioner for forwarding, along with a French translation, to the Ministère de la Justice.

        5.      Nothing contained in this Order or the granting of relief hereunder shall waive or modify the protections afforded pursuant to section 362 of title 11 of the United States Code or the Order Enforcing Section 362 of the Bankruptcy Code entered by this Court on January 15, 2009.

        6.      The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: _____, 2013
       Wilmington, Delaware

                                        _____
                                        THE HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE