# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| ---------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 12405, 12406 & 12407** |
| ---------------------------------------------------------X |   |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 18, 2013, a copy of **Order Approving the Stipulation Resolving Claim No. 6289 by and Between Sunset Land Co., LLC and Nortel Networks Inc.** was served in the manner indicated upon the individuals identified on the service list attached hereto as <u>Exhibit A</u>.

PLEASE TAKE FURTHER NOTICE that on November 18, 2013, a copy of **Order Approving the Stipulation Resolving Claim Nos. 5520 and 6096 with Mednax Services, Inc.** was served in the manner indicated upon the individuals identified on the service list attached hereto as <u>Exhibit B</u>.

PLEASE TAKE FURTHER NOTICE that on November 18, 2013, a copy of **Order Approving the Stipulation Resolving Claim Nos. 5523, 5524, 5525, 5526, 5527, 5528, 5529, 5530, 5531 and 5532 with Price Paschall, Keith Weiner, Rudy Mathieu, Wendell**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts and William Weidner** was served in the manner indicated upon the individuals identified on the service list attached hereto as <u>Exhibit C</u>.

| | |
|---|---|
| Dated: November 18, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7734127.1