IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                       Debtors.

------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 19, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**.  CourtCall has been made aware of this extended deadline.  CourtCall will not accept reservations after the extended deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

### UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

1.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim No. 6289 by and Between Sunset Land Co., LLC and Nortel Networks Inc. (D.I. 12191, Filed 10/28/13).

       Objection Deadline:  November 12, 2013 at 4:00 p.m. (ET).

       Responses Received:  None.

       Related Pleading:

       (a)    Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim No. 6289 by and Between Sunset Land Co., LLC and Nortel Networks Inc. (D.I. 12377, Filed 11/14/13); and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    **Amended items appear in bold.**

(b)     **Order Approving the Stipulation Resolving Claim By and Between Sunset Land Co., LLC and Nortel Networks Inc. (D.I. 12407, Entered 11/18/13).**

Status: **An order has been entered regarding this matter.**

2.      Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim Nos. 5520 and 6096 with Mednax Services, Inc. (D.I. 12192, Filed 10/28/13).

Objection Deadline:  November 12, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)     Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim Nos. 5520 and 6096 with Mednax Services, Inc. (D.I. 12378, Filed 11/14/13); and

(b)     **Order Approving the Stipulation Resolving Claim Nos. 5520 and 6096 By and Among Nortel Networks Inc. and Mednax Services, Inc. (D.I. 12405, Entered 11/18/13).**

Status: **An order has been entered regarding this matter.**

3.      Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim Nos. 5523, 5524, 5525, 5526, 5527, 5528, 5529, 5530, 5531 and 5532 with Price Paschall, Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts and William Weidner (D.I. 12193, Filed 10/28/13).

Objection Deadline:  November 12, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)     Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim Nos. 5523, 5524, 5525, 5526, 5527, 5528, 5529, 5530, 5531 and 5532 with Price Paschall, Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts and William Weidner (D.I. 12379, Filed 11/14/13); and

(b)    **Order Approving the Stipulation Resolving Claim Nos. 5523, 5524, 5525, 5526, 5527, 5528, 5529, 5530, 5531 and 5532 with Price Paschall, Keith Weiner, Rudy Mathieu, Wendell Allen Neff, Charles Rowe, Neal Shact, Fred Scott, Jac Goudsmit, Dwayne Roberts and William Weidner (D.I. 12406, Entered 11/18/13).**

Status: **An order has been entered regarding this matter.**

## CONTESTED MATTERS GOING FORWARD

4.    Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 11739, Filed 9/20/13).

Objection Deadline:  October 11, 2013 at 4:00 p.m. (ET).

Responses Received:

(a)    Objection to Motion Regarding No Basis Claims Filed by Joseph A Pino Sr (D.I. 11851, Filed 10/9/13); and

(b)    Objection to Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) Filed by Alex Thompson (D.I. 11953, Filed 10/17/13).

Related Pleading:

(a)    Debtors' Omnibus Reply to Responses to Debtors' Thirty-First and Thirty-Second Omnibus Objections (Substantive) to Certain Claims (D.I. 11956, Filed 10/17/13);

(b)    Order Granting Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 11979, Entered 10/22/13); and

(c)    Debtors' Reply to the Response of Alex Thompson to the Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims (D.I. 12375, Filed 11/14/13).

Status: The hearing on the Objection with respect to Claim No. 3177 filed by Mr. Pino and Claim No. 8338 filed by Mr. Thompson will go forward.

5.    Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 11741, Filed 9/20/13).

Objection Deadline:  October 11, 2013 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)    Objection to Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) Filed by Ursula H. Phommanirat (D.I. 11860, Filed 10/10/13);

(b)    Objection to Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) Filed by Alicja M. Reimann (D.I. 11954, Filed 10/16/13); and

(c)    Informal Response of Paul Senna regarding Claim No. 6101.

Related Pleading:

(a)    Debtors' Omnibus Reply to Responses to Debtors' Thirty-First and Thirty-Second Omnibus Objections (Substantive) to Certain Claims (D.I. 11956, Filed 10/17/13);

(b)    Order Granting Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 11980, Entered 10/22/13); and

(c)    First Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 12318, Entered 11/5/13).

Status: The hearing on the Objection with respect to responses (a) and (b) will go forward.  The hearing on the Objection with respect to response (c) has been adjourned to the hearing scheduled for December 17, 2013 at 10:00 a.m. (ET).

**JOINT HEARING**

6. Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12371, Filed 11/14/13).

Objection Deadline:  November 18, 2013 at 10:00 a.m. (ET).

Responses Received:

**(a)   Objection of Ad Hoc Group of Bondholders to Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12408, Filed 11/18/13).**

Related Pleading:

(a)   Joint Motion for Entry of an Order Shortening Notice Relating to Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12373, Filed 11/14/13);

(b)   Order Shortening Notice Relating to Joint Motion of the U.S. Interests, Monitor, Canadian Debtors, CCC, Joint Administrators and U.K. Pension Claimants to Amend Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12380, Entered 11/14/13); and

(c)   Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record in Connection with the Joint Hearing Scheduled for November 19, 2013 (D.I. 12392, Filed 11/15/13).

Status: The hearing on this matter will go forward.

Dated: November 18, 2013    CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE              James L. Bromley (admitted *pro hac vice*)
                           Lisa M. Schweitzer (admitted *pro hac vice*)
                           One Liberty Plaza
                           New York, New York 10006

Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Tamara K. Minott*_____
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7755741.5

6