**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on November 19, 2013 at 10:00 a.m. (Eastern Time)** was caused to be made on November 18, 2013, in the manner indicated upon the entities identified below.

| | |
|---|---|
| Date: November 18, 2013<br>Wilmington, DE | */s/ Tamara K. Minott*<br>Tamara K. Minott (No. 5643) |

**Via Fax**

Ken Coleman Esq<br>
Lisa J.P. Kraidin. Esq.<br>
Allen & Overy LLP<br>
1221 Avenue of the Americas<br>
20th Floor<br>
New York, NY 10020<br>
Fax: 212-610-6399

Mark Kenney, Esq.<br>
Office of the U.S. Trustee<br>
844 King Street<br>
Suite 2207 Lockbox 35<br>
Wilmington, DE  19801-3519<br>
Fax: 302-573-6497

Laura Davis Jones<br>
Timothy P. Cairns<br>
Pachulski Stang<br>
919 N. Market Street; 17th Floor<br>
Wilmington, DE  19899-8705<br>
Fax: 302-652-4400

Mary F. Caloway Esq.<br>
Buchanan Ingersoll & Rooney<br>
1105 N. Market Street<br>
Suite 1900<br>
Wilmington, DE 19801-1228<br>
Fax: 302-552-4295

Fred S. Hodara Esq.<br>
David H. Botter Esq.<br>
Akin Gump<br>
One Bryant Park<br>
New York, NY  10036<br>
Fax: 212-872-1002

Mark D. Collins Esq.<br>
Christopher M. Samis Esq.<br>
Richards Layton & Finger<br>
One Rodney Square<br>
920 N King Street<br>
Wilmington, DE  19801<br>
Fax: 302-651-7701

Thomas R. Kreller<br>
Milbank Tweed Hadley & McLoy LLP<br>
601 South Figueroa St., Suite 3000<br>
Los Angeles, CA 90017<br>
Fax: 213-892-4763

Richard Swan<br>
Bennett Jones LLP<br>
3400 One First Canadian Place<br>
Toronto, Ontario M5X 1A4<br>
Canada<br>
Fax: 416-863-1716

Edward J. Tredinnick<br>
Greene Radovsky Maloney<br>
Share & Hennigh LLP<br>
Four Embarcadero Center<br>
Suite 4000<br>
San Francisco, CA 94111<br>
Fax: 415-777-4961

Charles Throckmorton<br>
Kozyak Tropin & Throckmorton<br>
2525 Ponce de Leon<br>
9th Floor<br>
Miami, FL 33134<br>
Fax: 305-372-3508

Jeffrey B. Rose
Tishler & Wald, Ltd
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606
Fax: 312-876-3816

Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, Delaware 19801
Fax: 302-571-1253

Derek J.T. Adler
Neil J. Oxford
Kenneth M. Katz
Gabrielle Glemann
Fara Tabatabai
Hughes Hubbard &Reed LLP
One Battery Park Plaza
New York, New York 10004
Fax: 212-422-4726

John Whiteoak
James Norris-Jones
Herbert Smith Freehills LLP
Exchange House
Primrose Street
London EC2A 2EG
Fax: +44 20 7374 0888

Selinda A. Melnik
DLA Piper, LLP
Suite 2100
1201 N. Market Street, 21st FL
Wilmington, DE 19801
Fax: 302-394-2341

Charlene D. Davis
Justin R. Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Fax: 302-658-6395

Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave.
New York, NY 10019
Fax: 212-728-9251