**EXHIBIT B**

Oct 29/13

Court File No. 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED
AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION et al.

Oct 29, 2013

*F/strms*

The exhibit appears to be
records — the viva voce
as it is appended.
Counsel to the respondent
need only code in respect
of Exhibited Hyperlinks to
3 Exhibited Hyperlinks of
as the Report, Attachment
ART TAB 19 - for
as satisfied that THIS is
an interlocutory curtain command
affords the this clause

*ONTARIO*

SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

MOTION RECORD OF
THE MONITOR AND CANADIAN DEBTORS
(Stay Extension and Various Other Matters)
(Returnable October 29, 2013)

GOODMANS LLP
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7
Jay A. Carfagnini LSUC#: 22293T
Joseph Pasquariello LSUC# 38390C
Christopher G. Armstrong LSUC# 55148B
Tel: 416.979.2211
Fax: 416.979.1234
Lawyers for the Monitor, Ernst & Young Inc.

GOWLING LAFLEUR HENDERSON LLP
Barristers & Solicitors
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, ON M5X 1G5
Derrick Tay LSUC# 21152A
Jennifer Stam LSUC# 46735J
Tel: 416.862.5697
Fax: 416.862.7661
Lawyers for the Canadian Debtors

of which could be harmful to Stelert/Nortel.
Having considered the Sierra Club principles, I
am satisfied that the document should be
sealed and order accordingly.

## Motion to extend the stay:

There is no serious realistic alternative other
than to extend the Stay Date. In view of the
trial date of April 1, 2014, it seems to
me appropriate, it is appropriate to
extend the Stay Period to the same date,
namely April 1, 2014. In making this determination
I have been satisfied that all parties are
committed towards maintaining the trial
start date as scheduled.

This relief is granted on the basis that
the Trustee has committed to file
updated cash flow statements for the period
subsequent to January 31, 2014.

Motion has requested that Confidential
Appendix H to the 98th Report be
sealed. The parties in this Appendix
relates to the 2014 KEIP. I am
satisfied that this document contains
sensitive commercial information which,
following Sierra Club, I am satisfied
should be sealed.

The 2014 KEIP is assumed

## SCHEDULE F

**Montreal Flextronics Transferred Employees Allocation**

[Sealed]

HWT extension also approved and extended to April 1, 2014.

Annually relay required in part also granted.

Two orders have been typed to give effect to the foregoing