# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2013 through October 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $250.00 |
| Transcripts | | 147.65 |
| Photos/Art/ Spec Duplicating | Out of Office | 3,068.33 |
| Travel | | 64.46 |
| Meals | | 49.58 |
| Messenger Service | | 75.00 |
| Courier/Delivery Service | | 7,227.27 |
| Computer Research | Westlaw | 2,727.71 |
| In House Duplicating | | 665.95 |
| Facsimile | | 808.25 |
| Pacer | | 99.70 |
| Conference Calls | | 135.79 |
| **Total of Expenses** | | **$15,319.69** |

```
←&l1O←&l6C·&l063F←(s0P·(s12H←&k9.2 ←&a180C                                                              Page 39 (39)
DATE:11/15/13 16:19:38           PRO FORMA    336184      AS OF 10/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP


*----- COST ENTRIES-----*
 INDEX    DATE    STAT      AMOUNT  DESCRIPTION                                        CODE    TKPER    VOUCHER

1067557 08/31/13 B            25.00 Court Costs - AMERICAN EXPRESS`                    503     000      198063
                                    COURTS/USDC - FILING FEES - 8/31/13
1067571 09/05/13 B           125.00 Court Costs - AMERICAN EXPRESS`                    503     000      198063
                                    COURTS/USDC - FILING FEES - 9/5/13
1067572 09/05/13 B            25.00 Court Costs - AMERICAN EXPRESS`                    503     000      198063
                                    COURTS/USDC - FILING FEES - 9/5/13
1067579 09/17/13 B            50.00 Court Costs - AMERICAN EXPRESS`                    503     000      198063
                                    COURTS/USDC - FILING FEES - 9/17/13
1067591 09/27/13 B            25.00 Court Costs - AMERICAN EXPRESS`                    503     000      198063
                                    COURTS/USDC - FILING FEES - 9/27/13
1067531 10/28/13 B            63.05 Transcripts - DIAZ DATA SERVICES`                  506     904      198061
                                    TRANSCRIPT - CASE# 09-10138 - 10/28/13
1072508 10/31/13 B            84.60 Transcripts - DIAZ DATA SERVICES`                  506     904      198280
                                    FIRST COPY TRANSCRIPT - 10/31/2013
1059594 10/02/13 B           109.80 Photos/Art/Spec Duplicating-Out of Office -        510     684      197585
                                    DIGITAL LEGAL SERVICES LLC`
                                    COPY PRINT - 10/2/13
1068131 10/25/13 B           107.70 Photos/Art/Spec Duplicating-Out of Office -        510     684      198079
                                    DIGITAL LEGAL SERVICES LLC`
                                    BANKRUPTCY SERVICE - 10/25/13
1072486 10/28/13 B         2,850.83 Photos/Art/Spec Duplicating-Out of Office -        510     684      198246
                                    DIGITAL LEGAL SERVICES LLC`
                                    COPY/PRINT - 10/28/2013
1059256 10/08/13 B            64.46 Travel - DEREK C. ABBOTT`                          511     322      197568
                                    REIMBURSEMENT OF PARKING AND MILEAGE EXPENSES
                                    TO ATTEND NORTEL/ THIRD CIRCUIT/ ORAL ARGUMENT
                                    IN PA ON 10/8/13
1059257 10/08/13 B            49.58 Meals - DEREK C. ABBOTT`                           512     322      197568
                                    REIMBURSEMENT OF MEAL EXPENSE TO ATTEND
                                    NORTEL/ THIRD CIRCUIT/ ORAL ARGUMENT IN PA ON
                                    10/8/13 w/ A. Cordo
1066656 09/13/13 B             6.00 Messenger Service                                  513S    000
1066672 09/16/13 B             3.00 Messenger Service                                  513S    000
1066678 09/16/13 B             3.00 Messenger Service                                  513S    000
1066686 09/16/13 B             3.00 Messenger Service                                  513S    000
1066688 09/16/13 B             6.00 Messenger Service                                  513S    000
1066714 09/18/13 B             3.00 Messenger Service                                  513S    000
1066718 09/18/13 B             3.00 Messenger Service                                  513S    000
1066719 09/18/13 B             6.00 Messenger Service                                  513S    000
1066730 09/18/13 B             3.00 Messenger Service                                  513S    000
1066732 09/18/13 B             3.00 Messenger Service                                  513S    000
1066735 09/18/13 B             3.00 Messenger Service                                  513S    000
1066743 09/20/13 B             3.00 Messenger Service                                  513S    000
1066768 09/23/13 B             3.00 Messenger Service                                  513S    000
1066788 09/23/13 B             3.00 Messenger Service                                  513S    000
1066796 09/23/13 B             3.00 Messenger Service                                  513S    000
1066823 09/26/13 B             6.00 Messenger Service                                  513S    000
1066831 09/26/13 B             3.00 Messenger Service                                  513S    000
1066845 09/27/13 B             3.00 Messenger Service                                  513S    000
1066873 10/01/13 B             3.00 Messenger Service                                  513S    000
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                              Page 40 (40)
DATE:11/15/13 16:19:38         PRO FORMA   336184    AS OF 10/31/13      INVOICE# ******
Nortel Networks, Inc.
