# EXHIBIT C

## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $4,320.70 |
| Conference Call /Telephone/Video Conferencing | $2,841.64 |
| Courier Service/Postage | $177.58 |
| Duplicating (billed at $.10 per page) | $3,095.00 |
| Meals/Committee Meeting Expenses | $1,933.82 |
| Travel Expenses – Ground Transportation | $1,580.79 |
| Travel Expenses – Telephone & Fax | $16.44 |
| Travel Expenses – Train Fare | $842.00 |
| Retained Professional Fees & Expenses | $115,599.64 |
| **TOTAL** | $130,807.61 |