# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1508312 |
| Invoice Date | 11/06/13 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/02/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Off the Wall | $25.00 |
| 04/08/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Ayame | $25.50 |
| 04/11/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Santinis | $25.00 |
| 04/21/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Off the Wall | $25.00 |
| 04/23/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Off the Wall | $25.00 |
| 04/29/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Santinis | $25.00 |
| 05/01/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Zena | $25.00 |
| 05/22/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Santinis Bistro | $25.50 |
| 06/03/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Off the Wall | $25.00 |
| 07/29/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG13- | $37.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1508312

| Date | Description | Amount |
|---|---|---|
| | 53062500000206 DATE: 8/25/2013 PASSENGER: BOTTER DAVID H TICKET #: 592543573 DEPARTURE DATE: 07/30/2013 ROUTE: NYP WIL NYP | |
| 07/29/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG13-53062500000206 DATE: 8/25/2013 PASSENGER: BOTTER DAVID H TICKET #: 7000000000 DEPARTURE DATE: 07/30/2013 ROUTE: NYP WIL NYP | $245.00 |
| 08/05/13 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 481609 DATE: 8/16/2013 SENDER'S NAME: ABID QURISI; JOB NUMBER: 9214592; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 08/05/2013 | $36.19 |
| 08/12/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1509187 DATE: 8/18/2013 Fagen Matthew - Breeze Thai  French Kitchen - 08/12/2013 | $18.22 |
| 08/13/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1509187 DATE: 8/18/2013 Qureshi Abid - Hale & Hearty 42nd Street) - 08/13/2013 | $12.88 |
| 08/14/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1509187 DATE: 8/18/2013 Fagen Matthew - Dig Inn Seasonal Market  275 Madison - 08/14/2013 | $26.70 |
| 08/14/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1509187 DATE: 8/18/2013 Foster Kemoy - Ajisai Japanese Restaurant - 08/14/2013 | $25.66 |
| 08/14/13 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal; Off the Wall | $25.00 |
| 08/15/13 | Meals (100%)  8/12/13 M. Joseph. Conference with retained professional (2 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800254; DATE: 8/15/2013  - Customer Number: F203380000 | $43.55 |
| 08/15/13 | Meals (100%)  8/12/13 P. Sanchez. Meeting re allocation litigation (5 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800254; DATE: 8/15/2013  - Customer Number: F203380000 | $170.55 |
| 08/15/13 | Meals (100%)  8/12/13 J. Lee.  Meeting with professional (2 people) | $48.72 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1508312

| | | |
|---|---|---|
| | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800254; DATE: 8/15/2013 - Customer Number: F203380000 | |
| 08/15/13 | Meals (100%)  8/15/13 M. Fagen. Committee call - 8 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800254; DATE: 8/15/2013 - Customer Number: F203380000 | $172.46 |
| 08/16/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1509187 DATE: 8/18/2013 Fagen Matthew - Aura Thai - 08/16/2013 | $12.83 |
| 08/19/13 | Meals - Business  Meal and discussion re: allocation evidence; F. Hodara, C. Kearns; Appetito Ristorante | $60.00 |
| 08/20/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1510380 DATE: 8/25/2013 Fagen Matthew - Akdeniz - 08/20/2013 | $28.52 |
| 08/20/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1510380 DATE: 8/25/2013 Yecies Jacqueline - Sushi of Gari 46th) - 08/20/2013 | $32.10 |
| 08/20/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $16.10 |
| 08/20/13 | Meals (100%)  8/19/13 M. Joseph.  Call with Cleary (3 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800255; DATE: 8/20/2013 - Customer Number: F203380000 | $43.55 |
| 08/20/13 | Meals (100%)  8/19/13 J. Lewis. Document review meeting (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800255; DATE: 8/20/2013 - Customer Number: F203380000 | $167.29 |
| 08/22/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1510380 DATE: 8/25/2013 Fagen Matthew - Haru On Broadway - 08/22/2013 | $35.60 |
| 08/22/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1510380 DATE: 8/25/2013 Yecies Jacqueline - Wondee Siam II - 08/22/2013 | $32.58 |
| 08/22/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $14.00 |
| 08/23/13 | Travel - Telephone & Fax  Fee for in-flight internet use re: Nortel work (1/2 of total fee of $10.95 to be charged to 683181.0034 - $5.47).; Nortel - Gogo | $5.48 |
| 08/25/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: | $24.35 |

