# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 1, 2013 THROUGH SEPTEMBER 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 13.50 | $13,500.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 119.70 | $119,700.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 65.95 | $72,545.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 229.00 | $199,230.00 |
| L. Rachel Lerman | Partner for 9 years; Admitted in 1995; Litigation Department | $660 | 1.50 | $990.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 138.95 | $125,055.00 |
| Patricia A. Millett | Partner for 7 years; Admitted in 1988; Litigation Department | $820 | 9.90 | $8,118.00 |
| Joseph L. Sorkin | Partner for 2 years; Admitted in 2001; Litigation Department | $770 | 140.50 | $108,185.00 |
| Ruthanne M. Deutsch | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $565 | 2.40 | $1,356.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 128.10 | $92,232.00 |
| Kimberly A. Ball | Counsel for 3 years; Admitted in 2005; Litigation department | $580 | 68.40 | $39,672.00 |
| Brandon B. Danford | Counsel for 4 years; Admitted in 2004; Litigion Department | $600 | 246.50 | $147,900.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Christopher M. Egleson | Counsel for 3 years; Admitted in 2007; Litigation Department | $660 | 3.00 | $1,980.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 13.50 | $8,977.50 |
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 25.80 | $17,415.00 |
| Amjad M. Khan | Counsel for 1 year; Admitted in 2005; Litigation Department | $600 | 18.80 | $11,280.00 |
| Manuel Mungia, Jr. | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 31.40 | $17,584.00 |
| Heather L. Peckham | Counsel for 6 years; Admitted in 2000; Litigation department | $600 | 85.40 | $51,240.00 |
| McLean M. Pena | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 51.60 | $28,896.00 |
| Elizabeth M. Scott | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 76.90 | $43,064.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $600 | 12.10 | $7,260.00 |
| Jenny M. Walters | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 32.00 | $17,920.00 |
| Dennis J. Windscheffel | Counsel for 3 years; Admitted in 2004; Litigation Department | $600 | 145.50 | $87,300.00 |
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 129.20 | $40,052.00 |
| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 90.50 | $51,132.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anne S. Levin-Nussbaum | Senior Attorney for 1 year; Admitted in 1992; Tax Department | $530 | 26.20 | $13,886.00 |
| Jennelle D. Arthur | Associate for 3 years; Admitted in 2011; Litigation Department | $460 | 28.80 | $13,248.00 |
| Sasha L. Azar | Associate for 7 years; Admitted in 2002; Corporate Department | $475 | 30.80 | $14,630.00 |
| Saurish Bhattacharjee | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 13.90 | $5,073.50 |
| Andrew R. Casillas | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 116.40 | $50,634.00 |
| Michael K. Cross | Associate for 4 years; Admitted in 2010; Litigation Department | $525 | 71.90 | $37,747.50 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 59.00 | $26,550.00 |
| Sarah E. Gettings | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 9.90 | $5,247.00 |
| Jessica Greenwood | Associate for 2 years; Admitted in 2011; Litigation Department | $385 | 11.80 | $4,543.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 116.50 | $51,260.00 |
| Lindsay B. Harmon | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 50.00 | $23,750.00 |
| Adam S. Krotman | Associate for 4 years; Admitted in 2010; Tax Department | $545 | 2.10 | $1,144.50 |
| Garrett S. Llewellyn | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 33.00 | $15,675.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Stephanie A. Lowe | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 173.10 | $75,298.50 |
| Matthew E. Pepping | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 25.50 | $13,515.00 |
| Amy C. Poyer | Associate for 3 years; Admitted in 2011; Litigation department | $435 | 61.70 | $26,839.50 |
| Katharine E. Southard | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 110.20 | $47,937.00 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $485 | 23.80 | $11,543.00 |
| Dawn S. Walker | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 73.00 | $31,755.00 |
| Jacqueline Y. Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 113.20 | $65,656.00 |
| Andrew Barnes | Staff Attorney for 4 years; Admitted in 2011; Litigation Department | $290 | 137.20 | $39,788.00 |
| Kemroy Foster | Staff Attorney for 2 years; Admitted in 2006; Litigation Department | $290 | 52.10 | $15,109.00 |
| Lok Chau | Legal Assistant for 7 years; Litigation Department | $245 | 56.20 | $13,769.00 |
| Jennifer L. Cuatt | Legal Assistant for 7 years; Litigation Department | $220 | 4.30 | $946.00 |
| Jami L. Delgado | Legal Assistant for 11 years; Litigation Department | $170 | 24.40 | $4,148.00 |
| Scott A. Fener | Librarian for 6 years | $205 | 14.80 | $3,034.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Melissa A. Gyure | Legal Assistant for 9 years; Litigation Department | $260 | 22.00 | $5,720.00 |
| Tara K. Hanover | Legal Assistant for 1 year; Litigation department | $205 | 2.50 | $512.50 |
| Anu Khela | Legal Assistant for 14 years; International Trade Transactions Department | $320 | 5.20 | $1,664.00 |
| Sol Kim | Legal Assistant for 1 year; Litigation Department | $205 | 96.00 | $19,680.00 |
| Leslie W. Lanphear | Librarian for 17 years | $230 | 6.70 | $1,541.00 |
| James W. Ma | Legal Assistant for 14 years; Litigation Department | $255 | 2.20 | $561.00 |
| Cynthia L. Martinez | Legal Assistant for 10 years; Intellectual Property Department | $140 | 14.90 | $2,086.00 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 59.90 | $15,574.00 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 18.90 | $5,386.50 |
| Radu Stancut | Legal Assistant for 2 years; Litigation Department | $245 | 9.50 | $2,327.50 |
| Chris L. Steward | Legal Assistant for 3 years; Litigation Department | $225 | 12.70 | $2,857.50 |
| Natalie G. Taylor | Legal Assistant for 23 years; Litigation Department | $170 | 38.90 | $6,613.00 |
| Jessica R. Watters | Legal Assistant for 1 year; Financial Restructuring Department | $205 | 12.00 | $2,460.00 |

Total Amount of Fees:     $1,992,293.50
Total Number of Hours:    3,621.30
Blended Hourly Rate:      $550.20