# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 19, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

OMNIBUS HEARING - with Canada

**R / M #:**   12,412 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - #3 -  CNO Filed and Order Signed

#4 - Judge will issue an Order;  Re: Mr. Alex Thompson a revised order will be submitted to Chambers.

#5 - Judge will issue an Order

#6 - Joint hearing with Canada - Trial to be moved to May 12, 2014 @ 9 AM, Order to be Revised and Submitted to the Court;  A joint Pre-Trial Conference scheduled for 1/29/14 @ 10:00 AM.