# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 11/19/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph A. Piro | Pro Se N/A | Pro Se |
| Ursula Phommanirat | Pro Se N/A | Pro Se |
| Alicia Reimann | Pro Se N/A | Pro Se |
| Andrew LeBlanc | Milbank Tweed | Ad Hoc Group of Bondholders |
| DANIEL GUYDER | Allen & Overy | MONITOR (E&Y) & CANADIAN DEBTORS |
| LAURA HALL | " " " | " " |
| Justin Alberto | Bayard | UK Pension Claimants |
| Peter Keane | Pachulski Stang Ziehl & Jones | Ad Hoc Group of Bondholders |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Stephen Miller | Morris James LLP | Law Debenture as Indenture Trustee |
| Neil Oxford | Hughes Hubbard & Reed | EMEA DEBTORS |
| Jaime Chapman | 40C St | " |
| Fara Tabatabai | Hughes Hubbard & Reed | EMEA DEBTORS |
| Chris Samis | Richards Layton | Committee |
| Amanda Steele | " | " |
| Fred Hodara | Akin Gump | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 11/19/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW-FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Bottul | Akin Gump | Comm Hey |
| Derek Abbott | MNAT | Debtors |
| Louis Lipner | Cleary | " |
| Tim Bromley | " | " |
| Howard Zelbo | " | |
| Sejindo A Melnik | DLA PIPER | Canadian Creditors Committee |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 11-19-13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan Lowenthal | Patterson Belknap | Law Debenture as Indenture Trustee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 11/19/2013
Calendar Time: 10:00 AM ET

Amended Calendar 11/19/2013 06:39 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5939299 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943789 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5939954 | Justin Brass | (212) 843-1246 | Ston Lion | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943647 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943667 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Trustee, UK Pension Plan / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5939011 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5940569 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943654 | Ann C. Cordo | (302) 351-9459 ext. 00 | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5939270 | Gregor Dannacher | 203-541-4243 | Kamunting Street | Other Prof., Jack Mui / LISTEN ONLY |

Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943728 | Maria A. Decker | (212) 225-2025 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5529869 | Cindy Delano | (212) 530-5501 | Milbank, Tweed, Hadley & McCloy, LL | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5940794 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5935316 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New Yc | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5936654 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943786 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5941132 | Robert A. Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5916276 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5939281 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5940775 | Brian E. O'Connor | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5943673 | Jonathon P. Reisman | (617) 235-4779 ext. 00 | Ropes & Gray, LLP | Interested Party, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5942164 | Adam Slavens | (416) 865-7333 | Tory's LLP | Interested Party, Tory's LLP / LIVE |

| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5942162 | Michael J. Wunder | (416) 863-4715 | Dentons Canada, LLP. | | Interested Party, Michael J. Wunder / LIVE |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5942434 | Matthew A Zloto | (646) 445-6518 | | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |

Justice Geoffery Morawetz

Canadian Court