

ONTARIO

# SUPERIOR COURT OF JUSTICE
## COUR SUPÉRIEURE DE JUSTICE

*361 University Avenue*
*Toronto, ON  M5G 1T3*

*Telephone: (416) 327-5284  Fax: (416) 327-5417*

# FAX COVER SHEET

**Date: November 25, 2013**

**TO:**                                          **FAX NO.:**

Sherry Scaruzzi                          302-252-2944

**FROM:**          The Honourable Mr. Justice Morawetz

**TOTAL PAGES (INCLUDING COVER PAGE):**    2

**MESSAGE:**          Counsel Slip for Nortel Hearing.  Sorry for the delay.

Cathy Lanni

*The Information contained in this facsimile message is confidential information. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address*

Original will **NOT** follow. If you do not receive all pages, please telephone us immediately at the above number.

# COUNSEL SLIP

M.

COURT FILE NO CV-09-7950-00CL

DATE Nov. 19, 2013

NO ON LIST 8

TITLE OF
PROCEEDING

NORTEL NETWORKS CORPORATION.

COUNSEL FOR:
PLAINTIFF(S)
APPLICANT(S)
PETITIONER(S)

A. Mark, J. Pasquariello
+ C. Armstrong for Ernst + young Inc.
the Monitor
P 416.979.2211 f. 416.979.1284

PHONE & FAX NOS

COUNSEL FOR:
DEFENDANT(S)
RESPONDENT(S)

Swan, R                    J Stam
Finlayson, G        for can Debtors
for Noteholder Group   416.862.5697 (ph)
P. 416.277.5762    416.867.7441(F)
F: 416-863.1716

MARK Zigler
for former + Disabled
Canadian Employees
P 416 - 595 2090
f. 416  204 2877

PHONE & FAX NOS

Milne-Smith, M.
for EMEA Debtors
P. 416 863 5595
F  416 863 0871

Scott Bomhof
for Nortel Networks Inc. and
US Debtors
P: 416.865.7370
F: 416.865.7380

Peter Cavanagh
Ryan Jacobs
for UCC
P. 416-863-4459
F. 416-863-4592

Kenneth D. Kraft for
Wilmington Trust
T. 416.643 6822
F  416 360 8425

Jeff GALWAY
No For Northern Trust Can
P 416-863-3859
F 416-863-2653

EAllen Putman.
Nortel Director + Officers
416-862-6835
416-862-6666