# **EXHIBIT A**



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

November 18, 2013
Invoice 7883530

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| TOTAL FEES................................................................................... | $2,092.00 |
| TOTAL DISBURSEMENTS................................................................ | $15.36 |
| **TOTAL DUE THIS INVOICE**........................................................... | $2,107.36 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $7,979.81 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $10,087.17 |

Please include this page with your remittance. Thank you.



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

<u>Electronic Payment Instructions</u>
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
November 18, 2013
Invoice 7883530

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---:|
| TOTAL FEES……………………………………………………………………… | $2,092.00 |
| TOTAL DISBURSEMENTS………………………………………………………… | $15.36 |
| TOTAL DUE THIS INVOICE ……………………………………………………… | $2,107.36 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $7,979.81 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | $10,087.17 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 10/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/02/13 | EXAMINE AND ANALYZE PROPOSED CNO FOR 24TH M&E MONTHLY; EDIT AND FINALIZE FOR FILING. | 02718/WFT | 0.30 |
| 10/03/13 | EXAMINE AND ANALYZE FEE EXAMINER REPORT CONCERNING THE M&E 8TH QUARTERLY OR 22ND MONTHLY APPLICATIONS; UPDATE DEBTORS RE STATUS OF SAME. | 02718/WFT | 0.50 |
| 10/03/13 | CORRESPOND WITH DEBTORS AND FEE EXAMINER RE REPORT CONCERNING THE M&E 8TH QUARTERLY OR 22ND MONTHLY APPLICATIONS CONCERNING TYPICAL FEE CHARGES FOR NON CHAPTER 11 CASES. | 02718/WFT | 0.20 |
| 10/03/13 | EXAMINE AND ANALYZE AGENDA FOR NEXT HEARING; UPDATE LEAD COUNSEL RE CANCELLATION OF SAME. | 02718/WFT | 0.30 |
| 10/04/13 | CONFER WITH COUNSEL REGARDING RECEIVED RESPONSES FROM FEE EXAMINER | 04990/JFS | 0.40 |
| 10/04/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 24TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 10/08/13 | CONFER WITH CO-COUNSEL REGARDING RECEIVED RESPONSES FROM FEE EXAMINER AND STEPS TO TAKE WITH ANY REPLIES TO SAME; | 04990/JFS | 0.40 |
| 10/17/13 | CORRESPOND WITH DEBTORS AND REVIEW MATERIALS ON THE ISSUES WITH THE FEE EXAMINER AND TIMING OF SAME. | 02718/WFT | 0.30 |
| 10/17/13 | RECEIPT AND REVIEW OF CORRESPONDENCE FROM A. CORDO RE FEE EXAMINER TIMING. | 03706/KRB | 0.10 |
| 10/17/13 | CONFER WITH COUNSEL REGARDING RECEIVED ORDER REGARDING FEE EXAMINER AND FILING DATES FOR MONTHLY FEE APPLICATIONS AND | 04990/JFS | 0.40 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | QUARTERLY FEE APPLICATIONS; | | |
| 10/18/13 | FOLLOW-UP CORRESPONDENCE FROM A. CORDO RE FEE EXAMINER TIMING. | 03706/KRB | 0.10 |
| 10/21/13 | CORRESPOND WITH DEBTOR AND LEAD COUNSEL CONCERNING FEE EXAMINER ISSUES AND TIMING. | 02718/WFT | 0.20 |
| 10/21/13 | CONFER WITH COUNSEL REGARDING FILING DATES FOR MONTHLY FEE APPLICATIONS AND QUARTERLY FEE APPLICATIONS AND STATUS OF M&E FEE APPLICATIONS; | 04990/JFS | 0.20 |
| 10/22/13 | DRAFT 25TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.70 |
| 10/23/13 | REVISE 25TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.30 |
| 10/24/13 | EXAMINE AND ANALYZE PROPOSED M&E 25TH MONTHLY APPLICATION, DRAFT REVISE AND FINALIZE FOR FILING. | 02718/WFT | 0.50 |
| 10/24/13 | REVISE AND ELECTRONICALLY FILE 25TH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 10/28/13 | CALL FROM NORTEL RETIREE RE SETTLEMENT QUESTIONS; UPDATE LEAD COUNSEL RE SAME. | 02718/WFT | 0.20 |
| | TOTAL HOURS: | | 6.00 |

TOTAL FEES .................................................................................... $2,092.00
TOTAL DISBURSEMENTS ................................................................ 15.36

TOTAL DUE THIS INVOICE ............................................................... $2,107.36

AMOUNT OUTSTANDING FROM PRIOR INVOICES                $7,979.81

TOTAL AMOUNT DUE AS OF THIS INVOICE                       $10,087.17

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 2.50 Hours @ | 525.00 | 1,312.50 |
| 03706 | KATE R. BUCK | ASSOCIATE | 0.20 Hours @ | 350.00 | 70.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 3.30 Hours @ | 215.00 | 709.50 |
| **ATTORNEY TOTALS:** | | | **6.00** | | **2,092.00** |