# **EXHIBIT B**

ME1 16787542v.1

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 10/08/2013 | PHOTOCOPIES | 9.00 |
| | **Total For: PHOTOCOPIES** | **9.00** |
| 10/10/2013 | POSTAGE POSTAGE | 6.36 |
| | **Total For: POSTAGE** | **6.36** |

**TOTAL DISBURSEMENTS** ................................................................. **$15.36**