IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------
| | : | Chapter 11 |
|In re| : | |
| | : | Case No. 09-10138 (KG) |
|Nortel Networks Inc., *et al.*,[1]| : | |
| | : | Jointly Administered |
|                    Debtors.| : | |
| | : | |
---------------------------------------------------

**NOTICE OF FILING OF COURTESY COPY PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF A DOCUMENT FILED IN THE CANADIAN PROCEEDINGS BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND**

PLEASE TAKE NOTICE that pursuant to section 12(d) of the *Cross-Border Insolvency Protocol* (as amended, the "Protocol") [D.I. 990], approved in the above-captioned cases, and in connection with the joint hearing that took place on November 19, 2013, the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "UK Pension Claimants") have filed in the above-captioned cases a courtesy copy of the letter attached hereto as Exhibit A, which was submitted by the UK Pension Claimants in the proceedings pending before the Ontario Superior Court of Justice (Commercial List):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

{BAY:02406003v1}

Dated: November 19, 2013
       Wilmington, Delaware

           BAYARD, P.A.

           */s/ Justin R. Alberto*
           Charlene D. Davis (No. 2336)
           Justin Alberto (No. 5126)
           222 Delaware Avenue, Suite 900
           Wilmington, Delaware 19899
           Telephone: (302) 655-5000
           Facsimile: (302) 658-6395
           Email: cdavis@bayardlaw.com
                   jalberto@bayardlaw.com

           -and-

           WILLKIE FARR & GALLAGHER LLP
           Brian E. O'Connor
           Sameer Advani
           Andrew Hanrahan
           787 Seventh Avenue
           New York, New York 10019
           Tel: (212) 728-8000
           Fax: (212) 728-8111

           *Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*