# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2013 through October 31, 2013

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

| | |
|---|---|
| **Name:** | **John Ray** |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **8/2/13** | **10/31/13** |
| **Enter Billing Rate/Hr:** | **670.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 36.6 | $670.00 | $24,522.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | | | |
| 5 | Fee Applications | 4.5 | $670.00 | $3,015.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 6.0 | $335.00 | $2,010.00 |
| | **Hours/Billing Amount for Period:** | **47.1** | | **$29,547.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/2/13 | Nortel wind down documents review; sub liquidations | 3 | 1.8 |
| 8/3/13 | Review allocation correspondence; letter to EMEA document production questions | 3 | 1.5 |
| 8/5/13 | Litigation scheduling discussions and emails with Cleary | 3 | 1.0 |
| 8/7/13 | Discovery schedule coordination | 3 | 2.2 |
| 8/8/13 | LTD claim matter; follow up | 3 | 1.3 |
| 8/14/13 | Preparation and meeting with experts; follow up questions | 3 | 3.0 |
| 8/16/13 | Prepare and file July fee app | 5 | 1.3 |
| 8/19/13 | Radware stipulation | 3 | 1.3 |
| 8/21/13 | Tax matters review | 3 | 2.0 |
| 8/26/13 | Prepare and file quarterly fee app | 5 | 3.2 |
| 8/28/13 | LTD claims objection matter | 3 | 1.5 |
| 9/3/13 | IRS mater; execute powers | 3 | 3.0 |
| 9/9/13 | Review and sign tax returns | 3 | 1.3 |
| 9/16/13 | 9019 radware settlement review | 3 | 2.2 |
| 9/17/13 | Litigation matters; review of various correspondence re discovery and experts | 3 | 1.5 |
| 9/20/13 | Case management call with Cleary | 3 | 2.3 |
| 10/17/13 | SNMP matter | 3 | 2.2 |
| 10/18/13 | Environmental matters; review most recent data | 3 | 1.0 |
| 10/30/13 | Preparation and meeting with Chilmark and Cleary re litigation | 3 | 4.5 |
| 10/30/13 | Travel to Chicago for Chilmark meeting | 7 | 3.5 |
| 10/31/13 | Meeting with Chilmark and Cleary re litigation | 3 | 3.0 |
| 10/31/13 | Flight from Chicago meeting | 7 | 2.5 |