**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2013 through October 31, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    650.00 |
| Travel – Lodging | | 325.00 |
| Travel – Meals | | - |
| Travel – Car Service | | 70.00 |
| Travel – Parking | | - |
| Office supplies, shipping, and other office related expenses | | - |
| PACER | | - |
| TOTAL | | $    1,045.00 |

# Nortel Expense Report

**PERIOD:** August 1, 2013 through October 31, 2013

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Expe | PACER |
|------|-------------|-----|-------|-------|----------------|---------|-------------------|-------|
| 10/30/13 | Chicaog Trip - Airfare | $ 300.00 | $    - | $    - | $    - | $    - | $    - | $    - |
| 10/30/13 | Chicago Trip - Taxi from airport | | | | $ 35.00 | | | |
| 10/30/13 | Chicago Trip - Hotel | | $ 325.00 | | | | | |
| 10/31/13 | Chicago Trip - Taxi to airport | | | | $ 35.00 | | | |
| 10/31/13 | Chicago Trip - Return airfare | $ 350.00 | | | | | | |