# EXHIBIT A

# 835660



## BILLABLE PROFORMA

**Billing Attorney: 000302/ James J. Regan**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000121/ Wanland**

**Proforma Generation Date: 11/08/13 07:48:59**

**Fees and Disbursements Through 10/31/13**  
**Last Date Billed 10/01/13 (Through 07/31/13)**  
**Bill Cycle: M**  
**Matter Open Date: Jan 14, 2009**  
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $690.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $690.00 | | |
| **Address:** Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | **YTD Fees Billed** | $18,519.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $177,037.00 |
| | | **LTD Disb Billed** | $2,605.96 |
| | | **A/R Balance This Matter** | $2,002.20 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11544108 | 08/14/13 | Kramer, B. | Correspond with Nyran Rasche (plaintiff's counsel) re latest settlement draft. | 0.10 | $69.00 |
| 11640469 | 08/22/13 | Kramer, B. | Discuss with Ms. Rasche (plaintiff's counsel) re latest revisions to draft settlement documents. | 0.30 | $207.00 |
| 11640596 | 09/06/13 | Kramer, B. | Review prior settlement drafts for information to respond to email from Ms. Rasche (plaintiff's counsel). | 0.20 | $138.00 |
| 11770463 | 10/02/13 | Kramer, B. | Review status of bankruptcy proceeding for update to Ms. Rasche (plaintiff's counsel). | 0.20 | $138.00 |
| 11770469 | 10/03/13 | Kramer, B. | Exchange emails with Ms. Rasche (plaintiff's | 0.20 | $138.00 |

**835660**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000121/ Wanland  

**Fees and Disbursements Through 10/31/13**  
**Last Date Billed 10/01/13 (Through 07/31/13)**  
**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | counsel) re status of bankruptcy proceeding. | | |
| | | | **Professional Services Total** | **1.00** | **$690.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001275 | Partner | Kramer, B. | 690.00 | 1.00 | $690.00 |
| | | | **Fees Value** | **1.00** | **$690.00** |

**835661**



## BILLABLE PROFORMA

**Billing Attorney:** 001835/ Matthew Cheney
**Client:** 105185/ Nortel Networks Corp
**Matter:** 105185.0000189/ Fee/Employment Application - US

**Proforma Generation Date:** 11/08/13 07:49:00

**Fees and Disbursements Through 10/31/13**
**Last Date Billed 10/01/13 (Through 07/31/13)**
**Bill Cycle:  M**
**Matter Open Date:  Jan 14, 2009**
**Proforma Joint Group # 105185**

| | | |
|---|---|---|
| **Total Fees This Proforma** | $1,452.00 | |
| **Total Disbursements This Proforma** | $0.00 | |
| **TOTAL THIS PROFORMA** | $1,452.00 | |

| | | |
|---|---|---|
| **Unallocated Cash** | $0.00 | |
| **Trust Balance** | $0.00 | |

**Address:** Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $3,370.50 |
| **YTD Disb Billed** | $43.55 |
| **LTD Fees Billed** | $123,322.50 |
| **LTD Disb Billed** | $362.45 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11552636 | 08/20/13 | Cheney, M | Review and revise pro formas for fee statements. | 0.30 | $195.00 |
| 11548338 | 08/21/13 | Perales, O. | Prepare forty-ninth interim fee application for May 1, 2013 through July 31, 2013. | 0.60 | $141.00 |
| 11548339 | 08/21/13 | Perales, O. | Prepare eighteenth quarterly application. | 0.30 | $70.50 |
| 11548340 | 08/21/13 | Perales, O. | Prepare order approving fees for May 2013 through July 2013 fee statements. | 0.10 | $23.50 |
| 11550795 | 08/22/13 | Perales, O. | Draft Excel file for the Fee Examiner. | 0.20 | $47.00 |
| 11560005 | 08/23/13 | Cheney, M | Review and revise fee statement. | 0.20 | $130.00 |
| 11560010 | 08/23/13 | Cheney, M | Review and revise fee application. | 0.10 | $65.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 001835/ Matthew Cheney  **Fees and Disbursements Through 10/31/13**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 10/01/13 (Through 07/31/13)**
**Matter:** 105185.0000189/ Fee/Employment Application - US  **Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11657714 | 09/26/13 | Cheney, M | Review examiner's preliminary report. | 0.50 | $325.00 |
| 11657717 | 09/26/13 | Cheney, M | Communicate with Ms. Cordo re examiner's preliminary report. | 0.20 | $130.00 |
| 11669745 | 09/30/13 | Cheney, M | Respond to Examiner's preliminary report. | 0.20 | $130.00 |
| 11683612 | 10/02/13 | Cheney, M | Teleconference with Ms. Cordo re fee examiner's report and process. | 0.20 | $130.00 |
| 11719072 | 10/15/13 | Cheney, M | Email exchange with Ms. Cordo re examiner's reports. | 0.10 | $65.00 |
| | | | **Professional Services Total** | **3.00** | **$1,452.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 650.00 | 1.80 | $1,170.00 |
| 002444 | Specialist | Perales, O. | 235.00 | 1.20 | $282.00 |
| | | | **Fees Value** | **3.00** | **$1,452.00** |

- 2 of 2 -