**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., et al., | : | Case No: 09-10138 (KG) |
| Debtors. | : | |
| | : | |

**REQUEST FOR REMOVAL FROM MAILING LIST**

Please remove Courtney R. Hamilton from receiving ECF notifications in the above referenced bankruptcy case.

Dated: November 20, 2013        **MORRIS JAMES LLP**

/s/ Courtney R. Hamilton
Courtney R. Hamilton (DE Bar No. 5432)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: chamilton@morrisjames.com

5296311/