**EXHIBIT B**



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

T 416 863 4511
F 416 863 4592

Salans FMC SNR Denton
dentons.com

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 3010572**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| **Date** | **Matter Number** | **Lawyer** |
|---|---|---|
| October 25, 2013 | 538462-000001 | Michael Wunder |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 166,583.00 |
| Disbursements | | 1,502.58 |
| **Total Amount Due** | **$** | **168,085.58** CDN. |

**DENTONS CANADA LLP**

Per: _____

Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Dentons Canada LLP and
your account number is 538462.  Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.**
**Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.**

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 2 of 24
Matter # 538462-000001

**Invoice Detail**

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 02-Sep-13 | BLG | 0029 | Correspondence with Dentons lawyers regarding analysis of allocation trial issues. | 0.1 |
| 03-Sep-13 | BLG | 0029 | Review draft memo and Canadian case law (1.5) and meeting with Dentons lawyers to discuss memorandum relating to allocation trial issues (1.0). | 2.5 |
| 03-Sep-13 | BLG | 0031 | Email correspondence regarding appeal status of Canadian cases in connection with analysis of allocation trial issues (0.4) and follow-up calls regarding same (0.4). | 0.8 |
| 03-Sep-13 | BLG | 0029 | Review of correspondence from core allocation parties regarding depositions and additional productions. | 0.4 |
| 03-Sep-13 | RSK | 0031 | Review of facta filed in Canadian case regarding trial jurisdiction issues, and related correspondence with Dentons lawyers. | 0.9 |
| 03-Sep-13 | RSK | 0029 | Review correspondence from core parties regarding document production and deposition witnesses. | 0.7 |
| 03-Sep-13 | RSK | 0031 | Attend Dentons team meeting (by phone) regarding memo relating to Canadian issues and allocation trial. | 1.0 |
| 03-Sep-13 | MJW | 0031 | Review and analyze Canadian legal briefs and decisions as precedent cases for allocation litigation issues, and email correspondence with Dentons team regarding same. | 0.8 |
| 03-Sep-13 | MJW | 0031 | Meet with Dentons team to discuss Canadian issues regarding allocation litigation joint trial, and Dentons memo of Canadian law issues. | 1.0 |
| 03-Sep-13 | MJW | 0031 | Email correspondence with Dentons regarding Canadian court decision relating to joint allocation trial. | 0.3 |
| 03-Sep-13 | MJW | 0031 | Prepare Canadian issues memo regarding allocation litigation trial issues. | 1.3 |
| 03-Sep-13 | MJW | 0029 | Review correspondence from core allocation parties regarding allocation litigation document disclosure and witness discovery issues. | 0.3 |
| 03-Sep-13 | RCJ | 0031 | Analysis of jurisdictional issues in relation to joint trial on allocation. | 1.4 |
| 03-Sep-13 | RCJ | 0031 | Meeting with Dentons team regarding joint trial issues and analysis. | 1.0 |
| 03-Sep-13 | RCJ | 0012 | Analysis of cross border claims and resolution. | 1.8 |
| 03-Sep-13 | TMB | 0031 | Analysing procedural issues relating to allocation trial (2.4), and strategy meeting with Dentons lawyers to discuss allocation trial procedural issues and prepare memo of | 3.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 3 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | Canadian issues (1.0). | |
| 03-Sep-13 | RP | 0031 | Revise memorandum regarding Canadian issues relating to allocation trial. | 1.1 |
| 04-Sep-13 | BLG | 0029 | Review of revised memorandum regarding allocation trial and Canadian issues. | 0.3 |
| 04-Sep-13 | BLG | 0031 | Review update regarding Canadian case appeal status from I. Colvin and email report to Dentons lawyers. | 0.2 |
| 04-Sep-13 | BLG | 0031 | Email correspondence regarding Canadian court attendance before Morawetz J. | 0.1 |
| 04-Sep-13 | BLG | 0029 | Email correspondence regarding allocation trial issues. | 0.1 |
| 04-Sep-13 | BLG | 0029 | Review of allocation litigation deposition schedule. | 0.1 |
| 04-Sep-13 | RSK | 0031 | Review correspondence from Jennifer Stam regarding Canadian court conference and exchanged emails with Dentons and Akin Gump to prepare for same. | 0.4 |
| 04-Sep-13 | RSK | 0031 | Review and provide comments on memo regarding allocation trial issues. | 0.5 |
| 04-Sep-13 | RSK | 0029 | Review of correspondence from EMEA debtors Canadian counsel regarding deposition witnesses. | 0.2 |
| 04-Sep-13 | RSK | 0029 | Review of proposed deposition calendar. | 0.4 |
| 04-Sep-13 | RSK | 0029 | Review correspondence from NNI's counsel regarding allocation trial logistics. | 0.2 |
| 04-Sep-13 | MJW | 0029 | Review correspondence from multiple core parties regarding allocation litigation issues and witness and examination matters. | 0.4 |
| 04-Sep-13 | MJW | 0031 | Review correspondence from Canadian counsel for Nortel Canada regarding Canadian proceeding status conference, and calls and emails with Akin Gump, NNI's Canadian counsel and Dentons team to prepare for Canadian court conference. | 0.7 |
| 04-Sep-13 | MJW | 0031 | Review Canadian cases, confer with Dentons lawyers and prepare memo regarding Canadian law issues applicable to allocation and claims trials. | 0.8 |
| 04-Sep-13 | MJW | 0031 | Review correspondence from counsel for NNI to core allocation parties regarding allocation trial litigation issues, and confer with Dentons lawyers regarding same. | 0.3 |
| 04-Sep-13 | RCJ | 0031 | Review and comment on draft memorandum regarding allocation trial issues. | 1.3 |
| 04-Sep-13 | RCJ | 0031 | Analysis of allocation theories and trial prep. | 1.7 |
| 04-Sep-13 | RCJ | 0031 | Prep work for allocation depositions. | 1.2 |
| 04-Sep-13 | TMB | 0031 | Revising memo of Canadian procedural issues relating to allocation trial. | 1.2 |
| 04-Sep-13 | RP | 0031 | Revise memorandum of allocation trial procedural issues. | 0.8 |
| 05-Sep-13 | BLG | 0008 | Review report regarding Canadian court hearing. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 4 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 05-Sep-13 | BLG | 0031 | Receipt and review of Canadian court endorsement and diarize dates for Canadian motions. | 0.2 |
| 05-Sep-13 | BLG | 0031 | Email correspondence regarding memorandum regarding allocation trial Canadian issues. | 0.2 |
| 05-Sep-13 | RSK | 0008 | Attend Canadian court status and scheduling conference. | 1.2 |
| 05-Sep-13 | RSK | 0031 | Prepared report on Canadian court attendance, reviewed Canadian court endorsement and forward update to Committee advisors. | 0.6 |
| 05-Sep-13 | RSK | 0029 | Review of EMEA Debtors' Reply Brief in allocation appeal. | 0.7 |
| 05-Sep-13 | MJW | 0031 | Email correspondence with Dentons and Akin Gump to prepare for Canadian court hearing. | 0.3 |
| 05-Sep-13 | MJW | 0031 | Review report regarding Cdn. court hearing and Canadian court endorsement. | 0.2 |
| 05-Sep-13 | MJW | 0029 | Review EMEA debtor reply brief regarding appeal of allocation protocol approval. | 0.4 |
| 05-Sep-13 | RCJ | 0008 | Discussion with S. Kukulowicz regarding Canadian court conference and related update to Committee. | 0.2 |
| 05-Sep-13 | RCJ | 0029 | Review EMEA reply brief in appeal. | 0.6 |
| 05-Sep-13 | RCJ | 0012 | Continue analysis of claims issues and resolution. | 1.8 |
| 05-Sep-13 | RCJ | 0031 | Analysis of Canadian trial issues for allocation trial. | 0.8 |
| 05-Sep-13 | TMB | 0031 | Review report on Canadian court proceedings and procedural issues. | 0.2 |
| 06-Sep-13 | BLG | 0031 | Receipt and review of September 18th Canadian motion record of EMEA debtors. | 0.2 |
| 06-Sep-13 | BLG | 0029 | Email correspondence regarding conference call to discuss case status. | 0.3 |
| 06-Sep-13 | BLG | 0029 | Review of update of allocation litigation timetable brief. | 0.2 |
| 06-Sep-13 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 06-Sep-13 | RSK | 0029 | Telephone attendance with M. Wunder regarding conference call to discuss allocation trial procedural issues. | 0.2 |
| 06-Sep-13 | RSK | 0031 | Review of Canadian motion record of EMEA debtors regarding document production from third parties. | 0.8 |
| 06-Sep-13 | RSK | 0029 | Review of UCC privilege log and forward correspondence to Dentons team regarding same. | 0.3 |
| 06-Sep-13 | RSK | 0029 | Review of allocation litigation production notices from core parties. | 0.2 |
| 06-Sep-13 | MJW | 0031 | Correspondence with UCC and NNI advisors regarding allocation litigation trial issues, and confer with Dentons lawyers regarding same. | 0.3 |
| 06-Sep-13 | RCJ | 0007 | Participated in Committee call. | 0.6 |
| 06-Sep-13 | RCJ | 0031 | Email correspondence with Dentons team regarding allocation issues. | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 5 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 09-Sep-13 | BLG | 0029 | Review of updated deposition schedule. | 0.1 |
| 09-Sep-13 | BLG | 0029 | Review correspondence from NNI regarding allocation trial issues. | 0.3 |
| 09-Sep-13 | BLG | 0029 | Prepare for call regarding trial issues (0.3) and conference call with Dentons team, Akin Gump, Cleary and Torys regarding allocation trial procedural issues (0.7). | 1.0 |
| 09-Sep-13 | BLG | 0029 | Consult with Dentons team on allocation litigation next steps including depositions, and related email correspondence with Dentons and Akin Gump. | 0.8 |
| 09-Sep-13 | BLG | 0029 | Conference call with Dentons and Torys regarding depositions and EMEA debtors position regarding same. | 0.3 |
| 09-Sep-13 | RSK | 0029 | Review of correspondence from Cleary regarding allocation trial issues. | 0.3 |
| 09-Sep-13 | RSK | 0029 | Participated on conference call with NNI's and UCC's Canadian and U.S. counsel regarding allocation trial issues. | 0.7 |
| 09-Sep-13 | RSK | 0029 | Review of communications between EMEA counsel and core parties regarding use of deposition evidence at trial. | 0.3 |
| 09-Sep-13 | RSK | 0032 | Review of application for letters negatory for foreign witness allocation litigation depositions. | 0.5 |
| 09-Sep-13 | MJW | 0029 | Review correspondence regarding allocation and claims litigation issues from multiple core allocation parties. | 0.6 |
| 09-Sep-13 | MJW | 0029 | Review draft witness deposition summary and discuss with B. Grossman. | 0.4 |
| 09-Sep-13 | MJW | 0029 | Review correspondence from NNI counsel regarding allocation litigation issues (0.3), and meet with Dentons team to discuss (0.5). | 0.8 |
| 09-Sep-13 | MJW | 0029 | Attend on conference call with NNI and UCC counsel to discuss allocation trial litigation issues (0.7), and follow-up meeting with Dentons team to analyze Canadian issues (0.8). | 1.5 |
| 09-Sep-13 | MJW | 0031 | Call to NNI's Canadian counsel to discuss Canadian issues regarding allocation litigation, and impending Canadian motions. | 0.3 |
| 09-Sep-13 | MJW | 0029 | Review correspondence regarding allocation litigation and discovery depositions. | 0.2 |
| 09-Sep-13 | RCJ | 0031 | Review Cleary correspondence regarding allocation trial issues. | 0.3 |
| 09-Sep-13 | RCJ | 0031 | Participated in conference call among U.S. estate and UCC professionals regarding trial and allocation issues and strategy. | 0.7 |
| 09-Sep-13 | RCJ | 0031 | Continue work on allocation trial prep. | 1.9 |
| 09-Sep-13 | TMB | 0031 | Preparation for and attend meeting with Dentons lawyers regarding allocation trial and Canadian procedural issues. | 1.6 |
| 09-Sep-13 | JK | 0012 | Analysis of UK pension claims in Canadian estate. | 0.7 |
| 10-Sep-13 | BLG | 0029 | Review of twice updated deposition schedules. | 0.3 |

