**EXHIBIT C**

## DISBURSEMENT SUMMARY
## SEPTEMBER 1 TO SEPTEMBER 30, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Binding Books/Documents | $ 170.20 |
| Courier & Delivery | $ 173.83 |
| Long Distance Telephone Calls | $ 21.15 |
| Meals & Beverages | $ 71.50 |
| Photocopy & Printing Charges | <u>$1,065.90</u> |
| Total Non-Taxable Disbursements | **$1,502.58 CDN.** |

12334335_1|TORDOCS