**EXHIBIT D**

11957585_3|TorDocs

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 15-Aug-13 | Conference Call Charges | 1.00 | 4.28 |
| 15-Aug-13 | Conference Call Charges | 1.00 | 8.14 |
| 03-Sep-13 | Laser Copy;GROSSMAN | 148.00 | 14.80 |
| 03-Sep-13 | Laser Copy;KUKULOWI | 58.00 | 5.80 |
| 03-Sep-13 | Laser Copy;NELSON M | 257.00 | 25.70 |
| 03-Sep-13 | Laser Copy;Punjani, R | 34.00 | 3.40 |
| 03-Sep-13 | Laser Copy;WUNDER M | 20.00 | 2.00 |
| 04-Sep-13 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 04-Sep-13 | Photocopy;mccallenm | 44.00 | 4.40 |
| 04-Sep-13 | Photocopy;mccallenm | 33.00 | 3.30 |
| 04-Sep-13 | Laser Copy;Punjani, R | 4.00 | 0.40 |
| 04-Sep-13 | Laser Copy;WUNDER M | 45.00 | 4.50 |
| 04-Sep-13 | Laser Copy;GROSSMAN | 7.00 | 0.70 |
| 04-Sep-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 04-Sep-13 | Photocopy;mccallenm | 18.00 | 1.80 |
| 05-Sep-13 | Laser Copy;DamaniA | 4.00 | 0.40 |
| 05-Sep-13 | Photocopy;mccallenm | 79.00 | 7.90 |
| 05-Sep-13 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 05-Sep-13 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 05-Sep-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 06-Sep-13 | Laser Copy;BOWLES-D | 57.00 | 5.70 |
| 06-Sep-13 | Laser Copy;GROSSMAN | 71.00 | 7.10 |
| 06-Sep-13 | Photocopy;GROSSMAN | 9.00 | 0.90 |
| 06-Sep-13 | Photocopy;GROSSMAN | 390.00 | 39.00 |
| 06-Sep-13 | Tabs / Cerlox | 1.00 | 3.40 |
| 06-Sep-13 | Laser Copy;Erandio, N. | 62.00 | 6.20 |
| 08-Sep-13 | Laser Copy;GROSSMAN | 18.00 | 1.80 |
| 09-Sep-13 | Laser Copy;DamaniA | 3.00 | 0.30 |
| 09-Sep-13 | Laser Copy;Erandio, N. | 13.00 | 1.30 |
| 09-Sep-13 | Laser Copy;GROSSMAN | 41.00 | 4.10 |
| 09-Sep-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 09-Sep-13 | Laser Copy;WALKER R | 78.00 | 7.80 |
| 09-Sep-13 | Photocopy;GROSSMAN | 260.00 | 26.00 |
| 09-Sep-13 | Photocopy;GROSSMAN | 8.00 | 0.80 |
| 09-Sep-13 | Laser Copy;WUNDER M | 64.00 | 6.40 |
| 09-Sep-13 | Cust. Tabs / Cerlox / Clear Cover | 1.00 | 15.00 |

| Date | Description | Qty | Amt |
|---|---|---|---|
| 09-Sep-13 | Cust. Tab / Cerlox / Clear Cover | 1.00 | 5.50 |
| 09-Sep-13 | Laser Copy;BanksT | 10.00 | 1.00 |
| 10-Sep-13 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 10-Sep-13 | Color Laser Printing | 66.00 | 6.60 |
| 10-Sep-13 | Laser Copy;WUNDER M | 35.00 | 3.50 |
| 11-Sep-13 | Color Laser Printing | 48.00 | 4.80 |
| 11-Sep-13 | Laser Copy;Erandio, N. | 987.00 | 98.70 |
| 11-Sep-13 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 11-Sep-13 | Tabs / Cerlox / Clear Cover | 1.00 | 9.00 |
| 11-Sep-13 | Tabs / Cerlox / Clear Cover | 1.00 | 9.00 |
| 11-Sep-13 | Laser Copy;WUNDER M | 34.00 | 3.40 |
| 12-Sep-13 | Cust. Binder | 1.00 | 3.00 |
| 12-Sep-13 | Laser Copy;NELSON M | 284.00 | 28.40 |
| 12-Sep-13 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 12-Sep-13 | Photocopy;GROSSMAN | 12.00 | 1.20 |
| 12-Sep-13 | Color Laser Printing | 85.00 | 8.50 |
| 12-Sep-13 | Rogers Wireless charges for M. Wunder on Aug. 8-9/13; 2013-8-8 | 1.00 | 6.19 |
| 12-Sep-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 13-Sep-13 | Color Laser Printing | 217.00 | 21.70 |
| 13-Sep-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 13-Sep-13 | Laser Copy;NELSON M | 116.00 | 11.60 |
| 15-Sep-13 | Conference Call Charges | 1.00 | 1.52 |
| 16-Sep-13 | Laser Copy;GROSSMAN | 501.00 | 50.10 |
| 16-Sep-13 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 16-Sep-13 | Laser Copy;NELSON M | 39.00 | 3.90 |
| 16-Sep-13 | Laser Copy;WUNDER M | 36.00 | 3.60 |
| 16-Sep-13 | Tabs / Cerlox / Clear Cover | 1.00 | 11.20 |
| 16-Sep-13 | Laser Copy;DamaniA | 474.00 | 47.40 |
| 17-Sep-13 | Laser Copy;GROSSMAN | 167.00 | 16.70 |
| 17-Sep-13 | Laser Copy;mccallenm | 268.00 | 26.80 |
| 17-Sep-13 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 17-Sep-13 | Laser Copy;WUNDER M | 63.00 | 6.30 |
| 17-Sep-13 | Laser Copy;KUKULOWI | 88.00 | 8.80 |
| 18-Sep-13 | Laser Copy;WUNDER M | 51.00 | 5.10 |
| 18-Sep-13 | Laser Copy;GROSSMAN | 17.00 | 1.70 |
| 18-Sep-13 | Photocopy;WUNDER M | 3,379.00 | 337.90 |

