# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 28.9 | $775.00 | $22,397.50 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 3.5 | $375.00 | $1,312.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 47.1 | $795.00 | $37,444.50 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 5.3 | $525.00 | $2,782.50 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 32.8 | $775.00 | $25,420.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 1.9 | $440.00 | $836.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 44.4 | $750.00 | $33,300.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 42.9 | $900.00 | $38,610.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 6.4 | $700.00 | $4,480.00 |
| | | | | | | |
| TOTAL | | | | 213.2 | CDN. | $166,583.00 |

12334335_1|TORDOCS