## Exhibit A

**Proposed Supplemental Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------X
```
|   |   |   |
|---|---|---|
| *In re* | : | Chapter 11 |
|   | : |   |
| Nortel Networks Inc., *et al.,*[1] | : | Case No. 09-10138 (KG) |
|   | : |   |
| Debtors. | : | Jointly Administered |
|   | : |   |
|   | : | **RE: D.I.s 11739, 11953, 11979, 12375** |
```
-------------------------------------------------------------X
```

## FIRST SUPPLEMENTAL ORDER GRANTING DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS, REDUNDANT CLAIMS, AMENDED OR SUPERSEDED CLAIMS, NO-BASIS 503(b)(9) CLAIMS, AND NO-BASIS PENSION CLAIMS)

Upon the Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims

Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims,

Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant

Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims, and No-Basis Pension

Claims) [D.I. 11739] (the "Thirty-First Omnibus Objection")[2] filed by Nortel Networks Inc. and

certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), requesting an order pursuant to section 502 of the Bankruptcy

Code, Bankruptcy Rule 3007 and Local Rule 3007-1 disallowing the claims identified in

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel

[2]       Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Thirty-First Omnibus Objection.

Exhibits A, B and C attached thereto; and upon the Declaration of John J. Ray, III in Support of

the Debtors' Thirty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11

U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow

Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or

Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) attached to the

Thirty-First Omnibus Objection as Exhibit D; and upon all other documentation filed in

connection with the Thirty-First Omnibus Objection and the claims, including the claims

identified in Exhibits A, B and C of the Thirty-First Omnibus Objection; and upon the response

of Mr. Alex Thompson to the Objection [D.I. 11953] (the "Thompson Response"); and upon the

Debtors' Reply to the Response of Alex Thompson to the Debtors' Thirty-First Omnibus

Objection (Substantive) to Certain Claims [D.I. 12375] (the "Reply"); and adequate notice of the

Thirty-First Omnibus Objection having been given as set forth in the Thirty-First Omnibus

Objection; and it appearing that no other or further notice is required; and the Court having

jurisdiction to consider the Thirty-First Omnibus Objection and the Reply, and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that

consideration of the Thirty-First Omnibus Objection is a core proceeding pursuant to 28 U.S.C. §

157(b)(2); and sufficient cause appearing therefor;

### IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Thirty-First Omnibus Objection is **GRANTED** with respect to Claim No.

8338 held by Alex Thompson and Claim No. 8338 is disallowed in full.

2.      The Thompson Response is **OVERRULED**.

3.      The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

4.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2013
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE