IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et</u> <u>al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12461, 12463, 12464** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 21, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
_____ day of November, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | | Chapter 11 |
|---|---|---|
| NORTEL NETWORKS INC., et al., | | Case No. 09-10138 (KG) |
| Debtors. | | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BUI, TAM B
         18575 CALLENS CIR,
         FOUNTAIN VALLEY, CA 92708

Please note that your claim # 6665 in the above referenced case and in the amount of
    $5,142.77 allowed at $5,589.80  has been transferred (**unless previously expunged by court order**) to:

         SOLUS OPPORTUNITIES FUND 1 LP
         TRANSFEROR: BUI, TAM B
         C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT
         410 PARK AVENUE, 11TH FLOOR
         NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12463    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/21/2013                    David D. Bird, Clerk of Court


                                    /s/ Kimberly Murray

                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 21, 2013.

# EXHIBIT B

```
TIME: 15:18:26                                              NORTEL NETWORKS INC.                                    PAGE:    1
DATE: 11/21/13                                               CREDITOR LISTING

Name                                Address
BUI, TAM B                          18575 CALLENS CIR, FOUNTAIN VALLEY CA 92708
HOLLIDAY-MOSLEY, ANNETTE            5121 LONG NECK COURT RALEIGH NC 27604
MICKLOS, PAUL JAMES                 1110 BUTTERNUT LANE HOLLYWOOD FL 33019
SOLUS OPPORTUNITIES FUND 1 LP       TRANSFEROR: BUI, TAM B C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP       TRANSFEROR: HOLLIDAY-MOSLEY, ANNETTE C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP       TRANSFEROR: MICKLOS, PAUL JAMES C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022


Total Number of Records Printed         6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006