```
                 IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                          )      Case No. 09-10138(KG)
                                )      (Jointly Administered)
NORTEL NETWORKS, INC.,          )
     et al.,                    )      Chapter 11

                                )      Courtroom 3
                                )      824 Market Street
            Debtors.            )      Wilmington, Delaware
                                )
                                )      November 19, 2013
                                )      10:00 a.m.

                      TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Morris Nichols Arsht & Tunnell, LLP
                                BY: DEREK C. ABBOTT, ESQ.
                                Morris Nichols Arsht & Tunnell, LLP
                                1201 North Market St., 18th Floor
                                Wilmington, DE  19899-1347
                                (302) 351-9357


                                Cleary Gottlieb Steen & Hamilton
                                BY: LOUIS LIPNER, ESQ.
                                BY: JAMES BROMLEY, ESQ.
                                BY: HOWARD ZELBO, ESQ.
                                One Liberty Plaza
                                New York, NY  10006
                                (212) 225-2000


ECRO:                           BRANDON MCCARTHY

Transcription Service:          DIAZ DATA SERVICES, LLC
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the Creditors'          Richards Layton & Finger
Committee:                  BY: CHRIS SAMIS, ESQ.
                            BY: AMANDA STEELE, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531

                            Akin Gump Strauss Hauer & Feld, LLP
                            BY: FRED S. HODARA, ESQ.
                            BY: DAVID BOTTER, ESQ.
                            One Bryant Park
                            New York, NY  10036-6745
                            (212) 872-1000

For Monitor, Ernst &        Buchanan Ingersoll & Rooney PC
Young & Canadian            BY: KATHLEEN A. MURPHY, ESQ.
Debtors:                    1105 North Market St., Ste. 1900
                            Wilmington, DE  19801-1054
                            (302) 552-4214

                            Allen & Overy
                            BY: LAURA HALL, ESQ.
                            BY: DANIEL GUYDER, ESQ.
                            1221 Avenue of the Americas
                            New York, NY  10020
                            (212) 610-6417

For UK Pension              Bayard, PA
Interests:                  BY: JUSTIN R. ALBERTO, ESQ.
                            222 Delaware Ave., Ste. 900
                            Wilmington DE  19899
                            (302) 429-4226

For Canadian Creditors'     DLA Piper LLP
Committee:                  BY: SELINDA A. MELNIK, ESQ.
                            1201 North Market Street Suite 2100
                            Wilmington, DE  19801
                            (302) 468-5700

For Law Debenture:          Patterson Belknap Webb Taylor, LLP
                            BY: DAN LOWENTHAL, ESQ.
                            1133 Avenue of the Americas
                            New York, NY  10036
                            (212) 336-2305

APPEARANCES:
(Continued)

For Law Debenture:          Morris James LLP
                            BY: STEPHEN M. MILLER, ESQ.
                            500 Delaware Avenue, Ste. 1500
                            Wilmington, DE  19801-1494
                            (302) 888-6853

For Ad Hoc Bond Group:      Milbank Tweed Hadley & McCloy
                            BY: ANDREW LEBLANC, ESQ.
                            One Chase Manhattan Plaza
                            New York, NY  10005
                            (212) 530-5000

                            Pachulski Stang Ziehl & Jones
                            BY: PETER KEANE, ESQ.
                            919 North Market St., 17th Floor
                            Wilmington, DE  19801
                            (302) 778-6417

For the EMEA                Young Conaway Stargatt & Taylor,
Debtors:                    LLP
                            BY: JAIME CHAPMAN, ESQ.
                            Rodney Square
                            1000 North King Street
                            Wilmington, Delaware  19801
                            (302) 571-6703

                            Hughes Hubbard & Reed LLP
                            BY: FARA TABATABAI, ESQ.
                            BY: NEIL OXFORD, ESQ.
                            One Battery Park Plaza
                            New York, NY  10005
                            (212) 837-6068

For Pro Se:                 BY: JOSEPH A. PINO
                            BY: URSULA PHOMMANIRAT
                            BY: ALICIA REIMANN

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Monitor, Ernst & Young: | Allen & Overly, LLP<br>BY: JOSEPH BADTKE-BERKOW, ESQ.<br>(212) 610-6300 |
| For Ad Hoc Committee: | Milbank Tweed Hadley & McCloy<br>BY: CINDY DELANO, ESQ.<br>(213) 530-5501<br>BY: THOMAS MATZ, ESQ.<br>(212) 530-5885 |
| For Official Committee of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld, LLP<br>BY: RBERT A. JOHNSON, ESQ.<br>(212) 872-1077<br>BY: DAVID BOTTER, ESQ.<br>(212) 872-1055 |
| For Interested Party: | Farallon Capital Management<br>BY: MICHAEL LINN<br>(415) 421-2132 |
| For Peg Brickley: | Dow Jones & Co.<br>BY: PEG BRICKLEY, ESQ.<br>(215) 462-0953 |
| For Wilmington Trust: | Katten Munchin Rosenmann, LLP<br>BY: KAREN B. DINE, ESQ.<br>(212) 940-8772<br><br>Ropes & Gray, LLP<br>BY: JONATHAN P. REISMAN, ESQ.<br>(617) 235-4779 |
| For Nortel Networks UK Pension Trust: | Hogan Lovells, US, LLP<br>BY: MATTHEW BULLEN, ESQ.<br>(212) 728-8881<br><br>Willkie Farr & Gallagher, LLP<br>BY: BRIAN E. O'CONNOR, ESQ.<br>(212) 728-8000 |
| For Aurelius Capital Management: | Aurelius Capital Management<br>BY: MATTHEW A. ZLOTO, ESQ.<br>(646) 445-6518 |

TELEPHONIC APPEARANCES:
(Continued)

For Stone Lion:            BY: JUSTIN BRASS, ESQ.
                           (212) 843-1246

For Bank of America:       BY: ESTHER CHUNG, ESQ.
                           (646) 855-6706

For Reorg Research,        BY: KENT COLLIER, ESQ.
Inc.:                      (212) 257-4383

For Debtor:                Morris Nichols Arsht Tunnell LLP
                           BY: ANN C. CORDO, ESQ.
                           (302) 351-9459

                           Cleary Gottlieb Steen & Hamilton
                           BY: MARIA A. DECKER, ESQ.
                           (212) 225-2025

                           Hogan Lovelis US, LLP
                           BY: ANGELA DIMSDALE-GILL, ESQ.
                           (212) 728-3135

For Contrarian            BY: KIMBERLY B. GIANIS, ESQ.
Capital Management:        (203) 862-8250

For Jack Mui:              Kamunting Street
                           BY: GREGOR DANNACHER, ESQ.
                           (203) 541-4243

For Tory's LLP:            BY: ADAM STEVENS, ESQ.
                           (416) 865-7333

For Michael Wunder:        Dentons Canada, LLP
                           BY: MICHAEL WUNDER, ESQ.
                           (416) 863-4715

1

```
 1   WILMINGTON, DELAWARE, TUESDAY, NOVEMBER 19, 2013, 10:33 A.M.

 2              THE CLERK:  Please rise.

 3              THE COURT:  Good morning, everyone.  You may be

 4   seated, thank you.  Mr. Abbott, good morning.  I think we

 5   may be waiting for Justice Morawetz.

 6              MR. ABBOTT:  Good morning, Your Honor.  I'm not

 7   sure.  Somebody dialed in.  I'm not sure if they're on the

 8   line or not yet.

 9              UNKNOWN MALE:  I don't believe so.

10              THE COURT:  Not yet?  Okay, all right.  There was

11   some confusion this morning.  I don't know what happened,

12   but --

13              MR. ABBOTT:  Your Honor, it worked out well

14   because there was also some logistical issues with Amtrak

15   and now everybody's here, so it's perfect.

16              THE COURT:  Excellent, thank you.  And I think

17   we're starting with -- I know we have a couple of other

18   matters --

19              MR. ABBOTT:  Your Honor, there are those --

20              THE COURT:  -- that pertain just to the U.S.

21   case.

22              MR. ABBOTT:  And those may be -- may take some

23   time.

24              THE COURT:  Yes.

25              MR. ABBOTT:  So we understood that we would begin
```

1  with No. 6 on the Agenda, which is the only item on the U.S.

2  agenda that's relevant to the Joint Hearing.

3          THE COURT:  Exactly.

4          MR. ABBOTT:  There may be one other item that's

5  raised, I think in Canada after that, perhaps, that may have

6  a joint impact, and then we'd move to the U.S. only --

7          THE COURT:  Exactly.

8          MR. ABBOTT:  -- proceedings, Your Honor.

9          THE COURT:  Very well.  Thank you, Mr. Abbott.

10 You've all been working hard.  I'm sure you don't mind a

11 calm moment.

12                    (Laughter)

13         MR. LIPNER:  I'm saying my mantra.

14         THE COURT:  I saw the yawn.

15                    (Laughter)

16         THE OPERATOR:  Justice Morawetz is going to call

17 in now.

18         THE COURT:  Good.  Thank you, Sharon.

19         MR. LIPNER:  It will undoubtedly be more smoothly

20 when we do the trial.

21         THE COURT:  I'm sure.

22                    (Laughter)

23         THE COURT:  They're more relaxed in Canada.

24         THE OPERATOR:  Your Honor, Judge Morawetz has

25 joined.

1               THE COURT:   Thank you.   Justice Morawetz, good

2   morning.

3               JUSTICE MORAWETZ:   Good morning to you, sir.

4               THE COURT:   You know how to make an entrance.

5               JUSTICE MORAWETZ:   Well, you're looking great

6   today.

7                          (Laughter)

8               THE COURT:   Thank you.   Thank you.

9                          (Laughter)

10              JUSTICE MORAWETZ:   And how are the trains in

11  Delaware?

12              THE COURT:   I think they were running late.

13              JUSTICE MORAWETZ:   Good.

14                         (Laughter)

15              JUSTICE MORAWETZ:   This obviously is another

16  motion that's been brought pursuant to the Cross-Border

17  Protocol.   And I understand that it's -- there are two

18  issues.   One was a matter that, I think, just parties in the

19  U.S. wanted to address regarding something with EMEA.   And

20  the other was the Motion to Amend the Litigation Timetable.

21  And Judge Gross are counsel in your courtroom organized as

22  to which one they want to proceed with first?

23              THE COURT:   Mr. Abbott is that --

24              MR. ABBOTT:   We are, Your Honor.   Our intent was

25  to go forward with the joint scheduling matter first, Item 6

1  on the U.S. Agenda.  Mr. Bromley will be presenting that
2  motion.
3            THE COURT:  All right.
4            JUSTICE MORAWETZ:  All right.  Is our counsel
5  content to have Mr. Bromley start?
6            UNKNOWN MALE:  Yes.
7            JUSTICE MORAWETZ:  Okay.  Go ahead, Judge Gross
8  on your end and we'll deal with counsel here at the end.
9  And then, I assume, you and I will take a recess to review
10  the matter.
11            THE COURT:  Yes, sir, thank you.  Mr. Bromley,
12  good morning.
13            MR. BROMLEY:  Good morning, Judge Gross.  Good
14  morning, Justice Morawetz.
15            JUSTICE MORAWETZ:  Good morning.
16            MR. BROMLEY:  Thank you very much for taking the
17  time to meet with us all today.  And it has been a while
18  since I've been before you both.
19            THE COURT:  Yes.
20            MR. BROMLEY:  And I wanted to let you know, we've
21  been working hard over the past several months on this
22  litigation exercise.  And the Joint Motion that we have
23  before you today, represents a brief opening of consensus
24  among all of the warring parties in this exercise, other
25  than the Bondholder Group.  That there needs to be an

1    adjustment of the schedule that we have put in place with

2    respect to the litigation.  And I think it's important to

3    give a little bit of background as to where we are and why

4    we're here.

5              THE COURT:  Yes, I was going to request that.

6    Thank you, Mr. Bromley.

7              MR. BROMLEY:  You know, the Courts will recall

8    that back in May of this year, that Orders were issued

9    approving the Allocation Protocol and establishing a

10   litigation timetable and discovery plan.  I think it was May

11   17 for this Court here in Delaware and on May 15 for Justice

12   Morawetz.

13             The parties had then entered into a series of

14   very extensive meetings, meet and confers, as we say here in

15   the United States, to try to put our arms around the size of

16   this litigation exercise, what needed to be done and how it

17   was going to go forward, in what order.  And as in most

18   exercises of this scale, I think there was a bit of

19   underestimation, a bit of -- and not casting any aspersions

20   on any of the parties, a bit of hesitation at the beginning

21   as to how we should get moving.  But the fact is we did and

22   we got moving and had a series of very fruitful

23   conversations among all of the parties.  And I think that my

24   partner, Mr. Rosenthal had described it as one of the most

25   consensual processes that he'd ever been involved in.  And

1   as those who have been in depositions with Mr. Rosenthal

2   recently, can attest that's probably saying something.

3                    (Laughter)

4            MR. BROMLEY:  And that led to a series of

5   exchanges back and forth about documents that were going to

6   be produced, witnesses that were going to be scheduled, and

7   where these things were going to happen around the world.

8   The Courts will recall that in late August, there was an

9   Order entered modifying the scheduling.  And that was in

10  August, August 26, that Order was entered amending the

11  timetable and amending the Allocation Protocol.  Better

12  information was available at that time, but not perfect

13  information.  The goal at that time was to start fact

14  depositions on September 23.  There were enormous amounts of

15  resources that had been dedicated in each of the major

16  jurisdictions to produce documents, to categorize those

17  documents, all sorts of electronic discovery issues that

18  many of us had only read about were put into play

19  immediately on a cross-border basis and massive amounts of

20  information were exchanged.

21           Was it a perfect exercise?  No.  There's no

22  question it wasn't perfect.  And are disputes and concerns

23  still bubbling about that exercise?  Yes, there's no

24  question.  And indeed, we may talk about a couple of those.

25  But the fact is is that what we were trying to do at that

1   particular time was deal with realty.  All right.  We had

2   Labor Day coming up.  We also had the Jewish holidays for

3   the first two weeks in September and we really needed to

4   make sure that we had something in place before the end of

5   August, so that by the third week of September, we could

6   commence discovery and depositions.  And, indeed, we've done

7   that.

8           To date, 70, 7-0 depositions have taken place and

9   they've been happening all around the world.  On many days,

10  we've had depositions, three or four happening

11  simultaneously in the United States and Canada, in Europe.

12  Today, for instance, there was deposition in London, as well

13  as, one in Brussels.  And it's a testament to, and frankly

14  not surprising, in light of the fact that the Nortel Group

15  of companies was a worldwide group and the issues that we're

16  dealing with, touched many countries and many people.

17          The other issue that we have to realize and we

18  cannot give short shrift to is that there really is no

19  existing company anywhere in the world at the moment, that

20  calls itself Nortel.  And so it's not as if you can simply

21  call down to the Legal Department and say, can you go

22  arrange for the Finance Department people to come into a

23  meeting and we'll have a discussion and then schedule some

24  depositions.  Or we'll schedule some meetings.  What we've

25  had to do is recreate a lot of infrastructure.  And then

1   when you're talking to parties about setting up depositions,

2   the people who were under the control of the individual

3   parties are few and far between.

4           And so what we've had to do in many circumstances

5   is go out and ask individuals who are no longer employed by

6   any Nortel Company, to take time out of their lives and out

7   of their jobs, and commit to an exercise, which frankly, is

8   not particularly pleasant.

9           THE COURT:  Right.

10          MR. BROMLEY:  And entails talking about things

11  that happened many years ago.  And what does that mean?

12  Well, it's not easy.  It's not easy to find somebody who

13  used to work for Nortel and now works for General Electric

14  and make sure he's available in Alpharetta, Georgia at the

15  Hilton Garden Inn; a lovely place though it is.

16                      (Laughter)

17          MR. BROMLEY:  And it's particularly nice when

18  people are having a party for the wedding that's going to

19  happen the next day outside of the deposition room.

20                      (Laughter)

21          MR. BROMLEY:  But by the same token, we have

22  individuals like that all around the world.  People who have

23  moved on to other jobs and other places and it has made the

24  deposition exercise more complicated.  You simply cannot

25  call people up and say be in New York on Tuesday.  And that

1  exercise is continuing.

2           Notwithstanding that, we have been able to

3  accomplish an awful lot.  But we had setup deadlines under

4  the existing schedules that we're simply not going to be in

5  a position to meet.  And it's easy to say that that is

6  something that big law firms and financial advisors around

7  the world can simply throw more people at and just get it

8  done, but it's -- there is a -- there is actually a limit.

9  The -- each of -- and I've talked to each of the counsel at

10 the firms that are leading the estate's exercises.  The idea

11 that the senior people leading the exercise are actually

12 physically present in the same office and able to meet more

13 than one day out of two weeks is an exception.  And the fact

14 that I'm here with Mr. Zelbo today is pleasant as always,

15 but --

16                    (Laughter)

17

18           MR. BROMLEY:  -- the fact is is that in order to

19 have Ms. Schweitzer and Mr. Rosenthal present as well, it's

20 not easy.  It's very difficult.

21           So where are we?  We have 70 depositions that

22 we've taken.  We have 25 that have been scheduled in the

23 next four weeks.  And another seventeen to be scheduled.

24 And it's not the time to say well it's because of the

25 French, or it's because of the English, or it's the

1  Americans, or the Canadians.  It's really the fact that

2  there's just not enough time in the day.  And there are not

3  enough days in the week.  And we have been having

4  depositions on Saturdays.  I don't know that we've had one

5  on a Sunday.  But we are really working seven days a week

6  and 24 hours a day to try to get this done.

7          And when we're sitting here looking at these

8  deposition numbers, that's a total of 112.  That is a lot.

9  We have to try to accommodate a couple of different things

10 when we're doing that.  One is, you know, the fact issues

11 that are being presented are wide-ranging.  Hopefully, the

12 depositions are narrowing them.  And I think that if you

13 actually look to the transcripts, you'd see that we're not

14 wasting time.  We are dividing time up three hours for each

15 party in certain circumstances, sometimes five.  It's the

16 rare exception that a deposition goes into two days.  And if

17 it does go into a second day, it's the rare exception that

18 it goes for two full days.

19          I think the depositions have been efficient.  And

20 I think they have been well paced.  But the fact is is that

21 if you're sitting on one day and you have -- you're in

22 London and you have to finish one and then fly to Paris or

23 you're in New York and you have to fly to Raleigh, or to

24 Montreal, or to Toronto, it just takes time.

25          And so as part of that exercise, we also

1   recognize that we had scheduled representative depositions,

2   which are kind of conglomeration of the Canadian and U.S.

3   30(b)(6), you know, representative deposition for a

4   particular party.  We have a lot of those and we haven't had

5   a single one yet.  We're not going to be in a position to be

6   able to take all of those depositions by the current

7   deadline of December 13.  And we're not going to be in a

8   position, without having finished those depositions, to be

9   in a position to file expert reports, which are currently

10  scheduled to be due on December 20.

11          And what we're talking about here, we recognize

12  is asking the Courts to grant us relief.  We understand the

13  Courts want us to move quickly.  And believe me, Your

14  Honors, we have been doing that and doing it to the best of

15  our ability.  And I think it's true that when we were

16  talking with all the parties last week, this was not a -- it

17  wasn't as if everyone jumped to file this motion.  We were

18  -- we reluctantly came to the realization that we needed to

19  do this.  We spent a lot of time trying to figure out

20  exactly how long we would need, whether or not we needed

21  relief, and frankly, we said, we have to do it now.  The

22  U.S. Thanksgiving is next Thursday.  It's late in the month.

23  It also happens to be the first day of Hanukkah.  There's

24  less than three weeks, less than four full weeks between the

25  28th of November and the 25th of December.  And so the idea

1  that we'd be able to finish everything that we need to do in

2  those three weeks, simply wasn't possible.

3        So as a result, Your Honors, we've been, I think,

4  in very constructive conversations over the past ten days

5  about what we need, and why we need it, and how long we need

6  it.

7        One of the things that we've added into our

8  suggested extension, I think is a critical point.  It -- we

9  have agreed that the core parties will have a meet and

10  confer as soon as possible, but in no event, later than the

11  week of December 16, where we will focus solely on the

12  logistics of the trial.  How long it should take, what we're

13  going to do, where we're going to hold it, and how we're

14  going to proceed.  And that, we think is an essential

15  element of this extension.

16        What we're working towards is making sure that

17  when we are in a position to present our evidence, all of

18  us, that we will be able to do it in a cohesive, organized

19  fashion that fits the needs of the Courts and also fits the

20  needs of the case.

21        The dates that we've suggested are listed on Page

22  7 of the Motion and the extensions that we're talking about.

23  We have effectively tried to stay within the December 13

24  deadline with respect to fact witnesses.  There are certain

25  fact witnesses that are subject to Letters Rogatory and

1    simple scheduling issues that may not be able to be done by

2    that time, but we are working hard to make sure that they

3    will be as many as possible done within the December 13

4    timeframe.

5              We then have a series of dates that we have set

6    forth with respect to the representative witnesses.  And our

7    hope is that that will be -- and I think, you know, frankly,

8    we feel pretty confident that we'll be able to meet all of

9    those dates with respect to the representative witnesses.

10             We then follow with a series of dates with

11    respect to experts.  This is a case that at the end of the

12    day, without prejudicing anybody's arguments, I think will

13    rely heavily on expert opinion.  And so the preparation of

14    those reports, the depositions, and examinations of those

15    experts, and the ability to present them in a cohesive

16    fashion at trial are very important.

17             And so, basically, what we're talking about

18    there, if you'll look at the end date, we were thinking that

19    the expert depositions under the current schedule would be

20    done by the end of February.  We're now talking about that

21    being done by April 4.

22             And then we have a series of dates that follow

23    that with respect to filing lists of witnesses, deadlines to

24    file Pretrial Motions and Briefs and the like.  This all

25    would then lead to the beginning of trial on or about April

1    28 or as soon thereafter is convenient for the Courts.

2         You know, there's been an awful lot of attempts

3    to massage the schedule.  We have heard the Bondholders'

4    concerns, in particular.  And we took them seriously and

5    into account as we were trying to put these dates in place.

6    And frankly, one of the concerns that has been raised by the

7    Bondholders was one of the concerns that we were addressing,

8    which is whether or not there would be a need to come back

9    for further relief.

10        We certainly don't think we're need that.  But we

11   -- I don't know if we're in a position to guarantee that, I

12   don't think we are.  But what we've tried to do in building

13   this schedule is to make sure that we have given ourselves

14   with the benefit of hindsight, with the benefit of three and

15   a half months of full litigation, the best chance to meet

16   this schedule.  And we believe that we should be able to do

17   that.

18        Certainly, the concerns about extending this are

19   important.  The costs that relate to the litigation exercise

20   are substantial, there's no doubt.  I think there is a risk

21   though that if you rush things, the expenses actually are

22   not less, they tend to go up because there's inability to

23   organize as well as you should and faster doesn't

24   necessarily mean better.

25        We're also not talking about a substantial

1    extension of the current schedule.  All of the parties, I

2    think are proceeding in good faith with the expectation that

3    these dates are the dates that will be able to be met.  The

4    -- we all feel, and I know this is -- this may sound self-

5    serving, but a heavy burden to those who we represent.  We

6    are working very hard to make sure that we get to the point

7    where we are going to be able to resolve these cases.  None

8    of us have given up hope that that might happen prior to

9    trial, but we have to recognize that the exercises that we

10   have to prepare for trial to maximize the opportunities.

11          And so with that, Your Honors, that's speaking on

12   behalf of the U.S. Debtors, where we are.  I think it's

13   important to note that there's a broad consensus here.  And

14   that broad consensus, as I said, is -- was the product of a

15   lot of conversation.  None of us are particularly happy to

16   be asking for more time, but I think we have come to the

17   conclusion that it is the most important thing here is to

18   make sure that we do this correctly and that when we present

19   the case to Your Honors, you're able to understand it and

20   proceed and make decisions in a very prompt fashion.

21          THE COURT:  All right.  Thank you, Mr. Bromley.

22   Will someone be addressing the Court in Canada?  Mr.

23   Bromley, do you know?

24          MR. BROMLEY:  No, I don't know.

25          MR. MARK:  Judge Gross, it's Alan Mark from

1  Goodman's for the Canadian Monitor and the Canadian Debtors.

2  And I will be addressing this is in Canada, if it pleases

3  the Court.

4              THE COURT:  Yes, thank you, Mr. Marks [sic].

5              MR. MARK:  I won't, of course, repeat much of

6  what Mr. Bromley has had to say, but I do, like him, want to

7  go over a bit of the history here.

8              But let me start by saying this.  All of the

9  parties came to this decision and support this motion with

10  great hesitation because we do understand that the interests

11  of the parties and the Courts' wishes are to have the

12  earliest possible trial date.  But on the other hand,

13  there's a recognition that the case must proceed in a way

14  which is efficient, because inefficiencies will be extremely

15  costly in litigation which is this complex.  And it must

16  proceed in a way that does not risk throwing away the

17  benefits of the considerable sums of money which have been

18  spent already.

19              And at the outset of this process, Your Honors,

20  the parties agreed to a process to lead us to trial which

21  required a series of steps to occur sequentially.  And that

22  was for the fact witness depositions to proceed, to be

23  followed by the representative witness examinations, to be

24  followed by the exchange of expert reports and expert

25  rebuttal reports, and then, finally, to be followed by the

1    deposition of experts.

2              And while one can, as we have frequently, discuss

3    and debate the dates for those steps to occur and the amount

4    of time in between those steps, the parties are unanimously

5    of the view, and I don't think even the Bondholders dissent

6    from this, that the litigation must proceed in that sequence

7    or else you do risk a process which is not efficient, which

8    is not effective, and which in the end will, in fact, cost

9    more money.  It was the view of the parties endorsed by the

10   Courts, that this sequence of events was the appropriate way

11   to reach trial and we intend to stay with that sequence.

12             What has happened as Mr. Bromley indicated is

13   that when we started this process, we used the best

14   information we had available to make forecasts of when the

15   various steps would be completed, but as everybody will

16   understand, when we started out this process some months

17   ago, we had very incomplete information.

18             The efforts that the parties have gone through in

19   the meantime, have been extraordinary, to be frank.  As Mr.

20   Bromley said, notwithstanding the adversity of interest and

21   the occasional propensities of the parties to fight over a

22   number of matters, the amount of cooperation which has

23   underlaid the deposition process has been impressive and

24   commendable.

25             And as importantly, I think it can be fairly

1    said, Your Honors, that the parties have exhausted their

2    available resources, and frankly, given the finite number of

3    hours in a day and days in a week, have exhausted the --

4    their ability to expedite the deposition process.  So we

5    find ourselves in a position where when you add it up at the

6    end of the day, the parties are seeking to move the steps in

7    the process back by more or less about a month or so.

8              So, and frankly, when you take a step back and

9    look at that request in context, it is not a large delay.

10   While we acknowledge that there will inevitably be some cost

11   associated with delay, there will also be a tremendous cost

12   associated with having to complete the pretrial steps out of

13   the natural and ordinary sequence.

14             The process of representative witnesses will be

15   grossly inefficient, if we do not permit ourselves the

16   opportunity to properly identify the areas of examination

17   which have not been covered by fact witnesses before they've

18   been done.  And the process of requiring expert reports to

19   be completed before the factual record is complete is not

20   only, frankly, impossible, but will lead to a proliferation

21   of amended reports, and supplemental reports, and revised

22   reports, and the consequent multiple depositions of experts,

23   which at the end of the day, will result in a cost which may

24   reasonably be expected to not be less and perhaps exceed any

25   cost associated with the delay.

1          And most importantly, we think that proceeding in

2    this way will best assure an efficient trial and a trial

3    where we can minimize the amount of trial time required to

4    the greatest possible extent.

5          So as Mr. Bromley has indicated, we do keep in

6    the schedule the waterfall of events.  Your Honors have the

7    materials and the proposed dates.  I don't know that there's

8    much utility at this stage of this morning's proceedings in

9    going through those dates individually.  The important fact

10   is at the end of the day, which is the step the Court and

11   the parties are most interested in, we are seeking to have

12   the commencement of the trial move from April 1 to April 28

13   or a date so soon thereafter in --

14          JUSTICE MORAWETZ:  I understand though, Mr.

15   Marks, though that's not even guaranteed.

16          MR. MARK:  Well --

17          JUSTICE MORAWETZ:  That was Mr. Bromley's

18   comment.

19          MR. MARK:  It is correct that there is no

20   guarantee --

21          JUSTICE MORAWETZ:  But how we know we're not

22   going to be sitting here, if this Motion is granted, facing

23   yet another request?

24          MR. MARK:  Well, what we can say, Your Honor, is

25   this.  While we -- when we started out the process, we had

1  very, very limited information upon which to make the

2  forecast.  We used our best efforts.  We made a forecast.

3  As Mr. Bromley said, we were dealing with a myriad of

4  witnesses and factors that were beyond the control of the

5  parties.  Two things have -- we now have two advantages

6  sitting here today relative to where we were last August.

7  That is we have better information about how long the

8  remaining steps are likely to take.  We have a finite and

9  smaller number of witnesses remaining to be examined.  And

10  once the third party witnesses have been examined, most of

11  the remaining steps are to greater or lesser extent, within

12  control of the parties.  So as we move through this process,

13  there is less and less of a risk that the dates will not be

14  met.

15       The other thing we have done in the revised

16  schedule that we have put before the Judges is with respect

17  to some of those steps that are to a degree, under our

18  control.  That is through examination of the representative

19  witnesses and the depositions of the expert witnesses.  The

20  schedule now before you, requires that each of those

21  witnesses provide the parties with multiple dates upon which

22  they will be available for examination.

23       So putting all of that together, while there is

24  no guarantee, I do think the parties have a very high degree

25  of confidence that the schedule we now put in front of you

1   is achievable.  And we do not come before you without having

2   given that issue considerable thought and without coming to

3   the conclusion, based upon the information that we now have,

4   as I said, that we do have a very high degree of confidence

5   that schedule is realistic.

6           JUSTICE MORAWETZ:  Anything further?

7           MR. MARK:  So I just want to point out one more

8   issue.  And that is an important part of the schedule that

9   we have put before you, has a significant term in it, and

10  that is the obligation of the parties to meet and confer

11  regarding the trial process at an early date.  So what it

12  means is the parties, once all of the fact witnesses have

13  been completed, and at the time of completion of the

14  representative witness examinations, we'll meet and confer

15  on the appropriate trial procedures, deal with the issue of

16  how long the case is likely to take --

17          JUSTICE MORAWETZ:  Well, we were assured four

18  weeks.  Has that changed?

19          MR. MARK:  I'm not suggesting to the Court today

20  that that has changed.  The parties will meet and confer in

21  January.  We understand --

22          JUSTICE MORAWETZ:  I thought the logistics

23  meeting was December 16?

24          MR. MARK:  The -- that the parties will meet and

25  confer and the proposal is to submit to the Court on January

1  20, either the joint or the several submissions of the

2  parties with respect to trial procedure, with other parties

3  having the opportunity to weigh in on -- by January 27, with

4  the result that the matter will either be consensually

5  resolved or in the hands of the Courts by no later than

6  January 27.  And that process of coming up with the trial

7  proposals, of course, could only realistically be done once

8  the depositions are completed.

9          So looking at this proposal as a package, given

10  the information that we presently have, given the need to

11  conduct the litigation in an orderly fashion of proper

12  sequence, and given the parties' commitment to come up with

13  a trial plan which will give the Courts certainties and

14  assurances about the nature and duration of the trial, we

15  respectfully submit that this is the most appropriate and

16  efficient way to proceed from this point forward.

17          JUSTICE MORAWETZ:  Thank you.  Judge Gross, I do

18  have a number of questions for all parties.

19          THE COURT:  Yes.

20          JUSTICE MORAWETZ:  And I expect that some of them

21  will be regarded by the parties as being difficult questions

22  to answer.  But before I provide those questions, I'd like

23  to know where the Bondholders are given the filings that

24  they have.  Are they supporting this schedule, or are they

25  objecting to it, or --

1            THE COURT:  Mr. Leblanc?

2            JUSTICE MORAWETZ:  Okay.  Mr. Leblanc, go ahead,

3    please.

4            THE COURT:  Yes.  Good morning, Mr. Leblanc.

5            MR. LEBLANC:  Good morning, Your Honor.  For the

6    record, Andrew Leblanc of Millbank, Tweed, Hadley & McCloy

7    on behalf of the Ad Hoc Group of Bondholders.

8            THE COURT:  Yes, sir.

9            MR. LEBLANC:  Your Honor, Your Honors, you will

10   note, our Objection didn't call into question any of the

11   statements that Mr. Bromley made.  We have seen firsthand

12   the effort that has been put into the litigation by every

13   party.  We've experienced it ourselves.  I flew back from

14   England this weekend and am flying this evening back to

15   Europe for additional depositions.

16           So we completely understand that no effort has

17   been spared by the parties in getting us to this point.

18   That is not the reason for our Objection to the proposal.

19   Our Objection as we tried to be very clear, we think it's

20   not appropriate at this time to extend the schedule as it

21   has been requested.  We understand and completely agree,

22   that there are interim dates that because of circumstances

23   that arise in every litigation, witnesses aren't available

24   at particular times, you may add a witness here or there,

25   schedules become difficult.  We understand completely that

1  interim dates absolutely have to move and we commend the

2  parties on agreeing to the movement of interim dates.

3          Our concern is, I think the one that has been

4  suggested from Justice Morawetz' questions, although I know

5  he has others.  Our concern is to ensure that if there is a

6  delay, it is not for a day longer than is necessary and is

7  the last delay that has to occur.  And to our mind, our big

8  concern here is we think that's it's premature for two

9  reasons.

10          One, there is a lot of time before the trial.

11  Four and a half months, roughly as we sit here today.  And

12  we fully appreciate Your Honors, that your schedules have to

13  be coordinated as well.  So the notion that we would wait

14  too long to address when the trial would occur, I think it

15  makes an awful lot of sense to address it at the appropriate

16  time.  We just don't believe that today or now is the

17  appropriate time.

18          The reason for that is the second reason we

19  believe it is premature.  And it is the uncertainty that

20  still lies ahead of us.  In August, when the last request

21  for an extension was made, and was ultimately stipulated by

22  the all the parties, that extension was as a result of the

23  development or the understanding of a tremendous amount of

24  information that prior to that point had not been known.  To

25  wit, how many documents would be produced?  How many

1    depositions were expected?  How long that would likely take?

2    So people gained that information and then a request was

3    made to extend the trial schedule.  And ultimately, that was

4    agreed by every party.

5              From that time until now, there hasn't been a

6    development of new information in the sense that we don't

7    know today, how many experts the parties are going to call.

8    And that to us is the big concern.  Because as the Courts

9    both know, we are the single largest economic interest

10   holder in both of the jurisdictions that Your Honors are

11   acting on behalf of.  The single largest creditors in the

12   United States, single largest creditors in Canada.  We have

13   a tremendous economic interest in making sure that this

14   happens as efficiently and cost effectively as possible.

15   And we're not pointing fingers at anybody and suggesting

16   there has been inefficiency.  But what's critically

17   important to us is to have a trial date that will actually

18   stick.  And I can posit to hypothetical situations as to

19   what might happen with experts.  I think equally

20   implausible, but just to set a spectrum.

21             If for example, the parties collectively identify

22   five experts, collectively, five experts, it's entirely

23   possible that movement of interim dates in the schedule to

24   accommodate the fact witnesses that have not occurred, the

25   representative witnesses that do have to occur.  And I agree

1  with my colleague that they should occur in that order.  And

2  then to deal with the five experts, we could do so within

3  the trial -- within the bounds of the trial date that's

4  currently contemplated.

5          And to posit the other, hopefully, unrealistic

6  hypothetical.  If there are 40 experts, meaning substantive

7  experts, not foreign law experts, but substantive experts

8  identified, I think everybody would be hard pressed to say

9  that we could complete a trial even by  April 28.

10         Our view is that the better course here would be

11 to consider the question of when the trial date will be

12 after all of that information is known.  And that's why

13 we've suggested, Your Honor, because it may well be that

14 April 1 works as a trial date, if we're all surprised that

15 people can do the expert process in this case more

16 efficiently than, I think, we fear.

17         If on the other hand, there are so many experts

18 identified by parties, that maybe it even makes sense to

19 consider Downward Motions, have a clear period of time for

20 Downward Motions or the equivalent in Canada, that's

21 something that we have to think about.  But that entire

22 question as we sit here today is an unknown.

23         So, Your Honor, we -- we're hesitant as you can

24 imagine, to stand in the face of one of the few moments of

25 consensus in the case, and raise our hand and say that we

1    object, but we do.  We don't object to the interim dates

2    changing.  We don't object to maintaining the same order

3    that the parties have thought about and contemplated as is

4    contemplated in the schedule, but what really concerns us,

5    is to ensure that this request is both necessary and the

6    last one, because the costs of this proceeding are

7    astronomical and those costs are borne by our clients.  And

8    we simply want to ensure that not a penny more than

9    necessary is spent.  And I don't suggest that it has been,

10   but I want to make sure that that doesn't change as we go

11   forward.

12          And so, Your Honor, that's why we believe the

13   Motion should be deferred and that the question of when the

14   trial date should occur, should happen when all of the

15   information is available to the parties and those issues are

16   in front of us, rather than having the unknown that we have

17   today.

18          So, Your Honor, that -- and Justice Morawetz and

19   Judge Gross, those are the -- that's the reason we objected

20   to the Motion.  We think what is critically important to us

21   is to make sure that this is the last extension and that it

22   be for only as long as is necessary, if at all.

23          Unless the Courts have any other questions,

24   that's my presentation.  My colleagues in Canada may have

25   additional to add from their perspective, but that's the

1   position of the Bondholders, Justice Morawetz.

2           THE COURT:  Let me ask you a quick question, Mr.

3   Leblanc.

4           MR. LEBLANC:  Yes, Your Honor.

5           THE COURT:  And based on your experience with the

6   depositions are they becoming repetitive, the information

7   elicited?

8           MR. LEBLANC:  They're certainly -- Your Honor,

9   there certainly are witnesses who are repetitive in the

10  sense that they have a similar role within the various

11  estates.  I will confess that one of the problems with this

12  is that many of the probably the most important people have

13  been pushed to the back because of scheduling issues and

14  things like that.  And so you may have a subsequent witness

15  who was the boss of somebody who was already deposed --

16          THE COURT:  Yes.

17          MR. LEBLANC:  -- who's later being deposed, but

18  it's hard to say that their boss would be repetitive, or

19  cumulative, or unnecessary.  I think we would have loved to

20  see, and I think there would have been room to have fewer

21  depositions, but I think one of the problems, just I'm

22  putting my litigator hat on, Your Honor, because I play a

23  bankruptcy lawyer, but I'm really a litigator.

24          THE COURT:  Yes.

25          MR. LEBLANC:  In an ideal world, you would have

1  had several of the theories that have been advanced, which

2  have caused an enormous amount of discovery.  You would have

3  had those theories dealt with on something like a Motion to

4  Dismiss or even a Motion for Summary Judgment and those

5  theories would be taken out, but they're not.  And so as

6  long as those theories remain in the case, issues like

7  substantive consolidation on a global basis of this

8  enterprise, they have to be dealt with and responded to.

9        And, of course, Your Honor knows about the claims

10  asserted against the United States Estates and the Canadian

11  Estates by the EMEAN Estates and the UKP.  Those claims have

12  to be dealt with as long as they continue to be part of the

13  case.

14        It's unfortunate that we have to have as many

15  witnesses being deposed in London as we do.  It would have

16  been far more efficient if they -- the witness could have

17  flown over because I sit in these depositions in London with

18  at least ten North American lawyers having flown over and

19  one person who's entire family could have been taken on a --

20  could have sent the Queen Mary, Queen Elizabeth to pick him

21  up, brought him over for less expense than has be incurred.

22        But these are the things that, you know, it's

23  unfortunate that these are dealt with, but it's sort of the

24  consequence of what has to be, in our view, an expedited

25  schedule, given where we are.  If we wanted to take several

1  years to do this, if that made sense for anybody, which we

2  don't believe it does, those efficiencies could have been

3  gained, but that's behind us, I think, at this point, Your

4  Honor, to a great extent.

5         And so I commend the parties on all of the

6  diligence that they put into everything that they're doing.

7  And we've been there every step of the way, so we fully

8  appreciate it and there's no criticism of that in our

9  objection.

10         THE COURT:  No.

11         MR. LEBLANC:  But it -- we do have to recognize

12  where we are.  And we think what's critically important is

13  to get this, the trial date right.  And we think that to get

14  the trial date right, requires some additional information.

15  So we made in our objection, a proposal as to how -- one way

16  to deal with that, which is for the Judges to receive in

17  camera, just the sheer number.  Just whatever the number is,

18  so you have at least some sense of where on that outrageous

19  spectrum of five to 50 experts it might be.  It's obviously,

20  going to be difficult for Your Honors to assess what time is

21  needed for the number of witnesses, but we think the right

22  time to make this decision would be when the parties know

23  that information.

24         THE COURT:  All right, thank you.  Thank you for

25  answering the question.

1              MR. LEBLANC:  Absolutely, Your Honor.

2              THE COURT:  All right.

3              MR. LEBLANC:  And unless Your Honor or Justice

4    Morawetz has any questions, then I'll defer to my colleagues

5    in Canada, if they want to add anything, but that's our

6    objection, Your Honor.

7              THE COURT:  Justice Morawetz, do you have any

8    questions for Mr. Leblanc?

9              JUSTICE MORAWETZ:  Well, other than the general

10   ones that I will be providing after the submissions have

11   been completed.

12             THE COURT:  All right.  Thank you, Mr. Leblanc.

13             MR. LEBLANC:  Thank you, Your Honor.

14             JUSTICE MORAWETZ:  Mr. Swan, do you want to say

15   something?  And I will, obviously, state the obvious, that

16   we've heard from Mr. Leblanc and his submissions will be

17   accepted for the purposes of this Joint Motion in this

18   country and in this Court.

19             MR. SWAN:  Yes, thank you, Justice Morawetz.

20   And, of course, I echo what Mr. Leblanc said, which is that

21   it is premature to grant an adjournment of the trial start

22   date today, on information available today, because we

23   simply cannot be sure with any degree of assurance, that

24   that, in fact, will be the trial start date, April the 28 --

25             JUSTICE MORAWETZ:  I'm going to stop you for a

1  moment.  I did hear Mr. Leblanc, so there's no need to

2  repeat --

3            MR. SWAN:  Right.  So the principal concern that

4  we have is that on the day on which experts are identified

5  and the subject matter of their testimony is identified and

6  that is under the proposed revised schedule, January the

7  8th, 2014.  Although the Courts could direct that that occur

8  earlier, that suddenly a state -- with the trial date having

9  been moved before then, that suddenly a state of panic

10 breaks out because of the number experts that are proposed

11 and immediately we will be back before these Courts.  Not

12 us, perhaps, but others, seeking a further adjournment of

13 the trial date because there are X number of experts, and

14 here is the subject matter, and it's now impossible.  And

15 that is what has to be avoided.

16            So what has been proposed is that any decision on

17 an adjournment of the trial start date be deferred until the

18 identity and the subject matter of the various experts is

19 known.  And then the Court will be acting on much fuller

20 information and will have a greater degree of confidence

21 that any decision that it makes in terms of an adjournment

22 or non-adjournment on the trial start date, and whatever

23 that proposed start date might be, would actually be adhered

24 to and would actually be possible.

25            In the alternative, we'd propose that the Courts

1  or that the parties file with the Courts on a confidential

2  basis, in the very least, the number of experts that are

3  anticipated, so that the Courts have some sense that they're

4  not operating in a vacuum when determining the motion that

5  is before both Courts today.

6          So the preferable approach is to defer this until

7  the identity and subject matter is known.  Alternatively,

8  less preferable, but better than the current situation is to

9  have the parties disclose confidentially to the Courts, how

10  many experts there will be.  Then both Courts will be in a

11  position to better assess whether any adjournment is

12  necessary and to more precisely calibrate what should be

13  done because as has been said, having an adjournment of the

14  trial start date today and rushing back in early January for

15  another one, would be disastrous and that has to be avoided.

16          So subject to any questions, those the further

17  submissions of the Noteholders.

18          JUSTICE MORAWETZ:  Thank you.  Judge Gross are

19  there any other parties wanting to make submissions before I

20  ask these questions?

21          THE COURT:  Anyone else here in the courtroom?

22                  (No audible response.)

23          THE COURT:  All right.  No one else, Justice

24  Morawetz.

25          JUSTICE MORAWETZ:  Okay.  And Mr. Mark obviously

1  asked whether there's any reply that is requested by either

2  Mr. Bromley or others.

3          THE COURT:  Anything further, Mr. Bromley?

4          MR. BROMLEY:  I think that we'll just wait to

5  hear the questions, Your Honor.

6          THE COURT:  All right, very well.

7          MR. BROMLEY:  And react then.

8          THE COURT:  Thank you.

9          JUSTICE MORAWETZ:  Mr. Ziegler, you wanted to say

10  something?

11          MR. ZIEGLER:  Yes, I do, Your Honor, thank you.

12  Mark Ziegler on behalf of the Canadian Creditors' Committee.

13          And it's not a contest to see who's owed the most

14  money, but obviously my clients are [indiscernible] in the

15  constituency.  They are reluctant Movants here.  They are

16  part of the Motion, simply because of the process that was

17  involved and we support --

18          JUSTICE MORAWETZ:  Can everybody hear Mr. Ziegler

19  because he's --

20          THE COURT:  Not very clearly, thank you.

21          JUSTICE MORAWETZ:  All right.  So you'll have to

22  speak up.

23          MR. ZIEGLER:  We are reluctant Movants in this

24  motion.  And for a four-week adjournment of the trial, given

25  the circumstances outlined by both Mr. Bromley and Mr. Mark,

1   we're prepared to support it, but with great reluctance

2   because the burn rate, the cost rate is what affects our

3   clients, as well as, the Noteholders, as well as, the other

4   creditors.

5            It would be extremely helpful for the parties to

6   have some direction from the Court to go with this Motion.

7   Both Courts, obviously, because of the coordination

8   required.  We do not want to see another delay.  We do want

9   to see a fixed trial date that the parties work to.

10           JUSTICE MORAWETZ:  We already had one.  We've had

11  two.

12           MR. ZIEGLER:  Yes.

13           JUSTICE MORAWETZ:  And I have no guarantees that

14  April 28 will not be -- will be next.

15           MR. ZIEGLER:  In this country, we can have

16  preemptory dates and that's certainly an option.  What is of

17  greater concern is the parties can meet and confer all they

18  want and deal with trial logistics all they want.  It

19  affects -- the major party in logistics that's not there is

20  the Court. I am not here with a solution, particularly, but

21  with a request.  And that is that we get some assistance

22  from the Court in terms of a trial date, in terms of

23  logistics, in terms of the length of the trial, so that the

24  parties don't go talk to each other in a vacuum.  And if

25  there's some way that the Courts can assist us, that would

1  be extremely helpful because there are tens of thousands of

2  creditors who are affected by it.

3          So if we don't end up with shots being taken

4  about theories and Motions to Dismiss, which is what I just

5  heard from Mr. Leblanc, regrettably, misstating my client's

6  theory, I'm not here to deal with the details of that.  I

7  simply think the parties at this stage need help from the

8  Courts in terms of both who, when, where of this trial

9  beyond the Order that's before you.  And that that kind of

10 direction, together with the Order would be extremely

11 helpful.

12          I don't want to get into any details pertaining

13 to experts or any other matter.  I simply think that a

14 mechanism [indiscernible].

15          MR. MARK:  Your Honor, could I just speak briefly

16 to the submissions of Mr. Leblanc and Mr. Swan?

17          JUSTICE MORAWETZ:  Yes, very briefly though.

18          MR. MARK:  Yes.  So if I understand Mr. Leblanc

19 and Mr. Swan correctly, there is no objection to revisions

20 to the schedule up to, but not including the trial date.

21 And what we seem to be discussing, it appears to me, is at

22 what point in this process we put the pin in the trial date.

23 If we do adopt the extension for the interim steps that are

24 set out in the schedule, I think it is obviously going to

25 entail, and I don't understand Mr. Leblanc and Mr. Swan to

1  say otherwise, an adjournment of the trial.  And I

2  understand and agree with him that we should be fixing the

3  trial date at the point in time where we are reasonably

4  confident that that is fixed.  I simply say that the

5  countervailing issue there is at some point, we do have to

6  get on with the logistics of courtrooms and technologies and

7  witness schedules, et cetera.

8          So we certainly can leave the trial date to be

9  set until very late in the piece.  At some point, we do have

10 to have get to it or else we get the opposite of what Mr.

11 Leblanc and Mr. Swan wants as we, in fact, get uncertainty

12 because there's uncertainty in the witness schedules, et

13 cetera.  But ultimately, I think what we're talking about,

14 if I understand their submissions correctly is when we fix

15 the trial date.

16          As to the suggestion that we have some form of

17 confidential disclosure with respect to expert witnesses, at

18 this point, Your Honor, I'd simply say it is premature.

19 Until the discovery and representative witness process is

20 complete, the parties are not in a position to say what

21 issues are still alive to the extent that expert witness is

22 required and the number of witnesses.  So that strikes me as

23 not being the solution to the problem.

24          JUSTICE MORAWETZ:  And what I understood from Mr.

25 Swan by his summary is doing some interim adjusting to the

1  schedule, but don't consider any deferral of the trial date

2  until January 8, which is when you've got your experts all

3  lined up.

4          MR. SWAN:  Correct.  And perhaps just a coda to

5  that, it may make sense to bring that date a little bit

6  earlier into the latter part of December, so that there is

7  more time between --

8          JUSTICE MORAWETZ:  Yeah.  A lot of parties have

9  talked about costs.  And the Court here is in the dark.  And

10 I do not want to be in the dark any longer.  I want to know

11 how much this exercise is costing.  And everybody knows what

12 depositions, who's been flying where, who's been taking part

13 in this entire file.  And the time has come, please, to let

14 me know, how much is this costing?  And if you don't know,

15 have that information for me by the end of the day.  And

16 we'll start from May 2013.

17         UNKNOWN MALE:  There is, Your Honor.  I'd just

18 point out, I don't have the report in front of me, but in

19 '98 report, I believe it's Appendix C or D, there is a

20 detailed statement of costs, professional costs for the

21 period through the last stage anticipated and for the

22 forecast period, which was, I think, through the end of the

23 year.  We're happy to supplement that information --

24         JUSTICE MORAWETZ:  Supplement it and bring it up

25 to date.

1          UNKNOWN MALE:  Okay.

2          JUSTICE MORAWETZ:  And that's not just the

3   foreign Monitor, it's for all parties.

4          MR. ZIEGLER: That gives me concern.  Certain of

5   the parties, that would [indiscernible] and the U.S.

6   Debtors --

7          JUSTICE MORAWETZ:  Speak up.

8          MR. ZIEGLER:  The U.S. Debtors and the UCC submit

9   monthly applications, most of which are publicly available

10  and on the record.

11         JUSTICE MORAWETZ:  Get them over to Mr.

12  Armstrong.  I want to know.  Second, Mr. Ziegler, we've

13  heard from the beginning response, your client group of the

14  employees, delay, delay, prejudice, prejudice.  Where are

15  the employees on this request of the all parties to -- with

16  the exception of the Bondholders to move this matter through

17  another four weeks?

18         MR. ZIEGLER:  As I Indicated in my submissions,

19  Your Honor, we are extremely reluctantly bringing this

20  because --

21         JUSTICE MORAWETZ:  I want a clear, unequivocal

22  statement, either they are or they are not.

23         MR. ZIEGLER:  They support four more weeks and no

24  more.

25         JUSTICE MORAWETZ:  Okay.  Other questions were

1   how long is this trial going to take?  Some parties have

2   alluded to the Courts actually have schedules.  Judge Gross

3   has other matters on his docket as do I.  We are operating

4   that this is a four-week trial.  If we are under a

5   misapprehension, I think it would be nice to know that.  It

6   appears that we will not know that until December the 16th

7   at the earliest, if I made my note correct.

8              Then there was a comment about Summary Judgment

9   or other type of Motions.  If that is contemplated, both

10  Courts, I think, would appreciate knowing that sooner as

11  opposed to later.  Judge Gross, do you have any questions to

12  ask?

13             THE COURT:  I don't have any in addition to what

14  you've asked, Justice Morawetz.  I would suggest that in

15  order for a trial date to be firm as it must be, I don't see

16  how Summary Judgment Motions could be filed and certainly

17  addressed by the Courts, but that's just sort of an

18  observation as much as anything.

19             JUSTICE MORAWETZ:  All right.  Shall we take a

20  recess then or does anybody else wish to make a submission?

21             THE COURT:  Mr. Bromley, did you wish to be

22  heard?

23             MR. BROMLEY:  Yes, Your Honor.  I just -- I

24  wanted to hear Justice Morawetz' questions --

25             THE COURT:  Yes.

1            MR. BROMLEY:  -- before standing up again.  And I

2    will be brief, so I can allow you to consult.

3            First, the costs are way too large, right?

4    There's no question here.  This is an extraordinarily

5    expensive exercise.  And we all undertake this with great

6    reluctance.  This is, you know, this is the cost of lack of

7    agreement.  And I -- and there are ways that this exercise

8    on a daily basis could be less expensive, but every party

9    believes they need to fully protect their rights and they do

10   that by sending multiple people to multiple places, right?

11   And I have been at many depositions where I've many people

12   standing there watching what I'm doing, and I'm wondering

13   exactly why they are there and how they can justify charging

14   it.  But I don't want to get into that now, right?

15           THE COURT:  Are those parties charging the

16   estate?

17           MR. BROMLEY:  They're charging someone.

18   Sometimes they're charging their retirees and sometimes

19   they're charging their own estate.  It's not entirely clear

20   at times.

21           THE COURT:  Okay.

22           MR. BROMLEY:  But I know they're not doing it on

23   a pro bono basis.

24           And the, you know, the fact that the Bondholders

25   have some comments to make is important.  There's no

1    question.  But we have to recognize that what we're hearing

2    are the comments of counsel, not the comments of

3    Bondholders, right?  There's not a single Bondholder here

4    who is a restricted party who has inside information with

5    respect to what's happening in the trenches on a day-to-day

6    basis.  And I think if you ask any Bondholder what they

7    would like, they would like to be paid more and they'd like

8    to be paid now.  And so we have to take the comments of

9    their counsel in that context, right?

10                 THE COURT:  Sure.

11                 MR. BROMLEY:  So we are the fiduciaries to these

12   estates.  And we've been the fiduciaries for almost five

13   years.  And we have been here in front of these Courts

14   trying to make the most honest and open representations that

15   we can possibly make.  Where we are right now is we have an

16   enormous exercise.  You know, I would love to say that we

17   can guarantee we'll be done by X date.  And one of the

18   things we need to do in order to say that is to make sure

19   that when parties are misbehaving, and sometimes they do,

20   that we have the attention of the Courts to try to curtail

21   that and make quick decisions.

22                 In terms of the questions of Summary Judgment or

23   other type motions, I do agree, Your Honor, that on the

24   schedule that we're talking about, we've essentially

25   eliminated the ability to do those --

1            THE COURT:  Yes.

2            MR. BROMLEY:  -- in any effective manner.

3            THE COURT:  Yes.

4            MR. BROMLEY:  But the Courts do need to

5    recognize, right, that there are going to be very

6    substantial legal issues that will have to be addressed.

7            THE COURT:  Absolutely.

8            MR. BROMLEY:  And it may be that when trial

9    starts, we do have days that are restricted dealing with

10   those legal issues.  And I agree with Mr. Ziegler that we

11   shouldn't get into throwing rocks at those theories, but

12   we've all got them, and we all need to deal with them, and a

13   couple of them are pretty good and positive to maybe what

14   happens as the trial begins with something like that.

15           When we're talking about trying to make sure that

16   we have the logistics for trial in place, I think it's

17   important to echo Mr. Mark's comments.  I did not hear the

18   Bondholders say or Mr. Ziegler say that we don't need the

19   extra interim time.  For me, the question is how does that

20   extra interim time play into extending the time for the

21   beginning of the trial.  And the question of how long the

22   trial should take is one that we are scheduled to take up on

23   the 16th of December.

24           And just to clarify, Justice Morawetz, the way

25   the schedule works is that we will have a meet and confer on

1  the 16th of December, no later than that.  And then we are

2  supposed to put our proposals into the Court no later than

3  the 27th -- 20th of January --

4              THE COURT:  Okay.

5              MR. BROMLEY:  -- with responses to those

6  proposals no later than the 27th.

7              So the idea is that we would sit and talk about

8  what we think we need to do in terms of how long it's going

9  to take and the like.  That would be on the 16th of

10 December, no later.  And then you would have submissions

11 with respect to those logistics on the 20th, and the 27th of

12 January.

13             Now, I think, Mr. Swan had a suggestion that we

14 pull all that into December.  It's simply not possible to

15 pull it all into December.  And, you know, the exercise is

16 really entirely directed towards the most important question

17 which is how long is the trial going to take and when is it

18 going to start?

19             THE COURT:  Would the additional time that's

20 being requested, enable the parties to, if you will,

21 organize the trial to such a point that it might actually

22 shorten the trial time, the actual trial time before the

23 Courts because it would be a little more focused?

24             MR. BROMLEY:  I think that that's exactly the

25 goal, Your Honor, right?

1                THE COURT:  Yeah.

2                MR. BROMLEY:  I mean, the purpose of what we're

3    trying -- of setting up this as an exercise, is to have the

4    logistics conversations.  How we're going to do it?  Where

5    we're going to do it?  How the technology is going to

6    operate on a day-to-day basis?  And exactly how long this is

7    going to take and what people are going to argue?  Right?

8    That is -- and that will require a discussion of the issues

9    that Mr. Leblanc is concerned about, right?  The experts.

10   There's not going to be unlimited experts here.  And

11   frankly, if people came and said I need the world, you know,

12   to be an expert, we have two Judges who are going to tell us

13   whether or not that can happen or it shouldn't.

14                So the discipline of that exercise, we're not

15   simply going to sit back and say we're going to take as many

16   experts as anyone wants to throw at us and then come back

17   and ask for more time.  You know, and so, and I don't think

18   that there's any purpose of achieved or any goal that's

19   going to be achieved by exchanging numbers or things in

20   camera right now.  But we are going to have this meet and

21   confer.   It's going to take place when we're finished with

22   the fact discovery.  And we're going to be able to come to

23   the Courts with well thought out plans.  And I would hope,

24   frankly, that it's one plan, rather than multiple ones that

25   the Courts have to decide about.

1            That is really the goal that we're trying to

2    focus on right here.  I mean, it is the 19th of November.

3    We have discovery going on, as I said, with depositions all

4    over the world.  Those are going to continue through until

5    the -- this -- literally the day that we're supposed to have

6    the meet and confer.  We're going to go immediately into

7    that and come back to the Courts with proposals on the trial

8    logistics.

9            And frankly, it's the responsibility of the Joint

10   Administrators, the U.S. Debtors, and the Monitor, to lead

11   that process so that we have a clear and definitive approach

12   that you and Justice Morawetz are going to be able to take

13   and use.  And that is going to include telling the Court

14   exactly how long we think it's going to take, including, you

15   know, what's week one?  What's week two?  You can't just

16   walk into Court and say it's time, you know, it's the Nortel

17   three ring circus.

18            THE COURT:  Right.

19            MR. BROMLEY:  That's not going to happen.  And

20   that's the reason we need to have that exercise.  And the

21   only way we can have that effectively is to have the fact

22   discovery completed.

23            And so on the 16th of December, if not before, we

24   will have that meeting.  And we will be back on this

25   proposal and on this schedule to both Courts with hopefully,

1  a consensual plan. If it's not consensual, hopefully, it

2  will be maybe but for one or two.

3          And the exercise here, Your Honors is one that

4  none of us are taking lightly at all.  And so, you know,

5  that -- those are the comments I wanted to make and response

6  to both the questions and to Mr. Leblanc.

7          THE COURT:  All right.

8          JUSTICE MORAWETZ:  Thank you.

9          THE COURT:  Mr. --

10          JUSTICE MORAWETZ:  Judge Gross, I have to take a

11  recess to deal with some other urgent matters right now.

12          THE COURT:  Yes.

13          JUSTICE MORAWETZ:  Unless there's something

14  pressing, I think we perhaps heard all that we have to hear

15  on this matter and we can confer.  But we won't meet and

16  confer, we'll just confer and --

17                    (Laughter)

18          THE COURT:  I don't know, I might like to fly up

19  there now all of a sudden.  Mr. Leblanc wishes to be heard

20  very briefly, I think, Justice Morawetz.

21          MR. LEBLANC:  Yes, Your Honor.  And for Justice

22  Morawetz' benefit, I didn't even go to the podium to address

23  this.  I just -- it's unfortunate that Mr. Bromley suggests

24  that our clients -- that this is our doing, the lawyer's

25  doing and not our client's doing.  We certainly consult with

1    your clients, Your Honor.

2              THE COURT:  Of course.

3              MR. LEBLANC:  They have the largest economic

4    interest in this.  We have Bondholders who -- two

5    Bondholders who are subject to Confidentiality Agreements.

6    It's just -- I don't know why Mr. Bromley had to go there,

7    but we don't think it has any place.  Our Objection is

8    simply to make this as efficient and cost effective as

9    possible, given our strong economic interest.

10             THE COURT:  All right, Mr. Leblanc.

11             JUSTICE MORAWETZ:  I can assure you, Mr. Leblanc,

12   from my end, that that submission of Mr. Bromley's will not

13   factor into my determination.

14                        (Laughter)

15             JUSTICE MORAWETZ:  Okay.  So we're going to hold

16   this matter down till 12:30.  And Judge Gross, I will call

17   you prior to that time.

18             THE COURT:  Very well, thank you.  And for those

19   of you who have been traveling so much, it is Tuesday,

20   November 19 --

21                        (Laughter)

22             THE COURT:  -- in the United States.  And we'll

23   stand in recess until 12:30.  Thank you, everyone.  Mr.

24   Abbot should we proceed?

25             MR. ABBOTT:  A five minute break or something.

1            THE COURT:  A short recess, maybe ten minutes and

2    I'll be back out, all right?

3            MR. BROMLEY:  Your Honor, is it okay if we move

4    to the back of the courtroom?

5            THE COURT:  Yes, certainly --

6            MR. BROMLEY:  -- for this part of the process,

7    yes.

8            THE COURT:  -- that would be preferable, indeed.

9    Thank you.

10            (Recess from 11:47 a.m. to 12:00 p.m.)

11            THE CLERK:  Please rise.

12            THE COURT:  You may be seated everyone, thank

13    you.  Mr. Abbott?

14            MR. ABBOTT:  Thank you, Your Honor.  Your Honor,

15    there are two Omnibus Claims Objections with only a few

16    matters to be addressed.

17            THE COURT:  Yes.

18            MR. ABBOTT:  One involves one claim, the other

19    involves, I believe, three.  Mr. Lipner is going to start

20    with those.  We thought it would make sense to do the first

21    which is the single Claimant.

22            THE COURT:  I think so because we have a, you

23    know, a little bit of a limit on time.  I want to get back

24    in to talk to Justice Morawetz, of course.

25            MR. ABBOTT:  Exactly, Your Honor.

1              THE COURT:  Yes.

2              MR. ABBOTT:  So we'll start with that one.

3              THE COURT:  All right.  Mr. Lipner, good to see

4    you again.

5              MR. LIPNER:  Good morning, Judge Gross.  Good to

6    see you as well.  For the record, Louis Lipner of Cleary,

7    Gottlieb, Steen & Hamilton on behalf of the Debtors.

8              THE COURT:  Yes.

9              MR. LIPNER:  As Mr. Abbott said, first, I'll be

10   addressing one contested claim relating to the Debtors'

11   Thirty-first Omnibus Claims Objection.  That's the claim of

12   Mr. Alex Thompson.  I'll speak to the other reply on the

13   other three claims later, if we have time, or after we

14   break.

15             THE COURT:  Exactly.

16             MR. LIPNER:  The Debtors' have filed a

17   Declaration in support of their reply by Ms. Deborah Parker

18   who is the shared services team leader at NNI.  The

19   Declaration has been filed to put certain Plan documents

20   before the Court and to provide certain factual support for

21   the Debtors' reply.  Ms. Parker is in the courtroom today

22   and is available for cross examination, should anyone wish

23   to do so.  If not, I would request that the Court accept her

24   testimony by written Declaration.

25             THE COURT:  Any objection?  Is Mr. Thompson on

1   the telephone by the way?

2               (No audible response.)

3           THE COURT:  No, he's not, okay.  Thank you, Mr.

4   Lipner.  Yes, that is then admitted into evidence in support

5   of --

6           MR. LIPNER:  Thank you, Your Honor.

7           THE COURT:  -- your Objection.

8           MR. LIPNER:  The Debtors' objected to Mr.

9   Thompson's claim for approximately $53,000 in severance

10  benefits because Mr. Thompson chose to leave his job with

11  NNI, after securing a job with Ericsson.  It's critical to

12  remember that the Severance Plan is not a bonus available to

13  all employees upon the completion of their work for the

14  Debtors.  The Plan provides a concrete benefit to employees

15  whose termination was initiated by the Debtors and in

16  certain circumstances.  The Debtors' reply and Ms. Parker's

17  supporting Declaration, addressed the timeline supporting

18  Mr. Thompson's departure from NNI in detail.  But the upshot

19  of that timeline is as follows.

20          Ericsson approached the Debtors in November 2010

21  and expressed an interest in making an offer to Mr.

22  Thompson.  Ericsson was required to seek NNI's permission

23  because of certain Non-Solicitation Agreements it had made

24  in the various Asset Sale Agreements.

25          NNI and Ericsson went back and forth through

1  January 2011, to see whether they could mutually agree on a

2  date for Mr. Thompson's departure.  NNI initially advised

3  Ericsson that it required Mr. Thompson's services through

4  November 30, 2011, almost a full year after the discussions

5  between the two had started.  And that was because Mr.

6  Thompson was critical to the work that NNI was completing

7  and was obligated to complete for different buyers under the

8  various Transition Services Agreements.

9         Ultimately, the parties were able to agree on the

10  departure date of April 29, 2011, which served all of their

11  interests.  The Debtors changed their prior plans with

12  respect to the provision of TSA services.  Ericsson hired

13  the employee it had sought.  And Mr. Thompson received

14  continuous employment through his transition from NNI to

15  Ericsson.

16         In addition, during the time after Mr. Thompson

17  accepted his job offer with Ericsson, he received a total of

18  approximately $118,000 in Incentive Plan payments from the

19  Debtors which we would have forfeited under the terms of

20  those plans, had he simply resigned without NNI's

21  coordination of his transfer to Ericsson.  The terms of

22  those plans distinguish between a voluntary termination and

23  a transfer in this manner.

24         THE COURT:  Yes.

25         MR. LIPNER:  Nonetheless, more than year after

1   starting work at Ericsson, where the Debtors understand he

2   still works today, Mr. Thompson filed a claim for more than

3   $53,000 in severance benefits.

4           Mr. Thompson has advised the Debtors that he

5   believes he's entitled to severance because his workforce

6   reduction had been planned at the time of his departure,

7   even though his termination was not the result of an actual

8   workforce reduction.  He noted that his forecasted

9   termination date had shifted around over time, making clear

10  that his future with the Debtors was uncertain and was going

11  to come to a conclusion at some point.

12          But the fact that the Debtors had an expectation

13  for when Mr. Thompson would be terminated, which was a year

14  in the future when Ericsson initially approached him, were

15  that there was uncertainties surrounding Mr. Thompson's

16  future employment with the Debtors, does not mean that Mr.

17  Thompson should be entitled to severance.

18          He was not terminated for any of the reasons set

19  forth in the Plan.  Not as part of a workforce reduction and

20  not as part of a termination initiated by the Debtors.

21          Providing Mr. Thompson with a claim for

22  severance, could open the door to many other claims being

23  filed by employees who have left the company since June

24  2009, when the Debtors announced that they would sell off

25  all of their assets.

1          The Debtors started these Chapter 11 cases with

2    approximately 8,900 employees.  Over 4,900 of those

3    employees were transferred in connection with business

4    deals.  Many others left voluntarily or were terminated as a

5    result of workforce reductions.

6          If the Debtors were to start taking the view now

7    that the terms of the Severance Plan are merely a starting

8    point, and that other factors should be considered in each

9    case, the approach would set the Debtors' claims process

10   down a slippery slope where former employees would be

11   incentivized to make the case that they, too, should be

12   entitled to severance based merely on uncertainty

13   surrounding their employment at Nortel.  The Debtors submit

14   that this approach would not be workable or fair.

15         In sum, Mr. Thompson is not eligible for

16   severance under the Plan.  He was well compensated for the

17   time he spent at Nortel during the bankruptcy.  The Debtors

18   accommodated his request to leave for a new position at

19   Ericsson, so that he could maintain rights to various

20   incentive payments from the Debtors, to the tune of -- all

21   to the tune of more than one year's salary.

22         Accordingly, the Debtors' request that the Court

23   overrule Mr. Thompson's objection and disallow his claim for

24   severance.

25         THE COURT:  All right.

1          MR. LIPNER:  Unless Your Honor has any questions,

2    that's all I have to say about Mr. Thompson's claim.

3          THE COURT:  All right.  Let me just make certain

4    that Mr. Thompson is neither in the courtroom nor on the

5    telephone.

6                    (No audible response.)

7          THE COURT:  All right.  Well I will sustain the

8    Objection to Mr. Thompson's claim for severance.  It is

9    clear to the Court, based upon the facts presented, and the

10   Court has heard no facts to the contrary, that this was not

11   a severance situation.  Mr. Thompson services were not

12   severed, if you will, by Nortel, but rather Mr. Thompson

13   made an election to leave the company and was well

14   compensated.  This is not a situation in which an employee

15   -- and is still employed incidentally and this is

16   significant in the Court's consideration.  Is still employed

17   by Ericsson.

18          And under the Plan documents that the Court has

19   reviewed and which are in evidence, it's clear that Mr.

20   Thompson again, was not the object of a severance of his

21   employment.  The fact that Nortel, indeed, cooperated as it

22   did in enabling Mr. Thompson to leave the company even

23   earlier than the company had initially wished is also of

24   great significance here.

25          And on the basis of the facts before the Court

1   and the evidence by way of the documents submitted through

2   Declaration, the Court, indeed, sustains the objection to

3   Mr. Thompson's claim.

4            MR. LIPNER:  Thank you, Your Honor.

5            THE COURT:  Yes.

6            MR. LIPNER:  I have a Supplemental Order for the

7   Thirty-first Objection, but it also covers some of the

8   claims that we haven't yet discussed.

9            THE COURT:  All right.

10           MR. LIPNER:  So I would suggest we hold off on

11  that until --

12           THE COURT:  I think that's right, Mr. Lipner,

13  certainly.

14           MR. LIPNER:  -- later.  And now, if --

15           THE COURT:  We do have a little bit of time, and

16  I think we may as well use it wisely and at least begin with

17  the next matter.

18           MR. LIPNER:  Sure.  So I will now be addressing

19  the Debtors' other reply which addresses three claims for

20  severance of former Nortel employees who transition to Avaya

21  in connection with the sale of the enterprise business in

22  late 2009.

23           THE COURT:  Yes.

24           MR. LIPNER:  And Ms. Parker has also submitted a

25  Declaration in support this reply.  And again, she's

1   available in the courtroom today, should anyone wish to

2   cross examine her.

3           THE COURT:  Very well.

4           MR. LIPNER:  If not, I would request that the

5   Court accept her written testimony by Declaration.

6           THE COURT:  Well I believe that we do have the

7   parties, the subject of this Claims Objection in the

8   courtroom, Mr. Pino, Ms. Phommanirat?  Did I say it -- was

9   that close?

10          MS. PHOMMANIRAT:  You did very well, sir.

11                     (Laughter)

12          THE COURT:  Thank you, Ms. Phommanirat.  And Ms.

13  Reimini.

14          MS. REIMANN:  Reimann.

15          THE COURT:  Reimann?

16          MS. REIMANN:  Yes.

17          THE COURT:  Thank you.  Is there any objection to

18  the Court accepting into evidence, Ms. Parker's Declaration?

19                 (No audible response.)

20          THE COURT:  All right, hearing none.  And you

21  will, of course, have an opportunity to present your cases

22  and your facts, but you may proceed.  I will admit that

23  Declaration into evidence.

24          MR. LIPNER:  Thank you, Your Honor.

25          THE COURT:  And also by the way, if you wish to

1    cross examine, Ms. Parker, if you believe that would be

2    helpful to you.  That's directed, of course, to the

3    Claimants.

4              MR. LIPNER:  The Debtors' objected to the claims

5    of Mr. Pino, Ms. Phommanirat, and Reimann for severance

6    because all three of them accepted full-time offers of

7    employment with the buyout upon the closing of the sale of

8    the enterprise business.

9              Under the Severance Plan, employees who accept

10   such employment are not entitled to severance from the

11   Debtors.  None of the three has contested the plain terms of

12   the Severance Plan in this respect.  Nor have they contested

13   the fact that they accepted offers of employment at Avaya.

14             Section 2.3 of the Severance Plan and Section 6

15   of the Summary Plan Description, provide that if an employee

16   is terminated in connection with a business transaction, and

17   such employee accepts employment with a counterparty to such

18   business transaction, that employee is not entitled to

19   severance.

20             Section 2.6 of the Severance Plan further

21   provides that no severance allowance shall be paid to an

22   employee whose employment is terminated for any reason,

23   other than those specifically enumerated in the Plan.

24             The objecting parties have argued either that

25   they were unaware of the terms of the Severance Plan upon

1   their termination or that their employment with Avaya was

2   not sufficiently long to release the Debtors from their --

3   from any severance obligations.

4           But the Summary Plan Description, which includes

5   a summary of the Severance Plan was available to all active

6   employees through the Debtors' internet.  In fact, Mr. Pino,

7   who has argued that it was impossible to determine what

8   plans were in effect at that time, cites to the appropriate

9   webpage where the Summary Plan Description was posted,

10  called, Services at Work, in his proof of claim.

11          Employees would have also received alerts if and

12  when the Summary Plan Description was modified.  And

13  employees were free to consult with the Debtors' HR shared

14  services staff, if they had questions.

15          Based on the Debtors' records, none of the

16  objecting parties inquired about whether a transfer to Avaya

17  would have affected any entitlement they may have had to

18  severance.

19          Ms. Reimann and Ms. Phommanirat seem to believe

20  that the Debtors knew or should have known that they would

21  be terminated approximately three and a half months after

22  the closing of the enterprise sale.  Or that the Debtors

23  could somehow have negotiated better protections for their

24  former employees in the deal.  But the Debtors did not know

25  how they would be treated.  And Ms. Reimann and Ms.

1  Phommanirat have not provided any factual support for this

2  allegation.

3          Each has attached to her Objection, the Fifth

4  Amendment to Advise Registration Statement filed with the

5  SEC on May 31, 20013, to support the view that Nortel should

6  have known that Avaya intended to conduct certain downsizing

7  and outsourcing operations.  But at the time the transaction

8  was being negotiated in 2009, the Debtors were not privy to

9  this information that was disclosed by Avaya nearly three

10  and a half years after the closing.

11          So the question of whether the Debtors negotiated

12  sufficient protections for former employees in the deal,

13  it's perhaps easy to look back at the Debtors' asset sales

14  now from where we sit today, and think that those

15  transactions, and the proceeds they will one day bring into

16  the Debtors' Estates were somehow inevitable.  But each one

17  of those eight transactions was heavily negotiated and

18  brought with numerous complications and issues.

19          The enterprise transaction in particular was

20  challenging because it had the largest global footprint of

21  any Nortel business and it was sold at a time when it was

22  losing money at a significant clip.  It was the second

23  transaction that was closed after the sale of the CDMA

24  business and when it was, it was far from certain that there

25  would be six other successful business sales and the patent

1  sales still to come.

2            Approximately, 2,200 Debtor employees transferred

3  to Avaya at the time of the sale.  And I think it would be

4  fair to say that at that time, employees of the enterprise

5  business, probably would have preferred an offer from Avaya

6  than the alternative.

7            Certainly, it would have been nice if the Debtors

8  had been able to negotiate that their former employees would

9  be treated in exactly the same manner by Avaya as they had

10 been at Nortel prior to the bankruptcy, but the Debtors had

11 no such obligation to do so under the Plan.  And that idea

12 also doesn't work from the buyer's perspective.  Buyers

13 don't want one group of new employees getting special

14 treatment.  And so the Debtors negotiated, as they did in

15 other deals, that Avaya was obligated to honor the

16 transferred employees' terms of service and to treat those

17 employees in the same manner as they would Avaya employees

18 with similar terms of service.

19            The Debtors submit that this was an adequate

20 amount of protection under the circumstances.  Each of the

21 objecting parties has also argued that it was somehow

22 discriminated against or treated unequally in some fashion.

23 The Debtors are not aware of any such treatment.

24            Pursuant to the Severance Plan, employees who do

25 not receive offers from Avaya and who are terminated by

1  Nortel in connection with the sale, would have received a

2  claim for severance.  Employees who accepted offers from

3  Avaya, did not receive claims for severance.  Other

4  employees who remained at Nortel, but were later terminated

5  in circumstances identified in the Severance Plan, would

6  have received claims for severance.  Treatment of employees

7  in accordance with the Severance Plan is not discrimination.

8         While the Debtors are sympathetic that the

9  objecting parties hoped for a longer tenure from -- or with

10  Avaya, or that Avaya had better benefits than, in fact, it

11  does, the question of whether such employees are entitled to

12  claim for severance from the Debtors, still must turn on the

13  terms of the Severance Plan.

14         The Debtors did not and could not control how

15  these employees were ultimately treated once they were

16  transferred to Avaya.  If the Debtors were responsible for

17  Avaya's treatment of their former employees, it could

18  potentially open the door to all sorts of claims against the

19  Debtors regarding differences in benefit packages available

20  between Nortel and the various asset purchasers.  The

21  Severance Plan was not designed to account for this sort of

22  analysis.

23         As the Court knows, the Debtors' asset sales were

24  quite successful in maximizing the value of their

25  businesses.  Selling those businesses on a going concern

1  basis, also yielded significant opportunities for former

2  employees to transition to new employment.  In total, over

3  4,900 employees transitioned to buyers in connection with

4  the sales.

5         The Debtors' recognize that such opportunities

6  may not have ultimately worked out for individual employees

7  in certain cases.  But the record shows that sufficient

8  steps were taken to protect all employees as best they could

9  under the circumstances.

10        And if the Court were to allow severance claims

11  for these three employees, such an approach as I mentioned

12  earlier, could potentially open the door to the filing of

13  claims by many others who transferred in connection with

14  various asset sales, all of whom would not be entitled to

15  severance under the four corners of the plan.

16        For these reasons and those others submitted in

17  the Debtors' reply, the Debtors are asking the Court to

18  overrule the objections of Mr. Pino, Ms. Phommanirat, and

19  Ms. Reimann, and disallow their claims for severance

20  benefits.

21        Unless the Court has any questions for me at this

22  time, I believe the three Claimants are in the courtroom and

23  may wish to be heard.

24        THE COURT:  All right, thank you, thank you.  I

25  will -- I would like to hear from the Claimants.  And my

1   only concern is I don't want them to be rushed, but I don't

2   know how long -- how lengthy their statements might be, but

3   why don't we start and when I get a call from Justice

4   Morawetz, I will recess and take that call and then we'll

5   resume afterwards, all right?

6           MR. LIPNER:  That sounds good.  Thanks, Your

7   Honor.

8           THE COURT:  All right.  Who among you would like

9   to go first?  Is that you, Mr. Pino?

10          MR. PINO:  Yes.

11          THE COURT:  All right.  Please, sir, come

12  forward.  And don't be bashful about addressing the Court.

13          MR. PINO:  Thank you, Your Honor.  Joseph A. Pino

14  for the record.

15          THE COURT:  Yes, thank you.

16          MR. PINO:  Your Honor, just to give some

17  background and clarification on the correspondence that I

18  submitted to the Court.

19          THE COURT:  Yes.

20          MR. PINO:  I was terminated on December 18, 2009

21  after 36 years of service with Nortel.  And, you know, the

22  first issue I'm going to address is the attorney's comment

23  in regards to my awareness of, you know, of the policies and

24  procedures.

25          As is stated in my correspondence, I spoke to

1   Nortel benefits on September 27, and I asked them for that

2   -- for those policies and procedures at that time and that's

3   why I referenced it in my comments.

4                 THE COURT:  Yes, sir.

5                 MR. PINO:  All right.  Again, I think that at

6   that time of termination, after 36 years, it was quite an

7   impact on my life.  You can imagine that, you know, I didn't

8   know which way to go at the time.  I mean, all I knew is

9   getting up at 8:00 in the morning or at 6:00 in the morning,

10  working till 11:00, 12:00 at night, and then all of a sudden

11  being told, you no longer have a job.

12                So at that time, there was confusion.  And part

13  of the confusion is because of not being not aware of

14  bankruptcies and procedures, policies, and those types of

15  things, there was confusion.  Was the policy really valid?

16  And that's why I filed in the timeframe that I did because I

17  didn't know.  I wasn't aware that that policy was in place

18  and validated.  And I contend that I should at least been

19  afforded the courtesy of a sign off, indicating that I was

20  aware of it.  You know, Nortel didn't take that initiative

21  to make me -- provide that awareness as they did when they

22  were trying to get people to sign off on their pensions in

23  lieu of not considering lawsuits against them.  They did

24  that, but why wasn't I considered for my situation?  So

25  that's the main contention.

1        The other thing is they say this policy is in

2   place.  Well, they were aware that I was going to Avaya

3   because Avaya was coordinating that with them.  But I know

4   of, you know, I'll say, I presume of cases where prior in

5   years past, if an employee went with another company, they

6   had no idea.  They had no tracking mechanism to say oh, you

7   should give back your severance because now you're employed.

8   That was part of the policy.  And that's what they -- you

9   know, and I don't think they contend that either because I

10  put it in my summary and there was nothing brought to --

11  brought up in regards to that issue, all right?

12       So, you know, they are some of the things that,

13  you know, I believe in --

14       THE COURT:  Are what you -- do I understand what

15  you're saying, Mr. Pino, to be let's say you had taken the

16  severance.

17       MR. PINO:  Yeah.

18       THE COURT:  Gone and taken another job.  You

19  would not have been required to return the severance at that

20  point?

21       MR. PINO:  If they didn't find out that I had

22  taken another job.

23       THE COURT:  Yes.

24       MR. PINO:  See and that was the way I read the

25  policy and understood the policy.

1              THE COURT:  Okay.  Okay.

2              MR. PINO:  But they had no way of knowing.  And I

3    know that because I was a senior manager most of the time I

4    was with Nortel, right?

5              And the other thing is, I believe that I was used

6    by Nortel.  You know, of the 4,000 that were transferred

7    over, there weren't very many senior managers that

8    transferred over and I was one of them.  They kept me for

9    six months, picked my brain, and then let me go, all right?

10             So that's some of the things.  And like I brought

11   it, you know, in my correspondence, in view of fairness, at

12   least have some consideration for me as an employee, a

13   dedicated employee, that you thought enough of to transfer

14   me.  So if there's any questions you would have.

15             THE COURT:  Of -- do you have any knowledge of

16   the status of the 4,000, if you will, employees?  Were most

17   of them terminated early by Avaya?

18             MR. PINO:  I think they did the same thing, gave

19   them involuntary terminations and then we were hired by

20   Avaya and for various reasons.  You know, there was a number

21   of service installation engineers that installed the

22   product.

23             THE COURT:  Yes.

24             MR. PINO:  And that's basically where I came

25   from, you know, the service industry.  But, you know, most

1  of them, a lot of them are still working for Avaya, all

2  right?

3         THE COURT:  Okay.

4         MR. PINO:  Because of that.  You know, they --

5  like I said, they only used me for -- as a conduit in the

6  transition.  That's what they used me for.

7         THE COURT:  Okay.  All right.  I understand your

8  position, Mr. Pino.  I'm going to take this under

9  consideration, as well as, the other Claimants.  You know, I

10 will just note how different your situation is from Mr.

11 Thompson's situation who has, you know, continued to be

12 employed by Ericsson.  And I think rightfully, his severance

13 was denied.  I denied his severance, but that's a very

14 different situation from yours and I'll take that into

15 consideration, of course.

16        MR. PINO:  Thank you very much.

17        THE COURT:  Certainly.  I think just in an

18 abundance of caution, rather than get started with the other

19 two Claimant's I'm going to, hopefully, Ms. Reimann, did you

20 wish to say something?

21        MS. REIMANN:  Oh, I'm sorry.

22        THE COURT:  Come forward because we want to make

23 sure we have you on the record and the microphone will pick

24 you up.

25        MS. REIMANN:  Sure.  Hello, Your Honor.  I have

1  all the information regarding my layoff as well when I was

2  told --

3          THE COURT:  Yes, I have your materials.

4          MS. REIMANN:  Right.  I wrote it down because,

5  you know, I didn't want to miss anything.  And I wrote it

6  regarding, you know, to the Docket 119565 filed by 10/17.

7          THE COURT:  yes.

8          MS. REIMANN:  They are telling me that there was

9  a severance.  There was an HR services and information sent

10 to me.  And yes, I received that information and I have it

11 in Exhibit 1 stating nothing about severance package.  It's

12 completely different information that Mr. Lipner sent to me

13 in the packet, in the docket, I meant.

14         THE COURT:  Okay.

15         MS. REIMANN:  There's completely different

16 information.  So and I have that, if you wish to see it.

17 There's nothing to do with severance.

18         THE COURT:  Let's have that from you.

19         MS. REIMANN:  Okay.

20         THE COURT:  Please approach the bench.

21         MS. REIMANN:  All right.

22         THE COURT:  And --

23         MS. REIMANN:  This is the information that I

24 have.

25         THE COURT:  Thank you, Ms. Reimann.  All right.

1  This is the December 3.

2           MS. REIMANN:  Right.

3           THE COURT:  Okay.  And are you saying that this

4  is different than the document attached to your letter?

5           MS. REIMANN:  Than the document attached or if I

6  had known it, I would file --

7           THE COURT:  Go back and speak into the mike.

8           MS. REIMANN:  Sorry.

9           THE COURT:  I'm sorry.  You know, it takes some

10  getting used to.

11          MS. REIMANN:  If I had known about the docket --

12          THE COURT:  Yes.

13          MS. REIMANN:  -- as Mr. Lipner sent in the

14  document, I would never even come to this room, to the

15  courtroom because I would already be able to apply for that,

16  you know, for that severance package.

17          THE COURT:  And what happened to your employment?

18  Was it that --

19          MS. REIMANN:  My employment was I was working --

20          THE COURT:  -- They were going to transfer you

21  overseas or something?

22          MS. REIMANN:  Yeah, I was the oldest employee at

23  Nortel as far as a female employee.  I was working in

24  manufacturing.  I was the key person when Nortel -- CCI --

25  Nortel bought CCI.  And they put me on the Enhancement

1   Program stating that if I stay for one year with Nortel, I

2   going to have an extra so many weeks severance package.

3   Well, I stayed with Nortel for one year in manufacturing,

4   made sure all their, you know, transactions and all the

5   people were successful and I happened to land another job

6   after that.  And I was very happy employee working for

7   Nortel until Avaya came.  And we got sold to Avaya.

8               THE COURT:  Right.

9               MS. REIMANN:  And what happened is our jobs were

10  predetermined because I have a document, FPN document

11  stating 1/1/10 stating that our jobs already going to be

12  gone.

13              THE COURT:  Is that this document, the U.S. Force

14  Management Program that you attached?

15              MS. REIMANN:  Right.

16              THE COURT:  Okay.

17              MS. REIMANN:  Also, Your Honor, if I may say to

18  you, the last day with Nortel was December 9 -- December 18.

19  I started for Avaya on 21st.  And I only worked eight days

20  and the Avaya FPN was already dated.  So they already

21  predetermined my job.  I was used as a temporary employee to

22  help them succeed.  There was a lot of complaints that Avaya

23  took over Nortel.  That they didn't like the services with

24  them and jobs were shipped to India and Argentina.  And

25  because of that, we were used.  There was a transitional

1  temporary employment only.  It lasted not even three months,

2  not three and a half months.

3            Besides that, I never received severance package

4  neither from Avaya or Nortel.  I just got my two weeks that

5  they gave me as a termination package and I had my four

6  weeks paid vacation.  Then they didn't even state that those

7  are my back paid vacation.  So I didn't receive anything at

8  all.  And I was a very dedicated employee.  I did so much

9  work for it and I feel that I was abused.  I was

10  discriminated.  And there a switch, pure switch and bait.

11  There was nothing to do with, you know, that they were

12  planning for us, they just used us.

13            And as I was working at the Call Center, towards

14  the end of it, I had a customer telling me that they don't

15  like their services.  I -- when I had to transfer them to

16  India, some of the customers, they refused. They said

17  please, Alicia, do not send me over there.  Deal with me.

18  And, you know, I had to train those people over there and

19  then I got canned and I didn't get nothing for it.  Nothing

20  at all.  And you know what, there was a list of people,

21  there was not just me and Ursula.  Ursula's, my colleague,

22  she's --

23            THE COURT:  Yes.

24            MS. REIMANN:  -- in the same situation.  There

25  was fifteen of us and they all let us go.  And you know

1   what, it's just like Joe mentioned, I was so in shock, I

2   never believed that they would let us go.  And then I start

3   reading about it and I find out more information.  So it was

4   predetermined --

5           THE COURT:   Is there a specific portion of the

6   document --

7           MS. REIMANN:  Yes, I have it --

8           THE COURT:  -- that you might want to address

9   that -- yes.

10          MS. REIMANN:  I have a U.S. Force Management

11  Program --

12          THE COURT:  Yes.

13          MS. REIMANN:  -- that was dated on 1/1.

14          THE COURT:  I have that.

15          MS. REIMANN:  Yes.  And I also have --

16          THE COURT:  But is there something in that -- in

17  this document that indicates that this was predetermined

18  that you would be terminated?

19          MS. REIMANN:  Right, because it was dated on

20  1/1/2010.

21          THE COURT:  Okay.

22          MS. REIMANN:  And I got let go on March 17.  They

23  already knew it.  So the document has to be prepared way

24  ahead of time.  So, you know, we just happened to work the

25  extra three months due to the customer complaint, that's

1    all.

2              THE COURT:  All right.

3              MS. REIMANN:  And I also have a 10K report

4    stating what I told you, that the jobs were let go to India

5    and Argentina.  They didn't have no interest in us to be --

6    to, you know, to -- they didn't have no interest in us at

7    all.

8              And I also, when the customer was complaining

9    regard the services with Avaya, myself, Ursula, and another

10   colleague, we called the president of Avaya.  We made a

11   conference call stating to him that, you know, it's not

12   right to the customers, please, be advised.  Keep us

13   onboard.  We're going to -- you know, this is not fair.  We

14   only worked three months for you.  He stated to us on March

15   30, that they're going to proceed with the program.  They

16   are determined to go with the new way and there's nothing he

17   can do for us.  He did -- he listens to our concerns, but it

18   was a very short meeting.  He didn't want nothing to do with

19   us.  In this case, what are we supposed to do?

20             THE COURT:  Well here's my question for you, Ms.

21   Reimann.  And it really is a question.  I'm not trying to

22   make a point and I want to hear what you have to say.  Why

23   is this something that Nortel should be liable for as

24   opposed to Avaya?

25             MS. REIMANN:  Because I worked for Nortel 33

1   years.  Avaya got me for three months.  They just used me.

2   Nortel and Stellar should be responsible for this

3   transition.  And justice should be served for all of them,

4   for all of us under the law.  Not what they decide.  They

5   want to save money.  They just want to do things what is

6   right for them.  They don't want to -- they don't care what

7   is right for the employees.

8            THE COURT:  Did anyone discuss with you the fact

9   that if you took the job with Avaya, that you would forfeit

10  your severance?

11           MS. REIMANN:  Your Honor, there was a five minute

12  meeting -- well, I got the information.  I received the

13  packet and they told me I had like two weeks to consult with

14  an attorney.  If I decide to take it, if I take too long, my

15  job employment could be affected.  I have that letter over

16  here.

17           THE COURT:  Is that attached to my -- in my --

18           MS. REIMANN:  Yes, yes, I do.

19           THE COURT:  -- material.

20           MS. REIMANN:  The accepting -- I think Mr. Lipner

21  has that information as well.

22           THE COURT:  Okay.

23           MS. REIMANN:  It is bolded in that -- I'm going

24  to show it to you here.

25           THE COURT:  If you gave it to me, I'll find it.

1              MS. REIMANN:  Just one moment, please.  Oh, right

2    here, it's under second page, Number 4, under the bait and

3    switch program what I just said.  Please  also note the

4    letter from Avaya dated 10/23/09, offer of employment states

5    the following, highlighted in bold.  "Please note that any

6    delay in receipt your signed offer letter or return of

7    required paperwork, can have a negative impact in placing

8    you on Avaya payroll."  Your Honor, I was looking for some

9    attorney to give me some advice, but I didn't -- there's no

10   attorneys like that.  There's a lot of attorneys about

11   divorces and you name it, but they don't have anything to do

12   as far as severance package.  And besides, what attorney is

13   going to take my case within two weeks period of time?  I

14   really didn't have anything.

15             Another thing is, I was working from home, so did

16   Ursula.  We really didn't -- you know what, when we got

17   terminated, I was maybe five minutes on the call with our

18   manager from Raleigh.  And he said, you no longer have a

19   job.  I was completely shocked.  I didn't know what to do,

20   to cry, to laugh.  I didn't know, you know.

21             THE COURT:  Was this on the phone with someone

22   from Avaya are you talking about?

23             MS. REIMANN:  From Nortel.

24             THE COURT:  From Nortel.

25             MS. REIMANN:  Well, from Avaya Nortel, you know.

1  The manager that was in charge of it.  He -- I was on the

2  conference call actually with Brazil when he IM'd me via IM,

3  instant messages, I want to have a meeting with you.  And

4  this is what he told me that I got -- I am laid off.

5              THE COURT:  Okay.  All right.

6              MS. REIMANN:  Sorry I am so emotional that I --

7              THE COURT:  I understand.  All right.  Anything

8  further?

9              MS. REIMANN:  Well --

10             THE COURT:  I've got your materials.

11             MS. REIMANN:  -- yes, Your Honor, that --

12             THE COURT:  I've read them and I will review them

13  again.

14             MS. REIMANN:  Well, thank you so much, Your

15  Honor.

16             THE COURT:  And may I -- let me ask Mr. Lipner.

17  Mr. Lipner, do you have any objection to admitting these

18  into evidence on behalf of Ms. Reimann?

19             MR. LIPNER:  Your Honor, one quick question.

20             THE COURT:  Yes.

21             MR. LIPNER:  If I could review the documents

22  before they're admitted into evidence?

23             THE COURT:  Absolutely.

24             MR. LIPNER:  I'm not certain I have one of them

25  that Ms. Reimann handed up.

1              THE COURT:  Okay.

2              MR. LIPNER:  The first one.

3              THE COURT:  All right, thank you, Mr. Lipner.

4    That's fine.  You'll have the chance.

5              MS. REIMANN:  I can give you the document, I have

6    it for you.

7              THE COURT:  All right.  I don't know if Justice

8    Morawetz is calling me.  Ms. Reimann, thank you.

9              MS. REIMANN:  Thank you very much.

10             THE COURT:  And I will take up the final Claimant

11   after the recess, while I go back and check with Justice

12   Morawetz, all right, everyone?  Thank you.  I'll be right

13   back out, hopefully.

14             (Recess from 12:36 p.m. to 12:56 p.m.)

15             THE CLERK:  Please rise.

16             THE COURT:  Thank you, you may be seated.  Is my

17   co-jurist on the phone?  Not yet.

18             THE OPERATOR:  Judge Gross?

19             THE COURT:  Yes.

20             THE OPERATOR:  It's the Canadian Court.  We're

21   just waiting for Justice Morawetz.

22             THE COURT:  Thank you.  You've heard the

23   statement, justice is what the Judge had for breakfast.  I

24   think it may up there be whether the Maple Leaf's won or

25   lost.

1                          (Laughter)

2                MR. BROMLEY:  Did they win, Your Honor?

3                          (Laughter)

4                THE COURT:  I don't know.

5                JUSTICE MORAWETZ:  Okay.  Judge Gross?

6                THE COURT:  Yes, I'm on the telephone.

7                JUSTICE MORAWETZ:  All righty.  And I will start

8    as we discussed, Judge Gross and I have had the opportunity

9    to discuss some procedural aspects of the disposition from

10   today and I will start sketching it out.  I have not written

11   it up in the form of an endorsement which will be

12   forthcoming.

13        We have concerns with the proposals from all

14   parties.  I think it is quite clear that the trial if it is

15   to start on April 1 would be chaotic.  That is not

16   desirable.

17        We did consider a deferment till April 28.  The

18   main difficulty which I certainly expressed is that I have

19   no comfort that that will be a realistic start date.  When I

20   hear that the parties cannot commit to that, that just tells

21   me it's going to be a creeping barrage or creeping or

22   rolling start date and that is not desirable either.

23        So the following is what's going to happen.  The

24   trial will start and it will be preemptory on Monday, May

25   the 12th.  It will be a four week trial.  That is also set

1  in stone.  There will be a mandatory pretrial conference two

2  weeks before, so that we make sure all the trains are

3  running on time.  And we also want a case conference on

4  January the 29th, which is after, I think, all of the expert

5  submissions, and reports, and every other combination of

6  permutation, and uncertainties should be ironed out by that

7  point.  I will require those comprehensive fee summaries

8  later today.

9          UNKNOWN MALE:  And, Your Honor, just to ask you a

10  question there.  Are you looking for fee expense statements

11  from all parties in the litigation?

12          JUSTICE MORAWETZ:  Yes, yes, not the documents,

13  just who's spending what.

14          UNKNOWN MALE:  The concern, Your Honor, is there

15  are parties that are not being paid out of the estate such

16  as the various pension funds or the fact that the

17  superintendent of pensions --

18          JUSTICE MORAWETZ:  Mr. Armstrong can summarize

19  that for me.

20          UNKNOWN MALE: The question is that you wanted --

21  whether you wanted those and whether you want them in a

22  confidential manner.

23          JUSTICE MORAWETZ:  I'll leave it to Mr. Armstrong

24  as the Court Officer to put together what is appropriate.  I

25  think you have a pretty good idea of what I want.  I want to

1   know how much this exercise is costing.

2           UNKNOWN MALE:  I apologize for the questions

3   [indiscernible].

4           JUSTICE MORAWETZ:  Tomorrow, no.

5           UNKNOWN MALE:  [indiscernible].

6           JUSTICE MORAWETZ:  Well, instructions is an

7   interesting word.  Okay.

8           UNKNOWN MALE:   [indiscernible].

9           JUSTICE MORAWETZ:  I have not made a

10  determination on that.

11          UNKNOWN MALE:  Your Honor, if I could just speak

12  to that point as well?  To the extent that tomorrow you're

13  seeking [indiscernible] parties, to the extent the Monitor

14  is seeing all the other parties' fees and expenses, won't

15  that be shared with the core parties --

16          JUSTICE MORAWETZ:  Well --

17          UNKNOWN MALE:  I believe [indiscernible] is also

18  an adverse litigant in this proceeding.

19          JUSTICE MORAWETZ:  Well, I would think that the

20  information that Mr. Armstrong is going to be providing to

21  me is coming from all parties.  And I have no problem with

22  all the parties seeing -- I think you guys have a pretty

23  good idea of what that would be.

24          UNKNOWN MALE:  Thank you, Your Honor.

25          JUSTICE MORAWETZ:  Judge Gross, over to you.

1              THE COURT:  Well, I just want to comment that

2    both Justice Morawetz and I recognize the tremendous effort

3    that this is taking.  The cost is obviously of great concern

4    to us, but at the same time, we agreed that to use the

5    earlier trial date, really did, I think, put a lot at risk.

6    And the additional time is as much for your benefit or as

7    much for our benefit, I should say, as for yours because we

8    want to be able to proceed to trial in a very organized

9    fashion, to have sufficient time to make any in limine type

10   rulings, which will be essential, and hopefully, we will all

11   be able to arrive at a logistically feasible trial.

12             I would like to also make one comment because

13   it's something that had been in my mind and Mr. Bromley, I

14   think, confirmed that I had reason to be concerned.  And

15   it's that so many professionals are attending the

16   depositions in Europe.  And I just want to make it clear to

17   everyone, that parties who are not first or second chairs in

18   examining the witnesses, are not defending the witnesses,

19   are traveling at their risk.  I will not award fees and

20   expenses to lawyers and other professionals who are going to

21   these depositions and sitting at the depositions and

22   listening to them at great expense, when the transcripts as

23   I understand it are being provided on a daily basis.  You

24   can read the transcripts.  You don't have to go to Europe.

25   And that is a -- that will be a prospective direction or I

1  should say, prospective warning, and as well, a retroactive

2  one.  This case is already expensive enough without hordes

3  of lawyers who are not needed at a deposition, attending

4  that deposition.  So I did want to make that clear.

5            And I want to make it clear that hopefully, the

6  parties will continue to assess the necessity of this

7  massive depositions.  All of these documents and depositions

8  are going to have to be presented at trial in a thoughtful

9  and helpful manner.  And I would hope that, particularly

10  when you get to the expert witnesses, that you will be

11  extremely cautious and careful in taking them.  And

12  obviously, that will only further add at an expended rate to

13  the expenses already being incurred here.

14            So I know that the parties submitted a Form of

15  Order.  And there may be -- there are a few modifications

16  that will have to be made and can be submitted to me under

17  certification and I will sign that Order with the

18  instructions we've given here this morning and this

19  afternoon.

20            JUSTICE MORAWETZ:  One modification that I think

21  Judge Gross will have to take into account is that it is a

22  20 day trial and that we do have, I do know that there are

23  some holiday schedules for both Canada and the United States

24  which do not coincide during May, so we'll have to build

25  that into the schedule.

1        THE COURT:  Yes, thank you, Justice Morawetz

2  that's correct.

3        JUSTICE MORAWETZ:  I'm quite sure that both you

4  and I will require a, I think in the NFL they call it a

5  Maintenance Day at some point during the trial.

6                    (Laughter)

7        THE COURT:  Yes.  That and an oxygen tank up on

8  the bench.

9                    (Laughter)

10        JUSTICE MORAWETZ:  Yes, yeah.  So counsel can --

11  we can only reiterate the concerns over fees that we have.

12  And when I'm asking for the fees, I'm also wanting the

13  disbursements.

14        THE COURT:  All right.  Any follow up questions

15  that the parties have to clarify anything that we've said?

16        JUSTICE MORAWETZ:  All right.

17        THE COURT:  Mr. Bromley?

18        MR. BROMLEY:  Your Honors, I just have one

19  question and perhaps this is for Justice Morawetz.  And we

20  apologize, we were not able to hear all of the colloquy with

21  respect to the fee exercise.

22        So just so that we understand, the way we've been

23  talking about it here in Delaware, the idea would be that

24  for all of the core parties, any of the fees and expenses

25  that they've incurred with respect to the litigation, would

1   have to be reported to both Courts.  And that information

2   will be assembled by Mr. Armstrong at Goodman's, and

3   distributed out to all of the core parties.

4           And when we're talking about that, those fees and

5   expenses, in particular, we're also talking about the fees

6   and expenses as they relate to litigation of the Joint

7   Administrators and of the Monitor.  That's how we've been

8   looking at it.  And I just want to make sure that we're all

9   on the same page because we didn't really hear everything

10  that was happening over the phone.

11          JUSTICE MORAWETZ:  I'm sorry, Mr. Cosgrove, you

12  wanted to say something?  Speak up.

13          MR. COSGROVE:  Just by way of clarification, I

14  think that Justice Morawetz had indicated that that would be

15  from May 1, 2013 forward, just so everyone is operating on

16  the same timeframe.

17          JUSTICE MORAWETZ:  Yes.

18          THE COURT:  Yes.

19          MR. BROMLEY:  Right, from May 1.

20          MR. O'CONNOR:  Excuse me, Your Honor.  This is

21  Brian O'Connor from Willkie Farr on behalf of the UK Pension

22  Claimants.

23          Am I understanding that both Courts are ordering

24  the UK Pension Claimants to disclose their fees and expenses

25  as well, even though we paid -- those fees and expenses will

1  be paid by their clients, the pensioners themselves?  I'm

2  not sure that there's authority for that.

3          THE COURT:  Well --

4          JUSTICE MORAWETZ:  I don't want to get into a

5  jurisdictional dispute.  I just would provide this

6  observation that at some point in time, it's going to be

7  necessary in the course of disposing of this matter, to try

8  to explain to all parties how you started with a certain

9  amount of money and what you're distributing is

10  significantly less than that amount of money.  And in order

11  to do that, I need some information.

12          MR. O'CONNOR:  No, Your Honor, I understand that,

13  but our fees are not coming out of the estate. That's why

14  I'm wondering whether you intended for us to have to reveal

15  what our private client is paying.

16          THE COURT:  Well, Mr. O'Connor, I would just say

17  -- this is Judge Gross.  That as long as the UK Pension

18  Claimants are waiving any possibility of requesting

19  reimbursement for those fees and expenses, then I don't

20  think that information is necessary.

21          JUSTICE MORAWETZ:  I would concur with that.

22          MR. O'CONNOR:  All right.  Well that's helpful,

23  Your Honors, let us think about that then.

24          THE COURT:  Very well.

25          MR. BROMLEY:  I think it's --

1                   (Laughter)

2                   UNKNOWN MALE:  Your Honor, I'll have the same

3    proposition for the Canadian Pension Fund.

4                   JUSTICE MORAWETZ:  Okay.

5                   MR. BROMLEY:  Just while we're on the subject of

6    Mr. O'Connor's fees and expenses.

7                   (Laughter)

8                   MR. BROMLEY:  The -- just so that we're clear.  I

9    mean, one thing, you know, there is a relationship between

10   what the estates must spend --

11                  JUSTICE MORAWETZ:  Yes.

12                  MR. BROMLEY:  -- with respect to what the other

13   parties are spending.

14                  THE COURT:  Absolutely.

15                  MR. BROMLEY:  And so there -- one is not divorced

16   from the other.  And just so that everybody is clear it --

17   you know, I think there's certain jurisdictions involved

18   here where the loser pays is the rule.  And any -- and we'll

19   certainly reserve our rights that the fees that we're

20   reporting as they relate to certain things, may be a

21   reimbursement actually may be sought.

22                  THE COURT:  All right.  All right.

23                  MR. BROMLEY:  Thank you, Your Honor.

24                  THE COURT:  Thank you, Mr. Bromley.  All right.

25                  JUSTICE MORAWETZ:  Okay.  Is there anything

1  further for the Joint Hearing?

2                    (No audible response.)

3                    JUSTICE MORAWETZ:  Okay.  I thought there were

4  some comments that -- I'm looking at Mr. Bomhoff that you

5  thought that --

6                    MR. BOMHOFF:  And I will defer to Mr. Bromley on

7  the open issue that we've asked for the Joint Hearing was on

8  the potential fallback of documents under the EMEA and

9  Canadian Debtors' settlement, which you had mentioned you

10 might want to speak to that.

11                    MR. BROMLEY:  Your Honors --

12                    THE COURT:  That was the second issue, I guess,

13 that had been alluded to, yes.

14                    MR. BROMLEY:  Mr. Oxford and I have been having a

15 series of conversation here in Delaware.  And I think the

16 way that we were proposing to deal with it is to exchange a

17 couple of letters.  Maybe I can get a letter this afternoon.

18 I'm looking forward to it.  And then we'll have a meet and

19 confer phone call tomorrow, and hopefully, try to resolve

20 the issue without having to involve the Courts.  If we can't

21 though, of course, we'd reserve the right to come back.

22                    THE COURT:  Of course.  All right, thank you, Mr.

23 Bromley.  And I -- Mr. Oxford nodded his head in agreement,

24 so that's fine with me.

25                    JUSTICE MORAWETZ:  Anything that can be resolved

1   without the necessity of going to Court is fine with me.

2                           (Laughter)

3           THE COURT:  Yes, sir.  By the way, did the Maple

4   Leaf's win or lose last night?

5           JUSTICE MORAWETZ:  They didn't play, but you can

6   follow the trials and tribulations of our World Class City

7   on whatever network you want.

8                           (Laughter)

9           THE COURT:  All right.  All right.

10          JUSTICE MORAWETZ:  Enjoy the rest of the day.

11          THE COURT:  Thank you, Justice Morawetz.  Good

12  day to you, sir.

13          JUSTICE MORAWETZ:  All right, bye-bye.

14          THE COURT:  Bye-bye.  All of you who don't need

15  to stay for the remainder of the Claims Objection matter are

16  certainly welcome to excuse yourselves.

17          UNKNOWN MALE:  Thank you, Your Honor.

18          THE COURT:  Thank you.

19          MR. BROMLEY:  Could we just have maybe five

20  minutes, Your Honor, to rearrange things?

21          THE COURT:  You bet, okay, certainly, you may.

22  I'll step out for a few minutes and come back in.

23               (Recess from 1:13 p.m. to 1:16 p.m.)

24          THE COURT:  Thank you, all.  Please be seated.

25  And I know we have now -- Mr. Lipner, I can't recall if I

1    gave you an opportunity to respond to Ms. Reimann's

2    arguments.

3                MR. LIPNER:  No, not yet.

4                THE COURT:  And the documents, too.

5                MR. LIPNER:  Right.

6                THE COURT:  You were going to talk about -- give

7    me your answer about admission into evidence of that

8    exhibit.

9                MR. LIPNER:  Sure.  Your Honor, on the documents,

10   we've reviewed what Ms. Reimann had provided and we have no

11   objection to those being admitted into evidence.

12               THE COURT:  Thank you.  And I will --

13               MR. LIPNER:  I --

14               THE COURT:  Go on.  I'm sorry, Mr. Lipner.

15               MR. LIPNER:  I'm sorry.  I do have a couple of

16   comments in response to the arguments by Ms. Reimann and Mr.

17   Pino, but before I make those, should we --

18               THE COURT:  You want to wait until we hear --

19               MR. LIPNER:  From Ms. Phommanirat as well.

20               THE COURT:  Yes, all right.

21               MR. LIPNER:  And then do them all three at the

22   same time.

23               THE COURT:  Yes, why don't we do that, Mr.

24   Lipner.

25               MR. LIPNER:  Okay.

1              THE COURT:  Thank you, sir.  Thank you.  All

2    right, so those -- that package of exhibits will be marked

3    as Reimann Exhibit 1 as a group.  All right.  Okay.  Now we

4    have one last Claimant for today and that's Ms. Phommanirat.

5    You may come forward, please.  Thank you.  Good afternoon.

6              MS. PHOMMANIRAT:  Good afternoon, Your Honor.

7              THE COURT:  And thank you for your patience.  You

8    got to observe one of our typical hearings in Nortel.

9              MS. PHOMMANIRAT:  It's really an eye opening

10   experience, Your Honor.

11                         (Laughter)

12             THE COURT:  Oh, yeah, oh yes.  Some days it's an

13   eye closing experience.

14                         (Laughter)

15             MS. PHOMMANIRAT:  I can imagine.  My name is

16   Ursula Phommanirat.  I'm from Rochester, New York.

17             THE COURT:  Yes.

18             MS. PHOMMANIRAT:  I worked for Nortel Networks

19   from October of 1986 through December of 2009.  And I was

20   part -- I worked together with Alicia Reimann who's here

21   today and the Network Operations Center and we transitioned

22   over to Avaya.  Avaya made a big hoop-dee-doo and a

23   welcoming aboard, and we signed papers galore saying they

24   were so happy to have us onboard.  Needless to say, March 17

25   of 2010, they laid at least fifteen of us off that we know

1  of within our department.

2            My feeling about the whole thing is why I'm here

3  today.  I feel Nortel was a very good company to work for

4  over the years.  They gave me many professional

5  advancements, financial advancements, but I did lose a lot

6  in my pension recently in the past few years, my 401(k).  I

7  had some stock options.  And I took those loses, okay,

8  that's what happens.  But what really made me very sad and

9  mad was the way the whole transitioned happened.

10           Nortel, I think, was trying to save money in the

11 long run.  Being in bankruptcy, they made the decision Avaya

12 was a good purchaser for our group and our division, let's

13 move those candidates over there.  In between, they laid

14 some people off and gave them severance packages.  But we,

15 Mr. Pino, Alicia Reimann, and myself, and others, were long-

16 term employees who were making a decent salary and the

17 severance packages probably would have been very, you know,

18 accumulated and may have been a pretty good amount of money.

19 And I feel Nortel decided in its best interest, oh, we'll

20 transfer these people over, we'll lay some people off, we'll

21 transfer some people, but with the package dated 1/1/2010

22 from Avaya, there was really no intention for Avaya to do

23 anything for us.  They had it already pre-planned.  That was

24 just a transitional thing to carry us over and to lay us off

25 in March.

1           So I am feeling that Nortel is shirking their

2    duty as a former employer to watch over their employees who

3    helped them grow and to build over the years.  And to say,

4    well, the bottom line is the almighty dollar and not caring

5    what happens to any of us later on.

6           And as Alicia from the -- when we got together

7    and talked about this situation and we kept calling it a

8    bait and switch.  We were baited with employment.  They

9    wanted us.  They wanted us to help with the future of Avaya

10   taking over Nortel equipment.  And then in the end,

11   switching and just changing over and saying, ah, we don't

12   need you anymore, we got our new workers in Argentina and

13   India, and we've got a Call Center in Texas without any

14   regard.

15          So I just feel Nortel -- we helped Nortel grow to

16   where it used to be, but they were the ones who demised us

17   and got rid of us thinking it wasn't worth it and we need to

18   get rid of these people who spent so many years and really

19   don't deserve it because they moved onto to Avaya, so.

20          THE COURT:  Let me ask you this, Ms. Phommanirat.

21   Do you have any information that would suggest that Nortel

22   knew that Avaya had this bait and switch planned?

23          MS. PHOMMANIRAT:  I think it was all the parties

24   because they don't they -- I don't know the whole stalking

25   horse process and how that whole thing happens, but I'm

1    sure, you know, within the two -- I think the two major

2    companies that were interested in our division were Avaya

3    and Siemens.  I don't know how they find -- say the winning

4    bidder is Avaya and then what the negotiations are behind

5    the closed doors.  They might say, listen, these employees,

6    why don't you move them over, but then you know what, you've

7    got enough employees, you can lay them off then within the

8    first quarter and then you don't have to worry about it.

9    All we got was two week's notice.  We were informed on March

10   17, 2010 and they said stop work, do nothing.  You're going

11   to be paid through March 30, and that was it.  And then we

12   just got any vacation time that we had due to us.

13             THE COURT:  Okay.

14             MS. PHOMMANIRAT:  Now if we had turned down the

15   position in December or when they asked us, we might not

16   have gotten -- if we turned it down to Avaya and said no, we

17   might not have then gotten unemployment.  I'm not sure how

18   it works within New York State and unemployment and that

19   type of legality.  I did in the end, when Avaya laid me off,

20   I did get unemployment, but I'm not sure in the position if

21   I had not taken that job with Avaya and said, no, I want to

22   stay, well Nortel would have laid me off and then what?  I

23   don't know if I would have gotten unemployment.  Hopefully,

24   I would have gotten the severance package then.

25             THE COURT:  Yes.  All right.  All right.  I

1  certainly -- anything further, Ms. Phommanirat?  Take your

2  time, too, I'm not trying to rush you at all.

3          MS. PHOMMANIRAT:  I guess the bottom line is we

4  worked for like eight days in December of 2009 because of

5  the transitional date we're talking Christmas and then the

6  few days before the New Year.  We worked eight days and then

7  they -- that's what really got me.  That paperwork was dated

8  January 1, 2010, where they knew what they were going to do

9  with us.  And it seems like it's very unethical and immoral.

10  So that's all I have.

11          THE COURT:  Okay.  I appreciate it very much.

12  And I appreciate your traveling all this distance.

13          MS. PHOMMANIRAT:  I appreciate your time, too,

14  sir.

15          THE COURT:  Certainly, thank you.  Thank you,

16  ma'am.  Mr. Lipner, yes, sir.

17          MR. LIPNER:   Thank you, Your Honor.  Just a

18  couple of points in response to the various Claimants'

19  arguments.  I'll address them in the order that they spoke.

20          With respect to Mr. Pino, I just wanted to

21  clarify one point on the record.  He said that he had spoken

22  to a Nortel benefits employee on September 27.  My

23  understanding is that that was September 27 of this year,

24  after we filed the Omnibus Objection.

25          THE COURT:  I see.

1          MR. LIPNER:  And it was at that point that

2  somebody explained to him the reasoning behind the company's

3  point of view.

4          THE COURT:  Okay.

5          MR. LIPNER:  Mr. Pino also said that he would

6  have liked an opportunity to sign off on the fact that he

7  was not entitled to severance.

8          In connection with these transactions, none of

9  the employees who moved to buyers, received an opportunity

10  to sign away their severance benefit.  And that's simply for

11  the reason that the company never believed they were

12  entitled to that benefit under the Plan.  There were, as a

13  point of explanation, certain employees who were not

14  terminated in connection with business transactions, who

15  would have been entitled to severance, and had the option to

16  waive that benefit in exchange for being able to receive

17  their pension and retirement benefits.

18          THE COURT:  Yes.

19          MR. LIPNER:  So I can understand why there may

20  have been some confusion as to people receiving different

21  types of paperwork, but that was the rationale behind that.

22          Mr. Pino also mentioned that it would have been

23  impossible for the Debtors to distinguish between employees

24  who moved to a buyer in connection with the business

25  transaction, and employees who simply got another job at a

1 | different company.  The severance was paid in installments.

2 | So if you receive ten weeks of severance after you left

3 | Nortel, you would have been paid for ten weeks as if you

4 | were still employed there.  If you got a new job in Week 5,

5 | your severance benefit would have been unaffected.  And, in

6 | fact, this difference between these two populations is

7 | covered in the Summary Plan description.  Question 15 says,

8 | "What happens if I am receiving severance allowance payments

9 | and become employed by an entity other than the companies

10 | described in Question 14?".  Question 14 is an affiliate.

11 |             THE COURT:  Yes.

12 |             MR. LIPNER:  And this Summary Plan description is

13 | at Docket Number 11956-1, which is attached to Ms. Parker's

14 | Declaration.  And the answer.  "Your severance allowance

15 | will be unaffected.  In other words, you will not forfeit

16 | your severance allowance."  And it goes on.

17 |             But the point Mr. Pino raises is a good one which

18 | is that the Debtors would not have known if an employee

19 | simply went out and found a new job.  And so their severance

20 | would have been unaffected.  And the Plan treats those

21 | former employees differently than employees who transferred

22 | in connection with the business transaction.

23 |             THE COURT:  Right.  Which is governed by the Plan

24 | itself.

25 |             MR. LIPNER:  Correct.

1          THE COURT:  Yes.

2          MR. LIPNER:  Those are the only points I think I

3 had in response to Mr. Pino's presentation.

4          With respect to Ms. Reimann and Ms. Phommanirat's

5 presentations, which maybe I'll address in tandem, since

6 they raise similar points --

7          THE COURT:  Yes.

8          MR. LIPNER:  -- and allegations.  If we take and

9 we have taken the assertion that the Debtors knew how these

10 employees would be treated after the closing very seriously.

11 In fact, that's why we're here today and we didn't do this

12 presentation a month ago.

13          THE COURT:  Right.

14          MR. LIPNER:  We had filed the reply in advance of

15 that hearing.  But we wanted to take some time to talk to

16 people and try to figure out if there were any facts that

17 would warrant a different outcome in terms of these claims.

18 And we talked to our M&A colleagues who worked on the

19 transaction and we talked to HR employees who are no longer

20 at Nortel who were kind enough to pick up the phone and talk

21 to us about this.  And in the course of those discussions,

22 we were not able to uncover any facts that suggest the

23 Debtors knew how these employees would be treated after they

24 went over to Avaya.

25          And I know Your Honor had asked about the numbers

1    of employees who were terminated.  And Ms. Phommanirat and

2    Ms. Reimann have argued that, you know, at their site where

3    they worked, ten or fifteen --

4                    THE COURT:  Fifteen.

5                    MR. LIPNER:  -- employees were terminated in the

6    first quarter of 2010.  And so we actually asked Avaya.  We

7    wanted to know these numbers, too.  You know, just as Your

8    Honor wanted to know them.  And what Avaya told us was that

9    of the 2,200 employees who were U.S. employees that

10   transferred in the transaction, 298 of them were terminated

11   in the first year.

12                    You know, in the scheme of the enterprise

13   solutions business, that number didn't jump out to us as

14   saying that there was anything profoundly wrong with the way

15   Nortel employees would have been treated.  And, in fact, we

16   don't know how many Avaya, you know, what percentage of the

17   Avaya workforce in the U.S. was terminated during the first

18   year, but we did undertake that investigation.

19                    As for the question of what benefits the

20   Claimants received from Avaya, obviously, we can't speak to

21   the question of whether they, Avaya performed its

22   obligations under its Plan.  But to the extent that Avaya

23   hasn't kept up with its agreement under the sale documents,

24   we would, of course, be happy to let them know that.

25                    Ms. Reimann handed up to you the Avaya Force

1   Management Program.

2              THE COURT:  Yes.

3              MR. LIPNER:  Which is essentially their severance

4   package.

5              THE COURT:  Right.

6              MR. LIPNER:  And she was kind enough to share

7   that with us in the lead up to these hearings, I think after

8   we filed our reply, if memory serves me correctly.  And it

9   is dated January 1, 2010.

10             We asked Avaya about that because we were

11  concerned by the allegations that Ms. Phommanirat and Ms.

12  Reimann are making.  And we, you know, for one reason or

13  another are in touch with in-house counsel to Avaya and

14  asked them about the Plan.  And I think this is the first

15  time it's been put before Your Honor and so you probably

16  want to take some time to look at it.  But when we looked at

17  it, we didn't see anything that singled out these employees.

18  And at least according to Avaya's in-house counsel, who's

19  obviously not here today, it was dated January 1, 2010,

20  simply because it was the Plan for Avaya employees for the

21  Plan year 2010.

22             THE COURT:  All Avaya employees, correct, not

23  just those who transferred over?

24             MR. LIPNER:  That's my understanding, Your Honor.

25             THE COURT:  That's -- yes.

1          MR. LIPNER:  And there is one other question

2   which I just wanted to clarify since it seemed like Your

3   Honor might be interested in it.

4          You had asked Ms. Reimann, you know, how much

5   time she had to consider the offer from Avaya.  And Ms.

6   Phommanirat similarly raised, you know, the question of

7   whether -- what her options would have been if she said no

8   to the job offer from Avaya.  And I think it's just

9   important to remember that the Nortel Severance Plan

10  actually always accommodated this question.  And what it

11  says is if an employee receives an offer that meets certain

12  criteria, namely, the offer includes a base salary of 80

13  percent of the employee's current salary, and doesn't

14  require the employee to move, I think it was more than 25

15  miles, but there's some, you know, geographic boundary.

16  Then even if that employee chooses not to accept the offer,

17  that employee wouldn't have been entitled to severance under

18  the Plan.

19          THE COURT:  Okay.

20          MR. LIPNER:  So I just wanted to clarify that

21  point which is in our papers.  But, you know, we understand

22  that people may have had a limited amount of time to

23  consider whatever Avaya was offering them, but I think we

24  shouldn't -- it's important not to think that the Severance

25  Plan was something that it never was.

1           THE COURT:  Excellent, okay.

2           MR. LIPNER:  And I think those were the only

3   points that I have marked down to respond to.  So unless

4   Your Honor has any questions, we'll stop there.

5           THE COURT:  All right, Mr. Lipner, I appreciate

6   it.  I appreciate the Claimants, Mr. Pino, Ms. Reimann, and

7   Ms. Phommanirat coming and helping the Court to fashion a

8   decision which I will do promptly.  I just want to go back

9   and make sure I've fully digested all of the documents here

10  and then I will issue an Order within a few days.

11          MR. LIPNER:  Thank you, Your Honor.

12          THE COURT:  All right.  Thank you, Mr. Lipner.

13  Thank you very much for your appearance here today.

14          MR. PINO:  Thank you, Your Honor.

15          MS. PHOMMANIRAT:  Thank you, Your Honor.

16          MS. REIMANN:  Thank you, Your Honor.

17          THE CLAIMANTS:  Addressed to the Claimants.  All

18  right.  Is there anything further for us?

19          MR. LIPNER:  Just one point, Mr. --

20          THE COURT:  Oh, please.

21          MR. LIPNER:  Your Honor, with regards to Mr.

22  Thompson's claim.

23          THE COURT:  Yes.

24          MR. LIPNER:  We had prepared Orders that covered

25  all of the Claimants.  So I think what we'll do, based on

1  your ruling from earlier this morning, is submit an Order

2  just for Mr. Thompson's claim under Certification of Counsel

3  so we could have that resolved.

4           THE COURT:  That would be fine.  Mr. Lipner, I'd

5  appreciate that.

6           MR. LIPNER:  Okay.

7           THE COURT:  Thank you.

8           MR. LIPNER:  Thank you, Your Honor.

9           THE COURT:  Because I almost forgot about Mr.

10  Thompson.

11                      (Laughter)

12           THE COURT:  It seems like a week ago, already.

13           MR. LIPNER:  Ages ago, yeah.

14                      (Laughter)

15           THE COURT:  Anything -- nothing further then?

16                  (No further response.)

17           THE COURT:  All right.  We'll stand in recess.  I

18  thank you all.  And I wish you all a good Thanksgiving if

19  we're not together before then.

20           MR. ABBOTT:  Thank you, Your Honor, you as well.

21           MR. BROMLEY:  You too.

22

1          THE COURT:  Travel safely.  Good day.

2

3      (Whereupon, at 1:33 p.m., the hearing was adjourned.)

4

5                        CERTIFICATION

6          I certify that the foregoing is a correct

7  transcript from the electronic sound recording of the

8  proceedings in the above-entitled matter.

9

10

11  _____          21 November 2013
12  Traci L. Calaman, Transcriber                Date
13

| Word | Page:Line |
|------|-----------|
| **30(b)(6)**(1) 16:3 | |
| **a.m**(3) 1:15  6:1  54:10 | |
| **abbot**(1) 53:24 | |
| **abbott**(20) 1:24  6:4  6:6  6:13  6:19  6:22  6:25  7:4  7:8  7:9  8:23  8:24  53:25  54:13  54:14  54:18  54:25  55:2  55:9  108:20 | |
| **ability**(4) 16:15  18:15  23:4  47:25 | |
| **able**(21) 14:2  14:12  16:6  17:1  17:18  18:1  18:8  19:16  20:3  22:9  29:19  50:22  51:12  57:9  66:8  75:15  87:8  87:11  89:20  101:16  103:22 | |
| **aboard**(1) 96:23 | |
| **about**(51) 11:5  11:18  11:23  11:24  13:1  13:10  16:11  17:5  17:22  18:17  18:20  18:25  19:18  19:25  23:7  25:7  27:14  31:21  32:3  34:9  41:4  42:13  43:9  45:8  47:24  48:15  49:7  50:9  50:25  60:2  64:16  69:12  74:11  75:11  78:3  81:10  81:22  89:23  90:4  90:5  91:23  95:6  95:7  97:2  98:7  99:8  103:21  103:25  105:10  105:14  108:9 | |
| **aboveentitled**(1) 109:8 | |
| **absolutely**(5) 29:1  36:1  48:7  82:23  92:14 | |
| **abundance**(1) 73:18 | |
| **abused**(1) 77:9 | |
| **accept**(4) 55:23  62:5  63:9  106:16 | |
| **accepted**(5) 36:17  57:17  63:6  63:13  67:2 | |
| **accepting**(2) 62:18  80:20 | |
| **accepts**(1) 63:17 | |
| **accommodate**(2) 15:9  30:24 | |
| **accommodated**(2) 59:18  106:10 | |
| **accomplish**(1) 14:3 | |
| **accordance**(1) 67:7 | |
| **according**(1) 105:18 | |
| **accordingly**(1) 59:22 | |
| **account**(3) 19:5  67:21  88:21 | |
| **accumulated**(1) 97:18 | |
| **achievable**(1) 26:1 | |
| **achieved**(2) 50:18  50:19 | |
| **acknowledge**(1) 23:10 | |
| **acting**(2) 30:11  37:19 | |
| **active**(1) 64:5 | |
| **actual**(2) 49:22  58:7 | |
| **actually**(13) 14:8  14:11  15:13  19:21  30:17  37:23  37:24  45:2  49:2  82:2  92:21  104:6  106:10 | |
| **adam**(1) 5:32 | |
| **add**(5) 23:5  28:24  32:25  36:5  88:12 | |
| **added**(1) 17:7 | |
| **addition**(2) 45:13  57:16 | |
| **additional**(5) 28:15  32:25  35:14  49:19  57:7  78:8  100:19  103:5 | |
| **address**(8) 8:19  29:14  29:15  52:22  69:22  78:8  100:19  103:5 | |
| **addressed**(5) 45:17  48:6  54:16  56:17 | |
| **addresses**(1) 61:19 | |
| **addressing**(6) 19:7  20:22  21:2  55:10  61:18  69:12 | |
| **adequate**(1) 66:19 | |
| **adhered**(1) 37:23 | |
| **adjourned**(1) 109:3 | |
| **adjournment**(8) 36:21  37:12  37:17  37:21  38:11  38:13  39:24  42:1 | |
| **adjusting**(1) 42:25 | |
| **adjustment**(1) 10:1 | |
| **administered**(1) 1:6 | |
| **administrators**(2) 51:10  90:7 | |
| **admission**(1) 95:7 | |
| **admit**(1) 62:22 | |
| **admitted**(3) 56:4  82:22  95:11 | |
| **admitting**(1) 82:17 | |
| **adopt**(1) 41:23 | |
| **advance**(1) 103:14 | |
| **advanced**(1) 34:1 | |
| **advancement**(2) 97:5  97:5 | |
| **advantages**(1) 25:5 | |
| **adverse**(1) 86:18 | |
| **adversity**(1) 22:20 | |
| **advice**(1) 81:9 | |
| **advise**(1) 65:4 | |
| **advised**(3) 57:2  58:4  79:12 | |
| **advisors**(1) 14:6 | |
| **affected**(3) 41:2  64:17  80:15 | |
| **affects**(2) 40:2  40:19 | |
| **affiliate**(1) 102:10 | |
| **afforded**(1) 70:19 | |
| **after**(21) 7:5  31:12  36:10  55:13  56:11  57:4  57:16  57:25  64:21  65:10  65:23  69:2  70:6  76:6  83:11  85:4  100:24  102:2  103:16  103:23  105:7 | |
| **afternoon**(4) 88:19  93:17  96:5  96:6 | |
| **afterwards**(1) 69:5 | |
| **again**(6) 46:1  55:4  60:20  61:25  70:5  82:13 | |
| **against**(4) 34:10  66:22  67:18  70:23 | |
| **agenda**(3) 7:1  7:2  9:1 | |
| **ages**(1) 108:13 | |
| **ago**(5) 13:11  22:17  103:12  108:12  108:13 | |
| **agree**(7) 28:21  30:25  42:2  47:23  48:10  57:1  57:9 | |
| **agreed**(4) 17:9  21:20  30:4  87:4 | |
| **agreeing**(1) 29:2 | |
| **agreement**(3) 46:7  93:23  104:23 | |
| **agreements**(4) 53:5  56:23  56:24  57:8 | |
| **ahead**(4) 9:7  28:2  29:20  78:24 | |
| **akin**(2) 2:12  4:14 | |
| **alan**(1) 20:25 | |
| **alberto**(1) 2:33 | |
| **alerts**(1) 64:11 | |
| **alex**(1) 55:12 | |
| **alicia**(5) 3:39  77:17  96:20  97:15  98:6 | |
| **alive**(1) 42:21 | |
| **all**(145) 6:10  7:10  9:3  9:4  9:17  9:24  10:25  11:17  12:1  12:9  13:22  16:6  16:16  17:7  18:8  18:24  20:1  20:4  20:21  21:8  25:23  26:12  27:18  29:22  31:12  31:14  32:14  32:22  33:5  35:24  36:2  36:12  38:23  39:6  39:21  40:17  40:18  43:2  44:3  44:15  45:19  46:5  48:12  48:12  49:14  49:15  51:3  52:4  52:7  52:14  52:19  53:10  54:2  55:3  56:13  57:10  58:25  59:20  59:25  60:2  60:3  60:7  61:9  62:20  63:6  64:5  67:18  68:8  68:13  68:24  69:5  69:8  69:11  70:5  70:8  70:10  71:11  72:9  73:1  73:7  74:1  74:21  74:25  76:4  76:4  77:8  77:20  77:25  79:1  79:2  79:7  80:3  80:4  82:5  82:7  83:3  83:7  83:12  84:7  84:13  85:2  85:4  85:11  86:14  86:21  86:22  87:10  88:7  88:7  89:14  89:16  89:20  89:22  93:22  93:9  94:4  94:13  94:14  94:24  96:20  95:21  96:1  96:3  98:23  99:9  99:25  99:25  100:2  100:10  100:12  105:22  107:5  107:9  107:12  107:17  107:25  108:17  108:18  108:18 | |
| **allegation**(1) 65:2 | |
| **allegations**(2) 103:8  105:11 | |
| **allen**(2) 2:25  4:4 | |
| **allocation**(2) 10:9  11:11 | |
| **allow**(2) 46:2  68:10 | |
| **allowance**(4) 63:21  102:8  102:14  102:16 | |
| **alluded**(2) 45:2  93:13 | |
| **almighty**(1) 98:4 | |
| **almost**(3) 47:12  57:4  108:9 | |
| **alpharetta**(1) 13:14 | |
| **already**(12) 21:18  33:15  40:10  75:15  76:11  76:20  76:20  78:23  88:2  88:13  97:23  108:12 | |
| **also**(28) 6:14  12:2  15:25  16:23  17:19  19:25  23:11  60:23  61:7  64:22  64:11  66:12  66:21  68:1  76:17  78:15  79:3  79:8  81:3  84:25  85:3  86:17  87:12  89:12  90:5  101:5  101:22 | |
| **alternative**(2) 37:25  66:6 | |
| **alternatively**(1) 38:7 | |
| **although**(2) 29:4  37:7 | |
| **always**(2) 14:14  106:10 | |
| **amanda**(1) 2:6 | |
| **amend**(1) 8:20 | |
| **amended**(1) 23:21 | |
| **amending**(2) 11:10  11:11 | |
| **amendment**(1) 65:4 | |
| **america**(1) 5:7 | |
| **american**(1) 34:18 | |
| **americans**(1) 15:1 | |
| **americas**(2) 2:28  2:46 | |
| **among**(3) 9:24  10:23  69:8 | |
| **amount**(10) 22:3  22:22  24:3  29:23  34:2  66:20  91:9  91:10  97:18  106:22 | |
| **amounts**(2) 11:14  11:19 | |
| **amtrak**(1) 6:14 | |
| **analysis**(1) 67:22 | |
| **and**(301) 6:15  6:16  6:22  7:6  8:10  8:17  8:19  8:21  9:8  9:9  9:9  9:17  9:20  9:22  10:3  10:9  10:10  10:11  10:14  10:16  10:17  10:19  10:21  10:22  10:23  10:25  11:4  11:5  11:6  11:9  11:11  11:19  11:22  11:24  12:3  12:6  12:8  12:8  12:11  12:13  12:13  12:15  12:16  12:17  12:20  12:21  12:23  12:23  12:25  13:3  13:4  13:5  13:6  13:7  13:10  13:11  13:13  13:14  13:17  13:23  13:23  13:25  13:25  14:5  14:6  14:7  14:9  14:12  14:13  14:19  14:23  14:24  15:2  15:5  15:6  15:7  15:12  15:16  15:19  15:21  15:22  15:22  15:23  15:25  16:2  16:4  16:7  16:11  16:13  16:14  16:15  16:21  16:25  16:25  17:5  17:5  17:9  17:13  17:14  17:19  17:22  17:25  18:6  18:7  18:13  18:14  18:15  18:17  18:22  18:24  18:24  19:4  19:4  19:6  19:14  19:16  19:23  20:4  20:11  20:13  20:18  20:19  20:25  21:1  21:2  21:9  21:11  21:15  21:19  21:21  22:11  22:20  22:22  22:3  22:5  22:8  22:11  22:20  22:22  22:25  23:2  23:3  23:8  23:8  23:13  23:18  23:21  23:21  23:22  23:23  24:1  24:2  24:7  24:10  25:4  25:8  25:9  25:13  25:19  26:1  26:2  26:8  26:9  26:10  26:13  26:14  26:20  26:24  26:25  27:6  27:12  27:13  27:14  27:15  27:20  28:14  28:21  29:2  29:6  29:7  29:11  29:11  29:19  29:21  30:2  31:1  31:5  31:12  31:25  31:25  32:3  32:5  32:7  32:7  32:9  32:12  32:13  32:15  32:18  32:18  32:21  33:5  33:13  33:14  33:20  34:4  34:5  34:8  34:9  34:10  34:11  34:18  35:5  35:7  35:8  35:12  35:13  36:3  36:15  36:16  36:18  36:20  37:5  37:5  37:11  37:13  37:14  37:14  37:18  37:19  37:20  37:22  37:24  38:12  38:14  38:15  38:25  39:7  39:13  39:17  39:24  39:25  40:13  40:16  40:17  40:18  40:21  40:24  41:4  41:9  41:16  41:19  41:21  41:25  42:1  42:2  42:6  42:6  42:11  42:19  42:22  42:24  43:4  43:9  43:9  43:11  43:13  43:14  43:15  43:21  43:24  44:2  44:5  44:8  44:10  44:23  45:16  46:1  46:5  46:7  46:7  46:9  46:11  46:12  46:18  46:24  47:6  47:7 | |
| **and**(89) 97:8  97:12  97:14  97:15  97:15  97:16  97:18  97:19  97:24  98:3  98:3  98:4  98:6  98:7  98:7  98:7  98:8  98:10  98:11  98:11  98:12  98:13  98:17  98:17  98:18  98:22  98:25  99:3  99:4  99:8  99:10  99:11  99:11  99:16  99:18  99:18  99:21  99:22  100:1  100:6  100:9  100:9  100:12  101:1  101:10  101:15  101:17  101:25  102:5  102:9  102:12  102:14  102:16  102:19  102:19  102:20  103:4  103:8  103:8  103:11  103:16  103:18  103:19  103:20  103:21  103:25  104:1  104:1  104:6  104:8  104:15  105:6  105:8  105:11  105:12  105:13  105:14  105:15  105:15  105:18  106:1  106:5  106:8  106:10  106:13  107:2  107:6  107:7  107:9  107:10  108:18 | |
| **andrew**(2) 3:11  28:6 | |
| **angela**(1) 5:22 | |
| **ann**(1) 5:14 | |
| **announced**(1) 58:24 | |
| **another**(14) 8:15  14:23  24:23  38:15  40:8  44:17  51:5  71:18  71:22  76:5  79:9  81:15  101:25  105:13 | |
| **answer**(3) 27:22  95:7  102:14 | |
| **answering**(1) 35:25 | |
| **anticipated**(2) 38:3  43:21 | |

| Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|

**any(53)** 10:19 10:20 13:6 23:24 28:10 32:23 36:4 36:7 36:23 37:16 37:21 38:11 38:16 38:19 39:1 41:2 41:12 41:13 43:1 43:10 45:11 45:13 47:6 48:2 50:18 50:18 52:7 55:25 58:18 60:1 62:17 63:22 64:3 64:17 65:1 65:21 66:23 68:21 72:14 72:15 81:5 82:17 87:9 89:14 89:24 91:18 92:18 98:5 98:13 98:21 99:12 103:16 103:22 107:4

**anybody(3)** 30:15 35:1 45:20
**anybody's(1)** 18:12
**anymore(1)** 98:12
**anyone(5)** 38:21 50:16 55:22 62:1 80:8
**anything(18)** 26:6 36:5 39:3 45:18 74:5 77:7 81:11 81:14 82:7 89:15 92:25 93:25 97:23 100:1 104:14 105:17 107:18 108:15

**anywhere(1)** 12:19
**apologize(2)** 86:2 89:20
**appearance(1)** 107:13
**appearances(2)** 4:1 5:1
**appears(2)** 41:21 45:6
**appendix(1)** 43:19
**applications(1)** 44:9
**apply(1)** 75:15
**appreciate(9)** 29:12 35:8 45:10 100:11 100:12 100:13 107:5 107:6 108:5

**approach(6)** 38:6 51:11 59:9 59:14 68:11 74:20

**approached(2)** 56:20 58:14
**appropriate(8)** 22:10 26:15 27:15 28:20 29:15 29:17 64:8 85:24

**approving(1)** 10:9
**approximately(5)** 56:9 57:18 59:2 64:21 66:2

**april(11)** 18:21 18:25 24:12 24:12 31:9 31:14 36:24 40:4 50:7 50:10 84:15 84:17

**are(152)** 6:19 8:10 8:17 8:21 8:24 10:3 11:22 13:3 13:5 13:18 14:10 14:11 14:21 15:2 15:5 15:11 15:11 15:12 15:14 16:2 16:9 17:17 17:21 17:24 17:25 18:2 18:16 19:12 19:18 19:20 19:21 20:2 20:3 20:7 20:12 20:15 21:11 22:4 23:6 24:11 24:11 25:8 25:11 25:17 27:8 27:23 27:24 27:24 28:22 30:7 30:9 30:10 31:6 31:17 32:6 32:7 32:15 32:19 33:6 33:9 34:22 34:23 34:25 35:12 37:4 37:10 37:13 38:2 38:18 39:14 39:15 39:15 39:23 41:1 41:2 41:23 42:3 42:20 42:21 44:9 44:14 44:19 44:22 44:24 45:3 45:4 46:3 46:7 46:13 46:15 47:2 47:11 47:15 47:19 48:8 48:9 48:13 48:22 49:1 50:7 50:12 50:20 51:4 51:12 52:4 52:5 53:5 54:15 59:7 60:19 63:10 66:23 66:25 67:8 67:11 68:1 68:22 71:12 71:14 73:1 74:8 75:3 77:7 79:16 79:19 81:22 85:2 85:10 85:15 85:1 87:15 87:17 87:18 87:19 87:20 87:23 88:5 88:8 88:15 88:22 90:23 91:13 91:18 92:1 94:15 99:4 103:2 103:19 105:12 105:13

**areas(1)** 23:16
**aren't(1)** 28:23
**argentina(3)** 76:24 79:5 98:12
**argue(1)** 50:7
**argued(4)** 63:24 64:7 66:21 104:2
**arguments(4)** 18:12 95:2 95:16 100:19
**arise(1)** 28:23
**arms(1)** 10:15
**armstrong(5)** 44:12 85:18 85:23 86:20
**around(6)** 10:15 11:7 12:9 13:22 14:6 58:...
**arrange(1)** 12:22
**arrive(1)** 87:11
**arsht(3)** 1:23 1:25 5:13

**ask(9)** 13:5 33:2 38:20 45:12 47:6 50:17 82:16 85:9 98:20

**asked(10)** 39:1 45:14 70:1 93:7 99:15 103:25 104:6 105:10 105:14 106:4

**asking(4)** 16:12 20:16 88:17 89:12
**aspects(1)** 84:9
**aspersions(1)** 10:19
**assembled(1)** 90:2
**asserted(1)** 34:10
**assertion(1)** 103:9
**assess(3)** 35:20 38:11 88:6
**asset(5)** 56:24 65:13 67:20 67:23 68:14
**assets(1)** 58:25
**assist(1)** 40:25
**assistance(1)** 40:21
**associated(3)** 23:11 23:12 23:25
**assume(1)** 9:9
**assurance(1)** 36:23
**assurances(1)** 27:14
**assure(2)** 24:2 53:11
**assured(1)** 26:17
**astronomical(1)** 32:7
**attached(6)** 65:3 75:4 75:5 76:14 80:17 102:13

**attempts(1)** 19:2
**attending(2)** 87:15 88:3
**attention(1)** 47:20
**attest(1)** 11:2
**attorney(3)** 80:14 81:9 81:12
**attorney's(1)** 69:22
**attorneys(2)** 81:10 81:10
**audible(2)** 38:22 56:2 60:6 62:19 93:2

**august(6)** 11:8 11:10 11:10 12:5 25:6
**aurelius(2)** 4:44 4:44
**authority(1)** 91:2
**available(14)** 11:12 13:14 22:14 23:2 25:22 28:23 32:15 36:22 44:9 55:22 56:14 62:1 64:5 67:19

**avaya(65)** 61:20 63:13 64:1 64:16 65:6 65:9 66:3 66:6 66:15 66:17 66:25 67:3 67:10 67:10 67:16 71:2 71:3 72:17 72:20 73:1 76:7 76:7 76:9 76:20 76:22 77:4 79:9 79:10 79:24 80:1 80:9 81:4 81:8 81:22 81:25 96:22 96:22 97:11 97:22 98:9 98:19 98:22 99:2 99:4 99:16 99:19 99:21 103:24 104:6 104:18 104:17 104:20 104:21 104:22 104:25 105:10 105:13 105:20 105:22 106:5 106:8 106:23

**avaya's(2)** 67:17 105:18
**ave(1)** 2:34
**avenue(3)** 2:28 2:46 3:6
**avoided(2)** 37:15 38:15
**aware(5)** 66:23 70:13 70:17 70:20 71:2
**awareness(2)** 69:23 70:21
**away(2)** 21:16 101:10
**awful(3)** 14:3 19:2 29:15
**back(27)** 10:8 11:5 19:8 23:7 23:8 28:13 28:14 33:13 37:11 38:14 50:15 50:16 51:24 54:2 54:2 54:4 54:23 56:25 65:13 71:7 75:7 77:7 83:11 83:13 93:21 94:22 107:8

**background(2)** 10:3 69:17
**badtke-berkow(1)** 4:5
**bait(4)** 77:10 81:2 98:8 98:22
**baited(1)** 98:8
**bank(1)** 5:7
**bankruptcies(1)** 70:14
**bankruptcy(6)** 1:1 1:19 33:23 59:17 66:10 97:11

**barrage(1)** 84:21
**base(1)** 106:12
**based(6)** 26:3 33:5 59:12 60:9 64:15

**bashful(1)** 69:12
**basically(2)** 18:17 72:24
**basis(10)** 11:19 34:7 38:2 46:8 46:23 47:6 50:6 60:25 68:1 87:23

**battery(1)** 3:33
**bayard(1)** 2:32
**because(55)** 6:14 14:24 14:25 19:22 21:10 21:14 28:22 30:8 31:13 32:6 33:13 33:22 34:17 36:22 37:10 37:13 38:13 39:16 39:19 40:2 40:7 41:1 42:12 44:20 49:23 54:22 56:10 56:23 57:5 58:5 63:6 65:20 70:13 70:16 71:3 71:7 71:9 72:3 73:4 73:22 74:4 75:15 76:10 76:25 78:19 79:25 87:7 87:12 90:9 98:19 98:24 100:4 105:10 105:20 108:9

**become(2)** 28:25 102:9
**becoming(1)** 33:6
**been(74)** 7:10 8:16 9:17 9:18 9:21 10:25 11:1 11:15 12:9 14:2 14:22 15:3 15:19 15:20 16:14 17:3 19:2 19:6 21:17 22:19 22:23 23:17 23:18 25:10 26:13 28:12 28:17 28:21 29:3 29:24 30:5 30:16 32:9 33:13 33:20 34:1 34:16 34:19 35:2 35:7 36:11 37:9 37:16 38:13 43:12 43:12 46:11 47:12 47:13 53:19 55:19 58:6 66:7 66:8 66:10 70:18 71:19 87:13 89:22 90:7 93:1 93:14 97:17 97:18 101:15 101:20 101:22 102:3 102:5 102:20 104:15 105:15 106:7 106:17

**before(28)** 11:19 9:18 9:23 12:4 23:17 23:19 25:16 25:20 26:1 26:9 27:22 29:10 37:9 37:11 38:5 38:19 41:9 46:1 49:22 51:23 55:20 60:25 82:22 85:2 95:17 100:5 105:15 108:19

**begin(2)** 6:25 61:16
**beginning(4)** 10:20 18:25 44:13 48:21
**begins(1)** 48:14
**behalf(12)** 2:12 28:7 30:11 39:12 55:7 82:18 90:21

**behind(4)** 35:3 99:4 101:2 101:21
**being(18)** 15:11 18:21 27:21 33:17 34:15 41:3 42:23 49:20 58:22 65:8 70:11 70:13 85:15 87:23 88:13 95:11 97:11 101:16

**believe(16)** 6:9 16:13 19:16 29:16 29:19 32:12 35:2 43:19 54:19 62:6 63:1 64:19 68:22 71:13 72:5 86:17

**believed(2)** 78:2 101:11
**believes(2)** 46:9 58:5
**belknap(1)** 2:44
**bench(2)** 74:20 89:8
**benefit(5)** 19:14 19:14 52:22 56:14 67:19 87:6 87:7 101:10 101:12 101:16 102:5

**benefits(9)** 21:17 56:10 58:3 67:10 68:20 70:1 100:22 101:17 104:19

**besides(2)** 77:3 81:12
**best(7)** 16:14 19:15 22:13 24:2 25:2 68:8 97:19

**bet(1)** 94:21
**better(8)** 19:11 19:24 25:7 31:10 38:8 38:11 64:23 67:10

**between(11)** 13:3 16:24 22:4 43:7 57:5 57:22 67:20 92:9 97:13 101:23 102:6

**beyond(2)** 25:4 41:9
**bidder(1)** 99:4
**big(4)** 14:6 29:7 30:8 96:22
**bit(8)** 10:3 10:18 10:19 10:20 21:7 43:5 54:23 61:15

**bold(1)** 81:5

**bolded(1)** 80:23
**bomhoff(2)** 93:4 93:6
**bond(1)** 3:10
**bondholder(3)** 9:25 47:3 47:6
**bondholders(12)** 19:3 19:7 22:5 27:23 28:7 33:1 44:16 46:24 47:3 48:18 53:4 53:5

**bono(1)** 46:23
**bonus(1)** 56:12
**borne(1)** 32:7
**boss(2)** 33:15 33:18
**both(17)** 9:18 30:9 30:10 32:5 38:5 38:10 39:25 40:7 41:8 45:9 51:25 52:6 87:2 88:23 89:3 90:1 90:23

**botter(2)** 2:14 4:17
**bottom(2)** 98:4 100:3
**bought(1)** 75:25
**boundary(1)** 106:15
**bounds(1)** 31:3
**brain(1)** 72:9
**brandon(1)** 1:38
**brass(1)** 5:4
**brazil(1)** 82:2
**break(2)** 53:25 55:14
**breakfast(1)** 83:23
**breaks(1)** 37:10
**brian(2)** 4:41 90:21
**brickley(2)** 4:24 4:25
**brief(2)** 9:23 46:2
**briefly(3)** 41:15 41:17 52:20
**briefs(1)** 18:24
**bring(3)** 43:5 43:24 65:15
**bringing(1)** 44:19
**broad(2)** 20:13 20:14
**bromley(63)** 1:32 9:1 9:5 9:11 9:13 9:16 9:20 10:6 10:7 11:4 13:10 13:17 13:21 14:18 20:21 20:23 20:24 21:6 22:12 22:20 24:5 25:3 28:11 39:2 39:3 39:4 39:7 39:25 45:21 45:23 46:1 46:17 46:22 47:1 48:2 48:4 48:8 49:5 49:24 50:1 51:19 52:23 53:6 54:3 54:6 84:2 87:13 89:17 89:18 90:19 91:25 92:5 92:8 92:12 92:15 92:23 92:24 93:9 93:11 93:14 93:23 94:19 108:21

**bromley's(2)** 24:17 53:12
**brought(6)** 8:16 34:21 65:18 71:10 71:11 72:10

**brussels(1)** 12:13
**bryant(1)** 2:15
**bubbling(1)** 11:23
**buchanan(1)** 2:19
**build(2)** 88:24 98:3
**building(1)** 19:12
**bullen(1)** 4:37
**burden(1)** 20:5
**burn(1)** 40:2
**business(13)** 59:3 61:21 63:8 63:16 63:18 65:21 65:25 66:5 66:5 101:14 101:24 102:22 104:13

**businesses(2)** 67:25 67:25

| Word | Page:Line |
|---|---|
| but(106) | 6:12 10:21 11:12 11:25 13:21 14:3 14:8 14:15 15:5 15:20 17:10 18:2 19:10 19:12 20:5 20:9 20:16 21:6 21:8 21:12 22:15 23:20 24:21 27:22 30:16 30:20 31:7 31:21 32:1 32:4 32:10 32:25 33:17 33:21 33:23 34:5 34:22 34:23 35:3 35:11 35:21 36:5 37:12 38:8 39:14 40:1 40:20 41:20 42:13 43:1 43:18 45:17 46:8 46:14 46:22 47:1 48:4 48:11 50:20 52:2 52:15 53:7 56:18 58:12 60:12 61:7 62:22 64:4 64:24 65:7 65:16 66:10 67:4 68:7 69:1 69:2 70:24 71:3 72:2 72:25 73:13 78:16 79:17 81:9 81:11 87:4 91:13 94:5 95:17 97:5 97:8 97:14 97:21 98:16 98:25 99:6 99:20 101:21 102:17 103:15 104:18 104:22 105:16 106:15 106:21 106:23 |
| buyer(1) | 101:24 |
| buyer's(1) | 66:12 |
| buyers(4) | 57:7 66:12 68:3 101:9 |
| buyout(1) | 63:7 |
| bye-bye(2) | 94:13 94:14 |
| calaman(1) | 109:12 |
| calibrate(1) | 38:12 |
| call(15) | 7:16 12:21 13:25 28:10 30:7 53:16 69:3 69:4 77:13 79:11 81:17 82:2 89:4 93:19 98:13 |
| called(2) | 64:10 79:10 |
| calling(2) | 83:8 98:7 |
| calls(1) | 12:20 |
| calm(1) | 7:11 |
| came(5) | 16:18 21:9 50:11 72:24 76:7 |
| camera(1) | 35:17 50:20 |
| can(39) | 11:2 12:10 12:21 14:7 22:2 22:25 24:3 24:24 30:18 31:15 31:23 39:18 40:15 40:17 40:25 42:8 46:2 46:13 47:15 47:17 50:13 51:21 52:15 53:11 70:7 79:17 81:17 83:5 85:18 87:8 88:16 89:10 89:11 93:1 93:25 94:5 96:15 99:7 101:19 |
| can't(4) | 51:15 93:20 94:25 104:20 |
| canada(11) | 5:35 7:5 7:23 12:11 20:22 21:2 30:12 31:20 32:24 36:5 88:23 |
| canadian(10) | 2:20 2:38 16:2 21:1 21:1 34:10 39:12 82:20 92:3 93:9 |
| canadians(1) | 15:1 |
| candidates(1) | 97:13 |
| canned(1) | 77:19 |
| cannot(4) | 12:18 13:24 36:23 84:20 |
| capital(4) | 4:20 4:44 4:44 5:26 |
| care(1) | 80:6 |
| careful(1) | 88:11 |
| caring(1) | 98:4 |
| carry(1) | 97:24 |
| case(14) | 1:5 6:21 17:20 18:11 20:19 21:13 26:16 31:15 31:25 34:6 34:13 59:9 59:11 79:19 81:13 85:3 88:2 |
| cases(5) | 20:7 59:1 62:21 68:7 71:4 |
| casting(1) | 10:19 |
| categorize(1) | 11:16 |
| caused(1) | 34:2 |
| cautious(1) | 88:11 |
| caution(1) | 73:18 |
| cci(1) | 75:24 75:25 |
| cdma(1) | 65:23 |
| center(3) | 77:13 96:21 98:13 |
| certainly(18) | 19:10 19:18 33:8 33:9 40:16 42:8 45:16 52:25 54:5 61:13 66:7 73:17 84:18 92:19 94:16 94:21 100:1 100:15 |
| certainties(1) | 27:13 |
| certification(3) | 88:17 108:2 109:5 |
| certify(1) | 109:6 |
| cetera(2) | 42:7 42:13 |
| chairs(1) | 87:17 |
| challenging(1) | 65:20 |
| chance(2) | 19:15 83:4 |
| change(1) | 32:10 |
| changed(3) | 26:18 26:20 57:11 |
| changing(2) | 32:2 98:11 |
| chaotic(1) | 84:15 |
| chapman(1) | 3:24 |
| chapter(2) | 1:8 59:1 |
| charge(1) | 82:1 |
| charging(5) | 46:13 46:15 46:17 46:18 46:19 |
| chase(1) | 3:12 |
| check(1) | 83:11 |
| chooses(1) | 106:16 |
| chose(1) | 56:10 |
| chris(1) | 2:5 |
| christmas(1) | 100:5 |
| chung(1) | 5:7 |
| cindy(1) | 4:9 |
| circumstances(8) | 13:4 15:15 28:22 39:25 56:16 66:20 67:5 68:9 |
| circus(1) | 51:17 |
| cites(1) | 64:8 |
| city(1) | 94:6 |
| claim(5) | 54:18 55:10 55:11 56:9 58:2 58:21 59:23 60:2 60:8 61:3 64:10 67:2 67:12 107:22 108:2 |
| claimant(3) | 54:21 83:10 96:4 |
| claimant's(1) | 73:19 |
| claimants(13) | 63:3 68:22 68:25 73:9 90:22 90:24 91:18 100:18 104:20 107:6 107:17 107:17 107:25 |
| claims(19) | 54:9 54:11 54:15 55:11 55:13 56:25 56:7 59:14 60:4 61:19 62:7 63:4 67:3 67:6 67:18 68:10 68:13 68:19 94:15 103:17 |
| clarification(2) | 69:17 90:13 |
| clarify(5) | 48:24 89:15 100:21 106:2 106:2 |
| class(1) | 94:6 |
| clear(14) | 28:19 31:19 44:21 46:19 51:11 58:9 60:9 60:19 84:14 87:16 88:4 88:5 92:8 92:16 |
| clearly(1) | 39:20 |
| cleary(3) | 1:30 5:17 55:6 |
| clerk(3) | 6:2 54:11 83:15 |
| client(2) | 44:13 91:15 |
| client's(2) | 41:5 52:25 |
| clients(6) | 32:7 39:14 40:3 52:24 53:1 91:1 |
| clip(1) | 65:22 |
| close(1) | 62:9 |
| closed(2) | 65:23 99:5 |
| closing(5) | 63:7 64:22 65:10 96:13 103:10 |
| co-jurist(1) | 83:17 |
| coda(1) | 43:4 |
| cohesive(2) | 17:18 18:15 |
| coincide(1) | 88:24 |
| colleague(3) | 31:1 77:21 79:10 |
| colleagues(3) | 32:24 36:4 103:18 |
| collectively(2) | 30:21 30:22 |
| collier(1) | 5:10 |
| colloquy(1) | 89:20 |
| combination(1) | 85:5 |
| come(17) | 12:22 19:8 20:16 26:1 27:12 43:13 50:16 50:22 51:7 58:11 66:1 69:11 73:22 75:14 93:21 94:22 96:5 |
| comfort(1) | 84:19 |
| coming(6) | 12:2 26:2 27:6 86:21 91:13 107:7 |
| commence(1) | 12:6 |
| commencement(1) | 24:12 |
| commend(2) | 29:1 35:5 |
| commendable(1) | 22:24 |
| comment(5) | 24:18 45:8 69:22 87:1 87:12 |
| comments(9) | 46:25 47:2 47:2 47:2 47:8 48:17 52:5 70:3 93:4 95:16 |
| commit(2) | 13:7 84:20 |
| commitment(1) | 27:12 |
| committee(5) | 2:5 2:39 4:8 4:14 39:12 |
| companies(2) | 12:15 99:2 102:9 |
| company(10) | 12:19 13:6 58:23 60:13 60:22 60:23 71:5 97:3 101:11 102:1 |
| company's(1) | 101:2 |
| compensated(2) | 59:16 60:14 |
| complaining(1) | 79:8 |
| complaint(1) | 78:25 |
| complaints(1) | 76:22 |
| complete(5) | 23:12 23:19 31:9 42:20 57:7 |
| completed(6) | 22:15 23:19 26:13 27:8 36:11 51:22 |
| completely(6) | 28:16 28:21 28:25 74:12 74:15 81:19 |
| completing(1) | 57:6 |
| completion(2) | 26:13 56:13 |
| complex(1) | 21:15 |
| complicated(1) | 13:24 |
| complications(1) | 65:18 |
| comprehensive(1) | 85:7 |
| conaway(1) | 3:22 |
| concern(11) | 29:3 29:5 29:8 30:8 37:3 40:17 44:4 67:25 69:1 85:14 87:3 |
| concerned(5) | 50:9 87:14 105:11 |
| concerns(9) | 11:22 19:4 19:16 19:7 19:18 32:4 79:17 84:13 89:11 |
| conclusion(3) | 20:17 26:3 58:11 |
| concrete(1) | 56:14 |
| concur(1) | 91:21 |
| conduct(2) | 27:11 65:6 |
| conduit(1) | 73:5 |
| confer(13) | 17:10 26:10 26:14 26:20 26:25 40:17 48:25 50:21 51:6 52:15 52:16 52:16 93:19 |
| conference(4) | 79:11 82:2 85:1 85:3 |
| confers(1) | 10:14 |
| confess(1) | 33:11 |
| confidence(3) | 25:25 26:4 37:20 |
| confident(2) | 18:8 42:4 |
| confidential(3) | 38:1 42:17 85:22 |
| confidentiality(1) | 53:5 |
| confidentially(1) | 38:9 |
| confirmed(1) | 87:14 |
| confusion(5) | 6:11 70:12 70:13 70:15 |
| conglomeration(1) | 16:2 |
| connection(10) | 59:3 61:21 63:16 67:1 68:3 68:13 101:8 101:14 101:24 102:22 |
| consensual(3) | 10:25 52:1 52:1 |
| consensually(1) | 27:4 |
| consensus(4) | 9:23 20:13 20:14 31:25 |
| consequence(1) | 34:24 |
| consequent(1) | 23:22 |
| consider(6) | 31:11 31:19 43:1 84:17 106:5 106:23 |
| considerable(2) | 21:17 26:2 |
| consideration(4) | 60:16 72:12 73:9 73:15 |
| considered(2) | 59:8 70:24 |
| considering(1) | 70:23 |
| consolidation(1) | 34:7 |
| constituency(1) | 39:15 |
| constructive(1) | 17:4 |
| consult(4) | 46:2 52:25 64:13 80:13 |
| contemplated(4) | 31:4 32:3 32:4 45:9 |
| contend(2) | 70:18 71:9 |
| content(1) | 9:5 |
| contention(1) | 70:25 |
| contest(1) | 39:13 |
| contested(3) | 55:10 63:11 63:12 |
| context(2) | 23:9 47:9 |
| continue(3) | 34:12 51:4 88:6 |
| continued(4) | 2:2 3:2 5:2 73:11 |
| continuing(1) | 14:1 |
| continuous(1) | 57:14 |
| contrarian(1) | 5:25 |
| contrary(1) | 60:10 |
| control(5) | 13:2 25:4 25:12 25:18 67:14 |
| convenient(1) | 19:1 |
| conversation(2) | 20:15 93:15 |
| conversations(3) | 10:23 17:4 50:4 |
| cooperated(1) | 60:21 |
| cooperation(1) | 22:22 |
| coordinated(1) | 29:13 |
| coordinating(1) | 71:3 |
| coordination(2) | 40:7 57:21 |
| core(4) | 17:9 86:15 89:24 90:3 |
| corners(1) | 68:15 |
| correct(7) | 24:19 43:4 45:7 89:2 102:25 105:22 109:6 |
| correctly(4) | 20:18 41:19 42:14 105:8 |
| correspondence(3) | 69:17 69:25 72:11 |
| cosgrove(2) | 90:11 90:13 |
| cost(10) | 22:8 23:10 23:11 23:23 23:25 30:14 40:2 46:6 53:8 87:3 |
| costing(3) | 43:11 43:14 86:1 |
| costly(1) | 21:15 |
| costs(7) | 19:19 32:6 32:7 43:9 43:20 43:20 46:3 |
| could(25) | 12:5 27:7 31:2 31:9 34:16 34:19 34:20 35:2 37:7 41:15 45:16 46:8 57:1 58:22 59:19 64:23 67:14 67:17 68:8 68:12 80:15 82:21 86:11 94:19 108:3 |
| counsel(10) | 8:21 9:4 9:8 14:9 47:2 47:9 89:10 105:13 105:18 108:2 |
| counterparty(1) | 63:17 |
| countervailing(1) | 42:5 |
| countries(1) | 12:16 |
| country(2) | 36:18 40:15 |
| couple(6) | 6:17 11:24 15:9 48:13 93:17 95:15 100:18 |
| course(15) | 21:5 27:7 31:10 34:9 36:20 53:2 54:24 62:21 63:2 73:15 91:7 93:21 93:22 103:21 104:24 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

court(256) 1:1 6:3 6:10 6:16 6:20 6:24 7:3 7:7 7:9 7:14 7:18 7:21 7:23 8:4 8:7 8:8 8:12 8:23 9:3 9:11 9:19 10:5 10:11 13:9 20:21 20:22 21:3 21:4 24:10 26:19 26:25 27:19 28:1 28:4 28:8 33:2 33:5 33:16 33:24 35:10 35:24 36:2 36:7 36:12 36:18 37:19 38:21 38:23 39:3 39:6 39:8 39:20 40:6 40:20 40:22 43:9 45:13 45:21 45:25 46:15 46:21 47:10 48:1 48:3 48:7 49:2 49:4 49:9 50:1 51:13 51:16 51:18 52:7 52:9 52:12 52:18 53:2 53:10 53:18 53:22 54:1 54:5 54:8 54:12 54:17 54:22 55:1 55:3 55:8 55:15 55:20 55:23 56:3 56:3 56:7 57:24 59:22 59:25 60:3 60:7 60:9 60:10 60:18 60:25 61:2 61:5 61:9 61:12 61:15 61:23 62:3 62:5 62:6 62:12 62:15 62:17 62:18 62:20 62:25 67:23 68:10 68:17 68:21 68:24 69:8 69:11 69:15 69:18 69:19 70:4 71:14 71:18 71:21 72:1 72:15 72:23 73:3 73:7 73:17 73:22 74:3 74:7 74:14 74:18 74:20 74:22 74:25 75:3 75:7 75:9 75:12 75:17 75:20 76:8 76:13 76:16 77:23 78:5 78:8 78:12 78:14 78:16 78:21 79:2 79:20 80:8 80:17 80:20 80:22 80:25 81:21 81:24 82:5 82:7 82:10 82:12 82:16 82:20 82:23 83:1 83:3 83:7 83:10 83:16 83:19 83:20 83:22 84:4 84:6 85:24 87:1 89:1 89:7 89:14 90:17 90:18 91:3 91:16 91:24 92:14 92:22 92:24 93:12 93:22 94:1 94:3 94:9 94:11 94:14 94:18 94:21 94:24 95:4 95:6 95:12 95:14 95:18 95:20 95:23 96:1 96:7 96:12 96:17 98:20 99:13 99:25 100:11 100:15 100:25 101:4 101:18 102:11 102:23 103:1 103:17 104:4 105:2 105:5 105:22 105:25 106:19 107:1 107:5 107:7 107:12 107:20 107:23 108:4 108:7 108:9 108:12 108:15 108:17 109:1

court's(1) 60:16
courtesy(1) 70:19
courtroom(10) 1:10 8:21 38:21 54:4 55:21 60:4 62:1 62:8 68:22 75:15

courtrooms(1) 42:6
courts(37) 10:7 11:8 16:12 16:13 17:19 19:1 21:11 22:10 27:5 27:13 30:8 32:23 37:7 37:11 37:25 38:1 38:3 38:5 38:9 38:10 40:7 40:25 41:8 45:2 45:10 45:17 47:13 47:20 48:4 49:23 50:23 50:25 51:7 51:25 90:1 90:23 93:20

covered(3) 23:17 102:7 107:24
covers(1) 61:7
creditors(7) 2:38 4:15 30:11 30:12 39:12 40:4 41:2

creditors'(1) 2:4
creeping(2) 84:21 84:21
criteria(1) 106:12
critical(3) 17:8 56:11 57:6
critically(3) 30:16 32:20 35:12
criticism(1) 35:8
cross(3) 55:22 62:2 63:1
cross-border(2) 8:16 11:19
cry(1) 81:20
cumulative(1) 33:19
current(5) 16:6 18:19 20:1 38:8 106:13
currently(2) 16:9 31:4
curtail(1) 47:20
customer(3) 77:14 78:25 79:8
customers(2) 77:16 79:12

daily(2) 46:8 87:23
dan(1) 2:45
daniel(1) 2:27
dannacher(1) 5:29
dark(2) 43:9 43:10
data(1) 1:40

date(40) 12:8 18:18 21:12 24:13 26:11 30:17 31:3 31:11 31:14 32:14 35:13 35:14 36:22 36:24 37:8 37:13 37:17 37:22 37:23 38:14 40:9 40:22 41:20 41:22 42:3 42:8 42:15 43:1 43:5 43:25 45:15 47:17 57:2 57:10 58:9 84:19 84:22 87:5 100:5 109:12

dated(8) 76:20 78:13 78:19 81:4 97:21 100:7 105:9 105:19

dates(19) 17:21 18:5 18:9 18:10 18:22 19:5 20:3 20:3 22:3 24:7 24:9 25:13 25:21 28:22 29:1 29:2 30:23 32:1 40:16 29:6 37:9 94:10 94:12 109:1

day-to-day(2) 47:5 50:6
days(14) 12:9 15:3 15:5 15:5 15:18 17:4 23:3 48:9 76:19 96:12 100:4 100:6 107:10

deadline(2) 16:7 17:24
deadlines(2) 14:3 18:23
deal(13) 9:8 12:1 26:15 31:2 35:16 40:18 41:6 48:2 52:11 64:24 65:12 77:17 93:16

dealing(3) 12:16 25:3 48:9
deals(2) 59:4 66:15
dealt(3) 34:3 34:8 34:12 34:23
debate(1) 22:3
debenture(2) 2:44 3:4
deborah(1) 5:13
debtor(2) 5:13 66:2
debtors(67) 1:12 1:23 2:21 3:23 20:12 21:1 44:6 44:8 51:10 55:7 55:10 55:16 55:21 56:8 56:14 56:15 56:16 56:20 57:17 57:19 58:1 58:4 58:10 58:12 58:16 58:20 58:24 59:1 59:6 59:9 59:13 59:17 59:20 59:22 61:19 63:4 63:11 64:2 64:6 64:13 64:15 64:20 64:22 64:24 65:8 65:11 65:12 65:16 66:7 66:10 66:14 66:16 66:23 67:8 67:11 67:14 67:16 67:19 67:23 68:5 68:1 68:17 93:9 101:23 102:18 103:9 103:23

december(22) 16:7 16:10 16:25 17:11 17:23 18:3 26:23 43:6 45:6 48:23 49:1 49:10 49:14 49:15 51:23 69:20 75:1 76:13 76:18 96:19 99:15 100:4

decent(1) 97:16
decide(3) 50:25 80:4 80:14
decided(1) 97:9
decision(6) 21:9 35:22 37:16 37:21 97:11 107:8

decisions(2) 20:20 47:21
decker(1) 5:18
declaration(10) 55:17 55:19 55:24 56:17 61:2 61:25 62:5 62:18 62:23 102:14

dedicated(1) 11:15 72:13 77:8
defending(1) 87:18
defer(3) 36:4 38:6 93:6
deferment(1) 84:17
deferral(1) 43:1
deferred(2) 32:13 37:17
definitive(1) 51:11
degree(5) 25:17 25:24 26:4 36:23 37:20
delano(1) 4:9
delaware(10) 1:2 1:12 2:34 3:6 3:27 6:1 8:11 10:11 89:23 93:15

delay(9) 23:9 23:11 23:25 29:6 29:7 40:8 44:14 44:14 81:6

demised(1) 98:16
denied(2) 73:13 73:13

dentons(1) 5:35
department(3) 12:21 12:22 97:1
departure(4) 56:18 57:2 57:10 58:6
deposed(3) 30:13 33:17 34:15
deposition(11) 12:12 13:19 13:24 15:8 15:16 16:3 22:1 22:23 23:4 88:3 88:4

depositions(33) 11:1 11:14 12:6 12:8 12:10 12:24 13:1 14:21 15:4 15:12 15:19 16:1 16:6 16:8 18:14 18:24 21:22 22:22 25:19 27:8 28:15 30:1 33:6 33:21 34:17 43:12 46:11 51:3 87:16 87:21 87:21 88:7 88:7

derek(1) 1:24
described(1) 10:24 102:10
description(6) 63:15 64:4 64:9 64:12 102:7 102:12

deserve(1) 98:19
designed(1) 67:21
desirable(2) 84:16 84:22
detail(1) 56:18
detailed(1) 43:20
details(2) 41:6 41:12
determination(2) 53:13 86:10
determine(1) 64:7
determined(1) 79:16
determining(1) 38:4
development(2) 29:23 30:6
dialed(1) 6:7
diaz(1) 1:40
did(29) 10:21 37:1 45:21 48:17 60:22 62:8 62:10 64:24 66:14 67:3 67:14 70:16 70:22 70:23 72:18 73:19 77:8 79:17 80:8 81:15 84:2 84:17 87:5 88:4 94:3 97:5 99:19 99:20 104:18

didn't(24) 28:10 52:22 70:7 70:17 70:20 71:21 74:5 76:23 77:6 77:7 77:19 79:5 79:6 79:18 81:9 81:14 81:16 81:19 81:20 90:9 94:5 103:11 104:13 105:17

difference(1) 102:6
differences(1) 67:19
different(10) 15:9 57:7 73:10 73:14 74:12 74:15 75:4 101:20 102:1 103:17

differently(1) 102:21
difficult(4) 14:20 27:21 28:25 35:20
difficulty(1) 84:18
digested(1) 107:9
diligence(1) 35:6
dimsdale-gill(1) 5:22
dine(1) 4:29
direct(1) 37:7
directed(2) 49:16 63:2
direction(3) 40:6 41:10 87:25
disallow(1) 59:23 68:19
disastrous(1) 38:15
disbursements(1) 89:13
discipline(1) 50:14
disclose(2) 38:9 90:24
disclosed(1) 65:9
disclosure(1) 42:17
discovery(8) 10:10 11:17 12:6 34:2 42:19 50:22 51:3 51:22

discriminated(2) 66:22 77:10
discrimination(1) 67:7
discuss(3) 22:2 80:8 84:9
discussed(2) 61:8 84:8
discussing(1) 41:21
discussion(2) 12:23 50:8
discussions(2) 57:4 103:21
dismiss(2) 34:4 41:4
disposing(1) 91:7
disposition(1) 84:9
dispute(1) 91:5
disputes(1) 11:22

dissent(1) 22:5
distance(1) 100:12
distinguish(2) 57:22 101:23
distributed(1) 90:3
distributing(1) 91:9
district(1) 1:2
dividing(1) 15:14
division(2) 97:12 99:2
divorced(1) 92:15
divorces(1) 81:11
dla(1) 2:38
docket(5) 45:3 74:6 74:13 75:11 102:13
document(10) 75:4 75:5 75:14 76:10 76:10 76:16 76:16 78:6 78:17 78:23 83:5

documents(15) 11:5 11:16 11:17 29:25 55:19 60:18 61:1 82:21 85:12 88:7 93:8 95:4 95:9 104:23 107:9

does(8) 13:11 15:17 21:16 35:2 45:20 48:19 58:16 67:11

doesn't(4) 19:23 32:10 66:12 106:13
doing(10) 15:10 16:14 16:14 35:6 42:25 46:12 46:22 52:24 52:25 52:25

dollar(1) 98:4
don't(57) 6:9 6:11 7:10 15:4 19:10 19:11 19:12 20:24 22:5 24:7 29:16 30:6 32:1 32:2 32:9 35:2 40:24 41:3 41:12 41:25 43:1 43:14 43:15 45:15 46:14 48:18 50:17 52:18 53:6 53:7 66:13 69:1 69:1 69:3 69:12 71:9 71:17 77:14 80:6 80:6 81:11 83:7 84:4 87:24 91:4 91:19 94:14 95:23 98:11 98:19 98:24 98:24 99:3 99:6 99:8 99:23 104:16

done(13) 10:16 12:6 14:8 15:6 18:1 18:3 18:20 18:21 23:18 25:15 27:7 38:13 47:17

door(3) 58:22 67:18 68:12
doors(1) 99:5
doubt(1) 19:20
dow(1) 4:24
down(7) 12:21 53:16 59:10 74:4 99:14 99:16 107:3

downsizing(1) 65:6
downward(2) 31:19 31:20
due(3) 16:10 78:25 99:12
duration(1) 27:14
during(5) 57:16 59:17 88:24 89:5 104:17
duty(1) 98:2
each(10) 11:15 14:9 14:9 15:14 25:20 40:24 59:8 65:3 65:16 66:20

earlier(6) 37:8 43:6 60:23 68:12 87:5
earliest(2) 21:12 45:7
early(3) 26:11 38:14 72:17
easy(3) 13:12 13:12 14:5 14:20 65:13
echo(2) 36:20 48:17
economic(4) 30:9 30:13 53:3 53:9
ecro(1) 1:38
effect(1) 64:8
effective(3) 22:8 48:2 53:8
effectively(3) 17:23 30:14 51:21
efficiencies(1) 35:2
efficient(7) 15:19 21:14 22:7 24:2 27:16 34:16 53:8

efficiently(2) 30:14 31:16
effort(3) 28:12 28:16 87:2
efforts(2) 22:18 25:2
eight(4) 65:17 76:19 100:4 100:6
either(5) 27:1 27:14 39:1 44:22 63:24 71:9 84:22

election(1) 60:13
electric(1) 13:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**electronic**(3) 1:46 11:17 109:7
**element**(1) 17:15
**elicited**(1) 33:7
**eligible**(1) 59:15
**eliminated**(1) 47:25
**elizabeth**(1) 34:20
**else**(5) 22:7 38:21 38:23 42:10 45:20
**emea**(3) 3:22 8:19 93:8
**emean**(1) 34:11
**emotional**(1) 82:6
**employed**(7) 13:5 60:15 60:16 71:7 73:12
102:4 102:9

**employee**(20) 57:13 60:14 63:15 63:17
63:18 63:22 71:5 72:12 72:13 75:22 75:23
76:6 76:21 77:8 100:22 102:18 106:11
106:14 106:16 106:17

**employee's**(1) 106:13
**employees**(57) 44:14 44:15 56:13 56:14
58:23 59:2 59:3 59:10 61:20 63:9 64:6
64:11 64:13 64:24 65:12 66:2 66:4 66:8
66:13 66:16 66:17 66:17 66:24 67:2 67:4
67:6 67:11 67:15 67:17 68:2 68:3 68:6
68:8 68:11 72:16 80:7 97:16 98:2 99:5
99:7 101:9 101:13 101:23 101:25 102:21
102:21 103:10 103:19 103:23 104:1 104:5
104:9 104:9 104:15 105:17 105:20 105:22

**employer**(1) 98:2
**employment**(17) 57:14 58:16 59:13 60:21
63:7 63:10 63:13 63:17 63:22 64:1 68:2
75:17 75:19 77:1 80:15 81:4 98:8

**enable**(1) 49:20
**enabling**(1) 60:22
**end**(17) 9:8 9:8 12:4 18:11 18:18 18:20
22:8 23:6 23:23 24:10 41:3 43:15 43:22
53:12 77:14 98:10 99:19

**endorsed**(1) 22:9
**endorsement**(1) 84:11
**engineers**(1) 72:21
**england**(1) 28:14
**english**(1) 14:25
**enhancement**(1) 75:25
**enjoy**(1) 94:10
**enormous**(3) 11:14 34:2 47:16
**enough**(5) 15:2 15:3 72:13 88:2 99:7
103:20 105:6

**ensure**(3) 29:5 32:5 32:8
**entail**(1) 41:25
**entails**(1) 13:10
**entered**(3) 10:13 11:9 11:10
**enterprise**(7) 34:8 61:21 63:8 64:22 65:19
66:4 104:12

**entire**(3) 31:21 34:19 43:13
**entirely**(3) 30:22 46:19 49:16
**entitled**(11) 58:5 58:17 59:12 63:10 63:18
67:11 68:14 101:7 101:12 101:15 106:17

**entitlement**(1) 64:17
**entity**(1) 102:9
**entrance**(1) 8:4
**enumerated**(1) 63:23
**equally**(1) 30:19
**equipment**(1) 98:10
**equivalent**(1) 31:20
**ericsson**(14) 56:11 56:20 56:22 56:25 57:3
57:12 57:15 57:17 57:21 58:1 58:14 59:1
60:17 73:12

**ernst**(2) 2:19 4:4

**esq**(41) 1:24 1:31 1:32 1:33 2:5 2:6 2:13
2:14 2:20 2:26 2:27 2:33 2:39 2:45 3:5
3:11 3:17 3:24 3:31 3:32 4:5 4:9 4:11
4:15 4:17 4:25 4:29 4:33 4:37 4:41 4:45
5:4 5:7 5:10 5:14 5:18 5:22 5:25 5:29
5:32 5:36

**essential**(2) 17:14 87:10
**essentially**(2) 47:24 105:3
**establishing**(1) 10:9
**estate**(4) 46:16 46:19 85:15 91:13
**estate's**(1) 14:10
**estates**(7) 33:11 34:10 34:11 34:11 47:12
65:16 92:10

**esther**(1) 5:7
**europe**(4) 12:11 28:15 87:16 87:24
**even**(13) 22:5 24:15 31:9 31:18 34:4
52:22 58:7 60:22 75:14 77:1 77:6 90:25
106:16

**evening**(1) 28:14
**event**(1) 17:10
**events**(2) 12:10 24:6
**ever**(1) 10:25
**every**(6) 28:12 28:23 30:4 35:7 46:8 85:5
**everybody**(5) 22:15 31:8 39:18 43:11
**everybody's**(1) 6:15
**everyone**(7) 6:3 16:17 53:23 54:12 83:12
87:17 90:15

**everything**(5) 17:1 35:6 90:9
**evidence**(10) 17:17 56:4 60:19 61:1 62:23
62:23 82:18 82:22 95:7 95:11

**exactly**(10) 7:3 7:7 16:20 46:13 49:24
50:6 51:14 54:25 55:16 66:9

**examination**(4) 23:16 25:18 25:22 55:22
**examinations**(3) 18:14 21:23 26:14
**examine**(2) 62:2 63:1
**examined**(2) 25:9 25:10
**examining**(1) 87:18
**example**(1) 30:21
**exceed**(1) 23:24
**excellent**(2) 6:16 107:1
**exception**(4) 14:13 15:16 15:17 44:16
**exchange**(3) 21:24 93:16 101:16
**exchanged**(1) 11:20
**exchanges**(1) 11:5
**exchanging**(1) 50:19
**excuse**(2) 90:20 94:16
**exercise**(9) 9:22 9:24 10:16 11:21 11:23
13:7 13:24 14:1 14:11 15:25 19:19 43:11
46:5 46:7 47:16 49:15 50:3 50:14 51:20
52:3 86:1 89:21

**exercises**(3) 10:18 14:10 20:9
**exhausted**(2) 23:1 23:3
**exhibit**(3) 74:11 95:8 96:3
**exhibits**(1) 96:2
**existing**(2) 12:19 14:4
**expect**(1) 27:20
**expectation**(2) 20:2 58:12
**expected**(2) 23:24 30:1
**expedite**(1) 23:4
**expedited**(1) 34:24
**expended**(1) 88:12
**expense**(3) 34:21 85:10 87:22
**expenses**(11) 19:21 86:14 87:20 88:13
89:24 90:5 90:6 90:24 90:25 91:19 92:6

**experience**(3) 46:5 46:8 88:2
**experience**(3) 33:5 96:10 96:13
**experienced**(1) 28:13
**expert**(13) 16:9 18:13 18:19 21:24 21:24
23:18 25:19 31:15 42:17 42:21 50:12 85:2
88:10

**experts**(26) 18:11 18:15 22:1 23:22 30:7
30:19 30:22 30:22 31:2 31:6 31:7 31:7
31:7 31:17 35:19 37:4 37:10 37:13 37:18
38:2 38:10 41:13 43:2 50:9 50:10 50:16

**explain**(1) 91:8
**explained**(1) 101:2
**explanation**(1) 101:13
**expressed**(1) 56:21 84:18
**extend**(2) 28:20 30:3
**extending**(2) 19:18 48:20
**extension**(7) 17:8 17:15 20:1 29:21 29:22
32:21 41:23

**extensions**(1) 17:22
**extensive**(1) 10:14
**extent**(7) 24:4 25:11 35:4 42:21 86:12
86:13 104:22

**extra**(4) 48:19 48:20 76:2 78:25
**extraordinarily**(1) 46:4
**extraordinary**(1) 22:19
**extremely**(6) 21:14 40:5 41:1 41:10 44:19
88:11

**eye**(2) 96:9 96:13
**face**(1) 31:24
**facing**(1) 44:22
**fact**(33) 10:21 11:13 11:25 12:14 14:13
14:18 15:1 15:10 15:20 17:24 17:25 21:22
22:8 23:17 24:9 26:12 30:4 36:24 42:11
46:24 50:22 51:21 58:12 60:21 63:13 64:6
67:10 80:8 85:16 101:6 102:6 103:11
104:15

**factor**(1) 53:13
**factors**(2) 25:4 59:8
**facts**(6) 60:9 60:10 60:25 62:22 103:16
103:22

**factual**(3) 23:19 55:20 65:1
**fair**(3) 59:14 66:4 79:13
**fairly**(1) 22:25
**fairness**(1) 72:11
**faith**(1) 20:2
**fallback**(1) 93:8
**family**(1) 34:19
**far**(3) 13:3 34:16 65:24 75:23 81:12
**fara**(1) 3:31
**farallon**(1) 4:20
**farr**(2) 4:40 90:21
**fashion**(7) 17:19 18:16 20:20 27:11 66:22
87:9 107:7

**faster**(1) 19:23
**fear**(1) 31:16
**feasible**(1) 87:11
**february**(1) 18:20
**fee**(2) 85:7 85:10 89:21
**feel**(6) 18:8 20:4 77:9 97:3 97:19 98:15
**feeling**(2) 97:2 98:1
**fees**(13) 86:14 87:19 89:11 89:12 89:24
90:4 90:5 90:24 90:25 91:13 91:19 92:6
92:19

**feld**(2) 2:12 4:14
**female**(1) 75:23
**few**(8) 13:3 31:24 54:15 88:15 94:22 97:6
100:6 107:10

**fewer**(1) 33:20
**fiduciaries**(2) 47:11 47:12
**fifteen**(4) 77:25 96:25 104:3 104:4
**fifth**(1) 65:3
**fight**(1) 22:21
**figure**(1) 16:19 103:16
**file**(6) 16:9 16:17 18:24 38:1 43:13 75:6
**filed**(11) 45:16 55:16 55:19 58:2 58:23
65:4 70:16 74:6 100:24 103:14 105:8

**filing**(2) 18:23 68:12

**filings**(1) 27:23
**final**(1) 83:10
**finally**(1) 21:25
**finance**(1) 12:22
**financial**(2) 14:6 97:5
**find**(6) 13:12 23:5 71:21 78:3 80:25 99:3
**fine**(4) 83:4 93:24 94:1 108:4
**finger**(1) 2:4
**fingers**(1) 30:15
**finish**(2) 15:22 17:1
**finished**(2) 16:8 50:21
**finite**(2) 23:2 25:8
**firm**(1) 45:15
**firms**(2) 14:6 14:10
**first**(16) 8:22 8:25 12:3 16:23 46:3 54:20
55:9 69:9 69:22 83:2 87:17 99:8 104:6
104:11 104:17 105:14

**firsthand**(1) 28:11
**fits**(2) 17:19 17:19
**five**(10) 15:15 30:22 30:22 31:2 35:19
47:12 53:25 80:11 81:17 94:19

**fix**(1) 42:14
**fixed**(2) 40:9 42:4
**fixing**(1) 42:2
**flew**(1) 28:13
**floor**(1) 1:26 3:18
**flown**(2) 34:17 34:18
**fly**(3) 15:22 15:23 52:18
**flying**(2) 28:14 43:12
**focus**(2) 17:11 51:2
**focused**(1) 49:23
**follow**(4) 18:10 18:22 89:14 94:6
**followed**(3) 21:23 21:24 21:25
**following**(2) 81:5 84:23
**follows**(1) 56:19
**footprint**(1) 65:20
**for**(194) 1:2 1:23 2:4 2:19 2:32 2:38 2:44
3:4 3:10 3:22 3:37 4:4 4:8 4:14 4:20 4:24
4:28 4:36 4:44 5:4 5:7 5:10 5:13 5:25
5:28 5:32 5:35 6:5 9:16 10:11 10:11 12:2
12:12 12:22 13:13 13:13 13:13 13:18 15:1
15:18 16:3 19:1 19:9 20:10 20:16 21:1
21:22 22:3 25:22 25:22 27:18 28:5 28:15 28:18
29:6 29:8 29:18 29:21 30:21 31:19 32:22
34:4 34:21 35:1 35:6 35:20 35:21 35:24
36:8 36:17 36:25 38:14 39:24 40:5 41:23
43:15 43:20 43:21 44:3 45:15 47:12 48:16
48:19 48:20 50:17 52:2 52:21 53:18 54:6
55:6 55:25 55:25 56:9 56:13 57:2 57:7
58:2 58:13 58:18 58:21 59:15 59:16 59:18
59:23 60:8 61:6 61:19 63:5 63:22 64:23
65:1 65:12 67:2 67:3 67:6 67:9 67:12
67:16 67:21 68:1 68:6 68:11 68:16 68:19
68:21 69:14 70:1 70:2 70:24 72:8 72:12
72:20 73:1 73:5 73:6 75:15 75:16 76:1
76:3 76:6 76:19 77:9 77:12 77:19 79:14
79:17 79:20 79:23 79:25 80:1 80:2 80:3
80:4 80:6 80:7 81:8 83:6 83:21 83:23
85:10 85:19 86:2 87:6 87:7 87:7 88:23
89:12 89:19 89:24 91:2 91:14 91:19 92:3
93:1 93:7 94:15 94:22 96:4 96:7 96:18
97:3 97:12 97:22 97:23 100:4 101:10
101:16 101:23 102:3 104:19 105:12 105:20
105:20 107:13 107:18 108:2

**force**(3) 76:13 78:10 104:25
**forecast**(3) 25:2 25:2 43:22
**forecasted**(1) 58:8
**forecasts**(1) 22:14
**foregoing**(1) 109:6
**foreign**(2) 31:7 44:3
**forfeit**(2) 80:9 102:15
**forfeited**(1) 57:19
**forgot**(1) 108:9
**form**(3) 42:16 84:11 88:14
**former**(9) 59:10 61:20 64:24 65:12 66:8
67:17 68:1 98:2 102:21

| Word | Page:Line |
|---|---|
| **forth**(4) 11:5  18:6  56:25  58:19 | |
| **forthcoming**(1) 84:12 | |
| **forward**(9) 8:25  10:17  27:16  32:11  69:12  73:22  90:15  93:18  96:5 | |
| **found**(1) 102:19 | |
| **four**(10) 12:10  14:23  16:24  26:17  29:11  44:17  44:23  68:15  77:5  84:25 | |
| **four-week**(2) 39:24  45:4 | |
| **fpn**(2) 76:10  76:20 | |
| **frank**(1) 22:19 | |
| **frankly**(11) 12:13  13:7  16:21  18:7  19:6  23:2  23:8  23:20  50:11  50:24  51:9 | |
| **fred**(1) 2:13 | |
| **free**(1) 64:13 | |
| **french**(1) 14:25 | |
| **frequently**(1) 22:2 | |
| **from**(67) 20:25  22:6  24:12  27:16  28:13  29:4  30:5  32:25  36:16  40:6  40:22  41:5  41:7  42:24  43:16  44:13  44:13  53:12  54:10  56:18  57:14  57:18  59:20  63:10  64:2  64:5  65:14  65:24  66:5  66:12  66:25  67:2  67:9  67:12  68:25  69:3  72:25  73:10  73:14  74:18  77:4  81:4  81:15  81:18  81:22  81:23  81:24  81:25  83:14  84:9  84:13  85:11  86:21  90:15  90:19  90:21  92:16  94:23  95:19  96:16  96:19  97:22  98:6  104:20  106:5  106:8  108:1  109:7 | |
| **front**(4) 25:25  32:16  43:18  47:13 | |
| **fruitful**(1) 10:22 | |
| **full**(4) 15:18  16:24  19:15  57:4 | |
| **full-time**(1) 63:6 | |
| **fuller**(1) 37:19 | |
| **fully**(4) 29:12  35:7  46:9  107:9 | |
| **fund**(1) 92:3 | |
| **funds**(1) 85:16 | |
| **further**(13) 19:9  26:6  37:12  38:16  39:3  63:20  82:8  88:12  93:1  100:1  107:18  108:15  108:16 | |
| **future**(4) 58:10  58:14  58:16  98:9 | |
| **gained**(2) 30:2  35:3 | |
| **gallagher**(1) 4:40 | |
| **galore**(1) 96:23 | |
| **garden**(1) 13:15 | |
| **gave**(6) 72:18  77:5  80:25  95:1  97:4  97:14 | |
| **general**(2) 13:13  36:9 | |
| **geographic**(1) 106:15 | |
| **georgia**(1) 13:14 | |
| **get**(26) 12:21  14:7  15:6  20:6  35:13  35:13  40:21  41:12  42:6  42:10  42:10  42:11  44:1  46:14  48:11  54:23  69:3  72:10  73:18  77:19  88:10  91:4  93:17  98:18  99:20 | |
| **getting**(4) 28:17  66:13  70:9  75:10 | |
| **gianis**(1) 5:25 | |
| **give**(8) 10:3  12:18  27:13  69:16  71:7  81:9  83:5  95:6 | |
| **given**(12) 19:13  20:8  23:2  26:2  27:9  27:10  27:12  27:23  34:25  39:24  53:9  88:18 | |
| **gives**(1) 44:4 | |
| **global**(2) 34:7  65:20 | |
| **goal**(4) 11:13  49:25  50:18  51:1 | |
| **goes**(3) 15:16  15:18  102:16 | |

| Word | Page:Line |
|---|---|
| **going**(70) 7:16  10:5  10:17  11:5  11:6  11:7  13:18  14:4  16:5  16:7  17:13  17:13  17:14  20:7  24:9  24:22  30:7  35:20  36:25  41:24  45:1  48:5  49:8  49:17  49:18  50:4  50:5  50:5  50:7  50:10  50:12  50:15  50:15  50:19  50:20  50:21  50:22  51:3  51:4  51:6  51:12  51:13  51:14  51:19  53:15  54:19  58:10  67:25  69:22  71:2  73:8  73:19  75:20  76:2  76:11  79:13  79:15  80:23  81:13  84:2  84:23  86:20  87:20  88:8  91:6  94:1  95:6  99:10  100:8 | |
| **gone**(3) 22:18  71:18  76:12 | |
| **good**(30) 6:3  6:4  6:6  7:18  8:1  8:3  8:13  9:12  9:13  9:3  9:6  12:3  20:4  28:4  28:5  48:13  55:3  55:5  55:9  69:6  85:25  86:23  94:11  96:5  96:6  97:3  97:12  97:18  102:17  108:18  109:11 | |
| **goodman's**(2) 21:1  90:2 | |
| **got**(23) 10:22  43:2  48:12  76:7  77:4  77:19  78:22  80:1  80:12  81:16  82:4  82:10  96:8  98:6  98:12  98:13  98:17  99:7  99:9  99:12  100:7  101:25  102:4 | |
| **gotten**(4) 99:16  99:17  99:23  99:24 | |
| **gottlieb**(3) 1:30  5:17  55:7 | |
| **governed**(1) 102:23 | |
| **grant**(2) 16:12  36:21 | |
| **granted**(1) 24:22 | |
| **gray**(1) 4:32 | |
| **great**(8) 8:5  21:10  35:4  40:1  46:5  60:24  87:3  87:22 | |
| **greater**(3) 25:11  37:20  40:17 | |
| **greatest**(1) 24:4 | |
| **gregor**(1) 5:29 | |
| **gross**(19) 1:18  8:21  9:7  9:13  20:25  27:17  32:19  38:18  45:2  45:11  52:10  53:16  55:5  83:18  84:5  84:8  86:25  88:21  91:17 | |
| **grossly**(1) 3:10 | |
| **group**(9) 3:10  9:25  12:14  12:15  28:7  44:13  66:13  96:3  97:12 | |
| **grow**(2) 98:3  98:15 | |
| **guarantee**(4) 19:11  24:20  25:24  47:17 | |
| **guaranteed**(1) 24:15 | |
| **guarantees**(1) 40:13 | |
| **guess**(2) 93:12  100:3 | |
| **gump**(2) 2:12  4:14 | |
| **guyder**(1) 2:27 | |
| **guys**(1) 86:22 | |

| Word | Page:Line |
|---|---|
| **had**(76) 10:13  10:22  10:24  11:15  11:18  12:1  12:2  12:4  12:10  12:25  13:4  14:3  15:4  16:1  16:4  21:6  22:14  22:17  24:7  29:24  34:1  34:3  40:10  40:10  49:13  53:6  56:23  57:5  57:13  57:20  58:6  58:9  58:12  60:23  64:14  64:17  65:20  66:8  66:9  66:10  67:10  71:6  71:6  71:15  71:21  72:2  75:6  75:11  77:5  77:14  77:15  77:18  80:13  83:23  84:8  87:13  87:14  90:14  93:9  93:13  95:10  97:7  97:23  98:22  99:12  99:14  99:21  103:5  103:13  103:14  103:25  104:6  106:5  106:22  107:24 | |
| **hadley**(3) 3:10  4:8  28:6 | |
| **half**(5) 19:15  29:11  64:21  65:10  77:2 | |
| **hall**(1) 2:26 | |
| **hamilton**(3) 1:30  5:17  55:7 | |
| **hand**(3) 21:12  31:17  31:25 | |
| **handed**(2) 82:25  104:25 | |
| **hands**(1) 27:5 | |
| **hanukkah**(1) 16:23 | |
| **happen**(8) 11:7  13:19  20:8  30:19  32:14  50:13  51:19  84:23 | |
| **happened**(8) 6:11  13:11  22:12  75:17  76:5  76:9  78:24  97:9 | |
| **happening**(4) 12:9  12:10  47:5  90:10 | |

| Word | Page:Line |
|---|---|
| **happens**(7) 16:23  30:14  48:14  97:8  98:5  98:25  102:8 | |
| **happy**(5) 20:15  43:23  76:6  96:24  104:24 | |
| **hard**(6) 7:10  9:21  18:2  20:6  31:8  33:18 | |
| **harrisburg**(1) 1:42 | |
| **harrison**(1) 1:42 | |
| **has**(46) 7:24  9:17  13:23  19:6  21:6  22:12  22:22  22:23  24:5  26:9  26:18  26:20  28:12  28:16  28:21  29:3  29:25  29:7  30:16  32:9  34:21  34:24  36:4  37:15  37:16  38:13  38:13  43:13  45:3  47:4  53:7  55:19  58:4  60:1  60:10  60:18  61:24  63:11  64:7  65:3  66:21  68:21  73:11  78:23  80:21  107:4 | |
| **hasn't**(2) 30:5  104:23 | |
| **hat**(1) 33:12 | |
| **hauer**(2) 2:12  4:14 | |
| **have**(257) 6:17  7:5  9:5  9:22  10:1  11:1  12:8  12:17  12:23  13:21  13:22  14:2  14:19  14:21  14:22  14:23  15:5  15:19  15:20  15:21  15:22  15:23  16:4  16:14  16:21  17:9  17:9  17:23  18:5  18:5  18:22  19:3  19:13  20:8  20:9  20:10  20:16  21:11  21:17  22:2  22:18  22:19  23:1  23:3  23:17  24:6  24:11  25:5  25:5  25:7  25:8  25:10  25:16  25:24  26:3  26:4  26:9  26:12  27:10  27:18  27:24  28:11  29:1  29:12  30:12  30:17  30:24  30:25  31:19  31:21  32:3  32:16  32:23  32:24  33:10  33:12  33:14  33:19  33:20  33:25  34:1  34:2  34:2  34:8  34:11  34:14  34:14  34:15  34:16  34:19  34:20  35:2  35:1  35:18  36:7  36:10  37:4  37:20  38:3  38:9  39:21  40:6  40:13  40:15  42:5  42:9  42:10  42:16  43:8  43:15  43:18  45:1  45:2  45:11  45:13  46:11  46:25  47:1  47:8  47:13  47:15  47:20  48:6  48:9  48:16  48:25  49:10  50:3  50:12  50:20  50:25  51:3  51:5  51:11  51:20  51:21  51:21  51:24  52:10  52:14  53:3  53:4  53:19  54:22  55:13  55:16  57:19  58:23  60:1  61:6  61:15  62:6  62:21  63:12  63:24  64:11  64:17  64:17  64:20  64:23  65:1  65:6  66:5  66:7  67:1  67:6  68:6  70:11  71:19  72:12  72:14  72:15  73:23  73:25  74:3  74:10  74:10  74:18  74:24  76:2  76:10  78:7  78:10  78:14  78:15  79:1  79:5  79:6  79:22  80:15  81:7  81:11  81:14  81:18  82:3  82:17  82:24  83:4  83:5  84:8  84:10  84:13  84:18  85:25  86:9  86:21  86:22  87:9  87:24  88:8  88:16  88:21  88:22  88:24  89:11  89:15  89:18  90:1  91:4  92:2  93:14  93:18  94:19  94:25  95:15  96:4  96:24  97:17  97:18  98:21  99:8  99:16  99:17  99:22  99:23  99:24  100:10  101:6  101:15  101:20  101:22  102:3  102:5  102:18  102:20  103:9  104:2  104:15  106:7  106:17  106:22  107:3  108:3 | |
| **haven't**(2) 16:4  61:8 | |
| **having**(12) 13:18  15:3  16:8  23:12  26:1  27:3  32:16  34:18  37:8  38:13  93:14  93:20 | |
| **he'd**(1) 10:25 | |
| **he's**(4) 13:14  39:19  56:3  58:5 | |
| **head**(1) 93:23 | |
| **hear**(12) 37:1  39:5  39:18  45:24  48:17  52:14  68:25  79:22  84:20  89:9  95:18 | |
| **heard**(10) 19:3  36:16  41:5  44:13  45:22  52:14  52:19  60:10  68:23  83:22 | |
| **hearing**(7) 7:2  47:1  62:20  93:1  93:7  103:15  109:3 | |
| **hearings**(2) 96:8  105:7 | |
| **heavily**(2) 18:13  65:17 | |
| **heavy**(1) 20:5 | |
| **hello**(1) 73:25 | |
| **help**(3) 41:7  76:22  98:9 | |
| **helped**(2) 98:3  98:15 | |
| **helpful**(6) 40:5  41:1  41:11  63:2  88:9  91:22 | |
| **helping**(1) 107:7 | |

| Word | Page:Line |
|---|---|
| **her**(5) 55:23  62:2  62:5  65:3  106:7 | |
| **here**(45) 6:15  9:8  10:4  10:11  10:14  14:14  15:7  16:11  20:13  20:17  21:7  24:22  25:6  28:24  29:8  29:11  31:10  31:22  37:14  38:21  39:15  40:20  41:6  43:9  46:4  47:3  47:13  50:10  51:2  52:3  60:24  80:16  80:24  81:2  88:13  88:18  89:23  92:18  93:15  96:20  97:2  103:11  105:19  107:9  107:13 | |
| **there's**(1) 79:20 | |
| **hesitant**(1) 31:23 | |
| **hesitation**(2) 10:20  21:10 | |
| **high**(2) 25:24  26:4 | |
| **highlighted**(1) 81:5 | |
| **hilton**(1) 13:15 | |
| **him**(7) 21:6  43:20  34:21  42:2  58:14  79:11  101:2 | |
| **hindsight**(1) 19:14 | |
| **hired**(2) 57:12  72:19 | |
| **his**(19) 36:16  42:25  45:3  56:10  57:14  57:17  57:21  58:5  58:6  58:7  58:8  58:10  59:18  59:23  60:20  64:10  73:12  73:13  93:23 | |
| **history**(1) 21:7 | |
| **hoc**(3) 3:10  4:8  28:7 | |
| **hodara**(1) 2:13 | |
| **hogan**(2) 4:36  5:21 | |
| **hold**(3) 17:13  53:15  61:10 | |
| **holder**(1) 30:10 | |
| **holiday**(1) 88:23 | |
| **holidays**(1) 12:2 | |
| **home**(1) 81:15 | |
| **honest**(1) 47:14 | |
| **honor**(80) 6:6  6:13  6:19  7:8  7:24  8:24  24:24  28:5  28:9  31:13  31:23  32:12  32:18  33:4  33:8  33:22  34:9  35:4  36:1  36:3  36:6  36:13  39:5  39:11  41:15  42:18  43:17  44:19  45:23  47:23  49:25  52:3  54:3  54:14  54:14  54:25  56:6  60:1  61:4  62:24  66:15  69:7  69:13  69:16  73:25  76:17  80:11  81:8  82:11  82:15  82:19  84:2  85:9  85:14  86:11  86:24  90:20  91:12  92:22  92:23  94:17  94:20  95:9  96:6  96:10  100:17  103:25  104:8  105:15  105:24  106:3  107:4  107:11  107:14  107:15  107:16  107:21  108:8  108:20 | |
| **honorable**(1) 1:18 | |
| **honors**(15) 16:14  17:3  20:11  20:19  21:19  23:1  24:6  29:8  29:12  30:10  35:20  52:3  89:18  91:23  93:11 | |
| **hoop-dee-doc**(1) 96:22 | |
| **hope**(4) 18:7  20:8  50:23  88:9 | |
| **hoped**(1) 67:9 | |
| **hopefully**(10) 15:11  31:5  51:25  52:1  73:19  83:13  87:10  88:5  93:19  99:23 | |
| **hordes**(1) 88:2 | |
| **horse**(1) 98:25 | |
| **hours**(3) 15:6  15:14  23:3 | |
| **how**(45) 8:4  8:10  10:16  10:21  16:20  17:5  17:12  17:13  24:21  25:7  26:16  29:25  29:25  30:1  30:7  35:19  38:11  43:11  43:14  45:1  45:16  46:13  48:19  48:21  49:9  49:17  50:4  50:5  50:6  51:14  64:25  67:14  69:2  69:2  73:10  86:1  90:7  91:8  98:25  99:3  99:17  103:9  103:23  104:16  106:4 | |
| **howard**(1) 1:33 | |
| **hubbard**(1) 3:30 | |
| **hughes**(1) 3:30 | |
| **hypothetical**(2) 30:18  31:6 | |
| **i'd**(4) 27:22  42:18  43:17  108:4 | |
| **i'll**(13) 36:4  54:2  55:9  55:12  71:4  73:14  80:25  83:12  85:23  92:2  94:22  100:19  103:5 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

i'm(38) 6:6 6:7 7:10 7:13 7:21 14:14 26:19 33:21 33:23 36:25 41:6 46:12 46:17 69:22 73:8 73:19 73:21 75:9 79:21 80:23 82:24 84:6 89:3 89:12 89:12 90:11 91:1 91:14 93:4 93:18 95:14 95:15 96:16 97:2 98:25 99:17 99:20 100:2

i've(6) 9:18 14:9 46:11 82:10 82:12 107:9

idea(8) 14:10 16:25 49:7 66:11 71:6 85:25 86:23 89:23

ideal(1) 33:25

identified(5) 31:8 31:18 37:4 37:5 67:5

identify(2) 23:16 30:21

identity(2) 37:18 38:7

im'd(1) 82:2

imagine(1) 31:24 70:7 96:15

immaterial(1) 100:9

immediately(3) 11:19 37:11 51:6

immoral(1) 100:9

impact(3) 7:6 70:7 81:7

implausible(1) 30:20

important(16) 10:2 18:16 19:19 20:13 20:17 24:9 26:8 30:17 32:20 33:12 35:12 46:25 48:17 49:16 106:9 106:24

importantly(2) 22:25 24:1

impossible(4) 23:20 37:14 64:7 101:23

impressive(1) 22:23

in-house(2) 105:13 105:18

inability(1) 19:22

inc(2) 1:7 5:11

incentive(2) 57:18 59:20

incentivized(1) 59:11

incidentally(1) 60:15

include(1) 51:13

includes(2) 64:4 106:12

including(2) 41:20 51:14

incomplete(1) 22:17

incurred(3) 34:21 88:13 89:25

indeed(5) 11:24 12:6 54:8 60:21 61:2

india(4) 76:24 77:16 79:4 98:13

indicated(4) 22:12 24:5 44:18 90:14

indicates(1) 78:17

indicating(1) 70:19

indiscernible(8) 39:14 41:14 44:5 86:3 86:5 86:8 86:13 86:17

individual(2) 13:2 68:6

individually(1) 24:9

individuals(2) 13:5 13:22

industry(1) 72:25

inefficiencies(1) 21:14

inefficiency(1) 30:16

inefficient(1) 23:15

inevitable(1) 65:16

inevitably(1) 23:10

information(37) 11:12 11:13 11:20 22:14 22:17 25:1 25:7 26:3 27:10 29:24 30:2 30:6 31:12 32:15 33:6 35:14 35:23 36:22 37:20 43:15 43:23 47:4 65:9 74:1 74:9 74:10 74:12 74:16 74:23 78:3 78:3 80:12 86:20 90:1 91:11 91:20 98:21

informed(1) 99:9

infrastructure(1) 12:25

ingersoll(1) 2:19

initially(3) 57:2 58:14 60:23

initiated(2) 56:15 58:20

initiative(1) 70:20

inn(1) 13:15

inquired(1) 64:16

inside(1) 47:4

installation(1) 72:21

installed(1) 72:21

installments(1) 102:1

instance(1) 12:12

instant(1) 82:3

instructions(2) 86:6 88:18

intend(1) 22:11

intended(2) 65:6 91:14

intent(1) 8:24

intention(1) 97:22

interest(9) 22:20 30:9 30:13 53:4 53:9 56:21 79:5 79:6 97:19

interested(4) 4:20 24:11 99:2 106:3

interesting(1) 86:7

interests(2) 2:33 21:10 57:11

interim(9) 28:22 29:1 29:2 30:23 32:1 41:23 42:25 48:19 48:20

internet(1) 64:6

into(34) 10:13 11:18 12:22 15:16 15:17 17:7 19:5 28:10 28:12 35:6 41:12 43:6 51:16 53:13 56:4 62:18 62:23 65:15 73:1 75:7 82:18 82:22 88:21 88:25 94:13 95:7 95:11

investigation(1) 104:18

involuntary(1) 72:19

involve(1) 93:20

involved(3) 10:25 39:17 92:17

involves(2) 54:18 54:19

ironed(1) 8:9

issue(11) 12:17 26:2 26:8 26:15 42:5 69:22 71:11 93:7 93:12 93:20 107:10

issued(1) 10:8

issues(14) 6:14 8:18 11:17 12:15 15:10 18:1 32:15 33:13 34:6 42:21 48:6 48:10 50:8 65:18

it's(67) 6:15 8:17 10:2 12:13 12:20 13:12 13:12 13:17 14:5 14:8 14:19 14:20 14:24 14:24 14:25 14:25 15:1 15:15 15:17 16:15 16:22 20:12 20:25 28:19 29:8 30:22 33:13 34:14 34:22 34:23 35:19 37:14 39:13 43:19 44:3 46:19 48:16 49:8 49:14 50:21 50:24 51:9 51:14 51:16 51:16 52:1 52:23 53:6 56:11 60:19 65:13 74:11 78:1 79:11 81:2 83:20 84:21 87:13 87:15 91:6 91:25 96:9 96:12 100:9 105:15 106:8 106:24

item(2) 7:1 7:4 8:25

its(4) 97:19 104:21 104:22 104:23

itself(2) 12:20 102:24

jack(1) 5:28

jaime(1) 3:24

james(2) 1:32 3:4

january(14) 26:21 26:25 27:3 27:6 37:6 38:14 43:2 49:3 49:12 57:1 85:4 100:8 105:9 105:19

jewish(1) 12:2

job(16) 56:10 56:11 57:17 70:11 71:18 71:22 76:5 76:21 80:9 80:15 81:19 99:21 101:25 102:4 102:19 106:8

jobs(13) 13:7 13:23 76:9 76:11 76:24 79:4 94:9 95:7

joe(1) 78:1

johnson(1) 4:15

joined(1) 7:25

joint(10) 7:2 7:6 8:25 9:22 27:1 36:17 51:9 90:6 93:1 93:7

jointly(1) 1:6

jonathan(1) 4:33

jones(2) 3:16 4:24

joseph(3) 3:37 4:5 69:13

judge(22) 1:18 1:19 7:24 8:21 9:7 9:13 20:25 27:17 32:19 38:18 45:2 45:11 52:1 53:16 55:5 83:18 83:23 84:5 84:8 86:25 88:21 91:17

judges(3) 25:16 35:16 50:12

judgment(4) 34:4 45:8 45:16 47:22

jump(1) 104:13

jumped(1) 16:17

june(1) 58:23

jurisdictional(1) 91:5

jurisdictions(3) 11:16 30:10 92:17

just(69) 6:20 8:18 14:7 15:2 15:24 26:7 29:16 30:20 33:21 35:17 35:17 39:4 41:4 41:15 43:4 43:17 44:2 45:17 45:23 48:24 51:15 52:16 52:23 53:6 60:3 69:16 73:10 73:17 77:4 77:12 77:21 78:1 78:24 80:1 80:5 81:1 81:3 83:21 84:20 85:9 85:13 86:11 87:1 87:16 89:18 89:22 90:8 90:13 90:15 91:5 91:16 92:5 92:16 94:19 97:24 98:11 98:15 99:12 100:17 100:20 104:7 105:23 106:2 106:8 106:20 107:8 107:19 108:2

justice(99) 6:5 7:16 8:1 8:3 8:5 8:10 8:13 8:15 9:4 9:7 9:14 9:15 10:11 24:14 24:17 24:21 26:6 26:17 26:22 27:17 27:20 28:2 29:4 32:18 33:1 36:3 36:7 36:9 36:14 36:19 36:25 38:18 38:23 38:25 39:9 39:18 39:21 40:10 40:13 41:17 42:24 43:8 43:24 44:2 44:7 44:11 44:21 44:25 45:14 45:19 45:24 48:24 51:12 52:8 52:10 52:13 52:20 52:21 53:11 53:15 54:24 69:3 80:3 83:7 83:11 83:21 83:23 84:5 84:7 85:12 85:18 85:23 86:4 86:6 86:9 86:16 86:19 86:25 87:2 88:20 89:1 89:3 89:10 89:16 89:19 90:11 90:14 90:17 91:4 91:21 92:4 92:11 92:25 93:3 93:25 94:5 94:10 94:11 94:13

justify(1) 46:13

justin(2) 2:33 5:4

kamunting(1) 5:28

karen(1) 4:29

kathleen(1) 2:20

katten(1) 4:28

keane(1) 3:17

keep(2) 24:5 79:12

kent(1) 5:10

kept(3) 72:8 98:7 104:23

kevin(1) 1:18

key(1) 75:24

kimberly(1) 5:25

kind(4) 16:2 41:9 103:20 105:6

king(2) 2:8 3:26

knew(7) 64:20 70:8 78:23 98:22 100:8 103:9 103:23

know(110) 6:11 6:17 8:4 9:20 10:7 15:4 15:10 16:3 18:7 19:2 19:11 20:4 20:23 20:24 24:7 24:21 27:23 29:4 30:7 30:9 34:22 35:22 43:10 43:14 43:14 44:12 45:6 46:6 46:22 46:24 47:16 49:15 50:11 50:17 51:15 51:16 52:4 52:18 53:6 54:23 64:24 69:2 69:21 69:23 70:7 70:8 70:17 70:20 71:3 71:4 71:9 71:12 71:13 72:3 72:6 72:11 72:20 72:25 72:25 73:4 73:9 73:11 74:5 74:6 75:9 75:16 76:4 77:11 77:18 77:20 77:25 78:24 79:6 79:11 79:13 81:16 81:19 81:20 81:20 81:25 83:7 84:4 86:1 88:14 88:22 92:9 92:17 94:25 96:25 97:17 98:24 99:1 99:3 99:6 99:23 103:25 104:2 104:7 104:7 104:8 104:12 104:16 104:16 104:24 105:12 106:4 106:6 106:15 106:21

knowing(2) 45:10 72:2

knowledge(1) 72:15

known(9) 29:24 31:12 37:19 38:7 64:20 65:6 75:6 75:11 102:18

knows(3) 34:9 43:11 67:23

labor(1) 12:2

lack(1) 46:6

laid(5) 82:4 96:25 97:13 99:19 99:22

land(1) 76:5

large(2) 23:9 46:3

largest(5) 30:9 30:11 30:12 53:3 65:20

last(10) 16:16 25:6 29:7 29:20 32:6 32:21 43:21 76:18 94:4 96:4

lasted(1) 77:1

late(5) 8:12 11:8 16:22 42:9 61:22

later(13) 17:10 27:5 33:17 45:11 49:1 49:2 49:6 49:10 55:13 61:14 67:4 85:8 98:5

latter(1) 43:6

laugh(1) 81:20

laughter(26) 7:12 7:15 7:22 8:7 8:9 8:14 11:3 13:16 13:20 14:16 52:17 53:14 53:21 62:11 84:1 84:3 89:6 89:9 92:1 92:7 94:2 94:8 96:11 96:14 108:11 108:14

laura(1) 2:26

law(5) 2:44 3:4 14:6 31:7 80:4

lawsuits(1) 70:23

lawyer(1) 33:23

lawyer's(1) 52:24

lawyers(3) 34:18 87:20 88:3

lay(3) 97:20 97:24 99:7

layoff(1) 74:1

layton(1) 2:4

lead(5) 18:25 21:20 23:20 51:10 105:7

leader(1) 55:18

leading(2) 14:10 14:11

leaf's(2) 83:24 94:4

least(8) 34:18 35:18 38:2 61:16 70:18 72:12 96:25 105:18

leave(6) 42:8 56:10 59:18 60:13 60:22 85:23

leblanc(33) 3:11 28:1 28:2 28:4 28:5 28:6 28:9 33:3 33:4 33:8 33:17 33:25 35:11 36:1 36:3 36:8 36:12 36:13 36:16 36:20 37:1 41:5 41:16 41:18 42:15 42:11 50:9 52:6 52:19 52:21 53:3 53:10 53:11

led(1) 11:4

left(3) 58:23 59:4 102:2

legal(3) 12:21 48:6 48:10

legality(1) 99:19

length(1) 40:23

lengthy(1) 69:2

less(11) 16:24 16:24 19:22 23:7 23:24 25:13 25:13 34:21 38:8 46:8 91:10

lesser(1) 25:11

let(14) 9:20 21:8 33:2 43:13 60:3 72:9 77:25 78:2 78:22 79:4 82:16 91:23 98:20 104:24

let's(3) 71:15 74:18 97:12

letter(5) 75:4 80:15 81:4 81:6 93:17

letters(2) 17:25 93:17

liable(1) 79:23

liberty(1) 1:34

lies(1) 29:20

lieu(1) 70:23

life(1) 70:7

light(1) 12:14

lightly(1) 52:4

like(27) 13:22 18:24 21:6 27:22 33:14 34:3 34:6 47:7 47:7 47:8 44:9 49:9 52:18 68:25 69:8 72:10 73:5 76:23 77:15 78:1 80:13 81:10 87:12 100:4 100:9 106:2 108:12

liked(1) 101:6

likely(2) 26:16 30:1

limine(1) 87:9

limit(2) 14:8 54:23

limited(2) 2:5:1 106:22

line(3) 6:8 98:4 100:5

lined(1) 43:3

linn(1) 4:21

lion(1) 5:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| lipner(73) | 1:31 7:13 7:19 54:19 55:3 55:5 55:6 55:9 55:16 56:4 56:6 56:8 57:25 60:1 61:4 61:6 61:10 61:12 61:14 61:18 61:24 62:4 62:24 63:4 69:6 74:12 75:13 80:20 82:16 82:17 82:19 82:21 82:24 83:3 94:25 95:3 95:5 95:9 95:13 95:14 95:15 95:19 95:21 95:24 95:25 100:16 100:17 101:1 101:5 101:19 102:12 102:25 103:2 103:8 103:14 104:5 105:3 105:6 105:24 106:1 106:20 107:2 107:5 107:11 107:12 107:19 107:21 107:24 108:4 108:6 108:8 108:13 | make(39) | 8:4 12:4 13:14 18:2 19:13 20:6 20:18 20:20 22:14 25:1 32:10 32:21 35:22 38:19 43:5 45:20 46:25 47:14 47:15 47:18 47:21 48:15 52:5 53:8 54:20 59:11 60:3 70:21 73:22 79:22 85:2 87:9 87:12 88:4 88:5 90:8 95:17 107:9 | meet(17) | 9:17 10:14 14:5 14:12 17:9 18:8 19:15 26:10 26:14 26:16 26:20 26:24 40:17 45:25 50:20 51:6 52:15 93:18 | most(15) | 10:17 10:24 20:17 24:1 24:11 25:10 27:15 33:12 39:13 44:9 47:14 49:16 72:3 72:16 72:25 |
| list(1) | 77:20 | makes(3) | 29:15 31:18 37:21 | meeting(6) | 12:23 26:23 51:24 79:18 80:12 82:3 | motion(17) | 8:16 8:20 9:2 9:22 16:17 17:22 21:9 24:22 32:13 32:20 34:3 34:4 36:17 38:4 39:16 39:24 40:6 |
| listed(1) | 17:21 | making(6) | 17:16 30:13 56:21 58:9 97:16 105:12 | meetings(2) | 10:14 12:24 | motions(7) | 18:24 31:19 31:20 41:4 45:9 45:16 47:23 |
| listen(1) | 99:5 |  |  | meets(1) | 106:11 |  |  |
| listening(1) | 87:22 | male(15) | 6:9 9:6 43:17 44:1 85:9 85:14 85:20 86:2 86:5 86:8 86:11 86:17 86:24 92:2 94:17 | melnik(1) | 2:39 | movants(2) | 39:15 39:23 |
| listens(1) | 79:17 |  |  | memory(1) | 105:8 | move(11) | 7:6 16:13 23:6 24:12 25:12 29:1 44:16 54:3 97:13 99:6 106:14 |
| lists(1) | 18:23 |  |  | mentioned(4) | 68:11 78:1 93:9 101:22 |  |  |
| literally(1) | 51:5 | management(7) | 4:20 4:44 4:45 5:26 76:14 78:10 105:1 | merely(2) | 59:7 59:12 | moved(5) | 13:23 37:9 98:19 101:9 101:24 |
| litigant(1) | 86:18 |  |  | messages(1) | 82:3 | movement(2) | 29:2 30:23 |
| litigation(15) | 8:20 9:22 10:2 10:10 10:16 19:15 19:19 21:15 22:6 27:11 28:12 28:23 85:11 89:25 90:6 | manager(3) | 72:3 81:18 82:1 | met(2) | 20:3 25:14 | moving(2) | 10:21 10:22 |
|  |  | managers(1) | 72:7 | michael(3) | 4:21 5:35 5:36 | much(18) | 9:16 21:5 24:8 37:19 43:11 43:14 45:18 53:19 73:16 77:8 82:14 83:9 86:1 87:6 87:7 100:11 106:4 107:13 |
|  |  | mandatory(1) | 85:1 | microphone(1) | 73:23 |  |  |
| litigator(2) | 33:22 33:23 | manhattan(1) | 3:12 | might(13) | 20:8 30:19 35:19 37:23 49:21 52:18 69:2 78:8 93:10 99:5 99:15 99:17 103:6 | mui(1) | 5:28 |
| little(5) | 10:3 43:5 49:23 54:23 61:15 | manner(6) | 48:2 57:23 66:9 66:17 85:22 88:9 |  |  | multiple(5) | 23:22 25:21 46:10 46:10 50:24 |
| lives(1) | 13:6 |  |  | mike(1) | 75:7 | munchin(1) | 4:28 |
| llc(1) | 1:40 | mantra(1) | 7:13 | milbank(2) | 3:10 4:8 | murphy(1) | 2:20 |
| llp(18) | 1:23 1:25 2:12 2:38 2:44 3:4 3:23 3:30 4:4 4:14 4:28 4:32 4:36 4:40 5:13 5:21 5:32 5:35 | manufacturing(2) | 75:24 76:3 | miles(1) | 106:15 | must(6) | 21:13 21:15 22:6 45:15 67:12 92:10 |
|  |  | many(26) | 11:18 12:9 12:16 12:16 13:4 13:11 18:3 29:25 29:25 30:7 31:17 33:12 34:14 38:10 46:11 46:11 50:15 58:22 59:2 68:13 72:7 76:2 87:15 97:4 98:18 104:16 | millbank(1) | 28:6 |  |  |
|  |  |  |  | miller(1) | 3:5 | mutually(1) | 57:1 |
| logistical(1) | 6:14 |  |  | mind(3) | 7:10 29:7 87:13 | myriad(1) | 25:3 |
| logistically(1) | 87:11 | maple(2) | 83:24 94:3 | minimize(1) | 24:3 | myself(2) | 79:9 97:15 |
| logistics(10) | 17:12 26:22 40:18 40:19 40:23 42:6 48:16 49:11 50:4 51:8 | march(6) | 78:22 79:14 96:24 97:25 99:9 99:11 | minute(2) | 53:25 80:11 | name(2) | 81:11 96:15 |
|  |  |  |  | minutes(4) | 54:1 81:17 94:20 94:22 | namely(1) | 106:12 |
| london(4) | 12:12 15:22 34:15 34:17 | maria(1) | 5:18 | misapprehension(1) | 45:5 | narrowing(1) | 15:12 |
| long(22) | 16:20 17:5 17:12 25:7 26:16 29:14 30:1 32:22 34:3 34:12 45:1 48:21 49:8 49:17 50:6 51:14 64:2 69:2 80:14 91:17 97:11 97:15 | mark(14) | 20:25 20:25 21:5 24:16 24:19 24:24 26:7 26:19 26:24 38:25 39:12 39:22 41:15 41:18 | misbehaving(1) | 47:19 | natural(1) | 23:13 |
|  |  |  |  | miss(1) | 74:5 | nature(1) | 27:14 |
|  |  |  |  | misstating(1) | 41:5 | nearly(1) | 65:9 |
| longer(7) | 13:5 29:6 43:10 67:9 70:11 81:18 103:19 | mark's(1) | 48:17 | modification(1) | 88:20 | necessarily(1) | 19:24 |
|  |  | marked(2) | 96:2 107:3 | modifications(1) | 88:15 | necessary(7) | 29:6 32:5 32:9 32:22 38:12 91:7 91:20 |
| look(5) | 15:13 18:18 23:9 65:13 105:16 | market(5) | 1:11 1:26 2:21 2:40 3:18 | modified(1) | 64:12 |  |  |
| looked(1) | 105:16 | marks(2) | 21:4 24:15 | modifying(1) | 11:9 | necessity(2) | 88:6 94:1 |
| looking(8) | 8:5 15:7 27:9 81:8 85:10 90:8 93:4 93:18 | mary(1) | 34:20 | moment(4) | 7:11 12:19 37:1 81:1 | need(22) | 16:20 17:1 17:5 17:5 17:5 19:8 19:10 27:10 37:1 41:7 46:9 47:18 48:4 48:12 48:18 49:8 50:11 51:20 91:11 94:14 98:12 98:17 |
|  |  | massage(1) | 19:3 | moments(1) | 31:24 |  |  |
|  |  | massive(2) | 11:19 88:7 | monday(1) | 84:24 |  |  |
| lose(2) | 94:4 97:5 | material(1) | 80:19 | money(9) | 21:17 22:9 39:14 65:22 80:5 91:9 91:10 97:10 97:18 | needed(6) | 10:16 12:3 16:18 16:20 35:21 88:3 |
| loser(1) | 92:18 | materials(3) | 24:7 74:3 82:10 |  |  |  |  |
| loses(1) | 97:7 | matter(16) | 8:18 8:25 9:10 27:4 37:5 37:14 37:18 38:7 41:13 44:16 52:15 53:16 61:7 91:7 94:15 109:8 | monitor(7) | 2:19 4:4 21:1 44:3 51:10 86:13 90:7 | needless(1) | 96:24 |
| lost(1) | 83:25 |  |  |  |  | needs(3) | 9:25 17:19 17:20 |
| lot(15) | 12:25 14:3 15:8 16:4 16:19 19:2 20:15 29:10 29:15 43:8 73:1 76:22 81:10 87:5 97:5 |  |  | month(3) | 16:22 23:7 103:12 | negative(1) | 81:7 |
|  |  | matters(2) | 6:18 22:22 45:3 52:11 54:16 | monthly(1) | 44:9 | negotiate(1) | 66:8 |
|  |  | matthew(2) | 4:37 4:45 | months(11) | 9:21 19:15 22:16 29:11 64:21 72:9 77:1 77:2 78:25 79:14 80:1 | negotiated(5) | 64:23 65:8 65:11 65:17 |
| louis(2) | 1:31 55:6 | matz(1) | 4:11 |  |  | negotiations(1) | 99:4 |
| love(1) | 47:16 | maximize(1) | 20:10 | montreal(1) | 15:24 | neil(1) | 3:32 |
| loved(1) | 33:19 | maximally(1) | 67:24 | morawetz(98) | 6:5 7:16 7:24 8:1 8:3 8:5 8:10 8:13 8:15 9:4 9:7 9:14 9:15 10:12 24:14 24:17 24:21 26:6 26:17 26:22 27:17 27:20 28:2 29:4 32:8 33:1 36:4 36:7 36:9 36:14 36:19 36:25 38:18 38:24 38:25 39:9 39:18 39:21 40:10 40:13 41:17 42:2 43:8 43:24 44:2 44:7 44:11 44:21 44:25 45:14 45:19 45:24 48:24 51:12 52:8 52:13 52:20 52:22 53:11 53:15 54:24 69:4 83:8 83:12 83:21 84:5 84:7 85:12 85:18 85:23 86:4 86:6 86:9 86:16 86:19 86:25 87:2 88:20 89:1 89:3 89:10 89:19 90:11 90:14 90:17 91:4 91:21 92:4 92:11 92:25 93:3 93:25 94:5 94:10 94:11 94:13 | neither(2) | 60:4 77:4 |
| lovelis(1) | 5:21 |  |  |  |  | network(2) | 94:7 96:21 |
| lovell(1) | 4:36 | may(43) | 6:3 6:5 6:22 6:22 7:4 7:5 10:8 10:10 10:11 11:24 18:1 20:4 23:23 28:24 31:13 32:24 33:14 43:5 43:16 48:8 54:12 61:16 62:22 64:17 65:5 68:6 68:23 76:17 82:16 83:16 83:24 84:24 88:15 88:24 90:15 90:19 92:20 92:21 94:21 96:5 97:18 101:19 106:22 |  |  | networks(3) | 1:7 4:36 96:18 |
| lovely(1) | 13:15 |  |  |  |  | never(5) | 73:5 74:17 77:3 78:2 101:11 106:25 |
| lowenthal(1) | 2:45 |  |  |  |  | new(19) | 1:35 2:16 2:29 2:47 3:13 3:34 13:25 15:23 30:6 59:18 66:13 68:2 79:16 96:16 98:12 99:18 100:6 102:4 102:19 |
| ma  (1) | 103:18 |  |  |  |  |  |  |
| ma'am(1) | 100:16 |  |  | more(24) | 7:19 7:23 13:24 14:7 14:12 20:16 22:9 23:7 26:7 31:15 32:8 34:6 38:12 43:7 44:23 44:24 47:7 49:23 50:17 57:25 58:2 59:21 78:3 106:14 | next(5) | 13:19 14:23 16:22 40:14 61:17 |
| mad(1) | 97:9 |  |  |  |  | nfl(1) | 89:4 |
| made(17) | 13:23 25:2 28:11 29:21 30:3 35:1 35:15 45:7 56:23 60:13 76:4 79:10 86:9 88:16 96:22 97:8 97:11 | maybe(8) | 31:18 48:13 52:2 54:1 81:17 93:17 94:19 103:5 |  |  | nice(3) | 13:17 45:5 66:7 |
|  |  | mccarthy(1) | 1:38 |  |  | nichols(3) | 1:23 1:25 5:13 |
|  |  | mccloy(3) | 3:10 4:8 28:6 | morning(17) | 6:3 6:4 6:6 6:11 8:2 8:3 9:12 9:13 9:14 9:15 10:3 10:8 70:9 70:9 88:18 108:1 | night(2) | 70:10 94:4 |
|  |  | mean(7) | 13:11 19:24 50:2 51:2 58:16 70:8 92:9 |  |  | nni(7) | 55:18 56:11 56:18 56:25 57:2 57:6 57:14 |
| main(2) | 70:25 84:18 |  |  | morning's(1) | 24:8 |  |  |
| maintain(1) | 59:19 | meaning(1) | 31:6 | morris(4) | 1:23 1:25 3:4 5:13 | nni's(2) | 56:22 57:20 |
| maintaining(1) | 32:2 | means(1) | 26:12 |  |  | nodded(1) | 93:23 |
| maintenance(1) | 89:5 | meant(1) | 74:13 |  |  | non-adjournment(1) | 37:22 |
| major(1) | 31:15 40:19 99:1 | meantime(1) | 22:19 |  |  | non-solicitation(1) | 56:23 |
|  |  | mechanism(2) | 41:14 71:6 |  |  |  |  |

| Word | Page:Line |
|---|---|
| **none**(7) | 20:7 20:15 52:4 62:20 63:11 64:15 101:8 |
| **nonetheless**(1) | 57:25 |
| **nor**(2) | 60:4 63:12 |
| **nortel**(54) | 1:7 4:36 12:14 12:20 13:6 13:13 51:16 59:13 59:17 60:12 60:21 61:20 65:5 65:21 66:10 67:1 67:4 67:20 69:21 70:1 70:24 72:6 75:23 75:24 75:25 76:1 76:3 76:7 76:18 76:23 77:4 79:23 79:25 80:2 81:23 81:24 81:25 96:8 96:18 97:3 97:10 97:19 98:1 98:10 98:15 98:15 98:21 99:22 100:22 102:3 103:20 104:15 106:9 |
| **north**(7) | 1:26 2:8 2:21 2:40 3:18 3:26 34:18 |
| **not**(154) | 6:6 6:7 6:8 6:10 10:19 11:12 12:14 12:20 13:8 13:12 13:12 14:4 14:20 14:24 15:2 15:2 15:13 16:5 16:7 16:16 16:20 18:1 19:8 19:22 19:25 21:16 22:7 22:8 23:9 23:15 23:17 23:19 23:24 24:15 24:21 25:13 26:1 26:19 28:18 28:20 29:6 29:24 30:15 30:24 31:7 32:8 34:5 37:11 38:4 39:13 39:20 40:8 40:14 40:19 40:20 41:6 41:20 42:20 42:23 43:10 44:2 44:22 45:6 46:19 46:22 47:2 47:3 48:17 49:14 50:10 50:13 50:14 51:19 51:23 52:1 52:25 53:12 55:23 56:3 56:12 58:7 58:16 58:18 58:19 58:20 59:14 59:15 60:10 60:11 60:14 60:20 62:4 63:10 63:18 64:2 64:24 65:1 65:8 66:23 66:25 67:3 67:7 67:14 67:14 67:21 68:6 68:14 70:13 70:22 71:19 77:1 77:2 77:17 77:21 79:11 79:13 79:21 80:4 82:24 83:17 84:10 84:15 84:22 85:12 85:15 86:9 87:17 87:18 87:19 88:3 88:24 89:20 91:2 91:13 92:15 95:3 98:4 99:15 99:17 99:17 99:20 99:21 100:2 101:7 101:13 102:15 102:18 103:22 105:17 105:22 106:16 106:24 108:19 |
| **note**(6) | 20:13 28:10 45:7 73:10 81:3 81:5 |
| **noted**(1) | 58:8 |
| **noteholders**(2) | 38:17 40:3 |
| **nothing**(10) | 71:10 74:11 74:17 77:11 77:19 77:19 79:16 79:18 99:10 108:15 |
| **notice**(1) | 99:9 |
| **notion**(1) | 29:13 |
| **notwithstanding**(2) | 14:2 22:20 |
| **november**(8) | 1:14 6:1 16:25 51:2 53:20 56:20 57:4 109:11 |
| **now**(27) | 6:15 7:17 13:13 16:21 18:20 25:5 25:20 25:25 26:3 29:16 30:5 37:14 46:14 47:8 47:15 49:13 50:20 52:11 52:19 59:6 61:14 61:18 65:14 71:7 94:25 96:3 99:14 |
| **number**(15) | 22:22 23:2 25:9 27:18 35:17 35:17 35:21 37:10 37:13 38:2 42:22 72:20 81:22 102:13 104:13 |
| **numbers**(4) | 15:8 50:19 103:25 104:7 |
| **numerous**(1) | 65:18 |
| **o'connor**(6) | 4:41 90:20 90:21 91:12 91:16 91:22 |
| **o'connor's**(1) | 92:6 |
| **object**(4) | 32:1 32:1 32:2 60:20 |
| **objected**(2) | 32:19 56:8 63:4 |
| **objecting**(5) | 27:25 63:24 64:16 66:21 67:9 |
| **objection**(22) | 20:10 28:18 28:19 35:9 35:15 36:6 41:19 53:7 55:11 55:25 56:7 59:23 60:8 61:2 61:7 62:7 62:17 65:3 82:17 94:15 95:11 100:24 |
| **objections**(2) | 54:15 68:18 |
| **obligated**(2) | 57:7 66:15 |
| **obligation**(2) | 26:10 66:11 |
| **obligations**(2) | 64:3 104:22 |

| Word | Page:Line |
|---|---|
| **observation**(2) | 45:18 91:6 |
| **observe**(1) | 96:8 |
| **obvious**(1) | 36:15 |
| **obviously**(11) | 8:15 35:19 36:15 38:25 39:14 40:7 41:24 87:3 88:12 104:20 105:19 |
| **occasional**(1) | 22:21 |
| **occur**(8) | 21:21 22:3 29:7 29:14 30:25 31:1 32:14 37:7 |
| **occurred**(1) | 10:24 |
| **october**(1) | 96:19 |
| **off**(13) | 58:24 61:10 70:19 70:22 82:4 96:25 97:14 97:20 97:24 99:7 99:19 99:22 101:6 |
| **offer**(10) | 56:21 57:17 66:5 81:4 81:6 106:5 106:8 106:11 106:12 106:16 |
| **offering**(1) | 106:23 |
| **offers**(4) | 63:6 63:13 66:25 67:2 |
| **office**(1) | 14:12 |
| **officer**(1) | 85:24 |
| **official**(1) | 4:14 |
| **okay**(38) | 6:10 9:7 28:2 38:25 44:1 44:25 46:21 49:4 53:15 54:3 56:3 72:1 72:1 73:3 73:7 74:14 74:19 75:3 76:16 78:21 80:22 82:5 83:1 84:5 86:7 92:4 92:25 93:3 94:21 95:25 96:3 97:7 99:13 100:11 100:16 107:1 108:6 |
| **oldest**(1) | 75:22 |
| **omnibus**(3) | 54:15 55:11 100:24 |
| **onboard**(2) | 79:13 96:24 |
| **once**(4) | 25:10 26:12 27:7 67:15 |
| **one**(66) | 1:34 2:7 2:15 3:12 3:33 7:4 8:18 8:22 10:24 12:13 14:13 15:4 15:10 15:21 15:22 16:5 17:7 19:6 19:7 22:2 26:7 29:3 29:10 31:24 32:6 33:11 33:21 34:19 35:15 38:15 38:23 40:10 47:17 48:22 50:24 51:15 52:2 52:3 54:18 54:18 55:2 55:10 59:21 65:15 65:16 66:13 72:8 76:1 76:3 81:1 82:19 82:24 83:2 87:12 88:2 88:20 89:18 92:9 92:15 96:4 96:8 100:21 102:1 105:12 106:1 107:19 |
| **ones**(3) | 36:10 50:24 98:16 |
| **only**(17) | 7:1 7:6 11:18 23:20 27:7 32:22 51:21 54:15 69:1 73:5 76:19 77:1 79:14 88:12 89:11 103:2 107:2 |
| **onto**(1) | 98:19 |
| **open**(5) | 47:14 58:22 67:18 68:12 93:7 |
| **opening**(2) | 9:23 96:9 |
| **operate**(1) | 50:6 |
| **operating**(3) | 38:4 45:3 90:15 |
| **operations**(2) | 65:7 96:21 |
| **operator**(4) | 7:16 7:24 83:18 83:20 |
| **opinion**(1) | 18:13 |
| **opportunities**(3) | 20:10 68:1 68:5 |
| **opportunity**(5) | 23:16 27:3 62:21 84:8 95:1 101:6 101:9 |
| **opposed**(2) | 45:11 79:24 |
| **opposite**(1) | 42:10 |
| **option**(2) | 40:16 101:15 |
| **options**(2) | 97:7 106:7 |
| **order**(17) | 10:17 11:9 11:10 14:18 31:1 32:2 41:9 41:10 45:15 47:18 61:6 88:15 88:17 91:10 100:19 107:10 108:1 |
| **ordering**(1) | 90:23 |
| **orderly**(1) | 27:11 |
| **orders**(2) | 10:8 107:24 |
| **ordinary**(1) | 23:13 |
| **organize**(2) | 19:23 49:21 |
| **organized**(3) | 8:21 17:18 87:8 |

| Word | Page:Line |
|---|---|
| **other**(45) | 6:17 7:4 8:20 9:24 12:17 13:23 13:23 21:12 25:15 27:2 31:5 31:7 36:9 38:19 40:3 40:24 41:13 44:25 45:3 45:9 47:23 52:11 54:18 55:12 55:13 58:22 59:8 61:19 63:23 65:25 66:15 67:3 71:1 72:5 73:9 73:18 85:5 86:14 87:20 92:12 92:16 102:9 102:15 106:1 |
| **others**(7) | 29:5 37:12 39:2 59:4 68:13 68:16 97:15 |
| **otherwise**(1) | 42:1 |
| **our**(48) | 8:24 9:4 10:15 16:15 17:7 17:17 18:6 25:2 25:17 28:10 28:18 28:19 29:3 29:5 29:7 29:7 31:10 31:25 32:7 34:24 35:8 35:15 36:5 40:2 49:2 52:24 52:24 52:25 53:7 53:9 76:9 76:11 79:17 81:17 87:7 91:13 91:15 92:19 94:6 96:8 97:1 97:12 97:12 98:12 99:2 103:18 105:8 106:21 |
| **ourselves**(4) | 19:13 23:5 23:15 28:13 |
| **out**(30) | 6:13 13:5 13:6 13:6 14:13 16:19 22:16 23:12 24:25 26:7 34:5 37:10 41:24 43:18 50:23 54:2 68:6 71:21 78:3 83:13 84:10 85:6 85:15 90:3 91:13 94:22 102:19 103:16 104:13 105:17 |
| **outcome**(1) | 103:17 |
| **outlined**(1) | 39:25 |
| **outrageous**(1) | 35:18 |
| **outset**(1) | 21:19 |
| **outside**(1) | 13:19 |
| **outsourcing**(1) | 65:7 |
| **over**(33) | 9:21 17:4 21:7 22:21 34:17 34:18 34:21 44:11 51:4 58:9 59:2 68:22 72:7 72:8 76:23 77:17 77:18 80:15 86:25 89:11 90:10 96:22 97:4 97:13 97:20 97:24 98:2 98:3 98:10 98:11 99:6 103:24 105:23 |
| **overly**(1) | 4:4 |
| **overrule**(2) | 59:23 68:18 |
| **overseas**(1) | 75:21 |
| **overy**(1) | 2:25 |
| **owed**(1) | 39:13 |
| **own**(1) | 46:19 |
| **oxford**(3) | 3:32 93:14 93:23 |
| **oxygen**(1) | 89:7 |
| **p.m**(6) | 54:10 83:14 83:14 94:23 94:23 109:3 |
| **paced**(1) | 15:20 |
| **pachulski**(1) | 3:16 |
| **package**(11) | 27:9 74:11 75:16 76:2 77:3 77:5 81:12 96:2 97:21 99:24 105:4 |
| **packages**(3) | 67:19 97:14 97:17 |
| **packet**(2) | 74:13 80:13 |
| **page**(3) | 17:21 81:2 90:9 |
| **paid**(11) | 47:7 47:8 63:21 77:6 77:7 85:15 90:25 91:1 99:11 102:1 102:3 |
| **panic**(1) | 37:9 |
| **papers**(2) | 96:23 106:21 |
| **paperwork**(3) | 81:7 100:7 101:21 |
| **paris**(1) | 56:22 |
| **park**(2) | 2:15 3:33 |
| **parker**(4) | 55:17 55:21 61:24 63:1 |
| **parker's**(3) | 56:16 62:18 102:13 |
| **part**(12) | 15:25 26:8 34:12 39:16 43:6 43:12 54:6 58:19 58:20 70:12 71:8 96:20 |
| **particular**(6) | 12:1 16:4 19:4 28:24 65:19 90:5 |
| **particularly**(5) | 13:8 13:17 20:15 40:20 |

| Word | Page:Line |
|---|---|
| **parties**(84) | 8:18 9:24 10:13 10:20 10:23 13:1 13:3 16:16 17:9 20:21 21:9 21:11 21:20 22:24 22:19 22:18 22:21 23:1 23:6 24:11 25:5 25:12 25:21 25:24 26:10 26:12 26:20 26:24 27:2 27:2 27:12 27:18 27:21 28:17 29:2 29:22 30:7 30:21 31:18 32:3 32:15 35:5 35:22 38:1 38:9 38:19 40:5 40:9 40:17 40:24 41:7 42:20 43:8 44:3 44:5 44:15 45:1 46:15 47:19 49:20 57:9 62:7 63:24 64:16 66:21 67:9 84:14 84:20 85:11 85:15 86:13 86:14 86:15 86:21 86:22 87:17 88:6 88:14 89:15 89:24 90:3 91:8 92:13 98:23 |
| **partner**(1) | 10:24 |
| **party**(10) | 4:20 13:18 15:15 16:4 25:10 28:13 30:4 40:19 46:8 47:4 |
| **past**(4) | 9:21 17:4 71:5 97:6 |
| **patent**(1) | 65:25 |
| **patience**(1) | 96:7 |
| **patterson**(1) | 2:44 |
| **paying**(1) | 91:15 |
| **payments**(3) | 57:18 59:20 102:8 |
| **payroll**(1) | 81:8 |
| **pays**(1) | 92:18 |
| **peg**(2) | 4:24 4:25 |
| **pennsylvania**(1) | 1:42 |
| **penny**(1) | 32:8 |
| **pension**(9) | 2:32 4:37 85:16 90:21 90:24 91:17 92:3 97:6 101:17 |
| **pensioners**(1) | 91:1 |
| **pensions**(2) | 70:22 85:17 |
| **people**(27) | 12:16 12:22 13:2 13:18 13:22 13:25 14:7 14:11 30:2 31:15 33:12 46:10 46:11 50:7 50:11 70:22 76:5 77:18 77:20 97:14 97:20 97:20 97:21 98:18 101:20 103:16 106:22 |
| **percent**(1) | 106:13 |
| **percentage**(1) | 104:16 |
| **perfect**(4) | 6:15 11:12 11:21 11:22 |
| **performed**(1) | 104:21 |
| **perhaps**(7) | 7:5 23:24 37:12 43:4 52:14 65:13 89:19 |
| **period**(4) | 31:19 43:21 43:22 81:13 |
| **permission**(1) | 56:22 |
| **permit**(1) | 23:15 |
| **permutation**(1) | 85:6 |
| **person**(2) | 34:19 75:24 |
| **perspective**(2) | 32:25 66:12 |
| **pertain**(1) | 6:20 |
| **pertaining**(1) | 41:12 |
| **peter**(1) | 3:17 |
| **phommanira**(26) | 3:38 62:8 62:10 62:12 63:5 64:19 65:1 68:18 95:19 96:4 96:6 96:9 96:15 96:16 96:18 98:20 98:23 99:14 100:1 100:3 100:13 104:1 105:11 106:6 107:7 107:15 |
| **phommanirat's**(1) | 103:4 |
| **phone**(5) | 81:21 83:17 90:10 93:19 103:20 |
| **physically**(1) | 14:12 |
| **pick**(3) | 34:20 73:23 103:20 |
| **picked**(1) | 72:9 |
| **piece**(1) | 42:9 |
| **pin**(1) | 41:22 |
| **pino**(30) | 3:37 62:8 63:5 64:6 68:18 69:9 69:13 69:13 69:16 69:20 70:5 71:15 71:17 71:21 71:24 72:2 72:18 72:24 73:4 73:8 73:16 95:17 97:15 100:20 101:5 101:22 102:17 107:6 107:14 |
| **pino's**(1) | 103:3 |
| **piper**(1) | 2:38 |
| **place**(10) | 10:1 12:4 12:8 13:15 19:5 48:6 50:21 53:7 70:17 71:2 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **places**(2) 13:23 46:10 | | **privy**(1) 65:8 | | **questions**(22) 27:18 27:21 27:22 29:4 | | **reimann**(67) 3:39 62:14 62:14 62:15 62:16 |
| **placing**(1) 81:7 | | **pro**(2) 3:37 46:23 | | 32:23 36:4 36:8 38:16 38:20 39:5 44:25 | | 63:5 64:19 64:25 68:19 73:19 73:21 73:25 |
| **plain**(1) 63:11 | | **probably**(5) 11:2 33:12 66:5 97:17 105:15 | | 45:11 45:24 47:22 52:6 60:1 64:14 68:21 | | 74:4 74:8 74:15 74:19 74:21 74:23 74:25 |
| **plan**(42) 10:10 27:13 50:24 52:1 55:19 | | **problem**(2) 42:23 86:21 | | 72:14 86:2 89:14 107:4 | | 75:2 75:5 75:8 75:11 75:13 75:19 75:22 |
| 56:12 56:14 57:18 58:19 59:7 59:16 60:1 | | **problems**(2) 33:11 33:21 | | | | 76:9 76:15 76:17 77:24 78:7 78:10 78:13 |
| 63:9 63:12 63:14 63:15 63:20 63:23 63:25 | | **procedural**(1) 84:9 | | **quick**(3) 33:2 47:21 82:19 | | 78:15 78:19 78:22 79:3 79:21 79:25 80:11 |
| 64:4 64:5 64:9 64:12 66:11 66:24 67:5 | | **procedure**(1) 27:2 | | **quickly**(1) 16:13 | | 80:18 80:20 80:23 81:1 81:23 81:25 82:6 |
| 67:7 67:13 67:21 68:15 101:12 102:7 | | **procedures**(4) 26:15 69:24 70:2 70:14 | | **quite**(4) 67:24 70:6 84:14 89:3 | | 82:9 82:11 82:14 82:18 82:25 83:5 83:8 |
| 102:12 102:20 102:23 104:22 105:14 | | **proceed**(12) 8:22 17:14 20:20 21:13 21:16 | | **raise**(2) 31:25 103:6 | | 83:9 95:10 95:16 96:3 96:20 97:15 103:4 |
| 105:20 105:21 106:9 106:18 106:25 | | 21:22 22:6 27:16 53:24 62:22 79:15 87:8 | | **raised**(3) 7:5 19:6 106:6 | | 104:2 104:25 105:12 106:4 107:6 107:16 |
| | | **proceeding**(4) 20:2 24:1 32:6 86:18 | | **raises**(1) 102:17 | | |
| **planned**(2) 58:6 98:22 | | **proceedings**(5) 1:17 1:46 7:8 24:8 109:8 | | **raleigh**(2) 15:23 81:18 | | **reimann's**(1) 95:1 |
| **planning**(1) 77:12 | | **proceeds**(1) 65:15 | | **rare**(2) 15:16 15:17 | | **reimbursement**(2) 91:19 92:21 |
| **plans**(5) 50:23 57:11 57:20 57:22 64:8 | | **process**(22) 21:19 21:20 22:7 22:13 22:16 | | **rate**(3) 40:2 40:2 88:12 | | **reimini**(1) 62:13 |
| **play**(4) 1:18 33:22 48:20 94:5 | | 22:23 23:4 23:7 23:14 23:18 24:25 25:12 | | **rather**(4) 32:16 50:24 60:12 73:18 | | **reisman**(1) 4:33 |
| **plaza**(3) 1:34 3:12 3:33 | | 26:11 27:6 31:15 39:16 41:22 42:19 51:1 | | **rationale**(2) 101:21 | | **reiterate**(1) 89:11 |
| **pleasant**(2) 13:8 14:14 | | 54:6 59:9 98:25 | | **rbert**(1) 4:15 | | **relate**(3) 19:19 90:6 92:20 |
| **please**(15) 6:2 28:3 43:13 54:11 69:11 | | | | **reach**(1) 22:11 | | **relating**(1) 55:10 |
| 74:20 77:17 79:12 81:1 81:3 81:5 83:15 | | **processes**(1) 10:25 | | **react**(1) 39:7 | | **relationship**(1) 92:9 |
| 94:24 96:5 107:20 | | **produce**(1) 11:16 | | **read**(4) 11:18 71:24 82:12 87:24 | | **relative**(1) 25:6 |
| | | **produced**(3) 1:47 11:6 29:25 | | **reading**(1) 78:3 | | **relaxed**(1) 7:23 |
| **pleases**(1) 21:2 | | **product**(2) 20:14 72:22 | | **realistic**(2) 26:5 84:19 | | **release**(1) 64:2 |
| **podium**(1) 52:22 | | **professional**(2) 43:20 97:4 | | **realistically**(1) 27:7 | | **relevant**(1) 7:2 |
| **point**(29) 17:8 20:6 26:7 27:16 28:17 | | **professionals**(2) 87:15 87:20 | | **realization**(1) 16:18 | | **relief**(3) 16:12 16:21 19:9 |
| 29:24 35:3 41:22 42:3 42:5 42:9 42:18 | | **profoundly**(1) 104:14 | | **realize**(1) 12:17 | | **reluctance**(2) 40:1 46:6 |
| 43:18 49:21 58:11 59:8 71:20 79:22 85:7 | | **program**(6) 76:1 76:14 78:11 79:15 81:3 | | **really**(19) 12:3 12:18 15:1 15:5 32:4 | | **reluctant**(2) 39:15 39:23 |
| 86:12 89:5 91:6 100:21 101:1 101:3 | | 105:1 | | 33:23 49:16 51:1 70:15 79:21 81:14 81:10 | | **reluctantly**(2) 16:18 44:19 |
| 101:13 102:17 106:21 107:19 | | | | 87:5 90:9 96:9 96:9 97:8 97:22 98:18 100:7 | | **rely**(1) 18:13 |
| | | **proliferation**(1) 23:20 | | | | **remain**(1) 34:6 |
| **pointing**(1) 30:15 | | **prompt**(1) 20:20 | | **realty**(1) 12:1 | | **remainder**(1) 94:15 |
| **points**(4) 100:18 103:2 103:6 107:3 | | **promptly**(1) 107:8 | | **rearrange**(1) 94:20 | | **remained**(1) 67:4 |
| **policies**(3) 69:23 70:2 70:14 | | **proof**(1) 64:10 | | **reason**(9) 28:18 29:18 29:18 32:19 51:20 | | **remaining**(3) 25:8 25:9 25:11 |
| **policy**(6) 70:15 70:17 71:1 71:8 71:25 | | **propensities**(1) 22:21 | | 63:22 87:14 101:11 105:12 | | **remember**(2) 56:12 106:9 |
| 106:2 | | **proper**(1) 27:11 | | | | **reorg**(1) 5:10 |
| **populations**(1) 102:6 | | **properly**(1) 23:16 | | **reasonably**(2) 23:24 42:3 | | **repeat**(2) 21:5 37:2 |
| **portion**(1) 78:5 | | **proposal**(5) 26:25 27:9 28:18 35:15 51:25 | | **reasoning**(1) 101:2 | | **repetitive**(3) 33:6 33:9 33:18 |
| **posit**(2) 30:18 31:5 | | **proposals**(5) 27:7 49:2 49:6 51:7 84:13 | | **reasons**(4) 29:9 58:18 68:16 72:20 | | **reply**(10) 39:1 55:12 55:17 55:21 56:16 |
| **position**(14) 14:5 14:5 16:5 16:6 16:9 17:17 | | **propose**(1) 37:25 | | **rebuttal**(1) 21:25 | | 61:19 61:25 68:17 103:14 105:8 |
| 19:11 23:5 33:1 38:11 42:20 59:18 73:8 | | **proposed**(5) 24:7 37:6 37:10 37:16 37:23 | | **recall**(3) 10:7 11:8 94:25 | | |
| 99:15 99:20 | | **proposing**(1) 93:16 | | **receipt**(1) 81:6 | | **report**(3) 43:18 43:19 79:3 |
| | | **proposition**(1) 92:3 | | **receive**(6) 35:16 66:25 67:3 77:7 101:16 | | **reported**(1) 90:1 |
| **positive**(1) 48:13 | | **prospective**(2) 87:25 88:1 | | 102:2 | | **reporting**(1) 92:20 |
| **possibility**(1) 91:18 | | **protect**(2) 46:9 68:8 | | | | **reports**(9) 16:9 18:14 21:24 21:25 23:18 |
| **possible**(10) 17:2 17:10 18:3 21:12 24:4 | | **protection**(1) 66:20 | | **received**(10) 57:13 57:17 64:11 67:1 67:6 | | 23:21 23:21 23:22 85:5 |
| 30:14 30:23 37:24 49:14 53:9 | | **protections**(2) 64:23 65:12 | | 74:10 77:3 80:12 101:9 104:20 | | |
| | | **protocol**(3) 8:17 10:9 11:11 | | | | **represent**(1) 20:5 |
| **possibly**(1) 47:15 | | **provide**(6) 25:21 27:22 55:20 63:15 70:21 | | **receives**(1) 106:11 | | **representation**(1) 47:14 |
| **posted**(1) 64:9 | | 91:5 | | **receiving**(2) 101:20 102:8 | | **representative**(10) 16:1 16:3 18:6 18:9 |
| **potential**(1) 93:8 | | | | **recently**(2) 11:2 97:6 | | 21:23 23:14 25:18 26:14 30:25 42:19 |
| **potentially**(2) 67:18 68:12 | | **provided**(3) 65:1 87:23 95:10 | | **recess**(11) 9:9 45:20 52:11 53:23 54:1 | | |
| **ppearances**(3) 1:21 2:1 3:1 | | **provides**(2) 56:14 63:21 | | 54:10 69:4 83:11 83:14 94:23 108:17 | | **represents**(1) 9:23 |
| **pre-planned**(1) 97:23 | | **providing**(3) 36:10 58:21 86:20 | | | | **request**(12) 10:5 23:9 24:23 29:20 30:2 |
| **precisely**(1) 38:12 | | **provision**(1) 57:12 | | **recognition**(1) 21:13 | | 32:5 40:21 44:15 55:23 59:18 59:22 62:4 |
| **predetermined**(4) 76:10 76:21 78:4 78:17 | | **publicly**(1) 44:9 | | **recognize**(8) 16:1 16:11 20:9 35:11 47:1 | | |
| **preemptory**(2) 40:16 84:24 | | **pull**(2) 49:14 49:15 | | 48:5 68:5 87:2 | | **requested**(3) 28:21 39:1 49:20 |
| **preferable**(3) 38:6 38:8 54:8 | | **purchaser**(1) 97:12 | | | | **requesting**(1) 91:18 |
| **preferred**(1) 66:5 | | **purchasers**(1) 67:20 | | **record**(8) 23:19 28:6 44:10 55:6 68:7 | | **require**(4) 50:8 85:7 89:4 106:14 |
| **prejudice**(2) 44:14 44:14 | | **pure**(1) 77:10 | | 69:14 73:23 100:21 | | **required**(8) 21:21 24:3 40:8 42:22 56:22 |
| **prejudicing**(1) 18:12 | | **purpose**(2) 50:2 50:10 | | | | 57:3 71:19 81:7 |
| **premature**(4) 29:8 29:19 36:21 42:18 | | **purposes**(1) 36:17 | | **recorded**(1) 1:46 | | |
| **preparation**(1) 18:13 | | **pursuant**(2) 8:16 66:24 | | **recording**(2) 1:46 109:7 | | **requires**(2) 55:20 35:14 |
| **prepare**(1) 20:10 | | **pushed**(1) 33:13 | | **records**(1) 64:15 | | **requiring**(1) 23:18 |
| **prepared**(3) 40:1 78:23 107:24 | | **put**(17) 10:1 10:15 11:18 19:5 25:16 | | **recreate**(1) 12:25 | | **research**(1) 5:10 |
| **present**(6) 14:12 14:19 17:17 18:15 20:18 | | 25:25 26:9 38:12 35:6 41:22 49:2 55:19 | | **reduction**(3) 58:6 58:8 58:19 | | **reserve**(2) 92:19 93:21 |
| 62:21 | | 71:10 75:25 85:24 87:5 105:15 | | **reductions**(1) 59:5 | | **resigned**(1) 57:20 |
| | | | | **reed**(1) 3:30 | | **resolve**(2) 20:7 93:19 |
| **presentation**(3) 32:24 103:3 103:12 | | **putting**(2) 25:23 33:22 | | **referenced**(1) 70:3 | | **resolved**(3) 27:5 93:25 108:3 |
| **presentations**(1) 103:5 | | **quarter**(2) 99:8 104:6 | | **refused**(1) 77:16 | | **resources**(2) 11:15 23:2 |
| **presented**(3) 15:11 60:9 88:8 | | **queen**(2) 34:20 34:20 | | **regard**(2) 79:9 98:14 | | **respect**(18) 10:2 17:24 18:6 18:9 18:11 |
| **presenting**(1) 9:1 | | **question**(29) 11:22 11:24 28:10 31:11 | | **regarded**(1) 27:21 | | 18:23 25:16 27:3 42:17 47:5 49:11 57:12 |
| **presently**(1) 27:10 | | 31:22 32:13 33:2 35:25 46:4 47:1 48:19 | | **regarding**(5) 8:19 26:11 67:19 74:1 74:6 | | 63:12 89:21 89:25 92:12 100:20 103:4 |
| **president**(1) 79:10 | | 48:21 49:16 65:11 67:11 79:20 79:21 | | **regards**(3) 69:23 71:11 107:21 | | |
| **pressed**(1) 31:8 | | 82:19 85:10 85:20 89:19 102:7 102:10 | | **registration**(1) 65:4 | | **respectfully**(1) 27:15 |
| **pressing**(1) 52:14 | | 102:10 104:19 104:21 106:1 106:6 106:10 | | **regrettably**(1) 41:5 | | **respond**(2) 95:1 107:3 |
| **presume**(1) 71:4 | | | | | | **responded**(1) 34:8 |
| **pretrial**(3) 18:24 23:12 85:1 | | | | | | **response**(11) 38:22 44:13 52:5 56:2 60:6 |
| **pretty**(5) 18:8 48:13 85:25 86:22 97:18 | | | | | | 62:19 93:2 95:16 100:18 103:3 108:16 |
| **principal**(1) 37:3 | | | | | | |
| **prior**(6) 20:8 29:24 53:17 57:11 66:10 | | | | | | **responses**(1) 49:5 |
| **private**(1) 91:15 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| responsibility(1) 51:9 | | say(40) 10:14 12:21 13:25 14:5 14:24 21:6 24:24 24:31 31:25 33:18 36:14 39:9 42:1 42:4 42:18 42:20 47:16 47:18 48:18 48:18 50:15 51:16 60:2 62:8 66:4 71:1 71:4 71:6 71:15 73:20 76:17 79:22 87:7 88:1 90:12 91:16 96:24 98:3 99:3 99:5 | | seven(1) 15:5 | | solutions(1) 104:13 | |
| responsible(2) 67:16 80:2 | | | | seventeen(1) 14:23 | | some(48) 6:11 6:14 6:22 12:23 12:24 22:16 23:10 25:17 27:20 35:14 35:18 38:3 40:6 40:21 40:25 42:5 42:9 42:14 42:16 42:25 45:1 46:25 52:11 58:11 61:7 66:22 69:16 71:12 72:10 72:12 75:9 77:16 81:8 81:9 84:9 88:23 89:5 91:6 91:11 93:4 96:12 97:7 97:14 97:20 97:21 101:20 103:15 105:16 106:15 | |
| rest(1) 94:10 | | | | several(4) 9:21 27:1 34:1 34:25 | | | |
| restricted(2) 47:4 48:9 | | | | severance(68) 56:9 56:12 58:3 58:5 58:17 58:22 59:7 59:12 59:16 59:24 60:8 60:11 60:20 61:20 63:5 63:9 63:10 63:12 63:14 63:19 63:20 63:21 63:25 64:3 64:5 64:18 66:24 67:2 67:3 67:5 67:6 67:7 67:12 67:13 67:21 68:10 68:15 68:19 71:7 71:15 71:19 73:12 73:13 74:9 74:11 74:17 75:16 76:2 77:3 80:10 81:12 97:14 97:17 99:24 101:7 101:10 101:15 102:1 102:2 102:5 102:8 102:14 102:16 102:19 105:3 106:9 106:17 106:24 | | | |
| result(6) 17:3 23:23 27:4 29:22 58:7 58:9 | | | | | | | |
| resume(1) 69:5 | | | | | | | |
| retirees(1) 46:18 | | saying(8) 7:13 11:2 21:8 71:15 75:3 96:23 98:11 104:14 | | | | somebody(4) 6:7 13:12 33:15 101:2 | |
| retirement(1) 101:17 | | | | | | somehow(3) 64:23 65:16 66:21 | |
| retroactive(1) 88:1 | | | | | | someone(3) 20:22 46:17 81:21 | |
| return(2) 71:19 81:6 | | says(2) 102:7 106:11 | | | | something(18) 8:19 11:2 12:4 14:6 31:21 34:3 36:15 39:10 48:14 52:13 53:25 73:20 75:21 78:16 79:23 87:13 90:12 106:25 | |
| reveal(1) 91:14 | | scale(1) 10:18 | | severed(1) 60:12 | | | |
| review(3) 9:9 82:12 82:21 | | schedule(28) 10:1 12:23 12:24 18:19 19:3 19:13 19:16 20:1 24:6 25:16 25:20 25:25 26:5 26:8 27:24 28:20 30:3 30:23 32:4 34:25 37:6 41:20 41:24 43:1 47:24 48:25 51:25 88:25 | | shall(2) 45:19 63:21 | | | |
| reviewed(2) 60:19 95:10 | | | | share(1) 105:6 | | | |
| revised(3) 23:21 25:15 37:6 | | | | shared(3) 55:18 64:13 86:15 | | sometimes(4) 15:15 46:18 46:18 47:19 | |
| revisions(1) 41:19 | | | | sharon(1) 7:18 | | soon(3) 17:10 19:1 24:13 | |
| richards(1) 2:4 | | | | she(3) 105:6 106:5 106:7 | | sooner(1) 45:10 | |
| rid(2) 98:17 98:18 | | | | she's(2) 61:25 77:22 | | sorry(7) 73:21 75:8 75:9 82:6 90:11 95:14 95:15 | |
| right(94) 6:10 9:3 9:4 12:1 13:9 20:21 35:13 35:14 35:21 35:24 36:2 36:12 37:3 38:23 39:6 39:21 45:19 46:3 46:10 46:14 47:3 47:9 47:15 48:5 49:25 50:7 50:9 50:20 51:2 51:18 52:7 52:11 53:10 54:2 55:3 59:25 60:3 60:7 61:9 61:12 62:20 68:24 69:5 69:8 69:11 70:5 71:11 72:4 72:9 73:2 73:7 74:4 74:11 74:25 75:2 76:8 76:15 78:19 79:2 79:12 80:6 80:7 81:1 82:5 82:7 83:3 83:7 83:12 83:12 89:14 89:16 90:19 91:22 92:22 92:22 92:24 93:21 93:22 94:9 94:9 94:13 95:5 95:20 96:2 96:3 99:25 99:25 102:23 103:13 105:5 107:5 107:12 107:18 108:17 | | sheer(1) 35:17 | | sort(3) 34:23 45:17 67:21 | |
| | | schedules(7) 14:4 28:25 29:12 42:7 42:12 45:2 88:23 | | shifted(1) 58:9 | | sorts(2) 11:17 67:18 | |
| | | | | shipped(1) 76:24 | | sought(2) 57:13 92:21 | |
| | | | | shirking(1) 98:1 | | sound(3) 1:46 20:4 100:7 | |
| | | scheduling(4) 8:25 11:9 18:1 33:13 | | shock(1) 78:1 | | sounds(1) 69:6 | |
| | | scheme(1) 104:12 | | shocked(1) 81:19 | | spared(1) 28:17 | |
| | | schuylkill(1) 1:41 | | short(3) 12:18 54:1 79:18 | | speak(9) 39:22 41:15 44:7 55:12 75:7 86:11 90:12 93:10 104:20 | |
| | | schweitzer(1) 14:19 | | shorten(1) 49:22 | | | |
| rightfully(1) 73:12 | | seated(6) 6:4 54:12 83:16 94:24 | | shots(1) 41:3 | | | |
| rights(3) 46:9 59:19 92:19 | | sec(1) 65:5 | | should(28) 10:21 17:12 19:16 19:23 31:1 32:13 32:14 32:14 38:12 42:2 48:22 53:2 55:22 58:17 59:8 59:11 62:1 64:20 65:5 70:18 71:7 79:23 80:2 80:3 85:6 87:7 88:1 95:17 | | speaking(1) 20:11 | |
| righty(1) 84:7 | | second(7) 15:17 29:18 44:12 65:22 81:2 87:17 93:12 | | | | special(1) 66:13 | |
| ring(1) 51:17 | | | | | | specific(1) 78:5 | |
| rise(3) 6:2 54:11 83:15 | | | | | | specifically(1) 63:23 | |
| risk(6) 19:20 21:16 22:7 25:13 87:5 87:19 | | | | | | spectrum(3) 30:20 35:19 | |
| rochester(1) 96:16 | | section(3) 63:14 63:14 63:20 | | | | spend(1) 92:10 | |
| rocks(1) 48:11 | | securing(1) 56:11 | | shouldn't(3) 48:11 50:13 106:24 | | spending(3) 85:13 92:13 | |
| rodney(2) 2:7 3:25 | | see(13) 15:13 33:20 39:13 40:8 40:9 45:15 55:3 55:6 57:1 71:24 74:16 100:25 105:17 | | show(1) 80:24 | | spent(5) 16:19 21:18 32:9 59:17 98:18 | |
| rogatory(1) 17:25 | | | | shows(1) 68:7 | | spoke(2) 69:25 100:19 | |
| role(1) 33:10 | | | | shrift(1) 12:17 | | spoken(1) 100:21 | |
| rolling(1) 84:22 | | seeing(2) 86:14 86:22 | | sic(1) 21:4 | | square(1) 2:7 3:25 | |
| room(3) 13:19 33:20 75:14 | | seek(1) 56:22 | | siemens(1) 99:3 | | staff(1) 64:14 | |
| rooney(1) 2:19 | | seeking(4) 23:6 24:11 37:12 86:13 | | sign(5) 70:19 70:22 88:17 101:6 101:10 | | stage(3) 24:8 41:7 43:21 | |
| ropes(1) 4:32 | | seem(2) 41:21 64:19 | | signed(2) 81:6 96:23 | | stalking(1) 98:24 | |
| rosenmann(1) 4:28 | | seemed(1) 106:2 | | significance(1) 60:24 | | stand(3) 31:24 53:23 108:17 | |
| rosenthal(3) 10:24 11:1 14:19 | | seems(2) 100:9 108:12 | | significant(4) 26:9 60:16 65:22 68:1 | | standing(2) 46:1 46:12 | |
| roughly(1) 29:11 | | seen(1) 28:11 | | significantly(1) 91:10 | | stang(1) 3:16 | |
| rule(1) 92:18 | | self(1) 20:4 | | similar(3) 33:10 66:18 103:6 | | stargatt(1) 3:22 | |
| ruling(1) 108:1 | | selinda(1) 2:39 | | similarly(1) 106:6 | | start(22) 9:5 11:13 21:8 36:21 36:24 37:17 37:22 37:23 38:14 43:16 49:18 54:19 55:2 59:6 59:6 69:3 78:2 84:7 84:10 84:15 84:19 84:22 84:24 | |
| rulings(1) 87:10 | | sell(1) 58:24 | | simple(1) 18:1 | | | |
| run(1) 97:11 | | selling(1) 67:25 | | simply(20) 12:20 13:24 14:4 14:7 17:2 32:8 36:23 39:16 41:7 41:13 42:4 42:18 49:14 50:15 53:8 57:20 101:10 101:25 102:19 105:20 | | | |
| running(8) 8:12 85:3 | | send(1) 77:17 | | | | | |
| rush(2) 19:21 100:2 | | sending(1) 46:0 | | | | started(8) 22:13 22:16 24:25 57:5 59:1 73:18 76:19 91:8 | |
| rushed(1) 69:1 | | senior(3) 14:11 72:3 72:7 | | | | | |
| rushing(1) 38:14 | | sense(9) 29:15 30:6 31:18 33:10 35:1 35:18 38:3 43:5 54:20 | | simultaneously(1) 12:11 | | | |
| | | | | since(4) 9:18 58:23 103:5 106:2 | | starting(3) 6:17 58:1 59:7 | |
| sad(1) 97:8 | | | | single(6) 16:5 30:9 30:11 30:17 47:3 54:2 | | starts(1) 48:9 | |
| safely(1) 109:1 | | sent(4) 34:20 74:9 74:12 75:13 | | singled(1) 105:17 | | state(5) 36:15 37:8 37:9 77:6 99:18 | |
| said(22) 16:21 20:14 22:20 23:1 25:3 26:4 36:20 38:13 50:11 51:3 55:9 73:5 77:16 81:3 81:18 89:15 99:10 99:16 99:25 100:21 101:5 106:7 | | september(6) 11:14 12:3 12:5 70:1 100:22 100:23 | | sir(11) 8:3 9:11 28:8 62:10 69:11 70:4 94:3 94:12 96:1 100:14 100:16 | | stated(2) 69:25 79:14 | |
| | | | | | | statement(4) 43:20 44:22 65:4 83:23 | |
| | | sequence(5) 22:6 22:10 22:11 23:13 27:12 | | | | statements(3) 28:11 69:2 85:10 | |
| | | sequentially(1) 21:21 | | sit(6) 29:11 31:22 34:17 49:7 50:15 65:14 | | states(9) 1:1 1:19 10:15 12:11 30:12 34:10 53:22 81:4 88:23 | |
| | | serial(8) 10:13 10:22 11:2 11:4 18:5 18:10 18:22 21:21 93:15 | | site(1) 104:2 | | | |
| | | | | sitting(3) 15:7 15:21 24:22 25:6 87:21 | | | |
| salary(4) 59:21 97:16 106:12 106:13 | | seriously(2) 19:4 103:10 | | situation(9) 38:8 60:11 60:14 70:24 73:10 73:11 73:14 77:24 98:7 | | stating(6) 74:11 76:1 76:11 76:11 79:4 79:11 | |
| sale(6) 56:24 61:21 63:7 64:22 65:23 66:3 67:1 104:23 | | served(2) 57:10 80:3 | | | | | |
| | | serves(1) 105:8 | | | | | |
| | | service(7) 1:40 1:47 66:16 66:18 69:21 72:21 72:25 | | situations(1) 30:18 | | status(1) 72:16 | |
| sales(6) 65:13 65:25 66:1 67:23 68:4 68:14 | | | | six(2) 65:25 72:9 | | stay(5) 17:23 22:11 76:1 94:15 99:22 | |
| same(12) 13:21 14:12 32:2 66:9 66:17 72:18 77:24 87:4 90:9 90:16 92:2 95:22 | | | | size(1) 10:15 | | stayed(1) 76:3 | |
| | | serving(1) 20:5 | | sketching(1) 84:10 | | ste(3) 2:21 2:34 3:6 | |
| | | set(7) 18:5 30:20 41:24 42:9 58:18 59:9 84:25 | | slippery(1) 59:10 | | steele(1) 2:2 | |
| samis(1) 2:5 | | | | slope(1) 59:10 | | steen(3) 1:30 5:17 55:7 | |
| saturdays(1) 15:4 | | | | smaller(1) 25:9 | | stellar(1) 80:2 | |
| save(2) 80:5 97:10 | | setting(2) 13:1 50:3 | | smoothly(1) 7:19 | | step(4) 23:8 24:10 35:7 94:22 | |
| saw(1) 7:14 | | settlement(1) 93:9 | | sold(2) 65:21 76:7 | | stephen(1) 3:5 | |
| | | setup(1) 14:3 | | solely(1) 17:11 | | | |
| | | | | solution(2) 40:20 42:23 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **steps**(11) 21:21 22:3 22:4 22:15 23:6 23:12 25:8 25:11 25:17 41:23 68:8 | | **sympathetic**(1) 67:8 | | **that**(301) 6:20 6:25 7:5 7:5 8:17 8:18 8:23 9:1 9:22 9:25 10:1 10:5 10:8 10:8 10:23 10:25 11:4 11:5 11:6 11:8 11:9 11:10 11:12 11:13 11:15 11:17 11:23 11:25 11:25 12:4 12:5 12:7 12:14 12:15 12:17 12:18 12:19 13:11 13:11 13:22 13:25 14:2 14:4 14:5 14:5 14:6 14:10 14:11 14:14 14:18 14:21 14:22 15:1 15:4 15:8 15:10 15:11 15:12 15:13 15:16 15:17 15:20 15:25 16:1 16:14 16:15 16:18 17:1 17:1 17:7 17:9 17:14 17:16 17:18 17:19 17:21 17:22 17:25 18:1 18:2 18:3 18:5 18:7 18:7 18:8 18:11 18:18 18:20 18:22 18:23 19:6 19:7 19:10 19:11 19:13 19:16 19:17 19:19 19:21 20:2 20:3 20:6 20:8 20:8 20:9 20:9 20:11 20:13 20:14 20:17 20:18 20:18 21:10 21:13 21:16 21:21 22:6 22:10 22:11 22:13 22:18 23:1 23:9 23:10 24:1 24:7 24:17 24:19 25:4 25:7 25:13 25:16 25:17 25:18 25:20 25:23 25:25 26:2 26:3 26:4 26:5 26:8 26:8 26:10 26:18 26:20 26:20 26:24 27:4 27:6 27:10 27:15 27:20 27:23 28:11 28:12 28:16 28:18 28:22 28:22 28:23 28:25 29:5 29:7 29:12 29:13 29:16 29:18 29:19 29:22 29:24 29:24 30:1 30:2 30:3 30:5 30:6 30:8 30:10 30:13 30:17 30:23 30:24 30:25 31:1 31:1 31:9 31:10 31:12 31:13 31:14 31:18 31:21 31:21 31:25 32:3 32:5 32:8 32:9 32:10 32:10 32:13 32:16 32:18 32:21 32:21 33:10 33:11 33:12 33:14 33:18 34:1 34:14 34:22 34:23 35:1 35:6 35:6 35:8 35:13 35:16 35:18 35:23 36:10 36:15 36:20 36:23 36:24 37:3 37:4 37:6 37:7 37:7 37:8 37:9 37:10 37:15 37:16 37:21 37:21 37:23 37:25 38:1 38:2 38:3 38:3 38:4 38:15 39:1 39:4 39:16 40:9 40:13 40:21 40:21 40:23 40:25 40:25 41:9 41:9 41:11 41:13 41:23 42:2 42:4 42:4 42:4 42:16 42:21 42:22 43:5 43:5 43:6 43:15 43:23 44:4 44:5 45:4 45:5 45:6 45:5 45:9 45:10 45:14 46:7 46:10 46:14 46:24 47:1 47:9 47:14 47:16 47:18 47:19 47:20 47:21 47:23 47:24 48:5 | | **that**(301) 48:6 48:8 48:9 48:10 48:14 48:15 48:18 48:19 48:22 48:25 49:1 49:7 49:9 49:13 49:14 49:21 49:24 50:8 50:8 50:9 50:13 50:14 50:18 50:24 50:24 51:1 51:1 51:5 51:7 51:11 51:11 51:12 51:13 51:20 51:21 51:24 52:3 52:5 52:14 52:23 52:24 52:24 53:12 53:12 53:17 54:8 55:2 55:23 56:4 56:4 56:12 57:3 57:5 57:6 58:4 58:8 58:10 58:12 58:15 58:16 58:24 59:7 59:8 59:11 59:14 59:19 59:22 60:4 60:10 60:18 60:19 60:21 61:8 61:11 62:4 62:6 62:9 62:22 63:1 63:13 63:15 63:18 63:21 63:24 64:1 64:7 64:8 64:20 64:20 64:22 65:5 65:6 65:9 65:14 65:23 65:24 66:4 66:4 66:8 66:11 66:15 66:19 66:24 67:8 67:10 68:5 68:7 69:4 69:6 69:9 69:17 70:1 70:2 70:5 70:6 70:7 70:12 70:16 70:17 70:17 70:18 70:19 70:20 70:21 70:24 71:2 71:3 71:8 71:9 71:11 71:12 71:19 71:21 71:24 72:3 72:5 72:6 72:7 72:13 72:21 73:4 73:14 74:8 74:10 74:12 74:16 74:18 74:23 75:3 75:15 75:16 75:18 76:1 76:6 76:11 76:13 76:14 76:22 76:23 76:25 77:3 77:4 77:9 77:11 77:14 78:2 78:8 78:9 78:13 78:14 78:16 78:17 78:17 78:18 79:4 79:11 79:15 79:23 80:9 80:9 80:15 80:17 80:21 80:23 81:5 81:10 82:1 82:4 82:6 82:11 82:25 84:14 84:15 84:18 84:19 84:19 84:20 84:20 84:20 84:22 84:25 85:2 85:6 85:15 85:16 85:19 85:20 86:10 86:12 86:15 86:19 86:20 86:23 87:1 87:3 87:4 87:13 87:14 87:15 87:17 87:25 87:25 88:4 88:4 88:5 88:9 88:10 88:12 88:14 88:16 88:17 88:20 88:21 88:22 88:22 88:25 89:3 89:7 89:11 89:15 89:15 89:22 89:23 89:25 90:1 90:4 90:8 90:10 90:14 90:14 90:23 91:2 91:2 91:6 91:10 91:11 91:12 91:17 91:20 91:21 91:23 92:8 92:16 92:19 92:19 93:4 93:4 93:5 93:7 93:10 93:12 93:13 93:16 93:25 95:7 95:23 96:2 96:25 97:23 98:1 98:21 98:21 98:22 98:25 99:2 99:11 99:12 99:18 99:21 100:7 100:19 100:21 100:23 100:23 101:1 101:1 101:5 101:6 | |
| **stevens**(1) 5:32 | | **tabatabai**(1) 3:31 | | | | | |
| **stick**(1) 30:18 | | **take**(36) 6:22 9:9 13:6 16:6 17:12 23:8 25:8 26:16 30:1 34:25 45:1 45:19 47:8 48:22 48:22 49:9 49:17 50:7 50:15 50:21 51:12 51:14 52:10 69:4 70:20 73:8 73:14 80:14 80:14 81:13 83:10 88:21 100:1 103:8 103:15 105:16 | | | | | |
| **still**(10) 11:23 29:20 42:21 58:2 60:15 60:16 66:1 67:12 73:1 102:4 | | | | | | | |
| **stipulated**(1) 29:21 | | **taken**(11) 12:8 14:22 34:5 34:19 41:3 68:8 71:15 71:18 71:22 99:21 103:9 | | | | | |
| **stock**(1) 97:7 | | | | | | | |
| **stone**(2) 5:4 85:1 | | | | | | | |
| **stop**(3) 36:25 99:10 107:4 | | **takes**(2) 15:24 75:9 | | | | | |
| **strauss**(2) 2:12 4:14 | | **taking**(7) 9:16 43:12 52:4 59:6 87:3 88:11 98:10 | | | | | |
| **street**(6) 1:11 1:41 2:8 2:40 3:26 5:28 | | | | | | | |
| **strikes**(1) 42:22 | | | | | | | |
| **strong**(1) 53:9 | | **talk**(7) 11:24 40:24 49:7 54:24 95:6 103:15 103:20 | | | | | |
| **subject**(9) 17:25 37:5 37:14 37:18 38:7 38:16 53:5 62:7 92:5 | | | | | | | |
| | | **talked**(5) 14:9 43:9 98:7 103:18 103:19 | | | | | |
| **submission**(2) 45:20 53:12 | | **talking**(16) 13:1 13:10 16:11 16:16 17:22 18:17 18:20 19:25 42:13 47:24 48:15 81:22 89:23 90:4 90:5 100:5 | | | | | |
| **submissions**(10) 27:1 36:10 36:16 38:17 38:19 41:16 42:14 44:18 49:10 85:5 | | | | | | | |
| **submit**(6) 26:25 27:15 44:8 59:13 66:19 108:1 | | **tandem**(1) 103:5 | | | | | |
| | | **tank**(1) 89:7 | | | | | |
| | | **taylor**(2) 2:44 3:22 | | | | | |
| **submitted**(6) 61:1 61:24 68:16 69:18 88:14 88:16 | | **team**(1) 55:18 | | | | | |
| | | **technologies**(1) 42:6 | | | | | |
| | | **technology**(1) 50:5 | | | | | |
| **subsequent**(1) 33:14 | | **telephone**(3) 56:1 60:5 84:6 | | | | | |
| **substantial**(3) 19:20 19:25 48:6 | | **telephonic**(2) 4:1 5:1 | | | | | |
| **substantive**(3) 31:6 31:7 34:7 | | **tell**(1) 50:12 | | | | | |
| **succeed**(1) 76:22 | | **telling**(3) 51:13 74:8 77:14 | | | | | |
| **successful**(3) 65:25 67:24 76:5 | | **tells**(1) 84:20 | | | | | |
| **such**(10) 49:21 63:10 63:17 63:17 66:11 66:23 67:11 68:5 68:11 85:15 | | **temporary**(2) 76:21 77:1 | | | | | |
| | | **ten**(6) 17:4 34:18 54:1 102:2 102:3 104:3 | | | | | |
| | | **tend**(1) 19:22 | | | | | |
| **sudden**(2) 52:19 70:10 | | **tens**(1) 41:1 | | | | | |
| **suddenly**(2) 37:8 37:9 | | **tenure**(1) 67:9 | | | | | |
| **sufficient**(3) 65:12 68:7 87:9 | | **term**(2) 26:9 97:16 | | | | | |
| **sufficiently**(1) 64:2 | | **terminated**(17) 58:13 58:18 59:4 63:16 63:22 64:21 66:25 67:4 69:20 72:17 78:18 81:17 101:14 104:1 104:5 104:10 104:17 | | | | | |
| **suggest**(5) 32:9 45:14 61:10 98:21 103:22 | | | | | | | |
| **suggested**(4) 17:8 17:21 29:4 31:13 | | | | | | | |
| **suggesting**(2) 26:19 30:15 | | | | | | **that**(37) 101:11 101:12 101:16 101:21 101:21 101:22 102:18 103:9 103:15 103:16 103:22 104:2 104:8 104:9 104:13 104:14 104:18 104:22 104:24 105:7 105:10 105:11 105:17 106:9 106:11 106:16 106:17 106:20 106:22 106:24 106:25 107:3 107:24 108:3 108:4 108:5 109:6 |
| **suggestion**(2) 42:16 49:13 | | **termination**(8) 56:15 57:22 58:7 58:9 58:20 64:1 70:6 77:5 | | | | | |
| **suggests**(1) 52:23 | | | | | | | |
| **suite**(1) 59:15 | | | | | | | |
| **sum**(1) 59:15 | | **terminations**(1) 72:19 | | | | | |
| **summaries**(1) 85:7 | | **terms**(16) 37:21 40:22 40:22 40:23 41:8 47:22 49:8 57:19 57:21 59:7 63:11 63:25 66:16 66:18 67:13 103:17 | | | | | |
| **summarize**(1) 85:18 | | | | | | | |
| **summary**(13) 34:4 42:25 45:8 45:16 47:22 63:15 64:4 64:5 64:9 64:12 71:10 102:7 102:12 | | | | | | **that's**(55) 7:2 7:4 8:16 11:2 13:18 15:8 20:11 24:15 29:8 31:3 31:12 31:20 32:12 32:19 32:24 32:25 35:3 36:5 40:16 40:19 41:9 44:2 45:17 49:19 49:24 50:18 51:19 51:20 55:11 60:2 61:12 63:2 70:2 70:16 70:25 71:8 72:10 72:24 73:6 73:13 78:25 83:4 89:2 90:7 91:13 91:22 93:24 96:4 97:8 100:7 100:10 101:10 103:11 105:24 105:25 |
| **sums**(1) 21:17 | | **testament**(1) 12:13 | | | | | |
| **sunday**(1) 15:5 | | **testimony**(3) 37:5 55:24 62:5 | | | | | |
| **superintendent**(1) 85:17 | | **texas**(1) 98:13 | | | | | |
| **supplement**(2) 43:23 43:24 | | **than**(31) 9:25 14:13 16:24 16:24 17:10 27:5 29:6 31:16 32:8 32:16 34:21 36:9 38:18 49:1 49:2 49:6 50:24 57:25 58:2 59:21 60:23 63:23 66:6 67:10 73:18 75:4 75:5 91:10 102:9 102:21 106:14 | | | | | |
| **supplemental**(2) 23:21 61:6 | | | | | | | |
| **support**(10) 21:9 39:17 40:1 44:23 55:17 55:20 56:4 61:25 65:1 65:5 | | | | | | | |
| **supporting**(3) 27:24 56:17 56:17 | | **thank**(74) 6:4 6:16 7:9 7:18 8:1 8:8 8:8 9:11 9:16 10:6 20:21 21:4 27:17 35:24 35:24 36:12 36:13 36:19 38:18 39:8 39:11 39:20 52:8 53:18 53:23 54:9 54:12 54:14 56:3 56:6 61:4 62:12 62:17 62:24 68:24 68:24 69:13 69:15 73:16 74:25 82:14 83:3 83:8 83:9 83:12 83:16 83:22 86:24 89:1 92:23 92:24 93:22 94:11 94:17 94:18 94:24 95:12 96:1 96:1 96:5 96:7 100:15 100:15 100:17 107:11 107:12 107:13 107:14 107:15 107:16 107:16 108:7 108:8 108:18 108:20 | | | | | |
| **supposed**(3) 49:2 51:5 79:19 | | | | | | | |
| **sure**(31) 6:7 6:7 7:10 7:21 12:4 13:14 17:16 18:2 19:13 20:6 20:18 30:13 32:10 32:21 36:23 47:10 47:18 48:15 61:18 73:23 73:25 76:4 85:2 89:3 90:8 91:2 95:9 99:1 99:17 99:20 107:9 | | | | | | | |
| **surprised**(1) 31:14 | | | | | | | |
| **surprising**(1) 12:14 | | | | | | | |
| **surrounding**(2) 58:15 59:13 | | **thanks**(1) 69:6 | | | | | |
| **sustain**(1) 60:7 | | **thanksgiving**(2) 16:22 108:18 | | | | | |
| **sustains**(1) 61:2 | | | | | | | |
| **swan**(10) 36:14 36:19 37:3 41:16 41:19 41:25 42:11 42:25 43:4 49:13 | | | | | | | |
| **switch**(5) 77:10 77:10 81:3 98:8 98:22 | | | | | | | |
| **switching**(1) 98:11 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) | | **the**(301) | | **the**(301) | | **the**(301) | |

**the**(301) 1:1 1:2 1:18 2:4 2:28 2:46 3:22 6:2 6:3 6:7 6:10 6:16 6:20 6:20 6:24 7:1 7:1 7:1 7:2 7:3 7:6 7:7 7:9 7:14 7:14 7:16 7:18 7:20 7:21 7:23 7:24 8:1 8:4 8:8 8:10 8:12 8:16 8:18 8:20 8:20 8:20 8:23 8:25 9:1 9:3 9:8 9:10 9:11 9:16 9:19 9:22 9:22 9:24 9:25 10:1 10:2 10:5 10:7 10:9 10:13 10:15 10:15 10:20 10:20 10:21 10:23 10:24 11:7 11:8 11:9 11:10 11:11 11:13 11:15 11:25 12:2 12:3 12:4 12:5 12:9 12:11 12:14 12:14 12:15 12:17 12:19 12:19 12:21 12:22 13:2 13:2 13:2 13:9 13:14 13:18 13:19 13:19 13:21 13:22 13:23 14:4 14:7 14:9 14:9 14:10 14:10 14:10 14:11 14:11 14:12 14:13 14:18 14:22 14:24 14:24 14:25 14:25 15:1 15:1 15:2 15:3 15:10 15:11 15:13 15:15 15:17 15:19 15:20 16:2 16:6 16:12 16:12 16:14 16:16 16:18 16:21 16:22 16:23 16:24 16:25 16:25 17:4 17:7 17:9 17:10 17:11 17:12 17:19 17:19 17:19 17:20 17:21 17:22 17:22 17:23 18:3 18:6 18:9 18:11 18:11 18:13 18:14 18:15 18:18 18:19 18:19 18:20 18:24 18:25 19:1 19:3 19:3 19:6 19:6 19:7 19:14 19:14 19:15 19:18 19:19 19:19 19:21 20:1 20:1 20:2 20:3 20:3 20:6 20:9 20:10 20:12 20:14 20:16 20:17 20:19 20:21 20:22 21:1 21:1 21:3 21:4 21:7 21:8 21:10 21:11 21:11 21:11 21:12 21:13 21:16 21:17 21:19 21:20 21:22 21:23 21:24 21:25 22:3 22:3 22:4 22:5 22:5 22:6 22:8 22:9 22:9 22:9 22:10 22:13 22:14 22:18 22:18 22:19 22:20 22:21 22:21 22:22 22:23 23:1 23:2 23:3 23:4 23:5 23:6 23:6 23:6 23:7 23:12 23:13 23:14 23:15 23:16 23:18 23:19 23:22 23:23 23:23 23:25 24:3 24:4 24:6 24:6 24:6 24:7 24:9 24:10 24:10 24:10 24:10 24:11 24:12 24:12 24:25 25:1 25:4 25:4 25:7 25:10 25:11 25:12 25:13 25:15 25:15 25:16 25:18 25:19 25:19 25:19 25:21 25:24 25:25 26:3 26:3 26:8 26:10 26:10 26:11 26:12 26:12 26:13 26:13

**the**(301) 26:15 26:15 26:16 26:19 26:20 26:22 26:24 26:24 26:25 26:25 27:1 27:1 27:1 27:3 27:4 27:4 27:5 27:5 27:6 27:8 27:10 27:10 27:11 27:12 27:13 27:14 27:14 27:15 27:19 27:21 27:23 27:23 28:1 28:4 28:5 28:7 28:8 28:10 28:12 28:12 28:17 28:18 28:18 28:20 29:1 29:2 29:3 29:7 29:10 29:13 29:14 29:15 29:16 29:18 29:18 29:19 29:20 29:22 29:22 29:22 29:23 30:3 30:6 30:7 30:8 30:8 30:9 30:24 31:2 31:3 31:3 31:3 31:5 31:10 31:11 31:11 31:15 31:17 31:20 31:24 31:24 31:25 32:1 32:2 32:3 32:4 32:5 32:6 32:12 32:13 32:13 32:14 32:15 32:16 32:19 32:19 32:20 32:21 32:23 32:25 33:1 33:2 33:5 33:5 33:6 33:9 33:10 33:11 33:12 33:12 33:13 33:15 33:16 33:21 33:24 34:1 34:6 34:9 34:10 34:10 34:11 34:11 34:12 34:16 34:20 34:22 34:23 35:5 35:7 35:10 35:13 35:14 35:16 35:17 36:7 36:9 36:10 36:12 36:15 36:17 36:21 36:24 36:24 37:3 37:4 37:5 37:6 37:6 37:7 37:18 37:18 37:19 37:22 37:25 37:25 38:1 38:1 38:2 38:2 38:3 38:4 38:6 38:7 38:8 38:9 38:14 38:16 38:17 38:21 38:23 38:23 39:3 39:5 39:6 39:8 39:12 39:13 39:14 39:16 39:16 39:20 39:24 39:25 40:2 40:3 40:3 40:5 40:6 40:7 40:9 40:17 40:19 40:20 40:22 40:23 40:23 40:25 41:6 41:7 41:7 41:9 41:10 41:16 41:20 41:20 41:22 41:22 41:23 41:23 41:24 42:1 42:2 42:3 42:4 42:6 42:8 42:9 42:11 42:12 42:15 42:16 42:19 42:20 42:21 42:22 42:23 42:23 42:25 43:1 43:6 43:9 43:9 43:10 43:13 43:15 43:18 43:20 43:21 43:21 43:22 43:22 44:2 44:5 44:8 44:8 44:10 44:13 44:13 44:15 44:15 44:16 44:16 45:2 45:6 45:7 45:13 45:17 45:21 45:25 46:3 46:6 46:10 46:21 46:24 46:24 46:24 47:2 47:2 47:5 47:8 47:10 47:11 47:12 47:14 47:17

**the**(301) 47:20 47:20 47:22 47:23 47:25 48:1 48:3 48:4 48:7 48:14 48:16 48:17 48:18 48:19 48:20 48:20 48:21 48:21 48:21 48:23 48:24 48:25 49:1 49:2 49:3 49:4 49:6 49:7 49:9 49:9 49:11 49:11 49:15 49:16 49:17 49:19 49:19 49:20 49:21 49:22 49:22 49:22 49:24 50:1 50:2 50:3 50:5 50:8 50:9 50:10 50:14 50:22 50:23 50:25 51:1 51:2 51:4 51:5 51:5 51:6 51:7 51:7 51:9 51:9 51:10 51:10 51:13 51:16 51:18 51:20 51:20 51:21 51:23 52:3 52:5 52:6 52:7 52:9 52:12 52:18 52:22 52:24 53:2 53:3 53:10 53:18 53:22 53:22 54:1 54:4 54:4 54:6 54:8 54:11 54:12 54:17 54:18 54:20 54:24 54:22 55:1 55:3 55:6 55:7 55:8 55:10 55:11 55:12 55:12 55:15 55:16 55:18 55:18 55:20 55:21 55:21 55:23 55:25 56:1 56:3 56:7 56:8 56:12 56:13 56:13 56:14 56:15 56:16 56:17 56:18 56:20 56:24 57:4 57:5 57:6 57:7 57:9 57:9 57:11 57:12 57:13 57:16 57:18 57:19 57:21 57:24 58:1 58:4 58:6 58:7 58:10 58:12 58:12 58:14 58:16 58:18 58:19 58:20 58:22 58:23 58:24 59:1 59:6 59:6 59:7 59:7 59:9 59:9 59:11 59:13 59:16 59:16 59:17 59:17 59:20 59:20 59:21 59:22 59:22 59:25 60:3 60:4 60:4 60:7 60:7 60:9 60:9 60:10 60:13 60:16 60:18 60:18 60:20 60:22 60:23 61:5 61:6 61:7 61:9 61:12 61:15 61:17 61:19 61:21 61:21 61:23 62:1 62:3 62:4 62:6 62:6 62:7 62:7 62:12 62:15 62:17 62:18 62:20 62:25 62:25 63:2 63:4 63:4 63:7 63:7 63:7 63:8 63:9 63:10 63:11 63:11 63:12 63:13 63:14 63:15 63:20 63:23 63:24 63:25 63:25 64:2 64:4 64:5 64:6 64:8 64:9 64:12 64:13 64:15 64:15 64:16 64:16 64:24 64:24 64:24 65:4 65:5 65:7 65:7 65:8 65:10 65:11 65:11 65:12 65:13 65:15 65:16 65:19 65:20 65:22 65:23 65:23 65:25 66:3 66:3 66:4 66:6 66:7 66:9 66:10 66:10 66:11 66:12 66:14 66:15 66:17 66:19 66:20

**the**(301) 66:20 66:23 66:24 67:1 67:5 67:7 67:8 67:8 67:11 67:12 67:12 67:13 67:14 67:16 67:18 67:18 67:20 67:20 67:23 67:23 67:24 68:4 68:5 68:7 68:9 68:10 68:12 68:12 68:15 68:15 68:17 68:17 68:17 68:18 68:21 68:22 68:22 68:24 68:25 69:8 69:11 69:12 69:14 69:15 69:17 69:18 69:19 69:21 69:22 69:23 70:4 70:8 70:9 70:9 70:13 70:15 70:16 70:19 70:25 71:1 71:8 71:12 71:14 71:15 71:18 71:19 71:23 71:24 71:24 71:25 72:1 72:3 72:5 72:6 72:10 72:15 72:16 72:16 72:18 72:21 72:23 72:25 73:3 73:3 73:5 73:7 73:9 73:17 73:18 73:22 73:23 73:23 74:1 74:3 74:6 74:7 74:13 74:13 74:14 74:18 74:20 74:20 74:22 74:23 74:25 75:1 75:3 75:4 75:5 75:7 75:7 75:9 75:11 75:12 75:13 75:14 75:17 75:20 75:22 75:24 75:25 76:4 76:8 76:13 76:13 76:16 76:18 76:20 76:23 77:13 77:14 77:16 77:23 77:24 78:5 78:5 78:8 78:12 78:14 78:16 78:21 78:23 78:24 78:25 79:2 79:4 79:8 79:9 79:10 79:12 79:15 79:16 79:20 80:4 80:7 80:8 80:8 80:9 80:12 80:12 80:17 80:19 80:20 80:22 80:25 81:2 81:3 81:5 81:17 81:21 81:21 81:24 82:1 82:2 82:5 82:7 82:10 82:12 82:16 82:20 82:21 82:23 83:1 83:2 83:3 83:4 83:5 83:7 83:10 83:10 83:11 83:15 83:16 83:17 83:18 83:19 83:20 83:20 83:22 83:22 83:23 83:24 84:4 84:6 84:6 84:8 84:9 84:11 84:13 84:14 84:17 84:20 84:23 84:23 84:25 85:2 85:4 85:4 85:11 85:12 85:14 85:15 85:16 85:16 85:16 85:20 85:24 86:2 86:12 86:13 86:13 86:14 86:15 86:19 86:22 87:1 87:2 87:3 87:4 87:4 87:6 87:15 87:18 87:18 87:21 87:22 87:24 88:5 88:6 88:10 88:13 88:14 88:17 88:23 88:25 89:1 89:4 89:5 89:7 89:8 89:11 89:12 89:12 89:14 89:15 89:17 89:20 89:21 89:22 89:23 89:24 89:24 89:25 90:3 90:5 90:6 90:7 90:9 90:10 90:16 90:18 90:21 90:24 91:1 91:3 91:7 91:13 91:16 91:17 91:24 92:2 92:3 92:5 92:8 92:10 92:12 92:14 92:16 92:18 92:18 92:19 92:22

**the**(185) 92:24 93:1 93:7 93:7 93:8 93:8 93:12 93:12 93:15 93:20 93:20 93:21 93:22 94:1 94:3 94:3 94:3 94:6 94:9 94:10 94:10 94:11 94:14 94:15 94:15 94:18 94:21 94:24 95:4 95:4 95:6 95:9 95:12 95:14 95:16 95:18 95:20 95:21 95:23 96:1 96:7 96:12 96:17 96:21 97:2 97:4 97:6 97:9 97:9 97:10 97:11 97:16 97:21 98:3 98:4 98:4 98:6 98:9 98:10 98:16 98:20 98:23 98:24 99:1 99:1 99:3 99:4 99:5 99:7 99:13 99:14 99:19 99:20 99:24 99:25 100:3 100:5 100:5 100:6 100:11 100:15 100:18 100:19 100:21 100:24 100:25 101:2 101:2 101:4 101:6 101:9 101:11 101:11 101:12 101:15 101:18 101:21 101:23 101:24 102:1 102:7 102:9 102:11 102:14 102:17 102:18 102:20 102:22 102:23 102:23 103:1 103:2 103:7 103:9 103:9 103:10 103:13 103:14 103:18 103:20 103:21 103:22 103:25 104:4 104:5 104:9 104:10 104:11 104:12 104:12 104:14 104:16 104:17 104:17 104:19 104:19 104:21 104:22 104:23 104:25 105:2 105:5 105:7 105:11 105:14 105:14 105:20 105:22 105:25 106:5 106:6 106:8 106:9 106:12 106:13 106:14 106:16 106:18 106:19 106:24 107:1 107:2 107:5 107:6 107:7 107:9 107:12 107:17 107:17 107:20 107:23 107:25 108:4 108:7 108:9 108:12 108:15 108:17 109:1 109:3 109:6 109:7 109:7 109:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **their**(40) 13:6  13:7  23:1  23:4  32:25  33:18  37:5  42:14  46:9  46:18  46:19  47:9  55:17  56:13  57:10  57:11  58:25  59:13  64:1  64:1  64:2  64:23  66:8  67:17  67:24  68:19  69:2  70:22  76:4  77:15  87:19  90:24  91:1  98:1  98:2  101:10  101:17  102:19  104:2  105:3 | | **things**(16) 11:7  13:10  15:9  17:7  19:21  25:5  33:14  34:22  47:18  50:19  70:15  71:12  72:10  80:5  92:20  94:20 | | **through**(15) 22:18  24:9  25:12  25:18  43:21  43:22  44:16  51:4  56:25  57:3  57:14  61:1  64:6  96:19  99:11 | | **trenches**(1) 47:5  **trial**(73) 7:20  17:12  18:16  18:25  20:9  20:10  21:12  21:20  22:11  24:2  24:2  24:3  24:12  26:11  26:15  27:2  27:23  27:14  29:10  29:14  30:3  30:17  31:3  31:3  31:9  31:11  31:14  32:14  35:13  35:14  36:21  36:24  37:8  37:13  37:17  37:22  38:14  39:24  40:9  40:18  40:22  40:23  41:8  41:20  41:22  42:1  42:3  42:8  42:15  43:1  45:1  45:4  45:15  48:8  48:14  48:16  48:21  48:22  49:17  49:21  49:22  49:22  51:7  84:14  84:24  84:25  87:5  87:8  87:11  88:8  88:22  89:5 |
| **them**(40) 15:12  18:15  19:4  27:20  44:11  48:12  48:12  48:13  63:6  69:1  70:1  70:23  71:3  72:8  72:17  72:19  73:1  73:1  76:22  76:24  77:15  80:3  80:6  82:12  82:12  82:24  85:21  87:22  88:11  95:21  97:14  98:3  99:6  99:7  100:19  104:8  104:10  104:24  105:14  106:23 | | **think**(101) 6:4  6:16  7:5  8:12  8:18  10:2  10:10  10:18  10:23  15:12  15:19  15:20  16:15  17:3  17:8  17:14  18:7  18:12  19:10  19:12  19:20  20:2  20:12  20:16  22:5  22:25  24:1  25:24  28:19  29:3  29:8  29:14  30:9  31:8  31:16  31:21  32:20  33:19  33:20  33:2  35:3  35:12  35:13  35:21  39:4  41:7  41:13  41:24  42:13  43:22  45:5  45:10  47:6  48:16  49:8  49:13  49:24  50:17  51:14  52:14  52:24  53:7  54:22  61:12  61:16  65:14  66:3  70:1  71:9  72:18  73:12  73:17  80:20  83:24  84:1  85:4  85:25  86:19  86:22  87:5  87:14  88:20  89:4  90:14  91:20  91:23  92:17  93:13  97:10  98:23  99:1  103:2  105:7  105:14  106:8  106:14  106:23  106:24  107:2  107:25 | | **throw**(2) 14:7  50:16  **throwing**(2) 21:16  48:11  **thursday**(1) 16:22  **till**(3) 53:16  70:10  84:17  **time**(71) 6:23  11:7  11:12  11:13  12:1  13:6  14:24  15:2  15:14  15:14  15:24  16:19  18:2  20:16  22:4  24:3  26:13  28:20  29:10  29:16  29:17  30:5  31:19  35:20  35:22  42:3  43:7  43:13  48:19  48:20  48:20  49:19  49:22  49:22  50:17  51:16  53:17  54:23  55:13  57:16  58:6  58:9  59:17  61:15  64:8  65:7  65:21  66:3  66:4  68:22  70:2  70:6  70:8  70:12  72:3  78:24  81:13  85:3  87:4  87:6  87:9  91:6  95:22  99:12  100:2  100:3  103:15  105:15  105:16  106:5  106:22 | | **trials**(1) 94:6  **tribulations**(1) 94:6  **tried**(5) 17:23  19:12  28:19  **true**(1) 16:15  **trust**(2) 4:28  4:37  **try**(7) 10:15  15:16  15:9  47:20  91:7  93:19  103:16 |
| **themselves**(1) 91:1  **then**(50) 7:6  9:9  10:13  12:23  12:25  15:22  18:5  18:10  18:22  18:25  21:25  30:2  31:2  36:4  37:9  37:19  38:10  39:7  45:8  45:20  49:1  49:10  50:16  56:4  69:4  70:10  72:9  72:19  77:6  77:18  78:2  91:19  91:23  93:18  95:21  98:10  99:4  99:6  99:7  99:8  99:11  99:17  99:22  99:24  100:5  100:6  106:16  107:10  108:15  108:19 | | **thinking**(2) 18:18  98:17  **third**(2) 12:5  25:10  **thirty-first**(2) 55:11  61:7  **this**(146) 6:11  8:15  9:21  9:24  10:8  10:11  10:16  10:18  15:6  16:16  16:17  16:19  17:15  18:11  18:24  19:13  19:16  19:18  20:4  20:4  20:18  21:2  21:8  21:9  21:9  21:15  21:19  22:10  22:13  22:16  24:2  24:8  24:8  24:22  24:25  25:12  27:9  27:15  27:16  27:24  28:14  28:14  28:17  28:20  30:13  31:15  32:5  32:6  32:21  33:11  34:7  35:1  35:3  35:13  35:22  36:17  36:17  36:18  38:6  39:23  40:6  40:15  41:7  41:8  41:22  42:18  43:11  43:13  43:14  44:15  44:16  44:19  45:1  45:4  46:4  46:5  46:6  46:7  50:3  50:6  50:20  51:5  51:24  51:25  52:15  52:15  52:23  52:24  53:4  53:8  54:6  57:23  59:14  60:10  60:14  60:1  61:25  62:7  63:12  65:1  65:9  66:19  67:21  68:21  71:1  73:8  74:23  75:1  75:3  75:14  76:13  78:17  78:17  79:13  79:19  79:23  80:2  81:21  82:4  86:1  86:18  87:3  88:2  88:6  88:18  88:18  89:19  90:20  91:5  91:7  91:17  93:17  98:7  98:20  98:22  100:12  100:23  102:6  102:12  103:11  103:21  105:14  106:1  108:1 | | **timeframe**(3) 18:4  70:16  90:16  **timeline**(2) 56:17  56:19  **times**(2) 28:24  46:20  **timetable**(3) 8:20  10:10  11:11  **today**(28) 8:6  9:17  9:23  12:12  14:14  25:6  26:19  29:11  29:16  30:7  31:22  32:17  36:22  36:22  38:5  38:14  55:21  58:2  62:1  65:14  84:10  85:8  96:4  96:21  97:3  103:11  105:19  107:13  **together**(6) 25:23  41:10  85:24  96:20  98:6  108:19  **token**(1) 13:21  **told**(6) 70:11  74:2  79:4  80:13  82:4  104:8  **tomorrow**(3) 86:4  86:12  93:19  **too**(9) 29:14  46:3  59:11  80:14  95:4  100:2  100:13  104:7  108:21 | | **tsa**(1) 57:12  **tuesday**(3) 6:1  13:25  53:19  **tune**(2) 59:20  59:21  **tunnell**(3) 1:23  1:25  5:13  **turn**(1) 67:12  **turned**(2) 99:14  99:16  **tweed**(3) 3:10  4:8  28:6  **two**(24) 8:17  12:3  14:13  15:16  15:18  25:5  25:5  29:8  40:11  50:12  51:15  52:2  53:4  54:15  57:5  73:19  77:4  80:13  81:13  85:1  99:1  99:1  99:9  102:6 **type**(4) 45:9  47:23  87:9  99:19  **types**(2) 70:14  101:21  **typical**(1) 96:8  **u.s.**(15) 6:20  7:1  7:6  8:19  9:1  16:2  16:22  20:12  44:5  44:8  51:10  76:13  78:10  104:9  104:17 |
| **theories**(6) 34:1  34:3  34:5  34:6  41:4  48:11  **theory**(1) 41:6  **there**(95) 6:10  6:14  6:19  7:4  8:17  9:25  10:18  11:8  11:14  12:12  12:18  14:8  14:8  15:2  17:24  18:18  19:8  19:20  23:10  23:11  24:19  25:13  25:23  28:22  28:24  29:5  29:10  30:5  30:16  31:6  31:17  33:9  33:20  35:7  37:13  38:10  38:19  40:19  41:1  41:19  42:5  43:6  43:17  43:19  45:8  46:7  46:12  46:13  48:5  52:19  53:6  54:15  58:15  62:7  66:13  70:12  70:15  71:10  72:7  72:20  74:8  74:9  76:22  76:25  77:10  77:11  77:17  77:18  77:20  77:21  77:24  78:5  78:16  80:11  83:14  85:1  85:10  85:14  85:18  88:15  88:22  92:9  92:15  92:25  93:3  97:13  97:22  101:12  101:19  102:4  103:16  104:14  106:1  107:4  107:18 | | **thomas**(1) 4:11  **thompson**(19) 55:12  55:25  56:10  56:22  57:6  57:13  57:16  58:2  58:4  58:13  58:17  58:21  59:15  60:4  60:11  60:12  60:20  60:2  108:10  **thompson's**(12) 56:9  56:18  57:2  57:3  58:15  59:23  60:2  60:7  11:11  107:22  108:2  **those**(66) 6:19  6:22  11:1  11:16  11:24  16:1  16:6  16:8  17:2  18:9  18:14  18:14  20:5  22:3  22:4  24:9  25:17  25:20  27:22  32:7  32:15  32:19  34:3  34:4  34:6  34:11  35:2  38:16  46:15  47:25  48:10  48:11  49:5  49:11  51:4  52:5  53:18  54:20  57:20  57:22  59:2  63:23  65:14  65:17  66:16  67:25  68:16  70:2  70:14  77:6  77:18  85:7  85:21  90:4  90:25  91:19  95:11  95:17  96:2  97:7  97:13  102:2  103:2  103:21  105:23  107:2  **though**(8) 13:15  19:21  24:14  24:15  41:17  65:8  90:25  93:21  **thought**(8) 26:2  26:22  32:3  50:23  54:20  72:13  93:3  93:5  **thoughtful**(1) 88:8  **thousands**(1) 41:1  **three**(21) 12:10  15:14  16:24  17:2  19:14  51:17  54:19  55:13  61:19  63:6  63:11  64:2  65:9  68:11  68:22  77:1  77:2  78:25  79:16  80:1  95:21 | | **transaction**(9) 63:16  63:18  65:7  65:19  65:23  101:12  102:12  103:19  104:10  **transactions**(5) 65:15  65:17  76:4  101:8  101:14  **transcriber**(1) 109:12  **transcript**(3) 1:17  1:47  109:7  **transcription**(2) 1:40  1:47  **transcripts**(3) 15:13  87:22  87:24  **transfer**(8) 57:21  57:23  64:16  72:13  75:20  77:15  97:20  99:11  **transferred**(10) 59:3  66:2  66:16  67:16  68:13  72:6  72:8  102:21  104:10  105:23  **transition**(6) 57:8  57:14  61:20  68:2  73:6  80:3  **transitional**(3) 76:25  97:24  100:5  **transitioned**(3) 68:3  96:21  97:9  **travel**(1) 109:1  **traveling**(3) 53:19  87:19  100:12  **treat**(1) 66:16  **treated**(7) 64:25  66:9  66:22  67:15  103:10  103:23  104:15  **treatment**(4) 66:14  66:23  67:6  67:17  **treats**(1) 102:20  **tremendous**(4) 23:11  29:23  30:13  87:2 | | **ucc**(1) 44:8  **ukp**(1) 34:11  **ultimately**(6) 29:21  30:3  42:13  57:9  67:15  68:6  **unaffected**(3) 102:5  102:15  102:20  **unanimously**(1) 22:4  **unaware**(1) 63:25  **uncertain**(1) 58:10  **uncertainties**(2) 58:15  85:6  **uncertainty**(4) 29:19  42:11  42:12  59:12  **uncover**(1) 103:22  **under**(26) 13:2  14:3  18:19  25:17  37:6  45:4  57:7  57:19  59:16  60:18  63:9  66:11  66:20  68:9  68:15  73:8  80:4  81:2  81:2  88:16  93:8  101:12  104:22  104:23  106:17  108:2  **underestimation**(1) 10:19  **underlaid**(1) 22:23  **understand**(23) 8:17  16:12  20:19  21:10  22:16  24:14  26:21  28:16  28:21  28:25  41:18  41:25  42:22  44:12  58:1  71:14  73:7  82:7  87:23  89:22  91:12  101:19  106:21  **understanding**(4) 29:23  90:23  100:23  105:24  **understood**(3) 6:25  42:24  71:25  **undertake**(2) 46:5  104:18  **undoubtedly**(1) 7:19  **unemployment**(4) 99:17  99:18  99:20  99:23  **unequally**(1) 66:22  **unequivocal**(1) 44:21  **unethical**(1) 100:9  **unfortunate**(3) 34:14  34:23  52:23  **united**(8) 1:1  1:19  10:15  12:11  30:12  34:10  53:22  88:23 |
| **there'd**(1) 47:7  **there're**(12) 6:7  7:23  33:8  34:5  35:6  38:3  46:17  46:19  46:22  79:15  82:22  **there've**(3) 12:9  23:17  89:25  **thing**(10) 20:17  25:15  71:1  72:5  72:18  81:15  92:9  99:2  97:24  98:25 | | | | **traci**(1) 109:12  **tracking**(1) 71:6  **train**(1) 77:18  **trains**(2) 8:10  85:2 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **unknown**(17) 6:9 9:6 31:22 32:16 43:17 44:1 85:9 85:14 85:20 86:2 86:5 86:8 86:11 86:17 86:24 92:2 94:17 | | **was**(158) 6:10 6:14 8:18 8:20 8:24 10:5 10:10 10:17 10:18 11:8 11:9 11:10 11:12 11:13 11:21 12:1 12:12 12:15 16:16 19:7 20:14 21:22 22:9 22:10 24:17 26:23 29:2 29:21 29:22 30:2 30:3 33:15 33:15 39:16 43:22 45:8 56:15 56:22 57:5 57:6 57:6 57:7 58:7 58:10 58:10 58:13 58:15 58:18 59:16 60:10 60:13 60:20 62:8 64:1 64:5 64:7 64:9 64:12 65:8 65:9 65:17 65:19 65:21 65:21 65:22 65:23 65:24 66:24 66:15 66:19 66:21 67:21 69:20 70:6 70:12 70:15 70:15 70:17 70:19 71:2 71:3 71:8 71:10 71:24 72:3 72:4 72:5 72:8 72:20 73:13 74:1 74:8 74:9 75:18 75:19 75:19 75:22 75:23 75:24 76:6 76:18 76:20 76:22 76:25 77:8 77:9 77:9 77:11 77:13 77:20 77:21 77:25 78:1 78:3 78:13 78:17 78:19 79:8 79:18 80:11 81:8 81:15 81:17 81:19 81:21 82:1 82:1 90:10 93:7 93:12 96:19 97:3 97:9 97:10 97:12 97:22 97:23 98:23 99:9 99:11 100:7 100:23 101:1 101:7 101:21 102:1 104:8 104:14 104:17 105:6 105:19 105:20 106:14 106:23 106:25 106:25 109:3 | | **well**(53) 6:13 7:9 8:5 12:12 13:12 14:19 14:24 15:20 19:23 24:16 24:24 26:17 29:13 31:13 36:9 39:6 40:3 40:3 50:23 53:18 55:6 59:16 60:7 60:13 61:16 62:3 62:6 62:10 71:2 73:9 74:1 76:3 79:20 80:12 80:21 81:25 82:9 82:14 86:6 86:12 86:16 86:19 87:1 88:1 90:25 91:3 91:16 91:22 91:24 95:19 98:4 99:22 108:20 | | **who**(49) 11:1 13:2 13:5 13:12 13:22 20:5 33:9 33:15 33:15 41:2 41:8 47:4 47:4 50:12 53:4 53:5 53:19 55:18 58:23 61:20 63:9 64:7 66:24 66:25 67:2 67:4 68:13 69:8 73:11 87:17 87:20 88:3 94:14 97:16 98:2 98:16 98:18 101:9 101:13 101:14 101:24 101:25 102:21 103:18 103:19 103:20 104:1 104:9 105:23 |
| **unless**(6) 32:23 36:3 52:13 60:1 68:21 107:3 | | | | **went**(4) 56:25 71:5 102:19 103:24 **were**(77) 8:12 10:8 11:5 11:6 11:7 11:14 11:18 11:20 11:25 13:2 16:15 16:17 18:18 19:5 19:7 25:3 25:4 25:6 26:17 30:1 44:25 57:9 58:14 59:3 59:4 59:6 60:11 63:25 64:8 64:13 65:8 65:16 67:4 67:15 67:15 67:16 67:23 68:8 68:10 70:22 71:2 72:6 72:16 72:19 75:20 76:5 76:9 76:24 76:25 77:11 79:4 89:20 93:3 93:16 95:6 96:24 97:15 97:16 98:8 98:16 99:2 99:2 99:9 100:8 101:11 101:12 101:13 102:4 103:16 103:20 103:22 104:1 104:5 104:9 104:10 105:10 107:2 | | **who's**(8) 33:17 34:19 39:13 43:12 43:12 85:13 96:20 105:18 |
| **unlimited**(1) 50:10 **unnecessary**(1) 33:19 **unrealistic**(1) 31:5 **unsecured**(1) 4:15 | | | | | | **whole**(4) 97:2 97:9 98:24 98:25 **whom**(1) 68:14 **whose**(2) 56:15 63:22 |
| **until**(12) 30:5 37:17 38:6 42:9 42:19 43:2 45:6 51:4 53:23 61:11 76:7 95:18 | | | | | | **why**(17) 10:3 17:5 31:12 32:12 46:13 53:6 69:3 70:3 70:16 70:24 79:22 91:13 95:23 97:2 99:6 101:19 103:11 |
| **upon**(7) 25:1 25:21 26:3 56:13 60:9 63:7 63:25 | | | | **weren't**(1) 72:7 **what**(89) 6:11 10:16 10:17 11:25 12:24 13:4 13:11 16:11 17:5 17:12 17:16 18:17 19:12 21:6 22:12 24:24 26:11 30:19 32:4 32:20 34:24 35:20 36:20 37:15 37:16 38:12 40:2 40:16 41:4 41:21 41:22 42:10 42:13 42:20 42:24 43:11 45:13 46:12 47:47:6 48:13 49:8 50:2 50:7 64:7 71:8 71:14 71:14 73:6 75:17 76:9 77:20 78:1 79:4 79:19 79:22 80:4 80:5 80:6 81:3 81:12 81:16 81:19 82:4 83:23 85:13 85:22 85:25 86:23 91:9 91:15 92:10 92:12 95:7 97:8 97:8 98:5 99:4 99:6 99:22 100:7 100:8 102:8 104:8 104:16 104:19 106:7 106:10 107:25 | | **wide-ranging**(1) 15:11 **will**(98) 7:19 9:1 9:9 10:7 11:8 17:9 17:11 17:18 18:3 18:7 18:12 20:3 20:22 21:2 21:14 22:8 22:15 23:10 23:11 23:14 23:20 23:23 24:2 25:13 25:22 26:20 26:24 27:4 27:13 27:21 28:9 30:17 31:11 33:11 36:10 36:15 36:16 36:24 37:11 37:19 37:20 38:10 38:10 40:14 40:14 45:6 46:2 48:6 48:25 49:20 50:8 51:24 51:24 52:2 53:12 53:16 60:7 60:12 61:18 62:21 62:22 65:15 68:25 69:4 72:16 73:10 73:23 82:12 83:10 84:7 84:10 84:11 84:19 84:24 84:24 84:25 85:1 85:7 87:10 87:10 87:19 87:25 88:6 88:10 88:12 88:16 88:17 88:21 89:4 90:22 90:25 93:6 95:12 96:2 102:15 102:15 107:8 107:10 |
| **upshot**(1) 56:18 **urgent**(1) 52:11 **ursula**(5) 3:38 77:21 79:9 81:16 96:16 **ursula's**(1) 77:21 **use**(3) 51:13 61:16 87:4 **used**(12) 13:13 22:13 25:2 72:5 73:5 73:6 75:10 76:21 76:25 77:12 80:1 98:16 | | **wasn't**(6) 11:22 16:17 17:2 70:17 70:24 98:17 | | | | |
| **utility**(1) 24:8 **vacation**(1) 77:6 77:7 99:12 **vacuum**(2) 38:4 40:24 **valid**(1) 70:15 **validated**(1) 70:18 **value**(1) 67:24 **various**(11) 22:15 33:10 37:18 56:24 57:8 59:19 67:20 68:14 72:20 85:16 100:8 | | **wasting**(1) 15:14 **watch**(1) 98:2 **watching**(1) 46:12 **waterfall**(1) 24:6 **way**(25) 21:13 21:16 22:10 24:2 27:16 35:7 35:15 40:25 46:3 48:24 51:21 56:1 61:1 62:25 70:8 71:24 72:2 78:23 79:16 89:22 90:13 93:16 94:3 97:9 104:14 | | | | **willkie**(2) 4:40 90:21 **wilmington**(11) 1:12 1:27 2:9 2:22 2:35 2:41 3:7 3:19 3:27 4:28 6:1 |
| **very**(41) 7:9 9:16 10:14 10:22 14:20 17:4 18:16 20:6 20:20 22:17 25:1 25:1 25:24 26:4 28:19 38:2 39:6 39:20 41:17 42:9 48:5 52:20 53:18 62:3 62:10 72:7 73:13 73:16 76:6 77:8 79:18 83:9 87:8 91:24 97:3 97:8 97:17 100:9 100:11 103:10 107:13 | | **ways**(1) 46:7 **we'd**(4) 7:6 17:1 37:25 93:21 **we'll**(21) 9:8 12:23 12:24 18:8 26:14 39:4 43:16 47:17 52:16 53:22 55:2 69:4 88:24 92:18 93:18 97:19 97:20 97:20 107:4 107:25 108:17 | | **what's**(6) 30:16 35:12 47:5 51:15 51:15 84:23 | | **win**(2) 84:2 94:4 **winning**(1) 99:3 **wisely**(1) 61:16 |
| **via**(1) 82:2 **view**(8) 22:5 22:9 31:10 34:24 59:6 65:5 72:11 101:3 | | | | **whatever**(4) 35:17 37:22 94:7 106:23 **when**(52) 7:20 13:1 13:17 15:7 15:10 16:15 17:17 20:18 22:13 22:14 22:16 23:5 23:8 24:25 29:14 29:20 31:11 32:13 32:14 35:22 38:4 41:8 42:14 43:2 47:19 48:8 48:15 49:17 50:21 58:13 58:14 58:24 64:12 65:21 65:24 69:3 70:21 74:1 75:24 77:15 79:8 81:16 82:2 84:19 87:22 88:10 89:12 90:4 98:6 99:15 99:19 105:16 | | **wish**(9) 45:20 45:21 55:22 62:1 62:25 68:23 73:20 74:16 108:18 |
| **voluntarily**(1) 59:4 **voluntary**(1) 57:22 **wait**(3) 29:13 39:4 95:18 **waiting**(2) 6:5 83:21 **waive**(1) 101:16 **waiving**(1) 91:18 **walk**(1) 51:16 **want**(47) 8:22 16:13 21:6 26:7 32:8 32:10 36:5 36:14 40:8 40:8 40:18 40:18 41:12 43:10 43:10 44:12 44:21 46:14 54:23 66:13 69:1 73:22 74:5 78:8 79:18 79:22 80:5 80:5 80:6 82:3 85:3 85:21 85:25 85:25 87:1 87:8 87:16 88:4 88:5 90:8 91:4 93:10 94:7 95:18 99:21 105:16 107:8 | | **we've**(27) 9:20 12:6 12:10 12:24 13:4 12:12 15:4 17:3 17:7 17:21 19:12 28:13 31:13 35:7 36:16 40:10 44:12 47:12 47:24 48:12 88:18 89:15 89:22 90:7 93:7 95:10 98:13 | | **where**(31) 10:3 11:7 14:21 17:11 17:13 20:7 20:12 23:5 24:3 25:6 27:23 34:25 35:12 35:18 41:8 42:3 43:12 44:14 46:11 47:15 50:4 58:1 59:10 64:9 65:14 71:4 72:24 92:18 96:18 100:8 104:2 | | **wished**(1) 60:23 **wishes**(2) 21:11 52:19 **wit**(1) 29:25 **with**(159) 6:14 6:17 7:1 8:19 8:22 8:25 9:8 9:17 10:1 11:1 12:1 12:16 14:14 16:16 17:24 18:6 18:9 18:10 18:10 18:23 19:14 19:14 20:2 20:11 21:9 22:11 23:11 23:12 23:25 25:3 25:16 25:21 26:15 27:2 27:2 27:3 27:6 27:12 30:19 31:1 31:2 33:5 33:11 34:3 34:8 34:12 34:17 34:23 35:16 36:23 37:8 38:1 40:1 40:6 40:18 40:20 40:21 41:3 41:6 41:10 42:2 42:6 42:17 44:15 46:5 47:8 48:9 48:10 48:12 48:14 49:5 49:11 50:21 50:23 51:3 51:7 51:25 52:11 52:25 54:5 54:20 55:2 56:10 56:11 57:11 57:17 58:10 58:16 58:21 59:1 59:3 61:16 61:21 63:7 63:16 63:17 64:1 64:13 65:4 65:18 66:18 67:1 67:7 67:9 68:3 68:13 69:21 71:3 71:5 72:4 73:18 74:17 76:1 76:3 76:18 76:23 77:11 77:17 79:9 79:15 79:16 79:18 80:8 80:9 80:13 81:17 81:21 82:22 83:1 84:13 86:15 86:21 88:17 89:20 89:25 91:8 91:21 92:12 93:16 93:24 94:1 96:20 97:21 98:8 98:9 99:21 100:9 100:20 101:8 101:14 101:24 102:22 103:4 104:14 104:23 105:7 105:13 107:21 |
| **wanted**(17) 8:19 9:20 34:25 39:9 45:24 52:5 85:20 85:21 90:12 98:9 98:9 100:20 103:15 104:7 104:8 106:2 106:20 | | **webb**(1) 2:44 **webpage**(1) 64:9 **wedding**(1) 13:18 **week**(11) 12:15 15:3 15:5 16:16 17:11 23:3 51:15 51:15 84:25 102:4 108:12 | | | | |
| **wanting**(2) 38:19 89:12 **wants**(2) 42:11 50:16 **warning**(1) 88:1 **warrant**(1) 103:17 **warring**(1) 9:24 | | **week's**(1) 99:9 **weekend**(1) 28:14 **weeks**(17) 12:3 14:13 14:23 16:24 16:24 17:2 26:18 44:17 44:23 76:2 77:4 77:6 80:13 81:13 85:2 102:2 102:3 **weigh**(1) 27:3 **welcome**(1) 94:16 **welcoming**(1) 96:23 | | **whereupon**(1) 109:3 **whether**(15) 16:20 19:8 38:11 39:1 50:13 57:1 64:16 65:11 67:11 83:24 85:21 85:22 91:14 104:21 106:7 **which**(54) 7:1 8:22 13:7 16:2 16:9 19:8 21:14 21:15 21:17 21:20 22:7 22:7 22:8 22:22 23:17 23:23 23:23 24:10 25:1 25:2 27:13 34:1 35:1 35:16 36:20 37:4 41:4 43:2 43:22 44:9 49:17 54:21 57:10 57:19 58:13 60:14 60:19 61:19 64:4 70:8 84:11 84:18 85:4 87:10 88:24 93:9 102:13 102:17 102:23 103:5 105:3 106:2 106:21 107:8 **while**(8) 9:17 22:2 23:10 24:25 25:23 67:8 83:11 92:5 | | **within**(12) 17:23 18:3 25:11 31:2 31:3 33:10 81:13 97:1 99:1 99:7 99:18 107:10 **without**(9) 16:8 18:12 26:1 26:2 57:20 88:2 93:20 94:1 98:13 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**witness**(10) 21:22  21:23  26:14  28:24  33:14  34:16  42:7  42:12  42:19  42:21

**witnesses**(26) 11:6  17:24  17:25  18:6  18:9  18:23  23:14  23:17  25:4  25:9  25:10  25:19  25:19  25:21  26:12  28:23  30:24  30:25  33:9  34:15  35:21  42:17  42:22  87:18  87:18  88:10

**won**(1) 83:24

**won't**(3) 21:5  52:15  86:14

**wondering**(2) 46:12  91:14

**word**(1) 86:7

**words**(1) 102:15

**work**(11) 13:13  40:9  56:13  57:6  58:1  64:10  66:12  77:9  78:24  97:3  99:10

**workable**(1) 59:14

**worked**(11) 6:13  68:6  76:19  79:14  79:25  96:18  96:20  100:4  100:6  103:18  104:3

**workers**(1) 98:12

**workforce**(5) 58:5  58:8  58:19  59:5  104:17

**working**(13) 7:10  9:21  15:5  17:16  18:2  20:6  70:10  73:1  75:19  75:23  76:6  77:13  81:15

**works**(5) 13:13  31:14  48:25  58:2  99:18

**world**(9) 11:7  12:9  12:19  13:22  14:7  33:25  50:11  51:4  94:6

**worldwide**(1) 12:15

**worry**(1) 99:8

**worth**(1) 98:17

**would**(104) 6:25  16:20  18:19  18:25  19:8  22:15  29:13  29:14  29:25  30:1  31:8  31:10  33:18  33:19  33:20  33:25  34:2  34:5  34:15  35:22  37:23  37:24  38:15  40:5  40:25  41:10  44:5  45:5  45:10  45:14  47:7  47:7  47:16  49:7  49:9  49:10  49:19  49:23  50:23  54:8  54:20  55:23  57:19  58:13  58:24  59:9  59:10  59:14  61:10  62:4  63:1  64:11  64:17  64:20  64:25  65:25  66:3  66:5  66:7  66:8  66:17  67:1  67:5  68:14  68:25  69:8  71:19  72:14  75:6  75:14  75:15  78:2  78:18  80:9  84:15  86:19  86:23  87:12  88:9  89:23  89:25  90:14  91:5  91:16  91:21  97:17  98:21  99:22  99:23  99:24  101:5  101:15  101:22  102:3  102:5  102:18  102:20  103:10  103:17  103:23  104:15  104:24  106:7  108:4

**wouldn't**(1) 106:17

**written**(3) 55:24  62:5  84:10

**wrong**(1) 104:14

**wrote**(2) 74:4  74:5

**wunder**(2) 5:35  5:36

**www.diazdata.com**(1) 1:44

**yawn**(1) 7:14

**yeah**(7) 43:8  50:1  71:17  75:22  89:10  96:12  108:13

**year**(12) 10:8  43:23  57:4  57:25  58:13  76:1  76:3  100:6  100:23  104:11  104:18  105:21

**year's**(1) 59:21

**years**(12) 13:11  35:1  47:13  65:10  69:21  70:6  71:5  80:1  97:4  97:6  98:3  98:18

**yes**(78) 6:24  9:6  9:11  9:19  10:5  11:23  21:4  27:19  28:4  28:8  33:4  33:16  33:24  36:19  39:11  40:12  41:17  41:18  45:23  45:25  48:1  48:3  52:12  52:21  54:5  54:7  54:17  55:1  55:8  56:4  57:24  61:5  61:23  62:16  69:10  69:15  69:19  70:4  71:23  72:23  74:3  74:7  74:10  75:12  77:23  78:7  78:9  78:12  78:15  80:18  80:18  82:11  82:20  83:19  84:6  85:12  85:12  89:1  89:7  89:10  90:17  90:18  92:11  93:13  94:3  95:20  95:22  96:12  96:17  99:25  100:16  101:18  102:11  103:1  103:7  105:2  105:25  107:23

**yet**(7) 6:8  6:10  16:5  24:23  61:8  83:17  95:3

**yielded**(1) 68:1

**york**(10) 1:35  2:16  2:29  2:47  3:13  3:34  13:25  15:23  96:16  99:18

**you**(286) 6:3  6:4  6:16  7:9  7:10  7:18  8:1  8:3  8:4  8:8  8:8  8:8  9:9  9:11  9:16  9:18  9:20  9:23  10:6  10:7  12:20  12:21  13:24  15:10  15:12  15:21  15:22  15:23  16:3  18:7  19:2  19:21  19:23  20:21  20:23  21:4  22:7  23:5  23:8  25:20  25:25  26:1  26:9  27:17  28:9  28:24  31:23  33:2  33:14  33:25  34:2  34:22  35:18  35:24  35:24  36:7  36:12  36:13  36:14  36:19  36:25  38:18  39:8  39:9  39:11  39:20  41:9  43:14  45:11  45:21  46:2  46:6  46:24  47:6  47:16  49:10  49:15  49:20  50:11  50:17  51:12  51:14  51:15  51:16  52:4  52:8  53:11  53:17  53:18  53:19  53:23  54:9  54:12  54:13  54:14  54:22  55:4  55:6  56:3  56:6  60:12  61:4  62:10  62:12  62:17  62:20  62:22  62:24  62:25  63:1  63:2  68:24  68:24  69:8  69:9  69:13  69:15  69:21  69:23  70:7  70:7  70:11  70:20  71:4  71:6  71:8  71:12  71:13  71:14  71:15  71:18  72:6  72:11  72:13  72:14  72:15  73:16  73:19  73:23  73:24  74:5  74:6  74:16  74:18  74:25  75:3  75:9  75:16  75:20  76:4  76:14  76:18  77:11  77:18  77:20  77:25  78:8  78:18  78:24  79:4  79:6  79:11  79:13  79:14  79:20  79:22  80:8  80:9  80:9  80:24  80:25  81:8  81:11  81:16  81:18  81:20  81:22  81:25  82:3  82:14  82:17  83:3  83:5  83:6  83:8  83:9  83:12  83:16  83:16  83:22  85:9  85:10  85:20  85:21  85:21  85:25  86:22  86:24  86:25  87:23  87:24  88:10  88:10  89:1  89:3  90:11  91:8  91:14  92:9  92:17  92:23  92:24  93:4  93:9  93:9  93:22  94:5  94:7  94:11  94:12  94:14  94:17  94:18  94:21  94:21  94:24  95:1  95:6  95:12  95:18  96:1  96:1  96:5  96:5  96:7  96:7  97:17  98:12  98:20  98:21  99:1  99:6  99:6  99:7  99:8  100:2  100:15  100:15  100:17  102:2  102:2  102:3  102:3  102:4  102:15  104:2  104:7  104:12  104:16  104:25  105:12  105:15  106:4  106:4  106:6  106:15  106:21  107:11  107:12  107:13  107:14  107:15  107:16  108:7  108:8  108:18  108:18  108:20  108:20  108:21

**you'd**(1) 15:13

**you'll**(3) 18:18  39:21  83:4

**you're**(11) 8:5  13:1  15:21  15:21  15:23  20:19  71:7  71:15  86:12  91:9  99:10

**you've**(5) 7:10  43:2  45:14  83:22  99:6

**young**(3) 2:20  3:22  4:5

**your**(124) 6:6  6:13  6:19  7:8  7:24  8:21  8:24  9:8  16:13  17:3  20:11  20:19  21:19  23:1  24:6  24:24  28:5  28:9  28:9  29:12  29:12  30:10  31:13  31:23  32:12  32:18  33:4  33:5  33:8  33:22  34:9  35:3  35:20  36:1  36:3  36:6  36:13  39:5  39:11  41:15  42:18  43:2  43:17  44:13  44:19  45:23  47:23  49:25  52:3  52:21  53:1  53:1  54:3  54:14  54:14  54:25  56:6  56:7  60:1  61:4  62:21  62:22  62:24  69:6  69:13  69:16  71:7  73:7  73:10  73:25  74:3  75:4  75:17  76:17  80:10  80:11  81:6  81:8  82:10  82:11  82:14  82:19  84:2  85:9  85:14  86:11  86:24  87:6  89:18  90:20  91:12  91:23  92:2  92:23  93:11  94:17  94:20  95:7  95:9  96:6  96:7  96:10  100:1  100:12  100:13  100:17  102:5  102:14  102:16  103:25  104:7  105:15  105:24  106:2  107:4  107:11  107:13  107:14  107:15  107:16  107:21  108:1  108:8  108:20

**yours**(2) 73:14  87:7

**yourselves**(1) 94:16

**zelbo**(2) 1:33  14:14

**ziegler**(14) 39:9  39:11  39:12  39:18  39:23  40:12  40:15  44:4  44:8  44:12  44:18  44:23  48:10  48:18

**ziehl**(1) 3:16

**zloto**(1) 4:45