**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re*                                                                          :       Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                    :       Case No. 09-10138 (KG)
:
          Debtors.                                        :       Jointly Administered
:
:
:       **Re: D.I. 12475**
------------------------------------------------------------X

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on November 22, 2013, a copy of **Order Addressing Debtors' Thirty- First and Thirty- Second Omnibus Objections (Substantive) to Three Claims** was served in the manner indicated upon the individuals identified below.

**Via First Class Mail**

Joseph A. Pino, Sr.
3 Cheryl Ann Ct.
Berlin, NJ 08009

Ursula Phommanirat
27 Veronica Dr.
Rochester, NY 14617

Alicja Reimann
288 Salt Rd.
Webster, NY 14580

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

| | |
|---|---|
| Dated: November 22, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>           */s/ Ann C. Cordo*                                 <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

7641850.3