# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**September 1, 2013 - September 30, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Sept 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 8.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 172.5 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **180.5** |

**Summary of Services Rendered by Professional**

| Name | Sept 2013 Hours |
|---|---|
| Michael Kennedy, Member | 75.0 |
| Matthew Rosenberg, Managing Director | 36.0 |
| Aaron Taylor, Vice President | 46.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 6.5 |
| James Elish, Analyst | 17.0 |
| **TOTAL** | **180.5** |

**Nortel Networks, Inc**
September 1, 2013 - September 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Sept 2013 Hours | Code |
|---|---|---:|---:|
| 9/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 9/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/4/2013 | Review cash summary & cash flash | 1.0 | 1 |
| 9/5/2013 | Conference calls & communication w/Cleary and US Advisors | 3.0 | 14 |
| 9/5/2013 | Follow--up review and analysis based on conference call | 2.0 | 14 |
| 9/6/2013 | Conference calls & communication w/Cleary and US Advisors | 2.0 | 14 |
| 9/6/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 9/7/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 9/9/2013 | Review RM Report | 1.0 | 1 |
| 9/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 9/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 9/10/2013 | Conference calls & communication w/Cleary and US Advisors | 1.0 | 14 |
| 9/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 9/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 9/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 9/17/2013 | Review draft documents re: allocation and litigation filings | 3.0 | 14 |
| 9/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/19/2013 | Review draft documents re: allocation and litigation filings | 4.0 | 14 |
| 9/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/24/2013 | Conference calls & communication w/Cleary | 1.0 | 14 |
| 9/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/26/2013 | Review draft documents re: allocation and litigation filings | 4.0 | 14 |
| 9/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 9/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| **Sept 2013 Total** | | **75.0** | |

**Nortel Networks, Inc**
September 1, 2013 - September 30, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Sept 2013 Hours | Code |
|---|---|---|---|
| 9/4/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/5/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/6/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/9/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/10/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/11/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/12/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/13/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/16/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/17/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/18/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/19/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/23/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 9/24/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/25/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/26/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 9/27/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 9/30/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Sept 2013 Total** | | **36.0** | |

**Nortel Networks, Inc**
September 1, 2013 - September 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Sept 2013 Hours | Code |
|---|---|---:|---:|
| 9/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/5/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/6/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 9/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 9/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 9/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 9/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| **Sept 2013 Total** | | **46.0** | |

**Nortel Networks, Inc**
September 1, 2013 - September 30, 2013 Time Detail
Chilmark Partners, LLC
Jamie Ellis

| Date | Description of Work | Sept 2013 Hours | Code |
|---|---|---|---|
| 9/5/2013 | Review of financial data re: litigation support | 3.5 | 14 |
| 9/6/2013 | Review of financial data re: litigation support | 1.0 | 14 |
| 9/17/2013 | Review draft material re: allocation litigation | 2.0 | 14 |
| **Sept 2013 Total** | | **6.5** | |

**Nortel Networks, Inc**
September 1, 2013 - September 30, 2013 Time Detail
Chilmark Partners, LLC
<u>James Elish</u>

| Date | Description of Work | Sept 2013 Hours | Code |
|---|---|---|---|
| 9/6/2013 | Review of financial data re: litigation support | 6.0 | 14 |
| 9/17/2013 | Review draft material re: allocation litigation | 2.5 | 14 |
| 9/17/2013 | Review of financial data re: litigation support | 6.0 | 1 |
| 9/17/2013 | Review of Eden Report and Discussion | 2.5 | 14 |
| **Sept 2013 Total** | | **17.0** | |