# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2013 through September 30, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Jamie Ellis | 9/5/2013 | News & historical data | $ 96.00 |
| Chilmark | 9/6/2013 | Conference calls | $ 13.91 |
| **Total Expenses** | | | **$ 109.91** |