# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**October 1, 2013 - October 31, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Oct 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 58.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 157.0 |
| 15 | Travel | 30.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **245.0** |

**Summary of Services Rendered by Professional**

| Name | Oct 2013 Hours |
|---|---|
| Michael Kennedy, Member | 120.0 |
| Matthew Rosenberg, Managing Director | 34.0 |
| Aaron Taylor, Vice President | 45.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | 46.0 |
| **TOTAL** | **245.0** |

**Nortel Networks, Inc**
October 1, 2013 - October 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Oct 2013 Hours | Code |
|---|---|---:|:---:|
| 10/1/2013 | Calls w/ management and professionals re: assets and claims | 2.0 | 1 |
| 10/2/2013 | Review RM Report | 1.0 | 1 |
| 10/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 10/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 10/7/2013 | Review US Debtor operational and forecast materials in advance of call | 4.0 | 1 |
| 10/8/2013 | Calls w/ management and professionals re:US Debtor claims | 2.0 | 1 |
| 10/8/2013 | Follow-up review of documents and distribution of information | 3.0 | 1 |
| 10/9/2013 | Travel to NY | 4.0 | 15 |
| 10/9/2013 | Meetings and review of material re: litigation matters and strategy | 6.0 | 14 |
| 10/10/2013 | Meetings and review of material re: litigation matters and strategy | 7.0 | 14 |
| 10/11/2013 | Travel to Chicago | 4.0 | 15 |
| 10/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/11/2013 | Review cash summary | 1.0 | 1 |
| 10/14/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 10/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/16/2013 | Calls w/ management and professionals re: data requests | 1.0 | 1 |
| 10/17/2013 | Review cash flash reports | 1.0 | 1 |
| 10/17/2013 | Calls w/ management and professionals re: US Debtor data | 2.0 | 1 |
| 10/17/2013 | Review material in data requests from Cleary | 3.0 | 14 |
| 10/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 10/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 10/22/2013 | Calls w/ management and professionals re: US Debtor data | 2.0 | 1 |
| 10/22/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/23/2013 | Review material in Cleary data requests and discuss with management | 3.0 | 14 |
| 10/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 10/24/2013 | Review material in Cleary data requests and discuss with management | 1.0 | 14 |
| 10/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/25/2013 | Calls and communications w/ management and professionals re: assets and claims | 3.0 | 1 |
| 10/25/2013 | Prepare and review draft material for asset and claims discussions | 2.0 | 1 |
| 10/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/28/2013 | Travel to Raleigh | 6.0 | 15 |
| 10/29/2013 | Meeting with US Debtor management and professionals | 7.0 | 1 |
| 10/29/2013 | Travel to Chicago | 5.0 | 15 |
| 10/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 9.0 | 14 |
| **Oct 2013 Total** | | **120.0** | |

**Nortel Networks, Inc**
October 1, 2013 - October 31, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Oct 2013 Hours | Code |
|---|---|---:|---:|
| 10/1/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/2/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/4/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/7/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/8/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/9/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/10/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/11/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/15/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/16/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/17/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/18/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/21/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/22/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/23/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 10/24/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/25/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 10/28/2013 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 10/29/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 10/30/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Oct 2013 Total** | | **34.0** | |

**Nortel Networks, Inc**
October 1, 2013 - October 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Oct 2013 Hours | Code |
|---|---|---:|---:|
| 10/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/2/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/7/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/14/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/22/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/28/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 10/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 10/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 10/31/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| **Oct 2013 Total** | | **45.0** | |

**Nortel Networks, Inc**
October 1, 2013 - October 31, 2013 Time Detail
Chilmark Partners, LLC
James Elish

| Date | Description of Work | Oct 2013 Hours | Code |
|---|---|---:|---:|
| 10/10/2013 | Review of Huron analysis | 3.5 | 1 |
| 10/11/2013 | Review of Manager's report | 2.0 | 1 |
| 10/11/2013 | Review of financial information and non-core items | 4.5 | 1 |
| 10/17/2013 | Prepare and review analytic framework | 6.0 | 14 |
| 10/18/2013 | Analysis of MOR | 2.0 | 14 |
| 10/28/2013 | Travel to Raleigh | 6.0 | 15 |
| 10/28/2013 | Review documentation in advance of meeting | 2.0 | 1 |
| 10/29/2013 | Meeting with US Debtor management and professionals | 7.0 | 1 |
| 10/29/2013 | Travel to Chicago | 5.0 | 15 |
| 10/30/2013 | Prepare and review analytic framework | 5.0 | 1 |
| 10/31/2013 | Prepare and review analytic framework | 3.0 | 1 |
| **Oct 2013 Total** | | **46.0** | |