# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2013 through October 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 10/9/13-10/11/13 ** | Flight to New York, NY | $ 578.24 |
| Mike Kennedy | 10/9/13-10/11/13 ** | Hotel (two nights) | $ 500.00 |
| Mike Kennedy | 10/9/13-10/11/13 ** | Ground Transportation | $ 123.50 |
| Mike Kennedy | 10/9/13-10/11/13 ** | Breakfast | $ 7.50 |
| Mike Kennedy | 10/9/13-10/11/13 ** | Breakfast | $ 10.00 |
| Mike Kennedy | 10/9/13-10/11/13 ** | Dinner (for two) | $ 55.19 |
| Mike Kennedy | 10/28/13-10/29/13 | Flight to Raleigh, NC | $ 936.46 |
| Mike Kennedy | 10/28/13-10/29/13 | Hotel (one night) | $ 237.22 |
| Mike Kennedy | 10/28/13-10/29/13 | Ground Transportation | $ 40.00 |
| Mike Kennedy | 10/28/13-10/29/13 | Dinner (for two) | $ 38.51 |
| Mike Kennedy | 10/28/13-10/29/13 | Dinner (for two) | $ 83.55 |
| James Elish | 10/28/13-10/29/13 | Flight to Raleigh, NC | $ 936.46 |
| James Elish | 10/28/13-10/29/13 | Hotel (one night) | $ 255.17 |
| James Elish | 10/28/13-10/29/13 | Ground Transportation | $ 44.90 |
| James Elish | 10/28/13-10/29/13 | Dinner | $ 13.73 |
| Chilmark | 10/3/2013 | Conference calls | $ 43.36 |
| **Total Expenses** | | | **$ 3,903.79** |

** Trip was for two separate clients and expenses are shared between the two clients