EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Aviat U.S., Inc.

    HARRIS STRATEX NETWORKS OPERATING CORPORATION (n/k/a AVIAT U.S., INC.), a corporation organized pursuant to the laws of Delaware ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BLACKWELL PARTNERS, LLC C/O DUMAC, INC., with offices located at 280 South Mangum Street, Suite 210, Durham, North Carolina 27701-3675 ("Buyer"), all right, title and interest in and to the Claim of Seller against NORTEL NETWORKS INC. in the total amount of $397,795.21, docketed as Claim No. 2631 (the "Claim") in the United States Bankruptcy Court, District of Delaware, Case No. 09-10138 (KG) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 21st day of November, 2013.

HARRIS STRATEX NETWORKS OPERATING CORPORATION (n/k/a AVIAT U.S., INC.)

WITNESS:

(Signature) Mary Nelson

Name: Mary Nelson
Title: Sr. Admin Assistant
(Print name and title of witness)

By: _____ (Kevin Howell)
(Signature of authorized corporate officer)

Name: Kevin Howell
Title: VP Finance
Tel.: 408 567 7128

BLACKWELL PARTNERS, LLC

By: Bowery Investment Management, LLC,
    its investment manager

WITNESS:

(Signature) Jim Larkin

Name: Jim Larkin
Title: COO
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Vladimir Jelisavcic
Title: Manager
Tel.: 212-259-4305