**Group Exhibit B**

4828-0967-0166.1

# ≡ɪɪ ERNST & YOUNG

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130922903**

**October 23, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
|---|
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the Statement of Work dated March 1, 2011, including subsequent Amendments to such Statement of Work, and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, out of scope professional fees rendered from July 15, 2013 through August 23, 2013 in connection with the following:

(See attached)

|  |  |
|---|---:|
| *Total Due* | **$38,260** |

Please direct billing inquiries to Andrew J. Rowland at (704) 338-0549 or andrew.rowland@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**



Invoice Number: US0130922903
October 23, 2013

Pursuant to the Statement of Work dated March 1, 2011, including subsequent Amendments to such Statement of Work, and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, out of scope professional fees rendered from July 15, 2013 through August 23, 2013 in connection with the following:

### Federal Ruling Request

Tax advisory and document preparation services relating to the preparation and filing for a ruling request with the Internal Revenue Service ("IRS"), with respect to the timing of claim deductions.

| | |
|---|---|
| **Partner** | 26.6 |
| **Executive Director** | **0.5** |
| **Total Hours:** | 27.1 |

$17,344

### Litigation Discovery

Tax advisory services related to the pending litigations and/or potential litigation by and among the various affiliated debtors.

| | |
|---|---|
| **Partner** | 5.3 |
| **Senior Manager** | **0.2** |
| **Total Hours:** | 5.5 |

$3,502

### E&P Analysis- NNC owned U.S. Groups

Calculation of earning and profits from formation through December 31, 2011 for NNC owned U.S. groups. Compilation and reconciliation of source return documentation and a review of transaction history including restatements and Internal Revenue Service examinations.

| | |
|---|---|
| **Executive Director** | 1.2 |
| **Senior Manager** | **0.9** |
| **Total Hours:** | 2.1 |

$1,263

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT



Invoice Number: US0130922903
October 23, 2013

**North Carolina Ruling Request**

Tax advisory and document preparation services relating to the preparation and filing for a ruling request with North Carolina, with respect to the apportionment and renewal.

| | | |
|---|---|---|
| **Partner** | **6.3** | |
| **Total Hours:** | **6.3** | |
| | | **$4,032** |

**Secretary of State Applications**

Preparation of withdrawal and clearance compliance in anticipation of filing final income tax returns.

| | | |
|---|---|---|
| **Partner** | 13.4 | |
| **Executive Director** | 1.6 | |
| **Manager** | 0.5 | |
| **Staff** | **12.4** | |
| **Total Hours:** | **27.9** | |
| | | **$12,119** |

| | |
|---|---|
| **GRAND TOTAL** | **$38,260** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

3

**Nortel Networks, Inc.**
**E&P Analysis - NNC**

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/25/2013 | Revisions to E&P project analysis. | $640.00 | 0.5 | $320.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 7/24/2013 | Review of NNC E&P analysis. Draft e-mail to EY project team. | $640.00 | 0.7 | $448.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 8/22/2013 | update on dit/ela project with becky | $550.00 | 0.5 | $275.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 8/6/2013 | Call with Becky and George re: ELA scope and approach | $550.00 | 0.4 | $220.00 |
| | | | | **Total** | | **2.1** | **$1,263.00** |

