**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Fifty-Eighth Interim Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtors and Debtors-in-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual And Necessary Expenses Incurred for the Period October 1, 2013 through October 31, 2013** was caused to be made on November 25, 2013, in the manner indicated upon the entities identified below.

Date: November 25, 2013                              */s/ Ann C. Cordo*
                                                                      Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
Email: Mark.Kenney@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
Email: jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

4284144.24