# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

November 21, 2013
Invoice 442835
Page 2
Client # 732310

Matter # 165839

For services through October 31, 2013
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/13 | Review docket (.1); Review and update critical dates (.3) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 10/07/13 | Case organization and maintenance | | | | |
| | Paralegal | Lindsey A. Edinger | 0.10 hrs. | 215.00 | $21.50 |
| 10/10/13 | Attention to reviewing and calendaring upcoming critical dates | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 10/30/13 | Review docket (.1); Review and update critical dates (.3) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 10/30/13 | Update 2002 service list | | | | |
| | Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 10/31/13 | Attention to review and updating upcoming critical dates | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services         $481.00

TOTAL DUE FOR THIS INVOICE                   **$481.00**
BALANCE BROUGHT FORWARD                      $754.90

**TOTAL DUE FOR THIS MATTER**                $1,235.90

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2013  
Invoice 442835  
Page 3  

Client # 732310  

Matter # 165839  

---

For services through October 31, 2013  
relating to Claims Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/13 | Return calls to creditors inquiring about status of case and timing of distributions (x4) | | | | |
| | Associate Christopher M. Samis | | 0.80 hrs. | 450.00 | $360.00 |
| 10/07/13 | Call to J. Hunsmith re: status of case and claims trader inquiry | | | | |
| | Associate Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 10/11/13 | Review Phommanirat claim correspondence / response to claim objection (.4); Review Pino response to claim objection (.3); Return calls to claimants regarding inquiries from claims traders (1.2) | | | | |
| | Associate Christopher M. Samis | | 1.90 hrs. | 450.00 | $855.00 |
| 10/15/13 | Respond to inquiries from claims traders re: status of case and timing of distributions (x2) | | | | |
| | Associate Christopher M. Samis | | 0.60 hrs. | 450.00 | $270.00 |
| 10/16/13 | Call from J. Mattson re: correspondence from claims traders (.3); Review Reimann response to omnibus objection (.4) | | | | |
| | Associate Christopher M. Samis | | 0.70 hrs. | 450.00 | $315.00 |
| 10/17/13 | Review Debtors' omnibus reply to responses to claim objections | | | | |
| | Associate Christopher M. Samis | | 0.80 hrs. | 450.00 | $360.00 |
| 10/21/13 | Respond to inquiries from creditors being contacted by claims traders (x3) | | | | |
| | Associate Christopher M. Samis | | 0.60 hrs. | 450.00 | $270.00 |
| 10/23/13 | Return calls to creditors with inquiries on contact by claims traders (x3) | | | | |
| | Associate Christopher M. Samis | | 0.60 hrs. | 450.00 | $270.00 |
| 10/29/13 | Review Pachell, et al. 9019 motion and related documentation (.9); Review Sunset 9019 motion and related documentation (1.4) | | | | |
| | Associate Christopher M. Samis | | 2.30 hrs. | 450.00 | $1,035.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2013  
Invoice 442835  
Page 4  
Client # 732310  

Matter # 165839  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/30/13 | Review Canadian Flextronics claims settlement order | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 10/31/13 | Review WT objection to BoNY claims (1.3); Call with B. Kahn re: strategy for addressing WT objection to BoNY claims (.3) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 450.00 | $720.00 |
| 10/31/13 | Meeting with A. Jerominski re: Transfer of Claims to Hain Capital | | | |
| Paralegal | Lindsey A. Edinger | 0.10 hrs. | 215.00 | $21.50 |

Total Fees for Professional Services    $5,016.50

**TOTAL DUE FOR THIS INVOICE**    **$5,016.50**  
BALANCE BROUGHT FORWARD    $2,241.00  

**TOTAL DUE FOR THIS MATTER**    **$7,257.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2013  
Invoice 442835  
Page 5  
Client # 732310  

