# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

November 21, 2013
Invoice 442835

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through October 31, 2013
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Conference Calling | $264.00 |
| Document Retrieval | $322.50 |
| Long distance telephone charges | $37.53 |
| Messenger and delivery service | $75.15 |
| Photocopying/Printing<br>2,580 @ $.10 pg./ 8,263 @ $.10/pg. | $1,084.30 |
| Postage | $53.03 |
| Other Charges | $1,836.51 |
| TOTAL DUE FOR THIS INVOICE | **$1,836.51** |
| BALANCE BROUGHT FORWARD | $434.44 |
| **TOTAL DUE FOR THIS MATTER** | **$2,270.95** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2013  
Invoice 442835  
Page 18  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others  
Non-Working Travel

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 09/18/13 | PACER | | DOCRETRI |
| | | Amount = $30.90 | |
| 09/27/13 | CourtCall | | CONFCALL |
| | | Amount = $264.00 | |
| 10/01/13 | PACER | | DOCRETRI |
| | | Amount = $3.80 | |
| 10/03/13 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 10/03/13 | PACER | | DOCRETRI |
| | | Amount = $21.20 | |
| 10/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2013  
Invoice 442835  
Page 19  
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/03/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/07/13 | 14048853358 Long Distance | Amount = $20.85 | LD |
| 10/07/13 | PACER | Amount = $14.60 | DOCRETRI |
| 10/07/13 | Printing | Amount = $1.70 | DUP.10CC |
| 10/07/13 | Printing | Amount = $10.70 | DUP.10CC |
| 10/07/13 | Printing | Amount = $0.40 | DUP.10CC |
| 10/07/13 | Printing | Amount = $2.40 | DUP.10CC |
| 10/07/13 | Printing | Amount = $1.40 | DUP.10CC |
| 10/07/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/07/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/07/13 | Printing | Amount = $10.70 | DUP.10CC |
| 10/07/13 | Printing | Amount = $198.80 | DUP.10CC |
| 10/07/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/07/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/07/13 | Printing | Amount = $0.50 | DUP.10CC |
| 10/07/13 | Printing | Amount = $3.70 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2013  
Invoice 442835  
Page 20  
Client # 732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/07/13 | Printing | $211.00 | DUP.10CC |
| 10/07/13 | Printing | $245.20 | DUP.10CC |
| 10/07/13 | Printing | $2.40 | DUP.10CC |
| 10/07/13 | Printing | $0.60 | DUP.10CC |
| 10/07/13 | Printing | $5.20 | DUP.10CC |
| 10/07/13 | Printing | $0.60 | DUP.10CC |
| 10/07/13 | Printing | $7.20 | DUP.10CC |
| 10/07/13 | Printing | $10.30 | DUP.10CC |
| 10/07/13 | Printing | $0.10 | DUP.10CC |
| 10/07/13 | Printing | $0.10 | DUP.10CC |
| 10/07/13 | Printing | $0.10 | DUP.10CC |
| 10/07/13 | Printing | $0.10 | DUP.10CC |
| 10/07/13 | Printing | $0.10 | DUP.10CC |
| 10/07/13 | Printing | $0.10 | DUP.10CC |
| 10/07/13 | Printing | $0.70 | DUP.10CC |
| 10/10/13 | PACER | $0.20 | DOCRETRI |
| 10/17/13 | Photocopies | $64.20 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2013  
Invoice 442835  
Page 21  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 10/17/13 | Messenger and delivery charges | Amount = $12.90 | MESS |
| 10/17/13 | Messenger and delivery charges | Amount = $17.10 | MESS |
| 10/17/13 | PACER | Amount = $3.00 | DOCRETRI |
| 10/17/13 | Postage | Amount = $15.15 | POST |
| 10/17/13 | Printing | Amount = $10.10 | DUP.10CC |
| 10/17/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/17/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/17/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/17/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/17/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/18/13 | Printing | Amount = $0.60 | DUP.10CC |
| 10/18/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/21/13 | Photocopies | Amount = $44.00 | DUP.10CC |
| 10/21/13 | Photocopies | Amount = $4.00 | DUP.10CC |
| 10/21/13 | PACER | Amount = $44.10 | DOCRETRI |
| 10/21/13 | Printing | Amount = $1.00 | DUP.10CC |
| 10/21/13 | Printing | Amount = $1.80 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 22  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/21/13 | Printing | Amount = $2.70 | DUP.10CC |
| 10/21/13 | Printing | Amount = $8.40 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/21/13 | Printing | Amount = $3.80 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.40 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/21/13 | Printing | Amount = $9.00 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/21/13 | Printing | Amount = $8.40 | DUP.10CC |
