# EXHIBIT C

11957585_3|TorDocs

**DISBURSEMENT SUMMARY**
**OCTOBER 1 TO OCTOBER 31, 2013**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | |
|---|---|
| Binding Books/Documents | $    71.95 |
| Courier & Delivery | $  471.87 |
| Court Fees | $    75.00 |
| Fax Charges | $    14.50 |
| Long Distance Telephone Calls | $    15.30 |
| Meals & Beverages | $  161.50 |
| Photocopy & Printing Charges | $9,748.90 |
| Transportation Costs | $      8.85 |
| | |
| Total Non-Taxable Disbursements | $10,567.87 CDN. |

12343536_1|TORDOCS