**EXHIBIT D**

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3014984  
Page 21 of 26  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Oct-13 | Laser Copy;DamaniA | 3,362.00 | 336.20 |
| 01-Oct-13 | Laser Copy;McEdwards, Christine | 1,570.00 | 157.00 |
| 01-Oct-13 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 01-Oct-13 | Laser Copy;Sopic, Sanja | 3.00 | 0.30 |
| 01-Oct-13 | Color Laser Printing | 74.00 | 7.40 |
| 02-Oct-13 | Color Laser Printing | 21.00 | 2.10 |
| 02-Oct-13 | Laser Copy;Sopic, Sanja | 12.00 | 1.20 |
| 02-Oct-13 | Laser Copy;TaitT | 2,343.00 | 234.30 |
| 02-Oct-13 | Laser Copy;McEdwards, Christine | 190.00 | 19.00 |
| 02-Oct-13 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 03-Oct-13 | Laser Copy;KUKULOWI | 17.00 | 1.70 |
| 03-Oct-13 | Laser Copy;McEdwards, Christine | 524.00 | 52.40 |
| 03-Oct-13 | Laser Copy;NELSON M | 248.00 | 24.80 |
| 03-Oct-13 | Laser Copy;Sopic, Sanja | 2.00 | 0.20 |
| 03-Oct-13 | Laser Copy;TaitT | 361.00 | 36.10 |
| 03-Oct-13 | Meals and Beverages - Maxim /Working meal for Akin Gump and Dentons lawyers-Sept 24/13/Inv. 213299 | 1.00 | 71.50 |
| 04-Oct-13 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 04-Oct-13 | Laser Copy;TaitT | 5,632.00 | 563.20 |
| 04-Oct-13 | Laser Copy;Waugh,Stephanie | 152.00 | 15.20 |
| 04-Oct-13 | Color Laser Printing | 55.00 | 5.50 |
| 04-Oct-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723554884/796839280971 Company: OFFICE OF THE REGISTRAR GENERAL | 1.00 | 20.43 |
| 04-Oct-13 | Laser Copy;Paulo, Filipe | 1,063.00 | 106.30 |
| 04-Oct-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723554884/796841345284 Recipient: CHRISTINE DONIAK Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 137.62 |
| 05-Oct-13 | Laser Copy;Paulo, Filipe | 60.00 | 6.00 |
| 05-Oct-13 | Laser Copy;Sopic, Sanja | 3.00 | 0.30 |
| 06-Oct-13 | Photocopy;deorajhp | 475.00 | 47.50 |
| 06-Oct-13 | Photocopy;deorajhp | 2,142.00 | 214.20 |
| 06-Oct-13 | Laser Copy;Paulo, Filipe | 270.00 | 27.00 |
| 06-Oct-13 | Photocopy;deorajhp | 1,456.00 | 145.60 |
| 06-Oct-13 | Laser Copy;deorajhp | 946.00 | 94.60 |
| 07-Oct-13 | Photocopy;deorajhp | 730.00 | 73.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3014984  
Page 22 of 26  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 07-Oct-13 | Laser Copy;deorajhp | 267.00 | 26.70 |
| 07-Oct-13 | Laser Copy;GROSSMAN | 58.00 | 5.80 |
| 07-Oct-13 | Laser Copy;MCDONALA | 166.00 | 16.60 |
| 07-Oct-13 | Laser Copy;NELSON M | 310.00 | 31.00 |
| 07-Oct-13 | Laser Copy;Sopic, Sanja | 710.00 | 71.00 |
| 07-Oct-13 | Laser Copy;TaitT | 65.00 | 6.50 |
| 07-Oct-13 | Photocopy;Sopic, Sanja | 18.00 | 1.80 |
| 07-Oct-13 | Photocopy;Sopic, Sanja | 6.00 | 0.60 |
| 07-Oct-13 | Laser Copy;DamaniA | 4,017.00 | 401.70 |
| 07-Oct-13 | Photocopy;deorajhp | 236.00 | 23.60 |
| 07-Oct-13 | Photocopy;deorajhp | 30.00 | 3.00 |
| 08-Oct-13 | Telephone calls; 2013-8-12 | 1.00 | 9.14 |
