**EXHIBIT E**

11957585_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 20.7 | $775.00 | $16,042.50 |
| Christopher Payne | Student | Students | | 11.2 | $230.00 | $2,576.00 |
| Corey Villeneuve | Paralegal | Litigation | | 17.8 | $220.00 | $3,916.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 12.1 | $375.00 | $4,537.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.1 | $630.00 | $1,323.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 1.4 | $825.00 | $1,155.00 |
| Michael Bowmile | Student | Students | | 0.8 | $230.00 | $184.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 49.7 | $795.00 | $39,511.50 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 8.6 | $525.00 | $4,515.00 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 0.9 | $775.00 | $697.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 52.4 | $750.00 | $39,300.00 |
| Sanja Sopic | Student | Students | | 68.5 | $230.00 | $15,755.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 29.0 | $900.00 | $26,100.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 2.5 | $700.00 | $1,750.00 |
| | | | | | | |
| TOTAL | | | | 277.7 | CDN. | $157,363.00 |

12343536_1|TORDOCS