IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                 : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      : Case No. 09-10138 (KG)
:
              Debtors.  : Jointly Administered
:
: **RE: D.I. 12501**
:
---------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF FIFTEENTH QUARTERLY FEE
APPLICATION REQUEST OF CHILMARK PARTNERS, LLC, AS CONSULTING
EXPERT TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE
PERIOD AUGUST 1, 2013 THROUGH OCTOBER 31, 2013**

      **PLEASE TAKE NOTICE THAT** the above-captioned debtors (the "Debtors") hereby withdraw the *Fifteenth Quarterly Fee Application Request of Chilmark Partners, LLC, as Consulting Expert to the Debtors and Debtors-In-Possession, for the Period August 1, 2013 through October 31, 2013* filed on November 25, 2013, at Docket Item 12501.

Dated: November 26, 2013
Wilmington, DE

              CLEARY GOTTLIEB STEEN & HAMILTON LLP

              James L. Bromley (admitted pro hac vice)
              Lisa M. Schweitzer (admitted pro hac vice)
              One Liberty Plaza
              New York, New York 10006
              Telephone: (212) 225-2000
              Facsimile: (212) 225-3999

              and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7810152.1

2