# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: To Be Determined** |

**NINETEENTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF AUGUST 1, 2013 THROUGH OCTOBER 31, 2013**

E&Y LLP hereby submits its nineteenth quarterly fee application request (the "Request") for the period August 1, 2013 through and including October 31, 2013 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 11/6/2013 | 8/1/13-9/30/13 | $1,105,157.00 | $6,876 | Pending | $884,125.60 | $6,876 | $221,031.40 |
| 11/25/2013 | 10/1/13-10/31/13 | $488,260.00 | $0.00 | Pending | $390,608.00 | $0.00 | $97,652.00 |
| **TOTAL** | | **$1,593,417.00** | **$6,876** | | **$1,274,733.60** | **$6,876.00** | **$318,683.40** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: November 26, 2013              Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

4841-0198-4535.1

**COMPENSATION BY PROFESSIONAL**
**THROUGH OCTOBER 31, 2013**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | ~3,598 | $1,350,000 |
| Abbott, Douglas J. | Partner | $640 | 35.5 | $22,720 |
| Baughman, Kara | Staff | $185 | 35.5 | $6,567 |
| Beakey III, Andrew M. | Partner | $640 | 13.1 | $8,384 |
| Bradshaw, Ann | Partner | $640 | 0.5 | $320 |
| Brischke, Danielle E. | Staff | $185 | 10.5 | $1,943 |
| Canale, David J. | Partner | $640 | 1.5 | $960 |
| Carrington, Glenn | Partner | $640 | 41.5 | $26,560 |
| Carver, Gregory | Partner | $640 | 2.5 | $1,600 |
| Donovan, Claire Summer | Staff | $185 | 1.5 | $278 |
| Gargus, Vernon Keith | Partner | $640 | 4.0 | $2,560 |
| Gentile, Matthew Donald | Senior Manger | $550 | 7.2 | $3,960 |
| Hinson, Rebecca | Staff | $185 | 12.4 | $2,294 |
| Jacks, Sarah Butler | Senior Manager | $550 | 57.9 | $31,845 |
| Jurcic, Kata | Manager | $450 | 8.6 | $3,870 |
| Kumar, Ravi | Senior | $315 | 14.0 | $4,410 |
| Lowery, Kristie L. | Partner | $640 | 6.7 | $4,288 |
| Mesler, Mark S. | Partner | $640 | 2.0 | $1,280 |
| Poorman, Melissa | Senior | $315 | 38.8 | $12,222 |
| Raju, Hanumantha H. | Senior | $315 | 6.0 | $1,890 |
| Sargent, Amy Johannah | Executive Director | $640 | 17.9 | $11,456 |
| Scott, James E. | Partner | $640 | 35.7 | $22,848 |
| Vaughan, Deborah | Senior | $315 | 27.0 | $8,505 |
| Vaughan, Leila | Manager | $450 | 6.8 | $3,060 |
| Werner, Rachel | Staff | $185 | 19.1 | $3,533 |
| Wood, Jeffrey T. | Partner | $640 | 87.6 | $56,064 |
| **TOTAL** | | | **~4,091.8** | **$1,593,417** |

4841-0198-4535.1

2

## COMPENSATION BY PROJECT CATEGORY
## THROUGH OCTOBER 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fixed Fees | ~3,598.0 | $1,350,000 |
| E&P Analysis – NNC owned U.S. Groups | 14.5 | $5,700 |
| Federal Ruling Request | 156.3 | $98,740 |
| Litigation Assistance | 248.0 | $103,679 |
| NC Ruling Request | 32.5 | $19,302 |
| Secretary of State Applications | 42.5 | $15,997 |
| **TOTAL** | **~4,091.8** | **$1,593,417** |

## EXPENSE SUMMARY
## THROUGH OCTOBER 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Air | $4,097 |
| Lodge | $1,563 |
| Meals | $176 |
| Mileage | $12 |
| Misc. | $15 |
| Parking | $32 |
| Taxi | $965 |
| Ticket | $7 |
| Tolls | $9 |
| **TOTAL** | **$6,876** |

4841-0198-4535.1