IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Hearing Date: TBD**
:
------------------------------------------------------------X

**NINETEENTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2013 THROUGH OCTOBER 31, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Nineteenth Quarterly Fee Application Request (the "Request") for the period August 1, 2013 through and including October 31, 2013 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August 2013 [D.I. 11824], September 2013 [D.I. 12314] and October 2013 [D.I. 12502] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 10/7/2013 [D.I. 11824] | 8/1/13 – 8/31/13 | $5,579,633.50 | $116,693.80 | 10/31/2013 [D.I. 12260] | $116,693.80 | $4,463,706.80 | $116,693.80 | $1,115,926.70 |
| 11/4/2013 [D.I. 12314] | 9/1/13 – 9/30/13 | 6,444,183.50 | 129,187.98 | Pending | 129,187.98 | 5,155,346.80 | 129,187.98 | 1,288,836.70 |
| 11/25/2013 [D.I. 12502] | 10/1/13 – 10/31/13 | 9,327,407.50 | 315,593.28 | Pending | 315,593.28 | 7,461,926.00 | 315,593.28 | 1,865,481.50 |
| TOTAL | | $21,351,224.50 | $561,475.06 | | $561,475.06 | $17,080,979.60 | $561,475.06 | $4,270,244.90 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: November 26, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through October 31, 2013

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| PHILIP NG | Temp. Attorney | $200.00 | 932.20 | $186,440.00 |
| JINGYUNG HUR | Temp. Attorney | 200.00 | 875.90 | 175,180.00 |
| ALEXANDER GUIHA | Temp. Attorney | 200.00 | 857.00 | 171,400.00 |
| SCOTT SEGEL | Temp. Attorney | 200.00 | 842.40 | 168,480.00 |
| GERALD PHILIPPEAUX | Temp. Attorney | 200.00 | 838.20 | 167,640.00 |
| ANGELINA KHMELNITSKY | Temp. Attorney | 200.00 | 831.30 | 166,260.00 |
| MATTHEW G. GURGEL | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 685.00 | 823.60 | 564,166.00 |
| ERICA LEWIS | Temp. Attorney | 200.00 | 818.10 | 163,620.00 |
| CHRISTINA VAN SLYCK | Temp. Attorney | 200.00 | 814.00 | 162,800.00 |
| LUCA STONE | Temp. Attorney | 200.00 | 810.50 | 162,100.00 |
| MARIA YAM | Temp. Attorney | 200.00 | 804.40 | 160,880.00 |
| CHARLENE FORDE | Temp. Attorney | 200.00 | 794.20 | 158,840.00 |
| HANDOL KHYM | Temp. Attorney | 200.00 | 788.60 | 157,720.00 |
| DAVID ARRICK | Temp. Attorney | 200.00 | 781.60 | 156,320.00 |
| LAURA GHIRARDI | Temp. Attorney | 200.00 | 778.00 | 155,600.00 |
| TANYKA WILSON | Temp. Attorney | 200.00 | 770.20 | 154,040.00 |
| YVONNE DOMPIERRE | Temp. Attorney | 200.00 | 761.20 | 152,240.00 |
| YONATAN N. LERNER | Temp. Attorney | 200.00 | 757.80 | 151,560.00 |
| QUYEN GIP | Temp. Attorney | 200.00 | 756.00 | 151,200.00 |
| DORINA CELA | Temp. Attorney | 200.00 | 747.90 | 149,580.00 |
| EMMANUEL RUIZ | Temp. Attorney | 200.00 | 742.30 | 148,460.00 |
| HEE SON HONG | Temp. Attorney | 200.00 | 736.90 | 147,380.00 |
| MORGAN TAYLOR | Temp. Attorney | 200.00 | 729.50 | 145,900.00 |
| DARRYL G. STEIN | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 | 725.90 | 424,651.50 |

---

[3]  Arranged in descending order according to Total Billed Hours.

