## EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

August 1, 2013 Through October 31, 2013

**Summary of Services Rendered by Project**

| Project | Project Description | August 2013 – October 2013 |
|---|---|---|
| 1 | Pension Advisory | 289.58 |
| 2 | Fee Applications/Billing/Timekeeping | 9.05 |
| **TOTAL** | | **298.63** |

**Summary of Services Rendered by Professional**

| Professional | Hourly Billing Rate (GBP/Hr) | August - October 2013 Hours | Total Compensation (GBP) |
|---|---|---|---|
| Peter Black (Principal – London) | 330 | 61.95 | 20,443 |
| Ryan McGlothlin (Managing Director – Boston) | 330 | 2.75 | 908 |
| Louisa Taylor (Senior Consultant – London) | 250 | 117.13 | 29,333 |
| Sarah Popplestone (Senior Consultant – London) | 250 | 0.17 | 42 |
| Katherine Jack (Senior Consultant – London) | 250 | 0.17 | 42 |
| Adam Gillespie (Senior Consultant – London) | 250 | 0.67 | 167 |
| Martin Hunter (Senior Consultant – London | 230 | 3.48 | 801 |
| Emily Wicks (Associate – London) | 177 | 13.57 | 2,397 |
| Luke Liston (Associate – London) | 177 | 14.62 | 2,582 |
| Gemma Jeffries (Associate – London) | 150 | 69.12 | 10,426 |
| Vicky Sore (Associate – London) | 150 | 0.47 | 70 |
| Jade Bull (Associate – London) | 120 | 0.67 | 80 |
| Chris Haywood (Associate – London) | 120 | 2.46 | 306 |
| Felix Currell (Associate – London) | 120 | 5.53 | 664 |
| Carol Bennett (Support – London) | 87 | 1.37 | 118 |
| Sarah Bridgewood (Support – London) | 57 | 2.05 | 127 |
| Lisa Webb (Support – London) | 57 | 0.9 | 51 |
| Claire Richards (Support – London) | 50 | 1.55 | 81 |
| **TOTAL** | | **298.63** | **68,638** |
| **TOTAL HOURLY** | GBP 68,638 ($107,833) | | |
| **BLENDED HOURLY RATE:** | GBP 230 ($361) | | |
| **GRAND TOTAL** | $107,833 | | |

