# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 8/1/2013  End Date 8/31/2013
**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 71.40 | $450.00 | $32,130.00 |
| 2 | Facility Document Inventory & Evacuation Review | 0.30 | $450.00 | $135.00 |
| 3 | Human Resources - Employee Related Projects | 5.50 | $450.00 | $2,475.00 |
| 4 | Fee Apps | 4.80 | $450.00 | $2,160.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration | 49.40 | $450.00 | $22,230.00 |
| 7 | Tax/Finance Matters and Budget Projects | 7.50 | $450.00 | $3,375.00 |
| 8 | Misc Debtor Issues and Communications | 0.30 | $450.00 | $135.00 |
| | **Hours/Billing Amount for Period:** | **139.20** | | **$62,640.00** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/2013 | Netbackup Catalog maintenance / monitoring | Brandon Bangerter | 1 | 1.7 |
| 8/2/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 8/3/2013 | BOXI Reports Development for Oracle Financials 11i | Raj Perubhatla | 1 | 3.7 |
| 8/4/2013 | BOXI Reports Development and Testing | Raj Perubhatla | 1 | 5.3 |
| 8/5/2013 | Business Objects Development, Testing and Rollout | Raj Perubhatla | 1 | 2.7 |
| 8/6/2013 | Business Objects rollout of Universe and troubleshooting | Raj Perubhatla | 1 | 0.7 |
| 8/6/2013 | Weekly IT Meeting / Vault space issues | Brandon Bangerter | 1 | 1.3 |
| 8/7/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 8/8/2013 | Weekly IT Meeting to discuss the status | Raj Perubhatla | 1 | 0.5 |
| 8/8/2013 | Emails and Systems monitoring | Raj Perubhatla | 1 | 0.7 |
| 8/8/2013 | Business Objects Development for Oracle Financials data | Raj Perubhatla | 1 | 2.3 |
| 8/8/2013 | Weekly Meeting updates / Offsite backup discussions, planning | Brandon Bangerter | 1 | 0.9 |
| 8/9/2013 | Business Objects Development - Data Structure analysis to find SSCOA segment tables | Raj Perubhatla | 1 | 2.7 |
| 8/9/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.0 |
| 8/12/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.5 |
| 8/13/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.3 |
| 8/14/2013 | Server monitoring, backups, scheduler jobs, business objects maintenance | Raj Perubhatla | 1 | 1.4 |
| 8/14/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 8/15/2013 | NNI vault space issues / weekly IT meeting discussion and resolutions | Brandon Bangerter | 1 | 1.4 |
| 8/16/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.0 |
| 8/16/2013 | 003 / 0mz fault lights troubleshooting, configuration, fixes | Brandon Bangerter | 1 | 2.8 |
| 8/17/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.2 |
| 8/19/2013 | Unix server monitoring, backups and jobs maintenance | Raj Perubhatla | 1 | 1.7 |
| 8/19/2013 | 0mz continuing issues troubleshooting | Brandon Bangerter | 1 | 1.5 |
| 8/20/2013 | Weekly meeting updates / Server reboots / Disk Space issues | Brandon Bangerter | 1 | 1.6 |
| 8/21/2013 | SAP BW troubleshooting / reboots, bringing back online / configuration | Brandon Bangerter | 1 | 2.2 |
| 8/22/2013 | IT Infrastructure Status Call | Raj Perubhatla | 1 | 0.5 |
| 8/22/2013 | Weekly meeting updates / SAP BW issues and resolutions | Brandon Bangerter | 1 | 1.8 |
| 8/23/2013 | SAP BW Server Maintenance to replace DIMMs | Raj Perubhatla | 1 | 3.2 |
| 8/23/2013 | Probusiness Support for security | Raj Perubhatla | 1 | 1.0 |
| 8/23/2013 | SAP BW server reboots and report testing | Brandon Bangerter | 1 | 1.7 |
| 8/25/2013 | Checking the Unix server and Storage environment | Raj Perubhatla | 1 | 1.2 |
| 8/26/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 8/27/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.5 |
| 8/28/2013 | SAP BW Server Troubleshooting | Raj Perubhatla | 1 | 0.7 |
| 8/28/2013 | SAP BW issue with running certain reports / troubleshooting / fixes | Brandon Bangerter | 1 | 1.3 |
| 8/29/2013 | SAP BW Server Troubleshooting: Restarting the Instances and checking | Raj Perubhatla | 1 | 6.8 |
| 8/29/2013 | Infrastructure weekly call and troubleshooting of SAP BW Server configuration | Raj Perubhatla | 1 | 1.4 |
| 8/29/2013 | Weekly meeting updates / SAP BW issues with reports and fixes put in place | Brandon Bangerter | 1 | 2.7 |
| 8/30/2013 | Claims load file analysis for August file | Raj Perubhatla | 1 | 0.7 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/Minutes Worked |
|---|---|---|---|---|
| 8/30/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 8/31/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.0 |
| 8/1/2013 | Correspondence received, reviewed, responded re Dubai documentation matter | Kathryn Schultea | 2 | 0.3 |
| 8/1/2013 | Correspondence received, reviewed, responded re severance matters | Kathryn Schultea | 3 | 0.4 |
