# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1, 2013 through August 30, 2013**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $     - |
| Travel – Lodging | - |
| Travel – Transportation | - |
| Travel – Meals | - |
| Office Expenses | - |
| TOTAL | $     - |
| | |

Nortel Expense Report

**PERIOD:** August 1, 2013 through August 30, 2013

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  | $ - | $ - | $ - | $ - | $ - |  |