# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 9/1/2013 | 9/30/2013 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 53.80 | $450.00 | $24,210.00 |
| 2 | Facility Document Inventory & Evacuation Review | 0.80 | $450.00 | $360.00 |
| 3 | Human Resources - Employee Related Projects | 22.10 | $450.00 | $9,945.00 |
| 4 | Fee Apps | 3.00 | $450.00 | $1,350.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration | 51.10 | $450.00 | $22,995.00 |
| 7 | Tax/Finance Matters and Budget Projects | 9.40 | $450.00 | $4,230.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **140.20** | | **$63,090.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/2/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.2 |
| 9/2/2013 | SAP BW issue with certificates / troubleshooting | Brandon Bangerter | 1 | 1.4 |
| 9/3/2013 | SAP BW Troubleshooting | Raj Perubhatla | 1 | 1.7 |
| 9/3/2013 | Weekly meeting updates / SAP BW issues and resolutions | Brandon Bangerter | 1 | 2.2 |
| 9/4/2013 | Business Objects Development, Testing | Raj Perubhatla | 1 | 1.7 |
| 9/4/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.5 |
| 9/5/2013 | Business Objects Development, Testing | Raj Perubhatla | 1 | 2.2 |
| 9/5/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 0.8 |
| 9/6/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.0 |
| 9/7/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 0.7 |
| 9/8/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 9/9/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 0.7 |
| 9/9/2013 | SAP BW issue with certificates, reports / troubleshooting | Brandon Bangerter | 1 | 1.6 |
| 9/10/2013 | Weekly meeting updates / SAP BW issues and resolutions | Brandon Bangerter | 1 | 1.0 |
| 9/11/2013 | SAP BW Reboot to troubleshoot SSL Cert and SAP Application Server issue for Reporting | Raj Perubhatla | 1 | 3.0 |
| 9/11/2013 | SAP BW server reboots and report testing | Brandon Bangerter | 1 | 1.4 |
| 9/12/2013 | Server monitoring, backups, scheduler jobs, business objects maintenance | Raj Perubhatla | 1 | 1.3 |
| 9/12/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 9/13/2013 | SAP BW Server Error messages investigation and troubleshooting | Raj Perubhatla | 1 | 2.2 |
| 9/14/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 2.2 |
| 9/15/2013 | Oracle Database Backups for Claims Database troubleshooting | Raj Perubhatla | 1 | 1.7 |
| 9/16/2013 | Offsite NAS server configuration changes for offsite storage | Brandon Bangerter | 1 | 2.5 |
| 9/17/2013 | IT Infrastructure Call; Troubleshooting SAP BW | Raj Perubhatla | 1 | 1.0 |
| 9/17/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.2 |
| 9/18/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | |
| 9/18/2013 | Correspondence received, reviewed, responded re: Discovery matters | Kathryn Schultea | 1 | 1.5 |
| 9/18/2013 | Offsite NAS full backups for offsite storage / policy configuration / troubleshooting | Brandon Bangerter | 1 | 2.1 |
| 9/19/2013 | Netbackup jobs monitoring / BOXI backups / communication responses | Brandon Bangerter | 1 | 1.6 |
| 9/20/2013 | Offsite NAS backup monitoring | Brandon Bangerter | 1 | 0.4 |
| 9/22/2013 | Offsite NAS backup monitoring | Brandon Bangerter | 1 | 0.5 |
| 9/23/2013 | Offsite NAS full backups for offsite storage / policy configuration / troubleshooting | Brandon Bangerter | 1 | 2.8 |
| 9/24/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 9/26/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.5 |
| 9/27/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.7 |
| 9/27/2013 | Offsite NAS backup monitoring | Brandon Bangerter | 1 | 0.4 |
| 9/29/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.0 |
