# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**September 1, 2013 through September 30, 2013**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $         - |
| Travel – Lodging | - |
| Travel – Transportation | - |
| Travel – Meals | - |
| Office Expenses | - |
| TOTAL | $         - |
|  |  |

# Nortel Expense Report

**PERIOD:** September 1, 2013 through September 30, 2013

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|------|-------------|-----|---------|-------|----------------|-----------------|--------------|
|      |             |     |         |       |                |                 |              |
|      |             |     |         |       |                |                 |              |
|      |             |     |         |       |                |                 |              |
|      |             |     |         |       |                |                 |              |
|      |             | $ - | $ - | $ - | $ - | $ - | |