# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 10/1/2013 | 10/31/2013 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 43.20 | $450.00 | $19,440.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 12.00 | $450.00 | $5,400.00 |
| 4 | Fee Apps | 3.00 | $450.00 | $1,350.00 |
| 5 | Non-working travel | 38.10 | $225.00 | $8,572.50 |
| 6 | Claims Administration | 184.00 | $450.00 | $82,800.00 |
| 7 | Tax/Finance Matters and Budget Projects | 5.10 | $450.00 | $2,295.00 |
| 8 | Misc Debtor Issues and Communications | 1.50 | $450.00 | $675.00 |
| | **Hours/Billing Amount for Period:** | **286.90** | | **$120,532.50** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/1/2013 | IT Status Call to assess any issues | Raj Perubhatla | 1 | 0.5 |
| 10/1/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.6 |
| 10/2/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.5 |
| 10/2/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 10/3/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.5 |
| 10/4/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 10/7/2013 | Offsite NAS backups failure and troubleshooting | Brandon Bangerter | 1 | 2.4 |
| 10/8/2013 | IT Status Call to assess any issues | Raj Perubhatla | 1 | 0.2 |
| 10/8/2013 | Offsite NAS backups failure and troubleshooting | Brandon Bangerter | 1 | 1.8 |
| 10/9/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 10/10/2013 | IT Status Call to assess any issues | Raj Perubhatla | 1 | 0.2 |
| 10/10/2013 | Weekly meeting updates / SAP BW issues and resolutions | Brandon Bangerter | 1 | 1.2 |
| 10/11/2013 | Offsite NAS server configuration changes for offsite storage | Brandon Bangerter | 1 | 1.9 |
| 10/14/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.5 |
| 10/16/2013 | Inventory review of all hardware in datacenter including identification of Ring Fence and excess h/w | Brandon Bangerter | 1 | 8.8 |
| 10/17/2013 | IT Status Call to assess any issues; meetings and emails | Raj Perubhatla | 1 | 0.7 |
| 10/17/2013 | Offsite NAS full backups for offsite storage / policy configuration / troubleshooting | Brandon Bangerter | 1 | 1.2 |
| 10/18/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.0 |
| 10/18/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 0.8 |
| 10/21/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.3 |
| 10/22/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.4 |
| 10/23/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 10/24/2013 | Inventory review of Ring Fence h/w, HP hardware failures | Brandon Bangerter | 1 | 1.5 |
| 10/25/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.7 |
| 10/28/2013 | Server maintenance, patches, disk space, failures, HP agents, resolutions | Brandon Bangerter | 1 | 1.6 |
| 10/30/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 10/31/2013 | Netbackup policy checks and modifications / monitoring | Brandon Bangerter | 1 | 1.8 |
| 10/1/2013 | Correspondence received, reviewed, responded re: vendor changes | Kathryn Schultea | 3 | 0.5 |
| 10/1/2013 | Conf call re former EE terminations and follow-up re same | Kathryn Schultea | 3 | 0.3 |
| 10/2/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 0.4 |
| 10/8/2013 | Follow-up on outstanding former EE issues with Cleary & NNI | Kathryn Schultea | 3 | 1.2 |
| 10/11/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 10/14/2013 | Staffing report review | Kathryn Schultea | 3 | 0.3 |
| 10/15/2013 | Correspondence received, reviewed, responded re: Retiree Benefits | Kathryn Schultea | 3 | 0.7 |
| 10/17/2013 | Correspondence received, reviewed, responded re: former EE matters | Kathryn Schultea | 3 | 1.3 |
| 10/18/2013 | Correspondence received, reviewed, responded re: Benefits | Kathryn Schultea | 3 | 1.0 |
| 10/21/2013 | Conf Call re: HR Conference Call | Kathryn Schultea | 3 | 0.5 |
| 10/22/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 10/23/2013 | Correspondence received, reviewed, responded re: Retiree questions | Kathryn Schultea | 3 | 0.8 |
| 10/24/2013 | Correspondence received, reviewed, responded re: Benefit Agreements | Kathryn Schultea | 3 | 0.7 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/29/2013 | Correspondence received, reviewed, responded re: CIGNA and HR matters | Kathryn Schultea | 3 | 0.8 |
| 10/30/2013 | Correspondence received, reviewed, responded re: LTIP Contract Terms | Kathryn Schultea | 3 | 0.4 |
| 10/31/2013 | Conf Call re: HR related matters | Kathryn Schultea | 3 | 0.5 |
| 10/31/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 10/15/2013 | Non-working travel to RDU | Brandon Bangerter | 5 | 5.5 |
| 10/16/2013 | Non-working travel to HOU | Brandon Bangerter | 5 | 5.5 |
