# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**October 1, 2013 through October 31, 2013**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | $ | 5,689.20 |
| Travel – Lodging | | 1,061.78 |
| Travel – Transportation | | 841.52 |
| Travel – Meals | | 63.76 |
| Office Expenses | | - |
| TOTAL | $ | 7,656.26 |
| | | |

# Nortel Expense Report

**PERIOD:** October 1, 2013 through October 31, 2013

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 10/15/13 - 10/16/13 | Travel Houston/Raleigh | $ 910.30 | $ 259.92 | $ 27.76 | $ 84.30 | | Brandon Bangerter |
| 10/28/13 - 10/29/13 | Travel Houston/Raleigh | $ 1,834.30 | $ 259.92 | $ - | $ 291.73 | | Mary Cilia |
| 10/28/13 - 10/29/13 | Travel Houston/Raleigh | $ 910.30 | $ 237.22 | | $ 236.99 | | Raj Perubhatla |
| 10/28/13 - 10/29/13 | Travel Houston/Raleigh | $ 2,034.30 | $ 304.72 | $ 36.00 | $ 228.50 | | Richard Lydecker |
| | | $ 5,689.20 | $ 1,061.78 | $ 63.76 | $ 841.52 | $ - | |