IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X   Chapter 11
:
*In re*                                                       :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                            :   Jointly Administered
:
    Debtors.                                                  :
:
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 3, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTERS**

1.  Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee (D.I. 12116, Filed 10/25/13).

    Objection Deadline: November 19, 2013 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Joint Request to (I) Adjourn Hearing on Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee and (II) to Set a Briefing Schedule to Address Certain Threshold Matters With Respect Thereto (D.I. 12351, Filed 11/13/13); and

    (b)  Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Objection of Wilmington Trust, N.A., as Trustee

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

and Law Debenture Trust Company of New York, as Trustee (D.I. 12374, Filed 11/14/13).

Related Pleading:

(a)    Order (D.I. 12399, Entered 11/15/13).

Status: This matter has been adjourned without date.

*Nortel Networks Inc., v. SNMP Research International, Inc., et al.; Adv. Case No. 11-53454 (KG)*

2.    Motion of SNMP Research International, Inc. and SNMP Research, Inc. to file Under Seal the Notice of Intent to Withdraw The Reference (Adv. Case D.I. 97, Filed 10/29/13).

Objection Deadline: November 20, 2013 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings: None.

Status: The hearing on this matter has been adjourned to a date to be determined.

**UNCONTESTED MATTER GOING FORWARD**

3.    Joint Motion for Entry of an Order Authorizing Termination of Employment of Kurtzman Carson Consultants LLC as Communications Agent for the Official Committee of Retired Employees and the Official Committee of Long Term Disability Participants (D.I. 12315, Filed 11/4/13).

Objection Deadline: November 25, 2013 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading: None.

Status: The hearing on this matter will go forward.

**PRETRIAL CONFERENCE**

4.    Pretrial Conference in the Adversary Proceeding SNMP Research International, Inc. (Adversary Case No. 11-53454).

Status: The pretrial conference has been adjourned to a date to be determined.

**FEE APPLICATIONS**

5.  Quarterly Fee Applications.

    Related Pleading: See "Exhibit A."

    Objection Deadline: N/A.

    Responses Received: None.

    Status: The fee hearing will go forward.

Dated: November 27, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7772062.3