IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
                                                           :    Chapter 11
*In re*                                                    :
                                                           :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                         :
                                                           :    Jointly Administered
                        Debtors.                           :
                                                           :    **RE: D.I.s 1056, 10566, 11437, and**
                                                           :    **12371**
-----------------------------------------------------------X

## CERTIFICATION OF COUNSEL
## REGARDING PROPOSED ORDER AMENDING LITIGATION SCHEDULE IN
## JOINT CROSS-BORDER PROCEEDINGS TO DETERMINE
## ALLOCATION OF ASSET SALE PROCEEDS AND CERTAIN CLAIMS

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated

debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),

hereby certify as follows regarding the proposed *Order Amending Litigation Schedule In Joint*

*Cross-Border Proceedings To Determine Allocation Of Asset Sale Proceeds And Certain Claims*

(the "Proposed Order"), attached as **Exhibit A** hereto:

1.      On May 17, 2013, the U.S. Court issued orders entering the Allocation

Protocol [D.I. 10565] and the Litigation Timetable and Discovery Plan [D.I. 10566]

(collectively, the "Scheduling Orders"), which, among other things, set a trial date commencing

on January 6, 2014 for the Allocation, EMEA Claims, and UK Pension Claims matters.  The

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Ontario Superior Court of Justice (Commercial List) (the "Canadian Court") entered substantially similar orders on May 15, 2013.

2.      On August 26, 2013, the U.S. Court entered its Order Modifying Scheduling Orders in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims [D.I. 11437] (the "First Amending Order").  On October 18, 2013, the U.S. Court entered an *Order Setting Trial on April 1, 2014* [D.I. 11967].

3.      On November 14, 2013, the U.S. Debtors, the Official Committee of Unsecured Creditors (the "Committee" together with the U.S. Debtors the "U.S. Interests"), appointed in the above-captioned cases, the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "Canadian Debtors"), the Canadian Debtors, the Canadian Creditors' Committee ( the "CCC", as defined in the Allocation Protocol), the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited ("NNUK") and certain of its affiliates located in Europe, the Middle East and Africa (collectively, the "EMEA Debtors") and Nortel Networks UK Pension Trust Limited (the "Trustee") and the Board of the Pension Protection Fund (the "PPF" and, together with the Trustee, the "U.K. Pension Claimants"), (collectively, the "Movants") filed a joint motion seeking to further  amend the schedule set forth in the Allocation Protocol,[2] Litigation Timetable and Discovery Plan (the "Second Motion to Amend").  A motion seeking identical relief was filed concurrently with the Canadian Court.

---

[2]      Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Allocation Protocol.

4.      At a Joint Hearing held on November 19, 2013, the U.S. Court and the

Canadian Court approved relief requested in the Second Motion to Amend and additionally set

the dates for a preliminary pre-trial conference, a pre-trial conference and commencement of the

Trial.

5.      Attached hereto as **Exhibit A** is the Proposed Order and Schedule A

which reflects the Court's ruling on the record.  Attached hereto as **Exhibit B** are redlines

showing the changes to the Proposed Order and Schedule A to the versions that were filed with

the Motion to Amend.

6.      The revised Proposed Order and Schedule A were circulated to all Core

Parties and reflect comments received from certain Core Parties.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court (i)enter the Proposed

Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and

proper.

Dated:  November 26, 2013           CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, Delaware

                                Howard Zelbo (admitted *pro hac vice*)
                                James L. Bromley (admitted *pro hac vice*)
                                Jeffrey A. Rosenthal (admitted *pro hac vice*)
                                Lisa M. Schweitzer (admitted *pro hac vice*)
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone:  (212) 225-2000
                                Facsimile:  (212) 225-3999

                                  - and -

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Ann C. Cordo*
                          Derek C. Abbott (No. 3376)
                          Eric D. Schwartz (No. 3134)
                          Ann C. Cordo (No. 4817)
                          Tamara K. Minott (No. 5643)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, Delaware 19801
                          Telephone:  (302) 658-9200
                          Facsimile: (302) 658-3989

                          *Counsel for the Debtors*
                          *and Debtors in Possession*