# EXHIBIT A

**Time Detail**
**August 1, 2013 through October 31, 2013**

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 5-Aug-13 | 0.50 | $208.80 | Updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 6-Aug-13 | 1.75 | $730.80 | Telephone conference with Elizabeth Smith regarding DC Plan termination issues (1.0); updates to DC Plan project and termination workflows (0.75). |
| Smith  Doug J | 7-Aug-13 | 0.50 | $411.80 | Review status of DC plan projects and update same (0.5). |
| Smith  Eileen M | 13-Aug-13 | 0.50 | $208.80 | Update DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 14-Aug-13 | 0.25 | $104.40 | Additional updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 14-Aug-13 | 1.50 | $878.70 | Update status of open DC plan projects (0.5); attend pension investment committee meeting and draft pension investment committee meeting minutes (1.0). |
| Smith  Doug J | 14-Aug-13 | 0.50 | $411.80 | Review status of DC plan projects and update same (0.5). |
| Zaleta  Cynthia O | 15-Aug-13 | 1.50 | $878.70 | Update status of open DC plan projects (0.5); attend pension investment committee meeting and draft pension investment committee meeting minutes related to the DC Plan (1.0). |
| Smith  Eileen M | 15-Aug-13 | 2.25 | $939.60 | QDRO administration for DC Plan (1.75); updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 16-Aug-13 | 0.25 | $104.40 | Additional updates to DC Plan project and termination workflows (0.25). |
| Mayer  Julie J | 19-Aug-13 | 2.00 | $160.08 | Contract negotiation research by Mercer Washington Resource Group (2.0). |
| Zaleta  Cynthia O | 20-Aug-13 | 1.25 | $732.26 | Telephone conference with Elizabeth Smith, Eileen Smith and Aon Hewitt representatives regarding DC Plan (0.75); review status of open project issues for same (0.25); update status of open DC plan projects and discuss distribution process with RCH (0.25). |
| Smith  Eileen M | 20-Aug-13 | 1.75 | $730.80 | Telephone conference with Elizabeth Smith, Cynthia Zaelta and Aon represetatives regarding DC Plan termination issues (0.75); QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.75). |
| Smith  Eileen M | 21-Aug-13 | 0.50 | $208.80 | QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 22-Aug-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Zaleta  Cynthia O | 23-Aug-13 | 1.00 | $585.80 | Update status of open DC plan projects and discuss distribution process with RCH (1.0). |
| Smith  Doug J | 23-Aug-13 | 1.00 | $823.60 | Review status of DC plan projects and update same (1.0). |
| Smith  Eileen M | 27-Aug-13 | 0.75 | $313.20 | QDRO administration for DC Plan (0.75). |
| Zaleta  Cynthia O | 29-Aug-13 | 0.50 | $292.90 | Update status of open DC plan projects (0.5). |
| Smith  Eileen M | 29-Aug-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Eileen M | 3-Sep-13 | 3.00 | $1,252.80 | Telephone conference with Elizabeth Smith, Cynthia Zaleta and Aon Hewitt representatives regarding DC Plan termination issues (1.0); updates to DC Plan project and termination workflows (0.5); QDRO administration for DC Plan (1.5). |
| Zaleta  Cynthia O | 3-Sep-13 | 1.00 | $585.80 | Telephone conference with Elizabeth Smith, Eileen Smith and Aon Hewitt representatives regarding DC Plan (1.0). |
| Smith  Eileen M | 4-Sep-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Zaleta  Cynthia O | 4-Sep-13 | 0.50 | $292.90 | Follow-up with RCH related to the DC Plan (0.5). |
| Smith  Eileen M | 5-Sep-13 | 1.25 | $522.00 | QDRO administration for DC Plan (1.25). |
| Smith  Eileen M | 9-Sep-13 | 1.50 | $626.40 | Telephone conference with Elizabeth Smith, Cynthia Zaleta and Aon representatives regarding DC Plan termination issues (1.0); QDRO administration for DC Plan (0.5). |
