# EXHIBIT B

**Expenses**
**August 1, 2013 through October 31, 2013**

| Date | Charges | Description |
|---|---|---|
| 31-Aug-13 | $1,247.85 | Legal - Administrative |
| 30-Sep-13 | $96.75 | Legal - Administrative |
| 31-Oct-13 | $711.45 | Legal - Administrative |
| **Total:** | **$2,056.05** | |