# EXHIBIT C



FREEBORN & PETERS LLP

2

September 17, 2013

No: 100106469

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| Date | Timekeeper | Hours | Amount |
|------|-----------|-------|--------|
| *Aug 22, 2013* | **Eggert, Devon J.**<br>E-mail correspondence to Doug Smith and John Dempsey regarding preparing fee application (0.1). | 0.10 | 30.50 |
| *Aug 27, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence from Devon Eggert regarding 18th interim fee application (0.1). | 0.10 | 21.50 |
| *Aug 28, 2013* | **Eggert, Devon J.**<br>Substantially revise eighteenth quarterly fee application (1.1); multiple e-mail correspondence with client working group regarding same (0.3); telephone conference with Sonya Park regarding same (0.1); multiple e-mail correspondence with Katie Sheldon regarding open items for finalizing same (0.1). | 1.60 | 488.00 |
| *Aug 28, 2013* | **Sheldon, Kathryn C.**<br>Draft eighteenth interim fee application (1.5); e-mail correspondence to Devon Eggert regarding same (0.2); draft eighteenth quarterly fee application (0.2). | 1.90 | 408.50 |
| *Aug 29, 2013* | **Eggert, Devon J.**<br>Additional revisions to draft eighteenth quarterly fee application (0.4). | 0.40 | 122.00 |
| *Aug 29, 2013* | **Sheldon, Kathryn C.**<br>Revise eighteenth interim and quarterly fee applications (0.6); draft notice and certificate of service for same (0.2). | 0.80 | 172.00 |

# Freeborn 

FREEBORN & PETERS LLP

3                                          September 17, 2013

| | | | |
|---|---|---|---|
| *Aug 30, 2013* | ***Sheldon, Kathryn C.***<br>File eighteenth quarterly and interim fee applications (0.3); e-mail correspondence to Devon Eggert regarding finalizing same (0.1); draft amended quarterly fee application (0.1); file same (0.1). | 0.60 | 129.00 |
| | Total [L120] Analysis/Strategy | 5.50 | 1,371.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 2.10 | 305.00 | $640.50 |
| Sheldon, Kathryn C. | 3.40 | 215.00 | $731.00 |
| TOTAL HOURS | 5.50 | | |
| | | | |
| TOTAL FEES | | | $1,371.50 |

**DISBURSEMENTS**

**[E101] Copying**

| | | | |
|---|---|---|---|
| *Aug 30, 2013* | *FIRM* | *Photocopying* | 13.50 |

| | |
|---|---|
| Total [E101] Copying | $13.50 |
| Total Inception to Date [E101] Copying | $254.38 |

**DISBURSEMENT SUMMARY**

| | |
|---|---|
| Photocopying | 13.50 |
| TOTAL DISBURSEMENTS | $13.50 |

| | |
|---|---|
| TOTAL FEES AND DISBURSEMENTS | $1,385.00 |

c:\bills\617339.bil


# Freeborn

FREEBORN & PETERS LLP

2                                    October 18, 2013

No: 100109990

For professional services rendered with regard to:

*Re: Nortel Networks*

**[L120] Analysis/Strategy**

| | | | |
|---|---|---|---|
| *Sep 11, 2013* | ***Sheldon, Kathryn C.*** | 0.50 | 107.50 |
| | Draft and edit fee application status chart (0.5). | | |
| Total [L120] Analysis/Strategy | | 0.50 | 107.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.50 | 215.00 | $107.50 |
| TOTAL HOURS | 0.50 | | |
| TOTAL FEES | | | $107.50 |

TOTAL FEES AND DISBURSEMENTS                                    $107.50

c:\bills\620860.bil

2954296v1/06774-0022



FREEBORN & PETERS LLP

2                          November 7, 2013

No: 100112628

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| *Oct 1, 2013* | **Sheldon, Kathryn C.**<br>Review fee examiner's report regarding 18th quarterly fee application (0.3); review order appointing fee examiner (0.1); e-mail correspondence to Devon Eggert regarding response to same (0.2). | 0.60 | 129.00 |
| *Oct 1, 2013* | **Eggert, Devon J.**<br>Review fee auditor preliminary report (0.1); multiple e-mail correspondence with Annie Cordo (counsel for debtors) regarding same (0.1); telephone conference with Annie Cordo regarding same (0.1). | 0.30 | 91.50 |
| *Oct 7, 2013* | **Sheldon, Kathryn C.**<br>Draft response to fee examiner's preliminary report regarding eighteenth quarterly fee application request (1.5); e-mail correspondence to Devon Eggert regarding same (0.2). | 1.70 | 365.50 |
| *Oct 10, 2013* | **Eggert, Devon J.**<br>Review and revise response to Fee Examiner Preliminary Report for Eighteenth Quarterly Fee Application (0.2); review Fee Application and Preliminary Report for same (0.4). | 0.60 | 183.00 |
| *Oct 10, 2013* | **Sheldon, Kathryn C.**<br>Telephone conference with Devon Eggert regarding response to fee examiner's preliminary report on Mercer's 18th fee application (0.1). | 0.10 | 21.50 |
| Total [L120] Analysis/Strategy | | 3.30 | 790.50 |



FREEBORN & PETERS LLP

3                                      November 7, 2013

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.90 | 305.00 | $274.50 |
| Sheldon, Kathryn C. | 2.40 | 215.00 | $516.00 |
| TOTAL HOURS | 3.30 | | |
| TOTAL FEES | | | $790.50 |
| TOTAL FEES AND DISBURSEMENTS | | | $790.50 |

c:\bills\623498.bil