# EXHIBIT A

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/08/2013 to 31/10/2013 in GBP as at 26/11/2013**

## Claims

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 01/08/2013 | Madeleine Frost | Review UK employment issues | 605.00 | 0.70 | 423.50 |
| 01/08/2013 | Mark Blyth | Note re UK employment issues and email Cleary re same | 765.00 | 0.70 | 535.50 |
| 01/08/2013 | Mark Blyth | Email Cleary re call with Professional and next steps re document | 765.00 | 0.20 | 153.00 |
| 01/08/2013 | Mark Blyth | Email Cleary re documents | 765.00 | 0.10 | 76.50 |
| 01/08/2013 | Mark Blyth | Telecon Professional re con call and next steps | 765.00 | 0.30 | 229.50 |
| 01/08/2013 | Mark Blyth | Conf call Professional re documents | 765.00 | 1.00 | 765.00 |
| 02/08/2013 | Mark Blyth | Emails cleary re employment issues and draft document | 765.00 | 0.70 | 535.50 |
| 02/08/2013 | Mark Blyth | Con call cleary and Professional re information requirements | 765.00 | 0.70 | 535.50 |
| 05/08/2013 | Mark Blyth | Travel to and attend meeting with Professional and return | 765.00 | 3.20 | 2,448.00 |
| 05/08/2013 | Jared Oyston | Reviewing documents | 565.00 | 2.00 | 1,130.00 |
| 05/08/2013 | Jared Oyston | Reviewing documents | 565.00 | 1.80 | 1,017.00 |
| 06/08/2013 | Mark Blyth | Email cleary re documents | 765.00 | 0.10 | 76.50 |
| 06/08/2013 | Mark Blyth | Email cleary re UK employment issues | 765.00 | 0.30 | 229.50 |
| 06/08/2013 | Mark Blyth | Review documents and email client re same | 765.00 | 0.70 | 535.50 |
| 07/08/2013 | Madeleine Frost | Review UK employment issues | 605.00 | 0.40 | 242.00 |
| 07/08/2013 | Mark Blyth | Telecon Professional re documents and clerk | 765.00 | 0.40 | 306.00 |
| 07/08/2013 | Mark Blyth | Review emails Cleary re UK employment issues and email to Clary re same | 765.00 | 0.30 | 229.50 |
| 07/08/2013 | Mark Blyth | Email Cleary re UK employment issues | 765.00 | 0.10 | 76.50 |
| 07/08/2013 | Mark Blyth | Further email exchange Cleary re UK employment issues | 765.00 | 0.20 | 153.00 |
| 07/08/2013 | Mark Blyth | Further email exchange re UK employment issues with Cleary and internal dis re same | 765.00 | 0.30 | 229.50 |
| 08/08/2013 | Mark Blyth | Telecon Professional and email to Cleary re same | 765.00 | 0.50 | 382.50 |
| 08/08/2013 | Mark Blyth | Con call with Cleary re UK employment issues | 765.00 | 1.00 | 765.00 |

