2

# EXHIBIT B

2

**Linklaters**

**Nortel Networks Incorporated**
**Pensions - L-175748**
**Unbilled Internal / External Expenditure in GBP as at 26/11/2013**

*Disbursements:*

| Date | Type | Description | Value |
|------|------|-------------|-------|
| 16/08/2013 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 2,700.00 |
| 11/09/2013 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 6,750.00 |
| 26/11/2013 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 85,680.00 |
| 09/10/2013 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 3,712.50 |
| **Grand Total** | | | **98,842.50** |

*Other Service Items:*

| Date | Type | Description | Value |
|------|------|-------------|-------|
| 01/08/2013 | Document Production | Printcopying | 44.03 |
| 05/08/2013 | Travel | 05/08 Taxi | 24.00 |
| 06/08/2013 | Document Production | Printcopying | 1.18 |
| 07/08/2013 | Document Production | Printcopying | 1.42 |
| 15/08/2013 | Travel | 150813, Mark Blyth, WC2R 1BA, 1440 | 15.12 |
| 15/08/2013 | Document Production | Printcopying | 1.55 |
| 16/08/2013 | Document Production | Printroom,811095,11/08/13 | 43.78 |
| 20/08/2013 | Travel | 12/08 TAXI RETURN FROM MEETING WITH COUSEL | 6.00 |
| 20/08/2013 | Travel | 15/08 TAXI TRAVEL TO MEETING WITH COUNSEL | 6.50 |
| 20/08/2013 | Travel | 15/08 TAXI RETURN FROM MEETING WITH COUSEL | 14.00 |
| 27/08/2013 | Travel | 22/08 Travel to attend meeting in Guildford | 16.00 |
| 28/08/2013 | Document Production | Printcopying | 0.50 |
| 29/08/2013 | Document Production | Printcopying | 2.29 |
| 09/09/2013 | Travel | 06/09 ATTENDING MEETING 35 MILES AT 40P PER MILE | 14.00 |
| 18/09/2013 | Travel | 180913, Mark Blyth, WC2R 1BA, 1145 | 15.12 |
| 18/09/2013 | Document Production | Printcopying | 1.61 |
| 19/09/2013 | Travel | 190913, Mark Blyth, WC2R 1BA, 1615 | 15.12 |
| 24/09/2013 | Travel | 19/09 Taxi | 9.00 |
| 24/09/2013 | Travel | 18/09 Taxi | 8.00 |
| 24/09/2013 | Travel | 02/09 Taxi | 8.00 |
| 30/09/2013 | Travel | 300913, Mark Blyth, WC2R 1BA, 1007 | 15.12 |
| 14/10/2013 | Travel | 02/10 SUBWAY FARE | 1.71 |
| 14/10/2013 | Travel | 02/10 TAXI IN NEW YORK | 16.84 |
| 17/10/2013 | Document Production | Printcopying | 5.20 |
| 30/10/2013 | Document Production | Printcopying | 1.49 |
| 31/10/2013 | Document Production | Printcopying | 11.27 |
| 31/10/2013 | Document Production | Binding (standard) | 3.00 |
| **Grand Total** | | | **301.86** |

**Overall Total:**    **99,144.36**