## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 9/1/2013 through 9/30/2013

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $830 | 30.50 | $25,315.00 |
| J. Borow | Executive Director | $830 | 51.60 | $42,828.00 |
| J. Hyland | Executive Director | $635 | 179.10 | $113,728.50 |
| N. Haslun | Managing Director | $610 | 126.10 | $76,921.00 |
| M. Dansky | Executive Director | $595 | 2.70 | $1,606.50 |
| C. Stryker | Managing Director | $585 | 10.40 | $6,084.00 |
| A. Cowie | Managing Director | $575 | 93.20 | $53,590.00 |
| B. Kullberg | Managing Director | $500 | 0.70 | $350.00 |
| B. Frizzell | Director | $425 | 28.10 | $11,942.50 |
| C. Hoang | Director | $400 | 49.00 | $19,600.00 |
| M. Desalvio | Research | $195 | 3.00 | $585.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.40 | $168.00 |
| **For the Period 9/1/2013 through 9/30/2013** | | | **575.80** | **$352,718.50** |