
**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 9/1/2013 through 9/30/2013

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 485.20 | $301,507.00 |
| 05. Professional Retention/Fee Application Preparation | 1.60 | $295.00 |
| 08. Interaction/Mtgs w Creditors | 11.00 | $7,207.00 |
| 11. Claim Analysis/Accounting | 10.20 | $6,477.00 |
| 13. Intercompany Transactions/Bal | 10.80 | $6,803.00 |
| 17. Analysis of Historical Results | 7.90 | $4,819.00 |
| 18. Operating and Other Reports | 0.80 | $508.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 3.20 | $1,900.00 |
| 26. Tax Issues | 5.10 | $3,238.50 |
| 33. Intellectual Property | 40.00 | $19,964.00 |
| **For the Period 9/1/2013 through 9/30/2013** | **575.80** | **$352,718.50** |