# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 9/1/2013 through 9/30/2013**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 9/3/2013 | C. Kearns | 0.40 | Participated in conference call with A. Qureshi re: litigation timeline and key tasks. |
| 9/3/2013 | J. Hyland | 1.00 | Reviewed letter rogatory re: depositions for proceeds allocation. |
| 9/3/2013 | C. Kearns | 1.20 | Reviewed NNI allocation related analyses. |
| 9/4/2013 | C. Kearns | 0.50 | Continued to review NNI allocation related analyses. |
| 9/4/2013 | J. Hyland | 2.00 | Analyzed discovery documents from E&Y for proceeds allocation. |
| 9/5/2013 | A. Cowie | 0.20 | Analyzed E&Y responsive documents listing re: proceeds allocation. |
| 9/5/2013 | J. Hyland | 1.90 | Reviewed discovery documents from E&Y on allocation. |
| 9/6/2013 | C. Kearns | 0.40 | Held follow up discussion with counsel after UCC call re: next steps on deposition schedule and related items. |
| 9/6/2013 | C. Kearns | 0.50 | Continued to read allocation related documents re: proceeds allocation. |
| 9/6/2013 | C. Kearns | 0.70 | Began outline of deposition preparation for assigned witnesses. |
| 9/6/2013 | J. Hyland | 2.30 | Reviewed witness list for proceeds allocation depositions. |
| 9/6/2013 | J. Hyland | 2.70 | Continued preparing documentation for counsel to prepare for proceeds allocation and depositions. |
| 9/6/2013 | J. Hyland | 2.90 | Prepared documentation for counsel to prepare for litigation and depositions. |
| 9/7/2013 | J. Hyland | 0.10 | Conducted call with R. Johnson re: depositions for proceeds allocation. |
| 9/7/2013 | J. Hyland | 1.40 | Analyzed E&Y documents as forwarded to counsel for next week's meeting on proceeds allocation. |
| 9/8/2013 | J. Hyland | 2.00 | Conducted call with R. Johnson re: depositions for proceeds allocation. |
| 9/8/2013 | J. Hyland | 2.60 | Reviewed names for proceeds allocation depositions from each estate and related deposition calendar. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/9/2013 | A. Cowie | 0.50 | Analyzed E&Y documents in response to proceeds allocation information request. |
| 9/9/2013 | N. Haslun | 1.60 | Analyzed the allocation positions of the three estates. |
| 9/9/2013 | J. Borow | 2.10 | Reviewed documents that will be presented to counsel re: proceeds allocation issues. |
| 9/9/2013 | C. Kearns | 2.50 | Reviewed allocation positions of core parties in advance of receipt from counsel of tentative outline of expert testimony. |
| 9/9/2013 | J. Hyland | 2.80 | Reviewed documents for meeting with counsel on proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.10 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.20 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.20 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.20 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.20 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.30 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.30 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.30 | Reviewed analysis of Business Units and IP. |
| 9/10/2013 | N. Haslun | 0.30 | Analyzed independent analysis of Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.40 | Reviewed independent analysis on Nortel re: proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/10/2013 | N. Haslun | 0.40 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.40 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.40 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | N. Haslun | 0.40 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | C. Kearns | 0.50 | Read draft response re: EMEA discovery issues. |
| 9/10/2013 | N. Haslun | 0.60 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/10/2013 | C. Kearns | 1.00 | Read draft outline of possible allocation theories. |
| 9/10/2013 | N. Haslun | 1.10 | Reviewed a purchaser's financial statement disclosures re: Business Unit acquisition. |
| 9/10/2013 | N. Haslun | 1.20 | Reviewed a purchaser's financial statement disclosures re: Business Unit acquisition. |
| 9/10/2013 | J. Borow | 1.30 | Continued to review documents relating to litigation and potential expert's information. |
| 9/10/2013 | J. Hyland | 1.40 | Reviewed draft letter from NNI re: proceeds allocation discovery disputes. |
| 9/10/2013 | C. Kearns | 1.90 | Participated in meeting with counsel to discuss outline of possible testimony and fact needs. |
| 9/10/2013 | J. Borow | 1.90 | Met with case professionals to review litigation and deposition issues including scheduling. |
| 9/10/2013 | J. Hyland | 2.70 | Continued identifying and reviewing proceeds allocation and transaction summaries prepared for the UCC. |
| 9/10/2013 | J. Borow | 2.80 | Reviewed documents relating to litigation and potential expert's information. |
| 9/10/2013 | J. Hyland | 2.90 | Identified and reviewed proceeds allocation and transaction summaries prepared for the UCC. |
| 9/10/2013 | A. Cowie | 2.90 | Analyzed deposition witness lists (0.7) and provided counsel details (2.2) on background and potential specific questions re: the proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.10 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.10 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.10 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.10 | Continued reviewing analysis on Nortel re: proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/11/2013 | N. Haslun | 0.10 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.10 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.20 | Reviewed the allocation position of the ad hoc bondholders. |
