## Exhibit C

### DISBURSEMENT SUMMARY
### OCTOBER 01, 2013 THROUGH OCTOBER 31, 2013

| | |
|---|---:|
| Document Production | £2,853.07 |
| Travel – Ground Transportation | £361.43 |
| Meals | £26.08 |
| **TOTAL** | **£3,240.58** |