**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**     2,034.87

**External Photocopying Charges (Outside Photocopying Charges)**

| | | |
|---|---|---|
| 23/09/2013 | VENDOR: Lineal Limited; INVOICE#: 087; DATE: 27/09/2013 - Outsourced - Reprographics | 818.20 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 08/10/2013 | VENDOR: Croke, Antonia INVOICE#: 04386860101200137090 DATE: 12/10/2013 Food/drink, 08/10/13, Coffee at US Depositions | 8.17 |
| 21/10/2013 | VENDOR: Croke, Antonia INVOICE#: 04452285102300107090 DATE: 23/10/2013 Food/drink, 21/10/13, Coffee at Deposition on Nortel | 17.91 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 08/10/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 199695; DATE: 08/10/2013 - TAXI - MDF (Broadwalk House to Mount View Road) 07/10/13 | 40.90 |
| 11/10/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 199704; DATE: 11/10/2013 - TAXI - ACW (Ashurst to E9) 10/10/13 | 30.25 |
| 14/10/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/110216; DATE: 14/10/2013 - TAXI - ACROKE (EC2A to SW4) 07/10/13 | 29.57 |
| 14/10/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/110216; DATE: 14/10/2013 - TAXI - AMP (EC2A to SW4/SW12) 08/10/13 | 43.08 |
| 14/10/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/110216; DATE: 14/10/2013 - TAXI - MDF (EC2A to N4) 12/10/13 | 29.57 |
| 14/10/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/110216; DATE: 14/10/2013 - TAXI - SLAW (EC2A to SW12) 01/10/13 | 32.93 |
| 14/10/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/110216; DATE: 14/10/2013 - TAXI - SLAW (EC2A to SW12) 02/10/13 | 47.96 |
| 16/10/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 199758; DATE: 16/10/2013 - TAXI - LROBER (Appold Street to SE26) 15/10/13 | 60.98 |
| 30/09/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/109956; DATE: 30/09/2013 - TAXI - ACROKE (EC2A to SW9) 30/09/13 | 26.19 |
| 31/10/2013 | VENDOR: Croke, Antonia INVOICE#: 04541440110700117090 DATE: 07/11/2013 Taxi, 31/10/13, Taxi to the Shard from the Office. Taxi from the Shard home. | 20.00 |

    **3,240.58**