Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 01, 2013 THROUGH OCTOBER 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £800 | 0.5 | 400.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 26.0 | 18,590.00 |
| Carl Meyntjens | Partner for 15 years; Admitted in 1994 in Brussels, Belgium; Corporate Group, Brussels | £715 | 9.0 | 6,435.00 |
| Francesco De Gennaro | Partner for 2 years; Admitted in 2001 in Italy; Restructuring and Special Situations Group, Rome | £715 | 1.0 | 715.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 107.8 | 74,382.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 157.5 | 81,900.00 |
| Oscar Franco | Associate for 9 years; Admitted in 2003 in Spain; Dispute Resolution Group, Madrid | £520 | 2.6 | 1,352.00 |
| \|Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £435 | 59.7 | 25,969.50 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 35.4 | 14,337.00 |
| Lucinda Hill | Associate for 4 years; Admitted in 2009 in Victoria, Australia; Dispute Resolution Group, London | £405 | 16.6 | 6,732.00 |
| Luca Peretti | Associate for 4 years; Admitted in 2009 in Italy; Corporate Group, Rome | £405 | 4.0 | 1,620.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 41.8 | 13,585.00 |

30435927

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Mattias Deconinck | Trainee Solicitor Corporate and Banking Group, Brussels | £190 | 119.9 | 22,781.00 |
| Chris Benbow | Trainee Solicitor; Dispute Resolution Group, London | £190 | 17.1 | 3,249.00 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group, London | £190 | 4.0 | 760.00 |
| TOTAL | | | 602.9 | 272,798.50 |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 01, 2013 THROUGH OCTOBER 31, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 43.0 | 10,790.50 |
| Ashurst Fee Application / Monthly Billing Reports | 10.9 | 3,421.50 |
| Creditors Committee Meetings | 10.0 | 3,964.00 |
| Canadian Proceedings/Matters | 1.2 | 624.00 |
| Labor Issues / Employee Benefits | 294.1 | 147,767.00 |
| Intercompany Analysis | 237.1 | 104,006.00 |
| European Proceedings / Matters | 6.6 | 2,225.50 |
| TOTAL | 602.9 | 272,798.50 |