# EXHIBIT C

## DISBURSEMENT SUMMARY
## OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,093.46 |
| Conference Call /Telephone/Video Conferencing | $4,084.41 |
| Courier Service/Postage | $1,368.12 |
| Duplicating (billed at $.10 per page) | $8,398.50 |
| Meals/Committee Meeting Expenses | $6,020.66 |
| Travel Expenses – Airfare | $28,864.95 |
| Travel Expenses – Auto Rental | $139.39 |
| Travel Expenses – Ground Transportation | $7,793.23 |
| Travel Expenses – Incidentals | $109.44 |
| Travel Expenses – Lodging | $14,911.47 |
| Travel Expenses – Parking | $77.00 |
| Travel Expenses – Telephone & Fax | $81.32 |
| Travel Expenses – Train Fare | $1,025.00 |
| Retained Professional Fees & Expenses | $397,561.41 |
| **TOTAL** | **$475,528.36** |