# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 11.60 | $11,600.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 226.65 | $226,650.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 91.40 | $100,540.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 282.05 | $245,383.50 |
| L. Rachel Lerman | Partner for 9 years; Admitted in 1995; Litigation Department | $660 | 3.40 | $2,244.00 |
| Patricia A. Millett | Partner for 7 years; Admitted in 1988; Litigation Department | $820 | 44.60 | $36,572.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 231.75 | $208.575.00 |
| Prater A. Shah | Partner for 1 year; Admitted in 2001; Litigation Department | $780 | 4.50 | $3,510.00 |
| Joseph L. Sorkin | Partner for 2 years; Admitted in 2001; Litigation Department | $770 | 226.05 | $174.058.50 |
| Ruthanne M. Deutsch | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $565 | 2.80 | $1,582.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 156.20 | $112,464.00 |
| Brandon B. Danford | Counsel for 4 years; Admitted in 2004; Litigation Department | $600 | 240.60 | $144,360.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 56.40 | $38,070.00 |
| Amjad M. Khan | Counsel for 1 year; Admitted in 2005; Litigation Department | $600 | 51.70 | $31,020.00 |
| Heather L. Peckham | Counsel for 6 years; Admitted in 2000; Litigation department | $600 | 50.20 | $30,120.00 |
| McLean M. Pena | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 78.00 | $43,680.00 |
| Elizabeth M. Scott | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 177.10 | $99,176.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $600 | 14.80 | $8,880.00 |
| Jenny M. Walters | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 44.40 | $24,864.00 |
| Dennis J. Windscheffel | Counsel for 3 years; Admitted in 2004; Litigation Department | $600 | 186.30 | $111,780.00 |
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 166.10 | $51,491.00 |
| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 305.90 | $172,833.50 |
| Anne S. Levin-Nussbaum | Senior Attorney for 1 year; Admitted in 1992; Tax Department | $530 | 116.40 | $61,692.00 |
| Jennelle D. Arthur | Associate for 3 years; Admitted in 2011; Litigation Department | $460 | 2.70 | $1,242.00 |
| Saurish Bhattacharjee | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 1.50 | $547.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Andrew R. Casillas | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 168.40 | $73,254.00 |
| Z.W. Julius Chen | Associate for 2 years; Admitted n 2010; Litigation Department | $475 | 21.20 | $10,070.00 |
| Michael K. Cross | Associate for 4 years; Admitted in 2010; Litigation Department | $525 | 154.80 | $81,270.00 |
| Anne M. Evans | Associate for 1 year; Not Yet Admitted; Litigation Department | $385 | 136.50 | $52,552.50 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 99.35 | $44,707.50 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 189.00 | $83,160.00 |
| Lindsay B. Harmon | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 77.90 | $37,002.50 |
| Craig J. Karger | Associate for 1 year; Admitted in 2013; Litigation Department | $385 | 42.20 | $16,247.00 |
| Garrett S. Llewellyn | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 4.30 | $2,042.50 |
| Stephanie A. Lowe | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 248.30 | $108,010.50 |
| Clayton N. Matheson | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 11.10 | $4,828.50 |
| Brennan H. Meier | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 37.00 | $13,505.00 |
| Marie-Dumesle Mercier | Associate for 1 year; Not Yet Admitted; Labor Department | $385 | 7.50 | $2,887.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew E. Pepping | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 20.00 | $10,600.00 |
| Amy C. Poyer | Associate for 3 years; Admitted in 2011; Litigation department | $435 | 16.70 | $7,264.50 |
| Katharine E. Southard | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 158.00 | $68,730.00 |
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $485 | 188.15 | $91,252.75 |
| Dawn S. Walker | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 139.70 | $60,769.50 |
| Molly E. Whitman | Associate for 1 year; Admitted in 2013; litigation Department | $365 | 71.60 | $26,134.00 |
| Rebecca A. Wirakesuma | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $385 | 134.30 | $51,705.50 |
| Jacqueline Y. Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 300.70 | $174,406.00 |
| Andrew Barnes | Staff Attorney for 4 years; Admitted in 2011; Litigation Department | $290 | 65.50 | $18,995.00 |
| Kemroy Foster | Staff Attorney for 2 years; Admitted in 2006; Litigation Department | $290 | 125.30 | $36,337.00 |
| Lok Chau | Legal Assistant for 7 years; Litigation Department | $245 | 97.10 | $23,789.50 |
| Jami L. Delgado | Legal Assistant for 11 years; Litigation Department | $170 | 145.60 | $24,752.00 |
| Cheryle R. Edmonds | Legal Assistant for 25 years; Litigation Department | $220 | 58.90 | $12,958.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Scott A. Fener | Librarian for 6 years | $205 | 40.30 | $8,261.50 |
| Melissa A. Gyure | Legal Assistant for 9 years; Litigation Department | $260 | 4.00 | $1,040.00 |
| Anu Khela | Legal Assistant for 14 years; International Trade Transactions Department | $320 | 63.40 | $20,288.00 |
| Sol Kim | Legal Assistant for 1 year; Litigation Department | $205 | 222.80 | $45,674.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 23 years; Financial Restructuring Department | $245 | 2.00 | $490.00 |
| Leslie W. Lanphear | Librarian for 17 years | $230 | 22.40 | $5,152.00 |
| Frank C. Liu | Legal Assistant for 1 year; International Trade Department | $150 | 4.00 | $600.00 |
| James W. Ma | Legal Assistant for 14 years; Litigation Department | $255 | 1.10 | $280.50 |
| Cynthia L. Martinez | Legal Assistant for 10 years; Intellectual Property Department | $140 | 171.10 | $23,954.00 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 264.40 | $68,744.00 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 41.10 | $11,713.50 |
| Natalie G. Taylor | Legal Assistant for 23 years; Litigation Department | $170 | 186.20 | $31,654.00 |
| Charles Torres | Legal Assistant for 5 years; Litigation Department | $235 | 26.70 | $6,274.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jessica R. Watters | Legal Assistant for 1 year; Financial Restructuring Department | $205 | 10.50 | $2,152.50 |
| Lisa Wehlend | Legal Assistant for 32 years; Litigation Department | $210 | 36.10 | $7,581.00 |

Total Amount of Fees:     $3,314,025.75
Total Number of Hours:   6,588.30
Blended Hourly Rate:      $503.02