# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) ) (Jointly Administered) |
| Debtors. | ) ) **Hearing Date: TBD** |

## NOTICE OF NINETEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                             Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:                      Official Committee of Unsecured Creditors

Date of Retention:                             March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:                   August 1, 2013 through October 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:              $6,750,847.25

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:           $753,983.27

This is (a)n: _X_ interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/17/13<br>Docket No. 11961 | 8/1/13 – 8/31/13 | $1,444,528.00 | $147,647.30 | $1,155,622.40 | $147,647.30 | $288,905.60 |
| Date Filed: 11/18/13<br>Docket No. 12416 | 9/1/13 – 9/30/13 | $1,992,293.50 | $130,807.61 | Pending Obj deadline<br>$1,593,834.80 | Pending Obj deadline<br>$130,807.61 | $398,458.70 |
| Date Filed: 11/27/13<br>Docket No. TBD | 10/1/13 – 10/31/13 | $3,314,025.75 | $475,528.36 | Pending Obj deadline<br>$2,651,220.60 | Pending Obj deadline<br>$475,528.36 | $662,805.15 |
| TOTALS: | | $6,750,847.25 | $753,983.27 | $5,400,677.80[3] | $753,983.27[4] | $1,350,169.45 |

Summary of any Objections to Fee Applications: None.

Dated: November 27, 2013
      New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/17/13<br>Docket No. 11961 | 8/1/13 – 8/31/13 | $1,444,528.00 | $147,647.30 | $1,155,622.40 | $147,647.30 | $288,905.60 |
| Date Filed: 11/18/13<br>Docket No. 12416 | 9/1/13 – 9/30/13 | $1,992,293.50 | $130,807.61 | Pending Obj deadline<br>$1,593,834.80 | Pending Obj deadline<br>$130,807.61 | $398,458.70 |
| Date Filed: 11/27/13<br>Docket No. TBD | 10/1/13 – 10/31/13 | $3,314,025.75 | $475,528.36 | Pending Obj deadline<br>$2,651,220.60 | Pending Obj deadline<br>$475,528.36 | $662,805.15 |
| TOTALS: | | $6,750,847.25 | $753,983.27 | $5,400,677.80[3] | $753,983.27[4] | $1,350,169.45 |

Summary of any Objections to Fee Applications: None.

Dated: November 27, 2013
    New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.