IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>)<br>) |

## NOTICE OF NINETEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                            Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                     Official Committee of Unsecured Creditors

Date of Retention:                            March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:               August 1, 2013 through October 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:          $48,739.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      $6,087.30

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s August, September and October 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Docket No.<br>Date Filed | Period Covered | Requested | | Approved/<br>Pending Approval | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees<br>(80%) | Expenses<br>(100%) | Fees<br>(20%) |
| Docket No. 11775<br>Date Filed: 9/27/13 | 8/1/13 - 8/31/13 | $9,434.50 | $3,816.35 | $7,547.60 | $3,816.35 | $1,886.90 |
| Docket No. 11981<br>Date Filed: 10/22/13 | 9/1/13 - 9/30/13 | $15,102.00 | $434.44 | $12,081.60 | $434.44 | $3,020.40 |
| Docket No. 12506<br>Date Filed: 11/26/13 | 10/1/13 - 10/31/13 | $24,203.00 | $1,836.51 | Pending obj deadline 12/16/13<br>$19,362.40 | Pending obj deadline 12/16/13<br>$1,836.51 | $4,840.60 |
| **TOTALS:** | | $48,739.50 | $6,087.30 | $38,991.60[3] | $6,087.30[4] | $9,747.90 |

Summary of any Objections to Fee Applications: None.

Dated: November 27, 2013
Wilmington, Delaware

*(signature)*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.
[4] The total amount reflected in this column includes amounts pending approval.

2

RLF1 9641088v.1