# **Exhibit A**

## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 10/1/2013 through 10/31/2013

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 29.00 | $24,070.00 |
| J. Borow | Executive Director | $830 | 56.80 | $47,144.00 |
| J. Hyland | Executive Director | $635 | 242.70 | $154,114.50 |
| N. Haslun | Managing Director | $610 | 171.10 | $104,371.00 |
| M. Dansky | Executive Director | $595 | 3.60 | $2,142.00 |
| C. Stryker | Managing Director | $585 | 2.50 | $1,462.50 |
| A. Cowie | Managing Director | $575 | 173.80 | $99,935.00 |
| B. Kullberg | Managing Director | $500 | 10.60 | $5,300.00 |
| B. Frizzell | Director | $425 | 43.50 | $18,487.50 |
| J. Schad | Director | $415 | 5.70 | $2,365.50 |
| C. Hoang | Director | $400 | 18.40 | $7,360.00 |
| O. Freidzon | Managing Director | $305 | 1.00 | $305.00 |
| M. Desalvio | Research | $195 | 1.00 | $195.00 |
| C. Griffin | Research | $125 | 1.00 | $125.00 |
| M. Haverkamp | Paraprofessional | $120 | 2.80 | $336.00 |
| **For the Period 10/1/2013 through 10/31/2013** | | | **763.50** | **$467,713.00** |

Capstone Advisory Group, LLC
Invoice for the 10/1/2013-10/31/2013 Fee Statement