# **<u>Exhibit B</u>**

## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 10/1/2013 through 10/31/2013

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 542.90 | $345,716.00 |
| 05. Professional Retention/Fee Application Preparation | 8.30 | $3,654.50 |
| 08. Interaction/Mtgs w Creditors | 11.30 | $8,578.00 |
| 09. Employee Issues/KEIP | 1.30 | $825.50 |
| 11. Claim Analysis/Accounting | 29.50 | $17,484.50 |
| 13. Intercompany Transactions/Bal | 4.80 | $2,910.00 |
| 18. Operating and Other Reports | 29.10 | $16,916.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 53.40 | $30,951.00 |
| 20. Projections/Business Plan/Other | 1.60 | $1,016.00 |
| 26. Tax Issues | 5.30 | $3,365.50 |
| 33. Intellectual Property | 76.00 | $36,296.00 |
| **For the Period 10/1/2013 through 10/31/2013** | **763.50** | **$467,713.00** |

Capstone Advisory Group, LLC
Invoice for the 10/1/2013-10/31/2013 Fee Statement

Page 1 of 1