# Exhibit C

# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 10/1/2013 through 10/31/2013**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 10/1/2013 | J. Hyland | 0.10 | Conducted call with C. Doniak, counsel, re: E&Y tax discovery documents. |
| 10/1/2013 | J. Hyland | 0.50 | Conducted call with K. Rowe re: tax-related discovery documents for proceeds allocation. |
| 10/1/2013 | N. Haslun | 0.50 | Analyzed proceeds allocation support. |
| 10/1/2013 | C. Kearns | 0.70 | Read documents related to EMEA rogatory on pension related issues. |
| 10/1/2013 | J. Hyland | 0.80 | Summarized issues within deposition summary of a deponent. |
| 10/1/2013 | N. Haslun | 0.80 | Continued analyzing historical Nortel accounting re: proceeds allocation. |
| 10/1/2013 | N. Haslun | 1.30 | Analyzed documents produced by E&Y in discovery re: proceeds allocation. |
| 10/1/2013 | C. Kearns | 1.40 | Read document at counsel's request related to pension related issues and responded accordingly. |
| 10/1/2013 | J. Hyland | 2.60 | Analyzed proceeds allocation calculations as presented in potential allocation expert draft report. |
| 10/1/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation calculations related to the proceeds allocation expert. |
| 10/1/2013 | J. Borow | 2.90 | Reviewed allocation issues set out in potential expert's report. |
| 10/2/2013 | J. Hyland | 0.60 | Reviewed summary of a deposition. |
| 10/2/2013 | N. Haslun | 0.90 | Analyzed historical documents re: proceeds allocation. |
| 10/2/2013 | N. Haslun | 1.00 | Analyzed historical Nortel accounting re: proceeds allocation. |
| 10/2/2013 | N. Haslun | 1.10 | Continued analyzing report on asset valuation for allocation process. |
| 10/2/2013 | N. Haslun | 1.30 | Analyzed report on asset valuation for allocation process. |
| 10/2/2013 | J. Hyland | 1.70 | Analyzed historic 10-Ks based upon deposition testimony. |
| 10/2/2013 | C. Hoang | 1.90 | Reviewed potential allocation expert's calculations in draft allocation report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/2/2013 | J. Borow | 1.90 | Reviewed allocation issues set out in potential expert's report. |
| 10/2/2013 | C. Kearns | 1.90 | Read latest draft outline of potential expert report and provide comments to counsel. |
| 10/2/2013 | A. Cowie | 2.00 | Analyzed deposition documents re: proceeds allocation. |
| 10/2/2013 | C. Stryker | 2.50 | Read and reviewed allocation draft report. |
| 10/2/2013 | J. Hyland | 2.50 | Continued reviewing updated draft report from proceeds allocation expert. |
| 10/2/2013 | C. Hoang | 2.70 | Reviewed (2.1) and commented on (0.6) the revised draft allocation methodology report. |
| 10/2/2013 | J. Hyland | 2.70 | Continued reviewing updated report draft from proceeds allocation expert. |
| 10/2/2013 | N. Haslun | 2.70 | Analyzed report on asset valuation for proceeds allocation. |
| 10/2/2013 | J. Hyland | 2.80 | Reviewed updated report draft from proceeds allocation expert. |
| 10/3/2013 | N. Haslun | 0.20 | Analyzed historical Nortel accounting re: proceeds allocation. |
| 10/3/2013 | J. Hyland | 0.30 | Read letter to Judge Gross re: French depositions. |
| 10/3/2013 | N. Haslun | 0.40 | Analyzed historical documents re: proceeds allocation. |
| 10/3/2013 | J. Hyland | 0.50 | Reviewed deposition summary of a deponent. |
| 10/3/2013 | J. Hyland | 0.50 | Reviewed deposition of a deponent (0.4) and replied to counsel (0.1). |
| 10/3/2013 | C. Hoang | 0.60 | Reviewed alternatives to support the potential allocation expert's argument. |
| 10/3/2013 | N. Haslun | 0.80 | Evaluated proceeds allocation expert's draft allocation report. |
| 10/3/2013 | J. Hyland | 1.00 | Reviewed deposition exhibit related to R&D. |
| 10/3/2013 | N. Haslun | 1.10 | Continued analyzing report on asset valuation for allocation process. |
| 10/3/2013 | C. Hoang | 1.20 | Reviewed (0.8) and commented on (0.4) the revised draft allocation methodology report. |
| 10/3/2013 | C. Kearns | 1.40 | Continued to review and analyze latest draft from potential expert. |
| 10/3/2013 | N. Haslun | 1.40 | Continued to analyze report on asset valuation for allocation process. |
| 10/3/2013 | J. Hyland | 1.50 | Analyzed Form 10-K re: deposition exhibit as requested by counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2013 | J. Borow | 2.10 | Reviewed allocation issues and potential methodologies. |
| 10/3/2013 | N. Haslun | 2.10 | Analyzed report on asset valuation for allocation process. |
| 10/3/2013 | C. Hoang | 2.30 | Continued to review the revised draft allocation methodology report. |
| 10/3/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation based upon proceeds allocation expert draft report. |
| 10/3/2013 | N. Haslun | 2.80 | Analyzed proceeds allocation assumption. |
| 10/3/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation based upon proceeds allocation expert draft report. |
| 10/4/2013 | C. Kearns | 0.20 | Reviewed latest emails from counsel re: EMEA appeal. |
| 10/4/2013 | C. Kearns | 0.20 | Participated in conference call with A. Qureshi re: next steps in discovery. |
| 10/4/2013 | C. Kearns | 0.40 | Outlined key issues for expert reports. |
| 10/4/2013 | A. Cowie | 0.70 | Analyzed deposition documents provided by counsel. |
| 10/4/2013 | J. Borow | 1.20 | Reviewed certain specific deposition summaries for details pertaining to allocation issues. |
| 10/4/2013 | N. Haslun | 1.40 | Continued to analyze allocation expert's draft expert report. |
| 10/4/2013 | N. Haslun | 1.80 | Continued to analyze allocation expert's draft expert report. |
| 10/4/2013 | J. Hyland | 2.20 | Revised summary of proceeds allocation report. |
| 10/4/2013 | C. Hoang | 2.20 | Reviewed comments regarding the allocation expert revised memo and analyzed FASB sections re: same. |
| 10/4/2013 | N. Haslun | 2.30 | Analyzed allocation expert's draft expert report. |
| 10/4/2013 | J. Borow | 2.40 | Evaluated potential expert's preliminary analyses. |
| 10/4/2013 | N. Haslun | 2.50 | Continued to analyze allocation expert's draft expert report. |
| 10/4/2013 | J. Hyland | 2.50 | Analyzed draft report from proceeds allocation expert. |
| 10/4/2013 | J. Hyland | 2.80 | Continued analyzing draft report from proceeds allocation expert. |
| 10/4/2013 | J. Hyland | 2.90 | Continued analyzing draft report from proceeds allocation expert. |
| 10/6/2013 | J. Hyland | 0.30 | Responded to counsel re: deposition questions for a deponent. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/6/2013 | J. Hyland | 2.70 | Summarized issues within deposition summary of a deponent. |
| 10/6/2013 | J. Hyland | 2.80 | Revised comments to proceeds allocation report. |
| 10/7/2013 | J. Hyland | 0.50 | Reviewed summary of deposition prepared by counsel. |
| 10/7/2013 | J. Hyland | 0.50 | Conducted call with N. Stabile, counsel, re: preparation for a deponent's testimony. |
