# **<u>Exhibit D</u>**

**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10/1/2013 through 10/31/2013**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Auto Rental/Taxi** | | | |
| 10/3/2013 | J. Hyland | Taxi from NY office to LGA during NY trip. | $88.47 |
| **Subtotal - Auto Rental/Taxi** | | | **$88.47** |
| **Research** | | | |
| 10/10/2013 | CAG Direct | Research charge for data service. | $18.20 |
| 10/23/2013 | N. Haslun | Purchase of Nortel subsidiary historical financial statements. | $9.72 |
| **Subtotal - Research** | | | **$27.92** |
| **Telecom** | | | |
| 10/7/2013 | CAG Direct | Conference calls charge. | $4.11 |
| 10/18/2013 | J. Hyland | Telephone call to Canada. | $0.98 |
| **Subtotal - Telecom** | | | **$5.09** |
| **For the Period 10/1/2013 through 10/31/2013** | | | $121.48 |