## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | x | **Hearing Date: TBD** |

### SUMMARY OF EIGHTH QUARTERLY AND FINAL FEE APPLICATION OF TOGUT, SEGAL & SEGAL, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE QUARTERLY FEE PERIOD: JULY 1, 2013 THROUGH AUGUST 31, 2013;  AND THE FINAL PERIOD: FROM AUGUST 22, 2011 THROUGH AUGUST 31, 2013

| | |
|---|---|
| **Name of Applicant:** | **TOGUT, SEGAL & SEGAL LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Retired Employees |
| Date of Retention: | September 20, 2011 *nunc pro tunc* to August 22, 2011 |
| Quarterly Period for Which Compensation and Reimbursement is Sought: | July 1, 2013 through August 31, 2013 |
| Quarterly Amount of Compensation Sought as Actual, Reasonable and Necessary: | $13,482.00 |
| Quarterly Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $188.95 |
| Final Period for Which Compensation and Reimbursement is Sought: | August 22, 2010 through August 31, 2013 |
| Final Amount of Compensation Sought as Actual, Reasonable and Necessary: | $4,774,833.50 |
| Final Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $86,599.94 |

This is an:__ interim / and a ___X___ final application

This application includes 6.1 hours with a value of $2,193.50 incurred in connection with the preparation of Monthly Fee Applications.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Nortel Networks Inc., *et al.*, Debtors
Chapter 11 Case No. 09-10138 (KJC)

## TOGUT, SEGAL & SEGAL LLP'S MATTER SUMMARY REPORT

| NORTEL-FINAL FEE APPLICATION SUMMARY BY MATTER FOR ALL FEE PERIODS (AUGUST 22, 2011 THROUGH JULY 31, 2013) | | |
|---|---|---|
| **Matter** | **Total Hours Billed** | **Amount Billed** |
| Case Status/Strategy | 386.0 | $175,250.50 |
| Fee Application/Fee Statements | 96.1 | $68,994.00 |
| Retention of Professionals | 137.0 | $429,762.50 |
| Retiree Benefits | 6,517.7 | $2,859,566.00 |
| Retiree Committee Matters | 2,122.4 | $1,134,267.50 |
| LTD Settlement/ICF | 110.6 | $33,486.00 |
| Financial Issues | .8 | $572.00 |
| **GRAND TOTAL:** | **9,370.6** | **$4,774,833.50** |

| SUMMARY BY MATTER BY FEE PERIOD | | |
|---|---|---|
| **First Interim Fee Period (August 22, 2011 - October 31, 2011)** | | |
| **Matter** | **Total Hours** | **Amount Billed** |
| Case Status/Strategy | 319.0 | $175,250.50 |
| Fee Application/Fee Statements | 9.2 | $3,895.00 |
| Retention of Professionals | 116.6 | $73,915.00 |
| Retiree Benefits | 702.0 | $327,200.50 |
| Retiree Committee Matters | 458.1 | $295,390.50 |
| **GRAND TOTAL:** | **1,604.9** | **$875,651.50** |
| **Second Interim Fee Period (November 1, 2011 - January 31, 2012)** | | |
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 38.1 | $16,611.00 |
| Retiree Benefits | 690.6 | $343,884.50 |
| Retiree Committee Matters | 158.3 | $98,157.50 |
| **GRAND TOTAL:** | **887.0** | **$458,653.00** |

| Third Interim Fee Period (February 1, 2012 - May 31, 2012) | | |
|---|---|---|
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 29.4 | $12,410.50 |
| Retiree Benefits | 1076.8 | $595,957.00 |
| Retiree Committee Matters | 210.7 | $136,917.00 |
| **GRAND TOTAL:** | **1,316.9** | **$745,284.50[1]** |

| Fourth Interim Fee Period (June 1, 2012 - August 31, 2012) | | |
|---|---|---|
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 19.3 | $8,295.50 |
| Retention of Professionals | 5.5 | $2,587.50 |
| Retiree Benefits | 1,414.7 | $736,765.50 |
| Retiree Committee Matters | 173.1 | $113,956.50 |
| **GRAND TOTAL:** | **1,612.6** | **$861,605.00** |

