<u>VERIFICATION</u>

STATE OF NEW YORK      )
                       )      SS:
COUNTY OF NEW YORK )

      Neil Berger, Esquire, after being duly sworn according to law, deposes and says:

      1.     I am admitted to practice in the State of New York and I am a member of the law firm of Togut, Segal & Segal LLP (the "Togut Firm"), which maintains an office at One Penn Plaza, Suite 3335, New York, New York 10119.

      2.     I have personally performed many of the legal services rendered by the Togut Firm as counsel for Official Committee of Retired Employees and am familiar with all other work performed by the lawyers and paraprofessionals employed by the Togut Firm in such capacity.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

/s/Neil Berger
NEIL BERGER

SWORN TO AND SUBSCRIBED before me
this 27th day of November, 2013

/s/Cynthia Juliano