EXHIBIT A

Nortel Networks Section 1114  
8/1/2013...8/31/2013

**Togut, Segal & Segal LLP**  
**Summary Report**

*11/26/2013*  
*1:52:45 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| cstachon | Caitlin Stachon | 0.4 | 64.00 |
| dperson | Dawn Person | 4.8 | 1,416.00 |
| nberger | Neil Berger | 1.4 | 1,127.00 |
| sskelly | Stephanie Skelly | 29.0 | 10,875.00 |
| | Grand Total: | 35.6 | 13,482.00 |

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114  
8/1/2013...8/31/2013

*11/26/2013*  
*2:00:53 PM*

| ID Name/Description | Slip Hours | Slip Amount |
|---|---:|---:|
| Fee Application/Fee Statements | 6.1 | 2,193.50 |
| LTD/ICF | 29.5 | 11,288.50 |
| **Grand Total:** | **35.6** | **13,482.00** |

1

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP<br>Client Billing Report | | | 11/26/2013<br>1:54:17 PM |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: Fee Application/Fee Statements** | | | |
| 8/1/13 | nberger / Review Docs.<br>Fee Application/Fee Statements | T | 0.1<br>805.00 | 80.50<br>Billable |
| #299240 | Review CNO for TSS May monthly statement. | | | |
| 8/6/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #306152 | Communications with J. Schierbaum re: CNO for 21st Monthly App. | | | |
| 8/8/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>295.00 | 88.50<br>Billable |
| #306184 | Emails with J. Schierbaum, K. Buck and Annie Cordo re: ETA for Fee Examiner preliminary reports. | | | |
| 8/8/13 | dperson / Draft Documents<br>Fee Application/Fee Statements | T | 0.6<br>295.00 | 177.00<br>Billable |
| #306186 | Draft June fee statement and exhibits. | | | |
| 8/9/13 | nberger / Draft Documents<br>Fee Application/Fee Statements | T | 0.5<br>805.00 | 402.50<br>Billable |
| #301844 | Work on TSS June ICF monthly statement (.4); O/c w/ DP re same (.1). | | | |
| 8/9/13 | dperson / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.1<br>295.00 | 29.50<br>Billable |
| #306191 | OC with NB re: comments to June ICF Statement. | | | |
| 8/9/13 | dperson / Revise Docs.<br>Fee Application/Fee Statements | T | 0.4<br>295.00 | 118.00<br>Billable |
| #306192 | Revised and finalized June ICF Statement for submission and filing. | | | |

Page: 1

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP** <br> **Client Billing Report** | | | *11/26/2013* <br> *1:54:17 PM* |
|---|---|---|---|---|

| Date <br> Slip Number | | T/E | Hours <br> Rate | Slip Amount <br> Billing Status |
|---|---|---|---|---|
| 8/12/13 | dperson / Revise Docs. <br> Fee Application/Fee Statements | T | 0.3 <br> 295.00 | 88.50 <br> Billable |
| #302144 | Revised draft fee application and exhibits for 7th quarterly fee period. | | | |
| 8/12/13 | dperson / Prep Filing/Svc <br> Fee Application/Fee Statements | T | 0.3 <br> 295.00 | 88.50 <br> Billable |
| #302153 | Prepared and submitted June 2013 Monthly statement to M&E for filing. | | | |
| 8/16/13 | dperson / Comm. Profes. <br> Fee Application/Fee Statements | T | 0.2 <br> 295.00 | 59.00 <br> Billable |
| #306668 | Communications with KCC re: Service issues relating to 23rd Interim Monthly Statements. | | | |
| 8/19/13 | dperson / Prep Filing/Svc <br> Fee Application/Fee Statements | T | 1.3 <br> 295.00 | 383.50 <br> Billable |
| #306679 | Prepared data files, monthly statements, and expense documentation for Fee Examiner for the period June through July 2013. | | | |
| 8/19/13 | dperson / Comm. Profes. <br> Fee Application/Fee Statements | T | 0.3 <br> 295.00 | 88.50 <br> Billable |
| #306680 | Communications with J. Schierbaum re: timing for fee examiners reports. | | | |
| 8/19/13 | sskelly / Review Docs. <br> Fee Application/Fee Statements | T | 0.4 <br> 375.00 | 150.00 <br> Billable |
| #306803 | Review fee app in response to inquiry from R. Mizak and email to R. Mizak re same. | | | |
| 8/20/13 | sskelly / OC/TC strategy <br> Fee Application/Fee Statements | T | 0.3 <br> 375.00 | 112.50 <br> Billable |
| #306835 | O/c with DP re preparation of final fee applications (.1), o/c with NB re same (.1) and memo to R. Mizak re same (.1). | | | |

