EXHIBIT "B"

Nortel Networks Section 1114
7/1/2013...8/31/2013

# Togut, Segal & Segal LLP
## Summary Report

*11/26/2013*
*2:07:21 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Overnight Couri | | 0.0 | 39.63 |
| Photocopies | | 0.0 | 131.70 |
| Postage | | 0.0 | 1.92 |
| Telephone | | 0.0 | 15.70 |
| | Grand Total: | 0.0 | 188.95 |

1

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | 11/26/2013 |
| --- | --- | --- |
| 7/1/2013...8/31/2013 | Client Billing Report | 2:09:38 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
| --- | --- | --- | --- | --- |
| | **Matter: General** | | | |
| 7/1/13 | atogut / Telephone<br>General | E | 0.0<br>6.04 | 6.04<br>Billable |
| #296595 | TS&S monthly telephone for July 2013. | | | |
| 7/1/13 | atogut / Photocopies<br>General | E | 0.0<br>123.70 | 123.70<br>Billable |
| #301429 | TS&S monthly photocopies for July 2013. | | | |
| 7/10/13 | sskelly / Telephone<br>General | E | 0.0<br>9.66 | 9.66<br>Billable |
| #296699 | Conference call held on 7/10/13 re LTD. | | | |
| 7/17/13 | dperson / Overnight Couri<br>General | E | 0.0<br>21.37 | 21.37<br>Billable |
| #296758 | FedEx to Judith Scarborough of Master, Sidlow, et al. --<br>Monthly Statements Fee Exam. | | | |
| 8/1/13 | atogut / Photocopies<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #306252 | TS&S monthly photocopies for August 2013. | | | |
| 8/1/13 | atogut / Postage<br>General | E | 0.0<br>1.92 | 1.92<br>Billable |
| #306452 | TS&S monthly postage for August 2013. | | | |
| 8/21/13 | dperson / Overnight Couri<br>General | E | 0.0<br>18.26 | 18.26<br>Billable |
| #305324 | FedEx to Judith Scarborough of Master, Sidlow &<br>Associates -- monthly fee statements. | | | |
| | Matter Total: | | 0.00 | 188.95 |

Nortel Networks Section 1114  
7/1/2013...8/31/2013

# Togut, Segal & Segal LLP
## Client Billing Report

*11/26/2013*  
*2:09:38 PM*

| Date / Slip Number | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|
| Total Time Bill: | | | |
| Total Time Non Bill: | | | |
| Total Costs Bill: | | | 188.95 |
| Total Costs Non Bill: | | | |
| Total Non Billable: | | | |
| Total Billable: | | | 188.95 |
| Grand Total: | | | 188.95 |