IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                                  :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                              :     Case No. 09-10138 (KG)
:
               Debtors.                                     :     Jointly Administered
:
:     **Hearing Date: TBD**
:
---------------------------------------------------------X

**TWELFTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2013 THROUGH OCTOBER 31, 2013**

In accordance with the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 11082) (the "Fee Examiner Order"), Torys LLP ("Torys") hereby submits its Twelfth Quarterly Fee Application Request (the "Request") for the period August 1, 2013 through and including October 31, 2013[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August [D.I. 11983], September [D.I. 12114], and October [D.I. 12511] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/22/13 [D.I. 11983] | 8/1/13 – 8/31/2013 | $515,744.50 | $11,214.69[3] | 11/13/13 [D.I. 12365] | $412,595.60 | $11,214.69 | $103,148.90 |
| 10/24/13 [D.I. 11212] | 9/1/13 – 9/30/13 | $639,314.00 | $24,309.76 | 11/15/13 [D.I. 12401] | $511,451.20 | $24,309.76 | $127,862.80 |
| 11/26/13 [D.I. 12511] | 10/1/13 – 10/31/13 | $746,605.50 | $29,606.81 | Pending | $597,284.40 | $29,606.81 | $149,321.10 |
| **TOTAL** | | **$1,901,664.00** | **$65,131.26** | | **$1,521,331.20** | **$65,131.26** | **$380,332.80** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

Simultaneously with the filing of this Application, Torys has followed the procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the Fee Examiner.

---

[3] The Twenty-Ninth Fee Application filed for the month of August inadvertently included duplicate entries for expenses in the amount of $44.97. The amount of Total Expenses Requested, Amount of Expenses Requested/ Allowed (100%) and Amount of Holdback Fees Sought for the August period has been reduced by $44.97.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: November 27, 2013
New York, New York

TORYS LLP

_/s/ Alison D. Bauer_
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas, 23rd Floor
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the
Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2013 through October 31, 2013

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy | $775.00 | 17.2 | $13,330.00 |
| Sheila R. Block | Partner/Litigation | $995.00 | 313.7 | $312,131.50 |
| Scott A. Bomhof | Partner/Bankruptcy | $875.00 | 387.3 | $338,887.50 |
| John Cameron | Partner/Corporate | $995.00 | 1.0 | $995.00 |
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 148.3 | $144,592.50 |
| Andrew Gray | Partner/Litigation | $775.00 | 241.6 | $187,240.00 |
| William Gray | Partner/Bankruptcy | $900.00 | 119.4 | $107,460.00 |
| Conor McCourt | Partner/Intellectual Property | $980.00 | 24.3 | $23,814.00 |
| Thomas Yeo | Counsel/Corporate | $775.00 | 0.90 | $697.50 |
| James Gotowiec | Associate/Litigation | $415.00 | 26.40 | $10,956.00 |
| Michael Pass | Associate/Corporate | $495.00 | 1.7 | $841.50 |
| Molly Reynolds | Associate/Litigation | $510.00 | 151.70 | $77,367.00 |
| Matthew Atkey | Associate/Corporate | $590.00 | 29.00 | $17,110.00 |
| Jaclyn Leader | Associate/Litigation | $650.00 | 160.00 | $104,000.00 |
| Adam Slavens | Associate/Bankruptcy | $640.00 | 327.40 | $209,536.00 |
| Maureen Blake | Senior Law Clerk | $415.00 | 117.30 | $48,679.50 |
| Rose Lombardi | Senior Law Clerk | $345.00 | 37.70 | $13,006.50 |
| Danielle Piché | Law Clerk | $345.00 | 3.50 | $1,207.50 |
| Clare Mauro | Librarian | $370.00 | 0.6 | $222.00 |
| Nicholas Watt | Librarian | $370.00 | 0.30 | $111.00 |
| Denna Smith | Paralegal | $270.00 | 10.30 | $2,781.00 |
| Nan Su | Paralegal | $270.00 | 65.80 | $17,766.00 |
| Kristina Milne | Corporate Searcher | $155.00 | 0.5 | $77.50 |
| Eliot Che | Law Student | $330.00 | 142.20 | $46,926.00 |
| Marissa Daniels | Law Student | $330.00 | 71.6 | $23,628.00 |
| Irfan Kara | Law Student | $330.00 | 117.70 | $38,841.00 |

4

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Nick Kennedy | Law Student | $330.00 | 86.90 | $28,677.00 |
| Jonathan Lee | Law Student | $330.00 | 90.90 | $29,997.00 |
| Sam Levitt | Law Student | $330.00 | 65.40 | $21,582.00 |
| Giancarlo Ruscio | Law Student | $330.00 | 90.70 | $29,931.00 |
| Brian Unger | Law Student | $330.00 | 148.70 | $49,071.00 |
| Tanya Szydlowski | Reference Technician | $155.00 | 1.3 | $201.50 |
| **Total** | | | 3,001.3 | $1,901,664.00 |
| **GRAND TOTAL:** | $1,901,664.00 | | | |
| **BLENDED RATE:** | $633.61 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2013 through October 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 4.1 | $3,997.50 |
| Fee and Employment Applications | 111.3 | $57,357.50 |
| Litigation | 2,472.4 | $1,524,341.50 |
| Analysis of Canadian Law | 166.8 | $130,010.00 |
| Intercompany Analysis | 33.1 | $29,790.00 |
| Canadian CCAA Proceedings/Matters | 195.6 | $143,768.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 16.2* | $10,744.00 |
| U.S. Proceedings/Matters | 1.8* | $1,655.00 |
| **TOTAL** | 3,001.3 | $1,901,664.0 |

\*   The chart of Compensation by Project Category set forth in Torys' Thirty-First Fee Application for the month of October incorrectly categorized 0.2 hours under "U.S. Proceedings/Matters" which should have been under "Canadian Sec. 18.6 Proceedings/Matters". The detailed Exhibit A attached to such October fee application was correct. Accordingly, this chart reflects the proper categorization and 0.2 hours of the time was reduced from "U.S. Proceedings/Matters" and included in "Canadian Sec. 18.6 Proceedings/Matters".

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

August 01, 2013 through October 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Library Costs | | $399.52 |
| Certified Copies | | $714.17 |
| Commission | Minister of Finance | $961.10 |
| Transcripts | Mary Baris, CSR | $102.90 |
| Motion | | $611.38 |
| Miscellaneous | | $246.54 |
| Copy Preparation | | $48.53 |
| Production Printing | | $3,770.09 |
| Duplicating/Printing | 190,418 pgs @ .10 per pg | $19,418.07 |
| Meals | | $680.29 |
| Taxi & Travel | | $13,388.83 |
| Process Server Filing | | $736.34 |
| Interpreter | Morningside | $1,098.52 |
| Binding Charges/Exhibit Tabs | | $371.98* |
| E-Discovery Consulting | | $3,195.28 |
| Courier | | $1,336.33 |
| Computer Research | Quicklaw / Westlaw | $13,120.26 |
| Data Management | | $4,044.74 |
| Telephone | Long Distance | $149.64 |
| Word Processing | | $111.75 |
| Secretarial Support | | $625.00 |
| **GRAND TOTAL EXPENSES** | | $65,131.26 |

* Amount reduced to comply with Local Rule 2016

7