.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |

## NOTICE OF NINETEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:             Official Committee of Unsecured Creditors

Date of Retention:                    March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:          August 1, 2013 through October 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $ 984,907.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $3,626.97

This is (a)n:  _X_  interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's August, September and October 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed<br>Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 10/24/2013<br>Docket No. 12112 | 8/1/13 to 8/31/13 | $164,476.00 | $0.00 | $131,580.80 | $0.00 | $32,895.20 |
| Date Filed: 11/27/2013<br>Docket No. TBD | 9/1/13 to 9/30/13 | $352,718.50 | $3,505.49 | Pending Obj. Deadline $282,174.80 | Pending Obj. Deadline $3,505.49 | $70,543.70 |
| Date Filed: 11/27/2013<br>Docket No. TBD | 10/1/13 to 10/31/13 | $467,713.00 | $121.48 | Pending Obj. Deadline $374,170.40 | Pending Obj. Deadline $121.48 | $93,542.60 |
| **TOTALS:** | | $984,907.50 | $3,626.97 | $787,926.00 | $3,626.97 | $196,981.50 |

Summary of any Objections to Fee Applications: None.

Dated: November 27, 2013
  New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

## CERTIFICATE OF SERVICE

I, Amanda R. Steele, do hereby certify that on November 27, 2013, a copy of the foregoing **Nineteenth Interim Fee Application Request of Capstone Advisory Group, LLC for the Period from August 1, 2013 through October 31, 2013** was served on the parties on the attached list and in the manner indicated thereon.

Amanda R. Steele (No. 5530)

RLF1 6789479v.1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**<u>SERVICE LIST</u>**

**<u>VIA HAND DELIVERY</u>**

*(Counsel for Debtors)*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**<u>VIA HAND DELIVERY AND E-MAIL</u>**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Mark.Kenney@usdoj.gov

**<u>VIA FIRST CLASS MAIL</u>**

*(Debtors)*
Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of
Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**<u>VIA FIRST CLASS MAIL AND E-MAIL</u>**

*(Fee Examiner)*
Judith Scarborough
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
E-mail: jscarborough@mastersidlow.com

RLF1 6789479v.1