IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>Nortel Networks Inc. et al.,[1] <br><br>      Debtors. | )   Chapter 11 <br> ) <br> )   Case No. 09-10138 (KG) <br> ) <br> )   (Jointly Administered) <br> ) <br> )   **Hearing Date: TBD** <br> ) |

## NOTICE OF NINETEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:          Dentons Canada LLP

Authorized to Provide
Professional Services to:        Official Committee of Unsecured Creditors

Date of Retention:          March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:      August 1, 2013 through October 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:    CDN. $483,712.00 Equivalent to USD $459,671.51[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   CDN. $14,145.22 Equivalent to USD $13,442.20[3]

This is (a)n: _X_ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Dentons Canada LLP's August, 2013, September, 2013 and October, 2013 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on November 26, 2013 was CDN. $1.00 : U.S. $0.9503

12343997_1|TORDOCS

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/24/13 Docket No. 12111 | 8/1/13 - 8/31/13 | $159,766.00 | $2,074.77 | $127,812.80 | $2,074.77 | $31,953.20 |
| Date Filed: 11/20/13 Docket No. 12456 | 9/1/13 - 9/30/13 | $166,583.00 | $1,502.58 | $133,266.40 Pending Obj. Deadline December 12, 2013 | $1,502.58 Pending Obj. Deadline December 12, 2013 | $33,316.60 |
| Date Filed: 11/26/13 Docket No. 12507 | 10/1/13 - 10/31/13 | $157,363.00 | $10,567.87 | $125,890.40 Pending Obj. Deadline December 18, 2013 | $10,567.87 Pending Obj. Deadline December 18, 2013 | $31,472.60 |
| **TOTALS:** | All amounts in CDN.$ | $483,712.00 | $14,145.22 | $386,969.60[4] | $14,145.22[5] | $96,742.40 |

Summary of any Objections to Fee Applications: None.

Dated: November 27, 2013
Toronto, Ontario

Michael J. Wunder
DENTONS CANADA LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

12343997_1|TORDOCS