# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2013 THROUGH OCTOBER 31, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roberts, Sandra I. | Paralegal | $ 200.00 | 35.60 | $ 7,120.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 1.00 | $ 200.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 3.60 | $ 810.00 |
| Densmore, Ian D. | Paralegal | $ 200.00 | 3.40 | $ 680.00 |
| Kinsella, Shelley A. | Shareholder | $ 420.00 | 12.20 | $ 5,124.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 7.30 | $ 4,453.00 |
| **Total:** | | | 63.10 | $ 18,387.00 |
| **Blended Rate:** | | $ 291.39 | | |