# EXHIBIT B

Task Billing Summary Page

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | |
|---|---|
| Case Administration | $ |
| Asset Disposition | $ |
| Meetings of and Comm. With Creditors | $ 720.00 |
| EG Retention | $ |
| Employment & Retention Application - Other | $ 654.00 |
| EG Fee Applications | $ 4,978.00 |
| EG Fee Objections | $ 210.00 |
| Fee Applications and Invoices -Other | $ 9,275.00 |
| Fee Objections - Others | $ 2,530.00 |
| Non-Working Travel | $ |
| Claims Administration and Objections | $ |
| Business Operations | $ |
| Employee Benefits/Pensions | $ |
| Tax Issues | $ |
| Plan and Disclosure Statement | $ |
| Financing/Cash Collections | $ |
| Court Hearings | $ 20.00 |
| Labor Issues | $ |
| Litigation | $ |
| Research | $ |
| **Total Fees** | **$18,387.00** |

**Elliott Greenleaf**

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
1105 North Market Street
Suite 1700

Wilmington DE 19801

November 27, 2013
Bill Number 25778
File Number 60351-001

FOR PROFESSIONAL SERVICES RENDERED

Re: In re Nortel 09-10138(KG)

LEGAL SERVICES

Through October 31, 2013

<u>Meetings of and Communications with Creditors</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/13 | SIC | [B150-] Prepare data regarding correspondence with LTD participants | 3.60 Hrs | |
| | | Totals | 3.60 Hrs | $720.00 |
| | | Meetings of and Communications with Creditors Totals | 3.60 Hrs | $720.00 |

<u>Employment & Retention Application Other</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/13 | IDD | [B165-] Revise joint motion to terminate employment of KCC per S. Kinsella (1.5); create blackline of motion (.2); circulate to counsel per S. Kinsella (.1) | 1.80 Hrs | |
| 10/08/13 | SAK | [B165-] Analyze and supplement Motion to Terminate KCC, Notice and proposed form of Order (.5); instructions to I. Densmore re revisions and e-mail exchange with N. Berger and R. Zahralddin re same (.2) | 0.70 Hrs | |
| | | Totals | 2.50 Hrs | $654.00 |
| | | Employment & Retention Application Other Totals | 2.50 Hrs | $654.00 |

<u>EG Fee Applications</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/13 | SAK | [B170-] Finalize A&M's 7th Quarterly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to S. Collazo re filing and service of same (.1) | 0.50 Hrs | |

Page 1

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 08/21/13 | RXZ | [B170-] Analyze and update exhibits to EG June fee application | 0.30 Hrs | |
| 08/28/13 | SAK | [B170-] Review revised Exhibit B for Elliott Greenleaf's June monthly fee application and instructions to S. Collazo re same | 0.40 Hrs | |
| 08/28/13 | SAK | [B170-] Review and revise Exhibit B for Elliott Greenleaf's July monthly fee application and instructions to S. Collazo re revisions to same | 0.30 Hrs | |
| 08/28/13 | SAK | [B170-] Finalize Elliott Greenleaf's 23rd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to S. Collazo re revisions, filing and service of same (.1) | 0.50 Hrs | |
| 08/28/13 | SAK | [B170-] Finalize Elliott Greenleaf's 24th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.3); instructions to S. Collazo re filing/service and supervise same (.1) | 0.40 Hrs | |
| 08/28/13 | SIC | [B170-] Preparation of EG Twenty Third Monthly Fee Application for S. Kinsella review | 1.30 Hrs | |
| 08/28/13 | SIC | [B170-] Preparation of EG Twenty Fourth Monthly Fee Application for S. Kinsella review | 1.20 Hrs | |
| 08/28/13 | SIC | [B170-] Preparation of Fee Examiner spreadsheet for June time | 0.30 Hrs | |
| 08/29/13 | SIC | [B170-] Preparation and filing of EG 24th Monthly Fee App (.4); assist A. Lyles to effectuate service of same (.3) | 0.70 Hrs | |
| 08/29/13 | SIC | [B170-] Prepare fees and expenses spreadsheet per Fee Examiner request (5.5); circulate to Fee Examiner and attorneys for review (.1) | 5.60 Hrs | |
| 08/29/13 | AXL | [B170-] Assist S. Collazo with Service of the 23rd and 24th EG Fee Application | 1.80 Hrs | |
| 08/30/13 | IDD | [B170-] Serve EG's 8th Quarterly Fee Application on 2002 service list | 1.60 Hrs | |
| 08/30/13 | SAK | [B170-] Finalize Elliott Greenleaf's 8th Quarterly Fee Application, Notice and Certificate of Service (.4); instructions to S. Collazo re revisions, filing and service (.1) | 0.50 Hrs | |
| 08/30/13 | SIC | [B170-] Preparation of EG 8th Quarterly Fee Application (1.5); filing (.1); preparation of service of same (.1) | 1.70 Hrs | |
| 09/04/13 | SIC | [B170-] Updates to Fee and Expenses Spreadsheets | 0.90 Hrs | |
| 09/06/13 | SAK | [B170-] Analyze e-mail from A. Cordo re Elliott Greenleaf June 2013 Monthly Fee Application and attachments re same | 0.20 Hrs | |
| 09/19/13 | SIC | [B170-] Preparation of Amended 23rd and 24th Fee Applications | 0.70 Hrs | |
| 10/03/13 | SIC | [B170-] Preparation of 25th Monthly Fee Application of EG | 0.60 Hrs | |
| 10/08/13 | SAK | [B170-] Telephone call to Debtors re consolidation of monthly fee application filings | 0.10 Hrs | |
| 10/17/13 | SAK | [B170-] Analyze Fee Examiner's preliminary report re Elliott Greenleaf fees and instructions from R. Zahralddin re same | 0.40 Hrs | |
| 10/18/13 | SAK | [B170-] E-mail from A. Cordo re fee examiner final report deadline and corresponding fee application hearing; instructions to paralegals re same | 0.20 Hrs | |
| | | Totals | 20.20 Hrs | $4,978.00 |
| | | EG Fee Applications Totals | 20.20 Hrs | $4,978.00 |

