## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## AUGUST 1, 2013 THROUGH OCTOBER 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Dockets | $ 15.00 |
| Telephone | $ 56.15 |
| Petty Cash | $ 1.06 |
| Postage | $ 633.50 |
| TOTAL: | $ 705.71 |