## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 17, 2013 @ 4:00 PM |
| | Hearing Date: Only if Objections Filed |

## NINTH QUARTERLY FEE APPLICATION
## OF ELLIOTT GREENLEAF, COUNSEL TO THE
## OFFICIAL COMMITTEE OF LONG TERM DISABILITY
## PARTICIPANTS, FOR COMPENSATION AND SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD AUGUST 1, 2013 THROUGH OCTOBER 31, 2013

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101

*et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the

Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del.

Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of

Fees and Expenses for Professionals and Official Committee Members (the "Interim

Compensation Order") (Docket No. 222), Elliott Greenleaf ("EG"), hereby files this Ninth

Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term

Disability Participants (the "LTD Committee"), for Services Rendered and Reimbursement of

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Expenses for the Period of August 1, 2013 through October 31, 2013 (the "Quarterly Application"). In support of this Quarterly Application, EG respectfully represents as follows:

## INTRODUCTION

1.      By this Application, EG seeks Quarterly allowance and approval of $18,387.00 (the "Quarterly Amount") for fees and expenses for the period of August 1, 2013 through October 31, 2013 (the "Quarterly Period"). The Quarterly Amount consists of (i) 100% of the compensation that EG earned during the Quarterly Period, in the amount of $18,387.00 and (ii) 100% of the expenses that EG incurred in the course of its representation as counsel to the LTD Committee during the Quarterly Period in the amount of $705.71.

2.      As of the date of this Quarterly Application, the Debtors have not been authorized to pay EG $18,387.00 (100% of August, September and October) with respect to professional fees and expenses in the amount of $705.71 (100% of August, September and October).

## FACTUAL BACKGROUND

3.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.      On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No.

6080).

6.    On August 2, 2011, (the "Retention Date") the LTD Committee selected EG as counsel to the committee.

7.    Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

### Monthly Applications Covered Herein

8.    The Consolidated Fee Application.  On November 21, 2013, EG filed and served its Consolidated Twenty Fifth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of August 1, 2013 through October 31, 2013 (the "Consolidated Fee Application") (Docket No. 12541) requesting, *inter alia*, allowance of $18,387.50 in fees and reimbursement of $705.71 in expenses.  If no objections are filed, a Certificate of No Objection will be filed on December 19, 2013, regarding the Consolidated Fee Application.  Pursuant to the Interim Compensation Order, EG will be permitted a payment of $14,709.60 in fees and $705.71 in expenses for the Consolidated Fee Application.  Holdback Fees with respect to the Consolidated Fee Application total $3,677.40.

9.    The Consolidated Fee Application covered by this Ninth Quarterly Application contained detailed daily time logs describing the actual and necessary services provided by EG during the Quarterly Period as well as other detailed information required that was included in its monthly fee applications.

### Requested Relief

10.    By this Ninth Quarterly Application, EG requests that the Court (i) approve the Quarterly Amount of one-hundred percent (100%) of the fees earned and expenses incurred by

EG during the Ninth Quarterly Period and evidenced in the Consolidated Fee Application (ii) payment of the outstanding fees and expenses for the Quarterly period which consists of the twenty percent holdback and (iii) payment of full payment of fees and expenses for the Consolidated Fee Application.

11.    At all relevant times, EG has been a disinterested person, as that term is defined at Section 101(14) of the Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

12.    EG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases, except as disclosed herein in the Consolidated Fee Application.  There is no agreement or understanding between EG and any other person for the sharing of compensation to be received for services rendered in these cases.

13.    All services for which EG requests compensation were performed for or on behalf of the LTD Committee.  The professional services and related expenses for which EG requests quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of EG's professional responsibilities as counsel for the LTD Committee in the Debtors' Chapter 11 cases.  EG's services have been reasonable, necessary and beneficial to the LTD Committee, the Debtors, their estates, creditors and other parties in interest.

14.    In accordance with the factors enumerated at Section 330 of the Bankruptcy Code, EG respectfully submits that the amount requested by EG as compensation for its services is fair and reasonable.

## VERIFICATION

15.    I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firms.

16.    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Bankruptcy Rule 2016 and Local Rule 2016-2, and submit that the Application substantially complies with such Rules.

WHEREFORE, EG respectfully requests that the Court (i) approve and allow the Quarterly Amount of $18,387.50 for the Quarterly Period, consisting of fees in the sum of $18,387.50 as compensation for necessary professional services rendered and compensation for expenses in the amount of $705.71; (ii) allow for payment of any amounts not yet authorized; and (iii) for such other and further relief as may be just and proper.

Dated:  November 27, 2013
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel for the Official Committee of
Long Term Disability Participants*