# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date:  TBD** |
| | ) |

## NOTICE OF NINETEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                  Ashurst LLP

Authorized to Provide
Professional Services to:                       Official Committee of Unsecured Creditors

Date of Retention:                                 March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:              August 01, 2013 through October 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:        £379,040.50 (US$617,343.26)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    £3,573.83 (US$5,820.70)[4]

This is (a)n:  _X_ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's August 2013, September 2013 and October 2013 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$1.63 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$1.63 as published by Bloomberg.com on the date of the application.

30348521

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 09/27/13 Docket No. 11777 | 08/01/13 – 08/31/13 | £35,556.00 | £15.72 | £28,444.80 | £15.72 | £7,111.20 |
| Date Filed: 10/29/13 Docket No. 12226 | 09/01/13 – 09/30/13 | £70,686.00 | £317.53 | £56,548.80 | £317.53 | £14,137.20 |
| Date Filed: 11/27/13 Docket No. 12527 | 10/01/13 – 10/31/13 | £272,798.50 | £3,240.58 | Pending Obj deadline 12/18/13 £218,238.80 | Pending Obj deadline 12/18/13 £3,240.58 | £54,559.70 |
| **TOTALS:** | | **£379,040.50** | **£3,573.83** | **£303,232.40**[5] | **£3,573.83**[6] | **£75,808.10** |

Summary of any Objections to Fee Applications:  None.

Dated:  November 27, 2013
      London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column includes amounts pending approval.

[6] The total amount reflected in this column includes amounts pending approval.