IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :   Chapter 11
*In re*                                                        :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                                :
                                                               :   (Jointly Administered)
                        Debtors.                               :
                                                               :   **RE: D.I. 12518**
                                                               :
---------------------------------------------------------------:
                                                               :
SNMP Research International Inc.,                          X   :
                                                               :
and                                                            :
                                                               :
SNMP Research, Inc.,                                           :
                                                               :   Adv. Proc. No. 11-53454 (KG)
                        Plaintiffs,                            :
                                                               :
v.                                                             :
                                                               :
Nortel Networks, Inc. *et. al.*,[1]                            :
Nortel Networks, Corporation,                                  :   **RE: A.D.I. 110**
Nortel Networks Limited,                                       :
Nortel Networks Global Corporation,                            :
Nortel Networks International Corporation,                     :
Nortel Networks Technology Corporation,                        :
Genband US LLC,                                                :
GENBAND, Inc.,                                                 :
Performance Technologies, Inc.,                                :
Perftech (PTI) Canada,                                         :
Avaya Inc.,                                                    :
Radware, Ltd.,                                                 :
                                                               :
and                                                            :
                                                               :
John Doe Defendants 1 - 100                                    :
                                                               :
                        Defendants.                            :
---------------------------------------------------------------X

---

[1]    Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Nortel Networks Inc., (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation, Nortel Networks International Inc. (3826), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 27, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On December 3, 2013 At 10:00 a.m. (Eastern Time)** (main case D.I. 12518 and Adv. Pro. D.I. 110) was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 27, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7813493.1