IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             : Case No. 09-10138 (KG)
:
         Debtors.   : Jointly Administered
:
:
:                                                              Re: D.I. 12505
:
---------------------------------------------------------------X

### NOTICE OF SERVICE [ RE: D.I. 12505]

PLEASE TAKE NOTICE that on November 26, 2013, a copy of **Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105 And 363 And Bankruptcy Rule 9019 Approving The Stipulation Between Nortel Networks Inc. And California State Board Of Equalization** was served, in the manner indicated, upon the parties on the attached service list.

Dated: November 27, 2013     CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE     James L. Bromley (admitted *pro hac vice*)
   Lisa M. Schweitzer (admitted *pro hac vice*)
   One Liberty Plaza
   New York, New York 10006
   Telephone: (212) 225-2000
   Facsimile: (212) 225-3999

   - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7813421.1