IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12480, 12483 -12488, 12490, 12491** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 27, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
27th day of November, 2013

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                        | Chapter 11

NORTEL NETWORKS INC., et al.,                 | Case No. 09-10138 (KG)

                        Debtors.              | Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BROWNE, STEPHEN V
              4823 SPYGLASS DR
              DALLAS, TX 75287

Please note that your claim # 2449 in the above referenced case and in the amount of
    $178,119.90 has been transferred (**unless previously expunged by court order**) to:

              HAIN CAPITAL HOLDINGS, LLC
              TRANSFEROR: BROWNE, STEPHEN V
              ATTN: AMANDA RAPOPORT
              301 ROUTE 17, 7TH FLOOR
              RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12483     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/27/2013                         David D. Bird, Clerk of Court

                                         /s/ Kimberly Murray
                                         ─────────────────────────────
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 27, 2013.

EXHIBIT B

TIME: 10:18:54
DATE: 11/27/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BLACKWELL PARTNERS LLC | TRANSFEROR: HARRIS STRATEX NETWORKS OPER C/O DUMAC, INC. 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701-3675 |
| BROWNE, STEPHEN V | 4823 SPYGLASS DR DALLAS TX 75287 |
| BROWNE, STEPHEN V. | 4823 SPYGLASS DRIVE DALLAS TX 75287 |
| CARPENTER JR, JOHN | 4325 KEERAN COURT NE ROSWELL GA 30075 |
| DAWES, CLIFFORD | 251 ENCHANTED CT GRAND PRAIRIE TX 75050 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: BROWNE, STEPHEN V ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: BROWNE, STEPHEN V. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: CARPENTER JR, JOHN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: DAWES, CLIFFORD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: LEE, MACIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILFORD, JOHN S ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILLIGAN, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: PATTEN, STEPHANIE C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALN CAPITAL HOLDINGS, LLC | TRANSFEROR: THOMAS, JAMES P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HARRIS STRATEX NETWORKS OPERATING CORP. | ATTN: LEGAL DEPARTMENT HARRIS STRATEX NETWORKS, INC. 637 DAVIS DRIVE MORRISVILLE NC 27560 |
| LEE, MACIE | 4516 SPYGLASS DR LITTLE RIVER SC 29566 |
| MILFORD, JOHN S | 8213 GREENWOOD DR PLANO TX 75025 |
| MILLIGAN, DAVID | DAVID MILLIGAN 193 SHADY GROVE LN THOUSAND OAKS CA 91361 |
| PATTEN, STEPHANIE C. | 158 ELAM CT. NEW HILL NC 27562 |
| THOMAS, JAMES P. | JAMES THOMAS 9315 GLENASHLEY DRIVE CORNELIUS NC 28031 |

Total Number of Records Printed        20

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006