**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                                                        :
*In re*                                                 :    Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :    Case No. 09-10138 (KG)
                                                        :
                          Debtors.                      :    Jointly Administered
                                                        :    **Re: D.I. Nos.: 10966, 11044, 11378,**
                                                        :    **11385, 11412, 11435, 11444, 11450,**
                                                        :    **11454, 11457, 11459, 11461, 11465,**
                                                        :    **11471, 11473, 11477,   11480, 11481,**
                                                        :    **11482, 11483, 11484, 11488, 11493,**
                                                        :    **11496, and 11497**
--------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING THE (A) EIGHTEENTH OMNIBUS
ORDER ALLOWING CERTAIN PROFESSIONALS INTERIM COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AND (B) ORDER
APPROVING FINAL APPLICATION OF JACKSON LEWIS LLP, AS COUNSEL TO
DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION
AND FOR REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 14, 2009 THROUGH JULY 25, 2013**

I, Ann C. Cordo, counsel to the debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed

(A) *Eighteenth Omnibus Order Allowing Certain Professionals Interim Compensation For*

*Services Rendered And Reimbursement Of Expenses* (the "Proposed Order") attached hereto as

**Exhibit A** and (B) *Order Approving Final Application of Jackson Lewis LLP as Counsel to*

*Debtors and Debtors-In-Possession, for Allowance of Compensation and for Reimbursement of*

*Expenses Incurred for the Period January 14, 2009 Through July 25, 2013* (the "Proposed JL

Order") attached hereto as **Exhibit B**:

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc.
(9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1.    On July 10, 2013, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [D.I. 11082] (the "Fee Examiner Order").

2.    The professionals retained in the above-captioned cases and listed on Exhibit A to the Proposed Order (the "Professionals") filed their Interim Application Requests in these cases (collectively, the "Applications") for interim allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred (D.I. Nos.: 10966, 11044, 11378,  11385, 11412, 11435, 11444, 11450, 11454, 11457, 11459, 11465, 11471, 11473, 11477,  11480, 11481,  11482, 11483, 11484, 11488, 11493, 11496, and 11497).

3.    On August 28, 2013, Jackson Lewis LLP ("JL") filed the *Final Application of Jackson Lewis LLP as Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period January 14, 2009 Through July 25, 2013* [D.I. 11461] (the "JL Final Application").

4.    The Applications and the JL Final Application are noticed for a hearing scheduled for December 3, 2013 at 10:00 a.m. (ET).

5.    Pursuant to the Fee Examiner Order, the Fee Examiner has filed a final report with respect to each of the Applications and the JL Final Application (collectively, the "Final Reports").

6.    The Proposed Order attached hereto as **Exhibit A** and the Proposed JL Order attached hereto as **Exhibit B** incorporate the recommended fees and expenses proposed by the Fee Examiner in the Final Reports.

7.    The Proposed Order was circulated to all Professionals and is acceptable to all Professionals.  Further, the Proposed JL Order was circulated to JL and is acceptable to JL.

8.      The Debtors are submitting this Certification of Counsel at the request of the Court, which has indicated that it is prepared to approve the fees and expenses recommended by the Fee Examiner in the Final Reports.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** and the Proposed JL Order attached hereto as **Exhibit B** at its earliest convenience and grant such other relief as may be just and proper.

Dated:  December 2, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

7816723.1

3