**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 3, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

**ADJOURNED MATTERS**

1. Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee (D.I. 12116, Filed 10/25/13).

   Objection Deadline: November 19, 2013 at 4:00 p.m. (ET).

   Responses Received:

   (a) Joint Request to (I) Adjourn Hearing on Objection of Wilmington Trust, N.A., as Trustee, to Claims of The Bank of New York Mellon, as Trustee and Law Debenture Trust Company of New York, as Trustee and (II) to Set a Briefing

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

Schedule to Address Certain Threshold Matters With Respect Thereto (D.I. 12351, Filed 11/13/13); and

(b) Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Objection of Wilmington Trust, N.A., as Trustee and Law Debenture Trust Company of New York, as Trustee (D.I. 12374, Filed 11/14/13).

Related Pleading:

(a) Order (D.I. 12399, Entered 11/15/13).

Status: This matter has been adjourned without date.

*Nortel Networks Inc., v. SNMP Research International, Inc., et al.; Adv. Case No. 11-53454 (KG)*

2. Motion of SNMP Research International, Inc. and SNMP Research, Inc. to file Under Seal the Notice of Intent to Withdraw The Reference (Adv. Case D.I. 97, Filed 10/29/13).

Objection Deadline: November 20, 2013 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings: None.

Status: The hearing on this matter has been adjourned to a date to be determined.

**UNCONTESTED MATTER GOING FORWARD**

3. Joint Motion for Entry of an Order Authorizing Termination of Employment of Kurtzman Carson Consultants LLC as Communications Agent for the Official Committee of Retired Employees and the Official Committee of Long Term Disability Plan Participants (D.I. 12315, Filed 11/4/13).

Objection Deadline: November 25, 2013 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

**(a) Certificate of No Objection Regarding Joint Motion for Entry of an Order Authorizing Termination of Employment of Kurtzman Carson Consultants LLC as Communications Agent for the Official Committee of Retired Employees and the Official Committee of Long Term Disability Plan Participants (D.I. 12550, Filed 12/2/13); and**

**(b) Proposed Form of Order.**

Status: **There have been no objections and a CNO has been filed.**

**PRETRIAL CONFERENCE**

4. Pretrial Conference in the Adversary Proceeding SNMP Research International, Inc. (Adversary Case No. 11-53454).

Status: The pretrial conference has been adjourned to a date to be determined.

**FEE APPLICATIONS**

5. Quarterly Fee Applications.

Related Pleading: See "Exhibit A."

**(a) Certification of Counsel Regarding the (A) Eighteenth Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses and (B) Order Approving Final Application of Jackson Lewis LLP, as Counsel to Debtors and Debtors-In-Possession, for Allowance of Compensation and for Reimbursement of Expenses Incurred for the Period January 14, 2009 Through July 25, 2013 (D.I. 12551, Filed 12/2/13); and**

**(b) Proposed Form of Order.**

Objection Deadline: N/A.

Responses Received: None.

Status: **There have been no objections and a COC has been filed.**

Dated: December 2, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7772062.4