**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From May 1, 2013 through July 31, 2013, unless otherwise specified**

**Hearing: December 3, 2013 at 10:00 a.m.**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Eighteenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period May 1, 2013 Through July 31, 2013 (D.I. 11480, Filed 8/29/13).

　　　1.    Fifty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11172, Filed 7/18/13);

　　　2.    Certification Of No Objection Regarding Fifty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 [Docket No. 11172] (No Order Required) (D.I. 11300, Filed 8/12/13);

　　　3.    Fifty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11403, Filed 8/19/13);

　　　4.    Certification Of No Objection Regarding Fifty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 [Docket No. 11403] (No Order Required) (D.I. 11661, Filed 9/16/13);

　　　5.    Fifty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 (D.I. 11464, Filed 8/28/13);

6.      Certification Of No Objection Regarding Fifty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 [Docket No. 11464] (No Order Required) (D.I. 11748, Filed 9/20/13); and

7.      Fee Examiner's Final Report Regarding Eighteenth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 12432, Filed 11/19/13).

Alvarez & Marsal Healthcare Industry Group, LLC ("Alvarez")

B.      Sixth Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. ("NNI"), *Et Al*, And Its Affiliated Debtors For The Period November 1, 2012 Through January 31, 2013 (D.I. 11044, Filed 6/28/13).

1.      Fourteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 10064, Filed 4/12/13);

2.      Certificate Of No Objection Regarding Fourteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 10559, Filed 5/17/13);

3.      Fifteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 10139, Filed 4/16/13);

4.      Certificate Of No Objection Regarding Fifteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 10532, Filed 5/15/13);

5.    Sixteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 10470, Filed 5/8/13);

6.    Certificate Of No Objection Regarding Sixteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), As Financial Advisor To The Official Committee Of The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement For The Period January 1, 2013 Through January 31, 2013 (D.I. 10713, Filed 5/30/13); and

7.    Fee Examiner's Final Report Regarding Sixth Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC (D.I. 12427, Filed 11/19/13).

C.    Seventh Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), *Et Al*, And Its Affiliated Debtors For The Period February 1, 2013 Through April 30, 2013 (D.I. 11378, Filed 8/14/13).

1.    Seventeenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 10846, Filed 6/11/13);

2.    Amended Certificate Of No Objection Regarding Seventeenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013 (D.I. 11273, Filed 8/7/13);

3.    Eighteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 11217, Filed 7/26/13);

4.      Certificate Of No Objection Regarding Eighteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period March 1, 2013 Through March 31, 2013 (D.I. 11404, Filed 8/20/13);

5.      Nineteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 11265, Filed 8/5/13);

6.      Certificate Of No Objection Regarding Nineteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 11807, Filed 10/3/13); and

7.      Fee Examiner's Final Report Regarding Sixth Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC (D.I. 12428, Filed 11/19/13).

Ashurst LLP

D.      Eighteenth Interim Fee Application Request Of Ashurst LLP As European Counsel To The Official Committee Of Unsecured Creditors For The Period May 1, 2013 Through July 31, 2013 (D.I. 11481, Filed 8/29/13).

1.      Fifty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11034, Filed 6/26/13);

2.      Certification Of No Objection Regarding Fifty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 [Docket No. 11034] (No Order Required) (D.I. 11199, Filed 7/23/13);

3.      Fifty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of

Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11233, Filed 7/29/13);

4.      Certification Of No Objection Regarding Fifty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 [Docket No. 10377] (No Order Required) (D.I. 11479, Filed 8/29/13);

5.      Fifty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 (D.I. 11394, Filed 8/16/13);

6.      Certification Of No Objection Regarding Fifty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 [Docket No. 11394] (No Order Required) (D.I. 11599, Filed 9/12/13); and

7.      Fee Examiner's Final Report Regarding Twelfth Quarterly Fee Application of Ashurst LLP (D.I. 12441, Filed 11/19/13).

<u>Benesch, Friedlander, Coplan & Aronoff, LLP</u>

E.      Twelfth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From May 1, 2013 Through July 31, 2013 (D.I. 11385, Filed 8/15/13).

