**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on December 3, 2013 at 10:00 a.m. (Eastern Time)** was caused to be made on December 2, 2013, in the manner indicated upon the entities identified below.

Date: December 2, 2013                                                     */s/ Tamara K. Minott*
Wilmington, DE                                                        Tamara K. Minott (No. 5643)

**Via Fax**

| | |
|---|---|
| Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>Fax: 212-610-6399 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801<br>Fax: 302-651-7701 |
| Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519<br>Fax: 302-573-6497 | Thomas R. Kreller<br>Milbank Tweed Hadley & McLoy LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017<br>Fax: 213-892-4763 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street; 17th Floor<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Rafael X. Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliott Greenleaf<br>1105 N. Market Street, St. 1700<br>Wilmington, DE 19801<br>Fax: 302-384-9399 |
| Mary F. Caloway Esq.<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228<br>Fax: 302-552-4295 | William F. Taylor, Jr.<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Fax: 302-984-6399 |
| Fred S. Hodara Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036<br>Fax: 212-872-1002 | |