IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 12528 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 2, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
2nd day of December, 2013

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064608
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 05, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　To:  SULLIVAN, PATRICK
　　　　　　29664 57TH PL. SO.
　　　　　　AUBURN, WA 98001

Please note that your claim # 807 in the above referenced case and in the amount of
　　　$23,000.00 allowed at $17,512.81  has been transferred **(unless previously expunged by court order)** to:

　　　　　　HAIN CAPITAL HOLDINGS, LLC
　　　　　　TRANSFEROR: SULLIVAN, PATRICK
　　　　　　ATTN: AMANDA RAPOPORT
　　　　　　301 ROUTE 17, 7TH FLOOR
　　　　　　RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　　District of Delaware
　　　　　　　　　　　　　　824 Market Street, Fifth Floor
　　　　　　　　　　　　　　Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12528      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/02/2013　　　　　　　　　　　　　David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly Murray
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 2, 2013.

# EXHIBIT B

**NORTEL NETWORKS INC**

December 2, 2013

| | | | | |
|---|---|---|---|---|
| SULLIVAN, PATRICK | 29664 57TH PL. SO. | AUBURN | WA | 98001 |
| HAIN CAPITAL HOLDINGS, LLC<br>ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ | 07070 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JAMES BROMLEY | ONE LIBERTY PLAZA | NEW YORK | NY | 10006 |