# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF SUBPOENA DIRECTED TO YVES McGALE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, as made applicable by Rule 9016 of the Federal Rules of Bankruptcy Procedure, the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (the "U.K. Pension Claimants"), by its undersigned counsel, caused a Subpoena to be served upon Yves McGale, personally, on December 2, 2013.

PLEASE TAKE FURTHER NOTICE that, counsel for the U.K. Pension Claimants will take the deposition upon oral examination of Yves McGale on December 12, 2013 at 9:00 a.m. (PST) at Akin Gump Strauss Hauer & Feld LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067. The deposition will be recorded by stenographic and videographic means. The deposition will be conducted before an officer authorized by law to administer oaths and will continue from day to day until concluded. A true and correct copy of the as-served Subpoena is attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

{BAY:02412187v1}

Dated: December 3, 2013
   Wilmington, Delaware

| BAYARD, P.A. | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| | Brian E. O'Connor |
| /s/ Justin R. Alberto | Sameer Advani |
| Charlene D. Davis (No. 2336) | Andrew Hanrahan |
| Justin Alberto (No. 5126) | 787 Seventh Avenue |
| Evan T. Miller (No. 5364) | New York, New York 10019 |
| 222 Delaware Avenue, Suite 900 | Telephone: (212) 728-8000 |
| Wilmington, Delaware 19899 | Facsimile: (212) 728-8111 |
| Telephone: (302) 655-5000 | Email: boconnor@willkie.com |
| Facsimile: (302) 658-6395 | sadvani@willkie.com |
| Email: cdavis@bayardlaw.com | ahanrahan@willkie.com |
| jalberto@bayardlaw.com | |
| emiller@bayardlaw.com | |

*Counsel for the Nortel Networks UK Pension Trust*
*Limited and the Board of the Pension Protection Fund*