IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: Re: D.I. 11461
:
------------------------------------------------------------X

**ORDER APPROVING FINAL APPLICATION OF JACKSON LEWIS LLP, AS COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 14, 2009 THROUGH JULY 25, 2013**

Upon the Final Application of Jackson Lewis LLP ("JL") as Counsel to Debtors and Debtors-In-Possession, for Allowance of Compensation and for Reimbursement of Expenses Incurred for the Period January 14, 2009 Through July 25, 2013 (the "Application");[2] and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein are defined in the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. JL is allowed final compensation for reasonable, actual and necessary services rendered in the amount of $424,330.32

3. The Debtors are authorized and directed to pay JL the amount of $424,330.32, less any amounts previously paid to JL by the Debtors.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

5. This Order shall be effective immediately upon entry.

Dated: __Dec. 3__, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE