IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12570-12574** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
____ day of December, 2013

_____
Notary Public

REGINA AMPONSRO
Notary Public, State of New York
No. 01AM6064503
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

17

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

NORTEL NETWORKS INC., et al.,                   Case No. 09-10138 (KG)

                    Debtors.                    Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   HALE, DAVID
             5200 TOWN AND COUNTRY BLVD
             APT 1511
             FRISCO, TX 75034

Please note that your claim # 7142 in the above referenced case and in the amount of
       $45,336.28 allowed at $46,622.09  has been transferred **(unless previously expunged by court order)** to:

             HAIN CAPITAL HOLDINGS, LLC
             TRANSFEROR: HALE, DAVID
             ATTN: AMANDA RAPOPORT
             301 ROUTE 17, 7TH FLOOR
             RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12574     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2013                          David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray

                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 6, 2013.

# EXHIBIT B

TIME: 09:37:06
DATE: 12/06/13

PAGE:    1

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HALE, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HINSON, NANCY C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KALLAM, MICHELLE L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MAULTSBY, CRYSTAL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILLS, CHRISTINE A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALE, DAVID | 5200 TOWN AND COUNTRY BLVD APT 1511 FRISCO TX 75034 |
| HINSON, NANCY C. | 192 BRODIE PRIVETTE ROAD ZEBULON NC 27597 |
| KALLAM, MICHELLE L. | 13212 TOWNFIELD DRIAVE RALEIGH NC 27614 |
| MAULTSBY, CRYSTAL | 5425 DALEVIEW DR RALEIGH NC 27610 |
| MILLS, CHRISTINE A. | 3325 N. MOUNTAIN VIEW DR. PRESCOTT VALLEY AZ 86314 |

Total Number of Records Printed    10

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006