**EXHIBIT A**

**Debtors' Nineteenth Ordinary Course Professional Quarterly Statement for July 1, 2013 – September 30, 2013**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $113.40 | $0.00 | $1,715.40 | $1.26 | $3,364.20 | $5.92 | $0.00 | $0.00 | **$5,193.00** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $24,975.00 | $0.00 | $24,825.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$49,800.00** |
| Hunton & Williams LLP | Intellectual Property Services, Labor & Employment Matters; advice regarding general corporate issues. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $922.50[1] | $0.00 | **$922.50** |
| Seyfarth Shaw LLP | Consultation with respect to retiree health benefit issues | $41.85 | $0.00 | $305.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$346.95** |
| Thomas, Ferguson & Mullins LLP | Eminent domain action filed in Durham County and related real property matters. | $390.00 | $0.00 | $240.00 | $0.00 | $0.00 | $0.00 | $660.00[2] | $540.00 | **$1,290.00** |

---

[1]    Hunton & Williams LLP incurred $922.50 in fees for professional services provided to the Debtors during April 2013.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Willcox & Savage | Assistance and advice in filing pleadings related to sales and use tax in the Richmond, Virginia Circuit Court | $0.00 | $0.00 | $635.00 | $7.70 | $0.00 | $0.00 | $0.00 | $0.00 | **$635.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $94.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $693.00[3] | $0.00 | **$787.50** |

---

[2]    Thomas, Ferguson & Mullins LLP incurred $600.00 in fees and $20.00 in disbursements and expenses for professional services provided to the Debtors during May 2013 and $60.00 in fees and $520.00 in disbursements and expenses for professional services provided to the Debtors during June 2013.

[3]    William D. Preston, P.A. incurred $693.00 in fees for professional services provided to the Debtors during June 2013.