## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Nineteenth Ordinary Course Professional Quarterly Statement** was caused to be made on December 6, 2013, in the manner indicated upon the entities identified on the attached service list.

Date:  December 6, 2013                                        */s/ Tamara K. Minott*
                                                                                Tamara K. Minott (No. 5643)