EXHIBIT A

(i) **Proofs of Claim Settled From May 13, 2013 Through December 2, 2013**[2]

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| ABEL, LEE R., JR. | 1151 | $67,465.26 | $0.00 | $0.00 | $67,465.26 | $51,528.66 | $1,079.39 | $671.62 | $53,279.67 | NORTEL NETWORKS INC. |
| ALAZMA, MANAR | 7252 | $117,321.35 | $0.00 | $0.00 | $117,321.35 | $57,816.11 | $2,057.51 | $2,891.94 | $62,765.56 | NORTEL NETWORKS INC. |
| ANDERSON, STUART | 888 | $182,486.00 | $0.00 | $0.00 | $182,486.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ANDERSON, STUART | 7690 | $119,147.51 | $0.00 | $0.00 | $119,147.51 | $80,470.27 | $1,793.77 | $9,237.89 | $91,501.93 | NORTEL NETWORKS INC. |
| ARENCIBIA, MAYTE | 6791 | $0.00 | $0.00 | $0.00 | $0.00 | $54,140.76 | $1,749.30 | $12,274.23 | $68,164.29 | NORTEL NETWORKS (CALA) INC. |
| ASM CAPITAL IV, L.P. | 1323 | $53,571.35 | $0.00 | $0.00 | $53,571.35 | $41,831.45 | $1,124.34 | $699.59 | $43,655.38 | NORTEL NETWORKS INC. |
| BANDOPADHAY, ANU | 1535 | $36,891.33 | $0.00 | $0.00 | $36,891.33 | $36,327.04 | $1,957.74 | $685.21 | $38,969.99 | NORTEL NETWORKS INC. |
| BAYOLA, WILLI P. | 1613 | $63,138.43 | $0.00 | $0.00 | $63,138.43 | $47,411.74 | $1,198.11 | $745.49 | $49,355.34 | NORTEL NETWORKS INC. |
| BENEDICT, GEORGE E. | 1037 | $50,599.02 | $0.00 | $0.00 | $50,599.02 | $35,339.23 | $1,153.83 | $314.10 | $36,807.16 | NORTEL NETWORKS INC. |

---

[2] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims Settlements.

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| BRADFORD, WANDA | 3882 | $9,462.46 | $0.00 | $0.00 | $9,462.46 | $8,878.68 | $415.43 | $565.45 | $9,859.56 | NORTEL NETWORKS INC. |
| BUHLER, AARON | 7796 | $30,856.00 | $1,144.00 | $0.00 | $32,000.00 | $27,272.75 | $1,746.39 | $6,655.68 | $35,674.82 | NORTEL NETWORKS (CALA) INC. |
| CARRILLO, OMAR | 1449 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $8,222.82 | $4,022.03 | $1,251.30 | $13,496.15 | NORTEL NETWORKS INC. |
| CASE, CHAD | 8402 | $23,191.98 | $0.00 | $0.00 | $23,191.98 | $12,006.99 | $1,387.20 | $9,733.53 | $23,127.72 | NORTEL NETWORKS INC. |
| CHEUNG, PAULINUS | 6390 | $103,607.96 | $0.00 | $0.00 | $103,607.96 | $66,145.85 | $1,366.49 | $2,436.92 | $69,949.26 | NORTEL NETWORKS INC. |
| CHIRACHANCHAI, SUVANEE | 790 | $51,775.08 | $0.00 | $0.00 | $51,775.08 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHIRACHANCHAI, SUVANEE | 989 | $18,754.00 | $0.00 | $0.00 | $18,754.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHIRACHANCHAI, SUVANEE | 6766 | $28,697.79 | $0.00 | $0.00 | $28,697.79 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHIRACHANCHAI, SUVANEE | 6775 | $10,197.00 | $0.00 | $0.00 | $10,197.00 | $49,777.26 | $1,286.97 | $393.24 | $51,457.47 | NORTEL NETWORKS INC. |
| CLARK, GEORGE | 4221 | $0.00 | $10,886.42 | $0.00 | $10,886.42 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CLARK, GEORGE A | 4222 | $52,103.46 | $10,950.00 | $0.00 | $63,053.46 | $59,730.41 | $1,988.44 | $2,805.90 | $64,524.75 | NORTEL NETWORKS INC. |
