## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: December 20, 2013 at 4:00 p.m. (ET)** |

-------------------------------------------------------X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013.**

Exhibit A:     Summary of Professionals
Exhibit B:     Summary of Projects and Project Descriptions
Exhibit C:     Summary of Fees and Expenses
Exhibit D:     Summary of Time by Professional
Exhibit E:     Summary of Fees by Project
Exhibit F:     Time Description Detail by Project
Exhibit G:     Summary of Expenses by Category
Exhibit H:     Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, October 1, 2013 through October 31, 2013, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $513,351.59. Mergis incurred $489.98 in costs and expenses during this period.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated:  November 15, 2013          THE MERGIS GROUP
        Raleigh, North Carolina

Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**