IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 12582, 1284-12591 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
11th day of December, 2013

/s/ Notary
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  KNOUSE, MICHAEL                      KNOUSE, MICHAEL
         4701 121 ST # 15                     MICHAEL KNOUSE
         LUBBOCK, TX 79424                    4701 121 ST #15
                                              LUBBOCK TX 79424
```

Please note that your claim # 3697 in the above referenced case and in the amount of
　　　$27,330.57 has been transferred **(unless previously expunged by court order)** to:

```
         HAIN CAPITAL HOLDINGS, LLC
         TRANSFEROR: KNOUSE, MICHAEL
         ATTN: AMANDA RAPOPORT
         301 ROUTE 17, 7TH FLOOR
         RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12562      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/11/2013                             David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly Murray
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 11, 2013.

# EXHIBIT B

```
TIME: 10:12:12                                          NORTEL NETWORKS INC.                                              PAGE:  1
DATE: 12/11/13                                            CREDITOR LISTING
```

| Name | Address |
|---|---|
| BREWER, TOMMY JOE | 1505 WAGON WHEEL GARLAND TX 75044 |
| BURTON, JR. ROBERT ALLEN | 2901 CREEK VALLEY DRIVE GARLAND TX 75040 |
| CHRISTIAN, PAUL | 220 SPRING CREEK LANE NE ALBUQUERQUE NM 87122 |
| CHRISTIAN, PAUL | PAUL CHRISTIAN 3233 WOODVIEW COURT THOUSAND OAKS CA 91362 |
| COOK, JASON | 408 CREPE MYRTLE LANE MURPHY TX 75094 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BREWER, TOMMY JOE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BURTON, JR. ROBERT ALLEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHRISTIAN, PAUL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COOK, JASON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HODGES, WANDA B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KNOUSE, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NEWELL, PAMELA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PERKINSON, TERRY T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SEITZ, RONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HODGES, WANDA B. | 922 WOODRUFF ROAD SELMA NC 27576 |
| JENSON, CHARLES E. | 1234 COVINA CT ALLEN TX 75013 |
| KNOUSE, MICHAEL | 4701 121 ST # 15 LUBBOCK TX 79424 |
| KNOUSE, MICHAEL | MICHAEL KNOUSE 4701 121 ST #15 LUBBOCK TX 79424 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JENSON, CHARLES E. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| NEWELL, PAMELA | 2306 GOLDEN WILLOW LN RICHARDSON TX 75082 |
| PERKINSON, TERRY T | 104 NATHANIEL COURT CARY NC 27511 |
| SEITZ, RONALD | 8715 BLAKEHURST DR RALEIGH NC 27617 |

Total Number of Records Printed    22

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006