UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. : **Related Docket No. 12419**
------------------------------------------------------------x

# CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SIXTH MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

1. On November 19, 2013, the Retiree Committee filed the *Twenty-Sixth Monthly Application of McCarter & English LLP, As Counsel to The Official Committee of Retirees For Allowance Of Interim Compensation And For Interim Reimbursement of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 through October 31, 2013* [Docket No. 12419] (the "Application").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by December 10, 2013 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 16888595v.1

responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested allowance of fees in the amount of $2,092.00 and expenses in the amount of $15.36 pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $1,673.60 (80% of $2,092.00) and expenses in that amount of $15.36 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of McCarter & English LLP's fee and expense request.

Dated: December 12, 2013
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

2

ME1 16888595v.1