**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| --------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | **Re: D.I. 12613** |
| --------------------------------------------------------X | | |

<u>**NOTICE OF SERVICE**</u>

       PLEASE TAKE NOTICE that on December 13, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On December 17, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: December 13, 2013        CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                James L. Bromley (admitted *pro hac vice*)
                            Lisa M. Schweitzer (admitted *pro hac vice*)
                            One Liberty Plaza
                            New York, New York 10006
                            Telephone:  (212) 225-2000
                            Facsimile:  (212) 225-3999

                            - and -

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Tamara K. Minott*
                            Eric D. Schwartz (No. 3134)
                            Derek C. Abbott (No. 3376)
                            Ann C. Cordo (No. 4817)
                            Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.34

**<u>Via Overnight Mail</u>**

Paul Senna
8 Babicz Rd.
Tewksbury, MA 01876

ASM Capital
Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Managing Partner
50 Millstone Rd.., BLDG. 100, STE
360
East Windsor, NJ 08520

Monarch Master Funding LTD
Managing Partner
535 Madison Ave.
New York, NY 10022