## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on December 17, 2013 at 10:00 a.m. (Eastern Time)** was caused to be made on December 13, 2013, in the manner indicated upon the entities identified below.

Date: December 13, 2013                                          */s/ Tamara K. Minott*
Wilmington, DE                                                   Tamara K. Minott (No. 5643)

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE  19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
Fax: 212-872-1002

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
Fax: 302-651-7701

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

**Via Overnight Mail**

California State Board of Equalization
Special Operations Branch, MIC 55
P.O. Box 942879
Sacramento, CA 94279-0055

California State Board of Equalization
P.O. Box 942879 MIC 82
Sacramento, CA 94279-0082

Jeffrey H. Graybill
Tax Counsel IV
California State Board of Equalization
450 N Street (MIC: 82)
Sacramento, CA 95814