# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 2

Client #  732310

Matter # 165839

---

For services through November 30, 2013
relating to  Case Administration

| Date | Description | | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/13 | Document retrieval and maintenance of Application for Issuance, Appointment of Commissioner, and Direction of Submission of Hague Application (.2); Circulation of Application for Issuance, Appointment of Commissioner, and Direction of Submission of Hague Application (.1) | | | | | |
| | Paralegal | Lindsey A. Edinger | 0.30 hrs. | 215.00 | $64.50 |
| 11/04/13 | Review joint motion to terminate KCC retention from LTD / Retiree Committee | | | | | |
| | Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $244.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$244.50** |
| BALANCE BROUGHT FORWARD | $603.40 |
| **TOTAL DUE FOR THIS MATTER** | **$847.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 3

Client #  732310

Matter # 165839

For services through November 30, 2013
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 11/01/13 | Return calls to creditors being solicited by claims traders (x3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| | | | | |
| 11/13/13 | Review motion to adjourn Wilmington Trust claims objection and related documentation (.8); Emails to B. Kahn re: sign off on motion to adjourn Wilmington Trust claims objection (.2); Emails to A. Cordo re: sign off on motion to adjourn Wilmington Trust claims objection and related documentation and call to chambers on same (.5); Email to B. Kahn re: hearing on motion motion to adjourn Wilmington Trust claims objection and related documentation (.1); Emails to A. Steele re: motion to adjourn Wilmington Trust claims objection and related documentation and call to chambers on same (.3) | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 450.00 | $855.00 |

Total Fees for Professional Services  $1,125.00

TOTAL DUE FOR THIS INVOICE                     **$1,125.00**
BALANCE BROUGHT FORWARD                        $5,313.50

**TOTAL DUE FOR THIS MATTER**                  **$6,438.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 4

Client #  732310

Matter # 165839

For services through November 30, 2013
relating to  Court Hearings

| 11/01/13 | Review agenda for 11/5/13 hearing (.2); Attention to logistics of 11/5/13 hearing (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 11/01/13 | Meeting with A. Jerominski re: Agenda for 11/15/13 hearing (.1); Document retrieval and maintenance of Agenda for 11/15/13 Hearing (.2); Circulation of Agenda for 11/15/15 Hearing (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |
| 11/04/13 | Review e-mail from B. Kahn re: 11/5/13 telephonic appearances for B. Kahn, F. Hodara and D. Botter (.1); Telephone call to Courtcall re: same (.3); E-mail to B. Kahn re: same (.1); Discussion with C. Samis re: 11/5/13 agenda (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 11/04/13 | Prepare for 11/5/13 hearing | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |
| 11/05/13 | Finalize preparation for 11/5/13 hearing (1.0); Attend 11/5/13 hearing (.8) | | | |
| Associate | Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |
| 11/12/13 | Organize binder utilized by counsel at 10/29/13 hearing | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/13/13 | Call with A. Cordo to chambers re: hearing on motion to continue allocation litigation (.2); Conference with C. Samis re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 350.00 | $105.00 |
| 11/13/13 | Retrieve and review re: 11/15/13 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 11/15/13 agenda pleadings (.3); Prepare 11/15/13 hearing binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 5

Client #  732310

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 11/14/13 | Register C. Samis, F. Hodara, B. Kahn and D. Botter to appear at 11/15/13 telephonic hearing (.3); Forward dial-in information to each (.2) | | | |
| Paralegal | Ann Jerominski | 0.50 hrs. | 215.00 | $107.50 |
| 11/14/13 | Call from B. Kahn re: preparation for 11/15/13 hearing (.3); Email to B. Kahn re: preparation for 11/15/13 hearing (.1); Email to A. Jerominski re: preparation for 11/15/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 11/15/13 | Retreive and review re: 11/19/13 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/15/13 | Participate in 11/15/13 status conference (1.0); Prepare for 11/15/13 status conference (.6); Email to B. Kahn re: prepare for 11/15/13 status conference (.1); Email to B. Witters re: preparation for 11/15/13 status conference (.1) | | | |
| Associate | Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |
| 11/18/13 | Conference with C. Samis re: hearing coverage | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| 11/18/13 | Retrieve re: 11/19/13 agenda pleadings (.3); Prepare 11/19/13 hearing binder (.3); Circulate 11/15/13 hearing transcript to distribution (.1); Retrieve re: amended 11/19/13 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 11/19/13 agenda pleading (.1); Revise 11/19/13 hearing binders x3 (.3); Review e-mail from M. Wunder re: 11/19/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 215.00 | $344.00 |
| 11/18/13 | Prepare for 11/19/13 hearing (1.2); Emails to B. Witters re: preparation for 11/19/13 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 450.00 | $630.00 |
| 11/19/13 | Attend hearing with co-counsel (3.5); Conference with C. Samis re: hearing (.1) | | | |
| Associate | Amanda R. Steele | 3.60 hrs. | 350.00 | $1,260.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 17, 2013
Invoice 444542

