# EXHIBIT B



**RICHARDS LAYTON & FINGER**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

Tax I.D. No.: 51-0226371

December 17, 2013
Invoice 444542

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through November 30, 2013
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Conference Calling | $132.00 |
| Court Reporter Services | $71.10 |
| Document Retrieval | $150.70 |
| Long distance telephone charges | $18.07 |
| Messenger and delivery service | $252.90 |
| Photocopying/Printing | $887.90 |
| 6,688 @ $.10 pg./ 2,191 @ $.10/pg. | |
| Postage | $70.43 |

| | |
|---|---|
| Other Charges | $1,583.10 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,583.10** |
| BALANCE BROUGHT FORWARD | $1,836.51 |
| **TOTAL DUE FOR THIS MATTER** | **$3,419.61** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 16
Client #  732310

Client:   Official Committee of the Board of Directors of Nortel Networks Inc

Matter:   Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 10/28/13 | CourtCall | CONFCALL |
| | Amount =  $30.00 | |
| 11/01/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | MESS |
| | Amount =  $6.45 | |
| 11/01/13 | Printing | DUP.10CC |
| | Amount =  $0.80 | |
| 11/01/13 | Printing | DUP.10CC |
| | Amount =  $0.10 | |
| 11/04/13 | Printing | DUP.10CC |
| | Amount =  $0.30 | |
| 11/05/13 | PACER | DOCRETRI |
| | Amount =  $52.20 | |
| 11/07/13 | DIAZ DATA SERVICES | CTRPT |
| | Amount =  $27.90 | |
| 11/07/13 | CourtCall | CONFCALL |
| | Amount =  $72.00 | |
| 11/08/13 | Printing | DUP.10CC |
| | Amount =  $0.10 | |
| 11/11/13 | PACER | DOCRETRI |
| | Amount =  $9.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 17, 2013
Invoice 444542
Page 17
Client # 732310

| Date | Description | | Code |
|------|-------------|---|------|
| 11/11/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/13/13 | Photocopies | | DUP.10CC |
| | | Amount = $1.00 | |
| 11/13/13 | PACER | | DOCRETRI |
| | | Amount = $15.30 | |
| 11/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/13/13 | Printing | | DUP.10CC |
| | | Amount = $42.60 | |
| 11/13/13 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 11/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/14/13 | CourtCall | | CONFCALL |
| | | Amount = $30.00 | |
| 11/14/13 | PACER | | DOCRETRI |
| | | Amount = $1.80 | |
| 11/14/13 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 11/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 11/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 17, 2013
Invoice 444542
Page 18

Client # 732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 11/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/18/13 | DIAZ DATA SERVICES | | | CTRPT |
| | | Amount = | $43.20 | |
| 11/18/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $141.60 | |
| 11/18/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $152.40 | |
| 11/18/13 | 12128728121 Long Distance | | | LD |
| | | Amount = | $6.95 | |
| 11/18/13 | Messenger and delivery | | | MESS |
| | | Amount = | $12.00 | |
| 11/18/13 | Messenger and delivery | | | MESS |
| | | Amount = | $51.30 | |
| 11/18/13 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/18/13 | Postage | | | POST |
| | | Amount = | $21.40 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.90 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.80 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $1.60 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 19
Client #  732310

| 11/18/13 | Printing | | DUP.10CC |
|----------|----------|--------------------|----------|
| | | Amount =  $0.30 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $6.10 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $22.40 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $8.40 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $1.50 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $1.80 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $8.50 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $8.40 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $5.20 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $9.00 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 11/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 20

Client #  732310

| Date | Description | | | Code |
|------|-------------|------|------|------|
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $11.20 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/18/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/19/13 | 12128728121 Long Distance | | | LD |
| | | Amount = | $11.12 | |
| 11/19/13 | Messenger and delivery | | | MESS |
| | | Amount = | $7.50 | |
| 11/19/13 | Messenger and delivery | | | MESS |
| | | Amount = | $7.50 | |
| 11/19/13 | PACER | | | DOCRETRI |
| | | Amount = | $42.00 | |
| 11/19/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/20/13 | Photocopies | | | DUP.10CC |
| | | Amount = | $79.20 | |
| 11/20/13 | Messenger and delivery | | | MESS |
| | | Amount = | $18.00 | |
| 11/20/13 | PACER | | | DOCRETRI |
| | | Amount = | $5.80 | |
| 11/20/13 | Postage | | | POST |
| | | Amount = | $12.48 | |
| 11/20/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/20/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/20/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/20/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 21

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/20/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/20/13 | Printing | | DUP.10CC |
| | | Amount = $6.00 | |
| 11/20/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/21/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/26/13 | Photocopies | | DUP.10CC |
| | | Amount = $75.60 | |
| 11/26/13 | Messenger and delivery | | MESS |
| | | Amount = $63.30 | |
| 11/26/13 | Postage | | POST |
| | | Amount = $21.40 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $6.50 | |
| 11/26/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 17, 2013
Invoice 444542

Page 22

Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 11/26/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/26/13 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |
| 11/26/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/27/13 | Photocopies | | DUP.10CC |
| | Amount = | $219.00 | |
| 11/27/13 | Richards Layton and Finger/Morris Nichols Arsht and Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 11/27/13 | Messenger and delivery | | MESS |
| | Amount = | $17.10 | |
| 11/27/13 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 11/27/13 | PACER | | DOCRETRI |
| | Amount = | $20.60 | |
| 11/27/13 | Postage | | POST |
| | Amount = | $15.15 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 23

Client #  732310

| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $5.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $6.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $2.50 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $15.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 24

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $4.90 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $5.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542
Page 25
Client #  732310

| 11/27/13 | Printing | | DUP.10CC |
|----------|----------|--------------------|----------|
| | | Amount =  $0.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $3.40 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 11/27/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 17, 2013
Invoice 444542

Page 26

Client #  732310

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses     $1,583.10