# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 through November 30, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Costs | | $24.50 |
| Transcripts | | 1,139.40 |
| Photos/Art/ Spec Duplicating | Out of Office | 4,352.53 |
| Travel | | 89.60 |
| Messenger Service | | 144.00 |
| Courier/Delivery Service | | 8,370.53 |
| In House Duplicating | | 1,010.25 |
| Facsimile | | 1,146.50 |
| Pacer | | 157.20 |
| Conference Calls | | 14.90 |
| **Total of Expenses** | | **$16,449.41** |

```
                                                                                          Page 39 (39)
DATE:12/19/13 11:57:59              PRO FORMA   338701     AS OF 11/30/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


*----- COST ENTRIES-----*
 INDEX   DATE    STAT      AMOUNT   DESCRIPTION                                   CODE    TKPER   VOUCHER

 1078833 10/01/13 B         24.50 Court Costs - AMERICAN EXPRESS`                  503     000    198650
                                  COURTS/USDC - FILING FEES - 10/1/13
 1072507 11/07/13 B        150.35 Transcripts - DIAZ DATA SERVICES`                506     904    198279
                                  EXPEDITED TRANSCRIPT - 11/07/2013
 1075949 11/18/13 B        232.80 Transcripts - DIAZ DATA SERVICES`                506     904    198459
                                  TRANSCRIPT - CASE# 09-10138 - 11/18/13
 1079426 11/27/13 B        756.25 Transcripts - DIAZ DATA SERVICES`                506     904    198705
                                  TRANSCRIPT - CASE# 09-10138 - 11/27/13
 1070423 11/01/13 B         24.90 Photos/Art/Spec Duplicating-Out of Office -      510     684    198185
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY PRINT - 11/1/13
 1071134 11/04/13 B        248.20 Photos/Art/Spec Duplicating-Out of Office -      510     684    198210
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/4/13
 1073025 11/05/13 B        618.33 Photos/Art/Spec Duplicating-Out of Office -      510     684    198316
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY/PRINT - 11/05/2013
 1076154 11/13/13 B        772.48 Photos/Art/Spec Duplicating-Out of Office -      510     684    198476
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/13/13
 1076155 11/13/13 B         18.80 Photos/Art/Spec Duplicating-Out of Office -      510     684    198477
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY PRINT - 11/13/13
 1077812 11/15/13 B        132.00 Photos/Art/Spec Duplicating-Out of Office -      510     684    198580
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/15/13
 1077811 11/18/13 B        786.14 Photos/Art/Spec Duplicating-Out of Office -      510     684    198579
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/18/13
 1080398 11/25/13 B        393.01 Photos/Art/Spec Duplicating-Out of Office -      510     684    198732
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/25/13
 1080399 11/26/13 B         56.61 Photos/Art/Spec Duplicating-Out of Office -      510     684    198733
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/26/13
 1084518 11/26/13 B         67.81 Photos/Art/Spec Duplicating-Out of Office -      510     684    198858
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/26/13
 1080677 11/26/13 B       1,207.55 Photos/Art/Spec Duplicating-Out of Office -     510     594    198746
                                  DIGITAL LEGAL SERVICES LLC`
                                  BANKRUPTCY SERVICE - 11/26/13
 1084516 11/27/13 B         26.70 Photos/Art/Spec Duplicating-Out of Office -      510     594    198857
                                  DIGITAL LEGAL SERVICES LLC`
                                  COPY/PRINT - 11/27/13
 1080389 11/19/13 B         89.60 Travel - ROADRUNNER EXPRESS INC.`                511     000    198728
                                  DEBBIE PARKER - PU: BANKRUPTCY COURT; DO: PHL
                                  AP - 11/19/13
 1081274 10/01/13 B          3.00 Messenger Service                                513S    000
 1081275 10/01/13 B          3.00 Messenger Service                                513S    000
 1081282 10/01/13 B         15.00 Messenger Service                                513S    000
```

```
                                                                                                          Page 40 (40)
DATE:12/19/13 11:57:59              PRO FORMA   338701        AS OF 11/30/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1081292 10/02/13 B                   3.00 Messenger Service                          513S    000
1081316 10/04/13 B                   3.00 Messenger Service                          513S    000
1081330 10/07/13 B                   9.00 Messenger Service                          513S    000
1081364 10/08/13 B                   3.00 Messenger Service                          513S    000
1081382 10/09/13 B                   3.00 Messenger Service                          513S    000
1081389 10/09/13 B                   9.00 Messenger Service                          513S    000
1081409 10/11/13 B                   6.00 Messenger Service                          513S    000
1081431 10/14/13 B                   3.00 Messenger Service                          513S    000
1081447 10/15/13 B                   6.00 Messenger Service                          513S    000
1081454 10/15/13 B                   3.00 Messenger Service                          513S    000
1081491 10/17/13 B                  15.00 Messenger Service                          513S    000
1081499 10/18/13 B                   6.00 Messenger Service                          513S    000
1081566 10/22/13 B                   3.00 Messenger Service                          513S    000
1081570 10/22/13 B                   3.00 Messenger Service                          513S    000
1081574 10/23/13 B                   3.00 Messenger Service                          513S    000
1081584 10/23/13 B                   3.00 Messenger Service                          513S    000
1081586 10/23/13 B                   3.00 Messenger Service                          513S    000
1081608 10/25/13 B                  18.00 Messenger Service                          513S    000
1081626 10/28/13 B                   3.00 Messenger Service                          513S    000
1081712 11/01/13 B                   3.00 Messenger Service                          513S    000
1081778 11/05/13 B                   9.00 Messenger Service                          513S    000
1081790 11/07/13 B                   6.00 Messenger Service                          513S    000
1078835 10/03/13 B                  72.44 Courier/Delivery Service - AMERICAN EXPRESS` 514   000    198650
                                          USPS.COM - SHIPPING FEES - 10/3/13
1078846 10/26/13 B                  72.44 Courier/Delivery Service - AMERICAN EXPRESS` 514   000    198650
                                          SHIPPING FEES - 10/26/13
1071462 11/01/13 B                  12.69 Courier/Delivery Service                   514     322    198217
1071121 11/01/13 B                  34.20 Courier/Delivery Service                   514     322    198202
1071125 11/01/13 B                  31.16 Courier/Delivery Service                   514     322    198203
1070742 11/01/13 B                  53.81 Courier/Delivery Service                   514     322    198189
