## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

               Debtors.

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE:  D.I.  11741, 12627**

### SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS, REDUNDANT CLAIMS, AMENDED OR SUPERSEDED CLAIMS, NO-BASIS 503(b)(9) CLAIMS, AND NO-BASIS PENSION CLAIMS)

Upon the Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims

Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims,

Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant

Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims, and No-Basis Pension

Claims) [D.I. 11741] (the "Objection")[2] filed by Nortel Networks Inc. and certain of its affiliates,

as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

requesting an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and

Local Rule 3007-1 modifying, reclassifying, and allowing or disallowing the claims identified in

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

Exhibits A, B and C attached thereto; and upon the Declaration of John J. Ray, III in Support of

the Debtors' Thirty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11

U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow

Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or

Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) attached to the

Objection as Exhibit D; and upon all other documentation filed in connection with the Objection

and the claims, including certain claims identified in Exhibits A-C of the Objection; and

adequate notice of the Objection having been given as set forth in the Objection; and it appearing

that no other or further notice is required; and the Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.      The Objection is **GRANTED** with respect to Claim No. 6101 held by Paul J.

Senna and Claim No. 6101 is disallowed in full.

2.      The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the

Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to

this Order.

3.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: __Dec. 19__, 2013
       Wilmington, Delaware

                                    _____
                                    THE HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE