December 12, 2013

Epiq Systems
757 Third Avenue
New York, NY 10017

Re: Nortel Networks Inc.

In reviewing my claim against Nortel Networks Inc. for payment of unqualified pension payment, I did not find acknowledgement of corrections to my filing for corrections to my claims.

The following claims should be closed out:

| Claim number | amount | creditor name |
| --- | --- | --- |
| 2471 | $861.24 | Hodges Jr. Joseph T. |
| 2472 | $861.24 | Hodges, Joseph T. Jr. |
| 2473 | $26,293.44 | Hodges, Joseph T. Jr. |
| 2474 | $26,293.44 | Hodges, Joseph T. Jr. |

These were filed in error before I understood the correct way to file a claim.

Thank you for your help.

Sincerely,

*Joseph J. Hodges Jr.*

Joseph T. Hodges, Jr.
4415 Heidi Place
Midlothian, VA 23112
Tel. No. 804-744-6975.

J. T. Hodges, Jr.
4415 Heidi Place
Midlothian, VA. 23112

FILED / RECEIVED
DEC 16 2013
EPIQ SYSTEMS

EPIQ SYSTEMS
757 Third Avenue
New York, NY 1001700