IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> **Re: Dkt. No. 12618** <br><br> **Hearing date: To be determined** |

**NOTICE OF REQUEST FOR JOINT HEARING PURSUANT TO SECTION 17(d) OF THE CROSS-BORDER PROTOCOL ON THE RESOLUTION OF CLAIMS AND SECTION 15 OF THE CROSS-BORDER INSOLVENCY PROTOCOL WITH RESPECT TO THE US DEBTORS' MOTION FOR AN ORDER APPROVING THE <u>US CLAIMS LITIGATION AGREEMENT</u>**

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") in proceedings (the "**Canadian Proceedings**") under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), and Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**", and with the Monitor, the "**Canadian Parties**"), hereby file this request for a joint hearing in connection with the *Debtors' Motion For Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US*

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

*Claims Litigation Settlement Agreement by and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates* (the "**Motion**") [Dkt. No. 12617].[2]

The Debtors filed the Motion on December 17, 2013. The Motion was filed without consultation with the Canadian Parties and with only a few minutes' notice prior to filing.

The EMEA Claims that the Debtors seek to resolve pursuant to the Settlement Agreement are "Material Overlapping Claims" as that term is defined in the Cross-Border Protocol on the Resolution of Claims (the "**Cross-Border Claims Protocol**") [Dkts. No. 3922 and 3946] in that such claims have been asserted against both the Debtors and the Canadian Debtors.

In addition, the Motion implicates the Allocation Protocol [Dkt. No. 10565] and related Litigation Timetable and Discovery Plan approved by this Court and the Ontario Court as well as the protocol governing the conduct of the trial currently being negotiated by the Core Parties such that direction is required from both Courts with respect to these matters.[3]

Pursuant to Section 17(d) of the Cross-Border Claims Protocol and Section 15 of the Cross-Border Insolvency Protocol [Dkt. No. 990], the Canadian Parties hereby request a joint hearing in connection with the Settlement Agreement, to be held at a date to be determined by this Court and the Ontario Court.

[*Intentionally left blank*]

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

[3]    On December 19 2013, the Canadian Parties filed the *Response and Limited Objection of the Monitor and the Canadian Debtors' to the US Debtors' Motion for Entry of an Order Approving the US Claims Litigation Settlement Agreement* (the "**Response and Limited Objection**"), which provides details in respect of these matters. A copy of the Response and Limited Objection is attached hereto as Exhibit A.

Dated: December 19, 2013
Wilmington, Delaware

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/ Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A Murphy (No. 5215)
        1105 North Market Street, Suite 1900
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Ken Coleman
        Daniel Guyder
        Paul Keller
        Laura Hall
        1221 Avenue of the Americas
        New York, NY 10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com
        paul.keller@allenovery.com
        laura.hall@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*