IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12639, 12641-12643, 12645-12650, 12652, 12654-12657, 12659-12662** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
20th day of December, 2013

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ANSELMO, LORENA
         606 CANDLEWOOD TRAIL
         MURPHY, TX 75094

Please note that your claim # 1311 in the above referenced case and in the amount of $35,251.50 allowed at $39,633.84  has been transferred **(unless previously expunged by court order)** to:

         HAIN CAPITAL HOLDINGS, LLC
         TRANSFEROR: ANSELMO, LORENA
         ATTN: AMANDA RAPOPORT
         301 ROUTE 17, 7TH FLOOR
         RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12660   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2013                    David D. Bird, Clerk of Court


                                    /s/ Kimberly Murray
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2013.

EXHIBIT B

# NORTEL NETWORKS INC
December 20, 2013

| Name | Address | City | State | ZIP |
| --- | --- | --- | --- | --- |
| ANSELMO, LORENA | 606 CANDLEWOOD TRAIL | MURPHY | TX | 75094 |
| BARKER, BRYCE M. JR. | 214 FAIRCLOTH ST | RALEIGH | NC | 27607 |
| BARTOSH, WILLIAM N. | 6503 PINEWOOD HEIGHTS DR | SPRING | TX | 77389 |
| CHI, LONG K. | 6808 EDWELL CT | RALEIGH | NC | 27617 |
| CHRISTNER, TIMOTHY A. | 355 JUNCTION TRACK | ROSWELL | GA | 30075 |
| CONNOLLY, JAMES | 353 ABBOTT ST | NORTH ANDOVER | MA | 01845 |
| GU, JIONG | 601 COMANCHE DR | ALLEN | TX | 75013 |
| JACOTA, OANA | 800 RONI COURT | CARY | NC | 27519 |
| KINCAID, GARY | 105 ROYALWOOD DRIVE | ENCHANTED OAKS | TX | 75156 |
| LAYMAN, SARAH | 1200 PARKROW PLACE | IRVING | TX | 75060 |
| LIQUIDITY SOLUTIONS, INC. | ONE UNIVERSITY PLAZA, SUITE 312 | HACKENSACK | NJ | 07601 |
| LOCKLEAR, DANIEL | 1020 BRIARDALE COURT | FAIRVIEW | TX | 75069 |
| MISSINI, DENNIS | 616 RUSSETWOOD LN | POWDER SPRINGS | GA | 30127 |
| NEWMAN, ROBERT M. | 4816 W. 162ND ST. | STILWELL | KS | 66085 |
| SAMPER, DONNA | 1512 LIATRIS LN | RALEIGH | NC | 27613 |
| SMITH, PATRICIA MUMLEY | 42792 SYKES TERRACE | SOUTH RIDING | VA | 20152 |
| THOMPSON, DEANA G. | 1536 POWELL STREET | NORRISTOWN | PA | 19401 |
| WANG, CHIH-WEI | 4325 WONDERLAND DR | PLANO | TX | 75093 |
| INTOTO INC BROWN MCCARROLL, LLP, | C/O KELL C. MERCER 111 CONGRESS AVENUE, SUITE 1400 | AUSTIN | TX | 78701 |
| HAIN CAPITAL HOLDINGS, LLC ATTN: AMANDA RAPOPORT | 301 ROUTE 17, 7TH FLOOR | RUTHERFORD | NJ | 07070 |
| BOWERY OPPORTUNITY FUND LTD ATTN: VLADIMIR JELISAVCIC | 1325 AVE OF AMERICAS 28TH FLOOR | NEW YORK | NY | 10019 |
| PALANIVELU, VENKATASUBRAMANIAM | 2608 WHEELER BND | PLANO | TX | 75025 |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006