

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

December 20, 2013

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, Sixth Floor
Wilmington, Delaware 19801

      Re:    *In re Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

      We write on behalf of the Joint Administrators for the EMEA Debtors in support of the U.S. Debtors' letter to Your Honor of today's date.

      The EMEA Debtors share the U.S. Debtors' view that, in light of all the other discovery that has taken place, it would not be useful or appropriate to proceed with the "representative depositions" contemplated in the Litigation Timetable and Discovery Plan. We adopt the positions taken by the U.S. Debtors, and support their request that a joint hearing be scheduled in order to address this issue before the EMEA Debtors are required to incur the huge burden and expense of preparing a witness to provide testimony on the 561 broad subjects the Canadian Debtors have directed to the EMEA Debtors.

                                  Respectfully submitted,

                                    Derek J.T. Adler