

**Akin Gump**
STRAUSS HAUER & FELD LLP

Abid Qureshi
+1 212.872.8027/fax: +1 212.872.1002
aqureshi@akingump.com

December 20, 2013

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

Re: <u>In re: Nortel Networks, Inc., et al.</u>, Case No. 09-10138 (KG);
<u>Nortel Networks Corporation, et al.</u>, Court File No. 09-CL7950

Your Honor:

On behalf of the Official Committee of Unsecured Creditors of the US Debtors ("UCC"), we write in support of the letter submitted to the Court today by the US Debtors with respect to "representative witness" depositions in this litigation (D.I. #12688). The UCC joins the US Debtors' position that representative witness depositions are unnecessary. The extensive discovery process to date, including more than 100 fact depositions taken across the globe, have provided the Core Parties more than ample opportunity to thoroughly explore the relevant factual questions in these cases. Representative witness depositions would be unnecessarily duplicative, burdensome, and an extraordinary waste of time and resources given the vast discovery record already developed in these cases.

We further note that the requests directed by the Monitor and the Canadian Debtors to the UCC are particularly inapposite given their emphasis on events that pre-date the UCC's formation on January 22, 2009, and on matters that will properly be the subject of expert testimony. We join in the US Debtors' other objections and support their request for a joint hearing.

Respectfully submitted,

Abid Qureshi

cc: all Core Parties