**Exhibit C**

**DISBURSEMENT SUMMARY**
**NOVEMBER 01, 2013 THROUGH NOVEMBER 30, 2013**

| Document Production | £2,545.10 |
|---|---|
| Travel – Ground Transportation | £47.43 |
| Meals | £21.85 |
| Incidental Expenses | £47.78 |
| **TOTAL** | **£3,249.96** |