**Exhibit D**

20

Case 09-10138-MFW    Doc 12695-5    Filed 12/20/13    Page 2 of 2



| Disbursements Detailed Breakdown | | Amount (GBP) |
|---|---|---|
| **Document Production** | | 2,545.10 |
| **External Photocopying Charges (Outside Photocopying Charges)** | | |
| 08/11/2013 | VENDOR: Altlaw; INVOICE#: 242; DATE: 08/11/2013 - OUTSOURCE WORK | 361.60 |
| 12/11/2013 | VENDOR: Altlaw; INVOICE#: 243; DATE: 12/11/2013 - OUTSOURCE WORK | 83.40 |
| 12/11/2013 | VENDOR: Altlaw; INVOICE#: 243; DATE: 12/11/2013 - OUTSOURCE WORK | 48.20 |
| 17/11/2013 | VENDOR: Millnet Limited; INVOICE#: 62605; DATE: 17/11/2013 - OUTSOURCE WORK | 94.60 |
| **Fares, Courier Charges and Incidental Expenses (Taxis)** | | |
| 06/11/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 201625; DATE: 06/11/2013 - TAXI - AMP (Appold Street to SW12) 05/11/13 | 47.43 |
| **Fares, Courier Charges and Incidental Expenses (Meals)** | | |
| 08/11/2013 | VENDOR: Conference Room Catering INVOICE#: 0807 17112013 DATE: 19/11/2013 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Nov 8 2013 | 4.60 |
| 18/11/2013 | VENDOR: Law, Sophie INVOICE#: 04628393112000115863 DATE: 20/11/2013 Food/drink, 18/11/13, CCN01.00001 - lunch during Pusey deposition | 9.54 |
| 22/11/2013 | VENDOR: Law, Sophie INVOICE#: 04665775112700115863 DATE: 27/11/2013 Food/drink, 22/11/13, CCN01.00001 - Lunch at Badiari deposition | 7.71 |
| **Incidental Expenses (Sundries [Non Vatable])** | | |
| 20/11/2013 | VENDOR: New Idea Office Supplies; INVOICE#: 561885-1; DATE: 21/11/2013 - Purchase Pendaflex Oxford expanding pocket for 10 pcs | 47.78 |
| | | **3,249.96** |