# Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2013 THROUGH NOVEMBER 30, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 34.4 | 24,596.00 |
| Carl Meyntjens | Partner for 15 years; Admitted in 1994 in Brussels, Belgium; Corporate Group, Brussels | £715 | 2.0 | 1,430.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 4.1 | 2,829.00 |
| Pierre-Emmanuel Fender | Partner for 8 months; Admitted in 2003 in France, Dispute Resolution Group, Paris | £690 | 1.8 | 1,242.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 80.3 | 41,756.00 |
| Oscar Franco | Associate for 9 years; Admitted in 2003 in Spain; Dispute Resolution Group, Madrid | £520 | 6.0 | 3,120.00 |
| |Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £435 | 0.1 | 43.50 |
| Lucinda Hill | Associate for 4 years; Admitted in 2009 in Victoria, Australia; Dispute Resolution Group, London | £405 | 25.9 | 10,489.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 66.9 | 21,742.5 |
| Simon Le Reste | Newly qualified Associate; Admitted in 2013 in Paris, France; Dispute Resolution Group, Paris | £300 | 10.0 | 3,000.00 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group, London | £190 | 62.1 | 11,799.00 |
| Josh Ludlow | Trainee Solicitor; Dispute Resolution Group, London | £190 | 23.6 | 4,484.00 |
| **TOTAL** | | | 317.2 | 126,531.50 |

30435927

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 01, 2013 THROUGH NOVEMBER 30, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 12.5 | 2,878.00 |
| Ashurst Fee Application / Monthly Billing Reports | 12.8 | 4,647.50 |
| Analysis of Other Professionals Fee Applications/Reports | 1.9 | 1,066.00 |
| Creditors Committee Meetings | 6.8 | 3,115.00 |
| Canadian Proceedings/Matters | 2.2 | 1,144.00 |
| Labor Issues / Employee Benefits | 72.4 | 36,800.50 |
| Intercompany Analysis | 208.6 | 76,880.50 |
| TOTAL | 317.2 | 126,531.50 |