

DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Selinda A. Melnik
selinda.melnik@dlapiper.com
T   302.468.5650
F   302.778.7914

December 22, 2013

The Honorable Kevin Gross
Chief Judge, United States Bankruptcy Court
For The District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re: *In re Nortel Networks, Inc., et al*., Case No. 09-10138 (KG*)*

Dear Chief Judge Gross:

The Canadian Creditors Committee (the "CCC") supports and joins in the response of the Monitor and Canadian Debtors [Dkt. No. 12696] to the letter filed with this Court by counsel to the U.S. Debtors on December 20, 2013 [Dkt. No. 12688], seeking relief to dispense with the "representative witness" stage of the discovery plan and litigation schedule which has been approved by this Court and Justice Morawetz, and to each of the letters in support thereof filed by counsel to the Joint Administrators of the EMEA Debtors [Dkt. No. 12693] and the Official Committee of Unsecured Creditors [Dkt. No. 12694]

The CCC also writes to highlight two points

First, contrary to the assertions of the parties asking the Court to eliminate agreed depositions of party representative witnesses, the CCC has *not* had "*ample opportunity to thoroughly explore*" the factual questions relevant to the positions and assertions pled by such parties.  Nor would the representative witness depositions be *"unnecessarily duplicative.*"  The CCC has not had the opportunity to explore topics relevant to pled positions and assertions such parties insisted be reserved for examination of party representative witnesses, including through objection to questions on such topics on that basis during the course of general depositions.

Moreover, the Ad Hoc Committee of Bondholders (the "Bondholder Group") has to date failed to produce any witnesses for deposition in this proceeding.  Indeed, as indicated in the e-mail of Atara Miller dated August 1, 2013, appended to the response of the Monitor and Canadian Debtors [Dkt. No. 12696], the Bondholder Group declined to produce any of five noticed fact witnesses for deposition on the stated basis that "[a]ny information that the Ad Hoc Bondholder Group has that may be relevant to this litigation may be obtained though the deposition of a corporate representative, which you have noticed, and which notice we will respond and object to in due course."  The topics identified for deposition by the Canadian Discovery Group address positions taken by the Bondholder Group in their Allocation Statement and Bankruptcy Rule 2019 Statements, including, without limitation, disclosures required by Bankruptcy Rule 2019(c)(2)(C).  The CCC has sought to resolve the Bondholder Group's continued objection to deposition of a representative witness.  Unfortunately, rather than participating in a meet and



The Honorable Kevin Gross
December 22, 2013
Page Two

confer session to discuss the basis for their objections at a time suggested by counsel for the Bondholder Group, counsel simply failed to call in at the suggested time.

Second, representative witness depositions on the terms proposed by the Monitor and Canadian Debtors would not be "*burdensome, and an extraordinary waste of time and resources.*"  In addition to the narrowed five topics identified by the Monitor and Canadian Debtors, the CCC is willing to narrow its topics for the U.S. Debtors to two.  In exchange, the CCC would be willing to answer questions posed by the U.S. Debtors on two of their identified topics pursuant to the protocol suggested by the Monitor and Canadian Debtors.  Indeed, unlike the U.S. Debtors, the CCC offered to make a witness available to testify on certain topics identified in the U.S. Debtors' request for a representative witness.

Accordingly, the CCC joins with the Monitor and Canadian Debtors in respectfully requesting that the Court reject elimination of party representative discovery.

Respectfully submitted,

DLA PIPER LLP

By: *[s]  Selinda A. Melnik*
      Selinda A. Melnik (DE Bar No. 4032)

*U.S. Counsel to the Canadian Creditors Committee*


cc:  The Core Parties Service List