# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Derek C. Abbott
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

December 23, 2013

**VIA ELECTRONIC FILING AND**
**HAND-DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

    Re: *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

    On behalf of the U.S. Debtors, we wish to respond briefly to the letters yesterday from the Monitor and Canadian Debtors and the CCC.

    We understand that the Monitor and Canadian Debtors do not intend to seek expedited briefing of the dispute regarding representative witness depositions or to force the parties to proceed with these depositions prior to this Court's and the Canadian Court's consideration of and ruling on the issue. Accordingly, we will not burden the Court with our detailed response at this time and will wait for an orderly briefing schedule to be set.

    We do, however, wish to register at this time our objection to the suggestion by the Monitor and Canadian Debtors that the parties be required to respond in a matter of weeks in writing to all-encompassing questions that essentially seek identification months before trial of all evidence, including all documents, supportive of their case. This process, which will require the parties, in an impossible time-frame, to complete their review of the millions of pages of documents produced and to review the over 100 deposition transcripts to identify all evidence is unworkable and, indeed, more onerous than the representative witness depositions, which themselves, we submit, are unnecessary in the context of this case. We have produced all relevant documents, provided numerous witnesses for deposition competent to testify to all relevant matters and will be providing appropriate pre-trial submissions including witness affidavits prior to trial. The new procedure that the Monitor and the Canadian Debtors are now seeking to inject into this process is as unnecessary as the representative depositions and even more burdensome.

The Honorable Kevin Gross
December 23, 2013
Page 2

       The US Debtors reserve all rights to respond more fully to the positions of the Monitor and the Canadian Debtors and the CCC after a briefing schedule is set, including to correct the many misstatements in Ms. Murphy's letter.

       We will of course continue to seek an amicable resolution with our Canadian colleagues and will report further to the Courts if there are any developments in that regard.

       Respectfully submitted,

       /s/ *Derek C. Abbott*

       Derek C. Abbott

DCA/alc
7870843

cc:    All Core Parties (via email)