# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 11/5/2013 | Trade payable claims call with L. Lipner of Cleary and M. Cilia of RLKS. | 0.50 | $ 420 | $ 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 11/6/2013 | Weekly employee claims call with R. Eckenrod of Cleary and M. Cilia of RLKS. | 1.00 | $ 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 11/15/2013 | Employee claims call with R. Eckenrod of Cleary. | 1.00 | $ 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 11/20/2013 | Weekly employee claims call with M. Cilia RLKS and R. Eckenrod of Cleary. | 1.00 | $ 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 11/26/2013 | Weekly trade claims call with L. Lipner of Cleary. | 0.50 | $ 420 | $ 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/12/2013 | Reviewed omnibus objection response provided by L. Lipner of Cleary. | 0.50 | $ 420 | $ 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/12/2013 | Reviewed next round of employee claim objections provided by M. Cilia of RLKS. | 2.00 | $ 420 | $ 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/13/2013 | Reconciled employee claim objection analysis and documented notes. | 2.00 | $ 420 | $ 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/22/2013 | Reviewed employee claim objection order from 31 and 32 omnibus. | 1.40 | $ 420 | $ 588.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/7/2013 | Reviewed and updated monthly fee application documents and exhibits. | 2.00 | $ 420 | $ 840.00 |
| 6 | Retention and Fee Applications | James Lukenda | 11/8/2013 | Nortel - review draft October fee application, sign-off | 0.20 | $ 725 | $ 145.00 |
| 6 | Retention and Fee Applications | James Lukenda | 11/21/2013 | Nortel - review Fee examiners final report, note to CB | 0.20 | $ 725 | $ 145.00 |
| 6 | Retention and Fee Applications | James Lukenda | 11/25/2013 | Nortel - review and sign-off on quarterly fee application | 0.30 | $ 725 | $ 217.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/25/2013 | Prepared quarterly fee application documents for filing. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/4/2013 | Reviewed and updated employee claims analysis. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/5/2013 | Reviewed and updated employee claims analysis. | 1.90 | $ 420 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/6/2013 | Updated employee claims analysis and provided to J. Davison of Nortel. | 2.30 | $ 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/6/2013 | Provided R. Eckenrod of Cleary with Nortel employee claims information. | 1.30 | $ 420 | $ 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/7/2013 | Reviewed and updated employee claims analysis based on communication documents. | 0.40 | $ 420 | $ 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/7/2013 | Reviewed employee claim communication documents provided by Epiq. | 1.90 | $ 420 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/8/2013 | Prepared employee claims analysis and sent to J. Davison of Nortel. | 2.40 | $ 420 | $ 1,008.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/8/2013 | Nortel - review claims work stream status and related matters; review case status materials | 0.30 | $ 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/11/2013 | Reviewed and updated employee claims analysis. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/11/2013 | Reconciled and updated employee claims analysis with notes. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/12/2013 | Updated employee claims analysis based on objection comments. | 1.90 | $ 420 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/13/2013 | Updated employee claim analysis and corresponded with J. Davison of Nortel regarding the same. | 1.50 | $ 420 | $ 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2013 | Corresponded with M. Cilia of RLKS regarding employee claim communication documents. | 0.40 | $ 420 | $ 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2013 | Reviewed employee claim analysis provided by M. Cilia of RLKS. | 1.40 | $ 420 | $ 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2013 | Reconciled employee claim analysis provided by M. Cilia of RLKS. | 2.30 | $ 420 | $ 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2013 | Updated employee claims analysis and documented notes. | 1.70 | $ 420 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2013 | Reviewed and updated employee claims analysis based on objection comments. | 2.20 | $ 420 | $ 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/18/2013 | Reconciled employee claims analysis provided by J. Davison of Nortel. | 1.90 | $ 420 | $ 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/20/2013 | Analyzed employee claims analysis provided by M. Cilia of RLKS. | 1.70 | $ 420 | $ 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/22/2013 | Reviewed and updated employee claims analysis. | 2.00 | $ 420 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/26/2013 | Reconciled employee claims analyses provided by M. Cilia of RLKS. | 1.80 | $ 420 | $ 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/26/2013 | Reviewed and updated employee claims analysis. | 1.50 | $ 420 | $ 630.00 |