December 16, 2013

Clerk of the Court
US Bankruptcy Court
District of Deleware
824 N. Market Street, 3rd floor
Wilmington, DE  19801

RE:  Nortel Networks, Case No. 09-10138 (KG)

Please remove my name from all distribution lists regarding the matter of Nortel Networks, Inc. (and all of it's subsidiaries).

Thank you.

Sincerely,

Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273
ballyglas@pobox.com