**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                  :

In re                     :       Chapter 11

                        :

Nortel Networks Inc., *et al.*,[1]    :       Case No. 09-10138 (KG)

                        :

       Debtors.       :       (Jointly Administered)

                        :

                        :       **Re: D.I. 12604**

---------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION REGARDING REPORT BY THE
MERGIS GROUP OF STAFFING AND COMPENSATION EARNED
AND EXPENSES INCURRED FOR THE PERIOD OF
OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

        The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to the **Report by The Mergis Group of Staffing and Compensation Earned and

Expenses Incurred for the Period of October 1, 2013 through October 31, 2013** (the

"Report") (Docket No. 12604), filed on December 10, 2013.

        The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in these cases and that no answer, objection or other responsive pleading to the

Report appears thereon.  Pursuant to the Notice of Report, objections to the Report were to be

filed and served no later than December 20, 2013 at 4:00 p.m. (ET).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: December 27, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7367428