IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Ref. Docket Nos. 12722, 12726-12727, 12730, 12732, 12734, 12736, 12738, 12740** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
____ day of December, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  WATERSTONE DISTRESSED OPPORTUNITIES
     TRANSFEROR: WELLS FARGO BANK AS SUCCESSO
     MASTER FUND, LTD. C/O WATERSTONE CAPITAL
     MANAGEMENT LP, 2 CARLSON PARKWAY, STE 260
     PLYMOUTH, MN 55447

Please note that your claim # 7179-05 in the above referenced case and in the amount of $0.00 allowed at $251,000.00 has been transferred (**unless previously expunged by court order**) to:

BLUE MOUNTAIN MONTENVERS MASTER FUND SCA
TRANSFEROR: WATERSTONE DISTRESSED OPPORT
SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL MGMT
280 PARK AVENUE, 5TH FLOOR EAST
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12732 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/27/2013                David D. Bird, Clerk of Court

                                /s/ Kimberly Murray
                                _____
                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 27, 2013.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AAI BLUEMOUNTAIN FUND PLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTE FUND LP; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | TRANSFEROR: WATERSTONE MF FUND, LTD FUND L.P.; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | TRANSFEROR: WATERSTONE DISTRESSED OPPORT SICAV-SIF; C/O BLUEMOUNTAIN CAPITAL MGMT 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUE MOUNTAIN TIMBERLINE LTD. | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC 280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017 |
| BLUEMOUNTAIN KICKING HORSE FUND L.P. | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTE C/O AURELIUS CAPITAL MGMT-DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 811 SW 18TH ST. FORT LAUDERDALE FL 33315 |
| EDWIN, FADI | TRANSFEROR: XO COMMUNICATIONS, INC. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: EDWIN, FADI C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO MASTER FUND, LTD. C/O WATERSTONE CAPITAL MANAGEMENT LP, 2 CARLSON PARKWAY,STE 260 PLYMOUTH MN 5544 |
| WATERSTONE DISTRESSED OPPORTUNITIES | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS; 2 CARLSON PKWY, #260 PLYMOUTH MN 5544 |
| WATERSTONE MF FUND, LTD | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260 PLYMOUTH MN 5544 |
| WATERSTONE MKT NEUTRAL MASTER FUND, LTD | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT LP 2 CARLSON PKWY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE OFFSHORE AD FUND, LTD. | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT LP 2 CARLSON PKWY, SUITE 260 PLYMOUTH MN 55447 |
| XO COMMUNICATIONS, INC. | ATTN: BRAD LEE 105 MOLLOY STREET, SUITE 300 NASHVILLE TN 37201 |

Total Number of Records Printed　15

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006