IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------
In re                                           :   Chapter 11
                                                :
                                                :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,¹                :
                                                :   Jointly Administered
                    Debtors.                    :
                                                :
---------------------------------------------------

**NOTICE OF FILING OF COURTESY COPY PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF A DOCUMENT FILED IN THE CANADIAN PROCEEDINGS BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND**

PLEASE TAKE NOTICE that pursuant to section 12(d) of the *Cross-Border Insolvency Protocol* [D.I. 990], approved in the above-captioned cases, and in connection with the joint hearing scheduled for January 7, 2014 at 10:00 a.m. (ET), the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") have filed in the above-captioned cases a courtesy copy of the Factum of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund, attached hereto as Exhibit A, which was submitted by the U.K. Pension Claimants in the proceedings pending before the Ontario Superior Court of Justice (Commercial List) on January 2, 2014:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

Dated: January 3, 2014
      Wilmington, Delaware

    BAYARD, P.A.

    */s/ Justin R. Alberto*
    Charlene D. Davis (No. 2336)
    Justin Alberto (No. 5126)
    222 Delaware Avenue, Suite 900
    Wilmington, Delaware 19899
    Telephone: (302) 655-5000
    Facsimile: (302) 658-6395
    Email: cdavis@bayardlaw.com
          jalberto@bayardlaw.com

    -and-

    WILLKIE FARR & GALLAGHER LLP
    Brian E. O'Connor
    Sameer Advani
    Andrew Hanrahan
    787 Seventh Avenue
    New York, New York 10019
    Tel: (212) 728-8000
    Fax: (212) 728-8111

    *Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*