Court File No.: 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

# AFFIDAVIT OF FARA TABATABAI

**(Sworn January 2 , 2014)**

I, Fara Tabatabai, of the City of New York, in the State of New York, United States of America, MAKE OATH AND SAY:

1. I am admitted to practise law in the State of New York, and I am an associate in the law firm of Hughes Hubbard & Reed, LLP, lawyers for the court-appointed Joint Administrators and authorized foreign representatives of Nortel Networks UK Limited ("**NNUK**") and its affiliates in the region known as Europe, Middle East, and Africa ("**EMEA**"), collectively known as the "**EMEA Debtors**".

2. I swear this affidavit in support of a motion brought by Nortel Networks Inc. and certain of its affiliates in U.S. Chapter 11 bankruptcy proceedings (collectively, the **"US Debtors"**) pursuant to the terms of the Discovery Plan (as approved by the Ontario Court on May 15, 2013, and as amended by the Ontario Court on November 19, 2013)

and the Deposition Protocol (as approved by the Ontario Court on August 27, 2013, and as amended by the Ontario Court on September 20, 2013 and November 19, 2013[1]) for an Order to vary the Discovery Plan and Deposition Protocol to dispense with the currently contemplated representative party depositions/examinations under Rule 31 of the Ontario *Rules of Civil Procedure* (**"Representative Depositions"**). True copies of the following are attached as Exhibits hereto: the Discovery Plan is attached as Exhibit "A"; the November 19, 2013 Order amending the Discovery Plan and Deposition Protocol is attached as Exhibit "B"; the Deposition Protocol is attached as Exhibit "C"; the September 20 Order amending the Discovery Plan is attached as Exhibit "D".

3. In my role as lawyer for the Joint Administrators, I have knowledge of the matters referred to in this affidavit. Unless otherwise indicated, the facts contained in this affidavit are within my own knowledge. Where the facts are not within my own knowledge, I identify the source of my information and/or belief.

4. Capitalized terms used in this Affidavit but not otherwise defined herein shall have the meanings given to them in the Discovery Plan and Deposition Protocol.

**A. <u>Background</u>**

5. The Deposition Protocol initially contemplated that pre-trial witness examinations would occur in two stages with depositions of fact witnesses occurring first, followed by the Representative Depositions. In order to arrive at the list of fact witnesses to be deposed, each Core Party was given the opportunity to designate witnesses they believed to have relevant knowledge based on documents or other

1 See Exhibit "B" attached hereto.

information available to them. Initially, 113 witnesses were designated as deponents. After further negotiations, the parties agreed to de-designate certain witnesses and add others, resulting in a list of 103 witnesses to be deposed. In addition, the parties served subpoenas and filed letters rogatory applications to compel the depositions of certain third party witnesses (*i.e.* witnesses not currently or formerly employed by Nortel or any of the parties), resulting in another seven depositions.

6. Following the completion of the fact witness depositions, each Deposition Group was entitled to seek Representative Witness testimony from the other parties, but only to the extent that fact witness testimony had not addressed a relevant subject. Accordingly, under the Deposition Protocol, each Deposition Group was entitled to serve "a very limited number of subjects on which it believes no fact witness currently or formerly associated with the party producing the Representative Witness has provided adequate first-hand testimony." The Deposition Protocol further provides that "[p]rovided such subjects are small in number and reasonable in scope, the Representative Witness has a duty to prepare to testify on the designated subjects."[2]

### B. <u>The Depositions Conducted To Date</u>

7. As described above, in order to arrive at the list of fact witnesses to be deposed, each Core Party was given the opportunity to designate witnesses they believed to have relevant knowledge based on documents or other information available to them. Of the fact witnesses identified by the parties, approximately 99% of all of the former Nortel employees, officers, directors and others that the Core Parties sought to

---

2 See Exhibit "C", Deposition Protocol at para. G(1)(a).

depose ultimately testified. These witnesses included one of Nortel's former Chief Executive Officers, several Chief Financial Officers, and numerous Treasurers, general counsels, senior executives in the tax and treasury departments, present and former directors of various Nortel affiliates, senior intellectual property lawyers, mergers and acquisitions executives, pension trustees and many others.

