This is Exhibit..."D"...........referred to in the
affidavit of...Fara Tabatabai...
sworn before me, this...2nd
day of...January...20.14

_____
A COMMISSIONER FOR TAKING AFFIDAVITS

DAVID BRADLEY SHANIES
NOTARY PUBLIC, State of New York
No. 02SH6160748
Qualified in Kings County
Commission Expires Feb. 12, 2015

File No. 09-CL-7950

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE MR. JUSTICE | ) | FRIDAY, THE 20TH DAY OF |
| MORAWETZ | ) | SEPTEMBER, 2013 |
| | ) | |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### ORDER
(Amended Deposition Protocol)

**THIS MOTION** made by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "**Canadian Debtors**") jointly with Ernst & Young Inc. in its capacity as monitor (the "**Monitor**") of the Canadian Debtors for the relief set out in the Notice of Motion dated September 17, 2013, was heard this day at 393 University Avenue, Toronto, Ontario.

**ON READING** the Notice of Motion dated September 17, 2013, and on hearing submissions of counsel for the Canadian Debtors and the Monitor, and on being advised of the consent or non-opposition of the other Core Parties, no one appearing for any other person on the service list or the core

- 2 -

party service list although duly served as appears from the affidavit of Christopher G. Armstrong sworn September 18, 2013, filed.

1.  **THIS COURT ORDERS** that the time for the service of the Notice of Motion and other motion materials is hereby abridged and validated so that this Motion is property returnable today and hereby dispenses with further service thereof.

2.  **THIS COURT ORDERS** that the Amendment to Deposition Protocol Stipulation appended as Exhibit "A" hereto be and is hereby approved.

3.  **THIS COURT ORDERS** that, without derogating from the Order (Protective Order) of this Court dated June 11, 2013, in connection with evidence obtained on any examination/deposition of a witness or party that is conducted in these proceedings, the laws of the jurisdiction where the examination/deposition is conducted shall apply, for all purposes, as relate to protections against self-incrimination and the use or derivative use of evidence for collateral purposes or in other proceedings, as applicable.

**MISCELLANEOUS**

4.  **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Canadian Debtors, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Canadian Debtors and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign

- 3 -

proceeding, or to assist the Canadian Debtors and the Monitor and their respective agents in carrying out the terms of this Order.

5. **THIS COURT ORDERS** that each of the Canadian Debtors and the Monitor be at liberty and are hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

SEP 2 0 2013

- 4 -

# EXHIBIT "A"
## AMENDMENT TO DEPOSITION PROTOCOL STIPULATION

[ATTACHED]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) |

## AMENDMENT TO DEPOSITION PROTOCOL STIPLUATION

Having conferred and agreed on certain matters related to the use of depositions in the litigations concerning the Allocation dispute, the US Claims and the Canadian Claims, as required by the Deposition Protocol, which protocol was approved by orders of the U.S. and Canadian Courts dated August 26, 2013 and August 27, 2013, respectively, the parties hereto stipulate and agree that, subject to orders of the U.S. and Canadian Courts approving this Amendment to Deposition Protocol Stipulation, Section K of the Deposition Protocol shall be amended so that the last paragraph thereof is deleted in its entirety and replaced with the following two paragraphs:[2]

K.   USE OF DEPOSITIONS AT TRIAL

[. . .]

Except as ordered by the Courts for good cause, for any fact witness who is not appearing to testify at trial, each Discovery Participant may submit into evidence the transcript of

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Litigation Timetable, approved by this Court's order dated May 17, 2013 [Dkt. No. 10566], and/or the Allocation Protocol, approved by this Court's order dated May 17, 2013 [Dkt. No. 10565].

such fact witness' deposition testimony or compelled testimony taken on any examination conducted pursuant to letters rogatory or letters of request, regardless of where the deponent resides, as part of a Discovery Participant's direct or rebuttal case, or as part of a cross-examination, at trial to determine Allocation, U.S. Claims and/or Canadian Claims. This submission will continue to be subject to the local rules of evidence and procedure that would apply if the witness were present and testifying in the U.S. or Canada, respectively. If a party offers only part of a deposition/examination, a party adverse in interest with respect to the topics covered in the part of the deposition so designated may designate other parts of the deposition/examination for context and any party may itself introduce other parts. Deposition/examination evidence must be provided to the courts in transcript form but may also be provided by video recording if available.

The dispute about the compellability of witnesses at trial will be deferred, on the basis of a complete reservation of the Discovery Participants' rights and positions as to the entitlement to compel witnesses and, if permitted, any limitations on the number that may be compelled or time limits that should be imposed on their testimony and any provision for the manner in which their deposition transcripts may be used. The parties have also agreed to defer the issue as to how deposition transcripts may be used at trial, if at all, with respect to fact witnesses who have provided an affidavit and are appearing to provide brief introductory direct testimony and to be cross-examined. All of this is to be decided by the Courts at the first pre-trial conference, which under the current schedule is to be held the week of February 17 (or such earlier pre-trial conference as the Courts may be willing to convene following the completion of fact depositions in order to resolve this

issue), if the Discovery Participants are not able to reach agreement on some or all of these matters before then.

