IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : |  |
| ------------------------------------------------------------X | : |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 7, 2014 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US Claims Litigation Settlement Agreement By and Among the Debtors, The Creditors' Committee, The Joint Administrators, The EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, The Liquidator, The French Liquidator, The UK Pension Parties and Certain Affiliates (D.I. 12618, Filed 12/17/13).

   Objection Deadline:  January 2, 2014 at 4:00 p.m. (ET).

   Responses Received:

   (a) Response and Limited Objection of the Monitor and The Canadian Debtors to The US Debtors' Motion for Entry of an Order Approving The US Claims Litigation Settlement Agreement (D.I. 12686, Filed 12/19/13); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(b) Supplemental Response and Limited Objection of the Monitor and The Canadian Debtors to The US Debtors' Motion for Entry of an Order Approving The US Claims Litigation Settlement Agreement (D.I. 12746, Filed 1/2/14).

Related Pleading:

(a) Notice of Request for Joint Hearing Pursuant to Section 17(d) of the Cross-Border Protocol on the Resolution of Claims and Section 15 of the Cross-Border Insolvency Protocol with Respect to The US Debtors' Motion for an Order Approving The US Claims Litigation Agreement (D.I. 12687, Filed 12/19/13).

Status: The hearing on this matter will go forward.

2. Letter to the Honorable Kevin Gross Requesting a Joint Hearing with Respect to Representative Witness Depositions Filed by Nortel Networks Inc. (D.I. 12688, Filed 12/20/13).

Responses Received:

(a) Letter to the Honorable Kevin Gross in Support of the U.S. Debtors' Letter Requesting a Joint Hearing With Respect to Representative Witness Depositions Filed by Joint Administrators and Foreign Representatives for Nortel Networks UK Limited (D.I. 12693, Filed 12/20/13);

(b) Letter to the Honorable Kevin Gross in Support of Letter Submitted by the U.S. Debtors Filed by The Official Committee of Unsecured Creditors (D.I. 12694, Filed 12/20/13);

(c) Letter to the Honorable Kevin Gross Filed by the Monitor (D.I. 12696, Filed 12/22/13);

(d) Letter to the Honorable Judge Gross in Support of Letter of the Monitor and Canadian Debtors Filed by Canadian Creditors Committee (D.I. 12697, Filed 12/22/13); and

(e) Letter to The Honorable Kevin Gross on Behalf of the Ad Hoc Group of Bondholders Responding to Canadian Creditors' Committee Letter to the Court dated December 22, 2013 Filed by Ad Hoc Group of Bondholders (D.I. 12717, Filed 12/23/13).

Related Pleading:

(a) Letter to the Honorable Judge Gross from Derek C. Abbott Filed by Nortel Networks Inc. (D.I. 12698, Filed 12/23/13);

(b)     Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Protocol of Documents Filed in the Canadian Proceedings in Connection with the Joint Hearing Scheduled for January 7, 2014 (D.I. 12747, Filed 1/3/14);

(c)     Notice of Filing of Courtesy Copy Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of a Document Filed in the Canadian Proceedings by the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (D.I. 12748, Filed 1/3/14);

(d)     Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 12749, Filed 1/3/14); and

(e)     Notice of Filing of Courtesy Copy of Factum of the Official Committee of Unsecured Creditors of Nortel Networks Inc. *et al.* (Representative Party Deposition Motion, Returnable January 7, 2014) (D.I. 12750, Filed 1/3/14).

<u>Status</u>: The hearing on this matter will go forward.

Dated: January 3, 2014
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7876331.3