IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                           Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Related to Joint Hearing<br>Before the U.S. and Canadian Courts<br>January 7, 2014 at 10 a.m. (EST) |

**NOTICE PURSUANT TO CROSS-BORDER PROTOCOL SECTION 12(d)
OF THE FILING IN THE CANADIAN PROCEEDINGS OF THE
RESPONDING MOTION RECORD, BRIEF OF AUTHORITIES AND FACTUM
OF THE CANADIAN CREDITORS COMMITTEE IN CONNECTION WITH THE
U.S. DEBTORS' MOTION TO DISPENSE WITH REPRESENTATIVE PARTY
DEPOSITIONS IN THE ALLOCATION LITIGATION BEFORE THE COURTS**

      **PLEASE TAKE NOTICE** that, pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above captioned cases [Dkt No. 990], on January 3, 2014, the Canadian Creditors Committee (the "**CCC**"), by its undersigned counsel, filed in the above-captioned cases courtesy copies of the Responding Motion Record, the Brief of Authorities and the Factum [attached hereto as Exhibits A, B, and C, respectively] which were filed by the CCC this date in the Canadian Proceedings in response to the Motion of the U.S. Debtors and the submissions of certain other parties in support thereof filed with the Canadian Court seeking elimination of party representative witness depositions from the litigation plan approved by the Canadian and U.S. Courts respecting the Allocation Proceedings.

      **PLEASE TAKE FURTHER NOTICE** that a joint hearing currently is scheduled to be held in the Canadian Proceedings and the above-captioned cases on January 7, 2014, at 10:00 a.m. (EST).

Dated:  January 3 2014
Wilmington, Delaware

                              **DLA PIPER, LLP (US)**
                              /s/  Selinda A. Melnik
                              Selinda A. Melnik (No. 4032)
                              1201North Market Street, Suite 2100
                              Wilmington, DE 19801
                              Tel: +1.302.468.5650
                              Email: selinda.melnik@dlapiper.com

                              *Counsel for the Canadian Creditors Committee*