## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X
                  :

*In re*                  :     Chapter 11

                  :

Nortel Networks Inc., *et al.*,[1]     :     Case No. 09-10138 (KG)

                  :

              Debtors.     :     Jointly Administered

                  :

                  :     **RE:  D.I. 12618, 12686, 12746**

                  :

-------------------------------------------------------- X

## DEBTORS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, 503(b) AND 507(a)(2) AND BANKRUPTCY RULES 6004(h) AND 9019 APPROVING THE US CLAIMS LITIGATION SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, THE CREDITORS' COMMITTEE, THE JOINT ADMINISTRATORS, THE EMEA DEBTORS, NORTEL NETWORKS OPTICAL COMPONENTS LIMITED, NORTEL TELECOM FRANCE SA, THE LIQUIDATOR, THE FRENCH LIQUIDATOR, THE UK PENSION PARTIES AND CERTAIN AFFILIATES

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), hereby move this Court (the "Motion for Leave"), for the entry of an order substantially in the form attached hereto as Exhibit A, granting the Debtors leave to file a reply (the "Reply"), in further support of the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US Claims Litigation Settlement Agreement by and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK*

*Pension Parties and Certain Affiliates* [D.I. 12618] (the "Motion"),[2] and in reply to the *Response*

*and Limited Objection of the Monitor and the Canadian Debtors to the US Debtors' Motion for*

*Entry of an Order Approving the US Claims Litigation Settlement Agreement* [D.I. 12686] (the

"Initial Response") and *Supplemental Response and Limited Objection of the Monitor and the*

*Canadian Debtors to the US Debtors' Motion for Entry of an Order Approving the US Claims*

*Litigation Settlement Agreement* [D.I. 12746] (the "Supplemental Response" and, together with

the Initial Response, the "Limited Objection").  In support of this Motion for Leave, the Debtors

respectfully represent as follows:

1.      On December 17, 2013, the Debtors filed the Motion.

2.      On December 19, 2013, the Monitor and the Canadian Debtors filed the Initial

Response and reserved the right to supplement and amend the Initial Response.

3.      On January 2, 2014, just before 4:00 p.m., the Monitor and the Canadian Debtors

filed the Supplemental Response.

4.      A hearing on the relief sought in the Motion is scheduled to commence on

January 7, 2014 at 10:00 a.m. (the "Hearing").  Given the holiday, the objection deadline for

objections to the Motion was set for January 2, 2014 at 4:00 p.m.

5.      Rule 9006-1(d) of the Local Rules for the United States Bankruptcy Court for the

District of Delaware (the "Local Rules") states that "[r]eply papers may be filed, and if filed,

shall be served so as to be received by 4:00 p.m. Eastern Time the day prior to the deadline for

filing the agenda."  Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two

business days prior to the hearing.  Under the Local Rules, the deadline to file the agenda for the

---

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

hearing is January 3, 2014 at 12:00 p.m., and the deadline to file the Reply was January 2, 2014 at 4:00 p.m.

6.      Given that pursuant to the Local Rules the Reply was due at the same time as objections and the Supplemental Response was filed just before the objection deadline, the Debtors were not able to thoroughly review the Limited Objection and respond to the legal and factual arguments raised therein prior to the deadline to file the Reply.  Therefore, the Debtors hereby seek leave of the Court to file the Reply, attached hereto as Exhibit B, after the deadline. Under these circumstances, the Debtors believe that ample cause exists to grant the Debtors leave to file the Reply at this time.

## Notice

7.      Notice of the Motion for Leave has been given via electronic mail or facsimile to (i) the U.S. Trustee; (ii) counsel to the Monitor; (iii) counsel to the ad hoc group of bondholders; (iv) and counsel to the Creditors' Committee.  The Debtors submit that under the circumstances no other or further notice is necessary.

## No Prior Request

8.      No prior request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that this Court (i) grant Debtors leave to file the Reply, attached as Exhibit B hereto, after the deadline; (ii) enter the proposed order attached as Exhibit A hereto; and (iii) grant the Debtors such other and further relief as may be just and proper.

Dated:  January 6, 2014
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*