IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
                                                               :   Chapter 11
*In re*                                                        :
                                                               :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :   Jointly Administered
                      Debtors.                                 :
                                                               :
                                                               :   Re: D.I. 12618, 12686, 12746, 12757
                                                               :
---------------------------------------------------------------X

## ORDER AUTHORIZING DEBTORS
## TO FILE A REPLY TO DOCKET ITEMS 12686 AND 12746

Upon the motion (the "Motion for Leave") of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion for Leave, providing leave to file a reply (the "Reply") to the Initial Response and Supplemental Response (together, the "Limited Objection") and in further support of the Motion after the deadline; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion for Leave and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion for Leave is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief requested in the Motion for Leave, and that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED.

2. The Debtors are hereby granted leave to file the Reply attached as Exhibit B to the Motion for Leave.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 6, 2014
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE