IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |
| ---------------------------------------------------------X | | |

**NOTICE OF FILING OF COURTESY COPY PURSUANT TO SECTION
12(D) OF THE CROSS-BORDER PROTOCOL OF DOCUMENT FILED
IN THE CANADIAN PROCEEDINGS IN CONNECTION WITH
THE JOINT HEARING SCHEDULED FOR JANUARY 7, 2014**

PLEASE TAKE NOTICE that pursuant to section 12(d) of the Cross-Border Court-to-Court Protocol (as amended, the "Protocol") [D.I. 990] approved in the above-captioned cases, and in connection with the joint hearing scheduled for January 7, 2014 at 10:00 a.m. (ET), Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "US Debtors") have filed in the above-captioned cases a courtesy copy of the Affidavit of Jeffrey A. Rosenthal filed January 6, 2014 in the proceedings pending before the Ontario Superior Court of Justice (Commercial List) (the "Canadian Proceedings"), and attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated:  January 6, 2014<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>          */s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and the Debtors in Possession* |