UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Brenda Meadows, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On January 6, 2014, at my direction and under my supervision, employees of Reliable caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 01/03/2014 | 12755 | Exhibit(s) *Notice Pursuant to Section 12(d) of the Cross-Border Protocol of the Filing of the Responding Motion Record, Brief of Authorities and Factum (Representative Party Deposition Motion) of the Monitor and Canadian Debtors in the Canadian Proceedings in Connection with the January 7, 2014 Joint Hearing* Filed by ERNST & YOUNG. (Attachments: # 1 Exhibit A-1 # 2 Exhibit A-2 # 3 Exhibit A-3 # 4 Exhibit B # 5 Exhibit C) (Murphy, Kathleen) (Entered: 01/03/2014) |

x*Brenda Meadows*

**Brenda Meadows**

Dated: January 7, 2014
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 7th day of January, 2014, by Brenda Meadows, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

*[Notary Seal: JASON RAY SPARKLIN, MY COMMISSION EXPIRES May 21, 2015, NOTARY PUBLIC STATE OF DELAWARE]*

# EXHIBIT A

# Nortel Networks, Inc., *et al,*
## Core Parties Service List
(Allocation Litigation)
**HAND DELIVERY**

Derek Abbott
Annie Cordo
Morris, Nichols, Arsht & Tunell LLP
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Selinda A. Melnik, Richard Hans, Farah Lisa Whitley-Sebti
& Timothy Hoeffner
DLA Piper
919 North Market Street
Suite 1500
Wilmington, DE 19801

Christopher Samis
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Charlene D. Davis
Justin Alberto
Bayard, P.A.
222 Delaware Aveneu, Suite 900
Wilmington, DE 19899

**FIRST CLASS MAIL**

Ken Coleman, Paul Keller, Daniel Guyder,
Laura Hall, Joseph Badtke-Berkow, Jonathan Cho &
Nicolette Ward
Allen & Overy LLP
1221 Avenue fo the Americas
New York, NY 10020

James Bromley, Lisa Schweitzer, Howard Zelbo, Jeffrey
Rosenthal, Darryl Stein, Marla Decker, Lauren Peacock, Jacquelin
Moessner, Neil Forrest & Dan Queen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482

Thomas R. Kreller, Jennifer P. Harris, Albert A. Pisa, Samir Vora,
Andrew LeBlanc, Michael Hirschfeld, Atara Miller, Tom Matz,
Nick Bassett, Gabrielle Ruha & Rachel Pojunas
Milbank, Tweed, Hadley McCLoy LLP
1 Chase Manhattan Plaza
New York, NY 10005

| | |
|---|---|
| Fred S. Hodara, David H. Botter, Abid Qureshi, Robert A. Johnson & Brad M. Kahn<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Brian O'Connor<br>Sameer Advani<br>Andrew Hanrahan<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Michael J. Riela<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834 | Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585 |
| Daniel A. Lowenthal<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | |

## INTERNATIONAL MAIL

| | |
|---|---|
| Derrick Tay<br>Jennifer Stam<br>Gowling Lafleur Henderson LLP<br>Suite 1600, First Canadian Place<br>100 King Street West<br>Toronto, Ontario M5X 1G5 | Jay Carfagnini, Joseph Pasquariello, Ben Zarnett, Fred Myers, Peter Ruby, Jessica Kimmel & Chris Armstrong<br>Goodmans LLP<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, Ontario M5H 2S7 |
| Murray McDonald<br>Brent Beekenkamp<br>Ernst & Young Inc.<br>Ernst & Young Tower<br>222 Bay Street, P.O. Box 251<br>Toronto, Ontario M5K 1J7 | Tony DeMarinis, Scott Bomhof, Sheila Block, Andrew Gray & Adam Slavens<br>Torys LLP<br>79 Wellington St. W., Suite 3000<br>Box 270, TD Centre<br>Toronto, Ontario M5K 1N2 |
| Robin B. Schwill, Sean Campbell<br>James Doris & Louis Sarabia<br>Davies Ward Phillips & Vineberg LLP<br>44th Floor<br>1 First Canadian Place<br>Toronto, ON M5X 1B1 | Matthew P. Gottlieb<br>Tracy Wynne<br>Paul Michell<br>Lax O'Sullivan Scott Lisus LLP<br>Counsel<br>Sutie 1920, 145 King Street West<br>Toronto, Ontario M5H 1J8 |

Mark Zigler, Susan Philpott, Ari Kaplan
& Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario M5H 3R3

Barry E. Wadsworth
Lewis Gottheil
CAW-CANADA
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Janice B. Payne, Steven Levitt, Christopher Rootham &
Ainslie Benedict
Nelligan O'Brien Payne LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario K1P 6L2

Kevin Zych, S. Richard Orzy, Gavin Finlayson, Richard
Swan, Sean Zweig & Jonathan Bell
Bennett Jones LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Michael Barrack, D.J. Miller, Rebecca Lewis,
Andrea McEwan & John Finnigan
Thornton Grout Finnigan LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON M5K 1K7

John Salmas, Kenneth Kraft &
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaid Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario M5H 2T4

Kenneth T. Rosenberg, Massimo (Max) Starnino, Lily
Harmer, Karen Jones, Tina Lie & Michelle Jackson
Paliare Roland Rosenberg Rothstein LLP
155 Wellington Street West, 35th Floor
Toronto, Ontario M5V 3H1

Arthur O. Jacques
Thomas McRae
Shibley Righton LLP
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Barbara J. Boake, James D. Gage, Elder C. Marques, Paul
Steep & Byron Shaw
McCarthy Tetrault LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

R. Shayne Kukulowicz, Michael J. Wunder, Ryan Jacobs &
Barbara Grossman
Dentons Canada LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON M5K 0A1

E. Bruce Leonard, David S. Ward, Bill Burden, Christopher
Horkins & Lara Jackson
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2

Sheryl E. Seigel
McMillan LLP
Brookfield Place
181 Bay Street, Sutie 4400
Toronto, Ontario
M5J 2T3

Edmond F. B. Lamek
James Szumski
Borden Ladner Gervais LLP
Barristers and Solicitors
40 King Street West
Toronto, ON M5H 3Y4

Lyndon Barnes, Edward Sellers, Betsy Putnam & Adam Hirsh
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place
Sutie 6100
P.O. Box 50
Toronto, Ontario M5X 1B8

Angela Dimsdale Gill, John Tillman & Matthew Bullen
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
United Kingdom

Michael Lang
Norton Rose Canada LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON M5J 2Z4

Alexander Cobb
Osler, Hoskin & Harcourt LLP
100 King Street West
1 First Canadian Place
Toronto, Ontario M5X 1B8
Canada