# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT
## <u>CATEGORY FOR APPLICATION PERIOD</u>

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2013 through December 31, 2013

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:**     John Ray

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 11/11/13 | 12/30/13 |
| **Enter Billing Rate/Hr:** | 670.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 33.1 | $670.00 | $22,177.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | | | |
| 5 | Fee Applications | 6.4 | $670.00 | $4,288.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 14.0 | $335.00 | $4,690.00 |
| | **Hours/Billing Amount for Period:** | **53.5** | | **$31,155.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/11/13 | Prepare monthly and quarterly fee apps | 5 | 5.8 |
| 11/12/13 | Matter involving escrow and JP Morgan account | 3 | 0.5 |
| 11/17/13 | Prepare for meetings in UK with UK administrator; review of claims and Interco | 3 | 5.0 |
| 11/18/13 | Review potential discussions with UK administrator | 3 | 7.0 |
| 11/19/13 | Flight to London from JFK | 7 | 6.0 |
| 11/19/13 | Review and file fee app | 5 | 0.3 |
| 11/20/13 | Prepare for and attend meetings with UK administrator; follow up internal discussions | 3 | 8.0 |
| 11/20/13 | Review and file quarterly fee app | 5 | 0.3 |
| 11/21/13 | Flight from London return trip | 7 | 8.0 |
| 12/12/13 | Review of agreements drafted by Cleary | 3 | 3.0 |
| 12/13/13 | Appear for deposition testimony | 3 | 4.0 |
| 12/14/13 | Further comments to agreements drafted by Cleary | 3 | 2.8 |
| 12/18/13 | Reviewing various matters related to the allocation discovery status | 3 | 1.5 |
| 12/21/13 | Execution of documents re UK settlement | 3 | 1.0 |
| 12/30/13 | Claims matter; discussion with counsel | 3 | 0.3 |