**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2013 through December 31, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline (Coach airfare to/from London) | | $    2,345.90 |
| Travel – Lodging (5 nights) | | 3,550.00 |
| Travel – Meals | | - |
| Travel – Car Service | | 207.90 |
| Travel – Parking | | - |
| Office supplies, shipping, and other office related expenses | | - |
| PACER | | - |
| TOTAL | | $    6,103.80 |

# Nortel Expense Report

**PERIOD:** November 1, 2013 through December 31, 2013

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Expe | PACER |
|------|-------------|-----|-------|-------|----------------|---------|-------------------|-------|
| 11/19/13 | Travel to/from client site (London - roundtrip coach airfare) | $ 2,345.90 | | | | | | |
| 11/19/13 | London Trip - Hotel * | | $ 850.00 | | | | | |
| 11/19/13 | London Trip - Car service * | | | | $ 107.10 | | | |
| 11/20/13 | London Trip - Hotel * | | $ 850.00 | | | | | |
| 11/21/13 | London Trip - Hotel * | | $ 850.00 | | | | | |
| 11/20/13 | London Trip - Car service * | | | | $ 100.80 | | | |
| 12/11/13 | New York Trip - Hotel | | $ 500.00 | | | | | |
| 12/12/13 | New York Trip - Hotel | | $ 500.00 | | | | | |

\* The level of hotel and certain other travel expense is due the foreign exchange conversion rate which increases every dollar of expense to $1.70 dollars.