## Exhibit A

The Ninth Amendment to the Statement of Work



Ernst & Young LLP
Suite 500
4130 Park Lake Avenue
Raleigh, NC 27612-4462

Tel: +1 919 981 2800
Fax: +1 919 981 2997
www.ey.com

December 30, 2013

Mr. Timothy Ross
CFO and Corporate Secretary
c/o Nortel Networks, Inc.
4001 East Chapel Hill Nelson Hwy
Research Triangle Park, NC 27709


Dear Tim:

This letter is the 9th amendment (the "9th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 9th Amendment, the parties agree to the following modifications in the Scope of services.

Except as modified by this 9th Amendment, all terms and conditions of the Original SOW shall continue in full force and effect and be unaffected by this 9th Amendment.


## ADDITIONAL SERVICES

As of December 30, 2013 and contingent upon this 9th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the Services described herein. This 9th Amendment will define additional Services not covered by the SOW, which would otherwise fall into the category of "Out-of-Scope Services" as described in the SOW.

These additional Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

### EY Core Services

These Services will consist of a continuation for calendar year 2014 of the EY Core Services described in the SOW. In addition, E&Y may provide Nortel advice to address certain structural tax efficiencies. The Core Services fee will be increased accordingly.


Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited

**⋣ ERNST & YOUNG**

*Variable Services*

The Variable Services continue as stated in the SOW.

*Out-of-Scope Services*

The Out-of-Scope Services described below are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of estimated fees to be incurred. All such approved Services are hereinafter referred to as "Additional Services."

**Foreign Bank Account Reporting**

EY will assist Nortel with Report of Foreign Bank and Financial Accounts, form TD 90-22.1 (the FBAR Form) filings for account ownership and signature authority related to foreign bank accounts for calendar year 2013.

During the course of our work, we anticipate that we may encounter fact patterns that are not clearly addressed by the applicable regulations. In such circumstances, we will discuss the technical analysis with you and document any decisions made, and may seek informal guidance from the IRS. If Nortel decides the pursuit of a formal ruling is appropriate, a fee estimate will be provided prior to engaging in such process.

**Tax Credit and Withholding Tax Monetization**

EY will provide Nortel with a technical analysis of its ability to access alternative minimum tax credits, foreign tax credits and withholding tax deductions related to periods covered by the Closing Agreement with the IRS for tax periods 2001-2008. Additionally EY will provide guidance on procedural requirements required to potentially monetize such credits and deductions in prospective periods.

**Earnings and Profits ("E&P")**

EY will provide E&P calculations for the tax years ending December 31, 2013 and December 31, 2014, including cumulative E&P at those dates based on support made available, or otherwise provided by Nortel. The report will be based on the company's transaction history, information contained in the 2013 and 2014 pro-forma tax returns and adjustments made or proposed by the IRS to historic returns.

EY will provide a report detailing E&P calculations for Nortel Networks Inc., Nortel Altsystems Inc., Xros, Inc., Sonoma Systems, Coretek, Inc., NN Applications Management Solutions Inc., and Architel Systems (U.S.) Corporation. Additionally the report will include general descriptions of the

A member firm of Ernst & Young Global Limited



law, methodologies and significant assumptions incorporated into the E&P analysis. The list of significant assumptions will constitute an integral part of the final report and will need to be read in conjunction with a review of the E&P calculations in order to fully understand the potential adjustment to E&P that would occur if one or more of the assumptions were changed. Prior to issuing the final report these assumptions will be reviewed and agreed with Company representatives.

**FEES**

The General Terms of the Agreement address our fees and expenses generally.

*EY Core Services*

Client shall pay EY's fees for the EY Core Services described in this 9th Amendment and reimburse reasonable expenses incurred in connection with the EY Core Services described in this 9th Amendment, subject to and in accordance with Bankruptcy Court approval.

Nortel shall pay EY a fixed fee of $3,900,000 for the EY Core Services described in this 9th Amendment. This fee will be billed in ten (10) monthly installments of $350,000 beginning January 1, 2014 and one (1) installment of $400,000 on November 1, 2014. If EY provides Nortel advice to address certain structural tax efficiencies, the fixed fee will be increased to $4,200,000 and remaining installments adjusted accordingly.

*Variable Services and Out-of-Scope Services*

With respect to the Variable and Out-of-Scope Services described in this 9th Amendment, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with these Additional Services, subject to and in accordance with Bankruptcy Court approval.

The fees for the Variable and Out-of-Scope Services described in this 9th Amendment will be billed on a monthly basis using the rates set forth below:

| Professional | Rate per Hour |
|---|---|
| Partner / ED - National | $700 |
| Partner / ED - Other | $650 |
| Senior Manager | $565 |
| Manager | $465 |
| Senior | $335 |
| Staff | $200 |

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited



You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

**Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW**
**Nortel Networks India International Inc.**
**Nortel Ventures LLC**

By: _____

    Mr. Timothy Ross
    CFO and Corporate Secretary

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited