Gary Stone, certifies that, he is over the age of 18, and that on January 7, 2014, at approximately 4:30 p.m. he made mail service of the Notice of Motion, Motion, and accompanying exhibits of Ernest Demel dated January 7, 2014, by depositing true copies of said documents properly addressed and stamped in an official depository of the United States Postal Service located in the lobby of 105 Court Street, Brooklyn, NY 11201 at approximately 4:45 p.m.

      Ernest Demel
      RCS Box 426.
      New York, New York 10101

      Ernest Demel
      151 West 55th Street, 13K
      New York, New York, NY 10019

Dated: Brooklyn, New York
January 7, 2014

                                                                   Gary Stone