IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 12767 & 12770 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2014, I caused to be served the:

    a) "Notice of Amended Agenda of Matters Scheduled for Hearing on January 7, 2014 at 10:00 A.M. (Eastern Time)," dated January 6, 2014 [Docket No. 12767], and

    b) "Notice of Second Amended Agenda of Matters Scheduled for Hearing on January 7, 2014 at 10:00 A.M. (Eastern Time)," dated January 6, 2014 [Docket No. 12770],

by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

Sworn to before me this
___ day of January, 2014

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

_____
Carol Zhang

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Amd Agenda for Jan 7th Hrg & 2nd Amd Agenda_DI_12767 & 12770_AFF_1-6-14_KH.doc

# EXHIBIT A

| Name | Contact | Fax |
|---|---|---|
| **GOWLING LAFLEUR HENDERSON LLP** | Derrick Tay and Jennifer Stam | 416-862-7661 |
| **GOODMANS LLP** | Jay Carfagnini | 416-979-1234 |
| | Joseph Pasquariello | |
| | Ben Zarnett | |
| | Fred Myers | |
| | Peter Ruby | |
| | Jessica Kimmel | |
| | Chris Armstrong | |
| **Ernst & Young Inc.** | Murray McDonald | 416-943-3300 |
| | Brent Beekenkamp | |
| **ALLEN & OVERY LLP** | Ken Coleman | 212-610-6399 |
| | Paul Keller | |
| | Daniel Guyder | |
| | Laura Hall | |
| | Joseph Badtke.Berkow | |
| | Jonathan Cho | |
| | Nicolette Ward | |
| **BUCHANAN INGERSOLL & ROONEY** | Kathleen A. Murphy | 302-552-4295 |
| | Mary F. Caloway | |
| **TORYS LLP** | Tony DeMarinis | 416-865-7380 |
| | Scott Bomhof | |
| | Sheila Block | |
| | Andrew Gray | |
| | Adam Slavens | |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | James Bromley | 212-225-3999 |
| | Lisa Schweitzer | |
| | Howard Zelbo | |
| | Jeffrey Rosenthal | |
| | Darryl Stein | |
| | Marla Decker | |
| | Lauren Peacock | |
| | Jacqueline Moessner | |
| | Neil Forrest | |
| | Dan Queen | |
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | Derek Abbott | 302-425-4664 |
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | Annie Cordo | 302-225-2559 |
| **DAVIES WARD PHILLIPS & VINEBERG LLP** | Robin B. Schwill | 416-863-0871 |
| | Sean Campbell | |
| | James Doris | |
| | Louis Sarabia | |
| **LAX O'SULLIVAN SCOTT LISUS LLP** | Matthew P. Gottlieb | 416-598-3730 |

1

|  | Tracy Wynne |  |
|---|---|---|
|  | Paul Michell |  |
| **HUGHES HUBBARD & REED** | Derek Adler | 212-422-4726 |
|  | Neil Oxford |  |
| **HUGHES HUBBARD & REED** | Fara Tabatabai | 212-299-6269 |
| **HUGHES HUBBARD & REED** | Charles Huberty | 212-299-6045 |
| **YOUNG CONAWAY STARGATT & TAYLOR LLP** | Ed Harron | 302-576-3298 |
|  | John Dorsey | 302-576-3401 |
| **KOSKIE MINSKY** | Mark Zigler | 416-204-2877 |
| **KOSKIE MINSKY** | Susan Philpott | 416-204-2882 |
| **KOSKIE MINSKY** | Ari Kaplan | 416-204-2875 |
| **KOSKIE MINSKY** | Barbara Walancik | 416-204-2906 |
| **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP** | Kenneth T. Rosenberg | 416-646-4301 |
|  | Massimo (Max) Starnino |  |
|  | Lily Harmer |  |
|  | Karen Jones |  |
|  | Tina Lie |  |
|  | Michelle Jackson |  |
| **CAW-CANADA** | Barry E. Wadsworth | 416-495-3786 |
|  | Lewis Gottheil |  |
| **SHIBLEY RIGHTON LLP** | Arthur O. Jacques | 416-214-5413 |
| **SHIBLEY RIGHTON LLP** | Thomas McRae | 416-214-5400 |
| **NELLIGAN O'BRIEN PAYNE LLP** | Janice B. Payne | 613-788-3655 |
|  | Steven Levitt |  |
|  | Christopher Rootham |  |
|  | Ainslie Benedict |  |
| **McCARTHY TETRAULT LLP** | Barbara J. Boake | 416-868-0673 |
|  | James D. Gage |  |
|  | Elder C. Marques |  |
|  | Paul Steep |  |
|  | Byron Shaw |  |
| **DLA PIPER** | Selinda A. Melnik | 302-778-7914 |
|  | Richard Hans | 212-884-8730 |
|  | Timothy Hoeffner | 215-606-3341 |
|  | Farah Lisa Whitley.Sebti | 212-884-8529 |
| **BENNETT JONES LLP** | Kevin Zych | 416-863-1716 |
|  | S. Richard Orzy |  |
|  | Gavin Finlayson |  |
|  | Richard Swan |  |
|  | Sean Zweig |  |
|  | Jonathan Bell |  |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Thomas R. Kreller | 213-629-5063 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Jennifer P. Harris | 212-530-5219 |

