IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X    Chapter 11
In re                                                  :
                                                       :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                         :
                              Debtors.                 :    Jointly Administered
                                                       :
                                                       :    Re : D.I. 24
                                                       :
                                                       :
                                                       :
-------------------------------------------------------X
```

## DECLARATION OF LISA M. SCHWEITZER PURSUANT TO RULE 2014-1(C) OF THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

I, LISA M. SCHWEITZER, hereby declare under penalty of perjury:

1. I am a partner of the law firm Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for Nortel Networks Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"). I am an attorney at law, duly admitted and in good standing to practice in the State of New York, and am admitted to practice before this Court *pro hac vice*.

2. Pursuant to Rule 2014-1(c) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I hereby disclose that the Debtors have retained TechLaw Solutions, Inc. ("TechLaw") to, among other things, provide document review services related to the litigation among the Debtors and their international

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

affiliates regarding the allocation of the proceeds from certain asset sales and the coordinated litigation of certain claims.

       3.    Cleary Gottlieb intends to request reimbursement for TechLaw under Local Rule 2016-2(f).[2]

       4.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2014.

                                         Lisa M. Schweitzer

---

[2] The Debtors inadvertently made payment directly to TechLaw for certain retained professional fees, totaling $211,214.10. Through its Fifty-Ninth Interim Application for the period November 1 through November 30, 2013, Cleary Gottlieb is seeking approval on behalf of the Debtors of such fees, but Cleary Gottlieb will not seek reimbursement from the Debtors for such fees and has not included the paid amounts in the total amount of expenses requested in its November fee application. TechLaw understands that TechLaw is required to disgorge any portion of such fees previously paid by the Debtors which are not approved by the Court as a part of Cleary Gottlieb's November fee application.