# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/7/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew LeBlanc | Milbank Tweed | Ad Hoc Group of Bondholders |
| Peter Keane | Pachulski Stang Ziehl & Jones | " |
| Derek Adler | Hughes Hubbard & Reed LLP | Joint Administrators (EMEA Debtors) |
| Steve Alie | Herbert Smith London | Joint Administrators EMEA |
| John Dorsey | Young Conaway | EMEA Debtors |
| Mark Kenny | U.S. Trustee | U.S. Trustee |
| Stephen Miller | Morris James LLP | Law Debenture (Indenture Trustee) |
| Justin Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr | " |
| Sameer Advani | " | " |
| Andrew Hanrahan | " | " |
| Selinda A Melnik | DLA Piper LLP | Canadian Creditors Cttee |
| Timothy Hoeffner (on train) | " | " |
| Anna Cordo | Morris Nichols Arsht Tunnell | NN Debtors |
| Derek Abbott | " | " |
| Jeff Rosenthal | Cleary Gottlieb | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/7/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Schweitzer | Cleary Gottlieb | Debtors |
| Jim Bromley | " | " |
| Howard Zelbo | " | " |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Ken Coleman | Allen & Overy | " |
| Jay Puttman | " | " |
| Joe Bootko-Berkow | " | " |
| Fred Hodara | Akin Gump | Committee |
| David Botter | " | " |
| Abid Qureshi | " | " |
| Mark Collins | Richards Layton | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 01/07/2014
Calendar Time: 10:00 AM ET

Amended Calendar 01/07/2014 06:51 AM

Page 1 of 5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6021955 | Baffour Abedi | (606) 699-3751 | Baffour Abedi - In Pro Per/Pro Se | Interested Party, Baffour Abedi / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6021806 | Manas Babbili | 212-538-5918 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024334 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027442 | Eric Bilmes | (212) 588-5115 | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024420 | Jay Borow | (212) 782-1411 | Capstone Advisory Group LLC | Financial Advisor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027451 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.f | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6021647 | Justin Brass | (212) 843-1242 | Stone Lion Capital Partners | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6022393 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024429 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Trustee, UK Pension Plan / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024250 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6022242 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024712 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6025532 | Gregor Dannacher | 203-541-4243 | Kamunting Street | Other Prof., Jack Mui / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6026624 | Marla A. Decker | (212) 225-2025 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6026107 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024411 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024366 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6023430 | Andrew G. Friedman | (212) 303-9444 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024154 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6018971 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027487 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027564 | Richard F Hans | (212) 335-4556 | DLA Piper US, LLP | Interested Party, Richard F Hans / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027448 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6020254 | Jeffrey Hyland | (312) 588-7100 | Capstone Advisory Group, LLC | Financial Advisor, Official Committee of Unsecure Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024434 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6020265 | Christopher Kearns | (312) 588-7100 | Capstone Advisory Group, LLC | Financial Advisor, Official Committee of Unsecure Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024390 | Andrew LeBlanc | 212-530-5000 | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6006523 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6020103 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6019104 | Olivia Mauro | (212) 412-6773 | Barclays PLC | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5999481 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027452 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6009042 | Michael J. Riela | 212-906-1373 | Latham & Watkins LLP | Creditor, Bank of New York Mellon / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6027572 | John Salmas | (416) 360-3570 | Heenan Blaikie | Creditor, Wilmington Trust, National Association / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024418 | Adam Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6025313 | Mitchell Sockett | (434) 284-4404 | King Street Capital Management, LLC | Interested Party, King Street Capital Management, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024325 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024377 | Darryl Stein | (212) 225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024138 | George Stien | (734) 972-7942 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6024173 | Wei Wang | (617) 488-1647 | Regiment Capital Advisors | Creditor, Regiment Capital Advisors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6025426 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |