# EXHIBIT A



# CourtCall®
## TELEPHONIC COURT APPEARANCES

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

Court Conference℠ is a division of CourtCall®

## INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5817784 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Tuesday, September 10th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $30.00 |
| VIDEO FEE/LATE FEE: | $0.00 |
| AMOUNT PAID : | $30.00 |
| **PAYMENT NOW DUE:** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | MasterCard ending in 1485 | 9/9/2013 9:51:42AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045**. Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5817784 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Tuesday, September 10th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

Court Conference℠ is a division of CourtCall®

## INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5677756 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Tuesday, June 25th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $100.00 |
| VIDEO FEE/LATE FEE: | $0.00 |
| AMOUNT PAID: | $100.00 |
| **PAYMENT NOW DUE:** | $0.00 |

**Payment Details**

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | MasterCard ending in 1485 | 6/20/2013  8:57:44AM |
| Credit | Charge | $70.00 | MasterCard ending in 1485 | 7/31/2013  12:25:46PM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5677756 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Tuesday, June 25th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

Court Conference℠ is a division of CourtCall®

## INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5584375 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, May 1st, 2013 at 11:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $79.00 |
| VIDEO FEE/LATE FEE: | $0.00 |
| AMOUNT PAID: | $79.00 |
| PAYMENT NOW DUE: | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 1525 | 5/1/2013  7:30:15AM |
| Credit | Charge | $49.00 | Visa ending in 1525 | 5/15/2013  9:09:53AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5584375 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, May 1st, 2013 at 11:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

Court Conference℠ is a division of CourtCall®

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

## INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5570990 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Tuesday, April 30th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $177.00 |
| VIDEO FEE/LATE FEE: | $0.00 |
| AMOUNT PAID : | $177.00 |
| PAYMENT NOW DUE: | $0.00 |

**Payment Details**

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 1525 | 4/24/2013  8:43:31AM |
| Credit | Charge | $147.00 | Visa ending in 1525 | 5/14/2013  11:56:07AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5570990 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. and Canadian Nortel Debtors |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Tuesday, April 30th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

Court Conference℠ is a division of CourtCall®

## INVOICE / RECEIPT

| | |
|---:|:---|
| COURTCALL ID: | 5438918 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. and Nanette Faison |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Thursday, February 14th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $30.00 |
| AMOUNT PAID : | $30.00 |
| **PAYMENT NOW DUE:** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | MasterCard ending in 1485 | 2/13/2013  10:31:32AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---:|:---|
| COURTCALL ID: | 5438918 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. and Nanette Faison |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Thursday, February 14th, 2013 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

Court Conference℠ is a division of CourtCall®

## INVOICE / RECEIPT

| | |
|---:|:---|
| COURTCALL ID: | 5286610 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, November 21st, 2012 at 9:30 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $30.00 |
| AMOUNT PAID : | $30.00 |
| **PAYMENT NOW DUE:** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | MasterCard ending in 1485 | 11/20/2012  9:10:13AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---:|:---|
| COURTCALL ID: | 5286610 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, November 21st, 2012 at 9:30 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

Court Conference℠ is a division of CourtCall®

6383 Arizona Circle
Los Angeles, CA 90045

Telephone: (888) 882-6878
Facsimile: (888) 883-2946

www.courtcall.com

Tax ID: 95-4568415

## INVOICE / RECEIPT

| | |
|---:|:---|
| COURTCALL ID: | 5195946 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, October 3rd, 2012 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $44.00 |
| AMOUNT PAID : | $44.00 |
| **PAYMENT NOW DUE:** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 9562 | 10/2/2012   7:32:41AM |
| Credit | Charge | $14.00 | Visa ending in 9562 | 10/8/2012   12:57:01PM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---:|:---|
| COURTCALL ID: | 5195946 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, October 3rd, 2012 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

Court Conference℠ is a division of CourtCall®

## INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5036377 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, July 11th, 2012 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $30.00 |
| AMOUNT PAID : | $30.00 |
| **PAYMENT NOW DUE:** | $0.00 |

**Payment Details**

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 9562 | 7/5/2012  11:31:38AM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5036377 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, July 11th, 2012 at 10:00 AM ET |
| FIRM NAME: | John J. Rossi - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | John J. Rossi |
| TELEPHONE: | (330) 264-7737 |