IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[2] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: January 28, 2014** |
| | ) | **Hearing Date: February 4, 2014 at 10:00 a.m.** |

**NOTICE OF MOTION OF JOHN J. ROSSI FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)(4)**

TO: (i) the LTD Employees; (ii) the Office of the U.S. Trustee: (iii) the counsel to the Debtors; and (iv) counsel to the Bondholder Group; (v) counsel to the Official Committee of Unsecured Creditors; (vi) counsel

John Rossi has filed the *Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(4)* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 28, 2014 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on January 28, 2014:**

PLEASE TAKE NOTICE THAT IF NO TIMELY OBJECTIONS TO THE MOTION ARE FILED, THE COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 10, 2014
Wilmington, Delaware

_____
John J. Rossi

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.