# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[3] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No: ____** |

## ORDER APPROVING MOTION OF JOHN J. ROSSI FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)(4)

Upon the Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(4) (the "Motion"), by which John J. Rossi ("Rossi") requested allowance of an administrative expense claim (the "Rossi Administrative Claim"); and it appearing that notice of the Motion was proper and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Rossi Administrative Claim shall be allowed as an administrative expense claim in the amount of $990.00; and it is further

ORDERED that the Debtors shall pay the Rossi Administrative Claim within ten (10) business days from entry of this Order; and it is further

ORDERED that the Claims Agent is directed to adjust the Claims Registry to reflect the

---

[3] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

relief granted herein; and it is further

      ORDERED that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated:   Wilmington, Delaware
          February __, 2014

                                        HONORABLE KEVIN GROSS
                                        UNITED STATES BANKRUPTCY JUDGE