**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                                                         :
*In re*                                                  :    Chapter 11
                                                         :
Nortel Networks Inc., *et al.,* [1]                      :    Case No. 09-10138 (KG)
                                                         :
                                    Debtors.             :    Jointly Administered
                                                         :
-------------------------------------------------------- X

**CERTIFICATE OF NO OBJECTION REGARDING FIFTY-NINTH INTERIM
APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE
AND GENERAL BANKRUPTCY COUNSEL TO DEBTORS AND DEBTORS-IN-
POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD NOVEMBER 1, 2013 THOUGH NOVEMBER 30, 2013**

     The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to the **Fifty-Ninth Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as**

**Delaware and General Bankruptcy Counsel to Debtors and Debtors-In-Possession, for**

**Allowance of Interim Compensation and for Interim Reimbursement of all Actual and**

**Necessary Expenses Incurred for the Period November 1, 2013 Through November 30,**

**2013** (the "Application") (D.I. 12651), filed on December 19, 2013.

     The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in this case and that no answer, objection or other responsive pleading to the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).
Addresses for the Debtors can be found in the Debtors' petitions, which are available at
http://chapter11.epiqsystems.com/nortel.

Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than January 8, 2014 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $104,876.50 | $16,449.41 | $83,901.20 | $100,350.61 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated:  January 10, 2014
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Tamara K. Minott_
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

_Counsel for the Debtors and Debtors In Possession_

4100483.31