IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12802** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 10, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
10th day of January, 2014

/s/ Notary Public
Notary Public

REGINA AMPOSTA
Notary Public, State of New York
No. 01AM6061990
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires [illegible]

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LEUTERITZ, MARK
      14 BUCKTHORN
      IRVINE, CA 92604
```

Please note that your claim # 1542 in the above referenced case and in the amount of $41,104.00 has been transferred **(unless previously expunged by court order)** to:

```
      LIQUIDITY SOLUTIONS, INC.
      TRANSFEROR: LEUTERITZ, MARK
      ONE UNIVERSITY PLAZA
      SUITE 312
      HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12802    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/10/2014                              David D. Bird, Clerk of Court

                                                                             /s/ Kimberly Murray
                                                            By: Epiq Bankruptcy Solutions, LLC
                                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice **was** mailed to the transferor, transferee, and debtor(s) counsel **by** first class mail, postage prepaid on  January 10, 2014.

# EXHIBIT B

```
TIME: 16:15:18                              NORTEL NETWORKS INC.                                        PAGE:   1
DATE: 01/10/14                                CREDITOR LISTING

Name                    Address
LEUTERITZ, MARK         14 BUCKTHORN IRVINE CA 92604
LIQUIDITY SOLUTIONS, INC.  TRANSFEROR: LEUTERITZ, MARK ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601


Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006