## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,<br>　　　　　　　　Debtors. | Case No. 09-10138(KG) |
|  | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　　)
　　　　　　　　　　　　　　) SS
NEW CASTLE COUNTY　　　)

       Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Capstone Advisory Group LLC in the above referenced cases, and on the 10th day of January, 2014, he caused a copy of the following:

**FOURTH SUPPLEMENTAL DECLARATION OF JAY I. BOROW**
**IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. FOR AN**
**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**CAPSTONE ADVISORY GROUP, LLC AS FINANCIAL ADVISOR,**
**NUNC PRO TUNC TO JANUARY 2, 2009**

to be served upon the parties identified on the attached list via U.S. first class mail.

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 13th day of January, 2014.

_____
Notary Public

ERICA LEE MYRICK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 6, 2016

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli PC
222 Delaware Ave, Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave, Ste 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St, 11th Floor
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street, Ste 1700
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet, Ste. 800
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market Street, Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Ste 400
Wilmington, DE  19801

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street, Ste 950
Wilmington, DE  19801

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market Street, Ste 1900
Wilmington, DE  19801-1228

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street,
Wilmington, DE  19801

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

Stephen M. Miller
Morris James LLP
500 Delaware Ave, Ste. 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange Street,
Wilmington, DE  19801

Mark Kenney Esq
Office of the U.S. Trustee
844 King St, Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom
One Rodney Square, PO Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square, 920 N King St
Wilmington, DE  19801

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave, 13th Floor
Wilmington, DE  19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave, Ste 1410
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE  19801

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave, 10th Floor
Wilmington, DE  19801

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave,
Wilmington, DE  19801

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St, 7th Floor
Wilmington, DE  19801

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave, Ste 1410
Wilmington, DE  19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St, Ste 400
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave, Ste 1600
Wilmington, DE  19801-1659

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building, 1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave, Ste 900
Wilmington, DE  19801

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE  19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street, Ste 1500
Wilmington, DE  19801

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market Street, Ste 1500
Wilmington, DE  19801

William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor, Renaissance Centre
Wilmington, DE  19801

Selinda A. Melnik
DLA Piper LLP (US)
919 N. Market Street, 15th Floor
Wilmington, DE  19801

Scott D. Cousins
Ann M. Kashishian
Cousins Chipman & Brown, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho, Totsuka-ku
Yokohama-shi,  244-8567

Stephen Gale
Herbert Smith
Exchange House, Primrose Street
London, UK  EC2A 2HS

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower, 200 Bay St. Ste. 3800
Toronto, Ontario  M5J 2Z4

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place, 100 King St. West_Ste. 1600
Toronto, Ontario  M5X 1G5

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Dentons LLP
77 King St West, Ste 400
Toronto, Ontario  M5X 2A1

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre, 333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7

Derek  Austin
Export Development Canada
151 O'Connor Street,
Ottowa, Ontario  K1A 1K3

Rahul Kumar
C-701 Neelachal Apt. Plot No 3, Sector 4, Dwarka
New Delhi,   110078

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor,
Montreal, QC  H3G 2W6

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875, Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227,
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500, M/S E8-108
Blue Bell, PA  19424

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346,
Philadelphia, PA  19101-7346

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division, PO Box 475
Jefferson City, MO  65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207,
Nashville, TN 37202

Judy D. Thompson
JD Thompson Law
P.O. Box 33127,
Charlotte, NC  28233

John P. Dillman Esq
Linebarger Goggan Blair  & Sampson
P.O. Box 3064,
Houston, TX  77253-3064

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1270,
Midlothian, VA  23113

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611,
Raleigh, NC  27602-2611

L.A. County Treasurer & Tax Collector
P.O. Box 54110,
Los Angeles, CA  90054-0110

Michael McWalters
P.O. Box 338,
Alviso, CA  95002-0338

Jerry Wadlow
P.O. Box 79,
Wewoka, OK  74884

Thelma Watson
P.O. Box 971,
Bath, SC  29816

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW,
Washington, DC  20005-4026

Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.,
Washington, DC  20005

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW, Ste 200
Washington, DC  20036

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA  98154-1192

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street, Box 9729
Portland, ME  04104-5029

Ramona Neal Esq
HP  Company
11307 Chinden Blvd, MS 314
Boise, ID  83714

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson
Travis Bldg Ste 300, 711 Navarro
San Antonio, TX  78205

