## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Report By The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of December 1, 2013 Through December 31, 2013** was caused to be made on January 13, 2014, in the manner indicated upon the entities identified below.

Dated: January 13, 2014
Wilmington, DE

_/s/ Ann C. Cordo_
Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

7342377.7