# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　：
　　　　　　　　　　　： SS.
NEW CASTLE COUNTY　：

　　　　Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of January, 2014, she caused a copy of the following to be served via electronic mail on the attached list:

*Notice of Filing Courtesy Copy of Factum of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (Representative Party Deposition Motion, Returnable January 7, 2014) [Docket No. 12750]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

RLF1 9764532v.1

_____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 10th day of January, 2014.

_____
Notary Public

[Notary Seal: ANN JEROMINSKI, MY COMMISSION EXPIRES JAN. 19, 2014, NOTARY PUBLIC, STATE OF DELAWARE]

RLF1 9764532v.1

# NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)

Jalberto@bayardlaw.com;Dlaskin@ycst.com;acobb@osler.com;acordo@mnat.com;
agray@torys.com;Ahanrahan@willkie.com;ahirsh@osler.com;akaplan@kmlaw.ca;
aleblanc@milbank.com;amcewan@tgf.ca;amdg@hoganlovells.com;
amiller@milbank.com;angela.pearson@ashurst.com;Antonia.croke@ashurst.com;
apisa@milbank.com;aqureshi@akingump.com;arthur.jacques@shibleyrighton.com;
aslavens@torys.com;Barbara.grossman@dentons.com;barry.wadsworth@caw.ca;
bboake@mccarthy.ca;bburden@casselsbrock.com;bdshaw@mccarthy.ca;
bellj@bennettjones.com;bkahn@akingump.com;bleonard@casselsbrock.com;
bwalancik@kmlaw.ca;bzarnett@goodmans.ca;carmstrong@goodmans.ca;
cdavis@bayardlaw.com;chorkins@casselsbrock.com;christopher.rootham@nelligan.ca;
craig.barbarosh@kattenlaw.com;DJMiller@tgf.ca;dabbott@mnat.com;
dalowenthal@pbwt.com;daniel.guyder@allenovery.com;david.crichlow@kattenlaw.com;
dbotter@akingump.com;derrick.tay@gowlings.com;cdoniak@AkinGump.com;
dqueen@cgsh.com;dstein@cgsh.com;dward@casselsbrock.com;elamek@blg.com;
emarques@mccarthy.ca;eputnam@osler.com;esellers@osler.com;
farahlisa.sebti@dlapiper.com;fhodara@akingump.com;finlaysong@bennettjones.com;
fmyers@goodmans.ca;gruha@milbank.com;sgulati@akingump.com;hzelbo@cgsh.com;
jalberto@bayardlaw.com;janice.payne@nelligan.ca;jbromley@cgsh.com;
jcarfagnini@goodmans.ca;jgage@mccarthy.ca;JHarris@milbank.com;
jkimmel@goodmans.ca;jmoessner@cgsh.com;john.tillman@hoganlovells.com;
jonathan.cho@allenovery.com;Joseph.Badtke-Berkow@AllenOvery.com;
jpasquariello@goodmans.ca;jrosenthal@cgsh.com;jszumski@blg.com;
karen.dine@kattenlaw.com;karen.jones@paliareroland.com;kathleen.murphy@bipc.com;
ken.coleman@allenovery.com;ken.rosenberg@paliareroland.com;KKraft@heenan.ca;
Laura.Hall@AllenOvery.com;lbarnes@osler.com;lewis.gottheil@caw.ca;
lily.harmer@paliareroland.com;ljackson@casselsbrock.com;lpeacock@cgsh.com;
lschweitzer@cgsh.com;mary.caloway@bipc.com;Matthew.bullen@hoganlovells.com;
max.starnino@paliareroland.com;mbarrack@tgf.ca;mdecker@cgsh.com;
Selinda.Melnik@dlapiper.com;mhirschfeld@milbank.com;michael.lang@nortonrose.com;
michael.riela@lw.com;Michael.wunder@dentons.com;
michelle.jackson@paliareroland.com;mzigler@kmlaw.ca;nbassett@milbank.com;
nforrest@cgsh.com;Nicolette.ward@allenovery.com;nortel.monitor@ca.ey.com;
boconnor@willkie.com;Orzyr@bennettjones.com;Paul.Keller@AllenOvery.com;
pruby@goodmans.ca;psteep@mccarthy.ca;rajohnson@akingump.com;RLewis@tgf.ca;
richard.hans@dlapiper.com;rpojunas@milbank.com;ryan.jacobs@dentons.com;
sadvani@willkie.com;JSalmas@heenan.ca;samis@rlf.com;sblock@torys.com;
sbomhof@torys.com;Shayne.kukulowicz@dentons.com;sheryl.seigel@mcmillan.ca;
sphilpott@kmlaw.ca;Jennifer.Stam@gowlings.com;steven.levitt@nelligan.ca;
svora@milbank.com;swanr@bennettjones.com;tdemarinis@torys.com;
thomas.mcrae@shibleyrighton.com;timothy.hoeffner@dlapiper.com;
tina.lie@paliareroland.com;tkreller@milbank.com;tmatz@milbank.com;
SVanallen@heenan.ca;zweigs@bennettjones.com;ZychK@bennettjones.com;JChapman@
ycst.com;huberty@hugheshubbard.com;glemann@hugheshubbard.com;fails@hugheshub

RLF1 9764532v.1

bard.com;adler@hugheshubbard.com;bmcleese@dwpv.com;SCampbell@dwpv.com;jdorsey@ycst.com;eharron@ycst.com;Ben.Hemington@hsf.com;Ilona.Groark@hsf.com;jdoris@dwpv.com;LSarabia@dwpv.com;mgottlieb@counsel-toronto.com;James.Norris-Jones@hsf.com;oxford@hugheshubbard.com;pmichell@counsel-toronto.com;rschwill@dwpv.com;Rory.Cochrane@hsf.com;twynne@counsel-toronto.com;John.Whiteoak@hsf.com;zhen@hugheshubbard.com;boconnor@willkie.com;sadvani@willkie.com;AHanrahan@willkie.com;WEguchi@willkie.com;CDavis@bayardlaw.com;LMorton@bayardlaw.com