IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

   Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 6th day of January, 2014, she caused a copy of the following to be served via electronic mail on the attached list:

*Joinder of the Official Committee of Unsecured Creditors to (I) the U.S. Debtors' Motion for Entry of an Order Approving the U.S. Claims Litigation Settlement Agreement and (II) the Reply Memorandum of Law in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 503(b) and 507(a)(2) and Bankruptcy Rules 6004(h) and 9019 Approving the US Claims Litigation Settlement Agreement by and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates [Docket No. 12758]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

RLF1 9766517v.1

*Barbara J. Witters*
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 10th day of January, 2014.

_____
Notary Public

*[Notary Seal: ANN JEROMINSKI, MY COMMISSION EXPIRES JAN. 19, 2014, NOTARY PUBLIC, STATE OF DELAWARE]*

## NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)

Jalberto@bayardlaw.com;Dlaskin@ycst.com;acobb@osler.com;acordo@mnat.com;
agray@torys.com;Ahanrahan@willkie.com;ahirsh@osler.com;akaplan@kmlaw.ca;
aleblanc@milbank.com;amcewan@tgf.ca;amdg@hoganlovells.com;
amiller@milbank.com;angela.pearson@ashurst.com;Antonia.croke@ashurst.com;
apisa@milbank.com;aqureshi@akingump.com;arthur.jacques@shibleyrighton.com;
aslavens@torys.com;Barbara.grossman@dentons.com;barry.wadsworth@caw.ca;
bboake@mccarthy.ca;bburden@casselsbrock.com;bdshaw@mccarthy.ca;
bellj@bennettjones.com;bkahn@akingump.com;bleonard@casselsbrock.com;
bwalancik@kmlaw.ca;bzarnett@goodmans.ca;carmstrong@goodmans.ca;
cdavis@bayardlaw.com;chorkins@casselsbrock.com;christopher.rootham@nelligan.ca;
craig.barbarosh@kattenlaw.com;DJMiller@tgf.ca;dabbott@mnat.com;
dalowenthal@pbwt.com;daniel.guyder@allenovery.com;david.crichlow@kattenlaw.com;
dbotter@akingump.com;derrick.tay@gowlings.com;cdoniak@AkinGump.com;
dqueen@cgsh.com;dstein@cgsh.com;dward@casselsbrock.com;elamek@blg.com;
emarques@mccarthy.ca;eputnam@osler.com;esellers@osler.com;
farahlisa.sebti@dlapiper.com;fhodara@akingump.com;finlaysong@bennettjones.com;
fmyers@goodmans.ca;gruha@milbank.com;sgulati@akingump.com;hzelbo@cgsh.com;
jalberto@bayardlaw.com;janice.payne@nelligan.ca;jbromley@cgsh.com;
jcarfagnini@goodmans.ca;jgage@mccarthy.ca;JHarris@milbank.com;
jkimmel@goodmans.ca;jmoessner@cgsh.com;john.tillman@hoganlovells.com;
jonathan.cho@allenovery.com;Joseph.Badtke-Berkow@AllenOvery.com;
jpasquariello@goodmans.ca;jrosenthal@cgsh.com;jszumski@blg.com;
karen.dine@kattenlaw.com;karen.jones@paliareroland.com;kathleen.murphy@bipc.com;
ken.coleman@allenovery.com;ken.rosenberg@paliareroland.com;KKraft@heenan.ca;
Laura.Hall@AllenOvery.com;lbarnes@osler.com;lewis.gottheil@caw.ca;
lily.harmer@paliareroland.com;ljackson@casselsbrock.com;lpeacock@cgsh.com;
lschweitzer@cgsh.com;mary.caloway@bipc.com;Matthew.bullen@hoganlovells.com;
max.starnino@paliareroland.com;mbarrack@tgf.ca;mdecker@cgsh.com;
Selinda.Melnik@dlapiper.com;mhirschfeld@milbank.com;michael.lang@nortonrose.com;
michael.riela@lw.com;Michael.wunder@dentons.com;
michelle.jackson@paliareroland.com;mzigler@kmlaw.ca;nbassett@milbank.com;
nforrest@cgsh.com;Nicolette.ward@allenovery.com;nortel.monitor@ca.ey.com;
boconnor@willkie.com;Orzyr@bennettjones.com;Paul.Keller@AllenOvery.com;
pruby@goodmans.ca;psteep@mccarthy.ca;rajohnson@akingump.com;RLewis@tgf.ca;
richard.hans@dlapiper.com;rpojunas@milbank.com;ryan.jacobs@dentons.com;
sadvani@willkie.com;JSalmas@heenan.ca;samis@rlf.com;sblock@torys.com;
sbomhof@torys.com;Shayne.kukulowicz@dentons.com;sheryl.seigel@mcmillan.ca;
sphilpott@kmlaw.ca;Jennifer.Stam@gowlings.com;steven.levitt@nelligan.ca;
svora@milbank.com;swanr@bennettjones.com;tdemarinis@torys.com;
thomas.mcrae@shibleyrighton.com;timothy.hoeffner@dlapiper.com;
tina.lie@paliareroland.com;tkreller@milbank.com;tmatz@milbank.com;
SVanallen@heenan.ca;zweigs@bennettjones.com;ZychK@bennettjones.com;JChapman@
ycst.com;huberty@hugheshubbard.com;glemann@hugheshubbard.com;fails@hugheshub

RLF1 9766517v.1

bard.com;adler@hugheshubbard.com;bmcleese@dwpv.com;SCampbell@dwpv.com; jdorsey@ycst.com;eharron@ycst.com;Ben.Hemington@hsf.com;Ilona.Groark@hsf.com; jdoris@dwpv.com;LSarabia@dwpv.com;mgottlieb@counsel-toronto.com;James.Norris-Jones@hsf.com;oxford@hugheshubbard.com;pmichell@counsel-toronto.com;rschwill@dwpv.com;Rory.Cochrane@hsf.com;twynne@counsel-toronto.com; John.Whiteoak@hsf.com;zhen@hugheshubbard.com;boconnor@willkie.com;sadvani@willkie.com;AHanrahan@willkie.com;WEguchi@willkie.com;CDavis@bayardlaw.com;LMorton@bayardlaw.com