IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12812-12819** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 15, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
15th day of January, 2014

_____
Notary Public

REGINA AMPORTO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 21, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    SHELER, DOROTHY 5058563
           9 WOODS FERRY RD
           LEBANON, TN 37087

Please note that your claim # 8722 in the above referenced case and in the amount of $7,651.20 has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: SHELER, DOROTHY 5058563
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12812 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2014                David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2014.

# EXHIBIT B

```
TIME: 14:10:15                                          NORTEL NETWORKS INC.                                                        PAGE:   1
DATE: 01/15/14                                            CREDITOR LISTING

Name                              Address
BIJALA, USHA LEELA                140 STEDMAN STREET, UNIT # 1 CHELMSFORD MA 01824
CALHOUN, RANDY                    107 POPPY HILLS DR. MONTGOMERY TX 77316
CHILDRESS, GEOFFREY               42641 CAPITOL NOVI MI 48375-1755
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: BIJALA, USHA LEELA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: CALHOUN, RANDY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: CHILDRESS, GEOFFREY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: LA RUE, DOROTHEA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: PANNALA, NAVEEN REDDY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: PERKINSON, TERRY T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: REICHERT, GEORGE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: RODENFELS, CHARLES T ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: SHELER, DOROTHY 5058563 ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
LA RUE, DOROTHEA                  440 INDEPENDENCE PARKWAY APT 1404 PLANO TX 75075
PANNALA, NAVEEN REDDY             7213 RANDALL WAY PLANO TX 75025
PERKINSON, TERRY T                104 NATHANIEL COURT CARY NC 27511
REICHERT, GEORGE                  220 BEACON FALLS CT. CARY NC 27519
RODENFELS, CHARLES T              2 CADILLAC PLACE PALM COAST FL 32137
SHELER, DOROTHY 5058563           9 WOODS FERRY RD LEBANON TN 37087

Total Number of Records Printed   18

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006