# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 1, 2013 through December 31, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photos/Art/ Spec Duplicating | Out of Office | $1,698.73 |
| Courier/Delivery Service | | 2,072.04 |
| In House Duplicating | | 952.55 |
| Facsimile | | 211.25 |
| Conference Calls | | 378.00 |
| **Total of Expenses** | | **$5,312.57** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1084549 | 12/02/13 | B | 123.75 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 12/2/13 | 510 | 684 | 198890 |
| 1084545 | 12/03/13 | B | 701.92 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 12/3/13 | 510 | 684 | 198886 |
| 1084546 | 12/06/13 | B | 833.56 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 12/6/13 | 510 | 684 | 198887 |
| 1088418 | 12/13/13 | B | 39.50 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 12/13/13 | 510 | 684 | 199048 |
| 1082543 | 12/02/13 | B | 7.77 | Courier/Delivery Service | 514 | 000 | 198775 |
| 1082544 | 12/03/13 | B | 11.18 | Courier/Delivery Service | 514 | 000 | 198775 |
| 1080092 | 12/03/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 198719 |
| 1086282 | 12/04/13 | B | 42.48 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 198962 |
| 1082993 | 12/04/13 | B | 10.48 | Courier/Delivery Service | 514 | 000 | 198776 |
| 1084524 | 12/06/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 198868 |
| 1090357 | 12/11/13 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 199185 |
| 1088009 | 12/12/13 | B | 7.81 | Courier/Delivery Service | 514 | 000 | 199025 |
| 1090327 | 12/13/13 | B | 53.33 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 199168 |
| 1087219 | 12/13/13 | B | 16.07 | Courier/Delivery Service | 514 | 322 | 199002 |
| 1087220 | 12/13/13 | B | 19.91 | Courier/Delivery Service | 514 | 322 | 199002 |
| 1088007 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088008 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088088 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088089 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088090 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088091 | 12/13/13 | B | 11.18 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1090318 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199167 |
| 1088082 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088083 | 12/13/13 | B | 21.00 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088084 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088085 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088086 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088087 | 12/13/13 | B | 23.56 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088076 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088077 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088078 | 12/13/13 | B | 16.07 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088079 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1088080 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088081 | 12/13/13 | B | 22.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088070 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088071 | 12/13/13 | B | 11.18 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088072 | 12/13/13 | B | 17.85 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088073 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088074 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088075 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088064 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088065 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088066 | 12/13/13 | B | 26.05 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088067 | 12/13/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088068 | 12/13/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088069 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088058 | 12/13/13 | B | 21.00 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088059 | 12/13/13 | B | 22.33 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088060 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088061 | 12/13/13 | B | 17.85 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088062 | 12/13/13 | B | 16.93 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088063 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088052 | 12/13/13 | B | 21.21 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088053 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088054 | 12/13/13 | B | 22.