**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.*, ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No. 12333** |
| ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 12333

On November 11, 2013 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its *Twenty-Ninth Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From August 1, 2013 through October 31, 2013* (the "Application"). Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than December 2, 2013 at 4:00 p.m. (ET). The undersigned hereby certifies that he has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $793.60, which represents 80% of the fees requested, and $71.53, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: January 17, 2014

                                          **BENESCH, FRIEDLANDER, COPLAN**
                                              **& ARONOFF LLP**

By:    */s/ Jennifer R. Hoover*
         Jennifer R. Hoover, Esquire (No. 5111)
         222 Delaware Avenue, Suite 801
         Wilmington, DE 19801
         Telephone: (302) 442-7010
         Facsimile: (302) 442-7012
         jhoover@beneschlaw.com

         *Special Litigation Counsel to the Debtors*

7968782 v1