# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/16/2013 | Nortel employee claims call with M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/18/2013 | Weekly employee claims call with R. Eckenrod of Cleary. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 12/6/2013 | Reviewed notice of settlement provided by R. Eckenrod of Cleary. | 1.00 | 420 | 420.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/6/2013 | Responded to fee examiner report provided by J. Scarborough of master sidlow. | 0.30 | 420 | 126.00 |
| 6 | Retention and Fee Applications | James Lukenda | 12/23/2013 | Nortel - update and sign-off on Nov. fee application | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 12/2/2013 | Nortel - discuss with Huron manager work stream on claims, Dec. plan, open items | 0.40 | 725 | 290.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/6/2013 | Reviewed and updated employee claims analysis per file provided by M. Cilia of RLKS. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/6/2013 | Reconciled employee claims analysis and provided results to J. Davison of Nortel. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/16/2013 | Reviewed and updated employee claims analysis. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 12/18/2013 | Nortel - review claim case developments updates, correspondence, news details | 0.20 | 725 | 145.00 |