# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD December 1, 2013  THROUGH December 31, 2013**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
|      |             |           |             | $    - |