# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 through November 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Employment Applications | 41.6 | $19,298.50 |
| Litigation | 566.0 | $409,752.00 |
| Analysis of Canadian Law | 60.0 | $43,076.50 |
| Intercompany Analysis | 8.4 | $8,190.00 |
| Canadian CCAA Proceedings/Matters | 42.6 | $32,026.00 |
| U.S. Proceedings/Matters | 1.5 | $1,462.50 |
| **TOTAL** | 720.1 | $513,805.50 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 06/11/2013 | Work on monthly fee application | 0.7 | 630.00 | 12055612 |
| Gray | William | 07/11/2013 | Review monthly fee application | 0.7 | 630.00 | 12058372 |
| Gray | William | 11/11/2013 | Work on CNO for August billing app. (.4); review objections (.2); | 0.6 | 540.00 | 12062998 |
| Gray | William | 12/11/2013 | Review CNO issues for August and September fee applications | 0.6 | 540.00 | 12064023 |
| Gray | William | 13/11/2013 | Work on CNO for September fee app. | 0.3 | 270.00 | 12069604 |
| Gray | William | 14/11/2013 | Review latest objections to September fee application (.1); review and correspond with N. Su on fee application process and objections (.4); | 0.5 | 450.00 | 12069611 |
| Gray | William | 15/11/2013 | Work on quarterly and monthly fee app. | 0.8 | 720.00 | 12075098 |
| Gray | William | 18/11/2013 | Confirm CNO filing (.1); review objections (.2); | 0.3 | 270.00 | 12075107 |
| Gray | William | 19/11/2013 | Review CNO and quarterly fee application including corresponding with N. Su | 0.4 | 360.00 | 12076928 |
| Gray | William | 20/11/2013 | Work on fee application | 0.6 | 540.00 | 12077766 |
| Gray | William | 21/11/2013 | Conference with S. Bomhof regarding fee application reporting | 0.3 | 270.00 | 12079548 |
| Gray | William | 22/11/2013 | Work on fee app submissions (1.0); review timesheets (.20) | 1.2 | 1,080.00 | 12085382 |
| Gray | William | 25/11/2013 | Work on fee applications (1.0); discussion with N. Su (.3); | 1.3 | 1,170.00 | 12085391 |
| Gray | William | 26/11/2013 | Review fee application | 1.8 | 1,620.00 | 12088961 |
| Gray | William | 27/11/2013 | Work on filing of monthly and quarterly fee applications | 0.7 | 630.00 | 12096341 |
| Bauer | Alison D. | 04/11/2013 | Composed email to all team members to update time for matter (.1); review new UST guidelines on fee applications as it may impact Nortel fee applications (.2) | 0.3 | 232.50 | 12049741 |
| Bauer | Alison D. | 06/11/2013 | Conferences N. Su on time entry issues | 0.2 | 155.00 | 12054921 |
| Bauer | Alison D. | 11/11/2013 | Composed email to N. Su, W. Gray, S. Bomhof and T. DeMarinis regarding Nortel - Reminder - Nineteenth Quarterly Fee Applications | 0.1 | 77.50 | 12064962 |
| Bauer | Alison D. | 25/11/2013 | discussion with N. Su regarding fee applicaiton; | 0.2 | 155.00 | 12122650 |
| Bauer | Alison D. | 26/11/2013 | Attention to monthly and quarterly fee applications, proposed fee order and fee hearing schedule (.5) email all timekeepers with fee guidelines (.1); conference N. Su (.1) | 0.7 | 542.50 | 12088864 |
| Bauer | Alison D. | 27/11/2013 | Attention to reviewing and marking up quarterly fee application (.6) and conferences N. Su regarding same (.4); | 1.0 | 775.00 | 12091998 |
| Su | Nan | 05/11/2013 | Email correspondence with B. Yu regarding October time entries (0.3); review and revise October fee application data (1.2); | 1.5 | 405.00 | 12051869 |
| Su | Nan | 06/11/2013 | Internal discussions with A. Bauer and Accounting department regarding overtime charges (0.5); call with MNAT re same (0.2); review and revise October fee application data and conduct inquiries regarding discrepancies (1.5); | 2.2 | 594.00 | 12054652 |
| Su | Nan | 11/11/2013 | Review and revise October fee application data and inquiries regarding the discrepancies regarding same; | 1.7 | 459.00 | 12062682 |
| Su | Nan | 12/11/2013 | Review and revise October fee application data | 4.2 | 1,134.00 | 12064427 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | and inquiries regarding the discrepancies; | | | |
| Su | Nan | 14/11/2013 | Corresponding with W. Gray regarding inquiries of August and September fee applications (0.4); review and revise October fee application data and inquiries regarding the meeting discrepancies (0.7); | 1.1 | 297.00 | 12069988 |
| Su | Nan | 19/11/2013 | Review court docket and obtain information regarding CNO for August and September 2013 (0.2); corresponding with W. Gray, MNAT and Torys accounting department regarding fee application and payment schedule (0.6); email to B. Yu regarding updated time entry data (0.2); | 1.0 | 270.00 | 12076444 |
| Su | Nan | 21/11/2013 | Following up with D. Smith regarding October fee application data; | 0.2 | 54.00 | 12080689 |
| Su | Nan | 22/11/2013 | Review fee application data (0.7); discussion with D. Smith, emails to B. Yu, S. Bomhof and T. DeMarinis regarding same (0.4); | 1.1 | 297.00 | 12081099 |
| Su | Nan | 25/11/2013 | Various email correspondence and call with B. Yu regarding corrections of October fee application data and reports (0.7); discussion with W. Gray (0.3) and A. Bauer at separate times regarding fee application (0.2); revise October fee application (1.3); | 2.5 | 675.00 | 12086676 |
| Su | Nan | 26/11/2013 | Email correspondence and calls with B. Yu regarding various October and quarterly fee application reports (0.4); revise and finalize October fee application for filing (0.7); review Omnibus fee order and provide comments (0.8); revise 12th quarterly fee application (1.1); conference A. Bauer (0.1); | 3.1 | 837.00 | 12088923 |
| Su | Nan | 27/11/2013 | Revise and finalize Twelfth quarterly fee application for filing (1.2); various discussion with A. Bauer regarding same (0.4); review court docket and provide updates to attorneys (0.2); | 1.8 | 486.00 | 12092006 |
| Smith | Denna | 21/11/2013 | review and revise fee application data; | 3.3 | 891.00 | 12082761 |
| Smith | Denna | 22/11/2013 | review and revise fee application data (4.4); discussion with N. Su regarding same (.2); | 4.6 | 1,242.00 | 12082758 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/11/2013 | trial preparation (2.1); reviewing deponent transcripts (2.0); | 4.1 | 3,587.50 | 12046213 |
| Bomhof | Scott A. | 04/11/2013 | trial preparation (3.0); meeting with A. Gray and S. Block regarding deposition of witness (.5); | 3.5 | 3,062.50 | 12050452 |
| Bomhof | Scott A. | 05/11/2013 | attend witness deposition by video stream (1.3); reviewing deposition transcripts (1.7); | 3.0 | 2,625.00 | 12051085 |
| Bomhof | Scott A. | 06/11/2013 | attend deposition of witness by video stream (4.2); discussing Gil letters of request with A. Slavens and coordination consent motion to withdraw Canadian letter of request (1.2); trial preparation (2.5); | 7.9 | 6,912.50 | 12055495 |
