# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 01, 2013 through November 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Miscellaneous | | $212.40 |
| Production/LTS Laser Printing | | $2,905.06 |
| Duplicating/Printing | 38,979 pgs @ .10 per pg | $3,897.90 |
| Meals | | $427.76 |
| Taxi & Travel | | $476.62 |
| Process Servers | | $220.57 |
| Binding Charges | | $57.54 |
| E-Discovery Consulting | | $201.39 |
| Courier | | $664.50 |
| Computer Research | Quicklaw / Westlaw | $371.14 |
| Data Management | | $1,250.67 |
| Telephone | Long Distance | $1.39 |
| Secretarial Support | | $200.00 |
| **Grand Total Expenses** | | **$10,866.94** |

**Nortel**
**November 2013 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---|---|
| 303 | Taxi & Travel | 05/11/2013 | 70.05 | Taxi & Travel - - VENDOR: Rosedale Livery Limited - ANDREW GRAY - OCTOBER 15, 2013 to AIRPORT - |
| 303 | Taxi & Travel | 05/11/2013 | 47.10 | Taxi & Travel  Block, Sheila R.; Taxi/Car Service - Airport Taxi from Torys to the Airport (Pearson) |
| 303 | Taxi & Travel | 06/11/2013 | 42.81 | Taxi & Travel  Block, Sheila R.; Taxi/Car Service - Home Taxi from Pearson Airport to 151 St. Clements Avenue (home) |
| 303 | Taxi & Travel | 14/11/2013 | 30.43 | Taxi & Travel  Caron, Sylvie; Taxi/Car Service - Home Overtime |
| 317 | Taxi & Travel (Out of Town) | 05/11/2013 | 49.24 | Taxi & Travel (Out of Town)  Block, Sheila R.; Taxi/Car Service - Hotel Sax Taxi from the Chicago Airport to the hotel |
| 317 | Taxi & Travel (Out of Town) | 06/11/2013 | 236.99 | Taxi & Travel (Out of Town)  Block, Sheila R.; Lodging Overnight stay in Chicago in order to attend and all day deposition (Nortel) 11/05/2013 - 11/06/2013 |
|  |  |  | **$ 476.62** |  |
| 375 | Miscellaneous | 19/11/2013 | 28.74 | Miscellaneous - - VENDOR: Grand & Toy Limited USB KEYS |
| 375 | Miscellaneous | 19/11/2013 | 39.80 | Miscellaneous - - VENDOR: Grand & Toy Limited ACCORDION FOLDERS |
| 375 | Miscellaneous | 25/11/2013 | 71.93 | Miscellaneous - - VENDOR: Donaldson Law Clerk Services  - Molly Reynolds - Nortel - Court File No. 09-CL-7950 - Disbursments - |
| 375 | Miscellaneous | 25/11/2013 | 71.93 | Miscellaneous - - VENDOR: Donaldson Law Clerk Services  - Molly Reynolds - Nortel - Court File No. 09-CL-7950 - Disbursments - |
|  |  |  | **$ 212.40** |  |
| 376 | Meals | 05/11/2013 | 24.98 | Meals  Block, Sheila R.; Dinner Dinner at the Chicago Airport |
| 376 | Meals | 06/11/2013 | 21.05 | Meals  Block, Sheila R.; Hotel - Breakfast breakfast at hotel on Nov. 6/13 prior to deposition. |
| 376 | Meals | 11/11/2013 | 15.90 | Meals  Che, Eliot; Dinner assisting with preparation for deposition on Sunday |
| 376 | Meals | 14/11/2013 | 9.41 | Meals  Caron, Sylvie; Meals Other Overtime |
| 807 | Meals | 07/11/2013 | 68.09 | Meals  Meals- Lunch (3)  Oct 30 2013, A. Slavens (McEwa |
| 807 | Meals | 07/11/2013 | 41.05 | Meals  Meals- Dinner (2)  Oct 29 2013, A. Slavens (O&B) |
| 807 | Meals | 22/11/2013 | 79.60 | Meals  Meals- Lunch (2)  Nov 01 2013, A. Slavens (McEwa |
| 807 | Meals | 22/11/2013 | 75.76 | Meals  Meals- Lunch (2)  Nov 06 2013, A. Slavens (McEwa |
| 807 | Meals | 22/11/2013 | 40.74 | Meals  Meals- Lunch (2)  Oct 31 2013, A. Slavens (O&B) |
| 807 | Meals | 26/11/2013 | 34.29 | Meals  Meals- Lunch (2)  Nov 08 2013, A. Slavens (Corp. |
| 4203 | Meals - Seamless | 06/11/2013 | 16.89 | Meals - Seamless   JLeader:Dig Inn Seasonal Mar, 06/11/13, 1579794 |
|  |  |  | **$ 427.76** |  |
| 399 | Process Servers | 25/11/2013 | 115.08 | Process Servers - - VENDOR: Donaldson Law Clerk Services  - Molly Reynolds - Nortel - Court File No. 09-CL-7950 - |
| 399 | Process Servers | 25/11/2013 | 105.49 | Process Servers - - VENDOR: Donaldson Law Clerk Services  - Molly Reynolds - Nortel - Court File No. 09-CL-7950 - |
|  |  |  | **$ 220.57** |  |

