IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12844 & 12846** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 17, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
17th day of January, 2014

Notary Public

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
In re:                                    |    Chapter 11
                                          |
NORTEL NETWORKS INC., et al.,             |    Case No. 09-10138 (KG)
                                          |
                    Debtors.              |    Jointly Administered
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  BLANKENSHIP, RICHARD L.
             1841 BEARBERRY CIR APT 202
             LUTZ, FL 33559-8774
```

Please note that your claim # 7285 in the above referenced case and in the amount of
    $48,000.01 has been transferred **(unless previously expunged by court order)** to:

```
        LIQUIDITY SOLUTIONS, INC.
        TRANSFEROR: BLANKENSHIP, RICHARD L.
        ONE UNIVERSITY PLAZA
        SUITE 312
        HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12844      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/17/2014                          David D. Bird, Clerk of Court


                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 17, 2014.
```

# EXHIBIT B

TIME: 17:16:45
DATE: 01/17/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BLANKENSHIP, RICHARD L. | 1841 BEARBERRY CIR APT 202 LUTZ FL 33559-8774 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: NATHANSON JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BLANKENSHIP, RICHARD L. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| NATHANSON | NATHANSON AND COMPANY 10 MINUTE MAN HILL WESTPORT CT 06880 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006