UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
    :  Chapter 11
In re:  :
    :  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]  :  Jointly Administered
    :
        Debtors.  :  **Related Docket No. 12478**
    :  **Hearing Date: TBD**
------------------------------------------------------------x

# AMENDED[2] NINTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD AUGUST 1, 2013 THROUGH OCTOBER 31, 2013

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), McCarter & English LLP ("McCarter & English") hereby submits its Amended Ninth Quarterly Fee Application Request (the "Request") for the period August 1, 2013, through and including October 31, 2013[3] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] This Amended Quarterly Fee Application Request is filed in response to the Fee Examiner's Preliminary Report Regarding Ninth Quarterly Fee Application of McCarter English, LLP and several errors contained within it.

[3] Exhibits A and B attached to the monthly applications (D.I. Nos. 11576, 12110 and 12419) contain detailed listing of McCarter & English's requested fees and expenses to the Application Periods.

ME1 16787315v.1

McCarter & English seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 9/11/2013 #11576 | 8/1/2013-8/31/2013 | $6,324.50 | $551.71 | 10/4/2013 #11814 | $5,059.60 | $551.71 | $1,264.90 |
| 10/7/2013 #12110 | 9/1/2013-9/30/2013 | $1,643.00 | $203.51 | 11/15/2013 #12400 | $1,314.40 | $203.51 | $328.60 |
| 11/19/2013 #12419 | 10/1/2013-10/31/2013 | $2,092.00 | $15.36 | TBD OBJ DL: 12-10-2013 | $1,673.60 | $15.36 | $418.40 |
| **Total** | | **$10,059.50** | **$770.58** | | **$8,047.60** | **$770.58** | **$2,011.90** |

In accordance with the Monthly Compensation Order, McCarter & English seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, McCarter & English respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant McCarter & English such other and further relief as is just and proper.

Dated: January 22, 2014
    Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

2

ME1 16787315v.1

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | $525.00 | 9.80 | $5,145.00 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy and Restructuring | $325.00 | 1.20 | $390.00 |
| SCHIERBAUM, JARED F. | Paralegal, Bankruptcy and Restructuring | $215.00 | 20.70 | $4,450.50 |
| HALLMAN, SHARYN | Paralegal, Temp | $185.00 | .40 | $74.00 |
| **TOTAL:** | | | **32.10** | **$10,059.50** |
| | *Blended Rate* | **$313.38** | | |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

| | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| D24 | CASE ADMINISTRATION | 18.90 | $5,280.50 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 7.90 | $1,996.50 |
| D47 | FEE APPLICATIONS – OTHERS | 5.30 | $2,782.50 |
| | TOTAL: | 32.1 | $10,059.50 |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| PHOTOCOPIES | $312.90 |
| POSTAGE | $144.17 |
| FILING FEES-MISC. | $3.00 |
| SERVICES | $137.00 |
| FEDERAL EXPRESS | $173.51 |
| **TOTAL:** | **$770.58** |

ME1 16787315v.1