# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:   Jointly Administered
Debtors.                                         :
:   **Re: D.I. 12522**
:
---------------------------------------------------------X

## NOTICE OF FILING OF PROPOSED JOINT TRIAL PROTOCOL

PLEASE TAKE NOTICE that pursuant to the *Order Amending Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims* (the "Order") [D.I. 12522] approved in the above-captioned cases,[2] and in connection with the joint pre-trial conference scheduled for January 29, 2014 at 10:00 a.m. (ET), Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "US Debtors") have filed the Proposed Joint Trial Protocol (the "Proposed Trial Protocol") attached hereto as **Exhibit A**.[3]

PLEASE TAKE FURTHER NOTICE that the Proposed Trial Protocol is the product of the Core Parties' efforts during the past month in which they have had many telephonic conferences, conducted an in-person meet and confer, and exchanged numerous

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Order.

[3] The January 20, 2014 deadline for Core Parties to submit trial proposals to the Courts was extended pursuant to paragraph 5 of the Order to January 23, 2014.

drafts, the result of which is nearly universal agreement on a Proposed Trial Protocol governing both pre-trial and trial issues. With two exceptions, discussed below, the Proposed Trial Protocol has the endorsement of all of the Core Parties and is being concurrently submitted to the Court and the Ontario Superior Court of Justice (collectively, the "Courts") for consideration at the upcoming joint pre-trial conference scheduled for January 29, 2014.

    PLEASE TAKE FURTHER NOTICE that the first open issue with regard to the Proposed Trial Protocol pertains to the apportionment of the 20 scheduled joint trial days. The EMEA Claimants support the Proposed Trial Protocol and the timetable incorporated in it but are requesting that the Courts give consideration to devoting the 20 scheduled joint trial days primarily to Allocation and that the Canadian Court schedule an additional week of hearings, to follow as soon as possible after the 20 joint trial days, for arguments and evidence relevant only to the EMEA Claimants' claims against the Canadian Debtors.

    PLEASE TAKE FURTHER NOTICE that the UK Pension Claimants support the separate litigations dealing with Allocation issues and Claims issues. Their position, which is set forth more fully in a separate submission filed today, is that the separation of the trials has already been ordered by the Courts and that all Core Parties and the Courts should continue to recognize such Orders. However, the UK Pension Claimants have invested significant time and effort in this Proposed Trial Protocol and agree that even if such confirmation is provided, this Proposed Trial Protocol still would govern nearly the entirety of the proceedings. In the event such confirmation is not provided and there is a joint trial concurrently of Allocation and Claims issues, the UK Pension Claimants agree that this Proposed Trial Protocol should govern, subject to the reservation of rights set forth in their submission.

    PLEASE TAKE FURTHER NOTICE that the only other issue with regard to the

Proposed Trial Protocol concerns footnote one of the Protocol, to which the Canadian Creditors Committee ("CCC") alone objects. The Bondholder Allocation Group has an economic interest distinct from the US Allocation Group, the Canadian Allocation Group and the EMEA Allocation Group and, therefore, the Litigation Timetable entered by the Courts expressly recognized the Bondholder Allocation Group as a distinct allocation group separate from either of the US Allocation Group or the Canadian Allocation Group. Because the Bondholder Allocation Group anticipates collaborating with the US Allocation Group prior to and at trial, the Bondholder Allocation Group has agreed to forego requesting an allocation of time consistent with the other allocation groups at trial separate and distinct from the US Allocation Group, as would otherwise be its right. However, footnote one provides the Bondholder Allocation Group and the US Allocation Group with critical protection that in the event of disagreement between them, they may petition the Courts upon a showing of good cause for the Bondholder Allocation Group to have its own allocation of time at trial for witness examinations. This right to petition the Courts upon a showing a good cause is a material aspect to the entire Proposed Trial Protocol, without which the Bondholder Allocation Group would have insisted on a distinct allocation of time it believes it is due as a separate allocation group. Every Core Party other than the CCC has agreed to this reservation of rights. The CCC has demanded that even though it is part of the Canadian Allocation Group – and its economic interest is completely aligned with the other members of the Canadian Allocation Group – it be granted the same reservation of rights so that it can seek an additional allocation of time to present separate theories in support of maximizing recovery on behalf of the Canadian Allocation Group. The CCC also objects to the allocation of 15 minutes for the Bondholder Allocation Group to make an opening statement and closing arguments. No other Core Party has expressed support for the CCC's position, and

unless footnote one is approved as written, the US Allocation Group and the Bondholder Allocation Group would not support the Proposed Trial Protocol in its present form given its inter-relationship to the rest of the Proposed Trial Protocol.

PLEASE TAKE FURTHER NOTICE that the Proposed Trial Protocol defers certain aspects of the trial procedures (such as the specific allocation of trial time among the Core Parties) for further negotiation among the Core Parties on an agreed-upon timetable and, accordingly, the Proposed Trial Protocol requests that the Courts schedule the next pre-trial conference for the week of March 10, 2014 to further address trial procedures.

PLEASE TAKE FURTHER NOTICE that in addition to the Proposed Trial Protocol, the US Debtors respectfully request an opportunity at the scheduled joint pre-trial conference to discuss with the Courts other aspects of the upcoming joint trial, including logistical and technological details.

Dated: January 24, 2014
         Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*

5