**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
            Debtors. : Jointly Administered
:
:
: Re: D.I. 12863
------------------------------------------------------------X

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on January 24, 2014, a copy of the **Notice of Filing of Proposed Joint Trial Protocol** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 24, 2014

                      James L. Bromley (admitted *pro hac vice*)
                      Lisa M. Schweitzer (admitted *pro hac vice*)
                      One Liberty Plaza
                      New York, New York 10006
                      Telephone:  (212) 225-2000
                      Facsimile:  (212) 225-3999

                      - and -

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Ann C. Cordo*
                      Eric D. Schwartz (No. 3134)
                      Derek C. Abbott (No. 3376)
                      Ann C. Cordo (No. 4817)
                      Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

       1201 North Market Street, 18th Floor
       Wilmington, DE  19899-1347
       Telephone:  (302) 658-9200
       Facsimile:  (302) 425-4663

       *Counsel for the Debtors and Debtors in Possession*

7634704.6