IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Pre-Trial Conference to be held January 29, 2014 |

NOTICE OF FILING OF THE PROPOSED JOINT TRIAL PROTOCOL
OF THE MONITOR AND CANADIAN DEBTORS
IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases [Dkt. No. 990] on January 24, 2013, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), by its undersigned counsel filed in the above-captioned cases a copy of the proposed joint trial protocol (the "**Proposed Protocol**") and covering submission (together with the Proposed Protocol, the "**Canadian Submission**") filed by the Monitor and the Canadian Debtors in the Canadian Proceedings on January 24, 2014. The Proposed Protocol filed by the Monitor and the Canadian Debtors in the Canadian Proceedings is identical to the form of proposed protocol filed by the US Debtors in these cases on the date hereof [Dkt. No. 12863].

**PLEASE TAKE FURTHER NOTICE** that a copy of the Canadian Submission is attached hereto as Exhibit A.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (together, the "**US Debtors**").

Dated: January 24, 2014
Wilmington, Delaware

         **BUCHANAN INGERSOLL & ROONEY PC**

         /s/  Kathleen A. Murphy
         Mary F. Caloway (No. 3059)
         Kathleen A Murphy (No. 5215)
         1105 North Market Street, Suite 1900
         Wilmington, Delaware 19801
         (302) 552-4200 (telephone)
         (302) 552-4295 (facsimile)
         mary.caloway@bipc.com
         kathleen.murphy@bipc.com

         -and-

         **ALLEN & OVERY LLP**

         Ken Coleman
         Daniel Guyder
         Paul Keller
         Laura Hall
         1221 Avenue of the Americas
         New York, NY  10020
         (212) 610-6300 (telephone)
         (212) 610-6399 (facsimile)
         ken.coleman@allenovery.com
         daniel.guyder@allenovery.com
         paul.keller@allenovery.com
         laura.hall@allenovery.com

         *Attorneys for Ernst & Young Inc., as Monitor*
         *and Foreign Representative of the Canadian Nortel*
         *Debtors*