# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------
|                              |   |                          |
|------------------------------|---|--------------------------|
| In re                        | : | Chapter 11               |
|                              | : |                          |
|                              | : | Case No. 09-10138 (KG)   |
| Nortel Networks Inc., *et al.*,[1] | : |                    |
|                              | : | Jointly Administered     |
| Debtors.                     | : |                          |
|                              | : |                          |
---------------------------------------------------

**NOTICE OF FILING OF COURTESY COPY PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF A DOCUMENT FILED IN THE CANADIAN PROCEEDINGS BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND**

PLEASE TAKE NOTICE that pursuant to section 12(d) of the *Cross-Border Insolvency Protocol* [D.I. 990], approved in the above-captioned cases, and in connection with the joint trial scheduled to commence on May 12, 2014, the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") have filed in the above-captioned cases a courtesy copy of the Submissions of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund on the Trial Protocol, attached hereto as Exhibit A, which was submitted by the U.K. Pension Claimants in the proceedings pending before the Ontario Superior Court of Justice (Commercial List) on January 24, 2014.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

{BAY:02439501v1}

Dated: January 24, 2014
      Wilmington, Delaware

                                BAYARD, P.A.

                                */s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
        jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*