Joanne Merrill
Ponfield Road West
Forest Hill, MD  21050
410-420-1782(h)  301-980-4111(c)

Nortel Networks Inc. Bankruptcy case 09-10138
Creditor: Albert G Merrill III (Deceased)
January 15, 2014

FILED

'14 JAN 23  PM 11: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Delaware Bankruptcy Court
824 N. Market Street
Third Floor
Wilmington, DE 19801

Hello,

I am a claimant in the Nortel Networks Inc. Bankruptcy case 09-10138, Creditor: Albert G
Merrill III (Deceased).  I understand the case has essentially closed and each claim is being
reviewed for payout.  While looking through my paperwork, it appears I still have a duplicate
claim. Each claim is for a different amount, which is perhaps why the duplicity was not
identified and deleted.

 The **correct** claim number is 2989 in the amount of $7259.39 received by the court on
9/14/2009.  The claim that should be deleted is 1431 for 3787.81 received by the court on
6/22/2009.  Please advise how to remedy the removal of the incorrect claim. Also, I would
appreciate any information or update on the status of the claim.

Thank you,

Joanne Merrill
Surviving Spouse of Albert G Merrill III