# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       : Case No. 09-10138 (KG)
:
         Debtors.  : Jointly Administered
:
:
: **Re: D.I. 12862**
---------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on January 27, 2014, a copy of the **Order Modifying the Engagement of Ernst & Young LLP** *Nunc Pro Tunc* **to December 30, 2013** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 27, 2014      CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE               James L. Bromley (admitted *pro hac vice*)
                                Lisa M. Schweitzer (admitted *pro hac vice*)
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone: (212) 225-2000
                                Facsimile: (212) 225-3999

                                - and -

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Tamara K. Minott*
                                Eric D. Schwartz (No. 3134)
                                Derek C. Abbott (No. 3376)
                                Ann C. Cordo (No. 4817)
                                Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

        1201 North Market Street, 18th Floor
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7641850.5