**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------X

**OMNIBUS HEARING ORDER**

      **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| April 8, 2014 | 10:00 a.m. (Eastern Time) |
| April 22, 2014 | 10:00 a.m. (Eastern Time) |
| June 10, 2014 | 10:00 a.m. (Eastern Time) |
| June 24, 2014 | 10:00 a.m. (Eastern Time) |
| July 8, 2014 | 10:00 a.m. (Eastern Time) |
| July 22, 2014 | 10:00 a.m. (Eastern Time) |
| August 12, 2014 | 10:00 a.m. (Eastern Time) |
| September 9, 2014 | 10:00 a.m. (Eastern Time) |
| September 23, 2014 | 10:00 a.m. (Eastern Time) |
| October 7, 2014 | 10:00 a.m. (Eastern Time) |
| October 21, 2014 | 10:00 a.m. (Eastern Time) |
| November 4, 2014 | 10:00 a.m. (Eastern Time) |
| November 18, 2014 | 10:00 a.m. (Eastern Time) |
| December 2, 2014 | 10:00 a.m. (Eastern Time) |
| December 16, 2014 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
      _____, 2014

      The Honorable Kevin Gross
      Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.