**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **27 January 2014**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **359760**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 85,688.50 |
| For the period to 31 December 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 57.18 |
| **Disbursements:** (NT) | | | |
| Search Fees | 0.00 | 0.00 | 42.00 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 109.09 |
| | 0.00 | | 85,896.77 |
| | | VAT | 0.00 |
| | | Total | 85,896.77 |
| | | **Balance Due** | **85,896.77** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 359760 when settling this invoice
**Payment Terms:** 21 days

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised
and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional
qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in
relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group
has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc

Re: BANKRUPTCY

GDB/GDB/CCN01.00001

For the period: to 31/12/2013

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.50 | 400.00 | (C0003) |
| | | 0.30 | 240.00 | (C0009) |
| | | 1.40 | 1,120.00 | (C0029) |
| | | **2.20** | **1,760.00** | |
| Partner: | Angela Pearson | 0.80 | 572.00 | (C0002) |
| | | 0.50 | 357.50 | (C0007) |
| | | 5.30 | 3,789.50 | (C0029) |
| | | **6.60** | **4,719.00** | |
| Partner: | Marcus Fink | 6.60 | 4,554.00 | (C0019) |
| | | **6.60** | **4,554.00** | |
| Professional Development: | Inga West | 0.70 | 385.00 | (C0019) |
| | | **0.70** | **385.00** | |
| Senior Associate | Antonia Croke | 0.80 | 416.00 | (C0002) |
| | | 2.40 | 1,248.00 | (C0003) |
| | | 2.70 | 1,404.00 | (C0007) |
| | | 0.40 | 208.00 | (C0009) |
| | | 0.60 | 312.00 | (C0014) |
| | | 23.80 | 12,376.00 | (C0019) |
| | | 55.50 | 28,860.00 | (C0029) |
| | | **86.20** | **44,824.00** | |
| Associate | Andy Wright | 3.50 | 1,522.50 | (C0019) |
| | | **3.50** | **1,522.50** | |
| Associate | Lucinda Hill | 35.50 | 14,377.50 | (C0029) |
| | | **35.50** | **14,377.50** | |
| Junior Associate | Sophie Law | 5.70 | 1,852.50 | (C0003) |
| | | 2.40 | 780.00 | (C0007) |
| | | 0.60 | 195.00 | (C0019) |
| | | 3.40 | 1,105.00 | (C0029) |
| | | **12.10** | **3,932.50** | |
| Trainee | Annie Morrin | 3.00 | 570.00 | (C0002) |
| | | 0.80 | 152.00 | (C0003) |
| | | 2.40 | 456.00 | (C0007) |
| | | 9.80 | 1,862.00 | (C0019) |
| | | 32.10 | 6,099.00 | (C0029) |
| | | **48.10** | **9,139.00** | |

| | | | | |
|---|---|---|---|---|
| Trainee | Emma James | 2.50 | 475.00 | (C0029) |
| | | 2.50 | 475.00 | |
| | **TOTAL** | **204.00** | **85,688.50** | |



The Official Unsecured Creditors Committee for Nortel Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2013

**Matter: CCN01.00001 – BANKRUPTCY**

| <u>C0002</u> | <u>General Case Administration</u> | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.80 | 715.00 | 572.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.80 | 520.00 | 416.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 3.00 | 190.00 | 570.00 |
| | | | Total | **1,558.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0002**</u>        <u>**General Case Administration**</u>

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2013 | Annie Morrin | MISC | Collating deposition exhibits. | 0.20 | 190.00 | 38.00 |
| 02/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 03/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 03/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 03/12/2013 | Annie Morrin | MISC | Collating deposition exhibits | 0.20 | 190.00 | 38.00 |
| 04/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 10/12/2013 | Annie Morrin | MISC | Locating the contact details of Ashurst Rome fee earners. | 0.20 | 190.00 | 38.00 |
| 10/12/2013 | Annie Morrin | MISC | Locating the official Nortel contacts list | 0.60 | 190.00 | 114.00 |
| 10/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 11/12/2013 | Annie Morrin | MISC | Collating deposition exhibits | 0.40 | 190.00 | 76.00 |
| 12/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.20 | 190.00 | 38.00 |
| 12/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 16/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.20 | 190.00 | 38.00 |
| 17/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 18/12/2013 | Antonia Croke | INTD | Confer AMP re wrap up issues | 0.80 | 520.00 | 416.00 |
| 18/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.10 | 190.00 | 19.00 |
| 18/12/2013 | Angela Pearson | INTD | Meeting with ACROKE re: wrap up | 0.80 | 715.00 | 572.00 |
| 20/12/2013 | Annie Morrin | MISC | Collating deposition summaries | 0.20 | 190.00 | 38.00 |

|  |  |  |  |  |  | 1,558.00 |
|---|---|---|---|---|---|---|

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0003**</u>     <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.50 | 800.00 | 400.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.40 | 520.00 | 1,248.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 5.70 | 325.00 | 1,852.50 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 0.80 | 190.00 | 152.00 |
| | | | Total | **3,652.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003**    **Ashurst Fee Application/Monthly Billing Reports**

