**Exhibit C**

**DISBURSEMENT SUMMARY**

**DECEMBER 01, 2013 THROUGH DECEMBER 31, 2013**

| | |
|---|---:|
| Document Production | £57.18 |
| Travel – Ground Transportation | £96.57 |
| Meals | £12.52 |
| Search Fees (Court) | £42.00 |
| **TOTAL** | **£208.27** |