**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production (953 copies at 6p per page)**                                                                                          57.18

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 12/12/2013 | VENDOR: Cummins, T INVOICE#: 04829166122400124896 DATE: 24/12/2013<br>Food/drink, 12/12/13, Dinner Sophie Law | 12.52 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 05/12/2013 | VENDOR: Hill, Lucinda INVOICE#: 04731078121100148885 DATE: 11/12/2013<br>Taxi, 05/12/13, Taxi home after working late | 35.00 |
| 12/12/2013 | TRSP Frais sur Taxi AUMUHI le 10/12/13 | 6.07 |
| 12/12/2013 | VENDOR: Umuhire Angélique; INVOICE#: 121213; DATE: 12/12/2013 - TRSP Taxi AUMUHI le 10/12/13 | 30.00 |
| 12/12/2013 | VENDOR: Umuhire Angélique; INVOICE#: 121213A; DATE: 12/12/2013 - TRSP Taxi AUMUHI le 11/12/13 | 25.50 |

**Search Fees (Search Fees)**

| | | |
|---|---|---|
| 02/12/2013 | VENDOR: EMMA JAMES INVOICE#: 04703602120500138455 DATE: 05/12/2013<br>Search fee, 02/12/13, Court fees for Claim Form search (Beddoe order) | 42.00 |

                                                                                                                                           208.27