**Exhibit E**

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 01, 2013 THROUGH DECEMBER 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £800 | 2.2 | 1,760.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 6.6 | 4,719.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 6.6 | 4,554.00 |
| Inga West | Professional Development Lawyer; Admitted in 1997 in England and Wales; Restructuring and Special Situations Group, London | £550 | 0.7 | 385.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 86.2 | 44,824.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £435 | 3.5 | 1,522.50 |
| Lucinda Hill | Associate for 4 years; Admitted in 2009 in Victoria, Australia; Dispute Resolution Group, London | £405 | 35.5 | 14,377.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 12.1 | 3,932.50 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group, London | £190 | 48.1 | 9,139.00 |
| Emma James | Trainee Solicitor; Dispute Resolution Group, London | £190 | 2.5 | 475.00 |
| **TOTAL** | | | **204.0** | **85,688.50** |

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 01, 2013 THROUGH DECEMBER 31, 2013**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 4.6 | 1,558.00 |
| Ashurst Fee Application / Monthly Billing Reports | 9.4 | 3,652.50 |
| Creditors Committee Meetings | 8.0 | 2,997.50 |
| Financial Reports and Analysis | 0.7 | 448.00 |
| Canadian Proceedings/Matters | 0.6 | 312.00 |
| Labor Issues / Employee Benefits | 44.3 | 20,509.50 |
| Intercompany Analysis | 136.4 | 56,211.00 |
| **TOTAL** | **204.0** | **85,688.50** |