IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket No. 12863 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2014, I caused to be served the "Notice of Filing of Proposed Joint Trial Protocol," dated January 24, 2014 [Docket No. 12863], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris

Sworn to before me this
27th day of January, 2014

/s/ Ca U Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN:FRED S.HODARA,DAVID H.BOTTER,ABID QURESHI,ROBERT A.JOHNSON,BRAD M.KAHN,CHRISTINE DONIAK,SUNNY GULATI ONE BRYANT PARK NEW YORK NY 10036 |
| ALLEN & OVERY LLP | ATTN:KEN COLEMAN,PAUL KELLER,DANIEL GUYDER,LAURA HALL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN & OVERY LLP | ATTN:JOSEPH BADTKE-BERKOW,JONATHAN CHO,NICOLETTE WARD 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ASHURST LLP | ATTN:ANGELA PEARSON,ANTONIA CROKE BOARDWALK HOUSE 5 APPOLD STREET LONDON EC2A 2HA UNITED KINGDOM |
| BAYARD P.A. | ATTN:CHARLENE D. DAVIS,JUSTIN ALBERTO 222 DELAWARE AVENUE SUITE 900 WILMINGTON DE 19801 |
| BENNETT JONES LLP | ATTN:KEVIN ZYCH,S. RICHARD ORZY,GAVIN FINLAYSON,RICHARD SWAN,SEAN ZWEIG,JONATHAN BELL 1 FIRST CANADIAN PLACE SUITE 3400 TORONTO ON M5X 1A4 CANADA |
| BORDEN LADNER GERVAIS LLP | ATTN:EDMOND F. B. LAMEK,JAMES SZUMSKI BARRISTERS AND SOLICITORS 40 KING STREET WEST TORONTO ON M5H 3Y4 CANADA |
| BUCHANAN INGERSOLL & ROONEY | ATTN:KATHLEEN A. MURPHY,MARY F. CALOWAY 1105 N. MARKET STREET STE 1900 WILMINGTON DE 19801 |
| CASSELS BROCK & BLACKWELL LLP | ATTN:E. BRUCE LEONARD,DAVID S. WARD,BILL BURDEN,CHRISTOPHER HORKINS,LARA JACKSON 2100 SCOTIA PLAZA 40 KING STREET WEST TORONTO ON M5H 3C2 CANADA |
| CAW-CANADA | ATTN:BARRY E. WADSWORTH,LEWIS GOTTHEIL LEGAL DEPARTMENT 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN:JAMES BROMLEY,LISA SCHWEITZER,HOWARD ZELBO,JEFFREY ROSENTHAL,DARRYL STEIN ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN:MARLA DECKER,LAUREN PEACOCK,JACQUELINE MOESSNER,NEIL FORREST,DAN QUEEN ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DAVIES WARD PHILLIPS & VINEBERG LLP | ATTN:ROBIN B. SCHWILL,SEAN CAMPBELL,JAMES DORIS,LOUIS SARABIA 44TH FLOOR 1 FIRST CANADIAN PLACE TORONTO ON M5X 1B1 CANADA |
| DENTONS CANADA LLP | ATTN:R. SHAYNE KUKULOWICZ,MICHAEL J. WUNDER,RYAN JACOBS,BARBARA GROSSMAN 77 KING STREET WEST STE 400 TD CENTRE TORONTO ON M5K 0A1 CANADA |
| DLA PIPER | ATTN:SELINDA A. MELNIK,RICHARD HANS,TIMOTHY HOEFFNER,FARAH LISA WHITLEY-SEBTI 919 N. MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| ERNST & YOUNG INC. | ATTN:MURRAY MCDONALD,BRENT BEEKENKAMP ERNST & YOUNG TOWER 222 BAY ST. P.O. BOX 251 TORONTO ON M5K 1J7 CANADA |
| GOODMANS LLP | ATTN:JAY CARFAGNINI,JOSEPH PASQUARIELLO,BEN ZARNETT,ALAN MARK BAY ADELAIDE CENTRE 333 BAY ST. STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOODMANS LLP | ATTN:FRED MYERS,PETER RUBY,JESSICA KIMMEL,CHRIS ARMSTRONG BAY ADELAIDE CENTRE 333 BAY ST. STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON LLP | ATTN:DERRICK TAY,JENNIFER STAM SUITE 1600 FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1G5 CANADA |
| HEENAN BLAIKIE LLP | ATTN:JOHN SALMAS,KENNETH KRAFT,SARA-ANN VAN ALLEN BAY ADELAIDE CENTRE 333 BAY ST. STE 2900 P.O. BOX 2900 TORONTO ON M5H 2T4 CANADA |
| HOGAN LOVELLS INTERNATIONAL LLP | ATTN:ANGELA DIMSDALE GILL,JOHN TILLMAN,MATTHEW BULLEN,DAVID GRAVES,KATHERINE TALLETT-WILLIAMS ATLANTIC HOUSE HOLBORN VIADUCT LONDON EC1A 2FG UNITED KINGDOM |
| HUGHES HUBBARD & REED | ATTN:DEREK ADLER,NEIL OXFORD,FARA TABATABAI,CHARLES HUBERTY ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN:CRAIG A. BARBAROSH,DAVID A. CRICHLOW,KAREN B. DINE 575 MADISON AVENUE NEW YORK NY 10022-2585 |
| KOSKIE MINSKY | ATTN:MARK ZIGLER,SUSAN PHILPOTT,ARI KAPLAN,BARBARA WALANCIK 20 QUEEN STREET WEST SUITE 900 TORONTO ON M5H 3R3 CANADA |
| LATHAM & WATKINS LLP | ATTN:MICHAEL J. RIELA 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| LAX O'SULLIVAN SCOTT LISUS LLP | ATTN:MATTHEW P. GOTTLIEB,TRACY WYNNE,PAUL MICHELL,JESSICA ZHI SUITE 1920 145 KING STREET WEST TORONTO ON M5H 1J8 CANADA |
| MCCARTHY TETRAULT LLP | ATTN:BARBARA J. BOAKE,JAMES D. GAGE,ELDER C. MARQUES,PAUL STEEP SUITE 5300 |

