## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Dkt. Nos. 12863, 12870, 12874 |

### NOTICE OF FILING OF RESPONSE OF THE MONITOR AND THE CANADIAN DEBTORS TO (A) THE SUBMISSIONS TO THE CANADIAN COURT OF THE UK PENSION CLAIMAINTS MADE ON JANUARY 24, 2014, WITH NOTICE TO THIS COURT, AND (B) THE LETTER TO THE COURTS OF THE JOINT ADMINISTRATORS DATED JANUARY 24, 2014

PLEASE TAKE NOTICE that Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**" and together with the Monitor the "**Canadian Parties**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**" and together with this Court the "**Courts**"), hereby files and incorporates herein in its entirety the Canadian Parties' response (the "**Canadian Submission**") annexed hereto as <u>Exhibit A</u> to (i) the UK Pension Claimants' submission filed with the Canadian Court and filed on notice to this Court on January 24, 2014

---

[1]      The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[Dkt. No. 12874] and (ii) the Joint Administrators' letter addressed to the Courts dated January 24, 2014 [Dkt. No. 12870] (together, the "**January 24 Submissions**"), which submissions address the sequencing and length of the joint trial on the allocation and claims disputes scheduled to commence on May 12, 2014.

PLEASE TAKE FURTHER NOTICE that the Canadian Parties are filing the Canadian Submission in the Canadian Proceedings simultaneously herewith.

PLEASE TAKE FURTHER NOTICE that the Canadian Parties file the Canadian Submission in preparation for the pre-trial conference scheduled for January 29, 2014, at which the Canadian Parties understand the Courts will address the trial protocol and related submissions.

[*Intentionally left blank*]

Dated: January 28, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com
-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian
Debtors*