**CERTIFICATE OF SERVICE**

     I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to the Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(4)** was caused to be made on January 28, 2014, in the manner indicated upon the entities identified below.

Date: January 28, 2014            */s/ Ann C. Cordo*
Wilmington, DE            Ann C. Cordo (No. 4817)

**Via Hand Delivery**

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Rafael Xavier Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 North Market Street
17th Floor
Wilmington, DE 19801

**Via First Class Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

**Via Overnight Mail**

John J. Rossi
1568 Woodcrest Drive
Wooster, Ohio 44691