**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD** |

**FINAL AND TWENTY-THIRD MONTHLY APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M"), AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al*, AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE TWENTY-THIRD MONTHLY FEE APPLICATION PERIOD: AUGUST 1, 2013 THROUGHT AUGUST 31, 2013; AND FOR THE FINAL PERIOD FROM SEPTEMBER 8, 2011 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants |
| Date of Retention: | October 24, 2011 nunc pro tunc to September 8, 2011 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Final Period for which Compensation and reimbursement is sought: | September 8, 2011 through August 31, 2013 |
| Final Period Amount of compensation sought as actual, reasonable and necessary: | $3,920,880.40 |
| Final Period Amount of reimbursement sought as actual, reasonable and necessary: | $29,563.72 |
| Monthly Period for which Compensation and reimbursement is sought: | August 1, 2013 through August 31, 2013 |
| Monthly Period Amount of compensation sought as actual, reasonable and necessary: | $10,300.40[2] |
| Monthly Period Amount of reimbursement sought as actual, reasonable and necessary: | $(45.74)[3] |
| This is an __ interim | _x_ final application |

The total time expended for fee application preparation is approximately 0.5 hours and the corresponding compensation requested is approximately $100.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 11/21/11 | 9/8/11-10/31/11 | $68,062.50 | $68,062.50 |
| 2/23/12 | 11/1/11-11/30/11 | $89,215.00 | $89,215.00 |

2 Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.

3 Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

| | | | |
|---|---|---|---|
| 2/23/12 | 12/1/11-12/31/11 | $46,267.50 | $46,267.50 |
| 2/23/12 | 1/1/12-1/31/12 | $104,225.00 | $104,225.00 |
| 5/24/12 | 2/1/12-2/29/12 | $154,737.50 | $154,737.50 |
| 5/24/12 | 3/1/12-3/31/12 | $159,125.00 | $159,125.00 |
| 5/24/12 | 4/1/12-4/30/12 | $147,015.99 | $147,015.99 |
| 8/9/12 | 5/1/12-5/31/12 | $130,200.50 | $130,200.50 |
| 8/24/12 | 6/1/12-6/30/12 | $209,080.00 | $209,080.00 |
| 8/24/12 | 7/1/12-7/31/12 | $147,214.96 | $147,214.96 |
| 9/14/12 | 8/1/12-8/31/12 | $390,911.74 | $390,911.74 |
| 10/4/12 | 9/1/12-9/30/12 | $327,305.91 | $327,305.91 |
| 11/27/12 | 10/1/12-10/31/12 | $115,796.20 | $115,796.20 |
| 4/12/13 | 11/1/12-11/30/12 | $110,428.84 | $110,428.84 |
| 4/16/13 | 12/1/12-12/31/12 | $211,405.30 | $211,405.30 |
| 5/8/13 | 1/1/13-1/31/13 | $249,425.38 | $249,425.38 |
| 6/11/13 | 2/1/13-2/28/13 | $396,447.79 | $396,447.79 |
| 7/26/13 | 3/1/13-3/31/13 | $381,964.42 | $381,964.42 |
| 8/5/13 | 4/1/13-4/30/13 | $355,553.65 | $355,553.65 |
| 8/21/13 | 5/1/13-5/31/13 | $94,013.40 | $75,350.96 |
| 9/3/13 | 6/1/13-6/30/13 | $50,441.53 | $42,669.59 |
| 9/3/13 | 7/1/13-7/31/13 | $1,351.35 | $1,081.59 |

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

Final Fee Period: September 8, 2011 through August 31, 2013

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | | | |
| R. Winters | Managing Director / Healthcare and Restructuring | $650.00 | 1,049.4 | 682,090.50 |
| N. Alvarez | Managing Director / Restructuring | $825.00 | 21.5 | 17,737.50 |
| K. Gregson | Managing Director / Employee Benefits | $700.00 | 598.1 | 418,635.00 |
| L. Ryan | Managing Director / Forensics and Disputes | $650.00 | 30.3 | 19,695.00 |

