# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
Aug 1, 2013 - Aug 31, 2013

TOTAL HOURS:            48.60

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| M. Morton | 07/10/13 | 0.5 | 10 | Review emails from S. Kelly |
| M. Morton | 07/11/13 | 1.5 | 10 | Email Review from S. Kelly re: Census Update |
| M. Morton | 07/12/13 | 1.0 | 10 | Review emails re: Settlement Updates |
| M. Morton | 07/17/13 | 0.5 | 10 | Review emails about address changes |
| M. Morton | 07/22/13 | 0.5 | 10 | Review emails regarding status of individual eligibility |
| B. Nassau | 8/1/13 | 0.4 | 15 | Write description of work for April Fee Application |
| B. Nassau | 8/1/13 | 0.2 | 15 | Incorporated R. Mizak's comments for description of work for April Fee Application |
| B. Nassau | 8/1/13 | 0.4 | 15 | Finalized April Fee Application |
| W. Fugazy | 8/5/13 | 0.3 | 15 | Conversation with B. Nassau re: K. Yu's time entry |
| B. Nassau | 8/5/13 | 2.1 | 15 | Preparation of 7th Quarterly Application, calculation and update of Fees and Expenses |
| B. Nassau | 8/5/13 | 0.5 | 15 | Preparation of 7th Quarterly Application, updated fee application table |
| B. Nassau | 8/5/13 | 0.3 | 15 | Conversation with W. Fugazy re: K. Yu's time entry |
| D. Greer | 8/7/13 | 0.9 | 15 | Research and respond to inquiries from TW regarding status of fee statements and corresponding payments |
| D. Greer | 8/8/13 | 1.5 | 15 | Research and respond to inquiries from TW regarding status of fee statements and corresponding payments |
| B. Nassau | 8/12/13 | 0.4 | 15 | Incorporated R. Mizak's comments for 7th Quarterly Application |
| B. Nassau | 8/12/13 | 1.1 | 15 | Reviewed and reconciled team's May Time Journals |
| B. Nassau | 8/12/13 | 0.6 | 15 | Coded team's May Time Journals |
| B. Nassau | 8/12/13 | 0.8 | 15 | Reviewed and coded TW May time Journals, re: Update of M. Leahan billing rate |
| B. Nassau | 8/12/13 | 2.1 | 15 | Preparation of May Fee Application, calculation and update of Fees and Expenses |
| B. Nassau | 8/12/13 | 0.2 | 15 | Wrote description of work for May Fee Application |
| B. Nassau | 8/12/13 | 0.1 | 15 | Incorporated R. Mizak's comments re: description of work for May Fee Application |
| B. Nassau | 8/14/13 | 0.2 | 15 | Incorporated Towers Watson's June Time journals |
| B. Nassau | 8/19/13 | 0.3 | 15 | Incorporated R. Winter's comments re: description of work for May Fee Application |
| B. Nassau | 8/19/13 | 1.0 | 15 | Preparation of May and April Fee Examiner Spreadsheet |
| B. Nassau | 8/19/13 | 0.1 | 15 | Updated D. Spragg June time journals |
| B. Nassau | 8/19/13 | 1.1 | 15 | Finalize May Fee Application |
| B. Nassau | 8/20/13 | 0.3 | 15 | Updated R. Winters June time journals |
| B. Nassau | 8/20/13 | 0.9 | 15 | Coded team's June time journals |
| B. Nassau | 8/26/13 | 1.8 | 15 | Begin preparation of June Fee Application |
| B. Nassau | 8/26/13 | 1.7 | 15 | Begin preparation of Eighth Quarterly Application |
| B. Nassau | 8/26/13 | 0.8 | 15 | Begin prepartion of July Fee Application |
| B. Nassau | 8/27/13 | 0.6 | 15 | Continued preparation of July Fee Application, updated hours table |
| B. Nassau | 8/27/13 | 1.8 | 15 | Review and calculation of year to date project expenses |
| B. Nassau | 8/27/13 | 0.4 | 15 | Continued preparation of Eighth Quarterly Fee Application, updated application period summary table |
| B. Nassau | 8/28/13 | 0.8 | 15 | Incorporated & Reviewed Towers Watson's expense detail to June Fee App |
| B. Nassau | 8/28/13 | 1.6 | 15 | Reviewed and calculated outstanding expenses |
| B. Nassau | 8/28/13 | 1.0 | 15 | Finalized June Fee Application |
| B. Nassau | 8/28/13 | 0.5 | 15 | Continued preparation of July Fee Application, updated expense table |
| B. Nassau | 8/28/13 | 0.7 | 15 | Continued preparation of Eighth Quarterly Fee Application, updated cumulative tables |
| B. Nassau | 8/28/13 | 0.2 | 15 | Finalized July Fee Application |
| B. Nassau | 8/29/13 | 0.5 | 15 | Prepared and Finalized August Fee Applicatoin |
| A. Shapiro | 07/08/13 | 0.8 | 28 | Research Retiree Member settlement value |
| M. Morton | 07/08/13 | 1.0 | 28 | Review questions about HRA development |
| A. Shapiro | 07/09/13 | 1.3 | 28 | Revised Individual Claim Forms |

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| M. Morton | 07/09/13 | 0.5 | 28 | Review updates to Final Census |
| M. Leahan | 07/09/13 | 0.5 | 28 | Tech review of Medical Chnages for Subset of Retirees |
| A. Shapiro | 07/11/13 | 0.5 | 28 | Research census data for Retiree Member |
| A. Shapiro | 07/11/13 | 1.3 | 28 | Revisions to WageWorks data |
| A. Shapiro | 07/12/13 | 3.0 | 28 | Updates of Individual Claim Forms and WageWorks forms |
| M. Morton | 07/15/13 | 0.5 | 28 | Answer questions about Retiree Eligibility |
| M. Morton | 07/18/13 | 0.5 | 28 | Review eligibility |
| M. Morton | 07/25/13 | 1.0 | 28 | Review analysis and updated files for Retiree Member |
| M. Leahan | 07/25/13 | 1.0 | 28 | Tech review of Medical Chnages for an Individual |
| A. Shapiro | 07/29/13 | 1.5 | 28 | Complete KCC and WageWorks forms for Retiree Member |
| A. Shapiro | 07/29/13 | 0.5 | 28 | Complete KCC and WageWorks forms for Retiree Member |
| A. Shapiro | 07/29/13 | 0.5 | 28 | Complete KCC and WageWorks forms for Retiree Member |
| M. Morton | 07/29/13 | 0.5 | 28 | Review requests from S Skelly about eligibility |
| A. Shapiro | 07/30/13 | 0.5 | 28 | Respond to WageWorks question about Retiree Member |
| M. Morton | 07/30/13 | 0.5 | 28 | Review pre-settlement deaths file provided by Cleary |
| A. Shapiro | 07/31/13 | 0.5 | 28 | Cross-check retirees who have recently passed away |