# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))
**CUMULATIVE EXPENSE SUMMARY**
Final Period: September 8, 2011 through August 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Meals | $497.69 |
| Transportation | 23,366.00 |
| Telephone | 4,734.25 |
| Research Expense | 66.64 |
| Miscellaneous | 443.33 |
| Mail / Post Office | 455.81 |
| | |
| | |
| **Total Expenses** | **$29,563.72** |

### Expense Summary
Twenty-Third Monthly: August 1, 2013 through August 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | 0 |
| Telephone | | 29.26 |
| Food | | 0 |
| Mail | | 0 |
| Miscellaneous | | (75.00) |
| | | |
| **Total Expenses**[15] | | **($45.74)** |

---

[15] Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

2725046.2