IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>RE: Docket No. 12897 |

## AFFIDAVIT OF
## TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
                      SS:
NEW CASTLE COUNTY:

    I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on January 28, 2014. I certify further that copies of the following document were caused to be served upon the parties identified on the attached list via the manner indicated:

**NOTICE OF FILING OF RESPONSE OF THE MONITOR AND
THE CANADIAN DEBTORS TO (A) THE SUBMISSIONS TO THE
CANADIAN COURT OF THE UK PENSION CLAIMAINTS MADE ON
JANUARY 24, 2014, WITH NOTICE TO THIS COURT, AND (B) THE LETTER
TO THE COURTS OF THE JOINT ADMINISTRATORS DATED JANUARY 24, 2014**

_____
Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 28th day of January 2014.

_____
NOTARY

#1014388-v37

# Nortel Networks, Inc., *et al*,
## Core Parties Service List
(Allocation Litigation)
**HAND DELIVERY**

Derek Abbott
Annie Cordo
Morris, Nichols, Arsht & Tunell LLP
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Selinda A. Melnik, Richard Hans, Timothy Hoeffner &
Farah Lisa Whitley-Sebti
DLA Piper
919 North Market Street
Suite 1500
Wilmington, DE 19801

Charlene D. Davis
Justin Alberto
Bayard, P.A.
222 Delaware Aveneu, Suite 900
Wilmington, DE 19899

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Christopher Samis
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**

Ken Coleman, Paul Keller, Daniel Guyder,
Laura Hall, Joseph Badtke-Berkow, Jonathan Cho &
Nicolette Ward
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482

James Bromley, Lisa Schweitzer, Howard Zelbo, Jeffrey
Rosenthal, Darryl Stein, Marla Decker, Lauren Peacock, Jacquelin
Moessner, Neil Forrest & Dan Queen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas R. Kreller, Jennifer P. Harris, Albert A. Pisa, Samir Vora,
Andrew LeBlanc, Michael Hirschfeld, Atara Miller, Tom Matz,
Nick Bassett, Gabrielle Ruha & Rachel Pojunas
Milbank, Tweed, Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Fred S. Hodara, David H. Botter, Abid Qureshi, Robert A. Johnson, Brad M. Kahn, Christine Doniak & Sunny Gulati
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

## INTERNATIONAL MAIL

Derrick Tay
Jennifer Stam
Gowling Lafleur Henderson LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario M5X 1G5

Jay Carfagnini, Joseph Pasquariello, Ben Zarnett, Alan Mark
Fred Myers, Peter Ruby, Jessica Kimmel & Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario M5K 1J7

Tony DeMarinis, Scott Bomhof, Sheila Block,
Andrew Gray & Adam Slavens
Torys LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Robin B. Schwill, Sean Campbell
James Doris & Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Jessica Zhi
Lax O'Sullivan Scott Lisus LLP Counsel
Sutie 1920, 145 King Street West
Toronto, Ontario M5H 1J8

| | |
|---|---|
| Mark Zigler, Susan Philpott, Ari Kaplan<br>& Barbara Walancik<br>Koskie Minsky<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario M5H 3R3 | Kenneth T. Rosenberg, Massimo (Max) Starnino, Lily Harmer, Karen Jones, Tina Lie, Michelle Jackson & Jacqueline Cummins<br>Paliare Roland Rosenberg Rothstein LLP<br>35th Floor, 155 Wellington Street West<br>Toronto, Ontario M5V 3H1 |
| Barry E. Wadsworth<br>Lewis Gottheil<br>CAW-CANADA<br>Legal Department<br>205 Placer Court<br>Toronto, Ontario M2H 3H9 | Arthur O. Jacques<br>Thomas McRae<br>Shibley Righton LLP<br>Barristers and Solicitors<br>250 University Avenue, Suite 700<br>Toronto, Ontario M5H 3E5 |
| Janice B. Payne, Steven Levitt, Christopher Rootham & Ainslie Benedict<br>Nelligan O'Brien Payne LLP<br>Barristers and Solicitors<br>50 O'Connor Street<br>Suite 1500<br>Ottawa, Ontario K1P 6L2 | Barbara J. Boake, James D. Gage, Elder C. Marques, Paul Steep, Byron Shaw, Sharon Kour & Kelly Peters<br>McCarthy Tetrault LLP<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario M5K 1E6 |
| Kevin Zych, S. Richard Orzy, Gavin Finlayson, Richard Swan, Sean Zweig & Jonathan Bell<br>Bennett Jones LLP<br>1 First Canadian Place<br>Suite 3400<br>Toronto, Ontario M5X 1A4 | R. Shayne Kukulowicz, Michael J. Wunder, Ryan Jacobs & Barbara Grossman<br>Dentons Canada LLP<br>77 King Street West, Suite 400<br>TD Centre<br>Toronto, ON M5K 0A1 |
| Angela Pearson<br>Antonia Croke<br>Ashurst LLP<br>Boardwalk House<br>5 Appold Street<br>London, EC2A 2HA<br>United Kingdom | E. Bruce Leonard, David S. Ward, Bill Burden, Christopher Horkins & Lara Jackson<br>Cassels Brock & Blackwell LLP<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, Ontario M5H 3C2 |
| Michael Barrack, D.J. Miller, Rebecca Lewis, Andrea McEwan, John Finnigan & Michael Shakra<br>Thornton Grout Finnigan LLP<br>Suite 3200, 100 Wellington Street West<br>P.O. Box 329<br>Toronto-Dominion Centre<br>Toronto, ON M5K 1K7 | Sheryl E. Seigel<br>McMillan LLP<br>Brookfield Place<br>181 Bay Street, Sutie 4400<br>Toronto, Ontario<br>M5J 2T3 |
| John Salmas, Kenneth Kraft & Sara-Ann Van Allen<br>Heenan Blaikie LLP<br>Bay Adelaid Centre<br>333 Bay Street, Suite 2900<br>P.O. Box 2900<br>Toronto, Ontario M5H 2T4 | Edmond F. B. Lamek<br>James Szumski<br>Borden Ladner Gervais LLP<br>Barristers and Solicitors<br>40 King Street West<br>Toronto, ON M5H 3Y4 |

Lyndon Barnes, Edward Sellers, Betsy Putnam & Adam Hirsh & Alexander Cobb
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place, Sutie 6100
P.O. Box 50
Toronto, Ontario M5X 1B8

Angela Dimsdale Gill, John Tillman, Matthew Bullen, David Graves & Katherine Tallett-Williams
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
United Kingdom

Michael Lang
Norton Rose Fulbright LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON M5J 2Z4