IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X    Chapter 11
    :
*In re*    :    Case No. 09-10138 (KG)
    :
Nortel Networks Inc., *et al.*,[1]    :    Jointly Administered
    :
    Debtors.    :
    :
-------------------------------------------------------X

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 29, 2014 AT 9:30 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**PRETRIAL CONFERENCE**

1.    Notice of Filing of Proposed Joint Trial Protocol (D.I. 12863, Filed 1/24/14).

    <u>Objection Deadline</u>:  N/A

    <u>Responses Received</u>:

    (a)    Letter to the Honorable Kevin Gross from Derek Adler (D.I. 12870, Filed 1/24/14);

    (b)    Notice of Filing of the Proposed Joint Trial Protocol of the Monitor and Canadian Debtors in the Canadian Proceedings (D.I. 12872, Filed 1/24/14);

    (c)    Letter to the Honorable Kevin Gross on Behalf of the Canadian Creditors Committee Respecting the Proposed Trial Protocol (D.I. 12873, Filed 1/24/14);

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    **Amended items appear in bold.**

(d)      Notice of Filing of Courtesy Copy Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of a Document filed in the Canadian Proceedings by the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (D.I. 12874, Filed 1/24/14); **and**

(e)      **Notice of Filing of Response of the Monitor and the Canadian Debtors to (A) the Submissions to the Canadian Court of the UK Pension Claimants Made on January 24, 2014, with Notice to this Court, and (B) the Letter to the Courts of the Joint Administrators Dated January 24, 2014 (D.I. 12897, Filed 1/28/14).**

Related Pleading:

(a)      Order Amending Litigation Schedule in Joint Cross-Border Proceedings to Determine Allocation of Asset Sale Proceeds and Certain Claims (D.I. 12522, Entered 11/27/13).

Status: The pretrial conference on this matter will go forward.

Dated: January 28, 2014
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7942920.4