## Exhibit A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 01, 2013 through December 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.7 | $7,612.50 |
| Fee and Employment Applications | 11.4 | $5,837.50 |
| Litigation | 376.7 | $298,175.50 |
| Analysis of Canadian Law | 15.0 | $9,916.00 |
| Intercompany Analysis | 8.5 | $8,070.00 |
| Canadian CCAA Proceedings/Matters | 15.3 | $10,137.50 |
| **TOTAL** | 435.6 | $339,749.00 |

Case Administration

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/21/2013 | review Canadian Debtors filing regarding Respondent Witnesses and exchange emails with clearly regarding same (0.6); exchange emails with Cleary regarding Canada Debtor request for a joint hearing on EMEA/UKPT settlement (0.4); | 1.0 | 875.00 | 12139220 |
| Bomhof | Scott A. | 12/22/2013 | trial preparation (1.0); telephone call with J. Kimmel, C. Armstrong, J. Doris (Davies, A. Slavens regarding December 23rd Chambers Motions for joint hearing requests and prepare for December 23 motions (1.7); exchange emails with Clearly regarding response to C. Armstrong email with respect to joint hearing on EMEA/UKPT settlement (0.4); | 3.1 | 2,712.50 | 12139227 |
| Bomhof | Scott A. | 12/23/2013 | Attend chambers motion before Justice Morawetz to schedule joint hearing on representative witness depositions, approval of EMEA/UKPT settlement and report to Cleary with respect to same (3.2); Various e-mails with Cleary and Goodmans regarding filings required for January 7 motion on representative witnesses (0.6 hours); Prepare draft materials for motion on representative witnesses (0.8 hours); | 4.6 | 4,025.00 | 12139230 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/12/2013 | Prepare for court hearing regarding fee apps.; review non-objection | 0.4 | 360.00 | 12099894 |
| Gray | William | 04/12/2013 | Work on monthly fee application | 0.7 | 630.00 | 12107098 |
| Gray | William | 06/12/2013 | Work on monthly fee application | 0.4 | 360.00 | 12109984 |
| Gray | William | 10/12/2013 | Review time details for monthly fee application | 0.6 | 540.00 | 12115379 |
| Gray | William | 12/12/2013 | Work on monthly fee application | 0.4 | 360.00 | 12127480 |
| Gray | William | 16/12/2013 | Review objections to October fee application; revise fee application | 0.7 | 630.00 | 12127491 |
| Gray | William | 20/12/2013 | Work on monthly fee application | 0.5 | 450.00 | 12137367 |
| Gray | William | 31/12/2013 | Work on monthly fee application | 0.6 | 540.00 | 12142115 |
| Bauer | Alison D. | 02/12/2013 | attention to proposed hearing on fee apps | 0.1 | 77.50 | 12098618 |
| Su | Nan | 02/12/2013 | Discussion with M. Maddox from MNAT regarding 18th Omnibus Fee Order (0.2); review and approve regarding same (0.3); assist A. Bauer and prepare documents for fee hearing (0.5); | 1.0 | 270.00 | 12098475 |
| Su | Nan | 03/12/2013 | Discussion with J. Brentnall regarding remain outstanding balance and quarterly fee application; | 0.3 | 81.00 | 12103391 |
| Su | Nan | 05/12/2013 | Review 18th Omnibus hearing order (0.2); review and revise November fee application data and conduct inquiries regarding discrepancies (3.3); | 3.5 | 945.00 | 12107582 |
| Su | Nan | 06/12/2013 | Review and revise November fee application data and conduct inquiries regarding discrepancies; | 2.2 | 594.00 | 12109098 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/12/2013 | trial preparation (3.1); telephone call with C. Armstrong and follow up on issues related to Kruger subpoena (0.3); | 3.4 | 2,975.00 | 12099844 |
| Bomhof | Scott A. | 03/12/2013 | trial preparation; | 1.2 | 1,050.00 | 12104024 |
| Bomhof | Scott A. | 04/12/2013 | meeting with M. Decker regarding deposition preparation (.5); trial preparation (3.1); exchange messages with Cleary and Goodmans regarding meet and confer on discovery issues (.6); | 4.2 | 3,675.00 | 12106499 |
| Bomhof | Scott A. | 05/12/2013 | trial preparation (2.7); reviewing e-mails sent by Cleary and Goodmans regarding privilege claw-back dispute (.3); | 3.0 | 2,625.00 | 12107084 |
| Bomhof | Scott A. | 06/12/2013 | trial preparation; | 1.8 | 1,575.00 | 12110369 |
| Bomhof | Scott A. | 09/12/2013 | trial preparation (1.2); exchange e-mails with Cleary and Goodmans regarding deposition issues (.5); attending meet and confer with H. Zelbo, I. Rosenberg, J. Kimmel, P. Ruby, A. Slavens and C. Armstrong (1.7); | 3.4 | 2,975.00 | 12112005 |
