**Exhibit B**

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 01, 2013 through December 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone | Long Distance | $9.88 |
| Duplicating/Printing | 16,780 pgs @ .10 per pg | $1,678.00 |
| Binding Charges/Exhibit Tabs | | $72.96 |
| Production/LTS Laser Printing | | $458.54 |
| Courier | | $139.86 |
| Data Management | | $89.40 |
| Computer Research | Quicklaw / Westlaw | $254.23 |
| Secretarial Support | | $100.00 |
| **Grand Total Expenses** | | **$2,802.87** |

**Nortel**
**December 2013 Disbursements**

| | | | |
|---|---|---|---|
| 800 Telephone Call | 12/4/2013 | 0.24 | Telephone Call<br>12122252097 - New York, NY -<br>Time: 18:11 - Dur: 4.78 |
| 800 Telephone Call | 12/12/2013 | 0.05 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 08:50 - Dur: 0.88 |
| 800 Telephone Call | 12/13/2013 | 0.24 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 13:38 - Dur: 4.52 |
| 800 Telephone Call | 12/13/2013 | 5.99 | Telephone Call<br>Global Crossing, Inv # 19056015 GRAY, ANDREW |
| 800 Telephone Call | 12/15/2013 | 0.71 | Telephone Call<br>12123165958 - New York, NY -<br>Time: 17:11 - Dur: 14.90 |
| 800 Telephone Call | 12/15/2013 | 0.09 | Telephone Call<br>12123165958 - New York, NY -<br>Time: 16:46 - Dur: 1.08 |
| 800 Telephone Call | 12/15/2013 | 0.24 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 16:49 - Dur: 4.87 |
| 800 Telephone Call | 12/17/2013 | 0.94 | Telephone Call<br>12122252629 - New York, NY -<br>Time: 11:30 - Dur: 19.98 |
| 800 Telephone Call | 12/17/2013 | 0.05 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 16:35 - Dur: 0.27 |
| 800 Telephone Call | 12/17/2013 | 0.05 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 16:37 - Dur: 0.48 |
| 800 Telephone Call | 12/18/2013 | 0.05 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 16:21 - Dur: 0.95 |
| 800 Telephone Call | 12/19/2013 | 0.94 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 14:18 - Dur: 19.02 |
| 800 Telephone Call | 12/20/2013 | 0.24 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 16:14 - Dur: 4.55 |
| 4800 Telephone | 12/2/2013 | 0.05 | Telephone<br>13026589200 - Wilmington, DE -<br>Time: 11:30 - Dur: 1.67 |
| | | **$ 9.88** | |
| 801 Copies | 12/6/2013 | 72.40 | Copies |
| 801 Copies | 12/11/2013 | 77.30 | Copies |
| 801 Copies | 12/30/2013 | 0.80 | Copies |
| 808 Laser Printing | 12/2/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/2/2013 | 2.20 | Laser Printing |
| 808 Laser Printing | 12/3/2013 | 2.10 | Laser Printing |
| 808 Laser Printing | 12/3/2013 | 1.00 | Laser Printing |
| 808 Laser Printing | 12/4/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 12/4/2013 | 1.10 | Laser Printing |
| 808 Laser Printing | 12/4/2013 | 4.60 | Laser Printing |
| 808 Laser Printing | 12/5/2013 | 173.20 | Laser Printing |
| 808 Laser Printing | 12/5/2013 | 208.20 | Laser Printing |
| 808 Laser Printing | 12/5/2013 | 686.50 | Laser Printing |
| 808 Laser Printing | 12/5/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 12/6/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 12/6/2013 | 9.40 | Laser Printing |
| 808 Laser Printing | 12/6/2013 | 6.90 | Laser Printing |
| 808 Laser Printing | 12/6/2013 | 1.80 | Laser Printing |
| 808 Laser Printing | 12/8/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 12/9/2013 | 8.20 | Laser Printing |
| 808 Laser Printing | 12/9/2013 | 1.10 | Laser Printing |
| 808 Laser Printing | 12/10/2013 | 5.20 | Laser Printing |
| 808 Laser Printing | 12/10/2013 | 2.70 | Laser Printing |
| 808 Laser Printing | 12/10/2013 | 2.30 | Laser Printing |
| 808 Laser Printing | 12/10/2013 | 2.10 | Laser Printing |

