# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 29, 2014 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Pretrial Conference - Joint with Canada - Re: Trial in May;

**R / M #:**   12,901 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -  Pretrial Conference - Next hearing is scheduled for 3/12/14 @ 1:00 pm
    Additional 10 - 15 Trial dates needed - June, 2014 - Parties should work out how many days and when; Scheduling order to be submitted
    Outside Audio/Video  Equipment Company - parties discussed options of bring in outside equipment/service provider
    Outside Court Reporter would be the official record was discussed for both Canada and Wilmington

    Judge Gross' Courtroom will be used, adding tables, 8 tables with 4 attorneys each, boxes would be stored outside the courtroom, another Courtroom to be used for overflow for those who just want to listen.