# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/29/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Leblanc | Milbank Tweed | Ad Hoc Bondholder Group |
| Robert Johnson | Akin Gump | Official Committee of Unsecured Creditors |
| Abid Qureshi | " | " |
| Fred Hodara | " | " |
| David Crichlow | Katten Muchin | Wilmington Trust Trustee for Canada Only Bonds |
| Jacob Pultman | Allen & Overy LLP | Canadian Monitor |
| Annie Cordo | Morris Nichols Arsht + Tunnel | Debtors |
| Derek Abbott | " | " |
| Jeffrey Rosenthal | Cleary Gottlieb Steen + Hamilton | " |
| Howard Zelbo | " | " |
| Peter Keane | Buchanan Ingersoll & Rooney | Ad Hoc Bondholder Group |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Laura Hall | Allen & Overy | " |
| Joe Boettke Berkow | | " |
| John Dorsey | Young Conaway | Joint Administrators EMEA |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/29/14

*PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Selinda Melnik | DLA Piper | CCC |
| Timothy Hoeffner | DLA Piper | CCC |
| Derek Adler | Hughes Hubbard | Joint Administrators / EMEA |
| (illegible) | | |
| Stephen Miller | Morris James LLP | Law Debenture (Indenture Trustee) |
| Dan Lowenthal | Patterson Belknap | Law Debenture (Indenture Trustee) |
| Brian O'Connor | Willkie Farr | UK Pension Claimants |
| Sameer Advani | Willkie Farr | " |
| Justin Alberto | Bayard | " |
| Fred Hodara | Akin Gump | Cred. Committee |
| Abid Qureshi | " | " |
| Robert Johnson | " | " |
| Chris Samis | Richards Layton | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
### Courtroom

Calendar Date: 01/29/2014
Calendar Time: 09:30 AM ET

Amended Calendar 01/29/2014 06:12 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6061935 | Jonathan Barnett | (617) 658-5527 | Covalent Partners | Interested Party, Covalent Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067706 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.f | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6066509 | Josh W. Brant | 212-723-1584 | CitiGroup | Interested Party, Citigroup Global Markets Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6066462 | Justin Brass | (212) 843-1242 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6071746 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067094 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Trustee, UK Pension Plan / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6068498 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6069293 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6066551 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |

| Debtor | Case # | Hearing Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6066593 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6070983 | Matthew Ehmer | (203) 542-4219 ext. 00 | Silver Point Capital | Third Party, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067428 | Daniel Guyder | 212-756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067084 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Nortel Networks UK Pension Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6071797 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6066596 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6066526 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067492 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6062303 | Justice Geoffrey Morawetz | (302) 351-9158 | Ontario Superior Court of Justice | Judge, Justice Geoffrey Morawetz / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067182 | Richard Paige | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6070568 | Adam Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6071745 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6069127 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Southpaw Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6070247 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6070175 | Michael J. Wunder | (416) 863-4715 | Dentons Canada, LLP. | Interested Party, Dentons Canada, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6067966 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |