# COUNSEL SLIP

9:30 A.M.

COURT FILE NO: CV-09-7950-00CL          DATE: JAN 29, 2014

NO ON LIST: 1

**TITLE OF PROCEEDING:** NORTEL NETWORKS CORPORATION

---

**COUNSEL FOR:**
PLAINTIFF(S)
APPLICANT(S)
PETITIONER(S)

PHONE & FAX NOS

---

**COUNSEL FOR:**
DEFENDANT(S)
RESPONDENT(S)

PHONE & FAX NOS

| Name | For | Phone/Fax |
|---|---|---|
| Jennifer Stam, for Nortel Networks Corp et al | | 416.862.5697 (ph) / 416.862.7661 (f) |
| Alan Mark for Nortel Net. Corp. | | 416.597.4264 / 416 979-1234 (f) |
| Jessica Kimner | " " " | 416.597.4219 |
| Lyndon Barnes | For Directors | 416.862.6679 / 416.862.6666 |
| Finlayson, G. / Swan, R. | For Noteholder Group | 416.777.5762 / 416.863.1716 |
| Mark Zigler / Barbara Walancik | For Canadian Creditors Committee (CCC) | 416-595 2090 (ph) / 416 542 6283 (ph) / 416 204-2877 (f) |
| John Salmas - for Wilmington Trust | | 416-360-???? / 866-875-2093 (fax) |
| Sheila Block / Scott Bomhof, NNC/US Debtors | | ph 416-865-7370 / fax 416-865-7380 |
| Michael Barrack / John Finnigan | for UKPC | ph 416-304-0558 / f. 416-304-1313 |
| Gottlieb, MP / Wynn, Troy | EMEA Debtors | t. 416-644-5353 / f 416-598-3730 |
| Shayne Kukulowicz / Barbara Grossman | For UCC | T 416-863-4740 / F 416-863-4592 |