## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 12875 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2014, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on January 29, 2014 at 9:30 A.M. (Eastern Time)," dated January 27, 2014 [Docket No. 12875], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.    delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
28 <u>th</u> day of January, 2014

Pete Caris

Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

-2-

**EXHIBIT A**

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA Piper
919 N. Market Street
Suite 1500
Wilmington, DE  19801

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
CANADA

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, UK  EC2A 2HA
ENGLAND

Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
Milbank Tweed Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**EXHIBIT B**

| Name | Company | Fax No. |
|------|---------|---------|
| Kathleen A. Murphy | | |
| Mary F. Caloway | Buchanan Ingersoll & Rooney | 302-552-4295 |
| | | |
| Ed Harron | | 302-576-3298; |
| John Dorsey | Young Conaway Stargatt & Taylor LLP | 302-576-3401 |
| | | |
| Selinda A. Melnik | | 302-778-7914; |
| Richard Hans | | 302-884-8730; |
| Timothy Hoeffner | | 215-606-3341; |
| Farah Lisa Whitley-Sebti | DLA Piper | 212-884-8529 |
| Christopher Samis | Richards Layton & Finger P.A. | 302-498-7845 |
| Charlene D. Davis | | |
| Justin Alberto | Bayard P.A. | 302-658-6395 |
| | | |
| Derrick Tay | | |
| Jennifer Stam | Gowling LaFleur Henderson LLP | 416-862-7661 |
| Joseph Pasquariello | | |
| Ben Zarnett | Goodmans LLP | 416-979-1234 |
| Fred Myers | | |
| Peter Ruby | | |
| Jessica Kimmel | | |
| Chris Armstrong | Goodmans LLP | 416-979-1234 |
| Murray McDonald | | |
| Brent Beekenkamp | Ernst & Young Inc. | 416-943-3300 |
| Tony DeMarinis | | |
| Scott Bomhof | | |
| Sheila Block | | |
| Andrew Gray | | |
| Adam Slavens | Torys LLP | 416-865-7380 |
| Robin B. Schwill | | |
| Sean Campbell | | |
| James Doris | | |
| Louis Sarabia | Davies Ward Phillips & Vineberg LLP | 416-863-0871 |
| Matthew P. Gottlieb | | |
| Tracy Wynne | | |
| Paul Michell | | |
| Jessica Zhi | Lax O'Sullivan Scott Lisus LLP | 416-598-3730 |
| | | |
| Mark Zigler | | 416-204-2877; |
| Susan Philpott | | 416-204-2882; |
| Ari Kaplan | | 416-204-2875; |
| Barbara Walancik | Koskie Minsky | 416-204-2906 |
| Kenneth T. Rosenberg | | |
| Massimo (Max) Starnino | | |
| Lily Harmer | | |
| Karen Jones | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Tina Lie | | |
| Michelle Jackson | | |
| Jacqueline Cummins | Paliare Roland Rosenberg Rothstein LLP | 416-646-4301 |
| Barry E. Wadsworth | | |
| Lewis Gottheil | CAW-Canada | 416-495-3786 |
| | | |
| Arthur O. Jacques | | 416-214-5413; |
| Thomas McRae | Shibley Righton LLP | 416-214-5400 |
| Janice B. Payne | | |
| Steven Levitt | | |
| Christopher Rootham | | |
| Ainslie Benedict | Nelligan O'Brien Payne LLP | 613-788-3655 |

