# EXHIBIT C

**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $276.40 |
| Conference Call /Telephone/Video Conferencing | $4,735.80 |
| Courier Service/Postage | $3,323.54 |
| Duplicating (billed at $.10 per page) | $6,757.60 |
| Duplicating (Third-Party charges billed at cost) | $87.19 |
| Meals/Committee Meeting Expenses | $5,241.08 |
| Office Supplies (Third- Party Printing charges billed at cost) | $890.05 |
| Transcript/Deposition Charges | $6,860.50 |
| Travel Expenses – Airfare | $137,028.16 |
| Travel Expenses – Ground Transportation | $12,421.63 |
| Travel Expenses – Lodging | $28,792.11 |
| Travel Expenses – Telephone & Fax | $101.40 |
| Travel Expenses – Train Fare | $1,622.68 |
| Retained Professional Fees & Expenses | $860,877.17 |
| **TOTAL** | **$1,069,015.31** |