# **EXHIBIT A**

RLF1 9706461v.1

Nortel Creditors Committee                                       January 29, 2014
c/o Fred S. Hodara, Esq.                                         Invoice 446804
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                                  Page 2
New York NY  10036                                               Client #  732310

                                                                 Matter # 165839

---

For services through December 31, 2013
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | Review and calendar upcoming critical dates | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 12/06/13 | Review docket (.2); Review and update critical dates (.8) | Paralegal — Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 12/13/13 | Review docket (.1); Review and update critical dates (.3) | Paralegal — Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 12/19/13 | Review and update critical dates | Paralegal — Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 12/20/13 | Retrieve and circulate critical pleadings | Paralegal — Lindsey A. Edinger | 0.20 hrs. | 215.00 | $43.00 |
| 12/23/13 | Review and calendar upcoming critical dates | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 12/23/13 | Retrieve, maintain, and internally circulate letters to Judge Gross | Paralegal — Lindsey A. Edinger | 0.30 hrs. | 215.00 | $64.50 |
| 12/26/13 | Review Docket | Paralegal — Lindsey A. Edinger | 0.10 hrs. | 215.00 | $21.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $653.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$653.00** |
|  | $267.50 |
| **TOTAL DUE FOR THIS MATTER** | **$920.50** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | January 29, 2014<br>Invoice 446804<br>Page 3<br>Client #  732310<br><br>Matter # 165839 |

For services through December 31, 2013
relating to Claims Administration

| | | | | | |
|---|---|---|---|---|---|
| 12/03/13 | Call to M. Palanivelu re: timing of payments of claims and offers from claims traders (.3); Emails to M. Palanivelu re: timing of payments of claims and offers from claims traders (.2); Email to A. Cordo re: claimant M. Palanivelu address update (.1) | | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | | $270.00 |
| 12/12/13 | Review CA Board of Equalization settlement motion and related documentation | | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | | $360.00 |
| 12/16/13 | Return calls to creditors regarding inquiries form claims traders (x3) | | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | | $270.00 |
| 12/17/13 | Review US claims litigation settlement motion | | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 450.00 | | $720.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $1,620.00 |
| TOTAL DUE FOR THIS INVOICE | $1,620.00 |
|  | $1,525.30 |
| **TOTAL DUE FOR THIS MATTER** | $3,145.30 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | January 29, 2014<br>Invoice 446804<br>Page 4<br>Client #  732310<br><br>Matter # 165839 |

For services through December 31, 2013

relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 12/02/13 | Review e-mail from M. Fagen re: 12/3/13 telephonic appearance for F. Hodara (.1); Telephone call to Courtcall re: same (.1); E-mail to F. Hodara re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 12/13/13 | Retreive and review re: 12/17/13 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 12/17/13 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $150.50 |
| TOTAL DUE FOR THIS INVOICE | **$150.50** |
| | $3,226.30 |
| **TOTAL DUE FOR THIS MATTER** | **$3,376.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 29, 2014  
Invoice 446804  
Page 5  
Client #  732310

Matter #  165839

---

For services through December 31, 2013  
relating to Employee Issues

| | | | | |
|---|---|---|---|---|
| 12/12/13 | Review fourth amended order on discovery protocol for terminated Canadian employees | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

| | |
|---|---|
| Total Fees for Professional Services | $135.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$135.00** |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | $135.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 29, 2014  
Invoice 446804  
Page 6  

