# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

January 29, 2014
Invoice 446804

Page 1

Client #  732310

Matter #  165839

For disbursements incurred through December 31, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Conference Calling | $241.00 |
| Court Reporter Services | $112.50 |
| Document Retrieval | $75.00 |
| Long distance telephone charges | $6.99 |
| Messenger and delivery service | $76.20 |
| Photocopying/Printing<br>648 @ $.10/pg. / 253 @ $.10/pg. | $90.10 |
| Postage | $19.04 |
| Other Charges | $620.83 |

TOTAL DUE FOR THIS INVOICE  **$620.83**

**TOTAL DUE FOR THIS MATTER**  **$620.83**

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | January 29, 2014<br>Invoice 446804<br>Page 14<br>Client #  732310 |

Client:  Official Committee of the Board of Directors of Nortel Networks Inc
Matter:  Nortel - Representation of Creditors Committee
         Case Administration
         Claims Administration
         Court Hearings
         Employee Issues
         Litigation/Adversary Proceedings
         RLF Fee Applications
         Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 10/21/13 | PACER | | DOCRETRI EX |
| | Amount = | $6.00 | |
| 11/22/13 | CourtCall | | CONFCALL |
| | Amount = | $74.00 | |
| 11/26/13 | CourtCall | | CONFCALL |
| | Amount = | $167.00 | |
| 11/27/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $112.50 | |
| 12/02/13 | 12128727425 Long Distance | | LD |
| | Amount = | $2.78 | |
| 12/02/13 | 14168634715 Long Distance | | LD |
| | Amount = | $2.82 | |
| 12/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 29, 2014  
Invoice 446804  
Page 15  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 12/02/13 | Printing | | DUP.10CC |
|  | | Amount = $0.20 | |
| 12/02/13 | Printing | | DUP.10CC |
|  | | Amount = $0.30 | |
| 12/02/13 | Printing | | DUP.10CC |
|  | | Amount = $0.20 | |
| 12/02/13 | Printing | | DUP.10CC |
|  | | Amount = $0.10 | |
| 12/02/13 | Printing | | DUP.10CC |
|  | | Amount = $0.20 | |
| 12/03/13 | 19726332773 Long Distance | | LD |
|  | | Amount = $1.39 | |
| 12/03/13 | Printing | | DUP.10CC |
|  | | Amount = $0.60 | |
| 12/03/13 | Printing | | DUP.10CC |
|  | | Amount = $1.80 | |
| 12/06/13 | PACER | | DOCRETRI |
|  | | Amount = $2.20 | |
| 12/06/13 | PACER | | DOCRETRI |
|  | | Amount = $3.60 | |
| 12/06/13 | Printing | | DUP.10CC |
|  | | Amount = $0.40 | |
| 12/06/13 | Printing | | DUP.10CC |
|  | | Amount = $0.10 | |
| 12/06/13 | Printing | | DUP.10CC |
|  | | Amount = $0.10 | |
| 12/06/13 | Printing | | DUP.10CC |
|  | | Amount = $0.40 | |
| 12/06/13 | Printing | | DUP.10CC |
|  | | Amount = $0.10 | |
| 12/06/13 | Printing | | DUP.10CC |
|  | | Amount = $0.90 | |
| 12/11/13 | Printing | | DUP.10CC |
|  | | Amount = $0.10 | |
| 12/12/13 | Printing | | DUP.10CC |
|  | | Amount = $0.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 29, 2014  
Invoice 446804  
Page 16  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/12/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/13/13 | PACER | | DOCRETRI |
| | Amount = $16.70 | | |
| 12/13/13 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 12/13/13 | PACER | | DOCRETRI |
| | Amount = $1.20 | | |
| 12/13/13 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 12/13/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 12/16/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 12/16/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/17/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/17/13 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 12/17/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/17/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/18/13 | Photocopies | | DUP.10CC |
| | Amount = $32.40 | | |
| 12/18/13 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 12/18/13 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = $6.45 | | |
| 12/18/13 | PACER | | DOCRETRI |
| | Amount = $12.50 | | |
| 12/18/13 | Postage | | POST |
| | Amount = $8.16 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 29, 2014
Invoice 446804
Page 17
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $2.20 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/18/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | PACER | | DOCRETRI |
| | Amount = $26.30 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 29, 2014  
Invoice 446804  
Page 18  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/19/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/20/13 | Photocopies | | DUP.10CC |
| | Amount = | $32.40 | |
| 12/20/13 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 12/20/13 | PACER | | DOCRETRI |
| | Amount = | $2.10 | |
| 12/20/13 | Postage | | POST |
| | Amount = | $10.88 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $4.80 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 29, 2014
Invoice 446804
Page 19
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/20/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/23/13 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/23/13 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 12/26/13 | PACER | | DOCRETRI |
| | Amount = | $1.00 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $620.83