UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
|  | No. 09-10138 (KG) |
| Nortel Networks, Inc. et al. | Jointly Administered |
| Debtors. | Objection due date: |
|  | January 27, 2014 |
|  | Hearing date: |
|  | February 4, 2014 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 12787**

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection, or other responsive pleading to the Motion filed on January 7, 2014 for an order permitting counsel for creditor Ernest Demel to withdraw as his attorney.

The undersigned further certifies that he has reviewed the Court's docket on this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed by January 27, 2014.

It is hereby respectfully requested that the Order attached to the Motion as Exhibit A be entered at the earliest convenience of the Court.

Dated: Brooklyn, New York
       January 30, 2014

Gary Stone, of counsel to
Meghan Faux
South Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, NY 11201
Tel. (718) 237-5542
Fax (718) 875-8546

Counsel for Creditor Ernest Demel