## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG), *et seq.*<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

TO:  The Clerk of Court:

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the attorney set forth below hereby withdraws her appearance as counsel to Solus Alternative Asset Management LP in the above-captioned case. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic and paper noticing matrix for the above-captioned case. Pinckney, Weidinger, Urban & Joyce, LLC (f/k/a Pinckney, Harris & Weidinger, LLC) (the "Firm") will continue to represent Solus Alternative Asset Management LP in the above-captioned case and this withdrawal of appearance does not apply to any other lawyer in the Firm who has entered an appearance and is receiving notice.

Dated: January 30, 2014
       Wilmington, Delaware

   /s/ **Donna L. Harris**
   Donna L. Harris (No. 3740)
   Pinckney, Harris & Weidinger, LLC
   1220 N. Market Street, Suite 950
   Wilmington, Delaware 19801
   Telephone: (302) 504-1497
   Facsimile: (302) 442-7046