IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X  Chapter 11
:
*In re*  :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]  :  Jointly Administered
:
Debtors.  :
:
---------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 4, 2014 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1. Motion of Creditor Ernest Demel, for an Order Permitting the Withdrawal of His Counsel (D.I. 12787, Filed 1/7/14).

    Objection Deadline: January 27, 2014 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a) Certification of No Objection Regarding Docket No. 12787 (D.I. 12908, Filed 1/30/14); and

    (b) Proposed Form of Order.

    Status: There have been no objections and a CNO has been filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**CONTESTED MATTER GOING FORWARD**

2.  Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(4) (D.I. 12806, Filed 1/10/14).

    Objection Deadline:  January 28, 2014 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Debtors' Objection to the Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(4) (D.I. 12898, Filed 1/28/14).

    Related Pleading:  None.

    Status: The hearing on this matter will go forward.

**FEE APPLICATIONS**

3.  Quarterly Fee Applications.

    Related Pleading: See "Exhibit A."

    Objection Deadline: N/A.

    Responses Received: None.

    Status: The fee hearing will go forward.

| | |
|---|---|
| Dated: January 31, 2014<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>      */s/ Tamara K. Minott*      <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643) |

2

1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7943242.2