# EXHIBIT A

## Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)

## Summary of Fees and Expenses for the Period From August 1, 2013 through October 31, 2013, unless otherwise specified

## Hearing: February 4, 2014 at 10:00 a.m. (ET)

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A. Nineteenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2013 Through October 31, 2013 (D.I. 12531, Filed 11/27/13).

1. Fifty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 (D.I. 11961, Filed 10/17/13);

2. Certification Of No Objection Regarding Fifty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 [Docket No. 11961] (No Order Required) (D.I. 12349, Filed 11/12/13);

3. Fifty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 (D.I. 12416, Filed 11/18/13);

4. Certification Of No Objection Regarding Fifty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 [Docket No. 12416] (No Order Required) (D.I. 12612, Filed 12/12/13);

5. Fifty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 (D.I. 12530, Filed 11/27/13);

6. Certification Of No Objection Regarding Fifty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 [Docket No. 12530] (No Order Required) (D.I. 12692, Filed 12/20/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP (D.I. 12890, Filed 1/27/14).

<u>Alvarez & Marsal Healthcare Industry Group, LLC ("Alvarez")</u>

B. Eighth Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), *Et Al*, And Its Affiliated Debtors For The Period May 1, 2013 Through July 31, 2013 (D.I. 11511, Filed 9/3/13).

1. Twentieth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11408, Filed 8/21/13);

2. Certificate Of No Objection Regarding Twentieth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period May 1, 2013 Through May 31, 2013 (D.I. 11808, Filed 10/3/13);

3. Twenty First Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11506, Filed 9/3/13);

4. Certificate Of No Objection Regarding Twenty First Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Necessary Expenses Incurred For The Period June 1, 2013 Through June 30, 2013 (D.I. 11809, Filed 10/3/13);

5. Twenty Second Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11585, Filed 9/11/13);

6. Certificate Of No Objection Regarding Twenty Second Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC, As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long Term Disability Participants Of Nortel Networks Inc. ("NNI"), And Its Affiliated Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11810, Filed 10/3/13); and

7. Fee Examiner's Final Report Regarding Eighth Quarterly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC (D.I. 12887, Filed 1/27/14).

<u>Ashurst LLP</u>

C. Nineteenth Interim Fee Application Request Of Ashurst LLP As European Counsel To The Official Committee Of Unsecured Creditors For The Period August 1, 2013 Through October 31, 2013 (D.I. 12543, Filed 11/27/13).

1. Fifty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 (D.I. 11777, Filed 9/27/13);

2. Certification Of No Objection Regarding Fifty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 [Docket No. 11777] (No Order Required) (D.I. 11982, Filed 10/22/13);

3. Fifty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 (D.I. 12226, Filed 10/29/13);

4. Certification Of No Objection Regarding Fifty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For

Services Rendered During The Period From September 1, 2013 Through September 30, 2013 [Docket No. 12226] (No Order Required) (D.I. 12472, Filed 11/21/13);

5. Fifty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 (D.I. 12527, Filed 11/27/13);

6. Certification Of No Objection Regarding Fifty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 [Docket No. 12527] (No Order Required) (D.I. 12691, Filed 12/20/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Ashurst LLP (D.I. 12882, Filed 1/27/14).

Benesch, Friedlander, Coplan & Aronoff, LLP

D. Thirteenth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From August 1, 2013 Through October 31, 2013 (D.I. 12334, Filed 11/11/13).

1. Twenty-Ninth Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From August 1, 2013 Through October 31, 2013 (D.I. 12333, Filed 11/11/13);

2. Certification Of No Objection Regarding Docket No. 12333 (D.I. 12843, Filed 1/17/14); and

3. Fee Examiner's Final Report Regarding Thirteenth Quarterly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP (D.I. 12866, Filed 1/24/14).

Capstone Advisory Group, LLC

E. Nineteenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period August 1, 2013 Through October 31, 2013 (D.I. 12536, Filed 11/27/13).

1. Fifty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered

During The Period From August 1, 2013 Through August 31, 2013 (D.I. 12112, Filed 10/24/13);

2. Certification Of No Objection Regarding Fifty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 [Docket No. 12112] (No Order Required) (D.I. 12403, Filed 11/15/13);

3. Fifty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 (D.I. 12526, Filed 11/27/13);

4. Certification of No Objection Regarding Fifty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 [Docket No. 12526] (No Order Required) (D.I. 12684, Filed 12/19/13);

5. Fifty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 (D.I. 12533, Filed 11/27/13);

6. Certification of No Objection Regarding Fifty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 [Docket No. 12533] (No Order Required) (D.I. 12685, Filed 12/19/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Capstone Advisory Group, LLC (D.I. 12852, Filed 1/23/14).

