# EXHIBIT A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ABERNATHY, COLLEEN<br>2946 PARKWOOD RD<br>SNELLVILLE, GA  30039-4412 | 1892<br>8/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>$54,876.00 (P)<br>- (U)<br>$54,876.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BAILEY, JAMES T.<br>199 W. PEBWORTH ROAD<br>MAGNOLIA, DE  19962 | 2942<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,852.00 (U)<br>$10,852.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CHAMBERS, JOSEPH T<br>8637 OVERLAND DR<br>FT WORTH, TX  76179 | 3430<br>9/22/09<br>NO DEBTOR | - (S)<br>- (A)<br>$55,000.00 (P)<br>- (U)<br>$55,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| CHAMBERS, JOSEPH T.<br>8637 OVERLAND DR.<br>FORT WORTH, TX  76179 | 6007<br>10/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$55,000.00 (P)<br>- (U)<br>$55,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 14*

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CLARKE, EGBERT<br>16405 DIAMOND PLACE<br>WESTON, FL 33331 | 1785<br>8/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$51,071.00 (P)<br>$51,071.00 (U)<br>$51,071.00 (T) | This claim asserts liability for retention benefits.<br><br>The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA 01527 | 8212<br>3/12/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$672,859.57 (U)<br>$672,859.57 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates..<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406.<br><br>Claim is redundant of claim 8620 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| DEWART, JOHN<br>17 BYRSONIMA CT<br>SOUTH<br>HOMOSASSA, FL 34446 | 3210<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$507,285.00 (U)<br>$507,285.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| EASLEY, HATTIE J<br>202 LYMAN PLACE<br>WEST PALM BEA, FL  33409 | 3813<br>9/25/09<br>NO DEBTOR | Unspecified* | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| EASLEY, HATTIE J<br>202 LYMAN PLACE<br>WEST PALM BEA, FL  33409 | 3814<br>9/25/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| EASLEY, HATTIE J.<br>202 LYMAN PLACE<br>WEST PALM BEACH, FL  33409 | 6686<br>1/12/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| FLANAGAN, HUGH E<br>3005 CAPODILE RD<br>BLOOMINGTON, IL  61705 | 6731<br>1/15/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$737.74 (A)<br>- (P)<br>- (U)<br>$737.74 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FLANAGAN, HUGH E<br>3005  CAPODILE RD<br>BLOOMINGTON, IL  61705 | 6732<br>1/15/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$737.74 (U)<br>$737.74 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 3 of 14*

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| FLETCHER, BERT<br>35 BROOMHILL COURT<br>CLAYTON, NC  27527 | 7336<br>7/7/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$207,527.00 (U)<br>$207,527.00 (T) | This claim asserts liability for long-term disability benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| FLETCHER, BERT<br>35 BROOMHILL CT<br>CLAYTON, NC  27527 | 8601<br>7/25/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$74,840.00 (U)<br>$74,840.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GENNETT, SCOTT S.<br>16 WILDWOOD STREET<br>LAKE GROVE, NY  11755 | 8218<br>3/15/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,009,789.79 (U)<br>$1,009,789.79 (T) | This claim asserts liability for termination benefits.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938.<br><br>The claim asserts liability for long-term disability benefits.  Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 10406.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GRAY, STANLEY M<br>214 FOREST MEADOWS DR<br>MURPHYS, CA 95247 | 6353<br>12/21/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GREEN, MARILYN<br>C/O WILLIAM GREEN<br>1106 BOSTON HOLLOW RD<br>ASHLAND CITY, TN 37015 | 8394<br>10/18/12<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. |
| GREEN, WILLIAM & MARILYN<br>1106 BOSTON HOLLOW RD<br>ASHLAND CITY, TN 37015 | 7338<br>7/7/10<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. |
| HAASE, STANLEY G<br>1016 CHESTNUT DR<br>VENUS, TX 76084-3620 | 2423<br>9/1/09<br>NO DEBTOR | $387.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$387.96 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: SCHMIDT, CYNTHIA<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 6054<br>10/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>$47,306.15 (P)<br>- (U)<br>$47,306.15 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WADLOW, JERRY<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 7512<br>12/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$604,252.93 (U)<br>$604,252.93 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WADLOW, JERRY<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 7523<br>12/20/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$604,252.93 (U)<br>$604,252.93 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for long-term disability benefits.  Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 10406. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: DAY, MARILYN<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 7854<br>7/19/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938.<br><br>The claim asserts liability for long-term disability benefits.  Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 10406.<br><br>Claim is redundant of claim 5931 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: ROSE, RONALD J. JR.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 8228<br>3/26/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$770,926.71 (U)<br>$770,926.71 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406.<br><br>Claim is redundant of claim 8557 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: DAY, MARILYN<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 8280<br>5/29/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406.<br><br>Claim is redundant of claim 8617 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 7 of 14*

