# **EXHIBIT B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis Deferred Compensation Claims, No-Basis Pension and No-Basis Retiree Claims**

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: TODARO, THOMAS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 6120<br>11/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$44,861.76 (P)<br>- (U)<br>$44,861.76 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,063.70 (U)<br>$49,063.70 (T) | Nortel Networks (CALA) Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: MCCALLUM, RUSSELL L.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 129<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$66,733.81 (U)<br>$66,733.81 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$64,346.42 (U)<br>$64,346.42 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension
and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: MCCABE, ROBERT A.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 606<br>3/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,172.00 (U)<br>$39,172.00 (T) | - (S)<br>$598.07 (A)<br>$2,110.86 (P)<br>$38,546.66 (U)<br>$41,255.59 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: PATEL, KIRITKUMAR<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 2483<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,232.00 (P)<br>$24,408.00 (U)<br>$38,640.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8512 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8512 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: PATEL, KIRITKUMAR<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 2517<br>9/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,232.00 (P)<br>$24,408.00 (U)<br>$38,640.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938.<br><br>Claim is redundant of claim 8512 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8512 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension
and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: LEGER, ANTHONY<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 7350<br>7/16/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$90,461.57 (U)<br>$90,461.57 (T) | - (S)<br>$4,939.09 (A)<br>$1,706.40 (P)<br>$90,619.56 (U)<br>$97,265.05 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HAIN CAPITAL HOLDINGS, LLC<br>AS ASSIGNEE FOR KIRITKUMAR PATEL<br>301 ROUTE 17 NORTH, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 8512<br>6/28/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,536.29 (U)<br>$41,536.29 (T) | - (S)<br>$0.00 (A)<br>$7,054.18 (P)<br>$34,482.11 (U)<br>$41,536.29 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
### Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension
### and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KELLEY, MATT<br>106 WILD BROOK COURT<br>CARY, NC  27519 | 2484<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$55,308.93 (P)<br>$55,308.93 (U)<br>$55,308.93 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KELLEY, MATTHEW ADAMS<br>106 WILD BROOK COURT<br>CARY, NC  27519 | 2479<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$17,905.60 (P)<br>$44,311.44 (U)<br>$62,217.04 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6758 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6758 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KELLEY, MATTHEW ADAMS<br>106 WILD BROOK COURT<br>CARY, NC  27519 | 6758<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$17,905.60 (P)<br>$44,311.44 (U)<br>$62,217.04 (T) | - (S)<br>$88.05 (A)<br>$5,829.01 (P)<br>$54,279.50 (U)<br>$60,196.56 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension
and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KELLEY, MATTHEW ADAMS<br>106 WILD BROOK COURT<br>CARY, NC  27519 | 6759<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$55,308.93 (P)<br>$55,308.93 (U)<br>$55,308.93 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LEGER, ANTHONY<br>9409 STONE MOUNTAIN ROAD<br>RALEIGH, NC  27613 | 6682<br>1/11/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$81,282.95 (P)<br>- (U)<br>$81,282.95 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| LEGER, ANTHONY M<br>9409 STONE MOUNTAIN ROAD<br>RALEIGH, NC  27613 | 1041<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$55,266.06 (P)<br>- (U)<br>$55,266.06 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |
| MCCABE, ROBERT A<br>2009 MISSION RD<br>EDMOND, OK  73034 | 4820<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$49,233.62 (U)<br>$49,233.62 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCCABE, ROBERT A.<br>2009 MISSION RD<br>EDMOND, OK  73034 | 605<br>3/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$68,923.08 (U)<br>$68,923.08 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released and satisfied. See D.I.s 9127 and 9323. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and
Amended or Superseded, Redundant, No-Basis Deferred Compensation, No-Basis Pension
and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY FUND II MASTER LP.<br>TRANSFEROR: TODARO, THOMAS<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 1693<br>8/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>$256,951.83 (P)<br>- (U)<br>$256,951.83 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | 1692<br>8/13/09<br>NO DEBTOR | - (S)<br>- (A)<br>$43,061.76 (P)<br>- (U)<br>$43,061.76 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 6120 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6120 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LANE<br>WILLOW SPRING, NC 27592-9241 | 4399<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$43,061.76 (P)<br>- (U)<br>$43,061.76 (T) | Disallowed | | This claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6120 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6120 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| Totals: | 18 Claims | - (S)<br>- (A)<br>$699,379.18 (P)<br>$604,117.11 (U)<br>$1,192,878.43 (T) | - (S)<br>$16,963.68 (A)<br>$55,930.36 (P)<br>$968,664.21 (U)<br>$1,041,558.25 (T) | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed