# **EXHIBIT A**

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

## Exhibit A

### No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| AMATO, DEBRA A.<br>9053 GRASSEY CREEK ROAD<br>BULLOCK, NC  27507 | 7870<br>7/25/11<br>09-10138<br>Nortel Networks Inc. | Unspecified* | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ANDERSON, GUSSIE H.<br>109 GUMPOND BEAK RD.<br>LUMBERTON, MS  39455 | 8622<br>7/30/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,500.00 (U)<br>$52,500.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BEENE, DARLENE J<br>8781 CR 864<br>PRINCETON, TX  75407 | 8493<br>5/22/13<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC  27616 | 3188<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$573.58 (P)<br>- (U)<br>$573.58 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 7*

## Exhibit A

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims,
No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | 3191<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$500.08 (P)<br>- (U)<br>$500.08 (T) | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CEREPAK, EDWARD A<br>17410 CLINTON ROAD<br>JACKSON, CA 95642 | 4092<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$16,897.53 (P)<br>$16,897.53 (U)<br>$16,897.53 (T) | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC 27587 | 8301<br>6/11/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,690.41 (U)<br>$9,690.41 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims,
No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD.<br>WAKE FOREST, NC  27587 | 3052<br>9/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$382,679.61 (U)<br>$382,679.61 (T) | This claim asserts liability for termination benefits.<br><br>The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for long-term disability benefits.  Pursuant to the Long-Term Disability Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 10406.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DISANTO, DONALD<br>3017 REEVES RD<br>WILLOUGHBY, OH  44094 | 5836<br>10/2/09<br>NO DEBTOR | Unspecified* | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| DISANTO, DONALD A.<br>3017 REEVES RD<br>WILLOUGHBY, OH  44094 | 7063<br>2/1/10<br>09-10138<br>Nortel Networks Inc. | Unspecified* | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims,
No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GANN, FREDDIE<br>792 BRIDLEWOOD CT.<br>CHICO, CA  95926 | 8624<br>8/1/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$62,202.32 (U)<br>$62,202.32 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HAWKINS, RUSSELL J.<br>129 SUMMERLIN DR<br>CHAPEL HILL, NC  27514 | 8490<br>5/9/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$61,355.00 (U)<br>$61,355.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| JOHNSON, WILLIAM E.<br>2865 HORSEMANS RIDGE DR<br>CLAYTON, NC  27520 | 7316<br>6/29/10<br>NO DEBTOR | Unspecified* | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| KAAWALOA, SAMUEL K<br>PO BOX 433<br>ELIZABETH, CO  80107 | 3181<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | This claim asserts liability for defined benefit pension benefits.<br><br>Requirements of section 503(b)(9) are not met. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 4 of 7*

## Exhibit A

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims,
No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| KAAWALOA, SAMUEL K<br>P O BOX 433<br>6733 PRIVATE ROAD #132<br>ELIZABETH, CO  80107 | 3182<br>9/18/09<br>NO DEBTOR | - (S)<br>- (A)<br>$90.94 (P)<br>- (U)<br>$90.94 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| KING, RAYMOND L<br>795 MARLIN<br>BAYOU VISTA, TX  77563-2611 | 1714<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$132,000.00 (P)<br>- (U)<br>$132,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DAWDA, KIRIT D<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 5048.02<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,262.92 (P)<br>- (U)<br>$6,262.92 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| LOGGINS, ESTELLE L.<br>6717 LATTA STREET<br>DALLAS, TX  75227 | 7604<br>2/21/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$211,533.78 (U)<br>$211,533.78 (T) | The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 5 of 7*

# Exhibit A

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims,
No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| MARIOTTI, WILLIAM E.<br>146 CARTERVILLE HEIGHTS RD.<br>WYTHEVILLE, VA  24382 | 8556<br>7/19/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$76,000.00 (U)<br>$76,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SAVCHENKO, NAURA<br>104 HARDAWAY PT<br>CLAYTON, NC  27527 | 8488<br>5/3/13<br>NO DEBTOR | - (S)<br>- (A)<br>$29,984.00 (P)<br>- (U)<br>$29,984.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SCHOLNICK, DAVID<br>4 PICKWICK ROAD<br>MARBLEHEAD, MA  01945 | 6191<br>12/7/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SIKRI, TILAK<br>8235 SAINT MARLO FAIRWAY DR<br>DULUTH, GA  30097 | 8423<br>12/26/12<br>NO DEBTOR | - (S)<br>- (A)<br>$135,000.00 (P)<br>- (U)<br>$135,000.00 (T) | The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 6 of 7*

## Exhibit A

### No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WEARE, MARK<br>1 HAPPY AVE<br>DERRY, NH  03038 | 6877<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$77,440.00 (P)<br>- (U)<br>$77,440.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| WEARE, MARK<br>1 HAPPY AVE<br>DERRY, NH  03038 | 6878<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$77,440.00 (P)<br>- (U)<br>$77,440.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| **Totals:** | **24 Claims** | - (S)<br>- (A)<br>$496,189.05 (P)<br>$872,858.65 (U)<br>$1,352,150.17 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 7 of 7*