## EXHIBIT B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: LAVZON, ROBERT<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 86<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$40,235.00 (U)<br>$40,235.00 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,938.94 (U)<br>$42,938.94 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 8<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$36,718.08 (U)<br>$47,668.08 (T) | - (S)<br>$0.00 (A)<br>$6,973.97 (P)<br>$76,327.62 (U)<br>$83,301.59 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P. TRANSFEROR: GROTE, CHARLES R ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 9 1/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $4,939.36 (U) $15,889.36 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ASM CAPITAL, L.P. TRANSFEROR: GROTE, CHARLES R ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 10 1/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,944.68 (P) - (U) $7,944.68 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ASM CAPITAL, L.P. TRANSFEROR: GROTE, CHARLES R. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 93 1/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $3,574.80 (P) - (U) $3,574.80 (T) | Disallowed | | This claim asserts liability for unspecified or other benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 278<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,904.94 (P)<br>- (U)<br>$1,904.94 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| BARBER, EILEEN B.<br>7270 MAXWELL ROAD<br>SODUS, NY 14551-9352 | 114<br>1/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$16,728.34 (U)<br>$16,728.34 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,907.19 (U)<br>$16,907.19 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BIRKETT, DIANA<br>5732 CR 2592<br>ROYSE CITY, TX  75189 | 640<br>3/19/09<br>NO DEBTOR | $52,400.75 (S)<br>- (A)<br>$6,261.00 (P)<br>- (U)<br>$52,400.75 (T) | - (S)<br>$0.00 (A)<br>$6,757.95 (P)<br>$68,037.55 (U)<br>$74,795.50 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| | | | | | their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| BISHOP, TAMMY BISHOP, CORDELL (DECEASED) 836 ALTAIRE WALK PALO ALTO, CA 94303-4642 | 1225 5/22/09 NO DEBTOR | - (S) - (A) - (P) $30,891.25 (U) $30,891.25 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 7416 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7416 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| BISHOP, TAMMY BISHOP, CORDELL (DECEASED) 836 ALTAIRE WALK PALO ALTO, CA 94303 | 7416 9/13/10 09-10138 Nortel Networks Inc. | Unspecified* | - (S) $0.00 (A) $0.00 (P) $33,482.89 (U) $33,482.89 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| BISHOP, TAMMY BISHOP, CORDELL (DECEASED) 836 ALTAIRE WALK PALO ALTO, CA 94303 | 7418 9/13/10 NO DEBTOR | Unspecified* | Disallowed | | This claim asserts liability for unspecified or other benefits.<br><br>Claim is redundant of claim 7416 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7416 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BISHOP, TAMMY<br>BISHOP, CORDELL (DECEASED)<br>836 ALTAIRE WALK<br>PALO ALTO, CA  94303 | 7419<br>9/13/10<br>NO DEBTOR | Unspecified* | Disallowed | | This claim asserts liability for unspecified or other benefits.<br><br>Claim is redundant of claim 7416 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7416 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| BISHOP, TAMMY<br>CORDELL BISHOP (DECEASED)<br>836 ALTAIRE WALK<br>PALO ALTO, CA  94303 | 8455<br>2/4/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$125,000.00 (U)<br>$125,000.00 (T) | Disallowed | | The claim asserts liability for retiree medical benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged.  See D.I. 9938. |
| BRAND, RICHARD C.<br>281 ADDISON AVE.<br>PALO ALTO, CA  94301 | 322<br>2/17/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | - (S)<br>- (A)<br>$13,340.00 (P)<br>$26,780.00 (U)<br>$40,120.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 8185 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8185 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BRAND, RICHARD C.<br>281 ADDISON AVE.<br>PALO ALTO, CA 94301 | 8185<br>1/30/12<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | - (S)<br>- (A)<br>$13,340.00 (P)<br>$26,780.00 (U)<br>$40,120.00 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$39,522.70 (U)<br>$39,522.70 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| CHANG, DAI PENG<br>660 OAKDALE DR.<br>PLANO, TX 75025 | 170<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$31,730.77 (P)<br>- (U)<br>$31,730.77 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,527.96 (U)<br>$34,527.96 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DAVIS, JOYCE G.