# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ---------------------------------------------------------X : *In re* : : Nortel Networks Inc., *et al.*,[1] : :              Debtors. : : ---------------------------------------------------------X | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |

## NOTICE OF DEPOSITION OF JOHN PAUL RUPRECHT

Pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), as made applicable to this matter by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned attorneys, hereby give notice of their intention to take the deposition by oral examination of JOHN PAUL RUPRECHT, with regard to the *Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims* [D.I. 9362] (the "Motion"), on February 7, 2014 at 9:00 a.m. at the offices of Dentons, 99 Bank Street, Suite 1420, Ottawa, Ontario K1P 1H4.

The deposition will commence at the time indicated, and will continue from day to day thereafter until completed or adjourned. The deposition shall be taken before a notary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

public or other officer authorized by law to administer oaths and may be recorded by stenographic, audiographic and/or videographic means. The deposition is being taken for the purpose of discovery, for use in the proceeding on the Motion or for such other purposes as may be permitted under the Federal Rules or the Bankruptcy Rules. The Debtors reserve the right to issue other or further notices of deposition in connection with the Motion.

Dated:  January 31, 2014          CLEARY GOTTLIEB STEEN & HAMILTON LLP
   Wilmington, Delaware     James L. Bromley (admitted *pro hac vice*)
             Lisa M. Schweitzer (admitted *pro hac vice*)
             One Liberty Plaza
             New York, New York 10006
             Telephone:  (212) 225-2000
             Facsimile:  (212) 225-3999

              - and -

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

             */s/ Ann C. Cordo*
             Derek C. Abbott (No. 3376)
             Eric D. Schwartz (No. 3134)
             Ann C. Cordo (No. 4817)
             1201 North Market Street, 18th Floor
             P.O. Box 1347
             Wilmington, Delaware 19899-1347
             Telephone:  (302) 658-9200
             Facsimile:  (302) 425-4663

             *Counsel for the Debtors*
             *and Debtors in Possession*

To:

MOZACK, MERSKY,
    MCLAUGHLIN AND BROWDER, P.A.
Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769

*Counsel for Ad Hoc Committee of*
*Canadian Employees Terminated Pre-Petition*