## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Deposition of Paul Roddick** was caused to be made on January 31, 2014, in the manner indicated upon the entities identified below.

Date: January 31, 2014　　　　　　　　　　　　　　　*/s/ Ann C. Cordo*
Wilmington, DE　　　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)

**Via Hand Delivery and Email**

Mozack, Mersky, McLaughlin and Browder, P.A.
Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: RMersky@monlaw.com