IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Case No. 09-10138(KG) |
| | (Jointly Administered) |
| NORTEL NETWORKS, INC., et.al., | Chapter 11 |
| | Courtroom 3 |
| | 824 Market Street |
| Debtors. | Wilmington, Delaware |
| | January 29, 2014 |
| | Time a.m. |

TRANSCRIPT OF JOINT PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
BEFORE THE HONORABLE JUSTICE GEOFFREY MORAWETZ
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Morris Nichols Arsht & Tunnell LLP
                                BY: DEREK ABBOTT, ESQ.
                                BY: ANN CORDO, ESQ.
                                1201 North Market St., 18th Floor
                                Wilmington, DE  19899-1347
                                (302) 351-9357

                                Cleary Gottlieb Steen & Hamilton
                                BY: JEFFREY ROSENTHAL, ESQ.
                                BY: HOWARD ZELBO, ESQ.
                                One Liberty Plaza
                                New York, NY  10006
                                (212) 225-2000

ECRO:                           GINGER MACE

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Official Committee
Of Unsecured Creditors:     Richards Layton & Finger
                            BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531

                            Akin Gump Strauss Hauer & Feld
                            BY: ROBERT JOHNSON, ESQ.
                            BY: FRED HODARA, ESQ.
                            BY: ABID QURESHI, ESQ.
                            One Bryant Park
                            New York, NY  10035
                            (212) 872-1000

For Ad Hoc Bondholder
Group:                      Milbank Tweed Hadley & McCloy
                            BY: ANDREW LEBLANC, ESQ.
                            One Chase Manhattan Plaza
                            New York, NY  10005
                            (212) 530-5000

                            Pachulski Stang Ziehl & Jones
                            BY: PETER KEANE, ESQ.
                            919 North Market Street
                            17th Floor
                            Wilmington, DE  19801
                            (302) 778-6417

For Wilmington Trust
Indenture Trustee:          Katten Muchin Rosenman, LLP
                            BY: DAVID CRICHLOW, ESQ.
                            575 Madison Avenue
                            New York, NY
                            (212) 940-8800

For the CCC:                DLA Piper, LLP, U.S.
                            BY: SELINDA A. MELNIK, ESQ.
                            BY: TIMOTHY HEFFNER, ESQ.
                            919 N. Market St., Ste. 1500
                            Wilmington, DE  19801
                            (302) 468-5650

APPEARANCES:
(Continued)

For Joint Administrators
EMEA:                          Hughes Hubbard & Reed LLP
                               BY: DEREK ADLER, ESQ.
                               One Battery Park Plaza
                               New York, NY  10005
                               (212) 837-6068

                               Young Conaway Stargatt & Taylor
                               BY: JOHN DORSEY, ESQ.
                               Rodney Square
                               1000 North King Street
                               Wilmington, DE  19801
                               (302) 571-6000

For Monitor, Ernst &
Young:                         Buchanan Ingersoll & Rooney, PC
                               BY: KATHLEEN A. MURPHY, ESQ.
                               1105 North Market St., Ste. 1900
                               Wilmington, DE  19801-1054
                               (302) 552-4214

                               Allen & Overy
                               BY: LAURA HALL, ESQ.
                               BY: JOSEPH BADTKE-BERKOW, ESQ.
                               BY: JACOB PULTMAN, ESQ.
                               1221 Avenue of the Americas
                               New York, NY  10020
                               (212) 610-6417

For Law Debenture:             Morris James LLP
Indenture Trustee              BY: STEPHEN M. MILLER, ESQ.
                               500 Delaware Avenue, Ste. 1500
                               Wilmington, DE  19801-1494
                               (302) 888-6853

                               Patterson Belknap Webb & Tyler
                               BY: DANIEL A. LOWENTHAL, ESQ.
                               1133 Avenue of the Americas
                               New York, NY  10036
                               (212) 336-2000

APPEARANCES:
(Continued)

U.K. Pension Claimants:      Willkie Farr & Gallagher, LLP
                             BY: BRIAN O'CONNOR, ESQ.
                             BY: SAMEER ADVANI, ESQ.
                             787 Seventh Avenue
                             New York, NY  10019-6099
                             (212) 728-8000

                             Bayard, PA
                             BY: JUSTIN R. ALBERTO, ESQ.
                             222 Delaware Ave., Ste. 900
                             Wilmington DE  19899
                             (302) 429-4226


TELEPHONIC APPEARANCES:

For Nortel Networks,
Inc.:                        Tory's, LLP
                             BY: ADAM SLAVENS, ESQ.
                             (416) 865-7333

For Official Committee
Of Unsecured Creditors:      Akin Gump Strauss Hauer & Feld
                             BY: DAVID BOTTER, ESQ.
                             (212) 872-1055

For CitiGroup Global:        CitiGroup
                             BY: JOSH W. BRANT
                             (212) 723-1584

For Covalent Partners:       Covalent Partners
                             BY: JONATHAN BARNETT
                             (617) 658-5527

For Interested Party:        Stone Lion Capital Partners
                             BY: JUSTIN BRASS
                             (212) 843-1242

For Interested Party:        Dow Jones & Company
                             BY: PEG BRICKLEY
                             (215) 462-0953

TELEPHONIC APPEARANCES:
(Continued)

For Trustee, U.K.
Pension Plan:                Hogan Lovells US, LLP
                            BY: MATTHEW BULLEN, ESQ.
                            (212) 728-8881
                            BY: ANGELA DIMSDALE-GILL, ESQ.
                            (212) 728-3135

                            Willkie Farr & Gallagher LLP
                            BY: ANDREW HANRAHAN, ESQ.
                            (212) 728-8170

For Wilmington Trust:        Katten Muchin Rosenman LLP
                            BY: DAREN B. DINE, ESQ.
                            (212) 940-8772

For Interested Party:        Reorg Research, Inc.
                            BY: KENT COLLIER
                            (212) 257-4383

For Interested Party:        Bank of America
                            BY: ESTHER CHUNG
                            (646) 855-6705

For Silver Point
Capital:                     Silver Point Capital
                            BY: MATTHEW EHMER
                            (302) 542-4219

For Monitor:                 Allen & Overy, LLP
                            BY: DANIEL GUYDER
                            (212) 756-1132

For Nortel Cont.
Employees:                   Shibley Righton, LLC
                            BY: ARTHUR JACQUES
                            (416) 214-5213

For Interested Party:        Farallon Capital Management
                            BY: MICHAEL LINN
                            (415) 421-2132

For Law Debenture
Trust Co. of NY:             Patterson Belknap Webb & Tyler
                            BY: DANIEL LOWENTHAL, ESQ.
                            (212) 336-2720

```
TELEPHONIC APPEARANCES:
(Continued)

For Bondholder Group:      Milbank Tweed Hadley & McCloy
                           BY: THOMAS MATZ, ESQ.
                           (212) 530-5885

For Interested Party:      Perry Capitol
                           BY: RICHARD PAIGE
                           (212)583-4000

For Interested Party:      CRT Capital Group LLC
                           BY: KEVIN J. STARKS, ESQ.
                           (203) 569-6421

For Interested Party:      Southpaw Asset Management
                           BY: ANDREW M. THAU
                           (203) 862-6231

For CAW-Canada and
George Borosh, et.al.:     CAW Canada
                           BY: BARRY WADSWORTH
                           (416) 863-4715

For Interested Party:      Dentons Canada, LLP
                           BY: MICHAEL J. WUNDER
                           (416) 863-4715

For Interested Party:      Aurelius Capital Management LP
                           BY: MATTHEW A. ZLOTO
                           (646) 445-6518
```

1  WILMINGTON, DELAWARE, WEDNESDAY, JANUARY 29, 2014, 9:44 A.M.

2          THE COURT:  Good morning, everyone.  Please be

3  seated.  Good to see you all.  Good morning, Ms. Cordo.

4          MS. CORDO:  Good morning, Your Honor.  Mr. Abbott

5  appears to have disappeared on us for a second, but for the

6  record, Annie Cordo, Morris Nichols Arsht & Tunnell, on

7  behalf of the Debtors. I know you and Justice Morawetz

8  normally have your way to begin the joint hearing so --

9          THE COURT:  Yes, and I'll let Justice Morawetz do

10  that if he's on the telephone.  Good morning, Justice Morawetz.

11          JUSTICE MORAWETZ:  Good morning, sir.  How are you

12  today?

13          THE COURT:  I'm well.  How are you?

14          JUSTICE MORAWETZ:  Well, it continues to be about

15  zero Fahrenheit in Toronto, so I suspect everybody here is

16  still thawing out.

17          THE COURT:  Yes.

18          JUSTICE MORAWETZ:  But this is a Case Conference,

19  obviously, in Nortel.  We do have the standard wording that

20  you do have Court Orders that authorize the Court-to-Court

21  communications, and both Judge Gross and I scheduled this

22  Conference really as an update to hear from Counsel how you're

23  getting along in the preparations for the upcoming trial,

24  which as you all know, commences on May the 12th of this year.

25  And a number of submissions have been provided by the parties

1    and I'm just turning to Counsel in Toronto.  Is there any sort

2    of organized way in which Counsel think that this matter

3    should proceed today?  The call is -- the Conference is

4    scheduled for a maximum of two hours.

5              UNKNOWN:  Your Honors, we do have the Trial

6    Protocol, in respect of which there is substantial agreement,

7    subject to two Objections.  So it would seem the appropriate

8    way would be to start with presentation to the Courts of the

9    Protocol and then we could deal with the Objections; one from

10   CCC and one from EMEA and the UKPC would be my suggestion.

11             THE COURT:  Good morning.

12             MS. BLOCK:  From the point of view of the U.S.

13   Debtors in Canada, it's Sheila Block speaking.  Our

14   submissions will be made in the Delaware Court by Mr.

15   Rosenthal.

16             THE COURT:  Oh, very well.  Good morning.

17             MR. ROSENTHAL:  Good morning, Your Honor, and good

18   morning, Mr. Justice Morawetz.  This is Jeff Rosenthal, with

19   Clearly Gottlieb, on behalf of the U.S. Debtors.  As --

20             JUSTICE MORAWETZ:  All right.  Just before you

21   launch in, perhaps I might just say, Judge Gross, why don't,

22   at the conclusion of all of the submissions, then you and I

23   will have a brief conference?

24             THE COURT:  Absolutely.  Mr. Rosenthal?

25             JUSTICE MORAWETZ:  Please proceed.

1          MR. ROSENTHAL:   Thank you, Your Honor.

2          THE COURT:   You may proceed.

3          MR. ROSENTHAL:   So I'm pleased to report, as the

4     Court saw in the filings at the end of last week --

5          THE COURT:   Yes.

6          MR. ROSENTHAL:   -- that the parties have again

7     successfully had a meet-and-confer regarding a major milestone

8     in the case.   We did that with respect to the document request

9     and Interrogatories early on.   We met up in Canada.   We met

10    with regards to the deposition protocol in our offices in

11    August, both of which enabled us to submit consensual Plans to

12    the Courts, and we yet again had a very successful meeting

13    earlier this month which followed an exchange of some

14    preliminary ideas on a Trial Protocol, numerous telephonic

15    conferences, and I think near unanimity on a Trial Protocol.

16    Obviously, this one very much affects the Courts, and you

17    know, we'd welcome any feedback the Courts have with regard to

18    either the pre-trial phase.   We tried to be quite

19    comprehensive here, not only talking about how the parties

20    envisioned the trial itself being conducted, but also the lead

21    up to the trial since it does affect, and in fact, helped us

22    resolve.   Hopefully later today, we'll be able to submit to

23    the Courts a resolution on the representative deposition

24    issue that, in some respects, things that were folding into

25    the Trial Protocol helped to lead to a resolution of that

1    issue.  So we tried to be very detailed, and I think that the

2    parties, as I said, were very successful.  A few things, Your

3    Honors, that we did carve out because the parties all agreed

4    that, perhaps it's a little premature at this stage, entering

5    the month of February, we're going to have a further meet-and-

6    confer and those things in particular are how the time

7    specifically should be divided up at trial.

8              THE COURT:  Right.

9              MR. ROSENTHAL:  And also whether it's appropriate

10   to have limitations either on the number of live witnesses

11   parties would call, the length of the submissions, how many

12   live experts, and so on and so forth, and the parties have

13   agreed to get back together, whether it's telephonically or in

14   person during the month of February.  We'll talk about that.

15   We'll hopefully, at the end of February, either present a

16   Joint Proposal to the Courts or separate submissions that we

17   would ask for the scheduling of our next Pre-Trial Conference

18   to address that.

19             THE COURT:  And, of course, a lot of the trial it

20   looks like will proceed on papers?

21             MR. ROSENTHAL:  Yes.  I mean what we had set back

22   at the very outset of the case in our first Plan was for at

23   least Direct Testimony to come in by Affidavit.

24             THE COURT:  Yes.

25             MR. ROSENTHAL:  Avoid surprise, both insofar as all

1    of the potential witnesses have already been deposed.  So the

2    parties should know generally what these witnesses are likely

3    to say or what they know and then with the rest being through

4    Affidavit, you know, with obviously brief introductory

5    remarks.  I think we put in the Protocol that it could be up

6    to 30 minutes of a Direct, if a party wants to; not obligated

7    to.

8                    THE COURT:  Right.

9                    MR. ROSENTHAL:  Of course, expert reports will have

10   already been exchanged, the initial round.  The next round of

11   expert reports will be submitted -- exchanged at the end of

12   next month, and then we'll have expert depositions.  But

13   obviously, the parties -- the Courts will be getting a

14   substantial volume of paper in advance of the trial.  So I

15   hope that we'll, next month, be able to continue our

16   successful streak when we talk about specific allocation of

17   time.

18                    And whether it's now or at the end of the

19   presentation, I'm happy to answer any questions or concerns

20   the Court has.  Otherwise, I'll mention that there's just

21   been two Objections and they're really -- I don't want to

22   downplay them by saying they're minor objections but they are

23   Objections --

24                    THE COURT:  Relatively speaking, yes.

25                    MR. ROSENTHAL:  They're -- I mean one of them is

1    obviously significant, the concerns that are expressed by the

2    EMEA Debtors and the UKP, but there's complete buy-in by the

3    parties that the framework that's established here in the

4    Trial Protocol is the appropriate framework and the Objectors

5    themselves don't disagree with that, which I'm quite pleased

6    to say.

7              I'll defer second to the EMEA Debtors and UKP

8    Claimants to talk about their issues since obviously it's

9    really more of a disagreement between them --

10             THE COURT:  Yes.

11             MR. ROSENTHAL:  -- and the Canadian Debtors now that

12    the U.S. Debtors have settled the claims here in the U.S.

13    Court.  But I just want to mention briefly, because I don't

14    think the Courts really need to dwell on the first Objection

15    which is that of the CCC, specifically to footnote one --

16             THE COURT:  Yes.

17             MR. ROSENTHAL:  -- and other than the first

18    sentence.  The first sentence deals with UKP and EMEA and,

19    after that, it deals with the Bondholders.  And I think, or at

20    least over the weekend when we were thinking about it at the

21    U.S. Debtors, we had conversations with the Bondholders and

22    we decided that, in many respects, it's a premature dispute

23    that we can resolve much more easily for the Courts right now

24    and agree to simply delete that entire passage of footnote

25    one, and we proposed that to the CCC yesterday and they can

1   speak for themselves.  But in our view, Your Honors, because

2   the parties have deferred until the late February meet-and-

3   confer and the March Conference that we're proposing for the

4   Courts, how the time between the parties would be allocated,

5   really, there's no need at this point to say how much time

6   specifically the CCC should get; how much time -- in some

7   respects, it may play out as being really an intra-Canadian

8   issue because there will be an allocation of time for the

9   Canadian group, you'll have that being divided up among its

10  members, and there's a footnote in here saying that one group

11  can't take all of the time allocated to it so, to make sure

12  that it's fair, I think the CCC, to my understanding, is that

13  they had asked that that footnote be put in.  It was put in.

14  You know, unless, of course, the members of the group all want

15  one party to take all of its time on a particular issue.  So

16  our suggestion is we could delete the rest of that footnote

17  one; we could defer the issue of whether the CCC feels that

18  they are not getting a fair amount of time out of the Canadian

19  allocation of time until the parties sit down and actually

20  talk about what the allocation of time should be.  And if

21  there's a disagreement or if they're unhappy about it, then

22  nobody's saying that any of their rights to go to the Courts

23  and say, you know, that there's some disagreement at that time,

24  nobody's saying that their rights are waived in that regard.

25  So that's our proposal.

1          THE COURT:  Okay.

2          MR. ROSENTHAL:  It takes that issue off the table

3  for today and I would just say that the only issue, therefore,

4  that the Court needs to really address would be the EMEA and

5  UKP concerns that they have expressed in their filings.

6          Obviously, I don't want to speak for the CCC and

7  I'm happy to turn over the microphone, whether it's here or

8  there to allow them to speak for themselves and I'll address

9  it at any point in time that the Courts would like, whether

10  the Courts have any comments at all on the Protocol.

11          THE COURT:  All right.  Thank you, Mr. Rosenthal.

12  It might -- yes, please.

13          MR. LEBLANC:  Good morning, Your Honor and --

14          THE COURT:  Good morning.

15          MR. LEBLANC:  -- and Mr. Justice Morawetz.  Andrew

16  Leblanc, at Milbank Tweed Hadley & McCloy, on behalf of the

17  Bondholder Group, and I just wanted to make one point.  I

18  completely agree with Mr. Rosenthal that this is an issue that

19  we can defer until later but there were comments made in the

20  submission of the CCC that I think are necessary for us to at

21  least address in some form or fashion.  I think it's important

22  for the Court to recognize that what's reflected in the Trial

23  Protocol is actually a concession by the Bondholder Group to

24  not get a separate allocation of time for the Bondholder Group

25  separately.  And what I mean by that, not because of where we

1  are situated today, but because the Trial Protocol that the

2  Courts entered in May of last year, May 17th, identified the

3  Bondholder Group as a separate allocation group.  So there was

4  the EMEA allocation group, the Canadian allocation group, the

5  U.S. allocation group, and recognizing the fact that the

6  Bondholders have claims against both Canada and the U.S. and,

7  therefore, are truly unique among the constituencies, that we

8  were a separate allocation group, a core party, who was in

9  their own allocation group.  We haven't, throughout the

10  process, and I think there hasn't been any suggestion that we

11  have, but throughout the process, we have not abused our

12  status as being a separate allocation group.  Quite to the

13  contrary, we've acted in accordance with the understanding

14  that was in place at the time.  We've acted in concert with

15  the parties with whom we share an interest.  So, at times, with

16  the Canadian Debtors, we've discussed with them their document

17  requests, and by doing so, we're able to make comments to

18  theirs instead of serving our own.  So we haven't abused the

19  fact that we're a separate allocation group, but we think by

20  right, by the fact that under the Trial Protocol that was

21  entered by this Court, we were a separate allocation group.

22  We could have demanded our own slot of time just like each of

23  the other allocation groups did because that is something that

24  this Court -- that these Courts ordered more than almost a year

25  ago now.  We didn't do that.  We made these concessions

1    to be treated the same way as other core parties who are not

2    part of an allocation group to identify the allocation group,

3    to limit it to the three Estate allocation groups, and then to

4    identify which of those allocation groups we are aligned with

5    and be part of that and to defer until another date the

6    allocation of time so that we can ensure ourselves just like

7    the Unsecured Creditors Committee here in the United States,

8    the UKP in -- with respect to the EMEA Estates.  We could

9    assure ourselves a meaningful role at trial given what we would

10   view as our unique and substantial economic interests in the

11   matter, but at the same time not take a disparate advantage of

12   the fact that we were identified as our own allocation group.

13   So the compromises that are reflected in the Proposed Protocol

14   are compromises literally that we made from the position that

15   the Courts ordered almost a year ago now and that -- I think

16   that's important to know.

17          Now, with the discussion that Mr. Rosenthal just

18   mentioned where we've agreed now to take out footnote one, in

19   light of the rest of the language and the fact that these are

20   issues that will be resolved in the coming weeks, we think it

21   really should resolve the entirety of the issue.  But our

22   understanding is that the omission of the offending language

23   of footnote one wasn't an acceptable concession on our part

24   and so we'll leave it to the CCC to state their position.  But

25   I just wanted to make those points that we have been

1   recognized from the time that the IFSA was entered in this

2   case where we were given the right to consent to an agreement

3   on allocation of sales proceeds.  We've been recognized as a

4   group that has a very distinct economic interest in these

5   matters that isn't completely aligned economically with the

6   interests of any of the other Estates, and it's for those

7   reasons that these Courts have recognized that in the May

8   Protocol of last year.

9              THE COURT:  Yes.

10             MR. LEBLANC:  And as we said, we're not even asking

11  for any advantage as a result of that at this point in time.

12  Instead, we're trying to be cooperative with every party and

13  make this trial as efficient as possible in the limited period

14  of time that the Court's allowed for it.

15             So we would agree with Mr. Rosenthal that we think

16  this is an issue that we can deal with in the coming weeks.

17  If it becomes a problem, we can address it at that time.

18             THE COURT:  All right.

19             MR. LEBLANC:  Thank you, Your Honors.

20             THE COURT:  Thank you, Mr. Leblanc.  Mr. Adler,

21  good morning.  Good to see you again.

22             MR. ADLER:  Good morning.  Good to see you, Your

23  Honor, and Justice Morawetz as well.  It's Derek Adler, for

24  the Joint Administrators and the EMEA Debtors.

25             THE COURT:  Yes.

1      MR. ADLER:  As Mr. Rosenthal said, we support the

2  Trial Protocol.  We think it's a terrific outline for how

3  things should go.  It lays out a plan for dealing with both

4  allocation and claims in a very efficient way.  And we've

5  just made one request that doesn't affect the substance of

6  what's in the Trial Protocol and that concerns the treatment

7  of evidence and arguments that pertain specifically to

8  claims, the remaining claims that the EMEA Debtors have

9  asserted against the Canadian Estate and then there's a --

10      JUSTICE MORAWETZ:  Mr. Adler, I hesitate to

11  interrupt, but Judge Gross, does it make more sense to finish

12  off the issues relating to the CCC that have now been

13  introduced and in the Protocol what -- that have been

14  introduced by Mr. Rosenthal and by Mr. Leblanc?

15      THE COURT:  That's -- why don't we then?  Mr.

16  Adler, if you don't mind, we'll just --

17      MR. ADLER:  Thank you, Your Honor.  That's fine.

18      THE COURT:  All right.  We'll just interrupt your

19  presentation.

20      MR. ZIEGLER:  Your Honor?

21      MR. MARK:  So, Judge Gross, good morning.  It's

22  Alan Mark for the Canadian Monitor and Debtors in Toronto,

23  and just before I hand it over to Counsel for the CCC, just a

24  couple of notes about the Protocol.

25      Firstly, as alluded to by Mr. Rosenthal, the

1  parties expect this week to finalize a discovery stipulation

2  regarding the representative depositions and that will result

3  in some new dates and some new process with respect to the

4  pre-trial process.  So it's our expectation that the final

5  form of the Joint Trial Protocol that will be remitted to the

6  Court for approval will be slightly different, but we don't

7  expect those issues to be controversial, but rather, just to

8  reflect a further stipulation that the parties are going to

9  enter into.

10         Secondly, I just want to note, I don't want to

11  repeat anything Mr. Rosenthal says, but as Justice Gross

12  noted, the Protocol does provide, by and large, for the cases

13  in chief to be pre-filed, in writing, with the Court.  That

14  means that we have, in the Protocol, been somewhat

15  presumptuous in setting dates for when the parties' Briefs,

16  when the exhibit lists, when the Pre-Trial Affidavits and

17  expert reports will be provided to the Court.  And another

18  consequence of that front-end loaded process is that the

19  Protocol does provide the opportunity for pre-trial

20  Objections and possibly Motions to resolve some issues before

21  the trial begins.  So I just wanted to indicate that if the

22  Courts had any questions about that proposed schedule, we're

23  happy to address them, but I just wanted to make sure the

24  Courts were aware.

25         THE COURT:  Thank you, Mr. Mark.

1          MR. ZIEGLER:  Your Honor?  It's Mark -- and Judge

2   Gross, it's Mark Ziegler in Toronto speaking for the CCC, and

3   we have Counsel in Delaware as well, but I will respond to

4   the issues that were raised by Mr. Rosenthal and by the

5   Noteholders' Counsel, Mr. Leblanc.  I think we have to step

6   back to where we were last May, when my clients also sought a

7   separate discovery group.  That request at the time was

8   denied, without prejudice, to our seeking relief at a later

9   date, should we believe it is warranted, and that's in an

10  email that Judge Gross and Justice Morawetz sent to us on May

11  15th.  I can circulate copies if you like but I think everyone

12  is familiar with that.

13          What's happened since is pretty clear.  We have

14  three Estates and behind each of the Estates, three different

15  interest groups.  They break down essentially to the

16  Noteholder groups and Pensioner groups.  And the issue here

17  is not the removal of a footnote.  It's what's in the rest of

18  the Protocol as the default position once that footnote is

19  removed.  Because essentially, although there are three major

20  interests that could be addressed through the three main

21  Estates, there is reserve in this Protocol without footnote

22  one, and particularly, I am talking about the ability to make

23  oral submissions to the Court at the opening and at the

24  closing, and you can turn off the references that they're

25  essentially Section 1(B) on opening statements on page seven

1    and Section 3, all (B) on page 12 where it's everybody who's

2    not part of an allocation group has at least 15 minutes to

3    make opening submissions and closing submissions and this

4    isn't just about 15 minutes at each end.  It's about treating

5    all the Creditor interests equally.  If we all had to work

6    within three allocation groups, including the Noteholders,

7    that would be fine.  But we don't.  There is, in effect, a

8    fourth column that gets to make submissions while we are

9    restricted within an allocation group where we share time,

10   not just with the Canadian Debtors and the Monitor, but also

11   the Directors who have to defend claims.  This allocation

12   Protocol which you are being asked to approve today carves

13   out time as a default position for the Noteholders and the

14   Indenture Trustees of at least 15 minutes at the front end

15   and at least 15 minutes at the back end.  So it's a lovely

16   concession to take out footnote one, but if they don't tell

17   you what the default position is, you can see it's a bit of

18   slate of hands in my position.  All my clients ask is the

19   same 15-minute right and then at the back end so that they

20   don't get jammed within the allocation group.  We will do our

21   best to work within the allocation group, just as I'm sure

22   everybody else who is a party in interest will work within

23   the three allocation groups and the Noteholders have, in

24   effect, joined up with the U.S. group, which is fine.  We

25   have joined up with the Canadian group but there is one issue

1  where we differ.  We take one allocation position that is not

2  in common as an alternative position with the Monitor, that

3  being the pro-rata distribution, and it would be highly

4  prejudicial to my clients to have a Trial Protocol go forward

5  that doesn't carve out explicit time for them, yet does for

6  the parties who are most adverse in interest to them.  At

7  this stage, five years in, there are pensioner interests and

8  there are Noteholder interests.  What happened before the

9  filing; what happened at the IFSA almost doesn't matter in

10  the sense of, ultimately, this is about distributions to

11  Creditors and if that's the case, the three biggest Creditor

12  groups have got to have their time before the Court.  That's

13  all I've got to say for now.

14          JUSTICE MORAWETZ:  Thank you.

15          THE COURT:  Mr. Rosenthal, did you wish to

16  respond?

17          MR. ROSENTHAL:  Your Honor, just about one minute

18  is all I need to respond.  Just -- I just want to underscore

19  why we believe that this issue is premature.  We believe it's

20  premature for several reasons, one of which is that the

21  Canadian Monitor and Debtors support the Protocol as

22  submitted and they said, and it's reflected in the Protocol,

23  they're going to give time to the CCC.  If the CCC, after

24  February 28th when we make the next round of submissions

25  regarding allocations, thinks that they haven't gotten their

1   15 minutes or whatever amount of time that they think that

2   they want, and I agree that this is a broader issue they're

3   talking about and it really is about the trial generally, if

4   they have any complaints about how they're dividing up the

5   time with the Canadian group, that's the time that they could

6   raise it.  They say that -- by the way, it's not just the

7   Monitor and Debtors and the CCC, but you have Ds & Os as

8   well, it's actually not true.  The Canadian allocation group

9   does not include the Ds & Os.  They're only Claims Defendants

10  and the Protocol divides up the opening statements and

11  closing arguments for allocation and claims.  So when it

12  comes to the allocation opening, we contemplate the U.S. is

13  going to get a set amount of time.  We don't know what that

14  is going to be.  We'll give an opening and the UCC will give

15  an opening.  Canada will get a set amount of time and the

16  Monitor and Debtors will give an opening and the CCC will

17  give an opening.  The EMEA group will get a set amount of

18  time and we don't know what that is.  And EMEA Debtors and

19  the UKP will give an opening.  And if parties have multiple

20  theories or different theories from each other, yes, they may

21  need time to present those theories, and the other parties

22  will need a comparable amount of time to respond to the

23  ultimate theories.  But I think this is all going to be

24  something that's worked out over the next month as opposed to

25  saying today how this thing -- the CCC and the Canadian group

1  be.  And if Canada doesn't give the CCC their 15 minutes or

2  whatever, you'll hear it when we have the hearing in mid-

3  March, and therefore, we would suggest that either footnote

4  one stay in or come out.  Either way is fine with us.  But

5  that we ought to proceed and proceed to the next step and see

6  if there's any dispute that the Courts even need to resolve.

7            THE COURT:  Well, I haven't taken time to look,

8  but I assume that there's nothing in the Protocol, and I

9  don't remember seeing anything that would preclude the CCC

10  from making an opening and closing.

11            MR. ROSENTHAL:  Quite to the contrary, Your Honor.

12            THE COURT:  Right.

13            MR. ROSENTHAL:  There's a footnote.  I don't have

14  the footnote number handy.

15            THE COURT:  Right.

16            MR. ROSENTHAL:  But there is a footnote that

17  expressly says that without permission of the other parties

18  in their group, a party cannot take all of the time allocated

19  to it.  So, therefore, the CCC has a guaranty, and the

20  Canadian Debtors I believe have also assured them they'll get

21  time to deliver their opening.  So I think as to how much

22  that time should be, that's exactly what the next months'

23  worth of negotiations is all about.

24            THE COURT:  Okay.

25            MR. ROSENTHAL:  Thank you.

1          THE COURT:  Thank you, Mr. Rosenthal.  Justice

2    Morawetz, was there anyone in your Courtroom who wished to be

3    heard on this point?

4          JUSTICE MORAWETZ:  Anything further on this issue?

5    Mr. Swan.

6          MR. SWAN:  Yes, just briefly in reply on behalf of

7    the Bondholders.  Every single party here has agreed to the

8    Protocol on all of these issues with the exception of the

9    CCC.  They are the only party that's objecting.  The

10   fundamental distinction that's been identified is that in the

11   Litigation Timetable, the Bondholder group is a separate

12   allocation group.  The Bondholder group is, in effect,

13   compromising procedural rights by agreeing to this in the

14   form that it's in and as a recognition of that, footnote one

15   recognizes certain limited procedural rights guaranteeing the

16   right to make a 15-minute opening and 15-minute closing.  The

17   CCC --

18         JUSTICE MORAWETZ:  Well, is it a case that the

19   Bondholders are compromising a right or is it a case that

20   it's just being expanded for the CCC to have a right?  What

21   specific rights are the Bondholders compromised on?

22         MR. SWAN:  They're compromised on the right to

23   otherwise carry out independent examinations with separate

24   time allocated to them because they would be a separate

25   allocation group.  So the Bondholders could have asserted the

1    right as a full allocation group to have the same rights as

2    the Canadian allocation group and the U.S. allocation group.

3    They haven't done that.  They have agreed that with respect

4    to the other elements of the proceedings, that they will

5    shelter, so to speak, under the U.S. allocation group's time

6    allocation.  But with respect to this one issue, footnote one

7    recognizes that they will have an opening and a closing

8    right.  The CCC is in a different position because they are a

9    Creditor whose economic interest are perfectly aligned with

10   the Canadian allocation group in much the same way that the

11   UKPC does not have a separate defined time, separate and

12   apart from the EMEA allocation group.  Obviously, it won't

13   make an opening statement as part of EMEA allocation group,

14   but it doesn't have separate defined time, nor does the UCC,

15   separate and apart from the U.S. allocation group.  So

16   there's no reason why the CCC as a Creditor who is within an

17   allocation group should have a separate specified right that

18   is unique and elevated above any other Creditor who's part of

19   an allocation group.

20          UNKNOWN:  Your Honor, if I may reply to some new

21   arguments that have been raised?

22          JUSTICE MORAWETZ:  Briefly.

23          UNKNOWN:  I thought that footnote one was off the

24   table.  Now it's back on.  If it's back on, all we ask is the

25   same 15 minutes and the same rights to come back to the

1  Courts with the Bondholders.  This is about treating major

2  Creditors equally.  It's not about historical status that was

3  allocated before the allocation positions came out.  We all

4  want to work effectively.  We will work with the Canadian

5  allocation group.  The Noteholders have worked with the

6  American group, that's fine.  That's as it should be.  But if

7  we're going to have a carve out time for one group of

8  Creditors, there should be the same for the others.

9           THE COURT:  I used to think it was only in the

10  United States that lawyers could argue for 30 minutes over 15

11  minutes but it sounds like we share that with Canada.

12                    (Laughter)

13           MR. LEBLANC:  I'll just add how flattered we are

14  to think that we can be so influential in 15 minutes.

15           THE COURT:  Yes.

16           JUSTICE MORAWETZ:  No comment.

17                    (Laughter)

18           THE COURT:  I would suggest that, as part of the

19  spirit of compromise, we at least for the moment delete

20  without prejudice footnote one.

21           MR. LEBLANC:  And, Your Honor, we've already

22  offered that up.

23           THE COURT:  That's right.

24           MR. LEBLANC:  And we're happy to do -- this is

25  Andrew Leblanc, on behalf of the Noteholders.  We've offered

1   it and we're happy to do it.

2            THE COURT:  Thank you, Mr. Leblanc.  Justice

3   Morawetz and I will discuss that, of course, as part of our

4   discussion.  I should have said that.

5            MR. ROSENTHAL:  Just for clarification, Your

6   Honor  --

7            THE COURT:  Except --

8            MR. ROSENTHAL:  -- obviously, the first sentence

9   relates to another issue.

10           THE COURT:  That's right.

11           MR. ROSENTHAL:  And it's the remainder that starts

12  with 'additionally'.

13           THE COURT:  Exactly.

14           MR. ROSENTHAL:  And I would -- footnote 11 is the

15  one that I didn't have the number at my fingertips before.

16           THE COURT:  Thank you.  Shall we now proceed with

17  the EMEA, CCC issue?

18           JUSTICE MORAWETZ:  Yes, back to I think it's Mr.

19  Adler.

20           THE COURT:  Mr. Adler had started, yes, and don't

21  hesitate to sort of re-start if you'd like, Mr. Adler, just

22  to get the flow.

23           MR. ADLER:  Thank you very much, Your Honor and

24  Justice Morawetz.  Again, it's Derek Adler, for the Joint

25  Administrators and the EMEA Debtors, and as I was saying, we

 1   do support the Trial Protocol.  We think it's a very sensible

 2   and well thought out approach to dealing with all the issues

 3   on both claims and allocation in an efficient manner and it

 4   does have parallel tracks in it for the pre-hearing

 5   submissions about both claims and allocation and post-hearing

 6   as well, and the one request we're making, though, is that

 7   the Courts exercise their discretion that they retained for

 8   themselves in the original allocation Protocol to treat and

 9   to set aside chunks of the hearings, in effect, to hear only

10   arguments and evidence related to the claims issues which

11   have now become issues related to the claims against the

12   Canadian Estate only since the claims of the EMEA Debtors and

13   the UKP against the U.S. Estate have been settled, although

14   there is considerable overlap in some areas about the

15   evidence that needs to be presented in relation to allocation

16   and in relation to the two sets of claims, and they are

17   separate sets of claims, by the way, between the EMEA Debtors

18   and the UK Pension interests.  Although there is considerable

19   overlap, there are also a lot of separate issues and separate

20   arguments and separate evidence that the Court in Canada will

21   need to consider in relation to claims that the U.S. Court

22   and the U.S. core parties don't have an interest in and don't

23   need to spend their time listening to.  The allocation

24   dispute is going to require the Courts to look at what each

25   party relinquished or conveyed in connection with the various

1  asset sales.  It's going to require the Courts to look at

2  what each business was composed of, what the different

3  classes of assets were that were transferred in each asset

4  sale, and to think about what approach should be taken to

5  dividing up each of those asset classes.  And I can tell you

6  that the biggest dispute will be about how to deal with

7  intellectual property.  The biggest value in the companies

8  was the intellectual property.  There are very different

9  approaches that have been suggested that are going to depend

10  a lot on both legal argument, but also expert evidence.  The

11  EMEA Debtors say that you value the IP in accordance with the

12  longstanding business arrangements between the companies.

13  You value IP based on the contribution that each of the

14  entities made to the creation of the IP.  The U.S. Debtors

15  say, and we actually support this as an alternative theory,

16  that you look at it by valuing the license rights that each

17  of the Debtor groups had.  And the Canadian Debtors take the

18  position that, essentially, there's a presumption that gives

19  them 100 percent of the right to all of the value of the IP,

20  unless we can show otherwise, that they controlled all of it.

21  So the issues that are going to need to be dealt with in the

22  allocation phase will be about these issues.

23              In terms of the EMEA claims, you've got claims

24  that are based on trade debt between the companies, nothing

25  to do with allocation; no reason why the U.S. Court or the

1    U.S. core parties should listen to evidence or argument about

2    trade debts between the EMEA Debtors and the Canadian

3    Debtors.  Inter-company loans, same thing.  These are issues

4    only between EMEA and Canada.  There's no reason why the

5    other parties should be hearing evidence about inter-company

6    loans.  Project Swift, a big reorganization that took place.

7              THE COURT:  Yes.

8              MR. ADLER:  No reason why Your Honor should have

9    to sit through evidence, expert reports, about Project Swift;

10   issues related to the solvency of the EMEA Debtors at various

11   times.  The only area where there is some overlap has to do

12   with the transfer pricing arrangements, the so-called MRDA,

13   and in that area, we've submitted separate expert reports

14   dealing with the allocation transfer pricing issues and the

15   claims-related transfer pricing issues.  So while there is

16   some overlap, there's considerable separate and we're simply

17   saying that there should be a separate phase for treating the

18   claims-only issues.  We've submitted three separate expert

19   reports that are related to claims only, not counting the 17

20   reports we've put in about foreign law that need to be

21   considered in relation to the claims.  We don't expect to

22   take up Court time presenting the law of 17 different

23   jurisdictions, but we will be making arguments in relation to

24   the laws of all these different countries.  And again,

25   there's no reason why Your Honor and the U.S. core parties

1   should have to sit through that phase of this.  So, again,

2   the original allocation Protocol contemplated that there

3   could be this separation.  We think that when we sit down

4   with the other parties in the next two months or so to try

5   and scope out how the trial should look and how time should

6   be allocated, it will be pretty clear that there is a set of

7   witnesses and issues that can be presented doing

8   argumentation separately in relation to claims.  So, in a

9   way, it's premature because we think that will become clearer

10  as we sit down, as Mr. Rosenthal described, to look at how

11  the time for trial is actually blocked out.  But we do think

12  that, with respect to time, there ought to be an additional

13  week added to address the EMEA claims.  I'm not speaking for

14  the UKP here, but this is a request of the Canadian Court,

15  not to Your Honor, to add an additional week as soon as

16  possible after the allocation hearings to address the EMEA

17  claims and evidence related only to the EMEA, claims and we

18  would proposed that that happen immediately after the 20 days

19  that have been set aside for allocation.  The 20 days will be

20  quite full already in relation to allocation.  It's an

21  ambitious schedule just to present allocation in that time

22  period.  So that's why we're making a request for separate

23  time in relation to that.  So again, this would not affect

24  the overall -- it would delay things by a week because we're

25  saying that all the pre-hearing submissions for claims and

1    allocation would go in and parallel and all the post-hearing

2    submissions as well would go in and parallel and the final

3    arguments though would take place in separate days, separate

4    times, but again, on the same track so that there isn't a

5    real delay resulting from this.

