UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

Nortel Networks, Inc. et al.

Debtors.

Chapter 11

No. 09-10138 (KG)
Jointly Administered

Proposed Order

Related Doc. No. 12787

## ORDER PERMITTING THE WITHDRAWAL OF CRDITOR ERNEST DEMEL'S COUNSEL

Upon the motion filed January 7, 2014, for entry of an order, as more fully described in the motion, of Ernest Demel, for permitting the withdrawal of his counsel.

IT IS HEREBY ORDERED

That Gary Steven Stone, of counsel to Meghan Faux, director of South Brooklyn Legal Services, be permitted to withdraw as counsel for Creditor Ernest Demel

Dated: February 3, 2014
Wilmington, Delaware

_____
THE HONRABLE KEVIN GROSS
U.S. BANKRUPTCY JUDGE