**EXHIBIT B**

**DENTONS**

Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

Salans FMC SNR Denton
dentons.com

T 416 863 4511
F 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 3022545**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| **December 31, 2013** | **538462-000001** | **Michael Wunder** |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 119,460.00 |
| Disbursements | | 15,014.44 |
| **Total Amount Due** | **$** | **134,474.44 CDN** |

**DENTONS CANADA LLP**

Per: _____

Michael Wunder

| Payment Options: | |
|---|---|
| **Cheques:** | **Internet Banking:** |
| Cheques payable to Dentons Canada LLP and mailed to the above noted address. | Accepted at most financial institutions. Your payee is Dentons Canada LLP and your account number is 538462. Please email us at Edm.Accounting@dentons.com referencing invoice number and payment amount. |
| **Wire Transfer:** | **Credit Card:** |
| Bank of Montreal | Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one). |
| 1st Canadian Place, Toronto, ON | Card No. _____ |
| Swift Code: BOFMCAM2 | |
| Bank ID: 001 Transit: 00022 | Expiry Date: _____ Amount: _____ |
| CAD Funds Bank Account : 0004-324 | Cardholder Name: _____ |
| | Signature: _____ |
| **Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.** | |
| **Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.** | |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 2 of 21
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Nov-13 | BLG | 0029 | Email correspondence regarding allocation depositions and preparation for same at Dentons Ottawa office. | 0.2 |
| 01-Nov-13 | MJW | 0029 | Review correspondence and replies from multiple estates regarding allocation document production issues and court hearing. | 0.4 |
| 01-Nov-13 | MJW | 0029 | Review application material regarding allocation litigation witness letters of request. | 0.2 |
| 01-Nov-13 | MJW | 0029 | Assist Akin Gump regarding preparation for Canadian allocation witness depositions. | 0.4 |
| 01-Nov-13 | MJW | 0029 | Email correspondence with Dentons lawyers regarding allocation litigation and arrangements for Dentons Ottawa assistance for NNI and UCC regarding document production and allocation witness depositions. | 0.6 |
| 01-Nov-13 | MJW | 0003 | Prepare September 2013 fee account. | 1.6 |
| 01-Nov-13 | MJW | 0031 | Review issued Canadian court orders and Monitor's reports regarding Nortel Canada HWT and prior distributions. | 0.8 |
| 01-Nov-13 | RCJ | 0029 | Analysis of allocation positions and strategies and review of related court filed material. | 3.3 |
| 01-Nov-13 | RCJ | 0029 | Assist Akin Gump team with deposition preparation. | 0.8 |
| 01-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 1.0 |
| 01-Nov-13 | NEL | 0029 | Call with C. Payne regarding allocation deposition preparation. | 0.1 |
| 01-Nov-13 | NEL | 0029 | Follow up correspondence with C. Payne with respect to depositions. | 0.1 |
| 03-Nov-13 | RCJ | 0031 | Continue with analysis of allocation issues for trial. | 1.7 |
| 03-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 9.6 |
| 04-Nov-13 | BLG | 0007 | Email correspondence with Akin Gump regarding UCC meeting and Canadian updates. | 0.1 |
| 04-Nov-13 | RSK | 0031 | Review of draft Canadian court order regarding MOE appeal. | 0.2 |
| 04-Nov-13 | MJW | 0029 | Review correspondence and court orders regarding allocation deposition issues. | 0.3 |
| 04-Nov-13 | MJW | 0031 | Review draft Ontario Court of Appeal order for Canadian environmental decision including original CCAA court order, and prepare mark-up with suggested changes for Monitor's counsel. | 0.5 |
| 04-Nov-13 | MJW | 0031 | Email correspondence with NNI Canadian counsel and confer | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 3 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| | | | with J. Dietrich regarding Canadian court order. | |
| 04-Nov-13 | MJW | 0007 | Email correspondence with UCC advisors regarding UCC meeting and Canadian items for agenda. | 0.1 |
| 04-Nov-13 | MJW | 0029 | Email correspondence with allocation core parties regarding allocation depositions and discovery document production. | 0.2 |
| 04-Nov-13 | JOD | 0031 | Review of draft Ontario Court of Appeal order. | 0.2 |
| 04-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 1.3 |
| 05-Nov-13 | RSK | 0031 | Review of correspondence from counsel to UK pension claimants regarding allocation litigation witness counsel conflict issue. | 0.3 |
| 05-Nov-13 | MJW | 0003 | Prepare September 2013 fee application. | 1.6 |
| 05-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for NNI and Monitor regarding Canadian motions (0.2), and calls and emails with M. Picard (Dentons) regarding Nortel Canada Health and Welfare Trust ("HWT") motion (0.2). | 0.4 |
| 05-Nov-13 | RCJ | 0031 | Discussions with Dentons team regarding Canadian motions. | 0.3 |
| 05-Nov-13 | RCJ | 0031 | Review correspondence regarding Nortel Canada HWT issues and proposed termination. | 0.2 |
| 05-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.5 |
| 06-Nov-13 | MMP | 0019 | Reviewed information from Monitor and publicly-available material regarding Canadian motion with respect to Nortel Canada HWT. | 0.6 |
| 06-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for Monitor and NNI regarding Nortel Canada HWT Canadian motion and call to discuss upcoming motion. | 0.3 |
| 06-Nov-13 | MJW | 0029 | Calls and email correspondence with Dentons Ottawa office regarding assisting NNI and UCC U.S. counsel in preparation for Canadian allocation witness depositions, and instructions to Ottawa team regarding same. | 0.6 |
| 06-Nov-13 | MJW | 0031 | Memo to M. Picard regarding Canadian HWT motion and requested relief. | 0.6 |
| 06-Nov-13 | MJW | 0031 | Review correspondence from multiple core parties regarding allocation litigation, and witness depositions. | 0.2 |
| 06-Nov-13 | RCJ | 0029 | Review correspondence among Core Parties regarding allocation litigation, depositions, and productions. | 0.9 |
| 06-Nov-13 | RCJ | 0029 | Discussions with M. Wunder and M. Picard regarding HWT Canadian motion. | 0.3 |
| 07-Nov-13 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 07-Nov-13 | RSK | 0031 | Review of email correspondence from NNI's Canadian counsel and other parties regarding Chambers conference withdrawing letters of request. | 0.2 |

