**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**NOVEMBER 1 TO NOVEMBER 30, 2013**
**(All Amounts in Canadian Dollars)**

| Non-Taxable Disbursements | |
|---|---|
| Binding Books/Documents | $ 143.80 |
| Conference Call charges | $ 8.96 |
| Courier & Delivery | $ 659.76 |
| External Document Reproduction | $10,298.95 |
| Fax Charges | $ 0.50 |
| Long Distance Telephone Calls | $ 10.20 |
| Meals & Beverages | $ 161.50 |
| Photocopy & Printing Charges | $ 3,688.70 |
| Transportation Costs | $ 203.57 |
| Total Non-Taxable Disbursements | **$15,014.44 CDN.** |