# EXHIBIT D

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3022545  
Page 17 of 21  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 13-Sep-13 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 23-Sep-13 | Laser Copy;jacobsr | 33.00 | 3.30 |
| 24-Sep-13 | Laser Copy;jacobsr | 49.00 | 4.90 |
| 30-Sep-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 01-Oct-13 | Laser Copy;jacobsr | 15.00 | 1.50 |
| 02-Oct-13 | Laser Copy;jacobsr | 38.00 | 3.80 |
| 03-Oct-13 | Laser Copy;jacobsr | 55.00 | 5.50 |
| 04-Oct-13 | Photocopy;Paulo, Filipe | 7.00 | 0.70 |
| 07-Oct-13 | Laser Copy;jacobsr | 86.00 | 8.60 |
| 08-Oct-13 | Laser Copy;jacobsr | 59.00 | 5.90 |
| 09-Oct-13 | Laser Copy;jacobsr | 7.00 | 0.70 |
| 11-Oct-13 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 532.00 | 53.20 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 2.00 | 0.20 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 4.00 | 0.40 |
| 12-Oct-13 | Photocopy;Paulo, Filipe | 4,620.00 | 462.00 |
| 16-Oct-13 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 17-Oct-13 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 18-Oct-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 21-Oct-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 22-Oct-13 | Laser Copy;jacobsr | 80.00 | 8.00 |
| 22-Oct-13 | Telephone;12124073066;New YorkNY;OT96 | 1.00 | 0.51 |
| 23-Oct-13 | Fax;19058959097*;NewmarkeON;TaitT | 2.00 | 0.50 |
| 24-Oct-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 24-Oct-13 | Laser Copy;jacobsr | 27.00 | 2.70 |
| 25-Oct-13 | Laser Copy;jacobsr | 13.00 | 1.30 |
| 28-Oct-13 | Telephone;12126876900;New YorkNY;4715 | 1.00 | 1.53 |
| 31-Oct-13 | Airport taxi for M Fagen/D Botter (Akin Gump) on Oct 30/13Beck Taxi | 1.00 | 66.85 |
| 31-Oct-13 | Jackie Yecies (Akin Gump) airport taxi Oct 8/13Beck | 1.00 | 71.53 |
| 31-Oct-13 | Robert Johnson (Akin Gump) Oct 15/13 taxi to airportBeck Taxi | 1.00 | 19.03 |
| 31-Oct-13 | David Botter (Akin Gump) Oct 14/13 taxi to airportBeck Taxi | 1.00 | 15.19 |
| 01-Nov-13 | Photocopy;Lucido, Evernelia | 1.00 | 0.10 |
| 01-Nov-13 | Laser Copy;WUNDER M | 28.00 | 2.80 |

