# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra Frederick | Student | Students - Ottawa | | 12.1 | $165.00 | $1,996.50 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 14.4 | $775.00 | $11,160.00 |
| Christopher Payne | Student | Students - Toronto | | 27.5 | $230.00 | $6,325.00 |
| Corey Villeneuve | Paralegal | Litigation | | | $220.00 | $0.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | | $375.00 | $0.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.2 | $630.00 | $126.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 11.6 | $825.00 | $9,570.00 |
| Michael Bowmile | Student | Students - Toronto | | | $230.00 | $0.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 48.0 | $795.00 | $38,160.00 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 2.5 | $525.00 | $1,312.50 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 6.6 | $775.00 | $5,115.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 41.2 | $750.00 | $30,900.00 |
| Sanja Sopic | Student | Students - Toronto | | 2.5 | $230.00 | $575.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 15.8 | $900.00 | $14,220.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | | $700.00 | $0.00 |
| | | | | | | |
| TOTAL | | | | 182.4 | CDN. | $119,460.00 |

12361779_1|TORDOCS