MARK WHITTON
19206 Mill Site Pl, Leesburg, VA 20176

Sunday, January 19, 2014

Chief Judge Kevin Gross
824 North Market Street
6th Floor
Wilmington, DE 1980

Dear Judge Gross:

I am not sure if writing to you is permitted but I did not find anything prohibiting it in my scanning of the court's rules on the website.

I am a small creditor to Nortel Networks Inc based on pension owed to me, similar to many hundreds of others. I have two frustrations with the bankruptcy process for Nortel, and I am sure this is common to many other small pension-based creditors. This letter is to outline these frustrations.

After over 5 years:

1. The case is still ongoing and only a few creditors have received payment, none of the pension-based claims. Based on my reading of the docket, I believe you share this frustration.

2. After submitting my claim over 4 years ago (# 216) with a small correction over a year ago (# 8343), it is still unexamined and there is no way to know when it might be reviewed. Epiq cannot provide any information. It is a very simple claim based on paperwork submitted and can be verified against Nortel's pension records.

Thank you for considering my views and I look forward to a successful resolution of the bankruptcy and my claim.

Sincerely,

MARK WHITTON