IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: D.I. 12534 |

---------------------------------------------------------------X

**ORDER APPROVING EIGHTH QUARTERLY AND FINAL APPLICATION OF TOGUT, SEGAL & SEGAL LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE QUARTERLY FEE PERIOD: JULY 1, 2013 THROUGH AUGUST 31, 2013; AND THE FINAL PERIOD: FROM AUGUST 22, 2011 THROUGH AUGUST 31, 2013**

Upon the Eighth Interim and Final Application (the "Application");[2] of Togut, Segal & Segal LLP (the "Togut Firm") as Counsel for the Official Committee of Retired Employees, for Allowance of Compensation and for Reimbursement of Expenses Incurred for the Eighth Quarterly Fee Period July 1, 2013 through August 31, 2013 (the "Eighth Interim Fee Period"); and for Final Allowance of Compensation and for Reimbursement of Expenses Incurred for the Fee Period from August 22, 2011 through August 31, 2013 (the "Final Fee Period"); and this Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein are defined in the Application.

determined that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Togut firm is allowed an interim allowance of compensation for reasonable, actual and necessary services rendered during the Eighth Interim Fee Period in the amounts of $13,482 for fees, and $188.95 for expenses.

3. The Togut firm is allowed final compensation for reasonable, actual and necessary services rendered during the Final Fee Period in the amount of $4,774,781.50 for fees, and $86,590.94 for expenses.

4. The Debtors are authorized and directed to pay the Togut Firm the amount of $4,774,781.50 for fees, and $86,590.94 for expenses, in the aggregate of $4,861,390.44 including the Eighth Interim Fee Period, as reflected on Exhibit "A" annexed hereto, less any amounts previously paid to the Togut Firm by the Debtors.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

6. This Order shall be effective immediately upon entry.

Dated: February 4, 2014
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE