**Exhibit A**

| (1)<br>Applicant | (2)<br>Interim Period | (3)<br>Total Fees Requested for the 8th Interim Period | (4)[3]<br>Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5)<br>Amount of Holdback Fees Requested (20%) | (6)<br>Total Expenses Requested for the 8th Interim Period (100%) | (7)<br>Total Amount Requested for the 8th Interim Period (Fees and Expenses) | (8)<br>Total Amount Disallowed for the 8th Interim Period | (9)<br>Total Amount Authorized for the 8th Interim Period | (10)<br>Total Amount Requested in Case (All Fees and Expenses) | (11)<br>Total Amount Authorized Per Court Order to Date (All Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Togut, Segal & Segal LLP | 7/1/13 through 8/31/13 | $13,482.00 | $10,785.60 | $2,696.40 | $188.95 | $13,670.95 | $0.00 | $13,670.95 | $4,861,390.44 | $4,861,390.44 |

---

[3]    Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.