## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
:
          Debtors.    :   Jointly Administered
:
:
:   **Re: D.I. 12943**
-----------------------------------------------------------X

### NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on February 4, 2014, a copy of the **Order Denying Motion of John J. Rossi for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(4)** was served in the manner indicated upon the individual identified below.

**Via First Class Mail**

John J. Rossi
1568 Woodcrest Drive
Wooster, Ohio 44691

| | |
|---|---|
| Dated: February 4, 2014 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Wilmington, DE | James L. Bromley (admitted *pro hac vice*) |
| | Lisa M. Schweitzer (admitted *pro hac vice*) |
| | One Liberty Plaza |
| | New York, New York 10006 |
| | Telephone: (212) 225-2000 |
| | Facsimile: (212) 225-3999 |
| | |
| | - and - |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7641850.8