**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 12915 & 12919 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2014, I caused to be served the:

    a) "Debtors' Thirty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims)," dated January 31, 2014, to which was attached the "Notice of Debtors' Thirty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims)," dated January 31, 2014 [Docket No. 12915], (the "34th Omnibus Objection"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

b) "Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims)," dated January 31, 2014, to which was attached the "Notice of Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims)," dated January 31, 2014 [Docket No. 12919], (the "35th Omnibus Objection"),

by causing true and correct copies of the:

i. 34th Omnibus Objection and 35th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. 34th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

iii. 35th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
3rd day of February, 2014

_____
Notary Public

_____
Carol Zhang

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\34th & 35th Omnibus Objection_DI_12915 & 12919_AFF_1-31-14_CS & CZ.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. & DANIEL A. O'BRIEN, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERNSTEIN, SHUR, SAWYER & NELSON | ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.; DANIEL J. MURPHY, ESQ. COUNSEL TO AD HOC COMMITTEE 100 MIDDLE STREET P.O. BOX 9729 PORTLAND ME 04104-5029 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; VICTORIA A. GUILFOYLE, ESQ. COUNSEL TO AD HOC COMMITTEE 1201 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 145 CULVER ROAD ROCHESTER NY 14620-1678 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRADY, ELLEN SUE | 1630 DRY ROAD ASHLAND CITY TN 37015 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |

| Claim Name | Address Information |
|---|---|
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 55 SECOND STREET, 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. P.O. BOX 1270 MIDLOTHIAN VA 23113 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| COUSINS CHIPMAN & BROWN, LLP | 1007 NORTH ORANGE STREET SUITE 1110 ATTN: SCOTT COUSINS & ANN KASHISHIAN COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION WILMINGTON DE 19801 |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON COUNSEL TO GTCI 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. COUNSEL TO CORE BROOKFIELD LAKES, LLC 111 E. KILBOURN AVENUE, SUITE 1400 MILWAUKEE WI 53202 |
| DEMEL ERNEST | RCS BOX 426 NEW YORK NY 10101 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DLA PIPER LLP (US) | ATTN: SELINDA A. MELNIK COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION ATTN: ROBERT K. MALONE, ESQ. 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |
| DRINKER BIDDLE & REATH LLP | COUNSEL TO SANMINA CORPORATION ATTN: HOWARD A. COHEN, ESQ. 1100 N. MARKET STREET, SUITE 1000 WILMINGTON DE 19801-1254 |

| Claim Name | Address Information |
|---|---|
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS 1105 N. MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ RYAN C. JACOBS 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONTO ON M5X 1B2 CANADA |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FREEBORN & PETERS LLP | ATTN: DEVON J. EGGERT, ESQ. COUNSEL TO MERCER (US) INC. 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD LUMBERTON MS 39455 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HEINBAUGH, ALLAN | 19816 COLBY CT SARATOGA CA 95070 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HODGES, RICHARD | 913 WINDEMERE LANE WAKE FOREST NC 27587 |

| Claim Name | Address Information |
|---|---|
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 SACRAMENTO CA 95826 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR 275 VIGER EAST 4TH FLOOR MONTREAL QC H3G 2W6 CANADA |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE KEVIN BAUM 575 MADISON AVENUE COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MADDRY, SHIRLEY | 2519 RIDDLE ROAD DURHAM NC 27703 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN, ESQ.; KEVIN MALEK, ESQ. COUSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 340 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10173-1922 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, JR., ESQ. RENAISSANCE CENTRE 405 NORTH KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MICHAEL MCWALTERS | PO BOX 338 ALVISO CA 95002-0338 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NIXON PEABODY LLP | ATTN: LOUIS J. CISZ, III ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111 |

