# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 2/4/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | MNAT | Debtors |
| Annie Cordo | MNAT | Debtors |
| Chris Samis | Richards Layton | Official Committee of Unsecured Creditors |
| Kate Buck | McCarter & English | Retiree Cmte. |
| Justin Alberto | Bayard | UK Pension Claimants |
| David L. Buchbinder | USTP | UST |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

**Courtroom**

Calendar Date: 02/04/2014
Calendar Time: 10:00 AM ET

Amended Calendar 02/04/2014 06:46 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6076838 | Neil Berger | (212) 594-5000 ext. 00 | Togut, Segal & Segal LLP | Representing, Official Committee of Retirees / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6081794 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6081816 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6078871 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6074610 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Interested Party, Mercer / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6077513 | Daniel Guyder | 212-756-1132 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6076656 | Andrew Hanrahan | (212) 728-8170 ext. 8638 | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6077629 | Jane Kim | 212-225-2000 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6080777 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6076534 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6078835 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bondholder Group / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6077574 | John Ray | (630) 613-7300 | Avidity Partners/ Trustee | Client, John Ray / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6081868 | John J. Rossi | (330) 264-7737 | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6081815 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |