IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| NORTEL NETWORKS, INC., et al.,, : | |
| : | Case No. 09-10138 (KG) |
| : | |
| Debtor. : | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Howard A. Cohen, Esq., counsel in the above-referenced bankruptcy case and any related proceeding for Sanmina Corporation, hereby informs this Honorable Court and all other parties-in-interest that his address has changed and requests that all notices given or required be given in this case and related proceedings and all papers served or required to be served in this case and related proceedings, be given to and served upon him at the following address:

> Howard A. Cohen, Esq.
> 222 Delaware Avenue, Suite 1410
> Wilmington, DE 19801-1621
> Telephone: (302) 467-4200
> Facsimile: (302) 467-4201
> Electronic mail:  howard.cohen@dbr.com

Dated:  February 7, 2014         **DRINKER BIDDLE & REATH LLP**

> */s/ Howard A. Cohen*_____
> Howard A. Cohen (DE 4082)
> 222 Delaware Avenue, Suite 1410
> Wilmington, DE 19801-1621
> Telephone: (302) 467-4200
> Facsimile: (302) 467-4201
> Howard.Cohen@dbr.com

WM01/ 7949228.1

**CERTIFICATE OF SERVICE**

I, Howard A. Cohen, Esquire, hereby certify that on this 7th day of February, 2014, a copy of the within Notice of Change of Address was served by operation of the CM/ECF system for the United States Bankruptcy Court for the District of Delaware upon all registered users thereof.

                                          */s/ Howard A. Cohen*
                                          Howard A. Cohen (DE 4082)