```
            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
     et al.,                    )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    February 4, 2014
                                )    10:00 a.m.

                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK C. ABBOTT, ESQ.
                          BY: ANNIE CORDO, ESQ.
                          Morris Nichols Arsht & Tunnell, LLP
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357

ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For the Creditors' Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7531 |
| For Monitor, Ernst & Young & Canadian Debtors: | Buchanan Ingersoll & Rooney PC<br>BY: KATHLEEN A. MURPHY, ESQ.<br>1105 North Market St., Ste. 1900<br>Wilmington, DE  19801-1054<br>(302) 552-4214 |
| For UK Pension Interests: | Bayard, PA<br>BY: JUSTIN R. ALBERTO, ESQ.<br>222 Delaware Ave., Ste. 900<br>Wilmington DE  19899<br>(302) 429-4226 |
| For U. S. Trustee: | Office of the U. S. Trustee<br>BY: DAVID L. BUCHBINDER, ESQ.<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>(302) 573-6491 |
| For Retiree Committee: | McCarter & English<br>BY: KATE BECK, ESQ.<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6300 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Monitor, Ernst & Young: | Allen & Overly, LLP<br>BY: DANIEL GUYDER, ESQ.<br>(212) 756-1132 |
| For Ad Hoc Committee: | Milbank Tweed Hadley & McCloy<br>BY: THOMAS MATZ, ESQ.<br>(212) 530-5885 |
| For Official Committee of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld, LLP<br>BY: DAVID BOTTER, ESQ.<br>(212) 872-1055 |

```
TELEPHONIC APPEARANCES:
(Continued)

For Interested Party:     Farallon Capital Management
                          BY: MICHAEL LINN
                          (415) 421-2132

For Peg Brickley:         Dow Jones & Co.
                          BY: PEG BRICKLEY, ESQ.
                          (215) 462-0953

For Nortel Networks       Willkie Farr & Gallagher, LLP
UK Pension Trust:         BY: ANDREW HANRAHAN, ESQ.
                          (212) 728-8170

For Bank of America:      BY: ESTHER CHUNG, ESQ.
                          (646) 855-6706

For Debtor:               Cleary Gottlieb Steen & Hamilton
                          BY: JANE KIM, ESQ.
                          (212) 225-2000

For Official Committee    Togut Segal & Segal, LLP
of Retirees:              BY: NEIL BERGER, ESQ.
                          (212) 594-5000

For Mercer:               Freeborn & Peters, LLP
                          BY: DEVON J. EGGERT, ESQ.
                          (312) 360-6378

For Law Debenture         Patterson Belknap Webb & Tyler
Trust Co of New York:     BY: DANIEL A. LOWENTHAL, ESQ.
                          (212) 336-2720

For John Ray:             Avidity Partners/Trustee
                          BY: JOHN RAY, ESQ.
                          (630) 613-7300

In Propria Persona:       BY:  JOHN R. ROSSI, ESQ.
                          (330) 264-7737

For CRT Capital Group:    CRT Capital Group
                          BY: KEVIN A. STARKE, ESQ.
                          (203) 569-6421
```

WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 4, 2014, 10:04 A.M.

1          THE CLERK:  Please rise.

2          THE COURT:  Good morning, everyone.  Thank you.
3   Please be seated.

4          MR. ABBOTT:  Good morning.

5          THE COURT:  It's good to see you.  And Ms. Cordo,
6   good morning.

7          MS. CORDO:  Good morning, Your Honor.  Annie
8   Cordo, Morris, Nichols, Arsht & Tunnell, on behalf of the
9   Debtors.

10         We just have two items on the Agenda this
11  morning.  The first item is the Motion of John J. Rossi for
12  administrative expense.  If we can take that second --

13         THE COURT:  Sure.

14         MS. CORDO:  -- and take the fees first.

15         THE COURT:  Yes.

16         MS. CORDO:  I passed your message along to all
17  the professionals, and I don't believe anyone is on the
18  phone, but just in case someone dialed in.  We just have two
19  Orders to hand up.  We have the Nineteenth Omnibus Order
20  which all the professionals accepted the Fee Examiner's
21  recommended reductions, so there are no issues with regard
22  to that.  And then we have the final Order for Togut, Segal
23  & Segal, as they filed their Final Fee Application.  If I
24  may approach?

1               THE COURT:  Excellent.

2               MS. CORDO:  If I may approach.

3               THE COURT:  Yes, you sure may.  Thank you, Ms.
4    Cordo.

5               MR. BERGER:  Judge, it's Neil Berger from Togut
6    Segal on the phone.

7               THE COURT:  Yes, Mr. Berger, good morning.

8               MR. BERGER:  Good morning, Judge.  I dialed in to
9    thank you, on behalf of the Retiree Committee, for the
10   opportunity to be heard in your Court, and for the
11   opportunity to work out a resolution with the Debtors under
12   your supervision.  It's been an honor and a pleasure to be
13   in front of Your Honor and we look forward to, my firm at
14   least, to our next case in front of you.  Thank you, Judge.

15              THE COURT:  Well, I feel likewise, Mr. Berger.  I
16   want to thank you and your colleagues for your excellent
17   efforts on behalf of the retirees.  And I enjoyed having you
18   in Court.

19              MR. BERGER:  Thank you, Judge.

20              THE COURT:  And even better, Mr. Berger, I'm
21   signing the Order.

22                          (Laughter)

23              MR. BERGER:  Very good.

24              THE COURT:  All right, sir, thank you.

25              MR. BERGER:  Thank you, Judge --

1          MS. CORDO: Your Honor, with regard to the
2  Nineteenth Omnibus Order, there are several footnote
3  notations in the exhibits and those are all just noting the
4  agreed reductions with the Fee Examiner and then there were
5  two correcting numerical errors in previous Fee Orders to
6  get the totals back in line. I think one was $31 and one
7  was $2,000. They were fees that were requested in prior Fee
8  Applications, but then when the math happened for the
9  previous Omnibus Orders those numbers were inadvertently
10 swapped, so.
11         THE COURT: All right. And that's what happens
12 when you get an accountant involved.
13                       (Laughter)
14         MS. CORDO: That's --
15         THE COURT: Right to the penny we go.
16         MS. CORDO: Yes.
17         THE COURT: Okay. I'm signing the Order. And I
18 thank you, Ms. Cordo for your extra work on this.
19         MS. CORDO: Thank you, Your Honor. And I will
20 turn the podium over to Mr. Abbott.
