**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| --------------------------------------------------------- X | | Chapter 11 |
| | : | |
| *In re* | : | Case No. 09-10138 (KG) |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re:  D.I. 12848** |
| | : | |
| --------------------------------------------------------- X | | |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTY-NINTH INTERIM
APPLICATION OF HURON CONSULTING GROUP AS ACCOUNTING AND
RESTRUCTURING CONSULTANT TO DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED
FOR THE PERIOD OF DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Fifty-Ninth Interim Application of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors and Debtors-In-Possession, For Allowance of Interim Compensation And For Interim Reimbursement of All Actual And Necessary Expenses Incurred For The Period of December 1, 2013 Through December 31, 2013** (the "Application") (D.I. 12848), filed on January 17, 2014.

The undersigned further certifies that Morris Nichols has caused a review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than February 6, 2014 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $4,027.05 | $0.00 | $3,221.64 | $3,221.64 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: February 10, 2014
  Wilmington, Delaware

     CLEARY GOTTLIEB STEEN & HAMILTON LLP

     James L. Bromley (admitted pro hac vice)
     Lisa M. Schweitzer (admitted pro hac vice)
     One Liberty Plaza
     New York, New York 10006
     Telephone:  (212) 225-2000
     Facsimile:  (212) 225-3999

       - and -

     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     */s/ Ann C. Cordo*
     Derek C. Abbott (No. 3376)
     Eric D. Schwartz (No. 3134)
     Ann C. Cordo (No. 4817)
     Tamara K. Minott (No. 5643)
     1201 North Market Street, 18th Floor
     P.O. Box 1347
     Wilmington, DE  19899-1347
     Telephone:  (302) 658-9200
     Facsimile:  (302) 425-4663

     Counsel for the Debtors and Debtors-In-Possession

6363257