# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2014 through January 31, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Transcripts | | $629.20 |
| Photos/Art/ Spec Duplicating | Out of Office | 2,761.48 |
| Meals | | 432.00 |
| Messenger Service | | 210.00 |
| Courier/Delivery Service | | 3,840.67 |
| Computer Research | Westlaw | 52.80 |
| In House Duplicating | | 640.20 |
| Postage | | 108.24 |
| Facsimile | | 99.50 |
| Pacer | | 21.30 |
| **Total of Expenses** | | **$8,795.39** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/10/14 16:48:16

PRO FORMA 342124          AS OF 01/31/14          INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1104983 | 01/30/14 | B | 629.20 | Transcripts - DIAZ DATA SERVICES` HEARING TRANSCRIPT - CASE# 09-10138 - 1/30/14 | 506 | 904 | 199804 |
| 1098590 | 01/06/14 | B | 435.90 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY MED LIT, TABS, CUSTOM TABS & BINDERS - 1/6/14 | 510 | 904 | 199561 |
| 1098586 | 01/07/14 | B | 803.38 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 1/7/14 | 510 | 684 | 199557 |
| 1098588 | 01/08/14 | B | 409.41 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 1/14/14 | 510 | 684 | 199559 |
| 1095836 | 01/08/14 | B | 297.48 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 1/8/14 | 510 | 684 | 199486 |
| 1104990 | 01/27/14 | B | 463.68 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 1/27/14 | 510 | 594 | 199809 |
| 1104989 | 01/28/14 | B | 351.63 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 1/28/14 | 510 | 684 | 199808 |
| 1095721 | 01/07/14 | B | 245.40 | Meals - MOVABLE FEAST INC.` LUNCH - 01/07/2014 | 512 | 322 | 199428 |
| 1102993 | 01/29/14 | B | 186.60 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF MEAL EXPENSE FOR LUNCH AFTER HEARING ON 1/29/14 WITH CORDo, ZELBO, ROSENTHAL, KYLE, JOHNSON, Rosenthal & Qureshi | 512 | 322 | 199715 |
| 1097267 | 11/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097278 | 11/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097279 | 11/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097307 | 11/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097349 | 11/13/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097357 | 11/13/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097365 | 11/14/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097372 | 11/14/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097374 | 11/14/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 1097378 | 11/15/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097388 | 11/15/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097420 | 11/19/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097438 | 11/19/13 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/10/14 16:48:16  

PRO FORMA 342124    AS OF 01/31/14    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1097439 | 11/19/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097445 | 11/20/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097458 | 11/20/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097459 | 11/21/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097512 | 11/25/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097515 | 11/25/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097518 | 11/26/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097519 | 11/26/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097528 | 11/26/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 1097532 | 11/26/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097546 | 11/27/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097556 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097559 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097564 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097565 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097569 | 11/27/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1097570 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097576 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097590 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1097591 | 11/27/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104659 | 12/04/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104669 | 12/04/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104671 | 12/04/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1104723 | 12/10/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104724 | 12/10/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104776 | 12/13/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104807 | 12/16/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1104840 | 12/18/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1104854 | 12/18/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1105034 | 12/19/13 | B | 6.00 | Messenger Service | 513S | 000 | |

