# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 12961** |
| ------------------------------------------------------X |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 12, 2014, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On February 18, 2014 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: February 12, 2014
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.37

**Via Overnight Mail**

ASM Capital
Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Coface North America Insurance Co.
Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Managing Partner
535 Madison Ave.
New York, NY 10022