# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/8/2014 | Weekly employee claims call with Cleary and RLKS. | 1.0 | $ 535 | $ 535.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/10/2014 | Call with Cleary and RLKS regarding 35 omnibus objection exhibits. | 0.5 | $ 535 | $ 267.50 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/15/2014 | Weekly employee claims call with M. Cilia of RLKS and R. Eckenrod of Cleary. | 1.0 | $ 535 | $ 535.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/22/2014 | Weekly employee claims call with Cleary and RLKS. | 1.0 | $ 535 | $ 535.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/10/2014 | Reconciled omnibus objection analysis to employee report and documented notes. | 1.8 | $ 535 | $ 963.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/13/2014 | Reviewed and updated omnibus objection exhibits analysis. | 2.4 | $ 535 | $ 1,284.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/15/2014 | Reviewed and updated omnibus objection analysis. | 1.7 | $ 535 | $ 909.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/16/2014 | Reviewed omnibus objection exhibit comments provided by R. Eckenrod of Cleary. | 2.2 | $ 535 | $ 1,177.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/16/2014 | Reviewed employee claim communication document comments provided by R. Eckenrod of Cleary. | 1.7 | $ 535 | $ 909.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/17/2014 | Reconciled employee claim objection exhibits for A. Tsai of Epiq. | 1.8 | $ 535 | $ 963.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/17/2014 | Reviewed and updated employee claim objection exhibits. | 2.0 | $ 535 | $ 1,070.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/17/2014 | Updated employee claim objection exhibits based on feedback from A. Tsai of Epiq. | 1.9 | $ 535 | $ 1,016.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/17/2014 | Reviewed employee claim assertions for upcoming omnibus objection exhibits. | 1.3 | $ 535 | $ 695.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/20/2014 | Reviewed employee claim objection comments for A. Tsai of Epiq. | 2.2 | $ 535 | $ 1,177.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/20/2014 | Reviewed and updated employee claim objection exhibits. | 1.0 | $ 535 | $ 535.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/22/2014 | Reviewed employee claim objection exhibits prepared by A. Tsai of Epiq. | 1.2 | $ 535 | $ 642.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/22/2014 | Reconciled 34th omnibus objection exhibit A and documented notes | 1.4 | $ 535 | $ 749.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/22/2014 | Reconciled 34th omnibus objection exhibit B and documented notes | 1.3 | $ 535 | $ 695.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/22/2014 | Reconciled 35th omnibus objection exhibit A and documented notes | 1.4 | $ 535 | $ 749.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/22/2014 | Reconciled 35th omnibus objection exhibit B and documented notes | 1.7 | $ 535 | $ 909.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/24/2014 | Updated 34th omnibus objection exhibit A and documented notes | 2.0 | $ 535 | $ 1,070.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/24/2014 | Updated 34th omnibus objection exhibit B and documented notes | 2.0 | $ 535 | $ 1,070.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/24/2014 | Updated 35th omnibus objection exhibit A and documented notes | 2.0 | $ 535 | $ 1,070.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/24/2014 | Updated 35th omnibus objection exhibit B and documented notes | 2.0 | $ 535 | $ 1,070.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/27/2014 | Reconciled updated 34th omnibus objection exhibit A provided by A. Tsai of Epiq and documented notes | 2.1 | $ 535 | $ 1,123.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/27/2014 | Reconciled updated 34th omnibus objection exhibit B provided by A. Tsai of Epiq and documented notes | 1.9 | $ 535 | $ 1,016.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/27/2014 | Reconciled updated 35th omnibus objection exhibit A provided by A. Tsai of Epiq and documented notes | 1.8 | $ 535 | $ 963.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/27/2014 | Reconciled updated 35th omnibus objection exhibit B provided by A. Tsai of Epiq and documented notes | 2.2 | $ 535 | $ 1,177.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/28/2014 | Prepared email for A. Tsai of Epiq to make updates to omnibus objection exhibits. | 1.5 | $ 535 | $ 802.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/28/2014 | Documented final notes to employee objection exhibits. | 1.2 | $ 535 | $ 642.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/17/2014 | Prepared monthly fee application documents and exhibits. | 1.0 | $ 535 | $ 535.00 |
| 6 | Retention and Fee Applications | James Lukenda | 1/17/2014 | Nortel - review and sign-off monthly fee application | 0.3 | $ 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/10/2014 | Reviewed and updated employee claims analysis. | 1.7 | $ 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/13/2014 | Reviewed and updated employee claims analyses. | 2.3 | $ 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/13/2014 | Reviewed and updated employee claim communication documents analysis. | 2.2 | $ 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/13/2014 | Reviewed employee claim communication documents. | 1.1 | $ 535 | $ 588.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/14/2014 | Reviewed and updated employee claims analyses. | 1.8 | $ 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/14/2014 | Reconciled employee claims analyses and provided updates to M. Cilia of RLKS. | 2.2 | $ 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/14/2014 | Updated employee claims analysis based on comments from D. Parker of Nortel. | 2.0 | $ 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/15/2014 | Updated employee claims analyses based on reconciliation. | 2.2 | $ 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/15/2014 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 1.4 | $ 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/15/2014 | Reviewed updated claims register provided by B. Hunt of Epiq. | 1.7 | $ 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/16/2014 | Reviewed and updated employee claims analysis. | 1.4 | $ 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/16/2014 | Updated employee claims analysis based on information provided by D. Parker of Nortel. | 2.0 | $ 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/16/2014 | Reconciled employee claims analyses and documented notes. | 1.4 | $ 535 | $ 749.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/20/2014 | Reviewed and updated employee claims analysis. | 1.6 | $ 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/20/2014 | Reconciled employee claims analyses and documented updates. | 1.8 | $ 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/20/2014 | Reviewed and updated employee claims analyses based on comments provided by Nortel. | 1.8 | $ 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/21/2014 | Reviewed employee claim communication documents provided by A. Tsai of Epiq. | 2.4 | $ 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2014 | Reviewed employee claim communication documents provided by A. Tsai of Epiq. | 2.4 | $ 535 | $ 1,284.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2014 | Reconciled employee claim communication documents to Nortel's position. | 2.3 | $ 535 | $ 1,230.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2014 | Provided employee communication document updates to A. Tsai of Epiq. | 2.9 | $ 535 | $ 1,551.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2014 | Updated employee claims analysis based on notes from review. | 0.4 | $ 535 | $ 214.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/28/2014 | Reviewed updated employee claim communication documents and incorporated edits from Cleary | 2.0 | $ 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/28/2014 | Prepared email for A. Tsai of Epiq to make updates to employee claim communication documents | 2.1 | $ 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/28/2014 | Documented final notes to employee claim communication documents. | 1.2 | $ 535 | $ 642.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | James Lukenda | 1/13/2014 | Nortel - status of work stream review, update file and correspondence | 0.3 | $ 725 | $ 217.50 |