# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | |

Case 09-10138-MFW    Doc 12963-3    Filed 02/12/14    Page 2 of 2