IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12964** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
14th day of February, 2014

/s/ Notary Public
Notary Public

REGINA AMPCSILO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

        Debtors

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SIGNIANT CORP
515 LEGGET DRIVE
OTTAWA, ON K2K 3G4
CANADA

Please note that your claim # 2328 in the above referenced case and in the amount of $66,810.87 allowed at $64,290.87 has been transferred (**unless previously expunged by court order**) to:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SIGNIANT CORP
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 12964 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/14/2014

David D. Bird, Clerk of Court

/s/ Kimberly Murray
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 14, 2014.

# EXHIBIT B

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 10:43:16                              NORTEL NETWORKS INC.
DATE: 02/14/14                                CREDITOR LISTING                                  PAGE:   1

Name                        Address
CRT SPECIAL INVESTMENTS LLC TRANSFEROR: SIGNIANT CORP JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
SIGNIANT CORP               515 LEGGET DRIVE OTTAWA ON K2K 3G4 CANADA

Total Number of Records Printed    2
```