## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 11/1/2013 through 11/30/2013

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 47.90 | $39,757.00 |
| J. Borow | Executive Director | $830 | 68.40 | $56,772.00 |
| B. Bingham | Executive Director | $775 | 7.80 | $6,045.00 |
| J. Hyland | Executive Director | $635 | 219.30 | $139,255.50 |
| N. Haslun | Managing Director | $610 | 149.50 | $91,195.00 |
| M. Dansky | Executive Director | $595 | 20.70 | $12,316.50 |
| A. Cowie | Managing Director | $575 | 138.60 | $79,695.00 |
| B. Kullberg | Managing Director | $500 | 29.70 | $14,850.00 |
| B. Frizzell | Director | $425 | 120.50 | $51,212.50 |
| J. Schad | Director | $415 | 32.80 | $13,612.00 |
| C. Hoang | Director | $400 | 28.10 | $11,240.00 |
| J. Bloom | Director | $350 | 5.80 | $2,030.00 |
| J. Geraghty | Research | $125 | 0.70 | $87.50 |
| M. Haverkamp | Paraprofessional | $120 | 13.40 | $1,608.00 |
| **For the Period 11/1/2013 through 11/30/2013** | | | **883.20** | **$519,676.00** |