**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 11/1/2013 through 11/30/2013

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01. Asset Acquisition/Disposition | 588.80 | $376,935.00 |
| 05. Professional Retention/Fee Application Preparation | 27.60 | $10,205.00 |
| 08. Interaction/Mtgs w Creditors | 16.20 | $12,322.50 |
| 11. Claim Analysis/Accounting | 16.40 | $8,985.50 |
| 13. Intercompany Transactions/Bal | 8.10 | $5,143.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 10.70 | $6,176.50 |
| 33. Intellectual Property | 215.40 | $99,908.00 |
| **For the Period 11/1/2013 through 11/30/2013** | **883.20** | **$519,676.00** |