# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 11/1/2013 through 11/30/2013**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 11/1/2013 | N. Haslun | 0.10 | Analyzed counsel's executive summary of a deposition. |
| 11/1/2013 | J. Hyland | 0.30 | Continued participating in day two of deposition of a deponent. |
| 11/1/2013 | N. Haslun | 0.30 | Analyzed executive summary prepared by counsel of a deposition. |
| 11/1/2013 | N. Haslun | 0.30 | Analyzed deposition summary of a tax deponent. |
| 11/1/2013 | J. Hyland | 0.50 | Continued participating in day two of deposition of a deponent. |
| 11/1/2013 | J. Hyland | 0.50 | Continued participating in day two of deposition of a deponent. |
| 11/1/2013 | N. Haslun | 0.80 | Analyzed the EMEA Mediation reply for allocation arguments. |
| 11/1/2013 | N. Haslun | 0.80 | Analyzed mediation reply brief of the bondholder group for allocation arguments. |
| 11/1/2013 | N. Haslun | 0.90 | Analyzed the US Debtors and UCC reply mediation memorandum dated November 4, 2010 for allocation arguments. |
| 11/1/2013 | J. Hyland | 1.10 | Reviewed counsel's deposition summary of a deponent. |
| 11/1/2013 | N. Haslun | 1.10 | Analyzed deposition summary prepared by counsel for a deponent. |
| 11/1/2013 | J. Hyland | 1.20 | Reviewed the deposition summary prepared by counsel. |
| 11/1/2013 | C. Kearns | 1.20 | Read deposition summaries. |
| 11/1/2013 | J. Hyland | 1.50 | Participated in day two of deposition of a deponent. |
| 11/1/2013 | N. Haslun | 1.70 | Analyzed the allocation arguments set forth in the reply paper of the UK Pension plan for the mediation on November 11, 2010. |
| 11/1/2013 | J. Hyland | 2.50 | Continued analyzing proceeds allocation methodology. |
| 11/1/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation methodology. |
| 11/4/2013 | N. Haslun | 0.10 | Analyzed the supplemental mediation statement of the Nortel UK Pension claimants for mediation starting on April 11, 2011. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/4/2013 | N. Haslun | 0.10 | Analyzed the letter to L. Phillips from the bondholder group dated April 1, 2011 for allocation arguments. |
| 11/4/2013 | N. Haslun | 0.10 | Analyzed the executive summary of a deposition. |
| 11/4/2013 | N. Haslun | 0.10 | Analyzed the declaration of B. Gibbon in support of Debtors' objection to the EMEA claims. |
| 11/4/2013 | J. Borow | 0.40 | Continued to review deposition summaries. |
| 11/4/2013 | N. Haslun | 0.40 | Analyzed the letter to Judge Phillips from the US Debtors dated April 1, 2011 for allocation arguments. |
| 11/4/2013 | N. Haslun | 0.50 | Analyzed the Debtors' objection to the proofs of claim filed by the EMEA claimants. |
| 11/4/2013 | N. Haslun | 0.60 | Analyzed the supplemental brief of the major creditors having claims only against the Canadian Debtors dated April 1, 2011 for allocation |
| 11/4/2013 | N. Haslun | 0.60 | Analyzed Mediation Statement of the Unsecured Creditors Committee April 1, 2011 for allocation arguments. |
| 11/4/2013 | N. Haslun | 0.80 | Analyzed supplemental brief of the Canadian Debtors and the Monitor on allocation of sale proceeds and inter-estate claims submitted April 1, 2011 for allocation arguments. |
| 11/4/2013 | J. Hyland | 0.90 | Reviewed deposition summary prepared by counsel. |
| 11/4/2013 | C. Kearns | 0.90 | Read deposition summaries. |
| 11/4/2013 | N. Haslun | 0.90 | Analyzed the Joint Administrators' Supplemental mediation paper on behalf of EMEA dated April 1, 2011 for allocation arguments. |
| 11/4/2013 | N. Haslun | 1.20 | Analyzed deposition summary prepared by counsel. |
| 11/4/2013 | N. Haslun | 1.30 | Analyzed the updated Mediation Memo of the Nortel Debtors and Committee dated April 13, 2012 for allocation arguments. |
| 11/4/2013 | N. Haslun | 1.30 | Analyzed mediation reply of the Canadian Debtors and the Monitor dated November 4, 2010 for allocation arguments. |
| 11/4/2013 | A. Cowie | 1.40 | Continued to analyze impact of various interest rates on post-petition creditor recovery amounts. |
| 11/4/2013 | A. Cowie | 2.10 | Analyzed deposition summary in regard to issues related to asset allocation litigation. |
| 11/4/2013 | A. Cowie | 2.20 | Analyzed impact of interest rates on post-petition creditor recovery amounts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/4/2013 | A. Cowie | 2.30 | Analyzed deposition summary in regard to issues related to asset allocation litigation. |
| 11/4/2013 | J. Hyland | 2.80 | Reviewed schedule for depositions and analyzed related deposition issues. |
| 11/4/2013 | J. Borow | 2.80 | Reviewed deposition summaries. |
| 11/4/2013 | J. Hyland | 2.90 | Analyzed allocation position for one of the parties of interest. |
| 11/5/2013 | J. Hyland | 0.10 | Conducted call with D. Botter re: proceeds allocation assumptions. |
| 11/5/2013 | A. Cowie | 1.10 | Analyzed impact to bond holder recoveries based on various assumptions. |
| 11/5/2013 | A. Cowie | 1.10 | Analyzed deposition summary prepared by counsel in regard to issues related to asset allocation litigation. |
| 11/5/2013 | N. Haslun | 1.40 | Analyzed the Monitor's letter to the Mediator (including attachments) dated May 17, 2012. |
| 11/5/2013 | N. Haslun | 1.50 | Analyzed the EMEA estate's letter and attachments to the Mediator dated May 29, 2012. |
| 11/5/2013 | A. Cowie | 2.20 | Analyzed counsel's deposition summary in regard to issues related to asset allocation litigation. |
| 11/5/2013 | A. Cowie | 2.50 | Analyzed impact of interest rates on post-petition creditor recovery amounts. |
| 11/5/2013 | J. Borow | 2.60 | Reviewed deposition summaries. |
| 11/5/2013 | J. Hyland | 2.60 | Continued analyzing methodology for proceeds allocation. |
| 11/5/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation methodology. |
| 11/5/2013 | N. Haslun | 2.70 | Analyzed the Debtors' and the UCC's response including exhibits to the Mediator dated May 12, 2012. |
| 11/5/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation methodology. |
| 11/6/2013 | J. Hyland | 0.10 | Participated in call with S. Sorkin re: expert reports. |
| 11/6/2013 | J. Hyland | 0.10 | Continued participating in deposition of a deponent. |
| 11/6/2013 | J. Hyland | 0.50 | Reviewed deposition summary prepared by counsel. |
| 11/6/2013 | J. Hyland | 0.50 | Reviewed deposition questions prepared for counsel. |
| 11/6/2013 | J. Hyland | 0.60 | Continued participating in deposition of a deponent. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/6/2013 | J. Hyland | 0.70 | Continued participating in deposition of a deponent. |
| 11/6/2013 | J. Hyland | 0.80 | Continued participating in deposition of a deponent. |
| 11/6/2013 | N. Haslun | 0.90 | Continued to analyze valuation expert's draft report. |
| 11/6/2013 | J. Hyland | 1.00 | Reviewed portion of transcript of a deposition. |
| 11/6/2013 | J. Hyland | 1.20 | Participated in a portion of deposition of a deponent. |
| 11/6/2013 | J. Hyland | 1.20 | Continued participating in deposition of a deponent. |
| 11/6/2013 | J. Hyland | 1.40 | Reviewed summary of deposition prepared by counsel. |
| 11/6/2013 | C. Kearns | 2.00 | Read draft U.S. Debtor's expert report. |
| 11/6/2013 | J. Borow | 2.10 | Reviewed various draft expert reports. |
