**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11/1/2013 through 11/30/2013**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 11/10/2013 | B. Kullberg | Train fare (non-First class) from Boston to NY for proceeds allocation meeting with counsel. | $256.00 |
| 11/13/2013 | J. Hyland | Economy airfare during NY trip. | $871.80 |
| 11/14/2013 | M. Dansky | Economy airfare to NY for the NY meeting. | $327.90 |
| **Subtotal - Airfare/ Train** | | | **$1,455.70** |
| **Auto Rental/Taxi** | | | |
| 11/7/2013 | M. Dansky | Taxi during NY trip to LGA. | $39.00 |
| 11/13/2013 | J. Hyland | Taxi to hotel during NY trip. | $46.00 |
| 11/14/2013 | J. Hyland | Taxi from NY office to airport during NY trip. | $50.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$135.00** |
| **Hotel** | | | |
| 11/14/2013 | B. Kullberg | Hotel for one night at reasonable and customary rate in NY for NY meeting. | $540.74 |
| 11/14/2013 | J. Hyland | Hotel for one night at reasonable and customary rate during NY trip. | $403.97 |
| **Subtotal - Hotel** | | | **$944.71** |
| **Meals** | | | |
| 11/13/2013 | B. Kullberg | Dinner for B. Kullberg and M. Dansky during NY trip. | $112.91 |
| 11/13/2013 | J. Hyland | Dinner during NY trip. | $11.53 |
| 11/13/2013 | J. Hyland | Dinner during NY trip. | $5.91 |
| 11/14/2013 | M. Dansky | Breakfast while traveling for NY trip. | $7.84 |

Capstone Advisory Group, LLC
Invoice for the 11/1/2013-11/30/2013 Fee Statement

Page 1 of 2

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/14/2013 | J. Hyland | Breakfast during NY trip. | $7.08 |
| 11/14/2013 | B. Kullberg | Breakfast while traveling for NY meetings. | $6.34 |
| 11/27/2013 | C. Kearns | Working lunch for C. Kearns, J. Borow, A. Cowie, N. Haslun and C. Hoang. | $171.25 |
| **Subtotal - Meals** | | | **$322.86** |//

Mileage

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/13/2013 | J. Hyland | Mileage to/from O'Hare for NY meetings. | $23.73 |
| **Subtotal - Mileage** | | | **$23.73** |

Parking/ Tolls

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/8/2013 | M. Dansky | Parking at airport during NY trip. | $48.00 |
| 11/13/2013 | J. Hyland | Tolls to/from O'Hare for NY meetings. | $1.60 |
| 11/14/2013 | J. Hyland | Parking at O'Hare during NY trip. | $47.00 |
| 11/14/2013 | B. Kullberg | Parking at Boston South Station for NY trip. | $42.00 |
| **Subtotal - Parking/ Tolls** | | | **$138.60** |

Research

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/8/2013 | CAG Direct | November actual Pacer usage charges to research a Nortel matter. | $19.00 |
| **Subtotal - Research** | | | **$19.00** |

Telecom

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/1/2013 | CAG Direct | Conference call telephone charges for Nortel. | $52.49 |
| **Subtotal - Telecom** | | | **$52.49** |

**For the Period 11/1/2013 through 11/30/2013**   $3,092.09