George R. Aldhizer, Jr. *(Retired)*
Donald E. Showalter
Glenn M. Hodge
Gregory T. St. Ours
Charles F. Hilton
Daniel L. Fitch
Thomas E. Ullrich
Stephan W. Milo
Humes J. Franklin, III
Jeffrey R. Adams

# WHARTON ALDHIZER & WEAVER<sup>PLC</sup>

ATTORNEYS AT LAW

100 SOUTH MASON STREET
P.O. BOX 20028
HARRISONBURG, VIRGINIA 22801-7528
WWW.WAWLAW.COM

TELEPHONE
HARRISONBURG (540) 434-0316
STAUNTON (540) 885-0199
LEXINGTON (540) 463-3691

FAX (540) 213-0390

WRITER'S DIRECT DIAL: (540) 213-7440
WRITER'S E-MAIL: SMILO@WAWLAW.COM

Lauren R. Darden
Travis W. Vance
George H. Roberts, Jr.
P. Marshall Yoder
Matthew W. Light
Trisha A. Culp
Robert C. Lunger
James L. Johnson
Matthew Von Schuch

*Reply to the Staunton office*

February 7, 2014

David D. Bird, Clerk
US Bankruptcy Court, Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801

    Re:    In re VEC Liquidating Corporation (09-13294-MFW)
              In re Nortel Networks, Inc. et al. (09-10138-KG)

Dear Mr. Bird:

    Please allow this letter to serve as my written request to be removed from the electronic and U.S. mail service list in the above-referenced matters in connection with my representation of several adversary cases.

    Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*Stephan W. Milo*

Stephan W. Milo

SWM/kr
14001793