**Exhibit 1**

**Updated Connections Check Matrix**

4826-9471-6951.2

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtor | Architel Systems Corporation | | | x |
| Debtors Attorney | Cleary Gottlieb Steen & Hamilton LLP | | x | |
| Debtors Attorney | Morris, Nichols, Arsht & Tunnell LLP | | x | |
| Debtors Officers | John Ray | x | | |
| Debtors Officers/Directors | Abdul Aziz Khadbai | x | | |
| Debtors Officers/Directors | Alain Papineau | x | | |
| Debtors Officers/Directors | Alan W. Pritchard | x | | |
| Debtors Officers/Directors | Allan Bifield | x | | |
| Debtors Officers/Directors | Allan K. Stout | x | | |
| Debtors Officers/Directors | Allen Keith Stout | x | | |
| Debtors Officers/Directors | Alvio Silvio Barrios | x | | |
| Debtors Officers/Directors | Andrew Harrison | x | | |
| Debtors Officers/Directors | Anna Ventresca | x | | |
| Debtors Officers/Directors | Anthony G. MacDonald | x | | |
| Debtors Officers/Directors | Anthony Jones | x | | |
| Debtors Officers/Directors | April A. Pennisi | x | | |
| Debtors Officers/Directors | Bill Thompson | x | | |
| Debtors Officers/Directors | Brian Lindsay | x | | |
| Debtors Officers/Directors | Camille Issa | x | | |
| Debtors Officers/Directors | Charles R. Raphun | x | | |
| Debtors Officers/Directors | Christian Kittlitz | x | | |
| Debtors Officers/Directors | Christopher Hogg | x | | |
| Debtors Officers/Directors | Christopher Simon Ricaurte | x | | |
| Debtors Officers/Directors | Christopher Simon Ricaurte | x | | |
| Debtors Officers/Directors | Clare A. Barbieri | x | | |
| Debtors Officers/Directors | Clarke Glaspell | x | | |
| Debtors Officers/Directors | Clarke Glaspell | x | | |
| Debtors Officers/Directors | Claudio Morfe Jr. | x | | |
| Debtors Officers/Directors | Cortland Wolfe | x | | |
| Debtors Officers/Directors | Craig Telke | x | | |
| Debtors Officers/Directors | Cristina Gomez | x | | |
| Debtors Officers/Directors | Dany Sylvain | x | | |
| Debtors Officers/Directors | David Price | x | | |
| Debtors Officers/Directors | Denis R. X. Thibault | x | | |
| Debtors Officers/Directors | Dennis Carey | x | | |
| Debtors Officers/Directors | Dennis Lloyd | x | | |
| Debtors Officers/Directors | Dharmaraja Rajan | x | | |
| Debtors Officers/Directors | Donald Powers | x | | |
| Debtors Officers/Directors | Donna Samper | x | | |
| Debtors Officers/Directors | Duncan Gillibrand | x | | |
| Debtors Officers/Directors | Eduardo Santoyo | x | | |
| Debtors Officers/Directors | Elaine Smiles | x | | |
| Debtors Officers/Directors | Emre Erkol | x | | |
| Debtors Officers/Directors | Eric L. Smith | x | | |
| Debtors Officers/Directors | Ernest R. Higginbotham | x | | |
| Debtors Officers/Directors | Eugene McClain | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Fabiola Leva | x | | |
| Debtors Officers/Directors | Felipe Gonzales | x | | |
| Debtors Officers/Directors | Francois Audet | x | | |
| Debtors Officers/Directors | Francois Burton | x | | |
| Debtors Officers/Directors | Glenn Brownridge | x | | |
| Debtors Officers/Directors | Gordon A. Davies | x | | |
| Debtors Officers/Directors | Graeme Currie | x | | |
| Debtors Officers/Directors | Greg Thor | x | | |
| Debtors Officers/Directors | Gregor W. Larson | x | | |
| Debtors Officers/Directors | Gregory Hood | x | | |
| Debtors Officers/Directors | Guillaume Strub | x | | |
| Debtors Officers/Directors | Guy Lafontaine | x | | |
| Debtors Officers/Directors | Guy Vonderweidt | x | | |
| Debtors Officers/Directors | Hector Benjamin Viana | x | | |
| Debtors Officers/Directors | Henry Holland | x | | |
| Debtors Officers/Directors | Iain Sharp | x | | |
| Debtors Officers/Directors | Ian Scales | x | | |
| Debtors Officers/Directors | J. Erik Fako | x | | |
| Debtors Officers/Directors | Jacqueline C. Hea | x | | |
| Debtors Officers/Directors | James McEachern | x | | |
| Debtors Officers/Directors | James Ostrom | x | | |
| Debtors Officers/Directors | Jean-Pierre Fortin | x | | |
| Debtors Officers/Directors | Jeffrey Thomas Wood | x | | |
| Debtors Officers/Directors | Jeremy Fuller | x | | |
| Debtors Officers/Directors | Joel Joseph, Jr. | x | | |
| Debtors Officers/Directors | John D. Atkinson | x | | |
| Debtors Officers/Directors | John Doolittle | x | | |
| Debtors Officers/Directors | John R. McCready | x | | |
| Debtors Officers/Directors | Jorge Humberto Suarez | x | | |
| Debtors Officers/Directors | Joseph F. Dearing | x | | |
| Debtors Officers/Directors | Joseph F. Dearing | x | | |
| Debtors Officers/Directors | Juan Jose Chico | x | | |
| Debtors Officers/Directors | Karen E. Sledge | x | | |
| Debtors Officers/Directors | Katharine B. Stevenson | x | | |
| Debtors Officers/Directors | Keith Landau | x | | |
| Debtors Officers/Directors | Ken Huntington | x | | |
| Debtors Officers/Directors | Kevin Boyle II | x | | |
| Debtors Officers/Directors | Kevin Sembrat | x | | |
| Debtors Officers/Directors | Kimberly P. Poe | x | | |
| Debtors Officers/Directors | Laurie A. Krebs | x | | |
