# Exhibit 3

## Litigation Parties

1. Fidelity Investments -Fidelity Management Trust Company; Fidelity Capital Markets Services: are a co-defendant with, among others, EY LLP in litigation pending in the United States District Court for the Southern District of New York (Case Numbers: 1:08cv5523 and 1:10-cv-8631).

2. Edward D. Jones & Co: is a co-defendant with, among others, EY LLP in an action pending in the United States District Court for the Southern District of New York (Case Number 08-cv-5523).

3. Lehman Brothers and/or its Officers & Directors: are co-defendants with, among others, EY LLP in litigation pending in the United States District Court for the Southern District of New York (Case Numbers: 08-cv-5523; 1:09-cv-6040; 1:09-cv-1944; 1:09-cv-1946; 1:09-cv-2363; 1:09-cv-3467; 1:09-cv-3474; 1:09-cv-3468; 1:09-cv-3475; 1:09-cv-3476; 1:11-civ-04278; 1:09-cv-3478; 1:09-cv-6652; 1:09-cv-6041; 1:09-cv-01238; ; 1:11-cv-09001; 11-civ-5112; 1:10-cv-8631; 1:2009cv07878; 1:2009cv07877; 10-cv-5617; 10-cv-6185; 10-cv-5201; 11 CIV 3745; 10-CV-6077; 1:11cv3552; 1:11cv2039; and 10-cv-2926).

4. BNY Mellon Capital Markets LLC fka Mellon Financial Markets LLC, Mellon Trust of New England, NA: are co-defendants with, among others, EY LLP in actions pending in the United States District Court for the Southern District of New York (Case Numbers: 09-2363; 09-3478; 08-cv-5523; 1:2009cv07878; 09-1946; 09-3478 and 09-6041).

5. Merrill Lynch, Pierce, Fenner & Smith Inc.; Merrill Lynch & Co., Inc. is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Case Numbers: 1:09-2363 and 1:08cv5523).

6. Ridge Clearing & Outsourcing Solutions Inc: is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Case Number 1:09-cv-2363).