IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,   The Debtors, | ) | Case No. 09-10138 (KG) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby wishes to withdraw appearance in the above-captioned bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be <u>removed from all service lists</u> for these proceedings.

DATED: February 8, 2014     BY:  *Olive Jane Stepp*

Olive Jane Stepp

470 Fairview Rd.

Asheville, NC 28803