**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.,*<br><br>            Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG), *et seq.*<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

TO:   The Clerk of Court and Debtors' Claims Agent:

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Malek Shiffrin LLP ("MS LLP") hereby withdraws its appearance as counsel to Solus Alternative Asset Management LP ("Solus") in the above-captioned case.  MS LLP further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware and the Debtors' claims agent remove it from the electronic and paper noticing matrix for the above-captioned case.  Pinckney, Weidinger, Urban & Joyce, LLC (f/k/a Pinckney, Harris & Weidinger, LLC) will continue to represent Solus in the above-captioned case.

Dated: February 19, 2014          PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
         Wilmington, Delaware          (f/k/a PINCKNEY, HARRIS & WEIDINGER, LLC)

                                          **/s/ Kevin M. Capuzzi**
                                          Kevin M. Capuzzi, Esq. (No. 5462)
                                          1220 North Market Street, Suite 950
                                          Wilmington, Delaware 19801
                                          (302) 504-1497 (Telephone)
                                          (302) 655-5213 (Facsimile)
                                          kcapuzzi@pwujlaw.com

                                          and

Javier Schiffrin, Esquire (admitted *pro hac vice*)
MALEK SCHIFFRIN LLP
340 Madison Avenue
New York, NY 10173
(212) 220-9388 (Telephone)
(212) 220-9504 (Facsimile)
javier.schiffrin@malekschiffrin.com