**CERTIFICATE OF SERVICE**

  I, Kevin M. Capuzzi, certify that on February 19, 2014, I caused a copy of the attached *Notice of Withdrawal of Appearance and Request for Removal from Electronic and Paper Noticing Matrix* to be served upon the parties listed below via first-class mail, postage prepaid:

Epiq Bankruptcy Solutions, LLC
Re: Nortel Networks, Inc., *et al.*
757 Third Avenue, 3rd Floor
New York, NY 10017
*Claims Agent to the Debtors*

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel to the Debtors*

James L. Bromley, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel to the Debtors*

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

              **/s/ Kevin M. Capuzzi**
              Kevin M. Capuzzi (No. 5462)