# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2014 through January 31, 2014

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 1/2/14   End Date 1/31/14

**Enter Billing Rate/Hr:** 670.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 22.4 | $670.00 | $15,008.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 0.5 | $670.00 | $335.00 |
| 5 | Fee Applications | 3.8 | $670.00 | $2,546.00 |
| 6 | Various Corporate Matters | 0.5 | $670.00 | $335.00 |
| 7 | Non-working Travel | | | |
| | **Hours/Billing Amount for Period:** | **27.2** | | **$18,224.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/2/14 | Review and approve EY SOW amendment | 4 | 0.5 |
| 1/2/14 | Review and comment on Canadian objection to settlement | 3 | 0.8 |
| 1/5/14 | Prepare fee app | 5 | 3.3 |
| 1/6/14 | Review rep dep motion | 3 | 1.0 |
| 1/7/14 | SNMP matter; review communication from counsel | 3 | 0.8 |
| 1/7/14 | Review and file fee app | 5 | 0.5 |
| 1/9/14 | Review expert matters with counsel | 3 | 2.0 |
| 1/16/14 | China matter re amounts due | 6 | 0.5 |
| 1/19/14 | Review expert reports | 3 | 5.0 |
| 1/24/14 | Review further expert reports | 3 | 6.0 |
| 1/26/14 | Review additional reports from counsel | 3 | 6.0 |
| 1/31/14 | Review and execute 34th and 35th omnibus | 3 | 0.8 |