# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG), *et seq.*<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby appears in the above-captioned cases as counsel to Solus Alternative Asset Management LP ("Solus") pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that the undersigned be added to the official mailing matrix and service lists in these cases.[1]  Quinn Emanuel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, section 1109(b) of the Bankruptcy Code, and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that copies of all notices and pleadings given or required to be given and all papers served or required to be served in these cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given to and served upon Solus through service upon Quinn Emanuel and PWUJ, at the addresses, telephone numbers, facsimile numbers and email addresses set forth below:

---

[1] Pinckney, Weidinger, Urban & Joyce LLC (f/k/a Pinckney, Harris & Weidinger, LLC) ("PWUJ") previously entered its appearance as counsel to Solus and will continue to serve as co-counsel to Solus with Quinn Emanuel.

| | |
|---|---|
| Susheel Kirpalani, Esq.<br>James C. Tecce, Esq.<br>Daniel S. Holzman, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 (Telephone)<br>(212) 849-7100 (Facsimile)<br>jamestecce@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com | Kevin M. Capuzzi, Esq.<br>Pinckney, Weidinger, Urban & Joyce LLC<br>1220 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 (Telephone)<br>(302) 655-5213 (Facsimile)<br>kcapuzzi@pwujlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, facsimile, telecopier or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Service of Papers Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any substantive or procedural rights of Solus including, without limitation, to:

(i) require that where any adversary proceeding is to be initiated against Solus in these or any related cases or where any proceeding is to be initiated by complaint against Solus under applicable non-bankruptcy law, service shall be made on Solus in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes;

2

(ii) have final orders entered only after *de novo* review by a higher court;

(iii) trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2);

(iv) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or

(v) any other rights, claims, actions, defenses, setoffs or recoupments to which Solus is or may be entitled in law or at equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs or recoupments are expressly reserved and preserved by Solus without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: February 20, 2014         PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
Wilmington, Delaware

                                         **/s/ Kevin M. Capuzzi**
Kevin M. Capuzzi (No. 5462)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 (Telephone)
(302) 655-5213 (Facsimile)

and

Susheel Kirpalani, Esq. (not admitted *pro hac vice*)
James C. Tecce, Esq. (not admitted *pro hac vice*)
Daniel S. Holzman, Esq. (not admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000 (Telephone)
(212) 849-7100 (Facsimile)

*Attorneys for Solus Alternative Asset Management LP*