**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, certify that on February 20, 2014, I caused a copy of the attached *Notice of Appearance and Request for Service of Papers Pursuant to Fed. R. Bankr. P. 2002* to be served upon the parties listed below via first-class mail, postage prepaid:

>Epiq Bankruptcy Solutions, LLC
>Re: Nortel Networks, Inc., *et al.*
>757 Third Avenue, 3rd Floor
>New York, NY 10017
>*Claims Agent to the Debtors*
>
>Derek C. Abbott, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street, 18th Floor
>P.O. Box 1347
>Wilmington, DE 19899-1347
>*Counsel to the Debtors*
>
>James L. Bromley, Esquire
>Cleary Gottlieb Steen & Hamilton LLP
>One Liberty Plaza
>New York, NY 10006
>*Counsel to the Debtors*
>
>Mark Kenney, Esquire
>Office of the United States Trustee
>844 King Street, Suite 2207
>Lockbox 35
>Wilmington, DE 19801-3519

                                      **/s/ Kevin M. Capuzzi**
                                      Kevin M. Capuzzi (No. 5462)