# EXHIBIT A

**851277**



# BILLABLE PROFORMA

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000121/ Wanland  

**Proforma Generation Date:** 02/12/14 09:31:52

**Fees and Disbursements Through 01/31/14**  
**Last Date Billed** 12/09/13 (Through 12/31/13)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

**Billing Instructions:** BANKRUPTCY CAM - DO NOT SUBMIT OR MAIL BILLS TO NORTEL

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $988.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $988.00 | | |
| **Address:** Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | **YTD Fees Billed** | $0.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $177,727.00 |
| | | **LTD Disb Billed** | $2,605.96 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11940329 | 11/08/13 | Kramer, B. | Exchange emails with Stephanie Sado at Cleary re status of settlement documents. | 0.10 | $69.00 |
| 11940306 | 12/03/13 | Kramer, B. | Exchange emails with Stephanie Sado at Cleary re status of review of settlement documents. | 0.10 | $69.00 |
| 11940102 | 12/05/13 | Kramer, B. | Exchange messages with plaintiff's counsel re status update (.1); receive update from Mr. Cheney re status of bankruptcy trial (.1). | 0.20 | $138.00 |
| 11973847 | 01/15/14 | Kramer, B. | Exchange emails with plaintiff's counsel re status | 0.20 | $144.00 |

DCACTIVE-26663798.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan
Client: 105185/ Nortel Networks Corp
Matter: 105185.0000121/ Wanland

Fees and Disbursements Through 01/31/14
Last Date Billed 12/09/13 (Through 12/31/13)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | of settlement documents (.1); send email to counsel at Cleary re same (.1). | | |
| 11974688 | 01/16/14 | Kramer, B. | Discussions with Mr. Cheney re status of bankruptcy proceedings as they relate to settlement of Wanland claim (.3); telephone call with plaintiff's counsel re settlement documents and notice and administration issues (.3). | 0.60 | $432.00 |
| 11982018 | 01/16/14 | Cheney, M | Teleconference with Ms. Kramer re open issues for potential resolution. | 0.10 | $68.00 |
| 11982021 | 01/16/14 | Cheney, M | Teleconference with Ms. Cordo (MNAT) re potential resolution and next steps. | 0.10 | $68.00 |
| | | | **Professional Services Total** | **1.40** | **$988.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001275 | Partner | Kramer, B. | 690.00 | .40 | $276.00 |
| 001275 | Partner | Kramer, B. | 720.00 | .80 | $576.00 |
| 001835 | Partner | Cheney, M | 680.00 | .20 | $136.00 |
| | | | **Fees Value** | **1.40** | **$988.00** |

DCACTIVE-26663798.1

**851278**



## BILLABLE PROFORMA

**Billing Attorney:** 001835/ Matthew Cheney  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000189/ Fee/Employment Application - US  

**Proforma Generation Date:** 02/12/14 09:31:53  

**Fees and Disbursements Through 01/31/14**  
**Last Date Billed 12/09/13 (Through 12/31/13)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185  

| Billing Instructions: | BANKRUPTCY CAM - DO NOT SUBMIT OR MAIL BILLS TO NORTEL |
|---|---|

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $672.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $672.00 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $0.00 |
| Dept. 0381 | | **YTD Disb Billed** | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $124,774.50 |
| Toronto, Ontario | | **LTD Disb Billed** | $362.45 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11821815 | 11/18/13 | Perales, O. | Prepare fiftieth interim fee application for August 1, 2013 through October 31, 2013. | 0.60 | $141.00 |
| 11821819 | 11/18/13 | Perales, O. | Prepare nineteenth quarterly application. | 0.30 | $70.50 |
| 11821821 | 11/18/13 | Perales, O. | Prepare order approving fees for August 2013 through October 2013 fee statements. | 0.10 | $23.50 |
| 11835783 | 11/19/13 | Perales, O. | Draft Excel file for Ms. Scarborough (Fee Examiner). | 0.20 | $47.00 |

- 1 of 2 -

DCACTIVE-26663769.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 001835/ Matthew Cheney     **Fees and Disbursements Through 01/31/14**
**Client:** 105185/ Nortel Networks Corp     **Last Date Billed 12/09/13 (Through 12/31/13)**
**Matter:** 105185.0000189/ Fee/Employment Application - US     **Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 11837189 | 11/20/13 | Cheney, M | Review and revise monthly fee statement. | 0.20 | $130.00 |
| 11837192 | 11/20/13 | Cheney, M | Review and revise quarterly fee application. | 0.10 | $65.00 |
| 11849659 | 11/26/13 | Cheney, M | Review proposed fee order from Ms. Cordo. | 0.10 | $65.00 |
| 11894307 | 12/12/13 | Cheney, M | Draft response to fee examiner's initial reports for 17th and 19th quarterly fee applications. | 0.20 | $130.00 |
| | | | **Professional Services Total** | **1.80** | **$672.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 650.00 | .60 | $390.00 |
| 002444 | Specialist | Perales, O. | 235.00 | 1.20 | $282.00 |
| | | | **Fees Value** | **1.80** | **$672.00** |

DCACTIVE-26663769.1