**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The   Official Unsecured Creditors Committee for Nortel Networks Inc
c/o  Akin Gump Strauss Hauer & Feld LLP
One  Bryant Park
New  York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

# ashurst

Interim (S)

VAT  Invoice Date: **19 February 2014**      Our Ref: **GDB/CCN01.00001**         Invoice No.: **361826**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 25,870.00 |
| For the period to 31 January 2014, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 14.10 |
| **Disbursements:** (NT) | | | |
| Court Fees | 0.00 | 0.00 | 7.00 |
| | 0.00 | | 25,891.10 |
| | | VAT | 0.00 |
| | | Total | 25,891.10 |
| | | **Balance Due** | **25,891.10** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP – **Account No.:** 00404268
**Sort Code:** 50-00-00 – **Swift Code:** NWBKGB2L – **IBAN Code:** GB12NWBK50000000404268

Please quote reference 361826 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised
and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional
qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in
relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group
has an office in each of the places listed above.



**The Official Unsecured Creditors Committee for Nortel Networks Inc**
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2014

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.20 | 160.00 | (C0029) |
| | | **0.20** | **160.00** | |
| Partner: | Angela Pearson | 0.60 | 429.00 | (C0002) |
| | | 1.30 | 929.50 | (C0003) |
| | | 0.50 | 357.50 | (C0019) |
| | | **2.40** | **1,716.00** | |
| Partner: | Marcus Fink | 3.80 | 2,622.00 | (C0019) |
| | | **3.80** | **2,622.00** | |
| Senior Associate | Antonia Croke | 4.10 | 2,132.00 | (C0003) |
| | | 2.50 | 1,300.00 | (C0007) |
| | | 0.30 | 156.00 | (C0014) |
| | | 1.10 | 572.00 | (C0019) |
| | | 16.60 | 8,632.00 | (C0029) |
| | | **24.60** | **12,792.00** | |
| Junior Associate | Sophie Law | 19.70 | 6,402.50 | (C0003) |
| | | 1.60 | 520.00 | (C0007) |
| | | 0.80 | 260.00 | (C0019) |
| | | 0.50 | 162.50 | (C0029) |
| | | **22.60** | **7,345.00** | |
| Trainee | Annie Morrin | 0.30 | 57.00 | (C0002) |
| | | 3.00 | 570.00 | (C0003) |
| | | 1.50 | 285.00 | (C0007) |
| | | **4.80** | **912.00** | |
| Trainee | Louise Browning | 1.70 | 323.00 | (C0019) |
| | | **1.70** | **323.00** | |
| | **TOTAL** | **60.10** | **25,870.00** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2014

## Matter: CCN01.00001 - BANKRUPTCY

**C0002**     **General Case Administration**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.60 | 715.00 | 429.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 0.30 | 190.00 | 57.00 |
| | | | Total | 486.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2014 | Annie Morrin | MISC | Collating files of deposition summaries into one complete bundle | 0.30 | 190.00 | 57.00 |
| 14/01/2014 | Angela Pearson | PHON | Telephone conversation with Akin Gump re: role going forward | 0.40 | 715.00 | 286.00 |
| 14/01/2014 | Angela Pearson | INTD | Discussion with ACROKE re: involvement | 0.20 | 715.00 | 143.00 |
| | | | | | | 486.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.30 | 715.00 | 929.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.10 | 520.00 | 2,132.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 19.70 | 325.00 | 6,402.50 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 3.00 | 190.00 | 570.00 |
| | | | Total | **10,034.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0003    Ashurst Fee Application/Monthly Billing Reports

