Exhibit C

DISBURSEMENT SUMMARY

JANUARY 01, 2014 THROUGH JANUARY 31, 2014

| Document Production | £14.10 |
|---|---|
| Search Fees (Court) | £7.00 |
| **TOTAL** | **£21.10** |