**Exhibit D**

## Disbursements Detailed Breakdown

### Court Fees (Court Fees)

| | | |
|---|---|---:|
| 03/01/2014 | VENDOR: Browning, Louise INVOICE#: 04898236010900128984 DATE: 09/01/2014<br>Court fee, 03/01/14, Searching Chancery Daily Case filings | 7.00 |
| **Document Production** | 235 copies at 6p per page | 14.10 |
| | | **21.10** |