## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2014 THROUGH JANUARY 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £800 | 0.2 | 160.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £715 | 2.4 | 1,716.00 |
| Marcus Fink | Partner for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £690 | 3.8 | 2,622.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 24.6 | 12,792.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 22.6 | 7,345.00 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group, London | £190 | 4.8 | 912.00 |
| Louise Browning | Trainee Solicitor; Dispute Resolution Group, London | £190 | 1.7 | 323.00 |
| **TOTAL** | | | 60.1 | 25,870.00 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 01, 2014 THROUGH JANUARY 31, 2014

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 0.9 | £486.00 |
| Ashurst Fee Application / Monthly Billing Reports | 28.1 | £10,034.00 |
| Creditors Committee Meetings | 5.6 | £2,105.00 |
| Canadian Proceedings/Matters | 0.3 | £156.00 |
| Labor Issues / Employee Benefits | 7.9 | £4,134.50 |
| Intercompany Analysis | 17.3 | £8,954.50 |
| **TOTAL** | **60.1** | **£25,870.00** |