February 20, 2014

To:   Clerk of the United States Bankruptcy Court for the District of Delaware
      824 Market Street
      3rd Floor
      Wilmington, Delaware 19801

      Cleary Gottlieb Steen and Hamilton LLP
      One Liberty Plaza
      New York, New York 10006

      Morris, Nichols, Arsht & Tunnell LLP
      121 North Market Street
      PO Box 1347
      Wilmington, Delaware 19801

From: William E. Mariotti (Nortel Networks Employee # 200237)
      146 Carterville Heights Road
      Wytheville Virginia

Subject: Response for Objection of Document 12919-2 Claim Number 8556 (Case 09-10138-KG)

This document is a formal Response of Objection to disallow Debtors' Thirty-Fifth Omnibus Objection to Claim 8856 for LTD Severance Pay and request to be placed on the court's agenda at the March 4, 2014 hearing.

Regards,

*[signature: William E. Mariotti]*

William E. Mariotti
146 Carterville Heights Road
Wytheville, Virginia 24382
Telephone: (919) 798-4202

Case 09-10138-KG    Doc 12919-2    Filed 01/31/14    Page 7 of 8

## Exhibit A

### No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MARIOTTI, WILLIAM E.<br>146 CARTERVILLE HEIGHTS RD.<br>WYTHEVILLE, VA 24382 | 8556<br>7/19/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$76,000.00 (U)<br>$76,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| | | - (S) | This claim asserts liability for termination benefits. |