February 19, 2013

Clerk, U.S. Bankruptcy Court for the District of Delaware
824 Market St. 3rd floor
Wilmington, Delaware 19801

Reference: Case No. 09-10138(KG) Nortel Networks
RE: D.I. 12919
Claim number 8185 (was 0322)

Objection to findings Court doc. 12919 filed 1/31/14

My objection to this finding, which modifies my claim is as follows and is consistent with my previous objection. Because my claim is for salary (see exhibit C attached) as per California Labor Code law Section 200, 201 and 203 which identifies salaries and wages as a priority item in bankruptcy cases, a portion of my claim in the amount of $10,950 must be identified as a priority sum in the case. Reference item 5 of the Proof of Claim form (see exhibit B attached). This was previously recognized as a response to my protest letter dated January 25, 2012 exhibit A attached) and has been reflected as recognized in the case records.

Previously my priority claim was listed for $13,340 which included contributions to the Benefit Plan. The benefit portion of the case has been settled so the priority amount should now read $10,950.

My employment was with Nortel in California, I am a California resident and therefore am covered by the state of California Labor Code law. I have been advised by that entity that any lacking of recognition of that law would be subject to legal action.

Sincerely

*Richard C. Brand*

Richard C. Brand
Palo Alto, Ca. 94301

Attachments:
Jan. 25, 2012 filing with the Court (exhibit A)
Proof of Claim form with highlighting of item 5 (exhibit B)
Nortel employee relations termination letter (exhibit C)

Cc: Epiq Solutions LLC