Exhibit: A

January 25, 2012

U. S. Bankruptcy Court for the District of Delawar
c/o Epiq Bankruptcy Solutions LLC
FDR Station P. O. Box 5075
New York, NY 10150-5075

Subject: Court Claim number 322, GID 5042759

I am in receipt of your undated letter on the subject above and signed by John J. Ray, which includes an attachment 1. That attachment is listed by my claim and referenced by "account number" which appears to be my previous Nortel Networks Global id 5042759. The claim has been amended in two ways from my proof of claim which was received by the Bankruptcy Court and signed by S. Sanchez on Feb. 17, 2009. By this letter I am filing a formal protest response to the new amended claim.

The amendments are as follows and with my response and denial of the validity of these new amendments.

1. Amount of Claim in Attachment 1 now shown as $39,522.70. My Proof of Claim showed the amount owed as $40,120.00 including wages and unpaid benefits due. All justification and backup data for this total amount of $40,120.00 was included with the Feb. 2009 filing and remains relevent. Therefore the $39,522.70 amount is incorrect.
2. The "amount entitled to priority" in Attachment 1 is shown as "N/A". That is incorrect. The Feb. 2009 claim on line 5 listed the amount of claim subject to "Priority" as $13,340.00. [redacted] the priority is based on California Labor Code law Section 200, 201 and 203 which identifies salaries and wages as a priority item in bankruptcy cases.
The Nortel letter of termination (copy attached) was provided to me before Nortel declared bankruptcy and identifies the payments due to myself as "salary". Payments were meant to be made on a biweekly basis continuing on as before the termination.
Therefore my claim for a prioritized amount is valid based on California labor law. A copy of my claim was filed and received by the State of California Division of Labor Standards Enforcement May 20, 2009. They have asked me to come back to them if my claim is disputed.

If you can provide evidence of why you find my response in error you can respond to be at the address on file with my claim.

Attachments
- Proof of Claim
- NT severance doc

Richard C. Brand
Palo Alto, Ca.