# HR SHARED SERVICES - U.S. SEVERANCE ELECTION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: **Richard Brand**

EMPLOYEE NUMBER: **5042759**          SEVERANCE STOP DATE: **2009/04/12**

CONTINUOUS SERVICE DATE: **2000/11/27**   ELIGIBILITY SEVERANCE DATE: **2000/11/27**

SALES COMP EMPLOYEE: ___Yes ___No   If Yes, TTC RATE (ANNUAL $) _____

STATUS F/T: **F**  P/T:          NOTICE DATE: _____ (if applicable)

TERM EFFECTIVE DATE: **2009/01/18**   SEPARATION REASON: **Work force reduction**

EMPLOYEE ADDRESS:
281 ADDISON AVE
PALO ALTO
CA 94301

Any unused/accrued vacation balance in SAP as of termination date will be paid out in compliance with Company policy.

**SALARY CONTINUATION ENTITLEMENT: 12 WEEKS**

(**X**) Elect     (___) Decline the payment of my severance allowance

**PAYROLL DEDUCTIONS FOR MEDICAL, DENTAL/VISION/HEARING CARE AND LIFE INSURANCE**

(**X**) Continue bi-weekly deductions per current payroll stub............**BENEFITS STOP DATE: 2009/04/30**

On **FINAL** severance check, deduct current deductions and the pro-rated portion to cover through the benefits ending date. I understand this amount may change based on annual enrollment or life event status changes which may occur between termination date and benefits end date or to correct deduction amounts which may not be reflected correctly. Depending on the amount of the last severance check, US payroll may have to adjust the next to the last severance check in order to have enough after-tax dollars to pay for the benefits.

*Refer to your current payroll stub for bi-weekly Flex credits and benefits deduction amounts.*

(___) No deductions – continuation of insurance not elected............**BENEFITS STOP DATE: 2009/01/31**

Outstanding dollars Owed (as currently known): Total amount to be deducted $_____ (without prejudice to subsequent revision or other collection methods).

| Richard Brand | *Richard Brand* (signature) | 12/26/08 |
|---|---|---|
| Employee Name | Employee Signature | Date |
| NANCY ONEAL | *Nancy ONeal* (signature) | 1/17/08 |
| Manager / HR Print Name | Manager/HR Signature | Date |

## NORTEL

Nancy O'Neal
Employee Relations Specialist
noneal@nortel.com
T 408.495.2809  F 408.495.2849  M 650.279.2791
4655 Great America Parkway
Santa Clara, CA 95054 USA
nortel.com

Page 11

V12.1

Group WFR
0 and Over
Severance

RD0 67646636

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended, Superseded, Redundant, No-Basis and No-Basis Retiree Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BRAND, RICHARD C. 281 ADDISON AVE. PALO ALTO, CA 94301 | 8188 1/30/12 09-10146 Nortel Networks Applications Management Solutions Inc. | - (S) - (A) $26,780.00 (U) $40,120.00 (T) | - (S) $0.00 (A) $39,522.70 (U) $39,522.70 (T) | Nortel Networks Inc. | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| CHANG, DAI PENG 660 OAKDALE DR. PLANO, TX 75025 | 170 2/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) $31,730.77 (P) - (U) $31,730.77 (T) | - (S) $0.00 (A) $0.00 (P) $34,527.96 (U) $34,527.96 (T) | | The claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed