# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**November 1, 2013 - November 30, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Nov 2013 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 21.5 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 0.5 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 156.5 |
| 15 | Travel | 59.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 237.5 |

**Summary of Services Rendered by Professional**

| Name | Nov 2013 Hours |
|:---|---:|
| Michael Kennedy, Member | 136.0 |
| Matthew Rosenberg, Managing Director | 71.0 |
| Aaron Taylor, Vice President | 15.0 |
| Paul Huettner, Analyst | 15.5 |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 237.5 |

**Nortel Networks, Inc**
November 1, 2013 - November 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Nov 2013 Hours | Code |
|------|--------------------|---------------|------|
| 11/1/2013 | Conference calls & communication w/Cleary and experts | 2.0 | 14 |
| 11/1/2013 | Follow--up review and analysis based on conference call | 4.0 | 14 |
| 11/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/5/2013 | Travel to NYC | 4.0 | 15 |
| 11/5/2013 | Meetings, calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 11/6/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 11/6/2013 | Travel to Chicago | 4.0 | 15 |
| 11/7/2013 | Calls with US Debtor management | 2.0 | 1 |
| 11/7/2013 | Review material from management and follow-up on analysis | 4.0 | 1 |
| 11/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 11/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 11/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 11/13/2013 | Calls & communications with Cleary re: expert reports | 2.0 | 14 |
| 11/13/2013 | Compile and review public reports from JA and monitor | 3.0 | 14 |
| 11/13/2013 | Calls with Capstone | 0.5 | 6 |
| 11/14/2013 | Travel to NYC | 3.0 | 15 |
| 11/14/2013 | Meetings, calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 11/14/2013 | Travel to Chicago | 4.0 | 15 |
| 11/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/18/2013 | Conference calls & communication w/Cleary and US Advisors | 1.0 | 14 |
| 11/19/2013 | Calls & communications with Cleary re: expert reports | 1.5 | 14 |
| 11/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/19/2013 | Travel to London | 8.0 | 15 |
| 11/20/2013 | Meetings, calls, analysis and review re: Litigation matters and strategy | 13.0 | 14 |
| 11/21/2013 | Meetings, calls, analysis and review re: Litigation matters and strategy | 11.0 | 14 |
| 11/22/2013 | Travel to Chicago | 10.0 | 15 |
| 11/22/2013 | Calls & communication w/Cleary | 2.0 | 14 |
| 11/23/2013 | Calls & communication w/Cleary | 1.0 | 14 |
| 11/25/2013 | Prepare, review and discuss material re claim litigation | 2.0 | 14 |
| 11/25/2013 | Conference calls with Cleary and other advisors re: claim litigation | 4.0 | 14 |
| 11/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 11/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 11/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |

**Nov 2013 Total**                                        **136.0**

**Nortel Networks, Inc**
November 1, 2013 - November 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Nov 2013 Hours | Code |
|------|---------------------|----------------|------|
| 11/1/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/2/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/4/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/5/2013 | Travel to NYC | 4.0 | 15 |
| 11/5/2013 | Meetings, calls, analysis and review re: Litigation matters and strategy | 6.0 | 14 |
| 11/6/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/7/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/8/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/11/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/12/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/13/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/14/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/16/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/18/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 11/19/2013 | Travel to London | 11.0 | 15 |
| 11/20/2013 | Meetings, calls, analysis and review re: Litigation matters and strategy | 10.0 | 14 |
| 11/21/2013 | Travel to Chicago | 11.0 | 15 |
| 11/22/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/23/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/24/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 11/25/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/27/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Nov 2013 Total** | | **71.0** | |

**Nortel Networks, Inc**
November 1, 2013 - November 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Nov 2013 Hours | Code |
|------|---------------------|----------------|------|
| 11/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/7/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 11/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 11/15/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 11/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 11/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 11/21/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| | **Nov 2013 Total** | **15.0** | |

**Nortel Networks, Inc**
November 1, 2013 - November 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Paul Huettner</u>

| Date | Description of Work | Nov 2013 Hours | Code |
|------|---------------------|---------------:|------|
| 11/18/2013 | Due dilligence & analysis re: UK Pension claims | 3.0 | 1 |
| 11/19/2013 | Due dilligence & analysis re: UK Pension claims | 6.0 | 1 |
| 11/20/2013 | Due dilligence & analysis re: UK Pension claims | 2.5 | 1 |
| 12/3/2013 | Due dilligence & analysis re: UK Pension claims | 4.0 | 1 |
| **Nov 2013 Total** | | **15.5** | |