# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 through November 30, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 11/5/13-11/6/13 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 11/5/13-11/6/14 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 11/5/13-11/6/15 | Ground Transportation | $ 192.00 |
| Matt Rosenberg | 11/5/13-11/7/13 ** | Flight to New York, NY | $ 258.40 |
| Matt Rosenberg | 11/5/13-11/7/13 ** | Hotel (two nights) | $ 500.00 |
| Matt Rosenberg | 11/5/13-11/7/13 ** | Ground Transportation | $ 120.00 |
| Mike Kennedy | 11/14/2013 | Flight to New York, NY | $ 1,009.33 |
| Mike Kennedy | 11/14/2013 | Ground Transportation | $ 135.00 |
| Mike Kennedy | 11/14/2013 | Breakfast | $ 15.00 |
| Mike Kennedy | 11/20/13-11/22/13 | Flight to London | $ 3,499.20 |
| Mike Kennedy | 11/20/13-11/22/14 | Hotel (three nights) | $ 1,500.00 |
| Mike Kennedy | 11/20/13-11/22/15 | Ground Transportation | $ 504.06 |
| Mike Kennedy | 11/20/13-11/22/16 | Breakfast (for two) | $ 30.00 |
| Mike Kennedy | 11/20/13-11/22/17 | Breakfast | $ 15.00 |
| Mike Kennedy | 11/20/13-11/22/18 | Lunch | $ 25.00 |
| Mike Kennedy | 11/20/13-11/22/19 | Dinner (for three) | $ 150.00 |
| Matt Rosenberg | 11/19/13-11/22/13 | Flight to London | $ 4,412.60 |
| Matt Rosenberg | 11/19/13-11/22/14 | Hotel (three nights) | $ 1,500.00 |
| Matt Rosenberg | 11/19/13-11/22/15 | Ground Transportation | $ 352.00 |
| Matt Rosenberg | 11/19/13-11/22/16 | Dinner (for four) | $ 200.00 |
| **Total Expenses** | | | **$15,914.92** |

** Trip was for two separate clients and expenses are shared between the two clients

Note:  All airfare is being charged at a coach class rate.