# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**December 31, 2013 - December 31, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Dec 2013 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 53.5 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 1.5 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 200.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 263.0 |

**Summary of Services Rendered by Professional**

| Name | Dec 2013 Hours |
|:---|---:|
| Michael Kennedy, Member | 135.5 |
| Matthew Rosenberg, Managing Director | 34.0 |
| Aaron Taylor, Vice President | 18.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | 75.5 |
| **TOTAL** | 263.0 |

**Nortel Networks, Inc**
December 31, 2013 - December 31, 2013 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Dec 2013 Hours | Code |
|------|---------------------|----------------|------|
| 12/2/2013 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 12/3/2013 | Calls and communications w/ Cleary and US advisors re: claim litigation | 4.0 | 14 |
| 12/4/2013 | Cash summary | 1.0 | 1 |
| 12/4/2013 | Calls and communications w/ Cleary re: claim litigation | 6.0 | 14 |
| 12/5/2013 | Prepare, review and discuss material re allocation and claims litigation | 7.0 | 14 |
| 12/6/2013 | Prepare, review and discuss material re allocation and claims litigation | 9.0 | 14 |
| 12/7/2013 | US Debtors cash and expenses | 1.0 | 1 |
| 12/9/2013 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 12/10/2013 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 12/11/2013 | Prepare, review and discuss material re allocation litigation | 7.0 | 14 |
| 12/12/2013 | Call with Capstone and follow-up analysis | 1.5 | 6 |
| 12/12/2013 | Prepare, review and discuss material re: claims litigation | 5.0 | 14 |
| 12/13/2013 | Review material, communications and analysis re: claim litigation | 4.0 | 14 |
| 12/13/2013 | Communications and aanalysis re allocation litigation | 4.0 | 14 |
| 12/14/2013 | Calls, communications and analysis re: claim litigation | 4.0 | 14 |
| 12/15/2013 | Calls, communications and analysis re: claim litigation | 3.0 | 14 |
| 12/16/2013 | Prepare, review and discuss material re allocation and claims litigation | 5.0 | 14 |
| 12/16/2013 | Calls and communications w/ Cleary and Capstone re: claim litigation | 3.0 | 14 |
| 12/17/2013 | Calls and communications w/ Cleary and JR re: claim litigation | 4.0 | 14 |
| 12/17/2013 | Calls and communications w/ T Ross re: US Debtors estate | 2.0 | 1 |
| 12/17/2013 | Prepare, review and discuss material re allocation litigation | 2.0 | 14 |
| 12/18/2013 | Travel to NY | 4.0 | 15 |
| 12/19/2013 | Meetings with Cleary and experts re: allocation litigation | 10.0 | 14 |
| 12/19/2013 | Travel to Chicago | 4.0 | 15 |
| 12/20/2019 | Review cash flash reports | 1.0 | 1 |
| 12/20/2013 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 12/23/2013 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 12/26/2013 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 12/27/2013 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 12/30/2013 | Communications and calls with experts and Cleary re: litigation | 2.0 | 14 |
| 12/30/2013 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |

**Dec 2013 Total**        **135.5**

**Nortel Networks, Inc**
December 31, 2013 - December 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Dec 2013 Hours | Code |
|---|---|---|---|
| 12/3/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/4/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/5/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/6/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/8/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/9/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/10/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/11/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/12/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/13/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/15/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/16/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/17/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/18/2013 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 12/19/2013 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 12/20/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/23/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/27/2013 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/30/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/31/2013 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Dec 2013 Total** | | **34.0** | |

**Nortel Networks, Inc**
December 31, 2013 - December 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Dec 2013 Hours | Code |
|---|---|---|---|
| 12/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 12/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 12/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 12/13/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 12/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 12/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 12/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 12/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 12/20/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| **Dec 2013 Total** | | **18.0** | |

**Nortel Networks, Inc**
December 31, 2013 - December 31, 2013 Time Detail
Chilmark Partners, LLC
James Elish

| Date | Description of Work | Dec 2013 Hours | Code |
|------|---------------------|----------------|------|
| 12/2/2013 | Litigation claims review and analysis | 2.5 | 14 |
| 12/3/2013 | Litigation claims review and analysis | 7.5 | 14 |
| 12/4/2013 | Litigation claims review and analysis | 8.5 | 14 |
| 12/5/2013 | Litigation claims review and analysis | 8.5 | 14 |
| 12/11/2013 | Cash repatriation analysis | 8.0 | 1 |
| 12/12/2013 | Cash repatriation analysis | 6.5 | 1 |
| 12/13/2013 | Cash repatriation analysis | 6.0 | 1 |
| 12/16/2013 | Cash repatriation analysis | 7.0 | 1 |
| 12/17/2013 | Cash repatriation analysis | 7.5 | 1 |
| 12/18/2013 | Cash repatriation analysis | 8.0 | 1 |
| 12/19/2013 | Cash repatriation analysis | 5.5 | 1 |
| | **Dec 2013 Total** | **75.5** | |