# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2013 through December 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 12/18/13-12/19/13 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 12/18/13-12/19/13 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 12/18/13-12/19/13 | Ground Transportation | $ 112.00 |
| Mike Kennedy | 12/18/13-12/19/13 | Lunch | $ 13.76 |
| Mike Kennedy | 12/18/13-12/19/13 | Dinner (for four people) | $ 200.00 |
| **Total Expenses** | | | **$ 1,823.09** |

Note:  All airfare is being charged at a coach class rate.