# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2014 - Janauary 31, 2014**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Jan 2014 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 7.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | 79.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 17.5 |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 283.0 |
| 15 | Travel | 44.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **430.5** |

**Summary of Services Rendered by Professional**

| Name | Jan 2014 Hours |
|---|---:|
| Michael Kennedy, Member | 191.0 |
| Aaron Taylor, Member | 8.0 |
| Matthew Rosenberg, Managing Director | 62.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 47.5 |
| James Elish, Analyst | 122.0 |
| **TOTAL** | **430.5** |

**Nortel Networks, Inc**
January 1, 2014 - Janauary 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---:|---:|
| 1/2/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 1/3/2014 | Prepare, review and discuss material re allocation litigation | 8.0 | 14 |
| 1/6/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| 1/7/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 1/7/2014 | Travel to NY | 4.0 | 15 |
| 1/8/2014 | Meetings with Cleary and experts re: allocation litigation | 10.0 | 14 |
| 1/9/2014 | Meetings with Cleary and experts re: allocation litigation | 7.0 | 14 |
| 1/9/2014 | Travel to Chicago | 4.0 | 15 |
| 1/10/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 1/13/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 2.0 | 14 |
| 1/14/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 3.0 | 14 |
| 1/17/2014 | Calls & communications w/ Cleary and experts re: allocation litigation | 7.0 | 14 |
| 1/17/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 1/18/2014 | Review and comment on reports for allocation litigation | 5.0 | 14 |
| 1/19/2014 | Review and comment on reports for allocation litigation | 3.0 | 14 |
| 1/20/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 1/20/2014 | Travel to NY | 4.0 | 15 |
| 1/20/2014 | Review and comment on reports for allocation litigation | 3.0 | 14 |
| 1/21/2014 | Meetings with Cleary and review of expert reports re: allocation litigation | 10.0 | 14 |
| 1/21/2014 | Calls and communications w/ management re: US Debtor status | 2.0 | 1 |
| 1/22/2014 | Meetings with Cleary and review of expert reports re: allocation litigation | 11.0 | 14 |
| 1/23/2014 | Meetings with Cleary and review of expert reports re: allocation litigation | 9.0 | 14 |
| 1/23/2014 | Travel to Chicago | 4.0 | 15 |
| 1/24/2014 | Meetings with Cleary and review of expert reports re: allocation litigation | 10.0 | 14 |
| 1/25/2014 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 1/26/2014 | Prepare, review and discuss material re allocation litigation | 5.0 | 14 |
| 1/27/2014 | Calls & communications w/ Cleary re: allocation litigation | 2.0 | 14 |
| 1/27/2014 | Calls and communications w/ management re: US Debtor status | 3.0 | 1 |
| 1/27/2014 | Prepare, review and discuss material re allocation litigation | 2.0 | 14 |
| 1/27/2014 | Travel to NY | 4.0 | 15 |
| 1/28/2014 | Meetings with Cleary and review of expert reports re: allocation litigation | 10.0 | 5 |
| 1/29/2014 | Meetings with Cleary and review of expert reports re: allocation litigation | 9.0 | 14 |
| 1/29/2014 | Travel to Chicago | 4.0 | 15 |
| 1/30/2014 | Calls & communications w/ Cleary re: allocation litigation | 2.0 | 14 |
| 1/30/2014 | Calls and communications w/ management re: US Debtor status | 2.0 | 1 |
| 1/30/2014 | Prepare, review and discuss material re allocation litigation | 4.0 | 14 |
| 1/31/2014 | Calls & communications w/ Cleary re: allocation litigation | 2.0 | 14 |
| 1/31/2014 | Prepare, review and discuss material re allocation litigation | 6.0 | 14 |
| **Jan 2014 Total** | | **191.0** | |

**Nortel Networks, Inc**
January 1, 2014 - Janauary 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---|---|
| 1/7/2014 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 1/9/2014 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 1/13/2014 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 1/14/2014 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 1/24/2014 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 1/28/2014 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| | **Jan 2014 Total** | **8.0** | |

