# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2014 through January 31, 2014

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Mike Kennedy | 1/7/14-1/9/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 1/7/14-1/9/14 | Hotel (two nights) | $ 885.57 |
| Mike Kennedy | 1/7/14-1/9/14 | Ground Transportation | $ 75.00 |
| Mike Kennedy | 1/7/14-1/9/14 | Dinner | $ 50.00 |
| Mike Kennedy | 1/7/14-1/9/14 | Dinner | $ 50.00 |
| Mike Kennedy | 1/7/14-1/9/14 | Dinner | $ 25.00 |
| Matt Rosenberg | 1/7/14-1/9/14** | Flight to New York, NY | $ 289.90 |
| Matt Rosenberg | 1/7/14-1/9/14** | Hotel (two nights) | $ 500.00 |
| Matt Rosenberg | 1/7/14-1/9/14** | Ground Transportation | $ 112.50 |
| Matt Rosenberg | 1/7/14-1/9/14** | Dinner | $ 25.00 |
| Matt Rosenberg | 1/7/14-1/9/14** | Dinner | $ 25.00 |
| Mike Kennedy | 1/20/14-1/23/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 1/20/14-1/23/14 | Hotel (three nights) | $ 1,493.31 |
| Mike Kennedy | 1/20/14-1/23/14 | Ground Transportation | $ 255.00 |
| Mike Kennedy | 1/27/14-1/29/14 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 1/27/14-1/29/14 | Hotel (two nights) | $ 1,000.00 |
| Mike Kennedy | 1/27/14-1/29/14 | Ground Transportation | $ 150.00 |
| Mike Kennedy | 1/27/14-1/29/14 | Breakfast | $ 12.00 |
| Mike Kennedy | 1/27/14-1/29/14 | Breakfast | $ 15.00 |
| Mike Kennedy | 1/27/14-1/29/14 | Dinner | $ 15.00 |
| Jamie Ellis | 1/27/14-1/29/14 | Flight to New York, NY | $ 608.00 |
| Jamie Ellis | 1/27/14-1/29/14 | Hotel (two nights) | $ 747.10 |
| Jamie Ellis | 1/27/14-1/29/14 | Ground Transportation | $ 147.11 |
| Jamie Ellis | 1/27/14-1/29/14 | Dinner | $ 11.05 |
| Jamie Ellis | 1/27/14-1/29/14 | Dinner | $ 39.73 |
| Jamie Ellis | 1/27/14-1/29/14 | Dinner | $ 16.63 |
| James Elish | 1/27/14-1/29/14 | Flight to New York, NY | $ 676.00 |
| James Elish | 1/27/14-1/29/14 | Hotel (two nights) | $ 1,000.00 |
| James Elish | 1/27/14-1/29/14 | Ground Transportation | $ 118.34 |
| James Elish | 1/27/14-1/29/14 | Breakfast | $ 5.17 |
| James Elish | 1/27/14-1/29/14 | Breakfast | $ 5.70 |
| James Elish | 1/27/14-1/29/14 | Dinner | $ 23.58 |
| James Elish | 1/27/14-1/29/14 | Dinner | $ 50.00 |
| James Elish | 1/27/14-1/29/14 | Dinner | $ 15.54 |
| **Total Expenses** | | | **$11,434.22** |

** Trip was for two separate clients and expenses are shared between the two clients

Note:  All airfare is being charged at a coach class rate.