## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date**: TBD |
| | ) | |

## NOTICE OF TWENTIETH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Ashurst LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Period for which Compensation and Reimbursement is sought: | November 01, 2013 through January 31, 2014[2] |
| Amount of Compensation sought as actual, reasonable and necessary | £238,090.00 (US $396,372.23)[3] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | £3,479.33 (US $5,791.3448)[4] |

This is (a)n: __X__ interim ____ final application.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2]   Ashurst LLP's November 2013, December 2013 and January 2014 monthly fee applications are incorporated herein by reference.

[3]   The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.66 as published by Bloomberg.com on the date of this application.

[4]   The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.66 as published by Bloomberg.com on the date of this application.

1

33887256

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 12/20/2013 Docket No. 12835 | 11/01/2013 – 11/30/2013 | £126,531.50 | £3,249.96 | £101,225.20 | £3,249.96 | £23,246.32[5] |
| Date Filed: 01/27/2014 Docket No. 12893 | 12/01/2013 – 12/31/2013 | £85,688.50 | £208.27 | £68,550.80 | £208.27 | £17,137.70 |
| Date Filed: 02/20/2014 Docket No. 13020 | 01/01/2014 – 01/31/2014 | £25,870.00 | £21.10 | Pending Obj deadline 03/13/2014 £20,696.00 | Pending Obj deadline 03/13/2014 £21.10 | £5,174.00 |
| **TOTALS:** | | **£238,090.00** | **£3,479.33** | **£190,472.00[6]** | **£3,479.33[7]** | **£45,558.02** |

Summary of any Objections to Fee Applications:  None.

Dated:        February 21, 2014
              London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5]  Pursuant to the Fee Examiner's Report regarding Ashurst's Nineteenth Interim Fee Application, Ashurst agreed to reduce its per page duplication charge to £0.06 (approximately $0.10) for the period covered by the Nineteenth Interim Period and for all future Fee Applications. Ashurst's Monthly Fee Application covering November 1 through November 30, 2013 (Docket No. 12835) (the **"November Fee Application"**) was filed before this reduction was agreed. Ashurst therefore agrees to voluntarily reduce its request for holdback fees by the net excess of expenses claimed in respect of duplication in the November Fee Application, which amount is £2,059.98 (approximately $3,431.51). By way of explanation, in the November Fee Application, Ashurst claimed £3,132.90 for document production costs (which amount was incorrectly recorded in the November Fee Application as £2,545.10), representing 17,882 pages. By reducing its per page duplication charge to £0.06 (approximately $0.10), the revised total for document production costs for the November Fee Application is £1,072.92. The figure in the table reflects that reduction.

[6]  The total amount reflected in this column includes amounts pending approval.

[7]  The total amount reflected in this column includes amounts pending approval.

33887256