IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 12976-12978, 12980-12992, 13010-13011** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 21, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
21st day of February, 2014

/s/ Notary
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

17

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                          Chapter 11

NORTEL NETWORKS INC., et al.,                                   Case No. 09-10138 (KG)

                Debtors.                          Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    ADAMS, BRIAN GLENN
           345 LYNCH RD.
           SELMA, NC 27576

Please note that your claim # 7971 in the above referenced case and in the amount of $19,658.10 has been transferred (**unless previously expunged by court order**) to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: ADAMS, BRIAN GLENN
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13011 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/21/2014                          David D. Bird, Clerk of Court

                                            /s/ Kimberly Murray
                                            By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 21, 2014.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ADAMS, BRIAN GLENN | 345 LYNCH RD. SELMA NC 27576 |
| BHATE, ANURADHA | 395 ANO NUEVO AVE. # 106 SUNNYVALE CA 94085 |
| BUONOCORE, DOMINIC J. | 290 CITIZENS AVE. WATERBURY CT 06704 |
| CAMPBELL, PATRICIA | 105 STANMORE CT ROSWELL GA 30075 |
| EMERY, SEAN | 4742 GREENWOOD DR ALLISON PARK PA 15101 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ADAMS, BRIAN GLENN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BHATE, ANURADHA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BUONOCORE, DOMINIC J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CAMPBELL, PATRICIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: EMERY, SEAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JAMES D CLARKE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JESIONEK, ANDRZEJ ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KELLY JR, WILLIAM M ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MACKEY, SUSAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCOY, STACY E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PAVLIS, PETER J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PHILLIPS, LILLIAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RIPLEY, VIRGINIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROSSI, RYAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROWE, KEVIN W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCULLION, MICHAEL J ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STRICKLAND, SCOTT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WARD, JENNIFER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| JAMES D CLARKE | 4801 SALEM RIDGE RD HOLLY SPRIN NC 27540 |
| JESIONEK, ANDRZEJ | 8140 STONE RIDGE DR PLANO TX 75025 |
| KELLY JR, WILLIAM M | 5217 TROUTMAN LANE RALEIGH NC 27613 |
| MACKEY, SUSAN | SUSAN MACKEY 565 FREESTONE DRIVE ALLEN TX 75002-4119 |
| MCCOY, STACY E. | 8329 COTTAGE HILL COURT GAITHERSBURG CT 20877 |
| PAVLIS, PETER J. | 101 CRANBORN PLACE HILLSBOROUGH NC 27278 |
| PHILLIPS, LILLIAN | 5127 CHALET LANE DALLAS TX 75232 |
| RIPLEY, VIRGINIA | 3 KINGS GRANT CT DURHAM NC 27703 |
| ROSSI, RYAN | 20119 DESERT FOREST DRIVE ASHBURN VA 20147 |
| ROWE, KEVIN W. | 1121 DOVER DR. SAINT JOHNS FL 32259 |
| SCULLION, MICHAEL J | 331 PROSPECT ST APT 16 PAWTUCKET RI 02860-5465 |
| STRICKLAND, SCOTT | 3421 CHERRY LANE RALEIGH NC 27607 |
| WARD, JENNIFER | 3218 EDEN WAY PL CARMEL IN 46033 |

Total Number of Records Printed    36

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006