**Exhibit A**



**TORYS** LLP

1114 Avenue of the Americas
New York, New York
10036-7703
Tel. (212) 880-6000
Fax (212) 682-0200
www.torys.com

VIA E-MAIL

February 11, 2014

Jeffrey D. Vanacore, Esq.
Perkins Coie LLP
30 Rockefeller Plaza
New York, NY 10112
jvanacore@perkinscoie.com

Re: Allan Collins

Dear Jeff:

As we discussed, Torys LLP has offered Allan Collins the position of Managing Clerk in our New York office. Allan has been employed as a Project Coordinator in the New York office of Perkins Coie LLP since May 2011.

Torys acts as special counsel to the Nortel Networks Inc. U.S. entities ("Nortel"), as debtors-in-possession, in bankruptcy proceedings in Delaware and Companies' Creditors Arrangement Act ("CCAA") proceedings in Ontario. We understand that Perkins Coie represents SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMP") as creditors in the Nortel bankruptcy cases and as plaintiffs in an adversary proceeding related thereto.

We understand that Allan had only limited involvement in Perkins Coie's representation of SNMP, such as reviewing court docket entries and preparing binders of court papers and other documents. Although Allan may have had little if any exposure to SNMP's confidential information, we intend to establish an ethical wall so that he will have no involvement in the SNMP matters (including SNMP's claim and its adversary proceeding) in the Nortel bankruptcy and CCAA cases, and will not communicate with Torys lawyers or personnel concerning those matters.

We believe that establishing an ethical wall as described above will satisfy our responsibilities under the New York Rules of Professional Conduct. (See Rule 1.10, comment 4.) Accordingly, we do not believe that our employment of Allan will create an imputed conflict that requires your client's consent.

Torys will file a supplement to its retention application noting the foregoing.

98040-0121 16612079.1

If you or SNMP disagree or have any objection to proceeding as outlined above, please let me know.

Sincerely,

David Wawro

Tel. (212) 880-6288
dwawro@torys.com

DW/rlf