## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
:
*In re*                                                 :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      :        Case No. 09-10138 (KG)
:
Debtors.                     :        Jointly Administered
:
:
:        **Re: D.I. 13037**
--------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2014, a copy of the **Second Supplemental Declaration of William F. Gray, Jr. in Connection with the Debtors' Application Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Torys LLP as Special Canadian Counsel** *Nunc Pro Tunc* **to October 28, 2010** was served in the manner indicated upon the parties on the attached service list.

Dated: February 25, 2014            CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                      James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7641850.9