## Exhibit A

# ERNST & YOUNG

**INVOICE NUMBER: US0130926843**

**November 1, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 6th Amendment (dated December 12, 2012) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 11 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

|  |  |
|---|---|
| *Total Due* | **$325,000** |

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**



Ernst & Young LLP
2061 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130970975**

**January 1, 2014**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC 27709**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 9th Amendment (dated December 30, 2013) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, progress billing for professional core tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

|  |  |
|---|---|
| *Total Due* | **$350,000** |

Please direct billing inquiries to Andrew J. Rowland at (704) 338-0549 or andrew.rowland@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**