**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 01, 2014 through January 31, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Employment Applications | 69.4 | $30,987.00 |
| Litigation | 739.3 | $558,442.50 |
| Analysis of Canadian Law | 74.7 | $71,235.00 |
| Intercompany Analysis | 2.6 | $2,730.00 |
| Canadian CCAA Proceedings/Matters | 9.1 | $8,655.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 15.0 | $10,350.00 |
| U.S. Proceedings/Matters | 1.9 | $741.00 |
| **TOTAL** | 912.0 | $683,140.50 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/01/2014 | Review Examiner's report; adjust reporting mechanisms for compliance with report | 1.5 | 1,417.50 | 12162175 |
| Gray | William | 08/01/2014 | Work on fee applications; finalize and file response to Examiner's report | 1.4 | 1,323.00 | 12162184 |
| Gray | William | 13/01/2014 | Work on fee application; work on revised fee structure; work on billing rate adjustments | 1.0 | 945.00 | 12162188 |
| Gray | William | 14/01/2014 | Review November and December fee applications with R. Primus | 0.8 | 756.00 | 12168900 |
| Gray | William | 17/01/2014 | Review fee application filings | 0.7 | 661.50 | 12173119 |
| Gray | William | 21/01/2014 | Review and revise filing of fee application | 0.3 | 283.50 | 12179148 |
| Gray | William | 24/01/2014 | Review draft fee application | 0.5 | 472.50 | 12186773 |
| Gray | William | 27/01/2014 | Revise monthly fee application | 0.7 | 661.50 | 12195069 |
| Gray | William | 30/01/2014 | Work on allocation issues for trial prep (.6); review expert discovery summaries (.6); review monthly fee application (.8) | 2.0 | 1,890.00 | 12195180 |
| Gray | William | 31/01/2014 | Review any objections to fee application | 0.4 | 378.00 | 12198857 |
| Bauer | Alison D. | 02/01/2014 | review of Nortel Fee Examiners Preliminary Report and emails to MNAT and internally regarding comments in report | 0.9 | 733.50 | 12153518 |
| Bauer | Alison D. | 06/01/2014 | attention to information needed for response to fee examiner's preliminary report | 0.7 | 570.50 | 12147088 |
| Bauer | Alison D. | 06/01/2014 | Composed and review emails regarding Detailed Itemization of Expenses (.2); attention to expenses in fee examiners report (.3) | 0.5 | 407.50 | 12153532 |
| Bauer | Alison D. | 07/01/2014 | Composed email to J. Chetri re: Nortel expense documentation (0.1); internal correspondence with administrators and correspondence with travel agency regarding flight passes (0.3) | 0.4 | 326.00 | 12153551 |
| Bauer | Alison D. | 09/01/2014 | Fee app meeting with R. Primus (.7); draft and send email to J. Scarborough ( Fee examiner) in response to Fee Examiner's report on 12th Quarterly Fee App (.5); confer with J. Chetri on fee app data (.3) | 1.5 | 1,222.50 | 12155409 |
| Bauer | Alison D. | 13/01/2014 | Read email from J. Wong re: Nortel billing rates issue (0.1); read email from R. Nice re: Final 2014 Rates (0.1); composed email to R. Primus re: Torys Thirty Second Monthly (November 2013) Fee Application Draft (0.1); composed email to J. Wong, R. Primus, B. Yu and W. Gray re: Nortel fee increases (0.1); read email from A. Cordo regarding 2014 rates; composed email to J. Chetri re: DTE (0.2); composed email to J. Wong, B. Yu, W. Gray, R. Primus and S. Bomhof re: Nortel fee increases (0.1) | 0.7 | 570.50 | 12174998 |
| Bauer | Alison D. | 14/01/2014 | attention to emails on providing fee estimates to debtor (.2); attention to monthly fee application issues (.5) | 0.7 | 570.50 | 12165158 |
| Bauer | Alison D. | 15/01/2014 | review and mark up draft fee application | 1.0 | 815.00 | 12167547 |
| Bauer | Alison D. | 16/01/2014 | various meetings with R. Primus to review and comment upon November and December fee applications (1.0); conference S. Bomhof (.1); emails B. Yu (.1) | 1.2 | 978.00 | 12169465 |
| Bauer | Alison D. | 21/01/2014 | Meeting with R. Primus re fee app (.5); review of fee app data (1.0); revision to fee app (.5 | 2.0 | 1,630.00 | 12175694 |

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bauer | Alison D. | 27/01/2014 | review and mark up December fee application (.3); attention to Fee Examiner's final report (0.2) | 0.5 | 407.50 | 12190312 |
| Bauer | Alison D. | 28/01/2014 | discuss December fee app with R. Primus and final review of same (.2) | 0.2 | 163.00 | 12191769 |
| Bauer | Alison D. | 31/01/2014 | Conference with R. Primus (.2); review proposed order and calculate amounts (.2); | 0.4 | 326.00 | 12196577 |
| Smith | Denna | 02/01/2014 | meeting with A. Bauer regarding review of attorney time entries for airfare and specific software; | 0.4 | 118.00 | 12145568 |
| Smith | Denna | 06/01/2014 | reviewing Fee Examiner's Preliminary Report Regarding the 12th Fee Application (.7); following up with Torys team regarding billing and travel expenses (2.4); | 3.1 | 914.50 | 12153426 |
| Smith | Denna | 07/01/2014 | reviewing Fee Examiner's Preliminary Report Regarding the 12th Fee Application (.6); following up with Torys team regarding billing and travel expenses (1.5); | 2.1 | 619.50 | 12153458 |
| Primus | Ron | 09/01/2014 | Review November time entries (3.0) and discuss same with A. Bauer (.5) | 3.5 | 945.00 | 12168220 |
| Primus | Ron | 10/01/2014 | Prepare November fee application | 7.0 | 1,890.00 | 12168224 |
| Primus | Ron | 13/01/2014 | Review and edit November fee application | 6.0 | 1,620.00 | 12168225 |
| Primus | Ron | 14/01/2014 | Review and edit November fee application (1.7) and discuss with A. Bauer (.3) | 2.0 | 540.00 | 12168232 |
| Primus | Ron | 14/01/2014 | Review December time entries | 4.7 | 1,269.00 | 12168284 |
| Primus | Ron | 15/01/2014 | Review and edit November fee application (2.0) and discuss same with A. Bauer (.2) | 2.2 | 594.00 | 12168235 |
| Primus | Ron | 15/01/2014 | Meet with A. Bauer to review November fee application and December time entries. | 0.3 | 81.00 | 12168831 |
| Primus | Ron | 15/01/2014 | Review December time entries. | 4.0 | 1,080.00 | 12168834 |
| Primus | Ron | 16/01/2014 | Conference with A. Bauer re: December time entries (.2) and review December time entries (3.0) | 3.2 | 864.00 | 12168848 |
| Primus | Ron | 17/01/2014 | Discuss report with Betsy Yu (.10), Review December time entries. Complete review for December time entries (2.5) | 2.6 | 702.00 | 12170333 |
| Primus | Ron | 21/01/2014 | Conference with A. Bauer to review December time entries. | 0.3 | 81.00 | 12176197 |
