**EXHIBIT B**

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 01, 2014 through January 31, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Filing Fee | | $119.41 |
| Process Server | | $352.60 |
| Production/LTS Laser Printing | | $190.58 |
| Duplicating/Printing | 49,544 pgs @ .10 per pg | $4,954.41 |
| Taxi & Travel | | $680.45 |
| Binding Charges/Exhibit Tabs | | $297.92 |
| E-Discovery Consulting | | $377.08 |
| Courier | | $92.92 |
| Computer Research | Quicklaw / Westlaw | $4,351.05 |
| Data Management | | $326.52 |
| Telephone | Long Distance | $14.56 |
| Library Costs | | $94.02 |
| **Grand Total Expenses** | | **$11,851.52** |

**Nortel**
**January 2014 Disbursements**

| Code | Description | Date | Amount | Details |
|---|---|---|---|---|
| 87 | Court Filing Fee | 03/01/2014 | $ 119.41 | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 270 | Process Server Picking Up/Delivering | 17/01/2014 | 9.40 | delivering letter dated January 17, 2014 to Justice Morawetz; |
| 271 | Process Server Filing | 02/01/2014 | 32.91 | filing factum and brief of authorities of Nortel Networks Inc. and Other U.S. Debtors (Representative Depositions) and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 03/01/2014 | 32.91 | filing motion record of Nortel Networks Inc. and Other U.S. Debtors (Representative Depositions) and affidavit of service; |
| 271 | Process Server Filing | 06/01/2014 | 32.91 | filing affidavit of Jeffrey A. Rosenthal sworn January 6, 2014; |
| 271 | Process Server Filing | 06/01/2014 | 32.91 | filing letter to Justice Morawetz attaching letter from Justice Gross; |
| 271 | Process Server Filing | 06/01/2014 | 32.91 | filing US Debtors reply; |
| 271 | Process Server Filing | 24/01/2014 | 32.91 | filing recognition of U.S. claims litigation settlement agreement order and affidavit of service of Marian Bojovich; |
| 271 | Process Server Filing | 24/01/2014 | 32.91 | filing notice of filing - joint trial protocol and affidavit of service of Marian Bojovich; |
| 399 | Process Servers | 14/01/2014 | 70.52 | Process Servers - - VENDOR: Donaldson Law Clerk Services  - ADAM SLAVENS - NORTEL - COURT FILE NO. 09-CL-7950 - |
| 399 | Process Servers | 14/01/2014 | 42.31 | Process Servers - - VENDOR: Donaldson Law Clerk Services  - ADAM SLAVENS - NORTEL - COURT FILE NO. 09-CL-7950 - |
| | | | **$ 352.60** | |
| 303 | Taxi & Travel | 02/01/2014 | 8.40 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 330 University taxi to Court |
| 303 | Taxi & Travel | 07/01/2014 | 10.07 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 79 Wellington taxi from Court |
| 303 | Taxi & Travel | 12/01/2014 | 41.97 | Taxi & Travel<br>Block, Sheila R.; Taxi/Car Service - Home Taxi from Pearson Airport to 151 St. Clements Avenue |
| 303 | Taxi & Travel | 30/01/2014 | 8.40 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 330 University taxi to courthouse |
| 317 | Taxi & Travel (Out of Town) | 09/01/2014 | 265.32 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Airfare - NYC Airfare from Toronto (Island Airport) to NYC (Newark Int'l Airport) 01/09/2014 - 01/09/2014 Other |
| 317 | Taxi & Travel (Out of Town) | 09/01/2014 | 91.80 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - Taxi from Clearys in NYC to The Benjamin (hotel) in NYC |
| 317 | Taxi & Travel (Out of Town) | 09/01/2014 | 27.63 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - hotel Taxi from  NYC (Newark Int'l Airport) to The Benjamin (hotel) in NYC |
| 317 | Taxi & Travel (Out of Town) | 09/01/2014 | 20.36 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Taxi/Car Service - Clearys Taxi from The Benjamin (hotel)to Clearys in NYC - two trips ($10.00 each). |
| 317 | Taxi & Travel (Out of Town) | 09/01/2014 | 206.50 | Taxi & Travel (Out of Town)<br>Block, Sheila R.; Lodging One night at The Benjamin (hotel) in New York City (purchased online in Ontario - therefore amounts are in Canadian dollars). 01/09/2014 - 01/10/2014 Other |
| | | | **$ 680.45** | |

