IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Hearing Date: TBD**
:
---------------------------------------------------------------X

**SEVENTEENTH QUARTERLY FEE APPLICATION OF JOHN RAY,
AS PRINCIPAL OFFICER OF NORTEL NETWORKS, INC. AND ITS AFFILIATES,
FOR THE PERIOD NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), John Ray hereby submits his Sixteenth Quarterly Fee Application Request (the "Request") for the period November 1, 2013 through and including January 31, 2014[2] (the "Application Period").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]   Exhibit A attached to the monthly applications (D.I. 12975, 12783) (the "Monthly Applications") contain detailed listing of John Ray's requested fees and expenses for the Application Periods.

John Ray seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | 80% of Total Fees Requested | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 1/7/2014 D.I. 12783 | 11/1/2013-12/31/2013 | $31,155.00 | $6,103.80 | 2/24/2014 D.I. 13036 | $24,924.00 | $6,103.80 | $6,231.00 |
| 2/19/2014 D.I. 12975 | 1/1/2014-1/31/2014 | $18,224.00 | $0.00 | PENDING | $14,579.20 | $0.00 | $3,644.80 |
| TOTAL | | $49,379.00 | $6,103.80 | | $39,503.20 | $6,103.80 | $9,875.80 |

In accordance with the Monthly Compensation Order, John Ray seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, John Ray respectfully requests that the Court enter the order attached hereto as Exhibit A and grant John Ray such other and further relief as is just and proper.

Dated:   February 25, 2014  
        Wilmington, Delaware

JOHN RAY

_____  
John Ray  
*Principal Officer for Nortel Networks Inc*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Ray | Principal Officer | $670.00 | 66.7 | $44,689.00 |
|  | Travel ½ Rate | $335.00 | 14.0 | $4,690.00 |
|  | **TOTALS** |  | **80.7** | **$49,379.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 0.0 | $0.00 |
| Reviewing operational management of transition services | 0.0 | 0.00 |
| Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 55.5 | 37,185.00 |
| Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 0.5 | 335.00 |
| Fee Applications | 10.2 | 6,834.00 |
| Various Corporate Matters | 0.5 | 335.00 |
| Non-working travel at ½ rate | 14.0 | 4,690.00 |
| **TOTAL** | **80.7** | **$49,379.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Travel – Airline | | $2,345.90 |
| Travel – Lodging | | 3,550.00 |
| Travel – Meals | | 0.00 |
| Travel – Transportation | | 207.90 |
| Travel – Parking | | 0.00 |
| Office supplies, shipping, and other office related expenses | | 0.00 |
| PACER | | 0.00 |
| **TOTAL** | | **$6,103.80** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]