# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 11/1/2013 | 11/30/2013 |
| **Enter Billing Rate/Hr:** | 545.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 55.00 | $545.00 | $29,975.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 25.90 | $545.00 | $14,115.50 |
| 4 | Fee Apps | 3.00 | $545.00 | $1,635.00 |
| 5 | Non-working travel | 47.30 | $272.50 | $12,889.25 |
| 6 | Claims Administration | 202.50 | $545.00 | $110,362.50 |
| 7 | Tax/Finance Matters and Budget Projects | 4.90 | $545.00 | $2,670.50 |
| 8 | Misc Debtor Issues and Communications | 6.20 | $545.00 | $3,379.00 |
| | **Hours/Billing Amount for Period:** | **344.80** | | **$175,026.75** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 11/1/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.5 |
| 11/4/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.0 |
| 11/5/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.4 |
| 11/5/2013 | IT Status Call to assess any issues; meetings and emails | Raj Perubhatla | 1 | 0.7 |
| 11/6/2013 | Netbackup policy checks and updates | Brandon Bangerter | 1 | 1.2 |
| 11/8/2013 | Server maintenance, patches, disk space, failures, HP agents, resolutions | Brandon Bangerter | 1 | 2.6 |
| 11/10/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 11/11/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 11/12/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.4 |
| 11/13/2013 | Server maintenance, patches, disk space, failures, HP agents, resolutions | Brandon Bangerter | 1 | 2.3 |
| 11/14/2013 | NNI year end update meeting re company direction, IT updates, etc. | Brandon Bangerter | 1 | 8.0 |
| 11/18/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 11/19/2013 | Inventory review and updates of hardware in ring fence | Brandon Bangerter | 1 | 1.6 |
| 11/19/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.7 |
| 11/20/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.2 |
| 11/21/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.4 |
| 11/22/2013 | Server patch updates / monitoring backups | Brandon Bangerter | 1 | 1.2 |
| 11/22/2013 | IT call to discuss the issues and strategies | Raj Perubhatla | 1 | 0.5 |
| 11/22/2013 | Cloning Center Database for offsite and onsite tape retention and to identify the final state of the tapes | Raj Perubhatla | 1 | 4.7 |
| 11/23/2013 | Cloning Center Database for offsite and onsite tape retention and to identify the final state of the tapes | Raj Perubhatla | 1 | 3.7 |
| 11/24/2013 | Cloning Center Database for offsite and onsite tape retention and to identify the final state of the tapes | Raj Perubhatla | 1 | 5.2 |
| 11/25/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.8 |
| 11/25/2013 | Cloning Center Database for offsite and onsite tape retention and to identify the final state of the tapes | Raj Perubhatla | 1 | 2.7 |
| 11/27/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.7 |
| 11/29/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 1.3 |
| 11/1/2013 | Correspondence received, reviewed, responded re: Nortel VEBA Trust discussion | Kathryn Schultea | 3 | 1.0 |
| 11/4/2013 | Correspondence received, reviewed, responded re: D&O Policy discussion update | Kathryn Schultea | 3 | 0.7 |
| 11/5/2013 | Conf Call re: VEBA | Kathryn Schultea | 3 | 0.5 |
| 11/5/2013 | Correspondence received, reviewed, responded re: HR Matters - Business Wind Down update | Kathryn Schultea | 3 | 0.6 |
| 11/6/2013 | Correspondence received, reviewed, responded re: Help desk calls issues | Kathryn Schultea | 3 | 0.8 |
| 11/6/2013 | Conf. Call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 11/7/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 2.0 |
| 11/8/2013 | Correspondence received, reviewed, responded re: 2014 Planning Agenda and discussion topics | Kathryn Schultea | 3 | 0.8 |
| 11/8/2013 | Conf. Call re: D&O and Fiduciary Discussion | Kathryn Schultea | 3 | 1.3 |
| 11/11/2013 | Correspondence received, reviewed, responded re: VEBA cash discussion | Kathryn Schultea | 3 | 1.5 |
| 11/13/2013 | Conf. Call re: NNI D&O and Fiduciary Coverage Renewal | Kathryn Schultea | 3 | 1.3 |
| 11/13/2013 | Correspondence, received, reviewed, responded re: Nortel and E&Y discussion | Kathryn Schultea | 3 | 0.5 |
| 11/14/2013 | Correspondence received, reviewed, responded re: 2014 Planning Meeting | Kathryn Schultea | 3 | 6.5 |
| 11/18/2013 | Correspondence received, reviewed, responded re: NNI D&O discussion | Kathryn Schultea | 3 | 1.3 |
| 11/19/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 2.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/21/2013 | Conf Call re: HR Conference Call | Kathryn Schultea | 3 | 1.0 |
| 11/25/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 2.0 |
| 11/26/2013 | Correspondence received, reviewed, responded re: Retiree Benefits | Kathryn Schultea | 3 | 0.6 |
| 11/1/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 3.2 |
| 11/2/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 9.7 |
| 11/3/2013 | Review and Comparison of Claims Reserves from August 2012 to Current | Mary Cilia | 6 | 1.8 |
