# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1, 2013 through November 30, 2013**

| Expense Category | Total Expenses |
|---|---:|
| Travel – Airline (at economy fare booking) | $  5,199.29 |
| Travel – Lodging | 1,252.51 |
| Travel – Transportation | 1,223.31 |
| Travel – Meals | 96.83 |
| Office Expenses | - |
| TOTAL | $  7,771.94 |
| | |

# Nortel Expense Report

**PERIOD:** November 1, 2013 through November 30, 2013

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 11/14/2013 | Travel Houston/Raleigh | $ 548.90 | $ - | $ - | $ 187.73 | | Mary Cilia |
| 11/14/2013 - 11/15/2013 | Travel to Raleigh NC | $ 1,001.99 | $ 214.52 | | $ 115.96 | | Kathryn Schultea |
| 11/14/2013 - 11/15/2013 | Houston/Raleigh/Houston | $ 940.30 | $ 191.82 | $ 17.98 | $ 307.00 | | Richard Lydecker |
| 11/14/2013 - 11/15/2013 | Travel Houston/Raleigh | $ 914.80 | $ 214.52 | $ 8.90 | | | Brandon Bangerter |
| 11/14/2013 - 11/15/2013 | NYC - Raleigh - Houston | $ 853.00 | $ 202.61 | | $ 253.77 | | Raj Perubhatla |
| 11/20/2013 - 11/22/2013 | Travel Houston/Raleigh | $ 940.30 | $ 429.04 | $ 69.95 | $ 358.85 | | Mary Cilia |
| | | | | | | | |
| | | $ 5,199.29 | $ 1,252.51 | $ 96.83 | $ 1,223.31 | $ - | |