# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------X
                                           :
In re                                      :        Chapter 11
                                           :
Nortel Networks Inc., et al., 1            :        Case No. 09-10138 (KG)
                                           :
                        Debtors.           :        Jointly Administered
                                           :
-------------------------------------------------------------X   Objections Due:  March 17, 2014 at 4:00 p.m. (ET)
```

**NOTICE OF FORTIETH MONTHLY APPLICATION OF RLKS EXECUTIVE
SOLUTIONS LLC, AS CONSULTANTS TO THE DEBTORS AND DEBTORS-IN-
POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

Attached hereto is the **Fortieth Monthly Application Of RLKS Executive
Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of
Interim Compensation And For Interim Reimbursement Of All Actual And Necessary
Expenses Incurred For The Period December 1, 2013 Through December 31, 2013** (the
"Application").

You are required to file an objection ("Objection") if any, to the Application with the
Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd
Floor, Wilmington, Delaware 19801 on or before **March 17, 2014 at 4:00 p.m.** (Eastern Time) (the
"Objection Deadline").

At the same time, you must serve such Objection on the applicant and counsel for the
Debtor so as to be received by the Objection Deadline.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel
Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems
International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722),
Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel
Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358),
Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc.
(4226).    Addresses for the Debtors can be found in the Debtors' petitions, which are available at
http://chapter11.epiqsystems.com/nortel.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 25, 2014
      Wilmington, Delaware

           CLEARY GOTTLIEB STEEN & HAMILTON LLP

           James L. Bromley (admitted *pro hac vice*)
           Lisa M. Schweitzer (admitted *pro hac vice*)
           One Liberty Plaza
           New York, New York 10006
           Telephone:  (212) 225-2000
           Facsimile:  (212) 225-3999

                - and -

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Ann C. Cordo*
           Derek C. Abbott (No. 3376)
           Eric D. Schwartz (No. 3134)
           Ann C. Cordo (No. 4817)
           Tamara K. Minott (No. 5643)
           1201 North Market Street, 18th Floor
           P.O. Box 1347
           Wilmington, DE  19899-1347
           Telephone:  (302) 658-9200
           Facsimile:  (302) 425-4663

           *Counsel for the Debtors and*
           *Debtors in Possession*

8032492.1