# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 12/1/2013 | 12/31/2013 |
| **Enter Billing Rate/Hr:** | 545.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 37.90 | $545.00 | $20,655.50 |
| 2 | Facility Document Inventory & Evacuation Review | 1.00 | $545.00 | $545.00 |
| 3 | Human Resources - Employee Related Projects | 12.30 | $545.00 | $6,703.50 |
| 4 | Fee Apps | 3.00 | $545.00 | $1,635.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration | 72.40 | $545.00 | $39,458.00 |
| 7 | Tax/Finance Matters and Budget Projects | 1.00 | $545.00 | $545.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **127.60** | | **$69,542.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/1/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.2 |
| 12/2/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.6 |
| 12/3/2013 | Weekly meeting updates / issues with tapes and Iron Mountain / communication responses | Brandon Bangerter | 1 | 2.3 |
| 12/4/2013 | Server maintenance, patches, disk space, failures, HP agents, resolutions | Brandon Bangerter | 1 | 2.0 |
| 12/5/2013 | Netbackup policy checks and updates / backup monitoring | Brandon Bangerter | 1 | 1.8 |
| 12/6/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 12/7/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 2.3 |
| 12/9/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 12/10/2013 | Server maintenance, patches, disk space, HP agents | Brandon Bangerter | 1 | 1.8 |
| 12/10/2013 | IT call to discuss the issues and strategies | Raj Perubhatla | 1 | 0.5 |
| 12/11/2013 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.7 |
| 12/12/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.9 |
| 12/16/2013 | Livelink server issues with disk space and login failures / troubleshooting and resolution | Brandon Bangerter | 1 | 2.8 |
| 12/17/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.5 |
| 12/18/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.3 |
| 12/19/2013 | Weekly meeting updates / communication responses / monitoring | Brandon Bangerter | 1 | 1.4 |
| 12/20/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.9 |
| 12/21/2013 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.7 |
| 12/23/2013 | Server patch updates / monitoring backups | Brandon Bangerter | 1 | 1.6 |
| 12/26/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.5 |
| 12/27/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.0 |
| 12/30/2013 | Communication responses / monitoring | Brandon Bangerter | 1 | 0.7 |
| 12/30/2013 | IT System Support - AD configuration | Raj Perubhatla | 1 | 1.5 |
| 12/31/2013 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 12/5/2013 | Correspondence received, reviewed, responded re: Data Storage and Destruction | Kathryn Schultea | 2 | 1.0 |
| 12/3/2013 | Correspondence received, reviewed, responded re: Prudential discussion | Kathryn Schultea | 3 | 0.7 |
| 12/3/2013 | Conf Call re: NNI D&O Fiduciary/Renewal | Kathryn Schultea | 3 | 1.0 |
| 12/4/2013 | Conf. Call re: Employment Status | Kathryn Schultea | 3 | 0.6 |
| 12/4/2013 | Correspondence received, reviewed, responded re: LTIP | Kathryn Schultea | 3 | 0.0 |
| 12/5/2013 | Conf. Call re: HR Matters | Kathryn Schultea | 3 | 0.5 |
| 12/9/2013 | Correspondence received, reviewed, responded re: Mercer Stmt. For non-qualified pension | Kathryn Schultea | 3 | 0.8 |
| 12/10/2013 | Correspondence received, reviewed, responded re: D&O extension endorsements and invoices | Kathryn Schultea | 3 | 0.6 |
| 12/12/2013 | Conf. Call - Life insurance run off period | Kathryn Schultea | 3 | 1.0 |
| 12/16/2013 | Correspondence received, reviewed, responded re: Benefits and Claims discussion | Kathryn Schultea | 3 | 0.8 |
| 12/17/2013 | Correspondence, received, reviewed, responded re: LTIP Direction Letter | Kathryn Schultea | 3 | 1.3 |
| 12/19/2013 | Correspondence received, reviewed, responded re: HR 2014 Budget Plan | Kathryn Schultea | 3 | 2.0 |
| 12/20/2013 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 0.8 |
| 12/24/2013 | Correspondence received, reviewed, responded re: 2014 Mercer services for VEBA audit support | Kathryn Schultea | 3 | 1.0 |
| 12/26/2013 | Correspondence received, reviewed, responded re: LTIP & other HR matters | Kathryn Schultea | 3 | 1.2 |
| 12/30/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 12/1/2013 | Data Input Analysis for Recovery Model Design: Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 2.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/1/2013 | Data Input Analysis for Recovery Model Design: Development | Raj Perubhatla | 6 | 4.7 |
