# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 1/1/2014    End Date 1/31/2014
**Enter Billing Rate/Hr:** 545.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 44.50 | $545.00 | $24,252.50 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 9.70 | $545.00 | $5,286.50 |
| 4 | Fee Apps | 3.00 | $545.00 | $1,635.00 |
| 5 | Non-working travel | 7.00 | $272.50 | $1,907.50 |
| 6 | Claims Administration | 95.40 | $545.00 | $51,993.00 |
| 7 | Tax/Finance Matters and Budget Projects | 3.10 | $545.00 | $1,689.50 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **162.70** | | **$86,764.00** |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/1/2014 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 0.5 |
| 1/2/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.4 |
| 1/3/2014 | Server maintenance, patches, disk space, failures, HP agents, resolutions | Brandon Bangerter | 1 | 3.2 |
| 1/4/2014 | Unix Systems, Backups, Databases, Business Objects, Windows Server monitoring | Raj Perubhatla | 1 | 1.5 |
| 1/6/2014 | Server maintenance, patches, disk space, HP agents | Brandon Bangerter | 1 | 2.5 |
| 1/7/2014 | Weekly meeting with onsite IT Manager re server updates / monitoring | Brandon Bangerter | 1 | 1.8 |
| 1/8/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.9 |
| 1/10/2014 | Netbackup server maintenance - policy configurations, backup times, etc. | Brandon Bangerter | 1 | 2.3 |
| 1/13/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.6 |
| 1/14/2014 | Weekly meeting with onsite IT Manager re server updates / monitoring | Brandon Bangerter | 1 | 1.8 |
| 1/16/2014 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.8 |
| 1/17/2014 | Server issues with disk space and login failures / troubleshooting and resolution | Brandon Bangerter | 1 | 3.0 |
| 1/21/2014 | Backup tape library troubleshooting, testing, and repairs / addition of new tapes / re-catalog | Brandon Bangerter | 1 | 9.0 |
| 1/22/2014 | IT Support call with on site IT manager to discuss any issues and possible resolutions | Raj Perubhatla | 1 | 0.5 |
| 1/22/2014 | Weekly meeting with onsite IT Manager re server updates / monitoring repaired library | Brandon Bangerter | 1 | 2.3 |
| 1/23/2014 | Server patch updates / monitoring backups | Brandon Bangerter | 1 | 1.8 |
| 1/24/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.9 |
| 1/27/2014 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.3 |
| 1/29/2014 | Weekly meeting with onsite IT Manager re server updates / monitoring repaired library | Brandon Bangerter | 1 | 2.4 |
| 1/30/2014 | Netbackup jobs monitoring | Brandon Bangerter | 1 | 0.8 |
| 1/31/2014 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 2.2 |
| 1/10/2014 | Correspondence received, reviewed, responded re: Letters from EE on Stock | Kathryn Schultea | 3 | 0.6 |
| 1/14/2014 | Correspondence received, reviewed, responded re: HR Records | Kathryn Schultea | 3 | 1.3 |
| 1/20/2014 | Correspondence received, reviewed, responded re: Nortel - Mergis Staffing Service Agreement and Motion | Kathryn Schultea | 3 | 0.5 |
| 1/21/2014 | Correspondence received, reviewed, responded re: Independent Contractor | Kathryn Schultea | 3 | 0.7 |
| 1/22/2014 | Correspondence received, reviewed, responded re: Contract consultant services HR Matters - 2014 Budget | Kathryn Schultea | 3 | 1.5 |
| 1/22/2014 | Conf. Call - HR data retention | Kathryn Schultea | 3 | 0.7 |
| 1/23/2014 | Correspondence received, reviewed, responded re: Chapter 11 Professional and Legal Fees | Kathryn Schultea | 3 | 1.3 |
| 1/24/2014 | Correspondence received, reviewed, responded re:IT Infrastructure discussion | Kathryn Schultea | 3 | 1.0 |
