# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**January 1, 2014 through January 31, 2014**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $     940.50 |
| Travel – Lodging | 212.45 |
| Travel – Transportation | 88.00 |
| Travel – Meals | 28.76 |
| Office Expenses | - |
| TOTAL | $  1,269.71 |
| | |

# Nortel Expense Report

**PERIOD:** January 1, 2014 through January 31, 2014

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 1/20/2014 - 1/21/2014 | Travel Houston/Raleigh | $ 940.50 | $ 212.45 | $ 28.76 | $ 88.00 | | Brandon Bangerter |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | $ 940.50 | $ 212.45 | $ 28.76 | $ 88.00 | $ - | |