**EXHIBIT B**



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

Salans FMC SNR Denton
dentons.com

T 416 863 4511
F 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 3026261**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|------|---------------|--------|
| January 30, 2014 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 124,460.50 |
| Disbursements | | 5,339.26 |
| **Total Amount Due** | **$** | **129,799.76  CDN** |

DENTONS CANADA LLP

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Dentons Canada LLP and
your account number is 538462.  Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.
Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

DENTONS CANADA LLP                                                           INVOICE 3026261
The Official Committee of Unsecured Creditors                                    Page 2 of 22
Re: Nortel Networks Inc., et al.                                          Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Dec-13 | RCJ | 0029 | Confer with and instructions to students to assist Akin Gump with allocation depositions preparation. | 0.2 |
| 01-Dec-13 | JOD | 0031 | Review of draft court filing of Nortel Canada and the Monitor seeking leave to appeal the environmental decision to the Supreme Court of Canada. | 0.5 |
| 01-Dec-13 | NEL | 0029 | Instructions to students for allocation deposition prep in Toronto. | 0.1 |
| 02-Dec-13 | BLG | 0031 | Emails and calls regarding procedural issues regarding Supreme Court leave to appeal application from environmental order and reply material. | 0.6 |
| 02-Dec-13 | RSK | 0031 | Review of draft factum of Canadian Debtors and Monitor regarding leave to appeal MOE order. | 0.5 |
| 02-Dec-13 | RSK | 0031 | Correspondence with Dentons team regarding Canadian leave to appeal issues. | 0.4 |
| 02-Dec-13 | MJW | 0031 | Calls and emails with B. Grossman and Dentons lawyers regarding Canadian leave application and procedural issues including responding filings. | 0.4 |
| 02-Dec-13 | MJW | 0031 | Call with NNI's Canadian counsel to discuss Nortel Canada Supreme Court of Canada leave application. | 0.2 |
| 02-Dec-13 | MJW | 0031 | Confer with J. Dietrich regarding Nortel Canada Canadian leave for appeal application, and prepare report for UCC advisors. | 0.4 |
| 02-Dec-13 | MJW | 0003 | Email correspondence to and from and call with UCC Delaware counsel regarding interim fee order. | 0.2 |
| 02-Dec-13 | MJW | 0003 | Review fee order and instructions to clerk for completion of Canadian information, and forward completed/revised order to Delaware counsel. | 0.3 |
| 02-Dec-13 | MJW | 0029 | Due diligence review regarding Canadian issues and documents in connection with allocation litigation, and report to UCC advisors regarding same. | 1.2 |
| 02-Dec-13 | RCJ | 0031 | Analyze factum of Canadian estate regarding leave to appeal application to Supreme Court of Canada. | 0.6 |
| 02-Dec-13 | RCJ | 0031 | Participate in call with Torys (NNI Canadian counsel) regarding SCC leave application. | 0.2 |
| 02-Dec-13 | RCJ | 0029 | Consider and analysis of allocation strategies and issues. | 0.9 |
| 02-Dec-13 | RCJ | 0029 | Complete due diligence for allocation trial prep. | 1.8 |
| 02-Dec-13 | JOD | 0031 | Review of Canadian debtors/Monitor Supreme Court filed leave to appeal application and correspond with M. Wunder | 0.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 3 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | regarding same. | |
| 02-Dec-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.1 |
| 02-Dec-13 | NEL | 0029 | Supervise students in preparing for allocation litigation depositions in Toronto. | 0.1 |
| 03-Dec-13 | BLG | 0029 | Review of issued Canadian Order amending allocation litigation timetable and update briefs regarding same. | 0.2 |
| 03-Dec-13 | BLG | 0031 | Review of email correspondence from core parties regarding allocation document production. | 0.2 |
| 03-Dec-13 | RSK | 0029 | Review of order amending allocation litigation timetable entered by the Canadian court. | 0.2 |
| 03-Dec-13 | MJW | 0031 | Complete report to UCC advisors regarding Canadian Supreme Court leave application by Nortel Canada/Monitor. | 0.3 |
| 03-Dec-13 | MJW | 0029 | Review issued Canadian order for amendments to allocation litigation timetable. | 0.2 |
| 03-Dec-13 | RCJ | 0029 | Review Canadian order amending allocation litigation timetable. | 0.2 |
| 03-Dec-13 | RCJ | 0029 | Assist with preparation for allocation litigation depositions. | 0.7 |
| 03-Dec-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 8.2 |
| 03-Dec-13 | SS | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.8 |
| 04-Dec-13 | RSK | 0029 | Review of correspondence and orders regarding allocation depositions and document productions from various core parties. | 0.8 |
| 04-Dec-13 | MJW | 0007 | Email correspondence with Akin Gump regarding UCC meeting and update report regarding Canadian matters. | 0.2 |
| 04-Dec-13 | MJW | 0029 | Review multiple correspondence from counsel for core parties regarding allocation litigation witness depositions, including deposition topics. | 0.3 |
| 04-Dec-13 | MJW | 0029 | Review correspondence regarding litigation document production, and draft order and protocol regarding same. | 0.4 |
| 04-Dec-13 | MJW | 0029 | Review correspondence and draft orders regarding third party document production and related issues for witness depositions. | 0.2 |
| 04-Dec-13 | RCJ | 0012 | Continue with detailed claims analysis regarding cross border claims. | 0.9 |
| 04-Dec-13 | RCJ | 0029 | Review detailed email correspondence among core parties regarding allocation litigation. | 0.4 |
| 04-Dec-13 | JOD | 0031 | Discussion with M. Wunder regarding Canadian environmental order appeal issues. | 0.2 |
| 04-Dec-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 6.9 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 04-Dec-13 | SS | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 5.2 |
| 04-Dec-13 | NEL | 0029 | Assist Akin Gump attorneys with deposition preparation. | 0.3 |
| 05-Dec-13 | BLG | 0007 | Participate in UCC meeting by telephone. | 0.7 |
| 05-Dec-13 | RSK | 0007 | Participated in Committee call. | 0.7 |
| 05-Dec-13 | RSK | 0024 | Review correspondence with UCC and advisors regarding sale proceeds. | 0.3 |
| 05-Dec-13 | MJW | 0031 | Prepare Canadian proceeding update reports for UCC meeting. | 0.4 |
| 05-Dec-13 | MJW | 0007 | Attend on call with UCC and advisors. | 0.7 |
| 05-Dec-13 | RCJ | 0007 | Participate in UCC call. | 0.7 |
| 05-Dec-13 | RCJ | 0031 | Continue detailed analysis of allocation litigation issues in preparation for allocation trial. | 1.7 |
| 05-Dec-13 | CP | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 0.8 |
| 05-Dec-13 | SS | 0029 | Assist Akin Gump litigation team in preparation for allocation litigation deposition in Toronto. | 1.0 |
| 05-Dec-13 | NEL | 0007 | Participate on Committee call. | 0.7 |
| 06-Dec-13 | BLG | 0029 | Review of correspondence regarding allocation litigation document production claw backs and depositions scheduling. | 0.2 |
| 06-Dec-13 | BLG | 0029 | Of U.S. court appeal decision regarding allocation trial and consider steps to be taken regarding Supreme Court of Canada pending leave for appeal application by EMEA debtors (1.2). Correspondence with Dentons lawyers regarding same (0.5) and prepare correspondence to Torys team regarding same (0.6). | 2.3 |
| 06-Dec-13 | RSK | 0024 | Review of additional correspondence with UCC and advisors regarding sale proceeds. | 0.3 |
| 06-Dec-13 | RSK | 0029 | Review of Third Circuit opinion denying EMEA Debtors' appeal on arbitration and allocation joint hearing. | 0.4 |
| 06-Dec-13 | RSK | 0029 | Correspondence with Dentons lawyers regarding US appeal decision and notice to Supreme Court of Canada ("SCC"). | 0.2 |
| 06-Dec-13 | MJW | 0029 | Email correspondence with Dentons team regarding EMEA debtors Canadian Supreme Court leave for appeal application from decision by Ontario Court of Appeal, and update to Supreme Court regarding U.S. appeal court decision. | 0.3 |
| 06-Dec-13 | MJW | 0029 | Review correspondence from Monitor's counsel regarding allocation document production issues. | 0.2 |
| 06-Dec-13 | MJW | 0029 | Review email correspondence from counsel to multiple core parties regarding allocation litigation witness depositions and document production issues. | 0.3 |
