# EXHIBIT C

**DISBURSEMENT SUMMARY**
**DECEMBER 1 TO DECEMBER 31, 2013**
**(All Amounts in Canadian Dollars)**

| Non-Taxable Disbursements | |
|---|---|
| Binding Books/Documents | $ 31.60 |
| Courier & Delivery | $ 150.57 |
| External Document Reproduction | $ 1,296.75 |
| Long Distance Telephone Calls | $ 2.04 |
| Photocopy & Printing Charges | $ 3,858.30 |
| Total Non-Taxable Disbursements | **$5,339.26 CDN.** |