# EXHIBIT D

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3026261  
Page 20 of 22  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 02-Dec-13 | Laser Copy;NELSON M | 209.00 | 20.90 |
| 02-Dec-13 | Laser Copy;WARD N | 1,185.00 | 118.50 |
| 02-Dec-13 | Laser Copy;WUNDER M | 123.00 | 12.30 |
| 02-Dec-13 | Laser Copy;DamaniA | 281.00 | 28.10 |
| 02-Dec-13 | Tabs / Cerlox / Clear Cover | 1.00 | 8.00 |
| 02-Dec-13 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 02-Dec-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 02-Dec-13 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 1.53 |
| 03-Dec-13 | Colour Photocopy;mccallenm | 4.00 | 4.00 |
| 03-Dec-13 | Laser Copy;Payne, Christopher | 3,935.00 | 393.50 |
| 03-Dec-13 | Laser Copy;WUNDER M | 11.00 | 1.10 |
| 03-Dec-13 | Laser Copy;Erandio, N. | 2,960.00 | 296.00 |
| 03-Dec-13 | Photocopy;mccallenm | 15.00 | 1.50 |
| 03-Dec-13 | Laser Copy;mccallenm | 55.00 | 5.50 |
| 03-Dec-13 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 04-Dec-13 | Photocopy;Sopic, Sanja | 16.00 | 1.60 |
| 04-Dec-13 | Laser Copy;Erandio, N. | 9,411.00 | 941.10 |
| 04-Dec-13 | Laser Copy;NELSON M | 178.00 | 17.80 |
| 04-Dec-13 | Laser Copy;Payne, Christopher | 3,670.00 | 367.00 |
| 04-Dec-13 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 04-Dec-13 | Laser Copy;Sopic, Sanja | 8,174.00 | 817.40 |
| 04-Dec-13 | Laser Copy;WUNDER M | 58.00 | 5.80 |
| 04-Dec-13 | Laser Copy;DamaniA | 1,294.00 | 129.40 |
| 05-Dec-13 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 05-Dec-13 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 06-Dec-13 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 06-Dec-13 | Laser Copy;mccallenm | 71.00 | 7.10 |
| 06-Dec-13 | Laser Copy;NELSON M | 80.00 | 8.00 |
| 06-Dec-13 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 724041065/797333607378 Recipient: JACQUELINE YECIES Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 150.57 |
| 09-Dec-13 | Laser Copy;NELSON M | 31.00 | 3.10 |
| 09-Dec-13 | Laser Copy;WUNDER M | 10.00 | 1.00 |
| 10-Dec-13 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 11-Dec-13 | Laser Copy;WUNDER M | 14.00 | 1.40 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3026261  
Page 21 of 22  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 11-Dec-13 | Laser Copy;NELSON M | 50.00 | 5.00 |
| 12-Dec-13 | Laser Copy;KUKULOWI | 33.00 | 3.30 |
| 12-Dec-13 | Laser Copy;WUNDER M | 14.00 | 1.40 |
| 12-Dec-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 13-Dec-13 | Laser Copy;KUKULOWI | 37.00 | 3.70 |
| 13-Dec-13 | Laser Copy;Waugh,Stephanie | 73.00 | 7.30 |
| 13-Dec-13 | External Document Reproduction - ImageOn Toronto /Inv. 33522 | 1.00 | 1,296.75 |
| 13-Dec-13 | Laser Copy;NELSON M | 345.00 | 34.50 |
| 17-Dec-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 17-Dec-13 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 17-Dec-13 | Laser Copy;NELSON M | 330.00 | 33.00 |
| 17-Dec-13 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 17-Dec-13 | Laser Copy;DamaniA | 124.00 | 12.40 |
| 18-Dec-13 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 18-Dec-13 | Laser Copy;WUNDER M | 83.00 | 8.30 |
| 18-Dec-13 | Laser Copy;NELSON M | 79.00 | 7.90 |
| 18-Dec-13 | Laser Copy;mccallenm | 10.00 | 1.00 |
| 19-Dec-13 | Laser Copy;GROSSMAN | 37.00 | 3.70 |
| 19-Dec-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 19-Dec-13 | Laser Copy;NELSON M | 78.00 | 7.80 |
| 19-Dec-13 | Laser Copy;jacobsr | 22.00 | 2.20 |
| 20-Dec-13 | Laser Copy;DamaniA | 265.00 | 26.50 |
| 20-Dec-13 | Laser Copy;jacobsr | 30.00 | 3.00 |
| 20-Dec-13 | Laser Copy;mccallenm | 144.00 | 14.40 |
| 20-Dec-13 | Laser Copy;NELSON M | 92.00 | 9.20 |
| 20-Dec-13 | Laser Copy;WUNDER M | 9.00 | 0.90 |
| 20-Dec-13 | Laser Copy;mccallenm | 12.00 | 1.20 |
| 20-Dec-13 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 20-Dec-13 | Laser Copy;GROSSMAN | 6.00 | 0.60 |
| 20-Dec-13 | Laser Copy;GROSSMAN | 27.00 | 2.70 |
| 21-Dec-13 | Laser Copy;GROSSMAN | 10.00 | 1.00 |
| 21-Dec-13 | Laser Copy;Paulo, Filipe | 15.00 | 1.50 |
| 23-Dec-13 | Laser Copy;mccallenm | 64.00 | 6.40 |
| 23-Dec-13 | Laser Copy;WUNDER M | 38.00 | 3.80 |
| 23-Dec-13 | Laser Copy;GROSSMAN | 21.00 | 2.10 |
| 23-Dec-13 | Laser Copy;Vincent-DunlopT | 8.00 | 0.80 |
| 24-Dec-13 | Laser Copy;GROSSMAN | 23.00 | 2.30 |

Case 09-10138-MFW    Doc 13047-5    Filed 02/25/14    Page 4 of 4

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3026261  
Page 22 of 22  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 24-Dec-13 | Laser Copy;mccallenm | 2.00 | 0.20 |
| 30-Dec-13 | Laser Copy;Vincent-DunlopT | 1,810.00 | 181.00 |
| 30-Dec-13 | Cerlox / Clear Cover / Tabs | 1.00 | 7.60 |
| 30-Dec-13 | Photocopy & Printing Charges | 930.00 | 93.00 |
| 30-Dec-13 | Laser Copy;mccallenm | 18.00 | 1.80 |
| 30-Dec-13 | Laser Copy;WUNDER M | 182.00 | 18.20 |
| 31-Dec-13 | Photocopy;Vincent-DunlopT | 244.00 | 24.40 |
| 31-Dec-13 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 31-Dec-13 | Laser Copy;WUNDER M | 124.00 | 12.40 |
| 31-Dec-13 | Laser Copy;Erandio, N. | 1,009.00 | 100.90 |
| 31-Dec-13 | Laser Copy;GROSSMAN | 59.00 | 5.90 |
| 31-Dec-13 | Laser Copy;mccallenm | 1.00 | 0.10 |
| 31-Dec-13 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 31-Dec-13 | Laser Copy;Vincent-DunlopT | 74.00 | 7.40 |

**TOTAL**      CDN. $ 5,339.26