**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 36.7 | $775.00 | $28,442.50 |
| Christopher Payne | Student | Students - Toronto | | 16.0 | $230.00 | $3,680.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 0.2 | $375.00 | $75.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.3 | $630.00 | $819.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 42.8 | $795.00 | $34,026.00 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 2.0 | $525.00 | $1,050.00 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 4.6 | $775.00 | $3,565.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 3.2 | $440.00 | $1,408.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 36.1 | $750.00 | $27,075.00 |
| Sanja Sopic | Student | Students - Toronto | | 7.0 | $230.00 | $1,610.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 25.0 | $900.00 | $22,500.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 0.3 | $700.00 | $210.00 |
| | | | | | | |
| TOTAL | | | | 175.2 | CDN. | $124,460.50 |