**EXHIBIT H**



**NORTEL**

February 24, 2014

<u>**Via Facsimile (212.623.6168)**</u>

JPMorgan Chase Bank, N.A.
TS / Escrow Services
1 Chase Manhattan Plaza
21st Floor
New York, New York 10005
Attn: Saverio Lunetta
Phone: 212.552.2364
Fax: 212.552.2812

      Re:     <u>Joint Instruction and Amendment – Layer 4-7/Alteon/Radware Escrow
Agreement</u>

Ladies and Gentlemen:

      Reference is made to that certain Escrow Agreement dated as of March 31, 2009 (as amended, the "<u>Distribution Escrow Agreement</u>"), by and among (i) Nortel Networks Inc. ("<u>NNI</u>", acting on behalf of itself and on behalf of Nortel Altsystems, Inc.); (ii) Nortel Networks Limited ("<u>NNL</u>", acting on behalf of itself and Nortel Networks Technology Corporation); (iii) the entities listed under the heading EMEA Sellers on the signature pages of the of the Distribution Escrow Agreement (the "<u>EMEA Sellers</u>"); (iv) A.R. Bloom, S. Harris, A. M. Hudson and C. Hill of Ernst & Young LLP, in their capacity as the joint administrators of the EMEA Sellers (other than Nortel Networks (Ireland) Limited) and A.R. Bloom and D. Hughes in their capacity as the joint administrators of Nortel Networks (Ireland) Limited (the "<u>Joint Administrators</u>", and together with the Depositors, the "<u>Parties</u>"); and (v) JPMorgan Chase Bank, N.A. as escrow and distribution agent under the Distribution Escrow Agreement (the "<u>Distribution Agent</u>"), entered into in connection with the Purchase Agreement.  Capitalized terms used and not otherwise defined in this joint written instruction (the "<u>Joint Instruction</u>") shall have the meaning given to them in the Distribution Escrow Agreement.

      1.    <u>Instructions to You as the Distribution Agent</u>

      Pursuant to Section 3 of the Distribution Escrow Agreement (as amended by this Joint Instruction below), the Depositors hereby issue this Joint Instruction to the Distribution Agent to change the investment of the Escrow Funds from a cash compensation account at Distribution Agent to United States Treasury bills with maturities as set forth in this Joint Instruction.  The Distribution Agent is hereby instructed to: (1) establish a new Escrow Account, account number E55259 (the "<u>New Escrow Account</u>"); (2) close the existing Escrow Account, account number 806020871, and promptly move all Escrow Funds from such account to the New Escrow

Account (the date of such move, the "Transfer Date"); and (3) promptly invest the Escrow Funds in United States Treasury bills as follows: (a) initially invest in United States Treasury bills consistent with the maturity schedule set forth in Exhibit A attached hereto (the "Initial Investment") and (b) upon the maturity of the Initial Investment, reinvest the Escrow Funds in United States Treasury bills with three (3) month maturities on an ongoing basis until the Escrow Funds are distributed pursuant to Section 5 of the Distribution Escrow Agreement or the Distribution Agent is otherwise directed in a joint written instruction by the Depositors.  If for any reason United States Treasury bills are not available for the maturity dates described in this Joint Instruction, the Distribution Agent is hereby directed to invest the Escrow Funds in United States Treasury bills having the next succeeding available maturity date.

The Parties hereby instruct the Distribution Agent, if required by applicable law and solely to the extent necessary to reflect the transaction contemplated hereby, to amend any tax forms the Distribution Agent has previously delivered to any of the Parties or otherwise filed with any governmental authority in accordance with Section 4(a) of the Distribution Escrow Agreement, including without limitation IRS Forms 1099 and 1042-S. Additionally, by signing below, each of the Depositors acknowledges and agrees that, except in the case of the Distribution Agent's gross negligence or willful misconduct, its indemnification of the Distribution Agent as set forth in Section 9 of the Distribution Escrow Agreement shall apply to the Distribution Agent following this Instruction.

