**EXHIBIT J**



**NORTEL**

February 24, 2014

**Via Facsimile (212.623.6168)**

JPMorgan Chase Bank, N.A.
TS / Escrow Services
1 Chase Manhattan Plaza
21st Floor
New York, New York 10005
Attn: Saverio Lunetta
Phone: 212.552.2364
Fax: 212.552.2812

    Re:    Joint Instruction and Amendment – MSS Distribution Escrow Agreement

Ladies and Gentlemen:

    Reference is made to that certain MSS Distribution Escrow Agreement dated as of March 11, 2011 (as amended, the "Distribution Escrow Agreement"), by and among (i) Nortel Networks Corporation ("NNC"); (ii) Nortel Networks Limited ("NNL"); (iii) Nortel Networks Inc. ("NNI", and together with NNC and NNL, the "Main Sellers"); (iv) each affiliate of the Main Sellers listed on Schedule A of the Distribution Escrow Agreement (the "Other Sellers"); (v) the companies listed on Schedule B of the Distribution Escrow Agreement (the "EMEA Sellers"), acting by Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill of Ernst & Young LLP (other than Nortel Networks (Ireland) Limited (In Administration), for which David Hughes of Ernst & Young Chartered Accountants and Alan Robert Bloom serve as joint administrators (collectively, the "Joint Administrators")) who act as agents for the EMEA Debtors; (vi) Nortel Networks S.A. (in administration) ("NNSA") acting by the French Liquidator; (vii) Ernst & Young Inc. as the court-appointed Monitor of the Canadian Debtors in connection with the Canadian Cases (the "Monitor"); (viii) the Official Committee of Unsecured Creditors as representative for the unsecured creditors of the U.S. Debtors (the "Committee", and together with the Monitor, the "Estate Fiduciaries", and collectively with the Depositors and Joint Administrators, the "Parties"); and (ix) JPMorgan Chase Bank, N.A., as escrow and distribution agent under the Distribution Escrow Agreement (the "Distribution Agent"), entered into in connection with the North American ASA and the EMEA ASA. Capitalized terms used but not defined in this joint written instruction (the "Joint Instruction") shall have the meanings given to them in the Distribution Escrow Agreement.

1. Instructions to You as the Distribution Agent

Pursuant to Section 3(a) of the Distribution Escrow Agreement, the Depositors and the Estate Fiduciaries hereby issue this Joint Instruction to the Distribution Agent to change the investment of the Escrow Funds from the JPMorgan Chase Bank Collateralized Money Market Deposit Account to United States Treasury bills with maturities as set forth in this Joint Instruction.  The Distribution Agent is hereby instructed to: (1) establish a new Distribution Account, account number E55267 (the "New Distribution Account"); (2) close the existing Distribution Account, account number 899573851, and promptly move all Escrow Funds from such account to the New Distribution Account (the date of such move, the "Transfer Date"); and (3) promptly invest the Escrow Funds in United States Treasury bills as follows: (a) initially invest in United States Treasury bills consistent with the maturity schedule set forth in Exhibit A attached hereto (the "Initial Investment") and (b) upon the maturity of the Initial Investment, reinvest the Escrow Funds in United States Treasury bills with three (3) month maturities on an ongoing basis until the Escrow Funds are distributed pursuant to Section 5 of the Distribution Escrow Agreement or the Distribution Agent is otherwise directed in a joint written instruction by the Depositors and the Estate Fiduciaries.  If for any reason United States Treasury bills are not available for the maturity dates described in this Joint Instruction, the Distribution Agent is hereby directed to invest the Escrow Funds in United States Treasury bills having the next succeeding available maturity date.

The Parties hereby instruct the Distribution Agent, if required by applicable law and solely to the extent necessary to reflect the transaction contemplated hereby, to amend any tax forms the Distribution Agent has previously delivered to any of the Parties or otherwise filed with any governmental authority in accordance with Section 4(a) of the Distribution Escrow Agreement, including without limitation IRS Forms 1099 and 1042-S.  Additionally, by signing below, each of the Depositors acknowledges and agrees that, except in the case of the Distribution Agent's gross negligence or willful misconduct, its indemnification of the Distribution Agent as set forth in Section 9 of the Distribution Escrow Agreement shall apply to the Distribution Agent following this Instruction.

2. Amendment of Distribution Escrow Agreement

The Parties and the Distribution Agent hereby agree that as a result of this Joint Instruction, on and after the Transfer Date, the Escrow Funds will be held in the New Distribution Account and the account number listed in Section 2(a) of the Distribution Escrow Agreement shall be deemed amended to reflect such new account number, and in the future shall be deemed amended to reflect any other account number for the account holding the Escrow Funds; provided, that the Distribution Agent shall provide prompt notice of any such change to each of the Parties.  The amendment to the Distribution Escrow Agreement set forth in this Section 2 is subject to approval by both the U.S. Bankruptcy Court and the Canadian Court.

3. Waiver of Fees

The Distribution Agent hereby agrees that it shall waive any fees accrued in connection with any investment in tranches of United States Treasury bills pursuant to this Joint Instruction

that would exceed the yield associated with that investment, such that at no point shall the Distribution Agent's fees decrease the principal amount associated with the investment in any tranche of United States Treasury bills.

Please acknowledge receipt of and agreement to the terms of this Joint Instruction by signing and returning the enclosed copy of this letter by email to Louis Lipner (llipner@cgsh.com), Chris Armstrong (carmstrong@goodmans.ca), Gabrielle Glemann (glemann@hugheshubbard.com), John Whiteoak (john.whiteoak@hsf.com) and Dan Mindel (dmindel@uk.ey.com) by one (1) business day following your receipt of this Joint Instruction.

Should you have any questions about this letter, please contact the Depositors at your earliest convenience. Thank you for your assistance with this matter.

*[Signature pages to follow.]*

**Copy to**:

The Bondholder Group
c/o Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Albert A. Pisa and Roland Hlawaty
Phone: 212.530.5000
Via Facsimile: 212.822.5735

        ACKNOWLEDGED AND AGREED BY
        JP MORGAN CHASE BANK, N.A. AS
        DISTRIBUTION AGENT

        _____
        Name:
        Title:

**Exhibit A**
**Maturity Schedule**

# REDACTED