# EXHIBIT C

## DISBURSEMENT SUMMARY
## DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $60.77 |
| Conference Call /Telephone/Video Conferencing | $2,652.06 |
| Courier Service/Postage | $951.46 |
| Duplicating (billed at $.10 per page) | $1,484.30 |
| Duplicating (Third-Party charges billed at cost) | $912.28 |
| Meals/Committee Meeting Expenses | $12,147.64 |
| Printing Charges (Third-Party charges billed at cost) | $86.46 |
| Transcript/Deposition Charges | $8,629.00 |
| Travel Expenses – Airfare | $98,672.61 |
| Travel Expenses – Auto Rental | $272.78 |
| Travel Expenses – Ground Transportation | $7,342.16 |
| Travel Expenses – Incidentals | $1,074.43 |
| Travel Expenses – Lodging | $44,887.48 |
| Travel Expenses – Parking | $45.34 |
| Travel Expenses – Telephone & Fax | $231.92 |
| Travel Expenses – Train Fare | $1,982.20 |
| Retained Professional Fees & Expenses | $289,302.50 |
| **TOTAL** | **$470,735.39** |