# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 142.65 | $142,650.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 112.05 | $123,255.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 138.90 | $120,843.00 |
| Stephen B. Kuhn | Partner for 13 years; Admitted in 1991; Corporate Department | $850 | 4.60 | $3,910.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 174.40 | $156,960.00 |
| Joseph L. Sorkin | Partner for 2 years; Admitted in 2001; Litigation Department | $770 | 147.75 | $113,767.50 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 84.00 | $60,480.00 |
| Brandon B. Danford | Counsel for 4 years; Admitted in 2004; Litigation Department | $600 | 73.30 | $43,980.00 |
| Brad M. Kahn | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 41.60 | $28,080.00 |
| McLean M. Pena | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 11.70 | $6,552.00 |
| Elizabeth M. Scott | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 17.50 | $9,800.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $600 | 16.70 | $10,020.00 |
| Dennis J. Windscheffel | Counsel for 3 years; Admitted in 2004; Litigation Department | $600 | 40.20 | $24,120.00 |
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 19.50 | $6,045.00 |
| Christine D. Doniak | Senior Attorney for 3 years; Admitted in 1998; Litigation Department | $565 | 183.45 | $103,649.25 |
| Andrew R. Casillas | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 43.80 | $19,053.00 |
| Anne M. Evans | Associate for 1 year; Not Yet Admitted; Litigation Department | $385 | 82.40 | $31,724.00 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted;[7] Financial Restructuring Department | $450 | 65.20 | $29,340.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 69.60 | $30,624.00 |
| Lindsay B. Harmon | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 6.50 | $3,087.50 |
| Stephanie A. Lowe | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 49.70 | $21,619.50 |
| Brennan H. Meier | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 9.60 | $3,504.00 |
| Katharine E. Southard | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 24.10 | $10,483.50 |

---

[7] Matthew C. Fagen's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Nicholas P. Stabile | Associate for 3 years; Admitted in 2010; Litigation Department | $485 | 77.15 | $37,417.75 |
| Dawn S. Walker | Associate for 2 years; Admitted in 2010; Litigation Department | $435 | 10.60 | $4,611.00 |
| Molly E. Whitman | Associate for 1 year; Admitted in 2013; litigation Department | $365 | 6.30 | $2,299.50 |
| Rebecca A. Wirakesuma | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $385 | 49.90 | $19,211.50 |
| Jacqueline Y. Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 160.25 | $92,945.00 |
| Lok Chau | Legal Assistant for 7 years; Litigation Department | $245 | 32.80 | $8,036.00 |
| Jami L. Delgado | Legal Assistant for 11 years; Litigation Department | $170 | 18.50 | $3,145.00 |
| Cheryle R. Edmonds | Legal Assistant for 25 years; Litigation Department | $220 | 12.60 | $2,772.00 |
| Melissa A. Gyure | Legal Assistant for 9 years; Litigation Department | $260 | 6.00 | $1,560.00 |
| Ann Khela | Legal Assistant for 14 years; Cross-Border Transactions Department | $320 | 2.10 | $672.00 |
| Sol Kim | Legal Assistant for 1 year; Litigation Department | $205 | 87.50 | $17,937.50 |
| Leslie W. Lanphear | Librarian for 17 years | $230 | 5.60 | $1,288.00 |
| Cynthia L. Martinez | Legal Assistant for 10 years; Intellectual Property Department | $140 | 20.40 | $2,856.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 154.10 | $40,066.00 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 21.00 | $5,985.00 |
| Natalie G. Taylor | Legal Assistant for 23 years; Litigation Department | $170 | 27.70 | $4,709.00 |
| Jessica R. Watters | Legal Assistant for 1 year; Financial Restructuring Department | $205 | 5.20 | $1,066.00 |
| Lisa Wehlend | Legal Assistant for 32 years; Litigation Department | $210 | 2.10 | $441.00 |

Total Amount of Fees:   $1,350,565.50
Total Number of Hours:  2,259.00
Blended Hourly Rate:    $597.79