**EXHIBIT A**

Nortel Networks Inc., *et al.*
Punter Southall LLC

November 1, 2013 Through January 31, 2014

**Summary of Services Rendered by Project**

| Project | Project Description | November 2013 – January 2014 |
|---|---|---|
| 1 | Pension Advisory | 165.87 |
| 2 | Fee Applications/Billing/Timekeeping | 8.72 |
| **TOTAL** |  | **174.58** |

8

**Summary of Services Rendered by Professional**

| Professional | Hourly Billing Rate (GBP/Hr) | November 2013 - January 2014 Hours | Total Compensation (GBP) |
|---|---|---|---|
| Peter Black (Principal – London) | 330 | 45.08 | 14,876 |
| Ryan McGlothlin (Managing Director – Boston) | 330 | 3.5 | 1,155 |
| Steve Leake (Principal – London) | 390 | 0.3 | 117 |
| Louisa Taylor (Senior Consultant – London) | 250 | 65.33 | 16,333 |
| Ross Matthews (Senior Consultant – London) | 210 | 1.02 | 214 |
| Gemma Jeffries (Associate – London) | 150 | 50.83 | 7,625 |
| Rebecca Ward (Associate – London) | 120 | 8.52 | 1,022 |
| TOTAL |  | 174.58 | 41,343 |
| **TOTAL HOURLY** | **GBP 41,343 ($67,915)** | | |
| **BLENDED HOURLY RATE:** | **GBP 237 ($389)** | | |
| **GRAND TOTAL** | **$67,915** | | |

Punter Southall LLC
Time Detail
November 1, 2013 through January 31, 2014

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 11/1/2013 | Document Preparation | 1.50 | 1 | 250 | 375 | LT |
| 11/1/2013 | Project Management | 0.33 | 1 | 250 | 83 | LT |
| 11/4/2013 | Document Preparation | 0.68 | 1 | 250 | 171 | LT |
| 11/4/2013 | Document Preparation | 0.12 | 1 | 330 | 38 | PB |
| 11/5/2013 | Project Management | 1.62 | 1 | 250 | 404 | LT |
| 11/5/2013 | Document Preparation | 1.00 | 1 | 330 | 330 | PB |
| 11/6/2013 | Document Preparation | 0.33 | 1 | 250 | 83 | LT |
| 11/7/2013 | Document Preparation | 1.28 | 1 | 150 | 192 | GJ |
| 11/7/2013 | Document Preparation | 0.18 | 1 | 250 | 46 | LT |
| 11/11/2013 | Internal Document Review | 0.02 | 1 | 250 | 4 | LT |
| 11/11/2013 | Document Preparation | 0.80 | 1 | 250 | 200 | LT |
| 11/12/2013 | Document Preparation | 1.07 | 1 | 150 | 160 | GJ |
| 11/12/2013 | Document Preparation | 2.12 | 1 | 330 | 698 | PB |
| 11/14/2013 | Project Management | 1.00 | 1 | 330 | 330 | PB |
| 11/18/2013 | Actuarial Calculations | 1.02 | 1 | 150 | 152 | GJ |
| 11/18/2013 | Actuarial Calculations | 4.00 | 1 | 330 | 1320 | PB |
| 11/19/2013 | Actuarial Calculations | 0.58 | 1 | 330 | 192 | PB |
| 11/20/2013 | Actuarial Calculations | 0.97 | 1 | 150 | 145 | GJ |
| 11/21/2013 | Actuarial Calculations | 1.12 | 1 | 150 | 167 | GJ |
| 11/21/2013 | Document Preparation | 0.70 | 1 | 250 | 175 | LT |
| 11/21/2013 | Actuarial Calculations | 0.33 | 1 | 250 | 83 | LT |
| 11/21/2013 | Document Preparation | 1.55 | 1 | 330 | 511 | PB |
| 11/22/2013 | Actuarial Calculations | 3.65 | 1 | 150 | 547 | GJ |
| 11/22/2013 | Actuarial Calculations | 2.92 | 1 | 250 | 729 | LT |
| 11/22/2013 | Document Preparation | 4.00 | 1 | 330 | 1320 | PB |
| 11/25/2013 | Actuarial Calculations | 3.68 | 1 | 150 | 552 | GJ |
| 11/25/2013 | Actuarial Calculations | 5.87 | 1 | 250 | 1467 | LT |
| 11/25/2013 | Project Management | 3.75 | 1 | 330 | 1237 | PB |
| 11/26/2013 | Actuarial Calculations | 1.63 | 1 | 150 | 245 | GJ |
| 11/26/2013 | Document Preparation | 0.87 | 1 | 250 | 217 | LT |
| 11/26/2013 | Actuarial Calculations | 3.75 | 1 | 250 | 937 | LT |
| 11/26/2013 | Actuarial Calculations | 0.30 | 1 | 390 | 117 | SL |
| 11/26/2013 | Actuarial Calculations | 2.00 | 1 | 330 | 660 | PB |
| 11/27/2013 | Actuarial Calculations | 1.53 | 1 | 150 | 230 | GJ |
| 11/27/2013 | Document Preparation | 3.10 | 1 | 250 | 775 | LT |
| 11/27/2013 | Actuarial Calculations | 1.17 | 1 | 250 | 292 | LT |
| 11/27/2013 | Document Preparation | 2.22 | 1 | 330 | 731 | PB |
| 11/28/2013 | Actuarial Calculations | 1.43 | 1 | 150 | 215 | GJ |
| 11/28/2013 | Document Preparation | 0.25 | 1 | 250 | 62 | LT |
| 11/28/2013 | Project Management | 0.67 | 1 | 250 | 167 | LT |
| 11/28/2013 | Conference Calls/Document Review | 4.00 | 1 | 330 | 1320 | PB |
| 11/29/2013 | Project Management | 3.05 | 1 | 250 | 762 | LT |
| 11/29/2013 | Document Preparation | 1.00 | 1 | 330 | 330 | PB |
| | Total (GBP) | | | | £18,778 | |
| | GBP/USD Exchange Rate (November 30, 2013) | | | | 0.612 | |
| | Total (USD) | | | | $30,702 | |

