## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 12/1/2013 through 12/31/2013**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 33.90 | $28,137.00 |
| J. Borow | Executive Director | $830 | 54.70 | $45,401.00 |
| B. Bingham | Executive Director | $775 | 2.20 | $1,705.00 |
| J. Hyland | Executive Director | $635 | 189.80 | $120,523.00 |
| N. Haslun | Managing Director | $610 | 130.70 | $79,727.00 |
| M. Dansky | Executive Director | $595 | 28.90 | $17,195.50 |
| A. Cowie | Managing Director | $575 | 126.60 | $72,795.00 |
| B. Kullberg | Managing Director | $500 | 19.50 | $9,750.00 |
| B. Frizzell | Director | $425 | 144.10 | $61,242.50 |
| J. Schad | Director | $415 | 77.00 | $31,955.00 |
| C. Hoang | Director | $400 | 1.10 | $440.00 |
| M. Haverkamp | Paraprofessional | $120 | 2.80 | $336.00 |
| **For the Period 12/1/2013 through 12/31/2013** | | | **811.30** | **$469,207.00** |