**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 12/1/2013 through 12/31/2013**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 449.40 | $287,106.00 |
| 05. Professional Retention/Fee Application Preparation | 6.20 | $2,327.00 |
| 08. Interaction/Mtgs w Creditors | 9.10 | $6,539.00 |
| 11. Claim Analysis/Accounting | 27.10 | $18,139.00 |
| 13. Intercompany Transactions/Bal | 4.20 | $3,193.50 |
| 18. Operating and Other Reports | 4.70 | $2,702.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 13.90 | $9,702.50 |
| 26. Tax Issues | 2.20 | $1,748.00 |
| 33. Intellectual Property | 294.50 | $137,749.50 |
| **For the Period 12/1/2013 through 12/31/2013** | **811.30** | **$469,207.00** |