# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 12/1/2013 through 12/31/2013**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 12/2/2013 | J. Hyland | 0.30 | Conducted call with K. Rowe re: tax proceeds allocation assumption. |
| 12/2/2013 | J. Hyland | 0.40 | Conducted call with K. Rowe re: proceeds allocation assumption. |
| 12/2/2013 | C. Kearns | 0.50 | Read deposition summary for a deponent. |
| 12/2/2013 | A. Cowie | 0.50 | Continued to analyze deposition summaries in regard to asset allocation process. |
| 12/2/2013 | J. Hyland | 0.50 | Conducted call with J. Yecies re: upcoming deposition. |
| 12/2/2013 | J. Borow | 0.60 | Reviewed accounting issues relating to an assumption for allocation percentages. |
| 12/2/2013 | N. Haslun | 1.90 | Continued analyzing Nortel's financial disclosures related to the Business Unit sales and sale of the residual IP. |
| 12/2/2013 | J. Borow | 2.20 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/2/2013 | N. Haslun | 2.20 | Prepared an analysis of the disclosures related to the sale of Nortel's Business sales and residual IP. |
| 12/2/2013 | N. Haslun | 2.20 | Continued analyzing Nortel's financial disclosures related to the Business Unit sales and sale of the residual IP. |
| 12/2/2013 | A. Cowie | 2.30 | Analyzed deposition summaries in regard to allocation process. |
| 12/2/2013 | J. Hyland | 2.40 | Continued analyzing proceeds allocation assumption. |
| 12/2/2013 | A. Cowie | 2.40 | Analyzed alternative allocation concepts in regard to allocation process. |
| 12/2/2013 | J. Hyland | 2.50 | Continued analyzing proceeds allocation assumption. |
| 12/2/2013 | N. Haslun | 2.60 | Analyzed Nortel's financial disclosures related to the Business Unit sales and sale of the residual IP. |
| 12/2/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation assumption. |
| 12/2/2013 | A. Cowie | 2.80 | Analyzed historical Nortel accounting for sales of assets and business lines. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/2/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation assumption. |
| 12/3/2013 | C. Kearns | 0.40 | Read a deponent's deposition summary. |
| 12/3/2013 | J. Hyland | 0.40 | Emailed counsel re: exhibit for upcoming deposition. |
| 12/3/2013 | A. Cowie | 0.70 | Analyzed deposition summaries in regard to asset allocation process. |
| 12/3/2013 | J. Hyland | 0.80 | Reviewed deposition summary prepared by counsel. |
| 12/3/2013 | J. Hyland | 0.80 | Reviewed counsel's summary of deposition. |
| 12/3/2013 | J. Hyland | 1.00 | Reviewed exhibits for upcoming deposition. |
| 12/3/2013 | J. Borow | 1.40 | Met with counsel re: potential expert reports. |
| 12/3/2013 | N. Haslun | 1.50 | Prepared analysis of Nortel disclosures in historical financial information of business and residual IP sales with regards to the allocation litigation. |
| 12/3/2013 | C. Kearns | 1.50 | Met with counsel litigation team to discuss status of allocation analysis and issues coming out of discovery. |
| 12/3/2013 | N. Haslun | 1.90 | Continued to prepare analysis of Nortel disclosures in historical financial information of business and residual IP sales with regards to the allocation litigation. |
| 12/3/2013 | N. Haslun | 2.10 | Continued to prepare analysis of Nortel disclosures in historical financial information of business and residual IP sales with regards to the allocation litigation. |
| 12/3/2013 | A. Cowie | 2.10 | Analyzed accounting treatment by Nortel for asset and business line divestitures. |
| 12/3/2013 | J. Borow | 2.20 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/3/2013 | N. Haslun | 2.40 | Analyzed alternative allocation methodologies re: allocation process. |
| 12/3/2013 | A. Cowie | 2.70 | Continued to analyze allocation scenarios in regard to the allocation process. |
| 12/3/2013 | J. Hyland | 2.80 | Continued analyzing proceeds allocation analysis for counsel. |
| 12/3/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation report for counsel. |
| 12/3/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation assumptions for counsel. |
| 12/3/2013 | A. Cowie | 2.90 | Analyzed alternative allocation scenarios in regard to the allocation process. |
| 12/4/2013 | J. Hyland | 0.30 | Reviewed order amending litigation schedule. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 12/4/2013 | J. Hyland | 0.30 | Conducted call with J. Yeccies and A. Qureshi re: upcoming deposition exhibit. |
| 12/4/2013 | C. Kearns | 0.40 | Read deposition summary for a deponent. |
| 12/4/2013 | C. Hoang | 1.10 | Analyzed accounting disclosures in regard to Business Unit and residual IP. |
| 12/4/2013 | A. Cowie | 1.30 | Analyzed other estate's assumptions in regard to asset allocation process. |
| 12/4/2013 | C. Kearns | 1.80 | Read litigation documents, specifically, internal tax agreements. |
| 12/4/2013 | A. Cowie | 1.90 | Prepared memorandum for counsel in regard to alternative asset allocation scenarios. |
| 12/4/2013 | A. Cowie | 2.30 | Analyzed alternative asset allocation scenarios in regard to asset allocation process. |
| 12/4/2013 | N. Haslun | 2.40 | Analyzed alternative allocation methodologies with regards to the allocation process. |
| 12/4/2013 | J. Borow | 2.50 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/4/2013 | N. Haslun | 2.70 | Continued to analyze alternative allocation methodologies with regards to the allocation process. |
| 12/4/2013 | J. Hyland | 2.90 | Reviewed potential exhibits for deposition re: proceeds allocation assumptions. |
| 12/4/2013 | N. Haslun | 2.90 | Prepared calculations of alternative allocation methodologies re: the allocation process. |
| 12/4/2013 | A. Cowie | 2.90 | Continued analyzing other estate's assumptions in regard to asset allocation process. |
| 12/5/2013 | J. Hyland | 0.10 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | J. Hyland | 0.10 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | C. Kearns | 0.20 | Exchanged emails with counsel re: issues arising out of latest deposition summaries. |
| 12/5/2013 | J. Hyland | 0.20 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | J. Hyland | 0.30 | Reviewed cash investment analysis. |
| 12/5/2013 | C. Kearns | 0.40 | Reviewed draft memo to UCC re: alternatives related to changes to escrow agreements. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/5/2013 | J. Hyland | 0.40 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | J. Hyland | 0.70 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | J. Hyland | 0.90 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | J. Borow | 0.90 | Composed and revised correspondence to UCC re: status of escrow funds. |
