**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 12/1/2013 through 12/31/2013**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/ Train** | | | |
| 12/18/2013 | J. Hyland | Economy airfare for NYC trip. | $895.80 |
| 12/19/2013 | J. Hyland | Airfare economy flight change fee due to additional scheduled meeting at Akin. | $200.00 |
| **Subtotal - Airfare/ Train** | | | **$1,095.80** |
| **Auto Rental/Taxi** | | | |
| 12/18/2013 | J. Hyland | Taxi from LGA airport to NY office. | $57.30 |
| 12/20/2013 | CAG Direct | Taxi to airport for the NYC trip. | $104.35 |
| **Subtotal - Auto Rental/Taxi** | | | **$161.65** |
| **Hotel** | | | |
| 12/20/2013 | J. Hyland | Hotel, excluding supplemental charges and reduced to reasonable and customary level, for two nights during NY trip. | $747.40 |
| **Subtotal - Hotel** | | | **$747.40** |
| **Meals** | | | |
| 12/19/2013 | J. Hyland | Meal during NY trip. | $19.76 |
| 12/19/2013 | M. Dansky | Dinner due to working late on Nortel. | $10.04 |
| 12/20/2013 | J. Hyland | Meal during NY trip. | $10.17 |
| **Subtotal - Meals** | | | **$39.97** |
| **Mileage** | | | |
| 12/18/2013 | J. Hyland | Local mileage to/ from airport for NYC trip. | $23.73 |
| **Subtotal - Mileage** | | | **$23.73** |

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| **Parking/ Tolls** | | | |
| 12/18/2013 | J. Hyland | Local tolls to/ from airport for NYC trip. | $1.60 |
| 12/20/2013 | J. Hyland | Parking for three days at O'Hare Airport for NY trip. | $92.00 |
| **Subtotal - Parking/ Tolls** | | | **$93.60** |
| **Research** | | | |
| 12/3/2013 | B. Frizzell | Research expense for a proceeds allocation matter. | $31.20 |
| 12/4/2013 | CAG Direct | Bloomberg direct charge for data use on Nortel. | $346.81 |
| **Subtotal - Research** | | | **$378.01** |
| **Telecom** | | | |
| 12/6/2013 | J. Hyland | Long distance call to Canada. | $1.96 |
| **Subtotal - Telecom** | | | **$1.96** |
| **For the Period 12/1/2013 through 12/31/2013** | | | $2,542.12 |