# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455
Page 3

Client #  732310

Matter # 165839

For services through January 31, 2014
relating to  Case Administration

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/04/13 | Case maintenance and organization | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 215.00 | $86.00 |
| 01/16/14 | Review docket (.1); Review and update critical dates (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |
| 01/22/14 | Email to B. Witters re: updated core parties service list | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 01/24/14 | Case maintenance and organization of critical pleadings, original signatures, and case correspondence | | | |
| Paralegal | Lindsey A. Edinger | 0.30 hrs. | 225.00 | $67.50 |
| 01/30/14 | Review docket (.2); Review and update critical dates (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |

|  | Total Fees for Professional Services | $380.00 |
|---|---|---|
| **TOTAL DUE FOR THIS INVOICE** | | **$380.00** |
| BALANCE BROUGHT FORWARD | | $701.90 |
| **TOTAL DUE FOR THIS MATTER** | | **$1,081.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 4

Client #  732310

Matter # 165839

---

For services through January 31, 2014

relating to  Claims Administration

| 01/06/14 | Finalize and efile joinder re: claims litigation settlement motion (.1); Coordinate service of same and submission of same to chambers with B. Witters (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.20 hrs. | 225.00 | $45.00 |
| 01/14/14 | Review Rossi administrative claim motion | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 01/28/14 | Review Debtor's response to Rossi substantial contribution motion (.5); Call from B. Sodymer re: timing of distributions (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |
| 01/31/14 | Review 35th omnibus objection to claims (.8); Review 34th omnibus objection to claims (.8); Return calls to creditors being solicited by claims traders (.2 x 4) (.8) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 465.00 | $1,116.00 |
| 01/31/14 | Retrieve and maintain debtors' 34th and 35th omnibus objections (.2); Circulate same (.1); Retrieve and maintain transfer of claims for Nui Solutions and Roger A. Schwantes (.2); Circulate same (.1) Retrieve and maintain notices of depositions regarding motion of ad hoc committee of Canadian employees terminated for order allowing late filed claims (x13) (.8); Phone call with Akin Gump re: circulation of depositions (.1) | | | |
| Paralegal | Lindsey A. Edinger | 1.50 hrs. | 225.00 | $337.50 |

Total Fees for Professional Services        $1,963.50

TOTAL DUE FOR THIS INVOICE        **$1,963.50**

BALANCE BROUGHT FORWARD        $1,845.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455
Page 5

Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                                          **$3,808.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 6

Client #  732310

Matter # 165839

---

For services through January 31, 2014
relating to  Court Hearings

| Date | Description | | | |
|---|---|---|---|---|
| 01/02/14 | Review e-mail from M. Fagen re: 1/7/14 courtcall appearances (.1); Telephone call to Courtcall re: 1/7/14 telephonic appearances for C. Kearns and J. Hyland (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 01/03/14 | Retrieve re: 1/7/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 01/03/14 | E-mail to K. Good re: coverage for 1/7/14 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 01/03/14 | E-mail to C. Samis re: 1/7 hearing | | | |
| Associate | L. Katherine Good | 0.10 hrs. | 465.00 | $46.50 |
| 01/06/14 | Retrieve second amended agenda and supplemental documents (.3); Organize and finalize copies of hearing binders (.5) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 225.00 | $180.00 |
| 01/06/14 | Review e-mails from M. Fagen and M. Wunder re: 1/7/14 telephonic appearances (.2); Telephone call to Courtcall re: 1/7/14 telephonic appearances for J. Borow, B. Kahn and M. Wunder (.3); E-mail to distribution re: same (.1); Review e-mail from M. Wunder re: cancellation of courtcall appearance for 1/7/14 (.1); Telephone call to Courtcall re: same (.1) Retrieve re: 1/7/14 agenda pleadings (.5); Retrieve re: 1/7/14 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 1/7/14 agenda pleadings (.5); Prepare 1/7/14 hearing binders (1.4) | | | |
| Paralegal | Barbara J. Witters | 3.40 hrs. | 225.00 | $765.00 |
| 01/06/14 | E-mails to K. Good re: preparation for 1/7/14 hearing (.2); E-mails to B. Kahn re: preparation for 1/7/14 hearing (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455
Page 7
Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 01/06/14 | Prepare for 1/7/14 hearing | | | |
| Director | Mark D. Collins | 1.20 hrs. | 800.00 | $960.00 |
| | | | | |
| 01/07/14 | Register F. Hodara, D. Botter and A. Qureshi to appear telephonically at 1/7/14 hearing (.2); Email dial-in information to each (.1); Update and finalize 4 sets of 1/7/14 hearing binders (.3); Discussion re: status of binders with K. Good and B. Witters (.1) | | | |
| Paralegal | Ann Jerominski | 0.70 hrs. | 225.00 | $157.50 |
| | | | | |
| 01/07/14 | Assist with 1/7/14 hearing preparation (.5); Review e-mail from M. Collins re: 1/8/14 telephonic appearances (.1); Telephone call to Courtcall re: 1/8/14 telephonic appearances for M. Collins, F. Hodara, D. Botter, A. Qureshi and M. Wunder (.5); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 225.00 | $270.00 |
| | | | | |
| 01/07/14 | E-mail to M. Fagen re: preparation for 1/7/14 hearing (.1); E-mails to M. Collins re: preparation for and updates / questions from 1/7/14 hearing (1.2); E-mail to F. Hodara, D. Botter and A. Qureshi re: preparation for 1/7/14 hearing (.1); E-mail to A. Jerominski re: logistics of 1/7/14 hearing (.1); E-mails to J. Alberto re: logistics of 1/7/14 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 465.00 | $790.50 |
| | | | | |
| 01/07/14 | E-mails to A. Steele re: preparation for 1/8/13 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| | | | | |
| 01/07/14 | Prepare materials for 1/7 hearing (.4); Conferences (x2) with M. Collins re: same (.3) | | | |
| Associate | L. Katherine Good | 0.70 hrs. | 465.00 | $325.50 |
| | | | | |
| 01/07/14 | Prepare for and attend hearing on settlement and discovery issues | | | |
| Director | Mark D. Collins | 8.20 hrs. | 800.00 | $6,560.00 |
| | | | | |
| 01/08/14 | E-mail to C. Samis re: hearing coverage | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 390.00 | $39.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455
Page 8