63989-DIP


  1066877 10/01/13 B               3.00 Messenger Service                      513S     000
  1066879 10/01/13 B               3.00 Messenger Service                      513S     000
  1067573 09/07/13 B              90.55 Courier/Delivery Service - AMERICAN EXPRESS` 514   000    198063
                                        USPS.COM - SHIPPING FEES - 9/7/13
  1067585 09/20/13 B              90.55 Courier/Delivery Service - AMERICAN EXPRESS` 514   000    198063
                                        USPS.COM - SHIPPING FEES - 9/20/13
  1060331 09/26/13 B              13.26 Courier/Delivery Service - FEDEX        514     000    197633
  1057499 10/01/13 B               7.77 Courier/Delivery Service                514     000    197426
  1058742 10/01/13 B              45.79 Courier/Delivery Service                514     322    197490
  1058743 10/01/13 B              45.79 Courier/Delivery Service                514     322    197490
  1058741 10/01/13 B              33.89 Courier/Delivery Service                514     322    197490
  1060795 10/02/13 B              16.07 Courier/Delivery Service                514     322    197651
  1059574 10/02/13 B              53.33 Courier/Delivery Service - FEDERAL EXPRESS 514   000    197575
                                        CORP.`
                                        TRANSPORTATION AND SPECIAL HANDLING SERVICES
  1060306 10/02/13 B              53.74 Courier/Delivery Service - BLUE MARBLE   514    000    197631
                                        LOGISTICS, LLC
  1058637 10/02/13 B              12.57 Courier/Delivery Service                514     322    197489
  1058638 10/02/13 B              22.34 Courier/Delivery Service                514     322    197489
  1058639 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058640 10/02/13 B              22.05 Courier/Delivery Service                514     322    197489
  1058641 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058642 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058727 10/02/13 B              22.34 Courier/Delivery Service                514     322    197489
  1058728 10/02/13 B              22.34 Courier/Delivery Service                514     322    197489
  1058729 10/02/13 B              16.07 Courier/Delivery Service                514     322    197489
  1058730 10/02/13 B              28.55 Courier/Delivery Service                514     322    197489
  1058731 10/02/13 B              24.83 Courier/Delivery Service                514     322    197489
  1058732 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058721 10/02/13 B              22.33 Courier/Delivery Service                514     322    197489
  1058722 10/02/13 B              21.00 Courier/Delivery Service                514     322    197489
  1058723 10/02/13 B              22.49 Courier/Delivery Service                514     322    197489
  1058724 10/02/13 B              24.71 Courier/Delivery Service                514     322    197489
  1058725 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058726 10/02/13 B              22.05 Courier/Delivery Service                514     322    197489
  1058715 10/02/13 B              22.34 Courier/Delivery Service                514     322    197489
  1058716 10/02/13 B              22.49 Courier/Delivery Service                514     322    197489
  1058717 10/02/13 B              26.17 Courier/Delivery Service                514     322    197489
  1058718 10/02/13 B              23.56 Courier/Delivery Service                514     322    197489
  1058719 10/02/13 B              24.71 Courier/Delivery Service                514     322    197489
  1058720 10/02/13 B              24.71 Courier/Delivery Service                514     322    197489
  1058709 10/02/13 B              22.34 Courier/Delivery Service                514     322    197489
  1058710 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058711 10/02/13 B              22.49 Courier/Delivery Service                514     322    197489
  1058712 10/02/13 B              22.05 Courier/Delivery Service                514     322    197489
  1058713 10/02/13 B              24.56 Courier/Delivery Service                514     322    197489
  1058714 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058703 10/02/13 B              24.71 Courier/Delivery Service                514     322    197489
  1058704 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058705 10/02/13 B              22.34 Courier/Delivery Service                514     322    197489
  1058706 10/02/13 B              26.17 Courier/Delivery Service                514     322    197489
  1058707 10/02/13 B              18.49 Courier/Delivery Service                514     322    197489
  1058708 10/02/13 B              24.71 Courier/Delivery Service                514     322    197489
  1058697 10/02/13 B              22.49 Courier/Delivery Service                514     322    197489
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C         Case 09-10138-MFW    Doc 12415-3    Filed 11/18/13    Page 4 of 14
                                                                                                         Page 41 (41)
DATE:11/15/13 16:19:38                 PRO FORMA    336184       AS OF 10/31/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP
```

```
1058698 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058699 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058700 10/02/13 B               22.49 Courier/Delivery Service                              514      322      197489
1058701 10/02/13 B               26.05 Courier/Delivery Service                              514      322      197489
1058702 10/02/13 B               24.83 Courier/Delivery Service                              514      322      197489
1058691 10/02/13 B               22.33 Courier/Delivery Service                              514      322      197489
1058692 10/02/13 B               16.07 Courier/Delivery Service                              514      322      197489
1058693 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058694 10/02/13 B               21.00 Courier/Delivery Service                              514      322      197489
1058695 10/02/13 B               22.33 Courier/Delivery Service                              514      322      197489
1058696 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058685 10/02/13 B               22.49 Courier/Delivery Service                              514      322      197489
1058686 10/02/13 B               24.71 Courier/Delivery Service                              514      322      197489
1058687 10/02/13 B               22.49 Courier/Delivery Service                              514      322      197489
1058688 10/02/13 B               22.49 Courier/Delivery Service                              514      322      197489
1058689 10/02/13 B               24.71 Courier/Delivery Service                              514      322      197489
1058690 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058679 10/02/13 B               18.99 Courier/Delivery Service                              514      322      197489
1058680 10/02/13 B               22.33 Courier/Delivery Service                              514      322      197489
1058681 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058682 10/02/13 B               12.57 Courier/Delivery Service                              514      322      197489
1058683 10/02/13 B               12.57 Courier/Delivery Service                              514      322      197489
1058684 10/02/13 B               17.50 Courier/Delivery Service                              514      322      197489
1058673 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058674 10/02/13 B               21.00 Courier/Delivery Service                              514      322      197489