| | | |
|---|---|---|
| | 1510380 DATE: 8/25/2013 Foster Kemoy - Blue Dog Café Midtown - 08/25/2013 | |
| 08/25/13 | Travel - Telephone & Fax  Fee for in-flight internet use re: Nortel work (1/2 of total fee of $10.95 to be charged to 683181.0034 - $5.47).; Nortel - Gogo | $5.48 |
| 08/26/13 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E353A DATE: 8/31/2013 TRACKING #: 1Z02E52E0153882810; PICKUP DATE: 08/26/2013; SENDER: Joseph Sorkin/LR; RECEIVER: Unknown - Joseph Sorkin; | $25.95 |
| 08/26/13 | Computerized Legal Research - Westlaw User: CROSS,MIKE Date: 8/26/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.36 |
| 08/26/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1524936 DATE: 9/1/2013 Yecies Jacqueline - Shun Lee West - 08/26/2013 | $29.62 |
| 08/26/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1524936 DATE: 9/1/2013 Foster Kemoy - Radicchio Pasta and Risotto Company - 08/26/2013 | $26.20 |
| 08/26/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $14.30 |
| 08/28/13 | Travel - Telephone & Fax  Fee for in-flight internet use re: Nortel work (1/2 of total fee of $10.95 to be charged to 683181.0034 - $5.47).; Nortel - Gogo | $5.48 |
| 08/29/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LANPHEAR  LESLIE; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 08/29/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LANPHEAR  LESLIE; Charge Type: SEARCHES; Quantity: 1.0 | $75.60 |
| 08/29/13 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: LANPHEAR  LESLIE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 08/29/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 8/29/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $217.20 |
| 08/29/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 8/29/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $524.32 |
| 08/29/13 | Meals (100%)  8/22/13 M. Fagen. | $172.46 |

| | | |
|---|---|---|
| | Committee Call (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800256; DATE: 8/29/2013 - Customer Number: F203380000 | |
| 08/29/13 | Meals (100%)  8/23/13 Litigation meeting (3 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800256; DATE: 8/29/2013 - Customer Number: F203380000 | $54.22 |
| 08/29/13 | Meals (100%)  8/23/13 N. Kunen. Document review meeting (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800256; DATE: 8/29/2013 - Customer Number: F203380000 | $172.46 |
| 08/29/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1524936 DATE: 9/1/2013 Foster Kemoy - Radicchio Pasta and Risotto Company - 08/29/2013 | $25.11 |
| 09/02/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1168356 DATE: 9/11/2013  Vendor: Dial Car Voucher #: DLA3601355 Date: 09/02/2013 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3601355 Date: 09/02/2013 Name: David Botter | $167.74 |
| 09/03/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 9/3/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $98.00 |
| 09/03/13 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E363A DATE: 9/7/2013 TRACKING #: 1Z02E52E1553793819; PICKUP DATE: 09/03/2013; SENDER: Melissa Gyure/E.L.; RECEIVER: Jeffrey S. Hyland - Orlando Marriott Lake Mary; | $64.97 |
| 09/03/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1168356 DATE: 9/11/2013  Vendor: Dial Car Voucher #: DLA3769007 Date: 09/03/2013 Name: Oz Halabi||Car Service, Vendor: Dial Car Voucher #: DLA3769007 Date: 09/03/2013 Name: Oz Halabi | $110.83 |
| 09/03/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1526399 DATE: 9/8/2013 Foster Kemoy - Obao 9th Ave) - 09/03/2013 | $25.11 |
| 09/03/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1526399 DATE: 9/8/2013 | $18.82 |