DENTONS CANADA LLP                                          INVOICE 3010572
The Official Committee of Unsecured Creditors                    Page 6 of 24
Re: Nortel Networks Inc., et al.                        Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|--------------------|-------|
| 10-Sep-13 | BLG | 0029 | Review report to UCC regarding letter to Judge Gross regarding EMEA debtors discovery disputes and related email correspondence regarding same. | 0.3 |
| 10-Sep-13 | BLG | 0029 | Review of motion record regarding international letters rogatory. | 0.3 |
| 10-Sep-13 | BLG | 0012 | Report from and provide instructions to J. Kaufman regarding analysis of UK pension claimants pleadings. | 0.2 |
| 10-Sep-13 | RSK | 0029 | Review revised draft letter to U.S. court regarding discovery disputes. | 0.3 |
| 10-Sep-13 | RSK | 0031 | Review of NNI Canadian motion record regarding letters rogatory. | 1.1 |
| 10-Sep-13 | RSK | 0029 | Review of updated deposition calendar. | 0.2 |
| 10-Sep-13 | MJW | 0029 | Review revised allocation litigation deposition schedule and confer with Dentons team. | 0.3 |
| 10-Sep-13 | MJW | 0029 | Review correspondence to U.S. court regarding allocation litigation discovery issues, and related email correspondence with UCC and advisors regarding same. | 0.9 |
| 10-Sep-13 | MJW | 0029 | Review correspondence from Canadian counsel for NNI to the Canadian court regarding allocation litigation discovery issues. | 0.4 |
| 10-Sep-13 | MJW | 0031 | Review Canadian motion record including supporting affidavit material for EMEA debtor motion for third party document disclosure. | 0.7 |
| 10-Sep-13 | MJW | 0031 | Review Canadian motion record filed by NNI and Monitor regarding letters of request to be issued by Canadian court for foreign witnesses in allocation litigation, including commissions for taking of evidence and letters of request with listed discovery requests. | 1.7 |
| 10-Sep-13 | RCJ | 0031 | Review letter correspondence to U.S. Court regarding discovery disputes. | 0.2 |
| 10-Sep-13 | RCJ | 0031 | Review deposition schedule. | 0.2 |
| 10-Sep-13 | RCJ | 0029 | Assist Akin Gump with prep work for allocation depositions. | 1.4 |
| 10-Sep-13 | JK | 0012 | Analysis of UK pension claims in Canadian estate. | 1.1 |
| 10-Sep-13 | JK | 0012 | Telephone call from J. Stam regarding UK pension claims. | 0.1 |
| 10-Sep-13 | NEL | 0029 | Review additional briefing for appeal, review discovery dispute letter. | 1.1 |
| 11-Sep-13 | BLG | 0031 | Review of EMEA debtor Canadian motion record for productions from three Canadian accounting firms. | 1.0 |
| 11-Sep-13 | BLG | 0031 | Consult with M. Wunder regarding EMEA debtors Canadian motion record. | 0.2 |
| 11-Sep-13 | BLG | 0031 | Email correspondence with Akin Gump regarding EMEA debtors Canadian motion. | 0.2 |
| 11-Sep-13 | BLG | 0029 | Review of multiple correspondence to Justice Morawetz and Judge Gross regarding EMEA discovery disputes, and email | 0.8 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 7 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| | | | correspondence with UCC advisors regarding same. | |
| 11-Sep-13 | BLG | 0029 | Review of updated deposition schedule. | 0.1 |
| 11-Sep-13 | BLG | 0031 | Email correspondence with Canadian counsel regarding Canadian motions. | 0.2 |
| 11-Sep-13 | RSK | 0031 | Review of correspondence regarding NNI/UCC position on EMEA debtor third party production requests in Canada. | 0.3 |
| 11-Sep-13 | RSK | 0029 | Review of EMEA debtor correspondence to Judge Gross regarding discovery disputes. | 0.2 |
| 11-Sep-13 | MJW | 0031 | Call with NNI's counsel to discuss Canadian motion regarding letters of request for examination of EMEA debtor witness, and forward update report to Committee advisors. | 0.6 |
| 11-Sep-13 | MJW | 0031 | Review Canadian motion record by EMEA debtors for document discovery from Canadian accounting firms, and send report to Committee advisors. | 0.5 |
| 11-Sep-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation litigation discovery issues. | 0.2 |
| 11-Sep-13 | MJW | 0029 | Review revised allocation deposition schedule. | 0.2 |
| 11-Sep-13 | MJW | 0031 | Email correspondence from Monitor's Canadian counsel regarding Canadian motion for allocation litigation letters of request. | 0.2 |
| 11-Sep-13 | RCJ | 0029 | Review EMEA debtor correspondence to Judge Gross regarding discovery disputes. | 0.2 |
| 11-Sep-13 | RCJ | 0031 | Discuss Canadian discovery issues with Dentons team. | 0.3 |
| 11-Sep-13 | RCJ | 0031 | Analysis of trial issues in preparation for allocation trial and depositions. | 0.9 |
| 11-Sep-13 | JK | 0012 | Analysis of UK Pension Claims in Canadian estate. | 0.2 |
| 11-Sep-13 | NEL | 0031 | Review letter to Canadian court with respect to discovery dispute. | 0.1 |
| 12-Sep-13 | BLG | 0031 | Receipt of Canadian court endorsement regarding adjournment motion. | 0.1 |
| 12-Sep-13 | BLG | 0007 | Attend on UCC call. | 0.4 |
| 12-Sep-13 | BLG | 0031 | Email correspondence with Akin Gump and Dentons regarding Canadian motions for letters rogatory and document production requests by EMEA debtors. | 0.2 |
| 12-Sep-13 | BLG | 0029 | Review correspondence regarding joint hearing on September 18th relating to allocation litigation discovery dispute. | 0.1 |
| 12-Sep-13 | BLG | 0029 | Review of updated deposition schedule. | 0.2 |
| 12-Sep-13 | BLG | 0029 | Review correspondence regarding additional productions of the UK Pension Claimants. | 0.1 |
| 12-Sep-13 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 12-Sep-13 | RSK | 0031 | Exchanged correspondence with M. Wunder regarding Canadian motions. | 0.3 |