| Date | Description | Qty | Amt |
|---|---|---|---|
| 18-Sep-13 | Tabs / Cerlox | 1.00 | 113.60 |
| 18-Sep-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 18-Sep-13 | Laser Copy;KUKULOWI | 188.00 | 18.80 |
| 18-Sep-13 | Laser Copy;mccallenm | 104.00 | 10.40 |
| 18-Sep-13 | Laser Copy;NELSON M | 188.00 | 18.80 |
| 18-Sep-13 | Laser Copy;SINGH, Neha | 2.00 | 0.20 |
| 18-Sep-13 | Laser Copy;GROSSMAN | 64.00 | 6.40 |
| 19-Sep-13 | Laser Copy;GROSSMAN | 9.00 | 0.90 |
| 19-Sep-13 | Laser Copy;GROSSMAN | 65.00 | 6.50 |
| 19-Sep-13 | Laser Copy;KUKULOWI | 93.00 | 9.30 |
| 19-Sep-13 | Laser Copy;mccallenm | 2.00 | 0.20 |
| 19-Sep-13 | Laser Copy;NELSON M | 283.00 | 28.30 |
| 19-Sep-13 | Laser Copy;SINGH, Neha | 17.00 | 1.70 |
| 19-Sep-13 | Laser Copy;WUNDER M | 41.00 | 4.10 |
| 19-Sep-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723443047/796722214402 Recipient: MATTHEW FAGEN Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 99.51 |
| 19-Sep-13 | Laser Copy;GROSSMAN | 8.00 | 0.80 |
| 20-Sep-13 | Laser Copy;SINGH, Neha | 16.00 | 1.60 |
| 20-Sep-13 | Telephone;12128721077;New YorkNY;4715 | 1.00 | 1.02 |
| 20-Sep-13 | Color Laser Printing | 120.00 | 12.00 |
| 20-Sep-13 | Laser Copy;WUNDER M | 59.00 | 5.90 |
| 23-Sep-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 23-Sep-13 | Laser Copy;SINGH, Neha | 3.00 | 0.30 |
| 23-Sep-13 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 23-Sep-13 | Laser Copy;mccallenm | 14.00 | 1.40 |
| 24-Sep-13 | Laser Copy;Erandio, N. | 3.00 | 0.30 |
| 24-Sep-13 | Cust. Tabs | 1.00 | 0.50 |
| 24-Sep-13 | Laser Copy;NELSON M | 40.00 | 4.00 |
| 24-Sep-13 | Laser Copy;mccallenm | 20.00 | 2.00 |
| 25-Sep-13 | Laser Copy;mccallenm | 51.00 | 5.10 |
| 25-Sep-13 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 26-Sep-13 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 26-Sep-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723496116/796782175510 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 74.32 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3010572  
Page 24 of 24  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 26-Sep-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 30-Sep-13 | Laser Copy;NELSON M | 17.00 | 1.70 |
| 30-Sep-13 | Working meal for Akin Gump and Dentons lawyers/R Jacobs-Sept 25/13/Inv. 213318 | 1.00 | 71.50 |
| **TOTAL** | | **CDN. $** | **1,502.58** |