**Nortel Networks, Inc.**
**IRS Ruling Request**

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | Partner | 7/16/2013 | Discussion with Jeff Wood regarding turn around of comments from Cleary. | $640.00 | 0.6 | $384.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 7/31/2013 | Review blackline version comments by Cleary and Akin, noting specific changes to factual matter and related matter subrogation rights and IRS Sec 166 deduction | $640.00 | 2 | $1,280.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 7/31/2013 | Research the impact of contribution to QSF/DOF of subrogation rights for purposes of deriving the bad debt deduction under 166 for satisfaction of guarantee | $640.00 | 2 | $1,280.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 8/1/2013 | Internal call with Jeff Wood to discuss revised submission edits of Cleary and also discuss submission process timing and logistics. | $640.00 | 1 | $640.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 8/2/2013 | Review outline and update call with Richard Lydecker | $640.00 | 1 | $640.00 |
| 2013 Federal Consulting (16688021) | Carrington,Glenn (US012244587) | Partner | 7/29/2013 | Review of ruling request | $640.00 | 2.5 | $1,600.00 |
| 2013 Federal Consulting (16688021) | Carrington,Glenn (US012244587) | Partner | 8/1/2013 | Calls with A. Sargent to discuss revision to document | $640.00 | 2 | $1,280.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 8/8/2013 | Research on DOF issue and discussions with Glenn Carrington/Amy Sargent on nontax requirements to execute funding of Dof | $640.00 | 3.5 | $2,240.00 |
| 2013 Federal Consulting (16688021) | Abbott,Douglas J. (US012013835) | Partner | 8/9/2013 | Preparation and call with Richard Lydecker on current status and follow-up on DOF issue raised at Wednesday meeting | $640.00 | 1 | $640.00 |
| 2013 Federal Consulting (16688021) | Carrington,Glenn (US012244587) | Partner | 8/8/2013 | Discussions with J. Woods, A. Sargent, D. Wood and A. Beakey on changes to Presubmission documents | $640.00 | 3 | $1,920.00 |
| 2013 Federal Consulting (16688021) | Carrington,Glenn (US012244587) | Partner | 8/15/2013 | Review of presubmission conference document | $640.00 | 4 | $2,560.00 |
| 2013 Federal Consulting (16688021) | Carrington,Glenn (US012244587) | Partner | 8/16/2013 | Calls with IRS and email to IRS requesting presubmission conference | $640.00 | 4 | $2,560.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 8/22/2013 | Correspondence and discussions with Mike R. on status of IRS determination. | $640.00 | 0.5 | $320.00 |
| **Total** | | | | | | **27.1** | **$17,344.00** |

**Nortel Networks, Inc.**
**Litigation Discovery**

| Engagement | Employee | Rank | Transaction Date | Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2012 Transfer Pricing (16688016) | Canale,David J (US011608411) | Partner | 8/1/2013 | Follow up with Maria J. subpeona request. | $640.00 | 0.5 | $320.00 |
| 2012 Transfer Pricing (16688016) | Canale,David J (US011608411) | Partner | 8/2/2013 | Review files for subpeona; Conference call with Maria J. and Alfreida Edenlen re: files transfer | $640.00 | 1 | $640.00 |
| 2013 Federal Consulting (16688021) | Scott,James E (US011119307) | Partner | 8/21/2013 | Subpeona response as requested by EY counsel including review of emails 2009 and prior, files on hard drive. | $640.00 | 3.8 | $2,432.00 |
| 2013 Federal Consulting (16688021) | Jacks,Sarah Butler (US011990278) | Senior Manager | 7/22/2013 | Request access to CW's harddrive and email for nortel for Litigation Assistance and document production for discovery request | $550.00 | 0.2 | $110.00 |
| | | | | **Total** | | **5.5** | **$3,502.00** |

**Nortel Networks, Inc.**
**NC Ruling Request**

| Engagement | Employee | Rank | Transaction Date | Revised Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/16/2013 | [State NC Renewal] ~Follow-up with Cleary on review of submission, | $640.00 | 0.3 | $192.00 |
| | Scott,James E (US011119307) | Partner | 7/16/2013 | coordinate w/ R. Lydecker pursuant to John Ray request | $640.00 | 0.4 | $256.00 |
| | Scott,James E (US011119307) | Partner | 7/16/2013 | Independent Partner Comments for NC Ruling Request | $640.00 | 1.1 | $704.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/22/2013 | NC Alt. Apport. renewal revision and ready for client | $640.00 | 1.2 | $768.00 |
| | Scott,James E (US011119307) | Partner | 7/22/2013 | Communication w/ R. Lydecker | $640.00 | 0.2 | $128.00 |
| | Scott,James E (US011119307) | Partner | 7/22/2013 | Tim Ross signature | $640.00 | 0.4 | $256.00 |
| | Scott,James E (US011119307) | Partner | 7/22/2013 | Package reviewed and ready for DOR officials | $640.00 | 0.6 | $384.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 8/20/2013 | Review correspondence re: renewal request and considerations around NEL. | $640.00 | 1.7 | $1,088.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/25/2013 | Finalize document package and send to Tom Dixon and Lennie Collins electronic and hard copy | $640.00 | 0.4 | $256.00 |
| | | | | **Total** | | **6.3** | **$4,032.00** |