Matter # 165839  

For services through October 31, 2013  
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/13 | Retrieve and review re: 10/8/13 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 10/03/13 | Review agenda for 10/8/13 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 10/18/13 | Retrieve re: 10/22/13 agenda (.1); E-mail to distribution re: same (.1); Review e-mail from M. Fagen re: F. Hodara 10/22/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to F. Hodara re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |
| 10/21/13 | Retrieve re: 10/22/13 agenda pleadings (.3); Prepare 10/22/13 hearing binder for C. Samis (.5) | | | | |
| | Paralegal — Barbara J. Witters | | 0.80 hrs. | 215.00 | $172.00 |
| 10/21/13 | Begin preparing for 10/22/13 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 10/22/13 | Prepare for 10/22/13 hearing (1.2); Attend 10/22/13 hearing (.6) | | | | |
| | Associate — Christopher M. Samis | | 1.80 hrs. | 450.00 | $810.00 |
| 10/25/13 | Retrieve re: 10/29/13 agenda (.1); Circulate to distribution re: same (.1); Review e-mail from B. Kahn re: 10/29/13 telephonic appearances (.1); Telephone call to Courtcall re: same (.2); E-mail to B. Kahn and D. Botter re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.60 hrs. | 215.00 | $129.00 |
| 10/25/13 | Email to B. Kahn re: logistics of 10/29/13 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 6

Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/13 | Retrieve re: 10/29/13 agenda pleadings (.2); Prepare 10/29/13 hearing binder for C. Samis (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 10/28/13 | Prepare for 10/29/13 hearing | | | | |
| Associate | Christopher M. Samis | | 1.20 hrs. | 450.00 | $540.00 |
| 10/29/13 | Complete preparation for 10/29/13 hearing (1.6); Attend 10/29/13 hearing (2.2) | | | | |
| Associate | Christopher M. Samis | | 3.80 hrs. | 450.00 | $1,710.00 |

Total Fees for Professional Services          $3,912.50

TOTAL DUE FOR THIS INVOICE            **$3,912.50**  
BALANCE BROUGHT FORWARD            $8,508.10

**TOTAL DUE FOR THIS MATTER**            **$12,420.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2013  
Invoice 442835  
Page 7  
Client # 732310  

Matter # 165839  

---

For services through October 31, 2013  
relating to Schedules/SOFA/U.S. Trustee Reports  

| Date | Description | | | |
|---|---|---|---|---|
| 10/17/13 | Review memo on timing of fee payments under fee auditor procedures | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $135.00 |
| TOTAL DUE FOR THIS INVOICE | **$135.00** |
| **TOTAL DUE FOR THIS MATTER** | **$135.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 8  

Client #  732310  

Matter #  165839  

---

For services through October 31, 2013  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/13 | Review letter on French deponent discovery dispute in allocation litigation (.4); Review letter on 10/4/13 production in allocation litigation (.2); Email to B. Kahn re: letter on French deponent discovery dispute (.1); Begin preparing for 10/8/13 Third Circuit argument in allocation appeal (1.7) | Associate — Christopher M. Samis | 2.40 hrs. | 450.00 | $1,080.00 |
| 10/07/13 | Review third circut docket re: oral argument pleadings (.2); Discussion with C. Samis re: same (.1); Retrieve re: pleadings of same (.5); Prepare oral argument binders (.5) | Paralegal — Barbara J. Witters | 1.30 hrs. | 215.00 | $279.50 |
| 10/07/13 | Prepare for 10/8/13 Third Circuit argument in allocation litigation (3.9); Review EMEA letter to Court re: production of French witnesses for deposition (.3); Review Monitor's letter to Court re: production of French witnesses for deposition (.2); Email to B. Witters re: preparation of materials for Third Circuit argument in allocation litigation (.1); Meet with B. Witters re: preparation of materials for Third Circuit argument in allocation litigation (.2) | Associate — Christopher M. Samis | 4.70 hrs. | 450.00 | $2,115.00 |
| 10/08/13 | Complete preparation for Third Circuit arbitration appeal argument in allocation litigation (2.9); Participate in post-hearing lunch meeting with P. Millet and others re: Third Circuit arbitration appeal argument in allocation litigation (1.2); Attend Third Circuit arbitration appeal argument in allocation litigation (3.5); Meet with M. Collins re: outcome of Third Circuit arbitration appeal argument in allocation litigation (.3); Emails to M. Collins re: Third Circuit arbitration appeal argument in allocation litigation (.3) | Associate — Christopher M. Samis | 8.20 hrs. | 450.00 | $3,690.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 9

Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/13 | Review further letter from D. Abbot re: French witness deposition dispute in allocation litigation (.3); Review further letter from D. Adler re: French witness deposition dispute in allocation litigation (.3) | Associate  Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 10/10/13 | Review order from Judge Gross on French witness discovery dispute in allocation litigation | Associate  Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 10/15/13 | Review Commissioner application for French witnesses in allocation litigation (2.2); Review EMEA letter on French witness issues in allocation litigation (.7); Review Debtors' letter response to EMEA letter on French witness issues in allocation litigation (.2) | Associate  Christopher M. Samis | 3.10 hrs. | 450.00 | $1,395.00 |
| 10/16/13 | Review letter from Joint Administrators regarding French deponent dispute in allocation litigation | Associate  Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 10/17/13 | Review Debtors' response to Joint Administrators' letter on French deponent dispute | Associate  Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 10/22/13 | Review email from J. Stam re: further revised deposition schedule in allocation litigation and related issues | Associate  Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 10/24/13 | Review Joint Administrator's letter to Court on Canadian debtor production discovery dispute in allocation litigation | Associate  Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 10/31/13 | Review updated deposition calendar in allocation litigation | Associate  Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services         $9,684.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2013  
Invoice 442835  
Page 10  
Client #  732310  

Matter #  165839  

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$9,684.50** |
| | $10,774.80 |
| **TOTAL DUE FOR THIS MATTER** | **$20,459.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2013  
Invoice 442835  
Page 11  
Client # 732310  

Matter # 165839  

For services through October 31, 2013  
relating to RLF Fee Applications  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/13 | Emails to B. Kahn re: RL&F electronic fee and expense format for August 2013 (.3); Emails to D. Rigler re: RL&F electronic fee and expense format for August 2013 (.2) | | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 10/03/13 | Review fee auditor report on RL&F 18th interim application | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 10/10/13 | Review RL&F fee application for responding to inquiry from B. Kahn on fee auditor questions on other professionals | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 10/16/13 | Review RLF September bill memos | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 10/16/13 | Review bill memo September 2013 RL&F fee application (1.0); Meet with B. Witters re: revisions to bill memo September 2013 RL&F fee application (.2) | | | | |
| | Associate | Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |
| 10/21/13 | Prepare cno re: RLF August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 10/22/13 | Prepare letter re: RLF August fee payment (.2); Coordinate to Nortel re: same (.1); Review and revise RLF September fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.30 hrs. | 215.00 | $279.50 |
| 10/22/13 | Review, revise and finalize 56th RL&F fee application | | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 12  
Client #  732310  

Matter # 165839

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/13 | Emails to B. Kahn re: fee detail for September 2013 RL&F fee application (x2) | | | | | |
| | | Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

|  |  |
|---|---:|
| Total Fees for Professional Services | $1,690.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,690.00** |
| | $1,702.80 |
| **TOTAL DUE FOR THIS MATTER** | **$3,392.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2013  
Invoice 442835  
Page 13  
Client # 732310

Matter # 165839

For services through October 31, 2013  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/13 | E-mail to C. Samis re: order fee examiner | | | | |
| | Paralegal — Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 10/01/13 | Call from Fee Auditor re: addressing Committee member expense reimbursements | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 10/03/13 | Update fee status chart | | | | |
| | Paralegal — Barbara J. Witters | | 0.50 hrs. | 215.00 | $107.50 |
| 10/04/13 | Email to B. Kahn re: status of review of interim fee applications by fee auditor | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |
| 10/10/13 | Email to B. Kahn re: inquiry on fee auditor questions on other professionals | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |
| 10/17/13 | Review e-mail from M. Fagen re: Akin Gump August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 1.00 hrs. | 215.00 | $215.00 |
| 10/17/13 | Review, revise and finalize Akin August 2013 fee application (.3); Email to B. Witters re: review of memo on timing of fee payments under fee auditor procedures (.1); Email to M. Fagen re: filing and service of Akin August 2013 fee application (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.50 hrs. | 450.00 | $225.00 |
| 10/18/13 | Email to B. Witters re: timing of next interim fee hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 14  
Client #  732310