| 10/21/13 | Printing | Amount = $1.50 | DUP.10CC |
| 10/21/13 | Printing | Amount = $8.50 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/21/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/22/13 | Photocopies | Amount = $28.80 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2013  
Invoice 442835  
Page 23  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/22/13 | Messenger and delivery charges | Amount = $12.90 | MESS |
| 10/22/13 | PACER | Amount = $47.20 | DOCRETRI |
| 10/22/13 | PACER | Amount = $2.10 | DOCRETRI |
| 10/22/13 | Postage | Amount = $2.72 | POST |
| 10/22/13 | Postage | Amount = $3.68 | POST |
| 10/22/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/22/13 | Printing | Amount = $2.20 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/22/13 | Printing | Amount = $5.10 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.40 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.10 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2013  
Invoice 442835  
Page 24  
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/22/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/22/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/23/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/24/13 | Photocopies | Amount = $60.60 | DUP.10CC |
| 10/24/13 | Messenger and delivery charges | Amount = $12.90 | MESS |
| 10/24/13 | PACER | Amount = $14.80 | DOCRETRI |
| 10/24/13 | Postage | Amount = $21.40 | POST |
| 10/24/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/24/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/24/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/24/13 | Printing | Amount = $5.60 | DUP.10CC |
| 10/24/13 | Printing | Amount = $5.60 | DUP.10CC |
| 10/24/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/24/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/24/13 | Printing | Amount = $3.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2013  
Invoice 442835  
Page 25  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 10/24/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/24/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/24/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/24/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/25/13 | PACER | | DOCRETRI |
| | Amount = | $118.10 | |
| 10/25/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/25/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/28/13 | PACER | | DOCRETRI |
| | Amount = | $17.40 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $4.60 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $4.30 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.70 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 10/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/29/13 | Photocopies | | DUP.10CC |
| | Amount = | $56.40 | |
| 10/29/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2013  
Invoice 442835  
Page 26  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/29/13 | PACER | Amount = $3.00 | DOCRETRI |
| 10/29/13 | Postage | Amount = $10.08 | POST |
| 10/29/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/29/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/29/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/29/13 | Printing | Amount = $4.10 | DUP.10CC |
| 10/29/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/29/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/29/13 | Printing | Amount = $0.20 | DUP.10CC |
| 10/30/13 | Printing | Amount = $1.60 | DUP.10CC |
| 10/30/13 | Printing | Amount = $2.80 | DUP.10CC |
| 10/30/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/30/13 | Printing | Amount = $0.60 | DUP.10CC |
| 10/30/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/30/13 | Printing | Amount = $0.30 | DUP.10CC |
| 10/30/13 | Printing | Amount = $0.10 | DUP.10CC |
| 10/30/13 | Printing | Amount = $0.10 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2013  
Invoice 442835  
Page 27  
Client #  732310  

| Date | Description | | | Code |
|---|---|---|---|---|
| 10/30/13 | Printing | | | DUP.10CC |
| | Amount = | $0.10 | | |
| 10/30/13 | Printing | | | DUP.10CC |
| | Amount = | $0.10 | | |
| 10/30/13 | Printing | | | DUP.10CC |
| | Amount = | $0.10 | | |
| 10/31/13 | 12128728121 Long Distance | | | LD |
| | Amount = | $16.68 | | |
| 10/31/13 | Messenger and delivery charges | | | MESS |
| | Amount = | $6.45 | | |
| 10/31/13 | Printing | | | DUP.10CC |
| | Amount = | $0.80 | | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,836.51