| 08-Oct-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723554884/796867018960 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 109.99 |
| 08-Oct-13 | Laser Copy;NELSON M | 157.00 | 15.70 |
| 08-Oct-13 | Laser Copy;DamaniA | 1,518.00 | 151.80 |
| 08-Oct-13 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 09-Oct-13 | Laser Copy;NELSON M | 67.00 | 6.70 |
| 09-Oct-13 | Laser Copy;TaitT | 11.00 | 1.10 |
| 10-Oct-13 | Meals and Beverages - Sweet Water Gourmet Catering /R Jacobs-Sept 23/13/Inv. 09232013-002-R. Jacobs. Working meal for Aking Gump and Dentons lawyers. | 1.00 | 90.00 |
| 11-Oct-13 | Natalie Levine Taxi from Dentons Canada to 18 Draper Street, Toronto; 2013-10-7 | 1.00 | 8.85 |
| 11-Oct-13 | Laser Copy;TaitT | 4,549.00 | 454.90 |
| 11-Oct-13 | Color Laser Printing | 48.00 | 4.80 |
| 11-Oct-13 | Laser Copy;NELSON M | 91.00 | 9.10 |
| 12-Oct-13 | Photocopy;Sopic, Sanja | 2.00 | 0.20 |
| 12-Oct-13 | Laser Copy;Sopic, Sanja | 7.00 | 0.70 |
| 12-Oct-13 | Photocopy;Sopic, Sanja | 4.00 | 0.40 |
| 12-Oct-13 | Photocopy;Sopic, Sanja | 12.00 | 1.20 |
| 12-Oct-13 | Laser Copy;COSENTIN | 1,853.00 | 185.30 |
| 12-Oct-13 | Laser Copy;Paulo, Filipe | 4,904.00 | 490.40 |
| 15-Oct-13 | Laser Copy;NELSON M | 312.00 | 31.20 |
| 15-Oct-13 | Laser Copy;mccallenm | 5.00 | 0.50 |
| 15-Oct-13 | Laser Copy;TaitT | 2.00 | 0.20 |
| 15-Oct-13 | Laser Copy;KUKULOWI | 35.00 | 3.50 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3014984  
Page 23 of 26  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 15-Oct-13 | Laser Copy;Erandio, N. | 511.00 | 51.10 |
| 15-Oct-13 | Cerlox / Clear Cover / Tabs / Cust. Tabs | 1.00 | 21.95 |
| 16-Oct-13 | Laser Copy;GROSSMAN | 73.00 | 7.30 |
| 16-Oct-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723605562/796927552784 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 105.20 |
| 16-Oct-13 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 16-Oct-13 | Laser Copy;mccallenm | 25.00 | 2.50 |
| 16-Oct-13 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 16-Oct-13 | Laser Copy;Erandio, N. | 631.00 | 63.10 |
| 17-Oct-13 | Laser Copy;GROSSMAN | 26.00 | 2.60 |
| 17-Oct-13 | Laser Copy;NELSON M | 123.00 | 12.30 |
| 17-Oct-13 | Laser Copy;Sopic, Sanja | 8.00 | 0.80 |
| 17-Oct-13 | Laser Copy;mccallenm | 1.00 | 0.10 |
| 17-Oct-13 | Laser Copy;Erandio, N. | 8,980.00 | 898.00 |
| 17-Oct-13 | Laser Copy;Erandio, N. | 240.00 | 24.00 |
| 17-Oct-13 | Laser Copy;GROSSMAN | 150.00 | 15.00 |
| 17-Oct-13 | Photocopy;Sopic, Sanja | 8.00 | 0.80 |
| 17-Oct-13 | Laser Copy;Lucido, Evernelia | 1,563.00 | 156.30 |
| 17-Oct-13 | Laser Copy;GROSSMAN | 5.00 | 0.50 |
| 18-Oct-13 | Laser Copy;Sopic, Sanja | 172.00 | 17.20 |
| 18-Oct-13 | Photocopy;Sopic, Sanja | 990.00 | 99.00 |
| 18-Oct-13 | Photocopy;Sopic, Sanja | 335.00 | 33.50 |
| 18-Oct-13 | Photocopy;Sopic, Sanja | 60.00 | 6.00 |
| 18-Oct-13 | Photocopy;Sopic, Sanja | 4.00 | 0.40 |