[4]  Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JOANNE M. MCLAREN | Temp. Attorney | 200.00 | 710.00 | 142,000.00 |
| ERIN MURTY | Temp. Attorney | 200.00 | 709.90 | 141,980.00 |
| JAIME RIGEL | Temp. Attorney | 200.00 | 705.20 | 141,040.00 |
| ASHLEY GRAHAM | Temp. Attorney | 200.00 | 705.10 | 141,020.00 |
| AARON DEVANEY | Temp. Attorney | 200.00 | 703.20 | 140,640.00 |
| NICOLE CUSACK | Temp. Attorney | 200.00 | 698.90 | 139,780.00 |
| JACQUELINE M. MOESSNER | Associate - Litigation (called to the bar in 2007; 2 years in current position) | 735.00 | 691.60 | 508,326.00 |
| JULIA JACKSON | Temp. Attorney | 200.00 | 690.60 | 138,120.00 |
| KATHERINE L. WILSON-MILNE | Associate - Litigation (called to the bar in 2010; 3 years in current position) | 685.00 | 689.30 | 472,170.50 |
| CLAUDIA ZIMMER | Temp. Attorney | 200.00 | 689.10 | 137,820.00 |
| BRENT M. TUNIS | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 | 687.70 | 350,727.00 |
| BRENDA BARRETO | Temp. Attorney | 200.00 | 680.80 | 136,160.00 |
| MATTHEW S. IARRAPINO | Temp. Attorney | 200.00 | 675.00 | 135,000.00 |
| W. JONATHAN CHAN | Temp. Attorney | 200.00 | 673.50 | 134,700.00 |
| AARON BLOCH | Temp. Attorney | 200.00 | 663.90 | 132,780.00 |
| SACHA THOMPSON | Temp. Attorney | 200.00 | 660.20 | 132,040.00 |
| ZEHRA YAZGAN | Temp. Attorney | 200.00 | 659.90 | 131,980.00 |
| JENNIFER M. LITTELL | Temp. Attorney | 200.00 | 655.70 | 131,140.00 |
| ROBERT O'CONNOR | Temp. Attorney | 200.00 | 652.30 | 130,460.00 |
| DAVID S. SANSON | Temp. Attorney | 200.00 | 643.90 | 128,780.00 |
| LEDAN CHEN | Temp. Attorney | 200.00 | 635.50 | 127,100.00 |
| JESSICA STOPEK KARYO | Temp. Attorney | 200.00 | 634.00 | 126,800.00 |
| TEMIDAYO AGANGA-WILLIAMS | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 | 632.50 | 370,012.50 |
| ELIZABETH BLOCK | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 | 618.70 | 315,537.00 |
| WON RHA | Temp. Attorney | 200.00 | 617.60 | 123,520.00 |
| JEFFREY A. ROSENTHAL | Partner - Litigation (called to the bar in 1992; 12 years in current position) | 1,120.00 | 615.50 | 689,360.00 |
| JUSTIN CAVANAGH | Temp. Attorney | 200.00 | 606.30 | 121,260.00 |
| STEFANIE MORGAN | Temp. Attorney | 200.00 | 586.30 | 117,260.00 |
| GRACE LEE | Temp. Attorney | 200.00 | 583.30 | 116,660.00 |
| ANI KANBURIYAN | Temp. Attorney | 200.00 | 578.50 | 115,700.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MARLA A. DECKER | Associate - Litigation (called to the bar in 2007; 6 years in current position) | 715.00 / 725.00 | 568.10 | 411,867.50 |
| KIMBERLY LESSNER | Temp. Attorney | 200.00 | 556.40 | 111,280.00 |
| ANTONIA A. RAHNEVA | Staff Attorney – Litigation, E-Discovery (called to the bar in 2008; 2 years in current position) | 370.00 | 546.60 | 202,242.00 |
| JODI R. ERICKSON | Staff Attorney - Litigation (called to the bar in 2006; 3 years in current position) | 370.00 | 544.80 | 201,576.00 |
| SUNEET BAWA | Temp. Attorney | 200.00 | 542.60 | 108,520.00 |
| HOWARD S. ZELBO | Partner - Litigation (called to the bar in 1985; 19 years in current position) | 1,130.00 | 538.20 | 608,166.00 |
| LINDSEY RICCHI | Paralegal | 240.00 | 536.60 | 128,784.00 |
| MARY K. FERGUSON | Paralegal | 240.00 | 528.20 | 126,768.00 |
| AUSTRACK FONG | Temp. Attorney | 200.00 | 521.80 | 104,360.00 |
| DANIEL D. QUEEN | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 650.00 | 519.40 | 337,610.00 |
| DANIEL A. CLARKIN | Staff Attorney - Litigation (called to the bar in 2005; 2 years in current position) | 370.00 | 511.40 | 189,218.00 |
| ASHLEY E. SIEGEL | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 | 504.00 | 257,040.00 |
| ARMANDO ACOSTA | Temp. Attorney | 200.00 | 500.80 | 100,160.00 |