Punter Southall LLC
Time Detail
August 1, 2013 through October 31, 2013

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 8/1/2013 | Internal Document Review | 1.37 | 1 | 87 | 119 | CB |
| 8/1/2013 | Internal Document Review | 4.00 | 1 | 330 | 1320 | PB |
| 8/1/2013 | Actuarial Calculations | 1.50 | 1 | 150 | 225 | GJ |
| 8/1/2013 | Project Management | 0.20 | 1 | 250 | 50 | LT |
| 8/1/2013 | Internal Document Review | 4.58 | 1 | 250 | 1146 | LT |
| 8/2/2013 | Actuarial Calculations | 1.33 | 1 | 250 | 333 | LT |
| 8/2/2013 | Actuarial Calculations | 1.58 | 1 | 330 | 523 | PB |
| 8/2/2013 | Actuarial Calculations | 3.23 | 1 | 150 | 485 | GJ |
| 8/2/2013 | Conference Calls/Document Review | 1.08 | 1 | 150 | 163 | GJ |
| 8/2/2013 | Conference Calls/Document Review | 0.33 | 1 | 250 | 83 | LT |
| 8/5/2013 | Actuarial Calculations | 1.85 | 1 | 150 | 278 | GJ |
| 8/5/2013 | Actuarial Calculations | 0.55 | 1 | 150 | 83 | GJ |
| 8/5/2013 | Actuarial Calculations | 3.23 | 1 | 150 | 485 | GJ |
| 8/5/2013 | Actuarial Calculations | 0.53 | 1 | 120 | 64 | CH |
| 8/5/2013 | Actuarial Calculations | 0.17 | 1 | 250 | 42 | LT |
| 8/5/2013 | Actuarial Calculations | 0.25 | 1 | 250 | 63 | LT |
| 8/5/2013 | Actuarial Calculations | 0.38 | 1 | 250 | 96 | LT |
| 8/5/2013 | Project Management | 0.07 | 1 | 250 | 17 | LT |
| 8/6/2013 | Actuarial Calculations | 0.25 | 1 | 150 | 38 | GJ |
| 8/6/2013 | Actuarial Calculations | 2.17 | 1 | 150 | 325 | GJ |
| 8/6/2013 | Actuarial Calculations | 1.43 | 1 | 150 | 215 | GJ |
| 8/6/2013 | Actuarial Calculations | 0.57 | 1 | 150 | 85 | GJ |
| 8/6/2013 | Actuarial Calculations | 1.62 | 1 | 50 | 81 | CR |
| 8/6/2013 | Actuarial Calculations | 0.03 | 1 | 250 | 8 | LT |
| 8/6/2013 | Actuarial Calculations | 0.70 | 1 | 250 | 175 | LT |
| 8/6/2013 | Actuarial Calculations | 0.40 | 1 | 250 | 100 | LT |
| 8/6/2013 | Actuarial Calculations | 0.28 | 1 | 250 | 71 | LT |
| 8/6/2013 | Internal Document Review | 1.03 | 1 | 330 | 341 | PB |
| 8/7/2013 | Actuarial Calculations | 0.43 | 1 | 150 | 65 | GJ |
| 8/7/2013 | Actuarial Calculations | 0.97 | 1 | 150 | 145 | GJ |
| 8/7/2013 | Actuarial Calculations | 0.43 | 1 | 177 | 77 | LL |
| 8/7/2013 | Actuarial Calculations | 0.03 | 1 | 250 | 8 | LT |
| 8/7/2013 | Actuarial Calculations | 1.05 | 1 | 250 | 263 | LT |
| 8/7/2013 | Actuarial Calculations | 0.37 | 1 | 250 | 92 | LT |
| 8/7/2013 | Internal Document Review | 1.50 | 1 | 330 | 495 | PB |
| 8/8/2013 | Actuarial Calculations | 0.67 | 1 | 150 | 100 | GJ |
| 8/8/2013 | Actuarial Calculations | 1.57 | 1 | 177 | 277 | LL |
| 8/8/2013 | Project Management | 0.30 | 1 | 250 | 75 | LT |
| 8/8/2013 | Actuarial Calculations | 1.58 | 1 | 250 | 396 | LT |
| 8/8/2013 | Actuarial Calculations | 0.12 | 1 | 250 | 29 | LT |
| 8/8/2013 | Actuarial Calculations | 2.73 | 1 | 250 | 683 | LT |
| 8/8/2013 | Actuarial Calculations | 2.48 | 1 | 330 | 820 | PB |
| 8/9/2013 | Project Management | 0.53 | 1 | 250 | 133 | LT |
| 8/9/2013 | Document Preparation | 0.80 | 1 | 250 | 200 | LT |
| 8/9/2013 | Document Preparation | 1.00 | 1 | 57 | 57 | SB |
| 8/9/2013 | Document Preparation | 0.17 | 1 | 330 | 55 | PB |
| 8/9/2013 | Internal Document Review | 1.00 | 1 | 330 | 330 | PB |
| 8/12/2013 | Document Preparation | 0.30 | 1 | 250 | 75 | LT |
| 8/12/2013 | Document Preparation | 0.43 | 1 | 150 | 65 | GJ |
| 8/12/2013 | Actuarial Calculations | 0.77 | 1 | 150 | 115 | GJ |
| 8/12/2013 | Internal Document Review | 0.22 | 1 | 150 | 33 | GJ |
| 8/13/2013 | Internal Document Review | 0.33 | 1 | 330 | 110 | PB |
| 8/13/2013 | Internal Document Review | 1.75 | 1 | 250 | 438 | LT |
| 8/13/2013 | Project Management | 0.17 | 1 | 250 | 42 | LT |
| 8/13/2013 | Project Management | 1.75 | 1 | 250 | 438 | LT |
| 8/13/2013 | Conference Calls/Document Review | 0.17 | 1 | 250 | 42 | LT |
| 8/13/2013 | Project Management | 2.25 | 1 | 330 | 743 | PB |
| 8/14/2013 | Actuarial Calculations | 1.58 | 1 | 250 | 396 | LT |
| 8/14/2013 | Conference Calls/Document Review | 2.33 | 1 | 330 | 770 | PB |
| 8/14/2013 | Actuarial Calculations | 0.85 | 1 | 177 | 150 | LL |
| 8/14/2013 | Actuarial Calculations | 0.48 | 1 | 250 | 121 | LT |
| 8/14/2013 | Actuarial Calculations | 0.25 | 1 | 250 | 63 | LT |
| 8/14/2013 | Project Management | 0.07 | 1 | 250 | 17 | LT |
| 8/14/2013 | Project Management | 1.00 | 1 | 250 | 250 | LT |