| 8/2/2013 | Compensation documentation review | Kathryn Schultea | 3 | 0.3 |
| 8/5/2013 | Correspondence received, reviewed, responded re severance matters | Kathryn Schultea | 3 | 0.5 |
| 8/6/2013 | Correspondence received, reviewed, responded re UST questions | Kathryn Schultea | 3 | 0.3 |
| 8/6/2013 | Correspondence received, reviewed, responded re severance matters | Kathryn Schultea | 3 | 0.3 |
| 8/7/2013 | Correspondence received, reviewed, responded re severance matters | Kathryn Schultea | 3 | 0.2 |
| 8/7/2013 | MBA review | Kathryn Schultea | 3 | 0.2 |
| 8/8/2013 | Tax issues correspondence re review | Kathryn Schultea | 3 | 0.3 |
| 8/8/2013 | Correspondence received, reviewed, responded re severance matters | Kathryn Schultea | 3 | 0.2 |
| 8/9/2013 | Correspondence received, reviewed, responded re severance matters re wages and taxes | Kathryn Schultea | 3 | 0.3 |
| 8/9/2013 | Conf Call re HR matters | Kathryn Schultea | 3 | 0.5 |
| 8/12/2013 | Correspondence received, reviewed, responded re severance matters re wages and taxes | Kathryn Schultea | 3 | 0.2 |
| 8/13/2013 | Discussion re staffing | Kathryn Schultea | 3 | 0.2 |
| 8/16/2013 | Correspondence and work re outstanding former ee issues | Kathryn Schultea | 3 | 0.6 |
| 8/16/2013 | Call re outstanding former ee issues | Kathryn Schultea | 3 | 0.3 |
| 8/19/2013 | Correspondence re meetings on former ee issues | Kathryn Schultea | 3 | 0.2 |
| 8/21/2013 | Conf Call re HR matters re former ee severance | Kathryn Schultea | 3 | 0.5 |
| 8/28/2013 | Fee application work | Kathryn Schultea | 4 | 2.0 |
| 8/29/2013 | Fee application work | Kathryn Schultea | 4 | 2.8 |
| 8/1/2013 | Respond to Employee Calls | Mary Cilia | 6 | 0.8 |
| 8/1/2013 | Conference Call and Related Prep, Follow-up re: Employee Claims | Mary Cilia | 6 | 1.3 |
| 8/1/2013 | Revise and Distribute Round 4 Post-Petition Settlement Letter File | Mary Cilia | 6 | 0.5 |
| 8/1/2013 | Review settlement letters and discussions re same | Kathryn Schultea | 6 | 0.8 |
| 8/2/2013 | Claims Database Administration review and updates | Raj Perubhatla | 6 | 3.2 |
| 8/5/2013 | Update Claims Database | Mary Cilia | 6 | 1.5 |
| 8/5/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 8/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 8/8/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/9/2013 | Claims Database Updates | Raj Perubhatla | 6 | 4.5 |
| 8/9/2013 | Review of Severance Calculations for Round 4 Settlement Letters | Mary Cilia | 6 | 1.5 |
| 8/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/11/2013 | Update Claims Database | Mary Cilia | 6 | 1.5 |
| 8/18/2013 | Claims Database Maintenance, loads and updates | Raj Perubhatla | 6 | 3.6 |
| 8/20/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/21/2013 | Claims Database Maintenance, loads and updates | Raj Perubhatla | 6 | 2.2 |
| 8/21/2013 | Update Claims Database | Mary Cilia | 6 | 1.3 |
| 8/21/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/22/2013 | Claims Database Maintenance, loads and updates | Raj Perubhatla | 6 | 2.7 |
| 8/22/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 8/23/2013 | Update Claims Database | Mary Cilia | 6 | 2.3 |
| 8/23/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/24/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 8/27/2013 | IT Infrastructure Status call | Raj Perubhatla | 6 | 0.5 |
| 8/27/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 8/27/2013 | Update Nortel Position Table | Mary Cilia | 6 | 1.5 |
| 8/27/2013 | Round 4 Settlement Letters | Mary Cilia | 6 | 0.8 |
| 8/27/2013 | Conference Call with J. Davison re: Next Steps and Analysis Required | Mary Cilia | 6 | 0.8 |
| 8/28/2013 | Claims Database Loads for Nortel Employee Position | Raj Perubhatla | 6 | 6.6 |
| 8/29/2013 | Round 4 Settlement Letters | Mary Cilia | 6 | 1.8 |
| 8/29/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 8/2/2013 | Tax status update call | Richard Lydecker | 7 | 0.5 |
| 8/7/2013 | Meeting with EY re review 2012 tax return | Richard Lydecker | 7 | 3.0 |
| 8/7/2013 | Correspondence received, reviewed, responded re EY matters | Kathryn Schultea | 7 | 0.6 |
| 8/9/2013 | Tax status update call | Richard Lydecker | 7 | 0.5 |
| 8/9/2013 | E-mail re 2012 compliance review | Richard Lydecker | 7 | 0.3 |
| 8/14/2013 | Correspondence received, reviewed, responded re EY matters | Kathryn Schultea | 7 | 1.0 |
| 8/23/2013 | Tax status update call | Richard Lydecker | 7 | 0.8 |
| 8/29/2013 | Tax status update call | Richard Lydecker | 7 | 0.8 |
| 8/13/2013 | Correspondence received, reviewed, responded re Dubai documentation matter | Kathryn Schultea | 8 | 0.3 |