| 9/29/2013 | Offsite NAS backup monitoring | Brandon Bangerter | 1 | 0.5 |
| 9/30/2013 | Offsite NAS crash / troubleshooting, cleanup, restarting | Brandon Bangerter | 1 | 2.6 |
| 9/16/2013 | Correspondence received, reviewed, responded re: Nortel - Iron Mountain | Kathryn Schultea | 2 | 0.8 |
| 9/3/2013 | Correspondence received, reviewed, responded re: LTIP Update | Kathryn Schultea | 3 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/3/2013 | Correspondence received, reviewed, responded re: Retiree Settlement matters | Kathryn Schultea | 3 | 1.3 |
| 9/4/2013 | Conf Calls and follow-up re: Nortel and E&Y discussion | Kathryn Schultea | 3 | 1.5 |
| 9/4/2013 | Correspondence received, reviewed, responded re: Benefits & former EE matters | Kathryn Schultea | 3 | 0.6 |
| 9/5/2013 | Conf Call re: Staffing and follow-up re same | Kathryn Schultea | 3 | 0.8 |
| 9/9/2013 | Conf Call with Cleary re HR related matters and follow-up re same | Kathryn Schultea | 3 | 1.8 |
| 9/11/2013 | Conf Call re: HR Matters | Kathryn Schultea | 3 | 0.7 |
| 9/12/2013 | Correspondence received, reviewed, responded re: LTD Discussion | Kathryn Schultea | 3 | 1.3 |
| 9/12/2013 | Correspondence received, reviewed, responded re: VEBA | Kathryn Schultea | 3 | 0.6 |
| 9/16/2013 | Correspondence received, reviewed, responded re: Nortel LTIP | Kathryn Schultea | 3 | 0.3 |
| 9/17/2013 | Correspondence received, reviewed, responded re: Nortel HR Matters | Kathryn Schultea | 3 | 1.3 |
| 9/17/2013 | Conf Call re: HR Matters | Kathryn Schultea | 3 | 0.4 |
| 9/18/2013 | Correspondence received, reviewed, responded re: Former EE related matters | Kathryn Schultea | 3 | 1.0 |
| 9/20/2013 | Correspondence received, reviewed, responded re: EE related matters | Kathryn Schultea | 3 | 0.6 |
| 9/23/2013 | Review staffing report | Kathryn Schultea | 3 | 0.3 |
| 9/24/2013 | Conf Call re: Depositions | Kathryn Schultea | 3 | 0.5 |
| 9/24/2013 | Correspondence received, reviewed, responded re: Nortel and EY Discussion | Kathryn Schultea | 3 | 3.0 |
| 9/25/2013 | Conf Call re: VEBA | Kathryn Schultea | 3 | 0.8 |
| 9/25/2013 | Correspondence received, reviewed, responded re: HR Matters - Staffing Discussion, LTIP close out | Kathryn Schultea | 3 | 1.3 |
| 9/26/2013 | Correspondence received, reviewed, responded re: various 2014 wind down issues | Kathryn Schultea | 3 | 1.6 |
| 9/27/2013 | Correspondence received, reviewed, responded re: VEBA Discussion | Kathryn Schultea | 3 | 1.0 |
| 9/30/2013 | Conf. Call re: VEBA | Kathryn Schultea | 3 | 0.6 |
| 9/30/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 9/1/2013 | Claims Database Administration review and updates | Raj Perubhatla | 6 | 3.7 |
| 9/3/2013 | Claims Database Data Items Troubleshooting | Raj Perubhatla | 6 | 0.5 |
| 9/3/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 9/4/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 9/6/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 9/6/2013 | Correspondence received, reviewed, responded re: EE Claims matters | Kathryn Schultea | 6 | 1.0 |
| 9/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 9/8/2013 | Claims Database updates, monitoring and backups | Raj Perubhatla | 6 | 2.5 |
| 9/9/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 9/9/2013 | Respond to Employee Calls re: Round 4 Settlement Letters | Mary Cilia | 6 | 0.5 |
| 9/10/2013 | Claims Database updates, monitoring and backups | Raj Perubhatla | 6 | 1.2 |
| 9/10/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 9/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 9/11/2013 | Conference Call and Related Follow Up re: Employee Claims Updates | Mary Cilia | 6 | 1.0 |