| 10/28/2013 | Travel to NC for meeting | Richard Lydecker | 5 | 6.0 |
| 10/28/2013 | Houston to Raleigh Non-Working Travel | Raj Perubhatla | 5 | 2.0 |
| 10/28/2013 | Non-Working Travel: Houston to Raleigh | Mary Cilia | 5 | 5.5 |
| 10/29/2013 | Travel from NC to Houston | Richard Lydecker | 5 | 5.3 |
| 10/29/2013 | Raleigh to Houston Non-Working Travel | Raj Perubhatla | 5 | 3.0 |
| 10/29/2013 | Non-Working Travel: Raleigh to Houston | Mary Cilia | 5 | 5.3 |
| 10/1/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.2 |
| 10/1/2013 | Respond to Employee Calls re: 31st - 33rd Omnibus Objection | Mary Cilia | 6 | 0.3 |
| 10/1/2013 | Conference Call w/ L. Lipner to discuss Avaya Terminations and related follow up | Mary Cilia | 6 | 0.3 |
| 10/2/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 10/2/2013 | Conference Call and Related Follow up re: Employee Claims Updates | Mary Cilia | 6 | 1.0 |
| 10/3/2013 | Correspondence received, reviewed, responded re: NNI Discussion | Kathryn Schultea | 6 | 1.3 |
| 10/3/2013 | Review and Comment on LTD Claims Analysis by Cleary | Mary Cilia | 6 | 1.7 |
| 10/3/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 10/4/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 10/4/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 10/4/2013 | Conference Call and Related Follow Up re: LTD Claims | Mary Cilia | 6 | 0.8 |
| 10/5/2013 | Data Input Analysis for Recovery Model Design | Raj Perubhatla | 6 | 4.7 |
| 10/6/2013 | Data Input Analysis for Recovery Model Design | Raj Perubhatla | 6 | 5.2 |
| 10/8/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 0.5 |
| 10/8/2013 | Conference Call re: Non-Employee Claims Status | Mary Cilia | 6 | 1.2 |
| 10/9/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 10/9/2013 | Data Input Analysis for Recovery Model Design Meetings | Raj Perubhatla | 6 | 4.7 |
| 10/9/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 10/9/2013 | Meeting with Chilmark to Discuss Recovery Model | Mary Cilia | 6 | 1.3 |
| 10/10/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 5.0 |
| 10/11/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 2.7 |
| 10/11/2013 | Respond to Employee Calls | Mary Cilia | 6 | 0.6 |
| 10/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 10/11/2013 | Review of Business Transaction Employee Claims | Mary Cilia | 6 | 2.8 |
| 10/12/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 2.2 |
| 10/13/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 6 | 1.2 |
| 10/13/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 5.2 |
| 10/13/2013 | Review and Analysis of Various Files for Recovery Model | Mary Cilia | 6 | 6.2 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 10/14/2013 | Conf Call re: Nortel and EE claims | Kathryn Schultea | 6 | 0.5 |
| 10/14/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 10/14/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.7 |
| 10/14/2013 | Respond to Employee Calls | Mary Cilia | 6 | 0.8 |
| 10/15/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 10/15/2013 | Conf Call re: Nortel and EE claims | Kathryn Schultea | 6 | 0.5 |
| 10/15/2013 | Conference Call with J. Davison and Cleary re: Misc Employee Assertions | Mary Cilia | 6 | 0.8 |
| 10/15/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 10/16/2013 | Correspondence received, reviewed, responded re: claims matters | Kathryn Schultea | 6 | 1.2 |
| 10/16/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis; Calls and meetings, emails | Raj Perubhatla | 6 | 4.5 |
| 10/16/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 10/16/2013 | Conference Call and Related Follow Up re: Employee Claims Status | Mary Cilia | 6 | 1.2 |
| 10/16/2013 | Conference Call and Related Follow Up re: Recovery Model | Mary Cilia | 6 | 2.7 |
| 10/16/2013 | Conference Call and Related Follow Up with J. Davison and MNAT re: Claims | Mary Cilia | 6 | 0.4 |
| 10/17/2013 | Review of Business Transaction Employee Claims for Cleary | Mary Cilia | 6 | 2.4 |
| 10/17/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 10/18/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 1.2 |
| 10/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 10/19/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation | Raj Perubhatla | 6 | 6.2 |
| 10/20/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation | Raj Perubhatla | 6 | 7.7 |
| 10/21/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation | Raj Perubhatla | 6 | 2.7 |
| 10/21/2013 | Review of Mutual Agreement Terminations for Cleary | Mary Cilia | 6 | 1.3 |
| 10/21/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 10/22/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation | Raj Perubhatla | 6 | 2.5 |