| Zaleta  Cynthia O | 9-Sep-13 | 3.25 | $1,903.86 | Prepare Pension Investment Committee Minutes (1.25); review and update status of open project items relating to DC plan and QDRO review (1.0); telephone conference with Elizabeth Smith, Eileen Smith and Aon Hewitt representatives regarding DC Plan issues (1.0). |
| Horner  Timothy J | 9-Sep-13 | 0.25 | $192.86 | Conference with Cynthia Zaleta on DC plan termination issues (0.25). |
| Smith  Eileen M | 10-Sep-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Eileen M | 11-Sep-13 | 1.50 | $626.40 | QDRO administration for DC Plan (1.5). |
| Smith  Eileen M | 16-Sep-13 | 1.25 | $522.00 | QDRO administration for DC Plan (0.5); updates to DC Plan project and termination workflows (0.75). |
| Smith  Eileen M | 17-Sep-13 | 1.50 | $626.40 | QDRO administration for DC Plan (0.25); telephone conference with Elizabeth Smith regarding DC Plan termination issues (1.0); updates to DC Plan project and termination workflows (0.25). |
| Smith  Eileen M | 18-Sep-13 | 0.25 | $104.40 | Updates to DC Plan project and termination workflows (0.25). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 19-Sep-13 | 2.00 | $835.20 | Telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.25); QDRO administration for DC Plan (1.25); update DC Plan project and termination workflows based upon same (0.5). |
| Smith  Eileen M | 23-Sep-13 | 0.50 | $208.80 | QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 23-Sep-13 | 1.00 | $585.80 | Review termination communications related to the DC Plan (1.0). |
| Mayer  Julie J | 23-Sep-13 | 2.00 | $160.08 | Contract negotiation research by Mercer Washington Resource Group (2.0). |
| Smith  Eileen M | 24-Sep-13 | 2.50 | $1,044.00 | Telephone conference with Elizabeth Smith, Cynthia Zaleta, RCH and Aon representatives regarding DC Plan termination issues (1.0); updates to DC Plan project and termination workflows (1.5). |
| Zaleta  Cynthia O | 24-Sep-13 | 1.00 | $585.80 | Telephone conference with Elizabeth Smith, Eileen Smith, RCH and Aon Hewitt representatives regarding DC Plan (1.0). |
| Zaleta  Cynthia O | 25-Sep-13 | 1.00 | $585.80 | Review termination communications related to the DC Plan (1.0). |
| Smith  Eileen M | 25-Sep-13 | 0.50 | $208.80 | Updates to DC Plan project and termination workflows (0.25); QDRO administration for DC Plan (0.25). |
| Smith  Eileen M | 26-Sep-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Zaleta  Cynthia O | 27-Sep-13 | 0.50 | $292.90 | Telephone conference with Elizabeth Smith, Eileen Smith, RCH and Aon Hewitt representatives regarding DC Plan issues (1.0). |
| Smith  Eileen M | 30-Sep-13 | 1.00 | $417.60 | Updates to DC Plan project and termination workflows (1.0). |
| Zaleta  Cynthia O | 30-Sep-13 | 3.00 | $1,757.40 | Update status of open DC plan projects (1.0); prepare Pension Investment Committee Minutes (2.0). |
| Zaleta  Cynthia O | 1-Oct-13 | 2.25 | $1,357.20 | Review and update termination timeline related to the DC Plan (0.75); telephone conference with Elizabeth Smith, Eileen Smith, RCH and Aon Hewitt representatives regarding DC Plan issues (1.0);  review termination letters related to the DC Plan (0.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 1-Oct-13 | 1.75 | $761.26 | QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.5); telephone conference with Elizabeth Smith, Cynghia Zaleta, RCH ad Aon representatives regarding DC Plan termination issues (1.0). |
| Zaleta  Cynthia O | 2-Oct-13 | 1.25 | $754.00 | Attend pension investment committee meeting (1.0); draft pension investment committee meeting minutes (0.25). |
| Smith  Eileen M | 2-Oct-13 | 0.50 | $217.50 | QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 3-Oct-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Smith  Eileen M | 7-Oct-13 | 0.75 | $326.26 | QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.5). |