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/08/2013 to 31/10/2013 in GBP as at 26/11/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 08/08/2013 | Mark Blyth | Telcon re UK employment issues | 765.00 | 0.20 | 153.00 |
| 08/08/2013 | Mark Blyth | Con call Professional and email to cleary re same | 765.00 | 0.20 | 153.00 |
| 09/08/2013 | Mark Blyth | High level review documents provided to P Southall | 765.00 | 0.70 | 535.50 |
| 12/08/2013 | Mark Blyth | Review further docs provided to Professional and email Cleary re same | 765.00 | 1.80 | 1,377.00 |
| 12/08/2013 | Mark Blyth | Telecon Professional re documents | 765.00 | 0.10 | 76.50 |
| 12/08/2013 | Mark Blyth | Meeting Professional - incl prep | 765.00 | 3.00 | 2,295.00 |
| 12/08/2013 | Mark Blyth | High level review documents provided to Professional | 765.00 | 1.20 | 918.00 |
| 12/08/2013 | Mark Blyth | Email Professional | 765.00 | 0.10 | 76.50 |
| 13/08/2013 | Mark Blyth | Email Cleary re Professional documents | 765.00 | 0.10 | 76.50 |
| 13/08/2013 | Mark Blyth | Email Cleary and Professional re con call | 765.00 | 0.10 | 76.50 |
| 13/08/2013 | Mark Blyth | Review documents and research re UK employment issues | 765.00 | 1.40 | 1,071.00 |
| 13/08/2013 | Mark Blyth | Tel Professional re documents | 765.00 | 0.20 | 153.00 |
| 13/08/2013 | Jared Oyston | Reviewing documents | 565.00 | 2.00 | 1,130.00 |
| 13/08/2013 | Jared Oyston | Reviewing documents | 565.00 | 1.80 | 1,017.00 |
| 14/08/2013 | Mark Blyth | Review documents for con call with Cleary | 765.00 | 1.20 | 918.00 |
| 14/08/2013 | Mark Blyth | Telecon Professional re documents | 765.00 | 0.20 | 153.00 |
| 14/08/2013 | Mark Blyth | Email cleary re documents | 765.00 | 0.30 | 229.50 |
| 14/08/2013 | Mark Blyth | Internal disc and call with Cleary and Professional re documents | 765.00 | 1.40 | 1,071.00 |
| 14/08/2013 | Jared Oyston | Call re documents | 565.00 | 1.10 | 621.50 |
| 15/08/2013 | Mark Blyth | Meeting Professional re documents | 765.00 | 2.00 | 1,530.00 |
| 15/08/2013 | Mark Blyth | Email Cleary re UK employment issues and copy documents | 765.00 | 0.50 | 382.50 |
| 15/08/2013 | Mark Blyth | Meeting Professional and con call with Cleary re documents | 765.00 | 1.80 | 1,377.00 |
| 21/08/2013 | Mark Blyth | Email cleary re UK employment issues | 765.00 | 0.10 | 76.50 |
| 21/08/2013 | Mark Blyth | Telecon Professional re meeting | 765.00 | 0.10 | 76.50 |
| 21/08/2013 | Mark Blyth | Email and telecon Cleary re questions raised on UK employment issues | 765.00 | 0.20 | 153.00 |
| 22/08/2013 | Mark Blyth | Email cleary re experts | 765.00 | 0.20 | 153.00 |

# Linklaters

## Nortel Networks Incorporated
## Pensions - L-175748
### WIP - from 01/08/2013 to 31/10/2013 in GBP as at 26/11/2013

| Date | Name | Narratives | Hours | Rate | Value |
|---|---|---|---|---|---|
| 22/08/2013 | Mark Blyth | Further meeting Professional re documents | 0.80 | 765.00 | 612.00 |
| 22/08/2013 | Mark Blyth | Con call Cleary and Professional re documents | 1.20 | 765.00 | 918.00 |
| 22/08/2013 | Mark Blyth | Meeting with Professional and review documents | 6.00 | 765.00 | 4,590.00 |
| 22/08/2013 | Mark Blyth | Internal email re UK employment issues | 0.20 | 765.00 | 153.00 |
| 22/08/2013 | Jared Oyston | Considering English law questions from Nortel re employment issues | 2.50 | 565.00 | 1,412.50 |
| 23/08/2013 | Mark Blyth | Con call cleary re documents | 2.40 | 765.00 | 1,836.00 |
| 23/08/2013 | Mark Blyth | Email cleary re UK employment issue and documents | 0.50 | 765.00 | 382.50 |
| 23/08/2013 | Jared Oyston | Reviewing documents; advice to client re UK employment issues | 0.90 | 565.00 | 508.50 |
| 23/08/2013 | Jared Oyston | Reviewing documents; call to discuss documents | 4.00 | 565.00 | 2,260.00 |
| 23/08/2013 | Jared Oyston | Reviewing documents | 0.40 | 565.00 | 226.00 |
| 28/08/2013 | Mark Blyth | Review documents - tel Professional (6min) | 2.40 | 765.00 | 1,836.00 |
| 29/08/2013 | Jared Oyston | Research re UK employment issues | 1.50 | 565.00 | 847.50 |
| 29/08/2013 | Sameera Israni | Research re. UK employment issues | 9.50 | 210.00 | 1,995.00 |
| 30/08/2013 | Mark Blyth | Tel Professional re documents | 0.90 | 765.00 | 688.50 |
| 30/08/2013 | Sameera Israni | Research re UK employment issues | 7.50 | 210.00 | 1,575.00 |
| 02/09/2013 | Mark Blyth | Meeting Professional to discuss documents | 1.80 | 765.00 | 1,377.00 |
| 02/09/2013 | Mark Blyth | Tel Professional re documents | 0.10 | 765.00 | 76.50 |
| 03/09/2013 | Mark Blyth | Rev email Cleary re UK employment issues and internal discussion | 0.40 | 765.00 | 306.00 |
| 04/09/2013 | Jared Oyston | Email to Cleary re UK employment issues | 0.90 | 565.00 | 508.50 |
| 04/09/2013 | Jared Oyston | Reviewing UK employment issues highlighted by Cleary; email to Cleary re UK employment issues | 1.90 | 565.00 | 1,073.50 |
| 06/09/2013 | Mark Blyth | Meeting with Professional to review documents | 3.30 | 765.00 | 2,524.50 |
| 10/09/2013 | Mark Blyth | Email and telecon Cleary and internal re UK employment issues | 0.50 | 765.00 | 382.50 |
| 11/09/2013 | Madeleine Frost | Query re UK employment issues | 0.90 | 605.00 | 544.50 |
| 11/09/2013 | Mark Blyth | Email Cleary re UK employment issues | 0.40 | 765.00 | 306.00 |
| 11/09/2013 | Mark Blyth | Email Cleary re documents | 0.10 | 765.00 | 76.50 |
| 11/09/2013 | Mark Blyth | Email Cleary re UK employment issues | 0.70 | 765.00 | 535.50 |
| 11/09/2013 | Mark Blyth | Email Cleary re documents | 0.20 | 765.00 | 153.00 |