| 9/11/2013 | N. Haslun | 0.20 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.20 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.30 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.30 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.40 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.40 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.40 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | C. Kearns | 0.50 | Reviewed industry related data re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.50 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.60 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | C. Hoang | 0.70 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | C. Hoang | 0.80 | Reviewed analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 0.90 | Reviewed the allocation position of the UK Pension Plan. |
| 9/11/2013 | C. Hoang | 0.90 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 1.00 | Reviewed the allocation position of the Monitor and the Canadian Debtors as filed in the CCAA proceeding. |
| 9/11/2013 | C. Hoang | 1.00 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | C. Hoang | 1.00 | Continued reviewing analysis on Nortel re: proceeds allocation. |
| 9/11/2013 | N. Haslun | 1.20 | Reviewed the allocation position of the US Debtors and UCC. |
| 9/11/2013 | J. Hyland | 1.20 | Prepared letters for counsel re: proceeds allocation discovery status. |
| 9/11/2013 | C. Hoang | 1.20 | Continued reviewing analysis on Nortel re: proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/11/2013 | N. Haslun | 1.30 | Reviewed the allocation position of the joint administrators. |
| 9/11/2013 | J. Borow | 1.30 | Continued to review documents relating to litigation and potential expert's information. |
| 9/11/2013 | A. Cowie | 1.40 | Prepared proceeds allocation documents for counsel. |
| 9/11/2013 | M. Desalvio | 2.00 | Researched public data on Nortel's Business Unit sales. |
| 9/11/2013 | J. Borow | 2.90 | Reviewed documents relating to litigation and potential expert's |
| 9/12/2013 | J. Hyland | 0.10 | Conducted call with potential proceeds allocation expert re: proceeds allocation analysis. |
| 9/12/2013 | N. Haslun | 0.20 | Reviewed the background section of the potential proceeds allocation expert's report. |
| 9/12/2013 | N. Haslun | 0.20 | Reviewed available timing for market information. |
| 9/12/2013 | N. Haslun | 0.20 | Reviewed available market information. |
| 9/12/2013 | N. Haslun | 0.20 | Reviewed available market information. |
| 9/12/2013 | N. Haslun | 0.20 | Analyzed proceeds allocation approaches. |
| 9/12/2013 | N. Haslun | 0.40 | Analyzed the potential proceeds allocation expert's report. |
| 9/12/2013 | N. Haslun | 0.50 | Continued reviewing available market information. |
| 9/12/2013 | N. Haslun | 0.60 | Continued analyzing assumption re: Business Units' proceeds allocation. |
| 9/12/2013 | N. Haslun | 0.60 | Analyzed telecommunications industry market research. |
| 9/12/2013 | N. Haslun | 0.60 | Analyzed assumption re: Business Units' proceeds allocation. |
| 9/12/2013 | N. Haslun | 0.80 | Reviewed Morris Nichols letter to Judge Gross regarding discovery disputes. |
| 9/12/2013 | C. Hoang | 0.80 | Continued analyzing assumption re: IP proceeds allocation. |
| 9/12/2013 | C. Hoang | 0.80 | Continued analyzing assumption re: IP proceeds allocation. |
| 9/12/2013 | J. Borow | 0.90 | Continued reviewing documents relating to potential proceeds allocation expert's information. |
| 9/12/2013 | N. Haslun | 0.90 | Analyzed proceeds allocation assumptions and resulting calculations. |
| 9/12/2013 | C. Hoang | 0.90 | Analyzed assumption re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 9/12/2013 | M. Desalvio | 1.00 | Researched analysts' reports on Nortel. |
| 9/12/2013 | C. Hoang | 1.00 | Continued analyzing assumption re: IP proceeds allocation. |
| 9/12/2013 | C. Hoang | 1.20 | Continued analyzing assumption re: IP proceeds allocation. |
| 9/12/2013 | C. Hoang | 1.20 | Continued analyzing assumption re: IP proceeds allocation. |
| 9/12/2013 | N. Haslun | 1.40 | Analyzed the Business Unit proceeds allocation methodology of the potential proceeds allocation expert's report. |
| 9/12/2013 | C. Kearns | 1.60 | Reviewed proceeds allocation documents re: industry issues. |
| 9/12/2013 | J. Hyland | 1.60 | Conducted call with K. Rowe re: depositions of tax employees. |
| 9/12/2013 | J. Hyland | 1.70 | Reviewed public reporting on Nortel sale transactions. |
| 9/12/2013 | A. Cowie | 1.80 | Analyzed E&Y documents provided in response to proceeds allocation diligence request. |
| 9/12/2013 | C. Hoang | 2.10 | Prepared summary of analyses for the purchase price allocation. |
| 9/12/2013 | A. Cowie | 2.80 | Prepared document index for E&Y documents provided in response to proceeds allocation diligence. |
| 9/12/2013 | J. Borow | 2.90 | Reviewed documents relating to potential proceeds allocation expert's information. |
| 9/12/2013 | A. Cowie | 2.90 | Continued to prepare document index for E&Y documents provided in response to proceeds allocation diligence. |
| 9/13/2013 | C. Kearns | 0.10 | Emailed with counsel re: updates to deposition schedule. |
| 9/13/2013 | N. Haslun | 0.10 | Continued reviewing analysis for proceeds allocation assumptions. |
| 9/13/2013 | N. Haslun | 0.20 | Continued reviewing Nortel prepared documents re: proceeds allocation. |
| 9/13/2013 | C. Kearns | 0.20 | Analyzed IP related issues. |
| 9/13/2013 | N. Haslun | 0.40 | Reviewed Nortel prepared documents re: proceeds allocation. |
| 9/13/2013 | N. Haslun | 0.40 | Continued reviewing analysis for proceeds allocation assumptions. |
| 9/13/2013 | N. Haslun | 0.40 | Continued reviewing analysis for proceeds allocation assumptions. |
| 9/13/2013 | N. Haslun | 0.50 | Continued reviewing analysis for proceeds allocation assumptions. |
| 9/13/2013 | N. Haslun | 0.50 | Continued reviewing analysis for proceeds allocation assumptions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/13/2013 | J. Hyland | 0.60 | Conducted call with K. Rowe re: depositions of tax professionals. |
| 9/13/2013 | A. Cowie | 0.70 | Analyzed E&Y documents provided in response to proceeds allocation diligence request. |
| 9/13/2013 | N. Haslun | 1.00 | Reviewed analysis for proceeds allocation assumptions. |