| 10/7/2013 | J. Hyland | 0.80 | Reviewed deposition summary from counsel. |
| 10/7/2013 | C. Hoang | 0.90 | Reviewed comments and answered questions related to the potential allocation expert draft memo. |
| 10/7/2013 | J. Hyland | 0.90 | Researched deposition issue for counsel. |
| 10/7/2013 | A. Cowie | 0.90 | Analyzed deposition summary for issues relating to allocation process. |
| 10/7/2013 | N. Haslun | 1.10 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/7/2013 | A. Cowie | 1.60 | Analyzed the pension report produced in the depositions. |
| 10/7/2013 | C. Kearns | 1.80 | Continued to review and analyze latest draft outline of possible expert testimony re: allocation litigation. |
| 10/7/2013 | J. Hyland | 2.00 | Participated on call with proceeds allocation expert and counsel re: proceeds allocation expert's report. |
| 10/7/2013 | J. Borow | 2.00 | Participated in meeting with counsel and potential expert re: allocation issues. |
| 10/7/2013 | C. Hoang | 2.00 | Participated in call with potential allocation expert and counsel regarding the allocation memo. |
| 10/7/2013 | C. Kearns | 2.00 | Participated in call with counsel and litigation consulting expert re: issues and analysis for possible testimony outline. |
| 10/7/2013 | N. Haslun | 2.10 | Continued analyzing potential allocation expert's methodology in draft report. |
| 10/7/2013 | J. Borow | 2.30 | Reviewed various depositions re: allocation issues. |
| 10/7/2013 | C. Hoang | 2.30 | Reviewed analyses and updated calculation summary related to the potential expert allocation analyses. |
| 10/7/2013 | J. Hyland | 2.30 | Continued to summarize comments for call with proceeds allocation expert. |
| 10/7/2013 | C. Hoang | 2.30 | Analyzed comments received regarding potential allocation expert draft memo revisions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/7/2013 | N. Haslun | 2.40 | Analyzed potential allocation expert's draft report. |
| 10/7/2013 | J. Hyland | 2.60 | Continued to summarize comments in preparation for call with proceeds allocation expert. |
| 10/7/2013 | A. Cowie | 2.60 | Continued to analyze exhibits provided in depositions. |
| 10/7/2013 | N. Haslun | 2.70 | Analyzed potential allocation expert's methodology in draft report. |
| 10/7/2013 | J. Hyland | 2.80 | Summarized comments in preparation for call with proceeds allocation expert. |
| 10/7/2013 | A. Cowie | 2.90 | Analyzed the numerical exhibits for certain deponents in comparison to Nortel previously provided figures. |
| 10/8/2013 | C. Kearns | 0.20 | Participated in conference call with D. Botter re: approach to IP allocation. |
| 10/8/2013 | J. Hyland | 0.40 | Reviewed summary of testimony from a deponent. |
| 10/8/2013 | J. Hyland | 0.50 | Reviewed summary of deposition prepared by counsel. |
| 10/8/2013 | J. Hyland | 0.50 | Finalized research on deposition issue for counsel. |
| 10/8/2013 | N. Haslun | 0.60 | Analyzed deposition summary for issues related to proceeds allocation. |
| 10/8/2013 | J. Borow | 1.20 | Reviewed various depositions re: allocation issues. |
| 10/8/2013 | J. Hyland | 1.20 | Reviewed multiple letters to Judge Gross re: French deponents. |
| 10/8/2013 | C. Kearns | 1.20 | Read latest digest of deposition summaries prepared by counsel. |
| 10/8/2013 | N. Haslun | 1.90 | Evaluated allocation methodologies re: allocation process. |
| 10/8/2013 | J. Hyland | 2.20 | Reviewed deposition outline notes for upcoming depositions based upon testimony received. |
| 10/8/2013 | N. Haslun | 2.40 | Continued to evaluate allocation methodologies re: allocation process. |
| 10/8/2013 | A. Cowie | 2.60 | Analyzed the pension report produced in the depositions. |
| 10/8/2013 | J. Hyland | 2.70 | Continued analyzing IP allocation approaches. |
| 10/8/2013 | A. Cowie | 2.70 | Analyzed deposition summary for issues relating to allocation process. |
| 10/8/2013 | A. Cowie | 2.80 | Analyzed deposition supporting charts re: previously Nortel-supplied information. |
| 10/8/2013 | N. Haslun | 2.90 | Continued to evaluate allocation methodologies re: allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 10/9/2013 | J. Hyland | 0.30 | Responded to counsel re: Nortel term used in deposition exhibit. |
| 10/9/2013 | J. Hyland | 0.30 | Conducted call with proceeds allocation expert re: supporting documentation for analysis. |
| 10/9/2013 | J. Hyland | 0.40 | Reviewed summary of deposition prepared by counsel. |
| 10/9/2013 | J. Hyland | 0.50 | Reviewed summary prepared by counsel for a deposition. |
| 10/9/2013 | J. Hyland | 0.60 | Reviewed counsel's summary of deposition. |
| 10/9/2013 | A. Cowie | 0.90 | Analyzed deposition documents re: proceeds allocation. |
| 10/9/2013 | J. Hyland | 1.20 | Researched inquiry from counsel re: Nortel term used in deposition exhibit. |
| 10/9/2013 | C. Kearns | 1.30 | Read deposition summaries re: allocation process. |
| 10/9/2013 | J. Borow | 2.10 | Reviewed and analyzed deposition summaries. |
| 10/9/2013 | A. Cowie | 2.30 | Analyzed deposition summaries provided by counsel for impact on allocation litigation. |
| 10/9/2013 | J. Hyland | 2.70 | Continued analyzing documentation for depositions. |
| 10/9/2013 | J. Hyland | 2.90 | Prepared documentation for depositions. |
| 10/10/2013 | C. Kearns | 0.10 | Read correspondence from counsel re: EMEA discovery related issues. |
| 10/10/2013 | C. Kearns | 0.30 | Discussed status of draft expert reports with counsel. |
| 10/10/2013 | C. Kearns | 0.30 | Discussed discovery related issues with counsel. |
| 10/10/2013 | N. Haslun | 1.10 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/10/2013 | C. Kearns | 1.30 | Reviewed contemporaneous documents re: asset allocation issues. |
| 10/10/2013 | N. Haslun | 1.40 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/10/2013 | N. Haslun | 1.70 | Analyzed potential allocation expert's methodology in draft report. |
| 10/10/2013 | N. Haslun | 1.70 | Analyzed deposition summary re: proceeds allocation. |
| 10/10/2013 | A. Cowie | 1.80 | Analyzed proceeds allocation methodology. |
| 10/10/2013 | N. Haslun | 2.10 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/10/2013 | J. Borow | 2.40 | Reviewed deposition summaries and related analyses. |
| 10/10/2013 | A. Cowie | 2.80 | Analyzed deposition summaries prepared by counsel re: issues impacting asset allocation proceedings. |
| 10/10/2013 | A. Cowie | 2.90 | Continued to analyze deposition summaries re: allocation process. |
| 10/11/2013 | C. Kearns | 0.20 | Emailed with counsel re: latest deposition developments. |
| 10/11/2013 | J. Hyland | 0.50 | Analyzed information in an email for counsel re: a deposition. |
| 10/11/2013 | J. Hyland | 0.70 | Participated in call with counsel to discuss deposition outlines for an upcoming deposition. |