| Fifth Interim Fee Period (September 1, 2012 - December 31, 2012) | | |
|---|---|---|
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 29.6 | $13,480.00 |
| Retention of Professionals | 11.3 | $6,702.50 |
| Retiree Benefits | 1,079.1 | $507,248.50 |
| Retiree Committee Matters | 352.1 | $234,820.50 |
| **GRAND TOTAL:** | **1,472.1** | **$762,251.50** |

| Sixth Interim Fee Period (January 1, 2013 - March 31, 2013) | | |
|---|---|---|
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 28.9 | $11,116.00 |
| Financial Issues (Non-Tax) | 0.8 | $572.00 |
| Retention of Professionals | 3.6 | $2,673.00 |
| Retiree Benefits | 1,267.5 | $482,289.50 |
| Retiree Committee Matters | 560.8 | $308,408.50 |
| **GRAND TOTAL:** | **1,861.6** | **$805,059.00** |

---

[1] Subject to a final approval by the Fee Examiner, the Togut Firm agrees to a reduction in fees sought during the Third Interim Fee Period in the amount of $52.

| Seventh Interim Fee Period (April 1, 2013 - June 30, 2013) | | |
|---|---|---|
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 2.5 | $992.50 |
| Retiree Benefits | 287.0 | $111,947.50 |
| Retiree Committee Matters | 62.4 | $33,486.00 |
| LTD Settlement/ICF | 228 | $106,421.00 |
| **GRAND TOTAL:** | **579.9** | **$252,847.00** |

| Eighth Interim Fee Period (July 1, 2013 – August 31, 2013)[2] | | |
|---|---|---|
| **Matter** | **Total Hours** | **Amount Billed** |
| Fee Application/Fee Statements | 6.1 | $2,193.50 |
| LTD Settlement/ICF | 29.5 | $11,288.50 |
| **GRAND TOTAL:** | **35.6** | **13,482.00** |

## PRIOR APPLICATIONS

| Fee App # | Date Filed Docket No. | Period Covered | Fees Awarded | Expenses Awarded | Date /Docket No. Approval Order |
|---|---|---|---|---|---|
| 1 | 1/27/12 #7139 | 8/22/11-10/31/11 | $875,651.50 | $4,677.21 | 3/21/2012 DKT#7421 |
| 2 | 5/23/12 #7678 | 11/1/11-1/31/12 | $458,653.00 | $2,986.64 | 6/21/2012 DKT #7889 |
| 3 | 8/27/12 $8330 | 2/1/12-5/31/12 | $745,284.50 | $7,926.44 | 9/19/2012 DKT #8524 |
| 4 | 11/21/12 #8984 | 6/1/12-8/31/12 | $861,605.00 | $13,669.73 | 12/17/12 DKT#9133 |
| 5 | 2/28/13 #9533 | 9/1/12-12/31/12 | $762,251.50 | $11,811.99 | 3/26/13 DKT#9787 |
| 6 | 6/4/13 #10746 | 1/1/13-3/31/13 | $805,059.00 | $40,836.38 | 6/25/13 DKT #11027 |
| 7 | TBF TBF | 4/1/12-6/30/13 | $252,847.00 | $4,511.60 | TBD |
| | Totals: | | $4,761,351.50 | $86,419.99 | |

[2] Subject to approval by Fee Examiner.

**EIGHTH INTERIM & FINAL FEE PERIOD**

**(July 1, 2013 through August 31, 2013)**

| Name of Professional Person | Position of the Applicant | Year Admitted | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Neil Berger | Partner | 1986 | $805 | 1.4 | $1,127.00 |
| Stephanie Skelly | Associate | 2002 | $520 | 29 | $10,875.00 |
| Dawn Person | Paralegal | N/A | $295 | 4.8 | $1,416.00 |
| Caitlin Stachon | Paralegal | N/A | $160 | .4 | $64.00 |
| **GRAND TOTALS:** | | | | **35.6** | **$13,482.00** |
| **Blended Rate:** | | | **$378.70** | | |

**EXPENSE SUMMARY**

**(For the period July 1, 2013 through August 31, 2013)**

| Expense Category | Total Expenses |
|---|---|
| Photocopies | $131.70 |
| Telephone | $15.70 |
| Overnight Courier | $18.26 |
| Postage | $1.92 |
| **TOTAL DISBURSEMENTS:** | **$188.95** |