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | *11/26/2013*<br>*1:54:17 PM* |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/23/13 | sskelly / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>375.00 | 112.50<br>Billable |
| #304559 | Email to K. Buck re fee examiner email (.1), review and send email to M. Daniele, NB and DP re same (.2). | | | |
| 8/24/13 | sskelly / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.1<br>375.00 | 37.50<br>Billable |
| #304563 | Email to M. Daniele re status of fee examiner report. | | | |
| 8/27/13 | dperson / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #306777 | Finalized and prepared for filing and service of Seventh Quarterly Fee Application for the period April 1, 2013 through June 30, 2013. | | | |
| 8/29/13 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>295.00 | 59.00<br>Billable |
| #305463 | Communications with M&E and KCC re: filing and service of 7th Interim Quarterly statement for filing. | | | |
| | Matter Total: | | 6.10 | 2,193.50 |

### Matter: LTD/ICF

| 7/5/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
|---|---|---|---|---|
| #293522 | Memo to NB re G Donahee address (.2) and email to M Morton re M. Mand revised ICF form (.4), memo to NB re letter filed on docket concerning disability and review of same (.3). | | | |
| 7/8/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #293528 | Email to P. Rykwalder re C. Corn settlement and questions Re: ICF (.1), email to P Rykwalder re retirees with zero account balances for ICFs and following up (.2) and call from G. Olinyk re materials received (.2). | | | |

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | 11/26/2013<br>1:54:17 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/8/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #293530 | Email to K. Wagner re original ICF form sent to C. Gundecha per inquiry from same regarding numbers in final form. | | | |
| 7/8/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #293531 | Review issues with M. Mand, S. Sykes and O. Frey final ICF forms and email to M. Morton and A. Shapiro re same (.4), email to P. Rykwalder re O. Frey inquiry (.1). | | | |
| 7/8/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #293538 | Email to M. Fleming re inquiry from B. Terry (.1), email to T. Davis re same (.2), memo to P. Rykwalder re inquiry from A. Ramahi (.1). | | | |
| 7/8/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #293541 | T/c with C. Gundencha re final ICF (.2), t/c with A. Shapiro re M. Mand ICF (.1), review of Mand, Amoss, Caffry, Fitzgerald claim issues and settlements to verify ICF forms (.5). | | | |
| 7/8/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #293545 | Email to P. Rykwalder re call from E. McCoy Re: ICF (.1), memo to MDH re M. Mand settlement and review of email from A. Shapiro re medical amounts re same (.3). | | | |
| 7/8/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #293551 | Review G. Drummer ICF form and t/c to S. Sykes re question re years of service. | | | |
| 7/9/13 | nberger / Correspondence<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #293415 | Email w/ N. Pernich and SS re final ICF issues w/ M. Mand. | | | |