<u>Fee Objections EGS</u>

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/13 | SAK | [B171-] Conference with S. Collazo re rescheduled fee application hearing and instructions re same (.2); finalize Re-Notice of Morgan Maxwell's First Quarterly Fee Application (.1); finalize Re-Notice of A&M's 7th Quarterly Fee Application (.1); and finalize Re-Notice of Eighth of Quarterly Fee Application (.1) | 0.50 Hrs | |
| | | Totals | 0.50 Hrs | $210.00 |
| | | Fee Objections EGS Totals | 0.50 Hrs | $210.00 |

Fee Applications and Invoices - Other

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/01/13 | RXZ | [B175-] Analyze A&M 19th Monthly Fee statement to respond to questions by Committee Chair and committee members (.7); calls and e-mails with committee members re: same (.4) | 1.10 Hrs |
| 08/05/13 | JF1 | [B175-] Effectuate service for A&M monthly fee application | 1.00 Hrs |
| 08/05/13 | SIC | [B175-] Analyze email correspondence re: A&M 19th Monthly Fee Application | 0.20 Hrs |
| 08/05/13 | SIC | [B175-] Preparation of A&M 19th Monthly Fee Application (.6); filing (.2); effectuate service of same (1.0) | 1.80 Hrs |
| 08/05/13 | RXZ | [B175-] Finalize A&M Fee Application (.2); finalize AOS (.2) and related notice (.3); related emails with S. Collazo with instructions on filing (.2); supervise filing and service (.3) | 1.20 Hrs |
| 08/14/13 | AXL | [B175-] Assist S. Collazo with service of the A&M 7th Quarterly Fee Application | 0.50 Hrs |
| 08/14/13 | SIC | [B175-] Preparation of Notice and COS re: A&M Seventh Quarterly Fee Application (.8); filing (.1); effectuate service of same (1.1) | 2.00 Hrs |
| 08/20/13 | SAK | [B175-] Review Debtors' letter to Ms. Judith Scarborough re fee examiner order | 0.10 Hrs |
| 08/20/13 | SAK | [B175-] E-mail exchanges with R. Zahralddin and R. Mizak re filing of A&M's 20th monthly fee application | 0.10 Hrs |
| 08/20/13 | RXZ | [B175-] Analyze May Fee Application for A&M at request of committee members who are ill (.4); recommendation re: same (.2); e-mail to R. Mizak, S. Kinsella and S. Collazo re: approval (.1); instructions to S. Kinsella and S. Collazo re: filing (.1) | 0.80 Hrs |
| 08/21/13 | SAK | [B175-] Analyze e-mail from Debtors' counsel and fee examiner re fee order issues | 0.10 Hrs |
| 08/21/13 | SAK | [B175-] Finalize A&M's 20th Monthly Fee Application, Notice, multiple Exhibits, and Certificate of Service (.3); instructions to S. Collazo re revisions, filing and service of same (.1) | 0.40 Hrs |
| 08/21/13 | SIC | [B175-] Preparation of A&M 20th Monthly Fee Application (.6); filing (.1); effectuate service of same (.1) | 0.80 Hrs |
| 08/21/13 | AXL | [B175-] Assist S. Collazo with service of the A&M Fee Application | 1.30 Hrs |
| 08/22/13 | SAK | [B175-] Review telephone message from D. David re LTD Committee expense request; instructions to S. Collazo re same | 0.20 Hrs |
| 08/28/13 | SAK | [B175-] Instructions to S. Collazo re preparation of quarterly fee applications | 0.10 Hrs |
| 09/03/13 | SIC | [B175-] Preparation of Notice of A&M 21st Monthly Fee Application (.4); filing (.1); effectuate service of same (1.1) | 1.60 Hrs |