1.      Twenty-Eighth Application Of  Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From May 1, 2013 Through July 31, 2013 (D.I. 11384, Filed 8/15/13);

2.      Certification Of No Objection Regarding Docket No. 11384 (D.I. 12344, Filed 11/11/13); and

3.      Fee Examiner's Final Report Regarding Twelfth Quarterly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP (D.I. 12381, Filed 11/13/13).

<u>Capstone Advisory Group, LLC</u>

F.   Eighteenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period May 1, 2013 Through July 31, 2013 (D.I. 11482, Filed 8/29/13).

    1.   Fifty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11392, Filed 8/16/13);

    2.   Certification Of No Objection Regarding Fifty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 [Docket No. 11392] (No Order Required) (D.I. 11600, Filed 9/12/13);

    3.   Fifty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11410, Filed 8/21/13);

    4.   Certification of No Objection Regarding Fifty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 [Docket No. 11410] (No Order Required) (D.I. 11606, Filed 9/13/13);

    5.   Fifty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 (D.I. 11445, Filed 8/2613);

    6.   Certification of No Objection Regarding Fifty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 [Docket No. 11445] (No Order Required) (D.I. 11727, Filed 9/19/13); and

    7.   Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Capstone Advisory Group, LLC (D.I. 12438, Filed 11/19/13).

Chilmark Partners LLC

G.  Fourteenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11477, Filed 8/29/13 ).

   1.   Thirty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11190, Filed 7/22/13);

   2.   Certificate of No Objection Regarding Thirty-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11381, Filed 8/1413);

   3.   Fortieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11191, Filed 7/22/13);

   4.   Certificate of No Objection Regarding Fortieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11382, Filed 8/14/13);

   5.   Forty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2013 Through July 31, 2013 (D.I. 11475, Filed 8/29/13);

   6.   Certificate of No Objection Regarding Forty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2013 Through July 31, 2013 (D.I. 11745, Filed 9/20/13); and

   7.   Fee Examiner's Final Report Regarding Fourteenth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 12442, Filed 11/19/13).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

H.    Eighteenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11484, Filed 8/29/13).

    1.    Fifty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11092, Filed 7/11/13);

    2.    Certificate Of No Objection Regarding Fifty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11261, Filed 8/2/13);

    3.    Fifty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11246, Filed 7/31/13);

    4.    Certificate Of No Objection Regarding Fifty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11415, Filed 8/22/13); and

    5.    Fifty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11451, Filed 8/27/13);

    6.    Certificate Of No Objection Regarding Fifty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11722, Filed 9/19/13); and

    7.    Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 12443, Filed 11/19/13).

Crowell & Moring LLP

I.  Eighteenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11435, Filed 8/26/13).

    1.  Forty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through July 31, 2013 (D.I. 11434, Filed 8/26/13);

    2.  Certificate Of No Objection Regarding Forty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through July 31, 2013 (D.I. 11716, Filed 9/18/13); and

    3.  Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Crowell & Moring LLP (D.I. 12382, Filed 11/13/13).

Dentons Canada LLP f/k/a Fraser Milner Casgrain LLP

J.  Eighteenth Interim Fee Application Request Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period May 1, 2013 Through July 31, 2013 (D.I. 11465, Filed 8/28/13).

    1.  Fifty-Second Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11274, Filed 8/7/13);

    2.  Certificate Of No Objection Regarding Fifty-Second Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2013 Through May 31, 2013 (D.I. 11512, Filed 9/3/13);

    3.  Fifty-Third Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11391, Filed 8/16/13);

    4.  Certificate Of No Objection Regarding Fifty-Third Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

Expenses For Services Rendered During The Period From June 1, 2013 Through June 30, 2013 (D.I. 11598, Filed 9/12/13);

5.     Fifty-Fourth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 (D.I. 11462, Filed 8/26/13);

6.     Certificate Of No Objection Regarding Fifty-Fourth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2013 Through July 31, 2013 (D.I. 11728, Filed 9/19/13); and

7.     Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Dentons Canada LLP (D.I. 12429, Filed 11/19/13).