| CLARK-SELLERS, KATHRYN | 3436 | $123,656.97 | $10,950.00 | $0.00 | $134,606.97 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| CLARK-SELLERS, KATHRYN | 3441 | $88,632.10 | $10,950.00 | $0.00 | $99,582.10 | $98,352.42 | $2,151.34 | $1,099.58 | $101,603.34 | NORTEL NETWORKS INC. |
| COOK, WAYNA MICHELLE | 7413 | $12,739.00 | $10,950.00 | $0.00 | $23,689.00 | $11,157.54 | $1,513.46 | $12,149.69 | $24,820.69 | NORTEL NETWORKS INC. |
| CORBETT, JAMES F. | 7963 | $40,000.00 | $0.00 | $0.00 | $40,000.00 | $34,157.97 | $1,304.01 | $7,614.00 | $43,075.98 | NORTEL NETWORKS INC. |
| DANIEL, RICHARD | 27 | $0.00 | $44,700.24 | $0.00 | $44,700.24 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DANIEL, RICHARD | 4823 | $0.00 | $86,247.58 | $0.00 | $86,247.58 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DANIEL, RICHARD | 7609 | $88,949.95 | $0.00 | $0.00 | $88,949.95 | $83,878.64 | $2,056.97 | $5,679.52 | $91,615.13 | NORTEL NETWORKS INC. |
| DANIEL, RICHARD A. | 31 | $0.00 | $9,017.48 | $0.00 | $9,017.48 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DENT, ANDREW | 7355 | $85,334.51 | $0.00 | $0.00 | $85,334.51 | $56,528.79 | $1,605.67 | $3,942.83 | $62,077.29 | NORTEL NETWORKS INC. |
| DHONDT, LUC | 1331 | $0.00 | $120,858.71 | $0.00 | $120,858.71 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DHONDT, LUC | 5932 | $61,538.10 | $0.00 | $0.00 | $61,538.10 | $58,370.45 | $1,950.37 | $2,752.20 | $63,073.02 | NORTEL NETWORKS INC. |
| DONNELLY, DORIS | 6629 | $100,363.90 | $0.00 | $0.00 | $100,363.90 | $75,769.56 | $1,332.15 | $2,582.89 | $79,684.60 | NORTEL NETWORKS INC. |
| EGAN, LYNN C | 4287 | $9,133.81 | $0.00 | $0.00 | $9,133.81 | $66,579.57 | $2,595.70 | $12,863.11 | $82,038.38 | NORTEL NETWORKS INC. |

5

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| ESTATE OF JOHN DEREK MANSELL DAVIES | 8629 | $248,000.00 | $0.00 | $0.00 | $248,000.00 | $248,000.00 | $0.00 | $0.00 | $248,000.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 1680 | $430,128.47 | $0.00 | $0.00 | $430,128.47 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 6138 | $2,000,000.00 | $0.00 | $0.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 7717 | $2,000,000.00 | $0.00 | $0.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FISHMAN, ROBERT | 7748 | $1,150,038.23 | $0.00 | $0.00 | $1,150,038.23 | $185,873.09 | $3,210.81 | $11,175.48 | $200,259.38 | NORTEL NETWORKS INC. |
| FREITAS, TIMOTHY M. | 4160 | $25,296.00 | $10,950.00 | $0.00 | $36,246.00 | $32,073.77 | $1,855.16 | $2,617.85 | $36,546.78 | NORTEL NETWORKS INC. |
| FRETTE, LEE B. | 8143 | $34,462.89 | $0.00 | $0.00 | $34,462.89 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FRETTE, LEE B. | 8180 | $34,462.89 | $0.00 | $0.00 | $34,462.89 | $32,057.38 | $1,098.27 | $5,479.16 | $38,634.81 | NORTEL NETWORKS INC. |
| FRISBY, GARY GRAYSON | 8298 | $19,731.00 | $0.00 | $0.00 | $19,731.00 | $11,700.83 | $1,500.11 | $9,767.37 | $22,968.31 | NORTEL NETWORKS INC. |
| GARCIA, ODAR | 8459 | $28,938.46 | $0.00 | $0.00 | $28,938.46 | $21,319.31 | $1,235.90 | $2,272.69 | $24,827.90 | NORTEL NETWORKS INC. |