Page 6

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 11/19/13 | Prepare for 11/19/13 hearing (1.0); Attend 11/19/13 hearing (1.1); Emails to F. Hodara and D. Botter re: logistics of 11/19/13 hearing (.5) | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 450.00 | $1,170.00 |
| 11/19/13 | Coordinate telephonic appearances for D. Botter and F. Hodara for 11/19/13 hearing | | | |
| Paralegal | Rebecca V. Speaker | 0.30 hrs. | 215.00 | $64.50 |
| 11/22/13 | Circulate 11/19/13 hearing transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 11/27/13 | Retrieve and review re: 12/3/13 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |

Total Fees for Professional Services          $6,773.50

TOTAL DUE FOR THIS INVOICE          **$6,773.50**
BALANCE BROUGHT FORWARD          $5,001.60

**TOTAL DUE FOR THIS MATTER**          **$11,775.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 7
Client #  732310

Matter # 165839

For services through November 30, 2013
relating to  Litigation/Adversary Proceedings

| 11/01/13 | Review Lesur letter of request and associated documentation  in allocation litigation | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |
| 11/05/13 | Review letter regarding alleged Goodman's conflict | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 11/08/13 | Review response of Goodman's to alleged conflict issue | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 11/11/13 | Call from B. Kahn re: motion to move trial (.3); Meet with S. Bray re: drafting  motion to shorten for motion to move trial (.4); Emails to S. Bray re: drafting  motion to shorten for motion to move trial (.2) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 450.00 | $405.00 |
| 11/11/13 | Conference with C. Samis re: motion to shorten | | | |
| Associate | Shawna C. Bray | 0.10 hrs. | 250.00 | $25.00 |
| 11/12/13 | Email to B. Kahn re: motion to shorten for motion altering litigation timetable (.1); Email to A. Cordo re: motion altering litigation timetable (.1); Email to A .Cordo re: motion to shorten for motion altering litigation timetable (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 11/12/13 | Drafting motion to shorten | | | |
| Associate | Shawna C. Bray | 2.70 hrs. | 250.00 | $675.00 |
| 11/13/13 | Emails to B. Kahn and A. Qureshi re: timing of filing draft motion to amend litigation timetable (.2); Review draft motion to amend litigation timetable (.8); Email to A. Cordo re: timing of filing draft motion to amend litigation timetable (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 8

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 11/14/13 | Review and revise motion to amend allocation litigation timetable (1.2); Emails to B. Kahn and A. Cordo re: sign off on motion to amend allocation litigation timetable and related documentation (.2) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 450.00 | $630.00 |
| | | | | |
| 11/21/13 | Review order altering allocation litigation timetable | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

Total Fees for Professional Services             $3,310.00

**TOTAL DUE FOR THIS INVOICE**                    **$3,310.00**
BALANCE BROUGHT FORWARD                          $11,003.50

**TOTAL DUE FOR THIS MATTER**                     **$14,313.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 9
Client #  732310

Matter # 165839

For services through November 30, 2013
relating to  Retention of Others

| 11/05/13 | Review Smith 2014-1(c) declaration (.2); Review Horst 2014-1(c) declaration (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $180.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$180.00** |
| BALANCE BROUGHT FORWARD | $27.00 |
| **TOTAL DUE FOR THIS MATTER** | **$207.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 10

Client #  732310

Matter # 165839

For services through November 30, 2013
relating to  RLF Fee Applications

| 11/08/13 | E-mail to B. Kahn re: RLF October fee and expense estimates | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 11/13/13 | Finalize and efile CNO re: RLF's 56th fee application | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |
| 11/13/13 | Prepare cno re: RLF September fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/18/13 | Review RLF October bill memos | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 11/19/13 | Conference with L. Morris re: fees (.1); Conference with C. Samis re: same (.2) | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 350.00 | $105.00 |
| 11/19/13 | Meet with A. Steele re: allocation litigation fee data requested by Court (.2); Call to B. Kahn re: allocation litigation fee data requested by Court (.2); Call from M. Fagen re: allocation litigation fee data requested by Court (.2); Call to A. Cordo re: allocation litigation fee data requested by Court (.3); Emails to M. Fagen and B. Kahn re: allocation litigation fee data requested by Court (.3); Emails to L. Anderson and A. Steele re: allocation litigation fee data requested by Court (.3); Attention to assembling allocation litigation fee data requested by Court (.9) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 450.00 | $1,080.00 |
| 11/26/13 | Review and revise RLF October fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 11