1070746 11/01/13 B                  24.94 Courier/Delivery Service                   514     322    198190
1070747 11/01/13 B                  16.22 Courier/Delivery Service                   514     322    198190
1070748 11/01/13 B                  18.66 Courier/Delivery Service                   514     322    198190
1070749 11/01/13 B                  18.66 Courier/Delivery Service                   514     322    198190
1070750 11/01/13 B                  18.66 Courier/Delivery Service                   514     322    198190
1070751 11/01/13 B                  24.94 Courier/Delivery Service                   514     322    198190
1070752 11/01/13 B                  22.70 Courier/Delivery Service                   514     322    198190
1070753 11/01/13 B                  18.66 Courier/Delivery Service                   514     322    198190
1070754 11/01/13 B                  22.54 Courier/Delivery Service                   514     322    198190
1070755 11/01/13 B                  22.70 Courier/Delivery Service                   514     322    198190
1070756 11/01/13 B                  22.70 Courier/Delivery Service                   514     322    198190
1070757 11/01/13 B                  22.70 Courier/Delivery Service                   514     322    198190
1070758 11/01/13 B                  24.94 Courier/Delivery Service                   514     322    198190
1070759 11/01/13 B                  24.94 Courier/Delivery Service                   514     322    198190
1070760 11/01/13 B                  22.54 Courier/Delivery Service                   514     322    198190
1070761 11/01/13 B                  23.78 Courier/Delivery Service                   514     322    198190
1070762 11/01/13 B                  18.66 Courier/Delivery Service                   514     322    198190
1070763 11/01/13 B                  25.06 Courier/Delivery Service                   514     322    198190
1070764 11/01/13 B                  18.66 Courier/Delivery Service                   514     322    198190
1070765 11/01/13 B                  20.09 Courier/Delivery Service                   514     322    198190
1070766 11/01/13 B                  22.54 Courier/Delivery Service                   514     322    198190
1070767 11/01/13 B                  22.70 Courier/Delivery Service                   514     322    198190
1070768 11/01/13 B                  22.70 Courier/Delivery Service                   514     322    198190
1070769 11/01/13 B                  24.94 Courier/Delivery Service                   514     322    198190
```

```
DATE:12/19/13 11:57:59           PRO FORMA    338701     AS OF 11/30/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1070770 11/01/13 B             22.25 Courier/Delivery Service                   514       322      198190
1070771 11/01/13 B             16.22 Courier/Delivery Service                   514       322      198190
1070772 11/01/13 B             22.53 Courier/Delivery Service                   514       322      198190
1070773 11/01/13 B             21.19 Courier/Delivery Service                   514       322      198190
1070774 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070775 11/01/13 B             22.70 Courier/Delivery Service                   514       322      198190
1070776 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070777 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070778 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070779 11/01/13 B             22.25 Courier/Delivery Service                   514       322      198190
1070780 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070781 11/01/13 B             12.69 Courier/Delivery Service                   514       322      198190
1070782 11/01/13 B             17.66 Courier/Delivery Service                   514       322      198190
1070783 11/01/13 B             12.69 Courier/Delivery Service                   514       322      198190
1070784 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070785 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070786 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070787 11/01/13 B             25.06 Courier/Delivery Service                   514       322      198190
1070788 11/01/13 B             28.81 Courier/Delivery Service                   514       322      198190
1070789 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070790 11/01/13 B             22.53 Courier/Delivery Service                   514       322      198190
1070791 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070792 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070793 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070794 11/01/13 B             24.79 Courier/Delivery Service                   514       322      198190
1070795 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070796 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070797 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070798 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070799 11/01/13 B             12.69 Courier/Delivery Service                   514       322      198190
1070800 11/01/13 B             12.69 Courier/Delivery Service                   514       322      198190
1070801 11/01/13 B             21.19 Courier/Delivery Service                   514       322      198190
1070802 11/01/13 B             22.70 Courier/Delivery Service                   514       322      198190
1070803 11/01/13 B             26.56 Courier/Delivery Service                   514       322      198190
1070804 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070805 11/01/13 B             25.06 Courier/Delivery Service                   514       322      198190
1070806 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070807 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070808 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070809 11/01/13 B             12.69 Courier/Delivery Service                   514       322      198190
1070810 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070811 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070812 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070813 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070814 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070815 11/01/13 B             26.41 Courier/Delivery Service                   514       322      198190
1070816 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070817 11/01/13 B             18.66 Courier/Delivery Service                   514       322      198190
1070818 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070819 11/01/13 B             22.53 Courier/Delivery Service                   514       322      198190
1070820 11/01/13 B             24.94 Courier/Delivery Service                   514       322      198190
1070821 11/01/13 B             22.25 Courier/Delivery Service                   514       322      198190
1070822 11/01/13 B             22.54 Courier/Delivery Service                   514       322      198190
1070823 11/01/13 B             26.41 Courier/Delivery Service                   514       322      198190
```

```
DATE:12/19/13 11:57:59              PRO FORMA    338701       AS OF 11/30/13          INVOICE# ******                 Page 42 (42)
Nortel Networks, Inc.