8. In total, since the depositions in connection with these proceedings began in late September, over 100 individuals have been deposed in more than 15 cities on three continents at significant cost to all parties.

9. With respect to the EMEA entities specifically, 39 former EMEA employees, directors and officers were deposed in connection with these proceedings, a complete list of whom (along with their respective roles) is attached hereto as Schedule "A". Former EMEA personnel deposed included a number of senior officers, such as Kishor Badiani, EMEA Director of Taxes (1997-2002), Simon Freemantle, Director of Treasury Operations for Europe (2000-present), Timothy Watkins, EMEA Vice President, Sales and Marketing (1993-2008) and Christian Waida, General Counsel at different times for a number of EMEA entities including NN Germany (2004), NNUK (2005-2006), NNUK (Germany) (2007-2008) and Central Region, Israel & Turkey (2001-2004). The parties also deposed Ryan Smith and Graham Richardson who, while not EMEA employees, were seconded by NNL or NNI to the EMEA region.

10. In many, if not most, of the 41 depositions of EMEA personnel, the Canadian Debtors and Monitor did not utilize all of the time allotted to them for questioning.

11. In addition to these 41 individuals, two of the court-appointed Joint Administrators for the EMEA Debtors were also deposed: (i) Alan Bloom, partner in the restructuring practice at Ernst & Young UK; and (ii) Chris Hill, Executive Director of the Ernst & Young Ltd. local office in the British Virgin Islands (formerly also of Ernst & Young UK).[3] A true copy of the relevant portion of the transcript of the deposition of Alan Bloom taken on December 5, 2013 is attached hereto as Exhibit "E" and a true copy of the transcript of the deposition of Christopher Hill taken on December 17, 2013 is attached hereto as Exhibit "F".

12. The Canadian Discovery Group examined Mr. Bloom for approximately three hours and Mr. Hill for approximately two hours, but asked virtually no questions on any of the EMEA claims, despite the fact that either Mr. Bloom or Mr. Hill had personally signed nearly every Proof of Claim filed on behalf of the EMEA Debtors.[4] Instead, the Canadian Discovery Group chose to examine Mr. Bloom and Mr. Hill primarily on the relationships among the various Ernst & Young entities around the globe. In the case of Mr. Hill, at the time of his deposition, the EMEA and US Discovery Groups had already advised that they intended to challenge the need for the Representative Deposition process. If the Canadian Discovery Group believed that they had not obtained adequate fact witness testimony on the Proofs of Claim, it was incumbent on them to ask outstanding questions of the individuals who signed the Proofs of Claim. Their

---

3 In addition, the parties deposed Cosme Rogeau, the Liquidator for Nortel Networks SA in respect of insolvency proceedings occurring in France.

4 See Exhibits "D" and "E".

decision not to do so should not be a basis for requiring Representative Witness depositions.

C. **The Representative Examinations Proposed by the Canadian Debtors**

13. On December 11, 2013, the EMEA Debtors and the US Debtors sought consent from all Core Parties to dispense with the Representative Depositions as a result of the comprehensive fact witness depositions that had taken place. Unfortunately, the Canadian Discovery Group would not consent to this request.

14. On December 13, 2013, the Discovery Groups each served lists of the topics on which they intended to seek Representative Witness testimony (and upon which they requested that the Representative Witnesses inform themselves and be prepared to testify).[5] In the case of the EMEA Discovery Group and the US Discovery Group, these lists were served strictly without prejudice to their position that the Representative Depositions were not necessary. The EMEA Discovery Group and US Discovery Group together served, in aggregate combined total, 16 topics comprising 4 pages. True copies of the lists of topics served by the EMEA Discovery Group and US Discovery Group are attached hereto as Exhibits "G" and "H", respectively.

15. Notwithstanding the requirement in the Deposition Protocol that the topics be "very limited" in number and "reasonable in scope", the Canadian Discovery Group served a total of 651 topics comprising 101 pages. Of these, 567 topics comprising 92 pages are specifically directed at Representative Witnesses for the EMEA Debtors. A

---

5 The Canadian Discovery Group supplemented their list on December 15 and again on December 17.

true copy of the list of topics served by the Canadian Discovery Group is attached hereto as Exhibit "I".