The parties further stipulate and agree that all of the other terms and conditions of the Deposition Protocol remain in effect except as expressly amended herein.

*[Intentionally left blank]*

Dated: September 20, 2013

*Counsel for the Official Committee of Unsecured Creditors*

/s/ Robert A. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP

David H. Botter
Fred Hodara
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins
Christopher M. Samis
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

DENTONS CANADA LLP
(formerly Fraser Milner Casgrain LLP)

Ryan Jacobs
R. Shayne Kukulowicz
Michael J. Wunder
77 King Street West
4th Floor
Toronto, ON M5K 0A1
Canada
Telephone: (416) 863-4511
Facsimile: (416) 863-4592

*Counsel for the Debtors and Debtors in Possession*

/s/ Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard S. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

TORYS LLP

Scott Bomhof
Tony DeMarinis
Andrew Gray
Adam Slavens
79 Wellington Street West
Suite 3000, Box 270, TD Centre
Toronto ON M5K 1N2, Canada
Telephone: (416) 865-0040
Facsimile: (416) 865-7380

| *Counsel for the Bondholders* | *Counsel for Ernst & Young Inc. as Monitor* |
|---|---|
| /s/ Atara Miller | /s/ Paul Keller |
| PACHULSKI STANG ZIEHL & JONES LLP | GOODMANS LLP |
| | Jay Carfagnini |
| Laura Davis Jones | Fred Myers |
| Kathleen P. Makowski | Joseph Pasquariello |
| 919 North Market Street, 17th Floor | Benjamin Zarnett |
| P.O. Box 8705 | Bay Adelaide Centre |
| Wilmington, Delaware 19801 | 333 Bay Street Suite 3400 |
| Telephone: (302) 652-4100 | Toronto, ON M5H 2S7 |
| Facsimile: (302) 652-4400 | Canada |
| | Telephone: (416) 979 2211 |
| | Facsimile: (416) 979 1234 |
| MILBANK, TWEED, HADLEY & McCLOY LLP | ALLEN & OVERY LLP |
| Dennis F. Dunne | Ken Coleman |
| Thomas R. Kreller | Daniel Guyder |
| Albert A. Pisa | Paul Keller |
| Andrew M. Leblanc | Laura Hall |
| 1 Chase Manhattan Plaza | 1221 Avenue of the Americas |
| New York, New York 10005 | New York, New York 10020 |
| Telephone: (212) 530-5000 | Telephone: (212) 610-6300 |
| Facsimile: (212) 530-5219 | Facsimile: (212) 610-6399 |
| BENNETT JONES | BUCHANAN INGERSOLL & ROONEY PC |
| Gavin Finlayson | Mary F. Caloway |
| Richard B. Swan | Kathleen A. Murphy |
| Kevin Zych | 1105 North Market Street, Suite 1900 |
| S. Richard Orzy | Wilmington, Delaware 19801 |
| 3400 One First Canadian Place | Telephone: (302) 552-4200 |
| P.O. Box 130 | Facsimile: (302) 552-4295 |
| Toronto, Ontario M5X 1A4 | |
| Canada | |

*Counsel for the Canadian Debtors*

/s/ Paul Keller

GOWLING LAFLEUR HENDERSON LLP

Jennifer Stam
Derrick Tay
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, ON M5J 2Z4
Canada
Tel: +1 416 216 4000
Fax: +1 416 216 3930

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

BUCHANAN INGERSOLL & ROONEY PC

Mary F. Caloway
Kathleen A. Murphy
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295

*Counsel for the Joint Administrators*

/s/ Neil Oxford

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton
Edwin J. Harron
John T. Dorsey
Jaime Luton Chapman
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Gabrielle Glemann
Charles H. Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

DAVIES WARD PHILLIPS & VINEBERG LLP

Robin Schwill
Sean Campbell
155 Wellington Street West
Toronto, ON M5V 3J7
Telephone: (416) 863-0900
Facsimile: (416) 863-0871

LAX O'SULLIVAN SCOTT LISUS LLP

Matthew P. Gottlieb
145 King Street West
Suite 2750
Toronto, ON M5H 1J8
Canada
Telephone: (416) 598-1744
Facsimile: (416) 598-3730

6

*Counsel for the Canadian Creditors Committee*

/s/ Selinda A. Melnik
Selinda A. Melnik (DE Bar No. 4032)

*on behalf of*

DLA PIPER LLP (US)
*U.S. Counsel for the Canadian Creditors Committee*

Selinda A. Melnik
919 North Market Street
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5650
Facsimile: (302) 778-7914
- *and* -
Richard Hans
Timothy Hoeffner
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4530

CAW-CANADA LEGAL DEPARTMENT
*Lawyers for the Canadian Autoworkers Union*

Barry Wadsworth
205 Placer Court
Toronto, ON M2H 3H9
Telephone: (416) 495-3776
Facsimile: (416) 495-3786