2

| | | |
|---|---|---|
| | Albert A. Pisa | |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Samir Vora | 213-629-5063 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Andrew LeBlanc | 202-263-7574 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Michael Hirschfeld | 212-822-5832 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Atara Miller | 212-822-5421 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Tom Matz | 212-822-5885 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Nick Bassett | 202-263-7546 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Gabrielle Ruha | 212-822-5155 |
| **MILBANK, TWEED, HADLEY McCLOY LLP** | Rachel Pojunas | 202-263-7551 |
| **DENTONS CANADA LLP** | R. Shayne Kukulowicz | 416-863-4592 |
| | Michael J. Wunder | |
| | Ryan Jacobs | |
| | Barbara Grossman | |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | Fred S. Hodara | 212-872-1002 |
| | David H. Botter | |
| | Abid Qureshi | |
| | Robert A. Johnson | |
| | Brad M. Kahn | |
| **ASHURST LLP** | Angela Pearson | +44 (0)20 7638 1112 |
| | Antonia Croke | |
| **RICHARDS LAYTON & FINGER, P.A.** | Christopher Samis | 302-498-7845 |
| **CASSELS BROCK & BLACKWELL LLP** | E. Bruce Leonard | 416-640-3054 |
| | David S. Ward | |
| | Bill Burden | |
| | Christopher Horkins | |
| | Lara Jackson | |
| **THORNTON GROUT FINNIGAN LLP** | Michael Barrack | 416-304-1313 |
| | D.J. Miller | |
| | Rebecca Lewis | |
| | Andrea McEwan | |
| **Willkie Farr & Gallagher LLP** | Brian O'Connor | 212-728-9251 |
| **Willkie Farr & Gallagher LLP** | Sameer Advani | 212-728-9587 |
| **Willkie Farr & Gallagher LLP** | Andrew Hanrahan | 212-728-9170 |
| **Bayard, P.A.** | Charlene D. Davis | 302-658-6395 |
| | Justin Alberto | |
| **McMILLAN LLP** | Sheryl E. Seigel | 416-365-1719 |
| **LATHAM & WATKINS LLP** | Michael J. Riela | 212-751-4864 |
| **HEENAN BLAIKIE LLP** | John Salmas | 416-360-8425 |
| | Kenneth Kraft | |
| | Sara.Ann Van Allen | |
| **KATTEN MUCHIN ROSENMAN LLP** | Craig A. Barbarosh | 212-940-8776 |
| | David A. Crichlow | |
| | Karen B. Dine | |
| **BORDEN LADNER GERVAIS LLP** | Edmond F. B. Lamek | 416-361-2436 |

3

| | | |
|---|---|---|
| **BORDEN LADNER GERVAIS LLP** | James Szumski | 416-682-2811 |
| **PATTERSON BELKNAP WEBB & TYLER LLP** | Daniel A. Lowenthal | 212-336-1253 |
| **OSLER HOSKIN AND HARCOURT LLP** | Lyndon Barnes | 416-862-6666 |
| | Edward Sellers | |
| | Betsy Putnam | |
| | Adam Hirsh | |
| **NORTON ROSE CANADA LLP** | Michael Lang | 416-216-3930 |
| **HOGAN LOVELLS INTERNATIONAL LLP** | Angela Dimsdale Gill | +44 20 7296 2001 |
| | John Tillman | |
| | Matthew Bullen | |

| Name | Contact | Fax |
|---|---|---|
| **Allen & Overy LLP** | Ken Coleman Esq | 212-610-6399 |
| | Lisa J.P. Kraidin. Esq. | |
| **Office of the U.S. Trustee** | Mark Kenney, Esq. | 302-573-6497 |
| **Pachulski Stang** | Laura Davis Jones | 302-652-4400 |
| | Timothy P. Cairns | |
| **Buchanan Ingersoll & Rooney** | Mary F. Caloway Esq. | 302-552-4295 |
| **Richards Layton & Finger** | Mark D. Collins Esq. | 302-651-7701 |
| | Christopher M. Samis Esq. | |
| **Akin Gump** | Fred S. Hodara Esq. | 212-872-1002 |
| | David H. Botter Esq. | |
| **Milbank Tweed Hadley & McLoy LLP** | Thomas R. Kreller | 213-892-4763 |