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave, 19th Floor
New York, NY  10173-1922

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway,
New York, NY  10019

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave,
New York, NY 10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center, Ste 400
New York, NY 10281-1022

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas,
New York, NY 10036-6710

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St,
New York, NY 10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza,
New York, NY 10004

Raniero D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street,
New York, NY 10019-6142

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square,
New York, NY 10036

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza,
New York, NY 10005-1413

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas,
New York, NY 10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza,
New York, NY  10112

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas,
New York, NY  10036-8704

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas, 20th Floor
New York, NY  10020

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg
675 Third Ave, 31st Floor
New York, NY  10017

Steven J.  Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle
101 Park Ave,
New York, NY  10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas, 19th Floor
New York, NY  10036

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas,
New York, NY  10036

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave,
New York, NY  10019

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave,
New York, NY  10019-6099

Susan P. Johnston Esq.
Carter Ledyard & Milburn LLP
2 Wall Street,
New York, NY  10005

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY  10022-4068

David S.  Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY  10022-4068

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas,
New York, NY  10019-6064

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave,
New York, NY  10178

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza,
New York, NY  10005

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park,
New York, NY  10036

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave,
New York, NY  10022-2585

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas,
New York, NY  10020

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza,
New York, NY  10119

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St, Ste 3000
Los Angeles, CA  90017

Judith W. Ross
Baker Botts LLP
2001 Ross Ave,
Dallas, TX  75201

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900,
Dallas, TX  75202

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave, Ste 3700
Dallas, TX  75202-2799

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street, Ste 1400
Philadelphia, PA  19103

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr
51st Fl Mellon Bank Ctr, 1735 Market St
Philadelphia, PA  19103

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street, Ste 2100
Philadelphia, PA  19109

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH  44114

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road,
Houston, TX  77032

Secretary of Treasury
John G. Townsend Bldg., 401 Federal St. Ste. 4
Dover, DE  19901

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg., 401 Federal St. Ste. 4
Dover, DE  19901

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr, Ste 400
Littleton, CO  80124

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA  90067-3012

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St, Ste 800
Chicago, IL  60601

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr, Ste 3000
Chicago, IL  60606

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Ste 3000
Chicago, IL  60606

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL  60601

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
222 North LaSalle St Ste 2600,
Chicago, IL  60601

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive,
Chicago, IL  60604-1404

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive, Ste 3000
Chicago, IL  60606

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO  63102

John J. Rossi
1568 Woodcrest Drive,
Wooster, OH  44691

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street,
Providence, RI  02903

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA  30363-1031

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave, 6th Floor
Orlando, FL  32801

Steve  Jackman Esq VP
Flextronics
847 Gibralter Drive,
Milpitas, CA  95035

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave,
Baltimore, MD  21209

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Ste 1000
Baltimore, MD  21202-1671

Randall D. Crocker Esq

VonBriesen & Roper S.C.

411 E Wisconsin Ave, Ste 700

Milwaukee, WI 53202

Russell S. Long

Davis & Kuelthau SC

111 E. Kilbourn Ave. Ste. 1400,

Milwaukee, WI 53202-6613

Shawn M. Christianson Esq

Buchalter Nemer

55 Second Street, 17th Floor

San Francisco, CA 94105-3493

Merle C. Meyers Esq

Michele Thompson Esq

Meyers Law Group P.C.

44 Montgomery Street, Ste 1010

San Francisco, CA 94104

Louis J. Cisz III

Nixon Peabody LLP

One Embarcadero Center, 18th Floor

San Francisco, CA 94111-3600

Elizabeth Weller Esq

Linebarger Goggan Blair & Sampson

2323 Bryan Street, Ste 1600

Dallas, TX 75201

James C. Waggoner Esq

Davis Wright Tremaine LLP

1300 SW 5th Ave, Ste 2300

Portland, OR 97201-5630

Kell C. Mercer

Afton Sands-Puryear

Brown McCarroll LLP

111 Congress Ave, Ste 1400

Austin, TX 78701

Cynthia Ann Schmidt

PO Box 119,

Oregon House, CA 95962

Rachel S. Budke Esq

FPL Law Department

700 Universe Blvd,

Juno Beach, FL 33408

Devin Lawton Palmer
Boylan Brown
145 Culver Road,
Rochester, NY  14620-1678

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave, Ste 1900
Phoenix, AZ  85004