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088055 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088056 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088057 | 12/13/13 | B | 26.32 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088046 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088047 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088048 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088049 | 12/13/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088050 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088051 | 12/13/13 | B | 11.18 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088040 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088041 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088042 | 12/13/13 | B | 17.50 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088043 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088044 | 12/13/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088045 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1088034 | 12/13/13 | B | 22.33 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088035 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088036 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088037 | 12/13/13 | B | 22.05 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088038 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088039 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088028 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088029 | 12/13/13 | B | 22.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088030 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088031 | 12/13/13 | B | 24.56 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088032 | 12/13/13 | B | 22.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088033 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088022 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088023 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088024 | 12/13/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088025 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088026 | 12/13/13 | B | 12.57 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088027 | 12/13/13 | B | 17.85 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088016 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088017 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088018 | 12/13/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088019 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088020 | 12/13/13 | B | 22.33 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088021 | 12/13/13 | B | 22.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088010 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088011 | 12/13/13 | B | 22.34 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088012 | 12/13/13 | B | 22.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088013 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088014 | 12/13/13 | B | 24.71 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088015 | 12/13/13 | B | 18.49 | Courier/Delivery Service | 514 | 322 | 199025 |
| 1088800 | 12/18/13 | B | 33.89 | Courier/Delivery Service - FEDERAL EXPRESS CO TRANSPORTATION AND SPECIAL HANDLING SERVICES | 514 | 000 | 199051 |
| 1088801 | 12/19/13 | B | 34.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP.` | 514 | 000 | 199052 |
| 1088802 | 12/19/13 | B | 28.93 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 199052 |
| 1090604 | 12/23/13 | B | 7.77 | Courier/Delivery Service | 514 | 000 | 199198 |
| 1090772 | 04/01/13 | B | 103.90 | In-House Duplicating | 519 | 010 | |
| 1090773 | 04/25/13 | B | 344.40 | In-House Duplicating | 519 | 010 | |

Nortel Networks, Inc.  PRO FORMA  540154      AS OF 12/31/13         INVOICE# ******
63989-DIP
DATE: 01/16/14 13:51:56

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1090774 | 04/29/13 | B | 2.80 | In-House Duplicating | 519 | 010 | |
| 1090775 | 05/01/13 | B | 76.40 | In-House Duplicating | 519 | 010 | |
| 1090776 | 05/21/13 | B | 37.60 | In-House Duplicating | 519 | 010 | |
| 1090777 | 05/30/13 | B | 95.20 | In-House Duplicating | 519 | 010 | |
| 1080701 | 12/02/13 | B | 2.80 | In-House Duplicating | 519 | 605 | |
| 1085586 | 12/04/13 | B | 4.40 | In-House Duplicating | 519 | 603 | |
| 1082634 | 12/06/13 | B | 0.20 | In-House Duplicating | 519 | 684 | |
| 1084662 | 12/10/13 | B | 12.80 | In-House Duplicating | 519 | 684 | |
| 1089404 | 12/20/13 | B | 10.60 | In-House Duplicating | 519 | 594 | |
| 1090258 | 12/26/13 | B | 0.20 | In-House Duplicating | 519 | 626 | |
| 1088419 | 12/13/13 | B | 211.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 12/13/13 | 522H | 684 | 199048 |
| 1079589 | 12/02/13 | B | 0.10 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1079590 | 12/02/13 | B | 1.45 | In-House Printing - black & white Call time: 15:36; to | 541 | 684 | |
| 1079591 | 12/02/13 | B | 1.10 | In-House Printing - black & white Call time: 15:36; to | 541 | 684 | |
| 1079592 | 12/02/13 | B | 1.10 | In-House Printing - black & white Call time: 15:35; to | 541 | 684 | |
| 1079593 | 12/02/13 | B | 1.00 | In-House Printing - black & white Call time: 15:11; to | 541 | 684 | |
| 1079594 | 12/02/13 | B | 0.10 | In-House Printing - black & white Call time: 15:11; to | 541 | 684 | |
| 1079583 | 12/02/13 | B | 1.05 | In-House Printing - black & white Call time: 15:26; to | 541 | 684 | |
| 1079584 | 12/02/13 | B | 1.15 | In-House Printing - black & white Call time: 15:25; to | 541 | 684 | |