| Bomhof | Scott A. | 07/11/2013 | reviewing materials for withdrawal of Gill letter of request and e-mail materials to Dentons (1.0); trial preparation (2.1) | 3.1 | 2,712.50 | 12056056 |
| Bomhof | Scott A. | 08/11/2013 | trial preparation (3.0); meeting with J. Bromley, B. Lyerly, S. Block and T. Demarinis regarding deposition and trial issues (1.8) reviewing deponent transcripts (1.4); reviewing order withdrawing Gills letter of request (.2); discussing service of subpoena on deponent with C. Armstrong (.3); | 6.7 | 5,862.50 | 12059953 |
| Bomhof | Scott A. | 11/11/2013 | telephone call with J. Stam and exchange e-mails with Gowlings and Goodmans regarding scheduling issues (.5); telephone call with C. Armstrong regarding MOE claim (.2); meeting with J. Bromley and E. Bussigel regarding trial/deposition preparation (.5); attending deposition of deponent by video stream (2.0); telephone call with L. Schweitzer regarding trial scheduling issues (.2); trial preparation (1.0); | 4.4 | 3,850.00 | 12061804 |
| Bomhof | Scott A. | 12/11/2013 | Trial preparation and email correspondence (3.0); various telephone calls with Goodmans, Gowlings and Cleary regarding timetable amendment and court materials with respect to same (1.7); review EMEA materials for Nov. 19 joint hearing regarding post petition date disclosure dispute (0.5); review transcripts of deponent (1.1); | 6.3 | 5,512.50 | 12065929 |
| Bomhof | Scott A. | 13/11/2013 | Various telephone calls with Goodmans and Cleary regarding subpoena and additional witness issues (1.5); various calls and review of proposed court materials for extension of litigation timetable (1.7); review motion to make a distribution from HWT trust (0.3); trial preparation and email correspondence (1.9); | 5.4 | 4,725.00 | 12068785 |
| Bomhof | Scott A. | 14/11/2013 | Review US materials for extension of litigation timetable and arrange for same to be delivered to Justice Morawetz (0.9); review Monitor motion to extend litigation timetable and discuss same with Goodmans (0.6); telephone call with J. Stam regarding litigation timetable (0.4); trial preparation (2.0); | 3.9 | 3,412.50 | 12071869 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 15/11/2013 | trial preparation; | 1.5 | 1,312.50 | 12071933 |
| Bomhof | Scott A. | 18/11/2013 | telephone conversation with C. Armstrong and telephone conversation with J. Stam re: litigation schedule motion (1.0); exchange emails with Goodmans and Cleary re: settlement term sheet related to post-filing document production (0.5); prepare for November 19 joint hearing (1.2) | 2.7 | 2,362.50 | 12075711 |
| Bomhof | Scott A. | 19/11/2013 | preparing for and attending joint hearing to amend litigation schedule (5.0); report to Cleary on direction regarding disclosure of fees and discussing same with C. Armstrong and R. Jacobs (1.3); coordinate fee disclosure for Torys (.3); reviewing letter from counsel for UKPT and discussing same with S. Block (.3); trial preparation (1.2); | 8.1 | 7,087.50 | 12077924 |
| Bomhof | Scott A. | 20/11/2013 | trial preparation, discussion with W. Gray and T. DeMarinis regarding trial schedule and strategy (3.0); preparing materials for fee disclosure direction and discussing same with Goodmans and Dentons (1.5); reviewing deposition summaries (1.2); | 5.7 | 4,987.50 | 12077940 |
| Bomhof | Scott A. | 21/11/2013 | Trial preparation (2.4); assist in preparation of fee summary and review fee submissions prepared by Goodmans (1.2); conference with w. Gray regarding fee application reporting (.3); follow up on issues related to outstanding depositions (1.9); | 5.8 | 5,075.00 | 12082070 |
| Bomhof | Scott A. | 22/11/2013 | trial preparation (4.2); reviewing deposition transcripts and summary (1.7); various e-mail exchanges with Cleary, Goodmans and gowlings and reviewing form of order regarding November 19 joint hearing (1.3); reviewing endorsement of Justice Morawetz regarding November 19 joint hearing (.2); | 7.4 | 6,475.00 | 12082268 |
| Bomhof | Scott A. | 23/11/2013 | trial preparation; | 1.9 | 1,662.50 | 12085328 |
| Bomhof | Scott A. | 25/11/2013 | Prepare for deposition of Canadian deponent (1.0); telephone call with J. Rosenthal, S. Block and A. Slaven regarding issues related to evidence in Canadian proceeding (1.0); trial preparation (2.1); | 4.1 | 3,587.50 | 12088161 |
| Bomhof | Scott A. | 26/11/2013 | Prepare for, and attend deposition of Canadian Estate deponent; | 11.0 | 9,625.00 | 12088166 |
| Bomhof | Scott A. | 27/11/2013 | Trial preparation (1.5); review summaries of deponent depositions (0.7); | 2.2 | 1,925.00 | 12093509 |
| Bomhof | Scott A. | 28/11/2013 | trial preparation (2.0); reviewing motion materials related to a deponent's deposition and prepare response to same (1.1); | 3.1 | 2,712.50 | 12093734 |
| Bomhof | Scott A. | 29/11/2013 | trial preparation (3.7); review Monitor's Motion Record with respect to a witness subpoena and various calls with Goodmans and Cleary with respect to same; (1.5); | 5.2 | 4,550.00 | 12096385 |
| Bomhof | Scott A. | 30/11/2013 | exchange messages with Cleary and Goodmans re: Monitor's motion to quash Kruger subpoena; | 0.5 | 437.50 | 12096389 |
| Gray | Andrew | 01/11/2013 | preparing for depositions (3.7); email and | 4.3 | 3,332.50 | 12045725 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 03/11/2013 | office discussions regarding various litigation strategy and administrative matters (0.6); preparing for depositions (4.5); conference call regarding litigation planning (0.8); | 5.3 | 4,107.50 | 12047189 |
| Gray | Andrew | 04/11/2013 | preparing for and conducting deposition (4.0); preparing for depositions (2.0); reviewing CCAA materials (0.3); meeting with S. Block and S. Bomhof regarding deposition of witness (.5); | 6.8 | 5,270.00 | 12050041 |
| Gray | Andrew | 05/11/2013 | reviewing documents and discussing upcoming deposition (0.6); reviewing deposition transcript (0.8); reviewing correspondence on evidence and related procedural issues in the claims and allocation litigation (0.2); | 1.6 | 1,240.00 | 12051940 |
| Gray | Andrew | 06/11/2013 | reviewing deposition transcripts and exhibits (1.8); | 1.8 | 1,395.00 | 12055812 |
| Gray | Andrew | 07/11/2013 | preparing for depositions (1.6); | 1.6 | 1,240.00 | 12057549 |
| Gray | Andrew | 08/11/2013 | preparing for depositions (2.8); meeting to discuss strategic issues (0.8); | 3.6 | 2,790.00 | 12060461 |
| Gray | Andrew | 09/11/2013 | preparing for depositions (1.8); | 1.8 | 1,395.00 | 12060446 |
| Gray | Andrew | 10/11/2013 | preparing for depositions (0.8); reviewing correspondence on litigation process issues (0.2); | 1.0 | 775.00 | 12060452 |