**Nortel**
**November 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 800 | Telephone Call | 08/11/2013 | 0.14 | Telephone Call 12122252253 - New York, NY - Time: 15:34 - Dur: 2.63 |
| 800 | Telephone Call | 10/11/2013 | 0.10 | Telephone Call 14103538653 - Annapolis, MD - Time: 20:48 - Dur: 1.88 |
| 800 | Telephone Call | 21/11/2013 | 0.72 | Telephone Call 12122252972 - New York, NY - Time: 15:10 - Dur: 14.60 |
| 800 | Telephone Call | 25/11/2013 | 0.10 | Telephone Call 12122252452 - New York, NY - Time: 18:37 - Dur: 1.67 |
| 800 | Telephone Call | 25/11/2013 | 0.05 | Telephone Call 12122252679 - New York, NY - Time: 21:02 - Dur: 0.30 |
| 4800 | Telephone | 06/11/2013 | 0.10 | Telephone 13026589200 - Wilmington, DE - Time: 12:02 - Dur: 3.98 |
| 4800 | Telephone | 19/11/2013 | 0.13 | Telephone 13026589200 - Wilmington, DE - Time: 11:14 - Dur: 4.60 |
| 4800 | Telephone | 26/11/2013 | 0.05 | Telephone 13026589200 - Wilmington, DE - Time: 15:35 - Dur: 1.38 |
| | | | $ 1.39 | |
| 801 | Copies | 01/11/2013 | 6.90 | Copies |
| 801 | Copies | 01/11/2013 | 2.50 | Copies |
| 801 | Copies | 03/11/2013 | 79.80 | Copies |
| 801 | Copies | 04/11/2013 | 3.80 | Copies |
| 801 | Copies | 04/11/2013 | 222.60 | Copies |
| 801 | Copies | 05/11/2013 | 74.20 | Copies |
| 801 | Copies | 06/11/2013 | 22.00 | Copies |
| 801 | Copies | 06/11/2013 | 30.40 | Copies |
| 801 | Copies | 07/11/2013 | 1.70 | Copies |
| 801 | Copies | 08/11/2013 | 8.50 | Copies |
| 801 | Copies | 08/11/2013 | 69.10 | Copies |
| 801 | Copies | 12/11/2013 | 9.70 | Copies |
| 801 | Copies | 14/11/2013 | 24.20 | Copies |
| 801 | Copies | 14/11/2013 | 21.30 | Copies |
| 801 | Copies | 14/11/2013 | 319.20 | Copies |
| 801 | Copies | 14/11/2013 | 0.50 | Copies |
| 801 | Copies | 14/11/2013 | 88.20 | Copies |
| 801 | Copies | 15/11/2013 | 113.00 | Copies |
| 801 | Copies | 25/11/2013 | 3.30 | Copies |
| 801 | Copies | 26/11/2013 | 8.20 | Copies |
| 808 | Laser Printing | 01/11/2013 | 0.90 | Laser Printing |
| 808 | Laser Printing | 01/11/2013 | 0.90 | Laser Printing |
| 808 | Laser Printing | 01/11/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 01/11/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 01/11/2013 | 3.40 | Laser Printing |
| 808 | Laser Printing | 01/11/2013 | 1.90 | Laser Printing |
| 808 | Laser Printing | 02/11/2013 | 42.40 | Laser Printing |
| 808 | Laser Printing | 03/11/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 03/11/2013 | 20.10 | Laser Printing |
| 808 | Laser Printing | 03/11/2013 | 392.90 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 1.00 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 6.50 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 2.50 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 7.10 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 1.80 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 215.20 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 6.80 | Laser Printing |
| 808 | Laser Printing | 04/11/2013 | 1.40 | Laser Printing |
| 808 | Laser Printing | 05/11/2013 | 10.20 | Laser Printing |
| 808 | Laser Printing | 05/11/2013 | 11.30 | Laser Printing |
| 808 | Laser Printing | 05/11/2013 | 19.80 | Laser Printing |
| 808 | Laser Printing | 05/11/2013 | 121.40 | Laser Printing |