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2013 | Antonia Croke | LETT | Emails re interim fee order and exchange rates | 0.40 | 520.00 | 208.00 |
| 02/12/2013 | Sophie Law | LETT | Emails ACROKE, Dentons and Barbara Witter re interim application order; amend order re exchange rates | 0.50 | 325.00 | 162.50 |
| 02/12/2013 | Sophie Law | LETT | Further emails B Witters re interim fee order, checking and confirming relevant exchange rates | 0.30 | 325.00 | 97.50 |
| 02/12/2013 | Sophie Law | DRFT | Prepare internal Ashurst guidance re fees per Fee Examiner report | 0.50 | 325.00 | 162.50 |
| 03/12/2013 | Antonia Croke | READ | Review phase codes and process for Ashurst fee app | 0.20 | 520.00 | 104.00 |
| 03/12/2013 | Annie Morrin | READ | Reading an email and guidance explaining task codes for Ashurst fee applications. | 0.20 | 190.00 | 38.00 |
| 03/12/2013 | Annie Morrin | MISC | Updating a table which allocates witnesses to pensions and non-pensions groups for the purposes of fee apps. | 0.50 | 190.00 | 95.00 |
| 03/12/2013 | Giles Boothman | READ | Read emails re fee arrangements | 0.50 | 800.00 | 400.00 |
| 05/12/2013 | Antonia Croke | LETT | Emails AMP and SLAW re Ash WIP | 0.10 | 520.00 | 52.00 |
| 05/12/2013 | Sophie Law | LETT | Emails ACROKE and Steve Gibson re November WIP | 0.10 | 325.00 | 32.50 |
| 09/12/2013 | Sophie Law | LETT | Email Brad Kahn at Akin re November fee/expenses estimates | 0.20 | 325.00 | 65.00 |
| 10/12/2013 | Annie Morrin | MISC | Updating a table which reflects whether witnesses relate to pensions or not for fee apps. | 0.10 | 190.00 | 19.00 |
| 12/12/2013 | Antonia Croke | LETT | Review emails Re: Nortel - CNO - Obj deadlines | 0.10 | 520.00 | 52.00 |
| 16/12/2013 | Antonia Croke | LETT | Review emails Re: Nortel - CNO - Obj deadlines | 0.10 | 520.00 | 52.00 |
| 17/12/2013 | Sophie Law | READ | Start November fee application | 0.20 | 325.00 | 65.00 |
| 18/12/2013 | Antonia Croke | INTD | Confer SLAW re Ashurst fees | 0.10 | 520.00 | 52.00 |
| 18/12/2013 | Antonia Croke | LETT | Emails re Ashurst fees | 0.10 | 520.00 | 52.00 |
| 18/12/2013 | Sophie Law | MISC | Review Ashurst's invoice re November fee application | 1.20 | 325.00 | 390.00 |
| 20/12/2013 | Antonia Croke | LETT | Emails re Ashurst fee app | 0.10 | 520.00 | 52.00 |
| 20/12/2013 | Sophie Law | MISC | Review Ashurst bill, to Steve Gibson for processing; prepare fee application, finalise and send to Akin Gump | 2.70 | 325.00 | 877.50 |
| 23/12/2013 | Antonia Croke | LETT | Review email from Edinger, Lindsey A.  Re: Ashurst fee app | 0.10 | 520.00 | 52.00 |
| 30/12/2013 | Antonia Croke | LETT | Review fee examiners report on Ashurst fee app; emails Ash and Akin re same | 0.90 | 520.00 | 468.00 |
| 31/12/2013 | Antonia Croke | LETT | Emails B Kahn re Ashurst fee app | 0.20 | 520.00 | 104.00 |