| Claim Name | Address Information |
| --- | --- |
| MCCARTHY TETRAULT LLP | TORONTO DOMINION BANK TOWER TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN:BYRON SHAW,SHARON KOUR,KELLY PETERS SUITE 5300 TORONTO DOMINION BANK TOWER TORONTO ON M5K 1E6 CANADA |
| MCMILLAN LLP | ATTN:SHERYL E. SEIGEL BROOKFIELD PLACE 181 BAY ST SUITE 4400 TORONTO ON M5J 2T3 CANADA |
| MILBANK TWEED HADLEY MCCLOY LLP | ATTN:THOMAS R. KRELLER,JENNIFER P. HARRIS,ALBERT A. PISA,SAMIR VORA,ANDREW M. LEBLANC 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY MCCLOY LLP | ATTN:MICHAEL HIRSCHFELD,ATARA MILLER,TOM MATZ,NICK BASSETT,GABRIELLE RUHA,RACHEL POJUNAS 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| NELLIGAN O'BRIEN PAYNE LLP | ATTN:JANICE B. PAYNE,STEVEN LEVITT,CHRISTOPHER ROOTHAM,AINSLIE BENEDICT BARRISTERS AND SOLICITORS 50 O'CONNOR ST. STE 1500 OTTAWA ON K1P 6L2 CANADA |
| NORTON ROSE FULBRIGHT LLP | ATTN:MICHAEL LANG SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER 200 BAY STREET P.O. BOX 84 TORONTO ON M5J 2Z4 CANADA |
| OSLER HOSKIN AND HARCOURT LLP | ATTN:LYNDON BARNES,EDWARD SELLERS,BETSY PUTNAM,ADAM HIRSH,ALEXANDER COBB 100 KING STREET WEST 1 FIRST CANADIAN PLACE STE 6100 P.O. BOX 50 TORONTO ON M5X 1B8 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN:KENNETH T. ROSENBERG,MASSIMO (MAX) STARNINO,LILY HARMER,KAREN JONES 35TH FLOOR 155 WELLINGTON STREET WEST TORONTO ON M5V 3H1 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN:TINA LIE,MICHELLE JACKSON,JACQUELINE CUMMINS 35TH FLOOR 155 WELLINGTON STREET WEST TORONTO ON M5V 3H1 CANADA |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN:DANIEL A. LOWENTHAL 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| RICHARDS LAYTON & FINGER P.A. | ATTN:CHRISTOPHER SAMIS 920 NORTH KING STREET WILMINGTON DE 19801 |
| SHIBLEY RIGHTON LLP | ATTN:ARTHUR O. JACQUES,THOMAS MCRAE BARRISTERS AND SOLICITORS 250 UNIVERSITY AVE STE 700 TORONTO ON M5H 3E5 CANADA |
| THORNTON GROUT FINNIGAN LLP | ATTN:MICHAEL BARRACK,D.J. MILLER,REBECCA LEWIS,ANDREA MCEWAN,JOHN FINNIGAN,MICHAEL SHAKRA SUITE 3200 100 WELLINGTON STREET WEST P.O. BOX 329 TORONTO-DOMINION CENTRE TORONTO ON M5K 1K7 CANADA |
| TORYS LLP | ATTN:TONY DEMARINIS,SCOTT BOMHOF,SHEILA BLOCK,ANDREW GRAY,ADAM SLAVENS 79 WELLINGTON ST. W. STE 3000 BOX 270 TD CENTRE TORONTO ON M5K 1N2 CANADA |
| WILLKIE FARR & GALLAGHER LLP | ATTN:BRIAN O'CONNOR,SAMEER ADVANI,ANDREW HANRAHAN 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN:ED HARRON,JOHN DORSEY RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  43**