| | | | | |
|---|---|---|---|---|
| J. Baliban | Managing Director / Litigation Support | $650.00 | 79.9 | 51,935.00 |
| E. Cohen-Cole | Managing Director / Litigation Support | $825.00 | 11.3 | 9,322.50 |
| B. Whyte | Managing Director / Restructuring | $825.00 | 17.0 | 14,025.00 |
| C. Henderson | Managing Director / Tax and Benefits | $660.00 | 272.8 | 180,074.40 |
| T. Horton | Managing Director / Tax and Benefits | $740.00 | 8.2 | 6,068.00 |
| R. Miller-Mizia | Managing Director / Litigation Support | $600.00 | 4.3 | 2,580.00 |
| B. Cumberland | Managing Director / Tax and Benefits | $825.00 | 9.0 | 7,425.00 |
| D. Spragg | Managing Director / Risk Management | $650.00 | 21.0 | 13,650.00 |
| J. McDermott | Managing Director / Risk Management | $775.00 | 8.2 | 6,355.00 |
| J.D. Ivy | Managing Director / Tax and Benefits | $825.00 | 32.7 | 26,977.50 |
| A. Johnson | Senior Director / Tax and Benefits | $550.00 | 53.2 | 29,260.00 |
| M. Arnaoudona | Senior Director / Healthcare and Restructuring | $550.00 | 134.6 | 74,030.00 |
| J. Forte | Senior Director / Litigation Support | $550.00 | 28.8 | 15,840.00 |
| E. Chiu | Senior Director / Litigation Support | $550.00 | 37.6 | 20,680.00 |
| D. Greer | Senior Director / Restructuring | $550.00 | 1,576.4 | 867,020.00 |
| R. Mizak | Senior Director / Restructuring | $600.00 | 865.4 | 475,970.00 |
| M. Spittell | Senior Director / Tax and Benefits | $550.00 | 198.1 | 108,938.50 |
| M. Lopez | Director / Restructuring | $450.00 | 26.4 | 11,893.50 |
| S. Fulmer | Director / Tax and Benefits | $480.00 | 41.3 | 19,824.00 |
| M. Sekerke | Director / Litigation Support | $500.00 | 5.3 | 2,650.00 |
| M. Zheng | Manager/ Litigation Support | $385.00 | 60.5 | 23,279.67 |
| M. Congedo | Director / Healthcare and Restructuring | $500.00 | 136.0 | 68,000.00 |
| E. Norris | Director / Healthcare and Restructuring | $450.00 | 73.9 | 33,255.00 |
| H. Johnston | Director / Healthcare | $400.00 | 4.8 | 1,920.00 |
| S. Crawford | Director / Tax and Benefits | $465.00 | 16.7 | 7,765.50 |
| V. Bodnar | Principal & Consulting Actuary / Actuarial | $475.00 | 369.1 | 175,322.50 |
| R. Yee | Principal & Consulting Actuary / Actuarial | $452.00 | 263.1 | 118,898.60 |
| S. Pena | Consulting Actuary / Actuarial | $330.00 | 2.5 | 825.00 |
| E. Lesher | Consulting Actuary / Actuarial | $265.00 | 34.0 | 9,010.00 |
| M. Naik | Consulting Actuary / Actuarial | $265.00 | 1.8 | 477.00 |
| M. Zilberman | Consulting Actuary / Actuarial | $265.00 | 14.0 | 3,710.00 |
| M. Morton | Consulting Actuary / Actuarial | $252.00 | 515.8 | 129,969.00 |
| A. Shapiro | Consulting Actuary / Actuarial | $136.00 | 668.3 | 90,895.60 |
| M. Leahan | Consulting Actuary / Actuarial | $176.00 | 32.7 | 5,755.20 |