| Bomhof | Scott A. | 10/12/2013 | trial preparation (2.7); telephone call with H. Zelbo, I. Rozenberg, J. Kimmel, P. Ruby, C. Armstrong and A. Slavens regarding meet and confer on discovery issues (1.0); conference with W. Gray re: deposition witness (.3); | 4.0 | 3,500.00 | 12115399 |
| Bomhof | Scott A. | 11/12/2013 | meeting with S. Block and reviewing trial protocol (1.0): discussing representative party exam issues with Cleary (.4); trial preparation (.8); confer with W. Gray on discovery materials (.2); | 2.4 | 2,100.00 | 12119876 |
| Bomhof | Scott A. | 12/12/2013 | trial preparation (1.7); | 1.7 | 1,487.50 | 12122893 |
| Bomhof | Scott A. | 13/12/2013 | trial preparation (.8); reviewing draft claim settlement documents and providing comments on same (1.1); | 1.9 | 1,662.50 | 12122905 |
| Bomhof | Scott A. | 16/12/2013 | meeting with A. Gray, A. Slavens and S. Block to discuss potential settlement and trial protocol (1.0); reviewing e-mails regarding trial protocol and representative party exams (1.1); trial preparation (.6); preparing Canadian filing for settlement (1.0); | 3.7 | 3,237.50 | 12125756 |
| Bomhof | Scott A. | 17/12/2013 | Coordinate Canadian service of US Debtors settlement with EMEA Debtors /UKPT and telephone calls with C. Armstrong (Goodmans) and M. Gottlieb (Lax O'Sullivan) to discuss same (2.2 hours); trial preparation (0.5 hours); meeting with S. Block to discuss issues for Dec. 19 meet and confer and telephone call with B. Grossman (Dentons) regarding same (1.1); | 3.8 | 3,325.00 | 12128717 |
| Bomhof | Scott A. | 18/12/2013 | trial preparation; | 1.4 | 1,225.00 | 12135046 |
| Bomhof | Scott A. | 19/12/2013 | trial preparation (1.6); meeting with S. Block and A. Gray and providing comments on representative witness issues (1.3); telephone call with C. Armstrong and exchange e-mails with Cleary team regarding Monitor objection to EMEA/UKPT settlement (.8); | 3.7 | 3,237.50 | 12134077 |
| Bomhof | Scott A. | 20/12/2013 | Review draft filing on Representative Witness | 4.1 | 3,587.50 | 12137816 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | dispute and various emails and telephone with Cleary team to discuss same (1.7); prepare CCAA filing related to Representative Witness issues (0.3); prepare for December 23 scheduling motion re: joint hearing on EMEA/UKPT settlement (1.0); trial preparation (1.1); | | | |
| Bomhof | Scott A. | 24/12/2013 | Prepare for and participate in telephone call with Torys, Goodmans and Gowlings to discuss materials for January 7th joint hearing (1.7); exchange emails with Cleary, S. Bomhof, A. Gray and A. Slavens regarding issues related to January 7th joint hearing; exchange messages with B. Grossman (Dentons) and M. Gottlieb (Lax O'Sullivan) regarding materials for January 7 joint hearing (0.5); prepare materials for January 7 joint hearing (1.1); | 3.4 | 2,975.00 | 12142088 |
| Bomhof | Scott A. | 26/12/2013 | Exchange emails with Gowlings, Goodmans and Cleary regarding materials for January 7 motion related to rep party depositions (1.1); exchange messages with counsel for EMEA regarding Canadian Debtors scheduling proposal for January 7 motion (0.2); | 1.3 | 1,137.50 | 12142077 |
| Bomhof | Scott A. | 30/12/2013 | Prepare materials for Jan 7 motion on representative witness examinations; | 2.0 | 1,750.00 | 12142073 |
| Bomhof | Scott A. | 31/12/2013 | Review finalized affidavit of J Rosenberg and assist in preparation of factum regarding January 7 motion on representative witness examinations; | 1.8 | 1,575.00 | 12142721 |
| Gray | Andrew | 03/12/2013 | preparing for and participating in conference call regarding planning and strategy (1.2); email correspondence on discovery issues (0.2); conference call and office conference regarding trial planning issues with M. Reynolds (0.6); | 2.0 | 1,550.00 | 12103673 |
| Gray | Andrew | 04/12/2013 | preparing for depositions and discussing outstanding discovery issues (2.0); reviewing deposition transcripts (1.2) | 3.2 | 2,480.00 | 12106322 |
| Gray | Andrew | 06/12/2013 | reviewing correspondence and materials relating to depositions (0.8); reviewing appeal decision regarding allocation dispute resolution (0.3); | 1.1 | 852.50 | 12110763 |
| Gray | Andrew | 10/12/2013 | conference calls, preparation and follow-up regarding expert evidence (1.4); discussions regarding trial and deposition issues (0.7); conference with C. McCourt (.3) | 2.4 | 1,860.00 | 12119160 |
| Gray | Andrew | 11/12/2013 | reviewing and drafting correspondence regarding fact and expert evidence (0.6); | 0.6 | 465.00 | 12118468 |