**Nortel**
**December 2013 Disbursements**

| | | | |
|---|---|---|---|
| 808 Laser Printing | 12/10/2013 | 3.70 | Laser Printing |
| 808 Laser Printing | 12/10/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 12/10/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 12/11/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 12/12/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/12/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/12/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 12/12/2013 | 5.90 | Laser Printing |
| 808 Laser Printing | 12/12/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 6.60 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 2.10 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 3.20 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 12/13/2013 | 1.20 | Laser Printing |
| 808 Laser Printing | 12/15/2013 | 4.60 | Laser Printing |
| 808 Laser Printing | 12/16/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 12/16/2013 | 6.70 | Laser Printing |
| 808 Laser Printing | 12/16/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 12/17/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 12/17/2013 | 7.70 | Laser Printing |
| 808 Laser Printing | 12/17/2013 | 17.20 | Laser Printing |
| 808 Laser Printing | 12/17/2013 | 2.20 | Laser Printing |
| 808 Laser Printing | 12/17/2013 | 0.30 | Laser Printing |
| 808 Laser Printing | 12/18/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 12/18/2013 | 23.20 | Laser Printing |
| 808 Laser Printing | 12/18/2013 | 25.10 | Laser Printing |
| 808 Laser Printing | 12/19/2013 | 2.10 | Laser Printing |
| 808 Laser Printing | 12/19/2013 | 1.10 | Laser Printing |
| 808 Laser Printing | 12/19/2013 | 29.90 | Laser Printing |
| 808 Laser Printing | 12/19/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 12/20/2013 | 3.30 | Laser Printing |
| 808 Laser Printing | 12/20/2013 | 2.10 | Laser Printing |
| 808 Laser Printing | 12/20/2013 | 82.00 | Laser Printing |
| 808 Laser Printing | 12/23/2013 | 2.20 | Laser Printing |
| 808 Laser Printing | 12/23/2013 | 8.60 | Laser Printing |
| 808 Laser Printing | 12/24/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 12/27/2013 | 39.20 | Laser Printing |
| 808 Laser Printing | 12/29/2013 | 22.90 | Laser Printing |
| 808 Laser Printing | 12/30/2013 | 5.70 | Laser Printing |
| 808 Laser Printing | 12/30/2013 | 22.40 | Laser Printing |
| 808 Laser Printing | 12/30/2013 | 39.10 | Laser Printing |
| 808 Laser Printing | 12/31/2013 | 2.40 | Laser Printing |
| 4808 Laser Printing | 12/2/2013 | 4.40 | Laser Printing |
| 4808 Laser Printing | 12/2/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 12/2/2013 | 4.30 | Laser Printing |
| 4808 Laser Printing | 12/2/2013 | 4.20 | Laser Printing |
| 4808 Laser Printing | 12/2/2013 | 4.10 | Laser Printing |
| 4808 Laser Printing | 12/2/2013 | 1.20 | Laser Printing |
| 4808 Laser Printing | 12/5/2013 | 2.00 | Laser Printing |
| 4808 Laser Printing | 12/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/5/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/19/2013 | 2.00 | Laser Printing |
| 4808 Laser Printing | 12/19/2013 | 0.30 | Laser Printing |
| | | **$ 1,678.00** | |
| | | | |
| 811 Binding Charges | 12/16/2013 | 8.47 | Binding Charges |
| | | | Dec-16-13, C Pellegrini, Binding Charges, x3, /JS |
| 811 Binding Charges | 12/20/2013 | 8.47 | Binding Charges |
| | | | Dec-20-13, C Pellegrini, Binding Charges, x3, /JS |
| 844 Exhibit Tabs | 12/6/2013 | 17.89 | Exhibit Tabs |
| | | | Dec-06-13, M Bojovick, Exhibit Tabs, x76, /JS |
| 844 Exhibit Tabs | 12/10/2013 | 24.01 | Exhibit Tabs |
| | | | Dec-10-13, M Bojovick, Exhibit Tabs, x102, /TW |

Nortel
**December 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 844 Exhibit Tabs | 12/20/2013 | 1.41 | Exhibit Tabs |
| | | | Dec-20-13, C Pellegrini, Exhibit Tabs, x6, /JS |
| 844 Exhibit Tabs | 12/30/2013 | 12.71 | Exhibit Tabs |
| | | | Dec-30-13, L Duke, Exhibit Tabs, x54, /TW |
| | | **$  72.96** | |

| | | | |
|---|---|---|---|
| 821 Production Printing | 12/15/2013 | 25.42 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets; setting stamps and document labels; Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets |
| 821 Production Printing | 12/31/2013 | 16.92 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets; setting stamps and document labels; Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets |
| 839 LTS Laser Printing | 12/15/2013 | 260.48 | LTS Laser Printing printing images and/or transcripts from the data base; |
| 839 LTS Laser Printing | 12/31/2013 | 155.72 | LTS Laser Printing, printing images and/or transcripts from the data base; |
| | | **$  458.54** | |

| | | | |
|---|---|---|---|
| 822 Courier | 12/5/2013 | 108.26 | Courier 79 Wellington Street West,Invoice # 58956 333 Bay St,Goodmans, Room W3,7,0 |
| 822 Courier | 12/6/2013 | 31.60 | Courier 6895 Bramalea Rd,FEDEX, 79 Wellington Street West,Invoice # 58956 no pi up,1,1 |
| | | **$  139.86** | |

| | | | |
|---|---|---|---|
| 826 Data/Project Management | 12/15/2013 | 53.67 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces |
| 826 Data/Project Management | 12/31/2013 | 35.73 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces |
| | | **$  89.40** | |

| | | | |
|---|---|---|---|
| 887 On Line Research Charges -WestlaweCarswell Incl. | 12/27/2013 | **$  254.23** | On Line Research Charges -WestlaweCarswell Incl. |
| Secr. Support-Nights | 12/5/2013 | **$  100.00** | Secretarial Support |
| | | **$  2,802.87** | |