| | | |
|---|---|---|
| Barbara J. Boake | | |
| James D. Gage | | |
| Elder C. Marques | | |
| Paul Steep | McCarthy Tetrault LLP | 416-686-0673 |
| Byron Shaw | | |
| Sharon Kour | | |
| Kelly Peters | McCarthy Tetrault LLP | 416-686-0673 |
| Kevin Zych | | |
| S. Richard Orzy | | |
| Gavin Finlayson | | |
| Richard Swan | | |
| Sean Zweig | | |
| Jonathan Bell | Bennett Jones LLP | 416-863-1716 |
| R. Shayne Kukulowicz | | |
| Michael J. Wunder | | |
| Ryan Jacobs | | |
| Barbara Grossman | Dentons Canada LLP | 416-863-4592 |
| Angela Pearson | | +44 (0) 20 |
| Antonia Croke | Ashurst LLP | 7638 1111 |
| E. Bruce Leonard | | |
| David S. Ward | | |
| Bill Burden | | |
| Christopher Horkins | | |
| Lara Jackson | Cassels Brock & Blackwell LLP | 416-640-3054 |
| Michael Barrack | | |
| D.J. Miller | | |
| Rebecca Lewis | | |
| Andrea McEwan | | |
| John Finnigan | | |
| Michael Shakra | Thornton Grout Finnigan LLP | 416-304-1313 |
| Sheryl E. Seigel | McMillan LLP | 416-365-1719 |
| John Salmas | | |
| Kenneth Kraft | | |
| Sara-Ann Van Allen | Heenan Blaikie LLP | 416-360-8425 |
| | | |
| Edmond F. B. Lamek | | 416-361-2436; |
| James Szumski | Borden Ladner Gervais LLP | 416-682-2811 |
| Lyndon Barnes | | |
| Edward Sellers | | |
| Betsy Putnam | | |
| Adam Hirsh | | |
| Alexander Cobb | Osler Hoskin and Harcourt LLP | 416-862-6666 |
| Michael Lang | Norton Rose Fulbright LLP | 416-216-3930 |
| Angela Dimsdale Gill | | |
| John Tillman | | |
| Matthew Bullen | | |
| David Graves | | +44 20 7296 |
| Katherine Tallett-Williams | Hogan Lovells International LLP | 2001 |
| Ken Coleman | | |
| Paul Keller | | |
| Daniel Guyder | | |
| Laura Hall | Allen & Overy LLP | 212-610-6399 |
| Joseph Badtke-Berkow | | |
| Jonathan Cho | | |
| Nicolette Ward | Allen & Overy LLP | 212-610-6399 |
| James Bromley | | |
| Lisa Schweitzer | | |
| Howard Zelbo | | |
| Jeffrey Rosenthal | | |
| Darryl Stein | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |
| Marla Decker | | |
| Lauren Peacock | | |
| Jacqueline Moessner | | |
| Neil Forrest | | |
| Dan Queen | Cleary Gottlieb Steen & Hamilton LLP | 212-225-3999 |

| | | |
|---|---|---|
| Derek Adler | | |
| Neil Oxford | | 212-422-4726; |
| Fara Tabatabai | | 212-299-6269; |
| Charles Huberty | Hughes Hubbard & Reed | 212-299-6045 |
| Thomas R. Kreller | | |
| Jennifer P. Harris | | |
| Albert A. Pisa | | 213-629-5063; |
| Samir Vora | | 212-530-5219; |
| Andrew M. LeBlanc | Milbank Tweed Hadley McCloy LLP | 202-263-7574 |
| | | |
| Michael Hirschfeld | | 212-882-5832; |
| Atara Miller | | 212-822-5421; |
| Tom Matz | | 212-822-5885; |
| Nick Bassett | | 202-263-7546; |
| Gabrielle Ruha | | 212-822-5155; |
| Rachel Pojunas | Milbank Tweed Hadley McCloy LLP | 202-263-7551 |
| Fred S. Hodara | | |
| David H. Botter | | |
| Abid Qureshi | | |
| Robert A. Johnson | | |
| Brad M. Kahn | | |
| Christine Doniak | | |
| Sunny Gulati | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 |
| | | |
| Brian O'Connor | | 212-728-9251; |
| Sameer Advani | | 212-728-9587; |
| Andrew Hanrahan | Willkie Farr & Gallagher LLP | 212-728-9170 |
| Michael J. Riela | Latham & Watkins LLP | 212-751-4864 |
| Craig A. Barbarosh | | |
| David A. Crichlow | | |
| Karen B. Dine | Katten Muchin Rosenman LLP | 212-940-8776 |
| Daniel A. Lowenthal | Patterson Belknap Webb & Tyler LLP | 212-336-1253 |