Client #  732310  

Matter # 165839  

For services through December 31, 2013  
relating to  Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/13 | Retrieve re: opinion and judgment in third circuit (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 12/06/13 | Review Third Circuit opinion in arbitration appeal (1.0); Email to B. Witters re: circulation of Third Circuit opinion in arbitration appeal (.1) | | | | |
| | Associate  Christopher M. Samis | | 1.10 hrs. | 450.00 | $495.00 |
| 12/12/13 | Review updated deposition calendar | | | | |
| | Associate  Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 12/13/13 | Review correspondence and pleadings regarding representative witness subjects from various core parties including Canadian Allocation Group | | | | |
| | Associate  Christopher M. Samis | | 2.30 hrs. | 450.00 | $1,035.00 |
| 12/20/13 | Emails to A. Jerominski re: filing and service of A. Qureshi letter regarding representative witness depositions (.3); Review of A. Qureshi letter regarding representative witness depositions (.2); Emails to A. Qureshi and M. Fagen re: A. Qureshi letter regarding representative witness depositions (.2) | | | | |
| | Associate  Christopher M. Samis | | 0.70 hrs. | 450.00 | $315.00 |
| 12/26/13 | Email to N. Stabile re: filing regarding Canadian representative witnesses | | | | |
| | Associate  Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |
| 12/30/13 | Email to N. Stabile re: filing for Canadian representative party witnesses | | | | |
| | Associate  Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 29, 2014  
Invoice 446804  
Page 7  
Client #  732310  

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 12/31/13 | Review Tabatabai affidavit in re: Debtors' motion to dispense with representative party discovery (1.0); Review proposed joint trial procedures (1.2); Review motion record for motion dispensing with representative depositions (1.2) | | | |
| Associate | Christopher M. Samis | 3.40 hrs. | 450.00 | $1,530.00 |

Total Fees for Professional Services        $3,688.00

TOTAL DUE FOR THIS INVOICE        **$3,688.00**

$3,917.90

**TOTAL DUE FOR THIS MATTER**        **$7,605.90**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | January 29, 2014<br>Invoice 446804<br>Page 8<br>Client #  732310<br>Matter # 165839 |

For services through December 31, 2013
relating to  RLF Fee Applications

| | | | | | |
|---|---|---|---|---|---|
| 12/03/13 | Email to B. Kahn re: RL&F October 2013 billing in electronic format for fee auditor | | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | | $45.00 |
| 12/09/13 | Review RL&F November bill memos | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | | $86.00 |
| 12/09/13 | Review e-mail from B. Kahn re: RL&F November fee and expense estimates (.1); E-mail to accounting re: same (.1); E-mail to B. Kahn re: RL&F November estimates of same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | | $64.50 |
| 12/12/13 | Review November RL&F bill memo | | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | | $360.00 |
| 12/18/13 | Prepare cno re: R&LF October fee application (.2); Finalize and file cno re: same (.2); Review and revise RL&F November fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 215.00 | | $301.00 |
| 12/30/13 | Email to B. Kahn re: auditor report on RL&F quarterly fees (.1); Review auditor report on RL&F quarterly fees (.2); Email to B. Witters re: auditor report on RL&F quarterly fees (.1) | | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | | $180.00 |

Total Fees for Professional Services       $1,036.50

TOTAL DUE FOR THIS INVOICE       $1,036.50

$1,177.30

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 29, 2014
Invoice 446804
Page 9
Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                                                   $2,213.80

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 29, 2014  
Invoice 446804  
Page 10  