<u>Chilmark Partners LLC</u>

F. Fifteenth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12509, Filed 11/26/13 ).

1. Forty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2013 Through August 31, 2013 (D.I. 11800, Filed 10/1/13);

2. Certificate of No Objection Regarding Forty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2013 Through August 31, 2013 (D.I. 11997, Filed 10/23/13);

3. Forty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2013 Through September 30, 2013 (D.I. 12481, Filed 11/25/13);

4. Certificate of No Objection Regarding Forty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2013 Through September 30, 2013 (D.I. 12630, Filed 12/18/13);

5. Forty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2013 Through October 31, 2013 (D.I. 12482, Filed 11/25/13);

6. Certificate of No Objection Regarding Forty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2013 Through October 31, 2013 (D.I. 12631, Filed 12/18/13); and

7. Fee Examiner's Final Report Regarding Fifteenth Quarterly Fee Application of Chilmark Partners, LLC (D.I. 12854, Filed 1/23/14).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G. Nineteenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12512, Filed 11/26/13).

1. Fifty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 11824, Filed 10/7/13);

2. Certificate Of No Objection Regarding Fifty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 12260, Filed 10/31/13);

3. Fifty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12314, Filed 11/4/13);

4. Certificate Of No Objection Regarding Fifty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12537, Filed 11/27/13); and

5. Fifty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12502, Filed 11/25/13);

6. Certificate Of No Objection Regarding Fifty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12628, Filed 12/18/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 12884, Filed 1/27/14).

<u>Crowell & Moring LLP</u>

H. Nineteenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12452, Filed 11/20/13).

1. Fiftieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through October 31, 2013 (D.I. 12451, Filed 11/20/13);

2. Certificate Of No Objection Regarding Fiftieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through October 31, 2013 (D.I. 12836, Filed 1/15/13); and

3. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Crowell & Moring LLP (D.I. 12859, Filed 1/23/14).

<u>Dentons Canada LLP f/k/a Fraser Milner Casgrain LLP</u>

I. Nineteenth Interim Fee Application Request Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2013 Through October 31, 2013 (D.I. 12538, Filed 11/27/13).

1. Fifty-Fifth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 (D.I. 12111, Filed 10/24/13);

2. Certificate Of No Objection Regarding Fifty-Fifth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2013 Through August 31, 2013 [Docket No. 12111] (No Order Required) (D.I. 12402, Filed 11/15/13);

3. Fifty-Sixth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 (D.I. 12456, Filed 11/20/13);

4. Certificate Of No Objection Regarding Fifty-Sixth Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2013 Through September 30, 2013 [Docket No. 12456] (No Order Required) (D.I. 12617, Filed 12/16/13);

5. Fifty-Seventh Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 (D.I. 12507, Filed 11/26/13);

6. Certificate Of No Objection Regarding Fifty-Seventh Monthly Fee Application Of Dentons Canada LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2013 Through October 31, 2013 [Docket No. 12507] (No Order Required) (D.I. 12690, Filed 12/20/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Dentons Canada LLP (D.I. 12867, Filed 1/24/14).

<u>Elliott Greenleaf</u>

J. Ninth Quarterly Fee Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through October 31, 2013 (D.I. 12542, Filed 11/27/13).

1. Consolidated Twenty-Fifth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through October 31, 2013 (D.I. 12541, Filed 11/27/13);

2. Certificate Of No Objection Regarding Consolidated Twenty-Fifth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through October 31, 2013 (D.I. 12743, Filed 12/27/13);

3. Fee Examiner's Final Report Regarding Ninth Quarterly Fee Application of Elliott Greenleaf (D.I. 12853, Filed 1/23/14).

<u>Ernst & Young LLP</u>

K. Nineteenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of August 1, 2013 Through October 31, 2013 (D.I. 12510, Filed 11/26/13).