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WADLOW, JERRY<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 8306<br>6/25/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$641,826.04 (U)<br>$641,826.04 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406.<br><br>Claim is redundant of claim 8610 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| HORTON, GERALDINE B<br>1328 FOXRUN DR<br>RALEIGH, NC 27610 | 7058<br>2/1/10<br>NO DEBTOR | - (S)<br>- (A)<br>$15,240.00 (P)<br>- (U)<br>$15,240.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HUNTER, DAVID R<br>705 RAVEL ST<br>RALEIGH, NC 27606 | 4622<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,000.00 (P)<br>$173,536.59 (U)<br>$183,536.59 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| HUTCHINSON, THOMAS N.<br>3433 MICHIGAN BLVD<br>RACINE, WI 53402-3823 | 7094<br>2/9/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.<br><br>Requirements of section 503(b)(9) are not met. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| JANIS, MARK R.<br>193 VIA SODERINI<br>APTOS, CA  95003 | 1567<br>7/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>$18,074.86 (P)<br>- (U)<br>$18,074.86 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| JANIS, MARK R.<br>193 VIA SODERINI<br>APTOS, CA  95003 | 7648<br>3/16/11<br>NO DEBTOR | - (S)<br>- (A)<br>$23,923.91 (P)<br>- (U)<br>$23,923.91 (T) | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| JASENOVIC, JOE<br>636 WEATHERBEATEN PL<br>HERMITAGE, TN  37076 | 3960<br>9/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| JONES, DEBORAH M.M.<br>PO BOX 458<br>WILLOW SPRING, NC  27592 | 7476<br>10/27/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,106,637.50 (U)<br>$1,106,637.50 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for long-term disability benefits.  Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 10406.<br><br>Claim is redundant of claim 8582 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| KRON, WILLI<br>C/O PETER KRON<br>556 E. NICHOLS DR.<br>LITTLETON, CO  80122 | 6984<br>1/26/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| KRON, WILLI<br>556 E NICHOLS DR<br>LITTLETON, CO  80122-2876 | 6985<br>1/26/10<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LAWRENCE, JOHN M<br>1809 JASMINE TRAIL<br>SAVANNAH, TX  76227 | 3281<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$36,019.89 (U)<br>$36,019.89 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| LINCOLN, AGNES V<br>206 HAWK LANE<br>OAKTOWN, IN  47561 | 5433<br>9/30/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| MCCALLUM, RUSSELL L.<br>103 CEDARPOST DRIVE<br>CARY, NC  27513 | 161<br>2/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$237,772.42 (P)<br>- (U)<br>$237,772.42 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 10 of 14*

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| NEWSOME, CHARLES E<br>11699 N.W NEWSOME RD<br>CLARKSVILLE, FL 32430-2633 | 6480<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| NGUYEN, MINH T<br>10323 GLENCOE DRIVE<br>CUPERTINO, CA 95014 | 5907<br>10/6/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| OLSON, RUBY<br>1021 N. 4TH STREET<br>MONTEVIDEO, MN 56265 | 2715<br>9/8/09<br>09-10151<br>Northern Telecom International Inc. | - (S)<br>- (A)<br>$169.12 (P)<br>- (U)<br>$169.12 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |
| PASCALE, ROBERT H<br>13459 LAKE SHORE DR<br>OAK HILL, VA 20171 | 2850<br>9/11/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits. Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PATEL, KAUSHIK<br>1806 VILLANOVA DR.<br>RICHARDSON, TX  75081 | 8619<br>7/29/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$112,961.54 (U)<br>$112,961.54 (T) | The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| POWELL, MARY K<br>PO BOX 846<br>SORRENTO, FL  32776-0846 | 2371<br>8/31/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| RATCLIFF, ELOISE<br>837 FRIAR TUCK ROAD<br>RALEIGH, NC  27610 | 2642<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>$83,610.93 (P)<br>$83,610.93 (U)<br>$83,610.93 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SKOUFOS, MARIA<br>6156 N SPRINGFIELD<br>CHICAGO, IL  60659 | 6536<br>12/31/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SKOUFOS, MARIA<br>6156 N SPRINGFIELD<br>CHICAGO, IL  60659 | 6537<br>12/31/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SLAGLE, MAXINE R<br>617 SANDPIPER LN SE<br>NEW PHILADELP, OH  44663 | 6373<br>12/22/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SOLUS RECOVERY FUND LP<br>TRANSFEROR: WINTERBERG, NICHOLAS F.<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY  10022 | 364<br>2/23/09<br>NO DEBTOR | - (S)<br>- (A)<br>$267,386.00 (P)<br>$3,781,139.00 (U)<br>$4,048,525.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| THOMAS, CISIRA<br>1915 BERKNER DRIVE<br>RICHARDSON, TX  75081 | 6730<br>1/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$199,536.14 (P)<br>- (U)<br>$199,536.14 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THOMAS, CISIRA L<br>1915 BERKNER DRIVE<br>RICHARDSON, TX  75081 | 6729<br>1/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$199,536.14 (A)<br>- (P)<br>- (U)<br>$199,536.14 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| THOMAS, GLENYS M<br>512 HARRIS STREET<br>OXFORD, NC  27565 | 6679<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VOGEL, HERMAN<br>27207-28TH AVE NW<br>STANWOOD, WA  98292-9411 | 7259<br>5/17/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VOGT, VANCE V<br>475 CRESTONE CT<br>LOVELAND, CO  80537 | 3166<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$300.47 (P)<br>- (U)<br>$300.47 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WADLOW, JERRY<br>P.O. BOX 79<br>WEWOKA, OK 74884 | 7850<br>7/18/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$662,144.72 (U)<br>$662,144.72 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for long-term disability benefits. Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 10406. |
| WEYL, JOHN<br>42 WEST BUFFALO ST.<br>CHURCHVILLE, NY 14428 | 394<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$75,000.00 (P)<br>- (U)<br>$75,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| **Totals:** | **56 Claims** | **$387.96 (S)**<br>**$200,273.88 (A)**<br>**$1,244,267.00 (P)**<br>**$11,807,874.56 (U)**<br>**$13,118,121.47 (T)** | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 14 of 14*