<br>501 ORCHID LIGHTS CT<br>GRIFFIN, GA  30223-7264 | 53<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$26,231.34 (U)<br>$37,181.34 (T) | - (S)<br>$0.00 (A)<br>$3,895.19 (P)<br>$37,778.87 (U)<br>$41,674.06 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| DAWDA, KIRIT D<br>173 FAIRMEADOW WAY<br>MILPITAS, CA  95035 | 5048<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,165.08 (U)<br>$12,165.08 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,621.66 (U)<br>$18,621.66 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FARAG, MOUNIR E<br>3125 STONECREST DR<br>CUMMING, GA  30041-1142 | 4047<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$9,839.17 (P)<br>- (U)<br>$9,839.17 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,289.09 (U)<br>$10,289.09 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FRANCIS, PATRICIA P 8218 SUMMER PLACE DRIVE AUSTIN, TX 78759 | 1974 8/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) $1,040.50 (P) - (U) $1,040.50 (T) | - (S) $0.00 (A) $0.00 (P) $1,272.50 (U) $1,272.50 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: STEPP, FLOYD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 2337 8/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $59,891.19 (U) $59,891.19 (T) | - (S) $0.00 (A) $1,938.87 (P) $63,299.55 (U) $65,238.42 (T) | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim. |
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: PAULUS, PATRICK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 3273 9/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $99,588.38 (U) $99,588.38 (T) | - (S) $0.00 (A) $6,193.01 (P) $102,975.03 (U) $109,168.04 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: FRETTE, LEE B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 8180 1/25/12 09-10138 Nortel Networks Inc. | - (S) $5,479.16 (A) $1,098.27 (P) $32,057.38 (U) $38,634.81 (T) | - (S) $5,479.16 (A) $1,098.27 (P) $32,057.38 (U) $38,634.81 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HAIN CAPITAL HOLDINGS, LLC TRANSFEROR: LAYMAN, SARAH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 8445 1/7/13 NO DEBTOR | - (S) - (A) - (P) $55,343.89 (U) $55,343.89 (T) | - (S) - (A) - (P) $55,343.89 (U) $55,343.89 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HAIN CAPITAL HOLDINGS, LLC AS ASSIGNEE FOR FLOYD STEPP 301 ROUTE 17 NORTH, 7TH FLOOR RUTHERFORD, NJ 07070 | 8503 6/4/13 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $64,412.10 (U) $64,412.10 (T) | - (S) $0.00 (A) $1,938.87 (P) $63,299.55 (U) $65,238.42 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HEARN, TERRY W. 695 CONSTELLATION CT. DAVIDSONVILLE, MD  21035 | 272 2/13/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $59,148.09 (U) $59,148.09 (T) | - (S) $0.00 (A) $6,208.86 (P) $76,153.51 (U) $82,362.37 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| HERNANDEZ, THOMAS G. 2859 SHADY GROVE RD. SUNSET, SC  29685 | 2919 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $24,169.33 (U) $24,169.33 (T) | - (S) $0.00 (A) $0.00 (P) $26,551.97 (U) $26,551.97 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| JIN, JING<br>1086 PELHAM AVE.<br>MISSISSAUGA, ON  L5E 1L2<br>CANADA | 195<br>2/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>$2,188.90 (P)<br>$21,440.25 (U)<br>$21,240.25 (T) | - (S)<br>$0.00 (A)<br>$4,551.02 (P)<br>$17,538.02 (U)<br>$22,089.04 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| JOLLY, GEORGE A.<br>38 ROSS RD<br>OGDENSBURG, NY  13669-3162 | 87<br>1/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$19,080.06 (U)<br>$19,080.06 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,557.40 (U)<br>$21,557.40 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KAISER, PATRICK 1900 NEW HAVEN ROAD GRAPEVINE, TX  76051 | 2950 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) $14,318.79 (P) $47,682.20 (U) $62,000.99 (T) | - (S) $0.00 (A) $6,554.96 (P) $51,957.30 (U) $58,512.26 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KASSNER, RONALD 17745 S. AUSTIN RD MANTECA, CA  95336 | 1360 6/15/09 NO DEBTOR | - (S) - (A) - (P) $5,888.07 (U) $5,888.07 (T) | - (S) $0.00 (A) $0.00 (P) $5,980.68 (U) $5,980.68 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: NANCE, MANLY S. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ  07601 | 52 1/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $63,388.92 (U) $63,388.92 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3566 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3566 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified** ——————————————————————