6              If this is agreed to, it will also greatly

7    simplify the discussions the parties have to have about what

8    happens during the trial, because when you mix together

9    allocation and claims at the same time, you get into some

10   difficult issues because, on allocation for example, all

11   three groups, arguably, bear the burden of proof.  But in

12   relation to claims, the EMEA Claimants bear the burden of

13   proving their claims.  The U.K. Pension Claimants bear the

14   burden of proving their claims.  So naturally, the evidence

15   should go first and arguments should go first from the people

16   who bear the burden of proof.  You also get into very

17   complicated issues about how time should be allocated if --

18   obviously, if EMEA and the Canadian Debtors are dealing with

19   both claims and allocation issues at the same time, we would

20   need more time and how much more do you give?  It gets to be

21   a little bit complicated.  You can't just divide things up by

22   threes at that point.  So that is our suggestion and those

23   are the reasons why we think it makes sense.

24              THE COURT:  All right, Mr. Alder.  Thank you.

25              JUSTICE MORAWETZ:  Judge Gross, I think it might

1  be helpful if we hear from Mr. Barrack on behalf of the U.K.

2  group in Toronto right now.

3            MR. O'CONNOR:  Your Honor, it's Brian O'Connor --

4            THE COURT:  Yes, Mr. O'Connor.

5            MR. O'CONNOR:  -- from Willke Farr.  I was just

6  going to say the same thing essentially, Justice Morawetz and

7  Judge Gross.  I will say here that we do agree with Mr.

8  Rosenthal on the hard work that was done on the protocol.

9            THE COURT:  Yes.

10            MR. O'CONNOR:  Given though the fact that the

11  issues that we raised, which are similar to the EMEA issues,

12  really tend to gravitate about the existence of both the

13  Canadian claims and the allocation.  I am going to defer to

14  Mr. Barrack that he can make the submissions on behalf of the

15  U.K. Pension Claimants.

16            THE COURT:  All right.

17            MR. O'CONNOR:  Thank you.

18            THE COURT:  Thank you, Mr. O'Connor.

19            JUSTICE MORAWETZ:  Mr. Barrack?

20            MR. BARRACK:  Thank you, Your Honor.  These

21  submissions are addressed to you primarily.  I do want to

22  echo though that there has been a lot of goodwill in this

23  case.  There's been a lot of goodwill in coming to the

24  Protocol and it's almost unfortunate the Judges couldn't have

25  been in the room to witness that process, because I think

1  what you would have seen is --

2           JUSTICE MORAWETZ:  Depends on your point of view.

3                          (Laughter)

4           MR. BARRACK:  From this perspective, we've all

5  lived through a lot of trials and in trials, trials are full

6  of ambiguity, and trials are full of not only ambiguity but

7  nuance, and I think the parties, in coming to this Protocol,

8  have addressed many of the points of nuance that are going to

9  arise in this trial in a responsible way and I think that Mr.

10  Rosenthal, particularly on the meeting and discussions,

11  people around the table, there was some feel good give-and-

12  take about what the issues that are going to arise in this

13  trial are, and people tried to deal with them responsibly.

14           We're sitting here today on a preliminary pre-

15  trial, and in the context of a preliminary pre-trial, what

16  we're looking for is guidance from the Court on how we're

17  going to conduct this trial, and you may give us guidance or

18  you may defer, but that guidance is against the background of

19  what this trial is trying to accomplish.  And our basic

20  submission is that the Court has always recognized that there

21  are separate trials here.  There's a separate trial on

22  allocations, and there's a separate trial on claims, and

23  that's in two levels.  As we settle the U.S. claims

24  procedure, you, Your Honor, are going to be trying the

25  Canadian claims alone.  You're not going to be doing that

1   with Judge Gross, and so in our submission, the sequential

2   nature of these trials, which has always been recognized,

3   should be maintained, and it should be made clear to the

4   parties that these will occur sequentially and I'm going to

5   sequentially but pragmatically; and when I say pragmatically,

6   what I mean is that where there's evidence in the

7   depositions, where there's evidence in the allocation trial,

8   that may be pled into the claims trial, there could be a

9   [indiscernible].  It should be sequentially but

10  pragmatically.

11          And our second objection is, and this does apply

12  to both you and Judge Gross, is that the length of both

13  trials should not be set until the number of witnesses is

14  settled, the number of experts is settled, and the parties

15  have, with the Court or other third-parties' assistance,

16  settled on the facts and I can't emphasize enough that 20

17  days may be enough time to do this trial, and it may be

18  enough time, if we have agreed on the facts, and you know,

19  this is a pre-trial, not the trial, and in the context of a

20  pre-trial, as I was saying in the other pre-trial, there

21  really are no facts in dispute in this case.  There is no

22  'the light was red, the light was green'.  We're going to ask

23  the Judges in this case to grapple with some very difficult

24  issues, and they're substantial issues.  But I don't think

25  anybody at the end of this day is going to be asking for a

1  credibility [indiscernible].  I'll give you an example of the

2  meet-and-confer.  The whole Project Swift; you've heard about

3  this Project Swift so you may or may not know what Project

4  Swift is.  It talks about the fact that there were transfer

5  pricing between Canada and the U.K. and the U.S., all the

6  parties that are trying for a price increase and they built

7  up an inter-company, non-interest bearing loan, and then they

8  discharged that loan with a payment each time with the shares

9  of some of the subsidiaries.  There was [indiscernible],

10  there were issues around pension funding.  There were

11  discussions between the various parties about pension

12  funding.  There were pension guarantees.  There were two

13  guarantees given.  All of the facts; I sat there with Counsel

14  on the other side and over Diet Cokes at the Advocates'

15  Society Convention, we all agreed how remarkable it is that

16  there are no facts in dispute; when the meeting occurred, who

17  said what, who said what to whom, when they said it.  As you

18  know, from most complicated commercial cases today, nobody

19  can have a thought without burping it into an email

20  immediately and so we have a virtual contemporaneous record

21  of what occurred.  We're not fighting over what happened.

22  We're fighting over the implications of what happened.  So if

23  the parties were to bear down and get a true agreed Statement

24  of Fact, we probably could do this case in 20 days.  But the

25  complication would be how much expert evidence the Judges

1    want to hear, not how much the parties want to throw at the

2    Judges, but how much the Judges want to hear.  When the

3    Judges get a true appreciation of the nuances of this case,

4    of the tasks ahead of them, of the reports that are out

5    there, we're going to be looking to the Court to tell us, you

6    know, we really want to hear on this topic.  And it's fine

7    for us to sit with all of this goodwill and determine what

8    the trial is going to look like, what we want to put to the

9    [indiscernible], given the precedential nature of this case.

10   The Court may have some strong opinions in that regard as

11   well.  And so these submissions are taken in the context of a

12   preliminary pre-trial, not a final pre-trial, and we should

13   come back to these in a final pre-trial when the Court has

14   more background laid.

15             But let me address both of these issues.  First of

16   all, the sequential nature of the trial.  You have

17   submissions that we have provided for you and so I just ask

18   you to take those out and I'm going to refer you to some of

19   these Orders briefly.  If you could go to Tab 1 of those,

20   Tab 1 is your Order of April 3, 2013, and go to three.  You

21   ordered in paragraph number three, the Court directs that (a)

22   the trial under the allocation Protocol will commence on

23   January 6th.  We know what happened to that.  And (b), the

24   trial will commence with the allocation issues and continue

25   thereafter with the EMEA Canadian claims and U.K. Pension

1    Canadian claims.  And if you go to the allocation Protocol

2    which follows it, it's Item 7, it talks about the

3    simultaneous trials [indiscernible].  The U.S. and Canadian

4    parties will hold simultaneously the allocation and Protocol

5    -- allocation Protocol hearings and the hearings of say the

6    U.K. Pension claims and the hearings before the Canadian

7    Court on the merits of any remaining U.K. Pension,  Canadian

8    Pension Plan, provided, however, that the Courts, in their

9    discretion, may sit separately for such hearings to hear

10   evidence or argument that is relevant only to the U.K.

11   Pension claimants.  And so what was contemplated from the

12   outset was that we're going to have an allocations trial,

13   followed by a claims trial and the Court was going to

14   determine how that was going to go forward.  And that

15   separateness of the trials was very true in every single

16   Order subsequently.  If you go to Tab 2, there was

17   [indiscernible] Order for the allocation Protocol and

18   Litigation Timetable on Discovery Plan and in that Order, if

19   you go to the Litigation Timetable which is -- it's not

20   numbered but it's about 12 pages in.  You will recall that

21   what we did was set out steps in the allocation, steps in the

22   U.S. claim, and steps in the Canadian claim, and we, for

23   efficiency purposes, put those together.  We both have three

24   distinct parties.  We had a definition of the parties that we

25   set out that included among the parties, the U.K. Pension

1  Claimants as a separate party -- I'm going to take you back a

2  page, and that was followed by a Discovery Plan in which, as

3  you're aware, the U.K. Pension Claimants were required as an

4  individual party to undertake all of the individual steps.

5  In making that Order, if you go back to before Tab 1, if you

6  go to our submission, and you go to page four, you may recall

7  that there was a debate as to the timetables.  You may

8  recall, and we've included the submissions, the fact that the

9  U.S. Debtors filed strong submissions, and I don't need to go

10 through them; they're there and they're highlighted, to the

11 fact that these were separate trials.  And if you go over to

12 page five, at page 11 on your May 3 Order, you made two

13 important -- or in your endorsement, you made two important

14 observations.  You said at paragraph 15, under Scheduling,

15 making this determination, I have taken into account the EMEA

16 Claimants and the U.K. Pension Claimants are major Creditors

17 in the global Nortel insolvency and it is necessary to ensure

18 they have full opportunity to put forth their case within the

19 confines of the trial schedule.  And then under Separation

20 Litigations, the proposal of the U.S. Debtors confirming

21 three separate litigations is accepted.  Although a joint

22 trial will be conducted, this does not alter the fact that

23 the U.S. Court and this Court are separate and independent

24 jurisdiction and different procedural Rules of each Court

25 need to be respected.  And what we have done in coming to the

1   allocation Protocol is work pragmatically with that

2   admonition.  So if you can then go to Tab 6, which is your

3   most recent appeal to this, this is the Order of Tuesday,

4   November 19th, and you'll recall I was not in Court the day

5   this schedule was made and subsequently, you'll recall that I

6   sent a letter to the Court and was pleased when the actual

7   Order of the Court came out to see how it had been dealt

8   with.  And what the Court ordered, and if you go to the

9   second page of this Order, on paragraph three, is that this

10  Court ordered that the terms of the amendment set out in

11  Schedule A hereto, the allocation Protocol, Litigation

12  Timetable, and Discovery Plan and Deposition Protocol are

13  amended in accordance with the terms.  And then the Court

14  went on to order:  This Court orders that the parties shall

15  be permitted to adjust interim deadlines in the Timetable

16  according -- in accordance with the following procedures.

17  The moving parties shall meet and confer to determine whether

18  further adjustments to the Timetable should be made and may,

19  upon unanimous agreement, subject to subparagraph (c) below

20  without further Order of the Court, propose amendments to the

21  Timetable, provided that such dates shall not impact the

22  Court or commencement of the date of the trial.  So that what

23  the Court ordered was that the start of the trial is

24  preemptory and no one is challenging that.  No one is

25  challenging it.  But it's still in Schedule A of this, all on

1  the Schedule A, and there are numbered pages there, and if

2  you go to page three, all this calls for is where -- what

3  we're engaging in today.  It's a preliminary Pre-Trial

4  Conference on January 29.  And if you then go to page six,

5  you'll see that what we're -- the business that we're about

6  to undertake today is under the heading Trial Logistics and

7  it says the core parties shall meet and confer as soon as

8  possible but in any event, no later than the week of December

9  16 with a view to attempting to reach a consensus with

10  respect to the conduct of trial, including the feasibility of

11  providing the Courts with a Statement of Agreed Facts, and

12  the proposed length of trial.  So where we sit today is that

13  the Courts have said we're going to start on the 20th.  We

14  agree we're going to start on the 20th.  We're going to move

15  forward and try and get a Protocol for the parties who will

16  work sensibly and give assistance to the Court in how we're

17  going to carry out the trial, which we've done.  We are then

18  going to talk about the length of the trial and determine how

19  long the parties will specifically conduct this trial, and in

20  our submission, it has always been contemplated that these

21  trials would proceed.  In our submission, to alter that

22  fundamental procedure, which is gives the proposal on page

23  one of the allocation Protocol.  [indiscernible] would put

24  the entire process at risk.  As Mr. Adler referred to, the

25  fundamental issue is this.  There's no onus of proof in the

1  allocation of the trial.  This is a very unique situation.

2  [indiscernible].  And that's going to provide some

3  interesting nuancing when we get into the trial for this

4  reason, and I'll give you an example.  If you have a witness

5  that's speaking about, say, the pro-rata theory that's been

6  put forward that we shouldn't allocate based on a valuation

7  period, but we should do some sort of pro-rata omnibus

8  theory.  That's a theory that's been put forward by my

9  clients or a position supported by my clients and has been

10  put forward by the CCC.  So the essential difficulty in

11  running this trial is the core parties in interest.  So

12  broadly structured, the allocation Protocols that now exist

13  sees the Estates as parties in interest and that makes some

14  sense.  It makes sense because, ultimately, in the allocation

15  trial, what everybody is trying to do, presumably, is get the

16  most money into their own Estate.  So the Creditors, who have

17  their principal claim in each Estate, are seemed to line up

18  with the Estate, and as Judges, you look out of the Courtroom

19  and you say well, what's this dispute?  This is a bunch of

20  [indiscernible] three pods.  So each pod you line up

21  together.  But that's going to break down when we start to

22  cross-examine the witnesses because if I start to cross-

23  examine CCC's pro-rata witness, somebody's going to stick

24  their hand up and say hey, they got the same theory.  Why

25  does he get to cross-examine, the right of cross-examination,

1   when they're on the same side in that sense, and I'll stick

2   my hand up and say no, but we're adverse parties in interest.

3   I want the money in a different pod.  And in good sense and

4   good faith, the way trials always run, there'll be some

5   pragmatic solution to that trial.  It will either be, Mr.

6   Barrack, you've got to go first and I will take into account

7   the fact that you are asserting exactly the same theory, and

8   you know, you may want to cross-examine but to the extent to

9   which you cross-examine, that will affect the weight of what

10  you do because your actions, meaning you're cross-examining

11  your own witness.  And I may stand up in another circumstance

12  and do exactly the same thing.  So we're going to have these

13  nuance problems that are going to arise in the course of the

14  trial.  We'll deal with them pragmatically, we'll deal with

15  them as the Judge along the trial, and we'll deal with them

16  in good spirits.  So the allocations trial will have its own

17  set of challenges.

18          The claims trial, on the other hand, is a very

19  different end.  The claims trial requires one party to get up

20  and prove a claim.  It's got a burden of proof.  It's got an

21  onus on it and it has to -- and if -- you know, far be it for

22  me to tell you what the onus is in a detailed way of claims

23  proceedings.  You wrote the book on it, so you know what the

24  onus is going to be but you know it's going to be on a party

25  and you also know that these are not summary procedures that

1  we [indiscernible].  And affirmative pleadings have been

2  required.  We've been ordered to proceed under the Rules.

3  You'll recall you made an Order that said [indiscernible].

4  We've had extensive document production of over three million

5  documents.  We've had extensive oral depositions.  And while,

6  pragmatically, some of the evidence from the depositions and

7  the allocations of the trial will come into the claims trial,

8  it would be a breach of due process on the claims trial to

9  deviate from allowing the party with the onus to put its case

10  and then hear the case in defense and call evidence in reply

11  to that.

12          And again, we've addressed this in our submissions

13  and at page five, very -- sorry, that's at paragraph five,

14  very briefly, set out the difference between the UKP and

15  Canadian claims before the Court and differentiating them

16  from the allocations case.  They have different factual

17  expert evidence from the dispute.  They involve different

18  parties, a different onus to prove.  The U.S. Court has no

19  jurisdiction.  And the core parties -- there will be core

20  parties who won't [indiscernible].  The Court has a number of

21  issues to deal with in dealing with the UKPC claim and we've

22  set those out at page seven of our submissions, starting at

23  the bottom at paragraph 19 and going over to the next page.

24  When you come to adjudicate the claims, and it's going to be

25  a very interesting case to adjudicate; and you never want to

1  hear from your doctor or your lawyer you've got an

2  interesting case, but as a Judge I don't think -- or I don't

3  think anyone in the room is [indiscernible] interesting work

4  for the Court.  So you're going to have to determine the

5  appropriate shortfall and the availability of a financial

6  support direction.  You're going to have to adjudicate

7  whether the guarantees are applicable.  You're going to have

8  to adjudicate whether there is an unjust enrichment claim and

9  whether there's damages [indiscernible].  And, you know,

10  let's not kid ourselves.  This FSD scheme in a Court,

11  proceeding with very little [indiscernible] prudential

12  guidance to adjudicate whether an FSD is appropriate is going

13  to be a heavy lifting on your part.  You're going to have to

14  bring your mind to the scheme test, the target test, the

15  insufficiently resource test, the reasonableness test, and

16  each of those tests is going to have its own factual

17  requirements.  You're going to hear expert evidence on the

18  value of NNUK's, in regards to the value of NNC and NNL's

19  resources, the degree of control, the value of benefits, the

20  transfer pricing policy, involvement with the Pension Plan,

21  and the financial services [indiscernible] here and have to

22  adjudicate substantial evidence about -- as to the

23  guarantees.  And again, you're going to hear all of that, and

24  I don't think you're going to have any factual disputes but

25  you're going to have a lot of expert evidence and you're

1   going to have some very tough issues of common.  And you're

2   going to do that against a background of the mass production

3   group that's been -- that's taken place.

4         As we sit here today, the number of witnesses is

5   not known.  They're to be identified on March 31st, with Trial

6   Affidavits to be exchanged between April 11th and April 25.

7   We haven't set out in this, limited it.  The number of

8   experts is not known.  The number of rebuttal experts will

9   only be filed on February 28th and trial experts will be

10  identified by April 11th, and most importantly, what facts

11  might be known.  So at a minimum, in our submission,

12  premature to set the length of trial, but especially

13  premature  to set the length of this trial.  We said that, at

14  a minimum, we require 10 to 12 days to make an affirmative

15  case and I stand back now --

16         JUSTICE MORAWETZ:  That's in the claims --

17         MR. BARRACK:  Claims.

18         JUSTICE MORAWETZ  -- 10 to 12?

19         MR. BARRACK:  Yes.  And if we sit back and ask

20  what is the function of the Court setting the number of trial

21  dates, we know it's proportionality.  We know -- we have to

22  respect due process and that there's an onus here but in

23  exercising your function, it's proportionality.  And we all

24  know that our Rules say that in applying our Rules, the Court

25  shall make Orders and give directions that are proportionate

1   to the importance, complexity of the issues, and the amount

2   involved.  And we set out in paragraph 52, page 16 of our

3   submission, if you look at what's going on in this Court in

4   terms of complex litigation, and the Court was given two

5   complex cases, the regional scene that's all too well aware

6   of [indiscernible], sitting in the commercial list, that the

7   *Barto* [ph] case went on for 50 days, the Nova Groats [ph]

8   case --

9           JUSTICE MORAWETZ:  Well, I can assure you the Nova

10  Groats case is not going 75 days.  I can assure you that.

11          MR. BARRACK:  You're well aware of --

12          JUSTICE MORAWETZ:  Well, I think you have to take

13  into account those, Mr. Barrack. as you well know, different

14  Judges have different styles and some of these cases were not

15  totally managed through commercial.

16          MR. BARRACK:  Right.

17          JUSTICE MORAWETZ:  Some take a greater amount;

18  some take less.

19          MR. BARRACK:  Understood.

20          JUSTICE MORAWETZ:  But your point is taken and I

21  understand where you're trying to go.

22          MR. BARRACK:  Okay.  Nobody knows [indiscernible].

23          JUSTICE MORAWETZ:  That one, I think you're --

24  I'll accept that submission.

25          MR. BARRACK:  So -- and we don't underestimate the

1   frustration of the Court with this case, the way that it has

2   proceeded.  That frustration is real.  But that frustration

3   does not justify disproportionate allotment of time to a

4   case.  When we stand back, this outcome will determine

5   whether future international insolvency proceedings are

6   subjected to the type of moral hazard which is

7   [indiscernible].  And we can't do anything about the past,

8   but you will have control in adjudicating this case to

9   actually make findings that will impact moral hazard issues.

10  But speaking to that moral hazard issue will be, in our

11  submission, better addressed in an appropriately length trial

12  rather than one that is set on an [indiscernible] basis to

13  try and facilitate settlement.  The case is not only of

14  national importance but it's of international importance.

15  The issues are complex.  In the case of our claims that are

16  complex foreign statutory regimes to be applied without the

17  benefit of a great deal of precedence.  The amounts involved

18  are in the billions.  And I just -- you know, we stand back.

19  There's a website up there that has Justice Winkler's comment

20  prior to the mediation [indiscernible].

21                        (Laughter)

22          JUSTICE MORAWETZ:  And I think he's still with us.

23  He may not be in his position but reports of his demise, I'm

24  sure are greatly exaggerated.

25          MR. BARRACK:  Well, and because he's with us, he

1　lives on in many ways but he did say, and it is part of the

2　public record that the Nortel insolvency is one of the most

3　complex transaction legal proceedings [indiscernible - audio

4　skipped] directly involves companies resident in almost 20

5　countries and appears to involve participants from every

6　continent except Antarctica.

7　　　　　JUSTICE MORAWETZ:  I can rectify that.

8　　　　　　　　　　(Laughter)

9　　　　　JUSTICE MORAWETZ:  I'd like to move.

10　　　　　MR. BARRACK:  Yes, before the trial.  And, you

11　know, as he noted, these circumstances give rise to many

12　difficult legal issues, not the least of which the

13　determination of which law applies, whose Courts have

14　jurisdiction, legal [indiscernible - audio skipped] conflicts

15　of law issues.  However, the complexity of the case would

16　make even a conflict of law professor cringe.  And he goes on

17　to note that the fact that there may be more than one avenue

18　of appeal available to the parties, through the Courts, in

19　numerous Countries adds yet another layer of [indiscernible -

20　loud hum] and he was so concerned at that point that, on the

21　public record, he didn't know whether it was a realistic

22　litigation option.  So I sit here representing 40,000 UK

23　Pensioners who contributed to their Pension Plans throughout.

24　They didn't take a pension claim and they're looking to this

25　Court for appropriate and proportionate justice in accordance

1    with the best traditions of our justice system and

2    arbitrariness and pre-judgment have never been the hallmarks

3    of our justice system.  The process should not be put in

4    jeopardy by such a process, which when examined on appeal,

5    could delay this trial, or worse, [indiscernible] entire

6    trial process and while we participated fully in

7    [indiscernible-shuffling papers] with respect to two matters.

8    The first is that the trials should occur sequentially.  The

9    claims trials should occur after allocations but

10   pragmatically.  And that the length of the trial, both

11   trials, should be set at the final pre-trial and the number

12   of witnesses, number of experts, agreeing on the facts

13   [indiscernible-coughing].  And to do otherwise, we have a

14   framework.  We have a positive framework for conducting the

15   trial.  We think that when we come back, we should have a

16   real discussion with the Judges about how long this is going

17   to take; realistically, how we can undertake the substantial

18   exercise that's being undertaken; and, in the interim, the

19   Courts should use all of its powers to bring the parties to

20   the deity  of their choice and come to an agreed Statement of

21   the Facts which will get this trial down to what it should be

22   about, is dealing with the significant issues, international

23   issues that are on the table.

24          I realize I've gone on at some length about this

25   but, well, this is our pre-trial.  This is our chance to

1  alert the Court of some of the issues here and I do

2  appreciate the time.

3          JUSTICE MORAWETZ:  Thank you, Mr. Barrack.

4          MR. MARK:  I think, Your Honor, it falls to me on

5  behalf of the Canadian Debtors and Monitors to respond.  Our

6  position, in summary, is as follows.  Firstly, both of the

7  issues that EMEA and UKPC put on the table have already been

8  addressed and resolved by the Courts.  UKPC and EMEA are

9  asking for separate trials, firstly, and they're asking,

10  secondly, that there be additional trial time to accommodate

11  the separate trial.  The Courts have already decided one

12  trial.  Those are distinct as everybody has said so far in

13  parallel.  [indiscernible-cough, audio skipped].  There is

14  one trial which the Courts have recognized throughout; that

15  the two are so intertwined, evidence so overlapping that

16  there should be one evidentiary hearing and none of the

17  rights Mr. Barrack says his clients are entitled to have been

18  compromised in that previous Order of the Court.  And

19  secondly, the Courts have already clearly decided and

20  directed that the duration of the trial is 20 days and the

21  Courts, of course, issued that directive when they were fully

22  cognizant of the fact that they dealt with both allocation

23  and claims and were fully cognizant of the issues and number

24  of witnesses.  That Order was made the 19th, as we were

25  discussing.  How we finish 110 depositions, there can't be

1    any suggestion the Court's didn't know what they were dealing

2    with.

3            Additionally, and in any event, the Protocol does

4    separate claims and allocation to the extent feasible.

5    Everything Mr. Barrack said in his submission that the Courts

6    should view and respect is done and respected by the

7    [indiscernible] Protocol that is put before you.  There are

8    separate filings.  There are separate evidentiary records.

9    There are separate arguments.  Everything is separate except

10   that the Trial Protocol recognizes that there will be

11   substantial and evidentiary overlap in the allocation and

12   claims, and nobody, not even Mr. Barrack who suggests that

13   the witnesses who give common evidence should testify twice.

14   So the notion that there should not be parallel proceedings

15   but that there should be distinctly sequential proceedings is

16   simply not feasible.  We do recognize, and the Protocol

17   allows for, the identification of those few witnesses, and we

18   think it will be very few lay or expert, may give evidence

19   relevant only to claims and certainly be scheduled so that

20   Justice Gross doesn't have to hear that.

21           Fourthly, the UKPC proposal is fundamentally

22   founded on the premise that they need a week, additional week

23   at least, of trial time to put in their case-in-chief to

24   satisfy their onus approval.  As is clear from the Trial

25   Protocol that is before the Court, which my friends endorse,

1  cases-in-chief are going to be put in writing.  Affidavits of

2  Trial Witnesses will be pre-filed.  All fact witnesses have

3  been deposed and the parties will be filing in advance of

4  trial separately for claims and allocation, the transcript

5  designations of those depositions they rely upon.  There will

6  be exhibit books prepared and settled which will be filed in

7  advance with admissibility issues resolved, which are going

8  to be filed in advance of trial.  And the expert reports will

9  be filed and expert depositions will be conducted prior to

10  trial and there will be a limited number of experts who

11  testify at trial.  The trial time, virtually exclusively,

12  cross-examination.  So my friend doesn't need more trial

13  time.

14         Lastly, the UKPC proposal is essentially to re-

15  visit the issue of the length of trial at some time after

16  April 11th.  That, in our submission, will make it impossible

17  for the parties over the coming weeks to do what they have

18  undertaken to do in the draft Protocol before you which is to

19  settle upon allocations of time, numbers of witnesses, etc.

20  That can only be done when the pin is put in the issue of the

21  length of the trial and, in our submission, that was done and

22  that time has come and gone.

23         Now, let me turn to my detailed submissions after

24  that.

25         JUSTICE MORAWETZ:  Let me just ask a question for

1   some guidance at this point, Mr. Mark.  Hypothetically, and I

2   underline that word about 12 times, if time and scheduling

3   was not an issue, would that eliminate or reduce the point of

4   conflict that you have, your clients have, with Mr. Barrack's

5   position?

6           MR. MARK:  Sorry, I'm not understanding.

7           JUSTICE MORAWETZ:  In the event that Judge Gross

8   and I get struck by lightning in the next three seconds,

9   wouldn't you say that this trial can extend for one year?

10          MR. MARK:  Right.

11          JUSTICE MORAWETZ:  Would that reduce or eliminate

12  the points that Mr. Barrack has made that you have responded

13  to?

14          MR. MARK:  Well, in fact, I don't think that

15  addresses Mr. Barrack's point.  If we assume that we're going

16  to keep --

17          JUSTICE MORAWETZ:  Now let's assume that you get

18  -- you deal with your allocation issues first and then you

19  deal with your claims issues.

20          MR. MARK:  So let's deal with the sequencing issue

21  first.  Nothing will change, right?  The parties, and I think

22  -- and I'll come to this in detail if there's any doubt, Your

23  Honor, there is significant overlapping evidence and

24  everybody agrees that we shouldn't have witnesses called

25  twice.  So there is going to be, to a significant extent, a

1  common evidentiary hearing.  But once you have a common

2  evidentiary hearing, it is clear beyond peradventure that the

3  parties' opening statements, pre-trial filings, all of that

4  has to happen in parallel at the beginning.  You can't embark

5  upon hearing evidence from witnesses on claims unless you've

6  had a case presented to you and opened to you on both

7  allocation and claims because you have to be able to

8  appreciate the evidence as it comes in.  So, as I understand

9  it, Mr. Barrack doesn't agree.  He -- that you're going to

10 have a parallel proceedings here where, at the front end,

11 you're going to have the pre-filed evidence that we have in

12 both claims and allocation.  You're going to have the parties

13 submitting their opening submissions and their opening

14 statements on both claims and allocation.  You will have a

15 common evidentiary hearing on overlapping evidence, and to

16 the extent there are discreet witnesses, they will be

17 scheduled to convenience the Court so that Justice Gross

18 doesn't have to sit here.  So whether that process takes four

19 weeks or 40 weeks doesn't fundamentally change.  I really

20 fail to understand the sequencing argument to that extent.

21 That will not change.

22         Now, on the issue of the length of the trial, I

23 suppose if the Courts said we have unlimited time; we have a

24 year or more, that maybe the parties would have taken a

25 fundamentally different approach to the Protocol.  But

1   whether this case is four weeks or five weeks or six weeks,

2   the Protocol is going to remain unchanged in that it will

3   fundamentally provide for parties' evidence, if you largely

4   take the record, pre-filed, and the trial time reserved with

5   the exception of some very brief overview evidence-in-chief

6   on an optional basis, the trial time will be reserved

7   exclusively for cross-examination of witnesses, and that's

8   not going to change.  Just because you give us another week

9   of trial doesn't mean this case is not going to be entirely

10  pre-filed in writing.  So my answer to your hypothetical,

11  Your Honor, is it won't make any difference.

12          UNKNOWN:  When Mr. Mark finishes, [indiscernible].

13          MR. MARK:  So let me turn to the first issue of

14  that addressed by Mr. Barrack which is the question of

15  whether the issue of there being one trial or two trials has

16  -- is still open or I think to the extent I understood his

17  submission and suggestion that, in fact, the Court has

18  directed there be two trials.  In fact, the April 3rd Order of

19  the Courts is perfectly clear that there -- and we can, I

20  think, use Mr. Barrack's material that he referred you to

21  already at Tab 1 of Mr. Barrack's Brief, page three of the

22  Court Order, paragraph three.  The Court directs that the

23  trial under the allocation Protocol will commence on January

24  6, 2014, and the trial will commence with the allocation

25  issues and continue thereafter with the EMEA Canadian claims

1    and the UK Pension Canadian claims.  So it is clear.  There

2    is one trial.  The Court has asked the parties, and I say

3    it's implicit in that, to the extent it is possible and

4    feasible, to ensure that the issues are sequent and clearly

5    separated.  But the Court clearly ordered one trial for a

6    reason, because the Court recognizes the comingling of the

7    issues here.  So the notion that there are separate trials is

8    incorrect.  That's been dealt with.  And on the issue of the

9    sequencing of the claims, the Protocol in its present form,

10   addresses that issue in every respect that Mr. Barrack

11   suggests the Court should be concerned about.  It addresses

12   it in the respect that the claims are clearly distinct.

13   There is no melding of the legal claims.  There's no

14   alteration of the onus of proof.  There's no curtailing of

15   the rights of audience or the right to have their legal

16   position separately considered.  In fact, what the allocation

17   -- what the Trial Protocol does in its present form is it

18   provides for separate pre-trial Orders to be filed for both

19   allocation and claims.  The pre-trial Orders, for your

20   benefit, Justice Morawetz, because it's an adoption of a term

21   which is more familiar to our U.S. friends, is essentially

22   the pre-trial evidentiary filings of the parties.  So there

23   will be separate filings in the allocation proceeding and

24   separate filings in the claims proceeding, each of which will

25   contain; not only will you have separate pleadings, but each

1   of which will contain the witness Affidavits that pertain to

2   each case, you will have the deposition excerpts that each

3   party relies upon for that case.  There'll be separate

4   filings for the claims case, separate filings for the

5   allocation cases.  The expert witnesses that the parties rely

6   on in each of the claims and allocation will be filed

7   separately in the respective Brief.  And the parties will be

8   filing separate exhibit books on claims and allocation.  So

9   all that was implicit, all of which was implicit in Mr.

10  Barrack's submission that the Protocol would not permit and

11  would put at risk and jeopardy under some notion that maybe

12  this would all be subject to appeal because there's some

13  abandonment of the separateness is, in fact, not the case.

14          The Protocol further contemplates separate opening

15  Briefs for claims and allocation, separate closing Briefs for

16  claims and allocation, and separate oral argument for claims

17  and allocation.  The U.S. Court is not being asked to decide

18  any issue with respect to claims.  The U.S. Court is not

19  being asked to hear or read Briefs or arguments on claims.

20  And the U.S. Court is not being asked to hear or read any

21  evidence which is relevant exclusively to claims.  To the

22  extent that the parties can, over the next month of meeting

23  and conferring, identify either fact or expert witnesses

24  which are agreed and acknowledged to be relevant exclusively

25  to claims, we can schedule them to ensure minimum

1   inconvenience to the U.S. Court.  But what cannot seriously

2   be disputed is that the evidence in the two proceedings is

3   largely inseparable and substantially overlaps.  The reality

4   is, and this is the reason why we have one trial, the vast

5   majority of the evidence in the claims cases will be

6   commented, things of allocation.

7           And let me just interject here for a moment.  In

8   Mr. Adler's submission, he said the Canadian position is that

9   Canada is entitled to 100 percent of the intellectual

10  property.  That is not Canada's position.  It's not the

11  position in Canada's allocation pleading.  It's a

12  mischaracterization of our position.  Our position, in fact,

13  is largely similar to the EMEA position which is you value

14  the interest in the IP entered by each of the parties in our

15  evidence [indiscernible-audio skipped] produce value to that.

16  We allocate that value to the respect including the U.S. and

17  EMEA.  So his characterization of our [audio skipped] is not

18  correct [audio skipped] digression.

19          So the alternatives, if one accepts that there is

20  overlapping evidence, are as follows.  (1) You can have that

21  overlapping evidence heard in common in the evidentiary

22  hearing or you can have the same evidence called again in a

23  separate trial.  And to pose the question, in my submission,

24  is to answer the question, but that would be grossly

25  inefficient, unfair to the Courts, unfair to the parties, and

1   unfair to the witnesses, and I think it's fair to say that

2   the Courts had that in mind when they issued the Protocol in

3   the first place and understood very well how this proceeding

4   would go.  To do it the other way around would certainly be

5   the tail of wagging of the dog, and that the Court had that

6   in mind.  I think it's very clear from some of the previous

7   Orders.  If you'll take our Brief, the Reply of the Canadian

8   Debtors that we filed, and you open to Tab D, and at Tab D,

9   you will see there, Justice Morawetz, your reasons delivered

10  in April in connection with the allocation Protocol that was

11  approved at that time.  And that's the Protocol that we've

12  already been talking about; Mr. Barrack refers to and I refer

13  to it too.  And if you turn over to paragraph 14 of your

14  reasons, you will see that in there summarized the trust and

15  the substance of the proposed allocation Protocol.  And if

16  you turn over to E, you clearly indicate that your

17  understanding of what the Protocol does is as follows.  The

18  Canadian and the U.S. Courts will hold simultaneously a joint

19  hearing regarding allocation of global proceeds and a hearing

20  into unresolved EMEA Canadian claims and EMEA U.S. claims,

21  provided that the Courts, in their discretion, may sit

22  separately to hear evidence or argument that is relevant to

23  only the Canadian or U.S. Debtors respectively.  Each Court

24  would then issue its respective Decisions.  It's clear.  It

25  couldn't be clearer.  There is one trial, and to the extent

1   possible, the Courts will sit separately to hear evidence and

2   argument which is relevant to only the claims issue and it is

3   clear beyond doubt that that is precisely what the draft

4   Protocol before you does.  And, of course, if you turn over

5   to paragraph 46 of your reason for a decision that -- pardon

6   me, paragraph 43, page 8, as originally numbered, you said in

7   the result, I grant the Canadian Debtor's Motion to Approve

8   an Amended Allocation Protocol which incorporates the

9   aforementioned amendments, while remaining substantially in

10  the form of Schedule A to the Motion originally returnable to

11  you separately.  None of the amendments that you imposed

12  affect that provision which I just read to you with your

13  summary of what the Courts were doing by approving that

14  Protocol and the draft Protocol for trial, which you now have

15  before you, as I said, is true to that directive and it's

16  exactly what the parties have done.

17          Now, if there's any doubt about how much the

18  evidence overlaps, Your Honor, and I think there's an

19  acknowledgement by everybody that there certainly is an

20  overlap, I disagree with Mr. Adler when he says that the

21  majority of the evidence will not be overlapping.  In our

22  view, it will be.  We don't have -- Mr. Adler hasn't given

23  you any [indiscernible].  He hasn't given you any witness

24  lists to support his proposition.  So what we have to do is

25  look at the pleadings and the proceedings we have to date.