DENTONS CANADA LLP                                                    INVOICE 3022545
The Official Committee of Unsecured Creditors                          Page 4 of 21
Re: Nortel Networks Inc., et al.                                  Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 07-Nov-13 | MJW | 0007 | Prepare for and attend on UCC call. | 0.6 |
| 07-Nov-13 | MJW | 0031 | Review correspondence from Nortel's Canadian counsel regarding allocation litigation letters of request, and report to Dentons team. | 0.2 |
| 07-Nov-13 | MJW | 0031 | Review draft Canadian Court orders regarding withdrawal of issued Canadian letters of request. | 0.2 |
| 07-Nov-13 | RCJ | 0007 | Participate in UCC call. | 0.5 |
| 07-Nov-13 | AF | 0029 | Assist Cleary lawyers in connection with preparation for allocation litigation depositions. | 4.6 |
| 08-Nov-13 | MMP | 0019 | Review and analyze information and filings regarding the Nortel Canada HWT and registered pension plans. | 1.4 |
| 08-Nov-13 | MMP | 0019 | Meeting with M. Wunder to prepare for call with Monitor and its counsel regarding the proposed termination of the Nortel Canada HWT. | 0.4 |
| 08-Nov-13 | MMP | 0019 | Call with Monitor and its counsel, NNI's Canadian counsel, and M. Wunder, regarding Nortel Canada Health and Welfare Trust motion. | 1.0 |
| 08-Nov-13 | MMP | 0019 | Prepare summary regarding Monitor's proposal to terminate Nortel Canada's Health and Welfare Trust. | 1.6 |
| 08-Nov-13 | RSK | 0031 | Review of correspondence from Goodmans regarding witness representation conflict issue. | 0.2 |
| 08-Nov-13 | RSK | 0031 | Review of Canadian orders withdrawing certain letters of request. | 0.2 |
| 08-Nov-13 | MJW | 0029 | Review issued Canadian court orders regarding letter of request withdrawal. | 0.2 |
| 08-Nov-13 | MJW | 0029 | Review correspondence from multiple core parties regarding allocation litigation discovery and document production. | 0.3 |
| 08-Nov-13 | MJW | 0029 | Review correspondence from Canadian counsel for Monitor to counsel for UK pension claimants, regarding litigation witness issues, and related UK pension claimants correspondence. | 0.3 |
| 08-Nov-13 | MJW | 0031 | Meet with M. Picard to discuss Canadian pensions and Nortel Canada HWT issues and prepare for call with Canadian counsel for Monitor. | 0.4 |
| 08-Nov-13 | MJW | 0031 | Conference call with Canadian counsel for Monitor and NNI to discuss Nortel Canada HWT issues including HWT distribution and termination issues. | 1.0 |
| 08-Nov-13 | RCJ | 0019 | Confer with Dentons lawyers regarding Canadian HWT motion and analyze background material. | 0.5 |
| 08-Nov-13 | RCJ | 0029 | Assist Akin Gump team with deposition preparation. | 0.6 |
| 08-Nov-13 | RCJ | 0029 | Analysis of allocation litigation strategies and next steps. | 2.7 |
| 08-Nov-13 | AF | 0029 | Assist Cleary lawyers in connection with preparation for allocation litigation depositions. | 7.5 |
| 11-Nov-13 | RSK | 0031 | Analysis of Canadian litigation issues. | 0.3 |