**DENTONS CANADA LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3022545  
Page 18 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 01-Nov-13 | Photocopy;Lucido, Evernelia | 812.00 | 81.20 |
| 01-Nov-13 | Laser Copy;Erandio, N. | 1,619.00 | 161.90 |
| 01-Nov-13 | Laser Copy;MCDONALA | 212.00 | 21.20 |
| 02-Nov-13 | Laser Copy;COSENTIN | 7.00 | 0.70 |
| 03-Nov-13 | Laser Copy;WARD N | 1,966.00 | 196.60 |
| 04-Nov-13 | Laser Copy;WUNDER M | 11.00 | 1.10 |
| 04-Nov-13 | External Document Reproduction - ImageOn Toronto /S Sopic/Inv. 33027 | 1.00 | 309.00 |
| 04-Nov-13 | Laser Copy;WUNDER M | 16.00 | 1.60 |
| 04-Nov-13 | Laser Copy;Erandio, N. | 1,211.00 | 121.10 |
| 04-Nov-13 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 04-Nov-13 | Laser Copy;WARD N | 141.00 | 14.10 |
| 05-Nov-13 | Laser Copy;NELSON M | 10.00 | 1.00 |
| 05-Nov-13 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.02 |
| 05-Nov-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 06-Nov-13 | Photocopy;TAM K | 3,418.00 | 341.80 |
| 06-Nov-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 06-Nov-13 | Telephone;12122252696;New YorkNY;OT96 | 1.00 | 2.04 |
| 06-Nov-13 | Photocopy;WUNDER M | 154.00 | 15.40 |
| 06-Nov-13 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 06-Nov-13 | Telephone;12122253717;New YorkNY;OT96 | 1.00 | 1.02 |
| 06-Nov-13 | Telephone;12122253717;New YorkNY;OT96 | 1.00 | 1.53 |
| 07-Nov-13 | Laser Copy;WUNDER M | 6.00 | 0.60 |
| 08-Nov-13 | External Document Reproduction - ImageOn Toronto /C Payne/Inv. 33112 | 1.00 | 9,989.95 |
| 08-Nov-13 | Laser Copy;WUNDER M | 27.00 | 2.70 |
| 11-Nov-13 | Photocopy;Payne, Christopher | 460.00 | 46.00 |
| 11-Nov-13 | Color Laser Printing | 16.00 | 1.60 |
| 11-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723818659/797129604083 Recipient: DAVID BOTTER Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 123.90 |
| 11-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 18.00 |
| 11-Nov-13 | Laser Copy;McEdwards, Christine | 2,130.00 | 213.00 |
| 11-Nov-13 | Laser Copy;NELSON M | 23.00 | 2.30 |
| 11-Nov-13 | Laser Copy;Sopic, Sanja | 63.00 | 6.30 |
| 11-Nov-13 | Laser Copy;WUNDER M | 45.00 | 4.50 |
| 11-Nov-13 | Tabs | 1.00 | 12.00 |
| 12-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 49.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3022545  
Page 19 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 12-Nov-13 | Taxi for A. Frederick on Nov. 6/13; 2013-11-6 | 1.00 | 30.97 |
| 12-Nov-13 | Taba / Cerlox / Clear Cover | 1.00 | 39.00 |
| 12-Nov-13 | Laser Copy;DamaniA | 646.00 | 64.60 |
| 12-Nov-13 | Laser Copy;Erandio, N. | 1,885.00 | 188.50 |
| 12-Nov-13 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 12-Nov-13 | Laser Copy;WUNDER M | 18.00 | 1.80 |
| 13-Nov-13 | Laser Copy;MCDONALA | 338.00 | 33.80 |
| 13-Nov-13 | Courier & Delivery - FedEx | 1.00 | 94.02 |
| 13-Nov-13 | Laser Copy;NELSON M | 118.00 | 11.80 |
| 13-Nov-13 | Laser Copy;WUNDER M | 19.00 | 1.90 |
| 13-Nov-13 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 13-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 10.80 |
| 13-Nov-13 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.02 |
| 13-Nov-13 | Laser Copy;DamaniA | 360.00 | 36.00 |
| 13-Nov-13 | Laser Copy;mccallenm | 347.00 | 34.70 |
| 13-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723818659/797148237815 Recipient: FRED HODARA Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 43.01 |
| 14-Nov-13 | Laser Copy;DamaniA | 665.00 | 66.50 |
| 14-Nov-13 | Tabs / Cerlox / Clear Cover | 1.00 | 11.40 |
| 14-Nov-13 | Laser Copy;NELSON M | 224.00 | 22.40 |
| 14-Nov-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 14-Nov-13 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 15-Nov-13 | Laser Copy;GROSSMAN | 41.00 | 4.10 |
| 15-Nov-13 | Laser Copy;NELSON M | 143.00 | 14.30 |
| 15-Nov-13 | Laser Copy;WUNDER M | 82.00 | 8.20 |
| 15-Nov-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 18-Nov-13 | Laser Copy;NELSON M | 278.00 | 27.80 |
| 18-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723872020/797181549985 Recipient: ABID QURESHI Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 74.65 |
| 18-Nov-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 18-Nov-13 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 18-Nov-13 | Laser Copy;DamaniA | 665.00 | 66.50 |
| 18-Nov-13 | Laser Copy;mccallenm | 44.00 | 4.40 |
| 19-Nov-13 | Photocopy;Lucido, Evernelia | 2.00 | 0.20 |
| 19-Nov-13 | Laser Copy;jacobsr | 28.00 | 2.80 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3022545  
Page 20 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 19-Nov-13 | Photocopy;Lucido, Evernelia | 1.00 | 0.10 |
| 19-Nov-13 | Photocopy;Lucido, Evernelia | 2,380.00 | 238.00 |
| 19-Nov-13 | Laser Copy;Erandio, N. | 783.00 | 78.30 |
| 19-Nov-13 | Laser Copy;Lucido, Evernelia | 267.00 | 26.70 |
| 19-Nov-13 | Laser Copy;mccallenm | 10.00 | 1.00 |
| 19-Nov-13 | Laser Copy;NELSON M | 298.00 | 29.80 |
| 19-Nov-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 20-Nov-13 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 20-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723872020/797209197489 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 66.75 |
| 20-Nov-13 | Laser Copy;jacobsr | 65.00 | 6.50 |
| 20-Nov-13 | Laser Copy;NELSON M | 110.00 | 11.00 |
| 20-Nov-13 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 0.51 |
| 20-Nov-13 | Laser Copy;Erandio, N. | 1,496.00 | 149.60 |
| 21-Nov-13 | Laser Copy;Erandio, N. | 966.00 | 96.60 |
| 21-Nov-13 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 21-Nov-13 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 21-Nov-13 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 22-Nov-13 | Laser Copy;NELSON M | 124.00 | 12.40 |
| 22-Nov-13 | Courier & Delivery - Speedy Messenger Service | 1.00 | 44.40 |
| 22-Nov-13 | Laser Copy;Paulo, Filipe | 4,524.00 | 452.40 |
| 22-Nov-13 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 22-Nov-13 | Photocopy;Paulo, Filipe | 480.00 | 48.00 |
| 22-Nov-13 | Laser Copy;Erandio, N. | 679.00 | 67.90 |
| 22-Nov-13 | Laser Copy;GROSSMAN | 21.00 | 2.10 |
| 22-Nov-13 | Laser Copy;KUKULOWI | 31.00 | 3.10 |
| 22-Nov-13 | Courier & Delivery - Speedy Messenger Service | 1.00 | 99.94 |
| 22-Nov-13 | Courier & Delivery - Speedy Messenger Service | 1.00 | 25.81 |
| 25-Nov-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 723923998/797246602811 Recipient: ROBERT JOHNSON Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 87.28 |
| 25-Nov-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 25-Nov-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 26-Nov-13 | Laser Copy;jacobsr | 92.00 | 9.20 |
| 27-Nov-13 | Laser Copy;GROSSMAN | 10.00 | 1.00 |
| 27-Nov-13 | Color Laser Printing | 10.00 | 1.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3022545  
Page 21 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 27-Nov-13 | Laser Copy;jacobsr | 91.00 | 9.10 |
| 29-Nov-13 | Laser Copy;WUNDER M | 26.00 | 2.60 |
| 29-Nov-13 | Laser Copy;mccallenm | 8.00 | 0.80 |
| 29-Nov-13 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 29-Nov-13 | Tabs / Clear Cover | 1.00 | 3.60 |
| 29-Nov-13 | Laser Copy;Erandio, N. | 218.00 | 21.80 |
| 30-Nov-13 | InterCall/MichaelWunder/Inv 1742301284 | 1.00 | 8.96 |

**TOTAL**  CDN. $ 15,014.44