| Claim Name | Address Information |
|---|---|
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND ANNABELLE W. CAFFRY 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F. VERNI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 28203-4886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: KEVIN M. CAPUZZI, ESQ COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 1220 N. MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| PRYOR CASHMAN LLP. | ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECRETARY OF TREASURY | 820 SILVERLAKE BLVD., SUITE 100 DOVER DE 19904 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STATE OF MICHIGAN, DEPARTMENT OF TREASURY | HEATHER L. DONALD AND ALLISON M. DIETZ REVENUE AND COLLECTIONS DIVISION 3030 W. GRAND BLVD, SUITE 10-200 DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEPP, OLIVE JANE | 470 FAIRVIEW ROAD ASHEVILLE NC 28803 |
| STEVEN S. HONIGMAN | ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD 500 EAST 77TH STREET NEW YORK NY 10162 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. 300 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 37 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, ESQ.; NEIL BERGER, ESQ. ONE PENN PLAZA NEW YORK NY 10119 |
| TOTMAN, CARMEL TURLINGTON | 164 BERTON STREET BOONE NC 28607 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ 222 NORTH LASALLE STREET, SUITE 2600 CHICAGO IL 60601 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WICK PHILLIPS GOULD & MARTIN, LLP | ANDREW M. GOULD, ESQ. COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON (PUBL.) 2100 ROSS AVENUE, SUITE 950 DALLAS TX 75201 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  285**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABERNATHY, COLLEEN | 2946 PARKWOOD RD SNELLVILLE GA 30039-4412 |
| ASM CAPITAL, L.P. | TRANSFEROR: TODARO, THOMAS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BAILEY, JAMES T. | 199 W. PEBWORTH ROAD MAGNOLIA DE 19962 |
| CHAMBERS, JOSEPH T | 8637 OVERLAND DR FT WORTH TX 76179 |
| CHAMBERS, JOSEPH T. | 8637 OVERLAND DR. FORT WORTH TX 76179 |
| CLARKE, EGBERT | 16405 DIAMOND PLACE WESTON FL 33331 |
| DEAN, NAJAM U. | 6 AUGUSTA DR MILLBURY MA 01527 |
| DEWART, JOHN | 17 BYRSONIMA CT SOUTH HOMOSASSA FL 34446 |
| EASLEY, HATTIE J | 202 LYMAN PLACE WEST PALM BEA FL 33409 |
| EASLEY, HATTIE J. | 202 LYMAN PLACE WEST PALM BEACH FL 33409 |
| FLANAGAN, HUGH E | 3005 CAPODILE RD BLOOMINGTON IL 61705 |
| FLETCHER, BERT | 35 BROOMHILL COURT CLAYTON NC 27527 |
| FLETCHER, BERT | 35 BROOMHILL CT CLAYTON NC 27527 |
| GENNETT, SCOTT S. | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| GRAY, STANLEY M | 214 FOREST MEADOWS DR MURPHYS CA 95247 |
| GREEN, MARILYN | C/O WILLIAM GREEN 1106 BOSTON HOLLOW RD ASHLAND CITY TN 37015 |
| GREEN, WILLIAM & MARILYN | 1106 BOSTON HOLLOW RD ASHLAND CITY TN 37015 |
| HAASE, STANLEY G | 1016 CHESTNUT DR VENUS TX 76084-3620 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCALLUM, RUSSELL L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PATEL, KIRITKUMAR ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | AS ASSIGNEE FOR KIRITKUMAR PATEL 301 ROUTE 17 NORTH, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LEGER, ANTHONY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCABE, ROBERT A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DAY, MARILYN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROSE, RONALD J. JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCHMIDT, CYNTHIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WADLOW, JERRY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HORTON, GERALDINE B | 1328 FOXRUN DR RALEIGH NC 27610 |
| HUNTER, DAVID R | 705 RAVEL ST RALEIGH NC 27606 |
| HUTCHINSON, THOMAS N. | 3433 MICHIGAN BLVD RACINE WI 53402-3823 |
| JANIS, MARK R. | 193 VIA SODERINI APTOS CA 95003 |
| JASENOVIC, JOE | 636 WEATHERBEATEN PL HERMITAGE TN 37076 |
| JONES, DEBORAH M.M. | PO BOX 458 WILLOW SPRING NC 27592 |
| KELLEY, MATT | 106 WILD BROOK COURT CARY NC 27519 |
| KELLEY, MATTHEW ADAMS | 106 WILD BROOK COURT CARY NC 27519 |
| KELLEY, MATTHEW ADAMS | MATTHEW ADAMS KELLEY 106 WILD BROOK COURT CARY NC 27519 |
| KRON, WILLI | C/O PETER KRON 556 E. NICHOLS DR. LITTLETON CO 80122 |
| KRON, WILLI | 556 E NICHOLS DR LITTLETON CO 80122-2876 |
| LAWRENCE, JOHN M | 1809 JASMINE TRAIL SAVANNAH TX 76227 |
| LEGER, ANTHONY | 9409 STONE MOUNTAIN ROAD RALEIGH NC 27613 |
| LEGER, ANTHONY | ANTHONY LEGER 4001 E. CHAPEL HILL-NELSON HWY P.O. BOX 13010 RESEARCH TRIANGLE |