21         THE COURT: All right, thank you. Good morning,
22 Mr. Abbott.
23         MR. ABBOTT: Good morning, Your Honor. Derek
24 Abbott, here for the Nortel Debtors. Again, I'm here, Your
25 Honor, on Mr. Rossi's Motion. I am assuming he is on the

1 phone.

2         THE COURT: He is.

3         MR. ABBOTT: And would like to state his case.

4 And I'll try to respond as I could, as Your Honor, I'm sure,

5 has seen in the papers --

6         THE COURT: I have.

7         MR. ABBOTT: -- we do have an outstanding

8 objection.

9         THE COURT: Yes.

10         MR. ABBOTT: But I'll let Mr. Rossi explain his

11 Motion and then I'll respond if that's okay.

12         THE COURT: That's fine, Mr. Abbott. That's the

13 way it should be. And I have read the papers. Mr. Rossi,

14 good morning to you.

15         MR. ROSSI: Good morning, Your Honor. John Rossi

16 here.

17         Your Honor, I'm -- I put in for this Motion

18 according to my, pretty much, my instructions from you from

19 the bench when I asked about being reimbursed being that I

20 was explain -- even when -- when we went to Court and I won

21 even the severance and everything, you broke for lunch and I

22 mentioned it then that the lawyers are getting paid over

23 $1,100 an hour. According to the Wall Street Journal, they

24 were actually getting paid $3,990 an hour to argue. And I

25 don't think it's right that even now I have to pay to be on

1   the CourtCall just to be reimbursed.  I mean, they're
2   putting my $990 is not even their lunch bill.  And I don't
3   see where it's setting any major precedence or any of that.
4            I'm sorry.  I haven't been feeling too good
5   because with my transplant, they've changed my meds, so I'm
6   not too much with it.  It's -- I'm -- I didn't even realize
7   I was supposed to be on the call today, sir.
8            THE COURT:  Well I --
9            MR. ROSSI:  And that's about it, sir.
10           THE COURT:  Well that's -- Mr. Rossi, I certainly
11  appreciate your position.  And I'm -- I hope you're doing
12  well and that your recovery will be full and speedy.  So I
13  do understand the position you've raised in your papers.
14  And I think you've certainly covered the issue and addressed
15  the issue that you wished the Court to consider and I'll
16  hear from Mr. Abbott for the Debtors now.
17           MR. ABBOTT:  Thank you, Your Honor.
18           MR. ROSSI:  Thank you.
19           MR. ABBOTT:  Your Honor, I'm not up here because
20  I really want to be.  This is an unfortunate thing, but at
21  this point, Your Honor, we are objecting.  It's not about
22  the quantum of money in the scope of this case as Mr. Rossi
23  noted $999 or $990 is not a lot of money.
24           Unfortunately, Your Honor, in this case, Mr.
25  Rossi, among many others, entered into a Settlement

1  Agreement.  And in that Settlement Agreement released claims
2  and this, unfortunately, is one of the claims that was
3  released.  And while, obviously, his claim has two parts;
4  the retainer that he paid to another law firm, which I don't
5  think could be conceptually viewed as a substantial
6  contribution to the case, but more importantly, fees that he
7  expended out of his pocket to appear in Court.  And while,
8  again, the money is not significant, there are a number of
9  similarly situated persons out there.  Each of them released
10 this sort of a claim and other sorts of claims in exchange
11 for some substantial consideration, Your Honor.  And we're
12 here largely out of principle and fearing for what could be
13 the first of a parade, frankly, of similarly situated
14 releasees' seeking another bite at the apple.  And while, we
15 don't think that that is Mr. Rossi's motive, in any event,
16 we felt it was necessary to object for the record.
17         Our arguments are I think are laid out a fully
18 more fully in our papers.  I don't wish to belabor them,
19 Your Honor.  I'm happy to answer whatever questions you
20 have.  But essentially, these claims have been released and
21 we don't think that much of it meets the substantial
22 contribution criteria and we'd ask that the Court deny the
23 Motion and enter an Order doing the same.  Thank you, Your
24 Honor.
25         THE COURT:  All right.  Thank you, Mr. Abbott.

1 Mr. Rossi, any response on your behalf?

2       MR. ROSSI: I disagree that I waived. And if I
3 waived it, I did not know it. And that the lawyers were
4 being paid, like Elliott Greenleaf and everything, out of
5 the settlement, that's a separate issue than my severance.
6 My severance, I presented pro se along with three others. I
7 don't see -- I think we're talking apples and oranges on
8 that matter, sir.

9       THE COURT: All right. Well, you know, I must
10 say, I'm very sympathetic to Mr. Rossi and in the scheme as
11 Mr. Abbott has said and as I noted myself, this is a very
12 small amount of money. The problem I have, first of all,
13 with this substantial contribution aspect is there were
14 many, many people who made contributions here. I, you know,
15 I think I listened to all, as many as wished to be heard.
16 And all of those long-term disabled persons and severance
17 parties who I did hear, had an impact upon me, and I think
18 an impact also upon the Debtors. But the real crux of the
19 decision and the reason that I've got to deny it is the
20 release. I certainly looked for some way to allow the
21 reimbursement, but I kept running up, frankly, against the
22 release that you gave in the context of the settlement.
23 And, you know, I don't worry unlike some people, I don't
24 worry terribly about slippery slopes, you know, and starting
25 a sort of a run on similar issues because I have the ability

1   at some point to put a stop to that.  But here, the stop is
2   the release language in the settlement.  And as much as it
3   pains me on that basis, I will have to deny your Motion and
4   that is my ruling.
5           MR. ROSSI:  Okay.
6           THE COURT:  Thank you.  Thank you, Mr. Rossi.
7   Thank you for your efforts.  And I think that they were
8   successful efforts.  Yes, Mr. Abbott?
9           MR. ROSSI:  Thank you very much, sir.
10          MR. ABBOTT:  Your Honor, I have an Order if I may
11  approach.  I also have one other thought.  And I don't know,
12  I'm going to just raise it off the cuff with Your Honor,
13  hopefully, not embarrassing either of us.  But I would
14  imagine that the Court has procedures for folks to proceed
15  in forma pauperis and that sort of thing.  And I don't know
16  if some of these fees that were actually paid for responding
17  to CourtCall could be nunc pro tunc relieved by some further
18  application for a hardship that it's money he paid for the
19  CourtCall appearances.  I just raise that as a potential
20  avenue.  I don't know if it has any merit or not, but it's
21  one way that, other than the amounts paid to Elliott
22  Greenleaf, there may be some way to find a refund or
23  something like for Mr. Rossi.
24          THE COURT:  Well, I would like to allow that.  We
25  do have a mechanism, an understanding with CourtCall, in

1  special circumstances to waive their fee, so that is a
2  possibility.  I don't know whether Mr. Rossi sought that
3  relief as to the waiver.