```
Nortel Networks, Inc.                      PRO FORMA  342124          AS OF 01/31/14                    INVOICE#  ******
63989-DIP
DATE: 02/10/14 16:48:16
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1105071 | 12/20/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1105097 | 12/23/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1105101 | 12/23/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1105194 | 01/06/14 | B | 9.00 | Messenger Service | 513S | 000 | |
| 1105210 | 01/06/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1105221 | 01/06/14 | B | 6.00 | Messenger Service | 513S | 000 | |
| 1105223 | 01/07/14 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1091514 | 11/02/13 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 11/2/13 | 514 | 000 | 199284 |
| 1091513 | 11/14/13 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES | 514 | 000 | 199284 |
| 1091512 | 11/16/13 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 11/16/13 | 514 | 000 | 199284 |
| 1091538 | 11/28/13 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 11/28/13 | 514 | 000 | 199284 |
| 1104133 | 12/14/13 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 12/14/13 | 514 | 000 | 199738 |
| 1095818 | 12/26/13 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 199466 |
| 1098546 | 01/07/14 | B | 32.86 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 199552 |
| 1094980 | 01/07/14 | B | 17.64 | Courier/Delivery Service | 514 | 322 | 199396 |
| 1094981 | 01/07/14 | B | 27.63 | Courier/Delivery Service | 514 | 322 | 199396 |
| 1098547 | 01/08/14 | B | 50.35 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 199552 |
| 1099043 | 01/16/14 | B | 34.18 | Courier/Delivery Service - FEDERAL EXPRESS CORP.` TRANSPORTATION AND SPECIAL HANDLING SERVICES | 514 | 000 | 199583 |
| 1099495 | 01/16/14 | B | 12.96 | Courier/Delivery Service - FEDERAL EXPRESS CORP.` TRANSPORTATION AND SPECIAL HANDLING SERVICES | 514 | 000 | 199589 |
| 1098053 | 01/16/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098054 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098055 | 01/16/14 | B | 26.92 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098122 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098123 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098124 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098125 | 01/16/14 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098116 | 01/16/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098117 | 01/16/14 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098118 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098119 | 01/16/14 | B | 22.81 | Courier/Delivery Service | 514 | 322 | 199527 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA 342124 | AS OF 01/31/14 | | INVOICE# ****** |
| DATE: 02/10/14 16:48:16 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1098120 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098121 | 01/16/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098110 | 01/16/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098111 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098112 | 01/16/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098113 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098114 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098115 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098104 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098105 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098106 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098107 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098108 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098109 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098098 | 01/16/14 | B | 21.82 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098099 | 01/16/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098100 | 01/16/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098101 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098102 | 01/16/14 | B | 21.82 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098103 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098092 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098093 | 01/16/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098094 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098095 | 01/16/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098096 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098097 | 01/16/14 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098086 | 01/16/14 | B | 24.33 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098087 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098088 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098089 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098090 | 01/16/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098091 | 01/16/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098080 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098081 | 01/16/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098082 | 01/16/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098083 | 01/16/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098084 | 01/16/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199527 |