| 11/6/2013 | N. Haslun | 2.10 | Analyzed valuation expert's draft report. |
| 11/6/2013 | A. Cowie | 2.40 | Continued to analyze U.S. Debtors' draft expert reports in regard to asset allocation litigation. |
| 11/6/2013 | N. Haslun | 2.40 | Continued to analyze the Debtors' expert report. |
| 11/6/2013 | C. Kearns | 2.40 | Continued reading draft U.S. Debtor's expert report. |
| 11/6/2013 | J. Hyland | 2.50 | Reviewed proceeds allocation expert report provided by counsel. |
| 11/6/2013 | N. Haslun | 2.60 | Analyzed the Debtors' expert's report. |
| 11/6/2013 | A. Cowie | 2.70 | Continued to analyze U.S. Debtors' draft expert reports in regard to asset allocation litigation. |
| 11/6/2013 | J. Borow | 2.90 | Reviewed various depositions and related summaries. |
| 11/6/2013 | A. Cowie | 2.90 | Analyzed U.S. Debtors' draft expert reports in regard to asset allocation litigation. |
| 11/7/2013 | J. Hyland | 0.10 | Continued participating in deposition of a deponent. |
| 11/7/2013 | N. Haslun | 0.30 | Analyzed counsel's executive summary and deposition of a deponent. |
| 11/7/2013 | N. Haslun | 0.40 | Continued to analyze the Debtors' valuation expert's report. |
| 11/7/2013 | J. Hyland | 0.60 | Continued participating in deposition of a deponent. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/7/2013 | J. Hyland | 0.80 | Continued participating in deposition of a deponent. |
| 11/7/2013 | J. Hyland | 0.90 | Participated in deposition of a deponent. |
| 11/7/2013 | J. Hyland | 1.20 | Reviewed schedules in preparation for deposition. |
| 11/7/2013 | B. Bingham | 1.20 | Prepared commentary in regard to expert report section on valuation methods. |
| 11/7/2013 | J. Hyland | 1.20 | Continued participating in deposition of a deponent. |
| 11/7/2013 | J. Hyland | 1.20 | Continued participating in deposition of a deponent. |
| 11/7/2013 | J. Hyland | 1.30 | Continued participating in deposition of a deponent. |
| 11/7/2013 | C. Kearns | 1.80 | Continued to review and analyze draft U.S. Debtor's expert reports. |
| 11/7/2013 | J. Borow | 2.10 | Reviewed various draft expert reports. |
| 11/7/2013 | J. Borow | 2.10 | Reviewed various depositions and related summaries. |
| 11/7/2013 | N. Haslun | 2.10 | Continued to analyze the valuation expert's report. |
| 11/7/2013 | A. Cowie | 2.10 | Analyzed U.S. Debtors' draft expert reports in regard to asset allocation litigation. |
| 11/7/2013 | N. Haslun | 2.40 | Analyzed the valuation expert's report. |
| 11/7/2013 | B. Bingham | 2.50 | Read expert report section on valuation methods. |
| 11/7/2013 | N. Haslun | 2.80 | Continued to analyze the Debtors' valuation expert's report. |
| 11/8/2013 | J. Hyland | 0.10 | Participated in portion of deposition of a deponent. |
| 11/8/2013 | J. Hyland | 0.10 | Continued participating in portion of deposition of a deponent. |
| 11/8/2013 | J. Hyland | 0.90 | Continued participating in portion of deposition of a deponent. |
| 11/8/2013 | C. Kearns | 1.00 | Continued to review and analyze draft U.S. Debtor's expert reports. |
| 11/8/2013 | A. Cowie | 1.40 | Analyzed deposition documents for a deponent in regard to asset allocation litigation. |
| 11/8/2013 | J. Hyland | 1.50 | Continued reviewing transcript of a deponent. |
| 11/8/2013 | N. Haslun | 1.70 | Continued to summarize methodologies and conclusions in the Debtors' expert report for comparison to final allocation expert report. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/8/2013 | A. Cowie | 1.80 | Analyzed A. Anderson deposition documents in regard to asset allocation litigation. |
| 11/8/2013 | A. Cowie | 1.90 | Analyzed potential asset allocation impacts on creditor recoveries based on U.S. Debtors' draft expert reports. |
| 11/8/2013 | J. Hyland | 2.00 | Reviewed transcript of a deponent. |
| 11/8/2013 | C. Kearns | 2.00 | Read draft U.S. Debtors' expert report. |
| 11/8/2013 | N. Haslun | 2.10 | Summarized methodologies and conclusions in the Debtors' expert report for comparison to final allocation expert report. |
| 11/8/2013 | N. Haslun | 2.30 | Continued to summarize methodologies and conclusions in the Debtors' expert report for comparison to final allocation expert report. |
| 11/8/2013 | C. Hoang | 2.50 | Reconciled enterprise value used in experts' allocation reports. |
| 11/8/2013 | J. Borow | 2.50 | Continued to review various draft expert reports. |
| 11/8/2013 | N. Haslun | 2.70 | Analyzed the Debtors' solvency expert's report. |
| 11/8/2013 | J. Borow | 2.80 | Reviewed various draft expert reports. |
| 11/8/2013 | J. Hyland | 2.80 | Continued reviewing proceed allocation expert reports from counsel. |
| 11/8/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation expert reports from counsel. |
| 11/8/2013 | A. Cowie | 2.90 | Analyzed U.S. Debtors' reports against prior expert reports for matters in regard to asset allocation litigation. |
| 11/10/2013 | J. Hyland | 0.50 | Conducted call with R. Johnson re: proceeds allocation litigation and depositions. |
| 11/10/2013 | J. Hyland | 1.50 | Continued analyzing proceeds allocation expert reports from counsel. |
| 11/10/2013 | J. Hyland | 1.60 | Continued analyzing proceeds allocation expert reports from counsel. |
| 11/10/2013 | J. Hyland | 2.00 | Analyzed proceeds allocation expert reports from counsel. |
| 11/11/2013 | J. Hyland | 0.80 | Reviewed deposition summary prepared by counsel. |
| 11/11/2013 | A. Cowie | 0.80 | Analyzed transfer pricing documents for particular sections related to ongoing depositions and asset allocation litigation. |
| 11/11/2013 | J. Hyland | 1.00 | Continued analyzing assumptions in US Debtors' proceeds allocation expert report. |
| 11/11/2013 | C. Kearns | 1.00 | Analyzed draft allocation analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 11/11/2013 | J. Borow | 1.20 | Continued to review various proposed expert reports and related summaries. |
| 11/11/2013 | J. Borow | 1.30 | Reviewed deposition summaries. |
| 11/11/2013 | N. Haslun | 1.70 | Continued to prepare a comparison of the methodology and conclusions of the allocation expert's report, as requested by counsel. |
| 11/11/2013 | A. Cowie | 1.70 | Analyzed U.S. Debtors' reports against prior expert reports for matters in regard to asset allocation litigation. |
| 11/11/2013 | N. Haslun | 1.80 | Continued analyzing the methodology and conclusions of the U.S. Debtors' allocation expert's report, as requested by counsel. |
| 11/11/2013 | N. Haslun | 2.30 | Analyzed the methodology and conclusions of the allocation expert's report, as requested by counsel. |
| 11/11/2013 | J. Borow | 2.40 | Reviewed various proposed expert reports and related summaries. |
| 11/11/2013 | J. Hyland | 2.50 | Continued analyzing assumptions in proceeds allocation expert reports from US Debtors. |
| 11/11/2013 | A. Cowie | 2.60 | Continued to analyze U.S. Debtors' expert draft report in regard to issues related to asset allocation litigation. |
| 11/11/2013 | N. Haslun | 2.70 | Continued to analyze the methodology and conclusions of the U.S. Debtors' allocation expert's report, as requested by counsel. |
| 11/11/2013 | J. Hyland | 2.70 | Continued analyzing assumptions in US Debtors' proceeds allocation expert report. |