| Debtors Officers/Directors | Lee B. Valerius | x | | |
| Debtors Officers/Directors | Louis LeVay | x | | |
| Debtors Officers/Directors | Lynn Cecelia Egan | x | | |
| Debtors Officers/Directors | Mario Brown | x | | |
| Debtors Officers/Directors | Mark J. Hamilton | x | | |
| Debtors Officers/Directors | Mark Kepke | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Martha Helena Bejar | x | | |
| Debtors Officers/Directors | Mary Barnes | x | | |
| Debtors Officers/Directors | Matteo Candaten | x | | |
| Debtors Officers/Directors | Mehdi Sajasi | x | | |
| Debtors Officers/Directors | Michael Gawargy | x | | |
| Debtors Officers/Directors | Michael Leeder | x | | |
| Debtors Officers/Directors | Michael W. McCorkle | x | | |
| Debtors Officers/Directors | Norberto Milan | x | | |
| Debtors Officers/Directors | Norman Caron | x | | |
| Debtors Officers/Directors | Oya Istemi | x | | |
| Debtors Officers/Directors | Parviz Rashidi | x | | |
| Debtors Officers/Directors | Paul Granville | x | | |
| Debtors Officers/Directors | Paul Karr | x | | |
| Debtors Officers/Directors | Paul T. Knudsen | x | | |
| Debtors Officers/Directors | Paul T. Knudsen | x | | |
| Debtors Officers/Directors | Paul W. Karr | x | | |
| Debtors Officers/Directors | Pete Streng | x | | |
| Debtors Officers/Directors | Peter Krautle | x | | |
| Debtors Officers/Directors | Peter Look | x | | |
| Debtors Officers/Directors | Peter Look | x | | |
| Debtors Officers/Directors | Raj Krishnan | x | | |
| Debtors Officers/Directors | Richard C. Taylor | x | | |
| Debtors Officers/Directors | Richard Willis | x | | |
| Debtors Officers/Directors | Ricky Kaura | x | | |
| Debtors Officers/Directors | Robert C. Pugh | x | | |
| Debtors Officers/Directors | Robert J. Looney | x | | |
| Debtors Officers/Directors | Robert Litalien | x | | |
| Debtors Officers/Directors | Robert Michael Kales | x | | |
| Debtors Officers/Directors | Robert Saunders | x | | |
| Debtors Officers/Directors | Robin Scott Hughes | x | | |
| Debtors Officers/Directors | Roger W. Britt | x | | |
| Debtors Officers/Directors | Ron Ryan | x | | |
| Debtors Officers/Directors | Russell Coffin | x | | |
| Debtors Officers/Directors | Serge Caron | x | | |
| Debtors Officers/Directors | Shelley Bracken | x | | |
| Debtors Officers/Directors | Sonia Garapaty | x | | |
| Debtors Officers/Directors | Stephan Radatus | x | | |
| Debtors Officers/Directors | Steve J. McKinnon | x | | |
| Debtors Officers/Directors | Steven Woods | x | | |
| Debtors Officers/Directors | Sudarshan Chitale | x | | |
| Debtors Officers/Directors | Swapan Nandi | x | | |
| Debtors Officers/Directors | Thomas A. Gigliotti | x | | |
| Debtors Officers/Directors | Tim Gaiser | x | | |
| Debtors Officers/Directors | Timothy C. Ross | x | | |
| Debtors Officers/Directors | Tom Buttermore | x | | |
| Debtors Officers/Directors | Tom P. Taylor | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Wade Lyon | x | | |
| Debtors Officers/Directors | Wei Jen Yeh | x | | |
| Debtors Officers/Directors | William Gentry | x | | |
| Debtors Officers/Directors | William J. LaSalle | x | | |
| Debtors Officers/Directors | William Roy Ellis | x | | |
| Debtors Other Professionals | Addrex Inc. | x | | |
| Debtors Other Professionals | Benesch Friedlander Coplan & Aronoff LLP | | x | |
| Debtors Other Professionals | Cassidy Turley CPS | x | | |
| Debtors Other Professionals | Chilmark Partners, LLC | | x | |
| Debtors Other Professionals | Crowell & Moring LLP | | x | |
| Debtors Other Professionals | Eugene F. Collins | x | | |
| Debtors Other Professionals | Global IP Law Group, LLC | x | | |
| Debtors Other Professionals | Jackson Lewis LLP | x | | |
| Debtors Other Professionals | Linklaters LLP | x | | |
| Debtors Other Professionals | Mercer (US) Inc. | | | x |
| Debtors Other Professionals | Palisades Capital Advisors LLC | x | | |
| Debtors Other Professionals | Punter Southall | x | | |
| Debtors Other Professionals | Shearman & Sterling LLP | | x | x |
| Debtors Other Professionals | Special Counsel Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Amalgated Bank | | | x |
| All Substantial Unsecured Bondholder or Lender | BNP/PPBC | | | x |
| All Substantial Unsecured Bondholder or Lender | Carolina Capital Markets, Inc; | x | | |
| All Substantial Unsecured Bondholder or Lender | Cede & Co. | x | | |
| All Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Citidel Trading Group, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services, LLC; | x | | |
| All Substantial Unsecured Bondholder or Lender | Davidson (D.A.) & Co., Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Dresdner Kleinwort Securities LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co, Inc; | x | | |
| All Substantial Unsecured Bondholder or Lender | Hawthorne Securities, Corp | x | | |
| All Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| All Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Jones (Edward D.) & Co. | | x | |