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/01/2014 | Sophie Law | LETT | Emails from Akin Gump re report from fee examiner on Ashurst interim application | 0.30 | 325.00 | 97.50 |
| 02/01/2014 | Antonia Croke | LETT | Emails Ash and Akin re response to fee examiner's report and ash fee app | 0.90 | 520.00 | 468.00 |
| 02/01/2014 | Antonia Croke | LETT | Phone call SLAW re fee examiners report on Ash fee apps and response re same | 0.50 | 520.00 | 260.00 |
| 02/01/2014 | Sophie Law | MISC | Review fee examiner's preliminary report, emails to ACROKE summarising same, emails to Akin to arrange a call to discuss response to same; call with Akin to discuss same; call with ACROKE to report call with Akin; email to AMP re action points re fee examiner's report | 2.00 | 325.00 | 650.00 |
| 03/01/2014 | Antonia Croke | LETT | Review emails and attachments with Akin re response to fee examiner | 0.30 | 520.00 | 156.00 |
| 03/01/2014 | Sophie Law | MISC | Preparing documents in response to fee examiner's prelim report | 3.80 | 325.00 | 1,235.00 |
| 06/01/2014 | Antonia Croke | DRFT | Review draft response to fee examiner; draft amends; emails re same; confer SLAW and AMP re same | 0.70 | 520.00 | 364.00 |
| 06/01/2014 | Annie Morrin | MISC | Preparing a table of prior fee applications to attach to fee application. | 1.20 | 190.00 | 228.00 |
| 06/01/2014 | Annie Morrin | LETT | Reading an email from SLAW re response to the fee examiner's preliminary report. | 0.10 | 190.00 | 19.00 |
| 06/01/2014 | Angela Pearson | INTD | Discussion with SLAW on response to fee examiner | 0.10 | 715.00 | 71.50 |
| 06/01/2014 | Angela Pearson | READ | Review revised time schedule and on response to fee examiner | 0.70 | 715.00 | 500.50 |
| 06/01/2014 | Angela Pearson | INTD | Emails to ACROKE/SLAW on response to fee examiner | 0.20 | 715.00 | 143.00 |
| 06/01/2014 | Angela Pearson | INTD | Discussion with ACROKE on response to fee examiner | 0.10 | 715.00 | 71.50 |
| 06/01/2014 | Sophie Law | LETT | Finalising response to fee examiner, drafting cover email, prepare schedule of billing history, intds AMP and ACROKE re same, send to Akin | 3.00 | 325.00 | 975.00 |
| 06/01/2014 | Sophie Law | MISC | Finalising responses to fee examiner | 2.50 | 325.00 | 812.50 |
| 08/01/2014 | Antonia Croke | LETT | Review emails from Akin and SLAW re Ash fee response | 0.20 | 520.00 | 104.00 |
| 08/01/2014 | Antonia Croke | LETT | Review final submission to fee examiner | 0.20 | 520.00 | 104.00 |
| 08/01/2014 | Angela Pearson | DRFT | Review/Amend response to fee examiner | 0.20 | 715.00 | 143.00 |
| 08/01/2014 | Sophie Law | MISC | Email in from Matt at Akin re response to fee examiner, reply and email to Ashurst team; review AMP narratives, email to AMP | 0.50 | 325.00 | 162.50 |
| 14/01/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.10 | 520.00 | 52.00 |
| 14/01/2014 | Sophie Law | LETT | Email Steve Gibson re costs/expenses for Dec; Emails B Kahn at Akin reporting same | 0.20 | 325.00 | 65.00 |
| 22/01/2014 | Sophie Law | MISC | Fee app - email to Steve Gibson re breakdown and copying/printing costs | 0.30 | 325.00 | 97.50 |
| 23/01/2014 | Antonia Croke | LETT | Emails SLAW re Ash fee app | 0.10 | 520.00 | 52.00 |
| 23/01/2014 | Sophie Law | MISC | Review Ashurst invoice for fee app, to costs for processing | 0.60 | 325.00 | 195.00 |
| 24/01/2014 | Sophie Law | LETT | Fee application - check ashurst invoice, prepare fee app; check status of previous fee applications, CNO etc. | 3.20 | 325.00 | 1,040.00 |
| 27/01/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel- Fee Examiner's Final Report re Ashurst's 19th Interim Fee Application | 0.10 | 520.00 | 52.00 |
| 27/01/2014 | Antonia Croke | LETT | Review emails re Ash fee app; email AMP re same | 0.30 | 520.00 | 156.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0003**</u>      <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 27/01/2014 | Sophie Law | LETT | December fee application - finalise; anonymising deponent names; submit to Akin for filing | 1.80 | 325.00 | | 585.00 |
| 28/01/2014 | Antonia Croke | LETT | Review emails re fee app | 0.10 | 520.00 | | 52.00 |
| 28/01/2014 | Sophie Law | LETT | Emails to/from Akin re fee examiners' report; review report | 0.30 | 325.00 | | 97.50 |
| 31/01/2014 | Antonia Croke | LETT | Emails re Ash interim fee app; confer SLAW re same | 0.60 | 520.00 | | 312.00 |
| 31/01/2014 | Annie Morrin | MISC | Fee applications | 1.70 | 190.00 | | 323.00 |
| 31/01/2014 | Sophie Law | LETT | Confer ACROKE, emails AMORRI re verification of numbers in interim exhibit order; draft email to RLF with proposed amends, send to ACROKE to review, finalise and send | 1.20 | 325.00 | | 390.00 |