**Nortel Networks, Inc**
January 1, 2014 - Janauary 31, 2014 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---|---|
| 1/2/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/3/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 1/4/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/5/2014 | Calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 1/6/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/7/2014 | Meetings, calls, analysis and review re: Litigation matters and strategy | 5.0 | 14 |
| 1/8/2014 | Meetings, calls, analysis and review re: Litigation matters and strategy | 7.0 | 14 |
| 1/9/2014 | Meetings, calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/9/2014 | Travel | 4.0 | 15 |
| 1/13/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 1/14/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/17/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 1/18/2014 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 1/19/2014 | Calls, analysis and review re: Litigation matters and strategy | 4.0 | 14 |
| 1/20/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 1/21/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/25/2014 | Calls, analysis and review re: Litigation matters and strategy | 3.0 | 14 |
| 1/26/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/27/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/30/2014 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| **Jan 2014 Total** | | **62.0** | |

**Nortel Networks, Inc**
January 1, 2014 - Janauary 31, 2014 Time Detail
Chilmark Partners, LLC
<u>Jamie Ellis</u>

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---|---|
| 1/23/2014 | Review of expert report and support analysis | 6.0 | 14 |
| 1/24/2014 | Review of expert report and support analysis | 6.0 | 14 |
| 1/27/2014 | Travel to NYC | 4.0 | 15 |
| 1/28/2014 | Meetings with professionals to discuss expert reports | 3.5 | 5 |
| 1/28/2014 | Analysis re: data contained in expert reports | 6.0 | 14 |
| 1/29/2014 | Meetings with other professionals | 4.0 | 5 |
| 1/29/2014 | Analysis re: data contained in expert reports | 4.0 | 14 |
| 1/29/2014 | Travel to Chicago | 4.0 | 15 |
| 1/30/2014 | Analysis re claim litigation and allocation litigation | 8.0 | 3 |
| 1/31/2014 | Analysis re: data contained in expert reports | 2.0 | 14 |
| **Jan 2014 Total** | | **47.5** | |

**Nortel Networks, Inc**
January 1, 2014 - Janauary 31, 2014 Time Detail
Chilmark Partners, LLC
James Elish

| Date | Description of Work | Jan 2014 Hours | Code |
|---|---|---|---|
| 1/6/2014 | Analisis and review of allocationlitigation material | 6.5 | 3 |
| 1/7/2014 | Analisis and review of allocationlitigation material | 7.0 | 3 |
| 1/8/2014 | Analisis and review of allocationlitigation material | 5.5 | 3 |
| 1/9/2014 | Analisis and review of allocationlitigation material | 6.0 | 3 |
| 1/13/2014 | Analisis and review of allocationlitigation material | 6.0 | 3 |
| 1/14/2014 | Analisis and review of allocationlitigation material | 7.5 | 3 |
| 1/15/2014 | Review material re claim litigation and allocation litigation | 3.0 | 14 |
| 1/16/2014 | Review material re claim litigation and allocation litigation | 5.0 | 14 |
| 1/17/2014 | Cash repatriation analysis | 2.0 | 3 |
| 1/21/2014 | Cash repatriation analysis | 7.0 | 3 |
| 1/22/2014 | Cash repatriation analysis | 7.5 | 3 |
| 1/23/2014 | Review material re claim litigation and allocation litigation | 6.0 | 14 |
| 1/24/2014 | Review material re claim litigation and allocation litigation | 9.0 | 14 |
| 1/27/2014 | Review material re claim litigation and allocation litigation | 6.0 | 14 |
| 1/28/2014 | Travel | 4.0 | 15 |
| 1/28/2014 | Meeting re allocation litigation | 8.0 | 14 |
| 1/29/2014 | Meeting re allocation litigation | 6.0 | 14 |
| 1/29/2014 | Travel | 4.0 | 15 |
| 1/30/2014 | Cash repatriation analysis | 11.0 | 3 |
| 1/31/2014 | Cash repatriation analysis | 5.0 | 3 |
| | **Jan 2014 Total** | **122.0** | |