| Primus | Ron | 22/01/2014 | Review December time entries and expense report. | 2.0 | 540.00 | 12179109 |
| Primus | Ron | 23/01/2014 | Prepare thirty third (December 2013) monthly fee application. | 2.0 | 540.00 | 12182718 |
| Primus | Ron | 24/01/2014 | Review and edit December fee application. | 2.3 | 621.00 | 12183905 |
| Primus | Ron | 28/01/2014 | Edit and submit December fee application (.3); meet and discuss same with A. Bauer (.2); | 0.5 | 135.00 | 12191852 |
| Primus | Ron | 31/01/2014 | Review and confirm fee application totals (1.0). Discuss same with A. Bauer (.2). | 1.2 | 324.00 | 12198236 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/01/2014 | Finalize factum on rep party depositions and prepare for January 7 motion (2.2); review Canadian Debtors supplemental objection to Settlement Agreement between US Debtors and EMEA/UKPT (0.4). | 2.6 | 2,340.00 | 12143619 |
| Bomhof | Scott A. | 03/01/2014 | Review materials filed for January 7 motion and prepare for motion (1.9); discuss rep witness motion issues with S. Block (0.7); teleconference with S. Block, L. Schweitzer, H. Zelbo, and A. Gray to discuss January 7 motion (2.1 hours); | 4.7 | 4,230.00 | 12144748 |
| Bomhof | Scott A. | 04/01/2014 | Provide comments on Reply to Canadian Debtors Limited Objection to EMEA/UKPT settlement and review; | 0.9 | 810.00 | 12144751 |
| Bomhof | Scott A. | 06/01/2014 | preparing for January 7 cross-border hearing on EMEA/UKPT settlement and representative witness depositions (4.8); providing comments on letter to Judge Gross and arrange service and filing of reply to Canadian debtors limited objection to EMEA/UKPT settlement (2.1); arrange for filing of US materials before Mr. Justice Morawetz for January 7 hearing (1.0); | 7.9 | 7,110.00 | 12148176 |
| Bomhof | Scott A. | 07/01/2014 | prepare for and attend cross-border hearing on EMEA/UKPT settlement and representative witness depositions; | 8.0 | 7,200.00 | 12148178 |
| Bomhof | Scott A. | 08/01/2014 | trial preparation (1.6); discussing January 10 meeting and confer with A. Gray and S. Block (.3); attend judicial teleconference with respect to January 7 motions (1.0); discussing judicial ruling on representative witnesses with Cleary (.8); telephone call with M. Gottlieb regarding January 7 hearing issues (.3); discuss with T. Demarinis on US claims agreement approval (.2); | 4.2 | 3,780.00 | 12154746 |
| Bomhof | Scott A. | 09/01/2014 | trial preparation (2.7); | 2.7 | 2,430.00 | 12154751 |
| Bomhof | Scott A. | 10/01/2014 | trial preparation; | 2.0 | 1,800.00 | 12162232 |
| Bomhof | Scott A. | 14/01/2014 | trial preparation; | 1.2 | 1,080.00 | 12168804 |
| Bomhof | Scott A. | 14/01/2014 | Meet with A Slavens and A Gray to discuss research projects (1.0); | 1.0 | 900.00 | 12212201 |
| Bomhof | Scott A. | 17/01/2014 | reviewing draft expert reports; | 1.7 | 1,530.00 | 12173296 |
| Bomhof | Scott A. | 21/01/2014 | trial preparation; | 2.1 | 1,890.00 | 12175035 |
| Bomhof | Scott A. | 24/01/2014 | Trial preparation and review expert reports; | 2.7 | 2,430.00 | 12186884 |
| Bomhof | Scott A. | 27/01/2014 | trial preparation; | 2.1 | 1,890.00 | 12193231 |
| Bomhof | Scott A. | 28/01/2014 | trial preparation (1.2); preparing for January 29 pre-trial conference (2.0) | 3.3 | 2,970.00 | 12193262 |
| Bomhof | Scott A. | 29/01/2014 | preparing for and attending pre-trial conference before RSJ Morawetz (3.0); trial preparation (1.6); | 4.6 | 4,140.00 | 12194395 |
| Bomhof | Scott A. | 30/01/2014 | trial preparation; | 3.1 | 2,790.00 | 12197507 |
| Gray | Andrew | 01/01/2014 | working on court materials for discovery motion; | 2.5 | 2,000.00 | 12142703 |
| Gray | Andrew | 02/01/2014 | working on court materials for discovery motion (3.5); | 3.5 | 2,800.00 | 12145418 |
| Gray | Andrew | 03/01/2014 | reviewing court material on discovery motion and US claims settlement and discussing same (4.5); attending to filing of court materials | 4.8 | 3,840.00 | 12145423 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | (0.3); | | | |
| Gray | Andrew | 04/01/2014 | preparing for and participating in conference call with Cleary and Torys team to prepare for hearings and reviewing draft court filings (3.5); | 3.5 | 2,800.00 | 12145428 |
| Gray | Andrew | 05/01/2014 | preparing for discovery and settlement approval motion (1.0); | 1.0 | 800.00 | 12145433 |
| Gray | Andrew | 06/01/2014 | preparation for hearing on discovery issue and US claims settlement (2.6); working on expert evidence issues (0.7); | 3.3 | 2,640.00 | 12147201 |
| Gray | Andrew | 07/01/2014 | discussing discovery motion issues and preparation (0.8); working on expert evidence issues (1.1); | 1.9 | 1,520.00 | 12151062 |
| Gray | Andrew | 08/01/2014 | conference calls with S. Bomhof and S. Block regarding expert evidence and designations (1.4); conference call with the court (0.6); discussions regarding discovery and other trial-related matters (1.8); | 3.8 | 3,040.00 | 12153469 |
| Gray | Andrew | 09/01/2014 | conference call with potential witness regarding expert evidence and follow-up from same (0.5); | 0.5 | 400.00 | 12156306 |
| Gray | Andrew | 14/01/2014 | internal meeting to discuss expert evidence (0.5): email regarding same (0.6); telephone conferences with US Debtors' counsel to discuss trial preparation and protocol (1.2); internal meetings to discuss trial preparation (1.4); | 3.7 | 2,960.00 | 12165153 |
| Gray | Andrew | 15/01/2014 | working on trial evidence research and review (2.7); | 2.7 | 2,160.00 | 12168038 |
| Gray | Andrew | 16/01/2014 | conference call regarding trial preparation and follow-up from same (1.8); working on expert witness issues (0.9); | 2.7 | 2,160.00 | 12172470 |
| Gray | Andrew | 17/01/2014 | working on expert evidence issues (1.9); | 1.9 | 1,520.00 | 12171979 |
| Gray | Andrew | 19/01/2014 | trial preparation (0.8); | 0.8 | 640.00 | 12171977 |
| Gray | Andrew | 20/01/2014 | preparing for meeting with witness (1.8); conducting and organizing legal research (0.6); trial preparation work and internal discussions regarding same (1.1); working on expert evidence matters (0.7); | 4.2 | 3,360.00 | 12174657 |
| Gray | Andrew | 21/01/2014 | meeting with witness (1.5); reviewing evidence for trial (0.9); conducting legal research (1.2); | 3.6 | 2,880.00 | 12176350 |
| Gray | Andrew | 22/01/2014 | working on trial planning and evidence, including reviewing documents (2.3); preparing and revising memorandum and discussing same (1.4); preparations for pre-trial conference (0.2); | 3.9 | 3,120.00 | 12179428 |