| | | | |
|---|---|---|---|
| 800 Telephone Call | 05/01/2014 | 3.34 | Telephone Call 16466101096 - New York, NY - Time: 15:55 - Dur: 70.58 |
| 800 Telephone Call | 06/01/2014 | 1.65 | Telephone Call 18162496838 - Buckner, MO - Time: 10:36 - Dur: 34.98 |
| 800 Telephone Call | 08/01/2014 | 1.03 | Telephone Call 12122252452 - New York, NY - Time: 15:34 - Dur: 21.92 |
| 800 Telephone Call | 08/01/2014 | 4.51 | Telephone Call 12122253781 - New York, NY - Time: 16:17 - Dur: 95.95 |
| 800 Telephone Call | 21/01/2014 | 0.05 | Telephone Call 12122252025 - New York, NY - Time: 14:08 - Dur: 0.68 |
| 800 Telephone Call | 21/01/2014 | 0.28 | Telephone Call 12122252025 - New York, NY - Time: 18:34 - Dur: 5.45 |
| 800 Telephone Call | 21/01/2014 | 0.09 | Telephone Call 12122252025 - New York, NY - Time: 18:40 - Dur: 1.50 |
| 800 Telephone Call | 23/01/2014 | 0.14 | Telephone Call 12122252000 - New York, NY - Time: 09:54 - Dur: 2.90 |
| 800 Telephone Call | 27/01/2014 | 0.56 | Telephone Call 17199550541 - Colorado Springs, CO - Time: 10:32 - Dur: 11.30 |
| 800 Telephone Call | 27/01/2014 | 0.09 | Telephone Call 12122252086 - New York, NY - Time: 19:16 - Dur: 1.87 |
| 800 Telephone Call | 27/01/2014 | 0.19 | Telephone Call 12122252086 - New York, NY - Time: 19:26 - Dur: 3.42 |
| 800 Telephone Call | 28/01/2014 | 0.05 | Telephone Call 12122252086 - New York, NY - Time: 10:10 - Dur: 0.70 |
| 800 Telephone Call | 28/01/2014 | 0.66 | Telephone Call 12122252086 - New York, NY - Time: 10:22 - Dur: 13.83 |
| 800 Telephone Call | 30/01/2014 | 1.74 | Telephone Call 12122252432 - New York, NY - Time: 11:29 - Dur: 36.65 |
| 800 Telephone Call | 31/01/2014 | 0.18 | Telephone Call 12122252032 - New York, NY - Time: 13:46 - Dur: 3.40 |
| | | **$ 14.56** | |
| 821 Production Printing | 19/01/2014 | 25.39 | Production Printing printing a production set and its related list; printing privileged documents and/or redacted productions; tabbing or inserting separator sheets; setting stamps and document labels; |
| 839 LTS Laser Printing | 19/01/2014 | 165.19 | LTS Laser Printing printing images and/or transcripts from the data base; |
| | | **$ 190.58** | |
| 801 Copies | 02/01/2014 | 9.20 | Copies |
| 801 Copies | 02/01/2014 | 46.80 | Copies |
| 801 Copies | 03/01/2014 | 154.10 | Copies |
| 801 Copies | 03/01/2014 | 3.40 | Copies |
| 801 Copies | 04/01/2014 | 0.10 | Copies |
| 801 Copies | 06/01/2014 | 75.80 | Copies |
| 801 Copies | 06/01/2014 | 71.30 | Copies |
| 801 Copies | 06/01/2014 | 13.10 | Copies |
| 801 Copies | 08/01/2014 | 0.10 | Copies |
| 801 Copies | 13/01/2014 | 31.20 | Copies |
| 801 Copies | 14/01/2014 | 5.80 | Copies |
| 801 Copies | 14/01/2014 | 71.90 | Copies |