| 11/3/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 9.8 |
| 11/4/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 11/4/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.7 |
| 11/5/2013 | Conference Call and Related Follow Up re: Non-Employee Claims Status | Mary Cilia | 6 | 1.2 |
| 11/5/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 11/5/2013 | Claims Database Updates | Mary Cilia | 6 | 1.2 |
| 11/5/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.8 |
| 11/6/2013 | Model work plan | Richard Lydecker | 6 | 0.5 |
| 11/6/2013 | Conference call re model work plan | Richard Lydecker | 6 | 1.2 |
| 11/6/2013 | Conference Call and Related Follow up re: Employee Claims Updates | Mary Cilia | 6 | 1.2 |
| 11/6/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 11/6/2013 | Conference Call re: Recovery Model Workplan and related follow up | Mary Cilia | 6 | 1.3 |
| 11/6/2013 | Recovery Model Data inputs coordination and gathering conf call preparation and call | Raj Perubhatla | 6 | 1.7 |
| 11/6/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 2.7 |
| 11/7/2013 | Conference Call w/ J. Davison to discuss Claims for next round of omnibus objections and settlement letters | Mary Cilia | 6 | 0.8 |
| 11/7/2013 | Conference Call w/ J. Davison and L. Malone and Related Follow Up re: Misc. Assertions | Mary Cilia | 6 | 0.7 |
| 11/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 11/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 11/7/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 5.7 |
| 11/8/2013 | Conference Call w/ J. Davison to discuss Claims for next round of omnibus objections and settlement letters | Mary Cilia | 6 | 0.8 |
| 11/8/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 11/8/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.2 |
| 11/9/2013 | Review of Objection and Settlement Files | Mary Cilia | 6 | 0.8 |
| 11/9/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 7.3 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/10/2013 | Review of Objection and Settlement Files | Mary Cilia | 6 | 1.5 |
| 11/10/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 8.2 |
| 11/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 11/11/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 2.7 |
| 11/12/2013 | Correspondence received, reviewed, responded re: Employee Claims Objections | Kathryn Schultea | 6 | 0.8 |
| 11/12/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 11/12/2013 | IT Call to discuss the Data Center data retention options and strategies | Raj Perubhatla | 6 | 0.7 |
| 11/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/14/2013 | Raleigh meeting re model and company updates | Richard Lydecker | 6 | 5.0 |
| 11/14/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 11/14/2013 | Status Update meeting with RLKS and Nortel | Mary Cilia | 6 | 6.0 |
| 11/15/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 11/15/2013 | Conference Call and Related Follow Up re: Round 5 Settlement Letters | Mary Cilia | 6 | 2.3 |
| 11/15/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.7 |
| 11/16/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 11.7 |
| 11/17/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 9.2 |
| 11/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 11/18/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 1.2 |
| 11/19/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 11/20/2013 | Correspondence received, reviewed, responded re: Employee Claims Hearing Update | Kathryn Schultea | 6 | 0.3 |
| 11/20/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/20/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 1.8 |
| 11/21/2013 | Balance Sheet Review Meeting with Nortel | Mary Cilia | 6 | 6.5 |
| 11/21/2013 | Non-Qualified Plan Benefit Analysis for Cleary | Mary Cilia | 6 | 0.8 |
| 11/21/2013 | Intercompany Update with David Cozart | Mary Cilia | 6 | 0.7 |
| 11/21/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 1.2 |
| 11/22/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 11/22/2013 | Non-Qualified Plan Benefit Analysis for Cleary | Mary Cilia | 6 | 0.8 |
| 11/23/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 7.2 |
| 11/24/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 5.2 |
| 11/25/2013 | Non-Qualified Plan Benefit Analysis for Cleary | Mary Cilia | 6 | 2.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/25/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 5.3 |
| 11/26/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 11/26/2013 | Conference Call and Related Follow up re: Non-Employee Claims Updates | Mary Cilia | 6 | 1.2 |
| 11/26/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 6.5 |
| 11/27/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 9.8 |
| 11/29/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 10.7 |
| 11/30/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 10.5 |
| 11/14/2013 | In person status meeting with Nortel Professional Team | Raj Perubhatla | 8 | 6.2 |