| 12/1/2013 | LTIP Restoration Claim Analysis for Cleary | Mary Cilia | 6 | 1.7 |
| 12/2/2013 | Data Input Analysis for Recovery Model Design: Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 2.3 |
| 12/2/2013 | Data Input Analysis for Recovery Model Design: Development | Raj Perubhatla | 6 | 1.2 |
| 12/2/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 12/3/2013 | Data Input Analysis for Recovery Model Design: Designing the Intercompany treatment | Raj Perubhatla | 6 | 2.8 |
| 12/3/2013 | Review of Outstanding Severance Issues | Mary Cilia | 6 | 1.3 |
| 12/3/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 12/4/2013 | Data Input Analysis for Recovery Model Design: Designing the Intercompany treatment | Raj Perubhatla | 6 | 1.2 |
| 12/4/2013 | Review of Outstanding Severance Issues | Mary Cilia | 6 | 0.7 |
| 12/4/2013 | Conference Call and Related Follow up re: Employee Claims Updates | Mary Cilia | 6 | 1.6 |
| 12/4/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 12/5/2013 | Data Input Analysis for Recovery Model Design: Development | Raj Perubhatla | 6 | 1.7 |
| 12/5/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 12/6/2013 | Review pro forma distribution model | Richard Lydecker | 6 | 0.5 |
| 12/6/2013 | Data Input Analysis for Recovery Model Design: Development | Raj Perubhatla | 6 | 0.7 |
| 12/6/2013 | Conference Call w/ J. Davison and D. Parker and Related Follow up re: Outstanding Severance Issues | Mary Cilia | 6 | 2.8 |
| 12/6/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 12/7/2013 | Review of Outstanding Severance Issues | Mary Cilia | 6 | 1.3 |
| 12/8/2013 | Data Input Analysis for Recovery Model Design; Organizational Hierarchy Data Analysis and Intercompany data validation, Claims database integration development | Raj Perubhatla | 6 | 4.7 |
| 12/9/2013 | Data Input Analysis for Recovery Model Design: Designing the Intercompany treatment | Raj Perubhatla | 6 | 2.7 |
| 12/9/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 12/10/2013 | Conference Call w/ J. Davison and D. Parker and Related Follow up re: Outstanding Severance Issues | Mary Cilia | 6 | 1.1 |
| 12/10/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 12/11/2013 | Data Input Analysis for Recovery Model Design: Claims Integration | Raj Perubhatla | 6 | 4.2 |
| 12/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 12/11/2013 | Prepare and Distribute Summary of Severance Issues for Conference Call with Cleary | Mary Cilia | 6 | 1.8 |
| 12/12/2013 | Data Input Analysis for Recovery Model Design: Claims Integration | Raj Perubhatla | 6 | 2.8 |
| 12/13/2013 | Data Input Analysis for Recovery Model Design: Claims Integration | Raj Perubhatla | 6 | 3.7 |
| 12/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 12/14/2013 | Data Input Analysis for Recovery Model Design: Claims Integration | Raj Perubhatla | 6 | 0.5 |
| 12/16/2013 | Conference Call and related Follow up with Cleary re: Severance Issues | Mary Cilia | 6 | 1.6 |
| 12/16/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 12/17/2013 | Recovery Model Design and Development: Claims Treatment | Raj Perubhatla | 6 | 1.2 |
| 12/17/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 12/18/2013 | Conference Call and Related Follow up re: Employee Claims Updates | Mary Cilia | 6 | 1.3 |
| 12/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 12/19/2013 | Recovery Model Design and Development: Claims Treatment | Raj Perubhatla | 6 | 2.7 |
| 12/19/2013 | Employee Claims research for Cleary | Mary Cilia | 6 | 0.7 |
| 12/19/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/20/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 12/20/2013 | Review issues surrounding Round 5 Settlement Letters | Mary Cilia | 6 | 0.8 |
| 12/23/2013 | Correspondence received, reviewed, responded re: Employee Medical Claims | Kathryn Schultea | 6 | 0.3 |
| 12/23/2013 | Recovery Model Design and Development: Claims Treatment | Raj Perubhatla | 6 | 2.2 |
| 12/31/2013 | Recovery Model Design and Development: Claims Treatment | Raj Perubhatla | 6 | 4.2 |
| 12/6/2013 | EY Status call; J. Scott; J. Wood; A. Beakey | Richard Lydecker | 7 | 0.5 |
| 12/18/2013 | Correspondence, received, reviewed, responded re: Nortel Tax discussion | Kathryn Schultea | 7 | 0.5 |