| 1/27/2014 | Correspondence received, reviewed, responded re: former EE related matters | Kathryn Schultea | 3 | 0.4 |
| 1/28/2014 | Correspondence received, reviewed, responded re: Nortel - EE Mutual Release | Kathryn Schultea | 3 | 0.8 |
| 1/29/2014 | Correspondence received, reviewed, responded re:IT Infrastructure discussion | Kathryn Schultea | 3 | 0.4 |
| 1/30/2014 | Correspondence, received, reviewed, responded re: Independent contractor discussion | Kathryn Schultea | 3 | 0.5 |
| 1/28/2014 | Monthly Fee Application Work | Kathryn Schultea | 4 | 3.0 |
| 1/20/2014 | Non-working travel:  IAH - RDU | Brandon Bangerter | 5 | 3.5 |
| 1/21/2014 | Non-working travel:  RDU - IAH | Brandon Bangerter | 5 | 3.5 |
| 1/2/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/3/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/3/2014 | Respond to Employee Claims Calls | Mary Cilia | 6 | 1.6 |
| 1/3/2014 | Correspondence received, reviewed, responded re: EE Claims Issues | Kathryn Schultea | 6 | 0.7 |
| 1/5/2014 | Data Input Analysis for Recovery Model Design: Organizational Hierarchy Data Analysis | Raj Perubhatla | 6 | 4.7 |
| 1/6/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 1/7/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/8/2014 | Conference Call with Cleary, Huron and J. Davison and Related Follow up re:  Employee Claims Updates | Mary Cilia | 6 | 1.8 |
| 1/8/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 1/8/2014 | Data Input Analysis for Recovery Model Design: Development | Raj Perubhatla | 6 | 1.5 |
| 1/8/2014 | Correspondence received, reviewed, responded re: Documentation Request - Claims | Kathryn Schultea | 6 | 1.0 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/9/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/9/2014 | Review and analysis re: Outstanding Omnibus Objection Issues for Cleary | Mary Cilia | 6 | 2.7 |
| 1/10/2014 | Review and analysis re: Outstanding Omnibus Objection Issues for Cleary | Mary Cilia | 6 | 1.6 |
| 1/10/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/10/2014 | Conference Call w/ Cleary, J. Davison and D. Parker and Related Follow up re: Next Omnibus Objection | Mary Cilia | 6 | 1.2 |
| 1/11/2014 | Review of Round 4 settlement letter non-responses against the severance issues file and related e-mails | Mary Cilia | 6 | 0.7 |
| 1/13/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/13/2014 | Correspondence received, reviewed, responded re: Severance Claims | Kathryn Schultea | 6 | 1.8 |
| 1/14/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/15/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.4 |
| 1/15/2014 | Review of Cleary Responses to Severance Issues File | Mary Cilia | 6 | 1.2 |
| 1/15/2014 | Conference Call and related Follow up with Cleary re: Severance Issues and Employee Claims | Mary Cilia | 6 | 1.3 |
| 1/16/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.7 |
| 1/17/2014 | Distribution/recovery model status review internal RLKS | Richard Lydecker | 6 | 0.8 |
| 1/17/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/17/2014 | Update Claims Estimates for M. Kennedy | Mary Cilia | 6 | 5.0 |
| 1/17/2014 | Conference Call with Mike Kennedy to discuss Claim Estimate Updates and related follow up | Mary Cilia | 6 | 1.7 |
| 1/17/2014 | Conference Call with R. Lydecker and R. Perubhatla to discuss recovery model updates and status and related follow up | Mary Cilia | 6 | 0.8 |
| 1/17/2014 | Recovery Model Design and Development: Status Calls to discuss the various issues and resolutions | Raj Perubhatla | 6 | 1.0 |