| 06-Dec-13 | MJW | 0029 | Review U.S. appeal court decision regarding EMEA debtors appeal of allocation protocol decision. | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 5 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 06-Dec-13 | RCJ | 0029 | Review U.S. appellate decision regarding order approving allocation trial. | 0.5 |
| 06-Dec-13 | RCJ | 0029 | Email correspondence with Dentons team regarding U.S. and Canadian appeal proceedings. | 0.2 |
| 06-Dec-13 | RCJ | 0029 | Consider allocation trial issues raised by core parties including depositions and document production issues. | 0.7 |
| 09-Dec-13 | BLG | 0031 | Email correspondence with Torys, Akin Gump and Goodmans regarding notice to the SCC regarding U.S. appeal decision. | 0.5 |
| 09-Dec-13 | BLG | 0031 | Email correspondence to Torys regarding Canadian debtors/Monitor leave to Supreme Court regarding Ont. CA decision on environmental issue. | 0.2 |
| 09-Dec-13 | RSK | 0031 | Review of correspondence with Dentons and Akin Gump regarding US appeal decision and impact on EMEA SCC leave application updating correspondence to the SCC. | 0.3 |
| 09-Dec-13 | RSK | 0031 | Review of Goodmans' correspondence to SCC regarding US appeal decision. | 0.2 |
| 09-Dec-13 | MJW | 0031 | Email correspondence with Akin Gump and Dentons regarding U.S. appeal court ruling and providing update to Canadian Supreme Court for Canadian appeal application. | 0.2 |
| 09-Dec-13 | MJW | 0031 | Email correspondence with Canadian counsel to NNI and Monitor (0.2), and review draft correspondence to Canadian Supreme Court regarding EMEA debtor leave for appeal application (0.2), and reporting to Akin Gump regarding same (0.1). | 0.5 |
| 09-Dec-13 | MJW | 0031 | Confer with B. Grossman regarding Nortel Canada/Monitor leave for appeal application regarding Canadian environmental appeal order. | 0.2 |
| 09-Dec-13 | MJW | 0031 | Call and email correspondence to NNI's Canadian counsel regarding Nortel Canada/Monitor leave for appeal application regarding environmental order. | 0.2 |
| 09-Dec-13 | RCJ | 0031 | Email correspondence with Akin Gump team regarding U.S. appeal court decision and impact on Canadian appeal process. | 0.3 |
| 09-Dec-13 | RCJ | 0012 | Continue work on claims analysis for litigation preparation. | 0.6 |
| 10-Dec-13 | BLG | 0031 | Telephone attendance with NNI's Canadian counsel regarding leave application to SCC regarding environmental order concerning procedural issues, timelines. | 0.2 |
| 10-Dec-13 | BLG | 0031 | Email correspondence to NNI's Canadian counsel and consult with M. Wunder regarding Canadian environmental appeal. | 0.2 |
| 10-Dec-13 | RSK | 0029 | Review correspondence from core parties' counsel regarding representative party examinations. | 0.2 |
| 10-Dec-13 | MJW | 0029 | Review correspondence from allocation core parties regarding document production and witness examinations. | 0.2 |
| 10-Dec-13 | MJW | 0031 | Email correspondence with Dentons and NNI's Canadian counsel regarding Monitor's leave application to Supreme | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | Court in connection with appeal of environmental order, and related procedural issues relating to leave application, and confer with B. Grossman. | |
| 10-Dec-13 | RCJ | 0031 | Participate in conference call with Torys team regarding SCC leave application on environmental order. | 0.2 |
| 10-Dec-13 | RCJ | 0031 | Review email correspondence and positions of core parties on rep party depositions. | 0.2 |
| 10-Dec-13 | RCJ | 0029 | Analysis of case law and issues on allocation strategy and litigation. | 2.3 |
| 10-Dec-13 | RP | 0031 | Review Canadian case law in connection with allocation litigation issues. | 2.1 |
| 11-Dec-13 | BLG | 0029 | Review email correspondence regarding core parties meeting for allocation litigation meet and confer. | 0.3 |
| 11-Dec-13 | RSK | 0029 | Review of draft trial protocol and core parties correspondence regarding meet and confer to discuss same. | 0.8 |
| 11-Dec-13 | MJW | 0029 | Review email correspondence from counsel to Monitor and summary regarding allocation trial matters. | 0.4 |
| 11-Dec-13 | MJW | 0029 | Review correspondence from Monitor's counsel regarding allocation litigation and examinations of representative witnesses, and additional correspondence from counsel to other core multiple parties regarding same. | 0.4 |
| 11-Dec-13 | RCJ | 0029 | Review allocation and claims litigation trial protocol. | 0.9 |
| 11-Dec-13 | RCJ | 0031 | Email correspondence with T. Banks regarding allocation litigation issues. | 0.2 |
| 11-Dec-13 | TMB | 0031 | Review and analysis of Canadian law regarding allocation litigation issues and correspondence to R. Jacobs regarding same. | 0.3 |
| 11-Dec-13 | RP | 0031 | Review Canadian case law in connection with allocation litigation arguments. | 1.1 |
| 12-Dec-13 | BLG | 0012 | Review draft claims settlement agreement and consider issues regarding Canadian leave for appeal application by EMEA debtors. | 0.6 |
| 12-Dec-13 | BLG | 0012 | Analyze issues regarding draft claims settlement agreement. | 0.5 |
| 12-Dec-13 | RSK | 0007 | Participated in Committee call. | 1.0 |
| 12-Dec-13 | RSK | 0012 | Review of draft U.S. debtors claims settlement agreement. | 0.8 |
| 12-Dec-13 | RSK | 0012 | Review comments on draft claims settlement agreement and provide additional comments on Canadian related provisions. | 1.1 |
| 12-Dec-13 | MJW | 0007 | Attend on UCC call. | 1.0 |
| 12-Dec-13 | MJW | 0012 | Review draft claims settlement material and related correspondence from Akin Gump, and analyze Canadian and cross-border issues. | 1.4 |
| 12-Dec-13 | MJW | 0012 | Confer with Dentons lawyers regarding proposed claims settlement. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 7 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 12-Dec-13 | MJW | 0012 | Email correspondence with Akin Gump and Dentons regarding proposed claims settlement. | 0.2 |
| 12-Dec-13 | MJW | 0012 | Review Canadian court orders regarding claims. | 0.4 |
| 12-Dec-13 | RCJ | 0012 | Consideration of draft EMEA debtors claims settlement with U.S. debtors and related issues. | 1.6 |
| 12-Dec-13 | RCJ | 0007 | Participated in Committee call. | 1.0 |
| 13-Dec-13 | BLG | 0031 | Review email correspondence regarding draft claims settlement agreement with EMEA debtors. | 0.3 |
| 13-Dec-13 | BLG | 0029 | Review email correspondence regarding allocation depositions. | 0.2 |
| 13-Dec-13 | RSK | 0012 | Email correspondence with Cleary, Akin Gump and others regarding draft EMEA debtors claims settlement agreement. | 0.8 |
| 13-Dec-13 | RSK | 0012 | Review of revised draft claims settlement agreement. | 1.1 |
| 13-Dec-13 | RSK | 0029 | Review of correspondence from core parties regarding representative party examinations. | 0.7 |
| 13-Dec-13 | MJW | 0012 | Review and analyze multiple drafts of agreement regarding settlement of claims, and multiple email correspondence to and from UCC advisors regarding same. | 1.8 |
| 13-Dec-13 | MJW | 0012 | Review draft court material regarding proposed claims settlement. | 0.4 |
| 13-Dec-13 | MJW | 0029 | Review and analyze multiple correspondence from core allocation parties regarding representative witness examinations for allocation litigation. | 0.3 |
| 13-Dec-13 | RCJ | 0012 | Review and provide comments on revised draft claims settlement. | 0.9 |
| 13-Dec-13 | RCJ | 0012 | Consider cross border issues and related court orders in connection with proposed claims settlement. | 1.3 |
| 14-Dec-13 | BLG | 0012 | Review revised draft claims settlement agreement (0.3), correspondence with Dentons team (0.1), call with M. Wunder to discuss (0.3), and email correspondence to Akin Gump regarding same (0.2). | 0.9 |
| 14-Dec-13 | RSK | 0031 | Review correspondence regarding draft claims settlement agreement and consider Canadian issues. | 0.3 |
| 14-Dec-13 | RSK | 0031 | Correspondence with Dentons team regarding Canadian issues relating to proposed claims settlement. | 0.5 |
| 14-Dec-13 | MJW | 0012 | Review and analyze revised draft claims settlement agreement. | 0.5 |
| 14-Dec-13 | MJW | 0012 | Email correspondence to and from Akin Gump and Dentons regarding claims settlement and Canadian issues. | 0.4 |
| 14-Dec-13 | MJW | 0012 | Calls with B. Grossman to discuss claims issues and settlement agreement. | 0.3 |
| 14-Dec-13 | MJW | 0012 | Email correspondence with Dentons lawyers regarding proposed claims settlement. | 0.3 |