2.  Amendment of Distribution Escrow Agreement

The Parties and the Distribution Agent hereby agree that as a result of this Joint Instruction (1) on and after the Transfer Date, the Escrow Funds will be held in the New Distribution Account and the account number listed in Section 2 of the Distribution Escrow Agreement shall be deemed amended to reflect such new account number, and in the future shall be deemed amended to reflect any other account number for the account holding the Escrow Funds; provided, that the Distribution Agent shall provide prompt notice of any such change to each of the Parties; and (2) Section 3 of the Distribution Escrow Agreement shall be amended and restated in its entirety as follows:

**(a) Until otherwise jointly directed by all of the Depositors, the Escrow Agent shall invest the Escrow Funds in Permitted Investments only.  "Permitted Investments" means (1) United States Treasury obligations with maturities not in excess of one year, (2) money market funds invested solely in such United States Treasury obligations and (3) the JPMorgan Chase Bank Collateralized Money Market Deposit Account; provided, however, that in no event shall Permitted Investments include investments that are not eligible for the portfolio interest exemption or other similar exception to U.S. withholding tax.  The Escrow Agent shall invest the Escrow Funds on the date of deposit so long as the relevant funds are received on or before 11:00 a.m. New York City time.  Any written notice to remit payment received by the Escrow Agent after 11:00 a.m. New York City time shall be treated as if received on the following Business Day.  For purposes of this Agreement, "Business Day"**

2

**shall mean any day other than a Saturday, Sunday or any other day on which the Escrow Agent located at the notice address set forth on <u>Schedule B</u> is authorized or required by law or executive order to remain closed. In the absence of joint written instruction from the Depositors and the Estate Fiduciaries, the Escrow Agent will invest the Escrow Funds in item (3) referenced above. The parties recognize and agree that the Escrow Agent will not provide supervision, recommendations or advice relating to either the investment of the Escrow Funds or the purchase sale, retention or other disposition of any investment described herein. The Escrow Agent shall not have any liability for any loss sustained as a result of any investment in an investment made pursuant to the terms of this Agreement or as a result of any liquidation of any investment prior to its maturity or for the failure of the Depositors to give the Escrow Agent instructions to invest or reinvest the Escrow Funds.**

**(b) Any investment direction contained herein may be executed through an affiliated broker-dealer of the Escrow Agent, which shall be entitled to such affiliated broker-dealer's usual and customary fee. Neither the Escrow Agent nor any of its affiliates assumes any duty or liability for monitoring the investment rating of the investments.**

**(c) The Escrow Agent shall have the right to liquidate investments as necessary to distribute Escrow Funds pursuant to <u>Paragraph 5</u>.**

The amendments to the Distribution Escrow Agreement set forth in this Section 2 are subject to approval by both the U.S. Bankruptcy Court and the Canadian Court.

3. <u>Waiver of Fees</u>

The Distribution Agent hereby agrees that it shall waive any fees accrued in connection with any investment in tranches of United States Treasury bills pursuant to this Joint Instruction that would exceed the yield associated with that investment, such that at no point shall the Distribution Agent's fees decrease the principal amount associated with the investment in any tranche of United States Treasury bills.

Please acknowledge receipt of and agreement to the terms of this Joint Instruction by signing and returning the enclosed copy of this letter by email to Louis Lipner (llipner@cgsh.com), Chris Armstrong (carmstrong@goodmans.ca), Gabrielle Glemann (glemann@hugheshubbard.com), John Whiteoak (john.whiteoak@hsf.com) and Dan Mindel (dmindel@uk.ey.com) by one (1) business day following your receipt of this Joint Instruction.

Should you have any questions about this letter, please contact the Depositors at your earliest convenience. Thank you for your assistance with this matter.

*[Signature pages to follow.]*

3

**Copy to**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

ACKNOWLEDGED AND AGREED BY
JP MORGAN CHASE BANK, N.A. AS
DISTRIBUTION AGENT

_____
Name:
Title:

**<u>Exhibit A</u>**
**<u>Maturity Schedule</u>**

# REDACTED