| Date | Description of Work | Time (Hours) | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 12/2/2013 | Actuarial Calculations | 1.97 | 1 | 150 | 295 | GJ |
| 12/2/2013 | Internal Document Review | 0.50 | 1 | 250 | 125 | LT |
| 12/2/2013 | Document Preparation | 1.83 | 1 | 330 | 605 | PB |
| 12/3/2013 | Actuarial Calculations | 0.25 | 1 | 330 | 82 | PB |
| 12/6/2013 | Internal Document Review | 0.27 | 1 | 250 | 67 | LT |
| 12/6/2013 | Conference Calls/Document Review | 0.25 | 1 | 330 | 82 | PB |
| 12/9/2013 | Actuarial Calculations | 4.58 | 1 | 150 | 687 | GJ |
| 12/9/2013 | Document Preparation | 1.83 | 1 | 250 | 458 | LT |
| 12/9/2013 | Actuarial Calculations | 1.67 | 1 | 250 | 417 | LT |
| 12/9/2013 | Document Preparation | 3.50 | 1 | 330 | 1155 | PB |
| 12/10/2013 | Actuarial Calculations | 0.67 | 1 | 150 | 100 | GJ |
| 12/10/2013 | Actuarial Calculations | 3.03 | 1 | 150 | 455 | GJ |
| 12/10/2013 | Actuarial Calculations | 0.67 | 1 | 250 | 167 | LT |
| 12/10/2013 | Internal Document Review | 0.17 | 1 | 250 | 42 | LT |
| 12/10/2013 | Project Management | 0.67 | 1 | 250 | 167 | LT |
| 12/10/2013 | Actuarial Calculations | 0.03 | 1 | 250 | 8 | LT |
| 12/10/2013 | Conference Calls/Document Review | 0.20 | 1 | 250 | 50 | LT |
| 12/10/2013 | Actuarial Calculations | 1.02 | 1 | 210 | 213 | RM |
| 12/10/2013 | Internal Document Review | 1.18 | 1 | 330 | 390 | PB |
| 12/11/2013 | Project Management | 2.65 | 1 | 120 | 318 | RW |
| 12/11/2013 | Actuarial Calculations | 5.05 | 1 | 150 | 757 | GJ |
| 12/11/2013 | Document Preparation | 1.33 | 1 | 150 | 200 | GJ |
| 12/11/2013 | Document Preparation | 0.17 | 1 | 250 | 42 | LT |
| 12/11/2013 | Actuarial Calculations | 6.25 | 1 | 250 | 1562 | LT |
| 12/11/2013 | Internal Document Review | 0.75 | 1 | 330 | 247 | PB |
| 12/11/2013 | Conference Calls/Document Review | 0.25 | 1 | 330 | 82 | PB |
| 12/12/2013 | Project Management | 5.50 | 1 | 120 | 660 | RW |
| 12/12/2013 | Actuarial Calculations | 2.15 | 1 | 150 | 322 | GJ |
| 12/12/2013 | Document Preparation | 3.92 | 1 | 150 | 587 | GJ |
| 12/12/2013 | Actuarial Calculations | 0.35 | 1 | 150 | 52 | GJ |
| 12/12/2013 | Document Preparation | 6.17 | 1 | 250 | 1542 | LT |
| 12/12/2013 | Actuarial Calculations | 2.38 | 1 | 250 | 596 | LT |
| 12/12/2013 | Actuarial Calculations | 1.00 | 1 | 250 | 250 | LT |
| 12/12/2013 | Actuarial Calculations | 0.55 | 1 | 330 | 181 | PB |
| 12/13/2013 | Project Management | 0.37 | 1 | 120 | 44 | RW |
| 12/13/2013 | Actuarial Calculations | 0.27 | 1 | 150 | 40 | GJ |
| 12/13/2013 | Document Preparation | 5.87 | 1 | 150 | 880 | GJ |
| 12/13/2013 | Actuarial Calculations | 1.03 | 1 | 150 | 155 | GJ |
| 12/13/2013 | Actuarial Calculations | 4.93 | 1 | 250 | 1233 | LT |
| 12/13/2013 | Document Preparation | 7.25 | 1 | 330 | 2392 | PB |
| 12/13/2013 | Actuarial Calculations | 0.33 | 1 | 330 | 110 | PB |
| 12/13/2013 | Actuarial Calculations | 0.25 | 1 | 330 | 82 | PB |
| 12/16/2013 | Document Preparation | 0.37 | 1 | 150 | 55 | GJ |
| 12/16/2013 | Actuarial Calculations | 1.35 | 1 | 150 | 202 | GJ |
| 12/16/2013 | Document Preparation | 7.12 | 1 | 250 | 1779 | LT |
| 12/16/2013 | Document Preparation | 0.75 | 1 | 330 | 247 | PB |
| 12/17/2013 | Actuarial Calculations | 0.08 | 1 | 250 | 21 | LT |
| | Total (GBP) | | | | £20,210 | |
| | GBP/USD Exchange Rate (December 31, 2013) | | | | 0.606 | |
| | Total (USD) | | | | $33,329 | |