| 12/5/2013 | J. Hyland | 1.10 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | J. Hyland | 1.30 | Continued participating, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | A. Cowie | 1.30 | Analyzed deposition summaries in regard to asset allocation process. |
| 12/5/2013 | C. Kearns | 1.40 | Read deposition transcript for one deponent. |
| 12/5/2013 | J. Hyland | 1.50 | Participated, via video conference, in a deposition for proceeds allocation. |
| 12/5/2013 | N. Haslun | 1.80 | Continued to analyze alternative allocation scenarios with regards to the allocation process. |
| 12/5/2013 | N. Haslun | 1.90 | Continued to analyze alternative allocation scenarios with regards to the allocation process. |
| 12/5/2013 | J. Borow | 2.10 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/5/2013 | A. Cowie | 2.10 | Continued to model alternative asset allocation scenarios in regard to asset allocation process. |
| 12/5/2013 | N. Haslun | 2.10 | Continued to analyze alternative allocation scenarios with regards to the allocation process. |
| 12/5/2013 | A. Cowie | 2.30 | Modeled alternative asset allocation scenarios in regard to asset allocation process. |
| 12/5/2013 | J. Hyland | 2.40 | Analyzed proceeds allocation results based upon various assumptions. |
| 12/5/2013 | N. Haslun | 2.40 | Analyzed alternative allocation scenarios with regards to the allocation process. |
| 12/5/2013 | A. Cowie | 2.90 | Prepared memorandum for counsel in regard to alternative asset allocation scenarios. |
| 12/6/2013 | C. Kearns | 0.30 | Read deposition summary for a deponent. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/6/2013 | J. Hyland | 0.90 | Reviewed summary of deposition prepared by counsel. |
| 12/6/2013 | J. Hyland | 1.10 | Reviewed summary of deposition from counsel. |
| 12/6/2013 | J. Hyland | 1.10 | Continued reviewing assumptions regarding one aspect of allocation. |
| 12/6/2013 | A. Cowie | 1.10 | Analyzed deposition summaries in regard to asset allocation process. |
| 12/6/2013 | C. Kearns | 1.20 | Continue to read the deposition transcript for a deponent. |
| 12/6/2013 | N. Haslun | 1.50 | Assessed various valuation methodologies contained in valuation reports of the various estates with respect to the allocation process. |
| 12/6/2013 | N. Haslun | 1.90 | Continued to analyze potential alternative allocation scenarios with respect to the allocation process. |
| 12/6/2013 | A. Cowie | 2.10 | Continued to analyze alternative asset allocation scenarios in regard to asset allocation process. |
| 12/6/2013 | N. Haslun | 2.30 | Analyzed potential alternative allocation scenarios with respect to the allocation process. |
| 12/6/2013 | A. Cowie | 2.30 | Analyzed alternative asset allocation scenarios in regard to asset allocation process. |
| 12/6/2013 | J. Borow | 2.40 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/6/2013 | J. Hyland | 2.70 | Reviewed assumptions regarding one aspect of allocation. |
| 12/6/2013 | N. Haslun | 2.80 | Prepared a comparison of potential alternative allocation scenarios with respect to the allocation process. |
| 12/6/2013 | A. Cowie | 2.90 | Prepared memorandum for counsel in regard to alternative asset allocations for asset allocation process. |
| 12/9/2013 | C. Kearns | 0.10 | Exchanged emails with counsel re: status of current depositions. |
| 12/9/2013 | C. Kearns | 0.30 | Read counsel's summary of a deposition. |
| 12/9/2013 | C. Kearns | 0.40 | Outlined additional potential approaches to allocation at request of counsel. |
| 12/9/2013 | J. Hyland | 0.60 | Conducted call with A. Qureshi and J. Yecies re: upcoming deposition. |
| 12/9/2013 | J. Borow | 1.30 | Reviewed and commented on alternative recovery scenarios analysis. |
| 12/9/2013 | J. Hyland | 1.40 | Continued analyzing proceeds allocation methodologies and approaches. |
| 12/9/2013 | N. Haslun | 1.80 | Reviewed historic valuation prepared for an entity in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2013 | N. Haslun | 2.10 | Evaluated valuations for certain Business Units as of 4/30/2009 in regards to the allocation process. |
| 12/9/2013 | N. Haslun | 2.20 | Continued to analyze potential alternative allocation scenarios with respect to the allocation process. |
| 12/9/2013 | N. Haslun | 2.30 | Analyzed potential alternative allocation scenarios with respect to the allocation process. |
| 12/9/2013 | J. Borow | 2.40 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/9/2013 | A. Cowie | 2.80 | Continued to analyze alternative allocation scenarios for allocation process. |
| 12/9/2013 | A. Cowie | 2.90 | Prepared memorandum for counsel in regard to alternative allocation scenarios for allocation process. |
| 12/9/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation methodologies and approaches. |
| 12/9/2013 | A. Cowie | 2.90 | Analyzed alternative allocation scenarios for allocation process. |
| 12/10/2013 | J. Hyland | 0.10 | Reviewed revised deposition schedule. |
| 12/10/2013 | C. Kearns | 0.20 | Read a deponent's deposition summary. |
| 12/10/2013 | J. Hyland | 0.40 | Reviewed summary of deposition prepared by counsel. |
| 12/10/2013 | J. Hyland | 0.70 | Reviewed deposition summary prepared by counsel. |
| 12/10/2013 | C. Kearns | 0.80 | Finished reading deposition transcript. |
| 12/10/2013 | N. Haslun | 1.10 | Continued to update the report to counsel on alternative allocation methodologies in regards to the allocation process. |
| 12/10/2013 | J. Hyland | 1.30 | Reviewed deposition summary from counsel. |
| 12/10/2013 | N. Haslun | 1.90 | Updated the report to counsel on various alternative allocation methodologies in regards to the allocation process. |
| 12/10/2013 | J. Borow | 2.30 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/10/2013 | N. Haslun | 2.40 | Continued to update the report to counsel on alternative allocation methodologies in regards to the allocation process. |
| 12/10/2013 | A. Cowie | 2.70 | Continued to analyze alternative allocation scenarios in regard to allocation process. |
| 12/10/2013 | J. Hyland | 2.80 | Reviewed proceeds allocation presentation for counsel. |
| 12/10/2013 | A. Cowie | 2.80 | Analyzed alternative allocation scenarios in regard to allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/11/2013 | C. Kearns | 0.50 | Read deposition summary for a deponent and related emails with counsel. |