Client #  732310

Matter # 165839

---

| 01/08/14 | E-mail to M. Fagen re: logistics of 1/8/13 hearing (.1); E-mail to A. Jerominski re: logistics of 1/8/13 hearing  (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 01/08/14 | Attend telephonic hearing re: Court's ruling from 1/7 hearing | | | |
| Director | Mark D. Collins | 0.60 hrs. | 800.00 | $480.00 |
| 01/09/14 | Circulate 1/8/14 telephonic hearing transcript to distribution (.1); Circulate 1/7/14 hearing transcript to distribution (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 01/13/14 | Review transcripts from 12/7/13 and 12/8/13 hearings (4.2); Meet with M. Collins re: outcome of 12/7/13 and 12/8/13 hearings (.2) | | | |
| Associate | Christopher M. Samis | 4.40 hrs. | 465.00 | $2,046.00 |
| 01/16/14 | Retrieve re: 1/21/14 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 01/17/14 | Organize 16 volumes of binders utilized by counsel at 1/7/14 hearing | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 225.00 | $337.50 |
| 01/27/14 | Retrieve re: 1/29/14 agenda (.1); E-mail to distribution re: same (.1); Review e-mail from M. Fagen re: 1/29/14 telephonic appearance for D. Botter (.1); Telephone call to Courtcall re: same (.1); E-mail to D. Botter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 01/27/14 | Review allocation-related submissions and prepare for 1/29/14 pre-trial conference | | | |
| Associate | Christopher M. Samis | 4.30 hrs. | 465.00 | $1,999.50 |
| 01/28/14 | Retrieve re: 1/29/14 agenda pleadings (.4); Prepare 1/29/14 hearing binders x5 (1.0); Telephone call to Courtcall re: 1/29/14 telephonic appearance of M. Wunder (.1); E-mail to M. Wunder re: same (.1); Retrieve re: additional 1/29/14 agenda pleading (.2); Revise 1/29/14 hearing binders x5 (.5) | | | |
| Paralegal | Barbara J. Witters | 2.20 hrs. | 225.00 | $495.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 9