1058675 10/02/13 B               26.17 Courier/Delivery Service                              514      322      197489
1058676 10/02/13 B               24.83 Courier/Delivery Service                              514      322      197489
1058677 10/02/13 B               26.32 Courier/Delivery Service                              514      322      197489
1058678 10/02/13 B               24.71 Courier/Delivery Service                              514      322      197489
1058667 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058668 10/02/13 B               24.83 Courier/Delivery Service                              514      322      197489
1058669 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058670 10/02/13 B               18.83 Courier/Delivery Service                              514      322      197489
1058671 10/02/13 B               22.05 Courier/Delivery Service                              514      322      197489
1058672 10/02/13 B               12.57 Courier/Delivery Service                              514      322      197489
1058661 10/02/13 B               22.49 Courier/Delivery Service                              514      322      197489
1058662 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058663 10/02/13 B               28.55 Courier/Delivery Service                              514      322      197489
1058664 10/02/13 B               24.71 Courier/Delivery Service                              514      322      197489
1058665 10/02/13 B               24.71 Courier/Delivery Service                              514      322      197489
1058666 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058655 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058656 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058657 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058658 10/02/13 B               12.57 Courier/Delivery Service                              514      322      197489
1058659 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058660 10/02/13 B               24.71 Courier/Delivery Service                              514      322      197489
1058649 10/02/13 B               22.49 Courier/Delivery Service                              514      322      197489
1058650 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
1058651 10/02/13 B               12.57 Courier/Delivery Service                              514      322      197489
1058652 10/02/13 B               22.34 Courier/Delivery Service                              514      322      197489
1058653 10/02/13 B               22.05 Courier/Delivery Service                              514      322      197489
1058654 10/02/13 B               21.21 Courier/Delivery Service                              514      322      197489
1058643 10/02/13 B               18.49 Courier/Delivery Service                              514      322      197489
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                                   Page 42 (42)
DATE:11/15/13 16:19:38              PRO FORMA    336184      AS OF 10/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1058644 10/02/13 B                  18.49 Courier/Delivery Service                       514         322        197489
1058645 10/02/13 B                  18.49 Courier/Delivery Service                       514         322        197489
1058646 10/02/13 B                  22.33 Courier/Delivery Service                       514         322        197489
1058647 10/02/13 B                  24.71 Courier/Delivery Service                       514         322        197489
1058648 10/02/13 B                  19.91 Courier/Delivery Service                       514         322        197489
1059955 10/05/13 B                   8.76 Courier/Delivery Service                       514         000        197593
1060787 10/08/13 B                  40.26 Courier/Delivery Service                       514         322        197650
1060794 10/10/13 B                  17.19 Courier/Delivery Service                       514         322        197651
1062150 10/10/13 B                   7.85 Courier/Delivery Service                       514         000        197716
1061765 10/11/13 B                  27.49 Courier/Delivery Service                       514         322        197696
1064397 10/17/13 B                  22.54 Courier/Delivery Service                       514         322        197877
1064398 10/17/13 B                  16.22 Courier/Delivery Service                       514         322        197877
1064399 10/17/13 B                  18.66 Courier/Delivery Service                       514         322        197877
1064400 10/17/13 B                  18.66 Courier/Delivery Service                       514         322        197877
1064401 10/17/13 B                  18.66 Courier/Delivery Service                       514         322        197877
1064402 10/17/13 B                  12.69 Courier/Delivery Service                       514         322        197877
1064403 10/17/13 B                  22.70 Courier/Delivery Service                       514         322        197877
1064404 10/17/13 B                  12.69 Courier/Delivery Service                       514         322        197877
1064405 10/17/13 B                  21.40 Courier/Delivery Service                       514         322        197877
1068522 10/18/13 B                  16.22 Courier/Delivery Service                       514         322        198099
1067983 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        198066
1064510 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        197879
1064511 10/18/13 B                  16.22 Courier/Delivery Service                       514         322        197879
1064512 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064513 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        197879
1064514 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        197879
1065098 10/18/13 B                  25.06 Courier/Delivery Service                       514         322        197956
1064504 10/18/13 B                  22.70 Courier/Delivery Service                       514         322        197879
1064505 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064506 10/18/13 B                  25.06 Courier/Delivery Service                       514         322        197879
1064507 10/18/13 B                  26.56 Courier/Delivery Service                       514         322        197879
1064508 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064509 10/18/13 B                  22.70 Courier/Delivery Service                       514         322        197879
1064498 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064499 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        197879
1064500 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        197879
1064501 10/18/13 B                  24.94 Courier/Delivery Service                       514         322        197879
1064502 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064503 10/18/13 B                  24.79 Courier/Delivery Service                       514         322        197879
1064492 10/18/13 B                  21.19 Courier/Delivery Service                       514         322        197879
1064493 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064494 10/18/13 B                  22.53 Courier/Delivery Service                       514         322        197879
1064495 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064496 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064497 10/18/13 B                  22.54 Courier/Delivery Service                       514         322        197879
1064486 10/18/13 B                  22.70 Courier/Delivery Service                       514         322        197879
1064487 10/18/13 B                  12.69 Courier/Delivery Service                       514         322        197879