| Date | Description | Amount |
|---|---|---|
| 09/03/13 | Orcel Reginald - Akdeniz - 09/03/2013 Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1526399 DATE: 9/8/2013 Yecies Jacqueline - Shun Lee West - 09/03/2013 | $28.86 |
| 09/03/13 | Travel - Ground Transportation  Car from train station to DC office re client meeting.; DC Taxi receipt | $17.00 |
| 09/03/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $13.70 |
| 09/04/13 | Duplication - In House  Photocopy - Qureshi, Abid, NY, 180 page(s) | $18.00 |
| 09/04/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 704417 DATE: 9/13/2013  Vendor: Executive Royal Voucher #: RV0DD3C18A Date: 09/04/2013 Name: Reginald Orcel‖Car Service, Vendor: Executive Royal Voucher #: RV0DD3C18A Date: 09/04/2013 Name: Reginald Orcel | $70.08 |
| 09/04/13 | Travel - Ground Transportation  Car from DC office to train station returning home from meeting.; DC Taxi receipt | $18.00 |
| 09/04/13 | Travel - Ground Transportation  Car from train station to home returning from meeting.; Newark Taxi receipt | $52.00 |
| 09/05/13 | Audio and Web Conference Services August 2013 VENDOR: TELCONF LLC; INVOICE#: 09001-01001-13; DATE: 9/5/2013 | $2,841.64 |
| 09/05/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1526399 DATE: 9/8/2013 Orcel Reginald - Fuel Grill & Juice Bar 9th Ave) - 09/05/2013 | $22.00 |
| 09/05/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 704417 DATE: 9/13/2013  Vendor: Executive Royal Voucher #: RVTFD3C1B8 Date: 09/05/2013 Name: Reginald Orcel‖Car Service, Vendor: Executive Royal Voucher #: RVTFD3C1B8 Date: 09/05/2013 Name: Reginald Orcel | $62.11 |
| 09/06/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 704417 DATE: 9/13/2013  Vendor: Executive Royal Voucher #: RVN0D3D1A8 Date: 09/06/2013 Name: Reginald Orcel‖Car Service, Vendor: Executive Royal Voucher #: RVN0D3D1A8 Date: 09/06/2013 Name: Reginald Orcel | $65.73 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1508312

| 09/07/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1526399 DATE: 9/8/2013 Foster Kemoy - Fresh Basil's - 09/07/2013 | $22.65 |
| 09/08/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1168724 DATE: 9/18/2013  Vendor: Dial Car Voucher #: DLA3886623 Date: 09/08/2013 Name: Lisa Beckerman||Car Service, Vendor: Dial Car Voucher #: DLA3886623 Date: 09/08/2013 Name: Lisa Beckerman | $71.05 |
| 09/09/13 | Duplication - In House  Photocopy - User # 990100, NY, 2026 page(s) | $202.60 |
| 09/09/13 | Duplication - In House  Photocopy - User # 990100, NY, 1509 page(s) | $150.90 |
| 09/09/13 | Courier Service/Messenger Service- Off Site  8/30/13  K Eftink from K.Rowe VENDOR: FEDERAL EXPRESS CORP; INVOICE#: 2-394-09885; DATE: 9/9/2013 | $25.92 |
| 09/09/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1531514 DATE: 9/15/2013 Yecies Jacqueline - Wondee Siam II - 09/09/2013 | $23.13 |
| 09/09/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $15.50 |
| 09/09/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013  Vendor: Dial Car Voucher #: DLA3795643 Date: 09/09/2013 Name: Oz Halabi||Car Service, Vendor: Dial Car Voucher #: DLA3795643 Date: 09/09/2013 Name: Oz Halabi | $110.83 |
| 09/10/13 | Duplication - In House  Photocopy - User # 990100, NY, 45 page(s) | $4.50 |
| 09/10/13 | Duplication - In House  Photocopy - User # 990100, NY, 480 page(s) | $48.00 |
| 09/10/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1531514 DATE: 9/15/2013 Yecies Jacqueline - Natsumi - 09/10/2013 | $29.40 |
| 09/10/13 | Document Production - In House REQUESTOR: J YECIES; DESCRIPTION: COLOR COPIES; QUANTITY: 180; DATE ORDERED: 9/10/13 | $18.00 |
| 09/10/13 | Travel - Ground Transportation  Taxi home after working late.; NYC Taxi | $15.60 |
| 09/10/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 704649 DATE: 9/20/2013  Vendor: Executive Royal Voucher #: RVV4D3D169 Date: 09/10/2013 Name: | $62.11 |