DENTONS CANADA LLP INVOICE 3010572
The Official Committee of Unsecured Creditors Page 8 of 24
Re: Nortel Networks Inc., et al. Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 12-Sep-13 | MJW | 0007 | Prepare for and attend on UCC call. | 0.5 |
| 12-Sep-13 | MJW | 0029 | Review email correspondence from counsel to UK pension claimants regarding allocation litigation discovery and document production. | 0.2 |
| 12-Sep-13 | MJW | 0029 | Call with NNI's counsel regarding Canadian proceeding motions including international letters of request. | 0.3 |
| 12-Sep-13 | MJW | 0031 | Email correspondence with UCC advisors regarding Canadian allocation litigation motions. | 0.3 |
| 12-Sep-13 | MJW | 0031 | Review update correspondence from Canadian counsel for Nortel Canada and Canadian court endorsement, and report to UCC advisors. | 0.2 |
| 12-Sep-13 | MJW | 0029 | Review multiple correspondence from NNI and EMEA debtor counsel to U.S. court regarding discovery issues relating to allocation litigation. | 0.2 |
| 12-Sep-13 | RCJ | 0007 | Participated in Committee call. | 0.4 |
| 12-Sep-13 | RCJ | 0031 | Review Canadian motion records and consider requested relief. | 1.2 |
| 12-Sep-13 | JK | 0012 | Review of pleadings for EMEA debtors and Canadian claims. | 0.9 |
| 12-Sep-13 | NEL | 0007 | Participate in Committee call. | 0.4 |
| 13-Sep-13 | BLG | 0029 | Review email correspondence regarding deposition schedule updates. | 0.2 |
| 13-Sep-13 | BLG | 0029 | Email correspondence and discussion with Dentons lawyers to prepare for UCC advisor call regarding allocation litigation. | 0.3 |
| 13-Sep-13 | BLG | 0031 | Review of amended EMEA debtors Notion of Motion, factum and authorities regarding production from three accounting firms and email correspondence regarding same. | 0.2 |
| 13-Sep-13 | BLG | 0031 | Confer with NNI's Canadian counsel and receive update regarding position of parties on EMEA debtors Canadian motion and possible cross examinations before motion. | 0.2 |
| 13-Sep-13 | RSK | 0031 | Review of Amended Notice of Motion and Factum of EMEA debtors regarding Canadian third party production motion. | 0.8 |
| 13-Sep-13 | RSK | 0031 | Review of correspondence regarding US debtors' position on third party production motion. | 0.2 |
| 13-Sep-13 | RSK | 0031 | Review of Responding Motion Record of the Monitor and Canadian Debtors in response to EMEA debtors document production motion. | 1.1 |
| 13-Sep-13 | MJW | 0031 | Call with NNI's Canadian counsel regarding Canadian motions and requested relief and status. | 0.3 |
| 13-Sep-13 | MJW | 0031 | Forward update report to UCC advisors regarding Canadian litigation. | 0.3 |
| 13-Sep-13 | MJW | 0031 | Review EMEA debtor amended motion record and factum/legal brief in support of motion for third party document discovery, and case authorities, and prepare | 0.9 |

DENTONS CANADA LLP                                                    INVOICE 3010572
The Official Committee of Unsecured Creditors                              Page 9 of 24
Re: Nortel Networks Inc., et al.                                    Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | summary for reporting to UCC advisors. | |
| 13-Sep-13 | MJW | 0029 | Correspondence with Akin Gump and Ashurst regarding allocation litigation and follow-up with Dentons team. | 0.2 |
| 13-Sep-13 | MJW | 0029 | Review replacement U.S. application for international letters rogatory for allocation litigation, and companion Canadian motion record for letters of request. | 0.6 |
| 13-Sep-13 | RCJ | 0031 | Review EMEA motion record and responding record of Monitor/NNL regarding document production issues. | 1.2 |
| 13-Sep-13 | RCJ | 0031 | Discussion with Dentons team regarding production issues for trial. | 0.3 |
| 13-Sep-13 | NEL | 0012 | Confer with J. Kaufman regarding Canadian claims issues. | 0.1 |
| 14-Sep-13 | BLG | 0029 | Review correspondence regarding amended letters rogatory application. | 0.1 |
| 15-Sep-13 | BLG | 0029 | Review email correspondence from Cleary regarding allocation litigation witness deposition logistics. | 0.1 |
| 15-Sep-13 | BLG | 0031 | Email correspondence with Dentons and Akin Gump regarding Canadian motion materials filed by the Monitor in response to EMEA debtors motion for productions from accounting firms. | 0.3 |
| 15-Sep-13 | BLG | 0031 | Telephone consult with M. Wunder regarding Canadian motion status. | 0.1 |
| 15-Sep-13 | BLG | 0031 | Email exchanges regarding status of cross examinations on Monday on affidavit in support of EMEA debtors Canadian motion and review draft terms to resolve evidentiary issue. | 0.3 |
| 15-Sep-13 | BLG | 0029 | Review updated deposition calendar. | 0.1 |
| 15-Sep-13 | RSK | 0031 | Review of revised letters regarding rogatory motion materials. | 0.4 |
| 15-Sep-13 | RSK | 0031 | Review emails from NNI's Canadian counsel regarding EMEA debtor third party production Canadian motion. | 0.2 |
| 15-Sep-13 | RSK | 0031 | Review of Akin Gump and Dentons emails regarding EMEA document production motion and Monitor's position. | 0.3 |
| 15-Sep-13 | MJW | 0031 | Correspondence with Akin Gump, Dentons and NNI's Canadian counsel with respect to Canadian proceeding litigation issues and EMEA debtor motion in Canadian proceeding. | 0.8 |
| 15-Sep-13 | MJW | 0031 | Call with Dentons team to discuss Monitor Canadian court filing in response to EMEA debtor motion for document production, and forward updating report to Committee advisors. | 0.4 |
| 15-Sep-13 | MJW | 0031 | Review correspondence among Canadian counsel for core allocation parties and related draft stipulation and comments regarding Canadian proceeding motion. | 0.3 |
| 15-Sep-13 | MJW | 0029 | Email from Canadian counsel to Nortel regarding allocation litigation discovery and witness examinations. | 0.1 |
| 15-Sep-13 | RCJ | 0031 | Review email correspondence from Torys regarding document production issues. | 0.2 |