**Nortel Networks, Inc.**
**Secretary of State Applications**

| Engagement | Employee | Rank | Transaction Date | Revised Description | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|---|
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/18/2013 | Payroll account closure kick-off coordination. | $640.00 | 0.7 | $448.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 7/22/2013 | Payroll closure requirements and next steps. | $640.00 | 1.4 | $896.00 |
| 2013 SALT Consulting (16688041) | Wood,Jeffrey T (US013081390) | Executive Director | 7/22/2013 | Conference call with client personnel on payroll withdrawals and pending employee claims analysis. | $640.00 | 0.4 | $256.00 |
| 2013 SALT Consulting (16688041) | Jurcic,Kata (US012692348) | Manager | 7/29/2013 | Going through list of projects to give Matt update on withdrawals, apportionment, and clearances | $450.00 | 0.5 | $225.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 8/13/2013 | Meeting preparation for payroll claims conference call. | $640.00 | 0.3 | $192.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 8/13/2013 | Conference call with Tim R., David C., and other client team members to discuss process for analyzing payroll requirements on claims. | $640.00 | 0.9 | $576.00 |
| 2013 Federal Consulting (16688021) | Carver,Gregory (US011300441) | Partner | 7/24/2013 | Conf. call with employment tax team to discuss account closure workplan | $640.00 | 1.5 | $960.00 |
| 2013 Federal Consulting (16688021) | Carver,Gregory (US011300441) | Partner | 8/7/2013 | Review of employment tax withdraw accounts and conference call with Kim Ponder | $640.00 | 1 | $640.00 |
| 2013 SALT Consulting (16688041) | Lowery,Kristie L (US011686190) | Partner | 7/18/2013 | Closures coordination w Jim Scott and Greg Carver | $640.00 | 1 | $640.00 |
| 2013 SALT Consulting (16688041) | Lowery,Kristie L (US011686190) | Partner | 7/23/2013 | Nortel closures forms and resolution | $640.00 | 1.2 | $768.00 |
| 2013 SALT Consulting (16688041) | Lowery,Kristie L (US011686190) | Partner | 8/5/2013 | Call with Kim Ponder and preparation of information to begin process of withdrawls for employment tax purposes. | $640.00 | 3.5 | $2,240.00 |
| 2013 SALT Consulting (16688041) | Lowery,Kristie L (US011686190) | Partner | 8/21/2013 | Forms discussion and review for account closures for Kim Ponder to review with Tim Ross. | $640.00 | 1 | $640.00 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 7/22/2013 | Nortel: Prepare information request | $185.00 | 1.2 | $222.00 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 7/29/2013 | Information gathering for Nortel account closures. | $185.00 | 0.3 | $55.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 7/31/2013 | Review of account number listing provided for closures (to ensure accurate and complete listing provided) | $185.00 | 1.5 | $277.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 7/31/2013 | Prepare confirmation email for client to confirm account discrepancies in provided account number listing | $185.00 | 0.5 | $92.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/5/2013 | Preparing matrix of required forms for closures based on account listing provided by Nortel team | $185.00 | 0.7 | $129.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/12/2013 | Revisionn of closure letters to ensure all information required by state agencies was included and prepared for mailing to state taxing authorities | $185.00 | 0.5 | $92.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/12/2013 | Prepare matrix of all state mailing addresses for required closure documentation | $185.00 | 1 | $185.00 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/16/2013 | Finalize Revisions to Closure Letters and prepare finalized packet for Client signatures | $185.00 | 3 | $555.00 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/19/2013 | Compile address listing for mailing of forms and letters | $185.00 | 0.5 | $92.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/19/2013 | Prepare matrix/listing of all local taxing authority mailing addresses for required closure documentation mailings | $185.00 | 0.5 | $92.50 |

| Project | Name | Level | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/19/2013 | Draft local tax account closure letters | $185.00 | 1 | $185.00 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/19/2013 | Prepare package of forms for manager review | $185.00 | 0.5 | $92.50 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/19/2013 | Draft summary email (with instruction and confirmations) for Kim | $185.00 | 1 | $185.00 |
| 2013 Federal Consulting (16688021) | Hinson,Rebecca (US013300310) | Staff | 8/20/2013 | Revisions re: mailing of forms and letters. | $185.00 | 0.2 | $37.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 8/23/2013 | NC renewal statutory apportionment and net economic loss. | $640.00 | 1.4 | $896.00 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 8/23/2013 | Withdrawal / final return filing position review. | $640.00 | 0.7 | $448.00 |
| | | | | **Total** | | **27.9** | **$12,119.00** |