Matter # 165839

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/13 | Prepare cno re: Ashurst August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| Paralegal | Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 10/22/13 | Review, revise and finalize CNO for 55th Ashurst fee application | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 10/24/13 | Review e-mail from M. Wunder re: Dentons August fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M.Wunder re: pdf of same (.1); Review e-mail from B. Kahn re: Capstone August fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| Paralegal | Barbara J. Witters | | 2.10 hrs. | 215.00 | $451.50 |
| 10/24/13 | Review, revise and finalize Capstone August 2013 fee application (.2); Review, revise and finalize Dentons August 2013 fee application (.2) | | | | |
| Associate | Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 10/29/13 | Review e-mail from B. Kahn re: Ashurst September fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 215.00 | $215.00 |
| 10/29/13 | Review, revise and finalize 56th Ashurst fee application | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 10/30/13 | Update fee status chart | | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 215.00 | $215.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2013  
Invoice 442835  
Page 15  
Client # 732310  

Matter # 165839  

| Date | Description | Role / Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/13 | Emails to L. Edinger re: application of fee auditor procedures for addressing question on application of procedures from M. Wunder (.3); Call to A. Cordo re: application of fee auditor procedures for addressing question on application of procedures from M. Wunder (.2); Review fee auditor order for addressing question on application of procedures from M. Wunder (.3); Email to M. Wunder re: deadline to file August 2013 through October 2013 fee applications and associated interim application (.1); Attention to addressing monthly invoices of confidential expert witness in allocation litigation (.3); Email to L. Morris re: addressing monthly invoices of confidential expert witness in allocation litigation (.1); Email to M. Fagen re: addressing monthly invoices of confidential expert witness in allocation litigation (.1) | Associate — Christopher M. Samis | 1.40 hrs. | 450.00 | $630.00 |
| 10/31/13 | Email correspondence with C. Samis and M. Wunder re: Nortel Fee Application & Interim deadlines (.1); Meeting with C. Samis re: Nortel Fee Application & Interim deadlines (.1); Meeting with A. Jerominski re: Nortel Fee Application & Interim deadlines (.1); Docket research re: Retrieval of Interim Compensation Order(.1) | Paralegal — Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |
| 10/31/13 | Email correspondence with C. Samis and M. Wunder re: Nortel Fee Application and Interim deadlines (.1); Meeting with C. Samis re: Nortel Fee Application and interim deadlines (.1); Meeting with A. Jerominski re: Nortel Fee Application and Interim deadlines (.1); Docket research re: retrieval of Interim Compensation Order (.1) | Paralegal — Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |

Total Fees for Professional Services        $2,923.50

**TOTAL DUE FOR THIS INVOICE**        **$2,923.50**

$5,584.50

**TOTAL DUE FOR THIS MATTER**        **$8,508.00**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | November 21, 2013<br>Invoice 442835<br>Page 16<br>Client # 732310<br><br>Matter # 165839 |

For services through October 31, 2013
relating to Non-Working Travel

| 10/08/13 | Travel to Third Circuit arbitration appeal argument in allocation litigation (.8); Travel from Third Circuit arbitration appeal argument in allocation litigation (.8) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.60 hrs. | 225.00 | $360.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $360.00 |
| TOTAL DUE FOR THIS INVOICE | **$360.00** |
| **TOTAL DUE FOR THIS MATTER** | **$360.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2013  
Invoice 442835  
Page 17  
Client # 732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 13.20 | 215.00 | 2,838.00 |
| Christopher M. Samis | 1.60 | 225.00 | 360.00 |
| Christopher M. Samis | 46.20 | 450.00 | 20,790.00 |
| Lindsey A. Edinger | 1.00 | 215.00 | 215.00 |
| TOTAL | 62.00 | $390.37 | 24,203.00 |

**TOTAL DUE FOR THIS INVOICE**                                              $26,039.51

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310