| 18-Oct-13 | Photocopy;Sopic, Sanja | 30.00 | 3.00 |
| 18-Oct-13 | Photocopy;Sopic, Sanja | 30.00 | 3.00 |
| 18-Oct-13 | Laser Copy;Paulo, Filipe | 19.00 | 1.90 |
| 18-Oct-13 | Laser Copy;COSENTIN | 21.00 | 2.10 |
| 18-Oct-13 | Laser Copy;Erandio, N. | 809.00 | 80.90 |
| 18-Oct-13 | Laser Copy;GROSSMAN | 52.00 | 5.20 |
| 18-Oct-13 | Laser Copy;Lucido, Evernelia | 298.00 | 29.80 |
| 18-Oct-13 | Laser Copy;mccallenm | 48.00 | 4.80 |
| 18-Oct-13 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 21-Oct-13 | Photocopy;VILLENEUVE C | 1.00 | 0.10 |
| 21-Oct-13 | Laser Copy;Sopic, Sanja | 40.00 | 4.00 |
| 21-Oct-13 | Color Laser Printing | 56.00 | 5.60 |
| 21-Oct-13 | Laser Copy;GROSSMAN | 8.00 | 0.80 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3014984  
Page 24 of 26  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 22-Oct-13 | Laser Copy;TAM K | 3.00 | 0.30 |
| 22-Oct-13 | Fax;4163041313;    ;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Fax;4168627661;Toronto ON;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Fax;4162042877;    ;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Fax;4165983730;Toronto ON;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Fax;4168657380;Toronto ON;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Fax;4169791234;    ;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Fax;4168631716;    ;TAM K | 4.00 | 1.00 |
| 22-Oct-13 | Photocopy;TAM K | 2.00 | 0.20 |
| 22-Oct-13 | Photocopy;TAM K | 91.00 | 9.10 |
| 22-Oct-13 | Filing of court material with Supreme Court of Canada.; 2013-10-22 | 1.00 | 75.00 |
| 22-Oct-13 | Laser Copy;TAM K | 3.00 | 0.30 |
| 22-Oct-13 | Laser Copy;TAM K | 1.00 | 0.10 |
| 22-Oct-13 | Laser Copy;TAM K | 3.00 | 0.30 |
| 22-Oct-13 | Laser Copy;TAM K | 1.00 | 0.10 |
| 22-Oct-13 | Laser Copy;TAM K | 1.00 | .10 |
| 22-Oct-13 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 22-Oct-13 | Laser Copy;TaitT | 213.00 | 21.30 |
| 23-Oct-13 | Telephone;139969138; ;TAM K | 1.00 | 6.16 |
| 23-Oct-13 | Laser Copy;TAM K | 4.00 | 0.40 |
| 23-Oct-13 | Laser Copy;VILLENEUVE C | 1.00 | 0.10 |
| 23-Oct-13 | Laser Copy;TAM K | 2.00 | 0.20 |
| 23-Oct-13 | Fax;139969138;    ;TAM K | 30.00 | 7.50 |
| 23-Oct-13 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 23-Oct-13 | Laser Copy;DamaniA | 1,666.00 | 166.60 |
| 23-Oct-13 | Laser Copy;Erandio, N. | 7,445.00 | 744.50 |
| 23-Oct-13 | Laser Copy;GROSSMAN | 16.00 | 1.60 |
| 23-Oct-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 23-Oct-13 | Laser Copy;WUNDER M | 29.00 | 2.90 |
| 24-Oct-13 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 24-Oct-13 | Laser Copy;DamaniA | 397.00 | 39.70 |
| 24-Oct-13 | Laser Copy;deorajhp | 28.00 | 2.80 |
| 24-Oct-13 | Laser Copy;Erandio, N. | 983.00 | 98.30 |
| 24-Oct-13 | Photocopy;DamaniA | 2.00 | 0.20 |
| 24-Oct-13 | Photocopy;deorajhp | 34.00 | 3.40 |