| MICHELLE SMOLER | Paralegal | 240.00 | 486.40 | 116,736.00 |
| SARAH B. LYERLY | Associate - Litigation (called to the bar in 2010; 1 year in current position) | 685.00 | 486.20 | 333,047.00 |
| ALEXANDRA S. MCCOWN | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 | 483.40 | 282,789.00 |
| DAISY DE LEMOS | Temp. Attorney | 200.00 | 476.90 | 95,380.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation (called to the bar in 1990; 14 years in current position) | 1,130.00 | 443.40 | 501,042.00 |
| NEIL P. FORREST | Senior Attorney - Litigation (called to the bar in 1981; 9 years in current position) | 870.00 | 442.90 | 385,323.00 |
| TIMOTHY C. NASSAU | Paralegal | 265.00 | 442.50 | 117,262.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DONG N. XU | Law Clerk - Litigation (not yet called to the bar; 1 year in current position) | 510.00 | 437.30 | 223,023.00 |
| TEMP. PARALEGALS | Temp. Paralegals | 240.00 | 432.70 | 103,848.00 |
| DENISE JOHNSON | Temp. Attorney | 200.00 | 428.80 | 85,760.00 |
| INNA ROZENBERG | Senior Attorney - Litigation (called to the bar in 2001; 5 years in current position) | 870.00 | 408.80 | 355,656.00 |
| MARK S. GRUBE | Associate - Litigation (called to the bar in 2012; less than 1 year in current position) | 650.00 | 399.60 | 259,740.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation (called to the bar in 1996; 7 years in current position) | 1,090.00 | 386.70 | 421,503.00 |
| IRINA KNOPP | Temp. Attorney | 200.00 | 385.40 | 77,080.00 |
| RODGER HURLEY | Temp. Attorney | 200.00 | 380.10 | 76,020.00 |
| JUSTIN L. ORMAND | Associate - Litigation (called to the bar in 2009; 4 years in current position) | 715.00 | 363.80 | 260,117.00 |
| MIRANDA WU | Temp. Attorney | 200.00 | 353.70 | 70,740.00 |
| JESSE D. H. SHERRETT | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 650.00 | 332.30 | 215,995.00 |
| JOHN GATTI | Temp. Attorney | 200.00 | 319.50 | 63,900.00 |
| KYLE A. DANDELET | Associate - Litigation (called to the bar in 2011; less than 1 year in current position) | 650.00 | 317.00 | 206,050.00 |
| OLAYEMI OLADAPO | Temp. Attorney | 200.00 | 304.40 | 60,880.00 |
| EMILY A. BUSSIGEL | Associate - Bankruptcy, Litigation (called to the bar in 2010; 4 years in current position) | 685.00 | 295.10 | 202,143.50 |
| ASHLEY SCHNEIDER | Temp. Attorney | 200.00 | 285.10 | 57,020.00 |
| AVRAM E. LUFT | Counsel - Litigation (called to the bar in 2000; 5 years in current position) | 935.00 | 266.90 | 249,551.50 |
| SHIRA A. KAUFMAN | Associate - Litigation (called to the bar in 2012; 3 years in current position) | 650.00 | 261.80 | 170,170.00 |
| ROBERT J. RYAN | Associate - Bankruptcy (called to the bar in 2011; 3 years in current position) | 650.00 | 239.00 | 155,350.00 |
| AKILESH AYYAR | Temp. Attorney | 200.00 | 227.90 | 45,580.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KARRIEM HASSAN | Temp. Attorney | 200.00 | 227.60 | 45,520.00 |
| SHANAZ MUZTAZA | Paralegal | 300.00 | 223.00 | 66,900.00 |
| LUKE STREATFEILD | Associate - Litigation (called to the bar in 2007; 3 years in current position) | 865.00 | 194.80 | 168,502.00 |
| PETER M. O'KEEFE | Paralegal | 320.00 | 194.70 | 62,304.00 |
| JENNA HONG | Temp. Attorney | 200.00 | 185.90 | 37,180.00 |
| LOUIS A. LIPNER | Associate - Bankruptcy, Corporate (called to the bar in 2010; 5 years in current position) | 715.00 | 185.10 | 132,346.50 |
| PAUL BARKER | Associate - Litigation (called to the bar in 2010; 1 year in current position) | 695.00 | 179.80 | 124,961.00 |
| NATHAN T. HORST | Associate - Litigation (called to the bar in 2010; 4 years in current position) | 685.00 | 177.30 | 121,450.50 |