10

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 8/14/2013 | Actuarial Calculations | 0.70 | 1 | 177 | 124 | LL |
| 8/14/2013 | Project Management | 0.33 | 1 | 330 | 110 | PB |
| 8/14/2013 | Conference Calls/Document Review | 0.52 | 1 | 177 | 91 | LL |
| 8/15/2013 | Actuarial Calculations | 0.25 | 1 | 150 | 38 | GJ |
| 8/15/2013 | Project Management | 1.80 | 1 | 150 | 270 | GJ |
| 8/15/2013 | Actuarial Calculations | 0.55 | 1 | 150 | 83 | GJ |
| 8/15/2013 | Actuarial Calculations | 0.87 | 1 | 150 | 130 | GJ |
| 8/15/2013 | Actuarial Calculations | 0.17 | 1 | 250 | 42 | LT |
| 8/15/2013 | Project Management | 0.33 | 1 | 250 | 83 | LT |
| 8/15/2013 | Document Preparation | 2.08 | 1 | 250 | 521 | LT |
| 8/15/2013 | Actuarial Calculations | 0.22 | 1 | 250 | 54 | LT |
| 8/15/2013 | Actuarial Calculations | 4.00 | 1 | 330 | 1320 | PB |
| 8/15/2013 | Document Preparation | 0.45 | 1 | 250 | 113 | LT |
| 8/16/2013 | Actuarial Calculations | 2.47 | 1 | 150 | 370 | GJ |
| 8/16/2013 | Actuarial Calculations | 0.17 | 1 | 250 | 42 | SP |
| 8/16/2013 | Actuarial Calculations | 1.33 | 1 | 150 | 200 | GJ |
| 8/16/2013 | Actuarial Calculations | 0.88 | 1 | 150 | 133 | GJ |
| 8/16/2013 | Document Preparation | 4.00 | 1 | 330 | 1320 | PB |
| 8/16/2013 | Document Preparation | 3.05 | 1 | 177 | 540 | LL |
| 8/16/2013 | Internal Document Review | 1.00 | 1 | 177 | 177 | LL |
| 8/16/2013 | Actuarial Calculations | 0.17 | 1 | 250 | 42 | KJ |
| 8/16/2013 | Actuarial Calculations | 3.03 | 1 | 250 | 758 | LT |
| 8/16/2013 | Actuarial Calculations | 0.52 | 1 | 250 | 129 | LT |
| 8/16/2013 | Actuarial Calculations | 0.10 | 1 | 250 | 25 | LT |
| 8/16/2013 | Actuarial Calculations | 0.02 | 1 | 250 | 4 | LT |
| 8/16/2013 | Internal Document Review | 0.28 | 1 | 250 | 71 | LT |
| 8/16/2013 | Actuarial Calculations | 1.43 | 1 | 250 | 358 | LT |
| 8/16/2013 | Document Preparation | 0.15 | 1 | 250 | 38 | LT |
| 8/19/2013 | Actuarial Calculations | 1.25 | 1 | 150 | 188 | GJ |
| 8/19/2013 | Document Preparation | 0.02 | 1 | 150 | 3 | GJ |
| 8/19/2013 | Actuarial Calculations | 0.07 | 1 | 150 | 10 | GJ |
| 8/19/2013 | Actuarial Calculations | 1.08 | 1 | 150 | 163 | GJ |
| 8/19/2013 | Document Preparation | 1.03 | 1 | 150 | 155 | GJ |
| 8/19/2013 | Document Preparation | 0.92 | 1 | 150 | 138 | GJ |
| 8/19/2013 | Actuarial Calculations | 3.65 | 1 | 177 | 646 | LL |