| 9/11/2013 | Correspondence received, reviewed, responded re: Claims matters | Kathryn Schultea | 6 | 1.2 |
| 9/12/2013 | Update Claims Database | Mary Cilia | 6 | 1.7 |
| 9/13/2013 | Correspondence received, reviewed, responded re: HR Matters - Payroll services | Kathryn Schultea | 6 | 2.5 |
| 9/16/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/17/2013 | Non-Employee Claims Review | Mary Cilia | 6 | 0.7 |
| 9/17/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 9/18/2013 | Conference Call  and Related Follow Up re:  Employee Claims Updates | Mary Cilia | 6 | 1.7 |
| 9/18/2013 | Respond to Employee Calls re: Round 4 Settlement Letters | Mary Cilia | 6 | 2.6 |
| 9/19/2013 | Review of LTD Claims in relation to final court orders | Mary Cilia | 6 | 1.7 |
| 9/19/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 9/19/2013 | Correspondence received, reviewed, responded re: Severance matters | Kathryn Schultea | 6 | 1.3 |
| 9/21/2013 | Review of LTD Claims in relation to final court orders | Mary Cilia | 6 | 3.3 |
| 9/22/2013 | Claims Database updates, monitoring and backups | Raj Perubhatla | 6 | 1.7 |
| 9/23/2013 | Conference Call with and related follow up D. Parker and Cleary re: LTD Settlement and Related Claims | Mary Cilia | 6 | 2.4 |
| 9/23/2013 | Work re claim matters | Kathryn Schultea | 6 | 1.2 |
| 9/25/2013 | Respond to Employee Calls re: 31st - 33rd Omnibus Objection | Mary Cilia | 6 | 0.8 |
| 9/25/2013 | Conference Call  and Related Follow Up re:  Employee Claims Updates | Mary Cilia | 6 | 1.8 |
| 9/26/2013 | Correspondence received and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 9/26/2013 | Respond to Employee Calls re: 31st - 33rd Omnibus Objection | Mary Cilia | 6 | 0.7 |
| 9/27/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.2 |
| 9/28/2013 | Claims Database updates, monitoring and backups | Raj Perubhatla | 6 | 2.7 |
| 9/30/2013 | Claims Database updates, monitoring and backups | Raj Perubhatla | 6 | 0.5 |
| 9/30/2013 | Conference Call w. E. Smith, K. Schultea and T. Ross re: VEBA Plan and Employee Claims | Mary Cilia | 6 | 0.7 |
| 9/30/2013 | Correspondence received and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 9/30/2013 | Conference Call with J. Davison to discuss employee claims and open items | Mary Cilia | 6 | 0.6 |
| 9/5/2013 | Correspondence received, reviewed, responded re: Nortel Tax Updates | Kathryn Schultea | 7 | 0.2 |
| 9/6/2013 | EY update call re PLR strategy | Richard Lydecker | 7 | 0.8 |
| 9/6/2013 | Analysis PLR issues and potential approach | Richard Lydecker | 7 | 0.7 |
| 9/6/2013 | Correspondence received, reviewed, responded re: Nortel Tax Updates | Kathryn Schultea | 7 | 0.2 |
| 9/8/2013 | Analysis PLR issues and potential approach | Richard Lydecker | 7 | 1.0 |
| 9/9/2013 | PLR issues and state tax funding headroom | Richard Lydecker | 7 | 0.6 |
| 9/9/2013 | Correspondence received, reviewed, responded re: Nortel tax function matters | Kathryn Schultea | 7 | 0.7 |
| 9/12/2013 | Discussion and response to IRS meeting re PLR | Richard Lydecker | 7 | 0.7 |
| 9/13/2013 | EY/Cleary call re IRS meeting | Richard Lydecker | 7 | 0.6 |
| 9/16/2013 | EY update call re projects status | Richard Lydecker | 7 | 0.5 |
| 9/20/2013 | EY update call re projects status and PLR redraft | Richard Lydecker | 7 | 0.5 |
| 9/25/2013 | Reread revised PLR draft; provide comments | Richard Lydecker | 7 | 1.0 |
| 9/26/2013 | E-mail correspondence re PLR | Richard Lydecker | 7 | 0.4 |
| 9/27/2013 | EY update call re comments/response to revised PLR and projects status | Richard Lydecker | 7 | 1.3 |
| 9/27/2013 | Correspondence received, reviewed, responded re: Nortel Tax Updates | Kathryn Schultea | 7 | 0.2 |