| 10/22/2013 | Conference Call with J. Davison and Leah Malone and related follow up re: Misc employee claim assertions | Mary Cilia | 6 | 0.8 |
| 10/22/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 10/23/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 10/23/2013 | Conference Call and Related Follow up re: Employee Claims Status | Mary Cilia | 6 | 1.2 |
| 10/24/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 10/24/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 10/25/2013 | Correspondence received, reviewed, responded re: Claims Distribution | Kathryn Schultea | 6 | 0.4 |
| 10/25/2013 | Prepare Updated Claims Estimates for Chilmark | Mary Cilia | 6 | 0.8 |
| 10/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/Minutes Worked |
|---|---|---|---|---|
| 10/26/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation | Raj Perubhatla | 6 | 3.7 |
| 10/26/2013 | Review of open Employee Claims for Omnibus Objection or Settlement Letter | Mary Cilia | 6 | 3.5 |
| 10/26/2013 | Review of Severance Calculation Issues and Related Correspondence | Mary Cilia | 6 | 1.8 |
| 10/27/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation | Raj Perubhatla | 6 | 3.5 |
| 10/27/2013 | Analysis of Intercompany Accounts and Financial Statements | Mary Cilia | 6 | 2.3 |
| 10/28/2013 | Follow-up re NNI site visit and workstream review for claims | Kathryn Schultea | 6 | 1.3 |
| 10/28/2013 | Houston to Raleigh working Travel | Raj Perubhatla | 6 | 2.5 |
| 10/28/2013 | Analysis of Intercompany Accounts and Financial Statements | Mary Cilia | 6 | 3.3 |
| 10/29/2013 | Meeting with Nortel/Chilmark re accounts for model | Richard Lydecker | 6 | 3.2 |
| 10/29/2013 | Entity discussion for model | Richard Lydecker | 6 | 2.0 |
| 10/29/2013 | Nortel Recovery Model meetings on Tax, intercompany, financial books, data gathering issues | Raj Perubhatla | 6 | 7.0 |
| 10/29/2013 | Raleigh to Houston working Travel | Raj Perubhatla | 6 | 1.5 |
| 10/29/2013 | Meeting to Discuss Recovery Model | Mary Cilia | 6 | 7.0 |
| 10/29/2013 | Meeting on Employee Claims | Mary Cilia | 6 | 1.7 |
| 10/30/2013 | Arrange call on model | Richard Lydecker | 6 | 0.2 |
| 10/30/2013 | Conf call re model and claims and follow-up re same | Kathryn Schultea | 6 | 1.3 |
| 10/30/2013 | Claims Database Load; October file with omnibus objection | Raj Perubhatla | 6 | 2.5 |
| 10/30/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.5 |
| 10/30/2013 | Prepare Summary of Next Steps from Raleigh Meeting and Circulate | Mary Cilia | 6 | 2.3 |
| 10/30/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 10/30/2013 | Conference Call and Related Follow up re: Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 10/30/2013 | Conference Call with J. Davison and Cleary re: Misc Employee Assertions | Mary Cilia | 6 | 1.0 |
| 10/30/2013 | Conference Call with J. Davison to review claims for next Omnibus Objection and Round of Settlement Letters | Mary Cilia | 6 | 1.0 |
| 10/31/2013 | Call to review model | Richard Lydecker | 6 | 2.1 |
| 10/31/2013 | Correspondence received, reviewed, responded re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 10/31/2013 | Nortel Recovery Model coordination conference call to discuss the issues and strategies | Raj Perubhatla | 6 | 2.7 |
| 10/31/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.7 |
| 10/31/2013 | Conference Call with J. Davison to review claims for next Omnibus Objection and Round of Settlement Letters | Mary Cilia | 6 | 4.6 |
| 10/31/2013 | Conference Call with R. Lydecker and R. Perubhatla and Related follow up re: Recovery Model | Mary Cilia | 6 | 2.7 |
| 10/31/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 10/1/2013 | Cleary comments on PLR submission | Richard Lydecker | 7 | 0.8 |
| 10/4/2013 | EY status call | Richard Lydecker | 7 | 0.4 |
| 10/4/2013 | PLR status | Richard Lydecker | 7 | 0.2 |
| 10/8/2013 | Revised PLR submission | Richard Lydecker | 7 | 0.3 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/9/2013 | Conf call re NNI tax update | Kathryn Schultea | 7 | 0.5 |
| 10/10/2013 | EY status call | Richard Lydecker | 7 | 0.4 |
| 10/23/2013 | EY re California tax audit | Richard Lydecker | 7 | 0.4 |
| 10/25/2013 | EY status call | Richard Lydecker | 7 | 0.3 |
| 10/29/2013 | California tax audit | Richard Lydecker | 7 | 0.5 |
| 10/29/2013 | Review California memo | Richard Lydecker | 7 | 0.5 |
| 10/29/2013 | EY call on California memo | Richard Lydecker | 7 | 0.8 |
| 10/1/2013 | Correspondence received, reviewed, responded re: Examiner comments | Kathryn Schultea | 8 | 0.8 |
| 10/8/2013 | Correspondence received, reviewed, responded re: Insurance Renewals | Kathryn Schultea | 8 | 0.7 |