| Zaleta  Cynthia O | 8-Oct-13 | 2.00 | $1,206.40 | Review QDRO holds and assess solution related to the DC Plan (1.0); telephone conference with Elizabeth Smith, Eileen Smith, RCH and Aon Hewitt representatives regarding DC Plan (1.0). |
| Smith  Eileen M | 8-Oct-13 | 2.00 | $870.00 | Updates to DC Plan project and termination workflows (1.0); telephone conference with Elizabeth Smith, Eileen Smith, Cynthia Zaleta, RCH and Aon representatives regarding DC Plan termination issues (1.0). |
| Smith  Eileen M | 8-Oct-13 | 0.50 | $217.50 | QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 9-Oct-13 | 1.00 | $435.00 | QDRO administration for DC Plan (1.0). |
| Smith  Eileen M | 10-Oct-13 | 0.50 | $217.50 | QDRO administration for DC Plan (0.5). |
| Smith  Eileen M | 14-Oct-13 | 0.75 | $326.26 | Updates to DC Plan project and termination workflows (0.5); QDRO administration for DC Plan (0.25). |
| Gonzalez  Rachael | 15-Oct-13 | 1.50 | $0.00 | QDRO administration for DC Plan (1.5). |
| Smith  Eileen M | 15-Oct-13 | 1.75 | $761.26 | QDRO administration for DC Plan (0.5); updates to DC Plan project and termination workflows (0.75); telephone conference with Elizabeth Smith, Cynthia Zaleta, RCH and Aon representatives regarding DC Plan termination issues (0.5). |
| Zaleta  Cynthia O | 15-Oct-13 | 1.00 | $603.20 | Telephone conference with Elizabeth Smith, Eileen Smith, RCH,  and Aon Hewitt representatives regarding DC Plan (0.5); review status of DC Plan project items for same (0.5). |
| Smith  Eileen M | 16-Oct-13 | 0.50 | $217.50 | QDRO administration for DC Plan (0.5). |
| Zaleta  Cynthia O | 16-Oct-13 | 1.50 | $904.80 | QDRO and unchecked check review related to the DC Plan (1.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 17-Oct-13 | 0.75 | $326.26 | Updates to DC Plan project and termination workflows (0.25); QDRO administration for DC Plan (0.5). |
| Zaleta  Cynthia O | 17-Oct-13 | 1.50 | $904.80 | Prepare for and attend special October PIC meeting (0.5); review and update status of open project items relating to DC plan (1.0). |
| Zaleta  Cynthia O | 18-Oct-13 | 1.00 | $603.20 | Attend special October PIC meeting (1.0). |
| Smith  Eileen M | 21-Oct-13 | 1.00 | $435.00 | Updates to DC Plan project and termination workflows (0.5); QDRO administration for DC Plan (0.5). |
| Mayer  Julie J | 21-Oct-13 | 2.00 | $160.08 | Contract negotiation research by Mercer Washington Resource Group (2.0). |
| Smith  Eileen M | 22-Oct-13 | 1.00 | $435.02 | Updates to DC Plan project and termination workflows (0.25); QDRO administration for DC Plan (0.25); telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.5). |
| Smith  Eileen M | 24-Oct-13 | 0.75 | $326.26 | QDRO administration for DC Plan (0.75). |
| Zaleta  Cynthia O | 28-Oct-13 | 0.50 | $301.60 | Review and update status of open project items relating to DC plan (0.5). |
| Smith  Eileen M | 28-Oct-13 | 0.50 | $217.50 | Updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 29-Oct-13 | 1.50 | $652.50 | Updates to DC Plan project and termination workflows (0.5); telephone conference with Elizabeth Smith, Cynthia Zaleta, RCH and Aon representatives regarding DC Plan termination issues (1.0). |
| Zaleta  Cynthia O | 29-Oct-13 | 1.00 | $603.20 | Telephone conference with Elizabeth Smith, Eileen Smith, RCH and Aon Hewitt representatives regarding DC Plan (1.0). |
| Zaleta  Cynthia O | 30-Oct-13 | 1.25 | $754.00 | QDRO PR and other issues regarding final termination related to the DC Plan (1.25). |
| Smith  Eileen M | 31-Oct-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| | **Total:** | **82.50** | **$38,297.82** | |