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/08/2013 to 31/10/2013 in GBP as at 26/11/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 11/09/2013 | Mark Blyth | Email Professional re timing and documents | 765.00 | 0.10 | 76.50 |
| 11/09/2013 | Mark Blyth | Tel Professional re next steps and email Cleary re same | 765.00 | 0.20 | 153.00 |
| 11/09/2013 | Jared Oyston | Research re UK employment issues from Cleary | 565.00 | 3.30 | 1,864.50 |
| 12/09/2013 | Madeleine Frost | Note re UK employment issues | 605.00 | 2.50 | 1,512.50 |
| 12/09/2013 | Mark Blyth | Internal email re UK employment issues | 765.00 | 0.10 | 76.50 |
| 12/09/2013 | Mark Blyth | Review draft note re UK employment issues and internal email re same | 765.00 | 0.30 | 229.50 |
| 12/09/2013 | Mark Blyth | Internal email and dis re UK employment issues for Cleary | 765.00 | 0.10 | 76.50 |
| 12/09/2013 | Jared Oyston | Sending response to Cleary UK employment issues | 565.00 | 0.20 | 113.00 |
| 12/09/2013 | Jared Oyston | UK employment issues | 565.00 | 3.60 | 2,034.00 |
| 13/09/2013 | Madeleine Frost | Review and research UK employment issues, disc Mark and revise documents | 605.00 | 2.50 | 1,512.50 |
| 13/09/2013 | Jared Oyston | UK employment issues | 565.00 | 0.10 | 56.50 |
| 17/09/2013 | Mark Blyth | Tel Professional | 765.00 | 0.10 | 76.50 |
| 18/09/2013 | Mark Blyth | Meeting Professional re documents | 765.00 | 2.50 | 1,912.50 |
| 18/09/2013 | Mark Blyth | Telecon Professional and email cleary re documents and timing of meeting | 765.00 | 0.20 | 153.00 |
| 18/09/2013 | Jared Oyston | UK employment issues | 565.00 | 0.10 | 56.50 |
| 19/09/2013 | Mark Blyth | Meeting Professional re documents | 765.00 | 1.80 | 1,377.00 |
| 20/09/2013 | Mark Blyth | Email cleary re UK employment issues | 765.00 | 0.20 | 153.00 |
| 20/09/2013 | Mark Blyth | Discussion with Professional re documents | 765.00 | 0.20 | 153.00 |
| 23/09/2013 | Mark Blyth | Email Professional re documents | 765.00 | 0.10 | 76.50 |
| 24/09/2013 | Madeleine Frost | Query re UK employment issues | 605.00 | 0.40 | 242.00 |
| 24/09/2013 | Mark Blyth | Email Cleary and internal re UK employment issues | 765.00 | 0.20 | 153.00 |
| 24/09/2013 | Jared Oyston | Call with Cleary re UK employment issues | 565.00 | 1.10 | 621.50 |
| 25/09/2013 | Madeleine Frost | UK employment queries | 605.00 | 2.70 | 1,633.50 |
| 25/09/2013 | Mark Blyth | Internal dis JO re UK employment issues | 765.00 | 0.30 | 229.50 |
| 25/09/2013 | Mark Blyth | Internal dis and telecon Cleary re UK employment issues | 765.00 | 0.80 | 612.00 |
| 25/09/2013 | Mark Blyth | Various emails with Professional and Cleary re organising meeting | 765.00 | 0.10 | 76.50 |