| 9/13/2013 | N. Haslun | 1.40 | Analyzed March 2009 Management Presentation on Business Units. |
| 9/13/2013 | N. Haslun | 1.60 | Analyzed assumptions re: Business Unit proceeds allocation. |
| 9/13/2013 | J. Borow | 2.10 | Reviewed documents pertaining to allocation concepts and related issues. |
| 9/13/2013 | J. Hyland | 2.10 | Prepared for call with counsel re: depositions of Nortel tax employees. |
| 9/13/2013 | C. Hoang | 2.30 | Reviewed draft proceeds allocation expert report. |
| 9/13/2013 | J. Hyland | 2.70 | Continued reviewing proceeds allocation documents for face-to-face discussion with counsel. |
| 9/13/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation documents for face-to-face discussion with counsel. |
| 9/16/2013 | N. Haslun | 0.10 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.10 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.20 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.20 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.20 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.30 | Reviewed assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.50 | Reviewed and commented on draft of purchase price allocation analysis of buyers of Nortel businesses. |
| 9/16/2013 | N. Haslun | 0.50 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.50 | Analyzed the first, second and third amendment to the Nortel master R&D agreement. |
| 9/16/2013 | N. Haslun | 0.60 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 0.70 | Analyzed the fourth amendment to the Nortel master R&D agreement. |
| 9/16/2013 | C. Kearns | 0.80 | Reviewed deponents list and notes on individuals/data needs. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/16/2013 | N. Haslun | 0.90 | Continued reviewing assumptions for proceeds allocation. |
| 9/16/2013 | N. Haslun | 1.00 | Analyzed allocation proceeds expert's report regarding allocations of sales proceeds from the sale of Nortel businesses and residual IP. |
| 9/16/2013 | A. Cowie | 1.80 | Analyzed E&Y individual page documents re: discovery. |
| 9/16/2013 | C. Stryker | 2.10 | Reviewed potential expert allocation report valuation assumptions. |
| 9/16/2013 | J. Borow | 2.10 | Reviewed analyses and other information re: valuation and allocation issues. |
| 9/16/2013 | J. Borow | 2.10 | Continued reviewing analyses and other information re: valuation and allocation issues. |
| 9/16/2013 | C. Hoang | 2.20 | Reviewed analysis summary of proceeds allocation. |
| 9/16/2013 | N. Haslun | 2.20 | Analyzed the motion to approve allocation position of the US Debtors and Official Committee of Unsecured Creditors (Docket 10537). |
| 9/16/2013 | C. Hoang | 2.40 | Reviewed draft proceeds allocation report (1.6) and prepared comments (0.8). |
| 9/16/2013 | J. Hyland | 2.40 | Continued preparing documents for distribution to counsel for proceeds allocation discussion. |
| 9/16/2013 | J. Hyland | 2.80 | Reviewed list of people for deposition for proceeds allocation. |
| 9/16/2013 | A. Cowie | 2.80 | Continued analyzing E&Y individual page documents re: discovery. |
| 9/16/2013 | J. Hyland | 2.90 | Prepared documents for distribution to counsel for proceeds allocation discussion. |
| 9/16/2013 | A. Cowie | 2.90 | Continued analyzing E&Y individual page documents re: discovery. |
| 9/17/2013 | N. Haslun | 0.10 | Continued reviewing analyses related to proceeds allocation. |
| 9/17/2013 | N. Haslun | 0.20 | Reviewed analyses related to proceeds allocation. |
| 9/17/2013 | C. Kearns | 0.20 | Read emails re: EMEA discovery letter and reply for Judge Gross. |
| 9/17/2013 | N. Haslun | 0.20 | Continued reviewing analyses related to proceeds allocation. |
| 9/17/2013 | C. Kearns | 0.20 | Analyzed potential allocation expert's allocation of intellectual property sale proceeds for proceeds allocation. |
| 9/17/2013 | N. Haslun | 0.40 | Analyzed the potential proceeds allocation expert's report. |
| 9/17/2013 | N. Haslun | 1.00 | Analyzed documents produced by E&Y in discovery for the proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/17/2013 | J. Borow | 1.10 | Reviewed analyses and other information regarding valuation and allocation issues. |
| 9/17/2013 | A. Cowie | 1.10 | Analyzed documents to assist counsel in the preparation of detailed deposition related questions. |
| 9/17/2013 | C. Stryker | 1.20 | Analyzed potential allocation expert report. |
| 9/17/2013 | C. Stryker | 1.30 | Reviewed accounting in analyzing potential allocation expert draft report. |
| 9/17/2013 | A. Cowie | 1.30 | Continued to prepare detailed file listing for individual page documents provided by E&Y for discovery. |
| 9/17/2013 | N. Haslun | 2.10 | Analyzed documents produced by E&Y to counsel as part of discovery in the proceeds allocation. |
| 9/17/2013 | N. Haslun | 2.40 | Summarized analysis of Business Unit allocation. |
| 9/17/2013 | A. Cowie | 2.70 | Prepared detailed file listing for individual page documents provided by E&Y for discovery. |
| 9/17/2013 | A. Cowie | 2.70 | Analyzed numerous E&Y presented individual page documents re: proceeds allocation. |
| 9/17/2013 | J. Hyland | 2.80 | Reviewed analyses for proceeds allocation. |
| 9/18/2013 | J. Hyland | 0.10 | Conducted call with R. Johnson re: document for depositions on proceeds allocation. |
| 9/18/2013 | N. Haslun | 0.20 | Continued analyzing assumptions for proceeds allocation. |
| 9/18/2013 | N. Haslun | 0.40 | Continued analyzing assumptions for proceeds allocation. |
| 9/18/2013 | C. Kearns | 0.50 | Reviewed possible allocation expert draft report on allocation |
| 9/18/2013 | N. Haslun | 0.50 | Continued analyzing assumptions for proceeds allocation. |
| 9/18/2013 | N. Haslun | 0.50 | Analyzed potential proceeds allocation expert's report. |
| 9/18/2013 | N. Haslun | 0.50 | Analyzed information available for proceeds allocation assumptions. |
| 9/18/2013 | N. Haslun | 0.50 | Analyzed assumptions for proceeds allocation. |