| 10/11/2013 | N. Haslun | 1.50 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/11/2013 | N. Haslun | 1.90 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/11/2013 | N. Haslun | 2.30 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/11/2013 | J. Hyland | 2.40 | Participated in call with counsel to discuss deposition outlines for two upcoming depositions. |
| 10/11/2013 | N. Haslun | 2.40 | Analyzed underlying support for allocation expert's asset allocation methodology. |
| 10/11/2013 | J. Borow | 2.80 | Reviewed deposition summaries and related analyses. |
| 10/11/2013 | A. Cowie | 2.90 | Continued to analyze deposition summary for issues relating to allocation process. |
| 10/11/2013 | A. Cowie | 2.90 | Analyzed deposition summaries prepared by counsel re: issues impacting asset allocation proceedings. |
| 10/12/2013 | J. Hyland | 0.20 | Sent email responding to question from counsel re: a deposition response. |
| 10/12/2013 | J. Hyland | 0.40 | Researched question from counsel re: a deposition response. |
| 10/12/2013 | J. Hyland | 0.80 | Reviewed deposition summary prepared by counsel. |
| 10/12/2013 | J. Hyland | 1.10 | Reviewed counsel's summary of deposition. |
| 10/12/2013 | J. Hyland | 2.00 | Reviewed summary of deposition and analyzed related matters. |
| 10/14/2013 | C. Kearns | 0.30 | Read deposition summaries re: allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/14/2013 | N. Haslun | 0.30 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/14/2013 | N. Haslun | 0.50 | Analyzed deposition summary for issues related to proceeds allocation. |
| 10/14/2013 | C. Kearns | 0.60 | Read deposition summaries re: allocation process. |
| 10/14/2013 | J. Hyland | 0.60 | Conducted call with counsel re: deposition. |
| 10/14/2013 | C. Kearns | 0.90 | Reviewed and commented on current deponent deposition preparation outline and related emails with counsel. |
| 10/14/2013 | N. Haslun | 1.80 | Evaluated the assumptions re: asset allocations set out in the potential allocation expert's draft report. |
| 10/14/2013 | J. Borow | 2.10 | Reviewed deposition summaries. |
| 10/14/2013 | A. Cowie | 2.10 | Analyzed deposition summary for issues related to proceeds allocation. |
| 10/14/2013 | A. Cowie | 2.30 | Analyzed deposition summary for issues related to allocation process. |
| 10/14/2013 | N. Haslun | 2.40 | Analyzed historical documents re: proceeds allocation. |
| 10/14/2013 | J. Hyland | 2.50 | Analyzed previous depositions in preparation of deposition for counsel. |
| 10/14/2013 | J. Hyland | 2.70 | Continued preparing outline for counsel re: deposition. |
| 10/14/2013 | N. Haslun | 2.70 | Analyzed historical documents re: proceeds allocation. |
| 10/14/2013 | J. Hyland | 2.80 | Continued preparing outline for counsel re: deposition. |
| 10/14/2013 | J. Hyland | 2.90 | Prepared outline for counsel re: deposition. |
| 10/15/2013 | J. Borow | 0.20 | Continued to participate in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 0.20 | Continued participating in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | N. Haslun | 0.40 | Continued to analyze historical Nortel reporting in comparison to information set out in current deposition summary. |
| 10/15/2013 | N. Haslun | 0.40 | Continued to analyze historical Nortel reporting in comparison to information set out in current deposition summary. |
| 10/15/2013 | N. Haslun | 0.40 | Continued to analyze historical Nortel reporting in comparison to information set out in current deposition summary. |
| 10/15/2013 | N. Haslun | 0.40 | Continued to analyze historical Nortel reporting in comparison to information set out in current deposition summary. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/15/2013 | N. Haslun | 0.40 | Analyzed historical Nortel reporting in comparison to information set out in current deposition summary. |
| 10/15/2013 | A. Cowie | 0.60 | Analyzed deposition for issues pertaining to proceeds allocation proceedings. |
| 10/15/2013 | C. Kearns | 0.80 | Read deposition summaries re: allocation process. |
| 10/15/2013 | J. Borow | 0.90 | Continued to participate in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Borow | 0.90 | Continued to participate in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 0.90 | Continued participating in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 0.90 | Continued participating in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | A. Cowie | 0.90 | Continued analyzing deposition summary for issues relating to allocation process. |
| 10/15/2013 | J. Borow | 1.00 | Participated in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 1.00 | Participated in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 1.10 | Reviewed deposition summary from counsel. |
| 10/15/2013 | A. Cowie | 1.10 | Analyzed deposition transcript for issues regarding proceeds allocation proceedings. |
| 10/15/2013 | A. Cowie | 1.10 | Analyzed deposition summary for issues related to allocation process. |
| 10/15/2013 | J. Borow | 1.20 | Continued to participate in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 1.20 | Continued participating in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | N. Haslun | 1.30 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/15/2013 | N. Haslun | 1.40 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/15/2013 | N. Haslun | 1.50 | Drafted response points for counsel re: asset allocations set out in the potential allocation expert's draft report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/15/2013 | J. Borow | 1.50 | Continued to participate in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 1.50 | Continued participating in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | N. Haslun | 1.80 | Evaluated the assumptions re: asset allocations set out in the potential allocation expert's draft report. |
| 10/15/2013 | J. Borow | 2.20 | Continued to participate in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | N. Haslun | 2.20 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/15/2013 | J. Hyland | 2.20 | Continued participating in portion of deposition via video link and provided input to counsel. |
| 10/15/2013 | J. Hyland | 2.80 | Reviewed documents and outline in preparation for deposition. |
| 10/16/2013 | C. Kearns | 0.10 | Emailed with counsel re: deposition process for French witnesses. |
| 10/16/2013 | C. Kearns | 0.30 | Read deposition summaries re: allocation process. |
| 10/16/2013 | J. Hyland | 0.30 | Conducted call with J. Sorkin, counsel, re: proceeds allocation expert. |
| 10/16/2013 | C. Kearns | 0.40 | Update re: status of draft expert report outline. |
| 10/16/2013 | N. Haslun | 0.60 | Reviewed Canadian Monitor reporting as compared to the potential allocation expert's draft report. |