## EXPENSE SUMMARY FOR ALL FEE PERIODS

### (For the period August 22, 2011 through August 31, 2013)

| Expense Category | Total Expenses |
|---|---:|
| Court Fees | $30.00 |
| Facsimile | $18.31 |
| Lodging | $4,010.84 |
| Meals | $9,682.19[3] |
| Messenger | $11.12 |
| Miscellaneous | $24,159.30 |
| Online Research | $202.52 |
| Overnight Courier | $666.47 |
| Postage | $27.68 |
| Photocopies | $12,748.20 |
| Telephone | $6,687.30 |
| Travel Airfare | $6,759.53 |
| Travel Ground | $21,407.53 |
| **TOTAL DISBURSEMENTS:** | **$86,599.94[4]** |

---

[3] Includes meals for Retiree Committee during Official Retiree Committee meetings.

[4] Subsequent to filing its monthly statements, the Togut Firm identified an error in the addition of the total expenses sought during the sixth interim monthly fee period in the amount of $9, and agrees to reduce its request by $9.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | x | **Hearing Date: TBD** |

**EIGHTH QUARTERLY AND FINAL FEE APPLICATION OF
TOGUT, SEGAL & SEGAL, LLP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM
JULY 1, 2013 THROUGH AUGUST 31, 2013 AND THE FINAL
PERIOD FROM AUGUST 22, 2011 THROUGH AUGUST 31, 2013**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Togut, Segal & Segal, LLP (hereinafter the

"Togut Firm") hereby moves this Court for reasonable compensation for professional

legal services rendered as counsel for the Official Committee of Retired Employees (the

"Retiree Committee"), in the above-captioned cases (collectively, the "Debtors"), in the

amount of $13,482 together with reimbursement for actual and necessary expenses

incurred in the amount of $188.95 for the quarterly period commencing July 1, 2013

through and including August 31, 2013 (the "Quarterly Fee Period"), and in the amount

of $4,774,833.50 together with reimbursement for actual and necessary expense incurred

in the amount of $86,599.94 for the final period commencing August 22, 2011 through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

and including August 31, 2013 (the "<u>Final Fee Period</u>").  In support of its Application, the Togut Firm respectfully represents as follows:

1.      The Togut Firm was retained to serve as counsel for the Official Committee of Retired Employees by Order of the Court dated September 20, 2011, *nunc pro tunc* to August 22, 2011 [Docket No. 6412] (the "Retention Order").  The Retention Order authorized the Togut Firm to be compensated on an hourly basis, and to be reimbursed for actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by the Togut Firm was performed for, or on behalf of, the Retiree Committee.

3.      The compensation sought by the Togut Firm during the Quarterly Fee Period and the Final Fee Period are billed at rates and in accordance with practices customarily employed by the Togut Firm and is, to the best of our belief, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11.

<u>**SUMMARY OF SERVICES RENDERED DURING THE QUARTERLY FEE PERIOD**</u>
**(JULY 1, 2013 THROUGH AUGUST 31, 2013)**

4.      Attached hereto as **<u>Exhibit A</u>** is a detailed statement of fees incurred during the Quarterly Fee Period showing the amount of $13,482 due for fees. **<u>Exhibit B</u>** is a detailed statement of expenses paid during the Quarterly Fee Period showing the amount of $188.95 due for reimbursement of expenses.

5.      The services rendered by the Togut Firm during the Quarterly Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and

paralegals whom rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

6.    During the period July 1, 2013 through August 31, 2013, the Togut Firm provided the following services on behalf of for the Official Committee of Retired Employees:

- Pursuant to the terms of the Approval Order, the fees and expenses incurred by the Togut Firm during the Eighth Interim period was in connection with the continued assistance and preparation of Individual Claim Forms for eligible participants under the Settlement Agreement.  Consequently, the quarterly statement includes the additional time charges and expenses incurred by the Togut Firm in connection with the preparation of final Individual Claim Forms.

## DISBURSEMENTS DURING THE QUARTERLY FEE PERIOD

7.    The Togut Firm has incurred out-of-pocket disbursements during the Quarterly Fee Period in the amount of $188.95.  This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs.  A complete review by category of the expenses incurred for the Quarterly Fee Period may be found in the attachments hereto

as Exhibit B.  To the extent such itemization is insufficient to satisfy the requirements of

Del. Bankr. LR 2016-2(e)(ii), the Togut Firm respectfully requests that the Court waive

strict compliance with such rule.