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | *11/26/2013*<br>*1:54:17 PM* |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/9/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 1.2<br>375.00 | 450.00<br>Billable |
| #293931 | O/c with NB re status of revisions to ICF forms (.2), t/c with M. Ressner re incorrect ICF form for D. Grant (.1), t/c to W. Taylor re billing issues (.1), t/c with M. Morton and A. Shapiro re revised individual claim forms needed for M. Mand and D. Grant (.2), review letter docketed from R. Elias requesting permission to join retiree settlement and memo to NB re same (.4), review order re R. Elias letter and memo to NB re same (.2). | | | |
| 7/9/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.7<br>375.00 | 262.50<br>Billable |
| #293932 | Emails to K. Wagner re revised ICF form for M. Mand (.2), o/c with NB re R. Elias request and review of files re letter requesting relief by L. Uphold (.4), review emails from L. Schweitzer and R. Zhallradin re same (.1). | | | |
| 7/10/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #293940 | Review email from K. Murray re inquiry from C. Davies re expunged claim and review of claim form and email to M. Fleming re same. | | | |
| 7/10/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #293941 | T/c's with A. Butts and email to M. Fleming re information re benefits for ICF form (.4), email to M. Ressner and NB re D. Grant and revised ICF form (.2), t/c with P. Rykwalder re eligibility issues and revised ICF forms (.1), email to T. Davis and P. Rykwalder re same (.1), t/c to J. Stone, LTDer with question re settlement (.1). | | | |
| 7/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.1<br>375.00 | 412.50<br>Billable |
| #293942 | Email to N. Pernick re revised individual claim form for M. Mand (.3), email to K. Wagner re same (.2) and o/c with NB re same (.1), t/c with P. Rykwalder, T. Davis re revised ICF forms (.4), follow up email to committee members (.1). | | | |

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP<br>Client Billing Report | | | 11/26/2013<br>1:54:17 PM |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/10/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #293943 | Email to M. Morton and A. Shapiro re revised ICF form for M. Mand, deceased retirees and procedure for further revisions to ICF forms. | | | |
| 7/11/13 | sskelly / Comm. Client<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #295788 | Email to J. Zalokar re reason for revised ICF forms. | | | |
| 7/11/13 | sskelly / Comm. Client<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #295791 | Email to committee re R. Elias request to withdraw from settlement and effect on ICFs(.4), email to M. Fleming re M. Hacker and retiree benefits per question re ICF form (.2), email to P. Rykwalder re same (.2), email to N. Pernick re M. Mand revised ICF form (.1). | | | |
| 7/11/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #295794 | Review emails and data files from A. Shapiro re revised ICF forms. | | | |
| 7/12/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #295801 | Email to P. Rykwalder re voicemail from retiree Re: ICF (.1), t/c with A. Shapiro re revised ICF Forms for D. Grant and others (.2). | | | |
| 7/12/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #295803 | Emails to K. Wagner, T. Davis, and M. Morton re revised ICF Forms for M. Mand and 6 individuals with medical claims (.4), review of data re same (.2) email to R. Puliam re M. Mand claim form (.3). | | | |

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | *11/26/2013*<br>*1:54:17 PM* |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/12/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.0<br>375.00 | 375.00<br>Billable |
| #295804 | Email to P. Rykwalder re P. Currie and inquiry re settlement (.2), email to A. Shapiro re same (.1), emails to R. Mizak, A. Shapiro and M. Morton re D. Blackmer and settlement calculation (.3), review of documentation re D. Blackmer claim (.3), memo to CS re correspondence with D. Blackmer (.1). | | | |
| 7/12/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #295806 | Emails with M. Daniele re revised ICF forms and settlement calculations. | | | |
| 7/15/13 | nberger / OC/TC strategy<br>LTD/ICF | T | 0.3<br>805.00 | 241.50<br>Billable |
| #294546 | Review LTD draft response to Elia letter and email w/ E. Sutty re same. | | | |
| 7/15/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #295174 | Review docs- Review email from M. Morton re P. Currie benefits per inquiry from P. Currie re ICF forms (.2), email to M. Fleming re P Currie (.2), email to M. Morton re revised ICF form for D. Blackmer (.2) and memo to MDH re same (.2), email to K. Wagner re affidavit of service (.1). | | | |
| 7/15/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #295175 | Review of LTD counsel's letter re R. Elias and O/C with NB re same and impact on ICFs (.4), email to CS re correspondence with R. Elias in preparation for hearing on election of benefits (.2). | | | |
| 7/15/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.7<br>375.00 | 262.50<br>Billable |
| #295176 | Email to J. Ford re retirees calling LTD Counsel with questions re revised ICF Forms (.2), draft letter to retirees re revised ICF forms with medical claims (.5). | | | |