Page 3

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/03/13 | SIC | [B175-] Preparation of Notice of A&M 22nd Monthly Fee Application (.4); filing (.1); effectuate service of same (1.0) | 1.50 Hrs |
| 09/03/13 | SAK | [B175-] Finalize A&M's 21st Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); finalize A&M's 22nd Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.4); instructions to S. Collazo re filing and service of both (.1) | 0.90 Hrs |
| 09/03/13 | SAK | [B175-] Finalize A&M's 8th Quarterly Fee Application package (.3); instructions to S. Collazo re filing/service (.1) | 0.40 Hrs |
| 09/03/13 | SIC | [B175-] Preparation of A&M 8th Quarterly Fee Application (.4); filing (.1); effectuate service of same (1.0) | 1.50 Hrs |
| 09/06/13 | SIC | [B175-] Correspondence with B. Nassau regarding final fee applications | 0.20 Hrs |
| 09/09/13 | SAK | [B175-] E-mail exchanges with Debtors' counsel re KCC invoices (.2); instructions to S. Collazo re same (.1) | 0.30 Hrs |
| 09/09/13 | SIC | [B175-] Research regarding KCC invoices (1.2); correspondence with A. Cordo re: same (.1) | 1.30 Hrs |
| 09/16/13 | SAK | [B175-] Multiple e-mail exchanges with S. Collazo and Debtors' counsel re fee application issues; instructions to S. Collazo re same | 0.20 Hrs |
| 09/17/13 | SAK | [B175-] Analyze e-mail from A. Cordo re Elliott Greenleaf's fee application issues; instructions to S. Collazo re same | 0.20 Hrs |
| 09/18/13 | SIC | [B175-] Preparation and correspondence with Debtor regarding KCC invoices and spreadsheet re same | 1.60 Hrs |
| 09/19/13 | SAK | [B175-] Communications with KCC and Debtors' counsel re KCC overpayment by Debtors and Elliott Greenleaf | 0.30 Hrs |
| 09/19/13 | SAK | [B175-] Instructions to S. Collazo re KCC overpayment and analysis re same | 0.20 Hrs |
| 09/19/13 | SAK | [B175-] Instructions to S. Collazo re preparation and revision of chart outlining overpayments to KCC (.2); review revised chart (.1); e-mail exchanges with A. Cordo re same (.1) | 0.40 Hrs |
| 09/19/13 | SIC | [B175-] Preparation and correspondence with KCC regarding payments | 0.40 Hrs |
| 09/25/13 | SAK | [B175-] Communications with KCC and Debtors' counsel re overpayment issue | 0.20 Hrs |
| 09/26/13 | SAK | [B175-] E-mail exchanges with KCC re overpayment issue; e-mail to Debtors' counsel re same | 0.20 Hrs |
| 09/30/13 | SAK | [B175-] Communication with E. Gershbein re KCC repayment | 0.20 Hrs |
| 10/03/13 | RXZ | [B175-] Calls to and from R. Mizak re: fee examiner (.2) follow up with S. Kinsella and S. Collazo (.4) related call from R. Mizak (.1) | 0.70 Hrs |
| 10/03/13 | SIC | [B175-] Correspondence with R. Mizak re: fee applications | 0.20 Hrs |
| 10/10/13 | SAK | [B175-] Communications with A. Cordo re D. David's claim inquiries; follow up | 0.20 Hrs |
| 10/10/13 | RXZ | [B175-] Emails from Morris Nichols re: reimbursement of expenses for D. David and replies (.3) follow up with S. Kinsella (.2) | 0.50 Hrs |
| 10/17/13 | SAK | [B175-] Analyze memo re fee examiner payment procedures and comment from A. Cordo re same | 0.20 Hrs |
| 10/18/13 | SAK | [B175-] Telephone conference with D. David re Committee expense and related claim issues | 0.50 Hrs |
| 10/18/13 | RXZ | [B175-] Emails from A. Cordo re: preliminary reports from Fee Examiner (.2) calls and follow up re: EG report (.3) and A&M (.4) | 0.90 Hrs |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/13 | RXZ | [B175-] E-mails to and from I. Densmore, S. Kinsella and N. Berger and discussion related to formal termination of KCC services and related fees (.5) and analyze related record and status of changes (.5) | 1.00 Hrs | |
| | | Totals | 27.50 Hrs | $9,275.00 |
| | | Fee Applications and Invoices - Other Totals | 27.50 Hrs | $9,275.00 |