Elliott Greenleaf

K.     Eighth Quarterly Fee Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period Ma 1, 2013 Through July 31, 2013 (D.I. 11493, Filed 8/30/13).

1.     Twenty-Second Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through May 31, 2013 (D.I. 11047, Filed 6/28/13);

2.     Amended Twenty-Second Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through May 31, 2013 (D.I. 11078, Filed 7/9/13);

3.     Certificate Of No Objection Regarding Amended Twenty-Second Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through May 31, 2013 (D.I. 11192, Filed 7/22/13);

4.     Twenty-Third Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period June 1, 2013 Through June 30, 2013 (D.I. 11460, Filed 8/28/13);

5.     Certificate Of No Objection Regarding Twenty-Third Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants,

For Compensation And Reimbursement Of Expenses For The Period June 1, 2013 Through June 30, 2013 (D.I. 12446, Filed 11/19/13);

6.      Twenty-Fourth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period July 1, 2013 Through July 31, 2013 (D.I. 11474, Filed 8/29/13);

7.      Certificate Of No Objection Regarding Twenty-Fourth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period July 1, 2013 Through July 31, 2013  (D.I. 12447, Filed 11/19/13); and

8.      Fee Examiner's Final Report Regarding Eighth Quarterly Fee Application of Elliott Greenleaf (D.I. 12445, Filed 11/19/13).

E. Morgan Maxwell, II, Esq.

L.      First Quarterly Fee Application Of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Services Rendered And Reimbursement Of Expenses For The Period February 1, 2013 Through April 30, 2013 (D.I. 10966, Filed 6/21/13).

1.      First Monthly Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Services Rendered And Reimbursement Of Expenses For The Period February 1, 2013 Through February 28, 2013 (D.I. 10441, Filed 5/3/13);

2.      Certificate Of No Objection Regarding First Monthly Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Services Rendered And Reimbursement Of Expenses For The Period February 1, 2013 Through February 28, 2013 (D.I. 10680, Filed 5/29/13);

3.      Second Monthly Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Services Rendered And Reimbursement Of Expenses For The Period March 1, 2013 Through March 31, 2013 (D.I. 10445, Filed 5/3/13);

4.      Certificate Of No Objection Regarding Second Monthly Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Services Rendered And Reimbursement Of Expenses For The Period March 1, 2013 Through March 31, 2013 (D.I. 10681, Filed 5/29/13);

5.      Third Monthly Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation

And Services Rendered And Reimbursement Of Expenses For The Period April 1, 2013 Through April 30, 2013 (D.I. 10560, Filed 5/17/13);

6.    Certificate Of No Objection Regarding Third Monthly Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Services Rendered And Reimbursement Of Expenses For The Period April 1, 2013 Through April 30, 2013 (D.I. 10796, Filed 6/10/13); and

7.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of E. Morgan Maxwell, III, Esq. (D.I. 12430, Filed 11/19/13).

Ernst & Young LLP

M.    Eighteenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2013 Through July 31, 2013 (D.I. 11473, Filed 8/29/13).

1.    Twenty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2013 Through May 31, 2013 (D.I. 10771, Filed 6/6/13);

2.    Certificate Of No Objection Regarding Twenty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2013 Through May 31, 2013 (D.I. 11049, Filed 6/28/13);

3.    Twenty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2013 Through June 30, 2013 (D.I. 11193, Filed 7/22/13);

4.    Certificate Of No Objection Regarding Twenty-Third Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2013 Through June 30, 2013 (D.I. 11379, Filed 8/14/13);

5.    Twenty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2013 Through July 31, 2013 (D.I. 11472, Filed 8/29/13);

6.    Certificate Of No Objection Regarding Twenty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect

Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of July 1, 2013 Through July 31, 2013 (D.I. 11743, Filed 9/20/13); and

7.     Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Ernst & Young LLP (D.I. 12431, Filed 11/19/13).