| GREGORY, DANIELLE | 8407 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | $5,076.68 | $2,307.58 | $2,807.56 | $10,191.82 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| GUPTA, SURESH | 8454 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $28,570.70 | $1,294.74 | $2,380.90 | $32,246.34 | NORTEL NETWORKS INC. |
| HAILE, MATTHEW E. | 8474 | $26,498.17 | $0.00 | $0.00 | $26,498.17 | $34,483.75 | $2,183.29 | $533.69 | $37,200.73 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 784 | $103,505.60 | $0.00 | $0.00 | $103,505.60 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 1160 | $47,343.75 | $0.00 | $0.00 | $47,343.75 | $49,493.56 | $1,477.17 | $590.87 | $51,561.60 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 1645 | $44,488.82 | $0.00 | $0.00 | $44,488.82 | $36,612.28 | $1,334.32 | $1,260.19 | $39,206.79 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 1678 | $54,550.12 | $0.00 | $0.00 | $54,550.12 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 2998 | $75,232.56 | $0.00 | $0.00 | $75,232.56 | $57,520.63 | $1,191.31 | $1,204.55 | $59,916.49 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 3028 | $69,344.94 | $0.00 | $0.00 | $69,344.94 | $55,797.47 | $1,094.07 | $680.76 | $57,572.30 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 3311 | $43,307.69 | $0.00 | $0.00 | $43,307.69 | $39,393.05 | $1,667.23 | $537.22 | $41,597.50 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 3361 | $79,755.23 | $0.00 | $0.00 | $79,755.23 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 3876 | $0.00 | $59,711.89 | $0.00 | $59,711.89 | $34,946.01 | $1,041.78 | $1,417.98 | $37,405.77 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 5971 | $55,255.78 | $0.00 | $0.00 | $55,255.78 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 6090 | $70,694.75 | $0.00 | $0.00 | $70,694.75 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 6177 | $104,551.67 | $0.00 | $0.00 | $104,551.67 | $71,371.82 | $1,423.79 | $2,428.36 | $75,223.97 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 6814 | $0.00 | $32,506.29 | $0.00 | $32,506.29 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7060 | $56,250.00 | $0.00 | $0.00 | $56,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7356 | $78,290.24 | $0.00 | $0.00 | $78,290.24 | $79,373.72 | $1,344.06 | $2,979.31 | $83,697.09 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 7853 | $75,901.40 | $0.00 | $0.00 | $75,901.40 | $61,583.52 | $1,495.95 | $12,009.21 | $75,088.68 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 8221 | $131,237.00 | $18,750.00 | $0.00 | $149,987.00 | $68,358.96 | $1,608.86 | $3,745.08 | $73,712.90 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8361 | $42,827.00 | $0.00 | $0.00 | $42,827.00 | $47,646.52 | $1,036.92 | $3,081.96 | $51,765.40 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8379 | $41,003.67 | $0.00 | $0.00 | $41,003.67 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8384 | $51,550.00 | $10,950.00 | $0.00 | $62,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8388 | $59,568.08 | $10,950.00 | $0.00 | $70,518.08 | $61,730.17 | $1,229.01 | $8,002.19 | $70,961.37 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8397 | $100,153.85 | $0.00 | $0.00 | $100,153.85 | $50,924.92 | $1,107.86 | $3,077.41 | $55,110.19 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8440 | $65,654.03 | $0.00 | $0.00 | $65,654.03 | $61,328.89 | $1,259.03 | $349.73 | $62,937.65 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8510 | $32,506.29 | $0.00 | $0.00 | $32,506.29 | $18,719.48 | $800.17 | $1,711.47 | $21,231.12 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8511 | $70,694.75 | $0.00 | $0.00 | $70,694.75 | $52,249.42 | $1,145.82 | $1,623.25 | $55,018.49 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini- strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini- strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 8513 | $55,255.78 | $0.00 | $0.00 | $55,255.78 | $38,499.28 | $994.38 | $1,364.52 | $40,858.18 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8514 | $79,755.23 | $0.00 | $0.00 | $79,755.23 | $65,352.67 | $1,166.20 | $1,179.16 | $67,698.03 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8515 | $41,003.67 | $0.00 | $0.00 | $41,003.67 | $35,784.65 | $873.75 | $310.66 | $36,969.06 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8516 | $54,550.12 | $0.00 | $0.00 | $54,550.12 | $27,844.92 | $1,362.35 | $1,528.86 | $30,736.13 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8518 | $103,505.60 | $0.00 | $0.00 | $103,505.60 | $67,688.58 | $1,642.71 | $438.05 | $69,769.34 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8524 | $56,250.00 | $0.00 | $0.00 | $56,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8600 | $56,250.00 | $0.00 | $0.00 | $56,250.00 | $66,778.62 | $2,095.20 | $593.64 | $69,467.46 | NORTEL NETWORKS INC. |
| HANSEN, CRAIG R. | 8382 | $37,295.54 | $0.00 | $0.00 | $37,295.54 | $28,942.39 | $1,408.01 | $8,346.35 | $38,696.75 | NORTEL NETWORKS INC. |
| HARRIS, EARL, JR. | 8375 | $65,000.00 | $0.00 | $0.00 | $65,000.00 | $53,657.54 | $1,305.89 | $2,553.74 | $57,517.17 | NORTEL NETWORKS INC. |
| HAYES, MICHAEL P. | 7180 | $86,731.78 | $0.00 | $0.00 | $86,731.78 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| HAYES, MICHAEL P. | 7318 | $67,250.36 | $0.00 | $0.00 | $67,250.36 | $57,144.87 | $1,269.42 | $3,505.00 | $61,919.29 | NORTEL NETWORKS INC. |
| HAYNES, WENDY | 4345 | $27,898.06 | $0.00 | $0.00 | $27,898.06 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAYNES, WENDY | 4386 | $0.00 | $0.00 | $24,903.90 | $24,903.90 | $13,353.22 | $1,600.25 | $2,267.02 | $17,220.49 | NORTEL NETWORKS INC. |
| HERZOG, JANET | 4809 | $69,730.85 | $0.00 | $0.00 | $69,730.85 | $50,350.71 | $1,174.29 | $319.67 | $51,844.67 | NORTEL NETWORKS INC. |
| HILTS, LEE | 8411 | $35,000.00 | $0.00 | $0.00 | $35,000.00 | $36,103.69 | $1,523.01 | $2,072.98 | $39,699.68 | NORTEL NETWORKS INC. |
| HOLLER, GREGORY J | 5614 | $40,520.93 | $0.00 | $0.00 | $40,520.93 | $24,005.58 | $1,170.05 | $1,644.57 | $26,820.20 | NORTEL NETWORKS INC. |