Client #  732310

Matter # 165839

---

| 11/26/13 | Review, revise and finalize 57th RL&F fee application | | | |
|----------|-------------------------------------------------------|-----------|--------|----------|
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |

| 11/27/13 | Review RLF interim fee application | | | |
|----------|------------------------------------|-----------|--------|---------|
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |

| 11/27/13 | Prepare RLF 19th interim fee application (.5); E-mail to accounting re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
|-----------|---|-----------|--------|----------|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |


Total Fees for Professional Services        $2,049.00


TOTAL DUE FOR THIS INVOICE        **$2,049.00**
BALANCE BROUGHT FORWARD        $2,119.50

**TOTAL DUE FOR THIS MATTER**        **$4,168.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 12

Client #  732310

Matter # 165839

---

For services through November 30, 2013
relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 11/01/13 | Email to A. Cordo re: transmission of sealed time records for expert witness in allocation litigation (.1); Email to L. Morris re: transmission of sealed time records for expert witness in allocation litigation (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 11/12/13 | Prepare cno re: Akin Gump August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 11/15/13 | Prepare cno re: Dentons Canada August fee application (.2); Finalize and file cno re: same (.2); Prepare cno re Capstone August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 11/18/13 | Review e-mail from B. Kahn re: Akin Gump September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| 11/18/13 | Review, revise and finalize 56th Akin Gump monthly fee application (.2); Email to M. Fagen re: 56th Akin Gump monthly fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 11/20/13 | Review e-mail from M. Wunder re: September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 11/21/13 | Prepare cno re: Ashurst September fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 13

Client #  732310

Matter # 165839

---

| 11/21/13 | Review, revise and finalize CNO for Ashurst September 2013 fee application | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 11/26/13 | Review e-mail from M. Wunder re: Dentons October fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 215.00 | $236.50 |
| 11/26/13 | Review, revise and finalize 57th monthly Dentons fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 11/27/13 | Review experts invoices prior to circulating (.1); Calls with C. Samis re: interim fee application chart (.2); Call with A. Cordo re: same (.1); Finalize Akin fee application for filing (.1); Finalize Akin interim fee application for filing (.1); Conference with B. Witters re: fee chart (.1); Review Ashurst fee application for filing (.1); Review Ashurst interim fee application for filing (.1); Attention to filing Capstone fee application (.1); Review Capstone fee application (.1); Review Capstone interim fee application (.1); Review Dentons interim fee application (.1) | | | |
| Associate | Amanda R. Steele | 1.30 hrs. | 350.00 | $455.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 14

Client #  732310

Matter # 165839

---

| 11/27/13 | Review e-mail from B. Kahn re: Capstone September fee application (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Review e-mail from B. Kahn re: Ashurst October fee application (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Review e-mail from M. Fagen re: Akin Gump October and 19th interim fee applications (.1); Prepare cos re: 19th interim fee application (.2); Prepare notice of application re: Akin Oct fee application (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Finalize, file and coordinate service re: Akin Gump 19th interim fee application (.2); Review e-mail from M. Fagen re: Capstone October and 19th interim fee application (.1); Prepare notice re: Capstone October fee application (.2); Prepare cos re: same (.2); Prepare cos re: Capstone 19th interim fee application (.2); Review e-mail from M. Wunder re: 19th interim fee application (.1); Prepare cos re: same (.2); Prepare exhibit B re: 18th interim fee order (2.4); E-mail to C. Samis re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 6.00 hrs. | 215.00 | $1,290.00 |
| | | | | |
| 11/27/13 | Emails to A. Steele re: submitting monthly invoices of confidential expert in allocation litigation (.3); Email to M. Fagen re: submitting monthly invoices of confidential expert in allocation litigation (.1); Email to B. Witters re: submitting monthly invoices of confidential expert in allocation litigation (.1); Review interim fee order (.2); Email to M. Fagen re: submission of interim fee order (.1); Emails to A. Steele re: submission of monthly fee applications and interim fee order (.3); Email to B. Witters re: submission of interim fee order (.1) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $3,679.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$3,679.00** |
| BALANCE BROUGHT FORWARD | $4,546.80 |
| **TOTAL DUE FOR THIS MATTER** | **$8,225.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 15

Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 5.70 | 350.00 | 1,995.00 |
| Ann Jerominski | 0.60 | 215.00 | 129.00 |
| Barbara J. Witters | 16.80 | 215.00 | 3,612.00 |
| Christopher M. Samis | 23.80 | 450.00 | 10,710.00 |
| Lindsey A. Edinger | 0.70 | 215.00 | 150.50 |
| Rebecca V. Speaker | 0.30 | 215.00 | 64.50 |
| Shawna C. Bray | 2.80 | 250.00 | 700.00 |
| TOTAL | 50.70 | $342.43 | 17,361.00 |

**TOTAL DUE FOR THIS INVOICE**                                          **$18,944.10**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310