63989-DIP


1070824 11/01/13 B              22.54 Courier/Delivery Service                          514      322      198190
1070826 11/01/13 B              12.69 Courier/Delivery Service                          514      322      198190
1070827 11/01/13 B              22.54 Courier/Delivery Service                          514      322      198190
1070828 11/01/13 B              26.29 Courier/Delivery Service                          514      322      198190
1070829 11/01/13 B              26.41 Courier/Delivery Service                          514      322      198190
1070830 11/01/13 B              22.53 Courier/Delivery Service                          514      322      198190
1070831 11/01/13 B              18.66 Courier/Delivery Service                          514      322      198190
1070832 11/01/13 B              21.19 Courier/Delivery Service                          514      322      198190
1070833 11/01/13 B              18.66 Courier/Delivery Service                          514      322      198190
1071461 11/04/13 B               7.81 Courier/Delivery Service                          514      000      198217
1075068 11/05/13 B               7.81 Courier/Delivery Service                          514      000      198390
1072040 11/06/13 B               7.81 Courier/Delivery Service                          514      000      198236
1073490 11/08/13 B               6.90 Courier/Delivery Service - BLUE MARBLE            514      000      198337
                                      LOGISTICS, LLC
1075439 11/11/13 B              19.07 Courier/Delivery Service                          514      322      198452
1076785 11/11/13 B              22.59 Courier/Delivery Service                          514      322      198495
1075375 11/11/13 B              19.07 Courier/Delivery Service                          514      322      198452
1075376 11/11/13 B              22.59 Courier/Delivery Service                          514      322      198452
1075449 11/11/13 B              22.59 Courier/Delivery Service                          514      322      198452
1077334 11/13/13 B              34.59 Courier/Delivery Service                          514      322      198499
1078329 11/13/13 B              53.74 Courier/Delivery Service - BLUE MARBLE            514      000      198609
                                      LOGISTICS, LLC
1075363 11/13/13 B              53.57 Courier/Delivery Service - FEDERAL EXPRESS        514      000      198451
                                      CORP.`
                                      TRANSPORTATION AND SPECIAL HANDLING SERVICES
1075196 11/13/13 B              22.59 Courier/Delivery Service                          514      322      198392
1075197 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
1075198 11/13/13 B              22.43 Courier/Delivery Service                          514      322      198392
1075199 11/13/13 B              21.10 Courier/Delivery Service                          514      322      198392
1075200 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
1075201 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
1075202 11/13/13 B              24.83 Courier/Delivery Service                          514      322      198392
1075203 11/13/13 B              24.83 Courier/Delivery Service                          514      322      198392
1075204 11/13/13 B              26.17 Courier/Delivery Service                          514      322      198392
1075205 11/13/13 B              22.59 Courier/Delivery Service                          514      322      198392
1075206 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
1075207 11/13/13 B              22.59 Courier/Delivery Service                          514      322      198392
1075208 11/13/13 B              24.83 Courier/Delivery Service                          514      322      198392
1075209 11/13/13 B              21.10 Courier/Delivery Service                          514      322      198392
1075210 11/13/13 B              24.83 Courier/Delivery Service                          514      322      198392
1075211 11/13/13 B              24.83 Courier/Delivery Service                          514      322      198392
1075212 11/13/13 B              22.15 Courier/Delivery Service                          514      322      198392
1075213 11/13/13 B              22.59 Courier/Delivery Service                          514      322      198392
1075214 11/13/13 B              22.44 Courier/Delivery Service                          514      322      198392
1075215 11/13/13 B              28.68 Courier/Delivery Service                          514      322      198392
1075216 11/13/13 B              22.44 Courier/Delivery Service                          514      322      198392
1075217 11/13/13 B              22.59 Courier/Delivery Service                          514      322      198392
1075218 11/13/13 B              12.63 Courier/Delivery Service                          514      322      198392
1075219 11/13/13 B              17.58 Courier/Delivery Service                          514      322      198392
1075220 11/13/13 B              22.44 Courier/Delivery Service                          514      322      198392
1075223 11/13/13 B              22.44 Courier/Delivery Service                          514      322      198392
1075224 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
1075225 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
1075226 11/13/13 B              18.58 Courier/Delivery Service                          514      322      198392
```

```
DATE:12/19/13 11:57:59              PRO FORMA   338701       AS OF 11/30/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP

 1075227 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075228 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075229 11/13/13 B              22.59 Courier/Delivery Service                 514       322      198392
 1075230 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
 1075231 11/13/13 B              24.67 Courier/Delivery Service                 514       322      198392
 1075232 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075233 11/13/13 B              24.95 Courier/Delivery Service                 514       322      198392
 1075234 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075235 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
 1075236 11/13/13 B              22.43 Courier/Delivery Service                 514       322      198392
 1075237 11/13/13 B              22.43 Courier/Delivery Service                 514       322      198392
 1075238 11/13/13 B              16.15 Courier/Delivery Service                 514       322      198392
 1075239 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075240 11/13/13 B              22.59 Courier/Delivery Service                 514       322      198392
 1075241 11/13/13 B              22.43 Courier/Delivery Service                 514       322      198392
 1075242 11/13/13 B              22.59 Courier/Delivery Service                 514       322      198392
 1075245 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075246 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075247 11/13/13 B              20.00 Courier/Delivery Service                 514       322      198392
 1075248 11/13/13 B              22.15 Courier/Delivery Service                 514       322      198392
 1075249 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075250 11/13/13 B              24.95 Courier/Delivery Service                 514       322      198392
 1075251 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
 1075252 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075253 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075254 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
 1075255 11/13/13 B              22.15 Courier/Delivery Service                 514       322      198392