16. Not only are the topics served by the Canadian Discovery Group numerous, but they are also extremely broad and unreasonable in scope. The following are examples of the types of all-encompassing topics that the Canadian Discovery Group have included in their list of 651 topics (and which they seek to have the Representative Witnesses inform themselves on):

(a) The facts and documents demonstrating Nortel's processes for the identification and development of products, as they varied over time before and after January 14, 2009.[6]

(b) The facts and documents that form the basis for any claims for resulting trust, constructive trust or any other claims for proprietary estoppel or equitable claims and that disclose the basis for any equitable or proprietary claim being pursued.[7]

(c) The facts that demonstrate that a particular financial or accounting practice was unfair to that the party [*sic*] and the basis on which [NNUK] claims to have been unable to represent itself and its interests in respect of the practice, or that would be indicative of any deficiencies with respect to the party's financial statements or audits.[8]

(d) The factual and documentary basis for and calculation of the amount of any claims relating to the allocation of proceeds or any other aspect of past dispositions of businesses including the following noted in the particulars of the proofs of claims: sales to AASTRA, Andrew, Bookham, Breconridge, Metasolv, STM (and any others).[9]

---

6 See Exhibit "I", "Subjects for NNUK Representative Witness", at para. 4.

7 See Exhibit "I", "Subjects for NNUK Representative Witness", at para. 27.

8 See Exhibit "I", "Subjects for NNUK Representative Witness", at para. 15.

9 See Exhibit "I", "Subjects for NNUK Representative Witness", at para. 20.

(e) The scope and use of third-party products and components used or embodied in Nortel products and the marketing of third party Original Equipment Manufacturer products by Nortel.[10]

(f) The factual and documentary basis for any claim that [NNUK] did not get appropriate credit for customer revenues, the details of which customers, the dates and amounts of associated revenues claimed, which other entity received the claimed revenues and the basis for adjusting for these revenues outside of the transfer pricing arrangements.[11]

17. These topics, together with the other topics the Canadian Discovery Group served on the EMEA Debtors, cover nearly every fact and document at issue in this litigation.

18. Notwithstanding the unreasonably broad scope of their own topics under the Deposition Protocol, the Canadian Debtors and Monitor objected to each of the five topics that the EMEA Discovery Group served on them, asserting, among other things, that the topics were improper to the extent that they called for information already available in fact witness testimony or through the documents produced to date. A true copy of the Canadian Debtors and Monitor's notice of objection is attached as Exhibit "J" hereto.

19. To prepare properly to respond to the sheer volume and unreasonably broad nature of the questions posed by Canada would require a massive amount of effort at enormous expense, running into the millions of dollars. This task could not be undertaken in the short period of time allotted for the task, and even with significant additional time it would be impossible to answer the vast majority of the questions given

---

10 See Exhibit "I", "Subjects for NNUK Representative Witness", at para. 5.

11 See Exhibit "I", "Subjects for NNUK Representative Witness", at para. 13.

their breadth. Moreover, it is unlikely that the Representative Depositions would result in the discovery of any new information that was not already available to the parties as a result of the more than 100 depositions conducted to date or through the production of more than two million documents.

20. Finally, the parties are currently negotiating a trial protocol which is expected to include the pre-trial exchange of each party's evidence in chief, including fact witnesses, through affidavits, exhibit lists, deposition designations, and pre-trial briefs. As a result, each party will know well in advance of trial all evidence on which every other party intends to rely. Given this pre-trial exchange of evidence and the extensive fact discovery already conducted to date, Representative Depositions are not necessary and cannot be justified in light of the enormous expense that would be required to prepare for and conduct them.