KOSKIE MINSKY LLP
*Lawyers for the Former and Disabled Canadian Employees*

Mark Zigler
Susan Philpott
Ari Kaplan
20 Queen Street West, Suite 900
Toronto, ON M5H 3R3
Telephone: (416) 595-2090\
Facsimile: (416) 204-2877

*Counsel for The Bank of New York Mellon, as Indenture Trustee*

/s/ Michael Riela

LATHAM & WATKINS LLP

Michael J. Riela
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

MCMILLAN LLP

Sheryl E. Seigel
Brookfield Place, Suite 4400
181 Bay Street
Toronto, ON M5J 2T3
Canada
Telephone: (416) 865-7000
Facsimile: (416) 865-7048

7

McCARTHY TÉTRAULT LLP
*Lawyers for Morneau Shepell Ltd.,*
*as administrator of the Nortel Canada registered*
*pension plans*

R. Paul Steep
Byron D. Shaw
Elder Marques
James D. Gage
Barbara J. Boake
TD Bank Tower, Suite 5300
Toronto Dominion Centre
66 Wellington Street West
Toronto ON M5K 1E6
Telephone: (416) 601-7998
Facsimile: (416) 868-0673

PALIARE ROLAND ROSENBERG ROTHSTEIN LLP

Ken Rosenberg
Lily Harmer
Karen Jones
Massimo Starnino
155 Wellington Street West, 35th Floor
Toronto, ON M5V 3H1
Telephone: (416) 646-4300
Facsimile: (416) 646-4301

SHIBLEY RIGHTON LLP
w/ NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
*Lawyers for the Active and Transferred Canadian*
*Employees*

Arthur O. Jacques / Thomas McRae
Co-Counsel: Janice Payne / Steve Levitt
250 University Avenue, Suite 700
Toronto, ON M5H 3E5
Telephone: (416) 214-5213/5206
Facsimile: (416) 214-5413/5400

*Counsel for the Trustee of Nortel Networks UK*
*Pension Plan and the Board of the Pension*
*Protection Fund*

/s/ *Sameer Advani*
BAYARD, P.A.

Charlene D. Davis
Justin R. Alberto
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

WILLKIE FARR & GALLAGHER LLP

Brian E. O'Connor
787 7th Ave.
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9251

CASSELS BROCK & BLACKWELL LLP

David Ward
William Burden
Lara Jackson
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2
Canada
Telephone: (416) 869-5300
Facsimile: (416) 360-8877

THORNTON GROUT FINNIGAN LLP

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON M5K 1K7

| | |
|---|---|
| *Counsel for the Wilmington Trust Company, not in its individual capacity but solely as Trustee* | *Counsel for the Law Debenture Trust Company of New York* |

/s/ *David A. Crichlow*                    /s/ *Daniel A. Lowenthal*

KATTEN MUCHIN ROSENMAN LLP        BORDEN LADNER GERVAIS

Craig A. Barbarosh                  John D. Marshall
David A. Crichlow                   Craig J. Hill
Karen B. Dine                       Edmond Lamek
575 Madison Avenue                  Scotia Plaza,
New York, New York 10022-2585       40 King Street West, 44th Floor
Telephone: (212) 940-8800           Toronto, Ontario M5H 3Y4
Facsimile: (212) 940-8776           Canada
                                    Telephone: (416) 367-6000
HEENAN BLAIKIE LLP                  Facsimile: (416) 367-6749

John Salmas                         PATTERSON BELKNAP WEBB & TYLER LLP
Kenneth David Kraft
Bay Adelaide Centre                 Daniel A. Lowenthal
P.O. Box 2900                       Brian P. Guiney
333 Bay Street, Suite 2900          1133 Avenue of the Americas
Toronto, ON M5H 2T4                 New York, New York 10036
Telephone: (416) 360-6336           Telephone: (212) 336-2000
Facsimile: (416) 360-8425           Facsimile: (212) 336-2222

                                    MORRIS JAMES LLP

                                    Stephen M. Miller
                                    Courtney R. Hamilton
                                    500 Delaware Avenue, Suite 1500
                                    P.O. Box 2306
                                    Wilmington, Delaware 19899-2306
                                    Telephone: (302) 888-6800
                                    Facsimile: (302) 571-1750

*Counsel for the Former Directors and Officers of Nortel Networks Corporation and Nortel Networks Limited*

*/s/ Betsy Putnam*

OSLER, HOSKIN & HARCOURT LLP

Lyndon A.J. Barnes
Adam Hirsh
Box 50, 1 First Canadian Place
Toronto, Ontario
M5X 1B8
Canada

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

*ONTARIO*
SUPERIOR COURT OF JUSTICE
COMMERCIAL LIST

Proceeding commenced at Toronto

**ORDER**
**(Amended Deposition Protocol)**

Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON   M5H 2S7

Jay A. Carfagnini (LSUC#: 22293T)
Joseph Pasquariello (LSUC#: 38390C)
Christopher Armstrong (LSUC#: 55148B)
Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.