Michael R. Thompson
564 Old Candia Road,
Candia, NH  03034

Janette M. Head
16 Gleneagle Drive,
Bedford, NH  03110

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit, 625 Cherry St Room 203
Reading, PA  19602-1184

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St,
Columbus, OH  43215

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St,
Boston, MA  02109

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

James M. Wilton
Ropes & Gray LLP
Prudential Tower, 800 Boylston St
Boston, MA  02199-3600

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste 200
Melville, NY  11747

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY  11743

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA  94306

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA  22102-4215

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street, Ste 2300
Charlotte, NC  28202

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Ste 1900
Charlotte, NC  28246

J. Scott Douglass Esq
909 Fannin, Ste 1800
Houston, TX  77010

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave, Dept. 1207
Denver, CO  80202-5332

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400, 950 Seventeenth St
Denver, CO  80202

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street, Ste 1400
Salt Lake City, UT  84145-0385

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins & Mott
4025 Woodland Park Blvd, Ste 300
Arlington, TX  76013

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street, Ste 1000
Woodbury, NJ  08096

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave,
New York, NY  10022

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive,
White Plains, NY  10604

Robert S. McWhorter Esq
Nossaman LLP
621 Capitol Mall, 25th Floor
Sacramento, CA  95814

Lois Diane Uphold
201 Camden Park Drive,
Goldsboro, NC  27530

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive, PO Box 13445
Triangle Park, NC  27709

Debra L. Vega
818 Glenco Road,
Durham, NC  27703

Wendy Boswell Mann
4913 Summit Place Dr. NW, Apt. 404
Wilson, NC  27896

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave, Ste 200
Charlotte, NC  28203

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake, One Boland Drive
West Orange, NJ  07052

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave,
Roseland, NJ  07068


Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave,
Roseland, NJ  07068

David N. Crapo Esq
Gibbons P.C.
One Gateway Center,
Newark, NJ  07102-5310


Brad Lee Henry
11596 W. Sierra Dawn Boulevard, Lot 386
Surprise, AZ  85378

Ernie Holling President
The InTech Group Inc.
305 Exton Commons,
Exton, PA  19341


Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs, 307 International Circle Ste 270
Hunt Valley, MD  21094

Off of Unemplmt Ins Contrib  Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit, 1100 N. Eutaw St Room 401
Baltimore, MD  21201


Deborah B. Waldmeir Esq
State of MI Dept of Treasury
Cadillac Place Ste 10-200, 3030 W Grand Blvd.
Detroit, MI  48202

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway,
New York, NY  10279

Securities & Exchange Commission
100 F St NE,
Washington, DC  20549

Najam ud Dean
6 Augusta Drive,
Milbury, MA  01527

Mark A. Phillips
6117 Trevor Simpson Drive,
Lake Park, NC  28079

Gerald R. Utpadel
4627 Greenmeadows Avenue,
Torrance, CA  90505

Michael P. Alms
4944 Elm Island Circle,
Waterford, WI  53185

William A. Reed
7810 Heaton Drive,
Theodore, AL  36582-2362

Bertram Frederick Thomas Fletcher
35 Broomhill Court,
Clayton, NC  27527

Carol F. Raymond
7962 S.W. 185 Street,
Miami, FL  33157-7487

Richard Lynn Engleman
1505 Nevada Drive,
Plano, TX  75093

Mark R. Janis
193 Via Soderini,
Aptos, CA  95003

Brenda L. Rohrbaugh

2493 Alston Drive,

Marietta, GA  30062

Ronald J. Rose Jr.