| 1079585 | 12/02/13 | B | 1.10 | In-House Printing - black & white Call time: 15:24; to | 541 | 684 | |
| 1079586 | 12/02/13 | B | 1.80 | In-House Printing - black & white Call time: 15:23; to | 541 | 684 | |
| 1079587 | 12/02/13 | B | 2.10 | In-House Printing - black & white Call time: 15:22; to | 541 | 684 | |
| 1079588 | 12/02/13 | B | 1.60 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1079595 | 12/02/13 | B | 0.90 | In-House Printing - black & white Call time: 15:11; to | 541 | 684 | |
| 1079596 | 12/02/13 | B | 0.30 | In-House Printing - black & white Call time: 15:11; to | 541 | 684 | |
| 1079597 | 12/02/13 | B | 1.40 | In-House Printing - black & white Call time: 10:22; to | 541 | 684 | |
| 1080702 | 12/02/13 | B | 1.35 | In-House Printing - black & white Call time: 20:42; to | 541 | 605 | |
| 1080703 | 12/02/13 | B | 1.10 | In-House Printing - black & white Call time: 19:22; to | 541 | 605 | |
| 1079577 | 12/02/13 | B | 1.00 | In-House Printing - black & white Call time: 15:31; to | 541 | 684 | |

| Nortel Networks, Inc. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 63989-DIP | | | PROFORMA 340134 | | AS OF 12/31/13 | | INVOICE# ****** |
| DATE: 01/16/14 13:51:56 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1079578 | 12/02/13 | B | 0.05 | In-House Printing - black & white Call time: 15:31; to | 541 | 684 | |
| 1079579 | 12/02/13 | B | 0.60 | In-House Printing - black & white Call time: 15:29; to | 541 | 684 | |
| 1079580 | 12/02/13 | B | 0.55 | In-House Printing - black & white Call time: 15:29; to | 541 | 684 | |
| 1079581 | 12/02/13 | B | 1.05 | In-House Printing - black & white Call time: 15:28; to | 541 | 684 | |
| 1079582 | 12/02/13 | B | 0.05 | In-House Printing - black & white Call time: 15:28; to | 541 | 684 | |
| 1080731 | 12/03/13 | B | 1.50 | In-House Printing - black & white Call time: 10:53; to | 541 | 684 | |
| 1080732 | 12/03/13 | B | 0.05 | In-House Printing - black & white Call time: 10:53; to | 541 | 684 | |
| 1080733 | 12/03/13 | B | 1.30 | In-House Printing - black & white Call time: 10:52; to | 541 | 684 | |
| 1080734 | 12/03/13 | B | 14.90 | In-House Printing - black & white Call time: 11:16; to | 541 | 684 | |
| 1080735 | 12/03/13 | B | 1.35 | In-House Printing - black & white Call time: 11:13; to | 541 | 684 | |
| 1080736 | 12/03/13 | B | 1.65 | In-House Printing - black & white Call time: 12:00; to | 541 | 684 | |
| 1080725 | 12/03/13 | B | 1.15 | In-House Printing - black & white Call time: 09:55; to | 541 | 684 | |
| 1080726 | 12/03/13 | B | 1.25 | In-House Printing - black & white Call time: 09:52; to | 541 | 684 | |
| 1080727 | 12/03/13 | B | 1.15 | In-House Printing - black & white Call time: 09:52; to | 541 | 684 | |
| 1080728 | 12/03/13 | B | 2.15 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1080729 | 12/03/13 | B | 2.25 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1080730 | 12/03/13 | B | 17.55 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1080719 | 12/03/13 | B | 21.50 | In-House Printing - black & white Call time: 10:08; to | 541 | 684 | |
| 1080720 | 12/03/13 | B | 21.50 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |
| 1080721 | 12/03/13 | B | 2.40 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1080722 | 12/03/13 | B | 0.95 | In-House Printing - black & white Call time: 09:43; to | 541 | 684 | |
| 1080723 | 12/03/13 | B | 0.10 | In-House Printing - black & white Call time: 09:43; to | 541 | 684 | |
| 1080724 | 12/03/13 | B | 1.20 | In-House Printing - black & white Call time: 09:55; to | 541 | 684 | |
| 1080713 | 12/03/13 | B | 1.20 | In-House Printing - black & white Call time: 10:21; to | 541 | 684 | |
| 1080714 | 12/03/13 | B | 1.15 | In-House Printing - black & white Call time: 10:16; to | 541 | 684 | |
| 1080715 | 12/03/13 | B | 0.15 | In-House Printing - black & white Call time: 10:16; to | 541 | 684 | |
| 1080716 | 12/03/13 | B | 0.95 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1080717 | 12/03/13 | B | 0.10 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1080718 | 12/03/13 | B | 3.35 | In-House Printing - black & white Call time: 10:11; to | 541 | 684 | |
| 1080707 | 12/03/13 | B | 2.85 | In-House Printing - black & white Call time: 10:30; to | 541 | 684 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP DATE: 01/16/14 13:51:56 | | | | PROFORMA 340134 | AS OF 12/31/13 | | INVOICE# ****** |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1080708 | 12/03/13 | B | 2.30 | In-House Printing - black & white Call time: 10:30; to | 541 | 684 | |
| 1080709 | 12/03/13 | B | 1.50 | In-House Printing - black & white Call time: 10:27; to | 541 | 684 | |
| 1080710 | 12/03/13 | B | 1.10 | In-House Printing - black & white Call time: 10:25; to | 541 | 684 | |
| 1080711 | 12/03/13 | B | 3.00 | In-House Printing - black & white Call time: 10:24; to | 541 | 684 | |
| 1080712 | 12/03/13 | B | 1.35 | In-House Printing - black & white Call time: 10:22; to | 541 | 684 | |