| Gray | Andrew | 11/11/2013 | preparing for depositions (3.5); | 3.5 | 2,712.50 | 12063072 |
| Gray | Andrew | 12/11/2013 | email and office conferences regarding witness examinations and production of documents, and reviewing CCAA motion materials regarding same and regarding litigation schedule (1.2); preparing for depositions (6.7); | 7.9 | 6,122.50 | 12065237 |
| Gray | Andrew | 13/11/2013 | working on obtaining evidence from third parties (0.3); preparing for deposition (5.6); | 5.9 | 4,572.50 | 12072999 |
| Gray | Andrew | 14/11/2013 | preparing for deposition (6.7); discussion with M. Blake regarding same (.1); | 6.8 | 5,270.00 | 12072615 |
| Gray | Andrew | 15/11/2013 | preparing for and conducting deposition (6.5); reviewing materials relating to discovery disputes (0.7); conference call with M. Reynolds regarding discovery issues (0.4); | 7.6 | 5,890.00 | 12072608 |
| Gray | Andrew | 17/11/2013 | conference call with lawyers for Nortel regarding document production issue (0.5); conducting legal research regarding witness examination rules and email regarding same (0.6); | 1.1 | 852.50 | 12072605 |
| Gray | Andrew | 18/11/2013 | conference calls with S. Block and internal discussions regarding deposition and document production issues (1.3); reviewing legal research related to the allocation dispute and trial (0.4); | 1.7 | 1,317.50 | 12074555 |
| Gray | Andrew | 19/11/2013 | reviewing report from motions; | 0.2 | 155.00 | 12079205 |
| Gray | Andrew | 20/11/2013 | reviewing email and documents relating to discovery and deposition issues and trial scheduling; | 0.3 | 232.50 | 12079079 |
| Gray | Andrew | 21/11/2013 | discussing document production with S. Bomhof and S. Block and deposition issues and reviewing documents and related correspondence; | 3.6 | 2,790.00 | 12082649 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Gray | Andrew | 22/11/2013 | preparing for depositions and email regarding upcoming depositions; | 0.8 | 620.00 | 12082645 |
| Gray | Andrew | 25/11/2013 | preparing for and attending deposition (7.8); | 7.8 | 6,045.00 | 12086712 |
| Gray | Andrew | 26/11/2013 | reviewing legal research related to allocation dispute (0.6); correspondence relating to deposition and expert evidence (0.7); | 1.3 | 1,007.50 | 12089300 |
| Gray | Andrew | 28/11/2013 | correspondence regarding depositions and dispute regarding discovery (0.5); | 0.5 | 387.50 | 12094808 |
| Gray | Andrew | 29/11/2013 | reviewing Monitor's discovery motion and email and office conferences regarding same (1.3); | 1.3 | 1,007.50 | 12096591 |
| Gray | Andrew | 30/11/2013 | reviewing motion materials and correspondence regarding discovery issues (1.6); | 1.6 | 1,240.00 | 12096598 |
| Slavens | Adam | 01/11/2013 | trial preparation; | 0.5 | 320.00 | 12048008 |
| Slavens | Adam | 04/11/2013 | reviewing depositions, transcripts and notes of deponents for case; | 2.3 | 1,472.00 | 12050543 |
| Slavens | Adam | 05/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 3.3 | 2,112.00 | 12052838 |
| Slavens | Adam | 06/11/2013 | email correspondence with M. Gurgel, J. Stam, C. Armstrong and T. Wynne re Gill letter of request (0.7); preparing consent and order re withdrawal and discussion with S. Bomhof of same (1.7); | 2.4 | 1,536.00 | 12055743 |
| Slavens | Adam | 06/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 4.2 | 2,688.00 | 12055745 |
| Slavens | Adam | 07/11/2013 | email correspondence with M. Gurgel, J. Stam, C. Armstrong and T. Wynne re Gill letter of request (0.3); preparing and finalizing consent re same (0.5); | 0.8 | 512.00 | 12058452 |
| Slavens | Adam | 07/11/2013 | telephone calls and email correspondence with C. Armstrong, D. Queen and M. Reynolds re litigation matters; | 0.5 | 320.00 | 12058455 |
| Slavens | Adam | 07/11/2013 | reviewing correspondence from counsel re discovery matters; | 0.3 | 192.00 | 12058457 |
| Slavens | Adam | 08/11/2013 | meeting with J. Bromley, B. Lyerly, T. DeMarinis, S. Bomhof, S. Block and A. Gray re trial preparation; | 0.6 | 384.00 | 12061184 |
| Slavens | Adam | 08/11/2013 | trial preparation; | 1.8 | 1,152.00 | 12061187 |
| Slavens | Adam | 11/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 3.6 | 2,304.00 | 12063341 |
| Slavens | Adam | 11/11/2013 | email correspondence with Cleary and S. Bomhof re litigation matters (0.4); reviewing draft documents re litigation matters (0.5); | 0.9 | 576.00 | 12063352 |
| Slavens | Adam | 12/11/2013 | preparing litigation documents re discovery matters, email correspondence with Cleary and M. Reynolds re same; | 2.5 | 1,600.00 | 12065139 |
| Slavens | Adam | 12/11/2013 | reviewing and commenting on litigation documents re discovery plan and timetable (1.4); email correspondence with Cleary and S. Bomhof re same (0.4); | 1.8 | 1,152.00 | 12065142 |
| Slavens | Adam | 12/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 4.0 | 2,560.00 | 12065143 |
| Slavens | Adam | 13/11/2013 | reviewing and commenting on litigation documents re discovery plan and timetable (0.4); email correspondence with Cleary and S. Bomhof re same (0.3); conference calls with Cleary and Goodmans re same (1.1); | 1.8 | 1,152.00 | 12068852 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 13/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 1.5 | 960.00 | 12068858 |
| Slavens | Adam | 14/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 2.4 | 1,536.00 | 12071280 |
| Slavens | Adam | 15/11/2013 | email correspondence with Cleary and M. Reynolds re litigation and discovery matters; | 0.2 | 128.00 | 12073259 |
| Slavens | Adam | 18/11/2013 | email correspondence with Cleary re litigation matters for case; | 0.4 | 256.00 | 12074793 |
| Slavens | Adam | 19/11/2013 | email correspondence with Cleary re litigation matters; | 0.5 | 320.00 | 12077408 |
| Slavens | Adam | 21/11/2013 | reviewing transcripts and notes of deponents for case; | 2.7 | 1,728.00 | 12082765 |
| Slavens | Adam | 24/11/2013 | preparing for conference call with Cleary re deposition preparation; | 1.5 | 960.00 | 12083361 |
| Slavens | Adam | 25/11/2013 | conference call with J. Rosenthal, D. Queen, S. Bomhof and S. Block re deposition preparation (1.0); email correspondence with D. Queen re same (0.4); | 1.4 | 896.00 | 12087225 |
| Slavens | Adam | 25/11/2013 | reviewing live depositions, transcripts and notes of deponents for case (3.1); discussion with T. DeMarinis regarding scheduled depositions (.3); | 3.4 | 2,176.00 | 12087233 |
| Slavens | Adam | 26/11/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 7.5 | 4,800.00 | 12089567 |
| Slavens | Adam | 27/11/2013 | trial preparation (4.80; discussion with T. DeMarinis regarding depositions (.2); | 5.0 | 3,200.00 | 12092966 |