**Nortel**
**November 2013 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 05/11/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 06/11/2013 | 1.00 | Laser Printing |
| 808 Laser Printing | 06/11/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 06/11/2013 | 74.50 | Laser Printing |
| 808 Laser Printing | 06/11/2013 | 186.70 | Laser Printing |
| 808 Laser Printing | 06/11/2013 | 274.00 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 2.70 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 0.50 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 2.60 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 10.10 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 26.50 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 1.60 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 10.10 | Laser Printing |
| 808 Laser Printing | 07/11/2013 | 10.00 | Laser Printing |
| 808 Laser Printing | 08/11/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 08/11/2013 | 12.80 | Laser Printing |
| 808 Laser Printing | 08/11/2013 | 17.30 | Laser Printing |
| 808 Laser Printing | 08/11/2013 | 42.40 | Laser Printing |
| 808 Laser Printing | 08/11/2013 | 39.00 | Laser Printing |
| 808 Laser Printing | 08/11/2013 | 146.60 | Laser Printing |
| 808 Laser Printing | 11/11/2013 | 15.20 | Laser Printing |
| 808 Laser Printing | 11/11/2013 | 2.90 | Laser Printing |
| 808 Laser Printing | 11/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 15.70 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 2.40 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 12.40 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 51.00 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 13/11/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 13.60 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 18.80 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 6.50 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 6.10 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 14/11/2013 | 12.40 | Laser Printing |
| 808 Laser Printing | 15/11/2013 | 10.50 | Laser Printing |
| 808 Laser Printing | 15/11/2013 | 7.10 | Laser Printing |
| 808 Laser Printing | 18/11/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 18/11/2013 | 11.90 | Laser Printing |
| 808 Laser Printing | 18/11/2013 | 8.50 | Laser Printing |
| 808 Laser Printing | 18/11/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 19/11/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 19/11/2013 | 13.10 | Laser Printing |
| 808 Laser Printing | 19/11/2013 | 19.60 | Laser Printing |
| 808 Laser Printing | 19/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 20/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 20/11/2013 | 10.10 | Laser Printing |
| 808 Laser Printing | 21/11/2013 | 1.50 | Laser Printing |
| 808 Laser Printing | 21/11/2013 | 4.70 | Laser Printing |
| 808 Laser Printing | 21/11/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 22/11/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 22/11/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 3.40 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 356.50 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 109.40 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 5.10 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 46.50 | Laser Printing |
| 808 Laser Printing | 25/11/2013 | 145.50 | Laser Printing |
| 808 Laser Printing | 26/11/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 26/11/2013 | 20.20 | Laser Printing |

**Nortel**
**November 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 26/11/2013 | 9.50 | Laser Printing |
| 808 Laser Printing | 26/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 26/11/2013 | 0.10 | Laser Printing |
| 808 Laser Printing | 27/11/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 27/11/2013 | 4.40 | Laser Printing |
| 808 Laser Printing | 28/11/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 28/11/2013 | 6.40 | Laser Printing |
| 808 Laser Printing | 28/11/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 29/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 29/11/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 29/11/2013 | 30.70 | Laser Printing |
| 808 Laser Printing | 29/11/2013 | 2.40 | Laser Printing |
| 808 Laser Printing | 29/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 05/11/2013 | 2.70 | Laser Printing |
| 4808 Laser Printing | 05/11/2013 | 3.30 | Laser Printing |
| 4808 Laser Printing | 06/11/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 06/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 06/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 06/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 08/11/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.90 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 1.10 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 11/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 12/11/2013 | 14.50 | Laser Printing |
| 4808 Laser Printing | 12/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/11/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.40 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 1.10 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 15/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 19/11/2013 | 3.40 | Laser Printing |
| 4808 Laser Printing | 19/11/2013 | 2.40 | Laser Printing |
| 4808 Laser Printing | 20/11/2013 | 2.80 | Laser Printing |
| 4808 Laser Printing | 22/11/2013 | 2.80 | Laser Printing |
| 4808 Laser Printing | 22/11/2013 | 2.80 | Laser Printing |
| 4808 Laser Printing | 25/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 25/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 25/11/2013 | 0.10 | Laser Printing |