|  |  |
|---|---|
|  | **3,652.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0007**</u>    <u>**Creditors Committee Meetings**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 715.00 | 357.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.70 | 520.00 | 1,404.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.40 | 325.00 | 780.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 2.40 | 190.00 | 456.00 |
| | | | Total | **2,997.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2013 | Antonia Croke | LETT | Emails Sophie Law Re: Re: Nortel -- Committee Call | 0.10 | 520.00 | 52.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email and Agenda from Fagen, Matthew Re: Nortel -- Committee Call | 0.10 | 520.00 | 52.00 |
| 05/12/2013 | Annie Morrin | PHON | Weekly committee call | 0.80 | 190.00 | 152.00 |
| 05/12/2013 | Sophie Law | PHON | Read agenda for call; participate in UCC call | 0.90 | 325.00 | 292.50 |
| 11/12/2013 | Antonia Croke | LETT | Review Agenda for Nortel -- Committee Call ; emails SLAW re same | 0.20 | 520.00 | 104.00 |
| 11/12/2013 | Antonia Croke | LETT | Emails Fagen, Matthew Re: RE: Nortel Committee Call | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Antonia Croke | READ | Review Capstone presentation for UCC call | 0.40 | 520.00 | 208.00 |
| 12/12/2013 | Antonia Croke | ATTD | Attend UCC call | 1.00 | 520.00 | 520.00 |
| 12/12/2013 | Antonia Croke | LETT | Emails SLAW/AMORRI re UCC call | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Annie Morrin | PHON | UCC Weekly Committee Call | 1.00 | 190.00 | 190.00 |
| 12/12/2013 | Sophie Law | LETT | Email ACROKE re UCC call | 0.10 | 325.00 | 32.50 |
| 12/12/2013 | Sophie Law | ATTD | Attd UCC call | 1.00 | 325.00 | 325.00 |
| 12/12/2013 | Sophie Law | READ | Review UCC agenda prior to call | 0.20 | 325.00 | 65.00 |
| 18/12/2013 | Antonia Croke | LETT | Review UCC agenda | 0.10 | 520.00 | 52.00 |
| 19/12/2013 | Antonia Croke | LETT | Emails AMP re UCC call | 0.10 | 520.00 | 52.00 |
| 19/12/2013 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 520.00 | 260.00 |
| 19/12/2013 | Annie Morrin | PHON | UCC call | 0.60 | 190.00 | 114.00 |
| 19/12/2013 | Angela Pearson | ATTD | Committee call | 0.50 | 715.00 | 357.50 |
| 19/12/2013 | Sophie Law | INTD | Intd ACROKE re report of UCC call | 0.20 | 325.00 | 65.00 |
| | | | | | | **2,997.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0009**</u>     <u>**Financial Reports and Analysis**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 800.00 | 240.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.40 | 520.00 | 208.00 |
| | | | Total | **448.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/12/2013 | Antonia Croke | LETT | Review email from Major, Robert H  Re: RE: Escrow Funds | 0.10 | 520.00 | 52.00 |
| 06/12/2013 | Antonia Croke | LETT | Review email from Lowenthal, Daniel A.Re: Escrow Funds | 0.10 | 520.00 | 52.00 |
| 06/12/2013 | Antonia Croke | LETT | Review email from Jay Borow  Re: Escrow Funds | 0.20 | 520.00 | 104.00 |
| 06/12/2013 | Giles Boothman | READ | Emails re escrow | 0.30 | 800.00 | 240.00 |
| | | | | | | **448.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0014**</u>    <u>**Canadian Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.60 | 520.00 | 312.00 |
| | | | Total | **312.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: RE: Nortel - Canadian Order Amending Litigation Schedule | 0.10 | 520.00 | 52.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Production of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 15/12/2013 | Antonia Croke | LETT | Review letter from EMEA debtors, doc list and email from Tabatabai, Fara Re: Nortel - Deloitte Canada Production | 0.20 | 520.00 | 104.00 |
| 17/12/2013 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Production of Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 23/12/2013 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: Canadian hearings | 0.10 | 520.00 | 52.00 |
| | | | | | | 312.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MDF | Marcus Fink | 6.60 | 690.00 | 4,554.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 23.80 | 520.00 | 12,376.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 3.50 | 435.00 | 1,522.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.60 | 325.00 | 195.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 9.80 | 190.00 | 1,862.00 |
| | | | Total | **20,509.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2013 | Antonia Croke | INTD | Confer AMORRI re UKP depo | 0.20 | 520.00 | 104.00 |
| 03/12/2013 | Antonia Croke | READ | Review materials for an upcoming UKP deposition; confer AMORRI re same | 1.60 | 520.00 | 832.00 |
| 03/12/2013 | Annie Morrin | MISC | Collating and reviewing materials on a UKP witness ahead of his deposition | 2.50 | 190.00 | 475.00 |
| 04/12/2013 | Antonia Croke | INTD | Confer AMORRI re UKP issues and WP privilege | 0.50 | 520.00 | 260.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Erickson, Jodi  Re: Nortel: Deposition | 0.10 | 520.00 | 52.00 |
| 04/12/2013 | Antonia Croke | READ | Review witness summary and supporting documents for a UKP deposition | 5.60 | 520.00 | 2,912.00 |
| 04/12/2013 | Annie Morrin | MISC | Reviewing the pensions legislative framework relating to FSDs and creating a note to discuss with ACROKE for the purposes of a UKP deposition. | 3.20 | 190.00 | 608.00 |
| 04/12/2013 | Annie Morrin | RSCH | Extracting the pieces of legislation relating to FSDs and collating a bundle for the purposes of a UKP deposition. | 1.50 | 190.00 | 285.00 |
| 04/12/2013 | Annie Morrin | RSCH | Searching internal knowhow in relation to FSDs for the purposes of a UKP deposition | 0.30 | 190.00 | 57.00 |
| 04/12/2013 | Annie Morrin | MISC | Producing a hard copy dossier for a UKP deposition. | 0.40 | 190.00 | 76.00 |
| 05/12/2013 | Antonia Croke | ATTD | Attend UKP deposition at Cleary in London | 8.50 | 520.00 | 4,420.00 |
| 05/12/2013 | Annie Morrin | MISC | Uploading and reformatting the summary of a UKP deposition | 0.30 | 190.00 | 57.00 |
| 09/12/2013 | Antonia Croke | DRFT | Draft deposition summary (UKP) | 2.30 | 520.00 | 1,196.00 |
| 10/12/2013 | Antonia Croke | DRFT | Draft a deposition summary (UKP) | 4.50 | 520.00 | 2,340.00 |
| 11/12/2013 | Annie Morrin | PHON | Telephone call to the Upper Tribunal to check if a date has been set for the hearing of the Box Clever case (some of the issues in which are similar to the Nortel pensions issues). | 0.30 | 190.00 | 57.00 |
| 12/12/2013 | Antonia Croke | LETT | Review email from Fink, Marcus  Re: Re: Nortel - EMEA/UK Pension party settlement | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Antonia Croke | LETT | Review letter from Goodmans re a deposition (UKP) | 0.20 | 520.00 | 104.00 |
| 12/12/2013 | Andy Wright | LETT | Email correspondence with MDF re. pension aspects of settlement | 0.10 | 435.00 | 43.50 |
| 12/12/2013 | Andy Wright | INTD | Nortel - internal discussion with Sophie Law re. settlement; | 0.20 | 435.00 | 87.00 |
| 12/12/2013 | Annie Morrin | RSCH | Reviewing the terms of a draft settlement agreement and researching whether permission from the UK Beddoe Court (pensions) would be needed. | 1.20 | 190.00 | 228.00 |
| 12/12/2013 | Marcus Fink | LETT | Initial review of proposed settlement agreement and related emails re pensions issues | 1.10 | 690.00 | 759.00 |
| 12/12/2013 | Sophie Law | LETT | Calls to A Wright and email to Ashurst Pensions team re question of UK Pension Parties power to enter into settlement agreement. | 0.60 | 325.00 | 195.00 |
| 13/12/2013 | Andy Wright | LETT | Reviewing settlement agreement; research re. TPR s47 contribution notice requirements under PA04; drafting emails | 3.20 | 435.00 | 1,392.00 |
| 13/12/2013 | Annie Morrin | LETT | Email from SLAW to MFINK re terms of a draft settlement agreement which might affect UK pensions legislation. | 0.10 | 190.00 | 19.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>     <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 13/12/2013 | Marcus Fink | LETT | Review and consider draft settlement agreement and draft motion, discuss with ACW and provide detailed comments re pensions issues | 4.30 | 690.00 | | 2,967.00 |
| 16/12/2013 | Marcus Fink | LETT | Review draft settlement agreement and update emails re the same re pensions issues | 1.20 | 690.00 | | 828.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails J Ormand, Cleary re a deposition (UKP) | 0.20 | 520.00 | | 104.00 |
| | | | | | | | 20,509.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0029**       **Intercompany Analysis**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 5.30 | 715.00 | 3,789.50 |
| GDB | Giles Boothman | 1.40 | 800.00 | 1,120.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 55.50 | 520.00 | 28,860.00 |
| **Associate** | | | | |
| LHILL | Lucinda Hill | 35.50 | 405.00 | 14,377.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 3.40 | 325.00 | 1,105.00 |
| **Professional Development** | | | | |
| IWEST | Inga West | 0.70 | 550.00 | 385.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 32.10 | 190.00 | 6,099.00 |
| EMJAME | Emma James | 2.50 | 190.00 | 475.00 |
| | | | Total | **56,211.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0029**     **Intercompany Analysis**