| | | | | |
|---|---|---|---|---|
| D. Blustein | Consulting Actuary / Actuarial | $172.00 | 3.5 | 602.00 |
| P. Colasanto | Consulting Actuary / Actuarial | $192.00 | 0.3 | 57.60 |
| R. Guida | Consulting Actuary / Actuarial | $160.00 | 20.3 | 3,240.00 |
| J. Lierer | Consulting Actuary / Actuarial | $330.00 | 7.5 | 2,475.00 |
| J. Crowne | Consulting Actuary / Actuarial | $330.00 | 6.3 | 2,079.00 |
| S. Sames | Consulting Actuary / Actuarial | $565.00 | 14.8 | 8,362.00 |
| L. Berthiaumu | Consulting Actuary / Actuarial | $565.00 | 2.7 | 1,525.50 |
| Wei-Kiat Teo | Consulting Actuary / Actuarial | $555.00 | 11.0 | 6,105.00 |
| K. Yu | Consulting Actuary / Actuarial | $265.00 | 2.3 | 609.50 |
| A. Patel | Senior Associate / Healthcare and Restructuring | $375.00 | 13.0 | 4,875.00 |
| E. Haedicke | Senior Associate / Litigation Support | $250.00 | 3.8 | 950.00 |
| S. Charlesworth | Senior Associate / Tax and Benefits | $340.00 | 64.1 | 21,794.00 |
| E. Swanson | Senior Associate/ Tax and Benefits | $340.00 | 0.3 | 102.00 |
| I. Dimkova | Associate / Healthcare and Restructuring | $375.00 | 24.6 | 9,225.00 |
| D. Bell | Associate / Tax and Benefits | $210.00 | 2.0 | 420.00 |
| K. Kelly | Analyst / Healthcare | $250.00 | 1.0 | 250.00 |
| W. Fugazy | Analyst / Restructuring | $200.00 | 430.5 | 86,100.00 |
| B. Nassau | Analyst / Healthcare | $200.00 | 101.7 | 20,349.33 |
| **TOTAL:** | | | **8,033.6** | **$3,920,880.40** |
| | ***Blended Rate*** | | | **$488.06** |

**COMPENSATION SUMMARY BY PROFESSIONAL**

Twenty-Third Monthly Period: August 1, 2013 through August 31, 2013

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Douglas Greer | Senior Director / Restructuring | $550.00 | 2.4 | 1,320.00 |
| Matthew Morton [4] | Consulting Actuary / Actuarial | $252.00 | 8.5 | 2,142.00 |
| Andy Shapiro [4] | Consulting Actuary / Actuarial | $136.00 | 10.4 | 1,414.40 |
| Maura Leahan [4] | Consulting Actuary / Actuarial | $176.00 | 1.5 | 264.00 |
| William Fugazy | Analyst / Restructuring | $200.00 | 0.3 | 60.00 |
| Ben Nassau | Analyst / Healthcare | $200.00 | 25.5 | 5,100.00 |
| **Total** | | | 48.6 | $10,300.40 |
| **GRAND TOTAL:** | **$10,300.40** | | | |
| **BLENDED RATE:** | **$211.94** | | | |

4 Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
Final Period: September 8, 2011 through August 31, 2013

| Project Category | | Category Description | Hours | Total Fees |
|---|---|---|---|---|
| 1 | Information Requests | Preparation, review of or revisions to information requests; organization and distribution of information received in response to requests. | 82.1 | 45,080.60 |
| 2 | Review – General | General review of documents provided by Debtor or other professionals and constituents | 178.8 | 85,069.40 |
| 3 | Review – Actuarial | Review of actuarial reports, including the input and assumptions used therefor | 350.5 | 115,812.00 |
| 4 | Review – Financial | Review monthly operating reports and other financial reports of the company | 73.6 | 38,417.50 |
| 5 | Modeling | Development, review and revision of financial and actuarial models | 965.8 | 323,292.07 |
| 6 | Other – Financial | Other financial analysis | 30.1 | 15,675.00 |
| 7 | Comm – Client | Communications with client(s) | 64.8 | 28,892.00 |
| 8 | Comm – Pro | Communications with other professionals | 1,002.2 | 533,636.20 |
| 9 | Comm – Other | Communications with other constituents | 41.7 | 27,335.00 |
| 10 | E-Mail | Inter-office email | 363.7 | 182,131.05 |
| 11 | Meetings | Preparation for and participation in meetings with client(s), counsel, Debtor, other advisors, and other constituents | 940.9 | 513,885.95 |
| 12 | Reports and Presentations | Preparation of reports and presentations to our clients, other advisors, counsel, or others constituents | 787.4 | 368,745.08 |
| 13 | Legal | Preparation for, and attendance at, hearings before the Court, and support for counsel in identifying, pursuing, or defending causes of action. | 468.8 | 239,534.35 |
| 14 | Research | Research related to the engagement. | 133.9 | 68,365.70 |
| 15 | Engagement Management | Planning and coordinating the professionals' engagement team activities, participating in engagement team meetings, maintaining engagement files, preparation of fee applications, invoices, and time summaries and responding to inquiries by the U. S. Trustee and other Parties in Interest. | 330.6 | 119,413.50 |
| 16 | Travel Time (Billed at 50% Rates) | Non-working travel time to be billed at one-half total travel time. | 44.1 | 27,247.00 |
| 17 | Benefits | Research and analysis related to existing and alternative structures and programs for the provision of benefits to Retirees and LTD Participants. | 212.4 | 121,253.70 |
| 18 | Negotiations | Preparation for and participation in settlement discussions and negotiations | 835.4 | 508,522.30 |
| 27 | Tax | Analysis of tax issues. | 421.8 | 242,455.70 |
| 28 | Settlement Implementation | Preparation of analysis, presentations and communications in support of settlement implementation. | 705.3 | 316,116.30 |
| | **TOTAL:** | | **8,033.6** | **$3,920,880.40** |