| Gray | Andrew | 12/12/2013 | working on expert evidence issues and meeting with S. Black and C. McCourt (1.3); discussions regarding representative depositions (0.6); discussions regarding US claims litigation (0.7); | 2.6 | 2,015.00 | 12122424 |
| Gray | Andrew | 13/12/2013 | working on expert evidence matters (1.7); reviewing materials relating to US claims litigation (0.4); reviewing correspondence and office discussion regarding representative | 3.0 | 2,325.00 | 12122430 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 14/12/2013 | depositions (0.9); reviewing materials relating to US claims litigation (0.3); reviewing representative deposition topics, including the 92 page document prepared by the Canadian debtors, and email regarding same and responding (1.3); | 1.6 | 1,240.00 | 12122436 |
| Gray | Andrew | 16/12/2013 | reviewing motion materials and commenting on same (0.7); working on expert witness issues (0.9); reviewing trial protocol proposals and related correspondence (0.4); internal meeting with S. Bomhof, A. Slavens and S. Black (0.4); | 2.4 | 1,860.00 | 12128099 |
| Gray | Andrew | 17/12/2013 | working on expert evidence matters (2.3), on trial procedures (0.8), and on claims settlement with EMEA (0.2); | 3.3 | 2,557.50 | 12129976 |
| Gray | Andrew | 18/12/2013 | working on expert evidence issues (1.7); correspondence and discussions regarding trial protocol and representative depositions (1.9); | 3.6 | 2,790.00 | 12133285 |
| Gray | Andrew | 19/12/2013 | meet and conference call with S. Block and S. Bomhof (1.3); drafting correspondence and having in-person and telephone discussions regarding trial protocol and discovery issues (1.0); working on expert evidence issues (2.3); | 4.6 | 3,565.00 | 12137037 |
| Gray | Andrew | 20/12/2013 | discussing representative deposition, EMEA settlement and expert evidence matters with colleagues and reviewing email (3.8); reviewing materials relating to expert evidence (1.6); | 5.4 | 4,185.00 | 12137070 |
| Gray | Andrew | 21/12/2013 | email and document review regarding EMEA claims settlement (0.4); | 0.4 | 310.00 | 12137066 |
| Gray | Andrew | 22/12/2013 | discussing representative deposition issues and reviewing court submissions (0.4); discussing EMEA/UKPT claims settlement issues (0.5); | 0.9 | 697.50 | 12137746 |
| Gray | Andrew | 23/12/2013 | legal research, correspondence and office conferences regarding discovery issues (2.4); working on expert evidence matters (0.7); | 3.1 | 2,402.50 | 12140043 |
| Gray | Andrew | 24/12/2013 | conference calls regarding discovery motions (0.8); drafting correspondence and court materials (2.3); | 3.1 | 2,402.50 | 12140037 |
| Gray | Andrew | 27/12/2013 | preparing court materials and email regarding upcoming motion (3.2); | 3.2 | 2,480.00 | 12140045 |
| Gray | Andrew | 28/12/2013 | drafting and revising court materials (3.8); interminable email discussions with Canadian Debtors and Monitors counsel regarding timetable for delivery of court materials (0.4); | 4.2 | 3,255.00 | 12140234 |
| Gray | Andrew | 29/12/2013 | revising court materials for discovery motion and conducting research (7.9); more email regarding the schedule for the January 7 motion (0.1); | 8.0 | 6,200.00 | 12140706 |
| Gray | Andrew | 30/12/2013 | working on materials for discovery motion (7.5); | 7.5 | 5,812.50 | 12141859 |
| Gray | Andrew | 31/12/2013 | working on court materials for discovery motion (4.5); | 4.5 | 3,487.50 | 12141593 |
| McCourt | Conor | 10/12/2013 | discussion with Andrew Gray regarding expert evidence (0.3); commencing analysis of | 1.1 | 1,078.00 | 12115318 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| McCourt | Conor | 11/12/2013 | license points (0.8); preparing for expert conference call December 12. 2013, including analyzing license issues (4.8); | 4.8 | 4,704.00 | 12117475 |
| McCourt | Conor | 12/12/2013 | meeting with Sheila Block and Andrew Gray to discuss expert evidence (0.5); telephone conference with expert regarding licensing issues (1.0); working on expert issues including literature (4.2); | 5.7 | 5,586.00 | 12119100 |
| McCourt | Conor | 16/12/2013 | considering and revising expert outline on licensing issues (1.3); e-mail to Andrew Gray and Sheila Block (0.1); | 1.4 | 1,372.00 | 12127965 |
| McCourt | Conor | 17/12/2013 | considering expert outline (0.3); e-mail to Andrew Gray (0.1); | 0.4 | 392.00 | 12128734 |