Client #  732310  

Matter #  165839  

For services through December 31, 2013  
relating to  Fee Applications of Others  

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | | Discussion with C. Samis re: 18th interim fee exhibit (.2); Revise exhibit re: same (.3); E-mail to fee professionals re: same (.1); Review e-mail from fee professionals re: comments to 18th interim fee order (.1); Revise exhibit re: 18th interim fee order (1.1); E-mail to A. Cordo re: order of same (.1) | | | |
| | Paralegal | Barbara J. Witters | 1.90 hrs. | 215.00 | $408.50 |
| 12/02/13 | | Attention to finalizing order approving 18th interim fee applications (.8); Emails to B. Witters re: finalizing order approving 18th interim fee applications (.5); Meet with B. Witters re: finalizing order approving 18th interim fee applications (.2); Calls to/from M. Fagen re: finalizing order approving 18th interim fee applications (.4); Email to M. Fagen re: finalizing order approving 18th interim fee applications (.1); Call to M. Wunder re: finalizing order approving 18th interim fee applications (.2); Call to A. Cordo re: finalizing order approving 18th interim fee applications (.2); Email to A. Cordo re: finalizing order approving 18th interim fee applications (.1) | | | |
| | Associate | Christopher M. Samis | 2.50 hrs. | 450.00 | $1,125.00 |
| 12/12/13 | | Email correspondence with B. Witters re: certificate of no objection regarding Akin's 56th fee application (.1); Meeting with C. Samis re: certificate of no objection regarding Akin's 56th fee application (.2); File and maintain certificate of no objection regarding Akin's 56th fee application (.2) | | | |
| | Paralegal | Lindsey A. Edinger | 0.50 hrs. | 215.00 | $107.50 |
| 12/16/13 | | Prepare cno re: Dentons Canada September fee application (.2); Update fee status chart (.5) | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 215.00 | $150.50 |

| | | | | |
|---|---|---|---|---|
| Nortel Creditors Committee | | | January 29, 2014 | |
| c/o Fred S. Hodara, Esq. | | | Invoice 446804 | |
| Akin Gump Strauss Hauer Feld LLP | | | Page 11 | |
| One Bryant Park | | | | |
| New York NY 10036 | | | Client # 732310 | |
| | | | Matter # 165839 | |

| Date | Description | | | |
|---|---|---|---|---|
| 12/16/13 | Email correspondence with B. Witters re: Certificate of No Objection of Dentons Canada's 56th Fee Application (.1); File and maintain Certificate of No Objection of Dentons Canada's 56th Fee Application (.2); Circulate Certificate of No Objection of Dentons Canada's 56th Fee Application (.1) | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |
| 12/17/13 | Review and update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 12/19/13 | Prepare cno re: Capstone September fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone October fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 12/19/13 | Prepare cno re: Akin Gump October fee application (.2); Prepare cno re: Ashurst October fee application (.2); Prepare Dentons October fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 12/19/13 | Review, revise and finalize CNO for 56th Capstone fee application (.2); Review, revise and finalize CNO for 57th Capstone fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 12/20/13 | Emails to A. Jerominski re: filing and service of November 2013 Ashurst fee application (.2); Review, revise and finalize November 2013 Ashurst fee application (.2); Email to M. Fagen re: filing and service of November 2013 Ashurst fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 12/20/13 | Review certificate of no objection for Akin's 57th fee application (.1); Meeting with C. Samis re: same; File, maintain, and circulate the same (.2); Review certificate of no objection for Dentons' 57th fee application (.1); File, maintain, and circulate the same (.2); Review certificate of no objection for Ashurst's 57th fee application (.1); File, maintain, and circulate the same (.2) | | | |
| Paralegal | Lindsey A. Edinger | 0.90 hrs. | 215.00 | $193.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 29, 2014
Invoice 446804
Page 12
Client #  732310

Matter #  165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/23/13 | Circulate certificates of no objection regarding Akin, Dentons, and Ashurst's 57th fee applications | | | |
| Paralegal | Lindsey A. Edinger | 0.10 hrs. | 215.00 | $21.50 |

Total Fees for Professional Services     $3,013.50

**TOTAL DUE FOR THIS INVOICE**     **$3,013.50**

$2,943.80

**TOTAL DUE FOR THIS MATTER**     **$5,957.30**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 29, 2014  
Invoice 446804  
Page 13  
Client #  732310  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 9.60 | 215.00 | 2,064.00 |
| Christopher M. Samis | 17.10 | 450.00 | 7,695.00 |
| Lindsey A. Edinger | 2.50 | 215.00 | 537.50 |
| TOTAL | 29.20 | $352.62 | 10,296.50 |

**TOTAL DUE FOR THIS INVOICE**             $10,917.33

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310