1. Twenty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2013 Through September 30, 2013 (D.I. 12323, Filed 11/6/13);

2. Certificate Of No Objection Regarding Twenty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2013 Through September 30, 2013 (D.I. 12549, Filed 12/2/13);

3. Twenty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2013 Through October 31, 2013 (D.I. 12500, Filed 11/25/13);

4. Certificate Of No Objection Regarding Twenty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2013 Through October 31, 2013 (D.I. 12632, Filed 12/18/13); and

5. Fee Examiner’s Final Report Regarding Nineteenth Quarterly Fee Application of Ernst & Young LLP (D.I. 12865, Filed 1/24/14).

Huron Consulting Group

L. Nineteenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12479, Filed 11/25/13).

1. Fifty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 11537, Filed 9/5/13);

2. Certificate Of No Objection Regarding Fifty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 11773, Filed 9/27/13);

3. Fifty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 11855, Filed 10/9/13);

4. Certificate Of No Objection Regarding Fifty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12300, Filed 10/31/13);

5. Fifty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12332, Filed 11/8/13);

6. Certificate Of No Objection Regarding Fifty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12567, Filed 12/3/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Huron Consulting Group (D.I. 12855, Filed 1/23/14).

John Ray

M. Sixteenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12450, Filed 11/20/13).

1. Fortieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through October 31, 2013 (D.I. 12449, Filed 11/19/13);

2. Certificate Of No Objection Regarding Fortieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through October 31, 2013 (D.I. 12608, Filed 12/11/13); and

3. Fee Examiner's Final Report Regarding Sixteenth Quarterly Fee Application of John Ray (D.I. 12856, Filed 1/23/14).

Linklaters LLP

N. Fifteenth Quarterly Fee Application Request Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12525, Filed 11/27/13).

1. Sixteenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through October 31, 2013 (D.I. 12524, Filed 11/27/13);

2. Certificate Of No Objection Regarding Sixteenth Monthly Application Of Linklaters LLP, As U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through October 31, 2013 (D.I. 12683, Filed 12/19/13); and

3. Fee Examiner's Final Report Regarding Fifteenth Quarterly Fee Application of Linklaters LLP (D.I. 12864, Filed 1/24/14).

McCarter & English LLP

O. Amended Ninth Quarterly Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period August 1, 2013 Through October 31, 2013 (D.I. 12851, Filed 1/22/14).

1. Twenty-Fourth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period August 1, 2013 Through August 31, 2013 (D.I. 11576, Filed 9/11/13);

2. Certificate Of No Objection Regarding Twenty-Fourth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period August 1, 2013 Through August 31, 2013 (D.I. 11814, Filed 10/4/13);

3. Twenty-Fifth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period September 1, 2013 Through September 30, 2013 (D.I. 12110, Filed 10/24/13);

4. Certificate Of No Objection Regarding Twenty-Fifth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period September 1, 2013 Through September 30, 2013 (D.I. 12400, Filed 11/15/13);

5. Twenty-Sixth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period October 1, 2013 Through October 31, 2013 (D.I. 12419, Filed 11/19/13);

6. Certificate Of No Objection Regarding Twenty-Sixth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retirees For The Period October 1, 2013 Through October 31, 2013 (D.I. 12610, Filed 12/12/13); and

7. Fee Examiner's Final Report Regarding Ninth Quarterly Fee Application of McCarter & English, LLP (D.I. 12876, Filed 1/27/14).

<u>Mercer (US) Inc.</u>

P. Nineteenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of August 1, 2013 Through October 31, 2013 (D.I. 12521, Filed 11/27/13).

1. Nineteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of August 1, 2013 Through October 31, 2013 (D.I. 12520, Filed 11/27/13);

2. Certificate Of No Objection Regarding Docket No. 12520 (D.I. 12839, Filed 1/15/14); and

3. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Mercer (US) Inc. (D.I. 12869, Filed 1/24/14).

<u>Morris, Nichols, Arsht & Tunnell LLP</u>

Q. Nineteenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12418, Filed 11/19/13).

1. Fifty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 11602, Filed 9/13/13);

2. Certificate of No Objection Regarding Fifty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 11829, Filed 10/7/13);

3. Fifty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession,

For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 11887, Filed 10/15/13);

4. Certificate Of No Objection Regarding Fifty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12325, Filed 11/6/13); and

5. Fifty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12415, Filed 11/18/13);

6. Certificate Of No Objection Regarding Fifty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12609, Filed 12/11/13); and

7. Fee Examiner's Final Report Regarding Nineteenth Quarterly Fee Application of Morris, Nichols, Arsht & Tunnell LLP (D.I. 12883, Filed 1/27/14).