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NANCE, MANLY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 3566<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$63,388.93 (U)<br>$63,388.93 (T) | - (S)<br>$0.00 (A)<br>$3,939.64 (P)<br>$65,059.03 (U)<br>$68,998.67 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MILLER, LOIS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 4014<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$63,229.57 (U)<br>$63,229.57 (T) | - (S)<br>$0.00 (A)<br>$3,960.86 (P)<br>$65,019.61 (U)<br>$68,980.47 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MANLEY, JAMES P.<br>4116 CHRISTOPHER WAY<br>PLANO, TX 75024 | 39<br>1/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$61,174.88 (U)<br>$72,124.88 (T) | - (S)<br>$0.00 (A)<br>$6,544.68 (P)<br>$71,916.23 (U)<br>$78,460.91 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
## Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MARTIN, CHRISTOPHER<br>1220 HUNTSMAN DR.<br>DURHAM, NC  27713 | 3580<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$72,886.82 (U)<br>$72,886.82 (T) | - (S)<br>$0.00 (A)<br>$2,524.86 (P)<br>$78,088.00 (U)<br>$80,612.86 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| MARTIN, CHRISTOPHER D.<br>1220 HUNTSMAN DRIVE<br>DURHAM, NC  27713 | 3570<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,035.40 (U)<br>$6,035.40 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3580 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3580 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| MATTHIAS, MARCUS<br>24615 SE 1ST ST<br>SAMMAMISH, WA  98074 | 8506<br>6/10/13<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,352.23 (P)<br>$18,869.89 (U)<br>$21,222.11 (T) | - (S)<br>$0.00 (A)<br>$6,702.76 (P)<br>$17,943.54 (U)<br>$24,646.30 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PIERCE, LINDA<br>11054 COUNTY RD. 2464<br>TERRELL, TX 75160 | 7<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,125.72 (P)<br>$40,365.72 (U)<br>$47,491.44 (T) | - (S)<br>$0.00 (A)<br>$6,310.45 (P)<br>$41,837.71 (U)<br>$48,148.16 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC 27513 | 306<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | $80,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$80,000.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6438 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6438 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC 27513 | 6433<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$75,868.00 (A)<br>- (P)<br>- (U)<br>$75,868.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Requirements of section 503(b)(9) are not met.<br><br>Claim is redundant of claim 6438 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6438 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC  27513 | 6434<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$75,868.00 (P)<br>- (U)<br>$75,868.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6438 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6438 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC  27513 | 6435<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$75,868.00 (A)<br>- (P)<br>- (U)<br>$75,868.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Requirements of section 503(b)(9) are not met.<br><br>Claim is redundant of claim 6438 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6438 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC  27513 | 6436<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$75,868.00 (A)<br>- (P)<br>- (U)<br>$75,868.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Requirements of section 503(b)(9) are not met.<br><br>Claim is redundant of claim 6438 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6438 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC  27513 | 6437<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$75,868.00 (P)<br>$75,868.00 (U)<br>$75,868.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6438 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6438 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC  27513 | 6438<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$75,868.00 (P)<br>$75,868.00 (U)<br>$75,868.00 (T) | - (S)<br>$0.00 (A)<br>$4,055.92 (P)<br>$67,731.92 (U)<br>$71,787.84 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY FUND II MASTER LP.<br>TRANSFEROR: WEISS, HOWARD ERIC<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 2367<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,715.97 (P)<br>$27,448.35 (U)<br>$29,164.32 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Amended or Superseded claim.