1           On the EMEA side, both their claims and their

2   allocation position, fundamentally allege and depend upon an

3   allegation that there was control exerted by NNL and NNC over

4   NNUK and EMEA that's common to both their allocation and

5   claims positions.  Both their claims and allocation position

6   assert that there were improper transfers of value from EMEA

7   to Canada over the 2001-2009 time period.  They both assert

8   and depend upon a revised assessment of the relevant --

9   relative contributions of the parties to R & D.  They both

10  assert and depend upon the lack of independence of the EMEA

11  Boards of Directors.  They both assert and depend upon the

12  improper design and application and implementation of

13  transfer pricing.  And they both depend upon and assert that

14  there were improper valuations associated with Project Swift

15  and improper use of loan balances.  And they both assert that

16  there was an intention on the part of the parties to

17  establish beneficial ownership of IP.  In that context, it is

18  clear that the majority of the evidence in this case is going

19  to be impossible to parse out into separate proceedings for

20  claims and allocation.  And to give you one reference; I

21  won't turn it up, but it's in our submissions.  If you look

22  at paragraph nine in our submissions, we [indiscernible-

23  cough] pleadings where they cross-reference their allocation

24  pleading to their claims filings.  And if you look at page

25  nine of our written Brief for today, footnote 10 at the

1  bottom of the page; this is an excerpt from the EMEA's claim,

2  the facts of these transactions are set out in the

3  particulars from their allocation pleading.  The facts of

4  these transactions are set out in the particulars of claim to

5  the Proofs of Debt filed against the U.S. [indiscernible-

6  banging] for 2011 and these facts, but not the claims, are

7  incorporated by reference herein in respect of NNUK at

8  paragraphs 2 to 84, in respect of NNI are at paragraphs 2 to

9  71, and in respect of NNSA of paragraphs 2 to 84.  The same

10  facts are set out in the Proof of Debt filed against the

11  Canadian Debtor on March 18, 2011 and those facts, but not

12  the claims, are incorporated by reference herein in respect

13  of the NNUK at paragraphs 20 to 32, 61 to 85, and 106 to 161;

14  in respect of NNSA at paragraph 60, 70, and NRI at paragraphs

15  21 to 36 and 61 to [indiscernible-cough].  From the

16  pleadings, we know that the evidence will be largely

17  overlapping and we also know that the UKPC claims largely

18  overlaps with EMEA.  At paragraph 21 of the UKPC --

19           JUSTICE MORAWETZ:  Well, we're not going to

20  resolve this.  Now, this is what the trial is all about.  But

21  let me step back and go back if not one year, two years,

22  three years, four years, and five years.  As a general

23  statement, okay, it strikes me that, from the beginning, once

24  the parties figured out who they were acting for, that your

25  views on allocation for a variety of situations was dependent

1  upon the outcome of claims and your views on claims were

2  dictated by the outcome of allocation.

3            MR. MARK:  Absolutely.

4            JUSTICE MORAWETZ:  And that has been the problem

5  since day one; that no party could convincingly state here's

6  our position on allocation because you did not want to

7  prejudice yourselves with respect to claims and vice-versa.

8  So that's where you're stuck.  Now, has that changed?  What

9  I'm hearing is it has not changed and part of it comes

10 because some parties have claims in more than one Estate.

11 And, you know, nothing's really moved other than, and I do

12 acknowledge that there seems to be significantly more

13 cooperation going on between the parties, witnessing the fact

14 that we've been on the call for an hour and a half, people

15 are still calm.

16            But, you know, how much progress are you making?

17 I get it, Mr. Barrack, some of the comments that you've made

18 regarding timing, okay, and I get it with respect to a

19 Protocol that talks in terms of one trial.  You've got two

20 issues, and you know, how you're going to sequence them, you

21 know, it just strikes me that you're still struggling over

22 some of these, you know, concepts, and you know, at least

23 you've given some cogent arguments about, you know, how to

24 give -- how the Courts can provide some further direction.

25 But I don't know how much farther you're going to get in

1   debating, you know, some of the issues that both Counsel are

2   getting into considerable detail here.

3            MR. BARRACK:  Can I address -- I don't want to cut

4   Mr. Mark off so when he's finished, I do want to address --

5            JUSTICE MORAWETZ:  Yes, you'll get a chance to --

6   let's hear from Mr. Mark to conclude.  Now I asserted yet

7   from, you know, 3,000 or 10,000 or 100,000 feet where I was

8   trying -- looking at this today.

9            MR. MARK:  So lastly, let me just finish my

10  submission.  On the issue of the separateness of the trials

11  and the sequencing, I just, lastly, on this issue of

12  overlapping, if you look at paragraph 21 of the UKPC's

13  submission, Your Honor, you will see there that they set --

14  what they say are the claims issues and there are eight of

15  them, all of Items D through H are clearly common to both the

16  UKPC claims and the EMEA claims, and of course, as I've

17  already indicated, those issues are also common to

18  allocation.  So there can be no question that you can't

19  separate claims from allocation and you can't even separate

20  the UKPC claims from the EMEA claims and the Protocol.  Your

21  previous Orders recognize that.  The Protocol does permit for

22  sequencing and separate evidence and clearly provides for

23  separate argument throughout.

24            So let me now turn to the issue of the trial

25  length, and as I indicated before, I don't think there's any

1  prospect that the Courts are going to set a trial length

2  which will cause the parties to move away from the

3  fundamental scheme which is contemplated by the Trial

4  Protocol to something else.  This is going to be a case where

5  the case-in-chief is filed in writing.  The Courts made a

6  clear Order on November the 19th.  The provision that -- it

7  really couldn't be clearer when in the -- that Decision --

8  was that in your Brief?  Just give me a moment to turn it up.

9  The Order --

10          UNKNOWN:  Tab 6 of UK --

11          MR. MARK:  Yes.

12          JUSTICE MORAWETZ:  November 19th.

13          MR. MARK:  So, Your Honor, at -- in the Protocol

14  that was approved by the Order, at page three of the

15  Protocol, thereby beginning of trial, former date April 1,

16  2014, revised date, beginning on May 12, 2014, and continuing

17  for 19 trial days thereafter, and everybody who was in the

18  room clearly understood the direction we got from the Court

19  was that written in stone was the date and the number of

20  days.  The form of Protocol, and a particular provision that

21  Mr. Barrack took you to which contemplates the parties going

22  through a meet-and-confer process, which may deal with the

23  proposed length of the trial, was in the form of amended

24  deposition Protocol that was put before you before your

25  directive on the trial length, and I think was clearly a

1    vestige that remained after that.  But in any event, if you

2    read those two together, I don't think there's any doubt that

3    the Court had decided the issue of the trial length.  If the

4    parties could shorten the time; perhaps, they could, but what

5    was not on the table was revisiting that issue.  So the

6    question in my submission is what has changed since the

7    November Order, and the answer is, if anything, the issues

8    have been reduced and narrowed.  All that's happened is there

9    has been a settlement of the U.S. claims.  There's been no

10   expansion of the issues in the request for additional trial

11   time in that context.  It is puzzling.

12           But more important, the UKPC request is not that

13   you extend the trial length today, but that the parties come

14   back after April 11, when the parties have filed their

15   Affidavits from the witnesses that they will rely upon as

16   Affiants in this case.  They say we should return after April

17   11, and at that time, address the issue of the length of the

18   trial, and I say that is misguided for two reasons.  One that

19   I've already alluded to, given the structure contemplated by

20   the Trial Protocol, evidence-in-chief time is not

21   contemplated in this Protocol in any material respect.  The

22   number of trial witnesses doesn't affect how much time the

23   UKPC or EMEA get or need to prove their case.  Secondly, and

24   perhaps more importantly, April 11th is too late.  The

25   parties, over the next month, have agreed to meet and confer

1  and make a report back to this Court at the end of February

2  as to the number of witnesses who will testify at trial and

3  the allocation of time between the parties.  Those

4  discussions cannot be concluded, and probably can't even make

5  significant progress unless we are working with knowledge of

6  how long this trial will be.  For the parties to proceed with

7  the Protocol and complete their discussions, they have to

8  know how much time we have.  That was decided by the Courts

9  in November.  There comes a time in the run up to every trial

10 when the Court has to put a pin in the issue of the trial

11 time and, in our submission, that has been done, and it will

12 be counter-productive in the extreme if that issue is left

13 open until April 11.  Just think of witness scheduling.

14 Everybody understands that for this case to run within the

15 allotted trial time, whether it's 20 trial days or 25 days,

16 we've got to get these witnesses scheduled.  If we wait until

17 April 11th, after April 11th, to schedule witnesses, we're

18 dead.  This case will not take 20 days.  It will take 40

19 days.  We need to do that now.

20        Let me address, as I come to the end of my

21 submissions, Mr. Barrack's remarks about proportionality and

22 he is correct.  Two things.  This is a proceeding in the

23 Bankruptcy Court, but there are often summary proceedings.  I

24 think the Court has made a fully informed decision about what

25 amount of trial time is appropriate for this case.  And I ask

1   the Court to bear in mind the Decision that came out in the

2   Supreme Court of Canada in the Rule 20 cases just last week.

3   The Supreme Court of Canada has clearly said that we must

4   move our focus away from the notion that every issue which is

5   contested must require a trial and move to hybrid and other

6   forms of resolution of this case.  I remind you of the

7   submission made by my friend, Mr. Barrack, who said he

8   expects there will be no issue of credibility in this case.

9   It's his position.  No issue of credibility in this case.  In

10  that circumstance, this case calls out for what the parties

11  have done, which is largely a paper record with an allocation

12  of trial time for the parties to do reasonable cross-

13  examination on a group of principal witnesses, which they are

14  going to sit down and decide over the next few weeks, and it

15  is entirely appropriate in the amount set of time aside for

16  it.  It is not inappropriate and we need to have that

17  resolved today and the Courts have already resolved it.

18          Lastly, if the Court does order additional trial

19  time; in my submission, that would be now, not later, that

20  trial time should be available for both claims and

21  allocation.  I think I've demonstrated that this trial, to a

22  significant extent, is going to be a common evidentiary

23  hearing, and in my submission, what should be done, if you

24  allocate more trial time, is to just extend the trial and

25  make more time available for the parties to use in

1  accordance with the Protocol they have in place.  The notion

2  that we can now fill up a week with just claims evidence is,

3  in my submission, doubtful and certainly uncertain and, to

4  my mind, that would be counter-productive and if you're

5  inclined to give more time, it should be allocated across

6  all issues and the parties should work that out.  And

7  subject to your questions, Your Honor, those are my --

8       JUSTICE MORAWETZ:  Well, please.  You're

9  concluded?  For a moment, I thought you were going to ask to

10 schedule a Summary Judgment Motion.  Mr. Barrack, you wanted

11 to say a few words and then canvass down in Delaware.

12      MR. BOBICK:  Your Honor, may I start just a

13 moment before Mr. Barrack?  I just have a very brief point

14 so it might be appropriate.

15      JUSTICE MORAWETZ:  Are they different from what

16 we've already heard or just emphasizing --

17      MR. BOBICK:  It really responds, I believe, to

18 what my friend, Mr. Mark, said and I will be brief.  Thank

19 you.  Judge Gross, it's Matthew  Bobick, speaking for the

20 EMEA Debtors and I don't believe [indiscernible].

21 Hopefully, that will save the time.  First --

22      JUSTICE MORAWETZ:  Well, it will be one or the

23 other.

24      MR. BOBICK:  Thank you.  First, the -- Mr. Mark

25 referred at length to the overlap.  As Mr. Adler says, there

1   is overlap.  There's no doubt.  What we are asking for is to

2   deal with those matters where there is not overlap and I

3   don't think anyone around the table could submit to the

4   Courts that there are not issues purely for the Canadian

5   Court with respect to the claims.  So we are not avoiding

6   the issue.  We're confronting the issue.  So there are

7   issues that do not overlap.  That's point one.  That's what

8   we're talking about.

9         Point two is what we are talking about is

10  completely consistent with the one-trial approach and not

11  against a one-trial approach.  Every Counsel I think around

12  the table took you to the different places where the Court

13  has said the matter will be dealt with -- the matters will

14  be dealt with simultaneously but both Courts have the

15  discretion to hear matters separately.  We're talking about

16  fitting within that framework, not re-doing the framework.

17  So with respect to Mr. Mark's submissions, we are complying

18  with it and not suggesting otherwise.

19        The final point with respect to the suggestion

20  that 20 days was set in stone, with great respect, I believe

21  Mr. Barrack took you to a relevant provision of the Order

22  but two points are to be made and I think one is quite

23  obvious.  The Court always retains jurisdiction with respect

24  to length of trial when it's dealing with trials.  I don't

25  have to tell Your Honor that there are many trials that are

1   set down for a particular timeframe that go shorter or much

2   longer than the timeframe of the Courts.  Obviously, my mere

3   concern is to attempt to ensure that justice is done.  So

4   the suggestion that the door is closed on the number of days

5   of trial, in my respectful submission, that's not

6   appropriate, in addition to the reasons Mr. Barrack stated.

7   Those are all of our submissions on that point.

8           JUSTICE MORAWETZ:  Thank you.  Mr. Barrack?

9           MR. BARRACK:  So let's say you got hit by

10  lightning and said the trial is going to be three days.

11          JUSTICE MORAWETZ:  Lottery tickets will be next.

12          MR. BARRACK:  Right.  So what would be wrong with

13  that?  Why [indiscernible] reason one year, three days?  Our

14  whole concern is because neither one is proportionate.  But

15  if you look me in the eye and said as an Officer of the

16  Court that's practiced as long as I have [indiscernible],

17  how long should this trial take?  I can't tell you.  I don't

18  know how many witnesses are going to be.  I don't know who

19  the experts are.  I don't know what the Court needs.  No,

20  I'm not a time waster.  Three days isn't [indiscernible].

21  Twenty days may or may not be the best time.  But -- and if

22  setting that trial time too close to -- because when we have

23  the next pre-trial, [indiscernible], the amount of time that

24  reasonably -- reasonably -- proportionately, allows the

25  parties to put their case in a way that's responsible so all

1  of the parties come before the Court; not the lawyers who

2  come before the Court, but the parties, because the parties

3  have a -- that the Court treated them responsibly and

4  allowed them to put their case before it.  I don't know the

5  answer to that question sitting here because we really don't

6  know the moving parts.  And the biggest moving part, you

7  know, if this was a bilateral pre-trial, I'd be saying the

8  number one [inaudible] should come out of this.  Mr. Mark

9  said there won't be credibility issues.  I said there

10  shouldn't be credibility issues.  I don't underestimate the

11  ability of these parties to disagree on what day it is.  But

12  what these parties should responsibly do is get an agreement

13  Statement of Facts; that they get assistance assured that

14  assistance should be provided by a third-party, by the

15  Court, by whomever.  That will substantially shorten the

16  process.  That will deal with the issues.  Then what the

17  Court should do is sit down and look at this case and say,

18  you know, responsibly, how many people are going to be

19  standing up and talking?  How many people are going to be

20  standing up and talking on what issues?  What do we need to

21  do?  We you do the math on this, the 20 days is closer to

22  the three-week [indiscernible].  So responsibly, the Court

23  should say you've got some goodwill.  You've been working

24  [indiscernible].  You've been solving issues.  You said

25  you've come up with a chess block system.  The chess block

1  system has dealt with ordering.  It deal with, you know,

2  what order people are going to speak in, what proportion of

3  the total time is going to be allocated to various parties.

4  We've done it in, you know -- this group will go then if the

5  effect of the math is that it does come out with -- it will

6  come out with [cough] timeframe, a finite time and you work

7  through the algorithm of the Protocol, you're going to come

8  out with so much time for each party.  If you expand -- you

9  know, you expand the balloon, that's going to get expanded

10  proportionally.  If you contract the balloon, it's going to

11  get contracted proportionally.  But responsibly and

12  pragmatically, the Courts should sit down and say how long

13  is this going to take?  Three days or one year?  It's going

14  to be somewhere in between.  There's no magic to 20 days.

15  And with respect to the sequencing, the length of time isn't

16  going to affect the sequencing.  It's both -- you know,

17  three days will jeopardize this in a Court of Appeal.  Those

18  20 days, we don't know.  The Court doesn't know.  All the

19  Court can do is [indiscernible], it would serve the due

20  process [indiscernible] which is an appeal point, [paper

21  shuffling] pragmatically.  [indiscernible] our appeal, it's

22  up to the Court as to how you want to --

23           JUSTICE MORAWETZ:  Do you win any of those

24  appeals?

25           MR. BARRACK:  Well, why not?  Somebody will

1  appeal it.  You wait.  You can take that to the bank and we

2  might settle a case.

3          UNKNOWN:  Your Honor, I just want those two

4  factual issues that I think requires clarification.  The

5  Protocol provides that the parties do intend to work out the

6  Restatement of Facts.  That's in the Protocol already.  And

7  secondly, with respect to the number of witnesses, we do

8  have a lot of information on that.  The parties have already

9  designated the witnesses they might call as trial witnesses

10  and they are restricted to that list and the expert reports

11  have already been filed.

12          UNKNOWN:  Great.  So on that, Allen, how long --

13  you know, just one final --

14          JUSTICE MORAWETZ:  One final point.

15          UNKNOWN:  One final point.  [indiscernible] when

16  is the [indiscernible] allowing foreign plaintiffs to have

17  [indiscernible] this case.

18          JUSTICE MORAWETZ:  Looking around the room, I

19  don't see anybody else jumping up to say anything.  Judge

20  Gross, over to you or do you think -- I don't know how many

21  submissions on this issue you're going to hear in your Court

22  and I leave it to you as to whether you or anybody else in

23  the Court needs a short break at this time?

24          THE COURT:  I think that people are satisfied

25  with the comments that we've heard from Canada, Justice

1   Morawetz, and I'm not seeing anyone asking for a break at

2   this point.

3          JUSTICE MORAWETZ:  All right.  Then, perhaps,

4   we'll leave the line open and we'll recess for about 10 or

5   15 minutes.

6          THE COURT:  Very well.  Thank you.

7          MR. MARK:  Just before we recess, just a

8   reminder, the parties are requesting as part of the Protocol

9   that we have another -- the Court set another Pre-Trial

10  Conference for the week of March 10th.  So just in case you

11  and Justice Gross want to talk about that.  It's up to the

12  schedule [indiscernible].  I just want to [indiscernible].

13         JUSTICE MORAWETZ:  Thank you.

14         THE COURT:  What was that week, Mr. Rosenthal?

15         MR. ROSENTHAL:  Yes, Your Honor.  I think Mr.

16  Mark actually jumped up and made one of the two points that

17  I was going to make --

18         THE COURT:  Okay.

19         MR. ROSENTHAL:  -- before you recess which is

20  that the parties had suggested that the week of March 10,

21  perhaps with a preference, if it's okay with the Courts, I

22  know people had said the middle of the week, Tuesday,

23  Wednesday, Thursday are better for parties than the Monday

24  or Friday.

25         THE COURT:  All right.

1          MR. ROSENTHAL:  But, obviously, we'll do what the

2   Courts prefer.  So if the Judges can speak with each other

3   during the break to set that, that would be wonderful.

4          THE COURT:  Yes.

5          MR. ROSENTHAL:  And then the only other thing

6   would be, obviously, you know, the parties are here to get

7   the Court's feedback on some of the things that we ourselves

8   had planned for the trial and we would welcome comments and

9   an opportunity to discuss any concerns the Courts have after

10  you have a chance to confer with Justice Morawetz.  And then

11  I think when we come back, we'd like to just spend a few

12  minutes talking about a couple of logistical issues about

13  the trial.

14         THE COURT:  And I had planned that, Mr.

15  Rosenthal.  Just in Delaware.

16         MR. ROSENTHAL:  I think in both places.

17         THE COURT:  Oh.

18         MR. ROSENTHAL:  We all have questions about some

19  of the technology and location itself and we've been

20  conferring with our friends up in Canada as well and --

21         THE COURT:  All right.

22         MR. ROSENTHAL:  -- it would probably be

23  worthwhile to have a joint discussion about that.

24         THE COURT:  Okay.  Very well.

25         MR. ROSENTHAL:  Thank you.

 1                THE COURT:  All right.  Thank you.  We'll --

 2                JUSTICE MORAWETZ:  All right.  We'll leave the

 3     line open for 10 or 15 minutes.

 4                THE COURT:  Yes.  We'll recess now.

 5                JUSTICE MORAWETZ:  Thank you.

 6                THE COURT:  Thank you.

 7                (Recess from 11:39 a.m. to 11:55 a.m.)

 8                THE CLERK:  Please rise.

 9                THE COURT:  Thank you, everyone.  Please be

10     seated.  We're going to wait for Justice Morawetz.  He was

11     dealing with something in another matter so he thought he'd

12     be on shortly.  At the conclusion of the joint hearing, if

13     we would like to just discuss some particulars as to this

14     Courtroom, that might be helpful.

15                JUSTICE MORAWETZ:  Okay.  Judge Gross, you're

16     back?

17                THE COURT:  I am back, sir, yes.

18                JUSTICE MORAWETZ:  I guess since most of the

19     argument was up here, Judge Gross, I think it's, perhaps,

20     easier if I started on this aspect?

21                THE COURT:  That is perfectly fine, Justice

22     Morawetz.

23                JUSTICE MORAWETZ:  This is not intended to be a

24     formal endorsement, at least some directions in the context

25     of a Trial Management Conference, but it will be, as to some

1    degree after this afternoon.

2            On the first point of, I guess Mr. Ziegler's

3    point with the CCC, that point will be addressed later.

4    However, I will assert that, certainly from my standpoint,

5    the Ontario Court would be most reluctant to foreclose that

6    party from having the opportunity to make the statements in

7    the form that Mr. Ziegler outlined.  We will look for the

8    parties to work together to see if some of the differences

9    can be narrowed, but that would be your dining principle.

10           On the second point, which was the one that was

11   the subject of the very lengthy submissions, and I don't

12   mean that in a negative way from Barrack and from Mr. Mark,

13   the -- it is one trial.  It will start with claim -- with

14   the allocation issues and the claim issues.  Realistically,

15   I think both Judge Gross and I are of the view that 20 days

16   is not something that is set in stone.  We will be looking

17   for these parties and you are now working I think in a much

18   more constructive and cooperative manner, to continue with

19   that; emphasize the word continue with that cooperation.

20   There will be additional trial time allocated.  Mr. Barrack,

21   I think you made a very valid point.  It's impossible to

22   state with certainty exactly how long this is going to take.

23   We will be looking for parties to work in the most, you

24   know, efficient and effective manner.  You know, it's not

25   going to surprise me if this is going to take an extra, you

1    know, two, possibly three weeks, and that's sort of the

2    guidelines that you should take.  There should be some time

3    in your calculations set aside for exclusive issues with

4    respect to what I'll call the Canadian claims.  That may or

5    may not be something that's of interest to the parties in

6    Judge Gross' Courtroom.  I would suspect that, given all the

7    combinations, permutations, and machinations that you've

8    been through, that this might be more than a passing

9    interest.  But deal with it first on the basis of the

10   allocation issues.  Claim issues will be dealt with in the

11   context of the same.

12            Judge Gross, do you have anything at this point

13   to add, sir?

14            THE COURT:  Just -- yes.  And just to clarify, we

15   are looking for the parties to arrive at a specific number

16   of days, additional days.  Otherwise, you're not going to be

17   able to do the allocation of time that you have to do and I

18   think that by --

19            JUSTICE MORAWETZ:  This is not an open-ended

20   invitation to extend.

21            THE COURT:  Right.  And, you know, we may have

22   something to say about, you know, what you conclude is

23   necessary but the 10 to 15 additional days is what we were

24   thinking; is what I was thinking, in any event, and we will

25   be having to work out I think the specific trial days based

1  upon various scheduling issues and holidays and the like.  I

2  can't tell you, for example, that this is going to go 30 or

3  35 trial days straight.  There may be interruptions for

4  various reasons.  But at least you know what -- that we're

5  now talking about 30 or 35 trial days and the parties can

6  make a decision as to how much they're thinking is

7  necessary.  But that should relieve some of the pressure on

8  the parties, I think, and it will also address Mr. Adler's

9  concerns about days that specifically address just the

10  claims issues and, Mr. Adler, you would have some say and be

11  arguing, I'm sure, for how many of those days you'll need

12  out of the additional time.

13           MR. ADLER:  Thank you, Your Honor.

14           THE COURT:  Yes.  Because there are so many

15  overlapping issues.  It was just difficult for us to see how

16  we could completely segregate allocation and claims, and

17  there is overlap in witnesses who will probably be

18  testifying as to both issues and so this may make some

19  sense.

20           JUSTICE MORAWETZ:  Now, just to relieve the Court

21  of some burdens, I don't know whether the parties are able

22  to take the comments from both Judge Gross and myself and

23  put them into a form of one-page notations so that all

24  parties can sign off on what we consider to be revised trial

25  scheduling or amendments or whether you're going to require

1   something more formal than that.

2            MR. BARRACK:  If I can suggest?  I think it's the

3   Monitor circulates [indiscernible].  The parties signed off

4   on the larger links to meeting and proceeding, in part.  I

5   think the parties have worked in good faith.  I think we can

6   sign off on something and --

7            JUSTICE MORAWETZ:  Mr. Barrack, I think that's an

8   excellent suggestion.  I don't see anybody expressing any

9   negative view.

10           THE COURT:  That's all right.

11           JUSTICE MORAWETZ:  And Judge Gross, I'll leave it

12  for you to decide, procedurally, how you wish to address the

13  points in your Court, but I'll ensure that the Monitor's

14  letter does find its way obviously to U.S. Counsel and to

15  yourself.

16           THE COURT:  And I would suggest even that both

17  jurisdictions communicate with one another on a Form of

18  Order and that way there won't be any questions.

19           One thing we did not address in our phone call,

20  Justice Morawetz, was the specific date for the next Pre-

21  Trial Conference and I --

22           JUSTICE MORAWETZ:  That was -- I think the

23  suggestion was March 11, 12, or 13.

24           THE COURT:  That's right.  I was going to suggest

25  -- I think any of those days work for me.  March 12th would

1 work best in the afternoon, but I could also do the 13th in

2 the afternoon.

3        JUSTICE MORAWETZ:  I'm just canvassing.  I think

4 both -- looks to me that Counsel are available on both days?

5        MR. ROSENTHAL:  I would have a preference, Your

6 Honor, for the 12th if you were flexible between the two.

7        THE COURT:  We'll do it March the 12th and we'll

8 start at -- is 1:00 p.m. all right in Canada?

9        JUSTICE MORAWETZ:  I suspect that it is.

10        THE COURT:  All right.  Let's set it down then

11 for 1:00 p.m. on March 12th.

12        JUSTICE MORAWETZ:  And then I think that the only

13 other logistical point for today was the parties wanted some

14 guidance from the technology aspect of things.  We might --

15 I might suggest we deal with that offline, you know, with

16 some of the parties up here.  But, you know, where I'm

17 heading with that, Counsel, is to use Courtroom 801, right

18 next door here at 330 University.  I think we're probably

19 open, and a lot of you have had experience in bringing in

20 reporters.  There's, you know, certain hoops that we have to

21 deal with with the ministry on that aspect.

22        Also, I'm open for suggestions from a technology

23 standpoint.  You can speak to Court Services as to what they

24 have available both in our sort of mobile units or what you

25 might want to bring in.  You know, obviously, sooner as

1    opposed to later on that issue so there's plenty of time.

2    But what we want to have is better technology than what we

3    have over in 393 University, like flat screens as opposed

4    to, you know, like black and white sets.

5              UNKNOWN:  You know, Your Honor, has anybody made

6    even any preliminary inquiries as to whether additional

7    cabling can be put in this Courtroom?  I understand from our

8    preliminary discussions with possible service providers that

9    that's a key issue.

10             JUSTICE MORAWETZ:  I have not had those

11   discussions but I will ensure that they can be facilitated.

12             THE COURT:  And I feel likewise, as far as

13   technology.  I'm very flexible with bringing in an outside

14   vendor to do -- take care of the transmission.

15             MR. ROSENTHAL:  And, Your Honor, I think the

16   parties had some preliminary discussions and are all in

17   agreement that we would jointly try to retain an outside

18   vendor to do the wiring.

19             THE COURT:  Yes.

20             MR. ROSENTHAL:  You know, for the Courtrooms so

21   that we could ensure things are properly tested in advance,

22   and technologically, will work out well and we'll obviously

23   continue our dialog about, you know, probably retaining one

24   vendor, you know.

25             JUSTICE MORAWETZ:  I'm sure you can have a meet

1   and confer and resolve this one.

2           THE COURT:  And I would like to use my Courtroom

3   because I just think it would be difficult for me,

4   personally, not to and security issues and the like, but I

5   will make some modifications, take out some rows of seating

6   in the back and be able to put in additional tables and that

7   sort of thing.  And as far as an outside court reporter is

8   concerned, that would be fine.  We would make that the

9   official transcript.  That way, you would have the kind of

10  daily copier even, you know, same time copy that you might

11  need.

12          MR. ABBOTT:  Your Honor, Derek Abbott.  The only

13  question we -- again, just sort of brainstorming here with

14  the court reporting service here, I'm not sure what the

15  court reporting arrangements are in Canada but we thought

16  particularly for the daily feed here, it might be helpful if

17  we could perhaps, and I'm not sure that they'll be able to

18  do it, but perhaps have a colleague of the reporter who's

19  sitting here also sitting in Justice Morawetz' Courtroom

20  taking down -- it wouldn't be the official transcript in

21  Canada, obviously, but would greatly facilitate the daily

22  feed that most folks I think are going to want that'll have

23  both at least the evidence and transcripts from each day

24  available sort of on a timely basis in each place.  I don't

25  know --

1             THE COURT:  Sure.

2             MR. ROSENTHAL:  Again, that's one thing that

3    we're considering and would like to further explore.

4             THE COURT:  I think I can say, Mr. Abbott, within

5    reason, anything that you can do or we can do to facilitate

6    the trial will be fine with me.

7             JUSTICE MORAWETZ:  And there should be enough

8    flexibility, I might add, in that Court-to-Court

9    communication that you might even be able to put together a

10   Form of Order that allows you to have one agreed upon

11   transcript at the end of the day, as opposed to one from

12   this Court and one from the Delaware Court because if

13   there's a deviation between the two, we've got bigger

14   problems.

15            THE COURT:  That's right.

16            MR. ROSENTHAL:  That's why I thought it would be

17   helpful to have at least two -- for instance, today, it was

18   very difficult hearing some of what was happening in Canada

19   and I'm not sure if they experienced the same issues we did,

20   but it's going to be I think much more accurate to have

21   folks who work together in both places that can lash up and

22   get something concrete.

23            THE COURT:  That's right, and -- absolutely.  Who

24   could, for example, ask a witness to repeat an answer or

25   something of that sort.

1                  MR. ROSENTHAL:  Exactly.

2                  THE COURT:  Yes.

3                  MR. ROSENTHAL:  Thank you, Your Honor.

4                  THE COURT:  All right.  So we will work with you

5    for sure.

6                  JUSTICE MORAWETZ:  All right.  Counsel, I do

7    appreciate it.  I'm sure Judge Gross appreciates what we

8    both, I think, can acknowledge is a better spirit of

9    cooperation, and hopefully, that extends beyond the

10   Courtrooms and into the Board room.

11                 THE COURT:  Absolutely.

12                 JUSTICE MORAWETZ:  Thank you very much.

13                 THE COURT:  And all of your hard work in putting

14   this together.  And we really -- I will say your proposal

15   was perfectly acceptable.  I couldn't have done as well and

16   I appreciate your efforts, the joint effort.  All right.

17                 JUSTICE MORAWETZ:  Thank you very much.  The call

18   is now being terminated.

19                 THE COURT:  Yes.

20                 MR. ROSENTHAL:  Thank you, Your Honor.

21                 THE COURT:  Thank you all.

22

23       (Whereupon, at 12:12 p.m., the hearing was adjourned.)

24

25

1                     <u>CERTIFICATION</u>

2           I   certify   that   the   foregoing   is   a   correct

3   transcript   from   the   electronic   sound   recording   of   the

4   proceedings in the above-entitled matter.

5

6   _____          <u>30 January 2014</u>

7   Tammy Kelly, Transcriber                        Date

8   Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **15-minute**(3) 21:19  25:16  25:16 | | **administrators**(3) 3:4  17:24  28:25 | | **allocation**(124) 11:16  13:8  13:19  13:20 | | **and**(301) 6:20  7:8  7:10  7:22  7:22  7:26  8:1 | |

**a.m**(4) 1:17  7:2  79:7  79:7
**abandonmen**(1) 59:13
**abbott**(5) 1:29  7:5  86:12  86:12  87:4
**abid**(1) 2:15
**ability**(2) 20:22  74:11
**able**(9) 9:22  11:15  15:17  56:7  81:17  82:21  86:6  86:17  87:9

**about**(68) 7:15  9:19  10:14  11:16  12:8  12:20  13:20  13:21  18:24  19:22  20:22  21:4  21:4  22:10  22:17  23:3  23:3  23:4  24:23  27:1  27:2  29:5  29:14  30:4  30:6  30:22  31:1  31:5  31:9  31:20  33:7  33:17  34:12  35:12  37:2  37:4  37:11  39:2  39:20  42:5  42:18  43:5  46:22  49:7  51:16  51:22  51:24  55:2  58:11  61:12  62:17  64:20  65:23  69:21  69:24  72:8  72:9  72:15  77:4  77:11  78:12  78:12  78:18  78:23  81:22  82:5  82:9  85:23

**above**(1) 26:18
**above-entitled**(1) 89:4
**absolutely**(4) 8:24  65:3  87:23  88:11
**abused**(2) 15:11  15:18
**accept**(1) 48:24
**acceptable**(2) 16:23  88:15
**accepted**(1) 40:21
**accepts**(1) 60:19
**accommodate**(1) 52:10
**accomplish**(1) 35:19
**accordance**(6) 15:13  30:11  41:13  41:16  50:25  71:1

**according**(1) 41:16
**account**(3) 40:15  44:6  48:13
**accurate**(1) 87:20
**acknowledge**(2) 65:12  88:8
**acknowledged**(1) 59:24
**acknowledgemen**(1) 62:19
**across**(1) 71:5
**acted**(2) 15:13  15:14
**acting**(1) 64:24
**actions**(1) 44:10
**actual**(1) 41:6
**actually**(7) 13:19  14:23  23:8  30:15  32:11  49:9  77:16

**adam**(1) 4:21
**add**(4) 27:13  32:15  81:13  87:8
**added**(1) 32:13
**addition**(1) 73:6
**additional**(12) 32:12  32:15  52:10  53:22  68:10  70:18  80:20  81:16  81:23  82:12  85:6  86:6

**additionally**(2) 28:12  53:3
**address**(17) 10:18  14:4  14:8  14:21  17:17  19:23  32:13  32:16  38:15  66:3  66:4  68:17  69:20  82:8  82:9  83:12  83:19

**addressed**(8) 20:20  34:21  35:8  45:12  49:11  52:8  57:14  80:3
**addresses**(3) 55:15  58:10  58:11
**adds**(1) 50:19
**adjourned**(1) 88:23
**adjudicate**(6) 45:24  45:25  46:6  46:8  46:12  46:22

**adjudicating**(1) 49:8
**adjust**(1) 41:15
**adjustments**(1) 41:18
**adler**(20) 3:6  17:20  17:22  17:23  18:1  18:10  18:16  18:17  28:19  28:20  28:21  28:23  28:24  31:8  42:24  62:20  62:22  71:25  82:10  82:13

**adler's**(2) 60:8  82:8
**administered**(1) 1:7

**administrators**(3) 3:4  17:24  28:25
**admissibility**(1) 54:7
**admonition**(1) 41:2
**adoption**(1) 58:20
**advance**(5) 11:14  54:3  54:7  54:8  85:21
**advani**(1) 4:6
**advantage**(2) 16:11  17:11
**adverse**(2) 22:6  44:2
**advocates'**(1) 37:14
**affect**(7) 9:21  18:5  32:23  44:9  62:12  68:22  75:16

**affects**(1) 9:16
**affiants**(1) 68:16
**affidavit**(2) 10:23  11:4
**affidavits**(5) 19:16  47:6  54:1  59:1  68:15
**affirmative**(2) 45:1  47:14
**aforementioned**(1) 62:9

**after**(13) 12:19  22:23  32:16  32:18  51:9  54:15  54:23  68:1  68:14  68:16  69:17  78:9  80:1

**afternoon**(3) 80:1  84:1  84:2
**again**(9) 9:6  9:12  17:21  28:24  31:24  32:1  32:23  33:4  45:12  46:23  60:22  86:13  87:2

**against**(9) 15:6  18:9  29:11  29:13  35:18  47:2  64:5  64:10  72:11

**ago**(2) 15:25  16:15
**agree**(7) 12:24  14:18  17:15  23:2  34:7  42:14  56:9

**agreed**(14) 10:3  10:13  16:18  25:7  26:3  33:6  36:18  37:15  37:23  42:11  51:20  59:2  68:25  87:10

**agreeing**(2) 25:13  51:12
**agreement**(5) 8:6  17:2  41:19  74:12  85:17
**agrees**(1) 55:24
**ahead**(1) 38:4
**akin**(2) 2:12  4:25
**alan**(1) 18:22
**alberto**(1) 4:12
**alder**(1) 33:24
**alert**(1) 52:1
**algorithm**(1) 75:7
**aligned**(3) 16:4  17:5  26:9
**all**(76) 7:4  7:25  8:20  8:22  10:3  10:25  13:11  13:14  13:15  14:10  14:11  17:18  18:18  21:1  21:5  21:5  21:18  22:13  22:18  23:23  24:18  24:23  25:8  26:24  27:3  29:2  30:19  30:20  31:24  32:25  33:1  33:10  33:2  34:16  35:4  37:5  37:13  37:15  38:7  38:16  40:4  41:25  42:2  46:23  47:23  48:5  51:19  54:2  56:3  59:9  59:9  59:12  64:20  66:15  68:8  71:6  73:7  73:25  75:18  77:3  77:25  78:18  78:21  79:1  79:2  81:6  82:23  83:10  84:8  84:10  85:16  88:4  88:6  88:13  88:16  88:21

**allegation**(1) 63:3
**allege**(1) 63:2
**allen**(3) 3:25  5:31  76:12
**allocate**(3) 43:6  60:16  70:24
**allocated**(10) 13:4  13:11  24:18  25:24  27:3  32:6  33:17  71:5  75:3  80:20

**allocation**(124) 11:16  13:8  13:19  13:20  14:24  15:3  15:4  15:4  15:5  15:8  15:9  15:12  15:19  15:21  15:23  16:2  16:2  16:3  16:4  16:6  16:12  17:3  18:4  21:2  21:6  21:9  21:11  21:20  21:21  21:23  22:1  23:8  23:11  23:12  25:12  25:25  26:1  26:2  26:2  26:5  26:6  26:10  26:12  26:13  26:15  26:17  26:19  27:3  27:5  29:3  29:5  29:8  29:15  29:21  30:22  30:25  31:14  32:2  32:16  32:19  32:20  32:21  33:1  33:9  33:10  33:19  34:13  36:7  38:22  38:24  39:1  39:4  39:5  39:17  39:21  41:1  41:11  42:23  43:1  43:12  43:14  52:22  53:4  53:11  54:4  55:18  56:7  56:12  56:14  57:23  57:24  58:16  58:19  58:23  59:5  59:6  59:8  59:15  59:16  59:17  60:6  60:11  61:10  61:15  61:19  62:8  63:2  63:4  63:5  63:20  63:23  64:3  64:25  65:2  65:6  66:18  66:19  69:3  70:11  70:21  80:14  81:10  81:17  82:16

**allocations**(8) 22:25  35:22  39:12  44:16  45:7  45:16  51:9  54:19

**allotment**(1) 49:3
**allotted**(1) 69:15
**allow**(1) 14:8
**allowed**(2) 17:14  74:4
**allowing**(2) 45:9  76:16
**allows**(3) 53:17  73:24  87:10
**alluded**(2) 18:25  68:19
**almost**(5) 15:24  16:15  22:9  34:24  50:4
**alone**(1) 35:25
**along**(2) 7:24  44:15
**already**(16) 11:1  11:10  27:21  32:20  52:7  52:11  52:19  57:21  61:12  66:17  68:19  70:17  71:16  76:6  76:8  76:11

**also**(16) 9:20  10:9  20:6  21:10  24:20  29:19  30:10  33:6  33:16  44:25  64:17  66:17  82:8  84:1  84:22  86:19

**alter**(2) 40:22  42:21
**alteration**(1) 58:14
**alternative**(2) 22:2  30:15
**alternatives**(1) 60:19
**although**(4) 20:19  29:13  29:18  40:21
**always**(5) 35:20  36:2  42:20  44:4  72:23
**ambiguity**(2) 35:6  35:6
**ambitious**(1) 32:21
**amended**(3) 41:13  62:8  67:23
**amendment**(1) 41:10
**amendments**(4) 41:20  62:9  62:11  82:25
**america**(1) 5:23
**american**(1) 27:6
**americas**(2) 3:29  3:41
**among**(3) 13:9  15:7  39:25
**amount**(11) 13:18  23:1  23:13  23:15  23:17  23:22  48:1  48:17  69:25  70:15  73:23

**amounts**(1) 49:17

**and**(301) 6:20  7:8  7:10  7:22  7:22  7:26  8:1  8:9  8:10  8:10  8:17  8:22  9:9  9:12  9:15  9:16  9:21  10:1  10:6  10:9  10:12  10:12  10:12  10:19  11:3  11:12  11:18  11:21  12:2  12:4  12:7  12:11  12:17  12:18  12:18  12:19  12:21  12:24  12:25  12:25  13:13  13:10  13:19  13:20  13:23  14:3  14:4  14:6  14:8  14:13  14:15  14:17  14:25  15:5  15:6  15:6  15:10  15:17  16:3  16:5  16:5  16:10  16:15  16:19  16:24  17:6  17:10  17:12  17:23  17:24  18:4  18:4  18:6  18:7  18:9  18:13  18:14  18:22  18:23  19:2  19:3  19:12  19:16  19:17  19:20  20:1  20:2  20:4  20:9  20:10  20:14  20:16  20:16  20:22  20:23  20:24  21:1  21:3  21:3  21:10  21:13  21:15  21:19  21:23  22:3  22:7  22:11  22:21  22:22  22:22  23:2  23:3  23:7  23:7  23:10  23:10  23:11  23:14  23:15  23:16  23:16  23:18  23:18  23:19  23:21  23:25  24:1  24:3  24:5  24:5  24:8  24:10  24:19  25:14  25:16  25:22  26:7  26:11  26:15  26:18  26:25  27:21  27:24  28:1  28:3  28:11  28:14  28:20  28:23  28:25  28:25  29:2  29:3  29:3  29:5  29:5  29:6  29:8  29:10  29:12  29:16  29:16  29:18  29:19  29:20  29:22  29:22  30:4  30:15  30:17  31:2  31:4  31:13  31:14  31:16  31:24  31:25  32:5  32:5  32:7  32:17  32:17  32:25  33:1  33:1  33:2  33:2  33:9  33:15  33:19  33:19  33:20  33:22  34:6  34:13  34:24  35:5  35:6  35:7  35:9  35:10  35:13  35:15  35:17  35:19  35:22  35:22  36:1  36:3  36:4  36:5  36:11  36:11  36:12  36:14  36:16  36:17  36:18  36:24  37:5  37:5  37:6  37:7  37:14  37:20  37:23  38:6  38:7  38:11  38:12  38:17  38:18  38:20  38:23  38:24  38:25  39:1  39:3  39:4  39:5  39:6  39:11  39:13  39:14  39:17  39:18  39:22  39:22  40:2  40:6  40:8  40:9  40:10  40:11  40:16  40:17  40:19  40:23  40:23  40:24  40:25  41:4  41:5  41:6  41:8  41:8  41:12  41:12  41:13  41:17  41:18  41:24  42:1  42:1  42:4  42:6  42:7  42:11  42:15  42:15  42:16  42:18  42:19  43:2  43:4  43:9  43:13  43:18  43:19  43:24  44:1  44:2  44:3  44:3  44:6  44:7  44:11  44:12

| Word | Page:Line |
| --- | --- |
| **and**(301) | 44:15 44:20 44:21 44:21 44:25 45:1 45:5 45:6 45:10 45:10 45:12 45:13 45:14 45:15 45:19 45:21 45:23 45:24 45:25 46:5 46:8 46:9 46:15 46:18 46:21 46:21 46:23 46:25 47:1 47:6 47:9 47:10 47:15 47:19 47:19 47:22 47:23 47:25 48:1 48:2 48:4 48:14 48:20 48:25 49:7 49:13 49:18 49:22 49:25 50:1 50:5 50:10 50:16 50:20 50:24 50:25 51:1 51:2 51:6 51:10 51:11 51:13 51:18 52:1 52:0 52:5 52:7 52:8 52:8 52:9 52:16 52:18 52:19 52:20 52:23 52:23 52:23 53:3 53:4 53:6 53:6 53:11 53:11 53:12 53:16 53:17 53:19 54:3 54:4 54:6 54:8 54:9 54:10 54:21 54:21 54:22 55:1 55:2 55:8 55:10 55:21 55:22 55:23 56:6 56:7 56:12 56:13 56:14 56:15 57:4 57:7 57:17 57:19 57:24 57:25 58:1 58:2 58:3 58:4 58:8 58:19 58:23 59:6 59:7 59:8 59:10 59:11 59:15 59:16 59:16 59:19 59:20 59:23 59:24 60: 60:4 60:7 60:16 60:23 60:25 61:1 61:3 61:5 61:8 61:8 61:11 61:11 61:12 61:13 61:14 61:15 61:18 61:19 61:20 61:25 62:1 62:2 62:4 62:14 62:15 62:18 62:25 63:1 63:2 63:3 63:4 63:14 63:5 63:8 63:10 63:11 63:12 63:12 63:13 63:13 63:15 63:15 63:20 63:20 63:24 64:6 64:9 64:11 64:13 64:14 64:15 64:17 64:21 64:22 65:1 65:4 65:7 65:9 65:11 65:11 65:14 65:18 65:20 65:22 66:11 66:14 66:16 66:16 66:16 66:20 66:22 66:22 66:25 67:16 67:17 67:19 67:20 67:25 68:7 68:8 68:17 68:18 68:23 68:25 69:1 69:2 69:4 69:7 69:11 69:11 69:21 69:25 70:5 70:5 70:14 70:14 70:16 70:17 70:19 70:23 70:24 71:3 71:3 71:4 71:6 71:6 71:11 71:18 71:20 72:2 72:10 72:18 72:22 73:10 73:15 73:21 74:6 74:17 74:17 74:19 74:20 75:6 75:11 75:12 75:15 76:1 76:6 76:10 76:10 76:22 77:1 77:4 77:11 77:16 78:5 78:8 78:8 78:10 78:14 78:19 78:19 78:20 80:11 80:12 80:14 80:15 80:17 80:18 80:24 81: 81:7 81:14 81:17 81:21 81:24 82:1 82:1 82:5 82:8 82:10 82:10 82:16 82:16 82:18 82:22 |
| **and**(38) | 82:22 83:4 83:6 83:11 83:14 83:16 83:18 83:21 84:7 84:12 84:19 85:4 85:12 85:15 85:16 85:22 85:22 86:1 86:1 86:2 86:4 86:4 86:6 86:6 86:7 86:16 86:23 87:3 87:7 87:12 87:19 87:21 87:23 88:9 88:10 88:13 88:14 88:15 |
| **andrew**(5) | 2:22 5:12 6:17 14:15 27:25 |
| **angela**(1) | 5:8 |
| **ann**(1) | 1:30 |
| **annie**(1) | 7:7 |
| **another**(10) | 16:5 19:17 28:9 44:11 50:19 57:8 77:9 77:9 79:11 83:17 |
| **answer**(6) | 11:19 57:10 60:24 68:7 74:5 87:24 |
| **antarctica**(1) | 50:6 |
| **any**(36) | 8:1 9:17 11:19 13:22 14:9 14:10 15:10 17:6 17:11 19:22 23:4 24:6 26:18 39:17 42:8 46:24 53:1 53:3 55:22 57:11 59:18 59:20 62:17 62:23 62:23 66:25 68: 68:2 68:21 75:23 78:9 81:24 83:8 83:18 83:25 85:6 |
| **anybody**(5) | 36:25 76:19 76:22 83:8 85:5 |
| **anyone**(4) | 25:2 46:3 72:3 77:1 |
| **anything**(8) | 11:21 14:9 24:9 25:4 49:7 68:7 76:19 81:12 87:5 |
| **apart**(2) | 26:12 26:15 |
| **appeal**(8) | 41:3 50:18 51:4 59:12 75:17 75:20 75:21 76:1 |
| **appeals**(1) | 75:24 |
| **appearances**(3) | 4:17 5:1 6:1 |

| Word | Page:Line |
| --- | --- |
| **appears**(2) | 7:6 50:5 |
| **applicable**(1) | 46:7 |
| **application**(1) | 63:12 |
| **applied**(1) | 49:16 |
| **applies**(1) | 50:13 |
| **apply**(1) | 36:11 |
| **applying**(1) | 47:24 |
| **appreciate**(4) | 52:2 56:8 88:7 88:16 |
| **appreciates**(1) | 88:7 |
| **appreciation**(1) | 38:3 |
| **approach**(5) | 29:2 30:4 56:25 72:10 72:11 |
| **approaches**(1) | 30:9 |
| **appropriate**(10) | 8:7 10:9 12:4 46:5 46:12 50:25 69:25 70:15 71:14 73:6 |
| **appropriately**(1) | 49:11 |
| **approval**(2) | 19:6 53:24 |
| **approve**(2) | 21:12 62:7 |
| **approved**(2) | 61:11 67:14 |
| **approving**(1) | 62:13 |
| **april**(14) | 38:20 47:6 47:6 47:6 47:10 54:16 67:15 68:14 68:16 68:16 68:24 69:13 69:17 69:17 |
| **arbitrariness**(1) | 51:2 |
| **are**(134) | 7:12 7:14 10:6 11:2 11:22 12:1 13:18 13:24 14:20 15:1 15:7 16:1 16:4 16:13 16:14 16:19 19:8 20:19 21:8 21:12 22:6 22:7 22:8 25:9 25:19 25:21 26:8 26:9 27:13 29:16 29:19 30:8 30:9 30:21 30:24 31:3 31:19 33:18 33:23 34:11 34:2 35:5 35:6 35:8 35:12 35:13 35:21 35:24 36:21 37:6 37:16 38:4 38:11 40:16 40:23 41:12 42:1 42:17 43:17 44:7 44:13 44:25 46:7 47:25 49:5 49:15 49:15 49:18 49:19 51:23 52:8 52:12 52:15 52:17 53:7 53:8 53:9 54:1 54:7 56:16 58:4 58:7 58:12 59:24 60:20 64:2 64:4 64:6 64:8 64:10 64:12 65:15 65:16 66:1 66:14 66:16 66:17 67:1 69:5 69:23 70:13 71:7 71:15 72:1 72:4 72:5 72:6 72:9 72:17 72:22 72:25 72:25 73:18 73:19 74:18 74:15 75:2 76:10 76:24 77:8 77:23 78:6 80:15 80:17 81:15 82:14 82:21 84:1 85:16 85:2 86:15 86:22 |
| **area**(2) | 31:11 31:13 |
| **areas**(1) | 29:14 |
| **arguably**(1) | 33:11 |
| **argue**(1) | 27:10 |
| **arguing**(1) | 82:11 |
| **argument**(9) | 30:10 31:1 39:10 56:20 61:22 62:2 66:23 79:19 |
| **argumentation**(1) | 32:8 |
| **arguments**(11) | 18:7 23:11 26:21 29:10 29:20 31:23 33:3 33:15 53:9 59:19 65:23 |
| **arise**(3) | 35:9 35:12 44:13 |
| **around**(6) | 35:11 37:10 61:4 72:3 72:11 76:18 |
| **arrangements**(3) | 30:12 31:12 86:15 |
| **arrive**(1) | 81:15 |
| **arsht**(2) | 1:28 7:7 |
| **arthur**(1) | 51:37 |
| **aside**(4) | 29:9 32:19 70:15 81:3 |
| **ask**(5) | 10:17 21:18 26:24 36:22 38:17 47:19 54:25 69:25 71:9 87:24 |
| **asked**(6) | 13:13 21:12 58:2 59:17 59:19 59:20 |
| **asking**(6) | 17:10 36:25 52:9 52:9 72:1 77:1 |
| **aspect**(3) | 79:20 84:14 84:21 |
| **assert**(7) | 63:6 63:7 63:10 63:11 63:13 63:15 80:4 |
| **asserted**(3) | 18:9 25:25 66:6 |
| **asserting**(1) | 44:7 |

| Word | Page:Line |
| --- | --- |
| **assessment**(1) | 63:8 |
| **asset**(4) | 6:16 30:1 30:3 30:5 |
| **assets**(1) | 30:3 |
| **assistance**(4) | 36:15 42:16 74:13 74:14 |
| **associated**(1) | 63:14 |
| **assume**(3) | 24:8 55:15 55:17 |
| **assure**(3) | 16:9 48:9 48:10 |
| **assured**(2) | 24:20 74:13 |
| **attempt**(1) | 73:3 |
| **attempting**(1) | 42:9 |
| **audience**(1) | 58:15 |
| **audio**(5) | 50:3 50:14 52:13 60:17 60:18 |
| **august**(1) | 9:11 |
| **aurelius**(1) | 6:29 |
| **authorize**(1) | 7:21 |
| **availability**(1) | 46:5 |
| **available**(6) | 50:18 70:20 70:25 84:4 84:24 86:24 |
| **ave**(1) | 4:13 |
| **avenue**(6) | 2:38 3:29 3:35 3:41 4:7 50:17 |
| **avoid**(1) | 10:25 |
| **avoiding**(1) | 72:5 |
| **aware**(4) | 19:24 40:3 48:5 48:11 |
| **away**(2) | 61:2 70:4 |
| **back**(25) | 50:13 10:21 20:6 21:15 21:19 26:24 26:24 26:25 28:18 38:13 40:1 40:5 47:15 47:19 49:4 49:18 51:15 64:21 64:2 68:14 69:1 78:11 79:16 79:17 86:6 |
| **background**(3) | 35:18 38:14 47:2 |
| **badtke-berkow**(1) | 3:27 |
| **balances**(1) | 63:15 |
| **balloon**(2) | 75:9 75:10 |
| **banging**(1) | 64:6 |
| **bank**(5) | 5:23 76:1 |
| **bankruptcy**(3) | 1:1 1:23 69:23 |
| **barnett**(1) | 4:34 |
| **barrack**(41) | 34:1 34:14 34:19 34:20 35:4 44:6 47:17 47:19 48:11 48:13 48:16 48:19 48:22 48:25 49:25 50:10 52:3 52:17 53:5 53:12 55:12 56:9 57:14 58:10 61:12 65:17 66:3 67:21 70:7 71:10 71:13 72:21 73:6 73:8 73:9 73:12 73:25 80:12 80:20 83:2 83:7 |
| **barrack's**(6) | 55:4 55:15 57:20 57:21 59:10 69:21 |
| **barry**(1) | 6:22 |
| **barto**(1) | 48:7 |
| **based**(4) | 30:13 30:24 43:6 81:25 |
| **basic**(1) | 35:19 |
| **basis**(4) | 49:12 57:6 81:9 86:24 |
| **battery**(1) | 9:11 |
| **bayard**(1) | 4:11 |
| **bear**(6) | 33:11 33:12 33:13 33:16 37:23 |
| **bearing**(1) | 37:7 |
| **because**(33) | 10:3 12:13 13:1 13:8 14:25 15:1 15:23 20:19 25:24 26:8 32:9 32:24 33:8 33:10 34:25 43:14 43:22 44:10 49:23 56:7 57:8 58:6 58:6 58:20 59:12 65:6 65:10 73:14 73:22 74:2 74:5 82:14 86:3 87:12 |
| **become**(2) | 29:11 32:9 |
| **becomes**(1) | 17:17 |
| **been**(44) | 7:26 11:1 11:10 11:21 15:10 16:25 17:3 18:12 18:13 19:14 25:10 26:2 29:13 30:9 32:19 34:22 34:23 34:25 36:2 41:7 42:20 43:5 43:8 43:9 45:1 45:2 47:3 51:2 52:7 52:17 54:3 58:8 61:12 62 65:14 68:8 68:9 68:9 69:11 74:23 74:24 76:11 78:19 81:8 |
| **before**(27) | 1:21 1:22 8:20 18:23 19:20 22:8 22:12 27:3 28:15 39:6 40:5 45:15 50:10 53:7 53:25 54:18 62:4 62:15 66:25 67:24 67:24 71:13 74:12 74:7 77:7 77:19 |
| **begin**(1) | 7:9 |

| Word | Page:Line |
| --- | --- |
| **beginning**(4) | 56:4 64:23 67:15 67:16 |
| **begins**(1) | 19:21 |
| **behalf**(7) | 3:8 8:19 14:16 25:6 27:25 34:1 34:14 52:5 |
| **behind**(1) | 20:14 |
| **being**(14) | 9:20 11:3 13:7 13:9 15:12 21:12 22:3 25:20 51:18 57:15 59:17 59:19 59:20 88:18 |
| **believe**(7) | 20:9 22:19 22:19 24:20 71:17 71:20 72:20 |
| **belknap**(2) | 3:39 5:45 |
| **below**(1) | 41:19 |
| **beneficial**(1) | 63:17 |
| **benefit**(2) | 49:17 58:20 |
| **benefits**(1) | 46:19 |
| **best**(4) | 21:21 51:1 73:21 84:1 |
| **better**(4) | 49:11 77:23 85:2 88:8 |
| **between**(16) | 12:9 13:4 29:17 30:12 30:24 31:2 31:4 37:5 37:11 45:14 47:6 65:13 69:3 75:14 84:6 87:13 |
| **beyond**(3) | 56:2 62:3 88:9 |
| **big**(1) | 31:6 |
| **bigger**(1) | 87:13 |
| **biggest**(4) | 22:11 30:6 30:7 74:6 |
| **bilateral**(1) | 74:7 |
| **billions**(1) | 49:18 |
| **bit**(2) | 21:17 33:21 |
| **black**(1) | 85:4 |
| **block**(4) | 8:12 8:13 74:25 74:25 |
| **blocked**(1) | 32:11 |
| **board**(1) | 88:10 |
| **boards**(1) | 63:11 |
| **bobick**(4) | 71:12 71:17 71:19 71:21 |
| **bondholder**(8) | 2:20 6:4 14:17 14:23 14:24 15:3 25:11 25:12 |
| **bondholders**(8) | 12:19 12:21 15:6 25:7 25:19 25:21 25:25 27:1 |
| **book**(1) | 44:23 |
| **books**(3) | 54:6 59:8 |
| **borosh**(1) | 6:21 |
| **both**(45) | 7:22 9:11 10:25 15:6 18:3 29:3 29:5 30:10 33:19 34:12 36:12 36:12 38:15 39:23 51:10 52:6 52:22 56:6 56:12 56:14 58:18 63:1 63:5 63:7 63:9 63:11 63:13 63:15 66:1 66:15 70:20 72:14 75:16 78:16 80:15 82:18 82:22 83:16 84:4 84:4 84:24 86:23 87:21 88:8 |
| **botter**(1) | 4:26 |
| **bottom**(2) | 45:23 64:1 |
| **brainstorming**(1) | 86:13 |
| **brant**(1) | 4:30 |
| **brass**(1) | 4:38 |
| **breach**(1) | 45:8 |
| **break**(5) | 20:15 43:21 76:23 77:1 78:3 |
| **brian**(2) | 4:5 34:3 |
| **brickley**(1) | 4:42 |
| **brief**(10) | 8:23 11:4 57:5 57:21 59:7 61:7 63:25 67:8 71:13 71:18 |
| **briefly**(5) | 12:13 25:6 26:22 38:19 45:14 |
| **briefs**(4) | 19:15 59:15 59:15 59:19 |
| **bring**(3) | 46:14 51:19 84:25 |
| **bringing**(2) | 84:19 85:13 |
| **broader**(1) | 23:2 |
| **broadly**(1) | 43:12 |
| **bryant**(1) | 2:16 |
| **buchanan**(1) | 3:19 |
| **built**(1) | 37:6 |
| **bullen**(1) | 5:6 |
| **bunch**(1) | 43:19 |
| **burden**(5) | 33:11 33:12 33:14 33:16 44:20 |
| **burdens**(1) | 82:21 |

| Word | Page:Line |
|------|-----------|
| burping(1) 37:19 | |
| business(3) 30:2 30:12 42:5 | |
| but(112) 7:6 7:19 9:20 11:12 11:22 12:2 12:13 13:1 14:19 15:1 15:11 15:19 16:11 16:21 16:24 18:11 19:6 19:7 19:11 19:23 20:3 20:11 21:7 21:10 21:16 21:25 23:7 23:23 24:4 24:8 24:16 26:6 26:14 27:6 27:11 30:10 31:23 32:11 32:14 33:4 33:1 35:6 35:18 36:5 36:9 36:24 37:24 38:2 38:15 39:20 41:25 42:8 43:7 43:21 44:2 44:8 44:24 46:2 46:24 47:12 47:22 48:20 49:2 49:8 49:10 49:14 49:23 50:1 51:9 51:25 53:15 56:1 56:25 58:5 58:25 60:1 60:24 63:21 64:6 64:11 64:20 65:16 65:25 68:1 68:14 68:12 68:13 69:23 72:14 72:22 73:14 73:21 74:2 74:11 75:11 78:1 79:25 80:9 81:9 81:23 82:4 82:7 83:13 84:1 84:16 85:2 85:11 86:4 86:15 86:18 86:21 87:20 | |
| buy-in(1) 12:2 | |
| cabling(1) 85:7 | |
| calculations(1) 81:3 | |
| call(8) 8:3 10:11 45:10 65:14 76:9 81:4 83:19 88:17 | |
| called(2) 55:24 60:22 | |
| calls(2) 42:2 70:10 | |
| calm(1) 65:15 | |
| came(3) 27:3 41:7 70:1 | |
| can(48) 12:23 12:25 14:19 16:6 17:16 17:17 20:11 24:20 24:21 27:17 27:14 30:5 30:2 32:7 34:14 37:19 41:2 48:9 48:10 50:7 51:17 54:20 55:9 57:19 59:22 59:25 60:2 60:22 65:24 66:3 66:18 71:2 75:19 76:1 78:2 80:9 82:5 82:24 83:2 83:5 84:23 85:7 85:11 85:25 87:4 87:5 87:5 87:21 88:8 | |
| canada(21) 6:21 6:25 8:13 9:9 15:6 23:15 24:1 27:11 29:20 31:4 37:5 60:9 63:7 70:2 70:3 76:25 78:20 84:8 86:15 86:21 87:18 | |
| canada's(2) 60:10 60:11 | |
| canadian(43) 12:11 13:9 13:18 15:4 15:16 18:9 18:22 21:10 21:25 22:21 23:5 23:8 23:25 24:20 26:2 26:10 27:4 29:12 30:17 31:2 32:14 33:18 34:13 35:25 38:25 39:1 39:3 39:6 39:7 39:22 45:15 52:5 57:25 58:1 60:8 61:7 61:18 61:20 61:23 62:7 64:11 72:4 81:4 | |
| cannot(1) 24:18 60:1 69:4 | |
| canvass(1) 71:11 | |
| canvassing(1) 84:3 | |
| can't(11) 13:11 13:21 36:16 49:7 52:25 56:4 66:18 66:19 69:4 73:17 82:2 | |
| capital(6) 4:37 5:27 5:27 5:40 6:12 6:29 | |
| capitol(1) 6:8 | |
| care(1) 85:14 | |
| carry(2) 25:23 42:17 | |
| carve(3) 10:3 22:5 27:7 | |
| carves(1) 21:12 | |
| case(54) 1:5 7:19 9:8 10:22 17:2 22:11 25:18 25:19 34:23 36:21 36:23 37:24 38:1 38:9 40:18 45:9 45:10 45:16 45:25 46:2 47:15 48:7 48:8 48:10 49:1 49:4 49:8 49:13 49:15 50:15 56:6 57:1 57:9 59:2 59:3 59:4 59:13 63:18 67:4 68:23 69:14 69:18 69:25 70:6 70:8 70:9 70:10 73:25 74:4 74:17 76:2 76:17 77:8 | |
| case-in-chief(2) 53:23 67:5 | |
| cases(7) 19:12 37:18 48:5 48:14 59:5 60:5 70:2 | |
| cases-in-chief(1) 54:1 | |
| cause(1) 67:2 | |
| caw(1) 6:21 | |
| caw-canada(1) 6:20 | |
| ccc(29) 2:42 8:10 12:15 12:25 13:6 13:12 13:17 14:16 14:20 16:24 18:12 18:23 20:2 22:23 22:23 23:7 23:16 23:25 24:1 24:9 24:19 25:9 25:17 25:20 26:8 26:16 28:17 43:10 80:3 | |
| ccc's(1) 43:23 | |
| certain(2) 25:15 84:20 | |
| certainly(5) 53:19 61:4 62:19 71:3 80:4 | |
| certainty(1) 80:22 | |
| certification(1) 89:1 | |
| certify(1) 89:2 | |
| challenges(1) 44:17 | |
| challenging(2) 41:24 41:25 | |
| chance(3) 51:25 66:5 78:10 | |
| change(4) 55:21 56:19 56:21 57:8 | |
| changed(3) 65:8 65:9 68:6 | |
| chapter(1) 1:10 | |
| characterization(1) 60:17 | |
| chase(1) 2:23 | |
| chess(2) 74:25 74:25 | |
| chief(1) 19:13 | |
| choice(1) 51:20 | |
| chris(1) 2:6 | |
| chung(1) 5:24 | |
| chunks(1) 29:9 | |
| circulate(1) 20:11 | |
| circulates(1) 83:3 | |
| circumstance(2) 44:11 70:10 | |
| circumstances(1) 50:11 | |
| citigroup(2) 4:29 4:29 | |
| claim(12) 39:22 39:22 43:17 44:20 45:21 46:8 50:24 64:1 64:4 80:13 80:14 81:10 | |
| claimants(10) 4:4 12:8 33:12 33:13 34:15 39:11 40:1 40:3 40:16 40:16 | |
| claims(106) 12:12 15:6 18:4 18:8 18:8 21:11 23:9 23:11 29:3 29:5 29:10 29:11 29:12 29:16 29:17 29:21 30:23 30:23 31:19 31:21 32:8 32:13 32:17 32:17 32:24 33:9 33:12 33:13 33:14 33:19 34:13 35:22 35:23 35:25 36:8 38:25 39:1 39:6 39:13 44:18 44:19 44:22 45:7 45:8 45:15 45:24 45:24 47:17 49:15 51:9 52:23 53:4 53:12 53:19 54:4 55:19 56:5 56:7 56:12 56:14 57:25 58:1 58:9 58:12 58:13 58:19 58:24 59:4 59:6 59:8 59:15 59:16 59:16 59:18 59:19 59:21 59:25 60:5 61:20 61:20 62:2 63:1 63:5 63:5 63:20 63:24 64:6 64:12 64:17 65:1 65:1 65:7 65:10 66:14 66:16 66:16 66:19 66:20 66:20 68:9 70:20 71:2 72:5 81:4 82:10 82:16 | |
| claims-only(1) 31:18 | |
| claims-related(1) 31:15 | |
| clarification(2) 28:5 76:4 | |
| clarify(1) 81:14 | |
| classes(2) 30:3 30:5 | |
| clear(12) 20:13 32:6 36:3 53:24 56:2 57:19 58:1 61:6 61:24 62:3 63:18 67:6 | |
| clearer(3) 32:9 61:25 67:7 | |
| clearly(11) 8:19 52:19 58:4 58:5 58:12 61:16 66:15 66:22 67:18 67:25 70:3 | |
| cleary(1) 1:35 | |
| clerk(1) 79:8 | |
| clients(7) 20:6 21:18 22:4 43:9 43:9 52:17 55:4 | |
| close(1) 73:22 | |
| closed(1) 73:4 | |
| closer(1) 74:21 | |
| closing(7) 20:24 21:3 23:11 24:10 25:16 26:7 59:15 | |
| cogent(1) 65:23 | |
| cognizant(2) 52:22 52:23 | |
| cokes(1) 37:14 | |
| colleague(1) 86:18 | |
| collier(1) 5:20 | |
| column(1) 21:8 | |
| combinations(1) 81:7 | |
| come(20) 10:23 24:4 26:25 38:13 45:7 45:24 51:15 51:20 54:22 55:22 68:13 69:20 74:1 74:2 74:8 74:25 75:5 75:6 75:7 78:11 | |
| comes(4) 23:12 56:8 65:9 69:9 | |
| coming(6) 16:20 17:16 34:23 35:7 40:25 54:17 | |
| comingling(1) 58:6 | |
| commence(4) 38:22 38:24 57:23 57:24 | |
| commencement(1) 41:22 | |
| commences(1) 7:25 | |
| comment(2) 27:16 49:19 | |
| commented(1) 60:6 | |
| comments(7) 14:10 14:19 15:17 65:17 76:25 78:8 82:22 | |
| commercial(3) 37:18 48:6 48:15 | |
| committee(3) 2:4 4:24 16:7 | |
| common(11) 22:2 47:1 53:13 56:1 56:1 56:15 60:21 63:4 66:15 66:17 70:22 | |
| communicate(1) 83:17 | |
| communication(1) 87:9 | |
| communication(1) 7:22 | |
| companies(4) 30:7 30:12 30:24 50:4 | |
| company(1) 4:41 | |
| comparable(1) 23:22 | |
| complaints(1) 23:4 | |
| complete(2) 12:2 69:7 | |
| completely(4) 14:18 17:5 72:10 82:16 | |
| complex(5) 48:4 48:5 49:15 49:16 50:3 | |
| complexity(2) 48:1 50:15 | |
| complicated(3) 33:17 33:21 37:18 | |
| complication(1) 37:25 | |
| complying(1) 72:17 | |
| composed(1) 30:2 | |
| comprehensive(1) 9:19 | |
| compromise(1) 27:19 | |
| compromised(3) 25:21 25:22 52:18 | |
| compromises(2) 16:13 16:14 | |
| compromising(2) 25:13 25:19 | |
| conaway(1) 3:11 | |
| concepts(1) 65:22 | |
| concern(2) 73:3 73:14 | |
| concerned(3) 50:20 58:11 86:8 | |
| concerns(6) 11:19 12:1 14:5 18:6 78:9 | |
| concert(1) 15:14 | |
| concession(1) 14:23 16:23 21:16 | |
| concessions(1) 15:25 | |
| conclude(2) 66:6 81:22 | |
| concluded(2) 69:4 71:9 | |
| conclusion(2) 8:22 79:12 | |
| concrete(1) 87:22 | |
| conduct(3) 35:17 42:10 42:19 | |
| conducted(3) 9:20 40:22 54:9 | |
| conducting(1) 51:14 | |
| confer(7) 10:6 13:3 41:17 42:7 68:25 78:10 86:1 | |
| conference(10) 7:19 7:23 8:3 8:23 10:17 13:3 42:4 77:10 79:25 83:21 | |
| conferences(1) 9:15 | |
| conferring(3) 59:23 78:20 | |
| confines(1) 40:19 | |
| confirming(1) 40:20 | |
| conflict(2) 50:16 55:4 | |
| conflicts(1) 50:14 | |
| confronting(1) 72:6 | |
| connection(2) 29:25 61:10 | |
| consensual(1) 9:11 | |
| consensus(1) 42:9 | |
| consent(1) 17:2 | |
| consequenc(1) 19:18 | |
| consider(2) 29:21 82:24 | |
| considerable(2) 29:14 29:18 31:16 66:2 | |
| considered(2) 31:21 58:16 | |
| considering(1) 87:3 | |
| consistent(1) 72:10 | |
| constituencies(1) 15:7 | |
| constructive(1) 80:18 | |
| cont(1) 5:35 | |
| contain(2) 58:25 59:1 | |
| contemplate(1) 23:12 | |
| contemporaneou(1) 37:20 | |
| contemplated(6) 32:2 39:11 42:20 67:3 68:19 68:21 | |
| contemplates(2) 59:14 67:21 | |
| contested(1) 70:5 | |
| context(7) 35:15 36:19 38:11 63:17 68:11 79:24 81:11 | |
| continent(1) 50:6 | |
| continue(6) 11:15 38:24 57:25 80:18 80:19 85:23 | |
| continued(5) 2:2 3:2 4:2 5:2 6:2 | |
| continues(1) 7:15 | |
| continuing(1) 67:16 | |
| contract(1) 75:10 | |
| contracted(1) 75:11 | |
| contrary(2) 15:13 24:11 | |
| contributed(1) 50:23 | |
| contribution(1) 30:13 | |
| contributions(1) 63:9 | |
| control(3) 46:19 49:8 63:3 | |
| controlled(1) 30:20 | |
| controversial(1) 19:7 | |
| convenience(1) 56:17 | |
| convention(1) 37:15 | |
| conversations(1) 12:21 | |
| conveyed(1) 29:25 | |
| convincingly(1) 65:5 | |
| cooperation(2) 65:13 80:19 88:9 | |
| cooperative(2) 17:12 80:18 | |
| copier(1) 86:10 | |
| copies(1) 20:11 | |
| copy(1) 86:10 | |
| cordo(4) 1:30 7:4 7:5 7:7 | |
| core(9) 15:8 16:1 29:22 31:1 31:25 42:7 43:11 45:19 45:19 | |
| correct(3) 60:18 69:22 89:2 | |
| cough(2) 63:23 75:6 | |
| could(24) 8:9 11:5 13:16 13:17 15:22 16:8 20:20 23:5 25:25 27:10 32:3 36:8 37:24 38:19 51:5 65:5 68:4 68:4 72:3 82:16 84:1 85:21 86:17 87:24 | |
| couldn't(4) 34:24 61:25 67:7 88:15 | |
| counsel(13) 7:23 8:1 8:2 18:23 20:3 20:5 37:13 66:1 72:11 83:14 84:4 84:17 88:6 | |
| counter-productiv(2) 69:12 71:4 | |
| counting(1) 31:19 | |
| countries(3) 31:24 50:5 50:19 | |
| couple(2) 18:24 78:12 | |
| course(8) 10:19 11:9 13:14 28:3 44:13 52:21 62:4 66:16 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **court**(193) 1:1 7:3 7:10 7:14 7:18 7:21 8:11 8:14 8:16 8:24 9:2 9:4 9:5 10:8 10:19 10:24 11:8 11:20 11:24 12:12 12:16 14:1 14:4 14:11 14:14 14:22 15:21 15:24 17:9 17:18 17:20 17:25 18:15 18:18 19:6 19:13 19:17 19:20 19:25 22:12 22:15 24:7 24:12 24:15 24:24 25:1 27:9 27:15 27:18 27:23 28:2 28:7 28:10 28:23 28:20 29:20 29:21 30:25 31:7 31:22 32:14 33:24 34:4 34:9 34:16 34:18 35:16 35:20 36:15 38:5 38:10 38:13 38:21 39:7 39:13 40:23 40:23 40:24 41:4 41:6 41:7 41:8 41:10 41:13 41:14 41:20 41:22 41:23 42:16 45:15 45:18 45:20 46:4 46:10 47:20 47:24 48:3 48:4 49:1 50:25 52:1 52:18 53:25 56:17 57:17 57:22 57:22 58:2 58:5 58:6 58:11 59:17 59:18 59:20 60:1 61:5 61:23 67:18 68:3 69:1 69:10 69:23 69:24 70:1 70:2 70:3 70:18 72:5 72:12 72:23 73:16 73:19 74:1 74:2 74:3 74:5 74:17 74:22 75:17 75:18 75:19 75:22 76:21 76:23 76:24 77:6 77:9 77:14 77:18 77:25 78:4 78:14 78:17 78:21 78:24 79:1 79:4 79:6 79:9 79:17 79:21 80:5 81:14 81:21 82:14 82:20 83:10 83:13 83:16 83:24 84:7 84:10 84:23 85:12 85:19 86:2 86:7 86:14 86:15 87:1 87:4 87:12 87:12 87:15 87:23 88:2 88:4 88:11 88:13 88:19 88:21 | | **deadlines**(1) 41:15 **deal**(19) 8:9 17:16 30:6 35:13 44:14 44:16 44:15 45:21 49:17 55:18 55:19 55:20 67:22 72:2 74:16 75:1 81:9 84:15 84:21 **dealing**(9) 18:3 29:2 31:14 33:18 45:21 51:22 53:1 72:24 79:11 **deals**(2) 12:18 12:19 **dealt**(8) 30:21 41:7 52:22 58:8 72:13 72:14 75:1 81:10 **debate**(1) 40:7 **debating**(1) 66:1 **debenture**(2) 3:33 5:44 **debt**(3) 30:24 64:5 64:10 **debtor**(2) 30:17 64:11 **debtors**(36) 1:14 1:28 7:8 8:13 8:19 12:2 12:7 12:11 12:12 12:21 15:16 17:24 18:8 18:22 21:10 22:21 23:7 23:16 23:18 24:2 28:25 29:12 29:17 30:11 30:14 30:17 31:2 31:3 31:10 33:18 40:9 40:20 52:5 61:8 61:23 71:20 **debtor's**(1) 62:7 **debts**(1) 31:2 **december**(1) 42:8 **decide**(3) 59:17 70:14 83:12 **decided**(5) 12:22 52:11 52:19 68:3 69:8 **decision**(5) 62:5 67:7 69:24 70:1 82:6 **decisions**(1) 61:24 **default**(3) 20:18 21:13 21:17 **defend**(1) 21:11 **defendants**(1) 23:9 **defense**(1) 45:10 **defer**(6) 12:17 13:17 14:19 16:5 34:13 **deferred**(1) 13:2 **defined**(2) 26:11 26:14 **definition**(1) 39:24 **degree**(2) 46:19 80:1 **deity**(1) 51:20 **delaware**(10) 1:2 1:14 3:35 4:13 7:2 8:14 20:3 71:11 78:15 87:12 **delay**(3) 32:24 33:5 51:5 **delete**(3) 12:24 13:16 27:19 **deliver**(1) 24:21 **delivered**(1) 61:9 **demanded**(1) 15:22 **demise**(1) 49:23 **demonstrated**(1) 70:21 **denied**(1) 20:8 **dentons**(1) 6:25 **depend**(6) 30:9 63:2 63:8 63:10 63:11 63:13 **dependent**(1) 64:25 **depends**(1) 35:2 **deposed**(2) 11:1 54:3 **deposition**(5) 9:10 9:23 41:12 59:2 67:24 **depositions**(8) 11:12 19:2 36:7 45:5 45:6 52:25 54:5 54:9 **derek's**(1) 1:29 3:6 17:23 28:24 86:12 **described**(1) 32:10 **design**(1) 63:12 **designated**(1) 76:9 **designations**(1) 54:5 **detail**(2) 55:22 66:2 **detailed**(3) 10:1 44:22 54:23 **determination**(2) 40:15 50:13 **determine**(6) 38:7 39:14 41:17 42:18 46:4 49:4 **deviate**(1) 45:9 **deviation**(1) 87:13 **dialog**(1) 85:23 **diaz**(1) 1:44 **dictated**(1) 65:2 | **did**(9) 9:8 10:3 15:23 22:15 39:21 50:1 66:5 83:19 87:19 **didn't**(5) 15:25 28:15 50:21 50:24 53:1 **diet**(1) 37:14 **differ**(1) 22:1 **difference**(2) 45:14 57:11 **differences**(1) 80:8 **different**(19) 19:6 20:14 23:20 26:8 30:2 30:8 31:22 31:24 40:24 44:3 44:19 45:16 45:17 45:18 48:13 48:14 56:25 71:15 72:12 **differentiating**(1) 45:15 **difficult**(6) 33:10 36:23 50:12 82:15 86:3 87:18 **difficulty**(1) 43:10 **digression**(1) 60:18 **dimsdale-gill**(1) 5:8 **dine**(1) 5:16 **dining**(1) 80:9 **direct**(2) 10:23 11:6 **directed**(2) 52:20 57:18 **direction**(3) 46:6 65:24 67:18 **directions**(2) 47:25 79:24 **directive**(3) 52:21 62:15 67:25 **directly**(1) 50:4 **directors**(2) 21:11 63:11 **directs**(2) 38:21 57:22 **disagree**(3) 12:5 62:20 74:11 **disagreement**(3) 12:9 13:21 13:23 **disappeared**(1) 7:6 **discharged**(1) 37:8 **discovery**(5) 19:1 20:7 39:18 40:2 41:12 **discreet**(1) 56:16 **discretion**(4) 29:7 39:9 61:21 72:15 **discuss**(3) 28:3 78:9 79:13 **discussed**(1) 15:16 **discussing**(1) 52:25 **discussion**(4) 16:17 28:4 51:16 78:23 **discussions**(8) 33:7 35:10 37:11 69:4 69:7 85:8 85:11 85:16 **disparate**(1) 16:11 **disproportionat**(1) 49:3 **dispute**(8) 12:22 24:6 29:24 30:6 36:21 37:16 43:19 45:17 **disputed**(1) 60:2 **disputes**(1) 46:24 **distinct**(4) 17:4 39:24 52:12 58:12 **distinction**(1) 25:10 **distinctly**(1) 53:15 **distribution**(1) 22:3 **distributions**(1) 22:10 **district**(1) 1:2 **divide**(1) 33:21 **divided**(2) 10:7 13:9 **divides**(1) 23:10 **dividing**(2) 23:4 30:5 **dla**(1) 2:42 **doctor**(1) 46:1 **document**(3) 9:8 15:16 45:4 **documents**(1) 45:5 **does**(21) 9:21 18:11 19:12 19:19 22:5 23:9 26:11 26:14 29:24 36:11 40:22 43:25 49:3 53:3 58:17 61:17 62:4 66:21 70:18 75:5 83:14 **doesn't**(13) 18:5 22:5 22:9 24:1 26:14 53:20 54:12 56:9 56:18 56:19 57:9 68:22 75:18 **dog**(1) 61:5 **doing**(5) 15:17 32:7 35:25 62:13 **done**(14) 26:3 34:8 40:25 42:17 53:6 54:20 54:21 62:16 69:11 70:11 70:23 73:1 75:4 88:15 | **don't**(48) 8:21 11:21 12:5 12:13 14:6 18:15 18:16 19:6 19:10 21:7 21:16 21:20 23:13 23:18 24:9 24:13 28:20 29:22 29:22 31:21 36:24 40:9 46:2 46:2 46:24 48:25 55:14 62:25 66:3 66:5 66:25 68:2 71:20 72:3 72:24 73:17 73:18 73:19 74:4 74:5 74:10 75:18 76:19 76:20 80:11 82:21 83:8 86:24 **door**(2) 73:4 84:18 **dorsey**(1) 3:12 **doubt**(5) 55:22 62:3 62:17 68:2 72:1 **doubtful**(1) 71:3 **dow**(1) 4:41 **down**(14) 13:19 20:15 32:3 32:10 37:23 43:21 51:21 70:14 71:11 73:1 74:17 75:12 84:10 86:20 **downplay**(1) 11:22 **draft**(3) 54:18 62:3 62:14 **due**(3) 45:8 47:22 75:19 **duration**(1) 52:20 **during**(3) 10:14 33:8 78:3 **dwell**(1) 12:14 **each**(26) 15:22 20:14 21:4 23:20 29:24 30:2 30:3 30:5 30:13 30:16 37:8 40:24 43:17 43:20 46:16 58:24 58:25 59:2 59:2 59:6 60:14 61:23 75:8 78:2 86:23 86:24 **earlier**(1) 9:13 **early**(1) 9:9 **easier**(1) 79:20 **easily**(1) 12:23 **echo**(1) 34:22 **economic**(3) 16:10 17:4 26:9 **economically**(1) 17:5 **ecro**(1) 1:42 **effect**(5) 21:7 21:24 25:12 29:9 75:5 **effective**(1) 80:24 **effectively**(1) 27:4 **efficiency**(1) 39:23 **efficient**(4) 17:13 18:4 29:3 80:24 **effort**(1) 88:16 **efforts**(1) 88:16 **ehmer**(1) 5:28 **eight**(1) 66:14 **either**(7) 9:18 10:10 10:15 24:3 24:4 44:5 59:23 **electronic**(2) 1:49 89:3 **elements**(1) 26:4 **elevated**(1) 26:18 **eliminate**(2) 55:3 55:11 **else**(4) 21:22 67:4 76:19 76:22 **email**(2) 20:10 37:19 **embark**(1) 56:4 **emea**(47) 3:5 8:10 12:2 12:7 12:18 14:4 15:4 16:8 17:24 18:8 23:17 23:18 26:12 26:13 28:17 28:25 29:12 29:17 30:11 30:23 31:2 31:4 31:10 32:13 32:16 32:17 33:12 33:18 34:11 38:25 40:15 52:7 52:8 57:25 60:13 60:17 61:20 61:20 63:1 63:4 63:6 63:10 64:18 66:16 66:20 68:23 71:20 **emea's**(1) 64:1 **emphasize**(2) 36:16 80:19 **emphasizing**(1) 71:16 **employees**(1) 5:36 **enabled**(1) 9:11 **end**(14) 9:4 10:15 11:11 11:18 21:4 21:14 21:15 21:19 36:25 44:19 56:10 69:1 69:20 87:11 **endorse**(1) 53:25 **endorsement**(2) 40:13 79:24 **engaging**(1) 42:3 **enough**(4) 36:16 36:17 36:18 87:7 **enrichment**(1) 46:8 |
| **court-to-court**(2) 7:21 87:8 | | | | | | | |
| **courtroom**(9) 1:12 25:2 43:18 79:14 81:6 84:17 85:7 86:2 86:19 | | | | | | | |
| **courtrooms**(2) 85:20 88:10 **courts**(56) 8:8 9:12 9:16 9:17 9:23 10:16 11:13 12:14 12:23 13:4 13:22 14:9 14:10 15:2 15:24 16:15 17:7 19:22 19:24 24:6 27:1 29:7 29:24 30:1 39:8 42:11 42:13 50:13 50:18 51:19 52:8 52:11 52:14 52:19 52:21 53:5 56:23 57:19 60:25 61:2 61:18 61:21 62:1 62:13 65:24 67:1 67:5 69:8 70:17 72:4 72:14 73:2 75:12 77:21 78:2 78:9 **court's**(3) 17:14 53:1 78:7 **covalent**(2) 4:33 4:33 **creation**(1) 30:14 **credibility**(5) 37:1 70:8 70:9 74:9 74:10 **creditor**(5) 21:5 22:11 26:9 26:16 26:18 **creditors**(8) 2:5 4:25 16:7 22:11 27:2 27:8 40:16 43:16 **crichlow**(1) 2:37 **cringe**(1) 50:16 **cross**(2) 43:22 70:12 **cross-examination**(3) 43:25 54:12 57:7 **cross-examine**(4) 43:22 43:25 44:8 44:9 **cross-examining**(1) 44:10 **cross-reference**(1) 63:23 **crt**(1) 6:12 **curtailing**(1) 58:14 **cut**(1) 66:3 **daily**(3) 86:10 86:16 86:21 **damages**(1) 46:9 **daniel**(3) 3:40 5:32 5:46 **daren**(1) 5:14 **data**(1) 1:44 **date**(9) 16:5 20:9 41:22 62:25 67:15 67:16 67:19 83:20 89:7 **dates**(4) 19:3 19:15 41:21 47:21 **david**(2) 2:37 4:26 **day**(6) 36:25 41:4 45:5 74:11 86:23 87:11 **days**(37) 32:18 32:19 33:3 36:17 37:24 47:14 48:7 48:10 52:20 67:17 69:21 69:15 69:18 69:19 72:20 73:4 73:10 73:13 73:20 73:21 74:21 75:13 75:14 75:17 75:18 80:15 81:16 81:16 81:23 81:25 82:2 82:5 82:23 83:25 84:4 **dead**(1) 69:18 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**ensure**(8) 16:6 40:17 58:4 59:25 73:3 83:13 85:11 85:21

**enter**(1) 19:9
**entered**(4) 15:2 15:21 17:1 60:14
**entering**(1) 10:4
**entire**(3) 12:24 42:24 51:5
**entirely**(2) 57:9 70:15
**entirety**(1) 16:21
**entities**(1) 30:14
**entitled**(2) 52:17 60:9
**envisioned**(1) 9:20
**equally**(2) 21:5 27:2
**ernst**(1) 3:18
**especially**(1) 47:12
**esq**(33) 1:29 1:30 1:36 1:37 2:6 2:13 2:14 2:15 2:22 2:29 2:37 2:43 2:44 3:6 3:12 3:20 3:26 3:27 3:28 3:34 3:40 4:5 4:6 4:12 4:21 4:26 5:6 5:8 5:12 5:16 5:46 6:13

**essential**(1) 43:10
**essentially**(7) 20:15 20:19 20:25 30:18 34:6 54:14 58:21

**establish**(1) 63:17
**established**(1) 12:3
**estate**(8) 16:3 18:9 29:12 29:13 43:16 43:17 43:18 65:10

**estates**(6) 16:8 17:6 20:14 20:14 20:21 43:13

**esther**(1) 5:24
**et.al**(2) 1:10 6:21
**etc**(1) 54:19
**even**(10) 17:10 24:6 50:16 53:12 56:19 69:4 83:16 85:6 86:10 87:9

**event**(5) 42:8 53:3 55:7 68:1 81:24
**every**(8) 17:12 25:7 39:15 50:5 58:10 69:9 70:4 72:11

**everybody**(9) 7:16 21:1 21:22 43:15 52:12 55:24 62:19 67:17 69:14

**everyone**(3) 7:3 20:11 79:9
**everything**(2) 53:5 53:9
**evidence**(45) 18:7 29:10 29:15 29:20 30:10 31:1 31:5 31:9 32:17 33:14 36:6 36:7 37:25 39:10 45:6 45:10 45:17 46:17 46:21 46:25 52:15 53:13 53:18 55:23 56:5 56:8 56:11 56:15 57:3 59:21 60:2 60:5 60:10 60:20 60:21 60:22 61:22 62:1 62:18 62:2 63:18 64:16 66:22 71:2 86:23

**evidence-in-chief**(2) 57:5 68:20
**evidentiary**(9) 52:16 53:8 53:11 56:1 56:2 56:15 58:22 60:21 70:22

**exactly**(7) 24:22 28:13 44:7 44:12 62:16 80:22 88:1

**exaggerated**(1) 49:24
**examination**(1) 70:13
**examinations**(1) 25:23
**examine**(1) 43:23
**examined**(1) 51:4
**example**(5) 33:10 37:1 43:4 82:2 87:24
**excellent**(1) 83:8
**except**(3) 28:7 50:6 53:9
**exception**(2) 25:8 57:5
**excerpt**(1) 64:1
**excerpts**(1) 59:2
**exchange**(1) 9:13
**exchanged**(3) 11:10 11:11 47:6
**exclusive**(1) 81:3
**exclusively**(4) 54:11 57:7 59:21 59:24
**exercise**(2) 29:7 51:18

**exercising**(1) 47:23
**exerted**(1) 63:3
**exhibit**(3) 19:16 54:6 59:8
**exist**(1) 43:12
**existence**(1) 34:12
**expand**(5) 75:8 75:9
**expanded**(5) 25:20 75:9
**expansion**(1) 68:10
**expect**(3) 19:1 19:7 31:21
**expectation**(1) 19:4
**expects**(1) 70:8
**experience**(1) 84:19
**experienced**(1) 87:19
**expert**(18) 11:9 11:11 11:12 19:17 30:10 31:9 31:13 31:18 37:25 45:17 46:17 46:25 53:18 54:8 54:9 59:5 59:23 76:10

**experts**(8) 50:12 36:14 47:8 47:8 47:9 51:12 54:10 73:19

**explicit**(1) 22:5
**explore**(1) 87:3
**expressed**(2) 12:1 14:5
**expressing**(1) 83:8
**expressly**(1) 24:17
**extend**(4) 55:9 68:13 70:24 81:20
**extends**(1) 88:9
**extensive**(2) 45:4 45:5
**extent**(10) 44:18 53:4 55:25 56:16 56:20 57:16 58:3 59:22 61:25 70:22

**extra**(1) 80:25
**extreme**(1) 69:12
**eye**(1) 73:15
**facilitate**(3) 49:13 86:21 87:5
**facilitated**(1) 85:11
**fact**(24) 9:21 15:5 15:19 15:20 16:12 16:19 34:10 37:4 37:24 40:8 40:11 40:22 44:7 50:17 52:22 54:2 55:14 57:17 57:18 58:16 59:13 59:23 60:12 65:13

**facts**(16) 36:16 36:18 36:21 37:13 37:16 42:11 47:10 51:12 51:21 64:2 64:3 64:6 64:10 64:11 74:13 76:6

**factual**(4) 45:16 46:16 46:24 76:4
**fahrenheit**(1) 7:16
**fail**(1) 56:20
**fair**(3) 13:12 13:18 61:1
**faith**(2) 44:4 83:5
**falls**(1) 52:4
**familiar**(2) 20:12 58:21
**far**(4) 44:21 52:12 85:12 86:7
**farallon**(1) 5:40
**farr**(3) 4:4 5:11 34:5
**farther**(1) 65:25
**fashion**(1) 14:21
**feasibility**(1) 42:10
**feasible**(3) 53:4 53:16 58:4
**february**(7) 10:5 10:14 10:15 13:2 22:24 47:9 69:1

**feed**(2) 86:16 86:22
**feedback**(2) 9:17 78:7
**feel**(2) 35:11 85:12
**feels**(1) 13:17
**feet**(1) 66:7
**feld**(2) 2:12 4:25
**few**(6) 10:2 53:17 53:18 70:14 71:11 78:1
**fighting**(2) 37:21 37:22
**figured**(1) 64:24
**filed**(13) 40:9 47:9 54:6 54:8 54:18 59:6 61:8 64:10 67:5 68:14 76:11

**filing**(3) 22:9 54:3 59:8
**filings**(10) 9:4 14:5 53:8 56:3 58:22 58:23 58:24 59:4 59:4 63:24

**fill**(1) 71:2

**final**(9) 19:4 33:2 38:12 38:13 51:11 72:19 76:13 76:14 76:15

**finalize**(1) 19:1
**financial**(2) 46:5 46:21
**find**(1) 83:14
**findings**(1) 49:9
**fine**(9) 18:17 21:7 21:24 24:4 27:6 38:6 79:21 86:8 87:6

**finger**(1) 2:5
**fingertips**(1) 28:15
**finish**(3) 18:11 52:25 66:9
**finished**(1) 66:4
**finishes**(1) 57:12
**finite**(1) 75:6
**first**(18) 10:22 12:14 12:17 12:18 28:8 33:15 33:15 38:15 44:6 51:8 55:18 55:21 57:13 61:3 71:21 71:24 80:2 81:9

**firstly**(3) 18:25 52:6 52:9
**fitting**(1) 72:16
**five**(6) 22:7 40:12 45:13 45:13 57:1 64:22
**flat**(1) 85:3
**flattered**(1) 27:13
**flexibility**(1) 87:8
**flexible**(2) 84:6 85:13
**floor**(2) 1:31 2:31
**flow**(1) 28:22
**focus**(1) 70:4
**folding**(1) 9:24
**folks**(2) 86:22 87:21
**followed**(3) 9:13 39:13 40:2
**following**(1) 41:16
**follows**(4) 39:2 52:6 60:20 61:17
**footnote**(21) 12:15 12:24 13:10 13:13 13:16 16:18 16:23 20:17 20:18 20:21 21:16 24:3 24:13 24:14 24:16 25:14 26:6 26:23 27:20 28:14 63:25

**for**(173) 1:2 1:28 2:4 2:20 2:35 2:42 3:4 3:18 3:33 4:19 4:24 4:29 4:33 4:37 4:41 5:4 5:15 5:19 5:23 5:26 5:31 5:35 5:40 5:44 6:4 6:8 6:12 6:16 6:20 6:25 6:29 7:2 7:6 7:24 8:4 10:17 10:22 12:23 13:1 13:8 13:8 14:3 14:6 14:8 14:20 14:22 14:24 17:6 17:11 17:14 17:23 18:2 18:3 18:22 18:23 19:6 19:12 19:15 19:19 20:2 21:13 22:5 22:5 22:13 22:20 23:11 25:20 27:7 27:8 27:10 27:19 28:5 28:24 29:4 29:7 31:17 32:11 32:13 32:19 32:22 32:25 33:10 35:16 36:25 37:6 38:17 39:9 39:17 39:22 42:22 42:15 43:3 44:21 46:4 48:7 50:25 51:14 52:9 53:17 54:4 54:17 54:25 55:9 57:3 57:7 58:5 58:18 58:18 58:19 59:3 59:4 59:4 59:15 59:15 59:16 60:7 62:5 62:14 63:19 63:25 64:6 64:24 64:25 65:14 66:21 66:22 67:17 68:10 68:18 69:6 69:14 70:18 70:12 70:15 70:20 70:25 71:9 71:19 72:1 72:4 73:1 75:8 77:11 77:4 77:10 77:23 78:8 79:3 79:10 80:7 80:17 80:23 81:3 81:15 82:2 82:3 82:11 82:15 83:12 83:20 83:25 84:6 84:11 84:13 84:22 85:20 86:3 86:16 87:17 87:24 88:5

**foreclose**(1) 80:5
**foregoing**(1) 89:2
**foreign**(3) 31:20 49:16 76:16
**former**(12) 14:21 19:5 25:14 58:9 58:17 62:10 67:20 67:23 80:7 82:23 83:17 87:10
**formal**(2) 79:24 83:1
**former**(1) 67:15
**forms**(1) 70:6
**forth**(2) 10:12 40:18
**forward**(6) 22:4 39:14 42:15 43:6 43:8 43:10
**founded**(1) 53:22

**four**(4) 40:6 56:18 57:1 64:22
**fourth**(1) 21:8
**fourthly**(1) 53:21
**framework**(6) 12:3 12:4 51:14 51:14 72:16 72:16
**fred**(1) 2:14
**friday**(1) 77:24
**friend**(3) 54:12 70:7 71:18
**friends**(3) 53:25 58:21 78:20
**from**(55) 7:23 8:9 8:10 8:12 16:14 17:1 23:20 24:10 26:12 26:15 33:5 33:15 34:1 34:5 35:4 35:16 37:18 39:11 45:6 45:9 45:16 45:17 46:1 50:5 53:24 56:5 61:6 63:6 64:1 64:3 64:15 64:23 66:6 66:7 66:19 66:20 67:2 67:18 68:15 70:4 71:15 76:25 79:7 80:4 80:6 80:12 80:12 82:22 84:14 84:22 85:7 86:23 87:11 87:12 89:3

**front**(2) 21:14 56:10
**front-end**(1) 19:18
**frustration**(3) 49:1 49:2 49:2
**fsd**(2) 46:10 46:12
**full**(5) 26:1 32:20 35:5 35:6 40:18
**fully**(4) 51:6 52:21 52:23 69:24
**function**(2) 47:20 47:23
**fundamental**(4) 25:10 42:22 42:25 67:3
**fundamentally**(5) 53:21 56:19 56:25 57:3 63:2

**funding**(2) 37:10 37:12
**further**(8) 10:5 19:8 25:4 41:18 41:20 59:14 65:24 87:3

**future**(1) 49:5
**gallagher**(2) 4:4 5:11
**general**(1) 64:22
**generally**(2) 11:2 23:3
**geoffrey**(1) 1:22
**george**(1) 6:21
**get**(33) 10:13 13:6 14:24 21:20 23:13 23:15 23:17 24:20 28:22 33:9 33:16 37:23 38:3 42:15 43:3 43:15 43:25 44:19 51:21 65:8 55:17 65:17 65:18 65:25 66:5 68:23 69:16 74:12 74:13 75:9 75:11 78:6 87:22

**gets**(2) 21:8 33:20
**getting**(4) 7:24 11:13 13:18 66:2
**ginger**(1) 1:42
**give**(21) 22:23 23:14 23:14 23:16 23:17 23:19 24:1 33:20 35:17 37:1 42:16 43:4 47:25 50:11 53:13 53:18 57:8 63:20 65:24 67:8 71:5

**give-and**(1) 35:11
**given**(11) 16:9 17:2 34:10 37:13 38:9 48:4 62:22 62:23 65:23 68:19 81:6

**gives**(2) 30:18 42:22
**global**(3) 4:29 40:17 61:19
**goes**(1) 50:16
**going**(102) 10:5 19:8 22:23 23:13 23:14 23:23 27:7 29:24 30:1 30:9 30:21 34:6 34:13 35:8 35:12 35:17 35:24 35:25 36:4 36:22 36:25 38:5 38:8 38:18 39:12 39:13 39:14 40:1 42:13 42:14 42:17 42:18 43:2 43:21 43:23 44:12 44:13 44:24 44:24 45:23 45:24 46:4 46:6 46:7 46:12 46:13 46:16 46:17 46:23 46:24 46:25 47:1 47:2 48:3 48:10 51:16 54:1 54:7 55:15 55:21 56:9 56:11 56:12 57:2 57:8 57:9 63:18 64:19 65:13 65:20 65:25 67:1 67:4 67:21 70:14 70:22 71:9 73:10 73:18 74:18 74:19 75:2 75:3 75:7 75:9 75:10 75:13 75:13 75:16 76:21 77:17 79:10 80:22 80:25 80:25 81:16 82:2 82:25 83:24 86:22 87:20

**gone**(2) 51:24 54:22

| Word | Page:Line |
|---|---|
| good(22) | 7:3 7:4 7:4 7:5 7:11 7:12 8:11 8:16 8:17 8:17 14:13 14:14 17:21 17:21 17:22 17:22 18:21 35:11 44:3 44:4 44:16 83:5 |
| goodwill(4) | 34:22 34:23 38:7 74:23 |
| got(14) | 22:12 22:13 30:23 43:24 44:6 44:20 44:20 46:1 65:19 67:18 69:16 73:9 74:23 87:13 |
| gotten(1) | 22:25 |
| gottlieb(2) | 1:35 8:19 |
| grant(1) | 62:7 |
| grapple(1) | 36:23 |
| gravitate(1) | 34:12 |
| great(3) | 49:17 72:20 76:12 |
| greater(1) | 48:17 |
| greatly(3) | 33:6 49:24 86:21 |
| green(1) | 36:22 |
| groats(2) | 48:7 48:10 |
| gross(25) | 1:21 7:22 8:21 18:11 18:21 19:11 20:2 30:10 33:25 34:7 36:1 36:12 53:20 55:7 56:17 71:19 76:20 77:11 79:15 79:19 80:15 81:12 82:22 83:11 88:7 |
| grossly(1) | 60:24 |
| gross'(1) | 81:6 |
| group(55) | 5:21 6:4 6:12 13:9 13:10 13:14 14:17 14:23 14:24 15:3 15:3 15:4 15:4 15:5 15:8 15:9 15:12 15:19 15:21 16:2 16:2 16:12 17:4 20:7 21:2 21:9 21:20 21:21 21:24 21:25 23:5 23:8 23:17 23:25 24:18 25:11 25:12 25:12 25:25 26:1 26:2 26:2 26:10 26:12 26:13 26:15 26:17 26:19 27:5 27:6 27:7 34:2 47:3 70:13 75:4 |
| groups(11) | 15:23 16:3 16:4 20:15 20:16 20:16 21:6 21:23 22:12 33:7 33:11 |
| group's(1) | 26:5 |
| guaranteeing(1) | 25:15 |
| guarantees(4) | 37:12 37:13 46:7 46:23 |
| guaranty(1) | 24:19 |
| guess(2) | 79:18 80:2 |
| guidance(6) | 35:16 35:17 35:18 46:12 55:1 84:14 |
| guidelines(1) | 81:2 |
| gump(2) | 2:12 4:25 |
| guyder(1) | 5:32 |
| had(24) | 9:7 9:12 10:21 12:21 13:13 19:22 21:5 28:20 30:17 39:24 41:7 45:4 45:5 56:6 61:2 61:5 68:3 77:20 77:22 78:8 78:14 84:19 85:10 85:16 |
| hadley(3) | 2:21 6:4 14:16 |
| half(1) | 65:14 |
| hall(1) | 3:26 |
| hallmarks(1) | 51:2 |
| hamilton(1) | 1:35 |
| hand(4) | 18:23 43:24 44:2 44:18 |
| hands(1) | 21:18 |
| handy(1) | 24:14 |
| hanrahan(1) | 5:12 |
| happen(2) | 32:18 56:4 |
| happened(7) | 20:13 22:8 22:9 37:21 37:22 38:23 68:8 |
| happening(1) | 87:18 |
| happens(1) | 33:8 |
| happy(5) | 11:19 14:7 19:23 27:24 28:1 |
| hard(2) | 34:8 88:13 |
| harrisburg(1) | 1:46 |
| has(34) | 11:20 17:4 21:2 24:19 25:7 31:11 36:20 36:2 36:2 38:13 42:20 43:9 44:21 45:18 45:20 49:1 49:19 52:12 54:22 55:11 56:4 57:15 57:17 58:2 65:4 65:8 65:9 68:6 68:9 69:10 69:11 69:24 70:3 72:13 75:1 85:5 |
| hasn't(3) | 15:10 62:22 62:23 |
| hauer(2) | 2:12 4:25 |

| Word | Page:Line |
|---|---|
| have(187) | 7:6 7:9 7:20 7:21 7:26 8:5 8:23 9:6 9:17 10:5 10:10 10:12 11:1 11:9 11:12 12:12 13:2 13:9 14:5 14:10 15:6 15:11 15:11 15:22 16:25 17:7 18:8 18:12 18:13 19:14 20:3 20:5 20:13 21:11 21:23 21:25 22:4 22:12 22:12 23:4 23:7 23:19 24:2 24:13 24:20 25:20 25:25 26:1 26:3 26:7 26:11 26:16 26:17 26:21 27:5 27:27 28:4 28:15 29:4 29:11 29:13 29:22 30:9 31:8 32:1 32:19 33:7 33:7 34:24 35:1 35:8 36:15 36:18 37:19 37:20 38:10 38:16 38:17 39:12 39:23 40:15 40:18 40:25 42:13 43:4 43:16 44:12 44:16 45:1 45:16 46:4 46:6 46:7 46:13 46:16 46:21 46:24 46:25 47:1 47:21 48:12 48:14 49:8 50:13 51:2 51:13 51:14 51:15 52:7 52:11 52:14 52:17 52:19 53:20 54:2 54:17 55:4 55:4 55:12 55:24 56:1 56:7 56:10 56:11 56:12 56:14 56:18 56:23 56:23 56:24 56:25 58:25 59:2 60:4 60:20 60:22 62:14 62:16 62:22 62:24 62:25 65:10 68:8 68:1 68:25 69:7 69:8 70:11 70:16 70:17 71:1 71:13 72:14 72:25 73:16 73:22 74:3 76:8 76:8 76:11 76:16 77:9 78:9 78:10 78:18 78:23 81:12 81:17 81:21 82:10 83:5 84:5 84:19 84:20 84:24 85:2 85:3 85:10 85:25 86:9 86:18 86:22 87:10 87:17 87:20 88:1 |
| haven't(6) | 15:9 15:18 22:25 24:7 26:3 |
| having(2) | 80:6 81:25 |
| hazard(3) | 49:6 49:9 49:10 |
| heading(2) | 42:6 84:17 |
| hear(20) | 7:23 24:2 29:9 34:1 38:1 38:2 38:6 39:9 45:10 46:1 46:17 46:23 53:20 59:19 59:20 61:22 62:1 66:6 72:15 76:21 |
| heard(5) | 25:3 37:2 60:21 71:16 76:25 |
| hearing(16) | 7:9 24:2 31:5 52:16 56:1 56:2 56:5 56:15 60:22 61:19 61:19 65:9 70:23 79:12 87:18 88:23 |
| hearings(6) | 29:9 32:16 39:5 39:5 39:6 |
| heavy(1) | 46:13 |
| heffner(1) | 2:44 |
| helped(7) | 9:21 9:25 |
| helpful(4) | 34:1 79:14 86:16 87:17 |
| here(32) | 7:16 9:19 12:3 12:12 13:10 14:7 16:7 20:16 22:12 32:14 34:7 35:14 35:21 46:21 47:4 47:22 50:22 52:1 56:10 56:18 58:7 60:7 66:2 74:5 78:6 79:19 84:16 84:18 86:13 86:14 86:16 86:19 |
| herein(1) | 64:7 64:12 |
| hereto(1) | 41:11 |
| here's(1) | 65:5 |
| hesitate(2) | 18:10 28:21 |
| hey(1) | 43:24 |
| he'd(1) | 79:11 |
| he's(2) | 7:11 49:22 49:25 66:4 |
| highlighted(1) | 40:10 |
| highly(1) | 22:3 |
| his(8) | 49:23 49:23 52:17 53:5 57:16 60:17 62:24 70:9 |
| historical(1) | 27:2 |
| hit(1) | 73:9 |
| hoc(1) | 2:20 |
| hodara(1) | 2:14 |
| hogan(1) | 5:5 |
| hold(2) | 39:4 61:18 |
| holidays(1) | 82:1 |
| honor(38) | 7:5 8:17 9:1 14:13 17:23 18:17 20:1 22:17 24:11 24:20 26:21 28:6 28:23 31:8 31:25 32:15 34:3 34:20 35:24 52:4 55:23 57:11 62:18 66:13 67:13 71:7 71:12 72:25 76:3 77:15 82:13 84:6 85:5 85:15 86:12 88:3 88:20 |
| honorable(2) | 1:21 1:22 |
| honors(4) | 8:5 10:3 13:1 17:19 |

| Word | Page:Line |
|---|---|
| hoops(1) | 84:20 |
| hope(1) | 11:15 |
| hopefully(4) | 9:22 10:15 71:21 88:9 |
| hour(1) | 65:14 |
| hours(1) | 8:4 |
| how(55) | 7:12 7:14 7:23 9:19 10:6 10:11 13:4 13:5 13:6 18:2 23:4 23:25 24:21 27:13 30:6 32:5 32:5 32:10 33:7 33:20 35:16 37:15 37:25 38:1 38:2 39:14 41:7 42:16 42:18 51:16 51:17 52:25 61:3 62:17 65:16 65:20 65:23 65:24 65:25 68:22 69:8 73:17 73:18 74:18 74:19 75:12 75:22 76:12 76:20 80:22 82:6 82:11 82:15 83:17 |
| howard(1) | 1:37 |
| however(3) | 39:8 50:15 80:4 |
| hubbard(1) | 3:5 |
| hughes(1) | 3:3 |
| hum(1) | 50:20 |
| hybrid(1) | 70:5 |
| hypothetical(1) | 57:10 |
| hypothetically(1) | 55:1 |
| i'm(1) | 49:23 |
| ideas(1) | 9:14 |
| identification(1) | 53:17 |
| identified(5) | 15:2 16:12 25:10 47:5 47:10 |
| identify(3) | 16:2 16:4 59:23 |
| ifsa(2) | 17:1 22:9 |
| immediately(2) | 32:18 37:20 |
| impact(2) | 41:21 49:9 |
| implementation(1) | 63:12 |
| implications(1) | 37:22 |
| implicit(3) | 58:3 59:9 59:9 |
| importance(3) | 48:1 49:14 49:14 |
| important(2) | 14:21 16:16 40:13 40:13 |
| importantly(2) | 47:10 68:24 |
| imposed(1) | 62:11 |
| impossible(3) | 54:1 63:9 80:21 |
| improper(3) | 63:6 63:12 63:14 63:15 |
| inappropriate(1) | 70:16 |
| inaudible(1) | 74:8 |
| inc(3) | 1:9 4:20 5:19 |
| inclined(1) | 71:5 |
| include(1) | 23:9 |
| included(3) | 39:25 40:8 |
| including(3) | 21:6 42:10 60:16 |
| inconvenience(1) | 60:1 |
| incorporated(2) | 64:7 64:12 |
| incorporates(1) | 62:8 |
| incorrect(1) | 58:8 |
| increase(1) | 37:6 |
| indenture(3) | 2:36 3:34 21:14 |
| independence(1) | 63:10 |
| independent(2) | 25:23 40:23 |
| indicate(2) | 19:21 61:16 |
| indicated(2) | 66:17 66:25 |
| indiscernible(46) | 36:9 37:1 37:9 38:9 39:3 39:17 42:23 43:2 43:20 45:1 45:3 45:20 46:3 46:9 46:11 46:21 48:6 48:22 49:7 49:12 49:20 50:3 50:14 50:19 51:5 53:7 57:12 62:23 63:22 64:5 71:20 73:13 73:16 73:20 73:23 74:22 74:24 75:19 75:20 75:21 76:15 76:16 76:17 77:12 77:12 83:7 |
| indiscernible-audi(1) | 60:15 |
| indiscernible-cough(2) | 52:13 64:15 |
| indiscernible-coughing(1) | 51:13 |
| indiscernible-shuffling(1) | 51:7 |
| individual(2) | 40:4 40:4 |
| inefficient(1) | 60:25 |
| influential(1) | 27:14 |
| information(1) | 76:8 |
| informed(1) | 69:24 |
| ingersoll(1) | 3:19 |
| initial(1) | 11:10 |
| inquiries(1) | 85:6 |
| inseparable(1) | 60:3 |
| insofar(1) | 10:25 |

| Word | Page:Line |
|---|---|
| insolvency(3) | 40:17 49:5 50:2 |
| instance(1) | 87:17 |
| instead(2) | 15:18 17:12 |
| insufficiently(1) | 46:15 |
| intellectual(3) | 30:7 30:8 60:9 |
| intend(1) | 76:5 |
| intended(1) | 79:23 |
| intention(1) | 63:16 |
| inter-company(3) | 31:3 31:5 37:7 |
| interest(13) | 15:15 17:4 20:15 21:22 22:6 26:9 29:22 43:11 43:13 44:2 60:14 81:5 81:9 |
| interested(10) | 4:37 4:41 5:19 5:23 5:40 6:8 6:12 6:16 6:25 6:29 |
| interesting(4) | 43:3 45:25 46:2 46:3 |
| interests(7) | 16:10 17:6 20:20 21:5 22:7 22:8 29:18 |
| interim(2) | 41:15 51:18 |
| interject(1) | 60:7 |
| international(3) | 49:5 49:14 51:22 |
| interrogatories(1) | 9:9 |
| interrupt(2) | 18:11 18:18 |
| interruptions(1) | 82:3 |
| intertwined(1) | 52:15 |
| into(17) | 9:24 19:9 33:9 33:9 33:16 36:8 37:19 40:15 43:3 43:16 44:6 45:7 48:13 61:20 63:19 66:2 82:23 88:10 |
| intra-canadian(1) | 13:7 |
| introduced(2) | 18:13 18:14 |
| introductory(1) | 11:4 |
| invitation(1) | 81:20 |
| involve(2) | 45:17 50:5 |
| involved(3) | 48:2 49:17 |
| involvement(1) | 46:20 |
| involves(1) | 50:4 |
| isn't(5) | 17:25 21:4 33:4 33:4 73:20 75:15 |
| issue(48) | 9:24 10:1 13:8 13:15 13:17 14:2 14:3 14:18 16:21 17:16 20:16 21:25 22:19 23:2 25:4 26:6 28:9 28:17 42:25 49:10 54:15 54:20 55:3 55:20 56:22 57:13 57:15 58:8 58:10 59:18 61:24 62:2 66:10 66:11 66:24 68:3 68:5 68:17 69:10 69:12 70:4 70:8 70:9 72:6 72:6 76:21 85:1 85:9 |
| issued(2) | 52:21 61:2 |
| issues(75) | 12:8 16:20 18:12 19:7 19:20 20:4 25:8 29:2 29:10 29:11 29:19 30:21 30:22 31:3 31:10 31:14 31:15 31:18 32:7 33:10 33:17 33:19 34:11 34:11 35:12 36:24 36:24 37:10 38:15 38:24 45:21 47:1 48:1 49:9 49:15 50:12 50:15 51:22 51:23 52:1 52:7 52:23 54:7 55:18 55:19 57:25 58:4 58:7 65:20 66:1 66:14 66:17 68:7 68:10 71:16 72:4 72:7 74:9 74:10 74:16 74:20 74:24 76:4 78:12 80:14 80:14 81:3 81:10 81:10 82:1 82:10 82:15 82:18 86:4 87:19 |
| item(1) | 39:2 |
| items(1) | 66:15 |
| its(10) | 13:9 13:15 44:16 45:9 46:16 51:19 58:9 58:17 64:8 83:14 |
| itself(3) | 9:20 78:19 |
| it's(77) | 8:13 10:4 10:9 10:13 11:18 12:8 12:22 13:12 14:7 14:21 17:6 17:23 18:2 18:21 19:4 20:1 20:2 20:17 21:1 21:4 21:15 21:17 22:19 22:22 23:6 23:8 25:1 25:20 26:24 26:24 27:2 28:11 28:18 28:24 29:1 30:1 32:9 32:20 34:3 34:24 38:6 39:2 39:19 39:20 41:25 42:3 44:20 44:20 44:24 45:24 47:21 47:23 49:14 58:3 58:20 60:10 60:11 61:1 61:6 61:24 62:15 63:21 69:15 70:9 71:19 72:24 75:10 75:13 75:16 75:21 77:11 77:21 79:19 80:21 80:24 83:2 87:20 |
| i'd(2) | 50:9 74:7 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **i'll**(13) 7:10  11:20  12:7  14:8  27:13  37:1  43:4  44:1  48:24  55:22  81:4  83:11  83:13 | | **king**(2) 2:8  3:14 | | **likewise**(1) 85:12 | | **many**(12) 10:11  12:22  35:8  50:1  50:11  72:25  73:18  74:18  74:19  76:20  82:11  82:14 | |
| | | **know**(78) 7:8  7:25  9:17  11:2  11:13  11:4  13:14  13:23  16:16  23:13  23:18  36:18  37:  37:18  38:6  38:23  44:8  44:21  44:23  44:24  44:25  46:9  47:21  47:21  47:24  48:13  49:1  50:11  50:21  53:1  64:16  64:17  65:11  65:1  65:20  65:21  65:22  65:22  65:23  65:25  66:  66:7  69:8  73:18  73:18  73:19  74:4  74:6  74:7  74:18  75:1  75:4  75:9  75:16  75:18  75:18  76:13  76:20  77:22  78:6  80:24  80:  81:1  81:21  81:22  82:4  82:21  84:15  84:16  84:20  84:25  85:4  85:5  85:20  85:23  85:24  86:10  86:25 | | **limit**(1) 16:3 | | | |
| **i'm**(25) 7:14  8:1  9:3  11:19  12:5  14:7  21:21  32:13  36:4  38:18  40:1  55:6  65:9  73:20  77:1  82:11  84:3  84:16  84:22  85:13  85:25  86:14  86:17  87:19  88:7 | | | | **limitations**(1) 10:10 | | **march**(10) 13:3  24:3  47:5  64:11  77:10  77:20  83:23  83:9  84:7  84:11 | |
| | | | | **limited**(4) 17:13  25:15  47:7  54:10 | | | |
| | | | | **line**(4) 43:17  43:20  77:4  79:3 | | **mark**(25) 18:21  18:22  19:25  20:1  20:2  52:4  55:1  55:6  55:10  55:14  55:20  57:12  57:13  65:3  66:4  66:6  66:9  67:11  67:13  71:18  71:24  74:8  77:7  77:16  80:12 | |
| **i've**(5) 22:13  51:24  66:16  68:19  70:21 | | | | **links**(1) 83:4 | | | |
| **jacob**(1) 3:28 | | | | **linn**(1) 5:41 | | | |
| **jacques**(1) 5:37 | | | | **lion**(1) 4:37 | | **market**(5) 1:13  1:31  2:30  2:45  3:21 | |
| **james**(1) 3:33 | | | | **list**(2) 48:6  76:10 | | **mark's**(1) 72:17 | |
| **jammed**(1) 21:20 | | | | **listen**(1) 31:1 | | **mass**(1) 47:2 | |
| **january**(1) 1:16  7:2  38:23  42:4  57:23  89:6 | | | | **listening**(1) 29:23 | | **material**(2) 57:20  68:21 | |
| **jeff**(1) 8:18 | | **knowledge**(1) 69:5 | | **lists**(2) 19:16  62:24 | | **math**(2) 74:21  75:5 | |
| **jeffrey**(1) 1:36 | | **known**(3) 47:5  47:8  47:11 | | **literally**(1) 16:14 | | **matter**(6) 8:2  16:11  22:9  72:13  79:11  89:  | |
| **jeopardize**(1) 75:17 | | **knows**(1) 48:22 | | **litigation**(6) 25:11  39:18  39:19  41:11  48:4  50:22 | | **matters**(5) 17:5  51:7  72:2  72:13  72:15 | |
| **jeopardy**(2) 51:4  59:11 | | **lack**(1) 63:10 | | | | **matthew**(4) 5:6  5:28  6:30  71:19 | |
| **john**(1) 3:12 | | **laid**(1) 38:14 | | | | **matz**(1) 6:5 | |
| **johnson**(1) 2:13 | | **language**(2) 16:19  16:22 | | **litigations**(2) 40:20  40:21 | | **maximum**(1) 8:4 | |
| **joined**(2) 21:24  21:25 | | **large**(1) 19:12 | | **little**(3) 10:4  33:21  46:11 | | **may**(39) 7:25  9:2  13:7  15:2  15:2  17:7  20:6  20:10  23:20  26:20  35:17  35:18  36:8  36:17  36:17  37:3  37:3  38:10  39:9  40:6  40:7  40:12  41:18  44:8  44:11  49:23  50:17  53:18  61:21  67:16  67:22  71:12  73:21  73:21  81:4  81:5  81:21  82:3  82:18 | |
| **joint**(12) 1:20  3:4  7:9  10:16  17:24  19:5  28:24  40:21  61:18  78:23  79:12  88:16 | | **largely**(6) 57:3  60:3  60:13  64:16  64:17  70:11 | | **live**(2) 10:10  10:12 | | | |
| | | | | **lived**(1) 35:5 | | | |
| | | | | **lives**(1) 50:1 | | | |
| **jointly**(1) 1:7  85:17 | | **larger**(1) 83:4 | | **llc**(2) 5:36  6:12 | | | |
| **jonathan**(1) 4:34 | | **lash**(1) 87:21 | | **llp**(12) 1:28  2:36  2:42  3:5  3:33  4:4  4:20  5:5  5:11  5:15  5:31  6:25 | | | |
| **jones**(2) 2:28  4:41 | | **last**(5) 16:2  15:2  17:8  20:6  70:2 | | | | | |
| **joseph**(1) 3:27 | | **lastly**(4) 54:14  66:9  66:11  70:18 | | | | | |
| **josh**(1) 4:30 | | **late**(2) 13:2  68:24 | | **loaded**(1) 19:18 | | **maybe**(6) 56:24  59:11 | |
| **judge**(25) 1:21  1:23  7:22  8:21  18:11  18:2  20:1  20:10  33:25  34:7  36:1  36:12  44:15  46:2  55:7  71:19  76:19  79:15  79:19  80:15  81:6  81:12  82:22  83:11  88:7 | | **later**(7) 9:22  14:19  20:8  42:8  70:19  80:3  85:1 | | **loan**(3) 37:7  37:8  63:15 | | **mccloy**(3) 2:21  6:4  14:16 | |
| | | | | **loans**(2) 31:3  31:6 | | **mean**(6) 10:21  11:25  14:25  36:6  57:9 | |
| | | | | **location**(1) 78:19 | | **meaning**(1) 44:10 | |
| | | **laughter**(5) 27:12  27:17  35:3  49:21  50:8 | | **logistical**(2) 78:12  84:13 | | **meaningful**(1) 16:9 | |
| | | **launch**(1) 8:21 | | **logistics**(1) 42:6 | | **means**(1) 19:14 | |
| **judges**(10) 34:24  36:23  37:25  38:2  38:2  38:3  43:18  48:14  51:16  78:2 | | **laura**(1) 3:26 | | **long**(8) 42:19  51:16  69:6  73:16  73:17  75:12  76:12  80:22 | | **mediation**(1) 49:20 | |
| | | **law**(7) 3:33  5:44  31:20  31:22  50:13  50:15  50:16 | | | | **meet**(4) 41:17  42:7  68:25  85:25 | |
| | | | | **longer**(1) 73:2 | | **meet-and**(2) 10:5  13:23 | |
| **judgment**(1) 71:10 | | **laws**(1) 31:24 | | **longstanding**(1) 30:12 | | **meet-and-confer**(3) 9:7  37:2  67:22 | |
| **jumped**(1) 77:16 | | **lawyer**(1) 46:1 | | **look**(16) 24:7  29:24  30:1  30:16  32:5  32:10  38:8  43:18  48:3  62:25  63:21  63:24  66:12  73:15  74:17  80:7 | | **meeting**(5) 9:12  35:10  37:16  59:22  83:4 | |
| **jumping**(1) 76:19 | | **lawyers**(2) 27:10  74:1 | | | | **melding**(1) 58:13 | |
| **jurisdiction**(4) 40:24  45:19  50:14  72:23 | | **lay**(1) 53:18 | | | | **melnik**(1) 2:43 | |
| **jurisdictions**(2) 31:23  83:17 | | **layer**(1) 50:19 | | | | **members**(2) 13:10  13:14 | |
| **just**(69) 8:1  8:20  8:21  11:20  12:13  14:3  14:17  15:22  16:6  16:17  16:25  18:5  18:16  18:18  18:23  18:23  19:19  19:10  19:21  19:2  21:4  21:10  21:21  22:17  22:18  22:18  23:6  25:6  25:20  27:13  28:5  28:21  32:21  33:21  34:5  38:17  49:18  54:25  57:8  60:7  62:12  65:21  66:9  66:11  67:8  69:13  70:2  70:24  71:2  71:12  71:13  71:16  76:3  76:13  77:7  77:7  77:10  77:12  78:11  78:15  79:13  81:14  81:14  82:9  82:15  82:20  84:3  86:3  86:13 | | **lays**(1) 18:3 | | **looking**(8) 35:16  38:5  50:24  66:8  76:18  80:16  80:23  81:15 | | **mention**(2) 11:20  12:13 | |
| | | **layton**(1) 2:5 | | | | **mentioned**(1) 16:18 | |
| | | **lead**(2) 9:20  9:25 | | | | **mere**(1) 73:2 | |
| | | **least**(14) 10:23  12:20  14:21  21:2  21:14  21:15  27:19  50:12  53:23  65:22  79:24  82:  86:23  87:17 | | **looks**(2) 10:20  84:4 | | **merits**(1) 39:7 | |
| | | | | **lot**(9) 10:19  29:19  30:10  34:22  34:23  35:  46:25  76:8  84:19 | | **met**(2) 9:9  9:9 | |
| | | | | | | **michael**(2) 5:41  6:26 | |
| | | | | **lottery**(1) 73:11 | | **microphone**(1) 14:7 | |
| | | **leave**(6) 16:24  76:22  77:4  79:2  83:11 | | **loud**(1) 50:20 | | **mid**(1) 24:2 | |
| **justice**(92) 1:22  7:8  7:10  7:11  7:12  7:15  7:19  8:18  8:20  8:25  14:15  21:5  24:5  25:18  26:22  27:16  28:22  28:18  28:24  33:25  34:6  34:19  35:2  47:16  47:18  48:9  48:12  48:17  48:20  48:23  49:19  49:22  50:7  50:9  50:25  51:1  51:3  51:23  53:20  54:25  55:7  55:11  55:17  56:17  58:20  61:9  64:19  65:4  66:5  67:12  71:8  71:15  71:22  73:3  73:8  73:11  75:23  76:14  76:18  76:25  77:3  77:11  77:13  78:10  79:2  79:5  79:10  79:15  79:18  79:21  79:23  81:19  82:20  83:7  83:11  83:20  83:22  84:3  84:9  84:12  85:10  85:25  86:19  87:7  88:6  88:12  88:17 | | **leblanc**(4) 2:22  14:13  14:15  14:16  17:10  17:19  17:20  18:14  20:5  27:13  27:21  27:  27:25  28:2 | | **lovells**(1) 5:5 | | **middle**(1) 77:22 | |
| | | | | **lovely**(1) 21:15 | | **might**(16) 8:21  14:12  33:25  47:11  71:14  76:2  76:9  79:14  81:8  84:14  84:15  84:25  86:10  86:16  87:8  87:9 | |
| | | **left**(1) 69:12 | | **lowenthal**(2) 3:40  5:46 | | | |
| | | **legal**(6) 30:10  50:3  50:12  50:14  58:13  74:13  49:11  51:10  51:24  54:15  54:21 | | **mace**(1) 1:42 | | | |
| | | **length**(22) 10:11  36:12  42:12  42:18  47:12  56:22  66:25  67:1  67:23  67:25  68:3  68:13  68:17  71:25  72:24  75:15 | | **machinations**(1) 81:7 | | **milbank**(3) 2:21  6:4  14:16 | |
| | | | | **made**(22) 8:14  14:19  15:25  16:14  18:5  30:14  36:3  40:12  40:13  41:5  41:18  45:3  52:24  55:12  65:17  67:5  69:24  70:7  72:22  77:16  80:21  85:5 | | **milestone**(1) 9:7 | |
| | | | | | | **miller**(1) 3:34 | |
| | | | | | | **million**(1) 45:4 | |
| **justify**(1) 49:3 | | **lengthy**(1) 80:11 | | **madison**(1) 2:38 | | **mind**(6) 18:16  46:14  61:2  61:6  70:1  71:4 | |
| **justin**(2) 4:12  4:38 | | **less**(1) 43:18 | | **magic**(1) 75:14 | | **minimum**(3) 47:11  47:14  59:25 | |
| **kathleen**(1) 3:20 | | **let**(10) 7:10  38:15  54:23  54:25  57:13  60:7  64:21  66:9  66:24  69:20 | | **main**(1) 20:20 | | **ministry**(1) 84:21 | |
| **katten**(2) 2:36  5:15 | | | | **maintained**(1) 36:3 | | **minor**(1) 11:22 | |
| **keane**(1) 2:29 | | | | **major**(4) 9:7  20:19  27:1  40:16 | | **minute**(1) 22:17 | |
| **keep**(1) 55:16 | | **letter**(2) 41:6  83:14 | | **majority**(3) 60:5  62:21  63:18 | | **minutes**(14) 11:6  21:2  21:4  21:14  21:15  23:1  24:1  26:25  27:10  27:11  27:14  77:5  78:12  79:3 | |
| **kelly**(1) 89:7 | | **let's**(6) 46:10  55:17  55:20  66:6  73:9  84:10 | | **make**(29) 13:11  14:17  15:17  16:25  17:13  18:11  19:23  20:22  21:3  21:8  22:24  25:16  26:13  34:14  47:14  47:25  49:9  50:16  54:16  57:11  69:1  69:4  70:25  77:17  80:6  82:6  82:18  86:5  86:8 | | | |
| **kent**(1) 5:20 | | **levels**(1) 35:23 | | | | **mischaracterization**(1) 60:12 | |
| **kevin**(2) 1:21  6:13 | | **liberty**(1) 1:38 | | | | **misguided**(1) 68:18 | |
| **key**(1) 85:9 | | **license**(1) 30:16 | | **makes**(3) 33:23  43:13  43:14 | | **mix**(1) 33:8 | |
| **kid**(1) 46:10 | | **lifting**(1) 46:13 | | **making**(7) 24:10  29:6  31:23  32:22  40:5  40:15  65:16 | | **mobile**(1) 84:24 | |
| **kind**(1) 86:9 | | **light**(3) 16:19  36:22  36:22 | | | | **modifications**(1) 86:5 | |
| | | **lightning**(2) 55:8  73:10 | | **managed**(1) 48:15 | | **moment**(5) 27:19  60:7  67:8  71:9  71:13 | |
| | | **like**(17) 10:20  14:9  15:22  16:6  20:11  27:11  28:21  38:8  50:9  78:11  79:13  82:1  85:3  85:4  86:2  86:4  87:3 | | **management**(4) 5:40  6:16  6:29  79:25 | | **monday**(1) 77:23 | |
| | | | | **manhattan**(1) 2:23 | | **money**(2) 43:16  44:3 | |
| | | | | **manner**(3) 29:3  80:18  80:24 | | **monitor**(9) 3:18  5:31  18:22  21:10  22:2  22:21  23:7  23:16  83:3 | |
| | | **likely**(1) 11:2 | | | | | |

| | | | | | | |

| Word | Page:Line |
|---|---|

**monitors**(1) 52:5
**monitor's**(1) 83:13
**month**(8) 9:13 10:5 10:14 11:12 11:15 23:24 59:22 68:25

**months**(1) 32:4
**months'**(1) 24:22
**moral**(3) 49:6 49:9 49:10
**morawetz**(82) 1:22 7:8 7:10 7:11 7:12 7:15 7:19 8:18 8:20 8:25 14:15 17:23 18:10 20:10 22:14 25:2 25:4 25:18 26:22 27:16 28:3 28:18 28:24 33:25 34:6 34:19 35:2 47:16 47:18 48:9 48:12 48:17 48:23 49:22 50:7 50:9 52:3 54:25 55:7 55:11 55:17 58:20 61:9 64:19 65:4 66:5 67:12 71:8 71:15 71:22 73:8 73:11 75:23 76:14 76:18 77:1 77:3 77:13 78:10 79:2 79:5 79:10 79:15 79:18 79:22 79:23 81:11 82:20 83:7 83:11 83:20 83:22 84:3 84:9 84:12 85:10 85:25 87:7 88:6 88:12 88:17

**morawetz'**(1) 86:19
**more**(22) 12:9 12:23 15:24 18:11 33:20 33:20 38:14 50:17 54:12 56:24 58:21 65:10 65:12 68:12 68:24 70:24 70:25 71:7 80:18 81:8 83:1 87:20

**morning**(14) 7:3 7:4 7:5 7:11 7:12 8:11 8:16 8:17 8:18 14:13 14:14 17:21 17:22 18:21
**morris**(3) 1:28 3:33 7:7
**most**(10) 22:6 37:18 41:3 43:16 47:10 50:2 79:18 80:5 80:23 86:22

**motion**(3) 62:7 62:10 71:10
**motions**(1) 19:20
**move**(5) 42:14 50:9 67:2 70:4 70:5
**moved**(1) 65:11
**moving**(3) 41:17 74:6 74:6
**mrda**(1) 31:12
**much**(23) 9:16 12:23 13:5 13:6 24:21 26:10 28:23 33:20 37:25 38:1 38:2 62:17 65:16 65:25 68:22 69:15 71:1 75:8 80:17 82:6 87:20 88:12 88:17

**muchin**(2) 2:36 5:15
**multiple**(1) 23:19
**murphy**(1) 3:20
**must**(2) 70:3 70:5
**myself**(1) 82:22
**narrowed**(2) 68:8 80:9
**national**(1) 49:14
**naturally**(1) 33:14
**nature**(3) 36:2 38:9 38:16
**near**(1) 9:15
**necessary**(4) 14:20 40:17 81:23 82:7
**need**(21) 12:14 13:5 22:18 23:21 23:22 24:6 29:21 29:23 30:21 31:20 33:20 40:9 40:25 53:22 54:12 68:23 69:19 70:16 74:20 82:11 86:11

**needs**(4) 14:4 29:15 73:19 76:23
**negative**(2) 80:12 83:9
**negotiations**(1) 24:23
**neither**(1) 73:14
**networks**(2) 1:9 4:19
**never**(2) 45:25 51:2
**new**(11) 1:39 2:17 2:24 2:39 3:8 3:30 3:42 4:8 19:3 19:3 26:20

**next**(18) 10:17 11:10 11:12 11:15 22:24 23:24 24:5 24:22 32:4 45:25 59:8 59:22 68:25 70:14 73:11 73:23 83:20 84:18

**nichols**(2) 1:28 7:7
**nine**(2) 63:22 63:25
**nnc**(2) 46:18 63:3
**nni**(1) 64:8
**nnl**(1) 63:3
**nnl's**(1) 46:18

**nnsa**(2) 64:9 64:14
**nnuk**(3) 63:4 64:7 64:13
**nnuk's**(1) 46:18
**nobody**(3) 37:18 48:22 53:12
**nobody's**(2) 13:22 13:24
**non-interest**(1) 37:7
**none**(2) 52:16 62:11
**nor**(1) 26:14
**normally**(1) 7:9
**nortel**(6) 1:9 4:19 5:35 7:20 40:17 50:2
**north**(5) 1:31 2:8 2:30 3:14 3:21
**not**(100) 9:19 11:6 13:18 14:24 14:25 15:11 16:1 16:11 17:10 20:17 21:2 21:10 22:1 23:6 23:8 23:9 26:11 27:2 31:19 32:13 32:15 32:23 35:6 35:25 36:13 36:14 37:3 37:21 38:1 38:12 39:19 40:22 41:4 41:21 44:25 46:10 47:5 47:8 48:10 48:14 49:3 49:13 49:23 50:12 51:3 53:12 53:14 53:16 55:3 55:6 56:21 57:8 57:9 58:25 59:10 59:13 59:17 59:18 59:20 60:10 60:10 60:17 62:21 64:6 64:11 64:19 64:2 65:6 65:9 68:5 68:12 68:20 69:18 70:16 70:19 72:2 72:4 72:5 72:7 72:10 72:16 72:18 73:5 73:20 73:21 74:1 75:25 77:1 85:10 86:14 86:16 86:17 87:19

**notations**(1) 82:23
**note**(2) 19:10 50:11
**noted**(2) 19:12 50:11
**noteholder**(2) 20:16 22:8
**noteholders**(5) 21:6 21:13 21:23 27:5
**noteholders'**(1) 20:5
**notes**(1) 18:24
**nothing**(3) 24:8 30:24 55:21
**nothing's**(1) 65:11
**notion**(5) 53:14 58:7 59:11 70:4 71:1
**nova**(2) 48:7 48:9
**november**(5) 41:4 67:6 67:12 68:7 69:9
**now**(32) 11:18 12:11 12:23 15:25 16:15 16:17 16:18 18:12 22:13 24:24 26:16 29:11 34:2 43:12 47:15 54:23 55:17 56:2 62:14 62:17 64:20 65:8 66:6 66:24 69:19 70:19 71:2 79:4 80:17 82:5 82:20 88:18

**nri**(1) 64:14
**nuance**(3) 35:7 35:8 44:13
**nuances**(1) 38:3
**nuancing**(1) 43:3
**number**(23) 7:26 10:10 24:14 28:15 36:13 36:14 38:21 45:20 47:4 47:7 47:8 47:20 51:11 51:12 52:23 54:10 67:19 68:22 69:2 73:4 74:8 76:7 81:15

**numbered**(3) 39:20 42:1 62:6
**numbers**(1) 54:19
**numerous**(2) 9:14 50:19
**objecting**(1) 25:9
**objection**(2) 12:14 36:11
**objections**(6) 8:7 8:9 11:21 11:22 11:23 19:20

**objectors**(1) 12:4
**obligated**(1) 11:6
**observations**(1) 40:14
**obvious**(1) 72:23
**obviously**(17) 7:20 9:16 11:4 11:13 12:1 12:8 14:6 26:12 28:8 33:18 73:2 78:1 78:6 83:14 84:25 85:22 86:21

**occur**(3) 36:4 51:8 51:9
**occurred**(2) 37:16 37:21
**off**(8) 14:2 18:12 24:20 26:23 66:4 82:24 83:3 83:6

**offending**(1) 16:22
**offered**(2) 27:22 27:25
**officer**(1) 73:15
**offices**(1) 9:10

**official**(4) 2:4 4:24 86:9 86:20
**offline**(1) 84:15
**often**(1) 69:23
**okay**(9) 14:1 24:24 48:22 64:23 65:18 77:18 77:21 78:24 79:15

**omission**(1) 16:22
**omnibus**(1) 43:7
**once**(3) 20:18 56:1 64:23
**one**(78) 1:38 2:7 2:16 2:23 3:7 8:9 8:10 9:16 11:25 12:15 12:25 13:10 13:15 13:17 14:17 16:18 16:23 18:5 20:22 21:16 21:25 22:1 22:17 22:20 24:4 25:14 26:6 26:6 26:23 27:7 27:20 28:15 29:6 41:24 41:24 42:23 44:19 48:23 49:12 50:2 50:17 52:1 52:14 52:16 55:9 57:15 58:2 58:5 60:4 60:19 61:25 63:20 64:21 65:5 65:10 65:19 68:18 71:22 72:7 72:22 73:13 73:14 74:8 75:13 76:13 76:14 76:15 77:16 80:10 80:13 83:17 83:19 85:23 86:1 87:2 87:10 87:11 87:12

**one-page**(1) 82:23
**one-trial**(2) 72:10 72:11
**only**(23) 9:19 14:3 23:9 25:9 27:9 29:9 47:9 49:13 53:19 54:20 58:25 61:23 62:2 78:5 84:12 86:12

**ontario**(1) 80:5
**onus**(9) 42:25 44:21 44:22 44:24 45:9 45:18 47:22 53:24 58:14

**open**(7) 57:16 61:8 69:13 77:4 79:3 84:19 84:22

**open-ended**(1) 81:19
**opened**(1) 56:6
**opening**(19) 20:23 20:25 21:3 23:10 23:14 23:15 23:16 23:17 23:19 24:10 24:21 25:16 26:7 26:13 56:3 56:13 56:13 59:14

**opinions**(1) 38:10
**opportunity**(4) 19:19 40:18 78:9 80:6
**opposed**(4) 23:24 85:1 85:3 87:11
**option**(1) 50:22
**optional**(1) 57:6
**oral**(3) 20:23 45:5 59:16
**order**(25) 38:20 39:16 39:17 39:18 40:5 40:12 41:3 41:7 41:9 41:14 41:20 45:3 52:18 52:24 57:18 57:22 67:6 67:9 67:14 68:7 70:18 72:21 75:2 83:18 87:10

**ordered**(8) 15:24 16:15 38:21 41:8 41:10 41:23 45:2 58:5
**ordering**(1) 75:1
**orders**(8) 7:21 38:19 41:14 47:25 58:18 58:19 61:7 66:21

**organized**(1) 8:2
**original**(2) 29:8 32:2
**originally**(2) 62:6 62:10
**other**(22) 12:17 15:23 16:1 17:6 23:20 23:21 24:17 26:4 26:18 31:5 32:4 36:15 36:20 37:14 44:18 61:4 65:11 70:5 71:23 78:2 78:5 84:13

**others**(1) 27:8
**otherwise**(6) 11:20 25:23 30:20 51:13 72:18 81:16

**ought**(2) 24:5 32:12

**our**(62) 8:13 9:10 10:17 10:22 11:15 13:1 13:16 13:25 15:11 15:25 15:22 16:10 16:12 16:21 16:23 19:4 20:8 21:20 28:3 33:22 35:19 36:1 36:11 40:6 42:20 42:21 45:12 45:22 47:11 47:24 47:24 48:2 49:10 49:15 51:1 51:3 51:25 51:25 52:5 54:16 54:21 58:21 60:12 60:12 60:14 60:17 61:7 62:21 63:21 63:22 63:25 65:6 69:11 70:4 73:7 73:13 75:21 78:20 83:19 84:24 85:7 85:23

**ourselves**(4) 16:6 16:9 46:10 78:7
**out**(46) 7:17 10:3 13:7 13:18 16:18 18:3 21:13 21:16 22:5 23:24 24:4 25:23 27:3 27:7 29:2 32:5 32:11 38:4 38:18 39:21 39:25 41:7 41:10 42:17 43:18 45:14 45:22 47:7 48:2 63:19 64:2 64:4 64:10 64:24 70:1 70:10 71:6 74:8 75:5 75:6 75:8 76:5 81:25 82:12 85:22 86:5

**outcome**(3) 49:4 65:1 65:2
**outline**(1) 18:2
**outlined**(1) 80:7
**outset**(2) 10:22 39:12
**outside**(3) 85:13 85:17 86:7
**over**(23) 12:20 14:7 18:23 23:24 27:10 37:14 37:21 37:22 40:11 45:4 45:23 54:17 59:22 61:13 61:16 62:4 63:3 63:7 65:21 68:25 70:14 76:20 85:3

**overall**(1) 32:24
**overlap**(11) 29:14 29:19 31:11 31:16 62:19 62:20 71:25 72:1 72:2 72:7 82:17
**overlapping**(9) 52:15 55:23 56:15 60:20 60:21 62:21 64:17 66:12 82:15

**overlaps**(3) 60:3 62:18 64:18
**overview**(1) 57:5
**overy**(2) 3:25 5:31
**own**(8) 15:9 15:18 15:22 16:12 43:16 44:11 44:16 46:16
**ownership**(1) 63:17
**o'connor**(8) 4:5 34:3 34:3 34:4 34:5 34:10 34:17 34:18

**p.m**(3) 84:8 84:11 88:23
**pachulski**(1) 2:28
**page**(19) 20:25 21:11 40:2 40:6 40:12 40:12 41:9 42:2 42:4 42:22 45:13 45:22 45:23 48:2 57:21 62:6 63:24 64:1 67:14

**pages**(2) 39:20 42:1
**paige**(1) 6:9
**paper**(3) 11:14 70:11 75:20
**papers**(2) 10:20 51:7
**paragraph**(14) 38:21 41:9 41:9 45:13 45:23 48:2 57:22 61:13 62:5 62:6 63:22 64:14 64:18 66:12

**paragraphs**(5) 64:8 64:8 64:9 64:13 64:14
**parallel**(7) 29:4 33:1 33:2 52:13 53:14 56:4 56:10

**pardon**(1) 62:5
**park**(2) 2:16 3:7
**parse**(1) 63:19
**part**(15) 16:2 16:5 16:23 21:2 26:13 26:18 27:18 28:3 46:13 50:1 63:16 65:9 74:6 77:8 83:4

**participants**(1) 50:5
**participated**(1) 51:6
**particular**(4) 10:6 13:15 67:20 73:1
**particularly**(3) 20:22 35:10 86:20
**particulars**(3) 64:3 64:4 79:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|---|---|

**parties**(108) 7:26 9:6 9:19 10:2 10:3 10:11 10:12 11:2 11:13 12:3 13:2 13:4 13:19 15:15 16:1 19:1 19:8 22:6 23:19 23:21 24:17 29:22 31:1 31:5 31:25 32:4 33:7 35:7 36:4 36:14 37:6 37:11 37:23 38:1 39:4 39:24 39:24 39:25 41:14 41:17 42:7 42:15 42:19 43:11 43:13 44:2 45:18 45:19 45:20 50:18 51:19 54:3 54:17 55:2 56:12 56:24 58:2 58:22 59:5 59:7 59:22 60:14 60:25 62:16 63:9 63:16 64:24 65:10 65:13 67:2 67:21 68:4 68:13 68:14 68:25 69:3 69:6 70:10 70:12 70:25 71:6 73:25 74:1 74:2 74:2 74:11 74:12 75:3 76:5 76:8 77:8 77:20 77:23 78:6 80:8 80:17 80:23 81:5 81:15 82:5 82:8 82:21 82:24 83:3 83:5 84:13 84:16 85:16

**parties'**(3) 19:15 56:3 57:3
**partners**(4) 4:33 4:33 4:37
**parts**(1) 74:6
**party**(28) 4:37 4:41 5:19 5:23 5:40 6:8 6:12 6:16 6:25 6:29 11:6 13:15 15:8 17:12 21:22 24:18 25:7 25:9 29:25 40:1 40:4 44:19 44:24 45:9 59:3 65:5 75:8 80:6
**passage**(1) 12:24
**passing**(1) 81:8
**past**(1) 49:7
**patterson**(2) 3:39 5:45
**payment**(1) 37:8
**peg**(1) 4:42
**pennsylvania**(1) 1:46
**pension**(20) 4:4 5:5 29:18 33:13 34:15 37:10 37:11 37:12 38:25 39:6 39:7 39:8 39:11 39:25 40:3 40:16 46:20 50:23 50:24 58:1
**pensioner**(2) 20:16 22:7
**pensioners**(1) 50:23
**people**(9) 33:15 35:11 35:13 65:14 74:18 74:19 75:2 76:24 77:22

**peradventur**(1) 56:2
**percent**(2) 30:19 60:9
**perfectly**(4) 26:9 57:19 79:21 88:15
**perhaps**(9) 8:21 10:4 68:4 68:24 77:3 77:21 79:19 86:17 86:18

**period**(4) 17:13 32:22 43:7 63:7
**permission**(1) 24:17
**permit**(2) 59:10 66:21
**permitted**(1) 41:15
**permutations**(1) 81:7
**perry**(1) 6:8
**person**(1) 10:14
**personally**(1) 86:4
**perspective**(1) 35:4
**pertain**(2) 18:7 59:1
**peter**(1) 2:29
**phase**(4) 9:18 30:22 31:17 32:1
**phone**(1) 83:19
**piper**(1) 2:42
**place**(7) 15:14 31:6 33:3 47:3 61:3 71:1 86:24

**places**(3) 72:12 78:16 87:21
**plaintiffs**(1) 76:16
**plan**(8) 5:5 10:22 18:3 39:8 39:18 40:2 41:12 46:20

**planned**(2) 78:8 78:14
**plans**(2) 9:11 50:23
**play**(1) 13:7
**plaza**(1) 1:38 2:23 3:7
**pleading**(3) 60:11 63:24 64:3
**pleadings**(5) 45:1 58:25 62:25 63:23 64:16
**please**(6) 7:3 8:25 14:12 71:8 79:8 79:9
**pleased**(3) 9:3 12:5 41:6
**pled**(1) 36:8

**plenty**(1) 85:1
**pod**(2) 43:20 44:3
**pods**(1) 43:20
**point**(31) 5:26 5:27 8:12 13:5 14:9 14:17 17:11 25:3 32:22 35:2 48:20 50:20 55:1 55:3 55:15 71:13 72:7 72:9 72:19 73:7 75:20 76:14 76:15 77:2 80:2 80:3 80:3 80:10 80:21 81:12 84:13
**points**(6) 16:25 35:8 55:12 72:22 77:16 83:13

**policy**(1) 46:20
**pose**(1) 60:23
**position**(25) 16:14 16:24 20:18 21:13 21:17 21:18 22:1 22:2 26:8 30:18 43:9 49:23 52:6 55:5 58:16 60:8 60:10 60:11 60:12 60:12 60:13 63:2 63:5 65:6 70:9

**positions**(2) 27:3 63:5
**positive**(1) 51:14
**possible**(6) 17:13 32:16 42:8 58:3 62:1
**possibly**(2) 19:20 81:1
**post-hearing**(2) 29:5 33:1
**potential**(1) 11:1
**powers**(1) 51:19
**ppearances**(4) 1:26 2:1 3:1 4:1
**practiced**(1) 73:16
**pragmatic**(1) 44:5
**pragmatically**(9) 36:5 36:5 36:10 41:1 44:14 45:6 51:10 75:12 75:21

**pre**(2) 35:14 83:20
**pre-filed**(5) 19:13 54:2 56:11 57:4 57:10
**pre-hearing**(2) 29:4 32:25
**pre-judgment**(1) 51:2
**pre-trial**(22) 9:18 10:17 19:4 19:16 19:19 35:15 36:19 36:20 36:20 38:12 38:12 38:13 42:3 51:11 51:25 56:3 58:18 58:19 58:22 73:23 74:7 77:9

**precedence**(1) 49:17
**precedential**(1) 38:9
**precisely**(1) 62:3
**preclude**(1) 24:9
**preemptory**(1) 41:24
**prefer**(1) 78:2
**preference**(2) 77:21 84:5
**prejudice**(3) 20:8 27:20 65:7
**prejudicial**(1) 22:4
**preliminary**(8) 9:14 35:14 35:15 38:12 42:3 85:6 85:8 85:16
**premature**(7) 10:4 12:22 22:19 22:20 32:9 47:12 47:13

**premise**(1) 53:22
**preparations**(1) 7:24
**prepared**(1) 54:6
**present**(5) 10:15 23:21 32:21 58:9 58:17
**presentation**(3) 8:8 11:19 18:19
**presented**(3) 29:15 32:7 56:6
**presenting**(1) 31:22
**pressure**(1) 8:22
**presumably**(1) 43:15
**presumption**(1) 30:18
**presumptuous**(1) 19:15
**pretty**(2) 20:13 32:6
**previous**(3) 52:18 61:6 66:21
**price**(1) 37:6
**pricing**(6) 31:12 31:14 31:15 37:5 46:20 63:13

**primarily**(1) 34:21
**principal**(2) 43:17 70:13
**principle**(1) 80:9
**prior**(2) 49:20 54:9
**pro-rata**(4) 22:3 43:5 43:7 43:23

**probably**(6) 37:24 69:4 78:22 82:17 84:18 85:23

**problem**(2) 17:17 65:4
**problems**(2) 44:13 87:14
**procedura**(3) 25:13 25:15 40:24
**procedurally**(1) 83:12
**procedure**(2) 35:24 42:22
**procedures**(2) 41:16 44:25
**proceed**(10) 8:3 8:25 9:2 10:20 24:5 24:5 28:16 42:21 45:2 69:6

**proceeded**(1) 49:2
**proceeding**(6) 46:11 58:23 58:24 61:3 69:22 83:4

**proceedings**(14) 1:20 1:49 26:4 44:23 49:5 50:3 53:14 53:15 56:10 60:2 62:25 63:19 69:23 89:4

**proceeds**(2) 17:3 61:19
**process**(16) 15:10 15:11 19:3 19:4 19:18 34:25 42:24 45:8 47:22 51:3 51:4 51:6 56:18 67:22 74:16 75:20
**produce**(1) 60:15
**produced**(1) 1:50
**production**(2) 45:4 47:2
**professor**(1) 50:16
**progress**(2) 65:16 69:5
**project**(6) 31:6 31:9 37:2 37:3 37:3 63:14 64:10

**proof**(6) 33:11 33:16 42:25 44:20 58:14 64:10

**proofs**(1) 64:5
**properly**(1) 85:21
**property**(3) 30:7 30:8 60:10
**proportion**(1) 75:2
**proportionality**(3) 47:21 47:23 69:21
**proportionally**(2) 75:10 75:11
**proportionate**(3) 47:25 50:25 73:14
**proportionately**(1) 73:24
**proposal**(7) 10:16 13:25 40:20 42:22 53:21 54:14 88:14

**propose**(1) 41:20
**proposed**(7) 12:25 16:13 19:22 32:18 42:12 61:15 67:23

**proposing**(1) 13:3
**proposition**(1) 62:24
**prospect**(1) 67:1
**protocol**(85) 8:6 8:9 9:10 9:14 9:15 9:25 11:5 12:4 14:10 14:23 15:1 15:20 16:13 17:8 18:2 18:6 18:13 18:24 19:5 19:12 19:14 19:19 20:18 20:21 21:12 22:4 22:22 22:22 23:10 24:8 25:8 29:1 29:8 32:2 34:8 34:24 35:7 38:22 39:1 39:4 39:5 39:17 41:1 41:11 41:12 42:15 42:23 53:3 53:5 53:10 53:16 53:25 54:18 56:25 57:2 57:23 58:9 58:17 59:10 59:14 61:2 61:10 61:11 61:15 61:17 62:4 62:8 62:14 65:19 66:20 66:21 67:4 67:13 67:15 67:20 67:24 68:20 68:21 69:7 71:1 75:7 76:5 76:6 77:8

**protocols**(1) 43:12
**prove**(3) 44:20 45:18 68:23
**provide**(5) 19:12 19:19 43:2 57:3 65:24
**provided**(7) 7:26 19:17 38:17 39:8 41:21 61:21 74:14

**providers**(1) 85:8
**provides**(3) 58:18 66:22 76:5
**providing**(2) 42:11
**proving**(2) 33:13 33:14
**provision**(4) 62:12 67:6 67:20 72:21
**prudential**(1) 46:11
**public**(2) 50:2 50:21
**pultman**(1) 3:28

**purely**(1) 72:4
**purposes**(1) 39:23
**put**(27) 11:5 13:13 13:13 31:20 38:8 39:23 40:18 42:23 43:6 43:8 43:10 45:9 51:3 52:7 53:7 53:23 54:1 54:20 59:11 67:24 69:10 73:25 74:4 82:23 85:7 86:6 87:9
**putting**(1) 88:13
**puzzling**(1) 68:11
**question**(8) 54:25 57:14 60:23 60:24 66:18 68:6 74:5 86:1

**questions**(5) 11:19 19:22 71:7 78:18 83:18
**quite**(6) 9:18 12:5 15:12 24:11 32:20
**qureshi**(1) 2:15
**raise**(1) 23:6

**raised**(3) 20:4 26:21 34:11
**rather**(2) 19:7 49:12
**re-doing**(1) 72:16
**re-start**(1) 28:21
**reach**(1) 42:9
**read**(4) 59:19 59:20 62:12 68:2
**real**(3) 33:5 49:2 51:16
**realistic**(1) 50:21
**realistically**(2) 51:17 80:14
**reality**(1) 60:3
**realize**(1) 51:24
**really**(18) 7:23 11:21 12:9 12:14 13:5 13:7 14:4 16:21 23:3 34:12 36:21 38:6 56:19 65:11 67:7 71:17 74:5 88:14

**reason**(11) 26:16 30:25 31:4 31:8 31:25 43:4 58:6 60:4 62:5 73:13 87:5

**reasonable**(1) 70:12
**reasonableness**(1) 46:15
**reasonably**(2) 73:24 73:24
**reasons**(8) 17:7 22:20 33:23 61:9 61:14 68:18 73:6 82:4

**rebuttal**(1) 47:8
**recall**(6) 39:20 40:6 40:8 41:4 41:5 45:3
**recent**(1) 41:3
**recess**(5) 77:4 77:7 77:19 79:4 79:7
**recognition**(1) 25:14
**recognize**(3) 14:22 53:16 66:21
**recognized**(6) 17:1 17:3 17:7 35:20 36:2 52:14

**recognizes**(4) 25:15 26:7 53:10 58:6
**recognizing**(1) 15:5
**record**(6) 7:7 37:20 50:2 50:21 57:4 70:11
**recorded**(1) 1:49
**recording**(2) 1:49 89:3
**records**(1) 53:8
**rectify**(1) 50:7
**red**(1) 36:22
**reduce**(2) 55:3 55:11
**reduced**(1) 68:8
**reed**(1) 3:5
**refer**(2) 38:18 61:12
**reference**(3) 63:20 64:7 64:12
**references**(1) 20:24
**referred**(3) 42:24 57:20 71:25
**refers**(1) 61:12
**reflect**(1) 19:8
**reflected**(3) 14:22 16:13 22:22
**regard**(3) 9:17 13:24 38:10
**regarding**(5) 9:7 19:2 22:25 61:9 65:18
**regards**(2) 9:10 46:18
**regimes**(1) 49:16
**regional**(1) 48:5
**related**(5) 29:10 29:11 31:10 31:19 32:17
**relates**(1) 28:9
**relating**(1) 18:12
**relation**(9) 29:15 29:16 29:21 31:21 31:23 32:8 32:20 32:23 33:12

**relative**(1) 63:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**relatively**(1) 11:24
**relevant**(8) 39:10 53:19 59:21 59:24 61:22 62:2 63:8 72:21

**relief**(1) 20:8
**relies**(1) 59:3
**relieve**(2) 82:7 82:20
**relinquished**(1) 29:25
**reluctant**(1) 80:5
**rely**(3) 54:5 59:5 68:15

**remain**(1) 57:2
**remainder**(1) 28:11
**remained**(1) 68:1
**remaining**(3) 18:8 39:7 62:9

**remarkable**(1) 37:15
**remarks**(2) 11:5 69:21
**remember**(1) 24:9
**remind**(1) 70:6
**reminder**(1) 77:8
**remitted**(1) 19:5
**removal**(1) 20:17
**removed**(1) 20:19

**reorg**(1) 5:19
**reorganization**(1) 31:6
**repeat**(2) 19:11 87:24
**reply**(4) 25:6 26:20 45:10 61:7
**report**(2) 9:3 69:1
**reporter**(2) 86:7 86:18
**reporters**(1) 84:20
**reporting**(2) 86:14 86:15
**reports**(11) 11:9 11:11 19:17 31:9 31:13 31:19 31:20 38:4 49:23 54:8 76:10

**representativc**(2) 9:23 19:2
**representing**(1) 50:22
**request**(8) 9:8 18:5 20:7 29:6 32:14 32:22 68:10 68:12

**requesting**(1) 77:8
**requests**(1) 15:17
**require**(5) 29:24 30:1 47:14 70:5 82:25
**required**(2) 40:3 45:2
**requirements**(1) 46:17
**requires**(2) 44:19 76:4
**research**(1) 5:19
**reserve**(1) 20:21
**reserved**(2) 57:4 57:6
**resident**(1) 50:4
**resolution**(3) 9:23 9:25 70:6
**resolve**(7) 9:22 12:23 16:21 19:20 24:6 64:20 86:1

**resolved**(5) 16:20 52:8 54:7 70:17 70:17
**resource**(1) 46:15
**resources**(1) 46:19
**respect**(31) 8:6 9:8 16:8 19:3 26:3 26:6 32:12 42:10 47:22 51:7 53:6 58:10 58:12 59:18 60:16 64:7 64:8 64:9 64:12 64:14 65:7 65:18 68:21 72:5 72:17 72:19 72:20 72:23 75:15 76:7 81:4

**respected**(2) 40:25 53:6
**respectful**(1) 73:5
**respective**(2) 59:7 61:24
**respectively**(1) 61:23
**respects**(3) 9:24 12:22 13:7
**respond**(5) 20:3 22:16 22:18 23:22 52:5
**responded**(1) 55:12
**responds**(1) 71:17
**responsible**(2) 35:9 73:25
**responsibly**(6) 35:13 74:3 74:12 74:18 74:22 75:11

**rest**(4) 11:3 13:16 16:19 20:17
**restatement**(1) 76:6
**restricted**(2) 21:9 76:10
**rest**(3) 17:11 19:2 62:7
**resulting**(1) 33:5
**retain**(1) 85:17

**retained**(1) 29:7
**remaining**(1) 85:23
**retains**(1) 72:23
**return**(1) 68:16
**returnable**(1) 62:10
**revised**(3) 63:8 67:16 82:24
**richard**(1) 6:9
**richards**(1) 2:5
**right**(47) 8:20 10:18 11:8 12:23 14:11 15:20 17:2 17:18 18:18 21:19 24:12 24:15 25:16 25:19 25:20 25:22 26:1 26:8 26:17 27:23 28:10 30:19 33:24 34:2 34:16 43:25 48:16 55:10 55:21 58:15 73:12 77:3 77:25 78:21 79:1 79:2 81:21 83:10 83:24 84:8 84:10 84:17 87:15 87:23 88:4 88:6 88:16

**righton**(1) 5:36

**rights**(10) 13:22 13:24 25:13 25:15 25:21 26:1 26:25 30:16 52:17 58:15

**rise**(2) 50:11 79:8
**risk**(2) 42:24 59:11
**robert**(1) 2:13
**rodney**(2) 2:7 3:13
**role**(1) 16:9
**room**(5) 34:25 46:3 67:18 76:18 88:10
**rooney**(1) 3:19
**rosenman**(2) 2:36 5:15
**rosenthal**(57) 1:36 8:15 8:17 8:18 8:24 9:1 9:3 9:6 10:9 10:11 10:25 11:9 11:25 12:11 12:17 14:2 14:11 14:16 16:17 17:1 18:1 18:14 18:25 19:11 20:4 22:15 22:17 24:11 24:13 24:16 24:25 25:1 28:5 28:8 28:11 28:14 32:10 34:8 35:10 77:14 77:15 77:19 78:1 78:5 78:15 78:16 78:18 78:22 78:25 84:5 85:15 85:20 87:2 87:16 88:1 88:3 88:20

**round**(3) 11:10 11:10 22:24
**rows**(1) 86:5
**rule**(1) 70:2
**rules**(4) 40:14 45:2 47:24 47:24
**run**(3) 44:4 69:9 69:14
**running**(1) 43:11

**said**(28) 10:2 17:10 18:1 22:22 28:4 37:17 37:17 37:17 40:14 42:13 45:3 47:13 52:12 53:5 56:23 60:8 62:6 62:15 70:3 70:7 71:18 72:13 73:10 73:15 74:9 74:9 74:24 77:22

**sale**(1) 30:4
**sales**(2) 17:3 30:1
**same**(22) 16:1 16:11 21:19 26:1 26:10 26:25 26:25 27:8 31:3 33:4 33:9 33:19 34:6 43:24 44:1 44:7 44:12 60:22 64:9 81:11 86:10 87:19

**sameer**(1) 4:6
**samis**(1) 2:6
**sat**(1) 37:13
**satisfied**(1) 76:24
**satisfy**(1) 53:24
**save**(1) 71:21
**saw**(1) 9:4
**say**(36) 8:21 11:3 12:6 13:5 13:23 14:3 22:13 23:6 30:11 30:15 34:6 34:7 36:5 39:5 43:5 43:19 43:24 44:2 47:24 50:1 55:9 58:2 61:1 66:14 68:16 68:18 71:11 73:9 74:17 74:23 75:12 76:19 81:22 82:11 87:4 88:14

**saying**(10) 11:22 13:10 13:22 13:24 23:25 28:25 31:17 32:25 36:20 74:7

**says**(6) 19:11 24:17 42:7 52:17 62:20
**scene**(1) 48:5
**schedule**(12) 19:22 32:21 40:19 41:5 41:11 41:25 42:1 59:25 62:10 69:17 71:10 77:1

**scheduled**(5) 7:22 8:4 53:19 56:17 69:16

**scheduling**(6) 10:17 40:14 55:2 69:13 82:1 82:25

**scheme**(3) 46:10 46:14 67:3
**schuylkill**(1) 1:45
**scope**(1) 32:5
**screens**(1) 85:3
**seated**(2) 7:4 79:10
**seating**(1) 86:5
**second**(5) 7:6 12:7 36:11 41:9 80:10
**secondly**(5) 19:10 52:10 52:19 68:23 76:7
**seconds**(1) 55:8
**section**(2) 20:25 21:1
**security**(1) 86:4
**see**(14) 7:4 17:21 17:22 21:17 24:5 41:7 42:5 61:9 61:14 66:13 76:19 80:8 82:15 83:8

**seeing**(2) 24:9 77:1
**seeking**(1) 20:8
**seem**(1) 8:7
**seemed**(1) 43:17
**seems**(1) 65:12
**seen**(1) 35:1
**sees**(1) 43:13
**segregate**(1) 82:16
**selinda**(1) 2:43
**sense**(5) 18:11 12:10 33:23 43:14 43:14 44:1 44:3 82:19

**sensible**(1) 29:1
**sensibly**(1) 42:16
**sent**(2) 20:10 41:6
**sentence**(3) 12:18 12:18 28:8
**separate**(58) 10:16 14:24 15:3 15:8 15:12 15:19 15:21 20:7 25:11 25:23 25:24 26:1 26:11 26:14 26:15 26:17 29:17 29:19 29:19 29:20 31:13 31:16 31:17 31:18 32:22 33:3 33:3 35:21 35:21 35:22 40:1 40:11 40:21 40:23 52:9 52:11 53:4 53:8 53:8 53:9 53:9 58:7 58:18 58:23 58:24 58:25 59:3 59:4 59:8 59:14 59:15 59:16 60:23 63:19 66:19 66:19 66:22 66:23

**separated**(1) 58:5
**separately**(10) 14:25 32:8 39:9 54:4 58:16 59:7 61:22 62:1 62:11 72:15

**separateness**(3) 39:15 59:13 66:10
**separation**(2) 32:3 40:19
**sequence**(1) 65:20
**sequencing**(7) 55:20 56:20 58:9 66:11 66:22 75:15 75:16

**sequent**(1) 58:4
**sequential**(3) 36:1 38:16 53:15
**sequentially**(4) 36:4 36:5 36:9 51:8
**seriously**(1) 60:1
**serve**(1) 75:19
**service**(4) 1:44 1:50 85:8 86:14
**services**(3) 1:44 46:21 84:23
**serving**(1) 15:18
**set**(33) 10:21 23:13 23:15 23:17 29:9 32:6 32:19 36:13 39:21 39:25 41:10 44:17 45:14 45:22 47:7 47:13 48:2 49:12 51:11 64:2 64:4 64:10 66:13 67:1 70:15 72:20 73:1 77:9 78:3 80:16 81:3 84:10

**sets**(3) 29:16 29:17 85:4
**setting**(3) 19:15 47:20 73:22
**settle**(3) 35:23 54:19 76:2
**settled**(6) 12:12 29:13 36:14 36:14 36:16 54:6

**settlement**(2) 49:13 68:9
**seven**(2) 20:25 45:22
**seventh**(1) 4:7
**several**(1) 22:20
**shall**(6) 28:16 41:14 41:17 41:21 42:7 87:11
**share**(3) 15:15 21:9 27:11

**shares**(1) 37:8
**sheila**(1) 8:13
**shelter**(1) 26:5
**shibley**(1) 5:36
**short**(1) 76:23
**shorten**(2) 68:4 74:15
**shorter**(1) 73:1
**shortfall**(1) 46:5
**shortly**(1) 79:12
**should**(60) 8:3 10:7 11:2 13:6 13:20 16:21 18:3 20:9 24:22 26:17 27:6 27:8 28:4 30:4 31:1 31:5 31:8 31:17 32:1 32:5 32:5 33:15 33:15 33:17 36:3 36:5 36:9 36:13 38:12 41:18 43:7 51:3 51:8 51:9 51:11 51:15 51:19 51:21 52:16 53:6 53:13 53:14 53:15 58:11 68:16 70:20 70:23 71:5 71:6 73:17 74:8 74:12 74:14 74:17 74:23 75:12 81:2 81:2 82:7 87:7

**shouldn't**(3) 43:6 55:24 74:10
**show**(1) 30:20
**shuffling**(1) 75:21
**side**(3) 37:14 44:1 63:1
**sign**(2) 82:24 83:6
**signed**(1) 83:3
**significant**(6) 12:1 51:22 55:23 55:25 69:5 70:22

**significantly**(1) 65:12
**silver**(2) 5:26 5:27
**similar**(2) 34:11 60:13
**simplify**(1) 33:7
**simply**(3) 12:24 31:16 53:16
**simultaneous**(1) 39:3
**simultaneously**(3) 39:4 61:18 72:14
**since**(7) 9:21 12:8 20:13 29:12 65:5 68:6 79:18

**single**(2) 25:7 39:15
**sir**(3) 7:12 79:17 81:13
**sit**(17) 13:19 31:9 32:1 32:3 32:10 38:7 39:2 42:12 47:4 47:19 50:22 56:18 61:21 62:1 70:14 74:17 75:12

**sitting**(5) 35:14 48:6 74:5 86:19 86:19
**situated**(1) 15:1
**situation**(1) 43:1
**situations**(1) 64:25
**six**(2) 42:4 57:1
**skipped**(6) 50:4 50:14 52:13 60:15 60:17 60:18

**slate**(1) 21:18
**slavens**(1) 4:21
**slightly**(1) 19:6
**slot**(1) 15:22
**so-called**(1) 31:12
**society**(1) 37:15
**solution**(1) 44:5
**solvency**(1) 31:10
**solving**(1) 74:24
**some**(59) 9:13 9:24 13:6 13:23 14:21 19:3 19:3 19:20 26:20 29:14 31:11 31:16 33:9 35:11 36:23 37:9 38:10 38:18 43:2 43:7 43:13 44:4 45:6 47:1 48:14 48:17 48:18 51:24 52:1 54:15 55:1 57:5 59:11 59:12 61:6 65:10 65:17 65:22 65:23 65:24 66:1 74:23 78:7 78:18 79:13 79:24 79:25 80:8 81:2 82:7 82:10 82:18 82:21 84:13 84:16 85:16 86:5 86:5 87:18

**somebody**(1) 75:25
**somebody's**(1) 43:23
**something**(11) 15:23 23:24 67:4 79:11 80:16 81:5 81:22 83:1 83:1 83:6 87:22 87:25

**somewhat**(1) 19:14
**somewhere**(1) 75:14
**soon**(2) 32:15 42:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**sooner**(1) 84:25
**sorry**(2) 45:13 55:6
**sort**(9) 8:1 28:21 43:7 81:1 84:24 86:7 86:13 86:24 87:25

**sought**(1) 20:6
**sound**(2) 1:49 89:3
**sounds**(1) 27:11
**southpaw**(1) 6:16
**speak**(7) 13:1 14:6 14:8 26:5 75:2 78:2 84:23

**speaking**(7) 8:13 11:24 20:2 32:13 43:5 49:10 71:19

**specific**(5) 11:16 25:21 81:15 81:25 83:20
**specifically**(6) 10:7 12:15 13:6 18:7 42:19 82:9

**specified**(1) 26:17
**spend**(2) 29:23 78:11
**spirit**(2) 27:19 88:8
**spirits**(1) 44:16
**square**(2) 2:7 3:13
**stage**(2) 10:4 22:7
**stand**(4) 44:11 47:15 49:4 49:18
**standard**(1) 7:20
**standing**(2) 74:19 74:20
**standpoint**(2) 80:4 84:23
**stang**(1) 2:28
**stargatt**(1) 3:11
**starks**(1) 6:13
**start**(9) 8:8 41:23 42:13 42:14 43:21 43:22 71:12 80:13 84:8

**started**(2) 28:20 79:20
**starting**(1) 45:22
**starts**(1) 28:11
**state**(3) 16:24 65:5 80:22
**stated**(1) 73:6
**statement**(6) 26:13 37:23 42:11 51:20 64:23 74:13

**statements**(5) 20:25 23:10 56:3 56:14 100:6
**states**(4) 1:1 1:23 16:7 27:10
**status**(2) 15:12 27:2
**statutory**(1) 49:16
**stay**(1) 24:4
**ste**(4) 2:45 3:21 3:35 4:13
**steen**(1) 1:35
**step**(3) 20:5 24:5 64:21
**stephen**(1) 3:34
**steps**(4) 39:21 39:21 39:22 40:4
**stick**(2) 43:23 44:1
**still**(6) 7:17 41:25 49:22 57:16 65:15 65:2
**stipulation**(2) 19:1 19:8
**stone**(4) 4:37 67:19 72:20 80:16
**straight**(1) 82:3
**strauss**(2) 2:12 4:25
**streak**(1) 11:16
**street**(5) 1:13 1:45 2:8 2:30 3:14
**strikes**(2) 64:23 65:21
**strong**(2) 38:10 40:9
**struck**(1) 55:8
**structure**(1) 68:19
**structured**(1) 43:12
**struggling**(1) 65:21
**stuck**(1) 65:8
**styles**(1) 48:14
**subject**(5) 8:7 41:19 59:12 71:7 80:11
**subjected**(1) 49:6
**submission**(26) 14:20 35:20 36:1 40:6 42:20 42:21 47:11 48:3 48:24 49:11 53:5 54:16 54:21 57:17 59:10 60:8 60:23 66:10 66:13 68:6 69:11 70:7 70:19 70:23 71:3 73:5

**submissions**(30) 7:26 8:14 8:22 10:11 10:16 20:23 21:3 21:3 21:8 22:24 29:5 32:25 33:2 34:14 34:21 38:11 38:17 40:8 40:9 45:12 45:22 54:23 56:13 63:21 63:22 69:21 72:17 73:7 76:21 80:11

**submit**(3) 9:11 9:22 72:3
**submitted**(4) 11:11 22:22 31:13 31:18
**submitting**(1) 56:13
**subparagraph**(1) 41:19
**subsequently**(2) 39:16 41:5
**subsidiaries**(1) 37:9
**substance**(2) 18:5 61:15
**substantial**(7) 8:6 11:14 16:10 36:24 46:22 51:17 53:11

**substantially**(3) 60:3 62:9 74:15
**successful**(3) 9:12 10:2 11:16
**successfully**(1) 9:7
**such**(3) 39:9 41:21 51:4
**suggest**(6) 24:3 27:18 83:2 83:16 83:24 84:15

**suggested**(2) 30:9 77:20
**suggesting**(1) 72:18
**suggestion**(10) 8:10 13:16 15:10 33:22 53:1 57:17 72:19 73:4 83:8 83:23

**suggestions**(1) 84:22
**suggests**(2) 53:12 58:11
**summarized**(1) 61:14
**summary**(5) 44:25 52:6 62:13 69:23 71:10
**support**(6) 18:1 22:21 29:1 30:15 46:6 62:24

**supported**(1) 43:9
**suppose**(1) 56:23
**supreme**(2) 70:2 70:3
**sure**(12) 13:11 19:23 21:21 49:24 82:11 85:25 86:14 86:17 87:1 87:19 88:5 88:7

**surprise**(2) 10:25 80:25
**suspect**(3) 7:16 81:6 84:9
**swan**(3) 25:5 25:6 25:22
**swift**(6) 31:6 31:9 37:2 37:3 37:4 63:14
**system**(4) 51:1 51:3 74:25 75:1
**tab**(9) 38:19 38:20 39:16 40:5 41:2 57:21 61:8 61:8 67:10

**table**(8) 14:2 26:24 35:11 51:23 52:7 68:5 72:3 72:12

**tables**(1) 86:6
**tail**(1) 61:5
**take**(32) 13:11 13:15 16:11 16:18 21:16 22:1 24:18 30:17 31:22 33:3 35:12 38:18 40:1 44:6 48:12 48:17 48:18 50:24 51:17 57:4 61:7 69:18 69:18 73:17 75:13 76:1 80:22 80:25 81:2 82:22 85:14 86:5

**taken**(7) 24:7 30:4 38:11 40:15 47:3 48:20 56:24

**takes**(2) 14:2 56:18
**taking**(1) 86:20
**talk**(6) 10:14 11:16 12:8 13:20 42:18
**talking**(11) 9:19 20:22 23:3 61:12 72:8 72:9 72:15 74:19 74:20 78:12 82:5

**talks**(3) 37:4 39:2 65:19
**tammy**(1) 89:7
**target**(1) 46:14
**tasks**(1) 38:4
**taylor**(1) 3:11
**technologically**(1) 85:22
**technology**(5) 78:19 84:14 84:22 85:2
**telephone**(1) 7:11
**telephonic**(4) 4:17 5:1 6:1 9:14
**telephonically**(1) 10:13

**tell**(7) 21:16 30:5 38:5 44:22 72:25 73:17 82:2

**tend**(1) 34:12
**term**(1) 58:20
**terminated**(1) 88:18
**terms**(5) 30:23 41:10 41:13 48:4 65:19
**terrific**(1) 18:2
**test**(4) 46:14 46:14 46:15 46:15
**tested**(1) 85:21
**testify**(3) 53:13 54:11 69:2
**testifying**(1) 82:18
**testimony**(1) 10:23
**tests**(1) 46:16
**than**(12) 12:17 15:24 42:8 49:12 50:17 65:10 65:11 73:2 77:23 81:8 83:1 85:2

**thank**(33) 9:1 14:11 17:19 17:20 18:17 19:25 22:14 24:25 25:1 28:2 28:16 28:23 33:24 34:17 34:18 34:20 52:3 71:18 71:24 73:8 77:6 77:13 78:25 79:1 79:5 79:6 79:9 82:13 88:3 88:12 88:17 88:20 88:21

**that**(301) 7:11 7:20 7:21 8:2 9:6 9:8 9:24 9:24 9:25 10:1 10:3 10:4 10:14 10:16 10:18 11:5 11:15 11:20 12:1 12:3 12:5 12:11 12:15 12:19 12:22 12:23 12:24 12:25 13:3 13:9 13:10 13:12 13:12 13:13 13:13 13:16 13:17 13:23 13:23 13:23 13:24 13:24 14:2 14:3 14:4 14:5 14:9 14:18 14:18 14:20 14:22 14:25 15:1 15:5 15:7 15:10 15:14 15:19 15:20 15:20 15:23 15:23 15:24 15:25 16:5 16:6 16:12 16:13 16:14 16:14 16:15 16:17 16:19 16:20 16:22 16:25 17:1 17:4 17:15 17:7 17:7 17:11 17:14 17:15 17:16 17:17 18:5 18:6 18:7 18:8 18:12 18:13 19:2 19:4 19:5 19:8 19:13 19:14 19:18 19:18 19:21 19:22 20:4 20:7 20:10 20:12 20:18 20:20 20:24 21:7 21:8 21:19 22:1 22:2 22:5 22:19 22:20 22:25 23:1 23:1 23:4 23:5 23:6 24:16 24:17 24:22 25:10 25:14 25:14 25:18 25:19 26:3 26:3 26:4 26:7 26:10 26:17 26:21 26:23 27:2 27:10 27:11 27:14 27:18 27:22 28:3 28:4 28:11 28:15 29:6 29:7 29:15 29:20 29:21 30:3 30:6 30:9 30:20 30:21 30:24 31:6 31:13 31:17 31:19 31:20 32:1 32:2 32:3 32:6 32:7 32:9 32:12 32:18 32:18 32:21 32:22 32:23 32:25 33:4 33:22 33:22 34:7 34:8 34:10 34:11 34:14 34:22 34:25 35:8 35:9 35:12 35:18 35:20 35:20 35:25 36:4 36:6 36:8 36:12 36:16 37:4 37:6 37:8 37:15 38:4 38:10 38:17 38:21 38:23 39:9 39:10 39:12 39:14 39:14 39:19 39:20 39:24 39:25 40:2 40:5 40:7 40:8 40:11 40:22 41:1 41:5 41:9 41:10 41:14 41:21 41:23 41:24 42:5 42:5 42:12 42:20 42:21 43:6 43:12 43:13 44:1 44:5 44:7 44:9 44:13 44:25 44:25 45:3 45:11 46:23 47:2 47:13 47:22 47:24 47:24 47:25 48:6 48:10 48:23 48:24 49:1 49:2 49:2 49:9 49:10 49:12 49:15 49:19 50:2 50:7 50:17 50:17 50:20 50:20 51:8 51:10 51:15 51:23 52:7 52:10 52:14 52:15 52:18 52:20 52:21 52:22

**that**(242) 52:24 53:5 53:7 53:10 53:10 53:12 53:14 53:15 53:19 53:20 53:22 53:25 54:16 54:20 54:21 54:22 54:24 55:2 55:3 55:4 55:7 55:9 55:11 55:12 55:12 55:14 55:15 55:17 55:24 56:2 56:3 56:9 56:11 56:17 56:18 56:20 56:21 56:24 57:2 57:14 57:17 57:19 57:20 57:22 58:3 58:4 58:7 58:10 58:10 58:12 59:1 59:2 59:3 59:5 59:9 59:10 59:11 59:22 60:2 60:8 60:10 60:15 60:16 60:19 60:20 60:24 61:1 61:2 61:5 61:5 61:8 61:10 61:11 61:11 61:14 61:16 61:21 61:22 62:3 62:3 62:5 62:11 62:12 62:13 62:15 62:19 62:20 63:3 63:6 63:13 63:15 63:17 63:18 64:16 64:17 64:23 64:24 65:4 65:5 65:8 65:12 65:14 65:17 65:19 65:21 66:1 66:13 66:18 66:21 67:1 67:6 67:7 67:8 67:14 67:19 67:20 67:24 68:1 68:2 68:2 68:5 68:11 68:12 68:13 68:15 68:17 68:18 68:18 69:8 69:11 69:12 69:14 69:19 69:19 70:1 70:3 70:4 70:10 70:16 70:19 70:19 70:21 71:2 71:4 71:6 71:21 72:4 72:7 72:16 72:20 72:25 72:25 73:1 73:3 73:4 73:7 73:13 73:22 73:23 74:3 74:5 74:13 74:13 74:15 74:16 75:5 76:1 76:4 76:5 76:8 76:10 76:12 76:24 76:25 77:9 77:11 77:14 77:16 77:20 77:20 78:3 78:3 78:7 78:14 78:23 79:14 79:21 80:3 80:4 80:5 80:7 80:9 80:10 80:12 80:15 80:16 80:19 80:19 81:2 81:4 81:6 81:7 81:8 81:17 81:18 82:2 82:4 82:7 82:9 82:23 83:1 83:13 83:16 83:18 83:22 84:4 84:9 84:12 84:15 84:17 84:20 84:21 85:1 85:8 85:11 85:17 85:21 86:6 86:8 86:8 86:9 86:10 86:16 86:22 87:2 87:5 87:8 87:9 87:10 87:21 87:25 88:9 89:2

**that'll**(1) 86:22
**that's**(54) 12:3 13:25 16:16 18:15 18:17 20:9 22:12 22:12 23:5 23:24 24:22 25:9 25:10 27:6 27:6 27:23 28:10 32:22 35:23 43:2 43:5 43:5 43:8 43:8 43:21 45:13 47:3 47:3 47:16 48:5 51:18 57:7 58:8 61:11 63:4 65:8 68:8 72:7 72:7 73:5 73:16 73:25 75:9 76:6 81:1 81:5 83:7 83:10 83:24 85:9 87:15 87:16 87:23

**thau**(1) 6:17
**thawing**(1) 7:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 1:1 1:2 1:21 1:22 2:4 2:42 3:29 3:41 7:3 7:6 7:8 7:9 7:10 7:11 7:14 7:18 7:20 7:21 7:24 7:24 7:25 7:26 8:3 8:3 8:3 8:7 8:8 8:8 8:9 8:10 8:11 8:12 8:12 8:14 8:16 8:19 8:22 8:22 8:24 9:2 9:3 9:4 9:4 9:5 9:6 9:8 9:8 9:10 9:12 9:16 9:17 9:18 9:19 9:20 9:20 9:21 9:23 9:23 9:25 10:1 10:3 10:5 10:6 10:8 10:10 10:11 10:11 10:12 10:14 10:15 10:16 10:17 10:19 10:19 10:22 10:22 10:24 11:1 11:1 11:3 11:5 11:8 11:10 11:10 11:11 11:13 11:13 11:14 11:18 11:18 11:20 11:24 12:1 12:1 12:2 12:2 12:3 12:3 12:4 12:4 12:7 12:10 12:11 12:12 12:12 12:12 12:14 12:14 12:15 12:16 12:17 12:18 12:19 12:20 12:20 12:21 12:23 12:25 13:2 13:2 13:3 13:3 13:4 13:4 13:6 13:8 13:11 13:12 13:14 13:14 13:16 13:17 13:17 13:18 13:19 13:20 13:22 14:1 14:2 14:3 14:4 14:4 14:4 14:7 14:9 14:10 14:10 14:12 14:14 14:16 14:19 14:20 14:22 14:22 14:23 14:24 15:1 15:1 15:2 15:4 15:4 15:4 15:5 15:5 15:6 15:7 15:9 15:11 15:12 15:13 15:14 15:15 15:16 15:18 15:20 15:20 15:23 16:1 16:2 16:3 16:5 16:7 16:7 16:8 16:8 16:10 16:11 16:12 16:13 16:13 16:14 16:15 16:17 16:19 16:19 16:19 16:20 16:21 16:21 16:22 16:22 16:24 17:1 17:1 17:2 17:5 17:6 17:7 17:9 17:13 17:13 17:14 17:16 17:18 17:20 17:24 17:24 17:25 18:1 18:5 18:6 18:6 18:8 18:8 18:9 18:12 18:12 18:13 18:15 18:18 18:22 18:23 18:24 18:25 19:2 19:3 19:4 19:5 19:5 19:8 19:12 19:12 19:13 19:14 19:15 19:16 19:16 19:17 19:18 19:19 19:21 19:21 19:23 19:25 20:2 20:4 20:4 20:7 20:14 20:15 20:16 20:17 20:17 20:18 20:18 20:20 20:22 20:23 20:23 20:23 20:24 21:5 21:6 21:10 21:10 21:11 21:13 21:13 21:14 21:15 21:17 21:18 21:19 21:20 21:21 21:23 21:23 21:24 21:25 22:2 22:3 22:6 22:8 22:9 22:10 22:11 22:11 22:12 22:15 22:20 22:21 22:22

**the(301)** 22:23 22:23 22:24 23:3 23:4 23:5 23:5 23:6 23:6 23:7 23:8 23:9 23:10 23:10 23:12 23:12 23:12 23:14 23:15 23:16 23:17 23:19 23:21 23:22 23:24 23:25 23:25 24:1 24:2 24:5 24:6 24:7 24:8 24:9 24:11 24:12 24:14 24:15 24:17 24:18 24:19 24:19 24:22 24:24 25:1 25:7 25:7 25:8 25:8 25:9 25:9 25:10 25:11 25:12 25:13 25:15 25:16 25:18 25:20 25:21 25:22 25:25 25:25 26:1 26:2 26:2 26:4 26:4 26:5 26:8 26:10 26:10 26:10 26:12 26:14 26:15 26:16 26:23 26:24 26:25 26:25 27:1 27:3 27:4 27:5 27:5 27:8 27:8 27:9 27:9 27:15 27:18 27:18 27:19 27:23 27:25 28:2 28:7 28:8 28:10 28:11 28:13 28:15 28:16 28:17 28:20 28:22 28:24 28:25 29:1 29:2 29:4 29:6 29:7 29:8 29:9 29:10 29:11 29:11 29:12 29:12 29:13 29:13 29:14 29:16 29:17 29:17 29:18 29:20 29:21 29:22 29:23 29:24 29:25 30:1 30:2 30:6 30:7 30:7 30:8 30:10 30:11 30:11 30:12 30:13 30:13 30:14 30:14 30:14 30:16 30:17 30:17 30:17 30:19 30:19 30:19 30:21 30:21 30:23 30:24 30:25 30:25 31:2 31:2 31:4 31:7 31:10 31:10 31:11 31:12 31:12 31:14 31:14 31:17 31:19 31:21 31:22 31:24 31:25 32:2 32:4 32:4 32:5 32:11 32:13 32:14 32:14 32:16 32:16 32:17 32:18 32:19 32:24 32:25 33:1 33:2 33:4 33:7 33:7 33:8 33:9 33:11 33:12 33:12 33:13 33:13 33:14 33:15 33:16 33:18 33:19 33:23 33:24 34:1 34:4 34:6 34:8 34:8 34:9 34:10 34:10 34:11 34:12 34:12 34:13 34:14 34:14 34:16 34:18 34:23 34:24 34:25 35:7 35:8 35:10 35:11 35:12 35:15 35:16 36:7 36:8 36:12 36:14 36:14 36:15 36:16 36:18 36:19 36:19 36:20 36:22 36:22 36:23 36:23 37:2 37:4 37:5 37:5 37:7 37:9 37:11 37:13 37:14 37:16 37:22 37:23 37:24 37:25 38:1 38:2 38:2 38:3 38:4 38:4 38:5 38:8 38:8 38:9 38:10 38:11 38:13 38:16 38:16 38:21 38:22 38:22 38:23 38:24 38:25

**the(301)** 39:1 39:2 39:3 39:4 39:5 39:5 39:6 39:6 39:7 39:8 39:10 39:11 39:13 39:15 39:17 39:19 39:21 39:21 39:22 39:24 39:25 39:25 40:3 40:4 40:7 40:8 40:8 40:8 40:10 40:15 40:16 40:17 40:18 40:19 40:20 40:20 40:22 40:23 40:25 41:3 41:4 41:6 41:6 41:7 41:8 41:8 41:10 41:10 41:11 41:13 41:13 41:14 41:15 41:16 41:17 41:18 41:20 41:20 41:21 41:22 41:22 41:23 41:23 41:23 42:1 42:5 42:6 42:7 42:8 42:10 42:10 42:11 42:12 42:13 42:13 42:14 42:15 42:16 42:17 42:18 42:18 42:19 42:22 42:23 42:24 42:24 42:25 43:1 43:3 43:5 43:10 43:10 43:11 43:12 43:13 43:13 43:14 43:15 43:16 43:24 43:24 43:25 44:1 44:3 44:4 44:7 44:7 44:8 44:9 44:12 44:13 44:13 44:15 44:15 44:16 44:18 44:18 44:19 44:22 44:23 44:23 45:2 45:6 45:6 45:7 45:7 45:7 45:8 45:9 45:9 45:10 45:14 45:14 45:15 45:16 45:17 45:18 45:19 45:20 45:21 45:23 45:23 45:24 46:3 46:4 46:4 46:5 46:7 46:14 46:14 46:14 46:15 46:17 46:18 46:19 46:19 46:19 46:20 46:21 46:22 47:2 47:4 47:7 47:8 47:12 47:13 47:16 47:20 47:20 47:20 47:24 48:1 48:1 48:1 48:4 48:5 48:6 48:6 48:7 48:9 48:25 49:1 49:1 49:6 49:7 49:13 49:15 49:15 49:16 49:17 49:18 49:20 50:1 50:2 50:2 50:10 50:12 50:12 50:15 50:15 50:17 50:18 50:18 50:20 51:1 51:2 51:3 51:8 51:8 51:8 51:10 51:10 51:11 51:11 51:12 51:14 51:16 51:17 51:18 51:18 51:19 51:20 51:21 51:22 51:23 52:1 52:1 52:2 52:5 52:6 52:7 52:8 52:11 52:11 52:14 52:15 52:16 52:18 52:19 52:20 52:20 52:20 52:22 52:23 52:24 53:1 53:3 53:4 53:5 53:6 53:10 53:11 53:13 53:14 53:16 53:17 53:21 53:22 53:24 53:25 54:3 54:4 54:8 54:11 54:14 54:15 54:15 54:17 54:17 54:18 54:20 54:20 54:24 55:3 55:5 55:7 55:8 55:12 55:20 55:21 56:2 56:4 56:8 56:10 56:11 56:12 56:16 56:17 56:20 56:22 56:22 56:22 56:23 56:24 56:25 57:2 57:4 57:4 57:5 57:6

**the(301)** 57:13 57:14 57:15 57:16 57:17 57:18 57:19 57:21 57:22 57:22 57:23 57:24 57:24 57:25 58:1 58:2 58:2 58:3 58:4 58:5 58:6 58:6 58:6 58:7 58:8 58:8 58:9 58:9 58:11 58:12 58:12 58:13 58:14 58:15 58:15 58:16 58:17 58:19 58:22 58:22 58:23 58:24 59:1 59:2 59:4 59:5 59:5 59:6 59:7 59:7 59:10 59:13 59:13 59:14 59:17 59:18 59:20 59:21 59:22 59:22 60:1 60:2 60:2 60:4 60:4 60:5 60:8 60:9 60:10 60:13 60:14 60:14 60:16 60:16 60:19 60:21 60:22 60:23 60:24 60:25 61:1 61:2 61:2 61:3 61:4 61:5 61:5 61:6 61:7 61:7 61:10 61:11 61:14 61:15 61:15 61:17 61:17 61:18 61:21 61:23 61:25 62:1 62:2 62:3 62:7 62:7 62:8 62:10 62:10 62:11 62:13 62:14 62:16 62:17 62:20 62:21 62:25 62:25 63:1 63:7 63:8 63:9 63:10 63:10 63:11 63:16 63:16 63:18 63:18 63:25 64:1 64:1 64:2 64:2 64:3 64:4 64:5 64:5 64:6 64:9 64:10 64:10 64:12 64:13 64:15 64:16 64:17 64:18 64:20 64:23 64:24 65:1 65:2 65:4 65:13 65:13 65:14 65:17 65:24 66:1 66:10 66:10 66:10 66:11 66:14 66:15 66:16 66:20 66:20 66:20 66:21 66:24 66:24 67:1 67:2 67:2 67:3 67:5 67:5 67:6 67:6 67:7 67:9 67:13 67:14 67:14 67:17 67:18 67:18 67:19 67:19 67:20 67:21 67:22 67:23 67:23 67:25 68:3 68:3 68:3 68:4 68:5 68:5 68:6 68:7 68:7 68:9 68:8 68:10 68:12 68:13 68:13 68:14 68:15 68:17 68:17 68:17 68:19 68:20 68:21 68:22 68:24 68:25 69:1 69:2 69:3 69:6 69:6 69:7 69:8 69:9 69:10 69:10 69:19 69:12 69:14 69:20 69:22 69:24 70:1 70:1 70:2 70:3 70:4 70:6 70:10 70:12 70:14 70:15 70:17 70:18 70:24 70:25 71:1 71:1 71:6 71:19 71:21 71:22 71:24 71:25 72:3 72:3 72:4 72:5 72:6 72:6 72:10 72:12 72:12 72:12 72:13 72:13 72:14 72:16 72:19 72:19 72:21 72:23 73:2 73:2 73:4 73:4 73:4 73:6 73:10 73:15 73:15 73:19 73:19 73:21 73:23

**the(208)** 73:23 73:24 74:1 74:1 74:1 74:2 74:2 74:2 74:3 74:4 74:6 74:6 74:7 74:10 74:14 74:15 74:16 74:16 74:21 74:21 74:22 74:22 74:25 75:3 75:4 75:5 75:7 75:7 75:9 75:10 75:12 75:15 75:15 75:16 75:18 75:18 75:19 75:22 76:1 76:4 76:5 76:5 76:6 76:7 76:8 76:9 76:10 76:16 76:18 76:23 76:24 76:25 77:4 77:6 77:8 77:7 77:9 77:10 77:11 77:14 77:16 77:18 77:20 77:20 77:21 77:22 77:22 77:23 77:25 78:1 78:2 78:3 78:4 78:5 78:6 78:7 78:7 78:8 78:9 78:13 78:14 78:17 78:19 78:21 78:24 79:1 79:2 79:4 79:6 79:8 79:9 79:12 79:12 79:17 79:19 79:21 79:24 80:2 80:3 80:5 80:6 80:6 80:7 80:7 80:8 80:10 80:10 80:11 80:11 80:13 80:14 80:14 80:15 80:19 80:23 81:1 81:4 81:5 81:6 81:9 81:9 81:10 81:11 81:14 81:15 81:17 81:21 81:23 81:25 82:1 82:5 82:7 82:8 82:9 82:12 82:14 82:20 82:21 82:22 83:2 83:3 83:4 83:5 83:10 83:12 83:13 83:16 83:20 83:20 83:22 83:24 84:1 84:1 84:2 84:6 84:6 84:7 84:7 84:10 84:12 84:13 84:14 84:16 84:21 85:12 85:14 85:15 85:18 85:19 85:20 86:2 86:4 86:6 86:8 86:9 86:12 86:14 86:16 86:16 86:18 86:20 86:21 86:23 87:1 87:4 87:6 87:11 87:11 87:12 87:13 87:15 87:19 87:23 88:2 88:4 88:9 88:10 88:11 88:13 88:16 88:17 88:19 88:21 88:23 89:2 89:3 89:3 89:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**their**(41) 12:8  13:22  13:24  14:5  15:9  15:16  16:24  22:12  22:25  24:1  24:18  24:21  29:7  29:23  33:13  33:14  39:8  40:18  43:16  43:17  43:24  50:23  51:20  53:23  53:24  56:13  56:13  58:15  61:21  63:1  63:1  63:4  63:5  63:23  63:24  64:3  68:14  68:23  69:7  73:25  74:4

**theirs**(1) 15:18

**them**(24) 11:22  11:25  12:9  14:8  15:16  19:23  22:5  22:6  24:20  25:24  30:19  35:13  38:4  40:10  44:14  44:15  44:15  45:15  59:25  65:20  66:15  74:3  74:4  82:23

**themselves**(4) 12:5  13:1  14:8  29:8

**then**(26) 8:9  8:22  11:3  11:12  13:21  16:3  18:9  18:15  21:19  37:7  40:19  41:2  41:13  42:4  42:17  45:10  55:18  61:24  71:11  74:16  75:4  77:3  78:5  78:10  84:10  84:12

**theories**(4) 23:20  23:20  23:21  23:23

**theory**(6) 30:15  43:5  43:8  43:8  43:24  44:7

**there**(104) 8:1  8:6  13:8  14:8  14:19  15:3  15:10  20:19  20:21  21:7  21:25  22:7  22:8  24:16  25:2  27:8  29:14  29:18  29:19  30:8  31:11  31:15  31:17  32:2  32:6  32:12  33:4  34:22  35:11  35:20  36:8  36:20  36:21  37:4  37:9  37:10  37:10  37:12  37:12  37:13  37:16  38:5  39:16  40:7  40:10  42:1  42:1  45:19  46:8  49:19  50:17  52:10  52:13  52:16  52:22  53:7  53:8  53:9  53:10  53:14  53:15  54:10  55:23  55:25  56:16  57:15  57:18  57:19  58:1  58:7  58:13  58:22  60:19  61:1  61:14  61:25  62:19  63:3  63:6  63:14  63:16  65:12  66:13  66:14  66:18  68:8  69:9  69:23  70:8  71:25  72:2  72:4  72:6  72:25  74:9  74:9  80:20  81:2  82:3  82:14  82:17  83:18  87:7

**thereafter**(3) 38:25  57:25  67:17

**thereby**(1) 67:15

**therefore**(4) 14:3  15:7  24:3  24:19

**there'll**(2) 44:4  59:3

**there's**(38) 11:20  12:2  13:5  13:10  13:21  13:23  18:9  24:6  24:8  24:13  26:16  30:18  31:4  31:16  31:25  34:23  35:21  35:22  36:6  36:7  42:25  46:9  47:22  49:19  55:22  58:3  58:14  59:12  62:17  62:18  66:25  68:2  68:9  72:1  75:14  84:20  85:1  87:13

**these**(31) 11:2  15:24  15:25  16:19  17:4  17:7  25:8  30:22  31:3  31:24  34:20  36:2  36:4  38:11  38:13  38:15  38:19  40:11  42:20  44:12  44:25  48:14  50:11  64:2  64:4  64:6  65:22  69:16  74:11  74:12  80:17

**they**(65) 11:3  11:22  12:25  13:13  13:18  14:5  20:15  21:16  21:19  22:22  22:25  23:1  23:2  23:4  23:5  23:6  23:20  25:9  25:24  26:3  26:3  26:4  26:7  26:8  29:7  29:16  30:20  37:6  37:7  37:17  40:18  43:24  45:16  45:17  50:24  52:21  52:22  53:1  53:22  54:5  54:17  56:16  61:2  63:7  63:9  63:11  63:13  63:15  63:23  64:24  66:13  66:14  68:4  68:15  68:16  69:17  70:13  71:1  71:15  74:13  76:9  76:10  84:23  85:11  87:19

**they'll**(2) 24:20  86:17

**they're**(18) 11:21  11:22  11:25  13:21  20:24  22:23  23:2  23:4  23:9  25:22  36:24  40:10  40:10  44:1  47:5  50:24  52:9  82:6

**thing**(8) 23:25  31:3  34:6  44:12  78:5  83:19  86:7  87:2

**things**(11) 9:24  10:2  10:6  18:3  32:24  33:21  60:6  69:22  78:7  84:14  85:21

**think**(87) 8:2  9:15  10:1  11:5  12:14  12:19  13:12  14:20  14:21  15:10  15:19  16:15  16:20  17:15  18:2  20:5  20:11  23:1  23:23  24:21  27:9  27:14  28:18  29:1  30:4  32:3  32:9  32:11  33:23  33:25  34:25  35:7  35:9  36:24  46:2  46:3  46:24  48:12  48:23  49:22  51:15  52:4  53:18  55:14  55:21  57:16  57:22  61:1  61:6  62:18  66:25  67:25  68:2  69:13  69:24  70:21  72:3  72:11  72:22  76:4  76:20  78:17  78:11  78:16  78:19  79:19  80:15  80:21  80:18  81:18  81:25  82:8  83:2  83:5  83:3  83:7  83:22  83:25  84:3  84:12  84:18  85:15  86:3  86:22  87:4  87:20  88:8

**thinking**(4) 12:20  81:24  81:24  82:6

**thinks**(1) 22:25

**third-parties**(1) 36:15

**third-party**(1) 74:14

**this**(146) 7:19  7:22  7:25  8:2  8:18  9:13  9:16  10:4  13:5  14:18  15:21  15:24  17:1  17:11  17:13  17:16  19:1  20:21  21:3  21:11  22:7  22:10  22:19  23:2  23:23  23:25  25:3  25:4  25:13  26:6  27:1  27:24  30:15  32:1  32:3  32:14  32:23  33:5  33:6  34:22  35:3  36:10  36:21  36:23  36:25  37:3  37:24  38:3  38:6  38:7  38:9  40:15  40:22  40:23  41:3  41:3  41:5  41:9  41:9  41:14  41:25  42:2  42:19  42:25  43:1  43:11  43:19  43:19  45:12  46:10  47:7  47:13  48:3  49:1  49:4  49:8  50:24  51:5  51:16  51:21  51:24  51:25  51:25  55:1  55:9  55:22  57:1  57:9  59:12  60:4  61:3  63:18  64:1  64:20  64:20  66:8  69:18  69:22  69:25  70:6  70:8  70:7  70:10  70:21  73:17  74:7  74:8  74:17  74:21  75:4  75:13  75:17  76:17  76:21  76:23  77:2  79:1  79:20  79:23  80:1  80:22  80:25  81:8  81:12  81:19  82:2  82:18  85:7  86:1  87:12  88:4

**thomas**(1) 6:5

**those**(30) 10:6  16:4  16:25  17:6  19:7  23:21  30:5  33:22  38:18  38:19  39:23  45:22  46:1  48:13  52:12  53:17  54:5  64:11  66:17  68:2  69:3  71:7  72:2  73:7  75:17  75:23  76:3  82:11  83:25  85:10

**though**(4) 29:6  33:3  34:10  34:22

**thought**(7) 26:23  29:2  37:19  71:9  79:11  86:15  87:16

**three**(29) 16:3  20:14  20:14  20:19  20:20  21:6  21:23  22:11  31:18  33:11  38:20  38:2  39:23  40:21  41:9  42:2  43:20  45:4  55:8  57:21  57:22  64:22  67:14  73:10  73:13  73:20  75:13  75:17  81:1

**three-week**(1) 74:22

**threes**(1) 33:22

**through**(12) 11:3  20:20  31:9  32:1  35:5  40:10  48:15  50:18  66:15  67:22  75:7  81:8

**throughout**(5) 15:9  15:11  50:23  52:14

**throw**(1) 38:1

**thursday**(1) 77:23

**tickets**(1) 73:11

**time**(109) 1:17  10:6  11:17  13:4  13:5  13:6  13:8  13:11  13:15  13:18  13:19  13:20  13:23  14:9  14:24  15:14  15:22  16:6  16:11  17:1  17:11  17:14  17:17  20:7  21:9  21:13  22:5  22:12  22:23  23:1  23:5  23:5  23:13  23:15  23:18  23:21  23:22  24:7  24:18  24:21  24:23  25:24  26:5  26:11  26:14  27:7  29:23  31:22  32:5  32:11  32:12  32:21  32:23  33:9  35:17  33:19  33:20  36:17  36:18  37:8  49:3  52:2  52:10  53:23  54:11  54:13  54:15  54:19  54:22  55:2  56:23  57:4  57:6  61:11  63:7  68:4  68:11  68:17  68:20  68:22  69:3  69:8  69:9  69:11  69:15  69:25  70:12  70:15  70:15  70:20  70:24  70:25  71:5  71:21  73:20  73:22  73:22  73:23  75:3  75:6  75:15  76:23  80:20  81:2  81:17  82:12  85:1  86:10

**timeframe**(3) 73:1  73:2  75:6

**timely**(1) 86:24

**times**(4) 15:15  31:11  33:4  55:2

**timetable**(7) 25:11  39:18  39:19  41:12  41:15  41:18  41:21

**timetables**(1) 40:7

**timing**(1) 65:18

**timothy**(1) 2:44

**today**(19) 7:13  8:3  9:22  14:3  15:1  21:12  23:25  35:14  37:18  42:3  42:6  42:12  47:4  63:25  66:8  68:13  70:17  84:13  87:17

**together**(9) 10:13  33:8  39:23  43:21  68:2  80:8  87:9  87:21  88:14

**too**(4) 48:5  61:13  68:24  73:22

**took**(4) 31:6  67:21  72:12  72:21

**topic**(1) 38:6

**toronto**(5) 7:16  8:1  18:22  20:2  34:2

**tory's**(1) 4:20

**total**(1) 75:3

**totally**(1) 48:15

**tough**(1) 47:1

**track**(1) 33:4

**tracks**(1) 29:4

**trade**(2) 30:24  31:2

**traditions**(1) 51:1

**transaction**(1) 50:3

**transactions**(2) 64:2  64:4

**transcriber**(1) 89:7

**transcript**(7) 1:20  1:50  54:4  86:9  86:20  87:11  89:3

**transcription**(2) 1:44  1:50

**transcripts**(1) 86:23

**transfer**(6) 31:12  31:14  31:15  37:4  46:20  63:13

**transferred**(1) 30:3

**transfers**(1) 63:6

**transmission**(1) 85:14

**treat**(1) 29:8

**treated**(2) 16:1  74:3

**treating**(3) 21:4  27:1  31:17

**treatment**(1) 18:6

**trial**(156) 7:24  8:5  9:14  9:15  9:20  9:21  9:25  10:7  10:19  11:14  12:4  14:22  15:1  15:20  16:9  17:13  18:2  18:6  19:5  19:21  22:4  23:3  29:1  32:5  32:11  33:8  35:9  35:13  35:15  35:17  35:19  35:21  35:22  36:7  36:8  36:17  36:19  38:8  38:16  38:22  38:24  39:12  39:13  40:19  40:22  41:22  41:23  42:6  42:10  42:12  42:17  42:18  42:19  43:1  43:3  43:11  43:15  44:5  44:14  44:15  44:16  44:18  44:19  45:7  45:7  45:8  47:5  47:9  47:12  47:13  47:20  49:11  50:10  51:5  51:6  51:10  51:15  51:21  52:10  52:11  52:12  52:14  52:20  53:10  53:23  53:24  54:2  54:4  54:8  54:10  54:11  54:11  54:12  54:15  54:21  55:9  56:22  57:4  57:6  57:9  57:15  57:23  57:24  58:2  58:5  58:17  60:4  60:23  61:25  62:14  64:20  65:19  66:24  67:1  67:3  67:17  67:23  67:25  68:3  68:10  68:13  68:18  68:20  68:22  69:2  69:6  69:9  69:10  69:15  69:15  69:25  70:5  70:12  70:18  70:20  70:21  70:24  70:24  73:3  73:10  73:17  73:22  76:9  78:8  78:13  79:5  80:20  81:25  82:3  82:5  82:24  83:21  87:6

**trials**(22) 35:5  35:5  35:5  35:6  35:21  36:2  36:13  39:3  39:15  40:11  42:21  44:4  51:8  51:9  51:11  52:9  57:15  57:18  58:7  66:10  72:24  72:25

**tried**(3) 9:18  10:1  35:13

**true**(5) 23:8  37:23  38:3  39:15  62:15

**truly**(1) 15:7

**trust**(4) 2:35  5:15  5:45  61:14

**trustee**(3) 2:36  3:34  5:4

**trustees**(1) 21:14

**try**(4) 32:4  42:15  49:13  85:17

**trying**(7) 17:12  35:19  35:24  37:6  43:15  48:21  66:8

**tuesday**(2) 41:3  77:22

**tunnell**(2) 1:28  7:7

**turn**(10) 14:7  20:24  54:23  57:13  61:13  61:16  62:4  63:21  66:24  67:8

**turning**(1) 8:1

**tweed**(3) 2:21  6:4  14:16

**twenty**(1) 73:21

**twice**(2) 53:13  55:25

**two**(28) 8:4  8:7  11:21  29:16  32:4  35:23  37:12  40:12  40:13  48:4  51:7  52:15  57:15  57:18  60:2  64:21  65:19  68:2  68:18  69:22  72:9  72:22  76:3  77:16  81:1  84:6  87:13  87:17

**tyler**(2) 3:39  5:45

**type**(1) 49:6

**u.k**(13) 4:4  5:4  33:13  34:1  34:15  37:5  38:25  39:6  39:7  39:10  39:25  40:3  40:16

**u.s**(40) 2:42  8:12  8:19  12:12  12:21  15:5  15:6  21:24  23:12  26:2  26:5  26:15  29:13  29:21  29:22  30:14  30:25  31:1  31:25  35:23  37:5  39:3  39:22  40:9  40:20  40:23  45:18  58:21  59:17  59:18  59:20  60:1  60:16  61:18  61:20  61:23  64:5  68:9  83:14

**ucc**(2) 23:14  26:14

**ukp**(9) 12:2  12:7  12:18  14:5  16:8  23:19  29:13  32:14  45:14

**ukpc**(8) 3:10  26:11  45:21  52:7  52:8  53:21  54:14  64:17  64:18  66:16  66:20  68:12  68:23

**ukpc's**(1) 66:12

**ultimate**(1) 23:23

**ultimately**(2) 22:10  43:14

**unanimity**(1) 9:15

**unanimous**(1) 41:19

**uncertain**(1) 71:3

**unchanged**(1) 57:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **under**(9) 15:20 26:5 38:22 40:14 40:19 42:6 45:2 57:23 59:11 | | **wanted**(6) 14:17 16:25 19:21 19:23 71:10 84:13 | | **what**(94) 10:21 11:2 11:3 13:20 14:25 16:9 18:13 21:17 22:9 23:13 23:18 24:22 25:20 29:24 30:2 30:2 30:4 33:7 35:1 35:12 35:15 35:19 36:6 37:3 37:17 37:17 37:21 37:21 37:22 38:7 38:8 38:23 39:11 39:21 40:25 41:8 41:22 42:2 42:5 43:15 44:9 44:22 44:23 47:10 47:20 51:2 53:1 54:17 58:16 58:17 60:1 61:17 62:3 62:13 62:16 62:24 64:20 65:8 66:14 68:4 68:6 69:24 70:10 70:23 71:15 71:18 72:1 72:7 72:9 73:12 73:19 74:11 74:12 74:16 74:20 74:20 75:2 75:2 77:14 78:1 81:4 81:22 81:23 81:24 82:4 82:24 82:24 84:24 85:2 85:2 86:14 87:18 88:7 | | **willke**(1) 34:5 |
| | | | | | | **willkie**(2) 4:4 5:11 |
| **underestimate**(2) 48:25 74:10 | | **wants**(1) 11:6 | | | | **wilmington**(12) 1:14 1:32 2:9 2:32 2:35 2:46 3:15 3:22 3:36 4:14 5:15 7:2 |
| **underline**(1) 55:2 | | **warranted**(1) 20:9 | | | | |
| **underscore**(1) 22:18 | | **was**(78) 10:22 13:13 15:3 15:8 15:14 15:20 17:1 20:7 25:2 26:23 27:2 27:9 28:25 30:2 30:8 34:5 34:8 35:11 36:20 36:22 36:22 37:9 39:11 39:12 39:13 39:14 39:15 39:16 39:21 40:2 40:7 41:4 41:5 41:6 41:23 48:4 50:20 50:21 52:24 54:21 55:3 59:9 59:9 61:10 63:3 63:16 64:25 66:7 67:8 67:14 67:17 67:19 67:19 67:23 67:24 67:25 68:5 68:5 69:8 72:20 74:7 77:14 77:17 79:10 79:19 80:10 80:10 81:24 82:15 83:20 83:22 83:23 83:24 84:13 87:17 87:18 88:15 88:23 | | | | **win**(1) 75:23 |
| **understand**(4) 48:21 56:8 56:20 85:7 | | | | | | **winkler's**(1) 49:19 |
| **understanding**(5) 13:12 15:13 16:22 55:6 61:17 | | | | | | **wiring**(1) 85:18 |
| | | | | | | **wish**(2) 22:15 83:12 |
| **understands**(1) 69:14 | | | | | | **wished**(1) 25:2 |
| **understood**(4) 48:19 57:16 61:3 67:18 | | | | | | **with**(165) 8:8 8:9 8:18 9:8 9:10 9:17 11:3 11:4 12:5 12:18 12:19 12:21 14:18 15:3 15:14 15:15 15:15 15:16 16:4 16:8 16:17 17:5 17:12 17:15 17:16 18:3 19:3 19:13 20:12 21:10 21:24 21:25 22:2 23:5 24:4 25:8 25:23 26:3 26:6 26:9 27:1 27:4 27:5 27:11 28:12 28:16 29:2 29:25 30:6 30:11 30:21 30:25 31:12 31:14 32:4 32:12 33:18 34:7 35:13 36:1 36:15 36:23 37:8 37:8 37:13 38:7 38:24 38:25 41:1 41:8 41:13 41:16 42:9 42:9 42:11 43:18 44:14 44:14 44:15 45:9 45:21 45:21 46:11 46:20 47:5 49:1 49:22 49:25 51:1 51:7 51:16 51:22 52:22 53:2 54:7 55:3 56:18 55:19 55:20 57:4 57:24 57:25 58:8 59:18 61:10 62:12 62:20 63:14 64:18 65:7 65:18 67:22 69:5 69:6 70:11 71:1 71:2 72:2 72:5 72:10 72:13 72:14 72:17 72:18 72:19 72:20 72:23 72:24 73:12 74:16 74:25 75:1 75:1 75:5 75:6 75:8 75:15 76:7 76:25 77:21 77:21 78:2 78:10 78:20 79:11 80:3 80:13 80:13 80:18 80:19 80:22 81:3 81:9 81:10 83:17 84:15 84:15 84:17 84:21 85:8 85:13 86:13 87:6 88:4 |
| **undertake**(3) 40:4 42:6 51:17 | | | | | | |
| **undertaken**(2) 51:18 54:18 | | | | | | |
| **unfair**(1) 80:25 60:25 61:1 | | | | | | |
| **unfortunate**(1) 34:24 | | | | | | |
| **unhappy**(1) 13:21 | | | | | | |
| **unique**(4) 15:7 16:10 26:18 43:1 | | | | **whatever**(2) 23:1 24:2 | | |
| **united**(4) 1:1 1:23 16:7 27:10 | | | | **what's**(6) 14:22 18:6 20:13 20:17 43:19 48:3 | | |
| **units**(1) 84:24 | | | | | | |
| **university**(2) 84:18 85:3 | | | | | | |
| **unjust**(1) 46:8 | | **wasn't**(1) 16:23 | | **whether**(37) 11:16 12:20 19:15 19:16 19:16 20:6 22:24 23:11 24:2 32:3 33:8 36:5 37:16 37:17 38:2 38:13 41:6 43:3 43:21 44:1 45:24 49:4 51:4 51:15 52:21 54:20 57:12 61:2 62:20 66:4 67:7 68:14 69:10 72:24 73:22 76:15 78:11 | | **within**(10) 21:6 21:9 21:20 21:21 21:22 26:16 40:18 69:14 78:6 87:4 |
| **unknown**(9) 8:5 26:20 26:23 57:12 67:10 76:3 76:12 76:15 85:5 | | **waster**(1) 73:20 | | | | |
| | | **way**(20) 7:9 8:2 8:8 16:1 18:4 23:6 24:4 26:10 29:17 32:9 35:9 44:4 44:22 49:1 61:4 73:25 80:12 83:14 83:18 86:9 | | | | **without**(7) 20:8 20:21 24:17 27:20 37:19 41:20 49:16 |
| **unless**(4) 13:14 30:20 56:5 69:5 | | | | | | |
| **unlimited**(1) 56:23 | | | | **where**(21) 14:25 16:18 17:2 20:6 21:1 21:9 22:1 31:11 36:6 36:7 42:2 42:12 48:21 56:10 63:23 65:8 66:7 67:4 72:12 72:12 84:16 | | |
| **unresolved**(1) 61:20 | | **ways**(1) 50:1 | | | | **witness**(8) 34:25 43:4 43:23 44:11 59:1 62:23 69:13 87:24 |
| **unsecured**(3) 2:5 4:25 16:7 | | **we've**(1) 75:4 | | | | |
| **until**(7) 13:2 13:19 14:19 16:5 36:13 69:13 69:16 | | **webb**(2) 3:39 5:45 | | **whereupon**(1) 88:23 | | |
| | | **website**(1) 49:19 | | **whether**(21) 10:9 10:13 11:18 13:17 14:7 14:9 41:17 46:7 46:8 46:9 46:12 49:5 50:21 56:18 57:1 57:15 69:15 76:22 82:21 82:25 85:6 | | **witnesses**(32) 10:10 11:1 11:2 32:7 36:13 43:22 47:4 51:12 52:24 53:13 53:17 54:2 54:2 54:19 55:24 56:6 56:19 57:7 59:5 59:23 61:1 68:15 68:22 69:2 69:16 69:17 70:13 73:18 76:7 76:9 76:9 82:17 |
| **upcoming**(1) 7:24 | | **wednesday**(2) 7:2 77:23 | | | | |
| **update**(1) 7:23 | | **week**(15) 9:4 19:1 32:13 32:15 32:24 42:8 53:22 53:22 57:8 70:2 71:2 77:10 77:14 77:20 77:22 | | | | |
| **upon**(14) 41:19 54:5 54:19 56:5 59:3 63:2 63:8 63:10 63:11 63:13 65:1 68:15 82:1 87:10 | | | | **which**(53) 7:25 8:2 8:6 9:11 9:13 12:5 12:15 16:4 21:12 21:24 22:20 23:20 34:11 36:2 39:2 39:19 40:2 41:2 42:17 42:22 44:9 49:6 50:12 50:13 51:4 51:21 52:14 53:25 54:6 54:7 54:18 57:14 58:21 58:24 59:1 59:9 59:21 59:24 60:13 62:2 62:8 62:12 62:14 67:2 67:3 67:21 67:22 70:4 70:11 70:13 75:20 77:19 80:10 | | **witnessing**(1) 65:13 |
| | | **weekend**(1) 12:20 | | | | **won't**(1) 45:20 |
| **use**(6) 51:19 57:20 63:15 70:25 84:17 86:2 | | **weeks**(10) 16:20 17:16 54:17 56:19 56:19 57:1 57:1 57:1 70:14 81:1 | | | | **wonderful**(1) 78:3 |
| **used**(1) 27:9 | | | | | | **won't**(5) 26:12 57:11 63:21 74:9 83:18 |
| **valid**(1) 80:21 | | **weight**(1) 44:9 | | **while**(5) 21:18 31:15 45:5 51:6 62:9 | | **word**(2) 55:2 80:19 |
| **valuation**(1) 43:6 | | **welcome**(2) 9:17 78:8 | | **white**(1) 85:4 | | **wording**(1) 7:20 |
| **valuations**(1) 63:14 | | **well**(31) 7:14 7:15 8:16 17:23 20:3 23:8 24:7 25:18 29:2 29:6 33:2 38:11 43:19 48:5 48:9 48:11 48:12 48:13 49:25 51:25 55:14 61:3 64:19 71:8 71:22 75:25 77:6 78:20 78:24 85:22 88:15 | | **who**(26) 15:8 16:1 21:11 21:22 22:6 25:2 26:16 33:16 37:16 37:17 42:15 43:16 45:20 50:23 53:12 53:13 54:10 64:24 67:17 69:2 70:7 73:18 74:1 82:17 87:21 87:23 | | **words**(1) 71:11 |
| **value**(11) 30:7 30:11 30:13 30:19 46:18 46:18 46:19 60:5 60:15 60:16 63:6 | | | | | | **work**(21) 21:5 21:21 21:22 27:4 27:4 34:8 41:1 42:16 46:3 71:6 75:6 76:5 80:8 80:23 81:25 83:25 84:1 85:22 87:21 88:4 88:13 |
| **valuing**(1) 30:16 | | | | | | |
| **variety**(1) 64:25 | | **went**(2) 41:14 48:7 | | | | |
| **various**(6) 29:25 31:10 37:11 75:3 82:1 82:4 | | **were**(34) 9:24 10:2 12:20 14:19 15:8 15:21 16:12 17:2 19:24 20:4 20:6 30:3 30:3 37:4 37:10 37:10 37:12 37:12 37:23 40:3 40:11 48:14 52:21 52:23 52:24 53:1 62:13 63:6 63:14 64:24 65:1 71:9 81:23 84:6 | | **whole**(2) 37:2 73:14 | | **worked**(3) 23:24 27:5 83:5 |
| | | | | **whom**(2) 15:15 37:17 | | **working**(3) 69:5 74:23 80:17 |
| **vast**(1) 60:4 | | | | **whomever**(1) 74:15 | | **worse**(1) 51:5 |
| **vendor**(3) 85:14 85:18 85:24 | | | | **whose**(2) 26:9 50:13 | | **worth**(1) 24:23 |
| **very**(34) 8:16 9:12 9:16 10:1 10:22 17:4 18:4 28:23 29:1 30:8 33:16 36:23 39:15 43:1 44:18 45:13 45:14 45:25 46:1 47:1 53:18 57:5 61:3 61:6 71:13 77:6 78:24 80:11 80:21 85:13 87:18 88:12 88:17 | | **we'd**(2) 9:17 78:11 | | **who's**(3) 21:1 26:18 86:18 | | **worthwhile**(1) 78:23 |
| | | **we'll**(21) 9:22 10:14 10:15 11:12 11:15 16:24 18:16 18:18 23:14 44:14 44:14 44:15 77:4 77:4 78:1 79:1 79:2 79:4 84:7 84:7 85:22 | | **why**(15) 8:21 18:15 22:19 26:16 30:25 31:4 31:8 31:25 32:22 33:23 43:24 60:4 73:13 75:25 87:16 | | **would**(66) 8:7 8:8 8:10 10:11 10:17 13:4 14:3 14:4 14:9 16:9 17:15 21:7 22:3 24:3 24:9 25:24 27:18 28:14 32:18 32:23 32:24 33:1 33:2 33:3 33:19 35:1 37:25 42:21 42:23 45:8 50:15 55:3 55:11 56:24 59:10 59:11 59:12 60:20 61:4 61:4 61:24 70:19 71:4 73:12 75:19 78:3 78:6 78:8 78:22 79:13 80:5 80:9 81:6 82:10 83:16 83:25 84:5 85:17 86:2 86:3 86:8 86:8 86:9 86:21 87:3 87:16 |
| | | | | | | |
| **vestige**(1) 68:1 | | | | **will**(128) 8:14 8:23 10:20 11:9 11:11 11:13 18:6 16:20 19:2 19:5 19:6 19:17 20:3 21:20 21:22 23:14 23:15 23:16 23:16 23:17 23:19 23:22 26:4 26:7 27:4 28:3 29:20 30:6 30:22 31:23 32:6 32:9 32:19 33:6 34:7 36:4 38:22 38:24 39:4 39:20 45:7 45:19 47:8 47:9 49:4 49:8 49:9 49:10 51:21 53:10 53:18 54:2 54:3 54:5 54:6 54:8 54:9 54:10 54:16 55:21 56:14 56:16 56:21 57:2 57:6 57:23 57:24 58:23 58:24 58:25 59:1 59:2 59:6 59:7 60:5 61:9 61:14 61:18 62:1 62:21 62:22 64:16 66:13 67:2 68:15 69:2 69:6 69:11 69:18 69:18 70:8 71:18 71:21 71:22 72:13 72:13 73:11 74:15 74:16 75:4 75:5 75:17 75:25 79:25 80:3 80:4 80:7 80:13 80:16 80:20 80:23 81:10 81:24 82:8 82:17 85:11 85:22 86:5 87:6 88:4 88:14 | | |
| **vice-versa**(1) 65:7 | | **we're**(41) 10:5 13:3 15:17 15:19 17:10 17:12 19:22 27:7 27:24 28:1 29:6 31:16 32:22 32:24 35:14 35:16 35:16 36:22 37:21 37:22 38:5 39:12 42:3 42:5 42:5 42:13 42:14 42:14 42:16 44:2 44:12 55:15 64:19 69:17 72:6 72:8 72:15 79:10 82:4 84:18 87:3 | | | | |
| **view**(9) 8:12 13:1 16:10 35:2 42:9 53:6 62:22 80:15 83:9 | | | | | | |
| | | | | | | |
| **views**(2) 64:25 65:1 | | | | | | |
| **virtual**(1) 37:20 | | | | | | |
| **virtually**(1) 54:13 | | **we've**(26) 15:13 15:14 15:16 16:18 17:3 18:4 27:21 27:25 31:13 31:18 31:20 35:4 40:8 42:17 45:2 45:4 45:5 45:12 45:21 61:11 65:14 69:16 71:16 76:25 78:19 87:13 | | | | |
| **visit**(1) 54:15 | | | | | | |
| **volume**(1) 11:14 | | | | | | |
| **wadsworth**(1) 6:22 | | | | | | |
| **wagging**(1) 61:5 | | | | | | |
| **wait**(3) 69:16 76:1 79:10 | | | | | | **wouldn't**(2) 55:9 86:20 |
| **waived**(1) 13:24 | | | | | | **writing**(4) 19:13 54:1 57:10 67:5 |
| **want**(28) 11:21 12:13 13:14 14:6 19:10 19:10 22:18 23:2 27:4 34:21 38:1 38:1 38:2 38:6 38:8 44:3 44:8 45:25 65:6 66:3 66:4 75:22 76:3 77:11 77:12 84:25 85:23 86:22 | | | | | | **written**(2) 63:25 67:19 |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|

**wrong**(1) 73:12

**wrote**(1) 44:23

**wunder**(1) 6:26

**year**(10) 7:25 15:2 15:24 16:15 17:8 55:9
56:24 64:21 73:13 75:13

**years**(5) 22:7 64:21 64:22 64:22 64:22

**yes**(32) 7:10 7:18 9:5 10:21 10:24 11:24
12:10 12:16 14:12 17:9 17:25 23:20 25:6
27:15 28:18 28:20 31:7 34:4 34:9 47:19
50:10 66:5 67:11 77:15 78:4 79:4 79:17
81:14 82:14 85:19 88:2 88:19

**yesterday**(1) 12:25

**yet**(4) 9:12 22:5 50:19 66:6

**york**(8) 1:39 2:17 2:24 2:39 3:8 3:30 3:42
4:8

**you**(259) 7:4 7:8 7:12 7:14 7:21 7:25 8:20
8:22 9:1 9:2 9:16 11:4 13:14 13:23 14:11
17:19 17:20 17:21 17:22 18:16 18:17
19:25 20:11 20:24 21:12 21:17 21:17
22:14 22:15 23:7 24:25 25:1 28:2 28:16
28:23 30:5 30:11 30:13 30:16 33:8 33:9
33:16 33:20 33:21 33:24 34:17 34:18
34:20 34:21 35:1 35:17 35:18 35:24 36:12
36:18 37:1 37:3 37:17 38:5 38:16 38:17
38:18 38:18 38:19 38:20 39:1 39:16 39:19
39:20 40:1 40:5 40:5 40:6 40:6 40:7
40:11 40:12 40:13 40:14 41:2 41:8 42:2
42:4 43:4 43:4 43:18 43:19 43:20 44:7
44:8 44:8 44:9 44:10 44:21 44:22 44:23
44:23 44:24 44:25 45:3 45:24 45:25 46:9
48:3 48:9 48:10 48:12 48:13 49:8 49:18
50:10 52:3 53:7 54:18 55:4 55:9 55:12
55:17 55:18 55:18 56:1 56:4 56:6 56:6
56:7 56:14 57:3 57:8 57:20 58:25 59:2
60:13 60:20 60:22 61:8 61:9 61:13 61:14
61:16 61:16 62:4 62:4 62:6 62:11 62:11
62:12 62:14 62:15 62:23 62:23 63:20
63:21 63:24 65:6 65:11 65:16 65:16 65:20
65:20 65:22 65:22 65:23 66:1 66:7 66:12
66:13 66:18 66:19 67:21 67:24 68:1 68:13
70:6 70:23 71:9 71:10 71:19 71:24 72:12
72:21 73:8 73:9 73:15 73:17 74:6 74:18
74:21 74:24 75:1 75:4 75:6 75:8 75:8
75:9 75:10 75:16 75:22 75:23 76:1 76:1
76:13 76:20 76:20 76:22 76:22 77:6 77:10
77:13 77:19 78:6 78:10 78:25 79:1 79:5
79:6 79:9 80:17 80:21 80:23 80:24 80:25
81:2 81:12 81:17 81:21 81:22 81:22 82:2
82:4 82:10 82:13 83:12 83:12 84:6 84:15
84:16 84:19 84:20 84:23 84:24 84:25 85:4
85:5 85:20 85:23 85:24 85:25 86:9 86:10
86:10 87:5 87:9 87:10 88:3 88:4 88:12
88:17 88:20 88:21

**you've**(1) 56:5

**young**(2) 3:11 3:19

**your**(81) 7:5 7:9 8:5 8:17 9:1 10:2 13:1
14:13 17:19 17:22 18:17 18:18 18:20 20:1
22:17 24:11 25:2 26:20 27:21 28:5 28:23
31:8 31:25 32:15 34:3 34:20 35:2 35:24
38:20 40:12 40:13 41:2 44:10 44:11 46:1
46:1 46:13 46:14 47:23 48:20 52:4 55:4
55:18 55:19 55:22 57:10 57:11 58:19 61:9
61:13 61:16 62:5 62:12 62:18 64:24 65:1
66:13 66:20 67:8 67:13 67:24 71:7 71:7
71:12 72:25 76:3 76:21 77:15 80:9 81:3
82:13 83:13 84:5 85:5 85:15 86:12 88:3
88:13 88:14 88:16 88:20

**yourself**(1) 83:15

**yourselves**(1) 65:7

**you'd**(1) 28:21

**you'll**(9) 13:9 24:2 41:4 41:5 42:5 45:3
61:7 66:5 82:11

**you're**(31) 7:23 35:25 40:3 44:10 46:4
46:6 46:7 46:13 46:17 46:23 46:24 46:25
46:25 47:1 48:11 48:21 48:23 56:9 56:11
56:12 65:8 65:20 65:21 65:25 71:4 71:8
75:7 76:21 79:15 81:16 82:25

**you've**(12) 30:23 37:2 44:6 46:1 65:17
65:19 65:23 74:23 74:23 74:24 74:25 81:7

**zelbo**(1) 1:37

**zero**(1) 7:16

**ziegler**(4) 18:20 20:1 20:2 80:7

**ziegler's**(1) 80:2

**ziehl**(1) 2:28

**zloto**(1) 6:30