DENTONS CANADA LLP

INVOICE 3022545

The Official Committee of Unsecured Creditors

Page 5 of 21

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|------|------|---------------------|-------|
| 11-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for NNI, and Canadian counsel for Monitor regarding Canadian environmental appeal order. | 0.2 |
| 11-Nov-13 | MJW | 0031 | Review Monitor's report regarding Canadian environmental order, status and potential action items. | 0.2 |
| 11-Nov-13 | MJW | 0031 | Call with NNI's Canadian counsel to discuss upcoming Canadian motions, and related issues. | 0.3 |
| 11-Nov-13 | MJW | 0031 | Prepare October 2013 fee account. | 1.2 |
| 11-Nov-13 | RCJ | 0029 | Discussions with Akin Gump team regarding allocation litigation depositions. | 0.3 |
| 11-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.7 |
| 11-Nov-13 | SS | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 1.4 |
| 11-Nov-13 | NEL | 0029 | Assist Akin Gump attorneys with deposition preparation. | 0.1 |
| 12-Nov-13 | BLG | 0031 | Review of Canadian motion materials regarding EMEA Debtor's production motion concerning Canadian Debtors' document production and U.S. Debtors' position. | 0.7 |
| 12-Nov-13 | BLG | 0031 | Email exchanges regarding Canadian motion attendance and preparation for same. | 0.3 |
| 12-Nov-13 | MMP | 0019 | Review and analyze information regarding the Nortel Canadian Health and Welfare Trust and Nortel Canada employee claims process. | 1.2 |
| 12-Nov-13 | RSK | 0031 | Review of EMEA debtor Canadian motion materials to compel production of documents from the Canadian Debtors. | 0.9 |
| 12-Nov-13 | RSK | 0029 | Telephone attendance with Michael Wunder regarding litigation timetable amendments. | 0.2 |
| 12-Nov-13 | MJW | 0031 | Review EMEA debtors Canadian motion record, factum and book of authorities for hearing regarding allocation litigation document production from Canadian debtors. | 1.7 |
| 12-Nov-13 | MJW | 0031 | Email correspondence with Dentons lawyers regarding EMEA debtors Canadian motion, and related analysis regarding UCC issues. | 0.6 |
| 12-Nov-13 | RCJ | 0031 | Email correspondence with Dentons team regarding allocation strategies and litigation, and Canadian motion for document production. | 1.1 |
| 12-Nov-13 | RCJ | 0012 | Analysis of claims reconciliation and cross-border claims. | 0.8 |
| 12-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.5 |
| 12-Nov-13 | NEL | 0029 | Instructions to students to assist Akin Gump attorneys with allocation depositions. | 0.1 |
| 13-Nov-13 | PJC | 0031 | Email correspondence with M. Wunder regarding Canadian court motions. | 0.1 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 6 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 13-Nov-13 | PJC | 0029 | Review correspondence from B. Grossman regarding joint hearing for proposed amendments to litigation timetable and review draft amendments and order. | 0.3 |
| 13-Nov-13 | BLG | 0029 | Email correspondence and telephone attendance with Torys regarding motions on November 19th: 1. EMEA Debtors' production motion and 2. Joint hearing to amend litigation timetable. | 0.6 |
| 13-Nov-13 | BLG | 0029 | Review drafts of motion materials for November 19 motion to amend litigation timetable. | 0.4 |
| 13-Nov-13 | BLG | 0031 | Email report to Akin Gump team regarding upcoming Canadian motions. | 0.2 |
| 13-Nov-13 | BLG | 0031 | Instructions to Dentons team regarding November 19 motion attendances. | 0.4 |
| 13-Nov-13 | BLG | 0031 | Review of email correspondence regarding Nortel Canada HWT motion. | 0.2 |
| 13-Nov-13 | BLG | 0007 | Email correspondence regarding UCC meeting and prepare for Canadian status report. | 0.1 |
| 13-Nov-13 | BLG | 0031 | Review of email correspondence from Akin Gump regarding allocation litigation issues. | 0.2 |
| 13-Nov-13 | MMP | 0019 | Detailed review and analysis of Canadian motion materials including Monitor's report and proposed order, regarding the Nortel Canada HWT. | 3.3 |
| 13-Nov-13 | MMP | 0019 | Prepare report with M. Wunder for UCC advisors regarding Canadian HWT termination motion. | 1.2 |
| 13-Nov-13 | RSK | 0029 | Review of email correspondence from various parties regarding EMEA debtor motion for document production from Canadian Debtors. | 0.4 |
| 13-Nov-13 | RSK | 0029 | Review of email correspondence from NNI's Canadian counsel and other counsel regarding amendments to litigation timetable. | 0.5 |
| 13-Nov-13 | RSK | 0029 | Review of draft motion materials of Canadian Debtors and Monitor regarding amendments to litigation timetable. | 0.5 |
| 13-Nov-13 | RSK | 0031 | Review of motion record of the Monitor regarding distribution from and termination of HWT. | 0.7 |
| 13-Nov-13 | MJW | 0029 | Review multiple correspondence from core allocation parties regarding proposed joint motion for allocation litigation, and EMEA debtor document production motion. | 0.5 |
| 13-Nov-13 | MJW | 0029 | Confer and emails with B. Grossman and Dentons lawyers regarding upcoming Canadian court hearings for allocation litigation issues. | 0.3 |
| 13-Nov-13 | MJW | 0029 | Conference call with NNI's Canadian counsel regarding status of allocation litigation issues and Canadian court hearings. | 0.5 |
| 13-Nov-13 | MJW | 0029 | Review draft Canadian and U.S. motion material for allocation | 0.7 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 7 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | litigation hearing. | |
| 13-Nov-13 | MJW | 0031 | Review report to Akin Gump regarding status of Canadian upcoming hearings and motion material. | 0.2 |
| 13-Nov-13 | MJW | 0031 | Review Canadian motion record and Monitor's report and proposed court order for Nortel Canada HWT motion and prior Monitor's reports. | 2.2 |
| 13-Nov-13 | MJW | 0031 | Prepare report with M. Picard regarding Nortel Canada HWT motion, and forward to UCC advisors. | 1.2 |
| 13-Nov-13 | RCJ | 0029 | Review email correspondence from NNI's Canadian counsel and Dentons teams regarding document production and discovery issues. | 0.8 |
| 13-Nov-13 | RCJ | 0031 | Review of Canadian HWT motion record. | 0.4 |
| 13-Nov-13 | RCJ | 0029 | Confer with Dentons team regarding allocation litigation issues and Canadian court hearings regarding same. | 1.2 |
| 13-Nov-13 | RCJ | 0007 | Prep work for UCC call and Canadian updates. | 0.4 |
| 13-Nov-13 | SS | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.5 |
| 14-Nov-13 | BLG | 0007 | Prepare for (0.5) and participate in UCC meeting (0.9). | 1.4 |
| 14-Nov-13 | BLG | 0029 | Email correspondence with NNI's Canadian counsel regarding motion to amend litigation schedule and receipt, review and email correspondence regarding draft US and Canadian orders, and consultation with Dentons team. | 0.7 |
| 14-Nov-13 | BLG | 0029 | Reporting email to Akin Gump regarding court material for motion to amend litigation timetable. | 0.3 |
| 14-Nov-13 | BLG | 0029 | Email correspondence with NNI's Canadian counsel and Cleary regarding draft court material and orders for joint hearing. | 0.2 |
| 14-Nov-13 | MMP | 0007 | Participated in Committee call. | 0.9 |
| 14-Nov-13 | RSK | 0029 | Review of emails from Torys, Dentons et al. regarding motion to amend litigation timetable. | 0.6 |
| 14-Nov-13 | RSK | 0029 | Review of joint application to amend the Allocation Protocol, Litigation Timetable, Discovery Plan and Deposition Protocol. | 0.9 |
| 14-Nov-13 | RSK | 0029 | Review of joint motion filed in U.S. proceedings. | 0.3 |
| 14-Nov-13 | MJW | 0031 | Prepare Canadian update report for UCC meeting. | 0.4 |
| 14-Nov-13 | MJW | 0031 | Calls to Canadian counsel for NNI to discuss Canadian motions and joint hearings. | 0.3 |
| 14-Nov-13 | MJW | 0007 | Attend on Committee call. | 0.9 |
| 14-Nov-13 | MJW | 0029 | Email correspondence to and from Canadian and U.S. counsel for core parties regarding motion to amend allocation litigation schedule. | 0.8 |
| 14-Nov-13 | MJW | 0029 | Review draft Canadian motion material and order for allocation litigation timetable amendments (0.6) and confer with Dentons lawyers regarding same (0.3). | 0.9 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 8 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 14-Nov-13 | MJW | 0029 | Review finalized and served Canadian motion record and proposal order for allocation litigation timetable amendments, and Monitor's report (1.0) and confer with B. Grossman regarding same (0.3). | 1.3 |
| 14-Nov-13 | RCJ | 0007 | Confer with Dentons team regarding Canadian updates for Committee call. | 0.4 |
| 14-Nov-13 | RCJ | 0007 | Participate in UCC call. | 0.9 |
| 14-Nov-13 | RCJ | 0031 | Discussions with NNI Canadian counsel regarding Canadian motions and next steps. | 0.3 |
| 14-Nov-13 | NEL | 0007 | Participate in Committee call (part). | 0.7 |
| 15-Nov-13 | BLG | 0029 | Review of email correspondence regarding November 19 joint hearing. | 0.1 |
| 15-Nov-13 | BLG | 0029 | Review email correspondence regarding allocation document productions and deposition matters. | 0.3 |
| 15-Nov-13 | BLG | 0031 | Review and consideration of settlement terms regarding EMEA Debtors' Canadian document production motion (0.4). Email correspondence regarding same and conference call with NNI's Canadian counsel and Cleary regarding same (0.4). Prepare and finalize responding email (0.2). | 1.0 |
| 15-Nov-13 | BLG | 0029 | Email correspondence regarding US and Canadian draft Orders regarding amendments to litigation timetable. | 0.3 |
| 15-Nov-13 | RSK | 0029 | Review of settlement term sheet regarding discovery disputes between EMEA debtors and Canadian Debtors and related correspondence from core parties. | 0.8 |
| 15-Nov-13 | RSK | 0031 | Review of further correspondence from counsel for EMEA debtors regarding allocation litigation witness representation issues. | 0.2 |
| 15-Nov-13 | MJW | 0031 | Review correspondence from Monitor's counsel with term sheet for EMEA debtor Canadian document production motion (0.6), confer with B. Grossman (0.2), and correspondence with NNI's Canadian counsel (0.1). | 0.9 |
| 15-Nov-13 | MJW | 0012 | Review update regarding Wilmington Trust claims objection status hearing and related order. | 0.2 |
| 15-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for Monitor and NNI regarding Canadian HWT motion. | 0.2 |
| 15-Nov-13 | MJW | 0029 | Review multiple correspondence with Canadian and U.S. counsel for NNI and the UCC regarding EMEA debtor Canadian document production motion. | 0.4 |
| 15-Nov-13 | MJW | 0029 | Prepare for and attend on conference call with Canadian and U.S. counsel for NNI and the UCC regarding EMEA debtor Canadian document production motion. | 0.6 |
| 15-Nov-13 | MJW | 0029 | Review draft correspondence regarding EMEA debtor Canadian document production motion, and related correspondence with UCC and NNI counsel. | 0.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 9 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 15-Nov-13 | MJW | 0031 | Review correspondence from B. Grossman to NNI and UCC counsel regarding Canadian litigation issues. | 0.2 |
| 15-Nov-13 | MJW | 0029 | Review draft Canadian and U.S. court orders for amendment to allocation litigation timetable (0.3), and confer with B. Grossman regarding same (0.1). | 0.4 |
| 15-Nov-13 | MJW | 0031 | Review correspondence from Monitor's counsel and revised draft Ontario Court of Appeal order for Canadian environmental appeal decision. | 0.2 |
| 15-Nov-13 | RCJ | 0029 | Review draft U.S. and Canadian orders regarding amendment to litigation timetable. | 0.5 |
| 15-Nov-13 | RCJ | 0029 | Email correspondence with Dentons team regarding litigation timetable and depositions. | 0.3 |
| 15-Nov-13 | RCJ | 0029 | Review discovery dispute settlement term sheet. | 0.8 |
| 15-Nov-13 | RCJ | 0029 | Continue work on strategic allocation litigation prep issues. | 2.9 |
| 18-Nov-13 | PJC | 0029 | Review motion materials to prepare for joint hearing for allocation litigation and additional Canadian motion. | 0.4 |
| 18-Nov-13 | PJC | 0029 | Meeting with B. Grossman to discuss and prepare for attendance on motions to be heard by Canadian court and joint hearing. | 0.4 |
| 18-Nov-13 | PJC | 0029 | Review of objection regarding litigation timetable amendments in preparation for court hearing. | 0.6 |
| 18-Nov-13 | PJC | 0031 | Review of email correspondence concerning agenda for Canadian motions. | 0.3 |
| 18-Nov-13 | PJC | 0029 | Attend on conference call with R. Jacobs and Akin Gump to prepare for allocation litigation joint hearing. | 0.4 |
| 18-Nov-13 | BLG | 0029 | Prepare for multiple motions including calls and emails to Goodmans, Torys, Akin Gump and Dentons teams regarding EMEA production request and amendments to litigation timetable. | 1.5 |
| 18-Nov-13 | BLG | 0031 | Confer with P. Cavanagh for attendance at allocation litigation joint hearing and Canadian hearing to follow regarding Canadian HWT motion. | 0.4 |
| 18-Nov-13 | BLG | 0029 | Review email correspondence from counsel for core parties regarding allocation litigation productions and deposition matters. | 0.4 |
| 18-Nov-13 | BLG | 0029 | Review of report to UCC regarding bondholder objections to motion to amend litigation timetable. | 0.1 |
| 18-Nov-13 | RSK | 0029 | Review correspondence from core parties regarding EMEA debtors/Canadian Debtors discovery dispute. | 0.3 |
| 18-Nov-13 | RSK | 0029 | Review of objections to amendments of litigation timetable filed in US and Canadian Courts. | 0.8 |
| 18-Nov-13 | RSK | 0029 | Review of core party correspondence regarding status of various matters for November 19 court hearings. | 0.3 |

DENTONS CANADA LLP                                                      INVOICE 3022545
The Official Committee of Unsecured Creditors                     Page 10 of 21
Re: Nortel Networks Inc., et al.                                 Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 18-Nov-13 | MJW | 0031 | Email correspondence to and from Canadian counsel for NNI and Monitor regarding HWT Canadian motion (0.3), and update to P. Cavanagh regarding Canadian court attendance (0.1). | 0.4 |
| 18-Nov-13 | MJW | 0029 | Review correspondence from Monitor's counsel regarding allocation litigation Canadian document production motion (0.2), confer with Dentons lawyers (0.1), and correspondence to and from Akin Gump regarding same (0.3). | 0.6 |
| 18-Nov-13 | MJW | 0029 | Email correspondence to and from NNI's Canadian counsel to prepare for allocation litigation motions. | 0.2 |
| 18-Nov-13 | MJW | 0029 | Review objection filed with courts regarding litigation timetable amendment motion. | 0.4 |
| 18-Nov-13 | MJW | 0029 | Review email correspondence from Akin Gump and UCC regarding litigation timetable joint motion. | 0.4 |
| 18-Nov-13 | MJW | 0029 | Review correspondence regarding document production motion for allocation litigation. | 0.2 |
| 18-Nov-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons student and instructions regarding assisting Akin Gump with Canadian witness depositions for allocation litigation. | 0.3 |
| 18-Nov-13 | RCJ | 0029 | Prep work for joint court hearing regarding allocation litigation timetable. | 1.7 |
| 18-Nov-13 | RCJ | 0029 | Conference call with D. Botter (Akin Gump) and P. Cavanagh regarding joint hearing and UCC position. | 0.4 |
| 18-Nov-13 | NEL | 0029 | Assist Akin Gump attorneys with allocation deposition preparation. | 0.2 |
| 18-Nov-13 | NEL | 0029 | Review email from U.S. counsel with respect to allocation litigation schedule. | 0.1 |
| 19-Nov-13 | PJC | 0008 | Attendance at Canadian court for joint hearing concerning allocation litigation timetable. | 2.8 |
| 19-Nov-13 | PJC | 0008 | Review of motion records in preparation for attendance at court hearings. | 0.6 |
| 19-Nov-13 | PJC | 0029 | Email correspondence with Akin Gump and Dentons regarding outcome of court hearing to amend allocation litigation timetable. | 0.3 |
| 19-Nov-13 | BLG | 0029 | Review of email correspondence from Akin Gump regarding objection to motion to extend timetable. | 0.1 |
| 19-Nov-13 | BLG | 0029 | Review report regarding allocation litigation joint hearing result. | 0.1 |
| 19-Nov-13 | BLG | 0029 | Review correspondence from counsel for UKPC regarding joint hearing issues and email correspondence regarding same with Akin Gump and Dentons. | 0.7 |
| 19-Nov-13 | RSK | 0029 | Confer with Dentons team regarding results of joint hearing and court request for fee information. | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 11 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 19-Nov-13 | RSK | 0029 | Review of correspondence from counsel for UK pension parties to Canadian court regarding trial scheduling and related email correspondence with Akin Gump and Dentons | 0.4 |
| 19-Nov-13 | MJW | 0029 | Review correspondence from counsel for core parties regarding allocation litigation document production. | 0.2 |
| 19-Nov-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons to prepare for joint court hearing regarding allocation litigation. | 0.3 |
| 19-Nov-13 | MJW | 0008 | Attend joint court hearing (telephonically) regarding amendments to allocation litigation timetable (part). | 2.0 |
| 19-Nov-13 | MJW | 0029 | Review Akin Gump report to Committee regarding allocation litigation joint hearing. | 0.2 |
| 19-Nov-13 | MJW | 0029 | Email correspondence to and from Dentons and Akin Gump regarding joint court hearing and allocation trial issues. | 0.4 |
| 19-Nov-13 | RCJ | 0008 | Prepare for (0.5) and attend joint hearing for allocation litigation timetable (2.8). | 3.3 |
| 19-Nov-13 | RCJ | 0029 | Work on materials responsive to joint request from Courts regarding fees. | 1.2 |
| 19-Nov-13 | RCJ | 0029 | Email correspondence and telephone calls with Akin Gump team regarding materials responsive to joint request from Courts regarding fees. | 0.6 |
| 19-Nov-13 | RCJ | 0029 | Email correspondence and telephone calls with C. Armstrong (Goodmans) and S. Bomhof (Torys) regarding materials responsive to joint request from Courts regarding fees. | 0.3 |
| 19-Nov-13 | RCJ | 0029 | Review draft materials to joint request from Courts regarding fees. | 0.3 |
| 19-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.4 |
| 19-Nov-13 | NEL | 0029 | Email with Akin Gump regarding Canadian depositions preparation. | 0.1 |
| 20-Nov-13 | BLG | 0007 | Review of agenda and preparation for UCC meeting. | 0.1 |
| 20-Nov-13 | RSK | 0031 | Review of issued Canadian HWT Canadian order. | 0.2 |
| 20-Nov-13 | RSK | 0029 | Further review of correspondence from counsel to UK Pension Claimants to Justice Morawetz regarding timetable and considered jurisdiction issues. | 0.5 |
| 20-Nov-13 | MJW | 0029 | Review draft summary from Akin Gump regarding allocation litigation for distribution to Monitor and courts, and provide comments to Akin Gump. | 0.4 |
| 20-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 2.3 |
| 21-Nov-13 | PJC | 0007 | Attendance on Committee call (part). | 0.4 |
| 21-Nov-13 | BLG | 0007 | Attend UCC telephone meeting (part). | 0.8 |
| 21-Nov-13 | BLG | 0029 | Email correspondence regarding forms of draft court orders from joint hearing. | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 21-Nov-13 | BLG | 0007 | Review update report to UCC from Akin Gump. | 0.1 |
| 21-Nov-13 | RSK | 0007 | Participated in Committee call. | 1.0 |
| 21-Nov-13 | RSK | 0029 | Review of draft court order amending litigation timetable and related email correspondence between core parties. | 0.6 |
| 21-Nov-13 | RSK | 0029 | Review of correspondence from counsel for Monitor to Canadian and US courts with reporting. | 0.4 |
| 21-Nov-13 | MJW | 0007 | Prepare for and attend on Committee call. | 1.0 |
| 21-Nov-13 | MJW | 0029 | Review revised drafts of court orders for amendments to allocation litigation timetable. | 0.6 |
| 21-Nov-13 | MJW | 0029 | Review correspondence from Canadian debtors counsel to counsel for U.S. debtors regarding court orders. | 0.2 |
| 21-Nov-13 | MJW | 0029 | Calls and email correspondence with Dentons team and Akin Gump to assist with preparation for allocation litigation, and reporting to Akin Gump regarding Canadian issues. | 0.5 |
| 21-Nov-13 | RCJ | 0029 | Detailed analysis of allocation issues. | 2.9 |
| 21-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 2.5 |
| 21-Nov-13 | NEL | 0007 | Participate in Committee call. | 1.0 |
| 22-Nov-13 | BLG | 0031 | Review of endorsements of Canadian court regarding November 19th motions and email correspondence with Dentons nd Akin Gump regarding same. | 0.4 |
| 22-Nov-13 | BLG | 0029 | Review email correspondence regarding US Order amending litigation timetable and revised draft order. | 0.2 |
| 22-Nov-13 | RSK | 0029 | Review of email correspondence regarding form of order to amend litigation schedule. | 0.4 |
| 22-Nov-13 | RSK | 0029 | Review of endorsement from Canadian court regarding litigation timetable and related correspondence to and from Akin Gump and Dentons. | 0.3 |
| 22-Nov-13 | MJW | 0031 | Review Canadian Court endorsements from multiple motions, and related court orders. | 0.3 |
| 22-Nov-13 | MJW | 0029 | Review correspondence from Canadian counsel to Monitor regarding allocation litigation. | 0.1 |
| 22-Nov-13 | MJW | 0029 | Email correspondence to and from Akin Gump and due diligence regarding Canadian issues in preparation for allocation litigation depositions, including review of prior issued Canadian court orders and endorsements. | 1.4 |
| 22-Nov-13 | MJW | 0029 | Call with B. Grossman to discuss Canadian court endorsement regarding allocation litigation timetable amendments, and analysis regarding same. | 0.2 |
| 22-Nov-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons lawyers regarding Canadian court endorsement for allocation litigation timetable amendments. | 0.5 |
| 22-Nov-13 | MJW | 0029 | Review email correspondence from Canadian counsel to UK | 0.2 |

DENTONS CANADA LLP                                           INVOICE 3022545
The Official Committee of Unsecured Creditors                  Page 13 of 21
Re: Nortel Networks Inc., et al.                        Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | pension claimants regarding form of court order allocation litigation timetable amendments. | |
| 22-Nov-13 | RCJ | 0012 | Analysis of cross border claims and resolution issues. | 0.8 |
| 22-Nov-13 | RCJ | 0029 | Assist with allocation deposition preparation. | 0.5 |
| 22-Nov-13 | RCJ | 0029 | Consider issues and strategy for allocation trial. | 1.8 |
| 22-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 3.7 |
| 24-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 4.3 |
| 25-Nov-13 | BLG | 0031 | Review email correspondence regarding content of draft Canadian order amending litigation timetable. | 0.4 |
| 25-Nov-13 | RSK | 0029 | Review of revised order from Joint Motion to amend litigation timetable. | 0.4 |
| 25-Nov-13 | RSK | 0031 | Review of revised draft Canadian Court of Appeal order (re: MOE appeal). | 0.2 |
| 25-Nov-13 | MJW | 0031 | Review revised Ontario Court of Appeal environmental order, with changes requested by Ontario MOE. | 0.2 |
| 25-Nov-13 | MJW | 0029 | Review revised U.S. order for amendments to allocation litigation timetable (0.2), and email correspondence from counsel for core parties regarding form of order (0.3). | 0.5 |
| 25-Nov-13 | MJW | 0029 | Meet with R. Johnson (Akin Gump) and discuss completed Canadian witness allocation deposition. | 0.2 |
| 25-Nov-13 | RCJ | 0029 | Consider issues and strategy for allocation trial. | 2.1 |
| 25-Nov-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.7 |
| 25-Nov-13 | SS | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.6 |
| 26-Nov-13 | BLG | 0029 | Review of email correspondence regarding orders of Canadian and US Courts for amendments to litigation timetable. | 0.3 |
| 26-Nov-13 | RSK | 0029 | Review of revised Canadian order for Amended Timetable and related emails. | 0.3 |
| 26-Nov-13 | MJW | 0029 | Review revised U.S. order regarding litigation timetable amendments. | 0.3 |
| 26-Nov-13 | MJW | 0029 | Review correspondence from multiple core parties regarding Canadian and U.S. orders for litigation timetable amendments. | 0.4 |
| 26-Nov-13 | MJW | 0029 | Review revised draft Canadian court order for litigation timetable amendments. | 0.2 |
| 26-Nov-13 | MJW | 0003 | Continue preparation of Dentons October 2013 fee application. | 0.7 |
| 26-Nov-13 | MJW | 0003 | Prepare Dentons quarterly fee application. | 0.5 |
| 26-Nov-13 | MJW | 0029 | Review email correspondence from allocation core parties regarding document production issues. | 0.3 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 3022545

Page 14 of 21

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 26-Nov-13 | RCJ | 0029 | Review draft Canadian order to amend allocation trial schedule. | 0.3 |
| 26-Nov-13 | RCJ | 0029 | Review U.S. order to amend allocation trial schedule. | 0.2 |
| 26-Nov-13 | RCJ | 0029 | Continue work on analysis of Canadian allocation issues for allocation litigation. | 1.9 |
| 27-Nov-13 | BLG | 0029 | Review of email correspondence regarding revised timetable order, deposition schedule revisions and productions. | 0.4 |
| 27-Nov-13 | RSK | 0029 | Review of issued and entered Order amending allocation litigation timetable. | 0.2 |
| 27-Nov-13 | RSK | 0029 | Review of email correspondence from multiple core parties regarding document production. | 0.3 |
| 27-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for Monitor and NNI regarding Ontario Court of Appeal order, and confirming emails regarding form of order. | 0.3 |
| 27-Nov-13 | MJW | 0029 | Review issued U.S. order for amendments to allocation litigation timetable. | 0.2 |
| 28-Nov-13 | MJW | 0029 | Review revised draft Canadian order for litigation timetable amendments. | 0.3 |
| 29-Nov-13 | BLG | 0031 | Review email correspondence regarding allocation litigation productions and summons and deposition issues. | 0.3 |
| 29-Nov-13 | BLG | 0031 | Analysis regarding appeal issues relating to Canadian environmental order. | 0.2 |
| 29-Nov-13 | RSK | 0029 | Review of motion by Monitor to quash summons for Sean Kruger. | 0.6 |
| 29-Nov-13 | RSK | 0031 | Review of email correspondence regarding Canadian environmental appeal order. | 0.2 |
| 29-Nov-13 | MJW | 0031 | Review issued Ontario Court of Appeal environmental order. | 0.1 |
| 29-Nov-13 | MJW | 0029 | Review Canadian motion record by Monitor to quash allocation litigation summons, including Monitor's report. | 1.2 |
| 29-Nov-13 | MJW | 0029 | Call to NNI's Canadian counsel to discuss Canadian motion background and negotiations. | 0.3 |
| 29-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for Monitor and NNI regarding environmental decision of Ontario Court of Appeal. | 0.2 |
| 29-Nov-13 | MJW | 0031 | Review draft court material for Nortel Canada/Monitor leave to appeal application to Supreme Court of Canada (SCC) regarding environmental appeal order issued by Ontario Court of Appeal. | 0.6 |
| 29-Nov-13 | MJW | 0031 | Email correspondence with Canadian counsel for Nortel regarding service of material for SCC leave application. | 0.2 |
| | | | **Total** | **182.4** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 15 of 21
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Alexandra Frederick | Student | Students - Ottawa | | 12.1 | $165.00 | $1,996.50 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 14.4 | $775.00 | $11,160.00 |
| Christopher Payne | Student | Students - Toronto | | 27.5 | $230.00 | $6,325.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.2 | $630.00 | $126.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 11.6 | $825.00 | $9,570.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 48.0 | $795.00 | $38,160.00 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 2.5 | $525.00 | $1,312.50 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 6.6 | $775.00 | $5,115.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 41.2 | $750.00 | $30,900.00 |
| Sanja Sopic | Student | Students - Toronto | | 2.5 | $230.00 | $575.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 15.8 | $900.00 | $14,220.00 |
| | | | | | | |
| TOTAL | | | | 182.4 | CDN. | $119,460.00 |

TOTAL PROFESSIONAL FEES                              $    119,460.00

NON-TAXABLE DISBURSEMENTS
    Binding Books / Documents                 $       143.80
    Conference Call charges                              8.96
    Courier & Delivery                                 659.76
    External Document Reproduction                  10,298.95
    Fax Charges                                          0.50
    Long Distance Telephone Calls                       10.20
    Photocopy & Printing Charges                     3,688.70
    Transportation Costs                               203.57
TOTAL NON-TAXABLE DISBURSEMENTS               $    15,014.44

TOTAL DISBURSEMENTS                                  15,014.44

TOTAL AMOUNT DUE                              $   134,474.44 CDN

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 4.4 | 3,498.00 |
| 0007 | Creditors Committee Meetings | 11.9 | 9,027.00 |
| 0008 | Court Hearings | 8.7 | 6,700.00 |
| 0012 | General Claims Analysis/Claims Objections | 1.8 | 1,359.00 |
| 0019 | Labor Issues/Employee Benefits | 11.2 | 9,202.50 |
| 0029 | Intercompany Analysis | 114.2 | 65,580.50 |
| 0031 | Canadian Proceedings/Matters | 30.2 | 24,093.00 |
|  | **Total** | **182.4** | **$119,460.00** |

**TOTAL PROFESSIONAL FEES**                     **$   119,460.00**

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

## DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 13-Sep-13 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 23-Sep-13 | Laser Copy;jacobsr | 33.00 | 3.30 |
| 24-Sep-13 | Laser Copy;jacobsr | 49.00 | 4.90 |
| 30-Sep-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 01-Oct-13 | Laser Copy;jacobsr | 15.00 | 1.50 |
| 02-Oct-13 | Laser Copy;jacobsr | 38.00 | 3.80 |
| 03-Oct-13 | Laser Copy;jacobsr | 55.00 | 5.50 |
| 04-Oct-13 | Photocopy;Paulo, Filipe | 7.00 | 0.70 |
| 07-Oct-13 | Laser Copy;jacobsr | 86.00 | 8.60 |
| 08-Oct-13 | Laser Copy;jacobsr | 59.00 | 5.90 |
| 09-Oct-13 | Laser Copy;jacobsr | 7.00 | 0.70 |
| 11-Oct-13 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 532.00 | 53.20 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 2.00 | 0.20 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 4.00 | 0.40 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 4,620.00 | 462.00 |
| 16-Oct-13 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 17-Oct-13 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 18-Oct-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 21-Oct-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 22-Oct-13 | Laser Copy;jacobsr | 80.00 | 8.00 |
| 22-Oct-13 | Telephone;12124073066;New YorkNY;OT96 | 1.00 | 0.51 |
| 23-Oct-13 | Fax;19058959097*;NewmarkeON;TaitT | 2.00 | 0.50 |
| 24-Oct-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 24-Oct-13 | Laser Copy;jacobsr | 27.00 | 2.70 |
| 25-Oct-13 | Laser Copy;jacobsr | 13.00 | 1.30 |
| 28-Oct-13 | Telephone;12126876900;New YorkNY;4715 | 1.00 | 1.53 |
| 31-Oct-13 | Airport taxi for M Fagen/D Botter (Akin Gump) on Oct 30/13Beck Taxi | 1.00 | 66.85 |
| 31-Oct-13 | Jackie Yecies (Akin Gump) airport taxi Oct 8/13Beck | 1.00 | 71.53 |
| 31-Oct-13 | Robert Johnson (Akin Gump) Oct 15/13 taxi to airportBeck Taxi | 1.00 | 19.03 |
| 31-Oct-13 | David Botter (Akin Gump) Oct 14/13 taxi to airportBeck Taxi | 1.00 | 15.19 |
| 01-Nov-13 | Photocopy;Lucido, Evernelia | 1.00 | 0.10 |
| 01-Nov-13 | Laser Copy;WUNDER M | 28.00 | 2.80 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 18 of 21
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Nov-13 | Photocopy;Lucido, Evernelia | 812.00 | 81.20 |
| 01-Nov-13 | Laser Copy;Erandio, N. | 1,619.00 | 161.90 |
| 01-Nov-13 | Laser Copy;MCDONALA | 212.00 | 21.20 |
| 02-Nov-13 | Laser Copy;COSENTIN | 7.00 | 0.70 |
| 03-Nov-13 | Laser Copy;WARD N | 1,966.00 | 196.60 |
| 04-Nov-13 | Laser Copy;WUNDER M | 11.00 | 1.10 |
| 04-Nov-13 | External Document Reproduction - ImageOn Toronto /S Sopic/Inv. 33027 | 1.00 | 309.00 |
| 04-Nov-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 04-Nov-13 | Laser Copy;Erandio, N. | 1,211.00 | 121.10 |
| 04-Nov-13 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 04-Nov-13 | Laser Copy;WARD N | 141.00 | 14.10 |
| 05-Nov-13 | Laser Copy;NELSON M | 10.00 | 1.00 |
| 05-Nov-13 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.02 |
| 05-Nov-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 06-Nov-13 | Photocopy;TAM K | 3,418.00 | 341.80 |
| 06-Nov-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 06-Nov-13 | Telephone;12122252696;New YorkNY;OT96 | 1.00 | 2.04 |
| 06-Nov-13 | Photocopy;WUNDER M | 154.00 | 15.40 |
| 06-Nov-13 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 06-Nov-13 | Telephone;12122253717;New YorkNY;OT96 | 1.00 | 1.02 |
| 06-Nov-13 | Telephone;12122253717;New YorkNY;OT96 | 1.00 | 1.53 |
| 07-Nov-13 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 08-Nov-13 | External Document Reproduction - ImageOn Toronto /C Payne/Inv. 33112 | 1.00 | 9,989.95 |
| 08-Nov-13 | Laser Copy;WUNDER M | 27.00 | 2.70 |
| 11-Nov-13 | Photocopy;Payne, Christopher | 460.00 | 46.00 |
| 11-Nov-13 | Color Laser Printing | 16.00 | 1.60 |
| 11-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723818659/797129604083 Recipient: DAVID BOTTER Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 123.90 |
| 11-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 18.00 |
| 11-Nov-13 | Laser Copy;McEdwards, Christine | 2,130.00 | 213.00 |
| 11-Nov-13 | Laser Copy;NELSON M | 23.00 | 2.30 |
| 11-Nov-13 | Laser Copy;Sopic, Sanja | 63.00 | 6.30 |
| 11-Nov-13 | Laser Copy;WUNDER M | 45.00 | 4.50 |
| 11-Nov-13 | Tabs | 1.00 | 12.00 |
| 12-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 49.00 |

DENTONS CANADA LLP                                        INVOICE 3022545
The Official Committee of Unsecured Creditors                    Page 19 of 21
Re: Nortel Networks Inc., et al.                        Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 12-Nov-13 | Taxi for A. Frederick on Nov. 6/13; 2013-11-6 | 1.00 | 30.97 |
| 12-Nov-13 | Taba / Cerlox / Clear Cover | 1.00 | 39.00 |
| 12-Nov-13 | Laser Copy;DamaniA | 646.00 | 64.60 |
| 12-Nov-13 | Laser Copy;Erandio, N. | 1,885.00 | 188.50 |
| 12-Nov-13 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 12-Nov-13 | Laser Copy;WUNDER M | 18.00 | 1.80 |
| 13-Nov-13 | Laser Copy;MCDONALA | 338.00 | 33.80 |
| 13-Nov-13 | Courier & Delivery - FedEx | 1.00 | 94.02 |
| 13-Nov-13 | Laser Copy;NELSON M | 118.00 | 11.80 |
| 13-Nov-13 | Laser Copy;WUNDER M | 19.00 | 1.90 |
| 13-Nov-13 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 13-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 10.80 |
| 13-Nov-13 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.02 |
| 13-Nov-13 | Laser Copy;DamaniA | 360.00 | 36.00 |
| 13-Nov-13 | Laser Copy;mccallenm | 347.00 | 34.70 |
| 13-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723818659/797148237815 Recipient: FRED HODARA Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 43.01 |
| 14-Nov-13 | Laser Copy;DamaniA | 665.00 | 66.50 |
| 14-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 11.40 |
| 14-Nov-13 | Laser Copy;NELSON M | 224.00 | 22.40 |
| 14-Nov-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 14-Nov-13 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 15-Nov-13 | Laser Copy;GROSSMAN | 41.00 | 4.10 |
| 15-Nov-13 | Laser Copy;NELSON M | 143.00 | 14.30 |
| 15-Nov-13 | Laser Copy;WUNDER M | 82.00 | 8.20 |
| 15-Nov-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 18-Nov-13 | Laser Copy;NELSON M | 278.00 | 27.80 |
| 18-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723872020/797181549985 Recipient: ABID QURESHI Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 74.65 |
| 18-Nov-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 18-Nov-13 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 18-Nov-13 | Laser Copy;DamaniA | 665.00 | 66.50 |
| 18-Nov-13 | Laser Copy;mccallenm | 44.00 | 4.40 |
| 19-Nov-13 | Photocopy;Lucido, Evernelia | 2.00 | 0.20 |
| 19-Nov-13 | Laser Copy;jacobsr | 28.00 | 2.80 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3022545
Page 20 of 21
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 19-Nov-13 | Photocopy;Lucido, Evernelia | 1.00 | 0.10 |
| 19-Nov-13 | Photocopy;Lucido, Evernelia | 2,380.00 | 238.00 |
| 19-Nov-13 | Laser Copy;Erandio, N. | 783.00 | 78.30 |
| 19-Nov-13 | Laser Copy;Lucido, Evernelia | 267.00 | 26.70 |
| 19-Nov-13 | Laser Copy;mccallenm | 10.00 | 1.00 |
| 19-Nov-13 | Laser Copy;NELSON M | 298.00 | 29.80 |
| 19-Nov-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 20-Nov-13 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 20-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723872020/797209197489 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 66.75 |
| 20-Nov-13 | Laser Copy;jacobsr | 65.00 | 6.50 |
| 20-Nov-13 | Laser Copy;NELSON M | 110.00 | 11.00 |
| 20-Nov-13 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 0.51 |
| 20-Nov-13 | Laser Copy;Erandio, N. | 1,496.00 | 149.60 |
| 21-Nov-13 | Laser Copy;Erandio, N. | 966.00 | 96.60 |
| 21-Nov-13 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 21-Nov-13 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 21-Nov-13 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 22-Nov-13 | Laser Copy;NELSON M | 124.00 | 12.40 |
| 22-Nov-13 | Courier & Delivery - Speedy Messenger Service | 1.00 | 44.40 |
| 22-Nov-13 | Laser Copy;Paulo, Filipe | 4,524.00 | 452.40 |
| 22-Nov-13 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 22-Nov-13 | Photocopy;Paulo, Filipe | 480.00 | 48.00 |
| 22-Nov-13 | Laser Copy;Erandio, N. | 679.00 | 67.90 |
| 22-Nov-13 | Laser Copy;GROSSMAN | 21.00 | 2.10 |
| 22-Nov-13 | Laser Copy;KUKULOWI | 31.00 | 3.10 |
| 22-Nov-13 | Courier & Delivery - Speedy Messenger Service | 1.00 | 99.94 |
| 22-Nov-13 | Courier & Delivery - Speedy Messenger Service | 1.00 | 25.81 |
| 25-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723923998/797246602811 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 87.28 |
| 25-Nov-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 25-Nov-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 26-Nov-13 | Laser Copy;jacobsr | 92.00 | 9.20 |
| 27-Nov-13 | Laser Copy;GROSSMAN | 10.00 | 1.00 |
| 27-Nov-13 | Color Laser Printing | 10.00 | 1.00 |

DENTONS CANADA LLP                                              INVOICE 3022545
The Official Committee of Unsecured Creditors                        Page 21 of 21
Re: Nortel Networks Inc., et al.                              Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 27-Nov-13 | Laser Copy;jacobsr | 91.00 | 9.10 |
| 29-Nov-13 | Laser Copy;WUNDER M | 26.00 | 2.60 |
| 29-Nov-13 | Laser Copy;mccallenm | 8.00 | 0.80 |
| 29-Nov-13 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 29-Nov-13 | Tabs / Clear Cover | 1.00 | 3.60 |
| 29-Nov-13 | Laser Copy;Erandio, N. | 218.00 | 21.80 |
| 30-Nov-13 | InterCall/MichaelWunder/Inv 1742301284 | 1.00 | 8.96 |

**TOTAL**                                              CDN. $ 15,014.44