| Claim Name | Address Information |
|---|---|
| LEGER, ANTHONY | PARK NC 27709-3010 |
| LEGER, ANTHONY M | 9409 STONE MOUNTAIN ROAD RALEIGH NC 27613 |
| LINCOLN, AGNES V | 206 HAWK LANE OAKTOWN IN 47561 |
| MCCABE, ROBERT A. | 2009 MISSION RD EDMOND OK 73034 |
| MCCALLUM, RUSSELL L. | 103 CEDARPOST DRIVE CARY NC 27513 |
| NEWSOME, CHARLES E | 11699 N.W NEWSOME RD CLARKSVILLE FL 32430-2633 |
| NGUYEN, MINH T | 10323 GLENCOE DRIVE CUPERTINO CA 95014 |
| OLSON, RUBY | 1021 N. 4TH STREET MONTEVIDEO MN 56265 |
| PASCALE, ROBERT H | 13459 LAKE SHORE DR OAK HILL VA 20171 |
| PATEL, KAUSHIK | 1806 VILLANOVA DR. RICHARDSON TX 75081 |
| POWELL, MARY K | PO BOX 846 SORRENTO FL 32776-0846 |
| RATCLIFF, ELOISE | 837 FRIAR TUCK ROAD RALEIGH NC 27610 |
| SKOUFOS, MARIA | 6156 N SPRINGFIELD CHICAGO IL 60659 |
| SLAGLE, MAXINE R | 617 SANDPIPER LN SE NEW PHILADELP OH 44663 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: TODARO, THOMAS ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: WINTERBERG, NICHOLAS F. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| THOMAS, CISIRA | 1915 BERKNER DRIVE RICHARDSON TX 75081 |
| THOMAS, CISIRA | CISIRA THOMAS 1915 BERKNER DRIVE RICHARDSON TX 75081 |
| THOMAS, CISIRA L | 1915 BERKNER DRIVE RICHARDSON TX 75081 |
| THOMAS, GLENYS M | 512 HARRIS STREET OXFORD NC 27565 |
| TODARO, THOMAS | 3209 VIRGINIA CREEPER LN WILLOW SPRING NC 27592-9241 |
| VOGEL, HERMAN | 27207-28TH AVE NW STANWOOD WA 98292-9411 |
| VOGT, VANCE V | 475 CRESTONE CT LOVELAND CO 80537 |
| WADLOW, JERRY | P.O. BOX 79 WEWOKA OK 74884 |
| WEYL, JOHN | 42 WEST BUFFALO ST. CHURCHVILLE NY 14428 |

**Total Creditor count  65**

**EXHIBIT C**

# NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMATO, DEBRA A. | 9053 GRASSEY CREEK ROAD BULLOCK NC 27507 |
| ANDERSON, GUSSIE H. | 109 GUMPOND BEAK RD. LUMBERTON MS 39455 |
| ASM CAPITAL IV, L.P. | TRANSFEROR: LAVZON, ROBERT ASM CAPITAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: GROTE, CHARLES R ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BARBER, EILEEN B. | 7270 MAXWELL ROAD SODUS NY 14551-9352 |
| BEENE, DARLENE J | 8781 CR 864 PRINCETON TX 75407 |
| BENETEAU, EARL J. | 6716 VIRGILIA CT. RALEIGH NC 27616 |
| BIRKETT, DIANA | 5732 CR 2592 ROYSE CITY TX 75189 |
| BISHOP, TAMMY | BISHOP, CORDELL (DECEASED) 836 ALTAIRE WALK PALO ALTO CA 94303 |
| BISHOP, TAMMY | CORDELL BISHOP (DECEASED) 836 ALTAIRE WALK PALO ALTO CA 94303 |
| BISHOP, TAMMY | BISHOP, CORDELL (DECEASED) 836 ALTAIRE WALK PALO ALTO CA 94303-4642 |
| BRAND, RICHARD C. | 281 ADDISON AVE. PALO ALTO CA 94301 |
| CEREPAK, EDWARD A | 17410 CLINTON ROAD JACKSON CA 95642 |
| CHANG, DAI PENG | 660 OAKDALE DR. PLANO TX 75025 |
| DAVID, DANIEL | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD. WAKE FOREST NC 27587 |
| DAVID, DANIEL D. | DANIEL DAVID 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DAVIS, JOYCE G. | 501 ORCHID LIGHTS CT GRIFFIN GA 30223-7264 |
| DAWDA, KIRIT D | 173 FAIRMEADOW WAY MILPITAS CA 95035 |
| DISANTO, DONALD | 3017 REEVES RD WILLOUGHBY OH 44094 |
| DISANTO, DONALD | DONALD DISANTO 3017 REEVES RD WILLOUGHBY OH 44094 |
| DISANTO, DONALD A. | 3017 REEVES RD WILLOUGHBY OH 44094 |
| FARAG, MOUNIR E | 3125 STONECREST DR CUMMING GA 30041-1142 |
| FRANCIS, PATRICIA P | 8218 SUMMER PLACE DRIVE AUSTIN TX 78759 |
| GANN, FREDDIE | 792 BRIDLEWOOD CT. CHICO CA 95926 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STEPP, FLOYD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | AS ASSIGNEE FOR FLOYD STEPP 301 ROUTE 17 NORTH, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FRETTE, LEE B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PAULUS, PATRICK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LAYMAN, SARAH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAWKINS, RUSSELL J. | 129 SUMMERLIN DR CHAPEL HILL NC 27514 |
| HEARN, TERRY W. | 695 CONSTELLATION CT. DAVIDSONVILLE MD 21035 |
| HERNANDEZ, THOMAS G. | 2859 SHADY GROVE RD. SUNSET SC 29685 |
| JIN, JING | 1086 PELHAM AVE. MISSISSAUGA ON L5E 1L2 CANADA |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DR CLAYTON NC 27520 |
| JOLLY, GEORGE A. | 38 ROSS RD OGDENSBURG NY 13669-3162 |
| KAAWALOA, SAMUEL K | PO BOX 433 ELIZABETH CO 80107 |
| KAAWALOA, SAMUEL K | P O BOX 433 6733 PRIVATE ROAD #132 ELIZABETH CO 80107 |
| KAISER, PATRICK | 1900 NEW HAVEN ROAD GRAPEVINE TX 76051 |
| KASSNER, RONALD | 17745 S. AUSTIN RD MANTECA CA 95336 |
| KING, RAYMOND L | 795 MARLIN BAYOU VISTA TX 77563-2611 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DAWDA, KIRIT D ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: NANCE, MANLY ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: NANCE, MANLY S. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |

| Claim Name | Address Information |
|---|---|
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MILLER, LOIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LOGGINS, ESTELLE L. | 6717 LATTA STREET DALLAS TX 75227 |
| MANLEY, JAMES P. | 4116 CHRISTOPHER WAY PLANO TX 75024 |
| MARIOTTI, WILLIAM E. | 146 CARTERVILLE HEIGHTS RD. WYTHEVILLE VA 24382 |
| MARTIN, CHRISTOPHER | 1220 HUNTSMAN DR. DURHAM NC 27713 |
| MARTIN, CHRISTOPHER | CHRISTOPHER MARTIN 1220 HUNTSMAN DR DURHAM NC 27713 |
| MARTIN, CHRISTOPHER D. | 1220 HUNTSMAN DRIVE DURHAM NC 27713 |
| MATTHIAS, MARCUS | 24615 SE 1ST ST SAMMAMISH WA 98074 |
| PIERCE, LINDA | 11054 COUNTY RD. 2464 TERRELL TX 75160 |
| ROGERS, BERTHA | 203 BATHGATE LANE CARY NC 27513 |
| SAVCHENKO, NAURA | 104 HARDAWAY PT CLAYTON NC 27527 |
| SCHOLNICK, DAVID | 4 PICKWICK ROAD MARBLEHEAD MA 01945 |
| SIKRI, TILAK | 8235 SAINT MARLO FAIRWAY DR DULUTH GA 30097 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: WEISS, HOWARD ERIC ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: WILSON, CHRISTOPHER ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STRICKLAND, SCOTT | 3421 CHERRY LANE RALEIGH NC 27607 |
| TAYLOR, AUDREY | 4333 ANGELINA DR PLANO TX 75074 |
| THOMPSON, VERNON J. | 1012 CHASE LN DENTON TX 76209-3504 |
| TUCKER, JAMES E. | 2612 MILITARY PKWY MESQUITE TX 75149 |
| VAHDAT, VAHID | 4247 BONAVITA PLACE ENCINO CA 91436 |
| WALCHLI, GARY | 7205 SILVER LODE LN SAN JOSE CA 95120 |
| WEARE, MARK | 1 HAPPY AVE DERRY NH 03038 |

**Total Creditor count  66**