4              MR. ROSSI:  I didn't know how to, sir.
5              THE COURT:  I'm sorry, Mr. Rossi?  Did you ask
6  CourtCall --
7              MR. ROSSI:  I'm sorry, sir, Your Honor.  I
8  didn't.  I didn't know how to go about doing that, sir.  I
9  didn't.  I didn't.  I have to always give them my credit
10 card, I'm sorry.
11             THE COURT:  Are you in a situation where you
12 think you might qualify for sort of what I'll call indigent
13 type of relief here, expense?
14             MR. ROSSI:  Well, yes, sir.  I'm -- all I have is
15 my disability money, I mean, and that's -- and what I could
16 get, you know, kind of from the settlement.  Other than
17 that, I can't even get my pension yet because they're still
18 arguing on whether or not I'm allowed to get that from the
19 PBGC.  And I'm still up in the air on that.  So, yeah, I'm
20 indigent.
21             THE COURT:  Well, let me look into this, all
22 right?  And with CourtCall, and perhaps, you know, I
23 certainly don't want to promise and I don't want to impose
24 on CourtCall unduly, but there may be some mechanism to at
25 least find some source for reimbursement.

13

1              MR. ROSSI:  Well thank you very much, sir.  That
2    -- I would appreciate that.
3              THE COURT:  All right.  Let me look into that.
4              MR. ROSSI:  And can I say opposing counsel, too.
5    I would like to thank him, too.
6              THE COURT:  You bet.  Thank you, Mr. Rossi.
7              MR. ABBOTT:  No problem, Mr. Rossi.
8              THE COURT:  Be well and recover promptly.
9              MR. ROSSI:  Okay, goodbye, sir.
10             MR. ABBOTT:  May I approach, Your Honor?
11             THE COURT:  Yes, yes, Mr. Abbott, you may.  Thank
12   you.  All right.  This is the Order denying Mr. Rossi's
13   Motion and for the reasons stated on the record, I will sign
14   this Order.  All right.  Anything further to report or --
15             MR. ABBOTT:  No, Your Honor, that does conclude
16   matters for today.  Just stay out of the weather tonight if
17   you can help it.
18             THE COURT:  Oh, my goodness.  And I don't know
19   what tomorrow morning, what havoc we'll have with Court
20   tomorrow morning but just --
21             MR. ABBOTT:  True.
22             THE COURT:  -- check the website at least to make
23   sure that we aren't opening late or whatever.
24             MR. ABBOTT:  Thank you, Your Honor.
25

1          THE COURT:  All right, everyone.  Thank you all.
2  Good day to you.  Good to see you.
3
4      (Whereupon, at 10:16 a.m., the hearing was adjourned.)
5
6                          CERTIFICATION
7          I certify that the foregoing is a correct
8  transcript from the electronic sound recording of the
9  proceedings in the above-entitled matter.
10
11
12  _____         5 February 2014
13  Traci L. Calaman, Transcriber                 Date
14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15 4:1 14:4 | **back**(1) | 6:6 | **courtroom**(1) | 1:10 | **feeling**(1) | 8:4 |
| **abbott**(23) | 1:24 4:5 6:20 6:22 6:23 6:24 7:3 7:7 7:10 7:12 8:16 8:17 8:19 9:25 10:11 11:8 11:10 13:7 13:10 13:11 13:15 13:21 13:24 | **bank**(1) | 3:16 | **covered**(1) | 8:14 | **fees**(4) | 4:15 6:7 9:6 11:16 |
| | | **bankruptcy**(2) | 1:1 1:19 | **credit**(1) | 12:9 | **feld**(1) | 2:47 |
| | | **basis**(1) | 11:3 | **creditors**(1) | 2:48 | **felt**(1) | 9:16 |
| | | **bayard**(1) | 2:17 | **creditors'**(1) | 2:4 | **filed**(1) | 4:24 |
| | | **because**(4) | 8:5 8:19 10:25 12:17 | **criteria**(1) | 9:22 | **final**(2) | 4:23 4:24 |
| **ability**(1) | 10:25 | **beck**(1) | 2:31 | **crt**(2) | 3:42 3:42 | **find**(2) | 11:22 12:25 |
| **about**(5) | 7:19 8:9 8:21 10:24 12:8 | **been**(3) | 5:12 8:4 9:20 | **crux**(1) | 10:18 | **fine**(1) | 7:12 |
| **aboveentitled**(1) | 14:9 | **before**(1) | 1:18 | **cuff**(1) | 11:12 | **finger**(1) | 2:4 |
| **accepted**(1) | 4:21 | **behalf**(4) | 4:9 5:9 5:17 10:1 | **daniel**(2) | 2:40 3:32 | **firm**(2) | 5:13 9:4 |
| **according**(2) | 7:18 7:23 | **being**(3) | 7:19 7:19 10:4 | **data**(1) | 1:33 | **first**(4) | 4:12 4:15 9:13 10:12 |
| **accountant**(1) | 6:12 | **belabor**(1) | 9:18 | **date**(1) | 14:13 | **floor**(2) | 1:27 2:33 |
| **actually**(2) | 7:24 11:16 | **believe**(1) | 4:18 | **david**(2) | 2:24 2:48 | **folks**(1) | 11:14 |
| **addressed**(1) | 8:14 | **belknap**(1) | 3:31 | **day**(1) | 14:2 | **footnote**(1) | 6:2 |
| **adjourned**(1) | 14:4 | **bench**(1) | 7:19 | **debenture**(1) | 3:31 | **for**(45) | 1:2 1:23 2:4 2:11 2:17 2:23 2:30 2:39 2:43 2:47 3:3 3:8 3:12 3:16 3:19 3:23 3:27 3:31 3:35 3:42 4:12 4:23 5:9 5:10 5:16 6:8 6:18 6:24 7:17 7:21 8:16 9:11 9:12 9:16 10:20 11:7 11:14 11:16 11:18 11:18 11:23 12:12 12:25 13:13 13:16 |
| **administered**(1) | 1:6 | **berger**(10) | 3:24 5:5 5:5 5:7 5:8 5:15 5:19 5:20 5:23 5:25 | **debtor**(1) | 3:19 | | |
| **administrative**(1) | 4:13 | | | **debtors**(8) | 1:12 1:23 2:13 4:10 5:11 6:24 8:16 10:18 | | |
| **again**(2) | 6:24 9:8 | | | | | | |
| **against**(1) | 10:21 | | | | | | |
| **agenda**(1) | 4:11 | **bet**(1) | 13:6 | **decision**(1) | 10:19 | | |
| **agreed**(1) | 6:4 | **better**(1) | 5:20 | **delaware**(4) | 1:2 1:12 2:19 4:1 | **foregoing**(1) | 14:7 |
| **agreement**(2) | 9:1 9:1 | **bill**(1) | 8:2 | **deny**(3) | 9:22 10:19 11:3 | **forma**(1) | 11:15 |
| **air**(1) | 12:19 | **bite**(1) | 9:14 | **denying**(1) | 13:12 | **forward**(1) | 5:13 |
| **akin**(1) | 2:47 | **botter**(1) | 2:48 | **derek**(2) | 1:24 6:23 | **frankly**(2) | 9:13 10:21 |
| **alberto**(1) | 2:18 | **brickley**(2) | 3:8 3:9 | **devon**(1) | 3:28 | **freeborn**(1) | 3:27 |
| **all**(18) | 4:17 4:21 5:24 6:3 6:11 6:21 9:25 10:9 10:12 10:15 10:16 12:14 12:21 13:3 13:12 13:14 14:1 14:1 | **broke**(1) | 7:21 | **dialed**(2) | 4:19 5:8 | **from**(7) | 5:5 7:18 7:18 8:16 12:16 12:18 14:8 |
| | | **buchanan**(1) | 2:11 | **diaz**(1) | 1:33 | | |
| | | **buchbinder**(1) | 2:24 | **did**(3) | 10:3 10:17 12:5 | | |
| | | **but**(13) | 4:19 6:8 7:10 8:20 9:6 9:20 10:18 10:21 11:1 11:13 11:20 12:24 13:20 | **didn't**(6) | 8:6 12:4 12:8 12:8 12:9 12:9 | **front**(2) | 5:13 5:14 |
| **allen**(1) | 2:39 | | | **disability**(1) | 12:15 | **full**(1) | 8:12 |
| **allow**(2) | 10:20 11:24 | | | **disabled**(1) | 10:16 | **fully**(2) | 9:17 9:18 |
| **allowed**(1) | 12:18 | **calaman**(1) | 14:13 | **disagree**(1) | 10:2 | **further**(2) | 11:17 13:14 |
| **along**(2) | 4:17 10:6 | **call**(2) | 8:7 12:12 | **district**(1) | 1:2 | **gallagher**(1) | 3:12 |
| **also**(2) | 10:18 11:11 | **can**(3) | 4:13 13:4 13:17 | **does**(1) | 13:15 | **gave**(1) | 10:22 |
| **always**(1) | 12:9 | **can't**(1) | 12:17 | **doing**(3) | 8:11 9:23 12:8 | **get**(5) | 6:6 6:12 12:16 12:17 12:18 |
| **america**(1) | 3:16 | **canadian**(1) | 2:12 | **don't**(17) | 4:18 7:25 8:2 9:4 9:15 9:18 9:21 10:7 10:23 10:23 11:11 11:15 11:20 12:2 12:23 12:23 13:18 | **getting**(2) | 7:22 7:24 |
| **among**(1) | 8:25 | **capital**(3) | 3:4 3:42 3:42 | | | **ginger**(1) | 1:31 |
| **amount**(1) | 10:12 | **card**(1) | 12:10 | | | **give**(1) | 12:9 |
| **amounts**(1) | 11:21 | **case**(7) | 1:5 4:19 5:14 7:3 8:22 8:24 9:6 | | | **going**(1) | 11:12 |
| **and**(71) | 4:6 4:15 4:18 4:23 5:10 5:12 5:13 5:16 5:17 5:20 6:3 6:4 6:6 6:11 6:17 6:19 7:3 7:4 7:11 7:13 7:20 7:21 7:21 7:24 8:2 8:9 8:11 8:12 8:12 8:14 8:14 8:15 9:1 9:2 9:3 9:7 9:10 9:11 9:12 9:14 9:20 9:22 9:23 10:2 10:3 10:4 10:7 10:10 10:11 10:16 10:16 10:17 10:19 10:23 10:24 11:2 11:3 11:7 11:11 11:15 11:15 12:15 12:15 12:19 12:22 12:22 12:23 13:4 13:8 13:13 13:18 | **centre**(1) | 2:32 | **dow**(1) | 3:8 | **good**(15) | 4:3 4:5 4:6 4:7 4:8 5:7 5:8 5:23 6:21 6:23 7:14 7:15 8:4 14:2 14:2 |
| | | **certainly**(4) | 8:10 8:14 10:20 12:23 | **each**(1) | 9:9 | | |
| | | **certification**(1) | 14:6 | **ecro**(1) | 1:31 | | |
| | | **certify**(1) | 14:7 | **efforts**(3) | 5:17 11:7 11:8 | | |
| | | **changed**(1) | 8:5 | **eggert**(1) | 3:28 | **goodbye**(1) | 13:9 |
| | | **chapter**(1) | 1:8 | **either**(1) | 11:13 | **goodness**(1) | 13:18 |
| | | **check**(1) | 13:22 | **electronic**(2) | 1:39 14:8 | **got**(1) | 10:19 |
| | | **chris**(1) | 2:5 | **elliott**(2) | 10:4 11:21 | **gottlieb**(1) | 3:19 |
| | | **chung**(1) | 3:16 | **embarrassing**(1) | 11:13 | **greenleaf**(2) | 10:4 11:22 |
| | | **circumstances**(1) | 12:1 | **english**(1) | 2:30 | **gross**(1) | 1:18 |
| **andrew**(1) | 3:13 | **claim**(2) | 9:3 9:10 | **enjoyed**(1) | 5:17 | **group**(2) | 3:42 3:42 |
| **annie**(2) | 1:25 4:8 | **claims**(4) | 9:1 9:2 9:10 9:20 | **enter**(1) | 9:23 | **gump**(1) | 2:47 |
| **another**(2) | 9:4 9:14 | **cleary**(1) | 3:19 | **entered**(1) | 8:25 | **guyder**(1) | 2:40 |
| **answer**(1) | 9:19 | **clerk**(1) | 4:2 | **ernst**(2) | 2:11 2:39 | **had**(1) | 10:17 |
| **any**(5) | 8:3 8:3 9:15 10:1 11:20 | **colleagues**(1) | 5:16 | **errors**(1) | 6:5 | **hadley**(1) | 2:43 |
| **anyone**(1) | 4:18 | **committee**(6) | 2:5 2:30 2:43 2:47 3:23 5:9 | **esq**(20) | 1:24 1:25 2:5 2:12 2:18 2:24 2:31 2:40 2:44 2:48 3:9 3:13 3:16 3:20 3:24 3:28 3:32 3:36 3:39 3:43 | **hamilton**(1) | 3:19 |
| **anything**(1) | 13:14 | **conceptually**(1) | 9:5 | | | **hand**(1) | 4:20 |
| **appear**(1) | 9:7 | **conclude**(1) | 13:15 | | | **hanrahan**(1) | 3:13 |
| **appearances**(3) | 2:37 3:1 11:19 | **consider**(1) | 8:15 | | | **happened**(1) | 6:8 |
| **apple**(1) | 9:14 | **consideration**(1) | 9:11 | **essentially**(1) | 9:20 | **happens**(1) | 6:11 |
| **apples**(1) | 10:7 | **context**(1) | 10:22 | **esther**(1) | 3:16 | **happy**(1) | 9:19 |
| **application**(2) | 4:24 11:18 | **continued**(2) | 2:2 3:2 | **even**(7) | 5:20 7:20 7:21 7:25 8:2 8:6 12:17 | **hardship**(1) | 11:18 |
| **applications**(1) | 6:8 | **contribution**(3) | 9:6 9:22 10:13 | **event**(1) | 9:15 | **harrisburg**(1) | 1:35 |
| **appreciate**(2) | 8:11 13:2 | **contributions**(1) | 10:14 | **everyone**(2) | 4:3 14:1 | **has**(5) | 7:5 9:3 10:11 11:14 11:20 |
| **approach**(4) | 4:25 5:2 11:11 13:10 | **cordo**(13) | 1:25 4:6 4:8 4:9 4:15 4:17 5:2 5:4 6:1 6:14 6:16 6:18 6:19 | **everything**(2) | 7:21 10:4 | **hauer**(1) | 2:47 |
| **are**(9) | 4:22 6:2 6:3 7:22 8:21 9:8 9:17 9:17 12:11 | | | **examiner**(1) | 6:4 | **have**(19) | 4:11 4:19 4:20 4:23 7:6 7:7 7:13 7:25 9:20 9:20 10:12 10:25 11:3 11:10 11:11 11:25 12:9 12:14 13:19 |
| | | | | **examiner's**(1) | 4:21 | | |
| | | | | **excellent**(2) | 5:1 5:16 | | |
| **aren't**(1) | 13:23 | **correct**(1) | 14:7 | **exchange**(1) | 9:10 | | |
| **argue**(1) | 7:24 | **correcting**(1) | 6:5 | **exhibits**(1) | 6:3 | **haven't**(1) | 8:4 |
| **arguing**(1) | 12:18 | **could**(5) | 7:4 9:5 9:12 11:17 12:15 | **expended**(1) | 9:7 | **having**(1) | 5:17 |
| **arguments**(9) | 9:17 | **counsel**(1) | 13:4 | **expense**(2) | 4:13 12:13 | **havoc**(1) | 13:19 |
| **arsht**(3) | 1:23 1:26 4:9 | **court**(43) | 1:1 1:1 4:3 4:6 4:14 4:16 5:1 5:3 5:7 5:10 5:15 5:18 5:20 5:24 6:11 6:15 6:17 6:21 7:2 7:6 7:9 7:12 7:20 8:8 8:10 8:15 9:7 9:22 9:25 10:9 11:6 11:14 11:24 12:5 12:11 12:21 13:3 13:6 13:8 13:11 13:18 13:19 13:22 14:1 | **explain**(2) | 7:10 7:20 | **hear**(2) | 8:16 10:17 |
| **ask**(2) | 9:22 12:5 | | | **extra**(1) | 6:18 | **heard**(2) | 5:10 10:15 |
| **asked**(1) | 7:19 | | | **farallon**(1) | 3:4 | **hearing**(1) | 14:4 |
| **aspect**(1) | 10:13 | | | **farr**(1) | 3:12 | **help**(1) | 13:17 |
| **assuming**(1) | 6:25 | | | **fearing**(1) | 9:12 | **here**(8) | 6:24 6:24 7:16 8:19 9:12 10:14 11:1 12:13 |
| **ave**(1) | 2:19 | **courtcall**(7) | 8:1 11:17 11:19 11:25 12:6 12:22 12:24 | **february**(3) | 1:14 4:1 14:12 | | |
| **avenue**(1) | 11:20 | | | **fee**(6) | 4:21 4:24 6:4 6:5 6:7 12:1 | | |
| **avidity**(1) | 3:35 | | | **feel**(1) | 5:15 | **him**(1) | 13:5 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **his**(4) | 7:3 7:10 9:3 9:7 | **lot**(1) | 8:23 | **order**(9) | 4:20 4:23 5:21 6:2 6:17 9:23 11:10 13:12 13:14 | **recording**(2) | 1:39 14:8 |
| **hoc**(1) | 2:43 | **lowenthal**(1) | 3:32 | | | **recover**(1) | 13:8 |
| **honor**(23) | 4:8 5:12 5:13 6:1 6:19 6:23 6:25 7:4 7:15 7:17 8:17 8:19 8:21 8:24 9:11 9:19 9:24 11:10 11:12 12:7 13:10 13:15 13:24 | **lunch**(2) | 7:21 8:2 | **orders**(3) | 4:20 6:5 6:9 | **recovery**(1) | 8:12 |
| | | **mace**(1) | 1:31 | **other**(4) | 9:10 11:11 11:21 12:16 | **reductions**(2) | 4:22 6:4 |
| | | **made**(1) | 10:14 | **others**(2) | 8:25 10:6 | **refund**(1) | 11:22 |
| | | **major**(1) | 8:3 | **our**(5) | 5:14 9:17 9:18 | **regard**(2) | 4:22 6:1 |
| | | **make**(1) | 13:22 | **out**(7) | 5:11 9:7 9:9 9:12 9:17 10:4 13:16 | **reimbursed**(2) | 7:19 8:1 |
| **honorable**(1) | 1:18 | **management**(1) | 3:4 | **outstanding**(1) | 7:7 | **reimbursement**(2) | 10:21 12:25 |
| **hope**(1) | 8:11 | **many**(4) | 8:25 10:14 10:14 10:15 | **over**(2) | 6:20 7:22 | **release**(3) | 10:20 10:22 11:2 |
| **hopefully**(1) | 11:13 | **market**(3) | 1:11 1:27 2:13 | **overly**(1) | 2:39 | **released**(4) | 9:1 9:3 9:9 9:20 |
| **hour**(2) | 7:23 7:24 | **math**(1) | 6:8 | **paid**(7) | 7:22 7:24 9:4 10:4 11:16 11:18 11:21 | **releasees**(1) | 9:14 |
| **how**(2) | 12:4 12:8 | **matter**(2) | 10:8 14:9 | | | **relief**(2) | 12:3 12:13 |
| **i'll**(5) | 7:4 7:10 7:11 8:15 12:12 | **matters**(1) | 13:16 | | | **relieved**(1) | 11:17 |
| **i'm**(20) | 5:20 6:17 6:24 7:4 7:17 8:4 8:5 8:6 8:11 8:19 9:19 10:10 11:12 12:5 12:7 12:10 12:14 12:18 12:19 12:19 | **matz**(1) | 2:44 | | | **renaissance**(1) | 2:32 |
| | | **may**(8) | 4:25 5:2 5:3 11:10 11:22 12:24 13:10 13:11 | **pains**(1) | 11:3 | **report**(1) | 13:14 |
| | | | | **papers**(4) | 7:5 7:13 8:13 9:18 | **requested**(1) | 6:7 |
| | | | | **parade**(1) | 9:13 | **resolution**(1) | 5:11 |
| | | **mccarter**(1) | 2:30 | **parties**(1) | 10:17 | **respond**(2) | 7:4 7:11 |
| **i've**(1) | 10:19 | **mccloy**(1) | 2:43 | **partners/trustee**(1) | 3:35 | **responding**(1) | 11:16 |
| **imagine**(1) | 11:14 | **mean**(2) | 8:1 12:15 | **parts**(1) | 9:3 | **response**(1) | 10:1 |
| **impact**(2) | 10:17 10:18 | **mechanism**(2) | 11:25 12:24 | **party**(1) | 3:4 | **retainer**(1) | 9:4 |
| **importantly**(1) | 9:6 | **meds**(1) | 8:5 | **passed**(1) | 4:17 | **retiree**(2) | 2:30 5:9 |
| **impose**(1) | 12:23 | **meets**(1) | 9:21 | **patterson**(1) | 3:31 | **retirees**(2) | 3:24 5:17 |
| **inadvertently**(1) | 6:9 | **mentioned**(1) | 7:22 | **pauperis**(1) | 11:15 | **richards**(1) | 2:4 |
| **inc**(1) | 1:7 | **mercer**(1) | 3:27 | **pay**(1) | 7:25 | **right**(12) | 5:24 6:11 6:15 6:21 7:25 9:25 10:9 12:22 13:3 13:12 13:14 14:1 |
| **indigent**(2) | 12:12 12:20 | **merit**(1) | 11:20 | **pbgc**(1) | 12:19 | | |
| **ingersoll**(1) | 2:11 | **message**(1) | 4:17 | **peg**(2) | 3:8 3:9 | | |
| **instructions**(1) | 7:18 | **michael**(1) | 3:5 | **pennsylvania**(1) | 1:35 | **rise**(1) | 4:2 |
| **interested**(1) | 3:4 | **might**(1) | 12:12 | **penny**(1) | 6:15 | **rodney**(1) | 2:6 |
| **interests**(1) | 2:18 | **milbank**(1) | 2:43 | **pension**(3) | 2:17 3:13 12:17 | **rooney**(1) | 2:11 |
| **into**(3) | 8:25 12:21 13:3 | **money**(6) | 8:22 8:23 9:8 10:12 11:18 12:15 | **people**(2) | 10:14 10:23 | **rossi**(28) | 3:39 4:12 7:10 7:13 7:15 7:15 8:9 8:10 8:18 8:22 8:25 10:1 10:2 10:10 11:5 11:6 11:9 11:23 12:2 12:4 12:5 12:7 12:14 13:1 13:4 13:6 13:7 13:9 |
| **involved**(1) | 6:12 | **monitor**(2) | 2:11 2:39 | **perhaps**(1) | 12:22 | | |
| **issue**(3) | 8:14 8:15 10:5 | **more**(2) | 9:6 9:18 | **persona**(1) | 3:39 | | |
| **issues**(2) | 4:22 10:25 | **morning**(13) | 4:3 4:5 4:7 4:8 4:12 5:7 5:8 6:21 6:23 7:14 7:15 13:19 13:20 | **persons**(2) | 9:9 10:16 | | |
| **it's**(9) | 4:6 5:5 5:12 7:25 8:3 8:6 8:21 11:18 11:20 | | | **peters**(1) | 3:27 | | |
| | | | | **phone**(3) | 4:19 5:6 7:1 | **rossi's**(3) | 6:25 9:15 13:12 |
| | | **morris**(3) | 1:23 1:26 4:9 | **please**(2) | 4:2 4:4 | **ruling**(1) | 11:4 |
| **item**(1) | 4:12 | **motion**(7) | 4:12 6:25 7:11 7:17 9:23 11:3 13:13 | **pleasure**(1) | 5:12 | **run**(1) | 10:25 |
| **items**(1) | 4:11 | | | **pocket**(1) | 9:7 | **running**(1) | 10:21 |
| **jane**(1) | 3:20 | | | **podium**(1) | 6:20 | **said**(1) | 10:11 |
| **john**(5) | 3:35 3:36 3:39 4:12 7:15 | **motive**(1) | 9:15 | **point**(2) | 8:21 11:1 | **same**(1) | 9:23 |
| **jointly**(1) | 1:6 | **much**(6) | 7:18 8:6 9:21 11:2 11:9 13:1 | **position**(2) | 8:11 8:13 | **samis**(1) | 2:5 |
| **jones**(1) | 3:8 | **murphy**(1) | 2:12 | **possibility**(1) | 12:2 | **say**(2) | 10:10 13:4 |
| **journal**(1) | 7:23 | **must**(1) | 10:9 | **potential**(1) | 11:19 | **scheme**(1) | 10:10 |
| **judge**(7) | 1:18 1:19 5:5 5:8 5:14 5:19 5:25 | **myself**(1) | 10:11 | **ppearances**(2) | 1:21 2:1 | **schuylkill**(1) | 1:34 |
| **just**(9) | 4:11 4:19 4:19 6:3 8:1 11:12 11:19 13:16 13:20 | **necessary**(1) | 9:16 | **precedence**(1) | 8:3 | **scope**(1) | 8:22 |
| | | **neil**(2) | 3:24 5:5 | **presented**(1) | 10:6 | **seated**(1) | 4:4 |
| | | **networks**(2) | 1:7 3:12 | **pretty**(1) | 7:18 | **second**(1) | 4:13 |
| **justin**(1) | 2:18 | **new**(1) | 3:32 | **previous**(2) | 6:5 6:9 | **see**(4) | 4:6 8:3 10:7 14:2 |
| **kate**(1) | 2:31 | **next**(1) | 5:14 | **principle**(1) | 9:12 | **seeking**(1) | 9:14 |
| **kathleen**(1) | 2:12 | **nichols**(3) | 1:23 1:26 4:9 | **prior**(1) | 6:7 | **seen**(1) | 7:5 |
| **kept**(1) | 10:21 | **nineteenth**(2) | 4:20 6:2 | **pro**(2) | 10:6 11:17 | **segal**(5) | 3:23 3:23 4:23 4:24 5:6 |
| **kevin**(2) | 1:18 3:43 | **nortel**(3) | 1:7 3:12 6:24 | **problem**(2) | 10:12 13:7 | **separate**(1) | 10:5 |
| **kim**(1) | 3:20 | **north**(4) | 1:27 2:7 2:13 2:33 | **procedures**(1) | 11:14 | **service**(2) | 1:33 1:40 |
| **kind**(1) | 12:16 | **not**(10) | 8:2 8:6 8:19 8:21 8:23 9:8 10:3 11:13 11:20 12:18 | **proceed**(1) | 11:14 | **services**(1) | 1:33 |
| **king**(3) | 2:7 2:25 2:33 | | | **proceedings**(3) | 1:17 1:39 14:9 | **setting**(1) | 8:3 |
| **know**(14) | 10:3 10:9 10:14 10:23 10:24 11:11 11:15 11:20 12:2 12:4 12:8 12:16 12:22 13:18 | | | **produced**(1) | 1:40 | **settlement**(6) | 8:25 9:1 10:5 10:22 11:2 12:16 |
| | | **notations**(1) | 6:3 | **professionals**(2) | 4:18 4:21 | | |
| | | **noted**(2) | 8:23 10:11 | **promise**(1) | 12:23 | | |
| | | **noting**(1) | 6:3 | **promptly**(1) | 13:8 | **several**(1) | 6:2 |
| **laid**(1) | 9:17 | **now**(2) | 7:25 8:16 | **propria**(1) | 3:39 | **severance**(4) | 7:21 10:5 10:6 10:16 |
| **language**(1) | 11:2 | **number**(1) | 9:8 | **put**(2) | 7:17 11:1 | **should**(1) | 7:13 |
| **largely**(1) | 9:12 | **numbers**(1) | 6:9 | **putting**(1) | 8:2 | **sign**(1) | 13:13 |
| **late**(1) | 13:23 | **numerical**(1) | 6:5 | **qualify**(1) | 12:12 | **significant**(1) | 9:8 |
| **laughter**(2) | 5:22 6:13 | **nunc**(1) | 11:17 | **quantum**(1) | 8:22 | **signing**(2) | 5:21 6:17 |
| **law**(2) | 3:31 9:4 | **object**(1) | 9:16 | **questions**(1) | 9:19 | **similar**(1) | 10:25 |
| **lawyers**(2) | 7:22 10:3 | **objecting**(1) | 8:21 | **raise**(2) | 11:12 11:19 | **similarly**(2) | 9:9 9:13 |
| **layton**(1) | 2:4 | **objection**(1) | 7:8 | **raised**(1) | 8:13 | **sir**(11) | 5:24 8:7 8:9 10:8 11:9 12:4 12:7 12:8 12:14 13:1 13:9 |
| **least**(3) | 5:14 12:25 13:22 | **obviously**(1) | 9:3 | **ray**(2) | 3:35 3:36 | | |
| **let**(3) | 7:10 12:21 13:3 | **off**(1) | 11:12 | **read**(1) | 7:13 | | |
| **like**(5) | 7:3 10:4 11:23 11:24 13:5 | **office**(1) | 2:23 | **real**(1) | 10:18 | **situated**(2) | 9:9 9:13 |
| **likewise**(1) | 5:15 | **official**(2) | 2:47 3:23 | **realize**(1) | 8:6 | **situation**(1) | 12:11 |
| **line**(1) | 6:6 | **okay**(4) | 6:17 7:11 11:5 13:9 | **really**(1) | 8:20 | **slippery**(1) | 10:24 |
| **linn**(1) | 3:5 | **omnibus**(3) | 4:20 6:2 6:9 | **reason**(1) | 10:19 | **slopes**(1) | 10:24 |
| **listened**(1) | 10:15 | **one**(6) | 2:6 6:6 6:6 9:2 11:11 11:21 | **reasons**(1) | 13:13 | **small**(1) | 10:12 |
| **llc**(1) | 1:33 | **opening**(1) | 13:23 | **recommended**(1) | 4:22 | **some**(9) | 9:11 10:20 10:23 11:1 11:16 11:17 11:22 12:24 12:25 |
| **llp**(7) | 1:23 1:26 2:39 2:47 3:12 3:23 3:27 | **opportunity**(2) | 5:10 5:11 | **record**(2) | 9:16 13:13 | | |
| **lockbox**(1) | 2:26 | **opposing**(1) | 13:4 | **recorded**(1) | 1:39 | | |
| **long-term**(1) | 10:16 | **oranges**(1) | 10:7 | | | | |
| **look**(3) | 5:13 12:21 13:3 | | | | | | |
| **looked**(1) | 10:20 | | | | | **someone**(1) | 4:19 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| **something**(1) 11:23 **sorry**(4) 8:4 12:5 12:7 12:10 **sort**(4) 9:10 10:25 11:15 12:12 **sorts**(1) 9:10 **sought**(1) 12:2 **sound**(2) 1:39 14:8 **source**(1) 12:25 **special**(1) 12:1 **speedy**(1) 8:12 **square**(1) 2:6 **starke**(1) 3:43 **starting**(1) 10:24 **state**(1) 7:3 **stated**(1) 13:13 **states**(2) 1:1 1:19 **stay**(1) 13:16 **ste**(3) 2:13 2:19 2:25 **steen**(1) 3:19 **still**(2) 12:17 12:19 **stop**(2) 11:1 11:1 **strauss**(1) 2:47 **street**(6) 1:11 1:34 2:7 2:25 2:33 7:23 **substantial**(4) 9:5 9:11 9:21 10:13 **successful**(1) 11:8 **supervision**(1) 5:12 **supposed**(1) 8:7 **sure**(4) 4:14 5:3 7:4 13:23 **swapped**(1) 6:10 **sympathetic**(1) 10:10 **take**(2) 4:13 4:15 **talking**(1) 10:7 **telephonic**(2) 2:37 3:1 **terribly**(1) 10:24 **than**(3) 10:5 11:21 12:16 **thank**(25) 4:3 5:3 5:9 5:14 5:16 5:19 5:24 5:25 6:18 6:19 6:21 8:17 8:18 9:23 9:25 11:6 11:6 11:7 11:9 13:1 13:5 13:6 13:11 13:24 14:1 **that**(45) 4:13 4:23 6:7 7:19 7:22 7:25 8:3 8:12 8:15 9:1 9:2 9:4 9:6 9:15 9:15 9:21 9:22 10:2 10:3 10:8 10:19 10:22 11:1 11:3 11:4 11:7 11:14 11:15 11:16 11:18 11:19 11:21 11:24 12:1 12:2 12:8 12:17 12:18 12:19 13:1 13:2 13:3 13:15 13:23 14:7 **that's**(9) 6:11 6:14 7:11 7:12 7:12 8:9 8:10 10:5 12:15 **the**(132) 1:1 1:2 1:18 2:4 2:23 4:2 4:3 4:6 4:9 4:11 4:12 4:12 4:14 4:15 4:16 4:18 4:18 4:20 4:21 4:21 4:23 5:1 5:3 5:6 5:7 5:9 5:9 5:10 5:11 5:15 5:17 5:20 5:21 5:24 6:1 6:3 6:3 6:4 6:6 6:8 6:8 6:11 6:15 6:15 6:17 6:17 6:20 6:21 6:24 6:25 7:2 7:5 7:6 7:9 7:12 7:12 7:13 7:19 7:21 7:22 7:23 8:1 8:7 8:8 8:10 8:13 8:14 8:15 8:15 8:16 8:22 8:22 9:2 9:4 9:6 9:8 9:13 9:14 9:16 9:21 9:22 9:22 9:23 9:25 10:3 10:5 10:9 10:10 10:12 10:18 10:18 10:18 10:19 10:19 10:20 10:21 10:22 10:22 10:25 11:1 11:2 11:2 11:6 11:12 11:14 11:18 11:21 11:24 12:3 12:5 12:11 12:16 12:18 12:19 12:21 13:3 13:6 13:8 13:11 13:12 13:13 13:13 13:16 13:18 13:22 13:22 14:1 14:4 14:7 14:8 14:9 **their**(3) 4:24 8:2 12:1 **them**(3) 9:9 9:18 12:9 **then**(5) 4:23 6:4 6:8 7:11 7:22 **there**(8) 4:22 6:2 6:4 9:8 9:9 10:13 11:22 12:24 **these**(2) 9:20 11:16 **they**(4) 4:24 6:7 7:23 11:7 **they're**(2) 8:1 12:17 **they've**(1) 8:5 **thing**(2) 8:20 11:15 | | **think**(12) 6:6 7:25 8:14 9:5 9:15 9:17 9:21 10:7 10:15 10:17 11:7 12:12 **this**(14) 4:11 6:18 7:17 8:20 8:21 8:22 8:24 9:2 9:10 10:11 10:13 12:21 13:12 13:14 **thomas**(1) 2:44 **those**(3) 6:3 6:9 10:16 **thought**(1) 11:11 **three**(1) 10:6 **today**(2) 8:7 13:16 **togut**(3) 3:23 4:23 5:5 **tomorrow**(2) 13:19 13:20 **tonight**(1) 13:16 **too**(4) 8:4 8:6 13:4 13:5 **totals**(1) 6:6 **traci**(1) 14:13 **transcriber**(1) 14:13 **transcript**(3) 1:17 1:40 14:8 **transcription**(2) 1:33 1:40 **transplant**(1) 8:5 **true**(1) 13:21 **trust**(2) 3:13 3:32 **trustee**(2) 2:23 2:23 **try**(1) 7:4 **tuesday**(1) 4:1 **tunc**(1) 11:17 **tunnell**(3) 1:23 1:26 4:9 **turn**(1) 6:20 **tweed**(1) 2:43 **two**(4) 4:11 4:19 6:5 9:3 **tyler**(1) 3:31 **type**(1) 12:13 **under**(1) 5:11 **understand**(1) 8:13 **understanding**(1) 11:25 **unduly**(1) 12:24 **unfortunate**(1) 8:20 **unfortunately**(2) 8:24 9:2 **united**(2) 1:1 1:19 **unlike**(1) 10:23 **unsecured**(1) 2:48 **upon**(2) 10:17 10:18 **very**(5) 5:23 10:10 10:11 11:9 13:1 **viewed**(1) 9:5 **waive**(1) 12:1 **waived**(2) 10:2 10:3 **waiver**(1) 12:3 **wall**(1) 7:23 **want**(4) 5:16 8:20 12:23 12:23 **was**(7) 6:6 6:7 7:20 8:7 9:2 9:16 14:4 **way**(4) 7:13 10:20 11:21 11:22 **we'd**(1) 9:22 **we'll**(1) 13:19 **we're**(2) 9:11 10:7 **weather**(1) 13:16 **webb**(1) 3:31 **website**(1) 13:22 **well**(10) 5:15 8:8 8:10 8:12 10:9 11:24 12:14 12:21 13:1 13:8 **went**(1) 7:20 **were**(9) 6:4 6:7 6:9 7:24 10:3 10:13 11:7 11:16 **what**(6) 6:11 9:12 12:12 12:15 13:19 13:19 **whatever**(2) 9:19 13:23 **when**(5) 6:8 6:12 7:19 7:20 7:20 **where**(2) 8:3 12:11 **whereupon**(1) 14:4 **whether**(2) 12:2 12:18 **which**(2) 4:21 9:4 **while**(3) 9:3 9:7 9:14 **who**(2) 10:14 10:17 **will**(4) 6:19 8:12 11:3 13:13 **willkie**(1) 3:12 **wilmington**(8) 1:12 1:28 2:8 2:14 2:20 2:27 2:34 4:1 | | **wish**(1) 9:18 **wished**(2) 8:15 10:15 **with**(12) 4:22 5:11 6:1 6:4 8:5 8:6 10:6 10:13 11:12 11:25 12:22 13:19 **won**(1) 7:20 **work**(2) 5:11 6:18 **worry**(2) 10:23 10:24 **would**(5) 7:3 11:13 11:24 13:2 13:5 **www.diazdata.com**(1) 1:37 **yeah**(1) 12:19 **yes**(9) 4:16 5:3 5:7 6:16 7:9 11:8 12:14 13:11 13:11 **yet**(1) 12:17 **york**(1) 3:32 **you**(50) 4:3 4:6 5:3 5:3 5:9 5:14 5:14 5:16 5:17 5:19 5:24 5:25 6:12 6:18 6:19 6:21 7:14 7:18 7:21 8:15 8:17 8:18 9:19 9:23 9:25 10:9 10:14 10:22 10:23 10:24 11:6 11:6 11:7 11:9 12:5 12:11 12:11 12:12 12:16 12:22 13:1 13:6 13:6 13:11 13:12 13:17 13:24 14:1 14:2 14:2 **you're**(1) 8:11 **you've**(2) 8:13 8:14 **young**(2) 2:12 2:40 **your**(34) 4:8 4:17 5:10 5:12 5:13 5:16 5:16 6:1 6:18 6:19 6:23 6:24 7:4 7:15 7:17 8:11 8:12 8:13 8:17 8:19 8:21 8:24 9:11 9:19 9:23 10:1 11:3 11:7 11:10 11:12 12:7 13:10 13:15 13:24 | |