| 1098085 | 01/16/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199527 |

```
Nortel Networks, Inc.                                    PRO FORMA  342124            AS OF 01/31/14              INVOICE# ******
63989-DIP
DATE: 02/10/14 16:48:16

INDEX     DATE      STAT    AMOUNT   DESCRIPTION                                                   CODE    TKPER   VOUCHER
1098074   01/16/14   B       19.11   Courier/Delivery Service                                      514     322     199527
1098075   01/16/14   B       19.11   Courier/Delivery Service                                      514     322     199527
1098076   01/16/14   B       19.11   Courier/Delivery Service                                      514     322     199527
1098077   01/16/14   B       23.06   Courier/Delivery Service                                      514     322     199527
1098078   01/16/14   B       18.17   Courier/Delivery Service                                      514     322     199527
1098079   01/16/14   B       12.96   Courier/Delivery Service                                      514     322     199527
1098068   01/16/14   B       25.53   Courier/Delivery Service                                      514     322     199527
1098069   01/16/14   B       25.53   Courier/Delivery Service                                      514     322     199527
1098070   01/16/14   B       25.53   Courier/Delivery Service                                      514     322     199527
1098071   01/16/14   B       23.09   Courier/Delivery Service                                      514     322     199527
1098072   01/16/14   B       25.53   Courier/Delivery Service                                      514     322     199527
1098073   01/16/14   B       19.57   Courier/Delivery Service                                      514     322     199527
1098062   01/16/14   B       25.53   Courier/Delivery Service                                      514     322     199527
1098063   01/16/14   B       25.80   Courier/Delivery Service                                      514     322     199527
1098064   01/16/14   B       25.53   Courier/Delivery Service                                      514     322     199527
1098065   01/16/14   B       12.96   Courier/Delivery Service                                      514     322     199527
1098066   01/16/14   B       12.96   Courier/Delivery Service                                      514     322     199527
1098067   01/16/14   B       19.11   Courier/Delivery Service                                      514     322     199527
1098056   01/16/14   B       23.06   Courier/Delivery Service                                      514     322     199527
1098057   01/16/14   B       23.22   Courier/Delivery Service                                      514     322     199527
1098058   01/16/14   B       19.11   Courier/Delivery Service                                      514     322     199527
1098059   01/16/14   B       23.06   Courier/Delivery Service                                      514     322     199527
1098060   01/16/14   B       19.11   Courier/Delivery Service                                      514     322     199527
1098061   01/16/14   B       23.09   Courier/Delivery Service                                      514     322     199527
1099942   01/17/14   B       24.95   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514     000     199611
1104414   01/28/14   B       19.11   Courier/Delivery Service - FEDERAL EXPRESS CORP.              514     000     199760
1104425   01/29/14   B        9.35   Courier/Delivery Service                                      514     000     199762
1105884   01/31/14   B       34.18   Courier/Delivery Service - FEDERAL EXPRESS CORP.              514     000     199854
1105885   01/31/14   B       12.96   Courier/Delivery Service - FEDERAL EXPRESS CORP.              514     000     199855
1105886   01/31/14   B       27.04   Courier/Delivery Service - FEDERAL EXPRESS CORP.              514     000     199855
1104925   01/31/14   B       19.11   Courier/Delivery Service                                      514     322     199794
1104926   01/31/14   B       19.11   Courier/Delivery Service                                      514     322     199794
1104927   01/31/14   B       21.82   Courier/Delivery Service                                      514     322     199794
1104928   01/31/14   B       23.09   Courier/Delivery Service                                      514     322     199794
1104929   01/31/14   B       19.11   Courier/Delivery Service                                      514     322     199794
1104919   01/31/14   B       18.17   Courier/Delivery Service                                      514     322     199794
1104920   01/31/14   B       23.06   Courier/Delivery Service                                      514     322     199794
1104921   01/31/14   B       25.53   Courier/Delivery Service                                      514     322     199794
```

```
Nortel Networks, Inc.                              PRO FORMA  342124      AS OF 01/31/14                    INVOICE#  ******
63989-DIP
DATE: 02/10/14 16:48:16
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1104922 | 01/31/14 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104923 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104924 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104913 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104914 | 01/31/14 | B | 19.57 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104915 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104916 | 01/31/14 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104917 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104918 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104907 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104908 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104909 | 01/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104910 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104911 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104912 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104901 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104902 | 01/31/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104903 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104904 | 01/31/14 | B | 24.33 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104905 | 01/31/14 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104906 | 01/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104895 | 01/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104896 | 01/31/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104897 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104898 | 01/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104899 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104900 | 01/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104889 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104890 | 01/31/14 | B | 27.04 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104891 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104892 | 01/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104893 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104894 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104883 | 01/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104884 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104885 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104886 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104887 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |

Nortel Networks, Inc.                PRO FORMA   342124        AS OF 01/31/14            INVOICE# ******
63989-DIP
DATE: 02/10/14 16:48:16

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1104888 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104877 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104878 | 01/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104879 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104880 | 01/31/14 | B | 23.22 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104881 | 01/31/14 | B | 26.92 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104882 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104871 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104872 | 01/31/14 | B | 23.09 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104873 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104874 | 01/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104875 | 01/31/14 | B | 22.81 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104876 | 01/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104865 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104866 | 01/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104867 | 01/31/14 | B | 12.96 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104868 | 01/31/14 | B | 23.06 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104869 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104870 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104859 | 01/31/14 | B | 21.82 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104860 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104861 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104862 | 01/31/14 | B | 25.80 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104863 | 01/31/14 | B | 25.53 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104864 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1104858 | 01/31/14 | B | 19.11 | Courier/Delivery Service | 514 | 322 | 199794 |
| 1097146 | 01/07/14 | B | 29.85 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1103070 | 01/22/14 | B | 20.25 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1104458 | 01/27/14 | B | 2.70 | Computer Research - Westlaw Search Performed by: CORDO,ANN | 515 | 904 | |
| 1092230 | 01/06/14 | B | 5.60 | In-House Duplicating | 519 | 971 | |
| 1092231 | 01/06/14 | B | 33.00 | In-House Duplicating | 519 | 971 | |
| 1092628 | 01/06/14 | B | 3.20 | In-House Duplicating | 519 | 605 | |
| 1102544 | 01/28/14 | B | 10.80 | In-House Duplicating | 519 | 338 | |
| 1096264 | 09/16/13 | B | 86.49 | Postage | 520 | 000 | |
| 1096251 | 09/17/13 | B | 4.47 | Postage | 520 | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/10/14 16:48:16

PRO FORMA 342124          AS OF 01/31/14          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1096268 | 09/26/13 | B | 1.14 | Postage | 520 | 000 | |
| 1096278 | 09/30/13 | B | 2.63 | Postage | 520 | 000 | |
| 1096279 | 09/30/13 | B | 3.43 | Postage | 520 | 000 | |
| 1096325 | 11/05/13 | B | 2.76 | Postage | 520 | 000 | |
| 1096331 | 11/07/13 | B | 3.96 | Postage | 520 | 000 | |
| 1096342 | 11/14/13 | B | 3.36 | Postage | 520 | 000 | |
| 1102467 | 01/16/14 | B | 99.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST | 522H | 684 | 199665 |
| 1097087 | 12/31/13 | B | 21.30 | Pacer charges for the month of December | 529 | 000 | |
| 1091556 | 01/02/14 | B | 10.90 | In-House Printing - black & white Call time: 18:57; to | 541 | 010 | |
| 1091557 | 01/02/14 | B | 10.60 | In-House Printing - black & white Call time: 18:58; to | 541 | 010 | |
| 1091558 | 01/02/14 | B | 9.00 | In-House Printing - black & white Call time: 18:59; to | 541 | 010 | |
| 1091559 | 01/02/14 | B | 3.60 | In-House Printing - black & white Call time: 19:00; to | 541 | 010 | |
| 1091560 | 01/02/14 | B | 16.10 | In-House Printing - black & white Call time: 19:02; to | 541 | 010 | |
| 1091561 | 01/02/14 | B | 3.20 | In-House Printing - black & white Call time: 19:02; to | 541 | 010 | |
| 1091574 | 01/03/14 | B | 1.60 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1091568 | 01/03/14 | B | 1.20 | In-House Printing - black & white Call time: 11:19; to | 541 | 684 | |
| 1091569 | 01/03/14 | B | 4.40 | In-House Printing - black & white Call time: 11:20; to | 541 | 684 | |
| 1091570 | 01/03/14 | B | 1.60 | In-House Printing - black & white Call time: 11:20; to | 541 | 684 | |
| 1091571 | 01/03/14 | B | 14.80 | In-House Printing - black & white Call time: 11:21; to | 541 | 684 | |
| 1091572 | 01/03/14 | B | 9.80 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1091573 | 01/03/14 | B | 10.20 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1091562 | 01/03/14 | B | 2.20 | In-House Printing - black & white Call time: 12:11; to | 541 | 684 | |
| 1091563 | 01/03/14 | B | 0.10 | In-House Printing - black & white Call time: 12:11; to | 541 | 684 | |
| 1091564 | 01/03/14 | B | 0.10 | In-House Printing - black & white Call time: 11:14; to | 541 | 684 | |
| 1091565 | 01/03/14 | B | 2.60 | In-House Printing - black & white Call time: 11:14; to | 541 | 684 | |
| 1091566 | 01/03/14 | B | 1.70 | In-House Printing - black & white Call time: 11:17; to | 541 | 684 | |
| 1091567 | 01/03/14 | B | 3.40 | In-House Printing - black & white Call time: 11:18; to | 541 | 684 | |
| 1092629 | 01/06/14 | B | 9.25 | In-House Printing - black & white Call time: 20:27; to | 541 | 605 | |
| 1092630 | 01/06/14 | B | 2.50 | In-House Printing - black & white Call time: 20:45; to | 541 | 605 | |
| 1092633 | 01/06/14 | B | 1.05 | In-House Printing - black & white Call time: 20:26; to | 541 | 605 | |

Nortel Networks, Inc.  PRO FORMA  342124  AS OF 01/31/14  INVOICE# ******
63989-DIP
DATE: 02/10/14 16:48:16

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1092232 | 01/06/14 | B | 3.30 | In-House Printing - black & white Call time: 17:02; to | 541 | 971 | |
| 1092235 | 01/06/14 | B | 0.95 | In-House Printing - black & white Call time: 14:18; to | 541 | 971 | |
| 1092236 | 01/06/14 | B | 0.15 | In-House Printing - black & white Call time: 14:18; to | 541 | 971 | |
| 1092233 | 01/06/14 | B | 36.60 | In-House Printing - black & white Call time: 15:22; to | 541 | 684 | |
| 1092234 | 01/06/14 | B | 18.20 | In-House Printing - black & white Call time: 14:42; to | 541 | 684 | |
| 1092237 | 01/06/14 | B | 0.95 | In-House Printing - black & white Call time: 13:18; to | 541 | 684 | |
| 1092238 | 01/06/14 | B | 0.15 | In-House Printing - black & white Call time: 13:18; to | 541 | 684 | |
| 1092239 | 01/06/14 | B | 1.90 | In-House Printing - black & white Call time: 13:24; to | 541 | 684 | |
| 1092258 | 01/06/14 | B | 2.30 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1092259 | 01/06/14 | B | 1.35 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1092260 | 01/06/14 | B | 0.15 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1092631 | 01/06/14 | B | 18.50 | In-House Printing - black & white Call time: 20:48; to | 541 | 010 | |
| 1092632 | 01/06/14 | B | 18.50 | In-House Printing - black & white Call time: 20:53; to | 541 | 010 | |
| 1092252 | 01/06/14 | B | 10.90 | In-House Printing - black & white Call time: 09:49; to | 541 | 684 | |
| 1092253 | 01/06/14 | B | 5.00 | In-House Printing - black & white Call time: 09:49; to | 541 | 684 | |
| 1092254 | 01/06/14 | B | 2.70 | In-House Printing - black & white Call time: 09:20; to | 541 | 684 | |
| 1092255 | 01/06/14 | B | 0.30 | In-House Printing - black & white Call time: 09:20; to | 541 | 684 | |
| 1092256 | 01/06/14 | B | 4.90 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1092257 | 01/06/14 | B | 0.10 | In-House Printing - black & white Call time: 09:50; to | 541 | 684 | |
| 1092246 | 01/06/14 | B | 0.30 | In-House Printing - black & white Call time: 09:40; to | 541 | 684 | |
| 1092247 | 01/06/14 | B | 15.40 | In-House Printing - black & white Call time: 09:41; to | 541 | 684 | |
| 1092248 | 01/06/14 | B | 3.85 | In-House Printing - black & white Call time: 09:41; to | 541 | 684 | |
| 1092249 | 01/06/14 | B | 3.85 | In-House Printing - black & white Call time: 09:42; to | 541 | 684 | |
| 1092250 | 01/06/14 | B | 5.30 | In-House Printing - black & white Call time: 09:42; to | 541 | 684 | |
| 1092251 | 01/06/14 | B | 12.50 | In-House Printing - black & white Call time: 09:48; to | 541 | 684 | |
| 1092240 | 01/06/14 | B | 0.30 | In-House Printing - black & white Call time: 13:24; to | 541 | 684 | |
| 1092241 | 01/06/14 | B | 0.95 | In-House Printing - black & white Call time: 09:15; to | 541 | 684 | |
| 1092242 | 01/06/14 | B | 0.15 | In-House Printing - black & white Call time: 09:15; to | 541 | 684 | |
| 1092243 | 01/06/14 | B | 20.10 | In-House Printing - black & white Call time: 09:38; to | 541 | 684 | |
| 1092244 | 01/06/14 | B | 14.70 | In-House Printing - black & white Call time: 09:39; to | 541 | 684 | |

```
Nortel Networks, Inc.                     PRO FORMA  342124           AS OF 01/31/14         INVOICE# ******
63989-DIP
DATE: 02/10/14 16:48:16
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1092245 | 01/06/14 | B | 9.70 | In-House Printing - black & white Call time: 09:40; to | 541 | 684 | |
| 1092634 | 01/07/14 | B | 5.70 | In-House Printing - black & white Call time: 13:46; to | 541 | 684 | |
| 1092635 | 01/07/14 | B | 0.60 | In-House Printing - black & white Call time: 13:46; to | 541 | 684 | |
| 1092636 | 01/07/14 | B | 1.35 | In-House Printing - black & white Call time: 13:59; to | 541 | 684 | |
| 1092637 | 01/07/14 | B | 0.30 | In-House Printing - black & white Call time: 13:59; to | 541 | 684 | |
| 1093253 | 01/08/14 | B | 1.15 | In-House Printing - black & white Call time: 16:30; to | 541 | 684 | |
| 1093254 | 01/08/14 | B | 5.80 | In-House Printing - black & white Call time: 16:41; to | 541 | 684 | |
| 1093255 | 01/08/14 | B | 25.50 | In-House Printing - black & white Call time: 18:39; to | 541 | 605 | |
| 1093256 | 01/08/14 | B | 0.75 | In-House Printing - black & white Call time: 18:39; to | 541 | 605 | |
| 1094642 | 01/09/14 | B | 2.55 | In-House Printing - black & white Call time: 10:13; to | 541 | 221 | |
| 1094643 | 01/09/14 | B | 3.60 | In-House Printing - black & white Call time: 10:14; to | 541 | 221 | |
| 1094636 | 01/09/14 | B | 3.05 | In-House Printing - black & white Call time: 10:06; to | 541 | 221 | |
| 1094637 | 01/09/14 | B | 2.45 | In-House Printing - black & white Call time: 10:07; to | 541 | 221 | |
| 1094638 | 01/09/14 | B | 2.45 | In-House Printing - black & white Call time: 10:08; to | 541 | 221 | |
| 1094639 | 01/09/14 | B | 2.85 | In-House Printing - black & white Call time: 10:08; to | 541 | 221 | |
| 1094640 | 01/09/14 | B | 1.65 | In-House Printing - black & white Call time: 10:10; to | 541 | 221 | |
| 1094641 | 01/09/14 | B | 1.95 | In-House Printing - black & white Call time: 10:12; to | 541 | 221 | |
| 1095020 | 01/10/14 | B | 2.50 | In-House Printing - black & white Call time: 17:46; to | 541 | 904 | |
| 1095021 | 01/10/14 | B | 0.75 | In-House Printing - black & white Call time: 17:46; to | 541 | 904 | |
| 1095022 | 01/10/14 | B | 2.80 | In-House Printing - black & white Call time: 17:47; to | 541 | 904 | |
| 1095454 | 01/13/14 | B | 1.90 | In-House Printing - black & white Call time: 17:52; to | 541 | 904 | |
| 1095452 | 01/13/14 | B | 0.05 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1095453 | 01/13/14 | B | 1.05 | In-House Printing - black & white Call time: 15:10; to | 541 | 684 | |
| 1095448 | 01/13/14 | B | 6.25 | In-House Printing - black & white Call time: 15:45; to | 541 | 221 | |
| 1095449 | 01/13/14 | B | 3.90 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1095450 | 01/13/14 | B | 0.15 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1095451 | 01/13/14 | B | 1.30 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1095949 | 01/14/14 | B | 2.15 | In-House Printing - black & white Call time: 11:27; to | 541 | 684 | |
| 1095950 | 01/14/14 | B | 2.70 | In-House Printing - black & white Call time: 11:26; to | 541 | 684 | |
| 1096890 | 01/16/14 | B | 1.90 | In-House Printing - black & white Call time: 13:55; to | 541 | 684 | |

Nortel Networks, Inc.          PRO FORMA  342124              AS OF 01/31/14              INVOICE# ******
63989-DIP
DATE: 02/10/14 16:48:16

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1096891 | 01/16/14 | B | 16.20 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1096892 | 01/16/14 | B | 1.90 | In-House Printing - black & white Call time: 14:24; to | 541 | 684 | |
| 1097601 | 01/17/14 | B | 5.40 | In-House Printing - black & white Call time: 16:31; to | 541 | 684 | |
| 1097602 | 01/17/14 | B | 2.10 | In-House Printing - black & white Call time: 16:31; to | 541 | 684 | |
| 1097603 | 01/17/14 | B | 0.80 | In-House Printing - black & white Call time: 16:25; to | 541 | 684 | |
| 1097604 | 01/17/14 | B | 0.30 | In-House Printing - black & white Call time: 16:25; to | 541 | 684 | |
| 1097598 | 01/17/14 | B | 9.25 | In-House Printing - black & white Call time: 14:53; to | 541 | 221 | |
| 1097599 | 01/17/14 | B | 9.10 | In-House Printing - black & white Call time: 14:53; to | 541 | 221 | |
| 1097600 | 01/17/14 | B | 9.10 | In-House Printing - black & white Call time: 14:52; to | 541 | 221 | |
| 1098619 | 01/21/14 | B | 2.35 | In-House Printing - black & white Call time: 18:31; to | 541 | 605 | |
| 1098827 | 01/22/14 | B | 14.10 | In-House Printing - black & white Call time: 14:52; to | 541 | 684 | |
| 1099200 | 01/23/14 | B | 0.25 | In-House Printing - black & white Call time: 09:53; to | 541 | 684 | |
| 1099201 | 01/23/14 | B | 0.90 | In-House Printing - black & white Call time: 09:53; to | 541 | 684 | |
| 1102150 | 01/27/14 | B | 1.40 | In-House Printing - black & white Call time: 14:20; to | 541 | 684 | |
| 1102151 | 01/27/14 | B | 14.40 | In-House Printing - black & white Call time: 09:03; to | 541 | 684 | |
| 1102152 | 01/27/14 | B | 2.60 | In-House Printing - black & white Call time: 08:59; to | 541 | 684 | |
| 1102153 | 01/27/14 | B | 2.10 | In-House Printing - black & white Call time: 08:57; to | 541 | 684 | |
| 1102545 | 01/28/14 | B | 6.30 | In-House Printing - black & white Call time: 15:28; to | 541 | 684 | |
| 1102547 | 01/28/14 | B | 7.90 | In-House Printing - black & white Call time: 14:26; to | 541 | 684 | |
| 1102548 | 01/28/14 | B | 0.10 | In-House Printing - black & white Call time: 14:26; to | 541 | 684 | |
| 1102549 | 01/28/14 | B | 1.80 | In-House Printing - black & white Call time: 10:52; to | 541 | 684 | |
| 1103166 | 01/28/14 | B | 3.95 | In-House Printing - black & white Call time: 19:51; to | 541 | 605 | |
| 1103167 | 01/28/14 | B | 0.05 | In-House Printing - black & white Call time: 19:51; to | 541 | 605 | |
| 1102546 | 01/28/14 | B | 5.10 | In-House Printing - black & white Call time: 12:31; to | 541 | 670 | |
| 1103168 | 01/29/14 | B | 11.10 | In-House Printing - black & white Call time: 10:27; to | 541 | 684 | |
| 1103169 | 01/29/14 | B | 7.20 | In-House Printing - black & white Call time: 15:29; to | 541 | 221 | |
| 1103565 | 01/30/14 | B | 1.35 | In-House Printing - black & white Call time: 14:02; to | 541 | 904 | |
| 1104199 | 01/31/14 | B | 1.60 | In-House Printing - black & white Call time: 14:30; to | 541 | 684 | |
| 1104200 | 01/31/14 | B | 1.40 | In-House Printing - black & white Call time: 14:30; to | 541 | 684 | |
| 1104202 | 01/31/14 | B | 2.30 | In-House Printing - black & white Call time: 15:43; to | 541 | 684 | |

Nortel Networks, Inc.                                 PRO FORMA  342124                 AS OF 01/31/14                         INVOICE#  ******
63989-DIP
DATE: 02/10/14 16:48:16

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1104203 | 01/31/14 | B | 1.40 | In-House Printing - black & white Call time: 15:42; to | 541 | 684 | |
| 1104204 | 01/31/14 | B | 3.60 | In-House Printing - black & white Call time: 10:38; to | 541 | 684 | |
| 1104201 | 01/31/14 | B | 17.20 | In-House Printing - black & white Call time: 17:03; to | 541 | 605 | |
|  |  |  | 8,795.39 |  |  |  |  |