| 11/11/2013 | J. Hyland | 2.80 | Analyzed assumptions in US Debtors' proceeds allocation expert report. |
| 11/11/2013 | A. Cowie | 2.90 | Analyzed U.S. Debtors' expert draft report in regard to issues related to asset allocation litigation. |
| 11/12/2013 | C. Kearns | 0.20 | Analyzed next steps re: analysis of draft reports to prepare for upcoming meeting with counsel. |
| 11/12/2013 | J. Hyland | 0.40 | Continued participating in deposition of deponent for proceeds allocation. |
| 11/12/2013 | N. Haslun | 0.50 | Continued to analyze the Debtors' valuation expert's report on allocation. |
| 11/12/2013 | J. Hyland | 0.60 | Continued participating in deposition of deponent for proceeds allocation. |
| 11/12/2013 | J. Hyland | 0.80 | Continued participating in deposition of deponent for proceeds allocation. |
| 11/12/2013 | J. Hyland | 0.80 | Continued participating in a portion of the deposition of deponent for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/12/2013 | N. Haslun | 0.90 | Continued to prepare analysis of methodology and conclusions of the Debtors' valuation expert's report. |
| 11/12/2013 | J. Hyland | 1.00 | Continued participating in deposition of deponent for proceeds allocation. |
| 11/12/2013 | J. Hyland | 1.10 | Continued participating in deposition of deponent for proceeds allocation. |
| 11/12/2013 | J. Hyland | 1.30 | Participated in deposition of deponent for proceeds allocation. |
| 11/12/2013 | J. Hyland | 1.30 | Continued analyzing US Debtors' proceeds allocation expert report. |
| 11/12/2013 | J. Borow | 1.60 | Continued to review various proposed expert reports and related summaries. |
| 11/12/2013 | A. Cowie | 1.90 | Analyzed U.S. Debtors' expert draft report in regard to issues related to asset allocation litigation. |
| 11/12/2013 | N. Haslun | 2.10 | Prepared analysis of methodology and conclusions of the Debtors' valuation expert's report. |
| 11/12/2013 | C. Hoang | 2.30 | Reviewed KPMG audit data and source documents to reconcile revenue numbers used in the two draft expert allocation reports. |
| 11/12/2013 | C. Hoang | 2.30 | Reviewed KPMG audit carve out to reconcile revenues number used in the draft expert allocation report. |
| 11/12/2013 | A. Cowie | 2.30 | Continued to prepare summary comparison of U.S. Debtors' experts' reports for allocation litigation issues. |
| 11/12/2013 | N. Haslun | 2.40 | Continued to prepare analysis of methodology and conclusions of the Debtors' valuation expert's report. |
| 11/12/2013 | N. Haslun | 2.40 | Continued to analyze the Debtors' valuation expert's report on allocation. |
| 11/12/2013 | J. Hyland | 2.50 | Reviewed documents for deposition. |
| 11/12/2013 | C. Hoang | 2.60 | Reconciled enterprise value used in expert reports with source data. |
| 11/12/2013 | C. Kearns | 2.70 | Reviewed draft analysis of U.S. Debtor's expert report. |
| 11/12/2013 | J. Hyland | 2.70 | Analyzed US Debtors' proceeds allocation expert report. |
| 11/12/2013 | N. Haslun | 2.70 | Analyzed the Debtors' valuation expert's report on allocation. |
| 11/12/2013 | J. Borow | 2.80 | Reviewed various proposed expert reports and related summaries. |
| 11/12/2013 | A. Cowie | 2.90 | Prepared summary comparison of U.S. Debtor experts reports for allocation litigation issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/13/2013 | J. Hyland | 0.20 | Continued participating in day two of deposition of proceeds allocation deponent. |
| 11/13/2013 | J. Hyland | 0.30 | Continued participating in day two of deposition of proceeds allocation deponent. |
| 11/13/2013 | C. Kearns | 0.40 | Participated in conference call with M. Kennedy (Chilmark) re: allocation issue and prepared email for counsel to summarize the discussion. |
| 11/13/2013 | J. Borow | 0.80 | Continued to review deposition summaries. |
| 11/13/2013 | N. Haslun | 1.00 | Prepared Capstone's commentary on the Debtors' solvency expert's report. |
| 11/13/2013 | N. Haslun | 1.00 | Analyzed the expert report on proceeds allocation on behalf of NNUK pension claimants. |
| 11/13/2013 | A. Cowie | 1.20 | Continued to prepare summary comparison of U.S. Debtor experts reports for allocation litigation issues. |
| 11/13/2013 | J. Hyland | 1.30 | Participated in day two of deposition of proceeds allocation deponent. |
| 11/13/2013 | J. Hyland | 1.30 | Continued analyzing assumption in proceeds allocation expert report. |
| 11/13/2013 | J. Hyland | 1.30 | Analyzed cash summary prepared by NNL. |
| 11/13/2013 | C. Kearns | 1.40 | Continued to review and analyze draft U.S. Debtor's expert reports. |
| 11/13/2013 | N. Haslun | 1.40 | Continued to prepare analyses of methodology and conclusions of the Debtors' valuation expert's report. |
| 11/13/2013 | A. Cowie | 1.80 | Analyzed UK Pension expert report in regard to allocation litigation issues. |
| 11/13/2013 | N. Haslun | 1.90 | Prepared Capstone's comments to the Debtors' valuation expert's report. |
| 11/13/2013 | N. Haslun | 2.10 | Continued to prepare analyses of methodology and conclusions of the Debtors' valuation expert's report. |
| 11/13/2013 | A. Cowie | 2.10 | Analyzed US Debtors' expert report for issues related to allocation litigation. |
| 11/13/2013 | C. Hoang | 2.40 | Researched and reviewed source data mentioned in the footnotes of the U.S. Debtor's expert report. |
| 11/13/2013 | C. Hoang | 2.60 | Reviewed source data in expert's report footnote and tied back to exhibits and charts. |
| 11/13/2013 | C. Hoang | 2.60 | Reconciled data between charts used in the expert reports. |
| 11/13/2013 | N. Haslun | 2.60 | Prepared analyses of methodology and conclusions of the Debtors' valuation expert's report. |

**Capstone Advisory Group, LLC**
**Invoice for the 11/1/2013-11/30/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/13/2013 | J. Hyland | 2.60 | Continued reviewing summary of proceeds allocation expert report. |
| 11/13/2013 | J. Hyland | 2.60 | Analyzed assumption in proceeds allocation expert report. |
| 11/13/2013 | J. Hyland | 2.70 | Reviewed summary of proceeds allocation expert report. |
| 11/13/2013 | J. Borow | 2.80 | Reviewed deposition summaries. |
| 11/13/2013 | A. Cowie | 2.90 | Prepared summary comparison of U.S. Debtors' experts' reports for allocation litigation issues. |
| 11/14/2013 | J. Hyland | 0.50 | Participated in portion of meeting with counsel re: proceeds allocation expert. |
| 11/14/2013 | J. Hyland | 0.50 | Participated in portion of meeting with counsel and proceeds allocation expert re: proceeds allocation expert report. |
| 11/14/2013 | C. Kearns | 0.80 | Met with counsel and possible consulting expert to review current status of draft expert report. |
| 11/14/2013 | C. Kearns | 1.00 | Participated in meeting with counsel to prepare with Cleary and possible experts. |
| 11/14/2013 | J. Borow | 1.00 | Participated in a portion of meeting with counsel re: depositions strategy. |
| 11/14/2013 | C. Kearns | 1.00 | Continued to review and analyze draft U.S. Debtor's expert reports. |
| 11/14/2013 | C. Kearns | 1.10 | Prepared comparative analysis of draft expert reports for discussion with counsel. |
| 11/14/2013 | A. Cowie | 1.10 | Analyzed supporting documentation for professionals meeting in regard to UK Pension valuation expert report. |
| 11/14/2013 | A. Cowie | 1.20 | Prepared summary points for professionals meeting in regard to UK Pension valuation expert report. |
| 11/14/2013 | J. Borow | 1.30 | Reviewed deposition summaries and related review of positions. |
| 11/14/2013 | N. Haslun | 1.40 | Assessed sensitivity scenarios for allocation of Nortel revenue by geography. |
| 11/14/2013 | J. Hyland | 1.50 | Participated in portion of meeting with counsel, proceeds allocation expert, Cleary, and Chilmark re: proceeds allocation expert report. |
| 11/14/2013 | J. Borow | 1.80 | Prepared for meeting with counsel and potential consulting experts re: report analyses. |
| 11/14/2013 | J. Borow | 1.80 | Participated in meeting with counsel and potential consulting experts re: report analyses. |
| 11/14/2013 | N. Haslun | 2.30 | Analyzed the Debtors' solvency expert's report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/14/2013 | C. Kearns | 2.50 | Met with counsel, Cleary and possible consulting experts to discuss status of analyses. |
| 11/14/2013 | J. Hyland | 2.50 | Continued analyzing follow-up assumptions from proceeds allocation discussions. |
| 11/14/2013 | A. Cowie | 2.50 | Analyzed U.K. Pension FSC supporting expert reports in regard to asset allocation litigation. |
| 11/14/2013 | J. Hyland | 2.80 | Prepared for meeting with counsel re: proceeds allocation expert reports. |
| 11/14/2013 | N. Haslun | 2.80 | Analyzed the expert valuation report produced on behalf of the Nortel Networks UK Pension Trust Limited. |
| 11/14/2013 | J. Hyland | 2.90 | Analyzed follow-up assumptions from proceeds allocation discussions. |
| 11/15/2013 | J. Hyland | 0.80 | Reviewed summary of deposition prepared by counsel. |
| 11/15/2013 | J. Hyland | 0.90 | Reviewed summary of deposition from counsel. |
| 11/15/2013 | J. Hyland | 1.00 | Analyzed deposition summary from counsel. |
| 11/15/2013 | J. Borow | 1.10 | Reviewed various deposition summaries. |
| 11/15/2013 | N. Haslun | 2.20 | Prepared presentation to counsel on various allocation scenarios based on Debtors' valuation expert's methodology. |
| 11/15/2013 | C. Kearns | 2.30 | Prepared analysis of various allocation scenarios for counsel. |
| 11/15/2013 | A. Cowie | 2.40 | Continued to analyze U.K. Pension FSC supporting expert reports in regard to asset allocation litigation. |
| 11/15/2013 | N. Haslun | 2.60 | Continued to prepare presentation to counsel on various allocation scenarios based on Debtors' valuation expert's methodology. |
| 11/15/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation methodology. |
| 11/15/2013 | J. Hyland | 2.80 | Continued analyzing proceeds allocation methodology. |
| 11/15/2013 | A. Cowie | 2.80 | Analyzed U.K. Pension FSC supporting expert reports in regard to asset allocation litigation. |
| 11/15/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation methodology. |
| 11/18/2013 | C. Kearns | 0.30 | Analyzed ad hocs' motion objecting to proposed changes to trial schedule. |
| 11/18/2013 | C. Kearns | 0.40 | Read counsel's deposition summary of a deponent. |
| 11/18/2013 | J. Hyland | 0.50 | Participated in call with J. Yecies and R. Johnson re: upcoming deposition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/18/2013 | C. Kearns | 0.60 | Read deposition summary prepared by counsel. |
| 11/18/2013 | C. Kearns | 0.80 | Analyzed allocation related issues and supporting analyses. |
| 11/18/2013 | J. Hyland | 1.00 | Reviewed counsel's summary of deposition. |
| 11/18/2013 | N. Haslun | 1.20 | Analyzed the deposition summary of a deponent who worked on projections for Nortel. |
| 11/18/2013 | J. Borow | 1.30 | Reviewed U.S. Debtor's proposed experts' reports. |
| 11/18/2013 | N. Haslun | 1.40 | Continued to analyze expert report produced on behalf of the Nortel Networks UK Pension Trust Limited. |
| 11/18/2013 | A. Cowie | 1.90 | Continued to analyze deposition historical information exhibits in regard to asset allocation litigation issues. |
| 11/18/2013 | J. Hyland | 2.30 | Reviewed potential exhibits for upcoming deposition. |
| 11/18/2013 | N. Haslun | 2.40 | Analyzed expert report on behalf of the Nortel Networks UK Pension Trust Limited. |
| 11/18/2013 | J. Hyland | 2.70 | Reviewed exhibits from deposition re: allocation. |
| 11/18/2013 | A. Cowie | 2.70 | Continued to analyze deposition historical information exhibits in regard to asset allocation litigation issues. |
| 11/18/2013 | A. Cowie | 2.80 | Analyzed deposition summary (0.8) and supporting documents (0.6) including historical information (1.4) in regard to asset allocation litigation issues. |
| 11/18/2013 | J. Hyland | 2.80 | Analyzed deposition matter re: allocation. |
| 11/19/2013 | C. Kearns | 0.30 | Read deposition summary of a deponent. |
| 11/19/2013 | N. Haslun | 0.60 | Analyzed Debtors' valuation expert's allocation methodology calculations for purposes of the allocation litigation. |
| 11/19/2013 | J. Borow | 1.60 | Reviewed U.S. Debtor's proposed experts' reports. |
| 11/19/2013 | A. Cowie | 1.80 | Continued to analyze deposition summaries in regard to allocation process. |
| 11/19/2013 | A. Cowie | 2.10 | Analyzed deposition documents in regard to allocation process. |
| 11/19/2013 | N. Haslun | 2.20 | Continued to analyze Nortel allocation methodologies for proceeds from asset sales with regards to the allocation litigation. |
| 11/19/2013 | N. Haslun | 2.30 | Analyzed Nortel allocation methodologies for proceeds from asset sales with regards to the allocation litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/19/2013 | A. Cowie | 2.40 | Continued to analyze deposition summaries in regard to allocation process. |
| 11/19/2013 | N. Haslun | 2.90 | Analyzed expert report for the UK Pension Trust Limited with regards to the upcoming allocation litigation. |
| 11/19/2013 | C. Hoang | 3.00 | Analyzed draft expert allocation report methodology. |
| 11/20/2013 | C. Hoang | 0.20 | Continued to analyze expert's allocation methodology in the draft report. |
| 11/20/2013 | C. Kearns | 0.30 | Analyzed counsel's deposition summary. |
| 11/20/2013 | J. Hyland | 0.60 | Reviewed deposition summary prepared by counsel. |
| 11/20/2013 | J. Hyland | 1.20 | Reviewed counsel's summary of a deposition. |
| 11/20/2013 | C. Kearns | 1.20 | Continued to read and analyze outline for draft U.S. Debtor's expert report. |
| 11/20/2013 | N. Haslun | 1.20 | Analyzed deposition summary of a deponent prepared by counsel. |
| 11/20/2013 | J. Hyland | 1.30 | Continued analyzing proceeds allocation approaches from each estate. |
| 11/20/2013 | N. Haslun | 1.50 | Analyzed the Debtors' potential allocation expert's allocation calculations in the expert's draft report. |
| 11/20/2013 | A. Cowie | 2.30 | Continued to analyze deposition summaries in regard to allocation process. |
| 11/20/2013 | J. Borow | 2.50 | Reviewed various depositions or deposition summaries. |
| 11/20/2013 | J. Hyland | 2.50 | Continued analyzing proceeds allocation approaches from each estate. |
| 11/20/2013 | N. Haslun | 2.50 | Analyzed the allocation calculations of the Debtors' potential valuation witness as contained in the expert's draft report. |
| 11/20/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation approaches from each estate. |
| 11/20/2013 | N. Haslun | 2.80 | Continued to analyzed allocation calculations of the Debtors' potential valuation expert as contained in the expert's report. |
| 11/20/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation approaches from each estate. |
| 11/20/2013 | C. Hoang | 2.80 | Analyzed expert's allocation methodology in the draft report. |
| 11/20/2013 | A. Cowie | 2.90 | Analyzed deposition summaries in regard to allocation process. |
| 11/20/2013 | A. Cowie | 2.90 | Analyzed Canadian allocation positions in regard to allocation process. |
| 11/20/2013 | C. Hoang | 3.00 | Analyzed draft report of allocation expert's methodology. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/21/2013 | C. Kearns | 0.20 | Emailed with counsel re: new litigation schedule. |
| 11/21/2013 | J. Hyland | 0.30 | Conducted call with J. Sorkin re: proceeds allocation assumptions. |
| 11/21/2013 | C. Kearns | 0.40 | Reviewed status of our analysis of U.S. Debtor's potential expert draft report allocation methodology. |
| 11/21/2013 | C. Kearns | 1.00 | Analyzed potential issues re: allocation scenario. |
| 11/21/2013 | C. Kearns | 1.10 | Re-read draft report of U.S. Debtors expert for further analysis and context related to other potential experts. |
| 11/21/2013 | N. Haslun | 1.10 | Continued to analyze the Debtors' potential allocation expert's allocation calculations in the expert's draft report. |
| 11/21/2013 | A. Cowie | 1.70 | Analyzed other estate's allocation position statements for counsel. |
| 11/21/2013 | N. Haslun | 1.90 | Evaluated various allocation strategies in regard to the upcoming allocation litigation. |
| 11/21/2013 | J. Borow | 2.20 | Reviewed various depositions and deposition summaries. |
| 11/21/2013 | A. Cowie | 2.20 | Analyzed historical transfer pricing issues in regard to asset allocation litigation. |
| 11/21/2013 | J. Hyland | 2.30 | Analyzed IPCo model assumptions. |
| 11/21/2013 | N. Haslun | 2.40 | Continued to evaluate various allocation strategies in regard to the upcoming allocation litigation. |
| 11/21/2013 | N. Haslun | 2.60 | Analyzed the Debtors' potential allocation expert's allocation calculations in the expert's draft report. |
| 11/21/2013 | A. Cowie | 2.80 | Continued to analyze historical transfer pricing issues in regard to asset allocation litigation. |
| 11/21/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation assumptions. |
| 11/22/2013 | J. Hyland | 0.50 | Conducted call with J. Sorkin re: proceeds allocation assumptions. |
| 11/22/2013 | C. Hoang | 1.00 | Analyzed Debtor's experts' allocation report in regard to asset allocation. |
| 11/22/2013 | J. Hyland | 1.30 | Continued analyzing proceeds allocation major positions from the estates. |
| 11/22/2013 | C. Kearns | 1.60 | Drafted memo for counsel re: issues in allocation pertaining to an allocation scenario. |
| 11/22/2013 | N. Haslun | 1.60 | Continued to evaluate additional proceeds allocation methodologies regarding the allocation litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/22/2013 | N. Haslun | 1.90 | Evaluated additional proceeds allocation methodologies regarding the allocation litigation. |
| 11/22/2013 | N. Haslun | 2.00 | Analyzed historical allocations of Nortel asset sales with regards to the allocation litigation. |
| 11/22/2013 | A. Cowie | 2.30 | Continued to analyze historical transfer pricing documents in regard to allocation process. |
| 11/22/2013 | A. Cowie | 2.30 | Analyzed deposition summaries in regard to asset allocation process. |
| 11/22/2013 | J. Borow | 2.40 | Reviewed potential experts' analyses of allocation issues. |
| 11/22/2013 | N. Haslun | 2.50 | Evaluated possible allocation strategies with regards to the allocation litigation. |
| 11/22/2013 | J. Hyland | 2.80 | Reviewed discovery from counsel re: proceeds allocation assumptions. |
| 11/22/2013 | J. Hyland | 2.80 | Continued analyzing proceeds allocation major positions from the estates. |
| 11/22/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation major positions from the estates. |
| 11/22/2013 | A. Cowie | 2.90 | Analyzed historical transfer pricing documents in regard to asset allocation process. |
| 11/23/2013 | J. Hyland | 1.10 | Reviewed summary of deposition prepared by counsel. |
| 11/24/2013 | J. Hyland | 0.20 | Conducted call with R. Johnson re: preparation for upcoming deposition. |
| 11/24/2013 | J. Hyland | 1.00 | Reviewed deposition summary prepared by counsel. |
| 11/24/2013 | J. Hyland | 1.50 | Continued analyzing allocation brief positions. |
| 11/24/2013 | J. Hyland | 2.90 | Analyzed allocation brief positions. |
| 11/25/2013 | J. Geraghty | 0.70 | Researched precedent issues in regard to asset allocation proceedings. |
| 11/25/2013 | C. Kearns | 0.80 | Continued to draft memo for counsel re: allocation scenario related to allocation litigation. |
| 11/25/2013 | C. Kearns | 0.90 | Read deposition summaries. |
| 11/25/2013 | N. Haslun | 1.10 | Continued to evaluate arguments for and against different possible allocation methodologies in regards to the allocation litigation. |
| 11/25/2013 | A. Cowie | 1.10 | Continued to analyze the summary document for counsel in regard to allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/25/2013 | N. Haslun | 1.80 | Continued to evaluate arguments for and against different possible allocation methodologies in regards to the allocation litigation. |
| 11/25/2013 | J. Hyland | 2.00 | Continued preparing analysis of proceeds allocation methodologies. |
| 11/25/2013 | J. Borow | 2.10 | Reviewed depositions and deposition summaries. |
| 11/25/2013 | J. Borow | 2.10 | Reviewed concepts and issues pertaining to proceeds allocation methodology. |
| 11/25/2013 | A. Cowie | 2.30 | Analyzed summary document for counsel in regard to allocation process. |
| 11/25/2013 | A. Cowie | 2.30 | Analyzed historical transaction documents in regard to asset allocation process. |
| 11/25/2013 | N. Haslun | 2.40 | Continued to evaluate arguments for and against different possible allocation methodologies in regards to the allocation litigation. |
| 11/25/2013 | J. Hyland | 2.50 | Continued preparing analysis of proceeds allocation methodologies. |
| 11/25/2013 | A. Cowie | 2.50 | Analyzed deposition summaries in regard to asset allocation process. |
| 11/25/2013 | J. Hyland | 2.60 | Continued preparing analysis of proceeds allocation methodologies. |
| 11/25/2013 | N. Haslun | 2.70 | Evaluated arguments for and against different possible allocation methodologies in regards to the allocation litigation. |
| 11/25/2013 | J. Hyland | 2.70 | Continued preparing analysis of proceeds allocation methodologies. |
| 11/25/2013 | J. Hyland | 2.90 | Prepared analysis of proceeds allocation methodologies. |
| 11/26/2013 | J. Borow | 0.20 | Prepared for meeting with counsel re: concepts on allocation methodology. |
| 11/26/2013 | C. Kearns | 0.70 | Reviewed various SEC filings for reporting issues that may apply to allocation litigation. |
| 11/26/2013 | C. Hoang | 0.80 | Researched SEC reports re: assumptions for proceeds allocation. |
| 11/26/2013 | C. Kearns | 0.80 | Finalized memo on allocation-related issues for counsel. |
| 11/26/2013 | N. Haslun | 1.10 | Continued to evaluate different potential arguments for potential allocation methodologies with regards to the allocation litigation. |
| 11/26/2013 | J. Hyland | 1.10 | Conducted call with K. Rowe re: tax matters related to proceeds allocation and tax issues. |
| 11/26/2013 | J. Hyland | 1.30 | Participated in portion of call with counsel re: proceeds allocation methodologies. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/26/2013 | N. Haslun | 1.70 | Continued to analyze of historical information with regards to the allocation litigation. |
| 11/26/2013 | J. Borow | 1.80 | Reviewed issues and concepts re: allocation methodology. |
| 11/26/2013 | J. Borow | 1.90 | Participated in meeting with counsel re: concepts on allocation methodology. |
| 11/26/2013 | N. Haslun | 1.90 | Continued analysis of historical information with regards to the allocation litigation. |
| 11/26/2013 | N. Haslun | 2.20 | Analyzed historical information with regards to the allocation litigation. |
| 11/26/2013 | J. Hyland | 2.30 | Continued reviewing analysis for counsel re: proceeds allocation methodologies. |
| 11/26/2013 | J. Hyland | 2.40 | Reviewed analysis for counsel re: proceeds allocation methodologies. |
| 11/26/2013 | N. Haslun | 2.40 | Evaluated different potential arguments for potential allocation methodologies with regards to the allocation litigation. |
| 11/26/2013 | A. Cowie | 2.70 | Analyzed updated summary of allocation issues and arguments for meeting with counsel. |
| 11/26/2013 | J. Hyland | 2.90 | Analyzed assumption re: proceeds allocation. |
| 11/27/2013 | N. Haslun | 0.50 | Analyzed the deposition summary of a deponent prepared by counsel. |
| 11/27/2013 | N. Haslun | 0.50 | Analyzed the deposition summaries of two deponents with regards to the allocation litigation. |
| 11/27/2013 | J. Hyland | 0.90 | Reviewed summary prepared by counsel for a deposition. |
| 11/27/2013 | J. Hyland | 1.00 | Reviewed summary of deposition prepared by counsel. |
| 11/27/2013 | N. Haslun | 1.00 | Continued to analyze historical financial information for disclosures related to Nortel business sales. |
| 11/27/2013 | B. Bingham | 1.20 | Continued to analyze the expert report in regard to valuation methods both used and not applied. |
| 11/27/2013 | N. Haslun | 1.30 | Continued to analyze historical financial information for disclosures related to Nortel business sales. |
| 11/27/2013 | J. Hyland | 1.60 | Reviewed counsel's summary of deposition and analyzed certain topics in the deposition. |
| 11/27/2013 | C. Kearns | 1.60 | Read memos from counsel on allocation related matters. |
| 11/27/2013 | J. Hyland | 2.00 | Continued analyzing proceeds allocation assumption variations. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 11/27/2013 | N. Haslun | 2.20 | Analyzed historical financial information for disclosures related to Nortel business sales. |
| 11/27/2013 | J. Borow | 2.40 | Reviewed deposition and summaries of witnesses. |
| 11/27/2013 | N. Haslun | 2.50 | Continued to analyze historical financial information for disclosures related to Nortel business sales. |
| 11/27/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation assumption variations. |
| 11/27/2013 | B. Bingham | 2.90 | Analyzed the expert report in regard to valuation methods both used and not applied. |
| 11/27/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation assumption variations. |
| 11/29/2013 | J. Hyland | 0.20 | Reviewed revised deposition calendar. |
| Subtotal | | 588.80 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 11/4/2013 | M. Haverkamp | 0.40 | Prepared August fee application. |
| 11/7/2013 | J. Hyland | 0.30 | Prepared October fee estimate for counsel. |
| 11/8/2013 | M. Haverkamp | 2.30 | Prepared September fee application. |
| 11/12/2013 | A. Cowie | 0.90 | Analyzed September fee application. |
| 11/14/2013 | M. Haverkamp | 0.50 | Prepared October fee application. |
| 11/18/2013 | A. Cowie | 0.80 | Analyzed September fee application. |
| 11/18/2013 | M. Haverkamp | 1.50 | Prepared October fee application. |
| 11/19/2013 | J. Hyland | 0.10 | Conducted call with M. Fagan re: fee summary for court submission. |
| 11/19/2013 | J. Hyland | 0.40 | Analyzed fee summary as requested by counsel. |
| 11/19/2013 | M. Haverkamp | 0.80 | Prepared October fee application. |
| 11/19/2013 | J. Hyland | 0.90 | Reviewed September fee application detailed line entries. |
| 11/20/2013 | M. Haverkamp | 1.10 | Prepared requested hour and dollar table for fees and expenses related to litigation for September and October as requested by counsel. |
| 11/20/2013 | M. Haverkamp | 1.30 | Prepared October fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the 11/1/2013-11/30/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/22/2013 | J. Hyland | 0.40 | Continued reviewing September fee application detailed line descriptions. |
| 11/22/2013 | A. Cowie | 0.70 | Analyzed October fee application documents. |
| 11/26/2013 | J. Hyland | 0.10 | Conducted calls with M. Fagan re: fee application filing. |
| 11/26/2013 | M. Haverkamp | 0.40 | Prepared 19th interim fee application. |
| 11/26/2013 | J. Hyland | 0.90 | Reviewed October fee application detailed line descriptions. |
| 11/26/2013 | J. Hyland | 1.20 | Reviewed September fee application. |
| 11/26/2013 | M. Haverkamp | 1.80 | Prepared September fee application. |
| 11/26/2013 | A. Cowie | 2.90 | Reviewed October fee application. |
| 11/27/2013 | J. Hyland | 0.50 | Reviewed quarterly interim fee application. |
| 11/27/2013 | J. Hyland | 0.50 | Reviewed final September fee application. |
| 11/27/2013 | J. Hyland | 0.50 | Reviewed final October fee application. |
| 11/27/2013 | M. Haverkamp | 1.10 | Prepared September fee application. |
| 11/27/2013 | J. Hyland | 1.40 | Reviewed October fee application. |
| 11/27/2013 | A. Cowie | 1.70 | Analyzed October fee application documents. |
| 11/27/2013 | M. Haverkamp | 2.20 | Prepared October fee application. |
| Subtotal | | 27.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/7/2013 | A. Cowie | 0.40 | Prepared detailed discussion points for weekly UCC call. |
| 11/7/2013 | J. Hyland | 0.40 | Participated in UCC call with UCC members and UCC professionals. |
| 11/7/2013 | J. Borow | 0.40 | Participated in meeting with UCC and counsel to UCC. |
| 11/7/2013 | C. Kearns | 0.50 | Participated in UCC call re: litigation status and Wilmington Trust |
| 11/7/2013 | J. Borow | 0.80 | Prepared for meeting with UCC and counsel to UCC. |
| 11/13/2013 | C. Kearns | 1.10 | Met with FTI to discuss case status. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/14/2013 | J. Hyland | 0.10 | Prepared for weekly UCC call with UCC professionals and UCC members. |
| 11/14/2013 | J. Borow | 0.10 | Prepared for meeting with UCC and counsel to UCC. |
| 11/14/2013 | C. Kearns | 0.50 | Held post-UCC meeting discussion with counsel re: next steps to follow up. |
| 11/14/2013 | J. Hyland | 0.70 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 11/14/2013 | C. Kearns | 0.70 | Participated in weekly UCC call re: litigation status. |
| 11/14/2013 | J. Borow | 0.70 | Participated in meeting with UCC and counsel to UCC. |
| 11/14/2013 | A. Cowie | 1.10 | Prepared summary discussion points for weekly UCC call. |
| 11/18/2013 | C. Kearns | 0.30 | Emailed with counsel re: issues coming out of most recent depositions. |
| 11/18/2013 | J. Borow | 1.70 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 11/19/2013 | C. Kearns | 0.20 | Emailed with counsel re: changes to trial schedule. |
| 11/21/2013 | J. Hyland | 0.90 | Participated in UCC call with UCC professionals and UCC members. |
| 11/21/2013 | C. Kearns | 0.90 | Participated in UCC call to discuss litigation status and new timeline. |
| 11/21/2013 | J. Borow | 0.90 | Participated in meeting with UCC and counsel to UCC. |
| 11/21/2013 | C. Kearns | 1.00 | Held post-UCC call discussion with counsel re: next steps to expert reports and potential asset allocation litigation issues. |
| 11/21/2013 | A. Cowie | 1.30 | Prepared detailed supporting analysis and summaries for weekly UCC call. |
| 11/26/2013 | C. Kearns | 1.50 | Met with various counsel attorneys to discuss framework of allocation related issues to an allocation assumption. |
| Subtotal | | 16.20 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 11/1/2013 | N. Haslun | 0.40 | Analyzed post-petition bond interest calculations. |
| 11/1/2013 | N. Haslun | 0.50 | Analyzed post-petition bond interest calculations and compared to calculations in the 10/25/13 Wilmington Trust objection. |
| 11/1/2013 | N. Haslun | 1.10 | Analyzed the Wilmington Trust objection to the post-petition interest rate. |
| 11/1/2013 | J. Bloom | 2.90 | Reviewed accrued interest calculations for claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/1/2013 | J. Bloom | 2.90 | Re-calculated accrued and compounded interest for claims. |
| 11/7/2013 | A. Cowie | 2.60 | Continued analyzing post-petition interest in regard to bondholder motion. |
| 11/7/2013 | A. Cowie | 2.90 | Analyzed post-petition interest in regard to bondholder motion. |
| 11/18/2013 | J. Borow | 1.80 | Reviewed Canadian Debtors' claims for impact on recoveries. |
| 11/19/2013 | J. Borow | 1.30 | Reviewed Canadian Debtors' claims for impact on recoveries. |
| Subtotal | | 16.40 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/11/2013 | J. Hyland | 2.80 | Reviewed MRDA for intercompany accounting. |
| 11/21/2013 | J. Hyland | 2.80 | Analyzed TPA transactions. |
| 11/26/2013 | J. Hyland | 2.50 | Analyzed MRDA for intercompany transactions. |
| Subtotal | | 8.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/5/2013 | J. Hyland | 0.40 | Reviewed NNL cash forecast. |
| 11/14/2013 | A. Cowie | 2.10 | Analyzed cash balances for each estate. |
| 11/15/2013 | A. Cowie | 1.80 | Continued analyzing cash balances for each estate. |
| 11/15/2013 | A. Cowie | 2.20 | Analyzed updated global cash reporting. |
| 11/19/2013 | A. Cowie | 1.90 | Prepared summary of rest of world estate professional fee burn for counsel. |
| 11/27/2013 | A. Cowie | 2.30 | Analyzed cash balances and forecasted cash by estate. |
| Subtotal | | 10.70 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/4/2013 | B. Frizzell | 1.40 | Continued to analyze supporting data re: IP proceeds allocation. |
| 11/4/2013 | B. Frizzell | 2.90 | Continued to analyze supporting data re: IP proceeds allocation. |
| 11/4/2013 | B. Frizzell | 2.90 | Analyzed supporting data re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/5/2013 | C. Kearns | 0.30 | Emailed with counsel re: deposition outline for upcoming IP witnesses. |
| 11/5/2013 | B. Frizzell | 1.10 | Continued analyzing data re: IP proceeds allocation. |
| 11/5/2013 | B. Frizzell | 1.80 | Analyzed data re: IP proceeds allocation. |
| 11/6/2013 | C. Kearns | 0.30 | Read draft outline of deposition questions for an IP deponent. |
| 11/6/2013 | B. Kullberg | 0.30 | Continued to review IP-related documents for the IP valuation. |
| 11/6/2013 | B. Frizzell | 1.40 | Analyzed IP proceeds allocation expert reports. |
| 11/6/2013 | B. Frizzell | 2.20 | Prepared deposition questions re: IP proceeds allocation. |
| 11/6/2013 | B. Frizzell | 2.60 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/6/2013 | B. Kullberg | 2.70 | Reviewed IP-related documents for the IP valuation. |
| 11/7/2013 | B. Frizzell | 0.10 | Continued participation in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | B. Frizzell | 0.50 | Continued participation in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | M. Dansky | 0.60 | Analyzed valuation approaches for the IP valuation. |
| 11/7/2013 | B. Frizzell | 0.80 | Continued participation in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | B. Frizzell | 0.90 | Participated in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | M. Dansky | 1.00 | Reviewed IP portion of proceeds allocation expert report. |
| 11/7/2013 | B. Frizzell | 1.20 | Continued participation in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | B. Frizzell | 1.20 | Continued participation in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | B. Frizzell | 1.30 | Continued participation in deposition of a deponent re: IP proceeds allocation. |
| 11/7/2013 | B. Kullberg | 1.50 | Reviewed IP portion of proceeds allocation expert report. |
| 11/7/2013 | M. Dansky | 1.60 | Reviewed IP-related documents for the IP valuation. |
| 11/7/2013 | B. Frizzell | 1.80 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/7/2013 | M. Dansky | 1.90 | Continued reviewing IP portion of proceeds allocation expert report. |
| 11/8/2013 | C. Kearns | 0.30 | Participated in debrief re: deposition of an IP deponent. |
| 11/8/2013 | B. Kullberg | 0.30 | Analyzed valuation approaches for the IP valuation. |
| 11/8/2013 | B. Frizzell | 0.40 | Reviewed earlier deposition transcript re: IP proceeds allocation. |
| 11/8/2013 | B. Frizzell | 0.40 | Continued participation in deposition re: IP proceeds allocation. |
| 11/8/2013 | B. Frizzell | 0.90 | Continued participation in deposition re: IP proceeds allocation. |
| 11/8/2013 | M. Dansky | 1.00 | Reviewed IP portion of proceeds allocation expert report. |
| 11/8/2013 | B. Frizzell | 1.10 | Participated in deposition re: IP proceeds allocation. |
| 11/8/2013 | B. Frizzell | 1.80 | Continued review of expert documents re: IP proceeds allocation. |
| 11/8/2013 | B. Frizzell | 2.90 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/9/2013 | M. Dansky | 1.00 | Reviewed IP-related documents for the IP valuation. |
| 11/9/2013 | B. Kullberg | 2.10 | Reviewed proceeds allocation expert report for IP. |
| 11/9/2013 | B. Frizzell | 2.70 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/10/2013 | B. Frizzell | 0.60 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/10/2013 | B. Kullberg | 1.00 | Reviewed proceeds allocation expert report related to IP. |
| 11/11/2013 | M. Dansky | 0.50 | Analyzed valuation methodologies for the IP valuation. |
| 11/11/2013 | B. Frizzell | 1.50 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/11/2013 | B. Frizzell | 1.60 | Conducted research re: IP proceeds allocation. |
| 11/11/2013 | B. Kullberg | 2.00 | Reviewed IP-related documents for the IP valuation. |
| 11/11/2013 | B. Frizzell | 2.20 | Continued review of expert documents re: IP proceeds allocation. |
| 11/11/2013 | B. Frizzell | 2.90 | Continued review of expert documents re: IP proceeds allocation. |
| 11/12/2013 | C. Kearns | 0.20 | Participated in conference call with D. Botter on IP related allocation |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 11/12/2013 | B. Frizzell | 1.40 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/12/2013 | M. Dansky | 1.90 | Continued analyzing IP valuation approaches. |
| 11/12/2013 | M. Dansky | 1.90 | Analyzed IP valuation approaches. |
| 11/12/2013 | B. Kullberg | 2.00 | Reviewed proceeds allocation expert report related to IP. |
| 11/12/2013 | B. Frizzell | 2.60 | Continued review of expert documents re: IP proceeds allocation. |
| 11/12/2013 | B. Frizzell | 2.90 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/13/2013 | C. Kearns | 1.00 | Participated in conference call with counsel: D. Botter and B. Kahn re: initial thoughts on draft report on IP allocation issue. |
| 11/13/2013 | J. Schad | 1.20 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/13/2013 | B. Kullberg | 1.20 | Continued to prepare for meeting with counsel in regard to intellectual property. |
| 11/13/2013 | B. Frizzell | 1.20 | Continued researching statistics re: IP proceeds allocation. |
| 11/13/2013 | M. Dansky | 1.80 | Reviewed IP valuation supporting documentation. |
| 11/13/2013 | B. Frizzell | 2.00 | Researched statistics re: IP proceeds allocation. |
| 11/13/2013 | B. Kullberg | 2.80 | Prepared for meeting with counsel in regard to intellectual property. |
| 11/13/2013 | B. Frizzell | 2.80 | Analyzed IP proceeds allocation. |
| 11/14/2013 | B. Frizzell | 1.10 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/14/2013 | M. Dansky | 1.40 | Analyzed proceeds allocation for IP related issues. |
| 11/14/2013 | B. Kullberg | 1.70 | Continued to prepare for IP portion of meeting with counsel, Cleary and proceeds allocation expert. |
| 11/14/2013 | M. Dansky | 2.50 | Prepared for meeting with counsel, Cleary and proceeds allocation expert. |
| 11/14/2013 | B. Kullberg | 2.50 | Attended IP portion of meeting with counsel, Cleary and proceeds allocation expert. |
| 11/14/2013 | M. Dansky | 2.60 | Attended IP portion of meeting with counsel, Cleary and proceeds allocation expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/14/2013 | B. Kullberg | 2.80 | Prepared for meeting with counsel, Cleary and proceeds allocation expert. |
| 11/15/2013 | B. Frizzell | 1.20 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/15/2013 | B. Kullberg | 2.10 | Reviewed IP-related documents for the IP valuation. |
| 11/17/2013 | B. Frizzell | 0.60 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/17/2013 | B. Kullberg | 2.00 | Reviewed proceeds allocation expert report for IP matters. |
| 11/18/2013 | M. Dansky | 1.00 | Reviewed IP expert report analysis for the IP valuation. |
| 11/18/2013 | B. Kullberg | 2.20 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/18/2013 | B. Frizzell | 2.40 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/18/2013 | J. Schad | 2.40 | Analyzed data re: IP proceeds allocation assumptions. |
| 11/18/2013 | B. Frizzell | 2.70 | Analyzed patent data re: IP proceeds allocation. |
| 11/19/2013 | C. Kearns | 0.40 | Reviewed deposition exhibits related to IP licensing issues. |
| 11/19/2013 | J. Hyland | 0.40 | Conducted call with T. Ross re: IP allocation assumption for counsel. |
| 11/19/2013 | J. Hyland | 0.50 | Prepared email to counsel re: IP allocation assumption. |
| 11/19/2013 | J. Schad | 0.70 | Continued analyzing IP assumptions for proceeds allocation. |
| 11/19/2013 | B. Frizzell | 1.20 | Continued analysis of patent data re: IP proceeds allocation. |
| 11/19/2013 | B. Frizzell | 1.80 | Continued analysis of patent data re: IP proceeds allocation. |
| 11/19/2013 | J. Hyland | 2.60 | Continued analyzing IP allocation assumption for counsel. |
| 11/19/2013 | J. Schad | 2.80 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/19/2013 | J. Hyland | 2.80 | Continued analyzing IP allocation assumption for counsel. |
| 11/19/2013 | B. Frizzell | 2.90 | Continued analysis of patent data re: IP proceeds allocation. |
| 11/19/2013 | B. Frizzell | 2.90 | Analyzed patent data re: IP proceeds allocation. |
| 11/19/2013 | J. Schad | 2.90 | Analyzed IP assumptions for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 11/19/2013 | J. Hyland | 2.90 | Analyzed IP allocation assumption for counsel. |
| 11/20/2013 | B. Frizzell | 1.70 | Continued to analyze data re: IP proceeds allocation. |
| 11/20/2013 | B. Frizzell | 2.40 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/20/2013 | J. Schad | 2.80 | Continued analyzing data re: IP proceeds allocation. |
| 11/20/2013 | B. Frizzell | 2.90 | Continued to analyze data re: IP proceeds allocation. |
| 11/20/2013 | B. Frizzell | 2.90 | Analyzed expert report re: IP proceeds allocation. |
| 11/20/2013 | J. Schad | 2.90 | Analyzed data re: IP proceeds allocation. |
| 11/21/2013 | J. Schad | 0.60 | Analyzed data and assumptions re: IP proceeds allocation. |
| 11/21/2013 | B. Frizzell | 1.20 | Reviewed assumptions re: IP proceeds allocation. |
| 11/21/2013 | B. Frizzell | 1.80 | Continued researching issues re: IP proceeds allocation. |
| 11/21/2013 | B. Frizzell | 2.30 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/21/2013 | B. Frizzell | 2.40 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/21/2013 | B. Frizzell | 2.50 | Continued researching issues re: IP proceeds allocation. |
| 11/21/2013 | J. Schad | 2.60 | Continued analyzing data and issues re: IP proceeds allocation. |
| 11/21/2013 | J. Schad | 2.90 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/22/2013 | B. Kullberg | 0.50 | Reviewed documents re: IP proceeds allocation re: asset allocation proceedings. |
| 11/22/2013 | J. Schad | 1.70 | Continued analyzing proceeds allocation assumption for IP. |
| 11/22/2013 | B. Frizzell | 2.10 | Reviewed support re: IP proceeds allocation expert reports. |
| 11/22/2013 | B. Frizzell | 2.20 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/22/2013 | J. Schad | 2.70 | Analyzed proceeds allocation assumption for IP. |
| 11/22/2013 | J. Schad | 2.90 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/22/2013 | B. Frizzell | 2.90 | Continued to review documents re: IP proceeds allocation. |
| 11/25/2013 | B. Frizzell | 1.10 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/25/2013 | B. Frizzell | 1.60 | Reviewed documents re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/25/2013 | B. Frizzell | 2.70 | Analyzed IP proceeds allocation assumptions. |
| 11/25/2013 | B. Frizzell | 2.80 | Continued reviewing documents re: IP proceeds allocation. |
| 11/25/2013 | J. Schad | 2.90 | Analyzed allocation assumptions for IP. |
| 11/26/2013 | J. Schad | 0.80 | Analyzed data re: IP proceeds allocation. |
| 11/26/2013 | B. Frizzell | 1.40 | Continued researching issues re: IP proceeds allocation. |
| 11/26/2013 | B. Frizzell | 1.80 | Analyzed data re: IP proceeds allocation. |
| 11/26/2013 | B. Frizzell | 2.90 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/27/2013 | B. Frizzell | 2.40 | Continued to research issues re: IP proceeds allocation. |
| 11/27/2013 | B. Frizzell | 2.90 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| 11/30/2013 | B. Frizzell | 0.80 | Researched issues re: IP proceeds allocation in regard to asset allocation proceedings. |
| Subtotal | | 215.40 | |
| **Total Hours** | | **883.20** | |