| All Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| All Substantial Unsecured Bondholder or Lender | Lehman Brothers, Inc. | | x | x |
| All Substantial Unsecured Bondholder or Lender | LPL Financial Corporation | | | x |
| All Substantial Unsecured Bondholder or Lender | Mackay Sheilds LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| All Substantial Unsecured Bondholder or Lender | Marshall & Illsey Bank | | x | |
| All Substantial Unsecured Bondholder or Lender | McMillion Securities, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |
| All Substantial Unsecured Bondholder or Lender | Merrill Lynch Pierce Fenner & Smith Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Morgan, Keegan & Company, Inc. | | | x |
| All Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | x | | |
| All Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | |
| All Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Sanford C. Bernstein & Co., LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Scott & Stringfellow, Inc; | x | | |
| All Substantial Unsecured Bondholder or Lender | Scottrade, Inc | | | x |
| All Substantial Unsecured Bondholder or Lender | Sterne, Agee & Leach, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Stifel Nicholaus & Company | | x | x |
| All Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | |
| All Substantial Unsecured Bondholder or Lender | UMB Bank NA | x | | |
| All Substantial Unsecured Bondholder or Lender | US Bank NA | | x | |
| All Substantial Unsecured Bondholder or Lender | Wilmington Trust Company | | x | |
| Other Significant Parties-in-Interest Material Litigation | A.W. Chesterton, Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Aldine Independent School District | x | | |
| Other Significant Parties-in-Interest Material Litigation | Alexander Lovgren | x | | |
| Other Significant Parties-in-Interest Material Litigation | Avaya | | | x |
| Other Significant Parties-in-Interest Material Litigation | California State Board of Equalization | x | | |
| Other Significant Parties-in-Interest Material Litigation | Carrasco | x | | |
| Other Significant Parties-in-Interest Material Litigation | Certain Tunable Laser Chips | x | | |
| Other Significant Parties-in-Interest Material Litigation | Chief Justice Warren K. Winkler | x | | |
| Other Significant Parties-in-Interest Material Litigation | Ciena Corporation | | x | |
| Other Significant Parties-in-Interest Material Litigation | Ernest Demel | x | | |
| Other Significant Parties-in-Interest Material Litigation | Federated Treasury Obligations | x | | |
| Other Significant Parties-in-Interest Material Litigation | Fidelity Treasury Portfolio Fund | x | | |
| Other Significant Parties-in-Interest Material Litigation | Foundry | x | | |
| Other Significant Parties-in-Interest Material Litigation | Government Prime Cash Management Fund | x | | |
| Other Significant Parties-in-Interest Material Litigation | Harris Corporation | | | x |
| Other Significant Parties-in-Interest Material Litigation | Highpoint Telecommunications Inc. | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | Huawei | x | | |
| Other Significant Parties-in-Interest Material Litigation | IBM | | | x |
| Other Significant Parties-in-Interest Material Litigation | Irell & Manella LLP | | x | |
| Other Significant Parties-in-Interest Material Litigation | Jay Colton | x | | |
| Other Significant Parties-in-Interest Material Litigation | Jim and Elaine Wright | x | | |
| Other Significant Parties-in-Interest Material Litigation | Joseph Srygler | x | | |
| Other Significant Parties-in-Interest Material Litigation | Layn R. Phillips | x | | |
| Other Significant Parties-in-Interest Material Litigation | Lisa Fitzgerald | x | | |
| Other Significant Parties-in-Interest Material Litigation | Mack Thorpe, Jr. | x | | |
| Other Significant Parties-in-Interest Material Litigation | NEC | x | | |
| Other Significant Parties-in-Interest Material Litigation | Pamela Richardson | x | | |
| Other Significant Parties-in-Interest Material Litigation | Patricia Harmon | x | | |
| Other Significant Parties-in-Interest Material Litigation | Pavel Molodetskiy | x | | |
| Other Significant Parties-in-Interest Material Litigation | Reserve Primary Fund | x | | |
| Other Significant Parties-in-Interest Material Litigation | Robert Buchwald | x | | |
| Other Significant Parties-in-Interest Material Litigation | Scott M. Johnson | x | | |
| Other Significant Parties-in-Interest Material Litigation | Sharon Tangney | x | | |
| Other Significant Parties-in-Interest Material Litigation | Steven Domenikos | x | | |
| Other Significant Parties-in-Interest Material Litigation | Teligent Services Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Terrence Freeman | x | | |
| Other Significant Parties-in-Interest Material Litigation | Wanland and Associates | x | | |
| Other Significant Parties-in-Interest Material Litigation | ZTE | x | | |
| Official Statutory Committees Attorney | Akin Gump Strauss Hauer & Feld LLP | | x | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|:---:|:---:|:---:|
| Official Statutory Committees Attorney | Ashurst LLP | x | | |
| Official Statutory Committees Attorney | Capstone Advisory Group, LLC | x | | |
| Official Statutory Committees Attorney | Fraser Milner Casgrain LLP | x | | |
| Official Statutory Committees Attorney | Jefferies & Co., Inc. | | x | |
| Official Statutory Committees Attorney | Richards, Layton & Finger | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 10 Sylvan SPE LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 101 Constitution Trust | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 13560 Morris Road Office Investors, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | 7884 BR LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | ACE Parking Management | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Allied World Assurance Company Ltd | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | American Home Assurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | American Home Assurance Company (National Union) | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Arch Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Arrowhead General Insurance Agency | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Beazley Syndicate | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Behringer Harvard TIC | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Biltmore Financial Center II | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Bonham Golf & Country Club, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Brookfield Lakes Corporate Center | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | BSNL | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | California State Teachers Retierment | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Campbell Creek Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Canal View Properties III, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Catlin Canada Inc. | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | China Mobility | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Ciminelli Development Co. Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | City of Bonham | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Coliseum Transfer Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Colliers Dickson Flake Partners Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Continental Casualty Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Crescent Peakview Tower LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Datatec Networking and Com. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Deka Immobilien Investment GMBH | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Deutsche Telecom | | | x |
| Parties to the Debtors Significant Executory Contracts and Leases | Direct Touch Federal | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Duesenberg Investment Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Empire Indemnity | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Falvey Cargo Underwriting | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Flagler Development Company | | | x |
| Parties to the Debtors Significant Executory Contracts and Leases | France Telecom/Orange | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gail G. Anderson dba Willard T. Anderson Properties | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Gateway Associates Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | GCAN Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Genesis Building LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Green 485 Owner LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hanoi Telecom | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|:---:|:---:|:---:|
| Parties to the Debtors Significant Executory Contracts and Leases | Hines Riverfront Plaza, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Hiscox Syndicate | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | HQ Global Workplaces Inc. | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | I & G Direct Real Estate 16, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | IGD Properties Corp. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Insignia ESG, Inc. | | | x |
| Parties to the Debtors Significant Executory Contracts and Leases | IPC Metrocenter LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | IStar Ctl. 1, L.P./Lehman Ali Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Korea Telecom – Freetel | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | LGT | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Max Bermuda Ltd. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Meadow Brook Office LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Metropark South LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Metropolitan Tulsa Investments LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | New Boston 175 Capital Boulevard LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Omaha Plaza Investments c/o CBRE The Mega Group | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Omega Corporate Center, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | One Boston Place, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | One Capital Mall Investors LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Open Terrace Associates LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Princeton E&S | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | QBE Specialty | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Reckson Operating Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Riverdale Office Properties Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | RP Sam Houston Plaza, L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | SK Telecom | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sobrato Land Holdings | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Sunset Land Company LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Talcott II Alamo LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Talcott III Ormsby LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tallahassee Corporate Center LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | TCIT Dallas Industrial, Inc. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Technology Center Associates LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Technology Park V LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Technology Park X LTD Partnership | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Temple Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | The Plaza CP, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tomorrow 35 Century L.P. | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Tower 333 LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Two Towne Square LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | UCM/SREP-Corporate Woods, LLC | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | US Cellular | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | West Colony Office Associates, LP | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Wireless (TX) LP QRS 14 | x | | |

| Category | PIIL | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contracts and Leases | Woodfield Holdings Pt., LLC | x | | |
| Largest Unsecured Creditors | Advanced Information Management | x | | |
| Largest Unsecured Creditors | Airspan Communications Ltd. | x | | |
| Largest Unsecured Creditors | Alvarion Ltd | | x | |
| Largest Unsecured Creditors | Beeline | x | | |
| Largest Unsecured Creditors | Central General Engineering and Maintenance Limited | x | | |
| Largest Unsecured Creditors | Coams Inc | x | | |
| Largest Unsecured Creditors | Coams Inc. | x | | |
| Largest Unsecured Creditors | Communications Test Design Inc. | x | | |
| Largest Unsecured Creditors | Computer Science Corporation | | | x |
| Largest Unsecured Creditors | Covergence Inc. | x | | |
| Largest Unsecured Creditors | Flextronics | | x | |
| Largest Unsecured Creditors | Flextronics America LLC | x | | |
| Largest Unsecured Creditors | Flextronics International | | x | |
| Largest Unsecured Creditors | Flextronics International Europe BV | x | | |
| Largest Unsecured Creditors | Flextronics Logistics USA Inc. | x | | |
| Largest Unsecured Creditors | Flextronics Sales & Marketing North | x | | |
| Largest Unsecured Creditors | GFI Inc. | | x | |
| Largest Unsecured Creditors | Glow Networks | | x | |
| Largest Unsecured Creditors | I and C SA | x | | |
| Largest Unsecured Creditors | Isbel SA | x | | |
| Largest Unsecured Creditors | ITC Networks | x | | |
| Largest Unsecured Creditors | J Mock & Co SA | x | | |
| Largest Unsecured Creditors | Konet PR | x | | |
| Largest Unsecured Creditors | Lederfyl SA | x | | |
| Largest Unsecured Creditors | Manning Global | x | | |
| Largest Unsecured Creditors | Mcomm Group Inc | x | | |
| Largest Unsecured Creditors | Mercury America USA Corp | x | | |
| Largest Unsecured Creditors | Newcomm 2000 | x | | |
| Largest Unsecured Creditors | Online 2000 Inc | x | | |
| Largest Unsecured Creditors | Optime Consulting Inc | x | | |
| Largest Unsecured Creditors | Pension Benefit Guaranty Corporation | | x | |
| Largest Unsecured Creditors | Rerate Limited Inc | x | | |
| Largest Unsecured Creditors | SEAL Consulting | x | | |
| Largest Unsecured Creditors | Siemens Enterprise Comm Inc | x | | |
| Largest Unsecured Creditors | Tata Consultancy Services | | x | |
| Largest Unsecured Creditors | Telmar Network Technology | | x | |
| Largest Unsecured Creditors | Telrad Networks Ltd. | x | | |
| Largest Unsecured Creditors | United Business Media LLC dba Everything Channel | x | | |
| Largest Unsecured Creditors | Verint Americas Inc | x | | |
| Largest Unsecured Creditors | Wipro Systems Ltd. | x | | |
| Largest Unsecured Creditors | Wipro Technologies | x | | |
| Largest Unsecured Creditors | Wireless Integrated Networks WIN | x | | |
| Largest Unsecured Creditors | Wistron InfoComm Technology Corp. | x | | |