|  |  |
|---|---|
|  | 10,034.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**        **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.50 | 520.00 | 1,300.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 1.60 | 325.00 | 520.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 1.50 | 190.00 | 285.00 |
| | | | Total | **2,105.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2014 | Antonia Croke | LETT | Review agenda for UCC call; email AMP re same | 0.20 | 520.00 | 104.00 |
| 09/01/2014 | Antonia Croke | ATTD | Attend UCC call | 0.70 | 520.00 | 364.00 |
| 09/01/2014 | Antonia Croke | INTD | Confer AMP re UCC call | 0.10 | 520.00 | 52.00 |
| 09/01/2014 | Annie Morrin | LETT | Weekly committee call. | 0.70 | 190.00 | 133.00 |
| 15/01/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew and agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 16/01/2014 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 520.00 | 52.00 |
| 16/01/2014 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 520.00 | 208.00 |
| 16/01/2014 | Sophie Law | ATTD | UCC committee call; post-call intd ACROKE | 0.80 | 325.00 | 260.00 |
| 22/01/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 23/01/2014 | Antonia Croke | ATTD | Attend the UCC call | 0.50 | 520.00 | 260.00 |
| 23/01/2014 | Antonia Croke | LETT | Emails SLAW re UCC call | 0.10 | 520.00 | 52.00 |
| 23/01/2014 | Antonia Croke | READ | Review Agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 23/01/2014 | Sophie Law | MISC | UCC call | 0.50 | 325.00 | 162.50 |
| 29/01/2014 | Antonia Croke | LETT | Review Agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 30/01/2014 | Annie Morrin | PHON | Weekly UCC call | 0.80 | 190.00 | 152.00 |
| 30/01/2014 | Sophie Law | LETT | Intds ACROKE, emails AMORRIN re UCC committee call today | 0.30 | 325.00 | 97.50 |
| | | | | | | **2,105.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0014**    **Canadian Proceedings/Matters**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.30 | 520.00 | 156.00 |
| | | | Total | **156.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2014 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: RE: Nortel - Message from Morawetz | 0.10 | 520.00 | 52.00 |
| 29/01/2014 | Antonia Croke | LETT | Review email from Slavens, Adam  Re: Canadian motion | 0.10 | 520.00 | 52.00 |
| 30/01/2014 | Antonia Croke | LETT | Review email from Slavens, Adam  Re: Justice Morawetz order | 0.10 | 520.00 | 52.00 |
| | | | | | | **156.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0019    Labor Issues/Employee Benefits

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 715.00 | 357.50 |
| MDF | Marcus Fink | 3.80 | 690.00 | 2,622.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.10 | 520.00 | 572.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 325.00 | 260.00 |
| **Trainee** | | | | |
| LOBROW | Louise Browning | 1.70 | 190.00 | 323.00 |
| | | | Total | **4,134.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 30/12/2013 | Sophie Law | LETT | Emails to/from Akin Gump re Beddoes Order | 0.10 | 325.00 | 32.50 |
| 03/01/2014 | Louise Browning | RSCH | Telephone to library to run Bloomberg terminal search in relation to the UK Pension parties filing of Beddoe Order documents; discussions with SLAW re: the same | 0.30 | 190.00 | 57.00 |
| 03/01/2014 | Louise Browning | RSCH | Travelling to court; searching the cause lists for the Chancery division for information in relation to the UK Pensions parties filing of Beddoe Order documents; quick debrief on return with SLAW re: the same | 1.40 | 190.00 | 266.00 |
| 03/01/2014 | Sophie Law | MISC | Liaising trainee re searches at Court / Bloomberg terminal re UKP filing of Beddoe Order documents, emails ACROKE re same | 0.70 | 325.00 | 227.50 |
| 13/01/2014 | Antonia Croke | READ | Review bulletin on Lehmen's pensions decision; confer MFINK and AMP re same; draft amends to email to Akin re same | 1.00 | 520.00 | 520.00 |
| 13/01/2014 | Antonia Croke | LETT | Review email from Mr David H Botter Re: Another Storm brewing in relation to the scope of the Pensions Regulator's anti-avoidance powers | 0.10 | 520.00 | 52.00 |
| 13/01/2014 | Angela Pearson | INTD | Discussion with ACROKE re: implications of the new Lehman's case | 0.20 | 715.00 | 143.00 |
| 13/01/2014 | Angela Pearson | READ | Review emails/judgments of Lehman case. | 0.30 | 715.00 | 214.50 |
| 13/01/2014 | Marcus Fink | LETT | Review Lehmans judgement concerning maximum FSD caps and consider applicability to Nortel FSDs. Review press comment. Discuss with A Croke. Provide analysis to D Botter at AKIN | 3.80 | 690.00 | 2,622.00 |
| | | | | | | 4,134.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0029**</u>        <u>**Intercompany Analysis**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.20 | 800.00 | 160.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 16.60 | 520.00 | 8,632.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.50 | 325.00 | 162.50 |
| | | | Total | 8,954.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0029**</u>        <u>**Intercompany Analysis**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2014 | Antonia Croke | LETT | Review email from Slavens, Adam Re: US debtors filing | 0.10 | 520.00 | 52.00 |
| 02/01/2014 | Antonia Croke | LETT | Review emails re objections to representative witness subjects | 0.20 | 520.00 | 104.00 |
| 04/01/2014 | Antonia Croke | LETT | Review email from Kimmel, Jessica Re: RE: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 06/01/2014 | Antonia Croke | LETT | Review email from Cordo, Annie Re: Nortel - Message from Chambers re: Tomorrow's Hearing | 0.10 | 520.00 | 52.00 |
| 06/01/2014 | Antonia Croke | LETT | Review emails RE: Trial Process - Meet and Confer | 0.10 | 520.00 | 52.00 |
| 06/01/2014 | Antonia Croke | LETT | Review email from Slavens, Adam Re: RE: Nortel Networks: timing for Motion to Dispense with Representative Party Discovery | 0.10 | 520.00 | 52.00 |
| 06/01/2014 | Antonia Croke | READ | Review supplemental response and limited objection of the monitor and canadian debtors to the EMEA claims settlement agreement dated 2/1/14 and emails re same | 1.00 | 520.00 | 520.00 |
| 06/01/2014 | Antonia Croke | LETT | Review ltr from US debtors dated 3/1/14 re production of documents | 0.10 | 520.00 | 52.00 |
| 06/01/2014 | Antonia Croke | READ | Review agenda for 7 Jan 2014 Court hearing | 0.30 | 520.00 | 156.00 |
| 06/01/2014 | Antonia Croke | LETT | Review emails and attachments dated 3-4/1/14 re motion to dispense with representative witness depositions | 1.50 | 520.00 | 780.00 |
| 06/01/2014 | Antonia Croke | LETT | Review emails and filed pleadings re representative witness deposition motion | 0.40 | 520.00 | 208.00 |
| 07/01/2014 | Antonia Croke | LETT | Review emails re joint Hearing | 0.30 | 520.00 | 156.00 |
| 07/01/2014 | Antonia Croke | LETT | Review US debtors ltr to Judge Gross | 0.70 | 520.00 | 364.00 |
| 08/01/2014 | Antonia Croke | LETT | Emails re settlement | 0.20 | 520.00 | 104.00 |
| 08/01/2014 | Antonia Croke | LETT | Review email from Erickson, Jodi Re: Nortel: January 10 Meet and Confer - Attendee Lists | 0.10 | 520.00 | 52.00 |
| 08/01/2014 | Antonia Croke | LETT | Review summary of court approval of EMEA settlement | 0.20 | 520.00 | 104.00 |
| 08/01/2014 | Giles Boothman | READ | Email/ report re EMEA settlement | 0.20 | 800.00 | 160.00 |
| 08/01/2014 | Sophie Law | LETT | Email Ashurst team re approval of EMEA settlement | 0.20 | 325.00 | 65.00 |
| 09/01/2014 | Antonia Croke | LETT | Email A Qureshi re update | 0.10 | 520.00 | 52.00 |
| 09/01/2014 | Antonia Croke | READ | Review letters and emails from all parties re identification of expert witnesses | 0.70 | 520.00 | 364.00 |
| 09/01/2014 | Antonia Croke | LETT | Review emails re trial process meet and confer | 0.40 | 520.00 | 208.00 |
| 09/01/2014 | Antonia Croke | LETT | Review report of hearings | 0.10 | 520.00 | 52.00 |
| 09/01/2014 | Antonia Croke | READ | Review summary chart of expert witnesses and email re same | 0.20 | 520.00 | 104.00 |
| 09/01/2014 | Sophie Law | LETT | Review email + attachment from Akin re designation of expert witnesses | 0.20 | 325.00 | 65.00 |
| 10/01/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel- Capstone Supplemental Declaration | 0.10 | 520.00 | 52.00 |
| 10/01/2014 | Antonia Croke | LETT | Review email from Mr David H Botter Re: Nortel- Report from January 9, 2014 Meeting with counsel for the EMEA JAs and UK Pension Parties | 0.10 | 520.00 | 52.00 |
| 10/01/2014 | Antonia Croke | LETT | Emails Mr Abid Qureshi Re: Re: Nortel Update; email AMP re same | 0.20 | 520.00 | 104.00 |
| 10/01/2014 | Antonia Croke | LETT | Review emails re EMEA experts | 0.20 | 520.00 | 104.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0029**    **Intercompany Analysis**

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|------|------|------|-------------|:---:|:---:|---:|
| 13/01/2014 | Antonia Croke | LETT | Emails A Qureshi and AMP re call | 0.20 | 520.00 | 104.00 |
| 14/01/2014 | Antonia Croke | LETT | Review email from Dandelet, Kyle  Re: Trial Protocol | 0.10 | 520.00 | 52.00 |
| 14/01/2014 | Antonia Croke | PHON | Phone call A Qureshi, Akin Gump and AMP; draft update summary email re same | 0.50 | 520.00 | 260.00 |
| 16/01/2014 | Antonia Croke | LETT | Review email from Jacqueline Cummins re: Clawback of the CCC | 0.10 | 520.00 | 52.00 |
| 16/01/2014 | Antonia Croke | LETT | Review email from Tracy Wynne  Re: Tabatabai affidavit | 0.10 | 520.00 | 52.00 |
| 16/01/2014 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A.  Re: Trial Protocol | 0.10 | 520.00 | 52.00 |
| 16/01/2014 | Antonia Croke | LETT | Review email from John Finnigan  Re: Letter to Core Parties | 0.10 | 520.00 | 52.00 |
| 17/01/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew  Re: Nortel- Draft expert Report | 0.10 | 520.00 | 52.00 |
| 17/01/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Trial Protocol | 0.10 | 520.00 | 52.00 |
| 17/01/2014 | Antonia Croke | LETT | Review email from Moessner, Jacqueline  Re Letter to Core Parties | 0.10 | 520.00 | 52.00 |
| 18/01/2014 | Antonia Croke | LETT | Review email from Hanrahan, Andrew  Re: Trial Protocol | 0.10 | 520.00 | 52.00 |
| 20/01/2014 | Antonia Croke | LETT | Revie emails RE: Trial Protocol | 0.40 | 520.00 | 208.00 |
| 22/01/2014 | Antonia Croke | LETT | Review email from Jacobson,Tamryn  Re: RE: Production of Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 22/01/2014 | Antonia Croke | LETT | Review email from Kraft, Kenneth (Heenan Blaikie) Re: Trial Protocol | 0.10 | 520.00 | 52.00 |
| 22/01/2014 | Antonia Croke | LETT | Review emails re Trial Protocol | 0.60 | 520.00 | 312.00 |
| 22/01/2014 | Antonia Croke | LETT | Review emails re amends to trial protocol | 0.40 | 520.00 | 208.00 |
| 22/01/2014 | Antonia Croke | LETT | Review email from Dandelet, Kyle  Re: Trial Protocol | 0.10 | 520.00 | 52.00 |
| 23/01/2014 | Antonia Croke | LETT | Review emails RE: Trial Protocol | 0.80 | 520.00 | 416.00 |
| 23/01/2014 | Antonia Croke | LETT | Review emails re Trial Protocol Submission | 0.40 | 520.00 | 208.00 |
| 23/01/2014 | Antonia Croke | LETT | Emails re core party service list | 0.10 | 520.00 | 52.00 |
| 24/01/2014 | Antonia Croke | LETT | Review emails re expert reports | 0.40 | 520.00 | 208.00 |
| 24/01/2014 | Antonia Croke | LETT | Review emails re Court documents and filing | 0.40 | 520.00 | 208.00 |
| 24/01/2014 | Antonia Croke | LETT | Review emails RE: Nortel - Final Comments to Trial Protocol | 0.40 | 520.00 | 208.00 |
| 24/01/2014 | Sophie Law | LETT | Email re core parties service list | 0.10 | 325.00 | 32.50 |
| 25/01/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - EMEA Debtors' Production of documents | 0.10 | 520.00 | 52.00 |
| 25/01/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - Expert Report | 0.10 | 520.00 | 52.00 |
| 25/01/2014 | Antonia Croke | LETT | Review emails from M Fagen re Expert Reports | 0.30 | 520.00 | 156.00 |
| 25/01/2014 | Antonia Croke | LETT | Review emails re expert reports | 1.30 | 520.00 | 676.00 |
| 25/01/2014 | Antonia Croke | LETT | Review emails re court docs and ltrs to the judge | 0.40 | 520.00 | 208.00 |
| 27/01/2014 | Antonia Croke | LETT | Review email from Chiuchiolo, Nicholas  Re: UKPC Expert Reports | 0.10 | 520.00 | 52.00 |
| 28/01/2014 | Antonia Croke | LETT | Review Letter from US debtors to Core Parties | 0.10 | 520.00 | 52.00 |
| 28/01/2014 | Antonia Croke | LETT | Review email from Murphy, Kathleen A.  Re Notice of filings in Canada | 0.10 | 520.00 | 52.00 |
| 28/01/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer  Re: Canada reply submissions | 0.10 | 520.00 | 52.00 |
| 28/01/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - EY US Supplemental Production | 0.10 | 520.00 | 52.00 |
| 28/01/2014 | Antonia Croke | LETT | Review email from Slavens, Adam  Re: hearing in Canada re settlement recognition | 0.10 | 520.00 | 52.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0029**</u>         <u>**Intercompany Analysis**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 29/01/2014 | Antonia Croke | LETT | Review email from Johnson, Robert  Re: Nortel - Report on Case Management Conference | 0.20 | 520.00 | | 104.00 |
| 31/01/2014 | Antonia Croke | LETT | Review email from Vora, Samir  Re: Bondholder Group Request for Disclosure Pursuant to Protective Order | 0.10 | 520.00 | | 52.00 |
| 31/01/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara  Re: Nortel - EY US Second Supplemental Production | 0.10 | 520.00 | | 52.00 |
| | | | | | | | 8,954.50 |