| Gray | Andrew | 23/01/2014 | working on trial mechanics issues and representative discovery issues (1.3); considering expert evidence issues and requirements and speaking to other counsel regarding the same (0.9); organizing trial preparation work and discussing the same with colleagues at Torys (0.5); | 2.7 | 2,160.00 | 12183037 |
| Gray | Andrew | 24/01/2014 | email and review of material relating to the conduct of the trial and expert evidence (1.7); discussing expert evidence requirements (0.9); | 3.3 | 2,640.00 | 12187424 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | trial preparation and internal discussions regarding same (0.7); | | | |
| Gray | Andrew | 25/01/2014 | reviewing expert evidence; | 2.5 | 2,000.00 | 12187448 |
| Gray | Andrew | 26/01/2014 | reviewing expert reports and email regarding same; | 3.5 | 2,800.00 | 12187417 |
| Gray | Andrew | 27/01/2014 | strategy and planning meeting for trial and follow-up from meeting (2.7); reviewing expert reports (2.5); reviewing pre-trial materials (0.6); | 5.8 | 4,640.00 | 12190006 |
| Gray | Andrew | 28/01/2014 | preparation for pre-trial and discussion of same with other counsel (1.4): reviewing expert reports and discussing trial preparation (2.7); | 4.1 | 3,280.00 | 12194057 |
| Gray | Andrew | 29/01/2014 | email and discussion regarding trial mechanics (0.4); working on trial preparation and reviewing expert evidence (1.8); | 2.2 | 1,760.00 | 12194043 |
| Gray | Andrew | 30/01/2014 | working on expert evidence issues (3.0); reviewing trial protocol documents and correspondence (0.4); | 3.4 | 2,720.00 | 12198176 |
| Gray | Andrew | 31/01/2014 | internal discussions and discussions with other counsel regarding trial preparation and expert evidence (0.8); | 0.8 | 640.00 | 12198159 |
| McCourt | Conor | 15/01/2014 | considering and commenting on draft expert report; | 1.8 | 1,890.00 | 12166896 |
| McCourt | Conor | 17/01/2014 | considering research on licensing issues (1.7); considering revised expert report and e-mail correspondence in preparation for conference call (1.2); participating in conference call (0.8); | 3.7 | 3,885.00 | 12171489 |
| McCourt | Conor | 20/01/2014 | addressing MRDA question from Adam Slavens (0.2); e-mail to Sheila Block regarding MRDA (0.2); considering draft expert report and e-mail correspondence (5.8); | 6.2 | 6,510.00 | 12174980 |
| McCourt | Conor | 22/01/2014 | drafting e-mail regarding Canadian law and practice (1.3); considering e-mail from Scott Bomhof regarding Canadian law (0.5); review MRDA issues (1.3); | 3.1 | 3,255.00 | 12181913 |
| McCourt | Conor | 23/01/2014 | considering draft expert report (1.5); discussion with Sheila Block and Cleary Gottlieb (0.3); participating in conference call regarding expert reports (0.9); e-mail exchange with Sheila Block (0.2); working on MRDA issues (2.2); | 5.1 | 5,355.00 | 12181941 |
| McCourt | Conor | 24/01/2014 | continuing with review of MRDA issues (2.2); | 2.2 | 2,310.00 | 12183986 |
| Slavens | Adam | 01/01/2014 | preparing factum re motion returnable January 7, 2014 (6.5); conducting research re same (3.5); | 10.0 | 6,900.00 | 12142273 |
| Slavens | Adam | 02/01/2014 | finalizing, serving and filing factum and brief of authorities re motion returnable January 7, 2014; | 6.8 | 4,692.00 | 12144089 |
| Slavens | Adam | 02/01/2014 | reviewing court filings of court parties re representative depositions and motion returnable January 7, 2013; | 3.5 | 2,415.00 | 12144092 |
| Slavens | Adam | 03/01/2014 | filing motion record re motion returnable January 7, 2014; | 0.8 | 552.00 | 12145439 |
| Slavens | Adam | 03/01/2014 | preparing for motion returnable January 7, 2014; | 3.0 | 2,070.00 | 12145442 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/01/2014 | conference call with Cleary, A. Gray, S. Bomhof and S. Block re motion returnable January 7, 2014; | 1.6 | 1,104.00 | 12145444 |
| Slavens | Adam | 04/01/2014 | preparing for motion returnable January 7, 2014; | 2.5 | 1,725.00 | 12145445 |
| Slavens | Adam | 04/01/2014 | reviewing and commenting on draft court documents re motion returnable January 7, 2014; | 1.0 | 690.00 | 12145446 |
| Slavens | Adam | 05/01/2014 | preparing for motion returnable January 7, 2014; | 3.7 | 2,553.00 | 12145448 |
| Slavens | Adam | 06/01/2014 | preparing for motion returnable January 7, 2014; | 2.5 | 1,725.00 | 12147792 |
| Slavens | Adam | 06/01/2014 | preparing, serving and filing court documents re motion returnable January 7, 2014; | 6.3 | 4,347.00 | 12147793 |
| Slavens | Adam | 07/01/2014 | participating in telephonic cross-border motion returnable January 7, 2014; | 5.5 | 3,795.00 | 12151227 |
| Slavens | Adam | 08/01/2014 | participating in telephonic cross-border hearing (0.7); internal meetings re same (0.5); telephone calls with Cleary re same (0.5); | 1.7 | 1,173.00 | 12153658 |
| Slavens | Adam | 08/01/2014 | trial preparation; | 3.5 | 2,415.00 | 12153660 |
| Slavens | Adam | 09/01/2014 | reviewing correspondence from core parties re litigation matters; | 0.5 | 345.00 | 12156728 |
| Slavens | Adam | 09/01/2014 | trial preparation; | 1.7 | 1,173.00 | 12156730 |
| Slavens | Adam | 10/01/2014 | trial preparation; | 5.1 | 3,519.00 | 12159337 |
| Slavens | Adam | 13/01/2014 | trial preparation; | 3.7 | 2,553.00 | 12162440 |
| Slavens | Adam | 14/01/2014 | meeting with A. Gray and S. Bomhof re trial preparation; | 1.0 | 690.00 | 12165241 |
| Slavens | Adam | 14/01/2014 | trial preparation; | 5.7 | 3,933.00 | 12165242 |
| Slavens | Adam | 14/01/2014 | reviewing and commenting on draft trial protocol; | 1.0 | 690.00 | 12165243 |
| Slavens | Adam | 15/01/2014 | trial preparation; | 6.0 | 4,140.00 | 12168932 |
| Slavens | Adam | 16/01/2014 | trial preparation; | 7.0 | 4,830.00 | 12170899 |
| Slavens | Adam | 17/01/2014 | trial preparation; | 5.4 | 3,726.00 | 12172728 |
| Slavens | Adam | 20/01/2014 | trial preparation; | 6.1 | 4,209.00 | 12176504 |
| Slavens | Adam | 21/01/2014 | reviewing and commenting on draft trial protocol; | 1.0 | 690.00 | 12176508 |
| Slavens | Adam | 21/01/2014 | trial preparation; | 4.5 | 3,105.00 | 12176547 |
| Slavens | Adam | 22/01/2014 | trial preparation; | 6.7 | 4,623.00 | 12179751 |
| Slavens | Adam | 23/01/2014 | conference call with core parties re draft joint trial protocol (1.0); reviewing drafts of same (1.0); | 2.0 | 1,380.00 | 12183802 |
| Slavens | Adam | 23/01/2014 | trial preparation; | 0.4 | 276.00 | 12183837 |
| Slavens | Adam | 24/01/2014 | finalizing, serving and filing notice of filing re joint trial protocol; | 2.0 | 1,380.00 | 12187948 |
| Slavens | Adam | 24/01/2014 | trial preparation; | 2.5 | 1,725.00 | 12187949 |
| Slavens | Adam | 26/01/2014 | trial preparation; | 4.0 | 2,760.00 | 12187952 |
| Slavens | Adam | 27/01/2014 | reviewing expert reports re trial; | 6.8 | 4,692.00 | 12190562 |
| Slavens | Adam | 27/01/2014 | trial preparation; | 1.5 | 1,035.00 | 12190683 |
| Slavens | Adam | 28/01/2014 | reviewing expert reports re trial; | 2.4 | 1,656.00 | 12192372 |
| Slavens | Adam | 28/01/2014 | trial preparation; | 6.4 | 4,416.00 | 12192373 |
| Slavens | Adam | 29/01/2014 | meeting with Nortel review team re review of expert reports for trial (1.0); preparing for same (0.5); | 1.5 | 1,035.00 | 12194304 |
| Slavens | Adam | 29/01/2014 | reviewing expert reports re trial; | 2.3 | 1,587.00 | 12194307 |
| Slavens | Adam | 29/01/2014 | participating by telephone in case conference; | 2.6 | 1,794.00 | 12194308 |
| Slavens | Adam | 30/01/2014 | reviewing expert reports re trial; | 4.9 | 3,381.00 | 12196597 |
| Slavens | Adam | 31/01/2014 | participate by telephone in meet and confer | 0.5 | 345.00 | 12198443 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | with core parties; | | | |
| Slavens | Adam | 31/01/2014 | trial preparation; | 7.0 | 4,830.00 | 12198737 |
| Reynolds | Molly | 02/01/2014 | corresponding with A. Slavens re procedure for undertakings on representative examinations in Ontario (0.3); | 0.3 | 186.00 | 12144772 |
| Reynolds | Molly | 06/01/2014 | reviewing fee examiner report and providing clarification of student dockets (0.4); | 0.4 | 248.00 | 12146751 |
| Reynolds | Molly | 07/01/2014 | corresponding with A. Bauer re description for fee application and drafting same (0.7); meeting with M. Blake re transcripts and exhibits from depositions (0.2); | 0.9 | 558.00 | 12150391 |
| Reynolds | Molly | 08/01/2014 | coordinating logistics for New York attorneys in Toronto for trial (0.3), meeting with A. Slavens re exhibits (0.2); | 0.5 | 310.00 | 12152757 |
| Reynolds | Molly | 10/01/2014 | reviewing and analyzing deposition summaries and exhibits; | 4.5 | 2,790.00 | 12156009 |
| Reynolds | Molly | 13/01/2014 | reviewing deposition summaries (0.2); | 0.2 | 124.00 | 12161447 |
| Reynolds | Molly | 14/01/2014 | preparing document collection for witness (3.7); | 3.7 | 2,294.00 | 12169262 |
| Reynolds | Molly | 15/01/2014 | preparing document collection for witness (2.1); | 2.1 | 1,302.00 | 12169285 |
| Reynolds | Molly | 16/01/2014 | corresponding with A. Rahneva, C. Walker, A. Gray re document collection and productions (0.7); briefing Cleary team on Ontario requirements for expert reports (1.0); | 1.7 | 1,054.00 | 12169373 |
| Reynolds | Molly | 17/01/2014 | reviewing documents (2.9), participating in call with M. Decker re expert report (1), participating in conference call with Cleary and Torys teams re expert report (1.5); | 5.4 | 3,348.00 | 12171900 |
| Reynolds | Molly | 19/01/2014 | correspondence with M. Decker, S. Block, A. Gray, S. Bomhof re expert report and trial strategy (1.3); | 1.3 | 806.00 | 12172223 |
| Reynolds | Molly | 20/01/2014 | speaking to A. Gray re trial prep (0.3), reviewing documents for witness collection (3); reviewing correspondence from Cleary team re expert reports (0.3); | 3.6 | 2,232.00 | 12173562 |
| Reynolds | Molly | 21/01/2014 | participating in meeting with A. Gray and S. Block re expert reports (1), participating in call with S. Block, M. Decker, A. Luft re expert reports (1.5), corresponding with N. Kennedy, I. Kara, S. Block and A. Gray re legal research points and reviewing research (1.8); | 4.3 | 2,666.00 | 12178547 |
| Reynolds | Molly | 22/01/2014 | corresponding with S. Block and Cleary team re expert reports (1); | 1.0 | 620.00 | 12178641 |
| Reynolds | Molly | 23/01/2014 | corresponding internally re expert reports and trial preparation (1); | 1.0 | 620.00 | 12186926 |
| Reynolds | Molly | 24/01/2014 | communicating with I. Rozenberg and S. Kauffman re trial preparation (1), communicating internally re same (1), reviewing evidence outlines (1.8); | 3.8 | 2,356.00 | 12186965 |
| Reynolds | Molly | 27/01/2014 | communicating with S. Kauffman and Torys team re expert reports (2); | 2.0 | 1,240.00 | 12189562 |
| Reynolds | Molly | 28/01/2014 | corresponding with A. Slavens re expert report research (0.3), researching and drafting summary of law on experts and document production (2.6); | 2.9 | 1,798.00 | 12193508 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Reynolds | Molly | 29/01/2014 | meeting with Torys team re expert reports (1.0), corresponding with C. Walker re discovery rules (.1), A. Slavens re research re: expert report (.1), and S. Block re witness meeting (.1); | 1.3 | 806.00 | 12193716 |
| Reynolds | Molly | 30/01/2014 | researching and reviewing material re expert reports (1.7); | 1.7 | 1,054.00 | 12198041 |
| Reynolds | Molly | 31/01/2014 | reviewing research re expert witnesses (0.5); | 0.5 | 310.00 | 12198088 |
| Gotowiec | James | 20/01/2014 | meeting with A. Gray regarding trial preparation; | 0.2 | 98.00 | 12173601 |
| Gotowiec | James | 24/01/2014 | conference call with M. Reynolds, M. Blake, I. Rozenberg and S. Kaufman regarding trial prep (0.9); discussion with M. Reynolds and M. Blake re same (0.3) | 1.2 | 588.00 | 12183384 |
| Gotowiec | James | 27/01/2014 | conference call with S. Kaufman, M. Reynolds, B. Unger, J. Lee and S. Levitt regarding expert reports (0.3); reviewing email from S. Block regarding trial (0.1); | 0.4 | 196.00 | 12188931 |
| Unger | Brian | 09/01/2014 | preparing for litigation; | 4.1 | 1,353.00 | 12155610 |
| Unger | Brian | 10/01/2014 | preparing for litigation; | 2.3 | 759.00 | 12159296 |
| Unger | Brian | 24/01/2014 | delivery of litigation documents (0.5); | 0.5 | 165.00 | 12184081 |
| Unger | Brian | 27/01/2014 | reviewing expert report for litigation (1.1); conference call with Torys team (.3); | 1.4 | 462.00 | 12189894 |
| Unger | Brian | 28/01/2014 | reviewing expert report for litigation; | 0.2 | 66.00 | 12191928 |
| Unger | Brian | 29/01/2014 | conducting research re expert reports; | 4.2 | 1,386.00 | 12193886 |
| Unger | Brian | 29/01/2014 | meeting with Torys team re expert report analysis workload distribution; | 0.5 | 165.00 | 12193888 |
| Unger | Brian | 29/01/2014 | meeting with A. Slavens and Torys team re research re expert reports; | 1.0 | 330.00 | 12193889 |
| Unger | Brian | 30/01/2014 | conducting research re expert reports; | 2.3 | 759.00 | 12195751 |
| Unger | Brian | 31/01/2014 | conducting research re expert reports; | 3.2 | 1,056.00 | 12197015 |
| Ruscio | Giancarlo | 09/01/2014 | translating case from French to English for litigation preparation; | 3.8 | 1,254.00 | 12163323 |
| Ruscio | Giancarlo | 10/01/2014 | translating case from French to English for litigation preparation; | 5.3 | 1,749.00 | 12160141 |
| Ruscio | Giancarlo | 29/01/2014 | meeting re: research re: expert reports with A. Slavens and Torys team (1.0); meeting re: research re: expert reports with Torys team; | 1.4 | 462.00 | 12193804 |
| Ruscio | Giancarlo | 29/01/2014 | conducting research re: expert reports; | 1.5 | 495.00 | 12195332 |
| Ruscio | Giancarlo | 30/01/2014 | conducting research re: expert reports; | 3.7 | 1,221.00 | 12195482 |
| Ruscio | Giancarlo | 31/01/2014 | conducting research re: expert reports; | 1.1 | 363.00 | 12196141 |
| Levitt | Sam | 27/01/2014 | reviewing expert report for litigation (1.5); meeting with shira kaufman to discuss expert report review (0.3) | 1.8 | 594.00 | 12190117 |
| Levitt | Sam | 29/01/2014 | meeting with A. Slavens and Torys team re research re expert reports; | 1.0 | 330.00 | 12194044 |
| Levitt | Sam | 29/01/2014 | meeting with Torys team re expert report analysis workload distribution; | 0.5 | 165.00 | 12194045 |
| Levitt | Sam | 29/01/2014 | conducting research re expert reports; | 1.5 | 495.00 | 12194046 |
| Levitt | Sam | 30/01/2014 | conducting research re expert reports; | 4.8 | 1,584.00 | 12195946 |
| Levitt | Sam | 31/01/2014 | conducting research re expert reports; | 6.1 | 2,013.00 | 12197160 |
| Lee | Jonathan | 27/01/2014 | reviewing expert report for litigation | 1.8 | 594.00 | 12188935 |
| Lee | Jonathan | 29/01/2014 | Meeting re: research re: expert report with Torys Team | 1.0 | 330.00 | 12192617 |
| Lee | Jonathan | 29/01/2014 | meeting with Torys team re expert report analysis workload distribution | 0.5 | 165.00 | 12192787 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Lee | Jonathan | 30/01/2014 | expert witness review | 5.2 | 1,716.00 | 12195432 |
| Lee | Jonathan | 31/01/2014 | expert report secondary source review | 3.2 | 1,056.00 | 12196373 |
| Kennedy | Nick | 20/01/2014 | meeting with Andrew Gray to discuss research question; | 0.1 | 33.00 | 12173816 |
| Kennedy | Nick | 21/01/2014 | research re. contractual interpretation for Andrew Gray; | 5.8 | 1,914.00 | 12175581 |
| Kennedy | Nick | 22/01/2014 | meeting with Andrew Gray (0.1); researching canadian bankruptcy law (0.2); | 0.3 | 99.00 | 12178772 |
| Kennedy | Nick | 23/01/2014 | researching Canadian bankruptcy law; | 4.3 | 1,419.00 | 12179127 |
| Kennedy | Nick | 29/01/2014 | meeting re. research re. expert reports and work allocation; | 1.3 | 429.00 | 12192713 |
| Kennedy | Nick | 31/01/2014 | research re. expert reports; | 0.8 | 264.00 | 12196391 |
| Kara | Irfan | 21/01/2014 | research re Canadian legal issues (2.1); research re Canadian legal issues for A. Gray (2.5); | 4.6 | 1,518.00 | 12174045 |
| Kara | Irfan | 29/01/2014 | meeting with A. Slavens and Torys team re research re expert reports (1.0); meeting with Torys team re expert report analysis workload distribution(0.5); conducting research re expert reports (0.4); | 1.9 | 627.00 | 12192666 |
| Kara | Irfan | 30/01/2014 | conducing research re expert reports; | 8.7 | 2,871.00 | 12194040 |
| Kara | Irfan | 31/01/2014 | conducting research re expert reports; | 7.4 | 2,442.00 | 12195987 |
| Daniels | Marissa | 30/01/2014 | conducting research re: expert reports; | 8.9 | 2,937.00 | 12195547 |
| Daniels | Marissa | 31/01/2014 | conducting research re: expert reports; | 6.6 | 2,178.00 | 12196903 |
| Che | Eliot | 09/01/2014 | reviewing documents; | 0.3 | 99.00 | 12155626 |
| Che | Eliot | 29/01/2014 | meeting with A. Slavens and Torys team re research re expert reports (1.0); meeting with Torys team re expert report analysis workload distribution (0.5); conducting research re expert reports (1.1). | 2.6 | 858.00 | 12193839 |
| Che | Eliot | 30/01/2014 | conducting research re expert reports; | 5.2 | 1,716.00 | 12195782 |
| Che | Eliot | 31/01/2014 | conducting research re expert reports; | 2.6 | 858.00 | 12197034 |
| Block | Sheila R. | 03/01/2014 | preparation for representative deposition motion (2.3); discuss representative motion issues with S. Bomhof (.7); | 3.0 | 3,150.00 | 12145547 |
| Block | Sheila R. | 04/01/2014 | preparation for representative deposition motion (7.9); conference call with Cleary and Torys team (1.6); | 9.5 | 9,975.00 | 12145548 |
| Block | Sheila R. | 05/01/2014 | preparation for representative deposition motion; | 7.5 | 7,875.00 | 12145549 |
| Block | Sheila R. | 06/01/2014 | preparation for motion; | 8.3 | 8,715.00 | 12146415 |
| Block | Sheila R. | 07/01/2014 | prepare for and attend cross-border hearing on EMEA/UKPT settlement and representative witness depositions; | 8.0 | 8,400.00 | 12160560 |
| Block | Sheila R. | 08/01/2014 | trial preparation (4.7); discuss January 10 meeting with S. Bomhof and A. Gray (.3); | 5.0 | 5,250.00 | 12152361 |
| Block | Sheila R. | 09/01/2014 | preparation for trial; | 3.0 | 3,150.00 | 12158562 |
| Block | Sheila R. | 10/01/2014 | trial preparation; | 4.5 | 4,725.00 | 12169251 |
| Block | Sheila R. | 12/01/2014 | trial preparation; | 1.5 | 1,575.00 | 12159039 |
| Block | Sheila R. | 14/01/2014 | trial preparation; | 4.0 | 4,200.00 | 12182258 |
| Block | Sheila R. | 15/01/2014 | preparation for trial; | 4.0 | 4,200.00 | 12168381 |
| Block | Sheila R. | 16/01/2014 | trial prep; | 7.5 | 7,875.00 | 12170026 |
| Block | Sheila R. | 19/01/2014 | preparation for trial; | 4.3 | 4,515.00 | 12172234 |
| Block | Sheila R. | 20/01/2014 | trial preparation; | 6.0 | 6,300.00 | 12174096 |
| Block | Sheila R. | 21/01/2014 | trial preparation; | 6.8 | 7,140.00 | 12177135 |
| Block | Sheila R. | 22/01/2014 | trial preparation; | 10.4 | 10,920.00 | 12177138 |
| Block | Sheila R. | 23/01/2014 | trial preparation; | 10.3 | 10,815.00 | 12181873 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Block | Sheila R. | 24/01/2014 | trial preparation; | 3.0 | 3,150.00 | 12187938 |
| Block | Sheila R. | 26/01/2014 | trial preparation; | 9.0 | 9,450.00 | 12187945 |
| Block | Sheila R. | 27/01/2014 | trial preparation; | 8.0 | 8,400.00 | 12190137 |
| Block | Sheila R. | 28/01/2014 | telephone calls with Cleary regarding depositions (1.0); preparation for pretrial and trial (4.5); | 5.5 | 5,775.00 | 12193206 |
| Block | Sheila R. | 29/01/2014 | pretrial and follow up (3.5); reviewing expert reports (2.5); | 6.0 | 6,300.00 | 12193222 |
| Block | Sheila R. | 30/01/2014 | preparation regarding experts; | 10.0 | 10,500.00 | 12196917 |
| Block | Sheila R. | 31/01/2014 | trial preparation; | 4.5 | 4,725.00 | 12197590 |
| DeMarinis | Tony | 06/01/2014 | review and consideration of court materials relating to EMEA/US Debtors agreement and allocation proceedings (2.4); reading accumulated counsel correspondence and party submissions on contentious issues (0.7); | 3.1 | 3,255.00 | 12147672 |
| DeMarinis | Tony | 07/01/2014 | correspondence and reviews regarding claims resolution agreement and approval hearing (0.7); reading deposition materials (0.8); timetable review, accumulated counsel exchanges, and planning (1.0); | 2.5 | 2,625.00 | 12151178 |
| DeMarinis | Tony | 08/01/2014 | discuss with Scott Bomhof on U.S. claims agreement approval (0.2); review and consideration of various correspondence and materials regarding proposed trial protocol, expert witnesses, and evidentiary process (2.0); | 2.2 | 2,310.00 | 12153617 |
| DeMarinis | Tony | 09/01/2014 | correspondence and planning relating to expert testimony arrangements (0.7); review U.S. proceedings documents (0.5); review and consideration of production disclosure (1.5); | 2.7 | 2,835.00 | 12154799 |
| DeMarinis | Tony | 10/01/2014 | review and planning in relation to expert witnesses and counsel exchanges on same; | 1.3 | 1,365.00 | 12159233 |
| DeMarinis | Tony | 13/01/2014 | planning in relation to expert testimony (0.8); consideration of expert witness proposals (1.0); reading court materials (0.6); | 2.4 | 2,520.00 | 12162407 |
| DeMarinis | Tony | 14/01/2014 | trial planning and analysis, including consideration of production information and legal issues; | 2.7 | 2,835.00 | 12165282 |
| DeMarinis | Tony | 15/01/2014 | procedural considerations in relation to trial and evidence; | 2.0 | 2,100.00 | 12168254 |
| DeMarinis | Tony | 16/01/2014 | litigation material review and analysis (1.0); reading counsel correspondence (0.2); | 1.2 | 1,260.00 | 12170848 |
| DeMarinis | Tony | 17/01/2014 | reading correspondence and materials in relation to proposed trial protocol (1.1); consideration of points from various parties (0.6); analysis of trial issues and requirements (1.5); | 3.2 | 3,360.00 | 12172699 |
| DeMarinis | Tony | 20/01/2014 | reading exchange of correspondence and documents on trial matters (0.8); trial issues review and consideration (1.0); | 1.8 | 1,890.00 | 12174530 |
| DeMarinis | Tony | 21/01/2014 | counsel exchanges and reviews regarding trial protocol (0.6); reading accumulated correspondence and submissions (0.7); consideration of procedural issues and alternatives (1.2); reading production materials (1.5); | 4.0 | 4,200.00 | 12176453 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 22/01/2014 | various counsel correspondence regarding trial protocol, and consideration of issues on same; | 1.4 | 1,470.00 | 12179625 |
| DeMarinis | Tony | 23/01/2014 | review and analysis of documents and correspondence regarding allocation trial and procedure; | 2.5 | 2,625.00 | 12182389 |
| DeMarinis | Tony | 24/01/2014 | reading expert reports (1.3); review and consideration of various counsel exchanges on trial protocol (0.4); | 1.7 | 1,785.00 | 12187873 |
| DeMarinis | Tony | 27/01/2014 | review and analysis of extensive expert documents and associated legal issues; | 4.0 | 4,200.00 | 12190627 |
| DeMarinis | Tony | 28/01/2014 | review of expert witness materials and evidence; | 2.2 | 2,310.00 | 12192579 |
| DeMarinis | Tony | 29/01/2014 | review and analysis of evidentiary submissions of parties; | 2.4 | 2,520.00 | 12194371 |
| DeMarinis | Tony | 30/01/2014 | correspondence and materials review in relation to expert testimony process (1.1); consideration of substantive and procedural matters (1.0); | 2.1 | 2,205.00 | 12195081 |
| DeMarinis | Tony | 31/01/2014 | expert testimony analysis, and reviews of materials and correspondence exchanged by counsel (2.4); correspondence regarding depositions (0.2); | 2.6 | 2,730.00 | 12198875 |
| Watt | Nicholas | 30/01/2014 | library research re court documents (I. Kara) ; | 0.4 | 156.00 | 12195460 |
| Blake | Maureen | 07/01/2014 | review emails regarding transcripts and exhibits for recent deponents, organize same in deponents' workspace (.4); log into online database and locate and download the final transcripts and final exhibits for recent deponents (1.2); email regarding printing transcripts and exhibits (.2) review deposition notes/summaries folder and email to M. Reynolds regarding missing summaries; (.2); discussion with M. Reynolds regarding court attendance today for decision on representative witnesses (.1); discussion regarding the printing of the recent transcripts and issues regarding same(.2); | 2.3 | 1,000.50 | 12150588 |
| Blake | Maureen | 09/01/2014 | review emails from Brian Unger regarding locating and organizing certain exhibits and respond to same (.2); emails to the Litigation Technology Services Department regarding timing on printing of the exhibits once located (.2); review further email from Brian Unger and search exhibit lists for the documents requested and respond to Brian Unger (.6); | 1.0 | 435.00 | 12155353 |
| Blake | Maureen | 10/01/2014 | discussion with Andrew Gray regarding materials to be sent to our expert and email regarding same; (.2); discussion with M. Reynolds regarding process of collecting and forwarding materials to our expert; (.2); email to Brian Unger regarding status of search and review responses; (.3); review master exhibit lists for materials and list documents to be PDF for expert and emails regarding same(3.0) | 3.7 | 1,609.50 | 12156242 |
| Blake | Maureen | 14/01/2014 | review emails with acknowledgments/Erratas and organize in workspace of each deponent and | 0.5 | 217.50 | 12164668 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | email regarding updating transcripts (.3); review emails regarding exhibits for the expert and forward to A. Gray (.2) | | | |
| Blake | Maureen | 16/01/2014 | discussion with M. Reynolds regarding the documents for the expert witness not being loaded into Recommind and issues regarding same; (.2); review further acknowledgment/Erratas for deponents and instructions regarding updating the printed copies of the transcripts (.5); | 0.7 | 304.50 | 12173917 |
| Blake | Maureen | 21/01/2014 | review emails regarding the materials delivered to the expert and lengthy discussion with M. Reynolds regarding trial preparation going forward (.6) discussion with M. Reynolds regarding loading the deposition transcripts into summation and email to Chris Walker regarding same; (.4) | 1.0 | 435.00 | 12179298 |
| Blake | Maureen | 23/01/2014 | review errata/ acknowledgments and organize same into workspace (.4); email regarding printing errata/acknowledgments and instructions regarding deponent's acknowledged transcript (.3); discussion regarding conference call on Friday and agenda for same (.2); emails regarding organizing all of the deponents transcripts into a summation database and issues regarding productions not in Recommind (.7) | 1.6 | 696.00 | 12183046 |
| Blake | Maureen | 24/01/2014 | attend conference call to discuss co-ordinating efforts for trial preparation (1.2); meeting with Torys Technology Department to discuss Live Note and Casemap programs (.4); meeting with Andrew Gray and Molly Reynolds regarding trial preparation (.2); draft email to C. Walker regarding Live Note and CaseMap (.2); review and consider response from Chris Walker and email to M. Reynolds regarding conference call with Cleary; (.4) | 2.4 | 1,044.00 | 12183127 |
| Blake | Maureen | 28/01/2014 | review regarding trial preparation and trial logistics (.4) review email and attachments from S. Block regarding trial preparation and consideration of issues (.7); review materials received from Cleary Gottlieb (.3); attend conference call with C. Walker, Molly Reynolds, Jodi Erickson and Antonia Rahneva regarding the progress in Live Notes and Case Map for the transcript evidence, deposition exhibits and Key documents collection; further discussion regarding same; (1.5); review internet repository and further conference call with Antonia Rahneva and Chris Walker (.3); draft instructions regarding loading all transcripts from the internet repository into a summation database for trial preparation searches (.4); discussion regarding issues surrounding downloading transcripts from the | 4.0 | 1,740.00 | 12191787 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | internet repository of Ellen Grauer and email regarding same (.4); | | | |
| Blake | Maureen | 30/01/2014 | review emails regarding the materials to be gathered which are referred to in the experts reports and consider same; discussions with students regarding the organization of the materials and the location of same; (1.5); emails regarding organizing the reports and materials into the workspace (.3); review emails regarding the hard drive of the documents not loaded into Recommind and discussions regarding same; (.5) | 2.3 | 1,000.50 | 12195615 |
| Blake | Maureen | 31/01/2014 | review email regarding the deposition transcripts and status of loading into Torys summation database and issues with the hard drive of documents received from Cleary and respond to same:(.4); meeting with the Litigation Technology Services Department regarding the document identification numbers on the hard drive and issues around capturing the numbers in our system and discussion with M. Reynolds regarding same: (.6) | 1.0 | 435.00 | 12196648 |
| Lee | Jennifer | 21/01/2014 | library research re locating legal commentary (Irfan Kara); | 0.5 | 195.00 | 12197960 |
| Lee | Jennifer | 29/01/2014 | document retrieval/delivery of cases and court dockets; noting-up cases (Brian Unger; Giancarlo Ruscio); | 1.0 | 390.00 | 12198027 |
| Szydlowski | Tanya | 23/01/2014 | library research re article retrieval (N. Kennedy); | 0.5 | 77.50 | 12182820 |
| Szydlowski | Tanya | 28/01/2014 | library research re article retrieval (A. Slavens); | 1.0 | 155.00 | 12191898 |
| Szydlowski | Tanya | 29/01/2014 | library research re article retrieval (A. Slavens); | 3.5 | 542.50 | 12193847 |
| Szydlowski | Tanya | 30/01/2014 | library research re article and case retrieval (A. Slavens); | 3.7 | 573.50 | 12212236 |
| Gray | William | 02/01/2014 | Work on allocation issues for trial prep | 1.3 | 1,228.50 | 12162178 |
| Gray | William | 07/01/2014 | Conference with A. Slavens regarding approval of settlement agreement; review court hearings for settlement agreement with EMEA | 1.4 | 1,323.00 | 12162187 |
| Gray | William | 10/01/2014 | Review memorandum regarding discovery on allocation issues | 1.3 | 1,228.50 | 12162182 |
| Gray | William | 13/01/2014 | Work on allocation issues for trial prep | 1.2 | 1,134.00 | 12162190 |
| Gray | William | 14/01/2014 | Work on allocation issues for trial prep (1.3); review discovery summaries on allocation issues (2.2) | 3.5 | 3,307.50 | 12168901 |
| Gray | William | 15/01/2014 | Work on allocation issues for trial prep (1.8); review discovery materials (2.2) | 4.0 | 3,780.00 | 12168908 |
| Gray | William | 16/01/2014 | Work on allocation issues for trial prep (1.1); review discovery material (1.4) | 2.5 | 2,362.50 | 12168915 |
| Gray | William | 17/01/2014 | Work on allocation issues for trial prep | 1.8 | 1,701.00 | 12173120 |
| Gray | William | 20/01/2014 | Review legal memorandum regarding allocation issues | 0.7 | 661.50 | 12173115 |
| Gray | William | 21/01/2014 | Review discovery issues relating to allocation issues (1.2); work on allocation issues for trial prep (.6) | 1.8 | 1,701.00 | 12179147 |
| Gray | William | 22/01/2014 | Work on allocation issues for trial prep | 2.4 | 2,268.00 | 12179133 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| | | | (1.3); review discovery materials related to allocation (1.1); | | | |
| Gray | William | 23/01/2014 | Work on allocation issues for trial prep (1.3); review discovery materials (.5) | 1.8 | 1,701.00 | 12181951 |
| Gray | William | 24/01/2014 | Work on allocation issues for trial prep | 1.7 | 1,606.50 | 12186774 |
| Gray | William | 27/01/2014 | Work on expert discovery reports (1.4); work on allocation issues for trial prep (1.2) | 2.6 | 2,457.00 | 12195067 |
| Gray | William | 28/01/2014 | Work on allocation issues for trial prep (1.3); review discovery summaries (.4) | 1.7 | 1,606.50 | 12195079 |
| Gray | William | 29/01/2014 | Work on expert testimony summaries | 1.4 | 1,323.00 | 12195182 |
| Gray | William | 31/01/2014 | Work on allocation issues for trial prep | 1.2 | 1,134.00 | 12198866 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 08/01/2014 | research regarding Canadian legal issues related to allocation dispute; | 1.2 | 1,080.00 | 12154747 |
| Bomhof | Scott A. | 09/01/2014 | research regarding Canadian legal issues and telephone call with C. McCourt regarding same; | 2.4 | 2,160.00 | 12154753 |
| Bomhof | Scott A. | 13/01/2014 | research regarding Canadian legal issues; | 1.8 | 1,620.00 | 12162377 |
| Bomhof | Scott A. | 14/01/2014 | Research re: Canadian legal issues; | 1.4 | 1,260.00 | 12168805 |
| Bomhof | Scott A. | 16/01/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12169158 |
| Bomhof | Scott A. | 17/01/2014 | research regarding Canadian legal issues related to allocation; | 1.3 | 1,170.00 | 12173295 |
| Bomhof | Scott A. | 20/01/2014 | research regarding Canadian legal issues related to allocation; | 3.0 | 2,700.00 | 12173298 |
| Bomhof | Scott A. | 21/01/2014 | research regarding Canadian legal issues with respect to allocation; | 2.4 | 2,160.00 | 12175036 |
| Bomhof | Scott A. | 22/01/2014 | Meet with John Cameron and A. Slavens to review research topics (1.0); research regarding Canadian legal issues for allocation hearing (2.1). | 3.1 | 2,790.00 | 12186880 |
| Bomhof | Scott A. | 27/01/2014 | research regarding Canadian legal issues related to allocation; | 1.6 | 1,440.00 | 12193232 |
| Bomhof | Scott A. | 31/01/2014 | research regarding Canadian legal issues related to allocation; | 1.3 | 1,170.00 | 12197511 |
| McCourt | Conor | 09/01/2014 | considering e-mail from Scott Bomhof regarding further research (0.2); searching out primary authorities and composing e-mail to Scott Bomhof (1.9); research on MRDA issues (1.8); discussion with Scott Bomhof on research issues (0.2); | 4.1 | 4,305.00 | 12155760 |
| McCourt | Conor | 10/01/2014 | research MRDA issues; | 2.2 | 2,310.00 | 12159349 |
| Slavens | Adam | 09/01/2014 | conducting Canadian legal research for case; | 2.5 | 1,725.00 | 12156725 |
| Slavens | Adam | 15/01/2014 | conducting Canadian legal research for case; | 2.5 | 1,725.00 | 12168933 |
| Slavens | Adam | 19/01/2014 | conducting Canadian legal research for case; | 2.7 | 1,863.00 | 12172775 |
| Slavens | Adam | 22/01/2014 | office conference with J. Cameron and S. Bomhof re Canadian legal research for case; | 1.5 | 1,035.00 | 12178861 |
| Slavens | Adam | 23/01/2014 | conducting Canadian legal research for case; | 1.8 | 1,242.00 | 12183808 |
| Cameron | John | 20/01/2014 | conducting Canadian legal research; | 3.0 | 3,150.00 | 12176304 |
| Cameron | John | 21/01/2014 | conducting Canadian legal research; | 8.0 | 8,400.00 | 12176303 |
| Cameron | John | 22/01/2014 | meeting with Adam Slavens and Scott Bomhof; | 1.5 | 1,575.00 | 12178760 |
| Cameron | John | 22/01/2014 | conducting Canadian legal research; | 2.0 | 2,100.00 | 12178763 |
| DeMarinis | Tony | 09/01/2014 | consideration of inter-company structure and dealings, and legal matters; | 1.0 | 1,050.00 | 12154798 |
| DeMarinis | Tony | 10/01/2014 | legal review and analysis in relation to litigation issues and evidence production (3.2); reading research conducted by firm (0.6); | 3.8 | 3,990.00 | 12159230 |
| DeMarinis | Tony | 17/01/2014 | analysis and review regarding issues at trial, and research; | 2.5 | 2,625.00 | 12172701 |
| DeMarinis | Tony | 20/01/2014 | analysis and review of trial issues; | 1.5 | 1,575.00 | 12174531 |
| DeMarinis | Tony | 21/01/2014 | consideration of Ontario procedural matters (0.8); reading materials relating to same (1.0); | 1.8 | 1,890.00 | 12176455 |
| DeMarinis | Tony | 22/01/2014 | analysis of trial issues and information; | 2.2 | 2,310.00 | 12179627 |
| DeMarinis | Tony | 23/01/2014 | analysis relating to trial procedure and evidence; | 2.0 | 2,100.00 | 12182390 |
| DeMarinis | Tony | 24/01/2014 | review and analysis of trial production, legal issues, and accumulated counsel exchanges; | 4.5 | 4,725.00 | 12187870 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 31/01/2014 | consideration of issues in relation to expert testimony; | 2.0 | 2,100.00 | 12198879 |

Intercompany Analysis

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 06/01/2014 | analysis of legal principles raised by parties in relation to inter-company claims and allocation; | 0.8 | 840.00 | 12147674 |
| DeMarinis | Tony | 30/01/2014 | review of information and materials regarding inter-company matters; | 1.8 | 1,890.00 | 12195080 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 12/01/2014 | reviewing CCAA case court documents; | 1.0 | 690.00 | 12159339 |
| Slavens | Adam | 13/01/2014 | reviewing CCAA case court documents; | 0.7 | 483.00 | 12162441 |
| Slavens | Adam | 21/01/2014 | reviewing CCAA case court documents; | 0.8 | 552.00 | 12176532 |
| DeMarinis | Tony | 14/01/2014 | reviewing documents in the Canadian proceedings and materials exchanged by parties; | 1.5 | 1,575.00 | 12165283 |
| DeMarinis | Tony | 27/01/2014 | consideration of claims in Canadian proceedings; | 1.6 | 1,680.00 | 12190628 |
| DeMarinis | Tony | 28/01/2014 | consideration of Canadian allocation and distribution issues and related information and materials; | 3.5 | 3,675.00 | 12192574 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Slavens | Adam | 09/01/2014 | preparing CCAA 18.6 recognition court materials; | 1.0 | 690.00 | 12156735 |
| Slavens | Adam | 13/01/2014 | preparing CCAA 18.6 recognition court materials; | 4.8 | 3,312.00 | 12162439 |
| Slavens | Adam | 20/01/2014 | preparing CCAA 18.6 recognition court materials; | 0.7 | 483.00 | 12176518 |
| Slavens | Adam | 22/01/2014 | preparing CCAA 18.6 recognition court materials; | 0.6 | 414.00 | 12179752 |
| Slavens | Adam | 24/01/2014 | finalizing, serving and filing motion record re motion returnable January 30, 2014; | 3.6 | 2,484.00 | 12187947 |
| Slavens | Adam | 29/01/2014 | preparing for motion returnable January 30, 2014 (1.0); email correspondence with service list re same (0.1); | 1.1 | 759.00 | 12194306 |
| Slavens | Adam | 30/01/2014 | attending motion returnable January 30, 2014 (2.5); preparing for same (0.6); email correspondence to service list re same (0.1); | 3.2 | 2,208.00 | 12196590 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Hoffman | Michael B. | 29/01/2014 | research & obtain U.S. court documents - motions, pleadings, briefs, orders (1.9); | 1.9 | 741.00 | 12197552 |