**Nortel**
**January 2014 Disbursements**

| | | | |
|---|---|---|---|
| 801 Copies | 15/01/2014 | 274.70 | Copies |
| 801 Copies | 20/01/2014 | 0.50 | Copies |
| 801 Copies | 21/01/2014 | 71.50 | Copies |
| 801 Copies | 24/01/2014 | 0.30 | Copies |
| 801 Copies | 24/01/2014 | 82.00 | Copies |
| 801 Copies | 24/01/2014 | 0.90 | Copies |
| 801 Copies | 27/01/2014 | 100.70 | Copies |
| 801 Copies | 28/01/2014 | 0.10 | Copies |
| 801 Copies | 31/01/2014 | 5.80 | Copies |
| 801 Copies | 31/01/2014 | 0.60 | Copies |
| 801 Copies | 31/01/2014 | 4.80 | Copies |
| 808 Laser Printing | 01/01/2014 | 5.20 | Laser Printing |
| 808 Laser Printing | 02/01/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 02/01/2014 | 39.60 | Laser Printing |
| 808 Laser Printing | 02/01/2014 | 5.30 | Laser Printing |
| 808 Laser Printing | 03/01/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 03/01/2014 | 61.70 | Laser Printing |
| 808 Laser Printing | 04/01/2014 | 189.50 | Laser Printing |
| 808 Laser Printing | 05/01/2014 | 5.40 | Laser Printing |
| 808 Laser Printing | 06/01/2014 | 7.60 | Laser Printing |
| 808 Laser Printing | 06/01/2014 | 8.30 | Laser Printing |
| 808 Laser Printing | 06/01/2014 | 4.00 | Laser Printing |
| 808 Laser Printing | 06/01/2014 | 475.50 | Laser Printing |
| 808 Laser Printing | 06/01/2014 | 24.60 | Laser Printing |
| 808 Laser Printing | 06/01/2014 | 15.00 | Laser Printing |
| 808 Laser Printing | 07/01/2014 | 1.10 | Laser Printing |
| 808 Laser Printing | 07/01/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 07/01/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 07/01/2014 | 2.00 | Laser Printing |
| 808 Laser Printing | 07/01/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 08/01/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 08/01/2014 | 4.20 | Laser Printing |
| 808 Laser Printing | 08/01/2014 | 4.10 | Laser Printing |
| 808 Laser Printing | 09/01/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 09/01/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 09/01/2014 | 3.80 | Laser Printing |
| 808 Laser Printing | 09/01/2014 | 3.40 | Laser Printing |
| 808 Laser Printing | 09/01/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 10/01/2014 | 1.20 | Laser Printing |
| 808 Laser Printing | 10/01/2014 | 7.70 | Laser Printing |
| 808 Laser Printing | 10/01/2014 | 7.40 | Laser Printing |
| 808 Laser Printing | 10/01/2014 | 6.50 | Laser Printing |
| 808 Laser Printing | 13/01/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 13/01/2014 | 55.90 | Laser Printing |
| 808 Laser Printing | 13/01/2014 | 3.40 | Laser Printing |
| 808 Laser Printing | 14/01/2014 | 59.40 | Laser Printing |
| 808 Laser Printing | 14/01/2014 | 6.10 | Laser Printing |
| 808 Laser Printing | 14/01/2014 | 0.40 | Laser Printing |
| 808 Laser Printing | 15/01/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 15/01/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 15/01/2014 | 136.80 | Laser Printing |
| 808 Laser Printing | 15/01/2014 | 4.70 | Laser Printing |
| 808 Laser Printing | 16/01/2014 | 2.40 | Laser Printing |
| 808 Laser Printing | 16/01/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 17/01/2014 | 0.50 | Laser Printing |
| 808 Laser Printing | 17/01/2014 | 3.10 | Laser Printing |
| 808 Laser Printing | 17/01/2014 | 17.70 | Laser Printing |
| 808 Laser Printing | 17/01/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 20/01/2014 | 23.50 | Laser Printing |
| 808 Laser Printing | 20/01/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 20/01/2014 | 1.70 | Laser Printing |
| 808 Laser Printing | 20/01/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 20/01/2014 | 69.90 | Laser Printing |
| 808 Laser Printing | 20/01/2014 | 31.40 | Laser Printing |
| 808 Laser Printing | 21/01/2014 | 10.50 | Laser Printing |
| 808 Laser Printing | 21/01/2014 | 2.40 | Laser Printing |
| 808 Laser Printing | 21/01/2014 | 0.80 | Laser Printing |
| 808 Laser Printing | 22/01/2014 | 0.40 | Laser Printing |

**Nortel**
**January 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | 22/01/2014 | 10.10 | Laser Printing |
| 808 Laser Printing | 22/01/2014 | 2.60 | Laser Printing |
| 808 Laser Printing | 22/01/2014 | 14.00 | Laser Printing |
| 808 Laser Printing | 22/01/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 22/01/2014 | 13.10 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 4.30 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 5.40 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 0.20 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 17.10 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 11.00 | Laser Printing |
| 808 Laser Printing | 23/01/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 24/01/2014 | 1.80 | Laser Printing |
| 808 Laser Printing | 24/01/2014 | 0.90 | Laser Printing |
| 808 Laser Printing | 24/01/2014 | 5.10 | Laser Printing |
| 808 Laser Printing | 24/01/2014 | 56.20 | Laser Printing |
| 808 Laser Printing | 24/01/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 27/01/2014 | 1.60 | Laser Printing |
| 808 Laser Printing | 27/01/2014 | 63.50 | Laser Printing |
| 808 Laser Printing | 27/01/2014 | 7.70 | Laser Printing |
| 808 Laser Printing | 27/01/2014 | 21.60 | Laser Printing |
| 808 Laser Printing | 27/01/2014 | 2.30 | Laser Printing |
| 808 Laser Printing | 27/01/2014 | 1,542.30 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 2.80 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 11.90 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 23.70 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 3.00 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 326.40 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 23.90 | Laser Printing |
| 808 Laser Printing | 28/01/2014 | 10.00 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 80.50 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 5.60 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 0.70 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 5.50 | Laser Printing |
| 808 Laser Printing | 29/01/2014 | 0.10 | Laser Printing |
| 808 Laser Printing | 30/01/2014 | 1.00 | Laser Printing |
| 808 Laser Printing | 30/01/2014 | 1.90 | Laser Printing |
| 808 Laser Printing | 30/01/2014 | 0.60 | Laser Printing |
| 808 Laser Printing | 30/01/2014 | 0.30 | Laser Printing |
| 808 Laser Printing | 30/01/2014 | 74.70 | Laser Printing |
| 808 Laser Printing | 30/01/2014 | 23.20 | Laser Printing |
| 808 Laser Printing | 31/01/2014 | 1.10 | Laser Printing |
| 808 Laser Printing | 31/01/2014 | 70.60 | Laser Printing |
| 808 Laser Printing | 31/01/2014 | 0.10 | Laser Printing |
| 954 Copy Preparation | 02/01/2014 | 9.40 | Copy Preparation labour; Jan-02-14, C Pellegrini, Hand Labour, 15 min., /JS |
| 954 Copy Preparation | 03/01/2014 | 9.40 | Copy Preparation labour; Jan-03-14, M Bojovick, Hand Labour, 15 min., EB/TW/JS, 11 |
| 954 Copy Preparation | 23/01/2014 | 37.61 | Copy Preparation labour; Jan-23-14, M Bojovick, Hand Labour, 60 min., /JS |
| 4808 Laser Printing | 02/01/2014 | 0.60 | Laser Printing |
| 4808 Laser Printing | 06/01/2014 | 1.10 | Laser Printing |
| 4808 Laser Printing | 09/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 09/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 09/01/2014 | 3.20 | Laser Printing |
| 4808 Laser Printing | 09/01/2014 | 3.20 | Laser Printing |
| 4808 Laser Printing | 13/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 13/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 13/01/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 13/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 0.30 | Laser Printing |

**Nortel**
**January 2014 Disbursements**

| | | | |
|---|---|---|---|
| 4808 Laser Printing | 14/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 14/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 4.40 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 2.20 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 1.40 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 2.40 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 2.40 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 15/01/2014 | 2.10 | Laser Printing |
| 4808 Laser Printing | 16/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 16/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 16/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 16/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 17/01/2014 | 0.70 | Laser Printing |
| 4808 Laser Printing | 17/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 17/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 21/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 21/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 21/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 21/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 21/01/2014 | 2.00 | Laser Printing |
| 4808 Laser Printing | 22/01/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 22/01/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 22/01/2014 | 0.40 | Laser Printing |
| 4808 Laser Printing | 22/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 24/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 24/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 1.50 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 1.70 | Laser Printing |
| 4808 Laser Printing | 28/01/2014 | 1.60 | Laser Printing |
| 4808 Laser Printing | 29/01/2014 | 3.70 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.30 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 30/01/2014 | 0.10 | Laser Printing |
| 4808 Laser Printing | 31/01/2014 | 0.20 | Laser Printing |
| 4808 Laser Printing | 31/01/2014 | 0.80 | Laser Printing |
| 4808 Laser Printing | 31/01/2014 | 4.70 | Laser Printing |
| | | **$ 4,954.41** | |
| 811 Binding Charges | 02/01/2014 | 11.28 | Binding Charges |
| | | | Jan-02-14, C Pellegrini, Binding Charges, x4, /JS |

**Nortel**
**January 2014 Disbursements**

| | | | |
|---|---|---|---|
| 811 Binding Charges | 03/01/2014 | 14.10 | Binding Charges |
| | | | Jan-03-14, M Bojovic, Binding Charges, x5, EB/JS |
| 811 Binding Charges | 03/01/2014 | 76.16 | Binding Charges |
| | | | Jan-03-14, M Bojovick, Binding Charges, x27, EB/TW/JS, 11 |
| 811 Binding Charges | 06/01/2014 | 42.31 | Binding Charges |
| | | | Jan-06-14, J Palmateer, Binding Charges, x15, /TW |
| 811 Binding Charges | 14/01/2014 | 5.64 | Binding Charges |
| | | | Jan-14-14, M Bojovick, Binding Charges, x2, /TW/JS |
| 811 Binding Charges | 15/01/2014 | 5.64 | Binding Charges |
| | | | Jan-15-14, M Bojovick, Binding Charges, x2, /JS |
| 811 Binding Charges | 17/01/2014 | 2.82 | Binding Charges |
| | | | Jan-17-14, M Bojovick, Binding Charges, x1, EB |
| 811 Binding Charges | 30/01/2014 | 5.64 | Binding Charges |
| | | | Jan-30-14, I Kara, Binding Charges, x2, /TW |
| 844 Exhibit Tabs | 02/01/2014 | 7.52 | Exhibit Tabs |
| | | | Jan-02-14, C Pellegrini, Exhibit Tabs, x32, /JS |
| 844 Exhibit Tabs | 03/01/2014 | 25.86 | Exhibit Tabs |
| | | | Jan-03-14, M Bojovic, Exhibit Tabs, x110, EB/JS |
| 844 Exhibit Tabs | 03/01/2014 | 39.02 | Exhibit Tabs |
| | | | Jan-03-14, M Bojovick, Exhibit Tabs, x166, EB/TW/JS, 11 |
| 844 Exhibit Tabs | 06/01/2014 | 39.49 | Exhibit Tabs |
| | | | Jan-06-14, J Palmateer, Exhibit Tabs, x168, /TW |
| 844 Exhibit Tabs | 13/01/2014 | 3.29 | Exhibit Tabs |
| | | | Jan-13-14, M Bojovick, Exhibit Tabs, x14, /TW |
| 844 Exhibit Tabs | 14/01/2014 | 3.76 | Exhibit Tabs |
| | | | Jan-14-14, M Bojovick, Exhibit Tabs, x16, /TW/JS |
| 844 Exhibit Tabs | 15/01/2014 | 4.94 | Exhibit Tabs |
| | | | Jan-15-14, M Bojovick, Exhibit Tabs, x21, /JS |
| 844 Exhibit Tabs | 21/01/2014 | 9.87 | Exhibit Tabs |
| | | | Jan-21-14, M Bojovick, Exhibit Tabs, x42, /TW |
| 844 Exhibit Tabs | 30/01/2014 | 0.47 | Exhibit Tabs |
| | | | Jan-30-14, I Kara, Exhibit Tabs, x2, /TW |
| 844 Exhibit Tabs | 31/01/2014 | 0.11 | Exhibit Tabs |
| | | | Jan-31-14, T Szydlow, Exhibit Tabs, x.5, /JS |
| | | **$ 297.92** | |
| 822 Courier | 13/01/2014 | 6.58 | Courier |
| | | | 79 Wellington Street West,Invoice # 59369, |
| | | | 40 King St W,Bereskin & Parr, |
| | | | d laine,1,0 |
| 822 Courier | 16/01/2014 | 6.58 | Courier |
| | | | 79 Wellington Street West,Invoice # 59369, |
| | | | 40 King St W,Bereskin & Parr, |
| | | | lucy,1,0 |
| 822 Courier | 21/01/2014 | 6.58 | Courier |
| | | | 79 Wellington Street West,Invoice # 59398, |
| | | | 40 King St W,BERESKIN & PARR, |
| | | | d laine,1,0 |
| 822 Courier | 28/01/2014 | 5.02 | Courier |
| | | | 79 Wellington Street West,Invoice # 59455, |
| | | | 105 St George St,University of Toronto - Rotman, |
| | | | Pat,1,1 |
| 822 Courier | 29/01/2014 | 28.69 | Courier |
| | | | 4700 Keele St,Osgoode Library - York Universit, |
| | | | 79 Wellington Street West,Invoice # 59455, |
| | | | Keith,1,1 |
| 822 Courier | 30/01/2014 | 4.45 | Courier |
| | | | 95 Charles St W,Bora Laskin Law Library, |
| | | | 79 Wellington Street West,Invoice # 59455, |
| | | | Keith,1,1 |
| 822 Courier | 30/01/2014 | 4.45 | Courier |
| | | | 369 Huron St,University of Toronto, |
| | | | 79 Wellington Street West,Invoice # 59455, |
| | | | Keith,1,1 |

**Nortel**
**January 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 822 Courier | 30/01/2014 | 4.45 | Courier |
| | | | 10 King's College Rd,University of Toronto, |
| | | | 79 Wellington Street West,Invoice # 59455, |
| | | | Keith,1,1 |
| 822 Courier | 31/01/2014 | 22.89 | Courier |
| | | | From One Liberty Plaza,  to Cleary Gottlieb |
| | | | Steen & Hamilton LL, 79  WELLINGTON ST WEST, Re |
| | | | f#113506 |
| 822 Courier | 31/01/2014 | 3.23 | Courier |
| | | | 95 Charles St W,Bora Laskin Law Library, |
| | | | 79 Wellington Street West,Invoice # 59455, |
| | | | keith,1,2 |
| | | **$  92.92** | |
| 826 Data/Project Management | 19/01/2014 | 53.59 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. |
| 826 Data/Project Management | 31/01/2014 | 272.93 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. |
| | | **$  326.52** | |
| 836 E-Discovery Consulting | 31/01/2014  $ | 377.08 | E-Discovery Consulting e-discovery project consulting; |
| | | | E-Discovery Consulting |
| | | | e-discovery project consulting; |
| 198 Library Costs | 29/01/2014 | 47.01 | Library Costs |
| | | | ILL, Request #B35873-2001 |
| 198 Library Costs | 30/01/2014 | 47.01 | Library Costs |
| | | | ILL, Reference #B35873-2001 |
| | | **$  94.02** | |
| 883 On Line Research Charges -WestlaweCarswell Excl. | 31/01/2014 | 648.21 | On Line Research Charges -WestlaweCarswell Excl. |
| 885 On Line Research Charges - Quicklaw | 09/01/2014 | 2.82 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 21/01/2014 | 233.19 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 21/01/2014 | 89.32 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 21/01/2014 | 23.51 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 23/01/2014 | 184.27 | On Line Research Charges - Quicklaw |
| 885 On Line Research Charges - Quicklaw | 30/01/2014 | 1,628.58 | On Line Research Charges - Quicklaw |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 09/01/2014 | 8.14 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 21/01/2014 | 354.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 21/01/2014 | 29.77 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 22/01/2014 | 20.21 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 23/01/2014 | 23.98 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 23/01/2014 | 16.92 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/01/2014 | 312.15 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 29/01/2014 | 94.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 30/01/2014 | 85.56 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 30/01/2014 | 27.27 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 30/01/2014 | 62.19 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 30/01/2014 | 86.97 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 31/01/2014 | 61.95 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 31/01/2014 | 12.12 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges -WestlaweCarswell Incl. | 31/01/2014 | 20.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 4885 On Line Research Charges - Westlaw Excl. | 29/01/2014 | 198.70 | On Line Research Charges - Westlaw Excl. |
| 4885 On Line Research Charges - Westlaw Excl. | 30/01/2014 | 13.06 | On Line Research Charges - Westlaw Excl. |
| 4887 On Line Research Charges - Westlaw Incl. | 29/01/2014 | 7.06 | On Line Research Charges - Westlaw Incl. |
| 4887 On Line Research Charges - Westlaw Incl. | 30/01/2014 | 106.29 | On Line Research Charges - Westlaw Incl. |
| | | **$  4,351.05** | |
| | | **$ 11,851.52** | |