| 1/18/2014 | Update Claims Estimates for M. Kennedy | Mary Cilia | 6 | 4.5 |
| 1/19/2014 | Update Claims Estimates for M. Kennedy | Mary Cilia | 6 | 3.3 |
| 1/19/2014 | Review and Comment on Revised Severance File and Nortel Position Report to C. Brown | Mary Cilia | 6 | 1.7 |
| 1/20/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 1/21/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/21/2014 | Conference Call with D. Cozart and T. Ross to discuss Intercompany Claims Reconciliation and Related Follow Up | Mary Cilia | 6 | 2.8 |
| 1/22/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/22/2014 | Conference Call with D. Cozart to discuss Intercompany Claims Reconciliation and Related Follow Up | Mary Cilia | 6 | 0.8 |
| 1/22/2014 | Conference Call and related Follow up with Cleary re: Employee Claims | Mary Cilia | 6 | 0.8 |
| 1/22/2014 | Conference Call with Mike Kennedy to discuss Claim Estimate Updates and related follow up | Mary Cilia | 6 | 1.5 |
| 1/23/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/24/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 1/24/2014 | Review of EMEA Claims Settlement and Draft of Instructions to EPIQ for claims resolution | Mary Cilia | 6 | 1.7 |
| 1/24/2014 | Claims Database Administration and trouble shooting Claims data loads | Raj Perubhatla | 6 | 4.2 |
| 1/25/2014 | Recovery Model Design and Development: Claims Treatment | Raj Perubhatla | 6 | 7.7 |
| 1/26/2014 | Claims Database Administration and trouble shooting Claims Reports | Raj Perubhatla | 6 | 5.7 |
| 1/27/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/27/2014 | Review and Analysis of Claim Estimates for M. Kennedy | Mary Cilia | 6 | 1.8 |
| 1/27/2014 | Claims Database Administration and trouble shooting Claims Reports | Raj Perubhatla | 6 | 2.5 |
| 1/28/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.6 |
| 1/28/2014 | Conference Call with Cleary, Huron and J. Davison and Related Follow up re: Non-Employee Claims Updates | Mary Cilia | 6 | 0.8 |
| 1/29/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 1/29/2014 | Conference Call with Cleary, Huron and J. Davison and Related Follow up re: Employee Claims Updates | Mary Cilia | 6 | 1.3 |
| 1/29/2014 | Review and Comment on Next Round of Omnibus Objections and Round 5 Settlement Letters | Mary Cilia | 6 | 1.3 |
| 1/29/2014 | Review of Cleary Conflicts Listing Prepared by J. Davison | Mary Cilia | 6 | 0.8 |
| 1/30/2014 | Review of Revised Cleary Conflicts Listing Prepared by J. Davison | Mary Cilia | 6 | 0.3 |
| 1/30/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/30/2014 | Conference Call with M. Kennedy regarding claims estimates and related follow up with Cleary | Mary Cilia | 6 | 1.2 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/30/2014 | Correspondence, received, reviewed, responded re: Claims matters | Kathryn Schultea | 6 | 0.6 |
| 1/31/2014 | Claims Database Updates | Mary Cilia | 6 | 1.8 |
| 1/31/2014 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.9 |
| 1/31/2014 | Claims Database Epiq data load issue troubleshooting | Raj Perubhatla | 6 | 3.7 |
| 1/17/2014 | PLR status review/correspondence | Richard Lydecker | 7 | 0.3 |
| 1/20/2014 | EY tax status call--J. Scott; Jeff Wood; A. Beakey | Richard Lydecker | 7 | 0.7 |
| 1/24/2014 | EY tax status call--J. Scott; Jeff Wood; A. Beakey | Richard Lydecker | 7 | 0.5 |
| 1/31/2014 | Review revised PLR draft | Richard Lydecker | 7 | 1.0 |
| 1/31/2014 | EY tax status call--J. Scott; Jeff Wood; D. Abbott | Richard Lydecker | 7 | 0.3 |
| 1/31/2014 | Review revised PLR draft | Richard Lydecker | 7 | 0.3 |