DENTONS CANADA LLP                                      INVOICE 3026261
The Official Committee of Unsecured Creditors                 Page 8 of 22
Re: Nortel Networks Inc., et al.                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 14-Dec-13 | RCJ | 0012 | Review multiple email correspondence regarding EMEA debtors claims settlement. | 0.5 |
| 14-Dec-13 | RCJ | 0012 | Detailed email correspondence with Akin Gump and Dentons teams regarding EMEA debtors claims settlement. | 0.4 |
| 14-Dec-13 | RCJ | 0012 | Discussions with Dentons team regarding EMEA debtors claims settlement and related Canadian issues. | 0.6 |
| 15-Dec-13 | BLG | 0029 | Consider Canadian procedural issues regarding allocation litigation and correspondence to Akin Gump. | 0.3 |
| 15-Dec-13 | BLG | 0012 | Review and consider issues regarding draft claims settlement, confer with Dentons team. | 0.9 |
| 15-Dec-13 | RSK | 0012 | Correspondence to and from Akin Gump and Dentons teams regarding claims settlement agreement. | 0.5 |
| 15-Dec-13 | RSK | 0029 | Review correspondence from Akin Gump regarding pre-trial procedures and Canadian Court practice and confer with Dentons team. | 0.4 |
| 15-Dec-13 | MJW | 0029 | Review draft allocation and claims trial procedural summary. | 0.5 |
| 15-Dec-13 | MJW | 0029 | Email correspondence to and from Akin Gump and Dentons, and emails with Dentons lawyers, regarding allocation trial and related Canadian issues. | 0.3 |
| 15-Dec-13 | RCJ | 0012 | Correspondence to and from Akin Gump and Dentons teams regarding negotiations and issues related to EMEA debtors claims settlement. | 0.4 |
| 16-Dec-13 | PJC | 0031 | Prepare summary regarding Canadian trial practice and research Canadian cases regarding same. | 0.8 |
| 16-Dec-13 | BLG | 0029 | Email correspondence with Akin Gump regarding allocation litigation procedural issues. | 0.7 |
| 16-Dec-13 | BLG | 0012 | Review update correspondence regarding draft claims settlement and motion for settlement approval. | 0.6 |
| 16-Dec-13 | BLG | 0029 | Review of multiple correspondence regarding draft allocation trial protocol and core party meeting regarding allocation litigation (0.4), review draft trial procedures (0.7), and email correspondence with Akin Gump regarding same (0.2). | 1.3 |
| 16-Dec-13 | BLG | 0031 | Email correspondence with Dentons team regarding allocation litigation and Canadian action items. | 0.4 |
| 16-Dec-13 | BLG | 0031 | Conference call with NNI's Canadian counsel regarding U.S. settlement agreement approval motion filing in Ontario. | 0.2 |
| 16-Dec-13 | RSK | 0031 | Email correspondence regarding Canadian litigation procedure relating to allocation litigation and correspondence with Dentons team. | 0.6 |
| 16-Dec-13 | RSK | 0012 | Review of revised drafts of claims settlement agreement. | 0.7 |
| 16-Dec-13 | RSK | 0029 | Review of correspondence from core parties regarding allocation litigation. | 0.2 |
| 16-Dec-13 | MJW | 0012 | Review multiple versions of draft claims settlement agreement | 1.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 9 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | and related motion material. | |
| 16-Dec-13 | MJW | 0012 | Emails and calls with Dentons lawyers regarding draft claims settlement agreement and related Canadian issues. | 0.4 |
| 16-Dec-13 | MJW | 0007 | Review update reports from Akin Gump to UCC. | 0.2 |
| 16-Dec-13 | MJW | 0031 | Call with B. Grossman and NNI's Canadian counsel regarding proposed claims settlement, Canadian issues, and filing with Canadian court. | 0.3 |
| 16-Dec-13 | MJW | 0029 | Review correspondence from Akin Gump regarding allocation trial issues and related status regarding litigation schedule matters. | 0.2 |
| 16-Dec-13 | MJW | 0029 | Review multiple correspondence regarding allocation litigation document discovery including document productions. | 0.2 |
| 16-Dec-13 | RCJ | 0012 | Review motion record for approval of EMEA claims settlement. | 0.4 |
| 16-Dec-13 | RCJ | 0031 | Consideration and analysis of allocation litigation issues. | 2.1 |
| 17-Dec-13 | PJC | 0029 | Email correspondence with Dentons lawyers regarding allocation litigation and review correspondence from core parties. | 0.2 |
| 17-Dec-13 | BLG | 0012 | Review US motion for approval of EMEA/UK pension claims settlement. | 0.2 |
| 17-Dec-13 | BLG | 0029 | Telephone attendance with NNI's Canadian counsel. | 0.2 |
| 17-Dec-13 | BLG | 0029 | Email correspondence regarding core party meeting for allocation trial procedures. | 0.3 |
| 17-Dec-13 | RSK | 0029 | Review of draft U.S. motion to approve EMEA claims settlement agreement. | 0.6 |
| 17-Dec-13 | MJW | 0003 | Prepare November 2013 account. | 1.3 |
| 17-Dec-13 | MJW | 0029 | Email correspondence with Dentons and Akin Gump regarding allocation litigation meeting for core parties and draft trial protocol. | 0.2 |
| 17-Dec-13 | MJW | 0012 | Review filed U.S. motion for claims settlement including form of approval order. | 0.4 |
| 17-Dec-13 | MJW | 0031 | Review Canadian filing by NNI's Canadian counsel with notice of U.S. motion regarding U.S. claims settlement agreement. | 0.2 |
| 17-Dec-13 | MJW | 0029 | Review correspondence from counsel for NNI and draft protocol for allocation litigation procedures. | 0.4 |
| 17-Dec-13 | MJW | 0029 | Review correspondence from Canadian counsel for Monitor for representative witness subject lists for allocation and claims litigation. | 0.3 |
| 17-Dec-13 | RCJ | 0012 | Review filed versions of U.S. and Canadian motions records for EMEA claims settlement. | 0.6 |
| 17-Dec-13 | RCJ | 0029 | Consider email correspondence from core parties regarding rep party depositions. | 0.1 |
| 17-Dec-13 | RCJ | 0029 | Continue work on allocation trial prep and issues analysis. | 1.4 |

DENTONS CANADA LLP                                                    INVOICE 3026261
The Official Committee of Unsecured Creditors                             Page 10 of 22
Re: Nortel Networks Inc., et al.                                  Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 18-Dec-13 | BLG | 0029 | Review email correspondence regarding core parties meeting regarding allocation litigation and preparation for same. | 0.6 |
| 18-Dec-13 | BLG | 0029 | Review correspondence regarding representative witness deposition topic objections. | 0.3 |
| 18-Dec-13 | RSK | 0031 | Review of transcribed Canadian court endorsement regarding allocation litigation timetable amendments. | 0.1 |
| 18-Dec-13 | RSK | 0029 | Review of core parties' correspondence regarding allocation litigation meeting and agenda. | 0.4 |
| 18-Dec-13 | RSK | 0029 | Review of core party correspondence regarding allocation litigation representative witness deposition subjects. | 0.4 |
| 18-Dec-13 | RSK | 0031 | Review of notice of Canadian court scheduling conference. | 0.1 |
| 18-Dec-13 | MJW | 0029 | Review issued Canadian court endorsement from motion to amend litigation timetable. | 0.1 |
| 18-Dec-13 | MJW | 0029 | Review correspondence from counsel for bondholders regarding allocation litigation representative witness depositions and deposition subjects. | 0.4 |
| 18-Dec-13 | MJW | 0029 | Review multiple correspondence from counsel for core parties including EMEA debtors, the Monitor, the CCC regarding representative witness depositions and topics for examinations. | 0.6 |
| 18-Dec-13 | MJW | 0031 | Review notice of Canadian court scheduling conference by former trustee of Nortel Canada HWT regarding previously approved Canadian employee settlement agreement. | 0.1 |
| 18-Dec-13 | MJW | 0031 | Review documents, approval order and related Monitor's report in connection with Canadian motion by former trustee of Nortel Canada HWT. | 0.6 |
| 18-Dec-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation trial procedures, and core parties meeting. | 0.2 |
| 18-Dec-13 | RCJ | 0029 | Analyze rep witness deposition issues and review multiple correspondence from counsel for multiple core parties. | 1.1 |
| 18-Dec-13 | RCJ | 0029 | Confer with Dentons team regarding rep witness deposition issues. | 0.2 |
| 18-Dec-13 | RCJ | 0029 | Review additional email correspondence from core parties regarding rep witness depositions and related allocation litigation issues. | 0.4 |
| 19-Dec-13 | BLG | 0029 | Review of correspondence regarding allocation litigation meeting. | 0.3 |
| 19-Dec-13 | BLG | 0029 | Participate by phone in core party meeting regarding allocation trial process. | 1.7 |
| 19-Dec-13 | BLG | 0031 | Consult with M. Wunder regarding Canadian law procedural issues in relation to discovery dispute. | 0.5 |
| 19-Dec-13 | BLG | 0029 | Review of filings by NNL/Monitor requesting joint hearing and limited objection to claims settlement and email | 0.6 |

DENTONS CANADA LLP                                                    INVOICE 3026261
The Official Committee of Unsecured Creditors                         Page 11 of 22
Re: Nortel Networks Inc., et al.                                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | correspondence from Akin Gump regarding same. | |
| 19-Dec-13 | RSK | 0029 | Participated in core party allocation meeting telephonically (part). | 0.9 |
| 19-Dec-13 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 19-Dec-13 | RSK | 0029 | Review of correspondence from core parties regarding allocation litigation Representative Witness deposition subjects. | 0.6 |
| 19-Dec-13 | MJW | 0029 | Review multiple correspondence from core parties regarding rep witness depositions, rep witness deposition topics, and related objections. | 0.6 |
| 19-Dec-13 | MJW | 0029 | Review correspondence and comments regarding allocation trial procedures. | 0.4 |
| 19-Dec-13 | MJW | 0007 | Attend on UCC call. | 0.6 |
| 19-Dec-13 | MJW | 0029 | Meet with B. Grossman to discuss draft allocation trial procedures, and related Canadian discovery issues. | 0.5 |
| 19-Dec-13 | MJW | 0031 | Calls with Canadian counsel for Monitor and NNI regarding Royal Trust Canadian motion regarding HWT and Canadian employee settlement agreement order. | 0.2 |
| 19-Dec-13 | MJW | 0031 | Review correspondence regarding Royal Trust Canadian motion. | 0.2 |
| 19-Dec-13 | MJW | 0031 | Review Canadian order and motion material regarding Canadian employee settlement motion and Royal Trust requested declaration from Canadian court. | 0.5 |
| 19-Dec-13 | MJW | 0031 | Prepare and forward report to UCC advisors regarding Royal Trust Canadian motion. | 0.4 |
| 19-Dec-13 | MJW | 0029 | Review limited objection and request for joint hearing filed by Monitor in connection with EMEA claims settlement. | 0.4 |
| 19-Dec-13 | MJW | 0029 | Correspondence with UCC advisors regarding Monitor's limited objection to claims settlement. | 0.3 |
| 19-Dec-13 | MJW | 0029 | Attend on core party call to discuss allocation trial procedure issues (part). | 1.0 |
| 19-Dec-13 | RCJ | 0029 | Participate on core party conference call regarding allocation issues (part call). | 1.0 |
| 19-Dec-13 | RCJ | 0007 | Participate in UCC call. | 0.6 |
| 19-Dec-13 | RCJ | 0029 | Consider draft allocation and claims trial procedures and issues. | 1.3 |
| 19-Dec-13 | RCJ | 0029 | Discussion with Dentons team regarding allocation trial procedures and issues. | 0.5 |
| 19-Dec-13 | RCJ | 0012 | Review and assess Monitor's limited objection to EMEA claims settlement. | 0.6 |
| 19-Dec-13 | NEL | 0007 | Participate in Committee call. | 0.6 |
| 20-Dec-13 | BLG | 0029 | Review of multiple correspondence regarding request for joint hearing regarding discovery dispute in relation to | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 12 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | representative party depositions. | |
| 20-Dec-13 | BLG | 0029 | Email correspondence with NNI's Canadian counsel and Akin Gump regarding joint hearing for rep witness depositions. | 0.3 |
| 20-Dec-13 | BLG | 0012 | Review Monitor's correspondence to Canadian court regarding claims settlement. | 0.3 |
| 20-Dec-13 | BLG | 0031 | Telephone attendance with NNI's Canadian counsel and correspondence from Cleary regarding joint hearing for allocation litigation. | 0.3 |
| 20-Dec-13 | BLG | 0031 | Confer with M. Wunder regarding Canadian court scheduling conference including for joint hearing requests. | 0.2 |
| 20-Dec-13 | BLG | 0029 | Review correspondence to the U.S. court regarding discovery dispute and prepare correspondence to Justice Morawetz on behalf of the UCC. | 0.7 |
| 20-Dec-13 | BLG | 0031 | Prepare for attendance at Canadian court scheduling conference. | 0.5 |
| 20-Dec-13 | RSK | 0029 | Review of Core Party correspondence regarding representative witness depositions and objections. | 0.3 |
| 20-Dec-13 | RSK | 0029 | Review of limited objection filed by Monitor and Canadian Debtors regarding motion to approve the US/EMEA claims settlement. | 0.4 |
| 20-Dec-13 | RSK | 0029 | Review of request for joint hearing by Monitor and Canadian Debtors and correspondence to Justice Morawetz. | 0.3 |
| 20-Dec-13 | RSK | 0012 | Email correspondence with Akin Gump and Dentons regarding limited objection of Monitor and Canadian Debtors to claims settlement. | 0.3 |
| 20-Dec-13 | RSK | 0029 | Review of correspondence from Akin Gump for UCC to Judge Gross regarding representative witness depositions. | 0.2 |
| 20-Dec-13 | MJW | 0029 | Confer with B. Grossman (0.2), call to NNI's Canadian counsel (0.2), and email correspondence with counsel to Monitor regarding Canadian court scheduling conference and joint hearing requests (0.2). | 0.6 |
| 20-Dec-13 | MJW | 0029 | Review correspondence between U.S. counsel for core parties regarding joint hearing request for claims settlement. | 0.4 |
| 20-Dec-13 | MJW | 0029 | Report to UCC advisors regarding Canadian court filings and negotiations regarding claims settlement and scheduled Canadian court scheduling conference. | 0.6 |
| 20-Dec-13 | MJW | 0029 | Review correspondence from core parties regarding document production issues for allocation litigation. | 0.2 |
| 20-Dec-13 | MJW | 0029 | Review filing with Canadian court by NNI's Canadian counsel regarding request for joint hearing and scheduling conference request. | 0.2 |
| 20-Dec-13 | MJW | 0029 | Forward follow-up report to UCC advisors regarding Canadian proceeding court filings for allocation litigation matters. | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 20-Dec-13 | MJW | 0029 | Email correspondence to and from Akin Gump and Dentons regarding Canadian court conference. | 0.3 |
| 20-Dec-13 | MJW | 0029 | Correspondence to and from Akin Gump regarding filing by UCC in Canadian proceeding in support of NNI's request for joint hearing regarding representative witness depositions for allocation litigation. | 0.2 |
| 20-Dec-13 | MJW | 0029 | Call with Dentons lawyers regarding filing by UCC with Canadian court for allocation litigation deposition dispute. | 0.2 |
| 20-Dec-13 | MJW | 0029 | Review correspondence by Dentons to Canadian court regarding allocation litigation deposition dispute. | 0.1 |
| 20-Dec-13 | MJW | 0029 | Review filing with U.S. court by Nortel U.S. with request for joint hearing regarding representative witness depositions for allocation litigation, and related rep witness deposition topics and objections. | 0.4 |
| 20-Dec-13 | RCJ | 0029 | Review and analyze email correspondence among core parties regarding dispute over rep witness depositions. | 0.3 |
| 20-Dec-13 | RCJ | 0012 | Review Monitor correspondence to Canadian court regarding EMEA claims settlement. | 0.1 |
| 20-Dec-13 | RCJ | 0012 | Consider cross border protocols and related issues in connection with EMEA debtors claims settlement with U.S. debtors. | 1.4 |
| 20-Dec-13 | RCJ | 0029 | Participate in call with Dentons team regarding UCC filing with Canadian court on allocation litigation deposition dispute. | 0.2 |
| 20-Dec-13 | NEL | 0012 | Review correspondence from Akin Gump regarding claims settlement and joint hearing. | 0.1 |
| 21-Dec-13 | RSK | 0029 | Review of topics for depositions of representative witnesses circulated by Canadian Debtors. | 0.2 |
| 21-Dec-13 | RCJ | 0031 | Review correspondence regarding topics for rep witness depositions. | 0.2 |
| 22-Dec-13 | BLG | 0031 | Review email correspondence from multiple parties regarding Canadian court scheduling conference in connection with two joint hearing requests regarding (a) claims settlement and (b) representative witness depositions. | 0.6 |
| 22-Dec-13 | RSK | 0029 | Review of multiple correspondence from core parties regarding approval of U.S. claims settlement and joint hearing issues. | 0.4 |
| 22-Dec-13 | RSK | 0029 | Review of correspondence from Canadian Debtors and Monitor to U.S. Court and joinder by UCC. | 0.4 |
| 22-Dec-13 | MJW | 0029 | Review correspondence from Monitor and related material regarding rep witness deposition issues and U.S. debtors request for joint hearing. | 0.3 |
| 22-Dec-13 | MJW | 0029 | Email correspondence to and from Akin Gump and Dentons to prepare for Canadian court scheduling conference. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 14 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 22-Dec-13 | MJW | 0029 | Review filings with courts and multiple correspondence by core parties in connection with allocation litigation and proposed joint hearings. | 0.3 |
| 22-Dec-13 | MJW | 0029 | Review multiple correspondence between counsel for core parties regarding (a) EMEA claims settlement and joint hearing request and (b) request for joint hearing for rep witness deposition issues. | 0.3 |
| 22-Dec-13 | RCJ | 0029 | Review and consider multiple core party correspondence regarding joint hearing on EMEA debtors claims settlement and rep witness deposition issues. | 0.4 |
| 23-Dec-13 | PJC | 0029 | Review email correspondence regarding schedule for motion to dispense with rep witness depositions. | 0.2 |
| 23-Dec-13 | BLG | 0008 | Attend Canadian court scheduling conference (3.0), and meet with M. Wunder and NNI's Canadian counsel to discuss Canadian court hearing issues (0.3). | 3.3 |
| 23-Dec-13 | BLG | 0031 | Reporting regarding Canadian court attendance, and additional correspondence to Akin Gump regarding joint hearings and litigation timetable. | 0.6 |
| 23-Dec-13 | BLG | 0029 | Review email correspondence to US court relating to representative party deposition dispute. | 0.6 |
| 23-Dec-13 | BLG | 0029 | Email correspondence and reporting to UCC advisors regarding timetable for Canadian motion materials regarding representative party deposition motion. | 0.3 |
| 23-Dec-13 | RSK | 0029 | Review of US Debtors' reply letter to correspondence from the Monitor, Canadian Debtors and CCC. | 0.2 |
| 23-Dec-13 | RSK | 0029 | Review draft allocation trial procedures. | 0.4 |
| 23-Dec-13 | RSK | 0031 | Review of update correspondence from Canadian court conference, and follow-up email correspondence with Akin Gump and Dentons. | 0.4 |
| 23-Dec-13 | RSK | 0029 | Review of reply letter from Bondholders regarding representative witness depositions. | 0.3 |
| 23-Dec-13 | MJW | 0008 | Prepare for and attend to Canadian court scheduling conference including requests for joint hearings. | 3.2 |
| 23-Dec-13 | MJW | 0029 | Meet with B. Grossman and NNI's Canadian counsel after Canadian court hearing to discuss Canadian hearing action items. | 0.3 |
| 23-Dec-13 | MJW | 0029 | Prepare and forward report to UCC advisors regarding Canadian court attendance, and related follow-up email correspondence. | 0.6 |
| 23-Dec-13 | MJW | 0029 | Review multiple correspondence from core parties including Monitor, CCC and U.S. debtors regarding joint hearing request for rep witness depositions. | 0.3 |
| 24-Dec-13 | BLG | 0031 | Conference call with Goodmans and Torys regarding various Canadian procedural matters relating to joint hearings for | 1.0 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 15 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | allocation litigation issues. | |
| 24-Dec-13 | BLG | 0029 | Email correspondence with Torys and Akin Gump regarding joint hearings for allocation litigation and Canadian court filings for NNI and UCC. | 1.2 |
| 24-Dec-13 | BLG | 0029 | And consideration of correspondence from Goodmans regarding rep witness depositions and reporting correspondence to Akin Gump regarding same. | 0.3 |
| 24-Dec-13 | BLG | 0031 | Review of Royal Trust Canadian motion materials and correspondence regarding same. | 0.4 |
| 24-Dec-13 | RSK | 0031 | Review of Canadian motion material from former trustee of HWT, and related correspondence. | 0.5 |
| 24-Dec-13 | RSK | 0029 | Review of draft timetable for parties to file materials with Canadian court for allocation litigation joint hearing. | 0.2 |
| 24-Dec-13 | MJW | 0029 | Correspondence to and from NNI's Canadian counsel regarding joint hearings, motion materials to be filed in Canada, including affidavits and factums. | 0.3 |
| 24-Dec-13 | MJW | 0029 | Multiple correspondence between Akin Gump and Dentons teams regarding joint hearings for allocation litigation, Canadian court filing for UCC for joint hearing and confer with B. Grossman regarding same. | 0.3 |
| 24-Dec-13 | MJW | 0029 | Review multiple correspondence from counsel to core parties regarding allocation litigation, joint hearings, and positions of core parties regarding allocation litigation issues. | 0.2 |
| 24-Dec-13 | RCJ | 0029 | Review correspondence with proposed timetable to file materials for joint hearings on EMEA debtors claims settlement and rep witness depositions, and correspondence with Dentons team regarding same. | 0.3 |
| 24-Dec-13 | JK | 0031 | Email correspondence with Akin Gump and Dentons regarding Canadian court filing for UCC for joint hearing for allocation litigation. | 0.2 |
| 24-Dec-13 | NEL | 0012 | Review correspondence to courts regarding claims settlement. | 0.1 |
| 26-Dec-13 | BLG | 0031 | Email correspondence with Akin Gump regarding timetable for Canadian court filings for joint hearing for affidavit and factum. | 0.3 |
| 26-Dec-13 | BLG | 0031 | Email correspondence with Torys, Goodmans and Gowlings regarding Canadian court material filing timetable for joint hearing. | 0.2 |
| 26-Dec-13 | RSK | 0029 | Review of emails from Core Parties regarding rep witness depositions. | 0.2 |
| 26-Dec-13 | MJW | 0029 | Review correspondence from U.S. court regarding joint hearing for allocation litigation issues. | 0.1 |
| 26-Dec-13 | MJW | 0029 | Review correspondence between core allocation parties regarding joint hearing for rep witness depositions and deposition scheduling issues. | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 16 of 22
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| 26-Dec-13 | RCJ | 0029 | Detailed analysis of litigation strategies and issues for allocation and claims joint hearing. | 1.8 |
| 27-Dec-13 | BLG | 0029 | Email correspondence with NNI's Canadian counsel and Akin Gump regarding court filings by U.S. debtors and UCC for joint hearing. | 0.4 |
| 27-Dec-13 | BLG | 0031 | Call with Akin Gump regarding joint hearing motion materials. | 0.4 |
| 27-Dec-13 | RSK | 0029 | Review of timetable for court filings for joint hearing representative party depositions. | 0.2 |
| 27-Dec-13 | MJW | 0029 | Review multiple correspondence between core parties regarding litigation schedule for joint hearing regarding rep witness depositions for allocation litigation. | 0.3 |
| 28-Dec-13 | BLG | 0029 | Email correspondence with Akin Gump and Torys regarding Canadian motion materials for motion to dispense with representative party depositions. | 0.2 |
| 28-Dec-13 | BLG | 0029 | Conference call with Akin Gump regarding motion to dispense with representative party depositions. | 0.3 |
| 28-Dec-13 | BLG | 0031 | Email correspondence with Torys, Goodmans and Gowlings regarding litigation schedule for motion to dispense with representative party depositions. | 0.6 |
| 28-Dec-13 | RSK | 0029 | Review of correspondence with Dentons, Torys and Akin Gump regarding court materials for motion regarding rep witness depositions. | 0.3 |
| 28-Dec-13 | MJW | 0029 | Email correspondence with Akin Gump, NNI's Canadian counsel and Dentons regarding preparation for joint hearing relating to rep witness depositions including court filings and submissions for Canadian court. | 0.5 |
| 29-Dec-13 | PJC | 0029 | Review email correspondence regarding joint hearing on motion to dispense with discovery of representatives of parties. | 0.2 |
| 29-Dec-13 | BLG | 0029 | Email correspondence with Akin Gump and Torys regarding core parties allocation meeting. | 0.3 |
| 29-Dec-13 | RSK | 0029 | Review correspondence regarding core party allocation litigation issues. | 0.3 |
| 29-Dec-13 | RSK | 0029 | Review of Akin Gump and Dentons correspondence regarding exhibits for Canadian court motion materials and timeline for filing materials. | 0.3 |
| 29-Dec-13 | MJW | 0029 | Review correspondence from counsel for Canadian debtors with litigation schedule and court filing timetable for joint hearing in connection with rep witness depositions. | 0.2 |
| 29-Dec-13 | MJW | 0029 | Review correspondence to courts regarding rep witness depositions, and email correspondence with Akin Gump and Dentons regarding Canadian court filings for joint hearing. | 0.3 |
| 29-Dec-13 | MJW | 0029 | Email correspondence with Canadian counsel for NNI and Dentons regarding litigation schedule for joint hearing, and | 0.2 |

DENTONS CANADA LLP                                           INVOICE 3026261
The Official Committee of Unsecured Creditors                    Page 17 of 22
Re: Nortel Networks Inc., et al.                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | material to be filed with Canadian court for UCC and NNI. | |
| 30-Dec-13 | PJC | 0029 | Review motion materials for motion to dispense with discovery of party representatives. | 1.7 |
| 30-Dec-13 | BLG | 0029 | Review draft affidavit for motion to dispense with representative party depositions. | 0.6 |
| 30-Dec-13 | BLG | 0031 | Review of Canadian motion record regarding rep witness depositions. | 0.6 |
| 30-Dec-13 | BLG | 0031 | Work to prepare Canadian court filings for UCC for joint hearing regarding rep witness depositions. | 0.7 |
| 30-Dec-13 | BLG | 0029 | Email correspondence with Akin Gump and Dentons teams regarding core parties meeting to discuss allocation litigation. | 0.3 |
| 30-Dec-13 | BLG | 0029 | Email correspondence with Akin Gump regarding UCC factum for Canadian court for allocation litigation joint hearing. | 0.8 |
| 30-Dec-13 | RSK | 0029 | Meet with Barbara Grossman regarding joint hearing and UCC court filings. | 0.3 |
| 30-Dec-13 | RSK | 0029 | Review of draft affidavit for U.S. debtors to be filed in Canada for allocation joint hearing. | 0.5 |
| 30-Dec-13 | MJW | 0029 | Review draft material for NNI's Canadian motion record for joint hearing in connection with rep witness depositions, and emails with Akin Gump and Dentons regarding same. | 0.6 |
| 30-Dec-13 | MJW | 0029 | Email to Dentons team in connection with UCC action items for joint hearing. | 0.2 |
| 30-Dec-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation litigation core party meeting. | 0.2 |
| 31-Dec-13 | PJC | 0031 | Review of Canadian jurisprudence concerning discovery in connection with preparation of Canadian factum for UCC for joint hearing. | 0.8 |
| 31-Dec-13 | PJC | 0031 | Review draft Canadian factum for joint hearing. | 0.7 |
| 31-Dec-13 | BLG | 0031 | Review of draft Canadian factum for joint hearing and provide comments. | 1.7 |
| 31-Dec-13 | BLG | 0031 | Review of EMEA debtors affidavit for joint hearing regarding rep witness depositions. | 0.5 |
| 31-Dec-13 | BLG | 0029 | Email correspondence regarding joint hearing motion materials with Torys, Dentons, Akin Gump and counsel for other core parties. | 0.6 |
| 31-Dec-13 | RSK | 0029 | Review draft UCC factum for joint hearing. | 0.4 |
| 31-Dec-13 | RSK | 0029 | Review of affidavit filed by EMEA debtors in support of motion to dispense with rep witness depositions. | 0.3 |
| 31-Dec-13 | MJW | 0029 | Review Canadian motion record filed by NNI's Canadian counsel for allocation joint hearing regarding rep witness depositions. | 0.3 |
| | | | **Total** | **175.2** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 18 of 22
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 36.7 | $775.00 | $28,442.50 |
| Christopher Payne | Student | Students - Toronto | | 16.0 | $230.00 | $3,680.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 0.2 | $375.00 | $75.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.3 | $630.00 | $819.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 42.8 | $795.00 | $34,026.00 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 2.0 | $525.00 | $1,050.00 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 4.6 | $775.00 | $3,565.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 3.2 | $440.00 | $1,408.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 36.1 | $750.00 | $27,075.00 |
| Sanja Sopic | Student | Students - Toronto | | 7.0 | $230.00 | $1,610.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.0 | $900.00 | $22,500.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 0.3 | $700.00 | $210.00 |
| | | | | | | |
| TOTAL | | | | 175.2 | CDN. | $124,460.50 |

**TOTAL PROFESSIONAL FEES**                               $   124,460.50

**NON-TAXABLE DISBURSEMENTS**
    Binding Books / Documents                    $        31.60
    Courier & Delivery                                     150.57
    External Document Reproduction               1,296.75
    Long Distance Telephone Calls                      2.04
    Photocopy & Printing Charges                 3,858.30
**TOTAL NON-TAXABLE DISBURSEMENTS**      $    5,339.26

**TOTAL DISBURSEMENTS**                                      5,339.26

**TOTAL AMOUNT DUE**                            $  129,799.76 CDN

DENTONS CANADA LLP                                     INVOICE 3026261
The Official Committee of Unsecured Creditors          Page 19 of 22
Re: Nortel Networks Inc., et al.                       Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 1.8 | 1,431.00 |
| 0007 | Creditors Committee Meetings | 9.3 | 7,166.50 |
| 0008 | Court Hearings | 6.5 | 5,101.50 |
| 0012 | General Claims Analysis/Claims Objections | 28.2 | 22,378.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.6 | 540.00 |
| 0029 | Intercompany Analysis | 94.4 | 62,089.50 |
| 0031 | Canadian Proceedings/Matters | 34.4 | 25,754.00 |
|      | **Total** | **175.2** | **$124,460.50** |

**TOTAL PROFESSIONAL FEES**                    $   124,460.50

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 20 of 22
Matter # 538462-000001

## DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|---|---|---|---|
| 02-Dec-13 | Laser Copy;NELSON M | 209.00 | 20.90 |
| 02-Dec-13 | Laser Copy;WARD N | 1,185.00 | 118.50 |
| 02-Dec-13 | Laser Copy;WUNDER M | 123.00 | 12.30 |
| 02-Dec-13 | Laser Copy;DamaniA | 281.00 | 28.10 |
| 02-Dec-13 | Tabs / Cerlox / Clear Cover | 1.00 | 8.00 |
| 02-Dec-13 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 02-Dec-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 02-Dec-13 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 1.53 |
| 03-Dec-13 | Colour Photocopy;mccallenm | 4.00 | 4.00 |
| 03-Dec-13 | Laser Copy;Payne, Christopher | 3,935.00 | 393.50 |
| 03-Dec-13 | Laser Copy;WUNDER M | 11.00 | 1.10 |
| 03-Dec-13 | Laser Copy;Erandio, N. | 2,960.00 | 296.00 |
| 03-Dec-13 | Photocopy;mccallenm | 15.00 | 1.50 |
| 03-Dec-13 | Laser Copy;mccallenm | 55.00 | 5.50 |
| 03-Dec-13 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 04-Dec-13 | Photocopy;Sopic, Sanja | 16.00 | 1.60 |
| 04-Dec-13 | Laser Copy;Erandio, N. | 9,411.00 | 941.10 |
| 04-Dec-13 | Laser Copy;NELSON M | 178.00 | 17.80 |
| 04-Dec-13 | Laser Copy;Payne, Christopher | 3,670.00 | 367.00 |
| 04-Dec-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 04-Dec-13 | Laser Copy;Sopic, Sanja | 8,174.00 | 817.40 |
| 04-Dec-13 | Laser Copy;WUNDER M | 58.00 | 5.80 |
| 04-Dec-13 | Laser Copy;DamaniA | 1,294.00 | 129.40 |
| 05-Dec-13 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 05-Dec-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 06-Dec-13 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 06-Dec-13 | Laser Copy;mccallenm | 71.00 | 7.10 |
| 06-Dec-13 | Laser Copy;NELSON M | 80.00 | 8.00 |
| 06-Dec-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 724041065/797333607378 Recipient: JACQUELINE YECIES Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 150.57 |
| 09-Dec-13 | Laser Copy;NELSON M | 31.00 | 3.10 |
| 09-Dec-13 | Laser Copy;WUNDER M | 10.00 | 1.00 |
| 10-Dec-13 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 11-Dec-13 | Laser Copy;WUNDER M | 14.00 | 1.40 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3026261
Page 21 of 22
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 11-Dec-13 | Laser Copy;NELSON M | 50.00 | 5.00 |
| 12-Dec-13 | Laser Copy;KUKULOWI | 33.00 | 3.30 |
| 12-Dec-13 | Laser Copy;WUNDER M | 14.00 | 1.40 |
| 12-Dec-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 13-Dec-13 | Laser Copy;KUKULOWI | 37.00 | 3.70 |
| 13-Dec-13 | Laser Copy;Waugh,Stephanie | 73.00 | 7.30 |
| 13-Dec-13 | External Document Reproduction - ImageOn Toronto /Inv. 33522 | 1.00 | 1,296.75 |
| 13-Dec-13 | Laser Copy;NELSON M | 345.00 | 34.50 |
| 17-Dec-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 17-Dec-13 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 17-Dec-13 | Laser Copy;NELSON M | 330.00 | 33.00 |
| 17-Dec-13 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 17-Dec-13 | Laser Copy;DamaniA | 124.00 | 12.40 |
| 18-Dec-13 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 18-Dec-13 | Laser Copy;WUNDER M | 83.00 | 8.30 |
| 18-Dec-13 | Laser Copy;NELSON M | 79.00 | 7.90 |
| 18-Dec-13 | Laser Copy;mccallenm | 10.00 | 1.00 |
| 19-Dec-13 | Laser Copy;GROSSMAN | 37.00 | 3.70 |
| 19-Dec-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 19-Dec-13 | Laser Copy;NELSON M | 78.00 | 7.80 |
| 19-Dec-13 | Laser Copy;jacobsr | 22.00 | 2.20 |
| 20-Dec-13 | Laser Copy;DamaniA | 265.00 | 26.50 |
| 20-Dec-13 | Laser Copy;jacobsr | 30.00 | 3.00 |
| 20-Dec-13 | Laser Copy;mccallenm | 144.00 | 14.40 |
| 20-Dec-13 | Laser Copy;NELSON M | 92.00 | 9.20 |
| 20-Dec-13 | Laser Copy;WUNDER M | 9.00 | 0.90 |
| 20-Dec-13 | Laser Copy;mccallenm | 12.00 | 1.20 |
| 20-Dec-13 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 20-Dec-13 | Laser Copy;GROSSMAN | 6.00 | 0.60 |
| 20-Dec-13 | Laser Copy;GROSSMAN | 27.00 | 2.70 |
| 21-Dec-13 | Laser Copy;GROSSMAN | 10.00 | 1.00 |
| 21-Dec-13 | Laser Copy;Paulo, Filipe | 15.00 | 1.50 |
| 23-Dec-13 | Laser Copy;mccallenm | 64.00 | 6.40 |
| 23-Dec-13 | Laser Copy;WUNDER M | 38.00 | 3.80 |
| 23-Dec-13 | Laser Copy;GROSSMAN | 21.00 | 2.10 |
| 23-Dec-13 | Laser Copy;Vincent-DunlopT | 8.00 | 0.80 |
| 24-Dec-13 | Laser Copy;GROSSMAN | 23.00 | 2.30 |

DENTONS CANADA LLP

INVOICE 3026261

The Official Committee of Unsecured Creditors

Page 22 of 22

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 24-Dec-13 | Laser Copy;mccallenm | 2.00 | 0.20 |
| 30-Dec-13 | Laser Copy;Vincent-DunlopT | 1,810.00 | 181.00 |
| 30-Dec-13 | Cerlox / Clear Cover / Tabs | 1.00 | 7.60 |
| 30-Dec-13 | Photocopy & Printing Charges | 930.00 | 93.00 |
| 30-Dec-13 | Laser Copy;mccallenm | 18.00 | 1.80 |
| 30-Dec-13 | Laser Copy;WUNDER M | 182.00 | 18.20 |
| 31-Dec-13 | Photocopy;Vincent-DunlopT | 244.00 | 24.40 |
| 31-Dec-13 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 31-Dec-13 | Laser Copy;WUNDER M | 124.00 | 12.40 |
| 31-Dec-13 | Laser Copy;Erandio, N. | 1,009.00 | 100.90 |
| 31-Dec-13 | Laser Copy;GROSSMAN | 59.00 | 5.90 |
| 31-Dec-13 | Laser Copy;mccallenm | 1.00 | 0.10 |
| 31-Dec-13 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 31-Dec-13 | Laser Copy;Vincent-DunlopT | 74.00 | 7.40 |

**TOTAL**                                                      CDN. $ 5,339.26