| | Grand Total Activity 1 | 165.87 | | | $64,031 | |

| Date | Description of Work | Time | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 11/4/2013 | Timekeeping/Billing | 0.52 | 2 | 150 | 77 | GJ |
| 11/4/2013 | Timekeeping/Billing | 0.78 | 2 | 250 | 196 | LT |
| 11/6/2013 | Timekeeping/Billing | 0.43 | 2 | 150 | 65 | GJ |
| 11/6/2013 | Timekeeping/Billing | 0.70 | 2 | 250 | 175 | LT |
| 11/7/2013 | Timekeeping/Billing | 0.12 | 2 | 150 | 17 | GJ |
| 11/7/2013 | Timekeeping/Billing | 0.17 | 2 | 250 | 42 | LT |
| 11/8/2013 | Timekeeping/Billing | 0.20 | 2 | 250 | 50 | LT |
| 11/11/2013 | Timekeeping/Billing | 0.38 | 2 | 250 | 96 | LT |
| 11/12/2013 | Timekeeping/Billing | 0.17 | 2 | 150 | 25 | GJ |
| 11/20/2013 | Timekeeping/Billing | 0.60 | 2 | 330 | 198 | PB |
| 11/26/2013 | Timekeeping/Billing | 0.52 | 2 | 250 | 129 | LT |
| 11/26/2013 | Timekeeping/Billing | 2.50 | 2 | 330 | 825 | RDM |
| 11/27/2013 | Timekeeping/Billing | 0.13 | 2 | 150 | 20 | GJ |
| | Total (GBP) | | | | £1,915 | |
| | GBP/USD Exchange Rate (November 30, 2013) | | | | 0.606 | |
| | Total (USD) | | | | $3,159 | |

| Date | Description of Work | Time | Activity | Billing Rate (GBP/Hr) | Value (GBP) | Professional |
|---|---|---|---|---|---|---|
| 12/4/2013 | Timekeeping/Billing | 0.15 | 2 | 150 | 22 | GJ |
| 12/4/2013 | Timekeeping/Billing | 0.05 | 2 | 250 | 12 | LT |
| 12/19/2013 | Timekeeping/Billing | 0.10 | 2 | 250 | 25 | LT |
| 12/23/2013 | Timekeeping/Billing | 0.20 | 2 | 250 | 50 | LT |
| 12/23/2013 | Timekeeping/Billing | 1.00 | 2 | 330 | 330 | RDM |
| | Total (GBP) | | | | £440 | |
| | GBP/USD Exchange Rate (December 31, 2013) | | | | 0.606 | |
| | Total (USD) | | | | $726 | |

| | Grand Total Activity 2 | 8.72 | | | $3,885 | |
| | Grand Total Activity 1 & 2 | 174.58 | | | $67,915.19 | |