| 12/11/2013 | J. Hyland | 0.50 | Analyzed topic noted in a deposition as it related to proceeds allocation. |
| 12/11/2013 | C. Kearns | 0.60 | Reviewed allocation scenarios requested by counsel re: range of possible litigation outcomes. |
| 12/11/2013 | J. Borow | 1.10 | Reviewed and commented on alternative recovery scenarios analysis. |
| 12/11/2013 | N. Haslun | 1.90 | Continued to prepare allocation methodologies analyses for counsel in regards to the allocation process. |
| 12/11/2013 | J. Hyland | 2.00 | Finalized analysis of proceeds allocation approaches. |
| 12/11/2013 | N. Haslun | 2.00 | Continued to prepare allocation methodologies analyses for counsel in regards to the allocation process. |
| 12/11/2013 | A. Cowie | 2.10 | Continued to prepare scenarios with the recovery model for updated assumptions in regard to allocation process. |
| 12/11/2013 | A. Cowie | 2.30 | Prepared alternative allocation approaches memorandum for counsel in regard to allocation process. |
| 12/11/2013 | J. Hyland | 2.50 | Continued analyzing proceeds allocation approaches. |
| 12/11/2013 | J. Borow | 2.60 | Reviewed deposition related documents in regard to asset allocation process. |
| 12/11/2013 | N. Haslun | 2.60 | Prepared allocation methodologies analyses for counsel in regards to the allocation process. |
| 12/11/2013 | J. Hyland | 2.70 | Continued analyzing proceeds allocation approaches. |
| 12/11/2013 | A. Cowie | 2.90 | Revised recovery model for updated assumptions in regard to allocation process. |
| 12/11/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation approaches. |
| 12/12/2013 | J. Hyland | 0.50 | Participated in call with counsel re: proceeds allocation approach. |
| 12/12/2013 | J. Borow | 0.50 | Participated in call with counsel re: proceeds allocation approach. |
| 12/12/2013 | J. Hyland | 0.80 | Reviewed deposition summary prepared by counsel. |
| 12/12/2013 | N. Haslun | 1.50 | Analyzed alternative allocation methodologies at the request of counsel, in regards to the allocation process. |
| 12/12/2013 | A. Cowie | 1.90 | Prepared recovery analysis document for counsel in regard to allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/12/2013 | N. Haslun | 2.10 | Continued to analyze limited risk entities historical revenue for allocation purposes in regards to the allocation process. |
| 12/12/2013 | A. Cowie | 2.30 | Continued to revise recovery model for updated assumptions set in regard to allocation process. |
| 12/12/2013 | N. Haslun | 2.30 | Analyzed limited risk entities historical revenue for allocation purposes in regards to the allocation process. |
| 12/12/2013 | N. Haslun | 2.50 | Analyzed additional allocation methodologies in regards to the allocation process. |
| 12/12/2013 | A. Cowie | 2.90 | Revised recovery model for updated assumptions set in regard to allocation process. |
| 12/12/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation approach. |
| 12/13/2013 | C. Kearns | 0.20 | Read deposition summary for a deponent. |
| 12/13/2013 | J. Hyland | 0.40 | Reviewed representative witness subject's emails and correspondence. |
| 12/13/2013 | N. Haslun | 1.30 | Summarized historic valuation methodologies prepared for certain Nortel entities. |
| 12/13/2013 | J. Borow | 1.30 | Reviewed alternative creditor recovery analyses. |
| 12/13/2013 | N. Haslun | 1.50 | Continued summarizing historic valuation methodologies prepared for certain Nortel entities. |
| 12/13/2013 | J. Hyland | 1.90 | Continued analyzing assets and claims for each estate. |
| 12/13/2013 | J. Borow | 2.20 | Reviewed deposition documents re: asset allocation process. |
| 12/13/2013 | J. Hyland | 2.20 | Analyzed assets and claims for each estate. |
| 12/13/2013 | A. Cowie | 2.40 | Analyzed recovery model scenarios based on updated claims settlement proposal in regard to asset allocation process. |
| 12/13/2013 | N. Haslun | 2.60 | Continued analyzing historic valuation methodologies prepared for certain Nortel entities. |
| 12/13/2013 | N. Haslun | 2.70 | Analyzed historic valuation methodologies prepared for certain Nortel entities. |
| 12/13/2013 | J. Hyland | 2.80 | Reviewed proceeds allocation document for counsel. |
| 12/13/2013 | A. Cowie | 2.80 | Continued to analyzed updated recovery assumptions through application in recovery model in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/13/2013 | A. Cowie | 2.80 | Analyzed updated recovery assumptions through application in recovery model in regard to asset allocation process. |
| 12/14/2013 | J. Hyland | 2.00 | Reviewed analysis of proceeds allocation methodology. |
| 12/16/2013 | N. Haslun | 0.90 | Summarized historic valuation methodologies and approaches prepared for certain Nortel entities. |
| 12/16/2013 | C. Kearns | 1.00 | Met with F. Hodara and D. Botter to discuss ongoing issues re: litigation and EMEA/ TPR settlement. |
| 12/16/2013 | J. Hyland | 1.10 | Reviewed deposition summary prepared by counsel. |
| 12/16/2013 | J. Borow | 1.80 | Reviewed deposition documents in regard to asset allocation process. |
| 12/16/2013 | N. Haslun | 1.80 | Continued summarizing historic valuation methodologies and approaches prepared for certain Nortel entities. |
| 12/16/2013 | N. Haslun | 2.50 | Analyzed historic valuation methodologies prepared for certain Nortel entities. |
| 12/16/2013 | J. Hyland | 2.60 | Analyzed revised proceeds allocation calculations. |
| 12/16/2013 | A. Cowie | 2.60 | Analyzed allocation scenarios in regard to asset allocation process. |
| 12/16/2013 | N. Haslun | 2.80 | Continued analyzing historic valuation methodologies prepared for certain Nortel entities. |
| 12/16/2013 | A. Cowie | 2.80 | Analyzed alternative asset allocation scenarios in entity allocation model. |
| 12/16/2013 | A. Cowie | 2.90 | Continued to analyze alternative asset allocation scenarios in entity allocation model. |
| 12/17/2013 | N. Haslun | 0.20 | Analyzed counsel's deposition summary in regards to the allocation process. |
| 12/17/2013 | N. Haslun | 0.20 | Analyzed a deposition summary executive summary section in regards to the allocation process. |
| 12/17/2013 | C. Kearns | 0.30 | Read deposition summary prepared by counsel for a deponent. |
| 12/17/2013 | N. Haslun | 0.40 | Analyzed a deposition summary in regards to the allocation process. |
| 12/17/2013 | N. Haslun | 0.60 | Analyzed deposition summary for a deponent in regards to the allocation process. |
| 12/17/2013 | J. Hyland | 1.10 | Reviewed filed Motion to Approve Settlement Agreement. |
| 12/17/2013 | J. Borow | 1.40 | Reviewed deposition documents in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/17/2013 | N. Haslun | 1.80 | Analyzed terms of settlement agreement between the US Debtors and EMEA in regards to EMEA claims against the US Debtors. |
| 12/17/2013 | N. Haslun | 2.30 | Updated various allocation calculations based on new information received in regards to the allocation process. |
| 12/17/2013 | J. Hyland | 2.30 | Analyzed draft proceeds allocation expert report. |
| 12/17/2013 | J. Hyland | 2.50 | Analyzed adjustments to proceeds allocation expert report. |
| 12/17/2013 | N. Haslun | 2.60 | Continued to update various allocation calculations based on new information received in regards to the allocation process. |
| 12/17/2013 | J. Hyland | 2.80 | Analyzed expert report for proceeds allocation. |
| 12/17/2013 | A. Cowie | 2.80 | Analyzed alternative asset allocation model inputs in regard to asset allocation litigation. |
| 12/18/2013 | J. Hyland | 0.40 | Reviewed deposition summary prepared by counsel. |
| 12/18/2013 | N. Haslun | 0.70 | Continued to analyze the calculation of potential alternative allocation methodologies in regards to the allocation process. |
| 12/18/2013 | J. Hyland | 0.80 | Reviewed summary of deposition from counsel. |
| 12/18/2013 | J. Hyland | 0.90 | Reviewed deposition summary from counsel. |
| 12/18/2013 | J. Hyland | 1.20 | Reviewed summary of deposition from counsel for a deponent. |
| 12/18/2013 | J. Hyland | 1.20 | Reviewed deposition summarized by counsel. |
| 12/18/2013 | N. Haslun | 2.10 | Continued to analyze the calculation of potential alternative allocation methodologies in regards to the allocation process. |
| 12/18/2013 | J. Hyland | 2.30 | Continued analyzing revised proceeds allocation report. |
| 12/18/2013 | J. Borow | 2.40 | Reviewed potential alternative recovery scenarios and concepts. |
| 12/18/2013 | N. Haslun | 2.40 | Analyzed the calculation of potential alternative allocation methodologies in regards to the allocation process. |
| 12/18/2013 | N. Haslun | 2.70 | Continued to analyze the calculation of potential alternative allocation methodologies in regards to the allocation process. |
| 12/18/2013 | A. Cowie | 2.70 | Continued to analyze revised asset allocation modeling assumptions in regard to asset allocation process. |
| 12/18/2013 | J. Hyland | 2.70 | Analyzed revised proceeds allocation report. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 12/18/2013 | A. Cowie | 2.90 | Analyzed revised asset allocation modeling assumptions in regard to asset allocation process. |
| 12/19/2013 | J. Hyland | 0.60 | Analyzed email from counsel re: deposition exhibit. |
| 12/19/2013 | J. Borow | 1.10 | Reviewed potential alternative recovery scenarios and concepts. |
| 12/19/2013 | J. Hyland | 1.10 | Participated in meeting with K. Rowe re: tax aspects of proceeds allocation assumption. |
| 12/19/2013 | J. Borow | 1.10 | Participated in meeting and discussion with counsel re: scenarios for an allocation assumption. |
| 12/19/2013 | C. Kearns | 1.40 | Reviewed draft outline by potential expert. |
| 12/19/2013 | N. Haslun | 1.90 | Continued to analyze alternative allocation methodologies in regards to the allocation process. |
| 12/19/2013 | J. Hyland | 2.00 | Reviewed analysis of proceeds allocation assumption resulting from discussion with counsel. |
| 12/19/2013 | J. Borow | 2.10 | Reviewed deposition documents in regard to asset allocation process. |
| 12/19/2013 | N. Haslun | 2.10 | Analyzed alternative allocation methodologies in regards to the allocation process. |
| 12/19/2013 | J. Hyland | 2.50 | Analyzed proceeds allocation assumption and resulting impact on allocations. |
| 12/19/2013 | A. Cowie | 2.60 | Continued to analyze updated asset allocation modelling assumptions. |
| 12/19/2013 | N. Haslun | 2.60 | Continued to analyze alternative allocation methodologies in regards to the allocation process. |
| 12/19/2013 | A. Cowie | 2.80 | Summarized model outputs in regard to asset allocation scenarios. |
| 12/19/2013 | J. Hyland | 2.80 | Continued analyzing revisions to the proceeds allocation expert. |
| 12/19/2013 | A. Cowie | 2.90 | Analyzed updated asset allocation modelling assumptions. |
| 12/19/2013 | J. Hyland | 2.90 | Analyzed revisions to the proceeds allocation expert report. |
| 12/20/2013 | J. Hyland | 0.30 | Participated in portion of meeting with counsel on proceeds allocation expert report. |
| 12/20/2013 | C. Kearns | 0.40 | Reviewed additional allocation scenarios prepared at request of counsel. |
| 12/20/2013 | J. Hyland | 0.50 | Participated in portion of meeting with counsel and proceeds allocation expert re: proceeds allocation. |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2013-12/31/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/20/2013 | N. Haslun | 1.20 | Continued to analyze alternative allocation methodologies in regards to the allocation process. |
| 12/20/2013 | C. Kearns | 1.50 | Reviewed and commented on draft by possible allocation expert. |
| 12/20/2013 | N. Haslun | 2.20 | Continued to analyze alternative allocation methodologies in regards to the allocation process. |
| 12/20/2013 | C. Kearns | 2.30 | Met with counsel to review status of draft by possible allocation expert. |
| 12/20/2013 | N. Haslun | 2.30 | Analyzed alternative allocation methodologies in regards to the allocation process. |
| 12/20/2013 | N. Haslun | 2.70 | Continued to analyze alternative allocation methodologies in regards to the allocation process. |
| 12/20/2013 | A. Cowie | 2.70 | Analyzed alternative asset allocation in estate model in regard to asset allocation process. |
| 12/20/2013 | A. Cowie | 2.80 | Continued to analyze alternative asset allocation in estate model in regard to asset allocation process. |
| 12/20/2013 | J. Hyland | 2.80 | Continued analyzing proceeds allocation expert report. |
| 12/20/2013 | A. Cowie | 2.90 | Summarized model outputs in regard to asset allocation scenarios. |
| 12/20/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation expert report. |
| 12/20/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation expert report. |
| 12/23/2013 | N. Haslun | 0.10 | Analyzed the executive summary of the deposition summary prepared by counsel in regards to the allocation process. |
| 12/23/2013 | N. Haslun | 0.10 | Analyzed executive summary of deposition summary of a deponent. |
| 12/23/2013 | N. Haslun | 0.80 | Analyzed the deposition summary of a former employee in regards to the allocation process. |
| 12/23/2013 | N. Haslun | 1.10 | Analyzed the deposition summary prepared by counsel in regards to the allocation process. |
| 12/26/2013 | C. Kearns | 0.30 | Reviewed updates in regard to expert analyses timeline. |
| 12/26/2013 | J. Hyland | 0.50 | Reviewed deposition summary prepared by counsel. |
| 12/26/2013 | J. Hyland | 0.60 | Reviewed deposition summary from counsel for a deponent. |
| 12/26/2013 | J. Hyland | 0.70 | Analyzed deposition summary prepared by counsel related to proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/26/2013 | J. Hyland | 0.80 | Analyzed deposition and summary prepared by counsel for a deponent. |
| 12/26/2013 | J. Hyland | 0.90 | Reviewed summary of deposition prepared by counsel. |
| 12/26/2013 | J. Hyland | 1.00 | Reviewed deposition summary prepared by counsel for a deponent. |
| 12/26/2013 | J. Hyland | 1.10 | Reviewed counsel's deposition summary. |
| 12/26/2013 | J. Hyland | 1.30 | Analyzed deposition summary of a deponent and related claims from deponent's estate. |
| 12/26/2013 | J. Hyland | 1.60 | Reviewed deposition summary from counsel for a deponent and analyzed resulting comments on business processes. |
| 12/26/2013 | J. Borow | 2.10 | Reviewed potential alternative recovery scenarios and concepts. |
| 12/27/2013 | J. Hyland | 0.40 | Reviewed summary of deposition prepared by counsel. |
| 12/27/2013 | J. Hyland | 0.40 | Reviewed counsel's deposition summary of a deponent. |
| 12/27/2013 | J. Hyland | 0.50 | Reviewed summary, prepared by counsel, of a deposition. |
| 12/27/2013 | J. Hyland | 0.50 | Reviewed counsel's summary of deposition. |
| 12/27/2013 | J. Hyland | 0.80 | Analyzed deposition summary prepared by counsel. |
| 12/27/2013 | J. Hyland | 0.90 | Reviewed deposition summary prepared by counsel. |
| 12/27/2013 | J. Hyland | 1.00 | Analyzed counsel's summary of deposition documents. |
| 12/27/2013 | J. Hyland | 1.70 | Reviewed deposition summary prepared by counsel related to a deponent and analyzed related documents. |
| 12/27/2013 | N. Haslun | 2.50 | Analyzed different possible proceeds allocation methodologies in regards to the allocation process. |
| 12/30/2013 | J. Hyland | 1.60 | Continued reviewing depositions for proceeds allocation matters. |
| 12/30/2013 | N. Haslun | 2.10 | Analyzed proceeds allocation assumption in regards to the allocation |
| 12/30/2013 | J. Hyland | 2.70 | Continued reviewing depositions for proceeds allocation matters. |
| 12/30/2013 | J. Hyland | 2.80 | Followed-up on deposition inquiry from counsel. |
| 12/30/2013 | J. Hyland | 2.90 | Reviewed depositions for proceeds allocation matters. |
| 12/31/2013 | J. Borow | 2.10 | Reviewed potential alternative recovery scenarios and concepts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/31/2013 | J. Hyland | 2.60 | Continued analyzing proceeds allocation assumption and related calculations. |
| 12/31/2013 | J. Hyland | 2.80 | Continued analyzing proceeds allocation assumption and related calculations. |
| 12/31/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation assumption and related calculations. |
| Subtotal | | 449.40 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2013 | J. Hyland | 0.30 | Prepared Capstone November fee and expense estimate for counsel. |
| 12/10/2013 | M. Haverkamp | 1.30 | Prepared November fee application. |
| 12/11/2013 | M. Haverkamp | 0.60 | Prepared November fee application. |
| 12/13/2013 | M. Haverkamp | 0.70 | Prepared November fee application. |
| 12/16/2013 | M. Haverkamp | 0.20 | Prepared November fee application. |
| 12/17/2013 | J. Hyland | 0.30 | Reviewed November fee application hours. |
| 12/17/2013 | A. Cowie | 1.90 | Analyzed November monthly fee application. |
| 12/18/2013 | A. Cowie | 0.90 | Analyzed November monthly fee application. |
| Subtotal | | 6.20 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/5/2013 | J. Hyland | 0.40 | Participated in portion of UCC call with UCC members and professionals. |
| 12/5/2013 | C. Kearns | 0.50 | Participated in post-UCC call discussion with F. Hodara and others re: next steps on escrow and additional needs re: discovery process. |
| 12/5/2013 | C. Kearns | 0.80 | Participated in weekly UCC call with UCC and professionals. |
| 12/9/2013 | J. Hyland | 0.60 | Conducted call with M. Sandberg re: case status and proceeds allocation. |
| 12/12/2013 | J. Hyland | 0.50 | Reviewed documents for call with UCC member. |
| 12/12/2013 | J. Borow | 1.10 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 12/12/2013 | J. Hyland | 1.10 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 12/13/2013 | C. Kearns | 0.30 | Responded to creditor call with questions re: current litigation status. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/13/2013 | J. Hyland | 0.50 | Prepared for call with UCC member re: asset allocation process and case status. |
| 12/13/2013 | J. Hyland | 1.10 | Participated in call with UCC member re: case status. |
| 12/17/2013 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: claims and proceeds allocation. |
| 12/19/2013 | J. Borow | 0.20 | Prepared for meeting with UCC and professionals to UCC. |
| 12/19/2013 | C. Kearns | 0.50 | Participated in weekly UCC call with UCC members and UCC professionals. |
| 12/19/2013 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC members and professionals. |
| 12/19/2013 | J. Borow | 0.50 | Participated in meeting with UCC and professionals to UCC. |
| Subtotal | | 9.10 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2013 | J. Hyland | 2.80 | Reviewed claims schedule from NNL. |
| 12/10/2013 | J. Hyland | 0.30 | Conducted call with T. Ayres re: NNL claims. |
| 12/10/2013 | J. Hyland | 1.60 | Reviewed bond pricing trends. |
| 12/10/2013 | N. Haslun | 1.90 | Continued to update the bond pricing report for the UCC. |
| 12/10/2013 | N. Haslun | 2.20 | Updated the Nortel bond pricing report for presentation to the UCC. |
| 12/11/2013 | J. Hyland | 0.60 | Reviewed revised bond pricing report. |
| 12/11/2013 | C. Kearns | 0.80 | Exchanged numerous emails with counsel related to possible settlement of EMEA and pension related claims. |
| 12/11/2013 | N. Haslun | 1.20 | Continued to update the bond pricing report for the UCC in regards to the allocation process. |
| 12/11/2013 | N. Haslun | 1.40 | Updated the bond pricing report to the UCC in regards to the allocation process. |
| 12/12/2013 | C. Kearns | 0.60 | Read initial draft of settlement agreement with EMEA. |
| 12/12/2013 | J. Hyland | 0.80 | Conducted call with M. Kennedy of Chilmark re: claims. |
| 12/12/2013 | J. Hyland | 1.00 | Summarized claims matter for counsel. |
| 12/12/2013 | J. Hyland | 2.10 | Reviewed and analyzed agreement from counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/12/2013 | J. Borow | 2.30 | Reviewed issues pertaining to EMEA claims and UK Pension parties claims. |
| 12/12/2013 | A. Cowie | 2.50 | Prepared analysis of potential estate level settlement with EMEA re: claims. |
| 12/13/2013 | C. Kearns | 1.20 | Read updated drafts from CGSH re: potential settlement of EMEA and pension claims. |
| 12/16/2013 | C. Kearns | 1.30 | Reviewed series of drafts to settlement agreement and related motion re: EMEA/ TPR settlement. |
| 12/16/2013 | J. Hyland | 1.90 | Reviewed versions of claims settlement agreement. |
| 12/17/2013 | C. Kearns | 0.20 | Held call with D. Botter re: possible plan issues related to EMEA settlement. |
| 12/19/2013 | J. Hyland | 0.40 | Reviewed NNL's response and limited objection to EMEA claim settlement. |
| Subtotal | | 27.10 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/2/2013 | C. Kearns | 1.10 | Prepared analysis at direction of counsel re: MRDA related issues. |
| 12/5/2013 | C. Kearns | 0.60 | Reviewed timeline of amendments to MRDA. |
| 12/5/2013 | J. Hyland | 1.50 | Analyzed MRDA and related Memorandum of Understanding. |
| 12/10/2013 | C. Kearns | 0.40 | Considered additional issues re: MRDA, at request of counsel. |
| 12/17/2013 | C. Kearns | 0.20 | Held call with F. Hodara re: intercompany positions. |
| 12/17/2013 | C. Kearns | 0.40 | Reviewed revised draft memo for counsel re: MRDA related issues. |
| Subtotal | | 4.20 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/17/2013 | A. Cowie | 2.80 | Analyzed revised cash and entity asset reporting. |
| 12/18/2013 | A. Cowie | 1.90 | Analyzed current entity asset reporting. |
| Subtotal | | 4.70 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/4/2013 | C. Kearns | 0.10 | Held call with F. Hodara re: status of escrow funds. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/5/2013 | C. Kearns | 0.10 | Read and responded to emails from counsel re: escrow agreement mechanic issues. |
| 12/5/2013 | C. Kearns | 0.50 | Held call with S. Kuhn (counsel) re: escrow agreements, accounts and potential issues related to mechanics of any changes. |
| 12/5/2013 | J. Borow | 0.70 | Participated in discussion with counsel for UCC and Debtor re: escrow funds and status. |
| 12/5/2013 | C. Kearns | 0.80 | Held call with Cleary and counsel to discuss issues re: JPM escrow of "black box" proceeds. |
| 12/6/2013 | C. Kearns | 0.30 | Held call with S. Kuhn (counsel) re: current escrow agreements and ability/inability to amend. |
| 12/6/2013 | C. Kearns | 0.50 | Held call with Cleary and counsel re: escrow resolution. |
| 12/6/2013 | J. Borow | 0.60 | Participated in discussion with counsel for UCC and Debtor re: escrow funds and status. |
| 12/9/2013 | J. Hyland | 1.30 | Reviewed cash analysis and forecast from NNI. |
| 12/10/2013 | A. Cowie | 2.80 | Prepared updated cash and budget report for UCC. |
| 12/11/2013 | A. Cowie | 0.40 | Analyzed current cash positions for the US estate. |
| 12/11/2013 | A. Cowie | 0.50 | Analyzed current cash positions for the Canadian estate. |
| 12/13/2013 | A. Cowie | 0.40 | Analyzed updated global cash usage report. |
| 12/13/2013 | J. Hyland | 0.80 | Reviewed cash reporting. |
| 12/17/2013 | J. Hyland | 0.40 | Participated on call with Cleary, E&Y Canada, E&Y UK, Gowlings, and Goodmans re: sale proceeds cash management. |
| 12/17/2013 | C. Kearns | 0.50 | Participated in call with the estates to address possible changes to escrow agreement and arrangement. |
| 12/17/2013 | J. Borow | 0.60 | Reviewed cash management options in regard to escrow monies. |
| 12/17/2013 | J. Borow | 0.60 | Participated in discussion with all constituents re: investment options cash in escrow accounts. |
| 12/17/2013 | A. Cowie | 0.80 | Continued to analyze revised cash and entity asset reporting. |
| 12/19/2013 | J. Hyland | 0.50 | Analyzed Canadian forecasted cash flow. |
| 12/20/2013 | J. Borow | 0.30 | Prepared for meeting with all constituents re: status of escrow accounts. |

Capstone Advisory Group, LLC
Invoice for the 12/1/2013-12/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/20/2013 | J. Borow | 0.40 | Participated in meeting amongst all constituents re: status of escrow |
| Subtotal | | 13.90 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/3/2013 | C. Kearns | 0.30 | Continued to read tax related documents for case applicability. |
| 12/3/2013 | C. Kearns | 0.50 | Participated in pre-meeting with counsel tax department to discuss MRDA related issues. |
| 12/3/2013 | C. Kearns | 1.00 | Finalized specific accounting issue memo for counsel in regard to Nortel tax-related issues. |
| 12/17/2013 | J. Hyland | 0.40 | Conducted call with K. Rowe re: US taxes. |
| Subtotal | | 2.20 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/2/2013 | B. Frizzell | 1.80 | Researched issues re: IP proceeds allocation. |
| 12/2/2013 | B. Frizzell | 2.00 | Researched issues re: IP proceeds allocation. |
| 12/2/2013 | B. Bingham | 2.20 | Prepared summary memo of IP valuation issues in expert report. |
| 12/2/2013 | B. Frizzell | 2.30 | Continued analysis of data re: IP proceeds allocation. |
| 12/2/2013 | B. Frizzell | 2.60 | Analyzed data re: IP proceeds allocation. |
| 12/3/2013 | J. Schad | 0.80 | Analyzed data regarding IP proceeds allocation. |
| 12/3/2013 | B. Frizzell | 1.20 | Continued analyzing data re: IP proceeds allocation. |
| 12/3/2013 | B. Frizzell | 1.40 | Continued analyzing data re: IP proceeds allocation. |
| 12/3/2013 | B. Frizzell | 1.80 | Researched issues re: IP proceeds allocation. |
| 12/3/2013 | B. Frizzell | 2.90 | Continued analyzing data re: IP proceeds allocation. |
| 12/3/2013 | B. Frizzell | 2.90 | Analyzed data re: IP proceeds allocation. |
| 12/4/2013 | B. Kullberg | 0.50 | Reviewed documents re: IP proceeds allocation. |
| 12/4/2013 | B. Frizzell | 0.80 | Continued analyzing data re: IP proceeds allocation. |
| 12/4/2013 | B. Frizzell | 1.30 | Continued analyzing data re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/4/2013 | M. Dansky | 1.60 | Reviewed issues regarding experts re: IP proceeds allocation. |
| 12/4/2013 | M. Dansky | 1.60 | Reviewed documents re: IP proceeds allocation. |
| 12/4/2013 | J. Schad | 1.70 | Researched issues regarding IP proceeds allocation. |
| 12/4/2013 | B. Frizzell | 1.90 | Continued review of documents re: IP proceeds allocation. |
| 12/4/2013 | B. Frizzell | 2.10 | Continued review of documents re: IP proceeds allocation. |
| 12/4/2013 | B. Frizzell | 2.50 | Analyzed data re: IP proceeds allocation. |
| 12/4/2013 | B. Frizzell | 2.60 | Reviewed documents re: IP proceeds allocation. |
| 12/4/2013 | J. Schad | 2.60 | Analyzed data regarding IP proceeds allocation. |
| 12/4/2013 | J. Schad | 2.70 | Reviewed documents regarding IP proceeds allocation. |
| 12/4/2013 | J. Hyland | 2.70 | Continued analyzing allocation of IP sale proceeds approaches. |
| 12/4/2013 | J. Hyland | 2.80 | Analyzed allocation of IP sale proceeds approaches. |
| 12/5/2013 | B. Frizzell | 0.90 | Continued analyzing data re: IP proceeds allocation. |
| 12/5/2013 | B. Frizzell | 1.20 | Continued review of documents re: IP proceeds allocation. |
| 12/5/2013 | M. Dansky | 1.30 | Reviewed documents re: IP proceeds allocation. |
| 12/5/2013 | B. Frizzell | 2.30 | Continued analyzing data re: IP proceeds allocation. |
| 12/5/2013 | J. Schad | 2.30 | Analyzed data regarding IP proceeds allocation. |
| 12/5/2013 | B. Frizzell | 2.70 | Analyzed data re: IP proceeds allocation. |
| 12/5/2013 | B. Frizzell | 2.90 | Reviewed documents re: IP proceeds allocation. |
| 12/5/2013 | J. Schad | 2.90 | Researched issues regarding IP proceeds allocation. |
| 12/6/2013 | C. Kearns | 0.20 | Reviewed IP related escrow agreement. |
| 12/6/2013 | B. Frizzell | 0.80 | Continued analyzing data re: IP proceeds allocation. |
| 12/6/2013 | M. Dansky | 1.00 | Reviewed documents re: IP proceeds allocation. |
| 12/6/2013 | J. Schad | 1.60 | Analyzed data regarding IP proceeds allocation. |

Capstone Advisory Group, LLC

Invoice for the 12/1/2013-12/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/6/2013 | B. Frizzell | 2.20 | Continued analyzing data re: IP proceeds allocation. |
| 12/6/2013 | J. Hyland | 2.80 | Continued analyzing allocation approaches for IP sale proceeds. |
| 12/6/2013 | B. Frizzell | 2.90 | Continued analyzing data re: IP proceeds allocation. |
| 12/6/2013 | B. Frizzell | 2.90 | Analyzed data re: IP proceeds allocation. |
| 12/6/2013 | J. Hyland | 2.90 | Analyzed allocation approach assumptions for IP. |
| 12/7/2013 | B. Frizzell | 0.70 | Continued analyzing data re: IP proceeds allocation. |
| 12/7/2013 | B. Frizzell | 1.50 | Analyzed data re: IP proceeds allocation. |
| 12/7/2013 | B. Frizzell | 2.10 | Continued analyzing data re: IP proceeds allocation. |
| 12/8/2013 | B. Frizzell | 1.00 | Analyzed data re: IP proceeds allocation. |
| 12/8/2013 | B. Frizzell | 1.20 | Summarized data analysis re: IP proceeds allocation. |
| 12/8/2013 | J. Schad | 1.90 | Continued researching issues regarding IP proceeds allocation. |
| 12/8/2013 | B. Frizzell | 1.90 | Continued analyzing data re: IP proceeds allocation. |
| 12/8/2013 | J. Schad | 2.90 | Researched issues regarding IP proceeds allocation. |
| 12/9/2013 | B. Frizzell | 0.80 | Continued to edit write-up of research and analyses re: IP proceeds allocation. |
| 12/9/2013 | B. Frizzell | 1.40 | Researched issues re: IP proceeds allocation. |
| 12/9/2013 | B. Frizzell | 1.80 | Edited write-up of research and analyses re: IP proceeds allocation. |
| 12/9/2013 | J. Schad | 1.90 | Continued analyzing data regarding IP proceeds allocation. |
| 12/9/2013 | J. Schad | 2.00 | Continued researching issues related to IP proceeds allocation. |
| 12/9/2013 | B. Frizzell | 2.30 | Edited write-up of research and analyses re: IP proceeds allocation. |
| 12/9/2013 | B. Frizzell | 2.60 | Developed write-up of research and analyses re: IP proceeds allocation. |
| 12/9/2013 | J. Schad | 2.70 | Analyzed data regarding IP proceeds allocation. |
| 12/9/2013 | J. Schad | 2.80 | Researched issues regarding IP proceeds allocation. |
| 12/10/2013 | J. Hyland | 0.40 | Identified support for an IP allocation assumption for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/10/2013 | J. Hyland | 1.10 | Searched for IP related sources re: proceeds allocation. |
| 12/10/2013 | B. Frizzell | 2.00 | Continued editing write-up re: IP proceeds allocation. |
| 12/10/2013 | B. Frizzell | 2.40 | Edited write-up re: IP proceeds allocation. |
| 12/10/2013 | J. Schad | 2.60 | Analyzed data regarding IP proceeds allocation. |
| 12/10/2013 | B. Frizzell | 2.70 | Continued editing write-up re: IP proceeds allocation. |
| 12/10/2013 | J. Hyland | 2.80 | Analyzed patents included in a Business Unit transaction. |
| 12/10/2013 | J. Schad | 2.90 | Analyzed data regarding IP proceeds allocation. |
| 12/11/2013 | B. Kullberg | 0.30 | Researched issues re: IP proceeds allocation. |
| 12/11/2013 | J. Schad | 0.70 | Analyzed data regarding IP proceeds allocation. |
| 12/11/2013 | B. Frizzell | 1.80 | Edited write-up re: IP proceeds allocation. |
| 12/11/2013 | B. Frizzell | 2.50 | Continued to edit write-up re: IP proceeds allocation. |
| 12/11/2013 | J. Schad | 2.80 | Reviewed documents regarding IP proceeds allocation. |
| 12/12/2013 | J. Schad | 0.60 | Analyzed data regarding IP proceeds allocation. |
| 12/12/2013 | B. Frizzell | 1.90 | Researched issues re: IP proceeds allocation. |
| 12/12/2013 | B. Kullberg | 2.50 | Reviewed documents re: IP proceeds allocation. |
| 12/12/2013 | B. Kullberg | 2.50 | Reviewed documents re: IP proceeds allocation. |
| 12/12/2013 | J. Schad | 2.50 | Researched issues regarding IP proceeds allocation. |
| 12/12/2013 | B. Frizzell | 2.60 | Analyzed data re: IP proceeds allocation. |
| 12/12/2013 | J. Schad | 2.90 | Analyzed data regarding IP proceeds allocation. |
| 12/13/2013 | B. Frizzell | 0.40 | Reviewed data analysis re: IP proceeds allocation. |
| 12/13/2013 | B. Frizzell | 2.40 | Edited analysis write-up re: IP proceeds allocation. |
| 12/13/2013 | B. Frizzell | 2.70 | Researched issues re: IP proceeds allocation. |
| 12/15/2013 | B. Frizzell | 0.70 | Reviewed analysis edits re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/16/2013 | B. Frizzell | 1.20 | Researched issues re: IP proceeds allocation. |
| 12/16/2013 | B. Kullberg | 1.50 | Reviewed documents re: IP proceeds allocation. |
| 12/16/2013 | M. Dansky | 1.90 | Reviewed allocation related documents related to the IP proceeds allocation. |
| 12/16/2013 | B. Frizzell | 1.90 | Continued to analyze data re: IP proceeds allocation. |
| 12/16/2013 | B. Frizzell | 2.30 | Analyzed data re: IP proceeds allocation. |
| 12/16/2013 | J. Schad | 2.40 | Analyzed data regarding IP proceeds allocation. |
| 12/16/2013 | B. Frizzell | 2.60 | Continued to research issues re: IP proceeds allocation. |
| 12/17/2013 | M. Dansky | 0.90 | Continued to review materials from research re: IP proceeds allocation. |
| 12/17/2013 | M. Dansky | 1.00 | Reviewed issues regarding experts re: IP proceeds allocation. |
| 12/17/2013 | M. Dansky | 1.90 | Reviewed materials from research re: IP proceeds allocation. |
| 12/17/2013 | B. Kullberg | 2.00 | Reviewed documents re: IP proceeds allocation. |
| 12/17/2013 | B. Frizzell | 2.30 | Continued editing analysis write-up re: IP proceeds allocation. |
| 12/17/2013 | B. Frizzell | 2.60 | Continued editing analysis write-up re: IP proceeds allocation. |
| 12/17/2013 | J. Schad | 2.90 | Researched issues regarding IP proceeds allocation. |
| 12/17/2013 | M. Dansky | 2.90 | Researched issues re: IP proceeds allocation. |
| 12/17/2013 | B. Frizzell | 2.90 | Edited analysis write-up re: IP proceeds allocation. |
| 12/17/2013 | J. Schad | 2.90 | Analyzed data regarding IP proceeds allocation. |
| 12/18/2013 | B. Frizzell | 0.40 | Continued review of documents re: IP proceeds allocation. |
| 12/18/2013 | M. Dansky | 0.60 | Reviewed documents re: IP proceeds allocation. |
| 12/18/2013 | C. Kearns | 1.10 | Reviewed our analyses of critical issues re: sources of value for IP and allocation related matters as requested by counsel. |
| 12/18/2013 | B. Frizzell | 1.40 | Reviewed documents re: IP proceeds allocation. |
| 12/18/2013 | B. Frizzell | 1.70 | Analyzed data re: IP proceeds allocation. |
| 12/18/2013 | M. Dansky | 1.90 | Reviewed IP allocation issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/18/2013 | B. Frizzell | 1.90 | Continued review of documents re: IP proceeds allocation. |
| 12/18/2013 | J. Schad | 2.70 | Analyzed data regarding IP proceeds allocation. |
| 12/19/2013 | B. Frizzell | 0.70 | Continued analyzing data re: IP proceeds allocation. |
| 12/19/2013 | B. Frizzell | 0.80 | Continued review of documents re: IP proceeds allocation. |
| 12/19/2013 | M. Dansky | 1.10 | Reviewed IP issues and documents. |
| 12/19/2013 | B. Frizzell | 1.50 | Analyzed data re: IP proceeds allocation. |
| 12/19/2013 | B. Frizzell | 1.80 | Continued analyzing data re: IP proceeds allocation. |
| 12/19/2013 | B. Kullberg | 2.00 | Reviewed documents re: IP proceeds allocation. |
| 12/19/2013 | M. Dansky | 2.10 | Reviewed IP issues and documents. |
| 12/19/2013 | J. Schad | 2.20 | Researched issues regarding IP proceeds allocation. |
| 12/19/2013 | B. Frizzell | 2.20 | Continued review of documents re: IP proceeds allocation. |
| 12/19/2013 | M. Dansky | 2.50 | Reviewed materials from research re: IP proceeds allocation. |
| 12/19/2013 | B. Frizzell | 2.90 | Reviewed documents re: IP proceeds allocation. |
| 12/19/2013 | J. Schad | 2.90 | Analyzed data regarding IP proceeds allocation. |
| 12/19/2013 | J. Schad | 2.90 | Analyzed data regarding IP proceeds allocation. |
| 12/20/2013 | J. Schad | 0.40 | Researched issues related to IP proceeds allocation. |
| 12/20/2013 | M. Dansky | 0.60 | Participated in conference call with experts and counsel re: IP proceeds allocation. |
| 12/20/2013 | J. Borow | 0.80 | Analyzed IP issues in regard to asset allocation process. |
| 12/20/2013 | B. Kullberg | 1.10 | Reviewed documents re: IP proceeds allocation. |
| 12/20/2013 | M. Dansky | 1.40 | Reviewed issues regarding experts re: IP proceeds allocation. |
| 12/20/2013 | B. Frizzell | 1.60 | Continued analyzing data re: IP proceeds allocation. |
| 12/20/2013 | B. Frizzell | 1.80 | Researched issues re: IP proceeds allocation. |
| 12/20/2013 | B. Frizzell | 1.90 | Continued researching issues re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 12/20/2013 | B. Frizzell | 2.00 | Analyzed data re: IP proceeds allocation. |
| 12/20/2013 | J. Borow | 2.10 | Reviewed analyses re: IP allocation issues and related recovery scenarios. |
| 12/20/2013 | M. Dansky | 2.10 | Continued to review allocation related documents related to the IP proceeds allocation. |
| 12/20/2013 | B. Frizzell | 2.10 | Continued researching issues re: IP proceeds allocation. |
| 12/20/2013 | M. Dansky | 2.20 | Reviewed allocation related documents related to the IP proceeds allocation. |
| 12/20/2013 | J. Borow | 2.40 | Participated in meeting amongst advisors to UCC re: IP litigation issues. |
| 12/20/2013 | B. Kullberg | 2.50 | Held call with counsel re: IP proceeds allocation. |
| 12/20/2013 | J. Schad | 2.80 | Analyzed data regarding IP proceeds allocation. |
| 12/20/2013 | J. Schad | 2.90 | Researched issues related to IP proceeds allocation. |
| 12/21/2013 | J. Schad | 1.70 | Analyzed data regarding IP proceeds allocation. |
| 12/21/2013 | B. Frizzell | 2.00 | Researched issues re: IP proceeds allocation. |
| 12/22/2013 | B. Frizzell | 1.10 | Researched issues re: IP proceeds allocation. |
| 12/22/2013 | J. Schad | 2.90 | Analyzed data regarding IP proceeds allocation. |
| 12/23/2013 | C. Kearns | 0.50 | Reviewed IP related issues for allocation re: exclusive licenses. |
| 12/23/2013 | B. Frizzell | 1.90 | Continued editing write-up re: IP proceeds allocation. |
| 12/23/2013 | B. Frizzell | 2.50 | Edited write-up re: IP proceeds allocation. |
| 12/24/2013 | J. Schad | 1.10 | Researched issues regarding IP proceeds allocation. |
| 12/24/2013 | B. Frizzell | 1.40 | Researched issues re: IP proceeds allocation. |
| 12/24/2013 | B. Frizzell | 2.20 | Edited write-up re: IP proceeds allocation. |
| 12/26/2013 | C. Kearns | 0.20 | Read and responded to emails re: IP allocation issues. |
| 12/26/2013 | M. Dansky | 0.30 | Reviewed documents re: IP proceeds allocation. |
| 12/26/2013 | B. Frizzell | 1.30 | Edited write-up re: IP proceeds allocation. |
| 12/26/2013 | J. Schad | 1.40 | Researched issues regarding IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/26/2013 | B. Kullberg | 1.50 | Prepared summary of analysis re: IP allocation. |
| 12/26/2013 | B. Kullberg | 2.50 | Researched issues re: IP proceeds allocation. |
| 12/27/2013 | B. Frizzell | 0.80 | Edited write-up re: IP proceeds allocation. |
| 12/27/2013 | J. Schad | 1.10 | Reviewed documents regarding IP proceeds allocation. |
| 12/30/2013 | B. Kullberg | 0.60 | Reviewed documents re: IP proceeds allocation. |
| 12/30/2013 | B. Frizzell | 0.90 | Edited analysis re: IP proceeds allocation. |
| 12/30/2013 | B. Frizzell | 1.20 | Researched issues re: IP proceeds allocation. |
| Subtotal | | 294.50 | |
| **Total Hours** | | **811.30** | |