Client #  732310

Matter # 165839

---

| 01/28/14 | Attention to logistics of 1/29/14 hearing (.6); Review binders associated materials for 1/29/14 hearing (.8); Email to B. Witters re: preparation for 1/29/14 hearing (.1); Email to B. Witters re: amendment of agenda for 1/29/14 hearing (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.60 hrs. | 465.00 | $744.00 |
| | | | | |
| 01/28/14 | Email correspondence with B. Witters and R. Speaker re: 1-29-14 hearing agenda | | | |
| Paralegal | Lindsey A. Edinger | 0.10 hrs. | 225.00 | $22.50 |
| | | | | |
| 01/29/14 | Attention to preparation for and logistics of 1/29/14 hearing (1.0); Attend 1/29/14 hearing (3.0); Emails to R. Speaker re: preparation for 1/29/14 hearing (.2); Emails to L. Anderson re: logistics of 1/29/14 hearing (.2) | | | |
| Associate | Christopher M. Samis | 4.40 hrs. | 465.00 | $2,046.00 |
| | | | | |
| 01/30/14 | Circulate to distribution re: 1/29/14 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| | | | | |
| 01/30/14 | Review transcript of 1/29/14 hearing | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 465.00 | $604.50 |
| | | | | |
| 01/31/14 | E-mail to M. Fagen re: preparation for 2/4/14 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| | | | | |
| 01/31/14 | Review email from B. Witters re: 2-4-14 hearing agenda (.1); Review docket for 2-4-14 hearing agenda (.1); Retrieve, maintain, and circulate 2-4-14 hearing agenda (.2) | | | |
| Paralegal | Lindsey A. Edinger | 0.40 hrs. | 225.00 | $90.00 |

Total Fees for Professional Services          $19,784.00

TOTAL DUE FOR THIS INVOICE          **$19,784.00**
BALANCE BROUGHT FORWARD          $1,505.20

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 10

Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                                    **$21,289.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 11

Client #  732310

Matter #  165839

---

For services through January 31, 2014

relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 12/20/13 | Finalize and efile letter to Judge Gross (.1); Coordinate service of same (.1); Coordinate submission of letter to chambers (.1) | | | |
| Paralegal | Ann Jerominski | 0.30 hrs. | 215.00 | $64.50 |
| 01/02/14 | Afterhours filing re: factum cross filing (2.3); Prepare notice of filing re: same (.2); Revise notice of same x2 (.4) | | | |
| Paralegal | Barbara J. Witters | 2.90 hrs. | 225.00 | $652.50 |
| 01/02/14 | Attention to finalizing and filing (.6); Review supplemental response and Limited Objection of Monitor to US Claims Litigation Settlement Agreement (1.1); Review U.K. Pension Objections to the Witness Subjects served by the Canadian Allocation and Claims Groups (.6); Emails to N. Stabile and others re: filing and service of factum for representative party deposition motion (.5); Emails to A. Cordo re: filing and service of factum for representative party deposition motion (.2); Emails to B. Witters re: drafting notice for factum for  representative party deposition motion (.2); Review factum for representative party deposition motion (.8); Review and revise notice of filing for factum for representative party deposition motion (.3) | | | |
| Associate | Christopher M. Samis | 4.30 hrs. | 465.00 | $1,999.50 |
| 01/03/14 | Finalize and file re: notice of filing factum cross motion (.2); Coordinate to Judge Gross re: same (.1); Coordinate e-mail service of same to core group (.4) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 225.00 | $157.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 12

Client #  732310

Matter # 165839

---

| 01/03/14 | Attention to finalizing, filing and service of factum related to Debtors' representative party witness motion (1.4); E-mails to A. Cordo re: filing and service of factum related to Debtors' representative party witness motion (.1 x 5) (.5); E-mails to BJW re: filing and service of factum related to Debtors' representative party witness motion (.1 x 2)(.2); E-mails to N. Stabile and others re: filing and service of factum related to Debtors' representative party witness motion (.1 x 3) (.3); E-mail to B. Grossman re: filing and service of factum related to Debtors' representative party witness motion (.1); Call from N. Stabile re: filing and service of factum related to Debtors' representative party witness motion (.2); Call from M. Wunder re: filing and service of factum related to Debtors' representative party witness motion (.2); Call to B. Kahn re: need to file joinder for motion for leave to reply to objections to EMEA claims settlement (.2); E-mail to B. Kahn re: need to file joinder for motion for leave to reply to objections to EMEA claims settlement (.1); Call from A. Cordo re: filing and service of factum related to Debtors' representative party witness motion (.2); Review/revise notice of filing for factum related to Debtors' representative party witness motion (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 3.80 hrs. | 465.00 | $1,767.00 |
| | | | | |
| 01/05/14 | Review joinder to Debtors' U.S. Claims settlement motion (.5); Email to M. Fagen re: comments to joinder to Debtors' U.S. Claims settlement motion (.1); Emails to K. Good re: covering joinder filing and 1/7/13 hearing (.2); Emails to A. Steele re: covering joinder filing and 1/7/13 hearing (.2) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 465.00 | $465.00 |
| | | | | |
| 01/06/14 | Coordinate service re: committee joinder settlement agreement (.3); Coordinate to Judge Gross re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| | | | | |
| 01/06/14 | Review revised joinder to Debtors' U.S. Claims settlement motion (.3); Emails to L. Morris re: further revisions to revised joinder to Debtors' U.S. Claims settlement motion (.2); Email to M. Fagen re: finalizing, filing and serving joinder to Debtors' U.S. Claims settlement motion (.1); Emails to B. Witters re: finalizing, filing and serving joinder to Debtors' U.S. Claims settlement motion (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

February 18, 2014
Invoice 448455

Page 13

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 01/06/14 | Review joinder re: settlement motion (.2); Email (x5) to C. Samis re: same (.2); Email to A. Jerominski and B. Witters re: service of same (.1); Conference with A. Jerominski re: filing same (.1); Conference with M. Collins re: 1/7 hearing (.1); Email to M. Collins re: same (.1) | | | |
| Associate | L. Katherine Good | 0.80 hrs. | 465.00 | $372.00 |
| | | | | |
| 01/09/14 | Prepare aos re: notice of filing of factum cross filing (.5); Prepare aos re: joinder 9019 settlement motion (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 225.00 | $157.50 |
| | | | | |
| 01/14/14 | Finalize and file aos re: factum cross filing motion (.1); Finalize and file aos re: joinder litigation settlement agreement (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| | | | | |
| 01/15/14 | Review further revised trial protocol for allocation litigation | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 465.00 | $604.50 |
| | | | | |
| 01/17/14 | Review further revised trial protocol for allocation litigation | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| | | | | |
| 01/21/14 | Review further revised allocation trial protocol | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| | | | | |
| 01/23/14 | Review still further revised allocation trial protocol | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| | | | | |
| 01/24/14 | Email to A. Cordo re: expert report data room (.1); Review final iteration of trial protocol for allocation litigation (1.2); Review J. Adler letter to Judge Gross re: dividing allocation and claims issues (.3); Review B. Walanick letter to Judge Gross re: objecting to final iteration of trial protocol for allocation litigation (.3) | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 465.00 | $883.50 |
| | | | | |
| 01/27/14 | Attention to organization of incoming expert reports for allocation trial | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 14

Client #  732310

Matter # 165839

---

| 01/28/14 | Review Monitor's reply submission to EMEA allocation letter | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |

| 01/30/14 | Review memo on allocation pre-trial conference and blackline of same (.6); Review recognition order for U.S. Claims settlement and related endorsement (.6); Call to A. Mercal re: status of allocation litigation and offers to purchase claim (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |

| 01/31/14 | Review multiple e-mails debating language of allocation trial pre-trial memo (.3); Finalize indexing/cataloging of expert reports in allocation litigation (.8) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.10 hrs. | 465.00 | $511.50 |

Total Fees for Professional Services     $11,025.00

TOTAL DUE FOR THIS INVOICE     **$11,025.00**

BALANCE BROUGHT FORWARD     $4,350.00

**TOTAL DUE FOR THIS MATTER**     **$15,375.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 15

Client #  732310

Matter # 165839

For services through January 31, 2014
relating to  Retention of Others

| 01/14/14 | Review supplemental Capstone declaration of J. Borrow | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

Total Fees for Professional Services $93.00

TOTAL DUE FOR THIS INVOICE **$93.00**
BALANCE BROUGHT FORWARD $36.00

**TOTAL DUE FOR THIS MATTER** **$129.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 16

Client #  732310

Matter #  165839

For services through January 31, 2014
relating to  RLF Fee Applications

| Date | Description | | | |
|------|-------------|---|---|---|
| 01/02/14 | Email to B. Kahn re:  searchable RL&F time file for November 2014 | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 01/09/14 | Prepare cno re: RLF November fee application (.2); E-mail to K. Good re: same (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 01/09/14 | Email to K. Good re: filing CNO for November 2013 RL&F fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 01/09/14 | Review and sign CNO re: RLF fee application (.1); Email to C. Samis re: same (.1) | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 465.00 | $93.00 |
| 01/10/14 | Prepare letter re: RLF November fee application payment (.2); Retrieve re: RLF November fee application and cno (.1); Coordinate to company re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 01/14/14 | Review e-mail from B. Kahn re: RLF December fee and expense estimates (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: RLF estimates of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |
| 01/15/14 | Review RLF December bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 225.00 | $67.50 |
| 01/24/14 | Review RLF December bill memos | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 01/27/14 | Review fee statement | | | |
| Director | Mark D. Collins | 0.10 hrs. | 800.00 | $80.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

February 18, 2014
Invoice 448455
Page 17
Client # 732310

Matter # 165839

| 01/30/14 | Review and revise RLF December fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |

Total Fees for Professional Services                          $873.50

TOTAL DUE FOR THIS INVOICE                          **$873.50**
BALANCE BROUGHT FORWARD                          $1,446.30

**TOTAL DUE FOR THIS MATTER**                          **$2,319.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 18

Client #  732310

Matter #  165839

---

For services through January 31, 2014
relating to Fee Applications of Others

| 12/20/13 | Prepare notice of Ashurst 58th fee application (.1); Finalize and efile same (.3); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.50 hrs. | 215.00 | $107.50 |
| 01/07/14 | Review e-mail from M. Wunder re: 18th interim fee order (.1); E-mail to M. Wunder re: order of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 01/10/14 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 01/14/14 | Prepare cno re: Ashurst November fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 01/14/14 | Email to B. Kahn re: next omnibus fee hearing (.1); Review, revise and finalize CNO for 58th Ashurst fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 01/27/14 | Review e-mail from M. Fagen re: Ashurst December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 01/27/14 | Review December 2013 Ashurst fee application (.2); Email to B. Witters re: filing and service of December 2013 Ashurst fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 01/27/14 | Review Ashurst December fee application for filing (.1); Email to C. Samis and B. Witters re: same (.1) | | | |
| Associate | L. Katherine Good | 0.20 hrs. | 465.00 | $93.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455
Page 19

Client #  732310

Matter # 165839

---

| 01/28/14 | Prepare exhibit B re: 19th interim fee order | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |

| 01/28/14 | Email to A. Cordo re: circulation of confidential expert fees | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |

| 01/29/14 | Review e-mail from M. Fagen re: Akin Gump November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Review and revise Exhibit B re: 19th interim fee order (.5); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.30 hrs. | 225.00 | $292.50 |

| 01/29/14 | Email to M. Fagen re: confidential allocation expert fees for circulation (.1); Emails to M. Fagen re: revisions to Akin November 2013 fee application (.3); Call from M. Fagen re: revisions to Akin November 2013 fee application (.1); Review, revise and finalize November 2014 Akin fee application (.3); Email to A. Steele re: confidential allocation expert fees for circulation (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.90 hrs. | 465.00 | $418.50 |

| 01/30/14 | Update exhibit B re: 19th interim fee order (.3); E-mail to Ashurst re: same (.1); E-mail to M. Maddox re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |

| 01/30/14 | Review Committee exhibit for 19th interim fee order | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

| 01/31/14 | Call from M. Fagen re: submission of 19th  interim fee order (.2); Review revised interim fee exhibit for 19th interim fee order (.8); E-mail to A. Cordo re: submission of 19th  interim fee order (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.10 hrs. | 465.00 | $511.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455
Page 20
Client #  732310

Matter # 165839

| 01/31/14 | Review email from B. Witters re: Ashurst numbers for 19th interim period (.1); Review email from S. Law re: Ashurst comments for exhibit b to interim order (.2); Email correspondence with C. Samis re: same (.1); Meeting with R. Speaker re: exhibit b to interim order (.2); Update exhibit B to interim order (.5); Email correspondence with M. Maddox re: exhibit b to interim order and confirmed Ashurst numbers (.1) | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 1.20 hrs. | 225.00 | $270.00 |
| 01/31/14 | Assist L. Edinger re: revisions to interim fee order | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 225.00 | $45.00 |

Total Fees for Professional Services     $3,125.50

| TOTAL DUE FOR THIS INVOICE | **$3,125.50** |
|---|---|
| BALANCE BROUGHT FORWARD | $3,749.30 |
| **TOTAL DUE FOR THIS MATTER** | **$6,874.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 21

Client #  732310

## Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.10 | 390.00 | 39.00 |
| Ann Jerominski | 0.80 | 215.00 | 172.00 |
| Ann Jerominski | 1.70 | 225.00 | 382.50 |
| Barbara J. Witters | 23.70 | 225.00 | 5,332.50 |
| Christopher M. Samis | 46.00 | 465.00 | 21,390.00 |
| L. Katherine Good | 2.00 | 465.00 | 930.00 |
| Lindsey A. Edinger | 0.40 | 215.00 | 86.00 |
| Lindsey A. Edinger | 3.50 | 225.00 | 787.50 |
| Mark D. Collins | 10.10 | 800.00 | 8,080.00 |
| Rebecca V. Speaker | 0.20 | 225.00 | 45.00 |
| TOTAL | 88.50 | $420.84 | 37,244.50 |

**TOTAL DUE FOR THIS INVOICE**                                        **$41,854.35**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310