1064488 10/18/13 B                  22.70 Courier/Delivery Service                       514         322        197879
1064489 10/18/13 B                  22.70 Courier/Delivery Service                       514         322        197879
1064490 10/18/13 B                  24.94 Courier/Delivery Service                       514         322        197879
1064491 10/18/13 B                  18.66 Courier/Delivery Service                       514         322        197879
1064480 10/18/13 B                  22.53 Courier/Delivery Service                       514         322        197879
1064481 10/18/13 B                  24.94 Courier/Delivery Service                       514         322        197879
1064482 10/18/13 B                  22.25 Courier/Delivery Service                       514         322        197879
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C
DATE:11/15/13 16:19:38          PRO FORMA    336184      AS OF 10/31/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP

  1064483 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064484 10/18/13 B             12.69 Courier/Delivery Service                          514       322      197879
  1064485 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064474 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064475 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064476 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064477 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064478 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064479 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064468 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064469 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064470 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064471 10/18/13 B             22.70 Courier/Delivery Service                          514       322      197879
  1064472 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064473 10/18/13 B             22.25 Courier/Delivery Service                          514       322      197879
  1064462 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064463 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064464 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064465 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064466 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064467 10/18/13 B             12.69 Courier/Delivery Service                          514       322      197879
  1064456 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064457 10/18/13 B             22.25 Courier/Delivery Service                          514       322      197879
  1064458 10/18/13 B             22.70 Courier/Delivery Service                          514       322      197879
  1064459 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064460 10/18/13 B             19.16 Courier/Delivery Service                          514       322      197879
  1064461 10/18/13 B             22.70 Courier/Delivery Service                          514       322      197879
  1064450 10/18/13 B             12.69 Courier/Delivery Service                          514       322      197879
  1064451 10/18/13 B             21.19 Courier/Delivery Service                          514       322      197879
  1064452 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064453 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064454 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064455 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064444 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064445 10/18/13 B             16.22 Courier/Delivery Service                          514       322      197879
  1064446 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064447 10/18/13 B             21.19 Courier/Delivery Service                          514       322      197879
  1064448 10/18/13 B             25.06 Courier/Delivery Service                          514       322      197879
  1064449 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064438 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
  1064439 10/18/13 B             22.25 Courier/Delivery Service                          514       322      197879
  1064440 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064441 10/18/13 B             12.69 Courier/Delivery Service                          514       322      197879
  1064442 10/18/13 B             22.70 Courier/Delivery Service                          514       322      197879
  1064443 10/18/13 B             26.41 Courier/Delivery Service                          514       322      197879
  1064432 10/18/13 B             22.70 Courier/Delivery Service                          514       322      197879
  1064433 10/18/13 B             25.06 Courier/Delivery Service                          514       322      197879
  1064434 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064435 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064436 10/18/13 B             22.53 Courier/Delivery Service                          514       322      197879
  1064437 10/18/13 B             18.66 Courier/Delivery Service                          514       322      197879
  1064426 10/18/13 B             21.40 Courier/Delivery Service                          514       322      197879
  1064427 10/18/13 B             24.94 Courier/Delivery Service                          514       322      197879
  1064428 10/18/13 B             22.54 Courier/Delivery Service                          514       322      197879
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C
DATE:11/15/13 16:19:38              PRO FORMA    336184      AS OF 10/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1064429 10/18/13 B               19.01 Courier/Delivery Service                         514      322      197879
1064430 10/18/13 B               22.54 Courier/Delivery Service                         514      322      197879
1064431 10/18/13 B               17.66 Courier/Delivery Service                         514      322      197879
1064420 10/18/13 B               18.66 Courier/Delivery Service                         514      322      197879
1064421 10/18/13 B               24.94 Courier/Delivery Service                         514      322      197879
1064422 10/18/13 B               20.09 Courier/Delivery Service                         514      322      197879
1064423 10/18/13 B               26.41 Courier/Delivery Service                         514      322      197879
1064424 10/18/13 B               18.66 Courier/Delivery Service                         514      322      197879
1064425 10/18/13 B               23.78 Courier/Delivery Service                         514      322      197879
1064414 10/18/13 B               26.29 Courier/Delivery Service                         514      322      197879
1064415 10/18/13 B               22.25 Courier/Delivery Service                         514      322      197879
1064416 10/18/13 B               26.41 Courier/Delivery Service                         514      322      197879
1064417 10/18/13 B               16.22 Courier/Delivery Service                         514      322      197879
1064418 10/18/13 B               22.53 Courier/Delivery Service                         514      322      197879
1064419 10/18/13 B               28.81 Courier/Delivery Service                         514      322      197879
1066012 10/22/13 B                7.91 Courier/Delivery Service                         514      000      197976
1065096 10/23/13 B               53.81 Courier/Delivery Service - FEDERAL EXPRESS       514      000      197955
                                       CORP.
1065095 10/23/13 B               34.20 Courier/Delivery Service - FEDERAL EXPRESS       514      000      197955
                                       CORP.
1067992 10/25/13 B               25.06 Courier/Delivery Service                         514      322      198066
1067993 10/25/13 B               18.66 Courier/Delivery Service                         514      322      198066
1067994 10/25/13 B               22.25 Courier/Delivery Service                         514      322      198066
1071124 10/25/13 B               16.22 Courier/Delivery Service                         514      322      198203
1068142 10/25/13 B               26.14 Courier/Delivery Service - BLUE MARBLE           514      000      198083
                                       LOGISTICS, LLC
1069486 10/25/13 B               75.24 Courier/Delivery Service                         514      000      198121
1069487 10/25/13 B               55.70 Courier/Delivery Service                         514      000      198121
1067984 10/25/13 B               22.70 Courier/Delivery Service                         514      322      198066
1067985 10/25/13 B               24.94 Courier/Delivery Service                         514      322      198066
1067974 10/25/13 B               22.70 Courier/Delivery Service                         514      322      198066
1067975 10/25/13 B               22.70 Courier/Delivery Service                         514      322      198066
1067976 10/25/13 B               22.54 Courier/Delivery Service                         514      322      198066
1067977 10/25/13 B               24.94 Courier/Delivery Service                         514      322      198066
1067978 10/25/13 B               22.54 Courier/Delivery Service                         514      322      198066
1067979 10/25/13 B               21.19 Courier/Delivery Service                         514      322      198066
1067968 10/25/13 B               24.94 Courier/Delivery Service                         514      322      198066
1067969 10/25/13 B               22.54 Courier/Delivery Service                         514      322      198066
1067970 10/25/13 B               22.54 Courier/Delivery Service                         514      322      198066
1067971 10/25/13 B               26.41 Courier/Delivery Service                         514      322      198066
1067972 10/25/13 B               12.69 Courier/Delivery Service                         514      322      198066
1067973 10/25/13 B               22.54 Courier/Delivery Service                         514      322      198066
1067962 10/25/13 B               26.56 Courier/Delivery Service                         514      322      198066
1067963 10/25/13 B               24.94 Courier/Delivery Service                         514      322      198066
1067964 10/25/13 B               18.66 Courier/Delivery Service                         514      322      198066
1067965 10/25/13 B               19.16 Courier/Delivery Service                         514      322      198066
1067966 10/25/13 B               18.66 Courier/Delivery Service                         514      322      198066
1067967 10/25/13 B               22.70 Courier/Delivery Service                         514      322      198066
1067956 10/25/13 B               22.25 Courier/Delivery Service                         514      322      198066
1067957 10/25/13 B               18.66 Courier/Delivery Service                         514      322      198066
1067958 10/25/13 B               28.81 Courier/Delivery Service                         514      322      198066
1067959 10/25/13 B               24.94 Courier/Delivery Service                         514      322      198066
1067960 10/25/13 B               21.19 Courier/Delivery Service                         514      322      198066
1067961 10/25/13 B               22.53 Courier/Delivery Service                         514      322      198066
```

```
DATE:11/15/13 16:19:38              PRO FORMA    336184    AS OF 10/31/13           INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1067950 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067951 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067952 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067953 10/25/13 B              22.25 Courier/Delivery Service                      514        322        198066
1067954 10/25/13 B              24.94 Courier/Delivery Service                      514        322        198066
1067955 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067944 10/25/13 B              24.94 Courier/Delivery Service                      514        322        198066
1067945 10/25/13 B              22.54 Courier/Delivery Service                      514        322        198066
1067946 10/25/13 B              22.70 Courier/Delivery Service                      514        322        198066
1067947 10/25/13 B              24.79 Courier/Delivery Service                      514        322        198066
1067948 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067949 10/25/13 B              23.78 Courier/Delivery Service                      514        322        198066
1067938 10/25/13 B              24.94 Courier/Delivery Service                      514        322        198066
1067939 10/25/13 B              22.70 Courier/Delivery Service                      514        322        198066
1067940 10/25/13 B              19.01 Courier/Delivery Service                      514        322        198066
1067941 10/25/13 B              12.69 Courier/Delivery Service                      514        322        198066
1067942 10/25/13 B              12.69 Courier/Delivery Service                      514        322        198066
1067943 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067932 10/25/13 B              26.29 Courier/Delivery Service                      514        322        198066
1067933 10/25/13 B              25.06 Courier/Delivery Service                      514        322        198066
1067934 10/25/13 B              22.70 Courier/Delivery Service                      514        322        198066
1067935 10/25/13 B              16.22 Courier/Delivery Service                      514        322        198066
1067936 10/25/13 B              22.54 Courier/Delivery Service                      514        322        198066
1067937 10/25/13 B              26.41 Courier/Delivery Service                      514        322        198066
1067926 10/25/13 B              22.54 Courier/Delivery Service                      514        322        198066
1067927 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067928 10/25/13 B              12.69 Courier/Delivery Service                      514        322        198066
1067929 10/25/13 B              17.66 Courier/Delivery Service                      514        322        198066
1067930 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067931 10/25/13 B              24.94 Courier/Delivery Service                      514        322        198066
1067920 10/25/13 B              21.19 Courier/Delivery Service                      514        322        198066
1067921 10/25/13 B              26.41 Courier/Delivery Service                      514        322        198066
1067922 10/25/13 B              22.70 Courier/Delivery Service                      514        322        198066
1067923 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067924 10/25/13 B              16.22 Courier/Delivery Service                      514        322        198066
1067925 10/25/13 B              22.53 Courier/Delivery Service                      514        322        198066
1067914 10/25/13 B              22.53 Courier/Delivery Service                      514        322        198066
1067915 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067916 10/25/13 B              24.94 Courier/Delivery Service                      514        322        198066
1067917 10/25/13 B              20.09 Courier/Delivery Service                      514        322        198066
1067918 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067919 10/25/13 B              12.69 Courier/Delivery Service                      514        322        198066
1067908 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067909 10/25/13 B              22.54 Courier/Delivery Service                      514        322        198066
1067910 10/25/13 B              22.54 Courier/Delivery Service                      514        322        198066
1067911 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067912 10/25/13 B              22.54 Courier/Delivery Service                      514        322        198066
1067913 10/25/13 B              25.06 Courier/Delivery Service                      514        322        198066
1070825 10/25/13 B              12.69 Courier/Delivery Service                      514        322        198190
1067986 10/25/13 B              22.25 Courier/Delivery Service                      514        322        198066
1067987 10/25/13 B              24.94 Courier/Delivery Service                      514        322        198066
1067988 10/25/13 B              22.53 Courier/Delivery Service                      514        322        198066
1067989 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
1067990 10/25/13 B              18.66 Courier/Delivery Service                      514        322        198066
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                               Page 46 (46)
DATE:11/15/13 16:19:38               PRO FORMA    336184       AS OF 10/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1067991 10/25/13 B             24.94 Courier/Delivery Service                       514      322      198066
1067980 10/25/13 B             22.54 Courier/Delivery Service                       514      322      198066
1067981 10/25/13 B             25.06 Courier/Delivery Service                       514      322      198066
1067982 10/25/13 B             22.54 Courier/Delivery Service                       514      322      198066
1068523 10/28/13 B              7.85 Courier/Delivery Service                       514      000      198099
1069499 10/29/13 B              7.98 Courier/Delivery Service                       514      000      198123
1069500 10/29/13 B              7.85 Courier/Delivery Service                       514      000      198123
1069501 10/29/13 B              7.91 Courier/Delivery Service                       514      000      198123
1069502 10/29/13 B              7.98 Courier/Delivery Service                       514      000      198123
1069503 10/29/13 B              7.88 Courier/Delivery Service                       514      000      198123
1069504 10/29/13 B              9.16 Courier/Delivery Service                       514      000      198123
1070865 10/30/13 B             88.01 Courier/Delivery Service - FEDERAL EXPRESS     514      000      198197
                                     CORP.
1069505 10/31/13 B             22.54 Courier/Delivery Service                       514      322      198123
1061213 10/11/13 B            140.87 Computer Research - Westlaw                    515      904
                                     Search Performed by: CORDO,ANN
1061214 10/11/13 B             70.20 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062706 10/13/13 B            210.16 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062870 10/13/13 B            210.16 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062872 10/14/13 B             79.92 Computer Research - Westlaw                    515      000
                                     Search Performed by: HAYES,CHRISTOPHER
1062873 10/14/13 B            299.82 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062708 10/14/13 B             79.92 Computer Research - Westlaw                    515      000
                                     Search Performed by: HAYES,CHRISTOPHER
1062709 10/14/13 B            299.82 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062707 10/14/13 B            174.39 Computer Research - Westlaw                    515      904
                                     Search Performed by: CORDO,ANN
1062871 10/14/13 B            174.39 Computer Research - Westlaw                    515      904
                                     Search Performed by: CORDO,ANN
1062710 10/15/13 B             52.65 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062874 10/15/13 B             52.65 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062875 10/16/13 B            210.73 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1062711 10/16/13 B            210.73 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1066072 10/25/13 B            172.13 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1069009 10/28/13 B            143.91 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1069010 10/29/13 B            111.51 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1069011 10/31/13 B             33.75 Computer Research - Westlaw                    515      000
                                     Search Performed by: HOUSER,JUSTIN
1056293 10/01/13 B             10.80 In-House Duplicating                           519      626

1058775 10/07/13 B             27.10 In-House Duplicating                           519      605
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                            Page 47 (47)
DATE:11/15/13 16:19:38              PRO FORMA   336184       AS OF 10/31/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1060592 10/11/13 B                 0.40 In-House Duplicating                       519    454

1060593 10/11/13 B                30.00 In-House Duplicating                       519    454

1061462 10/15/13 B                 6.80 In-House Duplicating                       519    637

1062212 10/17/13 B               114.90 In-House Duplicating                       519    670

1063100 10/18/13 B                 2.80 In-House Duplicating                       519    684

1063101 10/18/13 B                54.00 In-House Duplicating                       519    684

1063572 10/21/13 B                 1.20 In-House Duplicating                       519    971

1063573 10/21/13 B                10.40 In-House Duplicating                       519    971

1063884 10/22/13 B                 2.40 In-House Duplicating                       519    626

1065611 10/24/13 B                 2.40 In-House Duplicating                       519    605

1065612 10/24/13 B                20.00 In-House Duplicating                       519    605

1059595 10/02/13 B               425.00 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684    197585
                                        FAX BROADCAST - 10/2/13
1066211 10/18/13 B               253.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684    197996
                                        FAX BROADCAST - 10/18/13
1068132 10/25/13 B               129.75 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684    198079
                                        FAX BROADCAST - 10/25/13
1066223 09/30/13 B                99.70 Pacer charges for the month of September   529    000
1056300 10/01/13 B                 1.25 In-House Printing - black & white          541    684
                                        Call time: 09:05; to

1056301 10/01/13 B                 4.70 In-House Printing - black & white          541    684
                                        Call time: 10:14; to

1056302 10/01/13 B                 1.30 In-House Printing - black & white          541    684
                                        Call time: 10:14; to

1056303 10/01/13 B                 1.75 In-House Printing - black & white          541    684
                                        Call time: 10:14; to

1056304 10/01/13 B                 1.85 In-House Printing - black & white          541    684
                                        Call time: 10:16; to

1056305 10/01/13 B                 6.60 In-House Printing - black & white          541    684
                                        Call time: 15:38; to

1056306 10/01/13 B                 0.60 In-House Printing - black & white          541    684
                                        Call time: 15:38; to

1056307 10/01/13 B                 1.00 In-House Printing - black & white          541    684
                                        Call time: 15:16; to

1056308 10/01/13 B                 0.05 In-House Printing - black & white          541    684
```

```
                                    Call time: 15:16; to

1058246 10/04/13 B              16.65 In-House Printing - black & white         541      623
                                    Call time: 18:59; to

1058247 10/04/13 B               0.05 In-House Printing - black & white         541      623
                                    Call time: 18:59; to

1058782 10/07/13 B              16.65 In-House Printing - black & white         541      684
                                    Call time: 13:40; to

1058783 10/07/13 B               0.05 In-House Printing - black & white         541      684
                                    Call time: 13:40; to

1058781 10/07/13 B               0.05 In-House Printing - black & white         541      605
                                    Call time: 17:32; to

1058776 10/07/13 B               1.85 In-House Printing - black & white         541      605
                                    Call time: 17:33; to

1058777 10/07/13 B               3.55 In-House Printing - black & white         541      605
                                    Call time: 17:33; to

1058778 10/07/13 B               0.05 In-House Printing - black & white         541      605
                                    Call time: 17:33; to

1058779 10/07/13 B               2.60 In-House Printing - black & white         541      605
                                    Call time: 17:32; to

1058780 10/07/13 B               5.30 In-House Printing - black & white         541      605
                                    Call time: 17:32; to

1058784 10/07/13 B             101.10 In-House Printing - black & white         541      603
                                    Call time: 14:15; to

1059613 10/09/13 B               5.70 In-House Printing - black & white         541      684
                                    Call time: 15:42; to

1059614 10/09/13 B               1.80 In-House Printing - black & white         541      684
                                    Call time: 15:42; to

1059615 10/09/13 B               0.85 In-House Printing - black & white         541      684
                                    Call time: 15:36; to

1059616 10/09/13 B               0.25 In-House Printing - black & white         541      684
                                    Call time: 15:36; to

1060349 10/10/13 B               8.45 In-House Printing - black & white         541      971
                                    Call time: 13:59; to

1060350 10/10/13 B               3.30 In-House Printing - black & white         541      971
                                    Call time: 13:52; to

1060351 10/10/13 B               5.35 In-House Printing - black & white         541      971
```

```
DATE:11/15/13 16:19:38            PRO FORMA    336184      AS OF 10/31/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP

                                      Call time: 14:14; to

 1060352 10/10/13 B              0.10 In-House Printing - black & white          541      971
                                      Call time: 14:14; to

 1060594 10/11/13 B              3.15 In-House Printing - black & white          541      684
                                      Call time: 12:53; to

 1060595 10/11/13 B              0.15 In-House Printing - black & white          541      684
                                      Call time: 12:53; to

 1060596 10/11/13 B              1.00 In-House Printing - black & white          541      684
                                      Call time: 12:49; to

 1060597 10/11/13 B              0.05 In-House Printing - black & white          541      684
                                      Call time: 12:49; to

 1061464 10/15/13 B             19.80 In-House Printing - black & white          541      684
                                      Call time: 11:04; to

 1061465 10/15/13 B              2.40 In-House Printing - black & white          541      684
                                      Call time: 10:50; to

 1061463 10/15/13 B              1.60 In-House Printing - black & white          541      971
                                      Call time: 12:47; to

 1061864 10/16/13 B              2.80 In-House Printing - black & white          541      684
                                      Call time: 11:58; to

 1061863 10/16/13 B              1.95 In-House Printing - black & white          541      203
                                      Call time: 09:22; to

 1061865 10/16/13 B              1.95 In-House Printing - black & white          541      203
                                      Call time: 10:10; to

 1062213 10/16/13 B              7.55 In-House Printing - black & white          541      203
                                      Call time: 21:32; to

 1062214 10/17/13 B              1.50 In-House Printing - black & white          541      684
                                      Call time: 15:42; to

 1062215 10/17/13 B              2.10 In-House Printing - black & white          541      684
                                      Call time: 15:11; to

 1062216 10/17/13 B              0.30 In-House Printing - black & white          541      684
                                      Call time: 15:11; to

 1062217 10/17/13 B              8.60 In-House Printing - black & white          541      684
                                      Call time: 10:30; to

 1062218 10/17/13 B              4.55 In-House Printing - black & white          541      684
                                      Call time: 10:27; to

 1062219 10/17/13 B              4.55 In-House Printing - black & white          541      684
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                Case 09-10138-MFW    Doc 12415-3    Filed 11/18/13    Page 13 of 14    Page 10 (50)
DATE:11/15/13 16:19:38             PRO FORMA    336184       AS OF 10/31/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP

                                        Call time: 10:27; to

   1062220 10/17/13 B                3.40 In-House Printing - black & white       541      684
                                        Call time: 10:24; to

   1063102 10/18/13 B                3.30 In-House Printing - black & white       541      684
                                        Call time: 10:38; to

   1063103 10/18/13 B                1.80 In-House Printing - black & white       541      684
                                        Call time: 10:09; to

   1063105 10/18/13 B                9.00 In-House Printing - black & white       541      684
                                        Call time: 09:09; to

   1063106 10/18/13 B                3.90 In-House Printing - black & white       541      684
                                        Call time: 09:07; to

   1063104 10/18/13 B                1.95 In-House Printing - black & white       541      203
                                        Call time: 11:29; to

   1063574 10/21/13 B                1.15 In-House Printing - black & white       541      684
                                        Call time: 11:01; to

   1063575 10/21/13 B                0.10 In-House Printing - black & white       541      684
                                        Call time: 11:01; to

   1063886 10/22/13 B                1.05 In-House Printing - black & white       541      684
                                        Call time: 16:46; to

   1063887 10/22/13 B               13.20 In-House Printing - black & white       541      684
                                        Call time: 16:51; to

   1063888 10/22/13 B                1.80 In-House Printing - black & white       541      684
                                        Call time: 09:32; to

   1063885 10/22/13 B                1.05 In-House Printing - black & white       541      971
                                        Call time: 12:28; to

   1063889 10/22/13 B                1.20 In-House Printing - black & white       541      684
                                        Call time: 09:31; to

   1063890 10/22/13 B                2.70 In-House Printing - black & white       541      684
                                        Call time: 09:31; to

   1063891 10/22/13 B                2.00 In-House Printing - black & white       541      684
                                        Call time: 09:31; to

   1063892 10/22/13 B                2.60 In-House Printing - black & white       541      684
                                        Call time: 09:30; to

   1064654 10/23/13 B                5.60 In-House Printing - black & white       541      684
                                        Call time: 15:07; to

   1065119 10/24/13 B                1.05 In-House Printing - black & white       541      684
```

```
DATE:11/15/13 16:19:38                PRO FORMA   336184      AS OF 10/31/13           INVOICE# ******
Nortel Networks, Inc.
63989-DIP

                                        Call time: 11:09; to

 1065120 10/24/13 B              0.05 In-House Printing - black & white            541      684
                                        Call time: 11:09; to

 1065121 10/24/13 B              1.35 In-House Printing - black & white            541      684
                                        Call time: 15:18; to

 1065613 10/24/13 B              2.50 In-House Printing - black & white            541      605
                                        Call time: 21:39; to

 1065614 10/24/13 B              1.20 In-House Printing - black & white            541      605
                                        Call time: 19:51; to

 1065615 10/25/13 B              3.15 In-House Printing - black & white            541      684
                                        Call time: 11:46; to

 1065616 10/25/13 B             42.60 In-House Printing - black & white            541      603
                                        Call time: 14:35; to

 1067622 10/28/13 B              1.10 In-House Printing - black & white            541      605
                                        Call time: 18:51; to

 1067623 10/28/13 B              1.20 In-House Printing - black & white            541      605
                                        Call time: 18:51; to

 1067624 10/28/13 B              1.70 In-House Printing - black & white            541      605
                                        Call time: 18:54; to

 1066298 10/28/13 B              5.65 In-House Printing - black & white            541      637
                                        Call time: 09:17; to

 1066299 10/28/13 B              0.05 In-House Printing - black & white            541      637
                                        Call time: 09:17; to

 1068644 10/31/13 B              4.30 In-House Printing - black & white            541      684
                                        Call time: 10:51; to

 1068645 10/31/13 B              4.25 In-House Printing - black & white            541      684
                                        Call time: 10:55; to

 1067592 09/28/13 B             30.00 Conference Calls - AMERICAN EXPRESS`         552H     000      198063
                                        COURTCALL - CONFERENCE CALL - 9/28/13
 1067593 09/28/13 B             30.00 Conference Calls - AMERICAN EXPRESS`         552H     000      198063
                                        COURTCALL - CONFERENCE CALL - 9/28/13
 1067594 09/28/13 B             72.00 Conference Calls - AMERICAN EXPRESS`         552H     000      198063
                                        COURTCALL - CONFERENCE CALL - 9/27/13
 1073402 10/07/13 B              2.15 Conference Calls - SOUNDPATH CONFERENCING    552H     322      198335
                                        SERVICES, LLC
 1073447 10/17/13 B              1.64 Conference Calls - SOUNDPATH CONFERENCING    552H     904      198336
                                        SERVICES, LLC
                              --------------
                                 15,319.69
                              --------------
```