|  |  |  |
|---|---|---|
|  | Reginald Orcel\|Car Service, Vendor: Executive Royal Voucher #: RVV4D3D169 Date: 09/10/2013 Name: Reginald Orcel |  |
| 09/10/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013 Vendor: Dial Car Voucher #: DLA3901431 Date: 09/10/2013 Name: Lisa Beckerman\|Car Service, Vendor: Dial Car Voucher #: DLA3901431 Date: 09/10/2013 Name: Lisa Beckerman | $71.05 |
| 09/11/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 9/11/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $35.60 |
| 09/11/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013 Vendor: Dial Car Voucher #: DLA3949751 Date: 09/11/2013 Name: Lisa Beckerman\|Car Service, Vendor: Dial Car Voucher #: DLA3949751 Date: 09/11/2013 Name: Lisa Beckerman | $71.05 |
| 09/12/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1531514 DATE: 9/15/2013 Foster Kemoy - Ajisai Japanese Restaurant - 09/12/2013 | $24.57 |
| 09/13/13 | Duplication - In House Photocopy - User # 990100, NY, 1105 page(s) | $110.50 |
| 09/13/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 9/13/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $68.80 |
| 09/13/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1531514 DATE: 9/15/2013 Foster Kemoy - Fresh Basil's - 09/13/2013 | $22.65 |
| 09/13/13 | Document Production - In House REQUESTOR: J YECIES; DESCRIPTION: COLOR COPIES; QUANTITY: 32; DATE ORDERED: 9/13/13 | $3.20 |
| 09/13/13 | Document Production - In House REQUESTOR: J YECIES; DESCRIPTION: COLOR COPIES; QUANTITY: 84; DATE ORDERED: 9/13/13 | $8.40 |
| 09/13/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 704649 DATE: 9/20/2013 Vendor: Executive Royal Voucher #: RVK7D3D1A8 Date: 09/13/2013 Name: Reginald Orcel\|Car Service, Vendor: Executive Royal Voucher #: | $62.11 |

|  |  |  |
|---|---|---|
|  | RVK7D3D1A8 Date: 09/13/2013 Name: Reginald Orcel |  |
| 09/15/13 | Computerized Legal Research - Westlaw User: BHATTACHARJEE,SAURISH Date: 9/15/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $158.40 |
| 09/16/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013 Vendor: Dial Car Voucher #: DLA3769036 Date: 09/16/2013 Name: Oz Halabi||Car Service, Vendor: Dial Car Voucher #: DLA3769036 Date: 09/16/2013 Name: Oz Halabi | $114.91 |
| 09/16/13 | Travel - Train Fare  Train from NY to DE to attend court hearing.; Amtrak | $140.00 |
| 09/16/13 | Travel - Train Fare  Train from DE to NY returning from court hearing.; Amtrak | $140.00 |
| 09/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 570 page(s) | $57.00 |
| 09/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 3711 page(s) | $371.10 |
| 09/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 2400 page(s) | $240.00 |
| 09/17/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013 Vendor: Dial Car Voucher #: DLA3878363 Date: 09/17/2013 Name: Robert Johnson||Car Service, Vendor: Dial Car Voucher #: DLA3878363 Date: 09/17/2013 Name: Robert Johnson | $74.11 |
| 09/17/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013 Vendor: Dial Car Voucher #: DLA3900897 Date: 09/17/2013 Name: Oz Halabi||Car Service, Vendor: Dial Car Voucher #: DLA3900897 Date: 09/17/2013 Name: Oz Halabi | $118.99 |
| 09/18/13 | Duplication - In House  Photocopy - User # 990100, NY, 884 page(s) | $88.40 |
| 09/18/13 | Meals - Business  Lunch after court hearing; F. Hodara, other; Deep Blue | $30.00 |
| 09/18/13 | Travel - Ground Transportation  Cab from train station to court; Checker Taxi | $10.00 |
| 09/18/13 | Travel - Train Fare  Train to Wilmington to attend court hearing; Amtrak | $280.00 |
| 09/19/13 | Duplication - In House  Photocopy - Doniak, Christine, NY, 1248 page(s) | $124.80 |
| 09/19/13 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E383A DATE: 9/21/2013 TRACKING #: 1Z02E52E0154000298; PICKUP DATE: 09/19/2013; SENDER: Melissa Gyure; RECEIVER: Fidelity Investments - Nate Van Duzer; | $24.09 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1508312

Page 10
November 6, 2013

| Date | Description | Amount |
|---|---|---|
| 09/20/13 | Duplication - In House  Photocopy - User # 990100, NY, 448 page(s) | $44.80 |
| 09/20/13 | Computerized Legal Research - Westlaw User: DANFORD,BRANDON Date: 9/20/2013 AcctNumber: 1000805253 ConnectTime: 0.0 | $248.66 |
| 09/20/13 | Computerized Legal Research - Westlaw User: SOUTHARD,KATIE Date: 9/20/2013 AcctNumber: 1000805253 ConnectTime: 0.0 | $1,180.51 |
| 09/20/13 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: FENER  SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $63.00 |
| 09/20/13 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER  SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 25.0 | $337.50 |
| 09/20/13 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER  SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $209.70 |
| 09/21/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1169012 DATE: 9/25/2013  Vendor: Dial Car Voucher #: DLA3896503 Date: 09/21/2013 Name: Robert Johnson\|\|Car Service, Vendor: Dial Car Voucher #: DLA3896503 Date: 09/21/2013 Name: Robert Johnson | $74.11 |
| 09/23/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 470 page(s) | $47.00 |
| 09/23/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 787 page(s) | $78.70 |
| 09/23/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 489 page(s) | $48.90 |
| 09/23/13 | Duplication - In House  Photocopy - User # 990100, NY, 370 page(s) | $37.00 |
| 09/23/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 384 page(s) | $38.40 |
| 09/23/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 704874 DATE: 9/27/2013  Vendor: Executive Royal Voucher #: RV01D3E179 Date: 09/23/2013 Name: Sol Kim\|\|Car Service, Vendor: Executive Royal Voucher #: RV01D3E179 Date: 09/23/2013 Name: Sol Kim | $87.78 |
| 09/24/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 132 page(s) | $13.20 |
| 09/25/13 | Postage  US Postage - Kahn, Brad, NY, 1 piece(s) | $0.46 |
| 09/25/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 1544 page(s) | $154.40 |
| 09/25/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 154 page(s) | $15.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1508312

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/13 | Computerized Legal Research - Westlaw User: STABILE,NICHOLAS Date: 9/25/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $420.23 |
| 09/25/13 | Computerized Legal Research - Lexis Service: LEXIS PUBLIC RECORDS; Employee: STABILE  NICHOLAS; Charge Type: SEARCHES; Quantity: 1.0 | $89.10 |
| 09/25/13 | Document Retrieval  9/18/13 Nortel Networks Corporation VENDOR: U.S. DOCUMENT RETRIEVAL SERVICE, INC; INVOICE#: 149804; DATE: 9/25/2013 | $169.16 |
| 09/26/13 | Duplication - In House  Photocopy - Taylor, Natalie, SA, 28 page(s) | $2.80 |
| 09/26/13 | Computerized Legal Research - Westlaw User: WATTERS,JESSICA Date: 9/26/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $97.27 |
| 09/27/13 | Duplication - In House  Photocopy - Delgado, Jami, SA, 64 page(s) | $6.40 |
| 09/27/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 168 page(s) | $16.80 |
| 09/27/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 1064 page(s) | $106.40 |
| 09/27/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 620 page(s) | $62.00 |
| 09/27/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 744 page(s) | $74.40 |
| 09/27/13 | Computerized Legal Research - Westlaw User: WATTERS,JESSICA Date: 9/27/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $291.81 |
| 09/30/13 | Duplication - In House  Photocopy - Millett, Patricia, DC, 6666 page(s) | $666.60 |
| 09/30/13 | Duplication - In House  Photocopy - Rathgeber, Frank, NY, 476 page(s) | $47.60 |
| 09/30/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 28 page(s) | $2.80 |
| 09/30/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 744 page(s) | $74.40 |
| 09/30/13 | Duplication - In House  Photocopy - Kim, Sol, NY, 1116 page(s) | $111.60 |

Current Expenses

$14,807.97