DENTONS CANADA LLP                                                               INVOICE 3010572
The Official Committee of Unsecured Creditors                                        Page 10 of 24
Re: Nortel Networks Inc., et al.                                               Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 15-Sep-13 | RCJ | 0031 | Email correspondence with Akin Gump and Dentons team regarding document production issues. | 0.2 |
| 16-Sep-13 | PJC | 0031 | Attendance on conference call with UCC legal advisors to discuss allocation trial issues and depositions (1.3). Email correspondence with Robert Johnson concerning Canadian depositions (0.2). Review of materials relating to motion concerning third-party production and deposition protocol (1.2).  Review and analyze pleadings relating to allocation submissions to prepare for allocation litigation witness depositions (1.8). | 4.5 |
| 16-Sep-13 | BLG | 0031 | Review email correspondence regarding September 18th Canadian motions and related depositions. | 0.5 |
| 16-Sep-13 | BLG | 0029 | Meeting with Dentons lawyers to prepare for call with UCC advisors to discuss allocation litigation process and depositions. | 0.5 |
| 16-Sep-13 | BLG | 0029 | Brief P. Cavanagh for attendance at Toronto allocation litigation depositions. | 0.7 |
| 16-Sep-13 | BLG | 0029 | Email correspondence regarding locations for Toronto depositions. | 0.3 |
| 16-Sep-13 | BLG | 0031 | Email correspondence regarding NNI/UCC factum for EMEA debtors motion regarding production from accounting firms (0.4), and review and provide comments on draft factum (0.6). | 1.0 |
| 16-Sep-13 | BLG | 0029 | Review EMEA debtor correspondence responding to U.S. debtor/UCC discovery disputes. | 0.4 |
| 16-Sep-13 | RSK | 0029 | Participated in allocation litigation process update call with UCC advisors (part call). | 0.7 |
| 16-Sep-13 | RSK | 0031 | Review of multiple correspondence from Akin, Torys and Cleary regarding EMEA debtors document production motion (0.7), and review Canadian pleadings (0.4). | 1.1 |
| 16-Sep-13 | RSK | 0029 | Review of correspondence from EMEA debtors to Judge Gross regarding discovery disputes. | 0.2 |
| 16-Sep-13 | RSK | 0031 | Review of drafts of NNI/UCC factum regarding EMEA debtor third party production Canadian motion. | 0.8 |
| 16-Sep-13 | RSK | 0031 | Review of comments on NNI/UCC draft factum and revised factum. | 0.4 |
| 16-Sep-13 | MJW | 0029 | Prepare for conference call with UCC advisors to discuss allocation and claims trials and examinations for discovery in Canada including meet with Dentons team. | 0.3 |
| 16-Sep-13 | MJW | 0029 | Attend on conference call with Akin Gump and UCC advisors to prepare for allocation and claims litigation depositions, and follow-up meeting with Dentons team to prepare for examinations in Canada. | 1.3 |
| 16-Sep-13 | MJW | 0031 | Multiple calls and correspondence with Akin Gump, and NNI's Canadian counsel to prepare for and discuss Canadian motion | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 11 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | by EMEA debtor document production request from Canadian accounting firms. | |
| 16-Sep-13 | MJW | 0031 | Review multiple drafts of joint NNI/UCC factum for filing in Canadian proceeding regarding Canadian motion by EMEA debtor document production request from Canadian accounting firms, and provide comments. | 0.8 |
| 16-Sep-13 | MJW | 0031 | Confer with Dentons team and calls and correspondence with Akin Gump and NNI's Canadian counsel to discuss Canadian pleadings in connection with Canadian motion by EMEA debtors for document production from Canadian accounting firms, and Canadian joint factum by NNI/UCC. | 1.4 |
| 16-Sep-13 | MJW | 0031 | Review report from Akin Gump to the UCC regarding Canadian motion status and UCC court filings. | 0.2 |
| 16-Sep-13 | MJW | 0029 | Review correspondence from counsel for EMEA debtors to the U.S. court in advance of joint hearing by U.S. and Canadian courts regarding allocation and claims litigation discovery and related issues. | 0.2 |
| 16-Sep-13 | RCJ | 0031 | Participated in strategy call regarding allocation litigation with UCC advisors, and post-call meeting with Dentons team. | 1.3 |
| 16-Sep-13 | RCJ | 0031 | Research and analysis regarding allocation issues. | 2.2 |
| 16-Sep-13 | RCJ | 0029 | Review multiple correspondence to Judge Gross regarding discovery issues. | 0.6 |
| 16-Sep-13 | RCJ | 0031 | Review and comment on NNI/UCC draft factum for Canadian document production motion. | 1.1 |
| 16-Sep-13 | JK | 0012 | Analysis of UK Pension Claim issues. | 0.2 |
| 16-Sep-13 | NEL | 0031 | Review correspondence and stipulation regarding EMEA debtor motion in Canada. | 0.3 |
| 17-Sep-13 | PJC | 0031 | Review factum from U.S. Debtors and UCC in respect of EMEA motion for third party production. | 0.5 |
| 17-Sep-13 | BLG | 0031 | Review of Canadian motion records, facta and correspondence to prepare for Canadian motions. | 1.1 |
| 17-Sep-13 | BLG | 0031 | Review revised NNI/UCC factum regarding EMEA debtors motion for productions from accounting firm. | 0.5 |
| 17-Sep-13 | BLG | 0031 | Email correspondence with Akin Gump and Dentons team regarding preparation for Canadian court motions and joint motions relating to allocation litigation. | 0.6 |
| 17-Sep-13 | BLG | 0029 | Email correspondence with Goodmans and Torys regarding positions of parties in connection with Canadian motions. | 0.5 |
| 17-Sep-13 | RSK | 0031 | Review further correspondence regarding NNI/UCC factum and status of letters rogatory motion. | 0.4 |
| 17-Sep-13 | RSK | 0031 | Review of revised NNI/UCC Canadian factum. | 0.2 |
| 17-Sep-13 | RSK | 0031 | Review of Canadian motion record and factum of E&Y LLP in opposition to EMEA debtors request for production motion. | 0.8 |

DENTONS CANADA LLP

INVOICE 3010572

The Official Committee of Unsecured Creditors

Page 12 of 24

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 17-Sep-13 | RSK | 0029 | Review of Notice of Motion of Canadian Debtors and Monitor regarding joint hearing on deposition evidence. | 0.4 |
| 17-Sep-13 | RSK | 0031 | Review of factum and case authorities of Monitor and Canadian Debtors regarding EMEA debtors Canadian third party production motion. | 0.7 |
| 17-Sep-13 | RSK | 0029 | Review of further reply letter from NNI's counsel regarding EMEA discovery disputes. | 0.3 |
| 17-Sep-13 | RSK | 0029 | Review of correspondence regarding outstanding issues for joint hearing regarding allocation litigation discovery issues. | 0.2 |
| 17-Sep-13 | MJW | 0031 | Multiple email correspondence with Akin Gump and Canadian counsel NNI and the Monitor regarding multiple Canadian motions including letters of request and EMEA debtor document production. | 0.6 |
| 17-Sep-13 | MJW | 0031 | Review revised draft joint NNI/UCC factum for Canadian hearing and correspondence with Akin Gump regarding same. | 0.3 |
| 17-Sep-13 | MJW | 0031 | Review replacement Canadian motion record for letters of request for allocation litigation, and correspondence with NNI's Canadian counsel regarding same. | 0.6 |
| 17-Sep-13 | MJW | 0031 | Review responding motion record and factum of Ernst + Young Canada in connection with Canadian motion by EMEA debtors for document production. | 0.7 |
| 17-Sep-13 | MJW | 0031 | Review correspondence from Canadian counsel for Nortel and the Monitor regarding joint hearing regarding allocation litigation. | 0.3 |
| 17-Sep-13 | MJW | 0031 | Prepare for Canadian motions with Dentons team. | 0.3 |
| 17-Sep-13 | MJW | 0031 | Review court filings including factum by the Monitor for Canadian motion for document production. | 0.6 |
| 17-Sep-13 | MJW | 0029 | Review correspondence from NNI/UCC to U.S. court regarding discovery disputes, and report to the UCC. | 0.2 |
| 17-Sep-13 | MJW | 0031 | Correspondence with Akin Gump in preparation for Canadian motions and joint motion regarding allocation litigation. | 0.2 |
| 17-Sep-13 | RCJ | 0031 | Further review of revised NNI/UCC Canadian factum for EMEA debtor production motion. | 0.6 |
| 17-Sep-13 | RCJ | 0031 | Review Canadian motion record (E&Y) regarding document production. | 0.8 |
| 17-Sep-13 | RCJ | 0031 | Email correspondence with Dentons and Akin Gump teams regarding document production. | 0.6 |
| 17-Sep-13 | RCJ | 0031 | Research allocation issues. | 1.8 |
| 17-Sep-13 | NEL | 0029 | Review EMEA debtors correspondence to court regarding discovery disputes. | 0.3 |
| 17-Sep-13 | NEL | 0029 | Review U.S. interests proposed response letter regarding discovery disputes. | 0.3 |
| 18-Sep-13 | BLG | 0029 | Review of deposition schedule update. | 0.1 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 13 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 18-Sep-13 | BLG | 0031 | Review email correspondence in connection with and to prepare for Canadian and joint hearings. | 0.6 |
| 18-Sep-13 | BLG | 0029 | Review of proposed amendment to allocation deposition protocol. | 0.7 |
| 18-Sep-13 | BLG | 0029 | Review of Cleary reply correspondence regarding EMEA debtors discovery disputes. | 0.5 |
| 18-Sep-13 | BLG | 0029 | Review of EMEA debtors application for leave to appeal to the Supreme Court of Canada and confer with Dentons team regarding same. | 1.6 |
| 18-Sep-13 | BLG | 0029 | Analysis of and report to UCC advisors regarding timing and procedure for Supreme Court of Canada leave application and preparation for report to UCC regarding same. | 0.9 |
| 18-Sep-13 | RSK | 0029 | Review of correspondence from NNI's counsel regarding discovery disputes. | 0.3 |
| 18-Sep-13 | RSK | 0031 | Review of draft Consent Order, waivers and settlement agreements with Deloitte and KPMG regarding third party production. | 0.8 |
| 18-Sep-13 | RSK | 0029 | Review of draft stipulation and additional language regarding use of deposition evidence. | 0.4 |
| 18-Sep-13 | RSK | 0008 | Attend Canadian court hearing regarding Canadian letters of request and third party production. | 2.2 |
| 18-Sep-13 | RSK | 0031 | Report to Akin Gump regarding Canadian court hearings. | 0.3 |
| 18-Sep-13 | RSK | 0031 | Review of Notice of Appeal Application to Supreme Court of Canada from EMEA debtors and discussed same with M. Wunder. | 0.7 |
| 18-Sep-13 | RSK | 0008 | Attended joint court hearing on use of deposition evidence at trial and discovery disputes. | 2.0 |
| 18-Sep-13 | MJW | 0012 | Review Canadian Court filings regarding Canadian claims, and forward to Akin Gump in connection with claims issues. | 0.2 |
| 18-Sep-13 | MJW | 0031 | Review motion record filed by Monitor in Canadian proceeding in connection with proposed amendments to deposition protocol including supporting affidavit and draft Canadian court order. | 0.6 |
| 18-Sep-13 | MJW | 0031 | Review correspondence from Monitor's counsel regarding Canadian motion and update regarding amendments to deposition protocol. | 0.3 |
| 18-Sep-13 | MJW | 0031 | Review Supreme Court of Canada leave application filed by EMEA debtors seeking leave to appeal Ontario Court of Appeal, and forward report to UCC advisors. | 0.8 |
| 18-Sep-13 | MJW | 0031 | Confer with Dentons team regarding appeal request by EMEA debtors to appeal Canadian allocation approval order, and analyze Canadian appeal issues. | 0.3 |
| 18-Sep-13 | MJW | 0008 | Attend to Canadian and U.S. courts joint hearing (telephonically) regarding allocation litigation and discovery | 2.0 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 14 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | issues. | |
| 18-Sep-13 | RCJ | 0029 | Review correspondence from NNI regarding discovery disputes. | 0.3 |
| 18-Sep-13 | RCJ | 0031 | Review settlement agreement and waivers regarding litigation discovery. | 1.1 |
| 18-Sep-13 | RCJ | 0031 | Discussion with S. Kukulowicz regarding Canadian hearing on third party production. | 0.2 |
| 18-Sep-13 | RCJ | 0031 | Review EMEA notice of appeal to SCC. | 0.1 |
| 18-Sep-13 | RCJ | 0031 | Discussion with S. Kukulowicz regarding joint court hearing on discovery disputes. | 0.3 |
| 18-Sep-13 | RCJ | 0029 | Prep work for allocation litigation depositions. | 0.8 |
| 18-Sep-13 | RCJ | 0012 | Analysis of cross border claims and reconciliation. | 1.8 |
| 18-Sep-13 | JK | 0012 | Analysis of UK Pension claims issues. | 0.1 |
| 19-Sep-13 | PJC | 0031 | Receive and review amendment to deposition protocol stipulation (0.3). Review of application for leave to appeal to the Supreme Court of Canada and related appeal book/material (2.3). Email correspondence from Barbara Grossman regarding same (0.2). Review pleadings in preparation for Toronto depositions (2.7). | 5.5 |
| 19-Sep-13 | BLG | 0031 | Confer with Dentons lawyers to analyze Supreme Court of Canada leave application by EMEA debtors, to prepare for report to UCC. | 0.5 |
| 19-Sep-13 | BLG | 0029 | Email correspondence with Dentons team regarding next steps in relation to SCC leave application by EMEA debtors and recent relevant case comments to be reviewed. | 0.8 |
| 19-Sep-13 | BLG | 0007 | Attend UCC meeting. | 0.9 |
| 19-Sep-13 | BLG | 0029 | Review of draft proposed amendments to the Deposition Protocol and explanatory correspondence and response letters. | 0.5 |
| 19-Sep-13 | BLG | 0029 | Review of deposition calendar update from Akin Gump. | 0.2 |
| 19-Sep-13 | RSK | 0031 | Review of Memorandum of Argument filed by EMEA debtors in connection with Canadian appeal application. | 0.8 |
| 19-Sep-13 | RSK | 0031 | Meeting with Dentons team to discuss EMEA debtors leave to appeal application. | 0.5 |
| 19-Sep-13 | RSK | 0007 | Participated in Committee call. | 0.9 |
| 19-Sep-13 | RSK | 0031 | Review of EMEA debtors SCC application record and case law. | 1.1 |
| 19-Sep-13 | RSK | 0031 | Review of article regarding recent Canadian cases and issues relating to allocation joint trial. | 0.3 |
| 19-Sep-13 | RSK | 0029 | Review of proposed amendment to Deposition Protocol and related correspondence from core parties. | 0.5 |
| 19-Sep-13 | RSK | 0031 | Review of correspondence from Oslers (counsel for Canadian officers and directors) regarding evidentiary protections in Deposition Protocol. | 0.2 |

DENTONS CANADA LLP

INVOICE 3010572

The Official Committee of Unsecured Creditors

Page 15 of 24

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 19-Sep-13 | RSK | 0029 | Review of Affidavit from Oslers regarding deposition evidence. | 0.2 |
| 19-Sep-13 | MJW | 0031 | Meet with Dentons team to discuss EMEA debtor appeal application to Supreme Court, and prepare for update call with Committee. | 0.5 |
| 19-Sep-13 | MJW | 0007 | Attend on call with UCC and advisors. | 0.9 |
| 19-Sep-13 | MJW | 0031 | Review issued Canadian court order for allocation litigation letters of request. | 0.1 |
| 19-Sep-13 | MJW | 0029 | Review correspondence from Nortel Canada directors counsel to EMEA debtors, and affidavit filed in connection with allocation litigation motion. | 0.4 |
| 19-Sep-13 | MJW | 0031 | Review multiple correspondence and draft court orders and stipulations from Monitor's Canadian counsel regarding allocation litigation issues, and confer with Dentons team regarding same. | 0.8 |
| 19-Sep-13 | RCJ | 0007 | Participated in Committee call. | 0.9 |
| 19-Sep-13 | RCJ | 0031 | Meeting with Dentons team to discuss EMEA leave to appeal application. | 0.6 |
| 19-Sep-13 | RCJ | 0031 | Review EMEA debtor Canada Supreme Court application record (re: appeal request re: allocation protocol). | 0.9 |
| 19-Sep-13 | RCJ | 0029 | Analysis of allocation issues. | 1.1 |
| 19-Sep-13 | JK | 0012 | Analysis of UK Pension Claims. | 0.2 |
| 19-Sep-13 | NEL | 0007 | Participate in Committee call. | 0.9 |
| 19-Sep-13 | NEL | 0031 | Review EMEA debtors application for leave to appeal to Supreme Court of Canada. | 1.1 |
| 20-Sep-13 | PJC | 0031 | Email correspondence from Barbara Grossman concerning deposition schedule (0.2). Engaged in review of Allocation Submissions and brief containing documents relating to Canadian Claims and UK Pension claims in preparation for witness depositions (6.3). Review of Deposition Protocol to prepare for depositions (0.8). Email correspondence from Ryan Jacobs (0.1). | 7.4 |
| 20-Sep-13 | BLG | 0031 | Correspondence to and from Akin Gump regarding EMEA debtor SCC leave to appeal application. | 0.1 |
| 20-Sep-13 | BLG | 0029 | Email correspondence with Akin Gump regarding EMEA debtor SCC leave application | 0.1 |
| 20-Sep-13 | RSK | 0029 | Review expert witnesses information for UCC regarding allocation litigation. | 0.5 |
| 20-Sep-13 | RSK | 0029 | Review of correspondence regarding allocation litigation Stipulation on Deposition Protocol. | 0.4 |
| 20-Sep-13 | RSK | 0031 | Review of correspondence regarding EMEA debtors Canadian leave to appeal application. | 0.3 |
| 20-Sep-13 | RSK | 0008 | Participated in joint court hearing (by teleconference). | 0.6 |
| 20-Sep-13 | RSK | 0031 | Review of court orders approving amendments to Deposition | 0.2 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3010572  
Page 16 of 24  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | Protocol. | |
| 20-Sep-13 | RSK | 0029 | Review of proposed amendment to Protective Order. | 0.2 |
| 20-Sep-13 | MJW | 0029 | Review material to prepare for Committee meeting and allocation litigation expert issues. | 0.3 |
| 20-Sep-13 | MJW | 0007 | Attend on UCC call with Committee advisors. | 0.2 |
| 20-Sep-13 | MJW | 0008 | Attend to joint court hearing of Canadian and U.S. courts for allocation litigation discovery and deposition issues (by phone). | 0.6 |
| 20-Sep-13 | MJW | 0031 | Correspondence with allocation core parties regarding proposed amendments to allocation deposition protocol order, and call with Akin Gump to discuss. | 0.3 |
| 20-Sep-13 | MJW | 0031 | Review multiple drafts of revised stipulation for amendment to allocation deposition protocol and draft form of Canadian order approving same, and confer with Dentons team regarding same. | 0.5 |
| 20-Sep-13 | MJW | 0031 | Correspondence with Akin Gump regarding EMEA debtor appeal request to Supreme Court of Canada, and review NNI/UCC factum filed with Court of Appeal. | 0.6 |
| 20-Sep-13 | MJW | 0031 | Review issued Canadian court order for stipulation regarding amendment to allocation deposition protocol order. | 0.1 |
| 20-Sep-13 | RCJ | 0008 | Participated (telephonically) in joint hearing. | 0.6 |
| 20-Sep-13 | NEL | 0007 | Participate in Committee call. | 0.2 |
| 23-Sep-13 | PJC | 0031 | Engaged on review of pleadings brief and related documents in preparation for attendance on examination for discovery of Dr. Horn (4.7). Review of Deposition Protocol as well as Timetable and Discovery Claim, to prepare for witness depositions (0.8). | 5.5 |
| 23-Sep-13 | BLG | 0029 | Review correspondence with updates regarding deposition locations. | 0.1 |
| 23-Sep-13 | RSK | 0031 | Review correspondence from NNI's Canadian counsel regarding joint reply materials for EMEA debtors Canadian leave to appeal application. | 0.3 |
| 23-Sep-13 | RSK | 0031 | Review of reply materials filed for Ontario Court of Appeal leave to appeal motion by EMEA debtors. | 0.6 |
| 23-Sep-13 | RSK | 0029 | Review of NNI and EMEA certifications regarding discovery disputes. | 0.4 |
| 23-Sep-13 | RSK | 0031 | Review of endorsement from Canadian court regarding third party production from Ernst & Young. | 0.5 |
| 23-Sep-13 | RSK | 0029 | Review of updated Deposition calendar. | 0.1 |
| 23-Sep-13 | MJW | 0031 | Review draft form of Canadian court order to amend allocation litigation protective order. | 0.3 |
| 23-Sep-13 | MJW | 0029 | Correspondence with multiple core allocation parties regarding stipulation for allocation litigation. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 17 of 24
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 23-Sep-13 | MJW | 0029 | Review correspondence from counsel for UK pension claimants regarding allocation and claims litigation discovery. | 0.2 |
| 23-Sep-13 | MJW | 0029 | Review correspondence from Canadian debtors and Monitor regarding allocation litigation discovery issues. | 0.3 |
| 23-Sep-13 | MJW | 0031 | Review Canadian court endorsement reasons for EMEA debtor document production motion, and report to Committee advisors. | 0.3 |
| 23-Sep-13 | MJW | 0031 | Correspondence with NNI's Canadian counsel regarding EMEA debtor appeal application to the Supreme Court of Canada. | 0.1 |
| 23-Sep-13 | MJW | 0031 | Review EMEA debtor Supreme Court leave for appeal application. | 0.7 |
| 23-Sep-13 | RCJ | 0031 | Review Canadian court endorsement regarding document production. | 0.1 |
| 23-Sep-13 | RCJ | 0031 | Assist Akin Gump team and P. Cavanagh with allocation deposition preparation and Canadian depositions. | 1.3 |
| 23-Sep-13 | RCJ | 0029 | Analysis of allocation issues for joint trial. | 1.9 |
| 24-Sep-13 | PJC | 0031 | Meeting with Ryan Jacobs to discuss deposition issues (0.5). Meeting with Robert Johnson to discuss examination for discovery issues (0.8). Attendance on examination for discovery of Dr. Horn (6.3). Meeting with counsel for core parties to discuss examinations for discovery (1.4). Meeting with Dentons and Akin Gump lawyers to discuss deposition results and prepare for deposition next steps (0.4). | 9.4 |
| 24-Sep-13 | RSK | 0029 | Review correspondence from Monitor and Canadian Debtors to Judge Gross regarding discovery disputes, and response from US Debtors. | 0.4 |
| 24-Sep-13 | RSK | 0031 | Review correspondence from Canadian counsel to all parties Canadian court regarding scheduling case conference. | 0.3 |
| 24-Sep-13 | MJW | 0003 | Prepare August 2013 fee account. | 1.4 |
| 24-Sep-13 | MJW | 0031 | Email correspondence with Canadian counsel for NNI and Monitor regarding Canadian motion schedule and court conference. | 0.2 |
| 24-Sep-13 | MJW | 0031 | Review correspondence from Canadian debtors and Monitor regarding allocation discovery issues. | 0.3 |
| 24-Sep-13 | MJW | 0029 | Meet with Akin Gump and Dentons lawyers to discuss allocation litigation witness deposition. | 0.4 |
| 24-Sep-13 | NEL | 0029 | Analyze certifications of counsel and related stipulation issues regarding consents to court order. | 0.3 |
| 25-Sep-13 | RSK | 0031 | Review of email correspondence from counsel for NNI and from Akin Gump regarding upcoming Canadian court scheduling hearing. | 0.3 |
| 25-Sep-13 | RSK | 0029 | Review of supplemental responses for witness interrogatories regarding allocation litigation. | 0.3 |

DENTONS CANADA LLP                                                    INVOICE 3010572
The Official Committee of Unsecured Creditors                         Page 18 of 24
Re: Nortel Networks Inc., et al.                                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 25-Sep-13 | RSK | 0029 | Review of Akin Gump correspondence regarding allocation litigation discovery disputes. | 0.2 |
| 25-Sep-13 | MJW | 0029 | Review correspondence from counsel to EMEA debtors regarding allocation litigation issues, and email correspondence with UCC advisors regarding same. | 0.3 |
| 25-Sep-13 | MJW | 0031 | Review correspondence from Nortel's Canadian counsel and EMEA debtors Canadian counsel regarding Canadian court scheduling conference. | 0.2 |
| 25-Sep-13 | MJW | 0029 | Review updated allocation litigation deposition calendar. | 0.2 |
| 25-Sep-13 | NEL | 0029 | Analyze remaining issues on stipulation regarding consents to court order. | 0.2 |
| 26-Sep-13 | RSK | 0007 | Participated in Committee call. | 0.7 |
| 26-Sep-13 | RSK | 0031 | Review of correspondence from Jennifer Stam and Matthew Gottlieb regarding Canadian court chambers conference. | 0.2 |
| 26-Sep-13 | RSK | 0031 | Prepare for Canadian court status conference including review of M. Wunder correspondence. | 0.3 |
| 26-Sep-13 | MJW | 0031 | Receive update from NNI's Canadian counsel regarding Canadian court scheduling conference, and liaise with Dentons team regarding Canadian court attendances. | 0.3 |
| 26-Sep-13 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 26-Sep-13 | RCJ | 0007 | Participated in Committee call. | 0.7 |
| 26-Sep-13 | RCJ | 0007 | Discussion with S. Kukulowicz in preparation for Canadian court hearing. | 0.3 |
| 27-Sep-13 | BLG | 0031 | Review of CCAA stay extension scheduling motion endorsement. | 0.1 |
| 27-Sep-13 | RSK | 0031 | Correspondence and phone attendance with NNI's Canadian counsel to prepare for Canadian court status conference. | 0.3 |
| 27-Sep-13 | RSK | 0031 | Attended Canadian court status conference and report to Akin Gump. | 0.7 |
| 27-Sep-13 | MJW | 0031 | Review report to UCC advisors regarding Canadian court conference, and related court endorsement. | 0.2 |
| 27-Sep-13 | MJW | 0029 | Review subpoenas for allocation litigation. | 0.2 |
| 30-Sep-13 | RSK | 0029 | Review correspondence regarding updated deposition schedule and applications for letters rogatory. | 0.4 |
| 30-Sep-13 | RSK | 0031 | Review of factums filed in Court of Appeal regarding EMEA debtor leave application for appeal. | 0.7 |
| 30-Sep-13 | MJW | 0029 | Review correspondence from Monitor's counsel regarding allocation litigation document production and privilege issues. | 0.2 |
| 30-Sep-13 | MJW | 0031 | Review correspondence from Monitor's Canadian counsel regarding allocation trial issues. | 0.1 |
| | | | **Total** | **213.2** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 19 of 24
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 28.9 | $775.00 | $22,397.50 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 3.5 | $375.00 | $1,312.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 47.1 | $795.00 | $37,444.50 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 5.3 | $525.00 | $2,782.50 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 32.8 | $775.00 | $25,420.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 1.9 | $440.00 | $836.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 44.4 | $750.00 | $33,300.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 42.9 | $900.00 | $38,610.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 6.4 | $700.00 | $4,480.00 |
| | | | | | | |
| TOTAL | | | | 213.2 | CDN. | $166,583.00 |

**TOTAL PROFESSIONAL FEES**                                         $   166,583.00

**NON-TAXABLE DISBURSEMENTS**
   Binding Books / Documents                          $      170.20
   Courier & Delivery                                        173.83
   Long Distance Telephone Calls                              21.15
   Meals & Beverages                                          71.50
   Photocopy & Printing Charges                            1,065.90
**TOTAL NON-TAXABLE DISBURSEMENTS**                      $    1,502.58

**TOTAL DISBURSEMENTS**                                                1,502.58

**TOTAL AMOUNT DUE**                                       $   168,085.58 CDN.

DENTONS CANADA LLP                                                      INVOICE 3010572
The Official Committee of Unsecured Creditors                          Page 20 of 24
Re: Nortel Networks Inc., et al.                                  Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 1.4 | 1,113.00 |
| 0007 | Creditors Committee Meetings | 10.7 | 8,228.50 |
| 0008 | Court Hearings | 9.7 | 8,299.50 |
| 0012 | General Claims Analysis/Claims Objections | 9.4 | 5,729.00 |
| 0029 | Intercompany Analysis | 50.5 | 40,050.00 |
| 0031 | Canadian Proceedings/Matters | 131.0 | 102,713.00 |
| 0032 | U.S. Proceedings/Matters | 0.5 | 450.00 |
|      | **Total** | **213.2** | **$166,583.00** |

DENTONS CANADA LLP                                          INVOICE 3010572
The Official Committee of Unsecured Creditors                   Page 21 of 24
Re: Nortel Networks Inc., et al.                         Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 15-Aug-13 | Conference Call Charges | 1.00 | 4.28 |
| 15-Aug-13 | Conference Call Charges | 1.00 | 8.14 |
| 03-Sep-13 | Laser Copy;GROSSMAN | 148.00 | 14.80 |
| 03-Sep-13 | Laser Copy;KUKULOWI | 58.00 | 5.80 |
| 03-Sep-13 | Laser Copy;NELSON M | 257.00 | 25.70 |
| 03-Sep-13 | Laser Copy;Punjani, R | 34.00 | 3.40 |
| 03-Sep-13 | Laser Copy;WUNDER M | 20.00 | 2.00 |
| 04-Sep-13 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 04-Sep-13 | Photocopy;mccallenm | 44.00 | 4.40 |
| 04-Sep-13 | Photocopy;mccallenm | 33.00 | 3.30 |
| 04-Sep-13 | Laser Copy;Punjani, R | 4.00 | 0.40 |
| 04-Sep-13 | Laser Copy;WUNDER M | 45.00 | 4.50 |
| 04-Sep-13 | Laser Copy;GROSSMAN | 7.00 | 0.70 |
| 04-Sep-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 04-Sep-13 | Photocopy;mccallenm | 18.00 | 1.80 |
| 05-Sep-13 | Laser Copy;DamaniA | 4.00 | 0.40 |
| 05-Sep-13 | Photocopy;mccallenm | 79.00 | 7.90 |
| 05-Sep-13 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 05-Sep-13 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 05-Sep-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 06-Sep-13 | Laser Copy;BOWLES-D | 57.00 | 5.70 |
| 06-Sep-13 | Laser Copy;GROSSMAN | 71.00 | 7.10 |
| 06-Sep-13 | Photocopy;GROSSMAN | 9.00 | 0.90 |
| 06-Sep-13 | Photocopy;GROSSMAN | 390.00 | 39.00 |
| 06-Sep-13 | Tabs / Cerlox | 1.00 | 3.40 |
| 06-Sep-13 | Laser Copy;Erandio, N. | 62.00 | 6.20 |
| 08-Sep-13 | Laser Copy;GROSSMAN | 18.00 | 1.80 |
| 09-Sep-13 | Laser Copy;DamaniA | 3.00 | 0.30 |
| 09-Sep-13 | Laser Copy;Erandio, N. | 13.00 | 1.30 |
| 09-Sep-13 | Laser Copy;GROSSMAN | 41.00 | 4.10 |
| 09-Sep-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 09-Sep-13 | Laser Copy;WALKER R | 78.00 | 7.80 |
| 09-Sep-13 | Photocopy;GROSSMAN | 260.00 | 26.00 |
| 09-Sep-13 | Photocopy;GROSSMAN | 8.00 | 0.80 |
| 09-Sep-13 | Laser Copy;WUNDER M | 64.00 | 6.40 |
| 09-Sep-13 | Cust. Tabs / Cerlox / Clear Cover | 1.00 | 15.00 |

DENTONS CANADA LLP                                        INVOICE 3010572
The Official Committee of Unsecured Creditors                 Page 22 of 24
Re: Nortel Networks Inc., et al.                    Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 09-Sep-13 | Cust. Tab / Cerlox / Clear Cover | 1.00 | 5.50 |
| 09-Sep-13 | Laser Copy;BanksT | 10.00 | 1.00 |
| 10-Sep-13 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 10-Sep-13 | Color Laser Printing | 66.00 | 6.60 |
| 10-Sep-13 | Laser Copy;WUNDER M | 35.00 | 3.50 |
| 11-Sep-13 | Color Laser Printing | 48.00 | 4.80 |
| 11-Sep-13 | Laser Copy;Erandio, N. | 987.00 | 98.70 |
| 11-Sep-13 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 11-Sep-13 | Tabs / Cerlox / Clear Cover | 1.00 | 9.00 |
| 11-Sep-13 | Tabs / Cerlox / Clear Cover | 1.00 | 9.00 |
| 11-Sep-13 | Laser Copy;WUNDER M | 34.00 | 3.40 |
| 12-Sep-13 | Cust. Binder | 1.00 | 3.00 |
| 12-Sep-13 | Laser Copy;NELSON M | 284.00 | 28.40 |
| 12-Sep-13 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 12-Sep-13 | Photocopy;GROSSMAN | 12.00 | 1.20 |
| 12-Sep-13 | Color Laser Printing | 85.00 | 8.50 |
| 12-Sep-13 | Rogers Wireless charges for M. Wunder on Aug. 8-9/13; 2013-8-8 | 1.00 | 6.19 |
| 12-Sep-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 13-Sep-13 | Color Laser Printing | 217.00 | 21.70 |
| 13-Sep-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 13-Sep-13 | Laser Copy;NELSON M | 116.00 | 11.60 |
| 15-Sep-13 | Conference Call Charges | 1.00 | 1.52 |
| 16-Sep-13 | Laser Copy;GROSSMAN | 501.00 | 50.10 |
| 16-Sep-13 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 16-Sep-13 | Laser Copy;NELSON M | 39.00 | 3.90 |
| 16-Sep-13 | Laser Copy;WUNDER M | 36.00 | 3.60 |
| 16-Sep-13 | Tabs / Cerlox / Clear Cover | 1.00 | 11.20 |
| 16-Sep-13 | Laser Copy;DamaniA | 474.00 | 47.40 |
| 17-Sep-13 | Laser Copy;GROSSMAN | 167.00 | 16.70 |
| 17-Sep-13 | Laser Copy;mccallenm | 268.00 | 26.80 |
| 17-Sep-13 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 17-Sep-13 | Laser Copy;WUNDER M | 63.00 | 6.30 |
| 17-Sep-13 | Laser Copy;KUKULOWI | 88.00 | 8.80 |
| 18-Sep-13 | Laser Copy;WUNDER M | 51.00 | 5.10 |
| 18-Sep-13 | Laser Copy;GROSSMAN | 17.00 | 1.70 |
| 18-Sep-13 | Photocopy;WUNDER M | 3,379.00 | 337.90 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3010572
Page 23 of 24
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 18-Sep-13 | Tabs / Cerlox | 1.00 | 113.60 |
| 18-Sep-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 18-Sep-13 | Laser Copy;KUKULOWI | 188.00 | 18.80 |
| 18-Sep-13 | Laser Copy;mccallenm | 104.00 | 10.40 |
| 18-Sep-13 | Laser Copy;NELSON M | 188.00 | 18.80 |
| 18-Sep-13 | Laser Copy;SINGH, Neha | 2.00 | 0.20 |
| 18-Sep-13 | Laser Copy;GROSSMAN | 64.00 | 6.40 |
| 19-Sep-13 | Laser Copy;GROSSMAN | 9.00 | 0.90 |
| 19-Sep-13 | Laser Copy;GROSSMAN | 65.00 | 6.50 |
| 19-Sep-13 | Laser Copy;KUKULOWI | 93.00 | 9.30 |
| 19-Sep-13 | Laser Copy;mccallenm | 2.00 | 0.20 |
| 19-Sep-13 | Laser Copy;NELSON M | 283.00 | 28.30 |
| 19-Sep-13 | Laser Copy;SINGH, Neha | 17.00 | 1.70 |
| 19-Sep-13 | Laser Copy;WUNDER M | 41.00 | 4.10 |
| 19-Sep-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723443047/796722214402 Recipient: MATTHEW FAGEN Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 99.51 |
| 19-Sep-13 | Laser Copy;GROSSMAN | 8.00 | 0.80 |
| 20-Sep-13 | Laser Copy;SINGH, Neha | 16.00 | 1.60 |
| 20-Sep-13 | Telephone;12128721077;New YorkNY;4715 | 1.00 | 1.02 |
| 20-Sep-13 | Color Laser Printing | 120.00 | 12.00 |
| 20-Sep-13 | Laser Copy;WUNDER M | 59.00 | 5.90 |
| 23-Sep-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 23-Sep-13 | Laser Copy;SINGH, Neha | 3.00 | 0.30 |
| 23-Sep-13 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 23-Sep-13 | Laser Copy;mccallenm | 14.00 | 1.40 |
| 24-Sep-13 | Laser Copy;Erandio, N. | 3.00 | 0.30 |
| 24-Sep-13 | Cust. Tabs | 1.00 | 0.50 |
| 24-Sep-13 | Laser Copy;NELSON M | 40.00 | 4.00 |
| 24-Sep-13 | Laser Copy;mccallenm | 20.00 | 2.00 |
| 25-Sep-13 | Laser Copy;mccallenm | 51.00 | 5.10 |
| 25-Sep-13 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 26-Sep-13 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 26-Sep-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723496116/796782175510 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 74.32 |

DENTONS CANADA LLP                                    INVOICE 3010572
The Official Committee of Unsecured Creditors                  Page 24 of 24
Re: Nortel Networks Inc., et al.                    Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 26-Sep-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 30-Sep-13 | Laser Copy;NELSON M | 17.00 | 1.70 |
| 30-Sep-13 | Working meal for Akin Gump and Dentons lawyers/R Jacobs-Sept 25/13/Inv. 213318 | 1.00 | 71.50 |
| **TOTAL** | | **CDN. $** | **1,502.58** |