| 24-Oct-13 | Photocopy;deorajhp | 203.00 | 20.30 |
| 24-Oct-13 | Photocopy;deorajhp | 56.00 | 5.60 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3014984  
Page 25 of 26  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 24-Oct-13 | Photocopy;VILLENEUVE C | 1.00 | 0.10 |
| 24-Oct-13 | Photocopy;VILLENEUVE C | 1.00 | 0.10 |
| 24-Oct-13 | Courier & Delivery - PlusOne Courier & Delivery - PlusOne 29169 Oct 8/13 Goodmans | 1.00 | 28.35 |
| 24-Oct-13 | Laser Copy;Paulo, Filipe | 1.00 | 0.10 |
| 24-Oct-13 | Laser Copy;Simmonds, M | 1,110.00 | 111.00 |
| 24-Oct-13 | Laser Copy;Sopic, Sanja | 53.00 | 5.30 |
| 24-Oct-13 | Laser Copy;TaitT | 2,468.00 | 246.80 |
| 24-Oct-13 | Laser Copy;TaitT | 4.00 | 0.40 |
| 24-Oct-13 | Laser Copy;TaitT | 180.00 | 18.00 |
| 24-Oct-13 | Laser Copy;WUNDER M | 50.00 | 5.00 |
| 24-Oct-13 | Cerlox / Clear Cover / Tabs | 1.00 | 7.60 |
| 24-Oct-13 | Courier & Delivery - PlusOne 29169 Oct 15/13 Goodmans Toronto | 1.00 | 31.30 |
| 25-Oct-13 | Photocopy;WUNDER M | 570.00 | 57.00 |
| 25-Oct-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723705258/797006263710 Recipient: MATTHEW FAGEN Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 38.98 |
| 25-Oct-13 | Laser Copy;TaitT | 8.00 | 0.80 |
| 25-Oct-13 | Laser Copy;TaitT | 1.00 | 0.10 |
| 25-Oct-13 | Laser Copy;TaitT | 56.00 | 5.60 |
| 25-Oct-13 | Laser Copy;TaitT | 2.00 | 0.20 |
| 25-Oct-13 | Laser Copy;WUNDER M | 55.00 | 5.50 |
| 25-Oct-13 | Laser Copy;mccallenm | 17.00 | 1.70 |
| 25-Oct-13 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 25-Oct-13 | Tabs / Cerlox | 1.00 | 25.00 |
| 28-Oct-13 | Laser Copy;WUNDER M | 68.00 | 6.80 |
| 28-Oct-13 | Clear Cover / Cerlox | 1.00 | 3.00 |
| 28-Oct-13 | Laser Copy;DamaniA | 854.00 | 85.40 |
| 28-Oct-13 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 28-Oct-13 | Color Laser Printing | 51.00 | 5.10 |
| 28-Oct-13 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 29-Oct-13 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 29-Oct-13 | Laser Copy;DamaniA | 1,125.00 | 112.50 |
| 29-Oct-13 | Laser Copy;Lucido, Evernelia | 1,947.00 | 1,194.70 |
| 29-Oct-13 | Laser Copy;mccallenm | 29.00 | 2.90 |
| 29-Oct-13 | Photocopy;DamaniA | 4,763.00 | 476.30 |
| 29-Oct-13 | Photocopy;Lucido, Evernelia | 336.00 | 33.60 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3014984  
Page 26 of 26  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 30-Oct-13 | Laser Copy;DamaniA | 3,772.00 | 377.20 |
| 30-Oct-13 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 30-Oct-13 | Laser Copy;Sopic, Sanja | 46.00 | 4.60 |
| 30-Oct-13 | Laser Copy;WUNDER M | 28.00 | 2.80 |
| 30-Oct-13 | Photocopy;DamaniA | 554.00 | 55.40 |
| 30-Oct-13 | Photocopy & Printing Charges | 450.00 | 45.00 |
| 30-Oct-13 | Laser Copy;MCDONALA | 459.00 | 45.90 |
| 31-Oct-13 | Color Laser Printing | 258.00 | 25.80 |
| 31-Oct-13 | Laser Copy;WUNDER M | 51.00 | 5.10 |

**TOTAL**  CDN. $ 10,567.87