| JUAN CRISTOBAL ORTEGA SOFFIA | International Lawyer - Corporate (called to the bar in 2009; less than 1 year in current position) | 385.00 | 162.50 | 62,562.50 |
| ADAM L. OLIN | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 159.40 | 68,542.00 |
| JEREMY R. OPOLSKY | Associate - Bankruptcy (called to the bar in 2011; 2 years in current position) | 650.00 | 157.30 | 102,245.00 |
| JOAN KIM | Paralegal | 265.00 | 156.30 | 41,419.50 |
| JEAN ANNE MARIE BEISLER | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 | 154.10 | 78,591.00 |
| MONIKA V. MOHAN | Temp. Attorney | 200.00 | 151.60 | 30,320.00 |
| RONALD J. COLEMAN | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 151.30 | 88,510.50 |
| BUNDY CHUNG | Paralegal | 320.00 | 143.50 | 45,920.00 |
| JINGJING CUI | Temp. Attorney | 200.00 | 140.60 | 28,120.00 |
| AATIF IQBAL | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 | 136.90 | 80,086.50 |
| REGGIE CEDENO | Temp. Attorney | 200.00 | 135.40 | 27,080.00 |
| MICHELLE J. PARTHUM | Associate - Litigation (called to the bar in 2012; 1 year in current position) | 585.00 | 131.90 | 77,161.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| RUSSELL D. ECKENROD | Associate - Bankruptcy (called to the bar in 2010; 3 years in current position) | 715.00 | 119.40 | 85,371.00 |
| BENJAMIN C. SHARTSIS | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 119.30 | 51,299.00 |
| JOSE R. GUZMAN | Staff Attorney - Litigation (called to the bar in 2007; 2 years in current position) | 370.00 | 113.90 | 42,143.00 |
| KARA A. HAILEY | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 4 years in current position) | 870.00 | 102.30 | 89,001.00 |
| PAUL K. CONNOLLY | Staff Attorney - Litigation (called to the bar in 2000; 1 year in current position) | 370.00 | 92.30 | 34,151.00 |
| EVGENY KARLIK | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 430.00 | 88.90 | 38,227.00 |
| JESSICA L. UZIEL | Associate - Bankruptcy (called to the bar in 2012; 2 years in current position) | 585.00 | 86.30 | 50,485.50 |
| VINI LASHAY | Litigation Technology Project Manager | 265.00 | 86.20 | 22,843.00 |
| SCOTT B. REENTS | Associate - E-Discovery, Litigation (called to the bar in 2008; 4 years in current position) | 725.00 | 85.30 | 61,842.50 |
| KATIE PASSARETTI | Temp. Attorney | 200.00 | 74.60 | 14,920.00 |
| LEAH MALONE | Associate - Employee Benefits (called to the bar in 2009; 5 years in current position) | 715.00 | 70.60 | 50,479.00 |
| CORY L. ESKENAZI | Litigation Technology Manager | 275.00 | 68.00 | 18,700.00 |
| MICHAEL J. KAHN | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 | 64.60 | 32,946.00 |
| JESSICA C. KALLSTROM-SCHRECKENGOST | Associate - Litigation (called to the bar in 2010; 3 years in current position) | 650.00 | 63.10 | 41,015.00 |
| ALEKSANDR ABELEV | Senior Litigation Technology Specialist | 265.00 | 61.90 | 16,403.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JANE VANLARE | Associate - Bankruptcy (called to the bar in 2008; 3 years in current position) | 725.00 | 61.80 | 44,805.00 |
| DAVID H. HERRINGTON | Counsel - Litigation (called to the bar in 1993; 9 years in current position) | 935.00 | 56.60 | 52,921.00 |
| MARION DE MESLON | Temp. Attorney | 650.00 | 53.50 | 34,775.00 |
| EMILY P. ECKSTUT | Associate - Litigation (called to the bar in 2009; 5 years in current position) | 715.00 | 52.80 | 37,752.00 |
| MARGOT A. GIANIS | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 50.30 | 21,629.00 |
| DANIEL ILAN | Counsel - Intellectual Property (called to the bar in 2009; 3 years in current position) | 870.00 | 49.70 | 43,239.00 |
| WILLIAM L. MCRAE | Partner - Tax (called to the bar in 1998; 8 years in current position) | 1,100.00 | 48.50 | 53,350.00 |
| CAROL A. WHATLEY | Assistant Managing Clerk | 155.00 | 42.50 | 6,587.50 |
| MARIA B. RODRIGUEZ | Director of Litigation Resources | 320.00 | 37.70 | 12,064.00 |
| RACHEL E. TISHLER | Law Clerk - Corporate (not yet called to the bar; less than 1 year in current position) | 430.00 | 35.40 | 15,222.00 |
| COREY M. GOODMAN | Associate - Tax (called to the bar in 2008; 6 years in current position) | 725.00 | 34.90 | 25,302.50 |
| JACLYN A. LINK | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 34.70 | 20,299.50 |
| CRAIG B. BROD | Partner - Corporate (called to the bar in 1981; 24 years in current position) | 1,130.00 | 32.90 | 37,177.00 |
| EMELIA P. DILLON | Paralegal | 265.00 | 32.10 | 8,506.50 |
| ALVARO R. MON CURENO | Paralegal | 265.00 | 31.50 | 8,347.50 |
| GRACE J. KURLAND-ZANG | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 30.50 | 13,115.00 |
| ELLEN AMBROSE | Assistant Managing Clerk | 155.00 | 27.50 | 4,262.50 |
| MASECHABA M. BOOKHOLANE | International Lawyer - Corporate (called to the bar in 2011; less than 1 year in current position) | 385.00 | 27.20 | 10,472.00 |

9

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ADAM BRYAN | Associate - Litigation (called to the bar in 2010; 5 years in current position) | 760.00 | 27.00 | 20,520.00 |
| JILL C. SCHAEFER | Temp. Attorney | 200.00 | 25.50 | 5,100.00 |
| MEGAN J. FLEMING | Associate – Bankruptcy (called to the bar in 2009; 5 years in current position) | 725.00 | 25.40 | 18,415.00 |
| LUCY SLATER | Trainee Solicitor - Litigation (not yet called to the bar; 1 year in current position) | 415.00 | 24.80 | 10,292.00 |
| LISA FOX | Paralegal | 300.00 | 24.00 | 7,200.00 |
| JONATHAN KELLY | Partner - Litigation (called to the bar in 1989; 3 years in current position) | 1,190.00 | 20.20 | 24,038.00 |
| SU Y. CHEUNG | Managing Clerk | 165.00 | 19.60 | 3,234.00 |
| ARIELLA J. ROSENBERG | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 650.00 | 19.50 | 12,675.00 |
| STEPHANIE D. SADO | Associate - Litigation (called to the bar in 2009; 2 years in current position) | 715.00 | 18.90 | 13,513.50 |
| MATTHEW J. VANEK | Associate - Litigation (called to the bar in 2008; 4 years in current position) | 725.00 | 18.10 | 13,122.50 |
| HEDAYAT A. HEIKAL | Associate – Litigation (called to the bar in 2010; 3 years in current position) | 685.00 | 17.80 | 12,193.00 |
| MILO MOLFA | Associate - Litigation (called to the bar in 2003; 6 years in current position) | 865.00 | 17.00 | 14,705.00 |
| EMILY CHANG | Paralegal | 240.00 | 16.90 | 4,056.00 |
| TIMOTHY J. VOGELER | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 | 16.20 | 6,966.00 |
| PATRICK W. LANG | Litigation Technology Specialist | 225.00 | 16.10 | 3,622.50 |
| EMILY CARLSON | Paralegal | 240.00 | 16.00 | 3,840.00 |
| SEAN K. MULLEN | Associate - Litigation (called to the bar in 2012; 1 year in current position) | 585.00 | 15.50 | 9,067.50 |
| JACOB H. JOHNSTON | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 | 15.20 | 7,752.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| AKIMA PAUL | Associate - Litigation (called to the bar in 2008; 3 years in current position) | 825.00 | 13.50 | 11,137.50 |
| BENJAMIN S. BELLER | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 430.00 | 13.50 | 5,805.00 |
| PIETRO ACERBI | Associate - Litigation (called to the bar in 2010; 2 years in current position) | 450.00 | 13.00 | 5,850.00 |
| CAMILLE T. VAN KOTE | Paralegal | 265.00 | 12.50 | 3,312.50 |
| REBECCA L. REEB | Associate - Tax (called to the bar in 2012; 3 years in current position) | 685.00 | 12.30 | 8,425.50 |
| JOE HAN HO | Trainee Solicitor - Litigation (not yet called to the bar; less than 1 year in current position) | 355.00 | 12.00 | 4,260.00 |
| JAIME A. SALAS VERGARA | International Lawyer - Corporate (called to the bar in 2009; less than 1 year in current position) | 385.00 | 11.00 | 4,235.00 |
| EDITH AUPETIT | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 10.60 | 6,201.00 |
| KONRAD RODGERS | Associate - Litigation (called to the bar in 2007; 1 year in current position) | 800.00 | 10.50 | 8,400.00 |
| ANTHONY R. CERCEO | Associate - Real Estate (called to the bar in 2010; 4 years in current position) | 685.00 | 10.30 | 7,055.50 |
| JESSICA SHERROD | Paralegal | 240.00 | 10.30 | 2,472.00 |
| WILLIAM M. LEMON | Summer Associate | 345.00 | 10.00 | 3,450.00 |
| HILARY WONG | Paralegal | 240.00 | 9.50 | 2,280.00 |
| SUNIL GADHIA | Partner - Litigation (called to the bar in 1990; 1 year in current position) | 1,190.00 | 8.90 | 10,591.00 |
| BERNARDO MASSELLA DUCCI TERI | Associate - Corporate (called to the bar in 2010; 4 years in current position) | 450.00 | 8.70 | 3,915.00 |
| ALICE FRASER | Trainee Solicitor - Litigation (not yet called to the bar; 1 year in current position) | 415.00 | 8.20 | 3,403.00 |
| TIMOTHY M. SWEENEY | Assistant Managing Clerk Supervisor | 175.00 | 7.90 | 1,382.50 |
| SAMUEL RACKEAR | Paralegal | 240.00 | 7.10 | 1,704.00 |

11

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BRITTANY B. TAYLOR | Assistant Manager - Litigation Paralegals | 320.00 | 7.00 | 2,240.00 |
| JACOB TURNER | Trainee Solicitor - Litigation (not yet called to the bar; 1 year in current position) | 415.00 | 7.00 | 2,905.00 |
| BRYAN G. FAUBUS | Associate | 650.00 | 6.80 | 4,420.00 |
| SHEILAH M. KANE-WEISS | Knowledge Management Attorney - Litigation (called to the bar in 2001; 11 years in current position) | 735.00 | 6.80 | 4,998.00 |
| LAURA BAGARELLA | Associate - Employee Benefits (called to the bar in 2010; 4 years in current position) | 685.00 | 6.70 | 4,589.50 |
| ALEXANDRA LISONEK | Paralegal | 240.00 | 5.50 | 1,320.00 |
| ALEXANDRA ANGRAND | Assistant Managing Clerk | 155.00 | 5.40 | 837.00 |
| BENJAMIN L. RUDOFSKY | Summer Associate | 345.00 | 5.20 | 1,794.00 |
| ZOE E. SHEA | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 | 5.00 | 2,925.00 |
| **TOTAL HOURS:** | | | 61,862.90 | |
| **GRAND TOTAL:** | | | | $21,351,224.50 |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through October 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 824.70 | $494,910.00 |
| Claims Administration and Objections | 153.70 | 97,330.50 |
| Employee Matters | 771.40 | 459,232.00 |
| Tax | 93.70 | 93,487.50 |
| Intellectual Property | 9.10 | 7,812.50 |
| Fee and Employment Applications | 557.70 | 255,423.50 |
| Real Estate | 17.80 | 10,721.50 |
| Allocation/Claims Litigation | 59,434.80 | 19,932,307.00 |
| **TOTAL** | **61,862.90** | **$21,351,224.50** |

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2013 through October 31, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $3,194.36 |
| Travel – Transportation | | 101,129.81 |
| Travel – Lodging | | 36,380.25 |
| Travel – Meals | | 3,828.66 |
| Mailing and Shipping Charges | | 6,435.61 |
| Scanning Charges (at $0.10/page) | | 920.20 |
| Duplicating Charges (at $0.10/page) | | 61,550.40 |
| Color Duplicating Charges (at $0.65/page) | | 16,367.00 |
| Facsimile Charges (at $1.00/page) | | 12.00 |
| Legal Research | Lexis | 3,231.48 |
| | Westlaw | 21,554.66 |
| | Pacer | 7.90 |
| Late Work – Meals | | 52,951.06 |
| Late Work – Transportation | | 108,108.56 |
| Conference Meals | | 15,417.77 |
| Other Charges | | 88,107.84 |
| Expert Expenses | | 42,277.50 |
| **Grand Total Expenses** | | **$561,475.06** |