| 8/19/2013 | Actuarial Calculations | 0.87 | 1 | 150 | 130 | GJ |
| 8/19/2013 | Actuarial Calculations | 0.33 | 1 | 150 | 50 | GJ |
| 8/19/2013 | Actuarial Calculations | 0.68 | 1 | 250 | 171 | LT |
| 8/19/2013 | Conference Calls/Document Review | 1.25 | 1 | 250 | 313 | LT |
| 8/19/2013 | Actuarial Calculations | 0.48 | 1 | 250 | 121 | LT |
| 8/19/2013 | Actuarial Calculations | 0.53 | 1 | 250 | 133 | LT |
| 8/19/2013 | Actuarial Calculations | 1.10 | 1 | 250 | 275 | LT |
| 8/19/2013 | Internal Document Review | 4.02 | 1 | 250 | 1004 | LT |
| 8/19/2013 | Document Preparation | 2.50 | 1 | 330 | 825 | PB |
| 8/19/2013 | Document Preparation | 0.57 | 1 | 150 | 85 | GJ |
| 8/20/2013 | Actuarial Calculations | 0.60 | 1 | 150 | 90 | GJ |
| 8/20/2013 | Document Preparation | 0.77 | 1 | 150 | 115 | GJ |
| 8/20/2013 | Actuarial Calculations | 1.18 | 1 | 177 | 209 | LL |
| 8/20/2013 | Actuarial Calculations | 0.67 | 1 | 150 | 100 | GJ |
| 8/20/2013 | Actuarial Calculations | 0.32 | 1 | 150 | 48 | GJ |
| 8/20/2013 | Internal Document Review | 3.58 | 1 | 150 | 538 | GJ |
| 8/20/2013 | Actuarial Calculations | 0.67 | 1 | 120 | 80 | JB |
| 8/20/2013 | Actuarial Calculations | 0.65 | 1 | 250 | 163 | LT |
| 8/20/2013 | Actuarial Calculations | 0.58 | 1 | 250 | 146 | LT |
| 8/20/2013 | Actuarial Calculations | 0.07 | 1 | 250 | 17 | LT |
| 8/20/2013 | Actuarial Calculations | 1.90 | 1 | 250 | 475 | LT |
| 8/20/2013 | Actuarial Calculations | 0.17 | 1 | 250 | 42 | LT |
| 8/20/2013 | Internal Document Review | 5.40 | 1 | 250 | 1350 | LT |
| 8/20/2013 | Document Preparation | 3.67 | 1 | 330 | 1210 | PB |
| 8/20/2013 | Document Preparation | 0.02 | 1 | 150 | 3 | GJ |
| 8/21/2013 | Actuarial Calculations | 0.15 | 1 | 150 | 23 | GJ |
| 8/21/2013 | Actuarial Calculations | 0.55 | 1 | 150 | 83 | GJ |
| 8/21/2013 | Actuarial Calculations | 0.35 | 1 | 150 | 53 | GJ |
| 8/21/2013 | Actuarial Calculations | 0.23 | 1 | 150 | 35 | GJ |
| 8/21/2013 | Actuarial Calculations | 0.13 | 1 | 250 | 33 | LT |
| 8/21/2013 | Project Management | 1.97 | 1 | 250 | 492 | LT |
| 8/21/2013 | Actuarial Calculations | 0.17 | 1 | 250 | 42 | LT |
| 8/21/2013 | Actuarial Calculations | 0.82 | 1 | 150 | 123 | GJ |
| 8/21/2013 | Actuarial Calculations | 4.63 | 1 | 250 | 1158 | LT |
| 8/21/2013 | Document Preparation | 1.50 | 1 | 330 | 495 | PB |

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 8/22/2013 | Actuarial Calculations | 0.93 | 1 | 150 | 140 | GJ |
| 8/22/2013 | Document Preparation | 1.00 | 1 | 330 | 330 | PB |
| 8/22/2013 | Conference Calls/Document Review | 1.83 | 1 | 330 | 605 | PB |
| 8/22/2013 | Document Preparation | 0.67 | 1 | 330 | 220 | PB |
| 8/22/2013 | Conference Calls/Document Review | 1.23 | 1 | 330 | 407 | PB |
| 8/22/2013 | Internal Document Review | 0.30 | 1 | 250 | 75 | LT |
| 8/22/2013 | Document Preparation | 0.23 | 1 | 250 | 58 | LT |
| 8/22/2013 | Actuarial Calculations | 0.95 | 1 | 250 | 238 | LT |
| 8/22/2013 | Actuarial Calculations | 0.02 | 1 | 250 | 4 | LT |
| 8/22/2013 | Conference Calls/Document Review | 1.82 | 1 | 250 | 454 | LT |
| 8/22/2013 | Document Preparation | 3.33 | 1 | 250 | 833 | LT |
| 8/22/2013 | Conference Calls/Document Review | 1.23 | 1 | 250 | 308 | LT |
| 8/23/2013 | Actuarial Calculations | 6.57 | 1 | 177 | 1162 | EW |
| 8/23/2013 | Project Management | 0.02 | 1 | 250 | 4 | LT |
| 8/23/2013 | Project Management | 0.17 | 1 | 250 | 42 | LT |
| 8/23/2013 | Actuarial Calculations | 0.08 | 1 | 250 | 21 | LT |
| 8/23/2013 | Actuarial Calculations | 3.70 | 1 | 250 | 925 | LT |
| 8/23/2013 | Document Preparation | 1.18 | 1 | 250 | 296 | LT |
| 8/23/2013 | Document Preparation | 1.50 | 1 | 330 | 495 | PB |
| 8/27/2013 | Internal Document Review | 3.07 | 1 | 177 | 543 | EW |
| 8/28/2013 | Internal Document Review | 0.27 | 1 | 177 | 47 | EW |
| 8/28/2013 | Document Preparation | 1.00 | 1 | 330 | 330 | PB |
| 8/29/2013 | Actuarial Calculations | 1.08 | 1 | 150 | 163 | GJ |
| 8/29/2013 | Internal Document Review | 1.00 | 1 | 330 | 330 | PB |
| 8/29/2013 | Document Preparation | 0.70 | 1 | 57 | 40 | SB |
| 8/30/2013 | Conference Calls/Document Review | 1.00 | 1 | 330 | 330 | PB |
| | Total (GBP) | | | | £42,285 | |
| | GBP/USD Exchange Rate (August 31, 2013) | | | | 0.645 | |
| | Total (USD) | | | | $65,533 | |

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 9/2/2013 | Project Management | 1.00 | 1 | 330 | 330 | PB |
| 9/2/2013 | Document Preparation | 0.50 | 1 | 250 | 125 | LT |
| 9/2/2013 | Conference Calls/Document Review | 0.42 | 1 | 250 | 104 | LT |
| 9/3/2013 | Document Preparation | 0.02 | 1 | 250 | 4 | LT |
| 9/3/2013 | Internal Document Review | 2.30 | 1 | 250 | 575 | LT |
| 9/3/2013 | Internal Document Review | 0.18 | 1 | 250 | 46 | LT |
| 9/3/2013 | Internal Document Review | 0.13 | 1 | 177 | 24 | EW |
| 9/3/2013 | Document Preparation | 1.50 | 1 | 330 | 495 | PB |
| 9/4/2013 | Actuarial Calculations | 0.60 | 1 | 250 | 150 | LT |
| 9/5/2013 | Document Preparation | 1.50 | 1 | 330 | 495 | PB |
| 9/5/2013 | Document Preparation | 6.15 | 1 | 250 | 1538 | LT |
| 9/5/2013 | Actuarial Calculations | 0.02 | 1 | 250 | 4 | LT |
| 9/5/2013 | Actuarial Calculations | 0.52 | 1 | 250 | 129 | LT |
| 9/5/2013 | Actuarial Calculations | 0.95 | 1 | 150 | 143 | GJ |
| 9/5/2013 | Internal Document Review | 1.32 | 1 | 177 | 233 | EW |
| 9/5/2013 | Actuarial Calculations | 1.15 | 1 | 150 | 173 | GJ |
| 9/6/2013 | Document Preparation | 3.17 | 1 | 330 | 1045 | PB |
| 9/6/2013 | Conference Calls/Document Review | 1.43 | 1 | 250 | 358 | LT |
| 9/6/2013 | Document Preparation | 1.72 | 1 | 250 | 429 | LT |
| 9/6/2013 | Actuarial Calculations | 0.33 | 1 | 250 | 83 | LT |
| 9/6/2013 | Actuarial Calculations | 1.35 | 1 | 150 | 203 | GJ |
| 9/11/2013 | Document Preparation | 1.00 | 1 | 330 | 330 | PB |
| 9/11/2013 | Document Preparation | 1.50 | 1 | 250 | 375 | LT |
| 9/11/2013 | Project Management | 0.12 | 1 | 250 | 29 | LT |
| 9/13/2013 | Project Management | 0.10 | 1 | 250 | 25 | LT |
| 9/16/2013 | Document Preparation | 0.17 | 1 | 250 | 42 | LT |
| 9/17/2013 | Document Preparation | 1.92 | 1 | 330 | 633 | PB |
| 9/17/2013 | Document Preparation | 4.50 | 1 | 250 | 1125 | LT |
| 9/18/2013 | Document Preparation | 0.83 | 1 | 330 | 275 | PB |
| 9/18/2013 | Document Preparation | 1.20 | 1 | 250 | 300 | LT |
| 9/19/2013 | Document Preparation | 0.33 | 1 | 330 | 110 | PB |
| 9/19/2013 | Project Management | 0.42 | 1 | 250 | 104 | LT |
| 9/25/2013 | Internal Document Review | 0.17 | 1 | 330 | 55 | PB |
| 9/25/2013 | Project Management | 0.08 | 1 | 250 | 21 | LT |
| 9/26/2013 | Project Management | 0.33 | 1 | 250 | 83 | LT |
| | Total (GBP) | | | | £10,192 | |
| | GBP/USD Exchange Rate (September 30, 2013) | | | | 0.620 | |
| | Total (USD) | | | | $16,445 | |

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 10/2/2013 | Project Management | 0.90 | 1 | 57 | 51 | LW |
| 10/2/2013 | Internal Document Review | 0.82 | 1 | 150 | 123 | GJ |
| 10/2/2013 | Conference Calls/Document Review | 3.95 | 1 | 250 | 988 | LT |
| 10/2/2013 | Internal Document Review | 1.00 | 1 | 250 | 250 | LT |
| 10/2/2013 | Internal Document Review | 0.20 | 1 | 250 | 50 | LT |
| 10/3/2013 | Internal Document Review | 0.25 | 1 | 250 | 63 | AG |
| 10/3/2013 | Internal Document Review | 1.15 | 1 | 250 | 288 | LT |
| 10/4/2013 | Internal Document Review | 0.42 | 1 | 250 | 104 | AG |
| 10/4/2013 | Actuarial Calculations | 0.28 | 1 | 177 | 50 | LL |
| 10/7/2013 | Internal Document Review | 1.17 | 1 | 330 | 385 | PB |
| 10/7/2013 | Internal Document Review | 2.22 | 1 | 250 | 554 | LT |
| 10/8/2013 | Actuarial Calculations | 0.93 | 1 | 230 | 215 | MH |
| 10/9/2013 | Actuarial Calculations | 1.22 | 1 | 177 | 215 | LL |
| 10/9/2013 | Actuarial Calculations | 2.00 | 1 | 230 | 460 | MH |
| 10/9/2013 | Actuarial Calculations | 1.48 | 1 | 330 | 490 | PB |
| 10/9/2013 | Actuarial Calculations | 0.57 | 1 | 250 | 142 | LT |
| 10/9/2013 | Actuarial Calculations | 0.98 | 1 | 250 | 246 | LT |
| 10/9/2013 | Actuarial Calculations | 0.85 | 1 | 150 | 128 | GJ |
| 10/10/2013 | Actuarial Calculations | 0.47 | 1 | 150 | 70 | VS |
| 10/10/2013 | Internal Document Review | 0.42 | 1 | 230 | 96 | MH |
| 10/10/2013 | Actuarial Calculations | 0.17 | 1 | 177 | 30 | LL |
| 10/10/2013 | Actuarial Calculations | 0.17 | 1 | 120 | 20 | FC |
| 10/10/2013 | Actuarial Calculations | 0.13 | 1 | 150 | 20 | GJ |
| 10/10/2013 | Actuarial Calculations | 0.12 | 1 | 250 | 29 | LT |
| 10/10/2013 | Actuarial Calculations | 0.48 | 1 | 250 | 121 | LT |
| 10/11/2013 | Actuarial Calculations | 0.13 | 1 | 230 | 31 | MH |
| 10/11/2013 | Actuarial Calculations | 0.38 | 1 | 250 | 96 | LT |
| 10/11/2013 | Project Management | 0.32 | 1 | 250 | 79 | LT |
| 10/11/2013 | Actuarial Calculations | 1.12 | 1 | 120 | 134 | FC |
| 10/11/2013 | Actuarial Calculations | 0.40 | 1 | 250 | 100 | LT |
| 10/11/2013 | Actuarial Calculations | 1.85 | 1 | 120 | 222 | CH |
| 10/14/2013 | Actuarial Calculations | 1.93 | 1 | 120 | 232 | FC |
| 10/14/2013 | Actuarial Calculations | 0.87 | 1 | 150 | 130 | GJ |
| 10/14/2013 | Actuarial Calculations | 0.08 | 1 | 120 | 10 | CH |
| 10/15/2013 | Actuarial Calculations | 2.32 | 1 | 120 | 278 | FC |
| 10/15/2013 | Actuarial Calculations | 0.48 | 1 | 150 | 73 | GJ |
| 10/16/2013 | Actuarial Calculations | 2.53 | 1 | 150 | 380 | GJ |
| 10/17/2013 | Document Preparation | 0.78 | 1 | 250 | 196 | LT |
| 10/17/2013 | Document Preparation | 1.87 | 1 | 150 | 280 | GJ |
| 10/17/2013 | Actuarial Calculations | 0.08 | 1 | 120 | 10 | CH |
| 10/18/2013 | Document Preparation | 1.00 | 1 | 250 | 250 | LT |
| 10/18/2013 | Document Preparation | 3.47 | 1 | 150 | 520 | GJ |
| 10/18/2013 | Document Preparation | 2.22 | 1 | 177 | 392 | EW |
| 10/21/2013 | Document Preparation | 2.67 | 1 | 150 | 400 | GJ |
| 10/21/2013 | Actuarial Calculations | 2.28 | 1 | 250 | 571 | LT |
| 10/21/2013 | Document Preparation | 0.75 | 1 | 150 | 113 | GJ |
| 10/22/2013 | Document Preparation | 5.77 | 1 | 250 | 1442 | LT |
| 10/22/2013 | Document Preparation | 4.78 | 1 | 150 | 718 | GJ |
| 10/23/2013 | Document Preparation | 1.00 | 1 | 330 | 330 | PB |
| 10/23/2013 | Document Preparation | 0.92 | 1 | 250 | 229 | LT |
| 10/24/2013 | Document Preparation | 1.62 | 1 | 330 | 534 | PB |
| 10/25/2013 | Document Preparation | 0.80 | 1 | 330 | 264 | PB |
| 10/28/2013 | Document Preparation | 0.63 | 1 | 250 | 158 | LT |
| 10/28/2013 | Document Preparation | 1.28 | 1 | 330 | 424 | PB |
| | Total (GBP) | | | | £13,778 | |
| | GBP/USD Exchange Rate (October 31, 2013) | | | | 0.623 | |
| | Total (USD) | | | | $22,112 | |
| Grand Total Activity 1 | | 289.58 | | | $104,091 | |

13

| Date | Description of Work | Time | Activity | | | Professional |
|---|---|---|---|---|---|---|
| 8/5/2013 | Timekeeping/Billing | 0.17 | 2 | 87 | 15 | CB |
| 8/5/2013 | Timekeeping/Billing | 0.35 | 2 | 330 | 116 | PB |
| 8/6/2013 | Timekeeping/Billing | 0.12 | 2 | 150 | 18 | GJ |
| 8/9/2013 | Timekeeping/Billing | 0.12 | 2 | 250 | 29 | LT |
| 8/12/2013 | Timekeeping/Billing | 1.08 | 2 | 250 | 271 | LT |
| 8/12/2013 | Timekeeping/Billing | 0.38 | 2 | 250 | 96 | LT |
| 8/15/2013 | Timekeeping/Billing | 0.22 | 2 | 177 | 38 | LL |
| 8/16/2013 | Timekeeping/Billing | 0.33 | 2 | 250 | 83 | LT |
| 8/30/2013 | Preparation of filings | 2.75 | 2 | 330 | 908 | RDM |
| | Total (GBP) | | | | £1,573 | |
| | GBP/USD Exchange Rate (August 31, 2013) | | | | 0.645 | |
| | Total (USD) | | | | $2,437 | |

| Date | Description of Work | Time | Activity | | | Professional |
|---|---|---|---|---|---|---|
| 9/2/2013 | Timekeeping/Billing | 0.08 | 2 | 150 | 13 | GJ |
| 9/5/2013 | Timekeeping/Billing | 0.08 | 2 | 250 | 21 | LT |
| 9/9/2013 | Timekeeping/Billing | 0.27 | 2 | 250 | 67 | LT |
| 9/10/2013 | Timekeeping/Billing | 0.13 | 2 | 330 | 44 | PB |
| 9/10/2013 | Timekeeping/Billing | 0.43 | 2 | 250 | 108 | LT |
| 9/18/2013 | Timekeeping/Billing | 0.30 | 2 | 250 | 75 | LT |
| 9/18/2013 | Timekeeping/Billing | 0.45 | 2 | 250 | 113 | AG |
| | Total (GBP) | | | | £440 | |
| | GBP/USD Exchange Rate (September 30, 2013) | | | | 0.620 | |
| | Total (USD) | | | | $710 | |

| Date | Description of Work | Time | Activity | | | Professional |
|---|---|---|---|---|---|---|
| 10/1/2013 | Timekeeping/Billing | 0.33 | 2 | 330 | 110 | PB |
| 10/1/2013 | Timekeeping/Billing | 0.25 | 2 | 250 | 63 | LT |
| 10/7/2013 | Timekeeping/Billing | 0.28 | 2 | 177 | 50 | LL |
| 10/9/2013 | Timekeeping/Billing | 0.10 | 2 | 120 | 12 | CH |
| 10/10/2013 | Timekeeping/Billing | 0.53 | 2 | 120 | 64 | CH |
| 10/11/2013 | Timekeeping/Billing | 0.12 | 2 | 150 | 18 | GJ |
| 10/16/2013 | Timekeeping/Billing | 0.17 | 2 | 330 | 55 | PB |
| | Total (GBP) | | | | £371 | |
| | GBP/USD Exchange Rate (October 31, 2013) | | | | 0.623 | |
| | Total (USD) | | | | $596 | |
| | Grand Total Activity 2 | 9.1 | | | $3,742 | |
| | Grand Total Activity 1 & 2 | 298.63 | | | $107,833 | |