A17410507    Produced by acarolan 26/11/2013 10:24:45

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/08/2013 to 31/10/2013 in GBP as at 26/11/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 25/09/2013 | Jared Oyston | Researching UK employment issues | 565.00 | 3.40 | 1,921.00 |
| 25/09/2013 | Jared Oyston | Discussion with Mark Blyth re UK employment issues | 565.00 | 0.20 | 113.00 |
| 30/09/2013 | Mark Blyth | Meeting with Professional re documents | 765.00 | 2.00 | 1,530.00 |
| 30/09/2013 | Mark Blyth | Tel Professional re documents- email cleary re same | 765.00 | 0.20 | 153.00 |
| 02/10/2013 | Mark Blyth | Review of documents | 765.00 | 2.00 | 1,530.00 |
| 02/10/2013 | Mark Blyth | Meeting Cleary to discuss documents including con call with Professional | 765.00 | 4.00 | 3,060.00 |
| 02/10/2013 | Jared Oyston | Reviewing UK employment issues | 565.00 | 1.30 | 734.50 |
| 02/10/2013 | Jared Oyston | Reviewing UK employment issues and trainee research; email to Cleary | 565.00 | 0.80 | 452.00 |
| 02/10/2013 | Peter Kernthaler | UK employment issues: Researching and drafting documents | 245.00 | 4.60 | 1,127.00 |
| 04/10/2013 | Sterling Darling | Corresponded with E. Rasp regarding U.S. approach to employment issues in response to email from M. Blyth | 451.69 | 0.10 | 45.17 |
| 07/10/2013 | Mark Blyth | Telecon Professional re documents | 765.00 | 0.60 | 459.00 |
| 09/10/2013 | Sterling Darling | Legal research regarding employment issues; Drafted and circulated email note to M. Blyth | 451.69 | 1.90 | 858.19 |
| 14/10/2013 | Mark Blyth | Email cleary re documents | 765.00 | 0.10 | 76.50 |
| 15/10/2013 | Mark Blyth | Review email - email cleary and internal email all UK employment issues | 765.00 | 0.80 | 612.00 |
| 15/10/2013 | Jared Oyston | Reviewing research re UK employment issues | 565.00 | 1.10 | 621.50 |
| 15/10/2013 | Jared Oyston | Reviewing documents | 565.00 | 1.50 | 847.50 |
| 15/10/2013 | Peter Kernthaler | Research and advice on query from Emily Bussigel on UK employment issues. Email to Jared Oyston re same. | 245.00 | 5.20 | 1,274.00 |
| 16/10/2013 | Mark Blyth | Email re documents from Cleary and reply | 765.00 | 0.30 | 229.50 |
| 16/10/2013 | Mark Blyth | UK employment issues - email cleary and internal dis JO | 765.00 | 0.30 | 229.50 |
| 16/10/2013 | Jared Oyston | Reviewing documents | 565.00 | 0.70 | 395.50 |
| 16/10/2013 | Jared Oyston | Reviewing documents; call with Cleary | 565.00 | 4.30 | 2,429.50 |
| 17/10/2013 | Mark Blyth | Con call Cleary re documents | 765.00 | 1.20 | 918.00 |

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/08/2013 to 31/10/2013 in GBP as at 26/11/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| 17/10/2013 | Jared Oyston | Considering UK employment issues | 565.00 | 1.20 | 678.00 |
| 18/10/2013 | Mark Blyth | Telecon Professional re documents | 765.00 | 0.10 | 76.50 |
| 21/10/2013 | Jared Oyston | Locating relevant legislation | 565.00 | 2.60 | 1,469.00 |
| 29/10/2013 | Mark Blyth | Email Cleary re documents | 765.00 | 0.10 | 76.50 |
| 30/10/2013 | Mark Blyth | Emails Cleary re con calls re Professional re UK employment issues - tel Professional and clerk re same | 765.00 | 0.20 | 153.00 |
| 30/10/2013 | Mark Blyth | Review draft document and prep for meeting | 765.00 | 1.30 | 994.50 |
| 30/10/2013 | Mark Blyth | Meeting Professional and follow up email | 765.00 | 2.50 | 1,912.50 |
| **Fee applications** | | | | | |
| 28/08/2013 | Jared Oyston | Drafting fee applications | 565.00 | 2.20 | 1,243.00 |
| 29/08/2013 | Jared Oyston | Finalising fee applications for filing | 565.00 | 1.00 | 565.00 |
| 29/08/2013 | Dominic da Gama Campos | Monthly and quarterly fee applications. Amends and preparation for filing. | 245.00 | 2.60 | 637.00 |
| 14/10/2013 | Jared Oyston | Responding to fee examiner's report | 565.00 | 1.30 | 734.50 |
| **Grand Total** | | | | **165.10** | **98,015.86** |