| 9/18/2013 | N. Haslun | 0.70 | Analyzed draft of Capstone discussion points document re: proceeds allocation. |
| 9/18/2013 | N. Haslun | 0.70 | Analyzed documents produced by E&Y for proceeds allocation. |
| 9/18/2013 | N. Haslun | 0.90 | Analyzed potential allocation expert's report re: proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/18/2013 | N. Haslun | 1.10 | Analyzed potential proceeds allocation expert's analysis of the allocation of residual IP. |
| 9/18/2013 | N. Haslun | 1.10 | Analyzed documents produced by E&Y in discovery for the proceeds allocation. |
| 9/18/2013 | C. Hoang | 1.30 | Revised commentary re: potential proceeds allocation experts report. |
| 9/18/2013 | N. Haslun | 1.30 | Analyzed potential allocation expert's draft report re: proceeds allocation. |
| 9/18/2013 | C. Hoang | 1.60 | Reviewed analyses of potential proceeds allocation expert's calculations re: proceeds allocation. |
| 9/18/2013 | C. Stryker | 1.60 | Analyzed proceeds allocation potential methodology. |
| 9/18/2013 | C. Hoang | 2.30 | Created flow chart of potential proceeds allocation expert's allocation methodology (1.7) and review calculations and sources (0.6). |
| 9/18/2013 | C. Hoang | 2.40 | Revised summary regarding buyer's purchase price allocation for the attorneys. |
| 9/18/2013 | J. Hyland | 2.50 | Reviewed summary of market reports for proceeds allocation. |
| 9/18/2013 | J. Hyland | 2.50 | Reviewed Business Unit purchase price analysis. |
| 9/18/2013 | J. Hyland | 2.70 | Finalized review and forwarded market reports and summary to counsel for proceeds allocation. |
| 9/18/2013 | A. Cowie | 2.70 | Continued to prepare detailed file listing for counsel re: single page documents provided by E&Y for discovery. |
| 9/18/2013 | J. Hyland | 2.80 | Reviewed report prepared by proceed potential allocation expert. |
| 9/18/2013 | C. Hoang | 2.80 | Created flow chart of potential proceeds allocation expert's allocation methodology (0.4) and verify calculations and sources (2.4). |
| 9/18/2013 | J. Borow | 2.90 | Reviewed analysts' reports (1.5) and other information (1.4) regarding proceeds allocation issues. |
| 9/18/2013 | A. Cowie | 2.90 | Continued to prepare detailed file listing for counsel re: single page documents provided by E&Y for discovery. |
| 9/19/2013 | N. Haslun | 0.30 | Reviewed draft analysis of potential proceeds allocation expert report. |
| 9/19/2013 | C. Kearns | 0.40 | Discussed next steps re: deposition outlines with counsel. |
| 9/19/2013 | N. Haslun | 0.40 | Analyzed potential proceeds allocation expert's consideration of purchase price allocations for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/19/2013 | J. Hyland | 0.50 | Finalized initial draft of deposition outlines for counsel for proceeds allocation. |
| 9/19/2013 | C. Hoang | 0.90 | Continued to review the potential allocation expert's allocation methodology. |
| 9/19/2013 | C. Hoang | 1.00 | Revised and updated the discussion points for meeting re: proceeds allocation expert's draft report. |
| 9/19/2013 | N. Haslun | 1.10 | Prepared analyses for assumptions re: proceeds allocation. |
| 9/19/2013 | J. Borow | 1.10 | Continued to review documents relating to allocation issues. |
| 9/19/2013 | C. Hoang | 1.20 | Reviewed potential proceeds allocation expert's analysis report. |
| 9/19/2013 | C. Kearns | 1.20 | Read contemporaneous analyses of asset sales for non-IP sales. |
| 9/19/2013 | J. Hyland | 1.30 | Reviewed EMEA's Memorandum of Argument court submission on proceeds allocation. |
| 9/19/2013 | C. Hoang | 1.40 | Revised the purchase price allocation analysis report. |
| 9/19/2013 | N. Haslun | 1.50 | Continued preparing analyses for assumptions re: proceeds allocation. |
| 9/19/2013 | C. Kearns | 1.50 | Analyzed critiques of possible allocation expert draft report. |
| 9/19/2013 | C. Hoang | 1.70 | Revised analysis of potential allocation expert's proceeds allocation calculations. |
| 9/19/2013 | N. Haslun | 1.80 | Evaluated E&Y documents produced in discovery for the proceeds allocation. |
| 9/19/2013 | C. Stryker | 1.90 | Reviewed valuation issues re: potential expert draft allocation report. |
| 9/19/2013 | A. Cowie | 2.00 | Reviewed documents relating to allocation issues. |
| 9/19/2013 | C. Hoang | 2.10 | Reviewed the potential allocation expert's allocation methodology. |
| 9/19/2013 | N. Haslun | 2.10 | Evaluated potential allocation experts draft proceeds allocation report. |
| 9/19/2013 | A. Cowie | 2.20 | Continued to prepare detailed file listing for counsel re: single page discovery documents provided by E&Y. |
| 9/19/2013 | C. Hoang | 2.20 | Analyzed potential allocation expert's assumptions. |
| 9/19/2013 | J. Hyland | 2.40 | Continued preparing deposition outlines for counsel for proceeds allocation. |
| 9/19/2013 | J. Hyland | 2.70 | Reviewed potential proceeds allocation expert's draft report. |
| 9/19/2013 | J. Hyland | 2.70 | Continued preparing deposition outlines for counsel for proceeds allocation. |

**Capstone Advisory Group, LLC**
**Invoice for the 9/1/2013-9/30/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/19/2013 | J. Hyland | 2.70 | Analyzed potential proceeds allocation expert's draft report. |
| 9/19/2013 | J. Borow | 2.80 | Reviewed documents relating to allocation issues. |
| 9/19/2013 | N. Haslun | 2.80 | Analyzed documents produced in discovery by E&Y for the proceeds allocation. |
| 9/19/2013 | A. Cowie | 2.90 | Prepared detailed file listing for counsel re: single page discovery documents provided by E&Y. |
| 9/19/2013 | J. Hyland | 2.90 | Prepared deposition outlines for counsel for proceeds allocation. |
| 9/20/2013 | J. Hyland | 0.10 | Conducted call with R. Johnson re: depositions on proceeds allocation. |
| 9/20/2013 | A. Cowie | 0.30 | Reviewed proceeds allocation experts' CVs. |
| 9/20/2013 | C. Hoang | 0.40 | Analyzed proceeds allocation methodologies. |
| 9/20/2013 | C. Kearns | 0.80 | Reviewed draft analysis of preliminary expert calculations. |
| 9/20/2013 | J. Hyland | 1.00 | Reviewed CVs for potential proceeds allocation experts. |
| 9/20/2013 | C. Hoang | 1.10 | Revised analysis re: potential allocation expert's draft report. |
| 9/20/2013 | N. Haslun | 1.10 | Analyzed potential proceeds allocation expert's report. |
| 9/20/2013 | J. Borow | 1.60 | Continued to review analysis prepared by potential proceeds allocation expert. |
| 9/20/2013 | C. Hoang | 1.60 | Continued reviewing U.S. Debtor's proceeds allocation submission. |
| 9/20/2013 | J. Hyland | 1.70 | Conducted call with R. Johnson re: deposition candidates related to proceeds allocation. |
| 9/20/2013 | C. Hoang | 1.90 | Analyzed potential proceeds allocation expert report and the U.S. Debtor's potential proceeds allocation expert report. |
| 9/20/2013 | A. Cowie | 2.10 | Prepared report for counsel re: potential proceeds allocation expert report. |
| 9/20/2013 | J. Borow | 2.20 | Reviewed previously issued analyses to UCC prepared by Jefferies re: asset sales. |
| 9/20/2013 | J. Hyland | 2.50 | Revised deposition topic outline for counsel on proceeds allocation. |
| 9/20/2013 | J. Hyland | 2.50 | Reviewed list of deponents and summarized comments for counsel related to proceeds allocation. |
| 9/20/2013 | C. Hoang | 2.60 | Reviewed U.S. Debtor's proceeds allocation submission. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/20/2013 | J. Borow | 2.60 | Reviewed analysis prepared by potential proceeds allocation expert. |
| 9/20/2013 | N. Haslun | 2.60 | Prepared proceeds allocation analysis discussion points. |
| 9/20/2013 | J. Hyland | 2.80 | Reviewed and edited summary comments on expert's draft report on proceeds allocation. |
| 9/20/2013 | A. Cowie | 2.80 | Analyzed potential allocation expert report. |
| 9/20/2013 | N. Haslun | 2.90 | Prepared analysis of U.S. Debtor's proceeds allocation submission. |
| 9/20/2013 | A. Cowie | 2.90 | Continued analyzing potential allocation expert report. |
| 9/21/2013 | J. Hyland | 0.40 | Conducted call with R. Johnson re: Nortel employee resumes for depositions. |
| 9/22/2013 | J. Hyland | 1.50 | Prepared for meeting with counsel re: valuation expert's report. |
| 9/22/2013 | J. Hyland | 2.00 | Prepared for meeting with counsel re: deposition candidates. |
| 9/23/2013 | C. Kearns | 0.40 | Participated in discussion with counsel of next steps re: deposition process. |
| 9/23/2013 | C. Kearns | 0.40 | Continued to meet with counsel and possible expert to discuss approaches to value allocation. |
| 9/23/2013 | N. Haslun | 0.70 | Analyzed documents produced by E&Y in discovery for the proceeds allocation. |
| 9/23/2013 | N. Haslun | 0.80 | Evaluated E&Y documents produced in discovery for the proceeds allocation. |
| 9/23/2013 | J. Hyland | 1.00 | Discussed proceeds allocation deposition status with counsel. |
| 9/23/2013 | N. Haslun | 1.10 | Evaluated E&Y documents produced in discovery for the proceeds allocation. |
| 9/23/2013 | J. Borow | 1.30 | Continued meeting with potential consulting expert and counsel re: allocation issues. |
| 9/23/2013 | N. Haslun | 1.60 | Continued evaluating documents produced by E&Y in discovery for the proceeds allocation. |
| 9/23/2013 | N. Haslun | 1.70 | Continued evaluating documents produced by E&Y in discovery for the proceeds allocation. |
| 9/23/2013 | J. Hyland | 2.00 | Participated in portion of meeting with counsel and potential proceeds allocation expert. |
| 9/23/2013 | J. Borow | 2.00 | Met with potential consulting expert and counsel re: allocation issues. |
| 9/23/2013 | J. Borow | 2.20 | Reviewed potential consulting expert's analysis for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/23/2013 | A. Cowie | 2.40 | Continued to prepare report for counsel re: potential proceeds allocation expert report. |
| 9/23/2013 | J. Hyland | 2.50 | Continued performing recalculations in draft proceeds allocation expert report. |
| 9/23/2013 | A. Cowie | 2.70 | Prepared index for E&Y diligence documents. |
| 9/23/2013 | N. Haslun | 2.70 | Evaluated documents produced by E&Y in discovery for the proceeds allocation. |
| 9/23/2013 | J. Hyland | 2.80 | Prepared analysis for meeting with counsel and potential proceeds allocation expert. |
| 9/23/2013 | C. Kearns | 2.80 | Met with counsel and possible expert to discuss approaches to value allocation. |
| 9/23/2013 | A. Cowie | 2.90 | Prepared report for counsel re: potential proceeds allocation expert report. |
| 9/23/2013 | J. Hyland | 2.90 | Analyzed draft potential proceeds allocation expert report. |
| 9/24/2013 | J. Hyland | 0.10 | Conducted call with B. Kahn re: proceeds allocation draft report supporting data to provide to expert. |
| 9/24/2013 | J. Hyland | 0.20 | Reviewed counsel's deposition summary of deposition. |
| 9/24/2013 | J. Hyland | 0.30 | Conducted call with R. Johnson re: deposition planning and review. |
| 9/24/2013 | A. Cowie | 0.60 | Analyzed mediation documents re: valuation information. |
| 9/24/2013 | A. Cowie | 0.70 | Continued to prepare detailed file listing for individual page discovery documents sent by E&Y. |
| 9/24/2013 | N. Haslun | 1.00 | Participated in conference call with potential proceeds allocation expert and J. Sorkin, counsel, re: draft proceeds allocation report. |
| 9/24/2013 | A. Cowie | 1.00 | Participated in conference call with potential proceeds allocation expert and J. Sorkin, counsel, re: draft proceeds allocation report. |
| 9/24/2013 | J. Hyland | 1.00 | Conducted conference call with potential proceeds allocation expert and J. Sorkin, counsel, re: draft proceeds allocation report. |
| 9/24/2013 | J. Borow | 1.80 | Reviewed analyses relating to allocation issues. |
| 9/24/2013 | N. Haslun | 1.80 | Continued to evaluate documents produced by E&Y in discovery for the proceeds allocation. |
| 9/24/2013 | J. Borow | 2.20 | Reviewed analysis of assumption for proceeds allocation. |
| 9/24/2013 | C. Stryker | 2.30 | Reviewed memorandum revisions re: potential experts draft allocation report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/24/2013 | N. Haslun | 2.40 | Continued to evaluate documents produced by E&Y in discovery for the proceeds allocation. |
| 9/24/2013 | J. Hyland | 2.50 | Continued analyzing assumptions in expert's draft report for proceeds allocation. |
| 9/24/2013 | J. Hyland | 2.80 | Prepared and forwarded supporting documentation for potential proceeds allocation expert. |
| 9/24/2013 | A. Cowie | 2.80 | Continued to prepare detailed file listing for individual page discovery documents sent by E&Y. |
| 9/24/2013 | A. Cowie | 2.90 | Prepared detailed file listing for individual page discovery documents sent by E&Y. |
| 9/24/2013 | N. Haslun | 2.90 | Evaluated documents produced by E&Y in discovery for the proceeds allocation. |
| 9/24/2013 | J. Hyland | 2.90 | Analyzed assumptions in expert's draft report for proceeds allocation. |
| 9/25/2013 | C. Kearns | 0.20 | Participated in conference call with F. Hodara re: logistics of deposition process. |
| 9/25/2013 | J. Hyland | 0.30 | Reviewed deposition summary of deponent. |
| 9/25/2013 | J. Hyland | 0.40 | Reviewed Order Resolving Certain Discovery Disputes and Denying Related Relief. |
| 9/25/2013 | J. Hyland | 0.40 | Reviewed CV of potential proceeds allocation expert. |
| 9/25/2013 | N. Haslun | 0.40 | Continued to evaluate documents produced in discovery by E&Y for proceeds allocation. |
| 9/25/2013 | J. Hyland | 0.50 | Provided comments to counsel re: deposition for proceeds allocation. |
| 9/25/2013 | C. Kearns | 1.10 | Reviewed NGS operating performance data re: allocation of Enterprise business proceeds. |
| 9/25/2013 | N. Haslun | 1.10 | Continued to evaluate documents produced in discovery by E&Y for proceeds allocation. |
| 9/25/2013 | N. Haslun | 1.90 | Continued to evaluate documents produced in discovery by E&Y for proceeds allocation. |
| 9/25/2013 | J. Hyland | 2.00 | Reviewed deposition transcript of deponent. |
| 9/25/2013 | A. Cowie | 2.30 | Prepared detailed file listing for individual page documents sent by E&Y in response to proceeds allocation diligence. |
| 9/25/2013 | N. Haslun | 2.30 | Continued to evaluate documents produced in discovery by E&Y for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/25/2013 | N. Haslun | 2.60 | Evaluated documents produced in discovery by E&Y for proceeds allocation. |
| 9/25/2013 | A. Cowie | 2.80 | Continued preparing detailed file listing for individual page documents sent by E&Y in response to proceeds allocation diligence. |
| 9/25/2013 | A. Cowie | 2.90 | Continued preparing detailed file listing for individual page documents sent by E&Y in response to proceeds allocation diligence. |
| 9/26/2013 | C. Kearns | 0.40 | Reviewed past NNL mediation brief re: MRDA and LRE issues. |
| 9/26/2013 | C. Kearns | 0.40 | Participated in UCC call re: litigation status. |
| 9/26/2013 | C. Kearns | 0.60 | Participated in post UCC call discussion with D. Botter and F. Hodara of status of discovery process and related needs. |
| 9/26/2013 | J. Hyland | 1.00 | Reviewed deposition summary of a deponent prepare by counsel. |
| 9/26/2013 | N. Haslun | 2.40 | Evaluated documents produced by E&Y in discovery for the proceeds allocation. |
| 9/26/2013 | J. Hyland | 2.50 | Reviewed discovery documents from E&Y tax group for proceeds allocation issues. |
| 9/26/2013 | J. Hyland | 2.60 | Continued reviewing discovery documents from E&Y tax group for proceeds allocation issues. |
| 9/26/2013 | J. Hyland | 2.70 | Reviewed summary of discovery documents from E&Y tax group for proceeds allocation. |
| 9/26/2013 | A. Cowie | 2.70 | Continued to prepare detailed file listing for individual page documents from E&Y re: proceeds allocation diligence. |
| 9/26/2013 | N. Haslun | 2.80 | Continued to evaluate documents produced by E&Y in discovery for the proceeds allocation. |
| 9/26/2013 | N. Haslun | 2.80 | Continued to evaluate documents produced by E&Y in discovery for the proceeds allocation. |
| 9/26/2013 | A. Cowie | 2.90 | Prepared detailed file listing for individual page documents from E&Y re: proceeds allocation diligence. |
| 9/26/2013 | J. Borow | 2.90 | Analyzed allocation assumption for proceeds allocation. |
| 9/27/2013 | N. Haslun | 0.50 | Analyzed the May 16, 2013 motion to approve allocation position of US Debtors and Official Committee of Unsecured Creditors. |
| 9/27/2013 | C. Kearns | 0.60 | Read latest set of documents re: EMEA appeal for proceeds allocation matter. |
| 9/27/2013 | J. Hyland | 0.70 | Conducted call with counsel re: deposition outline for a deposition candidate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/27/2013 | N. Haslun | 0.90 | Analyzed the May 16, 2013 allocation position of the Canadian Creditor's Committee. |
| 9/27/2013 | N. Haslun | 1.30 | Evaluated documents produced by E&Y in discovery for the proceeds allocation. |
| 9/27/2013 | N. Haslun | 1.60 | Analyzed the Joint Administrators' statement regarding the allocation entitlement of EMEA Debtors to proceeds of the sales of the businesses and residual patent sales. |
| 9/27/2013 | N. Haslun | 1.70 | Analyzed the May 16, 2013 allocation position of the Monitor and Canadian Debtors. |
| 9/27/2013 | N. Haslun | 2.00 | Analyzed the May 16, 2013 allocation position of the Nortel UK pension plan and board of the Pension Protection Fund. |
| 9/27/2013 | J. Borow | 2.10 | Reviewed allocation computations in potential allocation experts' draft reports as against the U.S. Debtor's financial advisor's calculations. |
| 9/27/2013 | A. Cowie | 2.30 | Continued to analyze individual page documents provided by E&Y in response to proceeds allocation proceedings for details on asset valuations and allocations. |
| 9/27/2013 | J. Hyland | 2.40 | Continued reviewing box 2 of E&Y discovery tax documents for proceeds allocation. |
| 9/27/2013 | J. Hyland | 2.60 | Reviewed box 2 of E&Y discovery tax documents for proceeds allocation. |
| 9/27/2013 | J. Hyland | 2.70 | Continued reviewing box 2 of E&Y discovery documents for proceeds allocation. |
| 9/27/2013 | A. Cowie | 2.80 | Continued to analyze individual page documents provided by E&Y in response to proceeds allocation proceedings for details on asset valuations and allocations. |
| 9/27/2013 | A. Cowie | 2.90 | Analyzed individual page documents provided by E&Y in response to proceeds allocation proceedings for details on asset valuations and allocations. |
| 9/28/2013 | J. Hyland | 1.50 | Reviewed summary for counsel of box 1 of E&Y discovery documents for proceeds allocation. |
| 9/28/2013 | J. Hyland | 1.80 | Reviewed summary for counsel of box 2 of E&Y discovery documents for proceeds allocation. |
| 9/29/2013 | J. Hyland | 0.40 | Reviewed deposition summary of a deponent prepare by counsel. |
| 9/29/2013 | J. Hyland | 0.80 | Reviewed deposition summary prepared by counsel for a deponent. |
| 9/29/2013 | J. Hyland | 0.90 | Reviewed deposition summary of a deponent and provided comments to counsel re: deposition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/30/2013 | J. Hyland | 0.40 | Prepared (0.3) and emailed (0.1) counsel summaries of tax-related discovery documents for proceeds allocation. |
| 9/30/2013 | J. Hyland | 0.50 | Conducted call with J. Yecies, counsel, re: proceeds allocation deposition of one candidate. |
| 9/30/2013 | J. Hyland | 2.50 | Reviewed three valuation reports of intangible assets for an acquisition. |
| 9/30/2013 | J. Hyland | 2.50 | Continued analyzing E&Y documents for counsel re: proceeds allocation depositions. |
| 9/30/2013 | J. Hyland | 2.80 | Analyzed E&Y documents for counsel re: proceeds allocation depositions. |
| Subtotal | | 485.20 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/9/2013 | J. Hyland | 0.20 | Prepared for counsel the August fee estimate. |
| 9/20/2013 | M. Haverkamp | 1.40 | Prepared data for August fee application. |
| Subtotal | | 1.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/6/2013 | A. Cowie | 0.50 | Prepared supporting discussion points and analysis for weekly UCC call. |
| 9/6/2013 | J. Hyland | 0.60 | Participated in weekly UCC call with UCC members and UCC professionals. |
| 9/6/2013 | C. Kearns | 0.60 | Participated in call with UCC re: tax issues and proceeds allocation. |
| 9/10/2013 | J. Hyland | 1.90 | Participated in call with counsel re: proceeds allocation matters. |
| 9/11/2013 | A. Cowie | 1.80 | Prepared documents for UCC and counsel at direction of counsel. |
| 9/12/2013 | J. Borow | 0.40 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 9/12/2013 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 9/12/2013 | C. Kearns | 0.40 | Participated in part of UCC call with UCC members and advisors. |
| 9/12/2013 | A. Cowie | 0.50 | Prepared talking points and supporting information for weekly UCC call. |
| 9/19/2013 | A. Cowie | 0.90 | Prepared supporting analysis and documents for weekly UCC call. |
| 9/19/2013 | J. Hyland | 1.00 | Participated in weekly UCC call with UCC professionals and UCC members. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/19/2013 | C. Kearns | 1.00 | Participated in call with UCC re: Committee matters. |
| 9/20/2013 | J. Hyland | 0.20 | Participated in UCC follow-up call with UCC professionals and UCC members. |
| 9/26/2013 | A. Cowie | 0.40 | Prepared supporting documentation and analyses for weekly UCC call. |
| 9/26/2013 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC members and UCC professionals. |
| Subtotal | | 11.00 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/7/2013 | J. Hyland | 2.80 | Reviewed Project Swift documents for EMEA claims. |
| 9/12/2013 | J. Hyland | 1.30 | Reviewed NNL August claims schedules. |
| 9/17/2013 | J. Hyland | 1.20 | Continued reviewing The Pension Regulator's Warning Notice for EMEA claim. |
| 9/17/2013 | J. Hyland | 2.40 | Reviewed the FSD Reasons for Determination Panel for EMEA claim. |
| 9/17/2013 | J. Hyland | 2.50 | Reviewed The Pension Regulator's Warning Notice for EMEA claim. |
| Subtotal | | 10.20 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/3/2013 | J. Hyland | 1.40 | Reviewed Restructuring Manager's report on APAC activities. |
| 9/9/2013 | N. Haslun | 1.40 | Analyzed the Nortel Master R&D Agreement and amendments. |
| 9/16/2013 | N. Haslun | 0.80 | Analyzed the Nortel Master R&D agreement. |
| 9/24/2013 | J. Hyland | 0.70 | Conducted call with M. Sandberg re: MRDA accounting. |
| 9/24/2013 | J. Hyland | 0.90 | Reviewed APAC Restructuring Manager's Report. |
| 9/25/2013 | J. Hyland | 2.10 | Continued analyzing MRDA and TPA calculations for Limited Risk Entities. |
| 9/25/2013 | J. Hyland | 2.70 | Analyzed MRDA and TPA calculations for Limited Risk Entities. |
| 9/27/2013 | J. Hyland | 0.80 | Analyzed intercompany accounting entries. |
| Subtotal | | 10.80 | |

**17. Analysis of Historical Results**

Capstone Advisory Group, LLC

Invoice for the 9/1/2013-9/30/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/9/2013 | N. Haslun | 1.70 | Continued to analyzed NNC's 12/31/2008 Form 10-K. |
| 9/9/2013 | N. Haslun | 1.70 | Analyzed NNC's 12/31/08 Form 10-K. |
| 9/9/2013 | N. Haslun | 1.90 | Continued to analyze NNC's 12/31/2008 Form 10-K. |
| 9/9/2013 | N. Haslun | 2.30 | Continued to analyze NNC's 12/31/2008 Form 10-K. |
| 9/13/2013 | N. Haslun | 0.10 | Reviewed Nortel presentation on 2009 financials prepared prior to filing dated March 5, 2009. |
| 9/13/2013 | N. Haslun | 0.20 | Reviewed Nortel Overview Creditor Committee Presentation dated March 11, 2009. |
| Subtotal | | 7.90 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/25/2013 | J. Hyland | 0.80 | Analyzed June 2013 MOR. |
| Subtotal | | 0.80 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/25/2013 | J. Hyland | 1.00 | Analyzed the 9/15/2013 CCAA cash flow forecast. |
| 9/26/2013 | A. Cowie | 0.50 | Participated in discussion with T. Ross of NNI re: forecasted estate cash through emergence. |
| 9/26/2013 | A. Cowie | 1.70 | Analyzed current estate cash (0.8) and prepared report (0.9) for UCC on same. |
| Subtotal | | 3.20 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/3/2013 | J. Hyland | 1.50 | Reviewed motion record for emails and tax presentations re: tax matters produced by EMEA. |
| 9/30/2013 | J. Hyland | 1.70 | Reviewed tax position paper from E&Y re: APA presented to CRA. |
| 9/30/2013 | J. Hyland | 1.90 | Reviewed report from E&Y on Tax approach and MRDA analysis from outside advisory firm. |
| Subtotal | | 5.10 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/5/2013 | C. Kearns | 0.50 | Reviewed intellectual property asset related allocation analyses re: proceeds allocation proceedings. |
| 9/9/2013 | C. Kearns | 1.00 | Reviewed IP assumptions re: proceeds allocation. |
| 9/10/2013 | B. Kullberg | 0.50 | Reviewed draft allocation expert report re: allocation methodology. |
| 9/10/2013 | B. Frizzell | 1.40 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/11/2013 | M. Dansky | 1.00 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/11/2013 | B. Frizzell | 1.40 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/11/2013 | B. Frizzell | 2.60 | Developed points for discussion re: IP proceeds allocation expert's methodology. |
| 9/12/2013 | M. Dansky | 0.30 | Continued reviewing potential allocation expert draft document re: allocation methodology. |
| 9/12/2013 | B. Frizzell | 0.80 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/12/2013 | M. Dansky | 0.80 | Reviewed potential allocation expert draft document re: allocation methodology. |
| 9/12/2013 | N. Haslun | 1.80 | Analyzed the residual IP allocation methodology in the potential proceeds allocation expert's report. |
| 9/13/2013 | C. Kearns | 0.20 | Participated in conference call with counsel (A. Qureshi) re: IP related allocation issues. |
| 9/13/2013 | M. Dansky | 0.60 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/17/2013 | N. Haslun | 2.70 | Summarized analysis of IP allocation. |
| 9/18/2013 | B. Frizzell | 1.60 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/18/2013 | B. Frizzell | 2.40 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/19/2013 | B. Frizzell | 1.80 | Reviewed potential allocation expert draft document re: IP allocation methodology. |
| 9/19/2013 | B. Frizzell | 2.20 | Reviewed potential allocation expert draft document re: IP allocation methodology. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 9/20/2013 | B. Frizzell | 1.40 | Analyzed IP market re: IP allocation. |
| 9/20/2013 | B. Frizzell | 2.50 | Reviewed relevant supporting materials re: IP sections of potential proceeds allocation expert report. |
| 9/23/2013 | B. Frizzell | 1.00 | Participated in discussions with counsel and potential proceeds allocation expert re: IP sections of proceeds allocation report from the expert. |
| 9/23/2013 | B. Frizzell | 1.60 | Continued reviewing proceeds allocation report and related materials re: IP proceeds allocation. |
| 9/23/2013 | B. Frizzell | 2.10 | Reviewed additional materials (1.4) and conducted research (0.7) re: IP proceeds allocation. |
| 9/23/2013 | B. Frizzell | 2.20 | Reviewed proceeds allocation report and related materials re: IP proceeds allocation. |
| 9/24/2013 | B. Kullberg | 0.20 | Analyzed potential allocation expert report re: IP related issues. |
| 9/24/2013 | B. Frizzell | 1.40 | Analyzed methodology used by potential allocation expert in draft report re: IP proceeds allocation. |
| 9/24/2013 | C. Kearns | 2.30 | Reviewed U.S. Debtor's IPCo model. |
| 9/26/2013 | B. Frizzell | 1.70 | Analyzed potential allocation experts' draft IP proceeds allocation. |
| Subtotal | | 40.00 | |
| **Total Hours** | | **575.80** | |

**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 9/1/2013 through 9/30/2013**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/ Train** | | | |
| 9/16/2013 | B. Frizzell | Round-trip airfare ORD-LGA for NY trip that was rescheduled. | $1,057.80 |
| 9/18/2013 | J. Hyland | Airfare for NY trip. | $912.80 |
| 9/18/2013 | B. Frizzell | Round-trip train fare from Philadelphia (already in Philadelphia on an unrelated matter) to NYC for rescheduled meeting. | $249.00 |
| 9/21/2013 | J. Hyland | Airfare change fee for NY trip for meeting with counsel and allocation expert due to meeting rescheduling. | $200.00 |
| 9/21/2013 | J. Hyland | Airfare additional ticket cost for changed flight due to rescheduled meeting in NY. | $168.00 |
| **Subtotal - Airfare/ Train** | | | **$2,587.60** |
| **Auto Rental/Taxi** | | | |
| 9/21/2013 | J. Hyland | Taxi in NY from airport. | $41.66 |
| 9/23/2013 | B. Frizzell | Round-trip taxi to/from 30th Street station in Philadelphia. | $23.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$64.66** |
| **Hotel** | | | |
| 9/23/2013 | J. Hyland | Hotel for NY trip. | $690.85 |
| **Subtotal - Hotel** | | | **$690.85** |
| **Meals** | | | |
| 9/21/2013 | J. Hyland | Meals during NY trip. | $5.50 |
| 9/23/2013 | J. Hyland | Dinner during NY trip. | $64.72 |
| 9/23/2013 | B. Frizzell | Meals during NY trip. | $11.00 |
| 9/23/2013 | B. Frizzell | Meals during NY trip. | $9.70 |

**Capstone Advisory Group, LLC**                                          Page 1 of 2
**Invoice for the 9/1/2013-9/30/2013 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Subtotal - Meals** | | | $90.92 |
| **Mileage** | | | |
| 9/21/2013 | J. Hyland | Mileage to airport for NY trip. | $24.86 |
| **Subtotal - Mileage** | | | **$24.86** |
| **Parking/ Tolls** | | | |
| 9/21/2013 | J. Hyland | Local Tolls to airport for NY trip. | $1.60 |
| 9/23/2013 | J. Hyland | Parking at airport for NY trip. | $45.00 |
| **Subtotal - Parking/ Tolls** | | | **$46.60** |
| **For the Period 9/1/2013 through 9/30/2013** | | | **$3,505.49** |