| 10/16/2013 | A. Cowie | 0.60 | Participated in telephonic conference with asset allocation expert re: requests for additional information. |
| 10/16/2013 | N. Haslun | 0.60 | Participated in call with the UCC potential allocation expert to review the expert's requests for additional information. |
| 10/16/2013 | N. Haslun | 0.60 | Evaluated the assumptions re: asset allocations set out in the potential allocation expert's draft report. |
| 10/16/2013 | J. Hyland | 0.60 | Conducted call with proceeds allocation expert re: diligence request. |
| 10/16/2013 | J. Hyland | 1.00 | Reviewed counsel's summary of a deposition. |
| 10/16/2013 | A. Cowie | 1.10 | Analyzed deposition transcript for issues regarding proceeds allocation proceedings. |
| 10/16/2013 | N. Haslun | 1.10 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/16/2013 | A. Cowie | 1.20 | Analyzed deposition summary for issues related allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/16/2013 | N. Haslun | 1.30 | Analyzed deposition summary for issues related to proceeds allocation. |
| 10/16/2013 | J. Hyland | 1.40 | Summarized issues within deposition summary of a deponent. |
| 10/16/2013 | N. Haslun | 1.80 | Continued to formulate Capstone's comments to the allocation expert's report. |
| 10/16/2013 | N. Haslun | 2.30 | Analyzed potential allocation expert's methodology in draft report. |
| 10/16/2013 | A. Cowie | 2.40 | Analyzed mobile device market data and market expert report re: proceeds allocation. |
| 10/16/2013 | A. Cowie | 2.40 | Analyzed intellectual property allocation methodologies in preparation for meeting with potential asset allocation expert. |
| 10/16/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation expert's report. |
| 10/16/2013 | J. Hyland | 2.80 | Analyzed available data for proceeds allocation expert's diligence request. |
| 10/16/2013 | J. Borow | 2.90 | Reviewed deposition summaries. |
| 10/16/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation expert's report. |
| 10/17/2013 | C. Kearns | 0.40 | Read deposition summaries re: allocation process. |
| 10/17/2013 | N. Haslun | 0.40 | Analyzed mediation submission paper re: allocation process. |
| 10/17/2013 | N. Haslun | 0.60 | Analyzed mediation submission paper re: allocation process. |
| 10/17/2013 | A. Cowie | 0.80 | Analyzed deposition document re: proceeds allocation issues. |
| 10/17/2013 | J. Borow | 1.20 | Reviewed information prepared by potential experts. |
| 10/17/2013 | N. Haslun | 1.30 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/17/2013 | J. Hyland | 1.50 | Prepared summary of proceeds allocation expert report. |
| 10/17/2013 | N. Haslun | 1.70 | Analyzed the underlying calculations (1.2) and data (0.5) utilized by the allocation expert in his report. |
| 10/17/2013 | J. Hyland | 1.80 | Analyzed a proceeds allocation approach and responded to counsel. |
| 10/17/2013 | N. Haslun | 2.00 | Continued to analyze support underlying the allocation expert's methodology for asset allocation. |
| 10/17/2013 | N. Haslun | 2.00 | Analyzed mediation submission paper re: allocation process. |
| 10/17/2013 | J. Borow | 2.10 | Reviewed depositions summaries re: litigation issues. |

Capstone Advisory Group, LLC
Invoice for the 10/1/2013-10/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/17/2013 | J. Hyland | 2.80 | Reviewed updated report from proceeds allocation expert. |
| 10/17/2013 | A. Cowie | 2.80 | Analyzed revised allocation expert report. |
| 10/18/2013 | C. Kearns | 0.40 | Read deposition summaries re: allocation process. |
| 10/18/2013 | N. Haslun | 0.60 | Reviewed draft of the potential allocation expert's report. |
| 10/18/2013 | N. Haslun | 0.80 | Updated Capstone list of key points in the potential allocation expert's draft report. |
| 10/18/2013 | A. Cowie | 1.10 | Continued analyzing proceeds allocation assumption. |
| 10/18/2013 | A. Cowie | 1.10 | Analyzed deposition summary for issues relating to allocation process. |
| 10/18/2013 | J. Hyland | 1.20 | Reviewed summary of deposition prepared by counsel. |
| 10/18/2013 | A. Cowie | 1.30 | Analyzed revised allocation expert report and supporting detail. |
| 10/18/2013 | J. Hyland | 1.40 | Analyzed background and deposition questions for a deponent. |
| 10/18/2013 | A. Cowie | 1.60 | Analyzed deposition summary for issues relating to allocation process. |
| 10/18/2013 | J. Hyland | 2.90 | Reviewed potential documents for upcoming deposition. |
| 10/18/2013 | A. Cowie | 2.90 | Analyzed proceeds allocation assumption. |
| 10/19/2013 | J. Hyland | 0.10 | Replied to counsel re: proceeds allocation methodology. |
| 10/19/2013 | J. Hyland | 2.80 | Analyzed documentation and reviewed related email discovery related to a proceeds allocation methodology. |
| 10/20/2013 | J. Hyland | 0.80 | Reviewed and summarized deposition matter for counsel. |
| 10/20/2013 | J. Hyland | 0.90 | Reviewed summary of deposition. |
| 10/20/2013 | J. Hyland | 1.30 | Reviewed counsel's deposition summary. |
| 10/21/2013 | C. Kearns | 0.20 | Read deposition summaries re: allocation process. |
| 10/21/2013 | C. Kearns | 0.30 | Emailed with counsel re: docs produced by EMEA related to Project Swift and pension guarantee. |
| 10/21/2013 | N. Haslun | 0.30 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | N. Haslun | 0.30 | Continued analyzing deposition summary for issues relating to proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/21/2013 | N. Haslun | 0.40 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | C. Kearns | 0.60 | Read latest redlines to outline of potential expert report. |
| 10/21/2013 | J. Hyland | 0.60 | Conducted call with J. Sorkin, counsel re: proceeds allocation expert report and depositions. |
| 10/21/2013 | J. Hyland | 1.10 | Reviewed summary of deposition prepared by counsel. |
| 10/21/2013 | N. Haslun | 1.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | N. Haslun | 1.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | N. Haslun | 1.20 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | N. Haslun | 1.30 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | N. Haslun | 1.40 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/21/2013 | N. Haslun | 1.50 | Prepared a written analysis of deposition held re: allocation process. |
| 10/21/2013 | J. Hyland | 1.50 | Identified documents for depositions. |
| 10/21/2013 | A. Cowie | 1.50 | Continued to analyze updated potential allocation expert report and supporting documentation. |
| 10/21/2013 | J. Hyland | 1.70 | Conducted call with counsel re: deposition preparation for three deponents. |
| 10/21/2013 | A. Cowie | 1.80 | Analyzed deposition documents re: proceeds allocation. |
| 10/21/2013 | A. Cowie | 1.90 | Analyzed revised allocation expert report and supporting documents. |
| 10/21/2013 | J. Borow | 2.70 | Reviewed and evaluated various deposition summaries. |
| 10/21/2013 | A. Cowie | 2.80 | Analyzed deposition summary for issues relating to allocation process. |
| 10/22/2013 | J. Hyland | 0.20 | Conducted call with J. Sorkin, counsel re: deposition exhibits. |
| 10/22/2013 | C. Kearns | 0.50 | Read deposition summaries re: allocation process. |
| 10/22/2013 | N. Haslun | 0.70 | Continued analyzing deposition summary for issues relating to proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/22/2013 | N. Haslun | 0.90 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/22/2013 | J. Hyland | 1.00 | Reviewed deposition summary by counsel. |
| 10/22/2013 | N. Haslun | 1.20 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/22/2013 | N. Haslun | 1.30 | Analyzed historical documents re: proceeds allocation. |
| 10/22/2013 | N. Haslun | 1.60 | Analyzed deposition exhibit. |
| 10/22/2013 | N. Haslun | 1.70 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/22/2013 | A. Cowie | 1.70 | Analyzed deposition documents re: proceeds allocation. |
| 10/22/2013 | N. Haslun | 1.80 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/22/2013 | A. Cowie | 1.90 | Continued to analyze updated potential allocation expert report and supporting documentation. |
| 10/22/2013 | A. Cowie | 2.20 | Analyzed updated version of valuation model presented by potential asset allocation expert. |
| 10/22/2013 | A. Cowie | 2.20 | Analyzed outstanding information requests from potential asset allocation expert. |
| 10/22/2013 | J. Hyland | 2.40 | Continued preparing discovery documentation for proceeds allocation expert. |
| 10/22/2013 | J. Hyland | 2.50 | Continued preparing discovery documentation for proceeds allocation expert. |
| 10/22/2013 | J. Hyland | 2.80 | Prepared discovery documentation for proceeds allocation expert. |
| 10/23/2013 | N. Haslun | 0.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | N. Haslun | 0.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | N. Haslun | 0.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | N. Haslun | 0.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | N. Haslun | 0.30 | Prepared a written analysis of deposition held re: allocation process. |
| 10/23/2013 | N. Haslun | 0.30 | Continued analyzing deposition summary for issues relating to proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/23/2013 | N. Haslun | 0.30 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | C. Kearns | 0.40 | Read deposition summaries re: allocation process. |
| 10/23/2013 | N. Haslun | 0.40 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | N. Haslun | 0.50 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | J. Hyland | 0.60 | Conducted call with J. Yecies, counsel re: deposition outline for a deponent. |
| 10/23/2013 | N. Haslun | 0.70 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | A. Cowie | 0.90 | Continued to analyze updated intellectual property model provided by asset allocation expert. |
| 10/23/2013 | J. Hyland | 0.90 | Conducted call with J. Sorkin, counsel and proceeds allocation expert. |
| 10/23/2013 | N. Haslun | 1.00 | Participated in call with counsel and the potential allocation expert during which responses were provided to the allocation expert's questions. |
| 10/23/2013 | N. Haslun | 1.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | N. Haslun | 1.30 | Drafted response to counsel for deposition questions and information for allocation process deposition. |
| 10/23/2013 | J. Borow | 1.60 | Reviewed and evaluated various deposition summaries. |
| 10/23/2013 | N. Haslun | 1.80 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/23/2013 | A. Cowie | 1.90 | Analyzed versions of valuation models for potential allocation expert. |
| 10/23/2013 | J. Hyland | 2.60 | Continued reviewing diligence for proceeds allocation expert. |
| 10/23/2013 | J. Hyland | 2.90 | Reviewed diligence for proceeds allocation expert. |
| 10/24/2013 | C. Kearns | 0.20 | Read emails from counsel re: ongoing depositions. |
| 10/24/2013 | N. Haslun | 0.90 | Continued to prepare executive summary of key points related to allocation process deposition. |
| 10/24/2013 | N. Haslun | 1.30 | Continued to prepare executive summary of key points related to allocation process deposition. |
| 10/24/2013 | J. Hyland | 1.50 | Continued analyzing proceeds allocation expert report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/24/2013 | N. Haslun | 1.70 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/24/2013 | N. Haslun | 1.90 | Analyzed historical documents re: proceeds allocation. |
| 10/24/2013 | J. Borow | 2.10 | Reviewed and evaluated various deposition summaries. |
| 10/24/2013 | N. Haslun | 2.20 | Continued analyzing historical documents re: proceeds allocation. |
| 10/24/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation expert report. |
| 10/24/2013 | A. Cowie | 2.70 | Analyzed Canadian updated monitor report (1.3) and associated court submission documents (1.4) for issues relevant to allocation litigation and creditor recoveries. |
| 10/24/2013 | J. Hyland | 2.80 | Continued analyzing proceeds allocation expert report. |
| 10/24/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation expert report. |
| 10/25/2013 | C. Kearns | 0.20 | Emailed with counsel re: Wilmington Trust motion on post-petition interest. |
| 10/25/2013 | C. Kearns | 0.60 | Read deposition summaries re: allocation process. |
| 10/25/2013 | A. Cowie | 0.70 | Analyzed deposition transcript for issues regarding proceeds allocation proceedings. |
| 10/25/2013 | N. Haslun | 0.90 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/25/2013 | N. Haslun | 1.40 | Continued analyzing historical documents re: proceeds allocation. |
| 10/25/2013 | N. Haslun | 1.60 | Continued analyzing historical documents re: proceeds allocation. |
| 10/25/2013 | N. Haslun | 1.60 | Analyzed historical documents re: proceeds allocation. |
| 10/25/2013 | N. Haslun | 2.50 | Analyzed historical Nortel accounting re: proceeds allocation. |
| 10/25/2013 | J. Hyland | 2.60 | Continued reviewing analyses of proceeds allocation assumption. |
| 10/25/2013 | J. Hyland | 2.70 | Continued reviewing analyses of proceeds allocation assumption. |
| 10/25/2013 | J. Hyland | 2.80 | Analyzed potential allocation expert's proceeds allocation assumptions in draft report. |
| 10/27/2013 | J. Hyland | 1.00 | Reviewed deposition summary prepared by counsel. |
| 10/27/2013 | J. Hyland | 1.20 | Reviewed summary of deposition prepared by counsel. |
| 10/27/2013 | J. Hyland | 1.30 | Reviewed counsel's summary of deposition. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/28/2013 | A. Cowie | 0.10 | Analyzed Nortel internal email re: transfer pricing. |
| 10/28/2013 | A. Cowie | 0.20 | Analyzed Debtors' response to EMEA position on post-petition joint privileged documents. |
| 10/28/2013 | J. Hyland | 0.30 | Reviewed NNI's letter to Judge Gross re: production of documents. |
| 10/28/2013 | C. Kearns | 0.40 | Read deposition summaries re: allocation process. |
| 10/28/2013 | C. Kearns | 0.40 | Continued reading deposition summaries re: allocation process. |
| 10/28/2013 | C. Kearns | 0.40 | Continued reading deposition summaries re: allocation process. |
| 10/28/2013 | J. Hyland | 0.90 | Reviewed summary of deposition. |
| 10/28/2013 | J. Hyland | 1.00 | Reviewed deposition summary prepared by counsel. |
| 10/28/2013 | N. Haslun | 1.10 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/28/2013 | A. Cowie | 1.10 | Analyzed deposition re: proceeds allocation proceedings. |
| 10/28/2013 | A. Cowie | 1.10 | Analyzed deposition documents re: proceeds allocation. |
| 10/28/2013 | N. Haslun | 1.20 | Continued analyzing deposition summary for issues relating to proceeds allocation. |
| 10/28/2013 | A. Cowie | 1.20 | Analyzed deposition documents re: proceeds allocation. |
| 10/28/2013 | N. Haslun | 1.60 | Analyzed deposition summary for issues relating to proceeds allocation. |
| 10/28/2013 | N. Haslun | 1.70 | Continued analyzing report on asset valuation for allocation process. |
| 10/28/2013 | J. Borow | 2.10 | Reviewed various deposition summaries. |
| 10/28/2013 | N. Haslun | 2.40 | Analyzed historical report on asset valuation for allocation process. |
| 10/29/2013 | C. Kearns | 0.30 | Read deposition summaries re: allocation process. |
| 10/29/2013 | N. Haslun | 0.50 | Analyzed historical documents re: proceeds allocation. |
| 10/29/2013 | J. Hyland | 0.90 | Reviewed deposition summary prepared by counsel. |
| 10/29/2013 | N. Haslun | 1.20 | Analyzed mediation submission paper re: allocation process. |
| 10/29/2013 | N. Haslun | 1.50 | Analyzed historical documents re: proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/29/2013 | N. Haslun | 2.30 | Analyzed historical asset sale allocation report re: allocation process. |
| 10/29/2013 | J. Borow | 2.40 | Reviewed various deposition summaries. |
| 10/29/2013 | J. Hyland | 2.90 | Analyzed documents for depositions. |
| 10/30/2013 | J. Hyland | 0.80 | Reviewed deposition summary from counsel. |
| 10/30/2013 | J. Hyland | 0.90 | Reviewed counsel's deposition summary. |
| 10/30/2013 | J. Hyland | 1.10 | Reviewed deposition summary prepared by counsel. |
| 10/30/2013 | J. Hyland | 1.40 | Reviewed summary of deposition prepared by counsel. |
| 10/30/2013 | A. Cowie | 1.80 | Analyzed deposition documents re: proceeds allocation. |
| 10/30/2013 | N. Haslun | 2.40 | Analyzed historical documents re: proceeds allocation. |
| 10/30/2013 | N. Haslun | 2.80 | Continued to analyze supporting testimony documents re: claims by the UK Pension. |
| 10/31/2013 | C. Kearns | 0.20 | Exchanged emails with counsel re: discovery status. |
| 10/31/2013 | J. Hyland | 0.20 | Continued participating in deposition for a deponent. |
| 10/31/2013 | J. Hyland | 0.40 | Continued participating in deposition for a deponent. |
| 10/31/2013 | N. Haslun | 0.40 | Continued analyzing allocation arguments in mediation reply papers re: proceeds allocation. |
| 10/31/2013 | J. Hyland | 0.50 | Continued participating in deposition for a deponent. |
| 10/31/2013 | J. Hyland | 0.60 | Continued participating in deposition for a deponent. |
| 10/31/2013 | J. Hyland | 0.80 | Reviewed counsel's deposition summary for a deponent. |
| 10/31/2013 | J. Hyland | 1.10 | Continued participating in deposition for a deponent. |
| 10/31/2013 | J. Hyland | 1.30 | Participated in deposition for a deponent. |
| 10/31/2013 | J. Hyland | 1.40 | Reviewed deposition matter for upcoming deposition. |
| 10/31/2013 | J. Hyland | 1.50 | Continued participating in deposition for a deponent. |
| 10/31/2013 | J. Borow | 2.30 | Reviewed various deposition summaries. |
| 10/31/2013 | N. Haslun | 2.30 | Analyzed allocation arguments mediation memo re: allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/31/2013 | N. Haslun | 2.60 | Continued analyzing allocation arguments in mediation reply papers re: proceeds allocation. |
| 10/31/2013 | N. Haslun | 2.70 | Continued analyzing allocation arguments in mediation reply papers re: proceeds allocation. |
| Subtotal | | 542.90 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/2/2013 | J. Hyland | 0.70 | Reviewed August fee application time and expense descriptions. |
| 10/2/2013 | A. Cowie | 0.80 | Reviewed August fee application document. |
| 10/4/2013 | J. Hyland | 0.20 | Prepared September fee application estimate for counsel. |
| 10/8/2013 | J. Hyland | 0.40 | Reviewed revised task descriptions for August fee application. |
| 10/11/2013 | A. Cowie | 0.90 | Reviewed August fee application documents. |
| 10/16/2013 | A. Cowie | 0.30 | Reviewed August fee application. |
| 10/18/2013 | M. Haverkamp | 1.30 | Prepared August fee application. |
| 10/19/2013 | J. Hyland | 0.40 | Reviewed August fee application draft. |
| 10/21/2013 | J. Hyland | 0.90 | Reviewed August fee application. |
| 10/21/2013 | M. Haverkamp | 1.10 | Prepared August fee application. |
| 10/23/2013 | M. Haverkamp | 0.30 | Prepared Nortel August fee application. |
| 10/24/2013 | M. Haverkamp | 0.10 | Prepared August fee application. |
| 10/30/2013 | A. Cowie | 0.90 | Analyzed August fee application details. |
| Subtotal | | 8.30 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2013 | C. Kearns | 0.40 | Participated in weekly UCC call re: litigation update. |
| 10/3/2013 | A. Cowie | 0.50 | Prepared summary discussion notes and analyses for weekly UCC call. |
| 10/3/2013 | J. Hyland | 0.50 | Prepared for (0.1) and participated in (0.4) weekly UCC call with UCC members and UCC professionals. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/3/2013 | J. Borow | 0.70 | Prepared for (0.3), and participated in (0.4) meeting with UCC and counsel to the UCC. |
| 10/10/2013 | A. Cowie | 0.50 | Prepared summary analyses and discussion points for weekly UCC call. |
| 10/10/2013 | C. Kearns | 0.50 | Participated in UCC call with UCC members. |
| 10/10/2013 | J. Borow | 0.70 | Prepared for (0.2) , and participated in (0.5) meeting with UCC and counsel to the UCC. |
| 10/17/2013 | C. Kearns | 0.70 | Participated in weekly UCC call with UCC members. |
| 10/17/2013 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC members and UCC professionals. |
| 10/17/2013 | J. Borow | 0.80 | Prepared for (0.1) , and participated (0.7) in meeting with UCC and counsel to the UCC. |
| 10/23/2013 | J. Hyland | 0.10 | Conducted call with M. Wunder, Canadian counsel re: weekly UCC call. |
| 10/24/2013 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC members and professionals. |
| 10/24/2013 | C. Kearns | 0.50 | Participated in weekly UCC call re: UCC matters. |
| 10/24/2013 | J. Borow | 0.90 | Prepared for (0.4) , and participated in (0.5) meeting with UCC and counsel to the UCC. |
| 10/31/2013 | J. Borow | 1.00 | Participated in weekly meeting with UCC and counsel to the UCC. |
| 10/31/2013 | J. Hyland | 1.00 | Participated in a portion of UCC call with UCC professionals and UCC members. |
| 10/31/2013 | C. Kearns | 1.30 | Prepared for (0.3) and participated in (1.0) weekly UCC call re: case |
| Subtotal | | 11.30 | |

**09. Employee Issues/KEIP**

| | | | |
|------|--------------|-------|---------------------------|
| 10/23/2013 | J. Hyland | 1.30 | Analyzed NNL's 2014 employee retention plan. |
| Subtotal | | 1.30 | |

**11. Claim Analysis/Accounting**

| | | | |
|------|--------------|-------|---------------------------|
| 10/1/2013 | A. Cowie | 1.10 | Reviewed claims for each estate. |
| 10/1/2013 | A. Cowie | 2.80 | Analyzed updated claims schedule provided by Canadian Debtors. |
| 10/10/2013 | J. Hyland | 2.60 | Analyzed UK claim related documentation. |

Capstone Advisory Group, LLC                                          Page 20 of 27
Invoice for the 10/1/2013-10/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/10/2013 | J. Hyland | 2.70 | Continued analyzing UK claim documentation. |
| 10/10/2013 | J. Hyland | 2.80 | Analyzed UK claim documentation. |
| 10/14/2013 | C. Kearns | 0.30 | Emailed with counsel re: Project Swift related issues. |
| 10/14/2013 | A. Cowie | 1.30 | Analyzed Project Swift related claims. |
| 10/15/2013 | A. Cowie | 2.90 | Analyzed Project Swift detailed supporting and valuation documentation re: claims. |
| 10/21/2013 | C. Kearns | 0.70 | Reviewed documents requested by counsel re: Project Swift claim. |
| 10/23/2013 | M. Desalvio | 1.00 | Retrieved last audited Nortel financials for UK, Canadian and US entities. |
| 10/23/2013 | O. Freidzon | 1.00 | Analyzed historical Nortel information re: asset allocation process. |
| 10/25/2013 | A. Cowie | 0.60 | Analyzed claims interest rate objection filed by Wilmington Trust. |
| 10/28/2013 | A. Cowie | 0.60 | Analyzed proposed settlement terms for Mednax claims. |
| 10/28/2013 | J. Hyland | 0.90 | Reviewed and analyzed Debtors' motion for order approving stipulation re: claims arising out of SPA agreement. |
| 10/28/2013 | J. Hyland | 1.00 | Reviewed and analyzed U.S. Debtors' motion for order approving stipulation with Mednax Services re: improvements to subleased premises. |
| 10/28/2013 | A. Cowie | 1.40 | Analyzed proposed Diamondware share claim settlement documents. |
| 10/28/2013 | J. Hyland | 2.80 | Reviewed Wilmington Trust's objection to Bank of New York and Law Debenture claims. |
| 10/29/2013 | C. Kearns | 0.20 | Participated in conference call with F. Hodara (counsel) re: Wilmington Trust motion and related next steps. |
| 10/30/2013 | N. Haslun | 0.80 | Analyzed supporting testimony documents re: claims by the UK Pension. |
| 10/30/2013 | N. Haslun | 0.90 | Continued to analyze supporting testimony documents re: claims by the UK Pension. |
| 10/30/2013 | N. Haslun | 1.10 | Continued to analyze supporting testimony documents re: claims by the UK Pension. |
| Subtotal | | 29.50 | |

**13. Intercompany Transactions/Bal**

| | | | |
|------|-------------|-------|---------------------------|
| 10/3/2013 | A. Cowie | 2.30 | Analyzed restructuring manager reporting for CALA and APAC entities for impact to creditor recoveries. |

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2013-10/31/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/31/2013 | J. Hyland | 2.50 | Reviewed and analyzed September Restructuring Managers' report. |
| Subtotal | | 4.80 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/1/2013 | J. Hyland | 1.00 | Reviewed and revised bond pricing deck for the UCC. |
| 10/1/2013 | C. Griffin | 1.00 | Prepared Nortel bond pricing refresh. |
| 10/1/2013 | N. Haslun | 2.40 | Drafted Nortel Bond Prices update for counsel. |
| 10/1/2013 | N. Haslun | 2.70 | Continued to draft updated report on Nortel bond prices for counsel. |
| 10/2/2013 | N. Haslun | 0.40 | Edited report to counsel presenting updated pricing of Nortel bonds. |
| 10/2/2013 | A. Cowie | 2.40 | Analyzed bond pricing report prepared for UCC. |
| 10/3/2013 | A. Cowie | 0.90 | Analyzed court-filed reports by the NNL Monitor for creditor recovery impact. |
| 10/3/2013 | A. Cowie | 2.10 | Analyzed EMEA administrator reports for cash and operating expense information re: creditor recovery impact. |
| 10/4/2013 | A. Cowie | 2.20 | Analyzed court-filed reports by the NNL Monitor for creditor recovery impact. |
| 10/23/2013 | C. Kearns | 0.20 | Read emails from counsel re: Monitor's recent report. |
| 10/23/2013 | J. Hyland | 1.50 | Reviewed 98th Monitor's report. |
| 10/23/2013 | A. Cowie | 2.40 | Continued to analyze updated Canadian Debtors' operating report. |
| 10/23/2013 | A. Cowie | 2.80 | Analyzed updated Canadian Debtors' monitoring reports and court documents. |
| 10/24/2013 | C. Kearns | 0.40 | Read latest Monitor report to Canadian court. |
| 10/25/2013 | A. Cowie | 2.10 | Continued to analyze CCAA monthly operating reports and motions filed with the court. |
| 10/25/2013 | A. Cowie | 2.30 | Analyzed CCAA monthly operating reports (1.6) and motions (0.7) filed with the court. |
| 10/28/2013 | J. Hyland | 0.80 | Reviewed the July 2013 MOR. |
| 10/28/2013 | J. Hyland | 1.50 | Reviewed portion of 98th Monitor's Report. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| Subtotal | | 29.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/1/2013 | J. Hyland | 2.00 | Analyzed cash balances and trends. |
| 10/1/2013 | A. Cowie | 2.80 | Prepared updated global cash usage (0.2) and forecast report (2.6) for the UCC. |
| 10/2/2013 | A. Cowie | 2.80 | Analyzed cash trends. |
| 10/3/2013 | A. Cowie | 2.40 | Prepared updated budget to actual cash report for the UCC. |
| 10/4/2013 | A. Cowie | 2.40 | Analyzed cash for each estate. |
| 10/4/2013 | A. Cowie | 2.80 | Prepared operating cash (0.7) and forecast update (2.1) report for UCC. |
| 10/9/2013 | J. Hyland | 0.60 | Analyzed the NNL forecasted cash flow schedule. |
| 10/9/2013 | A. Cowie | 2.40 | Continued to analyze global cash figures and NNI forecasted cash usage. |
| 10/9/2013 | A. Cowie | 2.40 | Analyzed global cash figures and NNI forecasted cash usage. |
| 10/11/2013 | A. Cowie | 1.40 | Analyzed global cash updates provided by the Debtors. |
| 10/14/2013 | A. Cowie | 2.30 | Analyzed current cash forecast (1.8) and adjustments (0.5) for NNI estate to estimated exit dates. |
| 10/17/2013 | J. Hyland | 1.10 | Participated in call with U.S. Debtors re: NNI budget. |
| 10/17/2013 | A. Cowie | 1.90 | Analyzed updated cash forecast information provided by the Debtor. |
| 10/17/2013 | A. Cowie | 2.50 | Prepared updated cash forecast report for the UCC. |
| 10/24/2013 | A. Cowie | 2.40 | Continued to prepare updated cash operating (1.3) and forecast (1.1) report for the UCC. |
| 10/24/2013 | A. Cowie | 2.90 | Prepared updated cash forecast report for UCC. |
| 10/25/2013 | A. Cowie | 2.30 | Analyzed current rest of world cash (1.7) and operating reports (0.6) for UCC report. |
| 10/28/2013 | J. Hyland | 0.40 | Analyzed CCAA's forecasted cash flows. |
| 10/28/2013 | A. Cowie | 1.10 | Analyzed supporting operating documents re: forecasted end of case cash report for UCC. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/28/2013 | A. Cowie | 1.20 | Analyzed supporting cash forecast documents re: forecasted end of case cash report for UCC. |
| 10/29/2013 | A. Cowie | 1.10 | Analyzed Canadian Debtors' current operating performance and forecasted end of case cash for UCC report. |
| 10/29/2013 | A. Cowie | 1.90 | Prepared updated cash forecast and estate operating report for UCC. |
| 10/29/2013 | A. Cowie | 2.10 | Analyzed EMEA Debtors' current operating performance (1.9) and forecasted end of case (0.2) cash for UCC report. |
| 10/29/2013 | A. Cowie | 2.90 | Analyzed supporting cash forecast (1.2) and operating (1.7) documents re: forecasted end of case cash report for UCC. |
| 10/30/2013 | A. Cowie | 2.40 | Continued to prepare updated cash forecast through end of case (1.9) and creditor recovery (0.5) report update for UCC. |
| 10/30/2013 | A. Cowie | 2.90 | Prepared updated cash forecast through end of case (2.1) and creditor recovery (0.8) report update for UCC. |
| Subtotal | | 53.40 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/17/2013 | J. Hyland | 1.60 | Reviewed 2013 forecasts. |
| Subtotal | | 1.60 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/11/2013 | J. Hyland | 2.60 | Continued analyzing tax calculations. |
| 10/11/2013 | J. Hyland | 2.70 | Analyzed tax calculations. |
| Subtotal | | 5.30 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/2/2013 | B. Frizzell | 1.30 | Reviewed documents re: IP proceeds allocation. |
| 10/3/2013 | B. Kullberg | 0.50 | Prepared for call with counsel re: status of IP allocation. |
| 10/3/2013 | B. Frizzell | 0.80 | Reviewed documents re: IP proceeds allocation. |
| 10/3/2013 | B. Kullberg | 0.90 | Participated in call with counsel regarding IP allocation. |
| 10/3/2013 | B. Kullberg | 2.90 | Reviewed documents related to IP allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/4/2013 | B. Kullberg | 0.50 | Reviewed documents related to IP allocation. |
| 10/4/2013 | M. Dansky | 1.00 | Reviewed and commented on IP analysis prepared by potential allocation expert. |
| 10/4/2013 | B. Frizzell | 1.70 | Reviewed further and commented on document re: IP proceeds allocation. |
| 10/4/2013 | B. Frizzell | 2.20 | Reviewed and commented on potential allocation expert draft document re: IP proceeds allocation. |
| 10/5/2013 | M. Dansky | 1.00 | Continued reviewing and commenting on IP analysis prepared by potential allocation expert. |
| 10/7/2013 | B. Kullberg | 0.20 | Reviewed documents related to IP allocation. |
| 10/7/2013 | B. Frizzell | 0.60 | Performed follow-up analysis and review based on call re: IP proceeds allocation. |
| 10/7/2013 | B. Frizzell | 1.50 | Prepared for call with experts and counsel re: IP proceeds allocation. |
| 10/7/2013 | B. Frizzell | 2.00 | Participated in call with experts and counsel re: IP proceeds allocation. |
| 10/7/2013 | B. Kullberg | 2.90 | Reviewed documents related to IP allocation. |
| 10/8/2013 | B. Kullberg | 0.40 | Reviewed documents related to IP allocation. |
| 10/8/2013 | B. Frizzell | 2.70 | Researched and analyzed points re: IP proceeds allocation. |
| 10/8/2013 | J. Hyland | 2.80 | Analyzed IP allocation approaches. |
| 10/9/2013 | M. Dansky | 0.60 | Reviewed and commented on analysis prepared by potential IP allocation expert. |
| 10/10/2013 | B. Frizzell | 1.40 | Continued research and document review on issues re: IP proceeds allocation. |
| 10/10/2013 | B. Frizzell | 2.90 | Researched issues re: IP proceeds allocation. |
| 10/10/2013 | B. Frizzell | 2.90 | Continued research on issues re: IP proceeds allocation. |
| 10/14/2013 | B. Kullberg | 0.30 | Reviewed documents related to IP allocation. |
| 10/16/2013 | B. Kullberg | 0.30 | Reviewed documents related to IP allocation. |
| 10/16/2013 | B. Frizzell | 2.80 | Researched methodology re: IP sale proceeds allocation. |
| 10/17/2013 | M. Dansky | 1.00 | Reviewed and commented on analysis prepared by potential IP allocation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/17/2013 | B. Frizzell | 1.20 | Researched approach re: IP proceeds allocation. |
| 10/17/2013 | J. Hyland | 2.60 | Reviewed IP Co model. |
| 10/18/2013 | B. Frizzell | 2.40 | Continued review of documents re: IP proceeds allocation. |
| 10/18/2013 | B. Frizzell | 2.90 | Reviewed documents re: IP proceeds allocation. |
| 10/21/2013 | B. Frizzell | 1.40 | Continued review of documents re: IP proceeds allocation. |
| 10/21/2013 | B. Frizzell | 2.20 | Reviewed documents re: IP proceeds allocation. |
| 10/21/2013 | J. Hyland | 2.70 | Continued analyzing IPCo model assumptions. |
| 10/21/2013 | J. Hyland | 2.90 | Analyzed IPCo model assumptions. |
| 10/22/2013 | B. Frizzell | 1.90 | Researched issues re: IP proceeds allocation. |
| 10/22/2013 | B. Frizzell | 2.60 | Continued to review documents re: IP proceeds allocation. |
| 10/22/2013 | B. Frizzell | 2.90 | Reviewed documents re: IP proceeds allocation. |
| 10/23/2013 | J. Schad | 0.60 | Reviewed documents related to the valuation of Debtors' intellectual property. |
| 10/23/2013 | B. Frizzell | 1.30 | Reviewed documents re: IP proceeds allocation. |
| 10/24/2013 | B. Kullberg | 0.50 | Participated in call with counsel regarding IP allocation. |
| 10/24/2013 | B. Frizzell | 0.80 | Reviewed documents re: IP proceeds allocation. |
| 10/24/2013 | J. Schad | 1.40 | Reviewed geographic allocation of intellectual property proceeds. |
| 10/25/2013 | B. Frizzell | 0.60 | Reviewed documents re: IP proceeds allocation. |
| 10/25/2013 | J. Schad | 0.80 | Prepared written overview of geographic allocation of intellectual property proceeds. |
| 10/28/2013 | B. Frizzell | 0.30 | Prepared data analysis re: IP proceeds allocation. |
| 10/28/2013 | J. Hyland | 1.60 | Reviewed updated IP model summary. |
| 10/29/2013 | B. Frizzell | 0.20 | Prepared data analysis re: IP proceeds allocation. |
| 10/29/2013 | J. Schad | 0.80 | Revised written overview of geographic allocation of intellectual property proceeds. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/30/2013 | J. Schad | 2.10 | Reviewed and analyzed intellectual property valuation model to answer questions regarding source data. |
| 10/31/2013 | B. Kullberg | 1.20 | Participated in call with counsel regarding IP allocation. |
| Subtotal | | 76.00 | |
| **Total Hours** | | **763.50** | |