        8.      Pursuant to Local Rule 2016-2, the Togut Firm charges $.10 per

page for photocopying expenses.  For facsimiles, the Togut Firm excludes charges for

incoming facsimile transmissions, and includes charges for long distance outgoing

facsimiles, not to exceed the $1.00 per page maximum (there are no local fax charges

included in the Togut Firm's disbursements).  These charges are intended to cover the

Togut Firm's direct operating costs for photocopying and facsimile facilities, which

costs are not incorporated into the Togut Firm's hourly billing rates.  Only clients who

actually use photocopying, facsimile, and other office services of the types set forth in

Exhibit B are separately charged for such service.  The effect of including such expenses

as part of the hourly billing rates would impose that cost upon clients who do not

require extensive photocopying, facsimile, and document production facilities and

services.  The amount of the standard photocopying and facsimile charge is intended to

allow the Togut Firm to cover the related expenses of its photocopying and telecopying

service.  A determination of the actual expenses per page for photocopying and

telecopying, however, is dependent on both the volume of copies and the total expenses

attributable to photocopying and telecopying on an annual basis.

        9.      Consistent with firm policy, attorneys and other employees of the

Togut Firm who worked late into the evenings were reimbursed for their reasonable

meal costs and their cost for transportation home.  The Togut Firm's regular practice is

not to include components for those charges in overhead when establishing billing rates and to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the rendition of services. In addition, due to the nature of the Debtor's cases, same day and overnight delivery of documents and other materials may have been required as a result of deadlines and/or emergencies necessitating the use of such express services. These disbursements are not included in the Togut Firm's overhead for the purpose of setting billing rates. The Togut Firm has made every effort to minimize its disbursements in these Chapter 11 cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable and justified under the circumstances to serve the needs of the Retiree Committee.

10.     None of the travel-related expenses, if any, of the Togut Firm's attorneys included herein were for first-class airfare, luxury accommodations, or deluxe meals.

### VALUATION OF SERVICES FOR THE QUARTERLY FEE PERIOD

11.     Attorneys and paraprofessionals of the Togut Firm have expended a total of 35.6 hours in connection with this matter during the Quarterly Fee Period.

12.     The amount of time spent by each of these persons providing services to the Retiree Committee for the Quarterly Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are the Togut Firm's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by the Togut Firm for the Quarterly Fee Period as counsel for the Retiree Committee in these cases under Chapter 11 is $13,482.

13.     The Togut Firm believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

14.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

15.     This Application covers the Quarterly Fee Period from July 1, 2013 through and including August 31, 2013.

## FINAL FEE PERIOD

16.     This Application also covers the Final Fee Period of August 22, 2011 through and including August 31, 2013.  During the Final Fee Period, the Togut Firm performed necessary services and incurred out-of-pocket disbursements in connection with its representation of the Retiree Committee.  As set forth in prior monthly applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, (e) the costs of comparable services other than in a case under this title and (f) the results achieved.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the Retiree Committee.

WHEREFORE, the Togut Firm requests that allowance be made to it in the sum of $13,482 as compensation for necessary professional services rendered to the Retiree Committee for the Quarterly Fee Period, and the sum of $188.95 for reimbursement of actual necessary costs and expenses incurred during that Quarterly Fee period, and final allowance be made to it in the sum of $4,774,833.50 as compensation for necessary professional services rendered to the Retiree Committee for the Final Fee Period, and the sum of $86,599.94 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  Wilmington, Delaware
            November 27, 2013

**MCCARTER & ENGLISH, LLP**

*/s/ William F. Taylor*
William F. Taylor, Jr. (Del. No. 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6313
Email:  wtaylor@mcarter.com

- and -

**TOGUT, SEGAL & SEGAL LLP**

Albert Togut (*Pro Hac Vice Admission*)
Neil Berger (*Pro Hac Vice Admission*)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Email:  altogut@teamtogut.com
Email:  neilberger@teamtogut.com

*Counsel to the Official Committee
of Retired Employees*