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | *11/26/2013*<br>*1:54:17 PM* |
|---|---|---|---|---|
| **Date**<br>**Slip Number** | | **T/E** | **Hours**<br>**Rate** | **Slip Amount**<br>**Billing Status** |
| 7/15/13 | sskelly / Comm. Client<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #295178 | Email to committee re R. Elias request and LTD response and effect on ICF's. | | | |
| 7/15/13 | cstachon / Review Docs.<br>LTD/ICF | T | 0.4<br>160.00 | 64.00<br>Billable |
| #300488 | Reviewed internal records for all communications with retiree R. Elias (.3); responded to SAS's email re same (.1) | | | |
| 7/16/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 1.2<br>375.00 | 450.00<br>Billable |
| #295537 | Email to M. Fleming re t/c from C. Davies (.1), prepare for hearing re R. Elias election (.2), attend hearing re R. Elias election (.5), t/c with C. Davies re life insurance claim (.2), follow up email to J. Uziel and M. Fleming re same (.1), review Davies claim (.1). | | | |
| 7/16/13 | sskelly / Comm. Client<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #295538 | Email to committee members re hearing to consider R. Elias election. | | | |
| 7/16/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #295539 | Emails to K. Wagner re revised claim forms re incorrect medical claims. | | | |
| 7/16/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #295540 | Review revised ICF Forms re missing medical claims (.3), emails to K. Wagner re same (.3), email to R. Pulliam re revised retiree information (.2). | | | |

## Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114

11/26/2013
1:54:17 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/16/13 | sskelly / OC/TC strategy<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #295541 | T/c to T. Davis re info for surviving spouse (.1), email to M. Morton re settlement calculation question for revised ICF forms (.2), email to K. Wagner re service of revised ICF forms (.2), review of letters to accompany same (.2), email to N. Pernick re M. Mand revised ICF form (.1). | | | |
| 7/17/13 | nberger / Correspondence<br>LTD/ICF | T | 0.2<br>805.00 | 161.00<br>Billable |
| #295873 | Revise DP draft letter to fee examiner for LTD/ICF work. | | | |
| 7/17/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #296756 | T/c with S. Sykes re years of service on revised ICF Form (.2), email to P. Rykwalder re status of P. Currie and settlement (.2), review opinion re E. Loggins claims (.2), email to R. Pulliam re revisions to ICF form for D. Bowen (.2). | | | |
| 7/18/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.9<br>375.00 | 337.50<br>Billable |
| #297382 | Review files re revised ICF form for J. Yoakum (.4), email to J. Yoakum re same (.2), email to M. Morton and A. Shapiro re same (.3). | | | |
| 7/19/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #296488 | Emails with K. Wagner and P. Rykwalder re info for Betty Price and review of correspondence re same (.3), emails with T. Davis and R. Puliam re info needed for surviving spouses (.2). | | | |
| 7/22/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #296834 | Emails to M. Morton and A. Shapiro re settlement calculation for J. Yoakum for ICF. | | | |

Page: 9

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP<br>Client Billing Report | | | 11/26/2013<br>1:54:17 PM |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/22/13 | sskelly / Draft Documents<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #296836 | Draft motion terminating KCC's services. | | | |
| 7/22/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.1<br>375.00 | 37.50<br>Billable |
| #296839 | Email to J. Schierbaum re filing of affidavit of service for supplemental revised ICF forms. | | | |
| 7/24/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #297030 | Email to M. Morton re status of J. Yoakum revised ICF form (.2), follow up email to J. Yoakum re same (.2). | | | |
| 7/25/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #297389 | Review email from A. Shapiro re J. Yoakum settlement and review settlement agreement re same for prep of ICF. | | | |
| 7/25/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #297390 | Email to M. Fleming re missing information for J. Yoakum (.1), t/c to M. Morton re J. Yoakum settlement and need for ICF (.1). | | | |
| 7/25/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #297392 | Review revised calculations for J. Yoakum and email from A. Shapiro re same for Yoakum ICF. | | | |
| 7/26/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #297643 | Review email from A. Shapiro re revision to claim form for B. Haskell and email to A. Shapiro and P. Rykwalder re same. | | | |

Page: 10

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | *11/26/2013*<br>*1:54:17 PM* |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 7/26/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #297645 | Emails to K. Wagner re revised ICF form for J. Yoakum. | | | |
| 7/26/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.6<br>375.00 | 225.00<br>Billable |
| #297646 | Emails to K. Wagner and emails to T. Davis and R. Pulliam re revised ICF From for D. Blackmer and review of same (.5), o/c with NB re revised ICF form for J. Yoakum (.1). | | | |
| 7/29/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #298062 | Review revised ICF form for J. Yoakum for mailing (.2), email to P. Rykwalder, T. Davis, R. Pulliam re revised form for J. Yoakum (.3). | | | |
| 7/30/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #298873 | Emails to R. Pulliam re J. Yoakum revised ICF form and additional information required for retirees. | | | |
| 8/1/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.8<br>375.00 | 300.00<br>Billable |
| #300032 | Review inquiry from P. Rykwalder re T. Debtun (.1), memo to CS re same (.1), email to R. Mizak re same (.1), email to P. Rykwalder re same (.1), review email from P. Rykwalder re J. Gunter (.2), email to M. Fleming re same (.1), follow up email to P. Rykwalder re J. Gunter employee information (.1). | | | |
| 8/2/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #300038 | Email to K. Brown re LTD elections (.2), follow up email re COBRA participants (.1) , follow up email re skeleton staff (.1). | | | |

| Nortel Networks Section 1114 | **Togut, Segal & Segal LLP**<br>**Client Billing Report** | | | *11/26/2013*<br>*1:54:17 PM* |
|---|---|---|---|---|

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/2/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #300040 | Email to K. Brown re LTDers electing into settlement (.1), email to K. Wagner re ICF information request (.1). | | | |
| 8/7/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #301660 | Email to A. Shapiro re preparation of file for J. Gunter. | | | |
| 8/7/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.3<br>375.00 | 112.50<br>Billable |
| #301661 | Email to M. Morton and A. Shapiro re J Gunter life insurance election and revised ICF form (.2), follow up email to R. Ryan re same (.1). | | | |
| 8/8/13 | sskelly / Review Docs.<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #303864 | Review email from R. Ryan re J. Gunter information for revised ICF. | | | |
| 8/9/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.5<br>375.00 | 187.50<br>Billable |
| #303883 | T/c with K. Davies re claim for life insurance (.2) and review of email from M. Fleming re same (.1), emails to P. Rykwalder re revised ICF form for J. Gunter (.2). | | | |
| 8/11/13 | sskelly / Comm. Others<br>LTD/ICF | T | 0.2<br>375.00 | 75.00<br>Billable |
| #303884 | Emails to P. Rykwalder re J. Gunter information for revised ICF form. | | | |
| 8/15/13 | dperson / Prep Filing/Svc<br>LTD/ICF | T | 0.4<br>295.00 | 118.00<br>Billable |
| #303153 | Prepared Notice, Application and Exhibits; and coordinated filing and service of 23rd Monthly Statement. | | | |

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP<br>Client Billing Report | | | 11/26/2013<br>1:54:17 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/29/13 | sskelly / Comm. Profes.<br>LTD/ICF | T | 0.4<br>375.00 | 150.00<br>Billable |
| #306436 | Email to P. Rykwalder re inquiry from R. Dumas and review of census re same (.2) , memo to secretaries re forwarding callers to VEBA hotline (.2) | | | |

|  | Matter Total: | 29.50 | 11,288.50 |
|---|---|---|---|
|  | Total Time Bill: |  | 13,482.00 |
|  | Total Time Non Bill: |  |  |
|  | Total Costs Bill: |  |  |
|  | Total Costs Non Bill: |  |  |
|  | Total Non Billable: |  |  |
|  | Total Billable: |  | 13,482.00 |
|  | Grand Total: |  | 13,482.00 |