Fee Objections - Others

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/05/13 | RXZ | [B176-] Finalize CNO re A&M 17th Monthly Fee Application | 0.20 Hrs |
| 08/05/13 | SIC | [B176-] Preparation of CNO re A&M 17th Monthly Fee Application (.5); filing (.1); and circulate same to attorneys (.1) | 0.70 Hrs |
| 08/05/13 | SIC | [B176-] Preparation of CNO re A&M 6th Quarterly Fee Application (.5); filing (.1); and circulate same to attorneys (.1) | 0.70 Hrs |
| 08/05/13 | SIC | [B176-] Teleconference with W. Fugazy re: CNOs for A&M Fee Applications | 0.20 Hrs |
| 08/05/13 | RXZ | [B176-] Finalize CNO re A&M 6th Quarterly Fee Application | 0.20 Hrs |
| 08/20/13 | SAK | [B176-] Finalize Certificate of No Objection re A&M's 18th Monthly Fee Application | 0.10 Hrs |
| 08/20/13 | SIC | [B176-] Preparation of Certificate of No Objection re A&M 18th Monthly Fee Application (.4); filing of same (.1) | 0.50 Hrs |
| 08/27/13 | SIC | [B176-] Preparation of CNO re A&M 19th Monthly Fee Application | 0.40 Hrs |
| 09/03/13 | SAK | [B176-] Finalize A&M's 8th Quarterly Fee Application, Notice, multiple Exhibits and Certificate of Service (.3); instructions to S. Collazo re revisions, filing and service and supervise same (.1) | 0.40 Hrs |
| 10/03/13 | SAK | [B176-] Finalize Certificates of No Objection for A&M's 19th Monthly Fee Application (.2); 20th Monthly Fee Application (.2); 21st Monthly Fee Application (.2) and 22nd Monthly Fee Application (.2); instructions to S. Collazo re filing/service and confirming status with A&M re Fee Examiner's review (.2) | 1.00 Hrs |
| 10/03/13 | SIC | [B176-] Preparation of CNO re A&M 19th Monthly Fee App (.3); filing (.1); circulation of same (.1) | 0.50 Hrs |
| 10/03/13 | SIC | [B176-] Preparation of CNO re A&M 20th Monthly Fee App (.3); filing (.1); circulation of same (.1) | 0.50 Hrs |
| 10/03/13 | SIC | [B176-] Preparation of CNO re A&M 21st Monthly Fee App (.3); filing (.1); circulation of same (.1) | 0.50 Hrs |
| 10/03/13 | SIC | [B176-] Preparation of CNO re A&M 22nd Monthly Fee App (.3); filing (.1); circulation of same (.1) | 0.50 Hrs |
| 10/16/13 | SAK | [B176-] Telephone conference with M. Maxwell re fee examiner procedures and related payment issues | 0.20 Hrs |
| 10/16/13 | SIC | [B176-] Correspondence with B. Nassau re fee examiner | 0.10 Hrs |
| 10/17/13 | SAK | [B176-] Review Fee Examiner's preliminary reports re A&M and Maxwell fee applications (.3); conference with S. Collazo re same (.1) | 0.40 Hrs |
| 10/17/13 | SIC | [B176-] Correspondence with A&M and Debtor's counsel re Fee Examiner Preliminary Reports | 0.40 Hrs |
| 10/17/13 | SIC | [B176-] Analyze A&M Fee Examiner Preliminary Report (.2); circulate same to A&M for review (.1) | 0.30 Hrs |

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/17/13 | SIC | [B176-] Analyze M. Maxwell Fee Examiner Preliminary Report (.2); circulate same to M. Maxwell for review (.1) | 0.20 Hrs | |
| 10/18/13 | SIC | [B176-] Analyze and summarize Fee Examiner's Report re A&M 6th Quarterly Fee App (.2); circulate to attorneys for review (.1) | 0.30 Hrs | |
| 10/28/13 | RXZ | [B176-] Emails with A&M re: Examiner Report and update on fee applications | 0.40 Hrs | |
| | | Totals | 8.70 Hrs | $2,530.00 |
| | | Fee Objections - Others Totals | 8.70 Hrs | $2,530.00 |

Court Hearings

| | | | | |
|---|---|---|---|---|
| 09/20/13 | SIC | [B430-] Correspondence with Debtor's Counsel re July 16, 2013 transcript | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $20.00 |
| | | Court Hearings Totals | 0.10 Hrs | $20.00 |
| | | TOTAL LEGAL SERVICES | | $18,387.00 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Densmore, Ian D. | 3.40 Hrs | 200/hr | $680.00 |
| Ford, Jennifer L. | 1.00 Hrs | 200/hr | $200.00 |
| Roberts, Sandra I | 35.60 Hrs | 200/hr | $7,120.00 |
| Lyles, Aurelia X | 3.60 Hrs | 225/hr | $810.00 |
| Kinsella, Shelley A. | 12.20 Hrs | 420/hr | $5,124.00 |
| Zahralddin-Aravena, Rafael X. | 7.30 Hrs | 610/hr | $4,453.00 |
| | 63.10 Hrs | | $18,387.00 |

**Reimbursement for out of pocket expenses**

DOCKETS

| | | | |
|---|---|---|---|
| 10/22/13 | [] PACER SERVICE CENTER (DE)---INV # 07/01/13-09/30/13 DTD 10/04/13: DOCKET RETRIEVAL FOR THE PERIOD: 07/01/13-09/30/13 | 15.00 | |
| | | | $15.00 |

POSTAGE

| | | | |
|---|---|---|---|
| 08/05/13 | [] Postage | 221.61 | |
| 08/14/13 | [] Postage | 178.45 | |
| 09/03/13 | [] Postage | 233.44 | |
| | | | $633.50 |

POSTAGE

Page 6

| Date | Description | Amount | |
|---|---|---|---|
| 09/19/13 | [] EG PETTY CASH (DE)---INV #05/30-9/13/13 DTD 09/18/13: REIMBURSE DE PETTY CASH ACCT: POSTAGE FOR CNO'S ON 5/30 | 1.06 | |
| | | | $1.06 |

**TELEPHONE**

| Date | Description | Amount | |
|---|---|---|---|
| 09/11/13 | [] THE CONFERENCE GROUP, LLC---INV#153 - AUG 2013 DTD 09/01/13 DE CONFERENCE CALL FEES FOR THE PERIOD: 08/01/13-08/31/13 | 56.15 | |
| | | | $56.15 |

Total Reimbursement for out of pocket expenses  $705.71

TOTAL THIS BILL  $19,092.71

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 116765 | 08/01/13 | 34,805.40 |
| 117369 | 08/29/13 | 33,804.70 |
| 117377 | 08/29/13 | 3,759.90 |
| | | $72,370.00 |

GRAND TOTAL DUE  $91,462.71

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 116765 | 08/01/13 | 34,805.40 |
| 117369 | 08/29/13 | 33,804.70 |
| 117377 | 08/29/13 | 3,759.90 |
| | | $72,370.00 |

TOTAL DUE  $91,462.71

## Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Meetings of and Communications with Creditors** | |
|  | $720.00 |
| Subtotals | $720.00 |
| **Employment & Retention Application Other** | |
|  | $654.00 |
| Subtotals | $654.00 |
| **EG Fee Applications** | |
|  | $4,978.00 |
| Subtotals | $4,978.00 |
| **Fee Objections EGS** | |
|  | $210.00 |
| Subtotals | $210.00 |
| **Fee Applications and Invoices - Other** | |
|  | $9,275.00 |
| Subtotals | $9,275.00 |
| **Fee Objections - Others** | |
|  | $2,530.00 |
| Subtotals | $2,530.00 |
| **Court Hearings** | |
|  | $20.00 |
| Subtotals | $20.00 |
| Totals | $18,387.00 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED PLEASE CONTACT PAT ROONEY AT (215) 977-1014***