Huron Consulting Group

N.     Eighteenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11459, Filed 8/28/13).

1.     Fifty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 10847, Filed 6/11/13);

2.     Certificate Of No Objection Regarding Fifty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11061, Filed 7/3/13);

3.     Fifty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11144, Filed 7/18/13);

4.     Certificate Of No Objection Regarding Fifty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11281, Filed 8/9/13);

5.     Fifty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11417, Filed 8/23/13);

6.     Certificate Of No Objection Regarding Fifty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11658, Filed 9/16/13); and

7.      Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Huron Consulting Group (D.I. 12440, Filed 11/19/13).

Jackson Lewis LLP

O.      Final Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period January 14, 2009 Through July 25, 2013 (D.I. 11461, Filed 8/28/13).

1.      Thirty-Ninth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through July 25, 2013 (D.I. 11407, Filed 8/21/13);

2.      Certificate Of No Objection Regarding Thirty-Ninth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through July 25, 2013 (D.I. 11597, Filed 9/12/13); and

3.      Fee Examiner's Final Report Regarding Final Application of Jackson Lewis LLP (D.I. 12444, Filed 11/19/13).

John Ray

P.      Fifteenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11444, Filed 8/26/13).

1.      Thirty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through June 30, 2013 (D.I. 11140, Filed 7/17/13);

2.      Certificate Of No Objection Regarding Thirty-Eighth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through June 30, 2013 (D.I. 11400, Filed 8/19/13);

3.      Thirty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11393, Filed 8/16/13);

4.    Certificate Of No Objection Regarding Thirty-Ninth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11543, Filed 9/9/13); and

5.    Fee Examiner's Final Report Regarding Fifteenth Quarterly Fee Application of John Ray (D.I. 12383, Filed 11/13/13).

<u>Linklaters LLP</u>

Q.    Fourteenth Quarterly Fee Application Request Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11471, Filed 8/29/13).

1.    Fifteenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through July 31, 2013 (D.I. 11470, Filed 8/29/13);

2.    Certificate Of No Objection Regarding Fifteenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through July 31, 2013 (D.I. 11744, Filed 9/20/13); and

3.    Fee Examiner's Final Report Regarding Fourteenth Quarterly Fee Application of Linklaters LLP (D.I. 12433, Filed 11/19/13).

<u>McCarter & English LLP</u>

R.    Eighth Quarterly Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period May 1, 2013 Through July 31, 2013 (D.I. 11450, Filed 8/27/13).

1.    Twenty-First Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period May 1, 2013 Through May 31, 2013 (D.I. 11079, Filed 7/10/13);

2.    Certificate Of No Objection Regarding Twenty-First Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And

Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period May 1, 2013 Through May 31, 2013 (D.I. 11252, Filed 8/1/13);

3.      Twenty-Second Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period June 1, 2013 Through June 30, 2013 (D.I. 11269, Filed 8/7/13);

4.      Certificate Of No Objection Regarding Twenty-Second Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period June 1, 2013 Through June 30, 2013 (D.I. 11467, Filed 8/29/13);

5.      Twenty-Third Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period July 1, 2013 Through July 31, 2013 (D.I. 11279, Filed 8/9/13);

6.      Certificate Of No Objection Regarding Twenty-Third Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period July 1, 2013 Through July 31, 2013 (D.I. 11515, Filed 9/4/13); and

7.      Fee Examiner's Final Report Regarding Eighth Quarterly Fee Application of McCarter & English, LLP (D.I. 12434, Filed 11/19/13).

Mercer (US) Inc.

S.      Amended Eighteenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of May 1, 2013 Through July 31, 2013 (D.I. 11488, Filed 8/30/13).

1.      Eighteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2013 Through July 31, 2013 (D.I. 11485, Filed 8/30/13);

2.      Certificate Of No Objection Regarding Eighteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2013 Through July 31, 2013 (D.I. 12338, Filed 11/11/13); and

3.      Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Mercer (US) Inc. (D.I. 12437, Filed 11/19/13).

Morris, Nichols, Arsht & Tunnell LLP

T.    Eighteenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11412, Filed 8/22/13).

1.    Fifty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 10938, Filed 6/19/13);

2.    Certificate of No Objection Regarding Fifty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11091, Filed 7/11/13);

3.    Fifty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11109, Filed 7/15/13);

4.    Certificate Of No Objection Regarding Fifty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11270, Filed 8/7/13); and

5.    Fifty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11411, Filed 8/22/13);

6.    Certificate Of No Objection Regarding Fifty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11604, Filed 9/13/13); and

7.    Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 12384, Filed 11/13/13).

Punter Southall, LLC

U.    Seventeenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through July 31, 2013 (D.I. 11496, Filed 8/30/13).

  1.    Nineteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through July 31, 2013 (D.I. 11495, Filed 8/30/13); and

  2.    Certificate Of No Objection Regarding Nineteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2013 Through July 31, 2013 (D.I. 11755, Filed 9/23/13); and

  3.    Fee Examiner's Final Report Regarding Seventeenth Quarterly Fee Application of Punter Southall LLC (D.I. 12439, Filed 11/19/13).

Richards, Layton & Finger, PA

V.    Eighteenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2013 Through July 31, 2013 (D.I. 11497, Filed 8/30/13).

  1.    Fifty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2013 Through May 31, 2013 (D.I. 11041, Filed 6/27/13);

  2.    Certification Of No Objection Regarding Fifty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2013 Through May 31, 2013 [Docket No. 11041] (No Order Required) (D.I. 11200, Filed 7/23/13);

  3.    Fifty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2013 Through June 30, 2013 (D.I. 11234, Filed 7/29/13);

  4.    Certification Of No Objection Regarding Fifty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2013 Through June 30, 2013 [Docket No. 11234] (No Order Required) (D.I. 11409, Filed 8/21/13);

5.      Fifty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2013 Through July 31, 2013 (D.I. 11494, Filed 8/30/13);

6.      Certification Of No Objection Regarding Fifty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2013 Through July 31, 2013 [Docket No. 11494] (No Order Required) (D.I. 11756, Filed 9/23/13); and

7.      Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Richards, Layton & Finger, P.A. (D.I. 12436, Filed 11/19/13).

RLKS Executive Solutions, LLC

W.      Thirteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through July 31, 2013 (D.I. 11483, Filed 8/29/13).

1.      Thirty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11110, Filed 7/1513);

2.      Certificate Of No Objection Regarding Thirty-Third Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11271, Filed 8/7/13);

3.      Thirty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11197, Filed 7/23/13);

4.      Certificate Of No Objection Regarding Thirty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11380, Filed 8/14/13);

5.      Thirty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim

Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11478, Filed 8/29/13);

6.  Certificate Of No Objection Regarding Thirty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11746, Filed 9/20/13); and

7.  Fee Examiner's Final Report Regarding Thirteenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 12385, Filed 11/13/13).

Togut, Segal & Segal LLP

X.  Seventh Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period April 1, 2013 Through June 30, 2013 (D.I. 11454, Filed 8/28/13).

1.  Twentieth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 10964, Filed 6/21/13);

2.  Certificate Of No Objection Regarding Twentieth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2013 Through April 30, 2013 (D.I. 11095, Filed 7/12/13);

3.  Twenty-First Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11094, Filed 7/12/13);

4.  Certificate Of No Objection Regarding Twenty-First Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11268, Filed 8/6/13);

5.  Twenty-Second Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary

Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11291, Filed 8/12/13);

6.    Certificate Of No Objection Regarding Twenty-Second Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11547, Filed 9/10/13); and

7.    Fee Examiner's Final Report Regarding Seventh Quarterly Fee Application of Togut, Segal & Segal LLP (D.I. 12386, Filed 11/13/13).

## Torys LLP

Y.    Eleventh Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period May 1, 2013 Through July 31, 2013 (D.I. 11457, Filed 8/28/13).

1.    Twenty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11039, Filed 6/27/13);

2.    Certificate Of No Objection Regarding Twenty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11185, Filed 7/19/13);

3.    Twenty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11212, Filed 7/23/13);

4.    Certificate Of No Objection Regarding Twenty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11405, Filed 8/20/13);

5.    Twenty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11448, Filed 8/27/13);

6.     Certificate Of No Objection Regarding Twenty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11717, Filed 9/18/13); and

7.     Fee Examiner's Final Report Regarding Eleventh Quarterly Fee Application of Torys LLP (D.I. 12435, Filed 11/19/13).