| HONEYCUTT, WILLIAM DANIEL | 8396 | $52,498.80 | $0.00 | $0.00 | $52,498.80 | $48,175.35 | $1,144.46 | $3,179.05 | $52,498.86 | NORTEL NETWORKS INC. |
| JAUCH, THOMAS E. | 1539 | $0.00 | $0.00 | $0.00 | $0.00 | $32,927.30 | $1,456.25 | $1,124.54 | $35,508.09 | NORTEL NETWORKS INC. |
| JHA, RASHMI | 7161 | $54,263.28 | $0.00 | $0.00 | $54,263.28 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| JHA, RASHMI | 8282 | $54,263.28 | $0.00 | $0.00 | $54,263.28 | $34,217.77 | $1,232.08 | $3,354.01 | $38,803.86 | NORTEL NETWORKS INC. |
| JUNIEL, LINDA M. | 7521 | $5,627.62 | $10,950.00 | $0.00 | $16,577.62 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| JUNIEL, LINDA M. | 8193 | $11,844.22 | $10,950.00 | $0.00 | $22,794.22 | $9,237.18 | $1,400.75 | $8,661.31 | $19,299.24 | NORTEL NETWORKS INC. |

11

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| KHANNA, BAKUL | 947 | $0.00 | $109,862.46 | $0.00 | $109,862.46 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KHANNA, BAKUL | 7907 | $0.00 | $170,370.88 | $0.00 | $170,370.88 | $64,081.64 | $1,941.87 | $841.48 | $66,864.99 | NORTEL NETWORKS INC. |
| KHANNA, BAKUL G. | 976 | $62,543.29 | $0.00 | $0.00 | $62,543.29 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KOBE, KEVIN | 708 | $47,394.67 | $0.00 | $0.00 | $47,394.67 | $36,799.47 | $1,905.61 | $539.92 | $39,245.00 | NORTEL NETWORKS INC. |
| KOEHLER JR., EDWIN | 1304 | $76,054.79 | $0.00 | $0.00 | $76,054.79 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KOEHLER JR., EDWIN C. | 1315 | $0.00 | $41,014.45 | $0.00 | $41,014.45 | $69,680.88 | $1,925.47 | $834.38 | $72,440.73 | NORTEL NETWORKS INC. |
| KUMHYR, VALERIE | 7995 | $41,933.75 | $10,950.00 | $0.00 | $52,883.75 | $44,983.75 | $1,275.94 | $8,952.80 | $55,212.49 | NORTEL NETWORKS INC. |
| LAU, STEPHEN | 3363 | $131,931.72 | $0.00 | $0.00 | $131,931.72 | $35,643.70 | $1,166.74 | $797.27 | $37,607.71 | NORTEL NETWORKS INC. |
| LIN, BAI | 8472 | $19,025.76 | $0.00 | $0.00 | $19,025.76 | $17,806.65 | $1,163.83 | $1,984.98 | $20,955.46 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 817 | $0.00 | $43,601.68 | $0.00 | $43,601.68 | $42,343.28 | $1,865.80 | $507.91 | $44,716.99 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 879 | $54,931.54 | $0.00 | $0.00 | $54,931.54 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 1051 | $2,012.25 | $10,950.00 | $0.00 | $12,962.25 | $5,103.89 | $1,125.86 | $356.52 | $6,586.27 | NORTEL NETWORKS INC. |

12

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | 1482 | $48,623.20 | $0.00 | $0.00 | $48,623.20 | $48,675.40 | $1,706.25 | $1,061.66 | $51,443.31 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 1534 | $51,797.31 | $0.00 | $0.00 | $51,797.31 | $53,715.37 | $1,583.74 | $1,240.60 | $56,539.71 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 2867 | $60,000.00 | $0.00 | $0.00 | $60,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 7212 | $46,430.00 | $0.00 | $0.00 | $46,430.00 | $46,663.16 | $1,262.50 | $3,485.88 | $51,411.54 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 7250 | $70,244.17 | $0.00 | $0.00 | $70,244.17 | $66,684.39 | $1,585.42 | $4,148.51 | $72,418.32 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 7310 | $53,302.24 | $0.00 | $0.00 | $53,302.24 | $50,617.18 | $1,017.21 | $2,808.61 | $54,443.00 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 7883 | $54,931.54 | $0.00 | $0.00 | $54,931.54 | $56,201.55 | $1,493.84 | $647.33 | $58,342.72 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 7996 | $38,056.90 | $0.00 | $0.00 | $38,056.90 | $28,523.58 | $1,251.95 | $3,623.70 | $33,399.23 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 8013 | $75,279.65 | $0.00 | $0.00 | $75,279.65 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 8137 | $0.00 | $60,000.00 | $0.00 | $60,000.00 | $64,834.15 | $1,355.42 | $429.22 | $66,618.79 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 8246 | $9,856.00 | $0.00 | $0.00 | $9,856.00 | $23,752.82 | $1,484.03 | $420.48 | $25,657.33 | NORTEL NETWORKS INC. |
| LIQUIDITY SOLUTIONS, INC. | 8275 | $7,339.09 | $0.00 | $0.00 | $7,339.09 | $72,869.02 | $1,622.72 | $8,654.49 | $83,146.23 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCKWOOD, MICHAEL D | 1481 | $243,147.97 | $0.00 | $0.00 | $243,147.97 | $56,148.21 | $1,072.55 | $286.02 | $57,506.78 | NORTEL NETWORKS INC. |
| LOCKWOOD, MICHAEL D. | 550 | $53,070.00 | $0.00 | $0.00 | $53,070.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LOUIS, CATHERINE | 2828 | $262,649.39 | $0.00 | $0.00 | $262,649.39 | $76,799.09 | $1,692.85 | $2,181.90 | $80,673.84 | NORTEL NETWORKS INC. |
| MALIK, ALKA | 894 | $63,027.02 | $0.00 | $0.00 | $63,027.02 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MALIK, ALKA | 1663 | $0.00 | $6,545.11 | $0.00 | $6,545.11 | $40,154.42 | $1,603.33 | $694.78 | $42,452.53 | NORTEL NETWORKS INC. |
| MARKOVICH, JOHN M. | 1672 | $82,371.72 | $0.00 | $0.00 | $82,371.72 | $61,320.73 | $1,189.54 | $1,334.93 | $63,845.20 | NORTEL NETWORKS INC. |
| MARTIN, LOUIS S. | 3160 | $86,555.71 | $0.00 | $0.00 | $86,555.71 | $66,186.72 | $1,143.34 | $1,340.25 | $68,670.31 | NORTEL NETWORKS INC. |
| MATTHEWS, RICHARD LEE | 2538 | $0.00 | $6,000.00 | $0.00 | $6,000.00 | $3,662.54 | $2,073.13 | $2,487.76 | $8,223.43 | NORTEL NETWORKS INC. |
| MAULTSBY, CRYSTAL | 8476 | $9,828.00 | $0.00 | $0.00 | $9,828.00 | $4,802.77 | $999.42 | $4,153.15 | $9,955.34 | NORTEL NETWORKS INC. |
| MCFARLAND, DANA | 1033 | $0.00 | $328,826.57 | $0.00 | $328,826.57 | $64,947.94 | $1,331.21 | $673.00 | $66,952.15 | NORTEL NETWORKS INC. |
| MITCHELL, RANDOLPH | 8324 | $43,137.69 | $10,950.00 | $0.00 | $54,087.69 | $47,602.24 | $1,440.79 | $11,566.37 | $60,609.40 | NORTEL NETWORKS INC. |
| MONGA, INDERMOHAN | 3338 | $0.00 | $54,363.82 | $0.00 | $54,363.82 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| MONGA, INDERMOHAN S | 3340 | $61,676.00 | $0.00 | $0.00 | $61,676.00 | $61,343.10 | $2,018.23 | $2,433.10 | $65,794.43 | NORTEL NETWORKS INC. |
| MONGA, INDERMOHAN S. | 941 | $0.00 | $52,608.00 | $0.00 | $52,608.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MOORE, CURTIS W. | 7539 | $28,563.54 | $10,950.00 | $0.00 | $39,513.54 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MOORE, CURTIS W. | 8417 | $37,454.81 | $10,950.00 | $0.00 | $48,404.81 | $33,885.08 | $1,325.08 | $10,637.40 | $45,847.56 | NORTEL NETWORKS INC. |
| NABORS, CALVIN | 8376 | $66,850.00 | $0.00 | $0.00 | $66,850.00 | $41,666.41 | $980.39 | $2,854.01 | $45,500.81 | NORTEL NETWORKS INC. |
| PANEA, DANIEL L | 857 | $7,500.00 | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| PANEA, DANIEL L. | 1776 | $0.00 | $7,500.00 | $0.00 | $7,500.00 | $4,995.30 | $1,597.07 | $700.93 | $7,293.30 | NORTEL NETWORKS INC. |
| PAUL, CLINTON | 1012 | $63,442.51 | $0.00 | $0.00 | $63,442.51 | $41,872.81 | $1,428.83 | $658.85 | $43,960.49 | NORTEL NETWORKS INC. |
| PERKINSON, TERRY T | 4277 | $51,268.27 | $0.00 | $0.00 | $51,268.27 | $54,218.45 | $1,469.77 | $11,799.05 | $67,487.27 | NORTEL NETWORKS INC. |
| PETTY, MELISSA J. | 7979 | $28,114.20 | $0.00 | $0.00 | $28,114.20 | $19,668.67 | $1,265.77 | $7,179.73 | $28,114.17 | NORTEL NETWORKS INC. |
| POOLE, GINA R. | 8400 | $22,721.09 | $0.00 | $0.00 | $22,721.09 | $16,612.29 | $1,455.09 | $6,556.00 | $24,623.38 | NORTEL NETWORKS INC. |
| RADHAKRISHNAN, SUJITH | 7163 | $48,010.91 | $0.00 | $0.00 | $48,010.91 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| RADHAKRISHNAN, SUJITH | 8283 | $48,010.91 | $0.00 | $0.00 | $48,010.91 | $24,250.71 | $1,526.27 | $4,154.84 | $29,931.82 | NORTEL NETWORKS INC. |
| RAYBARMAN, BAPPADITYA (ROBERT) | 1039 | $13,615.40 | $0.00 | $0.00 | $13,615.40 | $12,291.55 | $1,968.39 | $995.13 | $15,255.07 | NORTEL NETWORKS INC. |
| REICHERT, GEORGE | 4504 | $43,670.31 | $0.00 | $0.00 | $43,670.31 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| REICHERT, GEORGE | 7946 | $346,383.12 | $0.00 | $0.00 | $346,383.12 | $337,204.98 | $0.00 | $0.00 | $337,204.98 | NORTEL NETWORKS INC. |
| ROCK, HELEN | 7266 | $44,337.33 | $12,119.39 | $0.00 | $56,456.72 | $45,072.62 | $1,200.33 | $2,947.49 | $49,220.44 | NORTEL NETWORKS INC. |
| RODDA, BENJAMIN H. | 867 | $10,914.24 | $0.00 | $0.00 | $10,914.24 | $6,621.54 | $3,579.21 | $1,550.99 | $11,751.74 | NORTEL NETWORKS INC. |
| SAGATOVSKI, NICOLAS | 3873 | $25,000.00 | $0.00 | $0.00 | $25,000.00 | $17,182.78 | $1,123.06 | $1,528.60 | $19,834.44 | NORTEL NETWORKS INC. |
| SAKHONKO, MALTI | 8194 | $11,923.69 | $10,950.00 | $0.00 | $22,873.69 | $10,540.85 | $1,299.56 | $9,349.59 | $21,190.00 | NORTEL NETWORKS INC. |
| SAWYER, NICOLE | 7363 | $13,046.17 | $0.00 | $0.00 | $13,046.17 | $2,757.19 | $698.02 | $2,032.02 | $5,487.23 | NORTEL NETWORKS INC. |
| SHAH, KETAN | 3217 | $0.00 | $3,166.47 | $0.00 | $3,166.47 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SHAH, KETAN | 3391 | $42,337.09 | $10,950.00 | $0.00 | $53,287.09 | $32,299.86 | $1,413.56 | $1,876.89 | $35,590.31 | NORTEL NETWORKS INC. |
| SKINNER, FRANCIS E. | 6970 | $75,015.96 | $0.00 | $0.00 | $75,015.96 | $47,845.59 | $1,193.98 | $2,182.34 | $51,221.91 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Admini-strative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Admini-strative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| SPILLANE, DONALD | 6965 | $69,038.25 | $0.00 | $0.00 | $69,038.25 | $45,156.64 | $1,239.81 | $2,135.23 | $48,531.68 | NORTEL NETWORKS INC. |
| SUBBIAH, KANNAN | 6208 | $0.00 | $38,453.74 | $0.00 | $38,453.74 | $35,774.11 | $2,262.60 | $3,092.21 | $41,128.92 | NORTEL NETWORKS INC. |
| TAN-ATICHAT, EDDIE | 6483 | $144,614.63 | $0.00 | $0.00 | $144,614.63 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| TAN-ATICHAT, EDDIE | 7561 | $0.00 | $65,702.69 | $0.00 | $65,702.69 | $81,113.70 | $1,503.50 | $1,946.19 | $84,563.39 | NORTEL NETWORKS INC. |
| TELLEZ, RAUL | 3398 | $0.00 | $1,418.67 | $0.00 | $1,418.67 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| TELLEZ, RAUL | 8106 | $29,661.51 | $0.00 | $0.00 | $29,661.51 | $2,797.12 | $3,825.27 | $26,168.78 | $32,791.17 | NORTEL NETWORKS INC. |
| TOWNSEND, GREGORY | 8383 | $20,849.24 | $10,950.00 | $0.00 | $31,799.24 | $23,515.21 | $1,029.11 | $5,660.12 | $30,204.44 | NORTEL NETWORKS INC. |
| TRAUD, RONALD A. | 5986 | $34,283.84 | $0.00 | $0.00 | $34,283.84 | $24,417.89 | $1,546.52 | $2,190.91 | $28,155.32 | NORTEL NETWORKS INC. |
| TUCKER, ANGELA | 8470 | $14,206.00 | $1,190.00 | $0.00 | $15,396.00 | $8,925.01 | $1,074.58 | $5,199.79 | $15,199.38 | NORTEL NETWORKS INC. |
| VAUGHAN, DONNA ANN | 7371 | $63,277.24 | $0.00 | $0.00 | $63,277.24 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| VAUGHAN, DONNA ANN | 8240 | $63,277.24 | $0.00 | $0.00 | $63,277.24 | $47,704.26 | $987.21 | $2,873.88 | $51,565.35 | NORTEL NETWORKS INC. |
| WANG, YUN | 7133 | $42,608.67 | $0.00 | $0.00 | $42,608.67 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

17

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| WANG, YUN | 7134 | $18,123.26 | $0.00 | $0.00 | $18,123.26 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WANG, YUN | 7138 | $1,912.15 | $0.00 | $0.00 | $1,912.15 | $35,456.90 | $1,195.62 | $2,231.83 | $38,884.35 | NORTEL NETWORKS INC. |
| WARD, DENNIS | 1150 | $61,034.83 | $0.00 | $0.00 | $61,034.83 | $45,701.41 | $1,081.55 | $672.96 | $47,455.92 | NORTEL NETWORKS INC. |
| WHITE, CARRIE S. | 7522 | $25,602.00 | $10,950.00 | $0.00 | $36,552.00 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WHITE, CARRIE S. | 8241 | $35,645.00 | $10,950.00 | $0.00 | $46,595.00 | $34,610.12 | $1,530.67 | $9,073.46 | $45,214.25 | NORTEL NETWORKS INC. |
| WHITWORTH, MARY JANE | 8392 | $33,369.26 | $0.00 | $0.00 | $33,369.26 | $31,391.36 | $1,262.10 | $3,491.82 | $36,145.28 | NORTEL NETWORKS INC. |
| WOOD, PATRICK | 7217 | $74,938.05 | $0.00 | $0.00 | $74,938.05 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WOOD, PATRICK | 7369 | $54,279.80 | $0.00 | $0.00 | $54,279.80 | $42,910.08 | $1,369.72 | $3,781.93 | $48,061.73 | NORTEL NETWORKS INC. |
| ZANGA, JAMES M. | 5055 | $72,709.47 | $0.00 | $0.00 | $72,709.47 | $56,984.41 | $1,204.46 | $1,692.94 | $59,881.81 | NORTEL NETWORKS INC. |