 1075256 11/13/13 B              24.95 Courier/Delivery Service                 514       322      198392
 1075257 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075258 11/13/13 B              24.95 Courier/Delivery Service                 514       322      198392
 1075259 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075260 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075261 11/13/13 B              21.10 Courier/Delivery Service                 514       322      198392
 1075262 11/13/13 B              12.63 Courier/Delivery Service                 514       322      198392
 1075263 11/13/13 B              12.63 Courier/Delivery Service                 514       322      198392
 1075264 11/13/13 B              12.63 Courier/Delivery Service                 514       322      198392
 1075265 11/13/13 B              12.63 Courier/Delivery Service                 514       322      198392
 1075266 11/13/13 B              38.29 Courier/Delivery Service                 514       322      198392
 1075267 11/13/13 B              22.43 Courier/Delivery Service                 514       322      198392
 1075268 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075269 11/13/13 B              22.59 Courier/Delivery Service                 514       322      198392
 1075270 11/13/13 B              21.31 Courier/Delivery Service                 514       322      198392
 1075271 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
 1075272 11/13/13 B              28.68 Courier/Delivery Service                 514       322      198392
 1075273 11/13/13 B              22.59 Courier/Delivery Service                 514       322      198392
 1075274 11/13/13 B              22.15 Courier/Delivery Service                 514       322      198392
 1075275 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
 1075276 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075277 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075278 11/13/13 B              22.59 Courier/Delivery Service                 514       322      198392
 1075279 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075280 11/13/13 B              18.58 Courier/Delivery Service                 514       322      198392
 1075281 11/13/13 B              22.44 Courier/Delivery Service                 514       322      198392
 1075282 11/13/13 B              24.83 Courier/Delivery Service                 514       322      198392
```

```
DATE:12/19/13 11:57:59              PRO FORMA    338701       AS OF 11/30/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1075283 11/13/13 B            23.67 Courier/Delivery Service                        514      322      198392
1075284 11/13/13 B            26.29 Courier/Delivery Service                        514      322      198392
1075285 11/13/13 B            18.58 Courier/Delivery Service                        514      322      198392
1075286 11/13/13 B            16.15 Courier/Delivery Service                        514      322      198392
1075287 11/13/13 B            26.29 Courier/Delivery Service                        514      322      198392
1075288 11/13/13 B            22.59 Courier/Delivery Service                        514      322      198392
1075289 11/13/13 B            22.44 Courier/Delivery Service                        514      322      198392
1075290 11/13/13 B            22.59 Courier/Delivery Service                        514      322      198392
1075291 11/13/13 B            18.58 Courier/Delivery Service                        514      322      198392
1075292 11/13/13 B            24.83 Courier/Delivery Service                        514      322      198392
1075304 11/13/13 B            34.05 Courier/Delivery Service                        514      322      198393
1075243 11/14/13 B            12.63 Courier/Delivery Service                        514      322      198392
1075244 11/14/13 B            12.63 Courier/Delivery Service                        514      322      198392
1075221 11/14/13 B            18.58 Courier/Delivery Service                        514      322      198392
1075222 11/14/13 B            21.31 Courier/Delivery Service                        514      322      198392
1076783 11/14/13 B             7.84 Courier/Delivery Service                        514      000      198495
1076784 11/15/13 B            34.59 Courier/Delivery Service                        514      322      198495
1075440 11/15/13 B            12.63 Courier/Delivery Service                        514      322      198452
1075441 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075442 11/15/13 B            22.59 Courier/Delivery Service                        514      322      198452
1075443 11/15/13 B            22.59 Courier/Delivery Service                        514      322      198452
1075444 11/15/13 B            26.17 Courier/Delivery Service                        514      322      198452
1075445 11/15/13 B            16.15 Courier/Delivery Service                        514      322      198452
1075446 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075447 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075448 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075369 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075370 11/15/13 B            22.44 Courier/Delivery Service                        514      322      198452
1075371 11/15/13 B            22.43 Courier/Delivery Service                        514      322      198452
1075372 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075373 11/15/13 B            22.44 Courier/Delivery Service                        514      322      198452
1075374 11/15/13 B            16.15 Courier/Delivery Service                        514      322      198452
1075377 11/15/13 B            17.58 Courier/Delivery Service                        514      322      198452
1075378 11/15/13 B            12.63 Courier/Delivery Service                        514      322      198452
1075379 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075380 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075381 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075382 11/15/13 B            22.44 Courier/Delivery Service                        514      322      198452
1075383 11/15/13 B            26.44 Courier/Delivery Service                        514      322      198452
1075384 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075385 11/15/13 B            21.10 Courier/Delivery Service                        514      322      198452
1075386 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075387 11/15/13 B            22.59 Courier/Delivery Service                        514      322      198452
1075388 11/15/13 B            26.29 Courier/Delivery Service                        514      322      198452
1075389 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075390 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075391 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075392 11/15/13 B            22.59 Courier/Delivery Service                        514      322      198452
1075393 11/15/13 B            22.44 Courier/Delivery Service                        514      322      198452
1075394 11/15/13 B            18.58 Courier/Delivery Service                        514      322      198452
1075395 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
1075396 11/15/13 B            16.15 Courier/Delivery Service                        514      322      198452
1075397 11/15/13 B            22.44 Courier/Delivery Service                        514      322      198452
1075398 11/15/13 B            24.83 Courier/Delivery Service                        514      322      198452
```

```
DATE:12/19/13 11:57:59              PRO FORMA    338701       AS OF 11/30/13       INVOICE# ******
Nortel Networks, Inc.
63989-DIP

1075399 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075400 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075401 11/15/13 B            12.63 Courier/Delivery Service                      514       322      198452
1075402 11/15/13 B            12.63 Courier/Delivery Service                      514       322      198452
1075403 11/15/13 B            21.10 Courier/Delivery Service                      514       322      198452
1075404 11/15/13 B            22.15 Courier/Delivery Service                      514       322      198452
1075405 11/15/13 B            22.59 Courier/Delivery Service                      514       322      198452
1075406 11/15/13 B            24.83 Courier/Delivery Service                      514       322      198452
1075407 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075408 11/15/13 B            24.95 Courier/Delivery Service                      514       322      198452
1075409 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075410 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075411 11/15/13 B            22.43 Courier/Delivery Service                      514       322      198452
1075412 11/15/13 B            24.95 Courier/Delivery Service                      514       322      198452
1075413 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075414 11/15/13 B            22.15 Courier/Delivery Service                      514       322      198452
1075415 11/15/13 B            24.83 Courier/Delivery Service                      514       322      198452
1075416 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075417 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075418 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075419 11/15/13 B            24.67 Courier/Delivery Service                      514       322      198452
1075420 11/15/13 B            26.29 Courier/Delivery Service                      514       322      198452
1075421 11/15/13 B            24.83 Courier/Delivery Service                      514       322      198452
1075422 11/15/13 B            26.29 Courier/Delivery Service                      514       322      198452
1075423 11/15/13 B            23.67 Courier/Delivery Service                      514       322      198452
1075424 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075425 11/15/13 B            22.43 Courier/Delivery Service                      514       322      198452
1075426 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075427 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075428 11/15/13 B            20.00 Courier/Delivery Service                      514       322      198452
1075429 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075430 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075431 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075432 11/15/13 B            24.95 Courier/Delivery Service                      514       322      198452
1075433 11/15/13 B            24.83 Courier/Delivery Service                      514       322      198452
1075434 11/15/13 B            22.59 Courier/Delivery Service                      514       322      198452
1075435 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075436 11/15/13 B            22.15 Courier/Delivery Service                      514       322      198452
1075437 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075438 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075450 11/15/13 B            12.63 Courier/Delivery Service                      514       322      198452
1075451 11/15/13 B            18.58 Courier/Delivery Service                      514       322      198452
1075452 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1075453 11/15/13 B            28.68 Courier/Delivery Service                      514       322      198452
1075454 11/15/13 B            22.43 Courier/Delivery Service                      514       322      198452
1075455 11/15/13 B            22.59 Courier/Delivery Service                      514       322      198452
1075456 11/15/13 B            22.44 Courier/Delivery Service                      514       322      198452
1076777 11/15/13 B            53.57 Courier/Delivery Service                      514       322      198494
1076778 11/15/13 B            34.05 Courier/Delivery Service                      514       322      198494
1077335 11/18/13 B             9.03 Courier/Delivery Service                      514       000      198499
1077336 11/18/13 B             9.03 Courier/Delivery Service                      514       000      198499
1077337 11/18/13 B             9.03 Courier/Delivery Service                      514       000      198499
1077338 11/18/13 B             9.03 Courier/Delivery Service                      514       000      198499
1077339 11/18/13 B             7.84 Courier/Delivery Service                      514       000      198499
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                       Page 46 (46)
DATE:12/19/13 11:57:59              PRO FORMA    338701      AS OF 11/30/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1079428 11/19/13 B              19.24 Courier/Delivery Service - BLUE MARBLE     514    000    198706
                                      LOGISTICS, LLC
1079925 11/25/13 B               7.81 Courier/Delivery Service                   514    000    198714
1078723 11/27/13 B              12.63 Courier/Delivery Service - FEDERAL EXPRESS 514    000    198621
                                      CORP.`
                                      TRANSPORTATION AND SPECIAL HANDLING SERVICES
1080102 11/27/13 B              12.63 Courier/Delivery Service                   514    322    198721
1080103 11/27/13 B              17.58 Courier/Delivery Service                   514    322    198721
1080104 11/27/13 B              12.63 Courier/Delivery Service                   514    322    198721
1080105 11/27/13 B              12.63 Courier/Delivery Service                   514    322    198721
1080107 11/27/13 B             (53.57)Reversal from Cancelled Voucher 198720     514    322    198722
1080101 11/27/13 B              10.53 Courier/Delivery Service                   514    000    198721
1083075 11/27/13 B               6.90 Courier/Delivery Service - BLUE MARBLE     514    000    198784
                                      LOGISTICS, LLC
1080000 11/27/13 B              22.15 Courier/Delivery Service                   514    322    198717
1080001 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080002 11/27/13 B              22.44 Courier/Delivery Service                   514    322    198717
1080003 11/27/13 B              22.59 Courier/Delivery Service                   514    322    198717
1080004 11/27/13 B              22.15 Courier/Delivery Service                   514    322    198717
1080005 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080006 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080007 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080008 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080009 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080010 11/27/13 B              22.44 Courier/Delivery Service                   514    322    198717
1080011 11/27/13 B              21.10 Courier/Delivery Service                   514    322    198717
1080012 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080013 11/27/13 B              22.44 Courier/Delivery Service                   514    322    198717
1080014 11/27/13 B              22.59 Courier/Delivery Service                   514    322    198717
1080015 11/27/13 B              16.15 Courier/Delivery Service                   514    322    198717
1080016 11/27/13 B              23.67 Courier/Delivery Service                   514    322    198717
1080017 11/27/13 B              22.43 Courier/Delivery Service                   514    322    198717
1080018 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080019 11/27/13 B              21.10 Courier/Delivery Service                   514    322    198717
1080020 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080021 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080022 11/27/13 B              24.95 Courier/Delivery Service                   514    322    198717
1080023 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080024 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080025 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080026 11/27/13 B              24.67 Courier/Delivery Service                   514    322    198717
1080027 11/27/13 B              22.59 Courier/Delivery Service                   514    322    198717
1080028 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080029 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080030 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080031 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080032 11/27/13 B              24.95 Courier/Delivery Service                   514    322    198717
1080033 11/27/13 B              22.43 Courier/Delivery Service                   514    322    198717
1080034 11/27/13 B              22.44 Courier/Delivery Service                   514    322    198717
1080035 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080036 11/27/13 B              24.83 Courier/Delivery Service                   514    322    198717
1080037 11/27/13 B              22.44 Courier/Delivery Service                   514    322    198717
1080038 11/27/13 B              18.58 Courier/Delivery Service                   514    322    198717
1080039 11/27/13 B              26.29 Courier/Delivery Service                   514    322    198717
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                                       Page 17 (47)
DATE:12/19/13 11:57:59              PRO FORMA   338701       AS OF 11/30/13          INVOICE# ******
Nortel Networks, Inc.
63989-DIP


 1080040 11/27/13 B            16.15 Courier/Delivery Service                        514       322       198717
 1080041 11/27/13 B            26.29 Courier/Delivery Service                        514       322       198717
 1080042 11/27/13 B            12.63 Courier/Delivery Service                        514       322       198717
 1080043 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080044 11/27/13 B            24.95 Courier/Delivery Service                        514       322       198717
 1080045 11/27/13 B            26.29 Courier/Delivery Service                        514       322       198717
 1080046 11/27/13 B            28.68 Courier/Delivery Service                        514       322       198717
 1080047 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080048 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080049 11/27/13 B            22.59 Courier/Delivery Service                        514       322       198717
 1080050 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080051 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080052 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080053 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080054 11/27/13 B            22.59 Courier/Delivery Service                        514       322       198717
 1080055 11/27/13 B            24.83 Courier/Delivery Service                        514       322       198717
 1080056 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080057 11/27/13 B            22.43 Courier/Delivery Service                        514       322       198717
 1080058 11/27/13 B            22.59 Courier/Delivery Service                        514       322       198717
 1080059 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080060 11/27/13 B            20.00 Courier/Delivery Service                        514       322       198717
 1080061 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080062 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080063 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080064 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080065 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080066 11/27/13 B            22.59 Courier/Delivery Service                        514       322       198717
 1080067 11/27/13 B            18.58 Courier/Delivery Service                        514       322       198717
 1080068 11/27/13 B            26.17 Courier/Delivery Service                        514       322       198717
 1080069 11/27/13 B            24.83 Courier/Delivery Service                        514       322       198717
 1080070 11/27/13 B            26.44 Courier/Delivery Service                        514       322       198717
 1080071 11/27/13 B            24.83 Courier/Delivery Service                        514       322       198717
 1080072 11/27/13 B            19.07 Courier/Delivery Service                        514       322       198717
 1080073 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080074 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080075 11/27/13 B            22.43 Courier/Delivery Service                        514       322       198717
 1080076 11/27/13 B            24.83 Courier/Delivery Service                        514       322       198717
 1080077 11/27/13 B            22.44 Courier/Delivery Service                        514       322       198717
 1080085 11/27/13 B            34.05 Courier/Delivery Service                        514       322       198718
 1080093 11/27/13 B            53.57 Courier/Delivery Service                        514       322       198720
 1080099 11/27/13 B            12.63 Courier/Delivery Service                        514       322       198721
 1080100 11/27/13 B            12.63 Courier/Delivery Service                        514       322       198721
 1085581 04/29/13 B           328.00 In-House Duplicating                            519       454

 1085582 05/23/13 B           172.20 In-House Duplicating                            519       605

 1085583 10/11/13 B             1.50 In-House Duplicating                            519       454

 1085584 10/11/13 B             2.00 In-House Duplicating                            519       454

 1085585 10/11/13 B             3.60 In-House Duplicating                            519       454

 1069646 11/04/13 B             1.20 In-House Duplicating                            519       971
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                            Page 28 (48)
DATE:12/19/13 11:57:59                   PRO FORMA    338701       AS OF 11/30/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP

1071158 11/07/13 B                    0.60 In-House Duplicating                       519    594
1072603 11/12/13 B                   43.20 In-House Duplicating                       519    684
1073856 11/14/13 B                   42.40 In-House Duplicating                       519    670
1074576 11/18/13 B                   33.50 In-House Duplicating                       519    605
1074575 11/18/13 B                    8.10 In-House Duplicating                       519    971
1074577 11/18/13 B                    4.80 In-House Duplicating                       519    971
1074578 11/18/13 B                    1.20 In-House Duplicating                       519    971
1076862 11/21/13 B                    0.10 In-House Duplicating                       519    684
1077872 11/25/13 B                   14.50 In-House Duplicating                       519    623
1078444 11/25/13 B                    1.20 In-House Duplicating                       519    605
1077873 11/25/13 B                    4.50 In-House Duplicating                       519    546
1077874 11/25/13 B                   24.50 In-House Duplicating                       519    546
1078445 11/26/13 B                    5.80 In-House Duplicating                       519    605
1078958 11/26/13 B                    8.50 In-House Duplicating                       519    623
1078961 11/27/13 B                   16.80 In-House Duplicating                       519    637
1078959 11/27/13 B                    5.80 In-House Duplicating                       519    594
1078960 11/27/13 B                    2.80 In-House Duplicating                       519    594
1079177 11/27/13 B                    1.50 In-House Duplicating                       519    605
1086688 12/17/12 B                  511.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684   198992
                                           FAX BROADCAST - 12/17/12
1070424 11/01/13 B                  130.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684   198185
                                           FAX BROADCAST - 11/1/13
1076156 11/13/13 B                   83.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684   198477
                                           FAX BROADCAST - 11/13/13
1076157 11/14/13 B                    6.00 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684   198478
                                           FAX BROADCAST - 11/14/13
1077813 11/15/13 B                  253.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684   198580
                                           FAX BROADCAST - 11/15/13
1077814 11/18/13 B                   34.00 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   684   198581
                                           FAX BROADCAST - 11/18/13
1084517 11/27/13 B                  127.50 Facsimile - DIGITAL LEGAL SERVICES LLC`    522H   594   198857
                                           FAX BROADCAST - 11/27/13
1076320 10/31/13 B                   53.10 Pacer charges for the month of October     529    000
1086715 11/30/13 B                  104.10 Pacer charges for the month of November    529    000
1069138 11/01/13 B                    1.05 In-House Printing - black & white          541    684
                                           Call time: 11:54; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                         Page  9 (49)
DATE:12/19/13 11:57:59             PRO FORMA    338701       AS OF 11/30/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1070447 11/04/13 B          21.30 In-House Printing - black & white        541      605
                                  Call time: 19:31; to

1070882 11/06/13 B           7.20 In-House Printing - black & white        541      684
                                  Call time: 12:42; to

1070883 11/06/13 B           1.50 In-House Printing - black & white        541      684
                                  Call time: 12:42; to

1071742 11/08/13 B           0.85 In-House Printing - black & white        541      684
                                  Call time: 15:03; to

1071743 11/08/13 B           0.25 In-House Printing - black & white        541      684
                                  Call time: 15:03; to

1071744 11/08/13 B           5.70 In-House Printing - black & white        541      684
                                  Call time: 15:09; to

1071745 11/08/13 B           1.80 In-House Printing - black & white        541      684
                                  Call time: 15:09; to

1072604 11/12/13 B           2.25 In-House Printing - black & white        541      684
                                  Call time: 10:28; to

1072605 11/12/13 B           1.50 In-House Printing - black & white        541      684
                                  Call time: 10:28; to

1072606 11/12/13 B           1.75 In-House Printing - black & white        541      684
                                  Call time: 10:29; to

1072607 11/12/13 B           1.75 In-House Printing - black & white        541      684
                                  Call time: 10:29; to

1072608 11/12/13 B           1.35 In-House Printing - black & white        541      684
                                  Call time: 10:30; to

1072609 11/12/13 B           2.00 In-House Printing - black & white        541      684
                                  Call time: 10:30; to

1072610 11/12/13 B           2.10 In-House Printing - black & white        541      684
                                  Call time: 10:30; to

1072611 11/12/13 B           2.35 In-House Printing - black & white        541      684
                                  Call time: 10:31; to

1072612 11/12/13 B           2.35 In-House Printing - black & white        541      684
                                  Call time: 10:31; to

1072613 11/12/13 B           2.70 In-House Printing - black & white        541      684
                                  Call time: 10:31; to

1073078 11/13/13 B           2.50 In-House Printing - black & white        541      684
                                  Call time: 11:28; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                    Page 90 (50)
DATE:12/19/13 11:57:59              PRO FORMA   338701      AS OF 11/30/13        INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1073079 11/13/13 B              0.10 In-House Printing - black & white       541      684
                                     Call time: 11:28; to

1073080 11/13/13 B              8.50 In-House Printing - black & white       541      684
                                     Call time: 09:52; to

1073081 11/13/13 B              4.30 In-House Printing - black & white       541      684
                                     Call time: 09:53; to

1073082 11/13/13 B              4.25 In-House Printing - black & white       541      684
                                     Call time: 09:54; to

1073083 11/13/13 B              2.30 In-House Printing - black & white       541      684
                                     Call time: 09:36; to

1073084 11/13/13 B              1.25 In-House Printing - black & white       541      684
                                     Call time: 09:38; to

1073085 11/13/13 B              1.75 In-House Printing - black & white       541      684
                                     Call time: 09:40; to

1073086 11/13/13 B              9.10 In-House Printing - black & white       541      684
                                     Call time: 09:49; to

1073857 11/14/13 B              1.55 In-House Printing - black & white       541      684
                                     Call time: 15:44; to

1073858 11/14/13 B              5.20 In-House Printing - black & white       541      684
                                     Call time: 15:48; to

1073859 11/14/13 B              6.10 In-House Printing - black & white       541      684
                                     Call time: 14:37; to

1073860 11/14/13 B              3.05 In-House Printing - black & white       541      684
                                     Call time: 14:38; to

1073861 11/14/13 B              1.20 In-House Printing - black & white       541      684
                                     Call time: 14:39; to

1074135 11/15/13 B              1.50 In-House Printing - black & white       541      684
                                     Call time: 13:14; to

1074136 11/15/13 B             22.00 In-House Printing - black & white       541      684
                                     Call time: 11:15; to

1074137 11/15/13 B              0.20 In-House Printing - black & white       541      684
                                     Call time: 11:15; to

1074138 11/15/13 B              1.20 In-House Printing - black & white       541      684
                                     Call time: 11:43; to

1075514 11/18/13 B             11.00 In-House Printing - black & white       541      605
                                     Call time: 18:51; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                              Page 91 (51)
DATE:12/19/13 11:57:59            PRO FORMA   338701     AS OF 11/30/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1075515  11/18/13 B          0.10 In-House Printing - black & white        541       605
                                  Call time: 18:51; to

1074579  11/18/13 B          1.80 In-House Printing - black & white        541       684
                                  Call time: 16:54; to

1076421  11/19/13 B          5.00 In-House Printing - black & white        541       623
                                  Call time: 21:16; to

1076422  11/19/13 B          0.25 In-House Printing - black & white        541       623
                                  Call time: 21:16; to

1075519  11/19/13 B          2.40 In-House Printing - black & white        541       684
                                  Call time: 13:43; to

1075516  11/19/13 B          3.35 In-House Printing - black & white        541       546
                                  Call time: 14:00; to

1075517  11/19/13 B          3.15 In-House Printing - black & white        541       546
                                  Call time: 14:03; to

1075518  11/19/13 B          2.95 In-House Printing - black & white        541       546
                                  Call time: 14:04; to

1075520  11/19/13 B          3.25 In-House Printing - black & white        541       546
                                  Call time: 14:05; to

1075521  11/19/13 B          4.00 In-House Printing - black & white        541       546
                                  Call time: 14:05; to

1075522  11/19/13 B          3.35 In-House Printing - black & white        541       546
                                  Call time: 14:07; to

1076423  11/20/13 B          6.00 In-House Printing - black & white        541       684
                                  Call time: 14:03; to

1076424  11/20/13 B          0.30 In-House Printing - black & white        541       684
                                  Call time: 14:03; to

1076425  11/20/13 B          2.40 In-House Printing - black & white        541       684
                                  Call time: 14:15; to

1076426  11/20/13 B          0.30 In-House Printing - black & white        541       684
                                  Call time: 14:15; to

1076427  11/20/13 B          2.00 In-House Printing - black & white        541       684
                                  Call time: 12:30; to

1076428  11/20/13 B          0.25 In-House Printing - black & white        541       684
                                  Call time: 12:30; to

1076429  11/20/13 B          1.10 In-House Printing - black & white        541       684
                                  Call time: 11:31; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                              Page 92 (52)
DATE:12/19/13 11:57:59               PRO FORMA    338701      AS OF 11/30/13         INVOICE# ******
Nortel Networks, Inc.
63989-DIP


  1076863 11/20/13 B              4.50 In-House Printing - black & white       541      605
                                       Call time: 19:24; to

  1076864 11/20/13 B              2.60 In-House Printing - black & white       541      605
                                       Call time: 19:25; to

  1077409 11/22/13 B              1.55 In-House Printing - black & white       541      684
                                       Call time: 11:14; to

  1077875 11/25/13 B              1.00 In-House Printing - black & white       541      546
                                       Call time: 11:56; to

  1077876 11/25/13 B              0.05 In-House Printing - black & white       541      546
                                       Call time: 11:56; to

  1078447 11/25/13 B              1.75 In-House Printing - black & white       541      623
                                       Call time: 19:11; to

  1078448 11/25/13 B              0.25 In-House Printing - black & white       541      623
                                       Call time: 19:11; to

  1077878 11/25/13 B              1.10 In-House Printing - black & white       541      623
                                       Call time: 17:26; to

  1077879 11/25/13 B              0.15 In-House Printing - black & white       541      623
                                       Call time: 17:26; to

  1077877 11/25/13 B             33.80 In-House Printing - black & white       541      605
                                       Call time: 18:15; to

  1078446 11/25/13 B              1.35 In-House Printing - black & white       541      605
                                       Call time: 21:12; to

  1078450 11/26/13 B              2.15 In-House Printing - black & white       541      670
                                       Call time: 15:38; to

  1078449 11/26/13 B              5.95 In-House Printing - black & white       541      605
                                       Call time: 18:26; to

  1078963 11/26/13 B              1.25 In-House Printing - black & white       541      605
                                       Call time: 20:31; to

  1078962 11/26/13 B              1.25 In-House Printing - black & white       541      971
                                       Call time: 19:15; to

  1078969 11/27/13 B              2.75 In-House Printing - black & white       541      670
                                       Call time: 16:04; to

  1078964 11/27/13 B              1.20 In-House Printing - black & white       541      637
                                       Call time: 14:06; to

  1078965 11/27/13 B              1.05 In-House Printing - black & white       541      594
                                       Call time: 13:22; to
```

```
←&l1O←&l6C←&l063F←(s0P←(s12H←&k9.2 ←&a180C                                                                    Page 93 (53)
DATE:12/19/13 11:57:59                   PRO FORMA    338701       AS OF 11/30/13           INVOICE# ******
Nortel Networks, Inc.
63989-DIP


1078966 11/27/13 B              0.80 In-House Printing - black & white              541      594
                                     Call time: 11:41; to

1078967 11/27/13 B              0.60 In-House Printing - black & white              541      594
                                     Call time: 11:41; to

1078968 11/27/13 B              1.10 In-House Printing - black & white              541      594
                                     Call time: 10:16; to

1074139 11/15/13 B              1.00 In-House Printing - color                      542      670

1074140 11/15/13 B             26.00 In-House Printing - color                      542      670

1079444 10/28/13 B              6.67 Conference Calls - SOUNDPATH CONFERENCING      552H     904      198707
                                     SERVICES, LLC
1079494 11/06/13 B              1.57 Conference Calls - SOUNDPATH CONFERENCING      552H     904      198709
                                     SERVICES, LLC
1079495 11/06/13 B              4.19 Conference Calls - SOUNDPATH CONFERENCING      552H     904      198709
                                     SERVICES, LLC
1086230 11/13/13 B              2.47 Conference Calls - SOUNDPATH CONFERENCING      552H     904      198952
                                     SERVICES, LLC
                              --------------
                                16,449.41
                              --------------
```