SWORN BEFORE ME at )
the City of New York, )
in the State of New York )
this 2nd day of January, 2014. )

[signature]
A Notary Public

[signature]
FARA TABATABAI

**DAVID BRADLEY SHANIES**
**NOTARY PUBLIC, State of New York**
**No. 02SH6160748**
**Qualified in Kings County**
**Commission Expires Feb. 12, 2015**

SCHEDULE "A"

LIST OF EMEA DEPONENTS

| No. | Name | Title |
|---|---|---|
| 1 | Philippe Albert-Lebrun | Manager Treasury Operations (NNSA), 1/1/1999 – 7/31/2001<br>Treasury Professional Services Europe (NNSA), 8/1/2001 – 11/30/2003<br>Director, Finance & Control (NNSA), 12/1/2003 – 12/13/2003<br>Finance – Treasury (NNUK), 12/1/2003 – 6/30/2008<br>Financial Results Accounting (NNUK), 7/1/2008 – 3/30/2011<br>Non Payroll Worker (NNUK), 4/1/2011 – 2/29/2012 |
| 2 | Angela Anderson | Corporate and Legal Services (NNUK), 1/31/2005 – 1/1/2005<br>Director of Intellectual Property (NNUK), 1/31/2000 – 1/1/2005 |
| 3 | Kishor Badiani | EMEA Director of Taxes (NNUK), 5/2/1997 – 5/21/2002 |
| 4 | Ian Barton | Tax Leader (NNUK)<br>Director (NNUK), 2/25/2000 – 2/26/2001<br>Director (NNOCL), 6/23/2000 – 2/28/2001 |
| 5 | Alan Bloom | Joint Administrator for the EMEA Debtors |
| 6 | Simon Brueckheimer | Engineer/Scientist (NNUK), 5/2/1997 – 5/31/2000<br>Director Succession Strategic Technology (NNUK), 6/1/2000 – 4/30/2002<br>Sales Engineer (NNUK), 5/1/2002 – 6/30/2004<br>Sales Tech Sales Support (NNUK), 7/1/2004 – 12/18/2009 |
| 7 | Michel Clement | Director (NNSA), 11/30/2000 – 3/31/2010<br>Director (NN Italy), 6/28/2007 – 3/30/2010<br>Director (NN Spain), 1/14/2009 – 3/30/2010<br>Director (NN France S.A.S.), 10/18/2002 – 3/31/2010<br>Director (NN South Africa), 1/8/2006 – 1/14/2009 |
| 8 | Malcolm Collins | Executive Senior Management (NNUK), 8/20/1998 – 8/21/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Business Management – MAVP/RVP (NNUK), 4/8/2002 – 1/5/2003<br>Business Management – Officer (NNUK), 1/6/2003 – 12/30/2005 |
| 9 | Pascal Debon | Group Vice President (Northern Telecom Inc.), 2/16/1999 – 4/7/2002 |

| No. | Name | Title |
|---|---|---|
| | | Director (Nortel Networks France S.A.S.), 5/5/2000 – 12/25/2001<br>Leadership (Northern Telecom Inc.), 3/1/2001 – 4/7/2002<br>Director (NNSA), 3/11/2002 – 2/20/2006<br>Business Management – Officer (Northern Telecom Inc.), 4/8/2002 – 12/23/2005 |
| 10 | Darryl Edwards | Account Director, Energis (NNUK), 1/5/1999 – 3/14/2000<br>CEO Nortel Networks Israel (NNUK), 3/15/2000 – 4/20/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Director (Nortel GmbH), 1/2/2002 – 4/1/2003<br>Sales Management (NNUK), 4/8/2002 – 8/2/2002<br>Business Management – Officer (NNUK), 8/1/2006 – 9/30/2009<br>Director (NNSA), 9/28/2006 – 1/14/2009<br>Director (Northern Telecom France SA), 1/14/2009 – present |
| 11 | Terrence Faulkner | Director, Pensions & Benefits (NNUK), 4/1/1999 – 3/31/2001 |
| 12 | Ken Fox | Software Team Leader (NN Ireland), 10/11/1999 – 7/24/2000<br>Software Development Manager (NN Ireland), 7/25/2000 – 5/31/2002<br>Tech R&D Software Research, Design & Development (NNI), 6/1/2002 – 8/19/2003<br>IT Software Development (NN Ireland), 8/20/2003 – 12/18/2009 |
| 13 | Margaret Fraser | Senior Manager, Treasury Operations – EMEA (NNUK), 8/24/1998 – present |
| 14 | Simon Freemantle | Director, Treasury Operations – Europe (NNUK), 10/16/2000 – present<br>Director (Nortel Networks International Finance & Holding B.V.), 4/30/2004 – present<br>Director (NN Ireland), 8/26/2006 – present<br>Director (NNUK), 3/31/2007 – present<br>Director (Northern Telecom PCN Limited), 12/16/2008 – present<br>Director (Nortel Networks Optical Components Limited), 12/17/2008 – present<br>Director (Northern Telecom France SA), 1/14/2009 – 7/21/2010<br>Director (NNSA), 1/14/2009 – present<br>Director (Nortel Networks NV), 1/14/2009 – present |

| No. | Name | Title |
|---|---|---|
| | | Director (Nortel Networks S.p.A), 1/14/2009 – present<br>Director (Nortel Networks BV), 1/14/2009 – present<br>Director (Nortel Networks Polska Sp z.o.o.), 1/14/2009 – present<br>Director (Nortel Networks Hispania, SA), 1/14/2009 – present<br>Director (Nortel Networks (Austria) GmbH), 1/14/2009 – present<br>Director (Nortel Networks s.r.o.), 1/14/2009 – present<br>Director (Nortel Networks Engineering Service Kft), 1/14/2009 – present<br>Director (Nortel Networks Portugal SA), 1/14/2009 – present<br>Director (Nortel Networks Slovensko, s.r.o.), 1/14/2009 – present<br>Director (Nortel Networks Romania SRL), 1/14/2009 – present<br>Director (Nortel GmbH), 1/14/2009 – present<br>Director (Nortel Networks OY), 1/14/2009 – present<br>Director (Nortel Networks AB), 1/14/2009 – present<br>Director (Nortel Networks AS), 1/14/2009 – present<br>Director (Nortel Networks South Africa (Proprietary) Limited), 1/14/2009 – present<br>Director (Nortel Networks AG), 1/14/2009 – present |
| 15 | Dara Gill | Corporate Counsel, 02/2002 – 01/2009 |
| 16 | Rob Haitsma | Northern Region Controller, 2002 – 2012<br>Senior Finance Manager Marketing & Pricing (NNSA), 2000 – 2002<br>Finance Function Management (NN Holland), 10/1/2001 – unknown<br>Chef Comptable (NN Holland), 1/1/2000 – 9/30/2001<br>Director (NNIF), 9/1/2001 – 1/14/2009<br>Director (NN Holland), 12/11/2001 – 1/14/2009<br>Director (NN Finland), 2/5/2003 – 1/14/2009<br>Director (NN Sweden), 2/28/2003 – 1/14/2009 |
| 17 | Geoffrey Hall | Vice President, Public Networks Development (NNUK), 2/1/1999 – 4/20/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Research & Development Management (NNUK), 4/8/2002 – 12/31/2008 |
| 18 | Lorraine Harper (Smeaton) | Senior Tax Manager EMEA (NNUK), 7/9/2007 – 11/27/2009 |

| No. | Name | Title |
|---|---|---|
| | | Leader, EMEA Tax (NNUK), 4/1/2008 – 11/27/2009 |
| 19 | John Hern | Software Architect (NNUK), 2000 – 2004<br>Futures and Innovation Architect (NNUK), 2004 – 2006<br>Services Practice Leader, Professional Services (NNUK), 2006 – 2009 |
| 20 | Chris Hill | Joint Administrator for the EMEA Debtors |
| 21 | Andrew Jeffries | Department Manager, R&D (NNUK), 1997 – 2005<br>Senior Manager, R&D (NNUK), 2005 – 2009 |
| 22 | Jean-Marie Lesur | Directeur, Financier D'Activité (NNSA), 2/1/2000 – 12/13/2002<br>Financial Planning & Analysis (NNSA), 2/1/2000 – 7/31/2009<br>Director (Northern Telecom France SA), 10/31/2005 – 1/14/2009<br>Director (NNSA), 12/19/2006 – 1/14/2009 |
| 23 | Geoff Lloyd | Vice President, HR-CSE (NNUK), 4/1/1999 – 1/31/2000<br>Vice President, HR Service Provider Carrier Group (NNUK), 2/1/2000 – 4/20/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Director (NNUK), 2/1/2002 – 3/17/2006<br>Vice President, HR EMEA (NNUK), 4/8/2002 – 3/17/2006 |
| 24 | Hitesh Mehta | Director, Business Operations & Corporate Marketing (EMEA), 01/2002 – 11/2003<br>Commercial Director Vodafone Global Account (NNUK), 11/2003 – 11/2004<br>Director, Corporate Strategy & Development (NNUK), 12/2004 – 05/2008 |
| 25 | Iain Morgan | Corporate Services, Business Management (NNUK) (2000-2004)<br>Director (NNUK), 5/5/2000 – 4/30/2004<br>Director (NNSA), 5/28/1997 – 4/30/2004<br>Director (NNIF), 11/1/1987 – 4/30/2004<br>Director (NN Switzerland), 7/29/2002 – 4/3/2004<br>Director (NNOCL), 11/25/1998 – 6/23/2000<br>Director (NT France), 11/27/2001 – 4/30/2004<br>Director (NT PCN), 11/10/1998 – 4/30/2004 |
| 26 | Peter Newcombe | Vice President Alternate Operators (NNUK), 1/1/2000 – 4/20/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Sales Management / Leader, Carrier (NNUK), 4/8/2002 – 3/19/2010 |
| 27 | Gareth Pugh | Finance Director, Major CS Accounts (NNUK), |

| No. | Name | Title |
|---|---|---|
| | | 4/1/1999 – 2/14/2000<br>Vice President Finance, Europe (NNUK), 2/15/2000 – 4/20/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Director (Nortel Networks B.V.), 12/11/2001 – 12/16/2005<br>Director (Nortel Networks OY), 12/31/2001 – 12/16/2005<br>Director (Nortel Networks Hispania, SA), 1/8/2002 – 1/12/2006<br>Director (Nortel Networks S.p.A), 3/12/2002 – 4/26/2006<br>Regional Financial Business Partner (EMEA Controller) (NNUK), 4/8/2002 – 12/17/2005<br>Director (Nortel Networks AB), 4/26/2002 – 12/16/2005<br>Director (NNUK), 1/17/2003 – 12/16/2005<br>Director (NN Ireland), 3/28/2003 – 12/16/2005 |
| 28 | Steve Pusey | President, Cable Media Solutions (NNUK), 10/1/1999 – 4/20/2001<br>Leadership (NNUK), 8/22/2001 – 4/7/2002<br>Director (Nortel Networks France S.A.S.), 10/25/2001 – 10/19/2002<br>Executive VP, President of Eurasia (NNL), 2001 – 2005<br>Business Management – Officer (NNUK), 4/8/2002 – 8/31/2006<br>Director (NNSA), 2/20/2006 – 10/4/2006 |
| 29 | Nigel Rees | Director of Product Management for Switch Remotes (NNUK)<br>Assistant Vice President of International Switching (NNUK) |
| 30 | Cosme Rogeau | French Liquidator (NNSA) |
| 31 | Sharon Rolston | Senior Manager Bio Finance, EMEA (NNUK), 1/1/2000 – 3/31/2000<br>Director of Finance, UK AO's (NNUK), 4/1/2000 – 11/30/2004<br>Finance Project Manager (NNUK), 4/1/2000 – 11/30/2004<br>Financial Planning & Analysis (Northern Region Finance Director) (NNUK), 12/1/2004 – 11/30/2005<br>Financial Planning & Results (EMEA Controller) (NNUK), 12/1/2005 – 2/19/2006<br>Regional Financial Business Partner (Vice President, Finance, EMEA) (NNUK), 2/20/2006 – |

| No. | Name | Title |
|---|---|---|
| | | 12/31/2008<br>Director (NNUK), 4/1/2006 – 9/30/2010<br>Director (Nortel Networks OY), 8/15/2006 – 9/30/2010<br>Director (NN Ireland), 8/28/2006 – 9/30/2010<br>Director (Nortel Networks Hispania, SA), 3/21/2007 – 9/30/2010<br>Director (Nortel Networks S.p.A), 6/28/2007 – 9/27/2010<br>Director (Northern Telecom PCN Limited), 12/16/2008 – 9/30/2010<br>Business Planning & Analysis (Finance, Vice President, Global Carrier Sales) (NNUK), 1/1/2009 – 9/30/2010<br>Director (Nortel Networks NV), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks B.V.), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks Polska Sp z.o.o.), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks Engineering Service Kft), 1/14/2009 – 9/30/2010<br>Director (Nortel GmbH), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks AB), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks International Finance & Holding B.V.), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks South Africa (Proprietary) Limited), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks AG), 1/14/2009 – 9/30/2010<br>Director (Nortel Networks AS), 1/14/2009 – 10/14/2010<br>Director (Nortel Networks s.r.o.), 1/14/2009 – 11/15/2010<br>Director (Nortel Networks Slovensko, s.r.o.), 1/14/2009 – 11/15/2010<br>Director (Nortel Networks (Austria) GmbH), 1/14/2009 – 11/17/2010<br>Director (NNSA), 1/14/2009 – 11/15/2010<br>Director (Nortel Networks Romania SRL), 1/14/2009 – 11/15/2010<br>Director (Northern Telecom France SA), 1/14/2009 – 11/15/2010<br>Director (Nortel Networks Portugal SA), 11/14/2009 |

| No. | Name | Title |
|---|---|---|
| | | – 10/18/2010 |
| 32 | Simon Schofield | Senior Tax Manager (NNUK), 6/2/2003 – 5/8/2006 |
| 33 | Gerard Staunton | Financial Technical Accounting, Director Accounting & Control Europe (NNUK), 8/24/1998 – 11/30/2004<br>Financial Function Management (NNUK), 8/24/1998 – 11/30/2004<br>Financial Results Accounting (NNUK), 8/24/1998 – 11/30/2005<br>Financial Planning & Results (UK Only) (NNUK), 12/1/2005<br>EMEA Controller (NN Ireland), 1/14/2009 – present |
| 34 | Kerry Stephens | Senior Tax Manager (NNUK), 7/2/2003 – present |
| 35 | Ian Stevenson | Financial Planning & Results (UK Only) (NNUK), 9/1/1982 – unknown date<br>Director (NN Italy), 9/22/2004 – 6/28/2007<br>Director (NN Poland), 3/27/2001 – 1/14/2009 |
| 36 | Christian Waida | General Counsel, EMEA, Nortel Networks Germany GmbH & Co KG, GERMANY (2004)<br>General Counsel - EMEA, Nortel Networks UK Limited, UNITED KINGDOM (2005-2006)<br>General Counsel, EMEA, Nortel Networks UK Limited, GERMANY (2007-2008)<br>General Counsel Central Region, Israel & Turkey 12/2001 – 10/2004<br>General Counsel (EMEA) 10/2004 – 12/2008<br>Nortel Dasa Networks Systems GmbH – Legal Counsel 05/1998 – 03/2001<br>NN Germany GmbH - Senior Counsel, 3/2001 – 10/2001 |
| 37 | Timothy Watkins | Vice President, Sales and Marketing (EMEA), 1993 – 2008 |
| 38 | Ian Widdowson | Finance – Tax (NNUK), 6/25/2001 – 6/30/2007 |
| 39 | Lieve Willekens | Financial Controller (NN Belgium), 05/1995 – 05/2011 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, et al.

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(Commercial List)

Proceeding commenced at Toronto

AFFIDAVIT OF
FARA TABATABAI
(sworn January , 2014)

DAVIES WARD PHILLIPS & VINEBERG LLP
155 Wellington Street West
Toronto, Ontario M5V 3J7

James Doris (LSUC#: 33236P)
Bryan D. McLeese (LSUC#: 55607C)
Tel: 416.863.0900
Fax: 416.863.0871

Lawyers for the Joint Administrators of the EMEA Debtors