26 Pheasant Run,

Ballston Spa, NY  12020

James Hunt

8903 Handel Loop,

Land O Lakes, FL  34637

David Litz

316 N. Manus Drive,

Dallas, TX  75224

Robert Dale Dover

2509 Quail Ridge Road,

Melissa, TX  75454

Chad Soraino

8974 Hickory Ave.,

Hesperia, CA  92345

Bruce Francis

5506 Lake Elton Road,

Durham, NC  27713

Caroline Underwood

2101 Emerson Cook Road,

Pittsboro, NC  27312

Robert Joseph Martel

200 Lighthouse Lane, Apartment B3

Cedar Point, NC  28584

Marilyn Green

1106 Boston Hollow Road,

Ashland City, TN  37015

Marilyn Day
2020 Fox Glen Drive,
Allen, TX  75013

James Lee
1310 Richmond Street,
El Cerrito, CA  94530

Freddie Wormsbaker
327 Locust Street,
Twin Falls, ID  83301

Scott Gennett
16 Wildwood Street,
Lake Grove, NY  11755

Claudia Vidmer
213 Orchard Lane,
Glen Ellyn, IL  60137

William E. Johnson
2865 Horsemans Ridge Drive,
Clayton, NC  27520

Kim M. Yates
207 Tomato Hill Road,
Leesburg, FL  34748

Remajos Brown
2353 Sword Drive,
Garland, TX  75044-6036

Lottie Edith Chambers
2716 Dalford Ct.,
Raleigh, NC  27604

Jane Neumann
11730 Co Road 24,
Watertown, MN  55388

Charles Sandner
1970 N. Leslie #3779,
Pahrump, NV  89060

Steven E. Bennett
37052 Chestnut Street,
Newark, CA  94560

Alan Heinbaugh
19816 Colby Court,
Saratoga, CA  95070

George I. Hovater Jr.
9009 Casals Street, Unit 1
Sacramento, CA  95826

Daniel D. David
2105 Possum Trot Road,
Wake Forest, NC  27587

Bonnie J. Boyer
305 W. Juniper Avenue,
Sterling, VA  20164-3724

Miriam L. Stewart
2615 Bailey's Crossroads Rd.,
Benson, NC  27504

Terry D. Massengill
126 Keri Drive,
Garner, NC  27529

Laurie Adams
217 Ridge Creek Drive,
Morrisville, NC  27560

Olive Jane Stepp
470 Fairview Road,
Asheville, NC  28803

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd,
San Diego, CA  92131

Gary W. Garrett
4093 Hogan Drive Unit 4114,
Tyler, TX  75709

Chae S. Roob
8584 Chanhassen Hills Dr. South,
Chanhassen, MN  55317

Paul Douglas Wolfe
113 Red Drum Lane,
Gloucester, NC  28528

Victoria Anstead
3894 Ridge Lea Road #A,
Amherst, NY  14228

Sandra Aiken
3166 Tump Wilkins Road,
Stern, NC  27581

Brenda L. Wread
3408A Water Vista Parkway,
Lawrenceville, GA  30044

Barbara Carr
145 Grecian Parkway,
Rochester, NY  14626

Herbert Preston Stansbury
3193 US Highway 15,
Stern, NC  27581

Crickett Grissom
2580 W. Porter Creek Avenue,
Porterville, CA  93257

Vernon M. Long
4929 Kelso Lane,
Garland, TX  75043

Shirley Maddry
2519 Riddle Road,
Durham, NC  27703

Michael Stutts
1616 Hastings Bluff,
McKinney, TX  75070

Kathleen A. Reese
200 Carnegie Drive,
Milpitas, CA  95035

Emily D. Cullen
100 Telmew Court,
Cary, NC  27518

Reid T. Mullett
4224 Thamesgate Close,
Norcross, GA  30092

Danny Owenby
2136 Sapelo Court,
Fernandina, FL  32034

Susan Ann Heisler
133 Anna Road, Box 194,
Blakelee, PA  18610

Deborah Faircloth
115 Winchester Lane,
Rocky Point, NC  28457

Gloria Benson
1824 Wilson Pike,
Brentwood, TN  37027

Ellen Sue Brady
1630 Dry Fork Road,
Ashland City, TN  37015

Richard Hodges
913 Windemere Lane,
Wake Forest, NC  27587

Wanda Jacobs
801 Dupree Street,
Durham, NC  27701

Gussie Anderson
109 Gumpond Beall Rd,
Lumberton, MS  39455

Paul Edward Morrison
2241 College Avenue,
Quincy, IL  62301

Andrew M. Gould
Wick Phillips Gould & Martin LLP
2100 Ross Avenue Ste. 950,
Dallas, TX  75201

Managing Director/Legal Services
U.S. Department of Labor
200 Constitution Ave NW, Frances Perkins Building
Washington, DC  20210

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Kevin M. Baum
Katten Muchin Rosenman LLP
575 Madison Ave,
New York, NY  10022-2585