| 1080704 | 12/03/13 | B | 1.40 | In-House Printing - black & white Call time: 10:32; to | 541 | 684 | |
| 1080705 | 12/03/13 | B | 1.15 | In-House Printing - black & white Call time: 10:31; to | 541 | 684 | |
| 1080706 | 12/03/13 | B | 2.05 | In-House Printing - black & white Call time: 10:30; to | 541 | 684 | |
| 1080737 | 12/03/13 | B | 0.10 | In-House Printing - black & white Call time: 12:00; to | 541 | 684 | |
| 1080738 | 12/03/13 | B | 0.60 | In-House Printing - black & white Call time: 11:53; to | 541 | 684 | |
| 1080739 | 12/03/13 | B | 0.80 | In-House Printing - black & white Call time: 11:53; to | 541 | 684 | |
| 1085587 | 12/12/13 | B | 1.30 | In-House Printing - black & white Call time: 10:39; to | 541 | 684 | |
| 1086326 | 12/13/13 | B | 1.20 | In-House Printing - black & white Call time: 17:41; to | 541 | 684 | |
| 1086328 | 12/13/13 | B | 1.60 | In-House Printing - black & white Call time: 09:05; to | 541 | 322 | |
| 1086329 | 12/13/13 | B | 1.55 | In-House Printing - black & white Call time: 09:05; to | 541 | 322 | |
| 1086330 | 12/13/13 | B | 0.05 | In-House Printing - black & white Call time: 09:05; to | 541 | 322 | |
| 1086327 | 12/13/13 | B | 1.25 | In-House Printing - black & white Call time: 11:58; to | 541 | 670 | |
| 1087269 | 12/17/13 | B | 1.55 | In-House Printing - black & white Call time: 09:18; to | 541 | 684 | |
| 1087270 | 12/17/13 | B | 1.45 | In-House Printing - black & white Call time: 09:19; to | 541 | 684 | |
| 1087271 | 12/17/13 | B | 0.55 | In-House Printing - black & white Call time: 09:19; to | 541 | 684 | |
| 1087267 | 12/17/13 | B | 1.35 | In-House Printing - black & white Call time: 14:26; to | 541 | 684 | |
| 1087268 | 12/17/13 | B | 0.70 | In-House Printing - black & white Call time: 14:26; to | 541 | 684 | |
| 1088924 | 12/19/13 | B | 1.55 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1088925 | 12/19/13 | B | 0.45 | In-House Printing - black & white Call time: 10:26; to | 541 | 684 | |
| 1088926 | 12/19/13 | B | 2.65 | In-House Printing - black & white Call time: 12:13; to | 541 | 684 | |
| 1088927 | 12/19/13 | B | 20.70 | In-House Printing - black & white Call time: 12:27; to | 541 | 684 | |
| 1089405 | 12/20/13 | B | 4.40 | In-House Printing - black & white Call time: 14:10; to | 541 | 594 | |
| 1089406 | 12/20/13 | B | 1.80 | In-House Printing - black & white Call time: 14:10; to | 541 | 594 | |
| 1089407 | 12/20/13 | B | 4.40 | In-House Printing - black & white Call time: 13:58; to | 541 | 594 | |
| 1089408 | 12/20/13 | B | 1.80 | In-House Printing - black & white Call time: 13:58; to | 541 | 594 | |

Nortel Networks, Inc.  PRO FORMA  540154           AS OF 12/31/13                      INVOICE#  ******
63989-DIP
DATE: 01/16/14 13:51:56

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1090021 | 12/23/13 | B | 5.70 | In-House Printing - black & white Call time: 10:54; to | 541 | 684 | |
| 1090022 | 12/23/13 | B | 1.80 | In-House Printing - black & white Call time: 10:54; to | 541 | 684 | |
| 1090023 | 12/23/13 | B | 0.85 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1090024 | 12/23/13 | B | 0.25 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1090778 | 12/30/13 | B | 7.40 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |
| 1090779 | 12/30/13 | B | 13.10 | In-House Printing - black & white Call time: 09:49; to | 541 | 684 | |
| 1090780 | 12/30/13 | B | 1.50 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1090781 | 12/30/13 | B | 0.80 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1090782 | 12/30/13 | B | 3.40 | In-House Printing - black & white Call time: 09:51; to | 541 | 684 | |
| 1090783 | 12/30/13 | B | 0.60 | In-House Printing - black & white Call time: 09:51; to | 541 | 684 | |
| 1090784 | 12/30/13 | B | 6.55 | In-House Printing - black & white Call time: 10:04; to | 541 | 684 | |
| 1086334 | 12/13/13 | B | 5.50 | In-House Printing - color | 542 | 322 | |
| 1086331 | 12/13/13 | B | 1.00 | In-House Printing - color | 542 | 322 | |
| 1086332 | 12/13/13 | B | 7.00 | In-House Printing - color | 542 | 322 | |
| 1086333 | 12/13/13 | B | 4.00 | In-House Printing - color | 542 | 322 | |
| 1086835 | 12/16/13 | B | 10.50 | In-House Printing - color | 542 | 322 | |
| 1091497 | 11/08/13 | B | 72.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/8/13 | 552H | 000 | 199284 |
| 1091511 | 11/15/13 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/15/13 | 552H | 000 | 199284 |
| 1091526 | 11/23/13 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/23/13 | 552H | 000 | 199284 |
| 1091527 | 11/23/13 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/23/13 | 552H | 000 | 199284 |
| 1091528 | 11/23/13 | B | 37.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/23/13 | 552H | 000 | 199284 |
| 1091536 | 11/27/13 | B | 65.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/27/13 | 552H | 000 | 199284 |
| 1091537 | 11/27/13 | B | 100.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 11/27/13 | 552H | 000 | 199284 |
| | | | 5,312.57 | | | | |