| Slavens | Adam | 28/11/2013 | reviewing email correspondence from J. Kimmel, S. Bomhof, A. Gray and Cleary re discovery dispute (0.6); preparing letter re same (1.5); reviewing court orders re deposition protocol and related discovery procedures (1.3); | 3.4 | 2,176.00 | 12094900 |
| Slavens | Adam | 29/11/2013 | email correspondence with J. Kimmel, S. Bomhof, A. Gray and Cleary re discovery dispute (1.0); preparing letters re same (2.4); | 3.4 | 2,176.00 | 12097226 |
| Slavens | Adam | 29/11/2013 | reviewing depositions, transcripts and notes of deponents for case; | 2.2 | 1,408.00 | 12097231 |
| Reynolds | Molly | 01/11/2013 | preparing for depositions (0.5); | 0.5 | 255.00 | 12047047 |
| Reynolds | Molly | 04/11/2013 | preparing for depositions; | 1.9 | 969.00 | 12049674 |
| Reynolds | Molly | 05/11/2013 | preparing for depositions; | 0.7 | 357.00 | 12051623 |
| Reynolds | Molly | 06/11/2013 | preparing for depositions; | 1.2 | 612.00 | 12054561 |
| Reynolds | Molly | 07/11/2013 | preparing for depositions; | 0.6 | 306.00 | 12060292 |
| Reynolds | Molly | 07/11/2013 | telephone calls and emails correspondence with C. Armstrong, D. Queen and A. Slavens regarding litigation matter (0.5); | 0.5 | 255.00 | 12122648 |
| Reynolds | Molly | 11/11/2013 | preparing for depositions; | 2.1 | 1,071.00 | 12064180 |
| Reynolds | Molly | 12/11/2013 | preparing for depositions and email correspondence; | 2.2 | 1,122.00 | 12064246 |
| Reynolds | Molly | 13/11/2013 | speaking to Torys team re deposition preparation (0.9); | 0.9 | 459.00 | 12074038 |
| Reynolds | Molly | 14/11/2013 | discussing deposition preparation with Torys team (0.4); | 0.4 | 204.00 | 12074051 |
| Reynolds | Molly | 15/11/2013 | participating in call with US estate counsel re discovery issues (0.5), debriefing on depositions (0.7); | 1.2 | 612.00 | 12074063 |
| Reynolds | Molly | 18/11/2013 | corresponding with Torys and Cleary teams re NNSA claims (0.3); | 0.3 | 153.00 | 12074390 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Reynolds | Molly | 19/11/2013 | reviewing fee examiner report (0.3), reviewing deposition transcripts (0.3); | 0.6 | 306.00 | 12076633 |
| Reynolds | Molly | 20/11/2013 | assisting Cleary team in preparing documents for deposition (0.2); | 0.2 | 102.00 | 12085274 |
| Reynolds | Molly | 21/11/2013 | organizing transcripts and exhibits from depositions (0.6); | 0.6 | 306.00 | 12085278 |
| Reynolds | Molly | 25/11/2013 | assisting Cleary team with document preparation for deposition (0.6); | 0.6 | 306.00 | 12086521 |
| Reynolds | Molly | 26/11/2013 | assisting Cleary team with documents for deposition (0.5), organizing transcripts and exhibits from depositions (0.5); | 1.0 | 510.00 | 12088749 |
| Unger | Brian | 04/11/2013 | research on settlement privilege; | 1.8 | 594.00 | 12049922 |
| Unger | Brian | 05/11/2013 | document discovery; | 1.5 | 495.00 | 12051863 |
| Unger | Brian | 06/11/2013 | research on settlement privilege; | 1.3 | 429.00 | 12054821 |
| Unger | Brian | 14/11/2013 | filing court materials; | 0.5 | 165.00 | 12070114 |
| Unger | Brian | 26/11/2013 | delivery of deposition materials re ongoing deposition; | 0.4 | 132.00 | 12089858 |
| Kennedy | Nick | 04/11/2013 | preparing documents for deposition(1.2); conference call with cleary (.3); | 1.5 | 495.00 | 12049768 |
| Kennedy | Nick | 07/11/2013 | reviewing exhibits from previous depositions for possible inclusion in our deposition; | 0.9 | 297.00 | 12057364 |
| Kara | Irfan | 01/11/2013 | collecting and reviewing documents for deposition; | 4.1 | 1,353.00 | 12044152 |
| Kara | Irfan | 04/11/2013 | collecting and reviewing documents for deposition; | 5.2 | 1,716.00 | 12047284 |
| Kara | Irfan | 05/11/2013 | collecting and reviewing documents for deposition (2.4); emails and call with J. Leader regarding upcoming deposition (.2); | 2.6 | 858.00 | 12050185 |
| Kara | Irfan | 06/11/2013 | collecting and reviewing documents for deposition; | 3.6 | 1,188.00 | 12052276 |
| Kara | Irfan | 07/11/2013 | collecting and reviewing documents for deposition; | 1.9 | 627.00 | 12054976 |
| Kara | Irfan | 08/11/2013 | collecting and reviewing documents for deposition; | 2.3 | 759.00 | 12057788 |
| Kara | Irfan | 09/11/2013 | collecting and reviewing documents for deposition; | 1.2 | 396.00 | 12058895 |
| Kara | Irfan | 11/11/2013 | collecting and reviewing documents for deposition and attention to emails; | 0.7 | 231.00 | 12060560 |
| Kara | Irfan | 12/11/2013 | collecting and reviewing documents for deposition and attention to emails; | 4.0 | 1,320.00 | 12063054 |
| Kara | Irfan | 14/11/2013 | finalizing document preparation for deposition and attention to emails (2.9); discussion with M. Blake regarding same (.2); | 3.1 | 1,023.00 | 12068304 |
| Kara | Irfan | 15/11/2013 | attending deposition; | 5.7 | 1,881.00 | 12070218 |
| Kara | Irfan | 18/11/2013 | completed and edited notes on deponent and deposition; | 2.6 | 858.00 | 12072668 |
| Che | Eliot | 01/11/2013 | assisting in preparation for deposition; | 3.6 | 1,188.00 | 12045830 |
| Che | Eliot | 03/11/2013 | assisting in preparation for deposition; | 7.8 | 2,574.00 | 12047124 |
| Che | Eliot | 04/11/2013 | assisting in preparation for deposition (2.0); attending deposition (3.1); | 5.1 | 1,683.00 | 12049805 |
| Che | Eliot | 13/11/2013 | discussing with US counsel on the distribution of materials to UK advisor entities; | 0.8 | 264.00 | 12067972 |
| Block | Sheila R. | 01/11/2013 | preparing for a depo, a deponent, and further prep for depositions; | 5.0 | 4,975.00 | 12047429 |
| Block | Sheila R. | 01/11/2013 | preparing for deposition of a deponent; | 4.5 | 4,477.50 | 12047436 |
| Block | Sheila R. | 03/11/2013 | reviewing depo transcript; | 1.0 | 995.00 | 12047412 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 04/11/2013 | preparation for depo (6.5); meeting with A. Gray and S. Bomhof regarding deposition of witness (.5); | 7.0 | 6,965.00 | 12050694 |
| Block | Sheila R. | 05/11/2013 | depo preparation; | 5.5 | 5,472.50 | 12050697 |
| Block | Sheila R. | 05/11/2013 | further depo preparation; | 1.5 | 1,492.50 | 12055668 |
| Block | Sheila R. | 06/11/2013 | preparation and deposition; | 9.0 | 8,955.00 | 12055671 |
| Block | Sheila R. | 07/11/2013 | depo preparation; | 6.0 | 5,970.00 | 12058651 |
| Block | Sheila R. | 08/11/2013 | preparation for deposition (5.7); meeting with U.S. co-counsel regarding deposition and trial issues (1.8); | 7.5 | 7,462.50 | 12063023 |
| Block | Sheila R. | 10/11/2013 | preparation for depositions; | 1.0 | 995.00 | 12059938 |
| Block | Sheila R. | 11/11/2013 | preparation for and deposition of a deponent; | 7.0 | 6,965.00 | 12063229 |
| Block | Sheila R. | 18/11/2013 | conference call regarding deposition evidence and production; | 0.4 | 398.00 | 12077012 |
| Block | Sheila R. | 19/11/2013 | discussion with S. Bomhof regarding letter from Counsel for UKPT (0.3); | 0.3 | 298.50 | 12122637 |
| Block | Sheila R. | 21/11/2013 | office conferences (0.4); and conference regarding production and deposition issues (0.8); | 1.2 | 1,194.00 | 12080789 |
| Block | Sheila R. | 22/11/2013 | conference call with S. Bomhof and A. Gray regarding depositions; | 1.3 | 1,293.50 | 12082072 |
| Block | Sheila R. | 25/11/2013 | conference calls with S. Bomhof regarding deposition preparation; | 1.3 | 1,293.50 | 12085370 |
| DeMarinis | Tony | 04/11/2013 | reading production materials (1.3); review current deposition schedule and counsel correspondence (0.3). | 1.6 | 1,560.00 | 12050637 |
| DeMarinis | Tony | 05/11/2013 | review additional production (0.6); counsel correspondence and related exchanges (0.2); | 0.8 | 780.00 | 12052664 |
| DeMarinis | Tony | 07/11/2013 | reading deposition information; | 1.0 | 975.00 | 12058489 |
| DeMarinis | Tony | 08/11/2013 | review of production materials (0.6); read correspondence (0.1); meet with U.S. co-counsel and litigation team (1.5); consideration of litigation timeline and planning (0.5) | 2.7 | 2,632.50 | 12061119 |
| DeMarinis | Tony | 12/11/2013 | emails, correspondence and document review, and related work on litigation process; | 1.3 | 1,267.50 | 12064149 |
| DeMarinis | Tony | 13/11/2013 | deposition review and analysis (0.6); counsel emails (0.1); | 0.7 | 682.50 | 12068828 |
| DeMarinis | Tony | 14/11/2013 | review and analysis in relation to production and associated litigation issues (1.3); reading emails (0.1); consideration of law relied upon by parties (0.8). | 2.2 | 2,145.00 | 12071028 |
| DeMarinis | Tony | 18/11/2013 | review various information and materials; | 1.7 | 1,657.50 | 12075186 |
| DeMarinis | Tony | 19/11/2013 | review materials and information on production; | 1.5 | 1,462.50 | 12077323 |
| DeMarinis | Tony | 20/11/2013 | discussions with Scott Bomhof and with Bill Gray (0.5); reading and analysis of various materials (2.0). | 2.5 | 2,437.50 | 12079123 |
| DeMarinis | Tony | 21/11/2013 | information review in connection with production process; | 2.0 | 1,950.00 | 12081145 |
| DeMarinis | Tony | 22/11/2013 | review deposition materials (1.0); trial preparation (2.4); analysis of Canadian issues (1.2); | 4.6 | 4,485.00 | 12083511 |
| DeMarinis | Tony | 25/11/2013 | trial preparation and review of deponent information (3.5); discussion with Adam Slavens regarding scheduled depositions (0.3); consideration of case issues (1.4); | 5.2 | 5,070.00 | 12087451 |
| DeMarinis | Tony | 26/11/2013 | observing deposition of a deponent (6.3); | 7.2 | 7,020.00 | 12089496 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| DeMarinis | Tony | 27/11/2013 | reading production documents (0.9); review of production materials and trial planning (3.5); discussion with Adam Slavens on depositions (0.2); consider deposition information (0.6); counsel emails (0.1); | 4.4 | 4,290.00 | 12092959 |
| DeMarinis | Tony | 28/11/2013 | analysis in connection with production and issues at trial (3.0); correspondence from monitor's counsel to Torys regarding summons, and consideration of same (0.4); review legal issues and relevant materials (0.9); | 4.3 | 4,192.50 | 12095061 |
| DeMarinis | Tony | 29/11/2013 | reading deposition materials and production documents (4.5); consider issues relating to summons (0.4); review revised timeline and deposition schedule (0.2); | 5.1 | 4,972.50 | 12097342 |
| Blake | Maureen | 01/11/2013 | review transcripts of recent deponents and organize same in workspaces (1.2); review online database for updates to transcript and exhibit folders for deponents and update workspaces for individual deponents (.8); review emails regarding document collection for next deponent for Andrew Gray, respond to same and discuss with the Litigation Technology Services Dept (.5); review emails regarding the Notices of Clawback documents, locate and forward the master chart of the clawback documents (.5); further review of online database for updates to transcript and exhibit folders for deponents and further update of workspaces for individual deponents (.6); | 3.6 | 1,494.00 | 12044400 |
| Blake | Maureen | 05/11/2013 | review emails regarding transcripts and exhibits of witnesses (.5); review transcript and exhibit updates to the Ellen Grauer Court Reporting repository and update witness folders in the workspace (1.5); | 2.0 | 830.00 | 12055225 |
| Blake | Maureen | 07/11/2013 | review emails regarding transcripts and exhibits of witnesses (.4); review online database and load final transcripts and final exhibits into each witness' workspace (1.6); discussions regarding the workroom and organization of the hard copies of the transcripts and the exhibits (.3); review emails regarding the Recommind training on removing tags in batches and respond to same and meet with the Litigation Technology Services Department regarding same (.8); review emails regarding copies of final transcripts, search workspace folders and respond to same (.3); | 3.4 | 1,411.00 | 12057115 |
| Blake | Maureen | 08/11/2013 | review emails regarding final transcripts and exhibits of various deponents and update worksite for each deponent (1.2); review emails regarding the organization of Andrew Grays next deponent and respond to same (.4); emails regarding the clawback documents and updating the chart (.4); discussion regarding | 4.0 | 1,660.00 | 12057505 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | the process of checking proposed exhibits to the clawback chart (.4); discussions regarding the process of printing the final exhibits from the online database and creating separate documents (.8); review of further emails regarding final transcripts and final exhibits and updating workspaces for each deponent (.8) | | | |
| Blake | Maureen | 12/11/2013 | review emails regarding the transcripts and exhibits for the latest examinations of the witnesses (.5); log into the online database and update the witness' workspace with the final transcripts and the final exhibits (2.0); emails regarding online database and witness where exhibits are not in PDF format and review response (.3); review emails regarding the EMEA Debtors and respond to same and discussion with the Litigation Technology Services Dept. (.8); | 3.6 | 1,494.00 | 12068784 |
| Blake | Maureen | 14/11/2013 | review emails regarding the transcripts and exhibits for the witnesses and file same in the workspaces (.8); review the online database file final transcripts and final exhibits in witness' workspace and emails regarding printing of same (.8); discussion with Irfan Kara regarding whether a particular individual has been examined, research same and email Jodi Erickson regarding same and discussion with A. Gray regarding same (.8) | 2.4 | 996.00 | 12070528 |
| Blake | Maureen | 15/11/2013 | review emails regarding the Erratas/Acknowledgment pages and emails regarding updating the hard copies of the final transcripts (.4); review emails regarding the transcripts and exhibits of the witnesses and organize and file rough drafts (.3); review the online database and download the final transcripts and final exhibits and organize in the various witnesses workspace and draft emails regarding printing the final transcripts and exhibits (.5); | 1.2 | 498.00 | 12070554 |
| Blake | Maureen | 18/11/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (.5); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); further review of emails forwarding transcripts and exhibits for recent deponents and organize same in workspace (.2); discussion regarding the materials used during examination for A. Gray's witness, respond to same and review materials to be organized (.2); | 1.6 | 664.00 | 12074121 |
| Blake | Maureen | 19/11/2013 | review emails regarding transcripts and | 1.0 | 415.00 | 12076333 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | exhibits for recent deponents, organize same in deponents' workspace (.3); log into online database and locate and download the final transcripts and final exhibits for recent deponents (.4); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); | | | |
| Blake | Maureen | 19/11/2013 | review clawback notices and emails regarding updating clawback chart (.3); review further emails regarding transcripts and exhibits for recent deponents and organize same in workspace (.7); review Examiner's report (.2); review further emails regarding clawback documents and emails regarding same (.2); | 1.4 | 581.00 | 12078804 |
| Blake | Maureen | 21/11/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (.8); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); further review of emails forwarding transcripts and exhibits for recent deponents and organize same in workspace (.2); review emails regarding specific clawback documents, instructions regarding same and discussion regarding process for deponent examined in October and document marked as an exhibit (.7); | 2.4 | 996.00 | 12080126 |
| Blake | Maureen | 22/11/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.8); log into online database and locate and download the final transcripts and final exhibits for recent deponents (.8); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); further review of emails forwarding transcripts and exhibits for recent deponents and organize same in workspace (.4); further log into online database and locate and download the final transcripts and final exhibits for recent deponents (.7); | 3.0 | 1,245.00 | 12081016 |
| Blake | Maureen | 26/11/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.8); log into online database and locate and download the final transcripts and final exhibits for recent deponents (.8); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); further review of emails forwarding transcripts and exhibits for | 2.3 | 954.50 | 12088773 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | recent deponents and organize same in workspace (.4); | | | |
| Blake | Maureen | 26/11/2013 | further log into online database, locate and download the final transcripts and final exhibits for recent deponents (.7) | 0.7 | 290.50 | 12092314 |
| Blake | Maureen | 28/11/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.8); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.5); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); further review of emails forwarding transcripts and exhibits for recent deponents and organize same in workspace; (.4); review revised transcript of witnesses against copy filed in the workspace email instructions regarding printing revised transcript (.8); | 3.8 | 1,577.00 | 12093917 |
| Blake | Maureen | 29/11/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.5); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); | 2.2 | 913.00 | 12095153 |
| Lombardi | Rose | 04/11/2013 | reviewing email instructions from Molly Reynolds and attached materials regarding upcoming deposition and documents to be predesignated as exhibits (.2); reviewing deposition exhibits list, assembling list of materials, and pdfs of documents requested and forwarding same to Molly Reynolds (1.3); | 1.5 | 517.50 | 12049990 |
| Lombardi | Rose | 11/11/2013 | assembling additional deposition notes circulated to date and updating Sheila Block's deposition notes index and binder (.3); | 0.3 | 103.50 | 12062629 |
| Lombardi | Rose | 12/11/2013 | email exchanges with Cleary regarding EMEA Debtors' productions (.1); accessing download share site received from Cleary and downloading EMEA Debtor productions into workspace (1); reporting to Torys team respecting same (.1); | 1.2 | 414.00 | 12064496 |
| Lombardi | Rose | 20/11/2013 | reviewing additional deposition notes and adding same to Sheila Block's deposition notes binder (.2); | 0.2 | 69.00 | 12079200 |
| Lombardi | Rose | 25/11/2013 | reviewing additional deposition notes and arranging for update of Sheila Block's binder with same (.3); | 0.3 | 103.50 | 12087685 |
| Gray | William | 04/11/2013 | Work on intercompany allocation issues | 2.7 | 2,430.00 | 12050130 |
| Gray | William | 05/11/2013 | Deposition review (.7); work on allocation issues (1.6) | 2.3 | 2,070.00 | 12055516 |
| Gray | William | 06/11/2013 | Work on allocation memoranda | 0.8 | 720.00 | 12055614 |
| Gray | William | 07/11/2013 | Work on allocation memorandum | 1.3 | 1,170.00 | 12058370 |
| Gray | William | 08/11/2013 | Work on intercompany allocation issues | 0.8 | 720.00 | 12063017 |
| Gray | William | 11/11/2013 | Work on allocation issues | 1.3 | 1,170.00 | 12063003 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 12/11/2013 | Work on allocation memorandum (.6); conference regarding motion to extend trial dates (.3) | 0.9 | 810.00 | 12064024 |
| Gray | William | 13/11/2013 | Work on allocation issues in support of depositions | 1.8 | 1,620.00 | 12069605 |
| Gray | William | 15/11/2013 | Work on allocation memorandum | 1.6 | 1,440.00 | 12075100 |
| Gray | William | 18/11/2013 | Review allocation memoranda | 2.6 | 2,340.00 | 12075109 |
| Gray | William | 19/11/2013 | Work on allocation memorandum | 1.6 | 1,440.00 | 12076929 |
| Gray | William | 20/11/2013 | Conference with T. DeMarinis and S. Bomhof regarding trial schedule and strategy for ante-trial resolutions | 1.3 | 1,170.00 | 12077765 |
| Gray | William | 21/11/2013 | Work on allocation memoranda issues (1.7); telephone call with S. Block regarding same (0.2) | 1.9 | 1,710.00 | 12079549 |
| Gray | William | 22/11/2013 | Review deposition transcript (1.2); work on allocation memorandum (1.5) | 2.7 | 2,430.00 | 12085384 |
| Gray | William | 25/11/2013 | Work on allocation memorandum | 0.7 | 630.00 | 12085392 |
| Gray | William | 26/11/2013 | Work on allocation issues | 1.6 | 1,440.00 | 12088970 |
| Leader | Jaclyn | 01/11/2013 | Prepare for deposition | 0.4 | 260.00 | 12050752 |
| Leader | Jaclyn | 02/11/2013 | Prepare for deposition | 0.3 | 195.00 | 12050754 |
| Leader | Jaclyn | 04/11/2013 | Prepare for deposition | 6.4 | 4,160.00 | 12050762 |
| Leader | Jaclyn | 05/11/2013 | Call with I. Kara regarding upcoming deposition (0.2); emails with I. Kara regarding same (0.3); emails with A. Rahvena regarding document review for same (0.2); emails with I. Kara and A. Rahvena regarding same (0.2); review electronic documents for same (6.3) | 7.2 | 4,680.00 | 12087385 |
| Leader | Jaclyn | 06/11/2013 | Emails with litigation technology specialist regarding document review system (0.3); review electronic documents for potential use in deposition (8.6) | 8.9 | 5,785.00 | 12087433 |
| Leader | Jaclyn | 07/11/2013 | Prepare for deposition (6.2) | 6.2 | 4,030.00 | 12058270 |
| Leader | Jaclyn | 08/11/2013 | Prepare for deposition (4.2) and correspond with N. Su (.2) | 4.4 | 2,860.00 | 12058260 |
| Leader | Jaclyn | 11/11/2013 | Emails with I. Kara regarding documents for use at deposition (0.3); review electronic documents for use at deposition (7.1) and correspond with N. Su (.2) | 7.6 | 4,940.00 | 12087495 |
| Leader | Jaclyn | 12/11/2013 | Emails with I. Kara and A. Rahvena regarding deposition (0.3); review livenote report for deponent; (0.6); review electronic documents for deposition (0.5); emails with I. Kara regarding same (0.4); review deposition summary (1.5) | 3.3 | 2,145.00 | 12087503 |
| Leader | Jaclyn | 13/11/2013 | Review documents in preparation for litigation (1.2) | 1.2 | 780.00 | 12087563 |
| Leader | Jaclyn | 14/11/2013 | Emails with I. Kara regarding deposition (0.2); emails with A. Rahvena regarding same (0.2); review documents in preparation for deposition (3.2); review deposition outlines (0.7); review deposition summaries (0.6) | 4.9 | 3,185.00 | 12087532 |
| Leader | Jaclyn | 15/11/2013 | Review deposition summaries (0.6); review outlines for upcoming deposition (0.6) | 1.2 | 780.00 | 12087588 |
| Su | Nan | 08/11/2013 | Corresponding with J. Leader, prepare and update deposition summaries binder with additional depositions conducted (0.2); update index regarding same (0.6); | 0.8 | 216.00 | 12058622 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Su | Nan | 11/11/2013 | Corresponding with J. Leader, prepare and update deposition summaries binder with additional depositions conducted (1.5); update index regarding same (0.7); | 2.2 | 594.00 | 12062533 |
| Su | Nan | 15/11/2013 | Review additional deposition summaries received (0.5); assemble and update binder accordingly (0.8); | 1.3 | 351.00 | 12071121 |
| Su | Nan | 19/11/2013 | Corresponding S. Bomhof and accounting department, assist with providing Torys' summary of costs related to the Allocation Hearing; | 1.7 | 459.00 | 12076667 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/11/2013 | research regarding Canadian legal issues related to documentary disclosure; | 1.9 | 1,662.50 | 12046214 |
| Bomhof | Scott A. | 04/11/2013 | research regarding Canadian legal issues; | 2.2 | 1,925.00 | 12050454 |
| Bomhof | Scott A. | 05/11/2013 | research regarding Canadian legal issues (1.8); meeting with B. Unger to discuss summary of Canadian caselaw (.3); | 2.1 | 1,837.50 | 12051084 |
| Bomhof | Scott A. | 07/11/2013 | reviewing research memo on Canadian legal issues and discussing same with B. Unger; | 1.0 | 875.00 | 12056058 |
| Bomhof | Scott A. | 08/11/2013 | research regarding Canadian legal issues; | 1.9 | 1,662.50 | 12059955 |
| Bomhof | Scott A. | 19/11/2013 | research regarding Canadian legal issues; | 0.4 | 350.00 | 12077926 |
| Bomhof | Scott A. | 22/11/2013 | research regarding Canadian legal issues; | 2.7 | 2,362.50 | 12082269 |
| Bomhof | Scott A. | 25/11/2013 | meeting with S. Block and A. Slaven regarding legal research (.5); | 0.5 | 437.50 | 12152565 |
| Slavens | Adam | 01/11/2013 | conducting Canadian legal research for case; | 5.5 | 3,520.00 | 12048004 |
| Slavens | Adam | 04/11/2013 | conducting Canadian legal research for case; | 0.8 | 512.00 | 12050540 |
| Slavens | Adam | 05/11/2013 | conducting Canadian legal research for case; | 4.3 | 2,752.00 | 12052836 |
| Slavens | Adam | 07/11/2013 | preparing memorandum on Canadian law for case; | 5.5 | 3,520.00 | 12058450 |
| Slavens | Adam | 08/11/2013 | preparing memorandum on Canadian law for case; | 2.7 | 1,728.00 | 12061190 |
| Slavens | Adam | 11/11/2013 | preparing memorandum on Canadian law for case; | 2.0 | 1,280.00 | 12063347 |
| Slavens | Adam | 13/11/2013 | conducting Canadian legal research for case; | 1.5 | 960.00 | 12068861 |
| Slavens | Adam | 15/11/2013 | preparing memorandum on Canadian law for case; | 3.6 | 2,304.00 | 12073269 |
| Slavens | Adam | 19/11/2013 | preparing memorandum on Canadian law for case; | 1.3 | 832.00 | 12077409 |
| Slavens | Adam | 20/11/2013 | preparing memorandum on Canadian law for case; | 0.8 | 512.00 | 12078796 |
| Slavens | Adam | 21/11/2013 | conducting Canadian legal research for case (0.5); email correspondence with Cleary re same (0.3); | 0.8 | 512.00 | 12082877 |
| Slavens | Adam | 25/11/2013 | meeting with S. Bomhof and S. Block re Canadian legal research for case; | 0.5 | 320.00 | 12087227 |
| Slavens | Adam | 28/11/2013 | conducting Canadian legal research for case; | 2.7 | 1,728.00 | 12094892 |
| Slavens | Adam | 29/11/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 12097239 |
| Unger | Brian | 05/11/2013 | meeting with S. Bomhof regarding Canadian caselaw (0.3); | 0.3 | 99.00 | 12122649 |
| Unger | Brian | 07/11/2013 | research re settlement privilege and discussion with S. Bomhof regarding same; | 4.0 | 1,320.00 | 12057416 |
| Block | Sheila R. | 25/11/2013 | meeting with S. Bomhof and A. Slaven on research (.5); | 0.5 | 497.50 | 12152564 |
| DeMarinis | Tony | 01/11/2013 | Legal review on contentious points in litigation proceeding; | 1.0 | 975.00 | 12047843 |
| DeMarinis | Tony | 07/11/2013 | consideration of Canadian legal issues on case; | 1.5 | 1,462.50 | 12058487 |
| DeMarinis | Tony | 08/11/2013 | consideration of litigation issues and meeting with counsel; | 1.2 | 1,170.00 | 12061121 |
| DeMarinis | Tony | 11/11/2013 | review and analysis in connection with production information and materials; | 2.5 | 2,437.50 | 12063298 |
| DeMarinis | Tony | 12/11/2013 | reading research paper on file; | 0.4 | 390.00 | 12064153 |
| DeMarinis | Tony | 21/11/2013 | consideration of law relating to allocation matters; | 0.6 | 585.00 | 12081146 |
| DeMarinis | Tony | 29/11/2013 | analysis regarding trial issues on allocation; | 1.3 | 1,267.50 | 12097344 |

Intercompany Analysis

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 05/11/2013 | analysis of information regarding inter-company relationships and dealings; | 1.0 | 975.00 | 12052661 |
| DeMarinis | Tony | 06/11/2013 | document review relating to inter-company matters (1.3); review party submissions relevant to same (0.5); | 1.8 | 1,755.00 | 12055564 |
| DeMarinis | Tony | 15/11/2013 | information analysis in relation to organizational inter-company matters (1.0); review pre-filing materials (0.8); review of IFSA and MRDA (0.5); | 2.3 | 2,242.50 | 12073339 |
| DeMarinis | Tony | 19/11/2013 | analysis regarding inter-company dealings and finances, and matters relating to allocation dispute; | 2.5 | 2,437.50 | 12077320 |
| DeMarinis | Tony | 28/11/2013 | review of key documents in inter-company relationship, and related information; | 0.8 | 780.00 | 12095064 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bomhof | Scott A. | 18/11/2013 | review HWT distribution motion and discuss same with G. Rubenstein (Goodmans) and M. Wunder (Dentons) and prepare for November 19 motion with respect to same; | 1.2 | 1,050.00 | 12075713 |
| Bomhof | Scott A. | 19/11/2013 | preparing for and attending motion to approve distribution from Health & Welfare Trust; | 1.0 | 875.00 | 12077923 |
| Bomhof | Scott A. | 29/11/2013 | review Monitor's materials seeking leave to appeal to The Supreme Court of Canada re: Ministry of the Environment Order; | 1.1 | 962.50 | 12096386 |
| Slavens | Adam | 06/11/2013 | reviewing CCAA case court documents; | 1.5 | 960.00 | 12055744 |
| Slavens | Adam | 07/11/2013 | reviewing CCAA case court documents; | 0.6 | 384.00 | 12058459 |
| Slavens | Adam | 08/11/2013 | conference call with Goodmans and Dentons re HWT motion returnable November 19, 2013 (0.9); preparing for same (0.5); | 1.4 | 896.00 | 12061181 |
| Slavens | Adam | 08/11/2013 | reviewing CCAA case court documents; | 1.3 | 832.00 | 12061185 |
| Slavens | Adam | 10/11/2013 | email correspondence with Cleary and S. Bomhof re CCAA case matters; | 0.3 | 192.00 | 12061204 |
| Slavens | Adam | 11/11/2013 | reviewing CCAA case court documents; | 0.7 | 448.00 | 12063349 |
| Slavens | Adam | 12/11/2013 | preparing CCAA case court materials re motion returnable November 19, 2013; | 1.1 | 704.00 | 12065136 |
| Slavens | Adam | 13/11/2013 | reviewing CCAA case court documents (1.7); preparing reporting email to Cleary re same (0.4); | 2.1 | 1,344.00 | 12068854 |
| Slavens | Adam | 13/11/2013 | preparing CCAA case court materials re motion returnable November 19, 2013; | 0.6 | 384.00 | 12068856 |
| Slavens | Adam | 14/11/2013 | finalizing, serving and filing CCAA case court materials re motion returnable November 19, 2013; | 3.0 | 1,920.00 | 12071223 |
| Slavens | Adam | 14/11/2013 | reviewing CCAA case court materials (1.2); reporting to Cleary re same (0.3); | 1.5 | 960.00 | 12071276 |
| Slavens | Adam | 16/11/2013 | email correspondence with J. Bromley, S. Bomhof and A. Gray re motions returnable November 19, 2013; | 0.2 | 128.00 | 12073270 |
| Slavens | Adam | 16/11/2013 | reviewing CCAA case court materials (1.5); email correspondence with S. Bomhof and A. Gray re same (0.1); | 1.6 | 1,024.00 | 12073273 |
| Slavens | Adam | 18/11/2013 | reviewing CCAA case court documents; | 1.4 | 896.00 | 12074775 |
| Slavens | Adam | 18/11/2013 | preparing for motion returnable returnable November 19, 2013 (1.3); email correspondence with Dentons, Goodmans and Cleary re same (0.5); | 1.8 | 1,152.00 | 12074791 |
| Slavens | Adam | 19/11/2013 | preparing for motion returnable November 19, 2013; | 0.4 | 256.00 | 12077406 |
| Slavens | Adam | 19/11/2013 | calling in to motion returnable November 19, 2013; | 2.6 | 1,664.00 | 12077407 |
| Slavens | Adam | 20/11/2013 | reviewing CCAA case court documents; | 2.0 | 1,280.00 | 12078795 |
| Slavens | Adam | 22/11/2013 | reviewing CCAA case court documents; | 1.8 | 1,152.00 | 12083362 |
| Slavens | Adam | 25/11/2013 | reviewing CCAA case court documents; | 0.7 | 448.00 | 12087237 |
| Slavens | Adam | 26/11/2013 | reviewing CCAA case court documents (0.3); email correspondence with Cleary re same (0.1); | 0.4 | 256.00 | 12089579 |
| Slavens | Adam | 27/11/2013 | email correspondence with Cleary, M. Wunder and C. Armstrong re CCAA case court documents; | 0.4 | 256.00 | 12092965 |
| DeMarinis | Tony | 01/11/2013 | Consideration of Canadian depositions and related production and information; | 1.3 | 1,267.50 | 12047841 |
| DeMarinis | Tony | 04/11/2013 | review Chapter 11 materials (0.8); reading associated documents in Canadian proceedings | 1.9 | 1,852.50 | 12050635 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | (0.6); review U.S. orders (0.5); | | | |
| DeMarinis | Tony | 11/11/2013 | reading Canadian court documents; | 0.6 | 585.00 | 12063301 |
| DeMarinis | Tony | 12/11/2013 | work on Canadian proceedings and associated matters; | 0.8 | 780.00 | 12064148 |
| DeMarinis | Tony | 13/11/2013 | review appeal matters and materials; | 0.9 | 877.50 | 12068831 |
| DeMarinis | Tony | 15/11/2013 | review of materials in Canadian proceedings in relation to inter-company matters; | 1.0 | 975.00 | 12073341 |
| DeMarinis | Tony | 18/11/2013 | reading documents relating to rescheduling motion (0.5); various counsel correspondence on same (0.3); review originating materials in connection with timeline dispute (0.3); consideration of contentious issues and arguments in relation to production status and scheduling (1.2); | 2.3 | 2,242.50 | 12075188 |
| DeMarinis | Tony | 20/11/2013 | review and planning in connection with pending matters; | 0.4 | 390.00 | 12079121 |
| DeMarinis | Tony | 21/11/2013 | review proposed form of final schedule amendment order in U.S. and counsel emails on same; | 0.2 | 195.00 | 12081142 |
| DeMarinis | Tony | 22/11/2013 | reading November 19 endorsements, counsel correspondence on amended schedule order, modifications to same, changes to deposition schedule, and related materials and issues; | 0.7 | 682.50 | 12083516 |
| DeMarinis | Tony | 26/11/2013 | counsel correspondence on amended schedule order, and review of modified form of proposed Canadian order (0.3); review corresponding U.S. order (0.1); | 0.4 | 390.00 | 12089506 |
| DeMarinis | Tony | 28/11/2013 | review of accumulated reports and court documents in the Canadian proceedings; | 1.4 | 1,365.00 | 12095057 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 05/11/2013 | reading materials in the U.S. proceedings; | 1.5 | 1,462.50 | 12052662 |