**Nortel**
**November 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 4808 Laser Printing | | 25/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 25/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 26/11/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | | 26/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | | 26/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | | 27/11/2013 | 1.00 | Laser Printing |
| | | | **$ 3,897.90** | |
| 811 Binding Charges | | 06/11/2013 | **$ 57.54** | Binding Charges Nov-06-13, M Bojovic, Binding Charges, x20, EB, x2 |
| 821 Production Printing | | 27/11/2013 | 418.60 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets ; setting stamps and document labels; Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets |
| 821 Production Printing | | 30/11/2013 | 63.56 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets ; setting stamps and document labels; Production Printing printing a production set and its related list; printing privileged documents and/or redacted pr oductions; tabbing or inserting separator sheets |
| 839 LTS Laser Printing | | 27/11/2013 | 1,793.04 | LTS Laser Printing printing images and/or transcripts from the data base; LTS Laser Printing printing images and/or transcripts from the data base; |
| 839 LTS Laser Printing | | 30/11/2013 | 629.86 | LTS Laser Printing printing images and/or transcripts from the data base; LTS Laser Printing printing images and/or transcripts from the data base; |
| | | | **$ 2,905.06** | |
| 822 Courier | | 06/11/2013 | 61.77 | Courier 79 Wellington Street West,Invoice # 58539, 333 Bay St,Goodmans Llp, Room w-5,5,0 |
| 822 Courier | | 07/11/2013 | 6.71 | Courier 79 Wellington Street West,Invoice # 58539, 333 Bay St,Goodmans LLP, tee,1,0 |
| 822 Courier | | 08/11/2013 | 87.23 | Courier 79 Wellington Street West,Invoice # 58539, 333 Bay St,Goodmans, Ade M,2,0 |
| 822 Courier | | 08/11/2013 | 83.44 | Courier 79 Wellington Street West,Invoice # 58539, 333 Bay St,Goodmans, Room W3,5,0 |
| 822 Courier | | 12/11/2013 | 63.39 | Courier |

| | | | |
|---|---|---:|---|
| 822 Courier | 12/11/2013 | 6.71 | Courier<br>79 Wellington Street West,Invoice # 58631,<br>333 Bay St,Goodmans Llp,<br>Matt,7,0 |
| 822 Courier | 12/11/2013 | 6.71 | Courier<br>79 Wellington Street West,Invoice # 58631,<br>333 Bay St,Goodmans,<br>m gurgel,1,0 |
| 822 Courier | 12/11/2013 | 6.71 | Courier<br>79 Wellington Street West,Invoice # 58631,<br>333 Bay St,Goodmans,<br>ibra,1,0 |
| 822 Courier | 19/11/2013 | 65.56 | Courier<br>79 Wellington Street West,Invoice # 58686,<br>333 Bay St,Goodmans,<br>Room W3,3,0 |
| 822 Courier | 25/11/2013 | 141.96 | Courier<br>79 Wellington Street West,Invoice # 58737,<br>333 Bay St,Goodmans,<br>Room w1,11,0 |
| 822 Courier | 26/11/2013 | 6.71 | Courier<br>79 Wellington Street West,Invoice # 58737,<br>333 Bay St,Goodmans,<br>Tee,1,0 |
| 822 Courier | 27/11/2013 | 105.77 | Courier<br>From One Libert Plaza, to Cleary Gottlieb, 79 WELLINGTON ST WEST, Ref#100323 |
| 822 Courier | 29/11/2013 | 28.54 | Courier<br>From One Libert Plaza, to Cleary Gottlieb, 79 WELLINGTON ST WEST, Ref#100323 |
| | | **$ 664.50** | |
| 826 Data/Project Management | 27/11/2013 | 45.55 | Data/Project Management creation of databases; performing data revision s and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc.<br>Data/Project Management<br>creation of databases; performing data revision s and image redactions; quality control; parent/ attachment breakouts and merges; global replaces |
| 826 Data/Project Management | 30/11/2013 | 44.73 | Data/Project Management creation of databases; performing data revision s and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc.<br>Data/Project Management<br>creation of databases; performing data revision s and image redactions; quality control; parent/ attachment breakouts and merges; global replaces |
| 834 E-Discovery Data Management | 27/11/2013 | 1,160.39 | E-Discovery Data Management involves data manipulation, (i.e. processing Exc el spreadsheets), dealing with password protecti on and similar tasks;<br>E-Discovery Data Management<br>involves data manipulation, (i.e. processing Exc el spreadsheets), dealing with password protecti on and similar tasks; |
| | | **$ 1,250.67** | |
| 836 E-Discovery Consulting | 27/11/2013 | **$ 201.39** | E-Discovery Consulting e-discovery project consulting;<br>E-Discovery Consulting<br>e-discovery project consulting; |
| 885 On Line Research Charges - Quicklaw | 01/11/2013 | 2.88 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 01/11/2013 | 53.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 05/11/2013 | 195.64 | On Line Research Charges -WestlaweCarswell Incl. |

**Nortel**
**November 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 887 On Line Research Charges -WestlaweCarswell Incl. | 07/11/2013 | 23.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 11/11/2013 | 92.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 20/11/2013 | 3.84 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 371.14** | |
| Overtime | 06/11/2013 | 50.00 | Secretarial Support |
| Secr. Support-Nights | 08/11/2013 | 150.00 | Secretarial Support |
| | | **$ 200.00** | |
| | | **$ 10,886.94** | |