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2013 | Antonia Croke | LETT | Emails AMORRI re London depositions | 0.10 | 520.00 | 52.00 |
| 01/12/2013 | Antonia Croke | LETT | Emails Akin re English High Court claims | 0.40 | 520.00 | 208.00 |
| 02/12/2013 | Antonia Croke | LETT | Emails AMORRI re English and French claims; emails Akin re same | 0.80 | 520.00 | 416.00 |
| 02/12/2013 | Antonia Croke | LETT | Emails re Paris depositions | 0.30 | 520.00 | 156.00 |
| 02/12/2013 | Antonia Croke | LETT | Emails re London depositions | 0.40 | 520.00 | 208.00 |
| 02/12/2013 | Annie Morrin | READ | Reviewing the second draft report from the Spanish expert - analysing the appropriateness of the format/structure and cross-checking against the proof of claim and previous advice provided by Ashurst. | 4.10 | 190.00 | 779.00 |
| 02/12/2013 | Annie Morrin | MISC | Analysing which directors are subject to claims by the joint administrators for breach of their duties - searching for claim forms filed in the High Court and any information in the deposition summaries. | 4.20 | 190.00 | 798.00 |
| 02/12/2013 | Angela Pearson | READ | Review emails re: depositions | 0.20 | 715.00 | 143.00 |
| 02/12/2013 | Emma James | READ | Analysing which directors are subject to claims by the joint administrators for breach of their duties - hard copy search of claims at Court. | 2.50 | 190.00 | 475.00 |
| 02/12/2013 | Lucinda Hill | DRFT | Amending Spanish Expert Report | 2.40 | 405.00 | 972.00 |
| 03/12/2013 | Antonia Croke | LETT | Review letter and email from the US Debtors' re Notice of Clawback to the Core Parties | 0.20 | 520.00 | 104.00 |
| 03/12/2013 | Antonia Croke | LETT | Review Updated and Revised schedules and calendars | 0.10 | 520.00 | 52.00 |
| 03/12/2013 | Antonia Croke | LETT | Emails Cleary/Ash re Polish expert report | 0.10 | 520.00 | 52.00 |
| 03/12/2013 | Antonia Croke | LETT | Review email from McCown, Alexandra S. Re: US Debtors materials for an Examination | 0.10 | 520.00 | 52.00 |
| 03/12/2013 | Antonia Croke | INTD | Confer LHILL re Spanish expert report | 0.20 | 520.00 | 104.00 |
| 03/12/2013 | Antonia Croke | LETT | Emails re call re Spanish expert report | 0.40 | 520.00 | 208.00 |
| 03/12/2013 | Antonia Croke | LETT | Emails D Botter re London depositions | 0.20 | 520.00 | 104.00 |
| 03/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | 52.00 |
| 03/12/2013 | Antonia Croke | READ | Review foreign law expert reports | 2.30 | 520.00 | 1,196.00 |
| 03/12/2013 | Antonia Croke | LETT | Review email from Groark, Ilona  Re: Nortel - Notice of Clawback | 0.10 | 520.00 | 52.00 |
| 03/12/2013 | Lucinda Hill | DRFT | Amending draft report of expert | 3.10 | 405.00 | 1,255.50 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Johnson, Robert  Re: RE: Committee's Document Production | 0.10 | 520.00 | 52.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Stein, Darryl G.  Re: Nortel - Production of Documents | 0.20 | 520.00 | 104.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email and letter from Stein, Darryl G. Re: US Debtors' materials for an Examination | 0.20 | 520.00 | 104.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Mighton, Jesse and Monitor and Canadian Debtors' Materials for an Examination | 0.20 | 520.00 | 104.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Ormand, Justin L. And UK Ct consent orders re Grant Thornton | 0.80 | 520.00 | 416.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Gurgel, Matthew  Re: Nortel 3rd party discovery and the Draft consent order and protocol re Deloitte UK | 0.70 | 520.00 | 364.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Christine Doniak  Re: Nortel - Notice of Clawback | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0029**</u>      <u>**Intercompany Analysis**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 04/12/2013 | Antonia Croke | LETT | Review email from Stein, Darryl G and ltr from USDebtors Re: Nortel - Production of Documents | 0.10 | 520.00 | | 52.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Replacement Files for Productions | 0.10 | 520.00 | | 52.00 |
| 04/12/2013 | Antonia Croke | LETT | Review email from Christine Doniak Re: For a deposition | 0.10 | 520.00 | | 52.00 |
| 04/12/2013 | Antonia Croke | LETT | Emails Akin re London depositions, English law claims and WP privilege | 0.50 | 520.00 | | 260.00 |
| 04/12/2013 | Antonia Croke | LETT | Emails LHILL re Ldn depos; confer re experts | 0.20 | 520.00 | | 104.00 |
| 04/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | | 52.00 |
| 04/12/2013 | Annie Morrin | MISC | Producing a hard copy dossier for a deposition. | 0.30 | 190.00 | | 57.00 |
| 04/12/2013 | Annie Morrin | RSCH | Research on the English law concept of without prejudice privilege for the purposes of analysing whether a disclosed document may be clawed back by the EMEA interests. | 0.60 | 190.00 | | 114.00 |
| 04/12/2013 | Annie Morrin | READ | Reviewing the first draft of the Polish expert report - considering whether there is anything else that could be covered or any problems with the structure in light of the other reports reviewed. | 2.00 | 190.00 | | 380.00 |
| 04/12/2013 | Giles Boothman | READ | Emails/ update on allocation trial | 0.40 | 800.00 | | 320.00 |
| 04/12/2013 | Lucinda Hill | READ | Reviewing Polish Expert Report | 1.30 | 405.00 | | 526.50 |
| 04/12/2013 | Lucinda Hill | LETT | Reviewing materials for a Deposition | 0.80 | 405.00 | | 324.00 |
| 05/12/2013 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Clawback of the Monitor and Canadian Debtors | 0.10 | 520.00 | | 52.00 |
| 05/12/2013 | Antonia Croke | LETT | Emails D Botter and L Hill re depositions | 0.20 | 520.00 | | 104.00 |
| 05/12/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara and ltr from EMEA debtors re Third Supplemental Production | 0.20 | 520.00 | | 104.00 |
| 05/12/2013 | Annie Morrin | READ | Reviewing the first draft of the Polish expert report - considering whether there is anything else that could be covered or any problems with the structure in light of the other reports reviewed. | 2.70 | 190.00 | | 513.00 |
| 05/12/2013 | Lucinda Hill | MISC | Attending a deposition. | 7.00 | 405.00 | | 2,835.00 |
| 05/12/2013 | Lucinda Hill | DRFT | Drafting a deposition summary | 4.20 | 405.00 | | 1,701.00 |
| 06/12/2013 | Antonia Croke | LETT | Review emails re Spanish and Polish experts | 0.30 | 520.00 | | 156.00 |
| 06/12/2013 | Antonia Croke | READ | Review Third Circuit Opinion and Judgment Denying EMEA Debtors' Cross-Motion to Compel Arbitration of Allocation Dispute and email from M Fagen re same | 0.90 | 520.00 | | 468.00 |
| 06/12/2013 | Antonia Croke | LETT | Review email from Bussigel, Emily A. Re: RE: Clawback of the Monitor and Canadian Debtors | 0.10 | 520.00 | | 52.00 |
| 06/12/2013 | Antonia Croke | LETT | Review email from Kimmel, Jessica Re: RE: Clawback of the Monitor and Canadian Debtors | 0.10 | 520.00 | | 52.00 |
| 06/12/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - a Deposition | 0.10 | 520.00 | | 52.00 |
| 06/12/2013 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: RE: Clawback of the Monitor and Canadian Debtors | 0.10 | 520.00 | | 52.00 |
| 06/12/2013 | Antonia Croke | LETT | Emails and phone call LHILL re a deposition | 0.20 | 520.00 | | 104.00 |
| 06/12/2013 | Annie Morrin | INTD | Discussion with LHILL re amendments to a deposition summary. | 0.20 | 190.00 | | 38.00 |
| 06/12/2013 | Annie Morrin | READ | Reviewing and amending a deposition summary | 2.80 | 190.00 | | 532.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0029**</u>      <u>**Intercompany Analysis**</u>

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|------|------|---|-------------|----------------|----------------------|--------|
| 06/12/2013 | Annie Morrin | INTD | Follow up discussion with LHILL after a phone call with Cleary re the next steps for the Spanish and Polish expert reports | 0.20 | 190.00 | 38.00 |
| 06/12/2013 | Annie Morrin | PHON | Phone call with LHILL and Cleary to discuss the Spanish and Polish expert reports. | 0.70 | 190.00 | 133.00 |
| 06/12/2013 | Annie Morrin | PREP | Preparing for a phone call with LHILL and Inna Rozenberg (Cleary) to discuss the Spanish and Polish expert reports. | 0.40 | 190.00 | 76.00 |
| 06/12/2013 | Angela Pearson | READ | Review emails re: Clawback | 0.20 | 715.00 | 143.00 |
| 06/12/2013 | Lucinda Hill | DRFT | Drafting a Deposition Summary | 3.40 | 405.00 | 1,377.00 |
| 06/12/2013 | Lucinda Hill | DRFT | Amending and reviewing Spanish and Polish expert reports and preparing for meeting with Inna Rozenberg | 2.40 | 405.00 | 972.00 |
| 06/12/2013 | Lucinda Hill | DRFT | Finalising deposition summary | 0.70 | 405.00 | 283.50 |
| 06/12/2013 | Lucinda Hill | PHON | Attending telephone call with Inna Rozenberg re Spanish Expert Report | 0.60 | 405.00 | 243.00 |
| 06/12/2013 | Lucinda Hill | DRFT | Amending Spanish Expert Report | 0.40 | 405.00 | 162.00 |
| 07/12/2013 | Antonia Croke | LETT | Review email from Mr David H Botter  Re: RE: Summary of a Deposition | 0.10 | 520.00 | 52.00 |
| 07/12/2013 | Antonia Croke | LETT | Review email from Gurgel, Matthew and consent order and protocol re Deloitte LLP | 0.50 | 520.00 | 260.00 |
| 07/12/2013 | Antonia Croke | LETT | Emails AMP re depos | 0.10 | 520.00 | 52.00 |
| 07/12/2013 | Antonia Croke | LETT | Review email from Jacqueline Yecies  Re: RE: Nortel: Paris Depositions | 0.10 | 520.00 | 52.00 |
| 07/12/2013 | Antonia Croke | LETT | Review email from Erickson, Jodi  Re: Nortel Networks: Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 07/12/2013 | Antonia Croke | LETT | Review email from Christine Doniak  Re: Updated and revised deposition calendars and schedules; email AMORRI re same | 0.10 | 520.00 | 52.00 |
| 07/12/2013 | Antonia Croke | LETT | Review email from Le Reste, Simon  Re: Re: Nortel: Paris Depositions | 0.10 | 520.00 | 52.00 |
| 09/12/2013 | Antonia Croke | READ | Review revised Spanish law expert report | 2.60 | 520.00 | 1,352.00 |
| 09/12/2013 | Antonia Croke | INTD | Confer LHILL re foreign law experts and depositions | 0.40 | 520.00 | 208.00 |
| 09/12/2013 | Antonia Croke | LETT | Emails Abid re depositions | 0.30 | 520.00 | 156.00 |
| 09/12/2013 | Antonia Croke | LETT | Emails Ashurst, Cleary and experts re foreign law reports | 0.70 | 520.00 | 364.00 |
| 09/12/2013 | Lucinda Hill | DRFT | Amending Spanish Expert Report and correspondence with Inna Rozenberg | 4.10 | 405.00 | 1,660.50 |
| 09/12/2013 | Lucinda Hill | DRFT | Amending the Polish Expert Report | 2.60 | 405.00 | 1,053.00 |
| 10/12/2013 | Antonia Croke | LETT | Review Ltr from EMEA debtors  Re: Nortel - Deloitte UK Production | 0.10 | 520.00 | 52.00 |
| 10/12/2013 | Antonia Croke | LETT | Emails Ashurst and Cleary re Spanish and Polish expert reports | 0.70 | 520.00 | 364.00 |
| 10/12/2013 | Antonia Croke | LETT | Review email from Laura.Hall RE: US Debtors' materials for an Examination | 0.10 | 520.00 | 52.00 |
| 10/12/2013 | Antonia Croke | LETT | Review email from Stein, Darryl G.  Re: RE: US Debtors' materials for an Examination | 0.10 | 520.00 | 52.00 |
| 10/12/2013 | Antonia Croke | INTD | Confer AMP re depositions | 0.20 | 520.00 | 104.00 |
| 10/12/2013 | Antonia Croke | READ | Review polish expert legal report | 1.60 | 520.00 | 832.00 |
| 10/12/2013 | Annie Morrin | LETT | Email to LHILL re co-ordinating amendments to the draft Polish expert report | 0.10 | 190.00 | 19.00 |
| 10/12/2013 | Annie Morrin | MISC | Reviewing the recent press articles relating to the allocation dispute. | 0.70 | 190.00 | 133.00 |
| 10/12/2013 | Annie Morrin | READ | Incorporating amendments into a draft of the Polish law expert report. | 2.80 | 190.00 | 532.00 |
| 10/12/2013 | Lucinda Hill | DRFT | Amending Polish Expert Report and correspondence with Annie Morrin and Antonia Croke | 2.00 | 405.00 | 810.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0029**      **Intercompany Analysis**

| Date | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 11/12/2013 | Antonia Croke | LETT | Review email from Cobb, Alexander Re: RE: Nortel - Representative Party Examinations | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Antonia Croke | LETT | Review email from Steep, R. Paul Re: RE: Nortel - Representative Party Examinations | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Antonia Croke | READ | Review revised versions of Spanish expert report | 3.70 | 520.00 | 1,924.00 |
| 11/12/2013 | Antonia Croke | LETT | Review emails RE: Trial Process - Meet and Confer | 0.50 | 520.00 | 260.00 |
| 11/12/2013 | Antonia Croke | LETT | Review emails Re: Nortel - Representative Party Examinations | 0.50 | 520.00 | 260.00 |
| 11/12/2013 | Antonia Croke | LETT | Review email from Olechowski, Marcin Re: RE: Odp.: Re: Nortel - schedule | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Antonia Croke | LETT | Emails Annie Morrin Re: Expert Reports | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Antonia Croke | LETT | Review email from Ruby, Peter Re: RE: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Antonia Croke | LETT | Emails Fender, Pierre-Emmanuel Re: Nortel: Paris Depositions | 0.20 | 520.00 | 104.00 |
| 11/12/2013 | Antonia Croke | LETT | Review email from Kimmel, Jessica Re: Nortel - Representative Party Examinations | 0.20 | 520.00 | 104.00 |
| 11/12/2013 | Antonia Croke | LETT | Review emails re European experts; confer AMORRI re same | 0.40 | 520.00 | 208.00 |
| 11/12/2013 | Antonia Croke | LETT | Emails AMORRI re depositions | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Antonia Croke | LETT | Emails re Paris depos | 0.10 | 520.00 | 52.00 |
| 11/12/2013 | Annie Morrin | MISC | Arranging a call with Cleary and the Spanish expert to discuss a draft of the report. | 0.60 | 190.00 | 114.00 |
| 11/12/2013 | Annie Morrin | READ | Reviewing amendments to a second draft report from the Spanish expert to prepare for a phone call with Cleary and the expert. | 0.50 | 190.00 | 95.00 |
| 11/12/2013 | Lucinda Hill | DRFT | Correspondence with Inna regarding Polish Expert Report | 0.20 | 405.00 | 81.00 |
| 11/12/2013 | Lucinda Hill | LETT | Correspondence regarding expert reports | 0.30 | 405.00 | 121.50 |
| 12/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel Networks: Deposition Calendar | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Antonia Croke | LETT | Review email from Advani, Sarneer Re: RE: Nortel - Representative Party Examinations | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Antonia Croke | INTD | Confer SLAW and AMORRI re EMEA settlement issues | 0.50 | 520.00 | 260.00 |
| 12/12/2013 | Antonia Croke | PHON | Attend call with Cleary and Spanish expert re Spanish expert report | 1.70 | 520.00 | 884.00 |
| 12/12/2013 | Antonia Croke | DRFT | Review draft EMEA/US settlement agreement; confer AMP, SLAW and AMORRI; phone call Abid at Akin re same; draft summary of key points; emails re same | 3.10 | 520.00 | 1,612.00 |
| 12/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | 52.00 |
| 12/12/2013 | Antonia Croke | LETT | Review emails re call with Spanish expert | 0.30 | 520.00 | 156.00 |
| 12/12/2013 | Annie Morrin | MISC | Setting up a call with Cleary and the Polish expert to discuss his draft report. | 0.20 | 190.00 | 38.00 |
| 12/12/2013 | Annie Morrin | INTD | Discussion with ACROKE re the progress of the Spanish expert report. | 0.30 | 190.00 | 57.00 |
| 12/12/2013 | Annie Morrin | READ | Reviewing the amends made by Cleary to the Spanish report and comparing with the original draft/our own amends. | 1.60 | 190.00 | 304.00 |
| 12/12/2013 | Annie Morrin | PREP | Preparation for a call with Cleary and the Spanish expert (including reviewing the different versions of the report and making notes of the key points to be raised in the call) | 1.10 | 190.00 | 209.00 |
| 12/12/2013 | Annie Morrin | PHON | Phone call with Cleary and the Spanish expert to discuss amends to the draft report. | 1.70 | 190.00 | 323.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0029**     **Intercompany Analysis**

| Date | Name | | Narrative | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/12/2013 | Annie Morrin | READ | Review of a propsed settlement agreement with EMEA and UKP | 0.90 | 190.00 | 171.00 |
| 12/12/2013 | Annie Morrin | LETT | Reading an email from AROKE to Abid Qureshi (Akin) re UK legal opinions on certain terms in a proposed settlement agreement. | 0.10 | 190.00 | 19.00 |
| 12/12/2013 | Angela Pearson | INTD | Discussions with ACROKE - settlement | 0.50 | 715.00 | 357.50 |
| 12/12/2013 | Angela Pearson | READ | Review emails/documents - settlement | 0.50 | 715.00 | 357.50 |
| 12/12/2013 | Angela Pearson | PHON | Telephone conversation - settlement | 0.20 | 715.00 | 143.00 |
| 12/12/2013 | Inga West | MISC | Conversation with Sophie Law re Administrators' powers to enter into a settlement without the blessing of the court | 0.40 | 550.00 | 220.00 |
| 12/12/2013 | Sophie Law | LETT | Rsch re UK administrators power to enter into EMEA settlement, various intds Ashurst team re same | 1.40 | 325.00 | 455.00 |
| 12/12/2013 | Sophie Law | INTD | Post-call discussions with ACROKE and AMORRI re EMEA settlement and English law queries from UCC; call with Inga West re administrators' powers | 0.80 | 325.00 | 260.00 |
| 12/12/2013 | Sophie Law | INTD | Email to ACROKE re administrators powers re EMEA settlement | 0.60 | 325.00 | 195.00 |
| 13/12/2013 | Antonia Croke | LETT | Review email from Christine Doniak Re: Paris depositions | 0.10 | 520.00 | 52.00 |
| 13/12/2013 | Antonia Croke | READ | Review Polish law expert report | 3.10 | 520.00 | 1,612.00 |
| 13/12/2013 | Antonia Croke | READ | Review CGSH draft settlement agreement and motion, AG redline and emails re same; emails MFINK and AMORRI re same | 1.90 | 520.00 | 988.00 |
| 13/12/2013 | Annie Morrin | READ | Reading a revised draft of a settlement agreement and a related draft motion. | 0.70 | 190.00 | 133.00 |
| 13/12/2013 | Annie Morrin | READ | Running a comparison of various drafts of the settlement agreement. | 0.30 | 190.00 | 57.00 |
| 13/12/2013 | Annie Morrin | READ | Reading a draft of the settlement agreement incorporating all the amends to date and marking up further necessary amends. | 1.40 | 190.00 | 266.00 |
| 13/12/2013 | Angela Pearson | READ | Review emails re: settlement | 0.50 | 715.00 | 357.50 |
| 13/12/2013 | Inga West | MISC | Review email on administrators' powers to reach settlement agreement without court blessing as requested and providing brief comment | 0.30 | 550.00 | 165.00 |
| 13/12/2013 | Sophie Law | INTD | Review email in from Akin Gump with comments on EMEA settlement agreement | 0.30 | 325.00 | 97.50 |
| 14/12/2013 | Antonia Croke | LETT | Emails Abid Qureshi and J Yecies Re: depositions | 0.20 | 520.00 | 104.00 |
| 14/12/2013 | Antonia Croke | LETT | Review emails RE: Representative Witness Subjects | 0.40 | 520.00 | 208.00 |
| 14/12/2013 | Antonia Croke | LETT | Emails Abid re meeting | 0.10 | 520.00 | 52.00 |
| 14/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | 52.00 |
| 14/12/2013 | Antonia Croke | LETT | Emails AMP re depos | 0.10 | 520.00 | 52.00 |
| 15/12/2013 | Antonia Croke | LETT | Review letters from EMEA and US debtors re representative witness examinations and emails re same | 0.50 | 520.00 | 260.00 |
| 16/12/2013 | Antonia Croke | LETT | Review email from Adler, Derek J.T. Re: RE: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 16/12/2013 | Antonia Croke | LETT | Review email from Kraft, Kenneth (Heenan Blaikie) Re: RE: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 16/12/2013 | Antonia Croke | LETT | Review emails re progress of settlement | 0.30 | 520.00 | 156.00 |
| 16/12/2013 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Production of EMEA Debtors | 0.10 | 520.00 | 52.00 |
| 16/12/2013 | Antonia Croke | LETT | Emails AMORRI re settlement | 0.20 | 520.00 | 104.00 |
| 16/12/2013 | Antonia Croke | READ | Review Canadian parties representative witness topics | 1.20 | 520.00 | 624.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>C0029</u>    <u>**Intercompany Analysis**</u>

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|------|------|---|-------------|------|------|------|
| 16/12/2013 | Antonia Croke | LETT | Emails ABid re settlement update | 0.20 | 520.00 | 104.00 |
| 16/12/2013 | Antonia Croke | LETT | Emails Ash re settlement | 0.10 | 520.00 | 52.00 |
| 16/12/2013 | Antonia Croke | INTD | Confer Abid and AMP re settlement issues | 0.50 | 520.00 | 260.00 |
| 16/12/2013 | Antonia Croke | LETT | Emails Cleary, AMORRI and Polish law expert re call and report | 0.70 | 520.00 | 364.00 |
| 16/12/2013 | Annie Morrin | READ | Reviewing a third draft of a proposed settlement agreement with EMEA and UKP. | 0.40 | 190.00 | 76.00 |
| 16/12/2013 | Annie Morrin | LETT | Drafting an email to the Polish law expert in order to arrange a phone call to discuss a draft version of the report. | 0.20 | 190.00 | 38.00 |
| 16/12/2013 | Angela Pearson | MISC | Review emails/debrief re: settlement | 1.00 | 715.00 | 715.00 |
| 16/12/2013 | Angela Pearson | LETT | Email Abid re: settlement | 0.20 | 715.00 | 143.00 |
| 17/12/2013 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: RE: Nortel- Update on EMEA and UKP Claims Settlement and redline of draft settlement agreement | 0.80 | 520.00 | 416.00 |
| 17/12/2013 | Antonia Croke | LETT | Review email from Ruby, Peter Re: NNSA Representative Witness Subjects | 0.10 | 520.00 | 52.00 |
| 17/12/2013 | Antonia Croke | LETT | Review outline of pre trial and trial process and email from Rosenthal, Jeffrey A. Re: same | 0.50 | 520.00 | 260.00 |
| 17/12/2013 | Antonia Croke | READ | Review motion to approve settlement agreement and emails re same | 1.70 | 520.00 | 884.00 |
| 17/12/2013 | Antonia Croke | LETT | Email AMORRI re polish expert | 0.10 | 520.00 | 52.00 |
| 17/12/2013 | Antonia Croke | READ | Review redline execution version of settlement agreement and emails re same | 0.70 | 520.00 | 364.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails A Qureshi re settlement | 0.10 | 520.00 | 52.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails Ashurst team re settlement | 0.30 | 520.00 | 156.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails LHILL re settlement | 0.20 | 520.00 | 104.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails Cleary re EMEA experts | 0.20 | 520.00 | 104.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails AMORRI re settlement | 0.10 | 520.00 | 52.00 |
| 17/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.20 | 520.00 | 104.00 |
| 17/12/2013 | Annie Morrin | MISC | Re-scheduling a call with the Polish expert to discuss a draft report. | 0.30 | 190.00 | 57.00 |
| 17/12/2013 | Angela Pearson | READ | Review emails re: settlement | 0.50 | 715.00 | 357.50 |
| 17/12/2013 | Sophie Law | READ | Review emails in from Akin Gump re: signing of EMEA settlement agreement | 0.30 | 325.00 | 97.50 |
| 18/12/2013 | Antonia Croke | READ | Review emails re settlement issues | 0.50 | 520.00 | 260.00 |
| 18/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | 52.00 |
| 18/12/2013 | Antonia Croke | LETT | Review email from GDB re settlement | 0.10 | 520.00 | 52.00 |
| 18/12/2013 | Antonia Croke | LETT | Emails Cleary and EMEA experts re reports | 0.40 | 520.00 | 208.00 |
| 18/12/2013 | Antonia Croke | LETT | Review emails re representative witness subjects and trial process meet and confer | 0.80 | 520.00 | 416.00 |
| 18/12/2013 | Angela Pearson | READ | Review emails re: settlement | 0.50 | 715.00 | 357.50 |
| 18/12/2013 | Giles Boothman | READ | Emails/ docs re settlement | 1.00 | 800.00 | 800.00 |
| 19/12/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: Nortel: Representative Witness Depositions | 0.10 | 520.00 | 52.00 |
| 19/12/2013 | Antonia Croke | READ | Review emails re representative witness issues | 0.40 | 520.00 | 208.00 |
| 19/12/2013 | Antonia Croke | LETT | Emails AMORRI re depos | 0.10 | 520.00 | 52.00 |
| 19/12/2013 | Antonia Croke | LETT | Emails Ashurst European offices re settlement | 0.80 | 520.00 | 416.00 |
| 19/12/2013 | Antonia Croke | LETT | Review emails re representative witness subjects and trial process | 0.70 | 520.00 | 364.00 |
| 19/12/2013 | Antonia Croke | INTD | Confer SLAW re settlement | 0.10 | 520.00 | 52.00 |
| 19/12/2013 | Angela Pearson | READ | Review emails re: settlement | 0.50 | 715.00 | 357.50 |
| 20/12/2013 | Antonia Croke | LETT | Emails re EMEA experts | 0.20 | 520.00 | 104.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0029      Intercompany Analysis

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/12/2013 | Antonia Croke | READ | Review Canadian estates objection and limited response to the EMEA/UKP settlement; notice for request of a joint hearing; and emails re same | 0.90 | 520.00 | 468.00 |
| 20/12/2013 | Antonia Croke | READ | Review emails re production of documents by EMEA and Canadian estates | 0.30 | 520.00 | 156.00 |
| 20/12/2013 | Antonia Croke | LETT | Review US debtors, EMEA debtors and UCC's letters to Judge Gross re representative witness depositions and emails re same | 0.70 | 520.00 | 364.00 |
| 20/12/2013 | Angela Pearson | READ | Review emails re settlement | 0.50 | 715.00 | 357.50 |
| 22/12/2013 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: RE: Nortel: Representative Witness Depositions | 0.10 | 520.00 | 52.00 |
| 23/12/2013 | Antonia Croke | LETT | Review email from Moessner, Jacqueline Re: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 23/12/2013 | Antonia Croke | LETT | Review letters from Canadian Monitor, CCCs, US Debtors and emails from US BHs re representative witness depositions and emails re same | 1.00 | 520.00 | 520.00 |
| 24/12/2013 | Antonia Croke | LETT | Review email from Kimmel, Jessica  Re: RE: Nortel Networks Inc.; Response to Letter from Derek Abbott | 0.10 | 520.00 | 52.00 |
| 24/12/2013 | Antonia Croke | LETT | Review US BHs Ltr to Judge Gross and emails re same | 0.40 | 520.00 | 208.00 |
| 26/12/2013 | Antonia Croke | LETT | Review email from Judge Gross | 0.10 | 520.00 | 52.00 |
| 29/12/2013 | Antonia Croke | LETT | Review emails  Re: RE: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 29/12/2013 | Antonia Croke | LETT | Review email Re: Schedule for Motion to Dispense with Representative Party Discovery | 0.10 | 520.00 | 52.00 |
| 30/12/2013 | Antonia Croke | LETT | Emails Akin and Ashurst re UK court order and UKP Beddoe order | 0.30 | 520.00 | 156.00 |
| 30/12/2013 | Antonia Croke | LETT | Review email from Gray, Andrew  Re: RE: Nortel Networks: Schedule for Motion to Dispense with Representative Party Discovery | 0.10 | 520.00 | 52.00 |
| 31/12/2013 | Antonia Croke | LETT | Review emails re Schedule for Motion to Dispense with Representative Party Discovery | 0.20 | 520.00 | 104.00 |
| 31/12/2013 | Antonia Croke | LETT | Review email from McLeese, Bryan  Re: Schedule for Motion to Dispense with Representative Party Discovery | 0.10 | 520.00 | 52.00 |

56,211.00