**COMPENSATION BY PROJECT CATEGORY**

Twenty-Third Monthly Period: August 1, 2013 through August 31, 2013

| Project Category | Project Description | Total Hours | Total Fees |
|---|---|---|---|
| 10. Email | Inter-Office Email | 4.0 | 1,008.00 |
| 15. Engagement Management | Planning and coordinating the professionals' engagement team activities, participating in engagement team meetings, maintaining engagement files, preparation of fee applications, invoices, and time summaries and responding to inquiries by the U. S. Trustee and other Parties in Interest. | 28.2 | 6,480.00 |
| 28. Settlement Implementation | Preparation of analysis, presentations and communications in support of settlement implementation. | 16.4 | 2,812.40 |
| **TOTAL** | | 48.6[5] | **$10,300.40** |
| | | | |

5 Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))
**CUMULATIVE EXPENSE SUMMARY**
Final Period: September 8, 2011 through August 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Meals | $497.69 |
| Transportation | 23,366.00 |
| Telephone | 4,734.25 |
| Research Expense | 66.64 |
| Miscellaneous | 443.33 |
| Mail / Post Office | 455.81 |
| | |
| | |
| **Total Expenses** | **$29,563.72** |

**Expense Summary**
Twenty-Third Monthly Period: August 1, 2013 through August 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | 0 |
| Telephone | | 29.26 |
| Food | | 0 |
| Mail | | 0 |
| Miscellaneous | | (75.00) |
| | | |
| **Total Expenses**[6] | | **($45.74)** |

6 Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | **Hearing Date: TBD** |

**FINAL AND TWENTY-THIRD MONHTLY APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M"), AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al*, AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE TWENTY-THIRD MONTHLY FEE APPLICATION PERIOD: AUGUST 1, 2013 THROUGHT AUGUST 31, 2013; AND FOR THE FINAL PERIOD FROM SEPTEMBER 8, 2011 THROUGH AUGUST 31, 2013**

Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), financial advisors to The Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants of Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Committees"), submits this application (the "Application") for allowance of compensation for professional services rendered by A&M to the Committees for the twenty-third monthly period of August 1, 2013 through August 31, 2013 (the "Application Period") and for the final period September 8, 2011 through August 31 2013 and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

reimbursement of actual and necessary expenses incurred by A&M during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2]. In support of this Application, A&M represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

---

2 Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

3. On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

4. On June 21, 2011, this Court appointed The Official Committee of Retired Employees. On June 22, 2011, this Court appointed The Official Committee of Long-Term Disability Participants.

## A&M's RETENTION

5. On September 8, 2011 the Committees engaged A&M as their financial advisor in connection with these bankruptcy cases. On October 24, 2011, this Court entered the Order Pursuant to 11 U.S.C. Sections 327(a) and 1107(b), Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of A&M as advisor to the Committees *nunc pro tunc* to September 8, 2011 (D.I. 220).

## FEE PROCEDURES ORDER

6. On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

7. In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month. Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application. If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

## SUMMARY OF WORK DURING THE MONTHLY PERIOD

8. A&M submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as advisor to the Committees in these cases for the monthly period from August 1, 2013 through August 31, 2013 (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during that same period.

9. During the monthly period covered by this Application, A&M incurred fees in the amount of $10,300.40[3]. For the same monthly period, A&M incurred actual, reasonable and necessary expenses totaling ($45.74)[4]. With respect to these amounts, as of the date of this Application, A&M has received no payments.

10. Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

11. During the Monthly Fee Application Period, A&M worked on the 19th, 20th, 21st, 22nd and 23rd Monthly Fee Applications, the Eighth Quarterly Applications, and the actuaries finalized calculations and documents for settlement implementation.

12. Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals and other support staff and descriptions of the services provided.

13. Exhibit B attached hereto contains a breakdown of disbursements incurred by A&M during the Application Period and the final fee period's cumulative disbursements.

---

3 Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.

4 Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

14. In accordance with Local Rule 2016-2, A&M has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

15. A&M has endeavored to represent the Committees in the most expeditious and economical manner possible. Tasks have been assigned to professionals so that work has been performed by those most familiar with the particular matter or task and by the lowest hourly rate professional appropriate for a particular matter. Moreover, A&M has endeavored to coordinate with Togut, Segal & Segal, LLP, McCarter & English, LLP, Elliott Greenleaf, and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize fees and expenses to the Debtors. We believe we have been successful in this regard.

16. In this Court's order dated October 24, 2011 and subsequently amended on August 21, 2012, authorizing the appointment of A&M as financial advisor to the Committees, the Court also ordered that in connection with the actuarial services to be provided by A&M, from time to time A&M may utilize the services of Vincent L. Bodnar, ASA, MAAA, principal and consulting actuary with DaVinci Consulting Group, LLC ("DaVinci"), and other employees of DaVinci. Vincent L. Bodnar and ten other employees of DaVinci were subsequently hired by Towers Watson Pennsylvania Inc. ("Towers Watson"), effective November 1, 2012. As evidenced by the Supplemental Declarations that were filed by Towers Watson and Mr. Bodnar in this case on January 22, 2013 [Dkt. Nos 9316 and 9317], the Debtors, the Official Committee of Creditors and Towers Watson agreed that A&M could continue to utilize the services of Vincent L. Bodnar and other employees of Towers Watson for actuarial consulting services related to the Committees.[5] As ordered, Towers Watson's fees and expenses have been included in this fee application by A&M without any mark-up or profit to A&M on account of such fees and expenses.

---

[5] Docket #:9317 "Declaration Pursuant to Fed. R. Bankr. Proc. 2014(a) of Vincent Lee Bodnar Regarding Employment of Towers Watson and the Former DaVinci Consulting Company Whose Employees Were Acquired by Towers Watson as of November 1, 2012"

**FINAL FEE PERIOD**

17. This application also covers the Final Fee Period of September 8, 2011 through August 31 2013. During the Final Period covered by this Application, A&M incurred fees in the amount of $3,920,880.40. For the same period, A&M incurred actual, reasonable and necessary expenses totaling $29,563.72. In accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the Retiree Committee.

18. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, A&M respectfully requests that this Court: (a) allow A&M (i) compensation in the amount of $10,300.40[6] for actual, reasonable and necessary professional services rendered on behalf of the Committees during the Monthly Period of August 1, 2013 through August 31, 2013, and compensation in the amount of $3,920,880.40 for actual, reasonable and necessary professional services rendered on behalf of the Committees during the final period September 8, 2011 through August 31, 2013 and (ii) reimbursement in the amount of $(45.74)[7] for

---

6 Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.

7 Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

(Continued . . . )

actual, reasonable and necessary expenses incurred during the monthly period August 1, 2013 through August 31, 2013, and reimbursement in the amount of $29,563.72 for actual, reasonable and necessary expenses incurred during the final period September 8, 2011 through August 31, 2013; (b) authorize and direct the Debtors to pay to A&M the amount of $10,254.66[8] which is equal to the sum of 100% of A&M's allowed interim compensation and 100% of A&M's allowed expense reimbursement during the twenty-third monthly application period; and (c) grant such other and further relief as is just.

Dated: January 27th, 2014
New York, New York

ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC

Ronald M. Winters
600 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: 212-759-4433
Facsimile: 240-331-1344

*Financial Advisor to the Committees*

---

( . . . continued.)

8 Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson Actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.