| McCourt | Conor | 19/12/2013 | considering input from Cleary Gottlieb on expert outline/questions and commentary by Andrew Gray on same (0.3); considering revised outline and amending same (0.3); drafting e-mail to Andrew Gray and Sheila Block (0.6); | 1.2 | 1,176.00 | 12134056 |
| Slavens | Adam | 01/12/2013 | email correspondence with J. Kimmel, S. Bomhof, A. Gray and Cleary re discovery dispute; | 0.2 | 128.00 | 12097251 |
| Slavens | Adam | 02/12/2013 | email correspondence with Goodmans, S. Bomhof, A. Gray and Cleary re discovery dispute; | 0.3 | 192.00 | 12099344 |
| Slavens | Adam | 03/12/2013 | trial preparation; | 2.7 | 1,728.00 | 12106164 |
| Slavens | Adam | 03/12/2013 | email correspondence with Goodmans, S. Bomhof, A. Gray and Cleary re discovery dispute; | 0.3 | 192.00 | 12106171 |
| Slavens | Adam | 04/12/2013 | trial preparation; | 2.9 | 1,856.00 | 12106189 |
| Slavens | Adam | 04/12/2013 | email correspondence with Goodmans, S. Bomhof, A. Gray and Cleary re discovery dispute; | 0.2 | 128.00 | 12106197 |
| Slavens | Adam | 05/12/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 7.0 | 4,480.00 | 12109187 |
| Slavens | Adam | 06/12/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 5.7 | 3,648.00 | 12110888 |
| Slavens | Adam | 06/12/2013 | email correspondence with Goodmans, S. Bomhof, A. Gray and Cleary re discovery dispute; | 0.1 | 64.00 | 12110900 |
| Slavens | Adam | 09/12/2013 | conference call with P. Ruby, C. Armstrong, J. Kimmel, H. Zelbo, I Rozenberg and S. Bomhof re discovery dispute matters (1.1); preparing for same (0.8); | 1.9 | 1,216.00 | 12114433 |
| Slavens | Adam | 09/12/2013 | reviewing depositions, transcripts and notes of deponents for case; | 1.5 | 960.00 | 12114449 |
| Slavens | Adam | 09/12/2013 | trial preparation; | 1.5 | 960.00 | 12114454 |
| Slavens | Adam | 10/12/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 6.0 | 3,840.00 | 12118801 |
| Slavens | Adam | 11/12/2013 | reviewing email correspondence from Goodmans and Cleary re litigation timetable and discovery procedure; | 0.2 | 128.00 | 12118817 |
| Slavens | Adam | 11/12/2013 | reviewing depositions, transcripts and notes of deponents for case; | 1.0 | 640.00 | 12118820 |
| Slavens | Adam | 12/12/2013 | trial preparation; | 1.9 | 1,216.00 | 12121174 |
| Slavens | Adam | 12/12/2013 | reviewing depositions, transcripts and notes of deponents for case; | 3.2 | 2,048.00 | 12121176 |
| Slavens | Adam | 13/12/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 3.9 | 2,496.00 | 12124041 |
| Slavens | Adam | 14/12/2013 | reviewing and commenting on agreement re | 2.6 | 1,664.00 | 12124043 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/12/2013 | litigation; reviewing and commenting on agreement and court documents re litigation; | 2.6 | 1,664.00 | 12124044 |
| Slavens | Adam | 16/12/2013 | reviewing and commenting on agreement and court documents re litigation (4.6); preparing Canadian court documents re same (1.5); email correspondence and telephone calls with Cleary re same (0.6); office conference with S. Bomhof, S. Block and A. Gray re same (0.5); | 7.2 | 4,608.00 | 12127940 |
| Slavens | Adam | 17/12/2013 | trial preparation; | 1.3 | 832.00 | 12129930 |
| Slavens | Adam | 17/12/2013 | reviewing live depositions, transcripts and notes of deponents for case; | 1.9 | 1,216.00 | 12129931 |
| Slavens | Adam | 17/12/2013 | reviewing and commenting on trial protocol (1.6); finalizing, serving and filing Canadian court filing re US settlement motion (2.6); | 4.2 | 2,688.00 | 12129941 |
| Slavens | Adam | 18/12/2013 | preparing for meet and confer (4.0); reviewing email correspondence from core parties re same (0.8); | 4.8 | 3,072.00 | 12132817 |
| Slavens | Adam | 19/12/2013 | participating in meet and confer (1.7); preparing for same (0.7); | 2.4 | 1,536.00 | 12135968 |
| Slavens | Adam | 20/12/2013 | email correspondence with Goodmans and Cleary re discovery dispute; | 0.5 | 320.00 | 12137982 |
| Slavens | Adam | 22/12/2013 | conference call with J. Kimmel, C. Armstrong, J. Doris and S. Bomhof re December 23 scheduling appointment (0.4); reviewing email correspondence from Goodmans and Cleary re discovery dispute (0.6); | 1.0 | 640.00 | 12137991 |
| Slavens | Adam | 22/12/2013 | preparing for December 23 scheduling appointment; | 1.5 | 960.00 | 12138012 |
| Slavens | Adam | 23/12/2013 | attending 9:30 a.m. scheduling appointment (2.8); preparing for same (1.0); | 3.8 | 2,432.00 | 12139373 |
| Slavens | Adam | 23/12/2013 | reviewing correspondence from core parties re discovery disputes (1.0); email correspondence with S. Bomhof, A. Gray and Cleary re same (1.2); telephone call with I. Rozenberg and J. Moessner re same (0.3); | 2.5 | 1,600.00 | 12139374 |
| Slavens | Adam | 24/12/2013 | conference call with Goodmans, S. Bomhof and A. Gray re discovery dispute; | 0.5 | 320.00 | 12139581 |
| Slavens | Adam | 24/12/2013 | preparing court documents re motion returnable January 7, 2014; | 4.0 | 2,560.00 | 12139582 |
| Slavens | Adam | 24/12/2013 | email correspondence with Cleary, S. Block, S. Bomhof and A. Gray re discovery disputes; | 0.8 | 512.00 | 12139925 |
| Slavens | Adam | 25/12/2013 | email correspondence with Cleary, S. Block, S. Bomhof and A. Gray re discovery disputes; | 0.4 | 256.00 | 12139926 |
| Slavens | Adam | 26/12/2013 | email correspondence with Cleary, S. Block, S. Bomhof and A. Gray re discovery disputes; | 0.5 | 320.00 | 12139927 |
| Slavens | Adam | 26/12/2013 | preparing court documents re motion returnable January 7, 2014; | 4.3 | 2,752.00 | 12139930 |
| Slavens | Adam | 27/12/2013 | reviewing comments on, and revising, court documents re motion returnable January 7, 2014 (5.5); email correspondence with Cleary, S. Bomhof, S. Block and A. Gray re same (0.5); | 6.0 | 3,840.00 | 12140945 |
| Slavens | Adam | 28/12/2013 | email correspondence with Cleary, Goodmans, S. Bomhof, S. Block and A. Gray re motion returnable January 7, 2014; | 1.2 | 768.00 | 12140951 |
| Slavens | Adam | 29/12/2013 | reviewing comments on, and revising, court | 3.3 | 2,112.00 | 12140953 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 30/12/2013 | documents re motion returnable January 7, 2014 (2.5); email correspondence with Cleary, S. Bomhof, S. Block and A. Gray re same (0.8); finalizing court documents re motion returnable January 7, 2014; | 3.7 | 2,368.00 | 12141810 |
| Slavens | Adam | 31/12/2013 | email correspondence with Cleary, Goodmans, S. Bomhof, S. Block and A. Gray re motion returnable January 7, 2014; | 0.6 | 384.00 | 12142270 |
| Reynolds | Molly | 03/12/2013 | organizing transcripts of depositions (0.2), speaking to A. Gray re upcoming deposition preparation (0.2), researching practice for amending transcripts (0.2); | 0.6 | 306.00 | 12103431 |
| Reynolds | Molly | 04/12/2013 | researching law regarding changes to deposition transcripts and discussing same with E. Bussigel (0.6), organizing deposition outlines (0.3); | 0.9 | 459.00 | 12105813 |
| Reynolds | Molly | 05/12/2013 | organizing materials for depositions (0.4), organizing transcripts and exhibits (0.2); | 0.6 | 306.00 | 12107693 |
| Reynolds | Molly | 06/12/2013 | organizing exhibits for deposition (0.2); discuss deposition summaries with M. Blake (.1); | 0.3 | 153.00 | 12108235 |
| Reynolds | Molly | 10/12/2013 | filing exhibits and transcripts of depositions (0.4); | 0.4 | 204.00 | 12120302 |
| Reynolds | Molly | 11/12/2013 | filing exhibits and transcripts of depositions (0.1); | 0.1 | 51.00 | 12120307 |
| Reynolds | Molly | 12/12/2013 | organizing transcripts of depositions (0.3; | 0.3 | 153.00 | 12120664 |
| Reynolds | Molly | 13/12/2013 | filing exhibits from depositions (0.4); | 0.4 | 204.00 | 12121077 |
| Reynolds | Molly | 16/12/2013 | reviewing summaries of depositions (0.6); | 0.6 | 306.00 | 12127135 |
| Reynolds | Molly | 18/12/2013 | reviewing deposition summaries and organizing transcripts (1.2); | 1.2 | 612.00 | 12132401 |
| Reynolds | Molly | 19/12/2013 | organizing deposition transcripts and exhibits (0.6); | 0.6 | 306.00 | 12135358 |
| Reynolds | Molly | 20/12/2013 | reviewing deposition transcripts (3.2); | 3.2 | 1,632.00 | 12144655 |
| Block | Sheila R. | 05/12/2013 | preparation regarding representative discoveries; | 1.0 | 995.00 | 12110329 |
| Block | Sheila R. | 06/12/2013 | conference regarding representative depositions and reporting (2.0); preparation for trial (1.0); and correspondence regarding representative depositions (0.5); | 3.5 | 3,482.50 | 12110332 |
| Block | Sheila R. | 10/12/2013 | correspondence regarding representatives' depositions (1.0); preparation for and telephone call regarding expert evidence (1.7); office conference and correspondence regarding representatives' depositions 0.3); | 3.0 | 2,985.00 | 12116805 |
| Block | Sheila R. | 11/12/2013 | trial protocol; review and conference call; correspondence regarding same; | 3.5 | 3,482.50 | 12123631 |
| Block | Sheila R. | 12/12/2013 | preparing regarding expert evidence (.8); and meeting with A. Gray and C. McCourt (.5) | 1.3 | 1,293.50 | 12123639 |
| Block | Sheila R. | 12/12/2013 | correspondence regarding representation depos; telephone conversation with J. Kimmel regarding same; | 0.4 | 398.00 | 12123640 |
| Block | Sheila R. | 15/12/2013 | telephone conversation with J. Kimmel regarding rep depos; further telephone conversations regarding same; reviewing draft trial protocol and further material; | 2.2 | 2,189.00 | 12129966 |
| Block | Sheila R. | 16/12/2013 | conversations with S. Bomhof, A. Slavens and | 1.2 | 1,194.00 | 12129967 |

Case 09-10138-MFW    Doc 12902-2    Filed 01/29/14    Page 10 of 16

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 17/12/2013 | A. Gray regarding negotiations regarding experts (1.0); reviewing documents (.2); correspondence; telephone conversations with S. Bomhof and others regarding settlement motion; telephone conversation with counsel regarding rep depos; | 2.0 | 1,990.00 | 12129969 |
| Block | Sheila R. | 18/12/2013 | correspondence and telephone calls regarding representative depositions; | 0.5 | 497.50 | 12132695 |
| Block | Sheila R. | 19/12/2013 | correspondence and office conferences regarding trial and deposition issues with S. Bomhof and A. Gray (1.3); expert prep and reviewing draft court materials (3.3); | 4.6 | 4,577.00 | 12135797 |
| Block | Sheila R. | 20/12/2013 | extensive consultations regarding representative depos; | 2.5 | 2,487.50 | 12139318 |
| Block | Sheila R. | 22/12/2013 | correspondence regarding pre-trial motions; | 1.0 | 995.00 | 12139311 |
| Block | Sheila R. | 23/12/2013 | correspondence regarding pretrial motions; | 1.0 | 995.00 | 12139312 |
| Block | Sheila R. | 24/12/2013 | telephone conversations and correspondence regarding pretrial motions; | 0.8 | 796.00 | 12139551 |
| Block | Sheila R. | 24/12/2013 | trial prep; | 3.0 | 2,985.00 | 12139552 |
| Block | Sheila R. | 25/12/2013 | preparing for January 7 motion; reviewing affidavit; | 2.5 | 2,487.50 | 12141926 |
| Block | Sheila R. | 28/12/2013 | preparing for January 7 motion, reviewing affidavit; | 3.0 | 2,985.00 | 12140889 |
| Block | Sheila R. | 30/12/2013 | preparing for January 7 motion; reviewing affidavit; | 2.0 | 1,990.00 | 12141767 |
| DeMarinis | Tony | 02/12/2013 | trial planning and preparation (2.8); reading materials from production (2.0); read counsel exchanges (0.3); | 5.1 | 4,972.50 | 12098230 |
| DeMarinis | Tony | 03/12/2013 | counsel correspondence on deposition topics and production clawback (0.1); analysis of issues at trial, depositions and document production (3.5); read accumulated correspondence among core parties (0.3); | 3.9 | 3,802.50 | 12104081 |
| DeMarinis | Tony | 04/12/2013 | trial review and analysis in relation to accumulated disclosure (3.5); reading correspondence and associated materials from U.S. co-counsel, including in relation to additional document production, deposition lines of questioning, and consent order for Deloitte U.K. production (0.4); review Grant Thornton consent order (0.1); correspondence from Monitor's counsel on deposition line of questioning (0.2); reading production materials (0.5); | 4.7 | 4,582.50 | 12106681 |
| DeMarinis | Tony | 05/12/2013 | review and planning in relation to trial; | 2.5 | 2,437.50 | 12109057 |
| DeMarinis | Tony | 06/12/2013 | trial preparation, analysis and document reviews; | 4.5 | 4,387.50 | 12111367 |
| DeMarinis | Tony | 09/12/2013 | reading production materials; | 1.4 | 1,365.00 | 12114397 |
| DeMarinis | Tony | 10/12/2013 | reading counsel exchanges and materials in relation to trial and production; | 3.0 | 2,925.00 | 12116626 |
| DeMarinis | Tony | 11/12/2013 | counsel correspondence on proposed status meeting/calls (0.2); reading information and materials (1.5); timetable and scheduling review (0.3); review status of depositions (0.8); | 2.8 | 2,730.00 | 12117510 |
| DeMarinis | Tony | 16/12/2013 | engaged in review and correspondence relating | 4.8 | 4,680.00 | 12127956 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 17/12/2013 | to EMEA matters, trial issues, and evidence; planning and preparation regarding EMEA claims, inter-company issues, and trial; | 4.5 | 4,387.50 | 12130162 |
| DeMarinis | Tony | 18/12/2013 | consideration of counsel positions, correspondence and issues on trial format, effects of EMEA/U.S. Debtor agreement, representative examinations and various other matters relating to issues at trial (3.5); reading counsel correspondence (0.4); reviewing submissions of parties in light of bi-party agreement (1.3); | 5.2 | 5,070.00 | 12133136 |
| DeMarinis | Tony | 19/12/2013 | review of court materials and related issues; | 1.0 | 975.00 | 12136313 |
| DeMarinis | Tony | 20/12/2013 | counsel correspondence regarding discovery disputes, joint hearing request, and trial matters (0.3); review and consideration of contentious issues in discovery process (1.4); reading transcripts (0.5); analysis regarding issues raised by Canadian parties in re EMEA/U.S. Debtor agreement (1.0); reading accumulated correspondence (0.2); consideration of Canadian approval process (0.8); | 4.2 | 4,095.00 | 12137972 |
| Blake | Maureen | 03/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.5); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.3); | 2.2 | 913.00 | 12105370 |
| Blake | Maureen | 05/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.6); email regarding which deponents have final transcripts and final exhibits for printing and instructions regarding same (.5); | 2.5 | 1,037.50 | 12107507 |
| Blake | Maureen | 06/12/2013 | review emails regarding the deposition summaries and respond to same and discussion with M. Reynolds assistant regarding same (.4); review folder of deposition summaries; index for same and search workspaces for additional summaries and instructions regarding updating brief and workspace (1.6) | 2.0 | 830.00 | 12108250 |
| Blake | Maureen | 10/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.2); email regarding printing transcripts and exhibits (.2) review of further emails regarding transcripts and exhibits for recent deponents and organize and file same into the workspace; (.4) | 2.2 | 913.00 | 12115709 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Blake | Maureen | 12/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.2); email regarding printing transcripts and exhibits (.2) review of further emails regarding transcripts and exhibits for recent deponents and organize and file same into the workspace; (.4); review Erratas, Acknowledgments and Notarized Transcripts and instructions regarding updating the printed copies of the transcripts (.5) | 2.7 | 1,120.50 | 12120386 |
| Blake | Maureen | 13/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.2); email regarding printing transcripts and exhibits (.2) review of further emails regarding transcripts and exhibits for recent deponents and organize and file same into the workspace; (.4); review summaries workspace and create workspaces for recent deponents and instructions regarding updating binders of summaries for Sheila Block and Molly Reynolds (.8) | 3.0 | 1,245.00 | 12123350 |
| Blake | Maureen | 16/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.2); email regarding printing transcripts and exhibits (.2) | 1.8 | 747.00 | 12126875 |
| Blake | Maureen | 17/12/2013 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.2); email regarding printing transcripts and exhibits (.2) review deposition notes/summaries folder and instructions regarding updating binders of summaries for Molly Reynolds and Sheila Block; (.4) | 2.2 | 913.00 | 12129208 |
| Gray | William | 02/12/2013 | Work on allocation issues | 1.7 | 1,530.00 | 12099895 |
| Gray | William | 03/12/2013 | Work on intercompany allocation evaluations | 1.2 | 1,080.00 | 12099911 |
| Gray | William | 04/12/2013 | Work on allocation memoranda | 1.8 | 1,620.00 | 12107099 |
| Gray | William | 05/12/2013 | Work on allocation memoranda issues | 1.3 | 1,170.00 | 12107103 |
| Gray | William | 06/12/2013 | Review Third Circuit decision rejecting EMEA's claim to commence arbitration | 0.4 | 360.00 | 12109983 |
| Gray | William | 09/12/2013 | Work on litigation memorandum | 1.6 | 1,440.00 | 12115371 |
| Gray | William | 10/12/2013 | Trial planning regarding deposition witnesses (.80); conference with S. Bomhof regarding the same (.30); review Third Circuit dismissal decision by EMEA (.40) | 1.5 | 1,350.00 | 12115377 |
| Gray | William | 11/12/2013 | Work on allocation memorandum (2.2); conference | 2.4 | 2,160.00 | 12117107 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | with S. Bomhof regarding review of discovery materials (.2) | | | |
| Gray | William | 12/12/2013 | Work on allocation memoranda | 1.6 | 1,440.00 | 12127477 |
| Gray | William | 18/12/2013 | Work on trial preparation (.8); outline of factual disputes to address at trial (1.4) | 2.2 | 1,980.00 | 12137344 |
| Gray | William | 19/12/2013 | Conference with S. Block (.4); work on trial litigation summary of contested facts (1.2) | 1.6 | 1,440.00 | 12137360 |
| Gray | William | 20/12/2013 | Work on trial outline issue | 0.7 | 630.00 | 12137368 |
| Gray | William | 23/12/2013 | Work on allocation evidentially proof issues | 0.8 | 720.00 | 12140542 |
| Gray | William | 24/12/2013 | Work on allocation evidentiary proof issues | 1.0 | 900.00 | 12140545 |
| Gray | William | 30/12/2013 | Work on allocation memorandum (.8); review evidentiary proof issues on allocation issues (1.4) | 2.2 | 1,980.00 | 12140551 |
| Gray | William | 31/12/2013 | Work on allocation memoranda | 0.7 | 630.00 | 12142113 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 03/12/2013 | conducting Canadian legal research for case; | 0.8 | 512.00 | 12106174 |
| Slavens | Adam | 09/12/2013 | conducting Canadian legal research for case; | 2.1 | 1,344.00 | 12114474 |
| Slavens | Adam | 10/12/2013 | conducting Canadian legal research for case; | 1.7 | 1,088.00 | 12118803 |
| Slavens | Adam | 13/12/2013 | conducting Canadian legal research for case; | 0.6 | 384.00 | 12124056 |
| Kara | Irfan | 24/12/2013 | conducting Canadian legal research for case; | 0.7 | 231.00 | 12139993 |
| Kara | Irfan | 27/12/2013 | conducting Canadian legal research for case; | 3.9 | 1,287.00 | 12139994 |
| DeMarinis | Tony | 03/12/2013 | research review on case; | 0.5 | 487.50 | 12104092 |
| DeMarinis | Tony | 05/12/2013 | analysis of production in relation to trial preparation; | 2.0 | 1,950.00 | 12109059 |
| DeMarinis | Tony | 09/12/2013 | legal review and analysis regarding triable issues (1.7); reading research materials and products (1.0); | 2.7 | 2,632.50 | 12114394 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 19/12/2013 | review and consideration of inter-company issues in light of EMEA/U.S. agreement and trial matters; | 1.7 | 1,657.50 | 12136310 |
| DeMarinis | Tony | 23/12/2013 | consideration of production information in relation to prior disclosures and reporting (1.5); various counsel correspondence on disputed matters, court references, and related items (0.4); review and analysis of accumulated documents and information (2.0); | 3.9 | 3,802.50 | 12138927 |
| Gray | William | 06/12/2013 | Work on intercompany memorandum | 0.7 | 630.00 | 12109985 |
| Gray | William | 17/12/2013 | Review EMEA settlement (.8); conference with S. Bomhof regarding same (.3); review impact of settlement on continuing litigation issues with Nortel debtors (1.1) | 2.2 | 1,980.00 | 12128765 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/12/2013 | review NNL application for leave to appeal to the SCC with respect to Ministry of the Environment claims and discuss same with Cleary (0.6); Discussion with T. DeMarinis (.1); | 0.7 | 612.50 | 12099845 |
| Bomhof | Scott A. | 05/12/2013 | telephone call with M. Wunder regarding NNL application for leave to SCC on environmental issues; | 0.2 | 175.00 | 12107086 |
| Slavens | Adam | 02/12/2013 | reviewing CCAA case court documents on application for leave to appeal to Supreme Court re MOE decision; | 1.8 | 1,152.00 | 12099341 |
| Slavens | Adam | 04/12/2013 | conducting research on application for leave to appeal to Supreme Court re MOE decision; | 1.1 | 704.00 | 12106192 |
| Slavens | Adam | 08/12/2013 | reviewing 3rd circuit opinion; | 0.8 | 512.00 | 12110897 |
| Slavens | Adam | 18/12/2013 | reviewing CCAA case court documents (1.6); email correspondence with S. Bomhof and L. Schweitzer re same (0.1); | 1.7 | 1,088.00 | 12132818 |
| Slavens | Adam | 19/12/2013 | preparing CCAA case court documents and related correspondence (1.5); email correspondence with S. Bomhof, S. Block, A. Gray and Cleary re same (0.9); | 2.4 | 1,536.00 | 12135974 |
| Slavens | Adam | 20/12/2013 | preparing, finalizing, serving and filing CCAA case court documents; | 5.0 | 3,200.00 | 12137986 |
| Slavens | Adam | 24/12/2013 | preparing, finalizing, serving and filing CCAA case court documents; | 0.9 | 576.00 | 12139586 |
| Slavens | Adam | 26/12/2013 | preparing email correspondence to core parties service list; | 0.3 | 192.00 | 12139928 |
| DeMarinis | Tony | 02/12/2013 | discussion with Scott Bomhof (0.1); review Canadian materials (0.2); | 0.3 | 292.50 | 12098231 |
| DeMarinis | Tony | 03/12/2013 | review entered Canadian order on amended timetable; | 0.1 | 97.50 | 12104079 |