Punter Southall, LLC

R. Eighteenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through October 31, 2013 (D.I. 12517, Filed 11/26/13).

1. Twentieth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through October 31, 2013 (D.I. 12513, Filed 11/26/13); and

2. Certificate Of No Objection Regarding Twentieth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through October 31, 2013 (D.I. 12633, Filed 12/18/13); and

3. Fee Examiner's Final Report Regarding Eighteenth Quarterly Fee Application of Punter Southall LLC (D.I. 12881, Filed 1/27/14).

Richards, Layton & Finger, PA

S. Nineteenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2013 Through October 31, 2013 (D.I. 12532, Filed 11/27/13).

1. Fifty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2013 Through August 31, 2013 (D.I. 11775, Filed 9/27/13);

2. Certification Of No Objection Regarding Fifty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2013 Through August 31, 2013 [Docket No. 11775] (No Order Required) (D.I. 11976, Filed 10/21/13);

3. Fifty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2013 Through September 30, 2013 (D.I. 11981, Filed 10/22/13);

4. Certification Of No Objection Regarding Fifty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2013 Through September 30, 2013 [Docket No. 11981] (No Order Required) (D.I. 12367, Filed 11/13/13);

5. Fifty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2013 Through October 31, 2013 (D.I. 12506, Filed 11/26/13);

6. Certification Of No Objection Regarding Fifty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2013 Through October 31, 2013 [Docket No. 12367] (No Order Required) (D.I.12637, Filed 12/18/13); and

7. Fee Examiner’s Final Report Regarding Nineteenth Quarterly Fee Application of Richards, Layton & Finger, P.A. (D.I. 12857, Filed 1/23/14).

RLKS Executive Solutions, LLC

T. Fourteenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2013 Through October 31, 2013 (D.I. 12523, Filed 11/27/13).

1. Thirty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 12514, Filed 11/26/13);

2. Certificate Of No Objection Regarding Thirty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 12634, Filed 12/18/13);

3. Thirty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12515, Filed 11/26/13);

4. Certificate Of No Objection Regarding Thirty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12635, Filed 12/18/13);

5. Thirty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12516, Filed 11/26/13);

6. Certificate Of No Objection Regarding Thirty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12636, Filed 12/18/13); and

7. Fee Examiner’s Final Report Regarding Fourteenth Quarterly Fee Application of RLKS Executive Solutions LLC (D.I. 12868, Filed 1/24/14).

Togut, Segal & Segal LLP

U. Eighth Quarterly And Final Fee Application Of Togut, Segal & Segal LLP For Allowance of Compensation And Reimbursement Of Expenses For The Quarterly Fee Period: July 1, 2013 Through August 31, 2013; And The Final Period: From August 22, 2011 Through August 31, 2013 (D.I. 12534, Filed 11/27/13).

1. Twenty Third Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11389, Filed 8/16/13);

2. Certificate Of No Objection Regarding Twenty Third Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2013 Through July 31, 2013 (D.I. 11548, Filed 9/10/13);

3. Twenty Fourth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 12368, Filed 11/14/13);

4. Certificate Of No Objection Regarding Twenty Fourth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 12606, Filed 12/11/13); and

5. Fee Examiner's Final Report Regarding Eighth Quarterly Fee Application of Togut, Segal & Segal LLP (D.I. 12885, Filed 01/27/14).

Torys LLP

V. Twelfth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period August 1, 2013 Through October 31, 2013 (D.I. 12535, Filed 11/27/13).

1. Twenty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 11983, Filed 10/22/13);

2. Certificate Of No Objection Regarding Twenty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through August 31, 2013 (D.I. 12365, Filed 11/13/13);

3. Thirtieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12114, Filed 10/24/13);

4. Certificate Of No Objection Regarding Thirtieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2013 Through September 30, 2013 (D.I. 12401, Filed 11/15/13);

5. Thirty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12511, Filed 11/26/13);

6. Certificate Of No Objection Regarding Thirty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2013 Through October 31, 2013 (D.I. 12629, Filed 12/18/13); and

7. Fee Examiner's Final Report Regarding Twelfth Quarterly Fee Application of Torys LLP (D.I. 12889, Filed 1/27/14).