<br><br>Claim is redundant of claim 8421 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8421 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SOLUS RECOVERY FUND II MASTER LP.<br>TRANSFEROR: WEISS, HOWARD ERIC<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY 10022 | 8421<br>12/21/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$31,536.47 (U)<br>$31,536.47 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,536.47 (U)<br>$31,536.47 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOLUS RECOVERY FUND LP<br>TRANSFEROR: WILSON, CHRISTOPHER<br>ATTN: JON ZINMAN<br>410 PARK AVENUE, 11TH FLOOR<br>NEW YORK, NY  10022 | 4303<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$81,488.93 (U)<br>$81,488.93 (T) | - (S)<br>$0.00 (A)<br>$5,570.49 (P)<br>$84,040.40 (U)<br>$89,610.89 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| STRICKLAND, SCOTT<br>3421 CHERRY LANE<br>RALEIGH, NC  27607 | 160<br>2/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$136,556.50 (U)<br>$136,556.50 (T) | - (S)<br>$0.00 (A)<br>$7,548.60 (P)<br>$85,986.81 (U)<br>$93,535.41 (T) | | The claim asserts liability for termination benefits and unpaid wages.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TAYLOR, AUDREY 4333 ANGELINA DR PLANO, TX  75074 | 2514 9/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) $6,235.38 (P) $14,880.39 (U) $21,115.77 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 8130 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8130 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| TAYLOR, AUDREY<br>4333 ANGELINA DR<br>PLANO, TX 75074 | 8130<br>12/29/11<br>09-10138<br>Nortel Networks Inc. | $6,235.38 (S)<br>- (A)<br>$6,235.38 (P)<br>$14,880.39 (U)<br>$21,115.77 (T) | - (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,306.76 (U)<br>$22,306.76 (T) | | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| THOMPSON, VERNON J. 1012 CHASE LN DENTON, TX 76209-3504 | 373 2/23/09 NO DEBTOR | - (S) - (A) - (P) $36,744.00 (U) $36,744.00 (T) | Disallowed | | The claim asserts liability for termination benefits. Claim is redundant of claim 2050 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2050 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| THOMPSON, VERNON J. 1012 CHASE LN DENTON, TX 76209-3504 | 2050 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $37,000.00 (U) $37,000.00 (T) | - (S) $0.00 (A) $0.00 (P) $39,400.61 (U) $39,400.61 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| TUCKER, JAMES E 2612 MILITARY PKWY MESQUITE, TX 75149 | 3222 9/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) $18,295.85 (P) $1,479.00 (U) $19,774.85 (T) | - (S) $0.00 (A) $0.00 (P) $22,360.78 (U) $22,360.78 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| TUCKER, JAMES E.<br>2612 MILITARY PKWY<br>MESQUITE, TX 75149 | 1759<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,824.81 (U)<br>$19,774.81 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 3222 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3222 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | 299<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$29,538.00 (P)<br>- (U)<br>$29,538.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6478 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6478 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | 2390<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6478 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6478 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | 6470<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6478 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6478 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 6477<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | Disallowed | | The claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 6478 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6478 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA  91436 | 6478<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$42,456.00 (P)<br>- (U)<br>$42,456.00 (T) | - (S)<br>$0.00 (A)<br>$1,930.02 (P)<br>$43,884.02 (U)<br>$45,814.04 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| WALCHLI, GARY 7205 SILVER LODE LN SAN JOSE, CA 95120 | 6217 12/14/09 NO DEBTOR | - (S) - (A) $3,930.71 (P) - (U) $3,930.71 (T) | - (S) $0.00 (A) $0.00 (P) $3,930.71 (U) $3,930.71 (T) | Nortel Networks Inc. | The claim asserts liability for expense reimbursement.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| Totals: | 62 Claims | $138,636.13 (S) $233,083.16 (A) $645,139.06 (P) $1,767,084.36 (U) $2,606,371.42 (T) | - (S) $5,479.16 (A) $161,615.23 (P) $2,923,424.92 (U) $3,090,519.31 (T) | | |

*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed