# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

February 18, 2014
Invoice 448455

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through January 31, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $25.00 |
| Business Meals | $106.48 |
| Conference Calling | $628.00 |
| Court Reporter Services | $1,327.20 |
| Document Retrieval | $284.10 |
| Long distance telephone charges | $2.78 |
| Messenger and delivery service | $185.00 |
| Overtime | $12.46 |
| Photocopying/Printing   11,916 @ $.10 pg./ 7,491 @ $.10/pg. | $1,940.70 |
| Postage | $45.93 |
| Stationery Supplies | $52.20 |
| Other Charges | $4,609.85 |

TOTAL DUE FOR THIS INVOICE                                   $4,609.85

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 18, 2014
Invoice 448455

Page 2

Client #  732310

Matter #  165839

| BALANCE BROUGHT FORWARD | $620.83 |
|---|---:|
| **TOTAL DUE FOR THIS MATTER** | **$5,230.68** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2014  
Invoice 448455  
Page 22  
Client #  732310  

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | Summary Phrase |
|---|---|---|
| 01/02/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 01/02/14 | Messenger and delivery From Washington Street Ale House BJW | MEALSCL |
| | Amount = $50.60 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2014  
Invoice 448455  
Page 23  
Client #  732310  

| Date | Description | Code |
|---|---|---|
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 01/02/14 | Printing | DUP.10CC |
| | Amount = $0.60 | |
| 01/03/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | MESS |
| | Amount = $6.45 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $0.30 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $2.40 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $2.40 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $2.40 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/03/14 | Printing | DUP.10CC |
| | Amount = $0.20 | |
| 01/06/14 | Binding/Tabs Velobinding | BIND |
| | Amount = $20.00 | |
| 01/06/14 | Binding/Tabs Velobinding | BIND |
| | Amount = $5.00 | |
| 01/06/14 | Photocopies | DUP.10CC |
| | Amount = $219.80 | |
| 01/06/14 | Photocopies | DUP.10CC |
| | Amount = $314.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2014  
Invoice 448455  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/06/14 | Photocopies | | DUP.10CC |
| | Amount = | $85.20 | |
| 01/06/14 | Photocopies | | DUP.10CC |
| | Amount = | $397.60 | |
| 01/06/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 01/06/14 | PACER | | DOCRETRI |
| | Amount = | $160.00 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | February 18, 2014 |
| c/o Fred S. Hodara, Esq. | | Invoice 448455 |
| Akin Gump Strauss Hauer Feld LLP | | Page 25 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $7.30 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $13.00 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $6.80 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $2.90 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $2.40 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $25.70 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $57.40 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $2.10 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $18.50 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = $2.50 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2014  
Invoice 448455  
Page 26  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $53.30 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $35.80 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $2.20 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $3.00 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $20.10 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $36.60 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $36.60 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $2.90 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $25.70 | |
| 01/06/14 | Printing | | DUP.10CC |
| | | Amount =  $2.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2014  
Invoice 448455  
Page 27  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $35.80 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $53.30 | |
| 01/06/14 | Printing | | DUP.10CC |
| | Amount = | $20.10 | |
| 01/06/14 | Stationary Supplies | | STAT |
| | Amount = | $52.20 | |
| 01/07/14 | WILCOX & FETZER: Transcript - 165839 | | CTRPT |
| | Amount = | $1,302.00 | |
| 01/07/14 | RODNEY GRILLE: MLC | | MEALSCL |
| | Amount = | $55.88 | |
| 01/07/14 | Messenger and delivery | | MESS |
| | Amount = | $35.50 | |
| 01/07/14 | Messenger and delivery | | MESS |
| | Amount = | $35.50 | |
| 01/07/14 | PACER | | DOCRETRI |
| | Amount = | $52.80 | |
| 01/07/14 | Printing | | DUP.10CC |
| | Amount = | $2.50 | |
| 01/07/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/07/14 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 01/07/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/07/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/07/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/08/14 | PACER | | DOCRETRI |
| | Amount = | $8.30 | |
| 01/08/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2014  
Invoice 448455  
Page 28  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/08/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/08/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/09/14 | PACER | | DOCRETRI |
| | Amount = | $28.70 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/09/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/10/14 | PACER | | DOCRETRI |
| | Amount = | $7.70 | |
| 01/10/14 | Postage | | POST |
| | Amount = | $3.43 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $5.40 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2014  
Invoice 448455  
Page 29  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/10/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/13/14 | ADMIN OT THRU 1/15/14 | | OT |
| | Amount = | $12.46 | |
| 01/14/14 | PACER | | DOCRETRI |
| | Amount = | $4.80 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/15/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/16/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2014  
Invoice 448455  
Page 30  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/20/14 | CourtCall | | CONFCALL |
| | Amount = $90.00 | | |
| 01/21/14 | CourtCall | | CONFCALL |
| | Amount = $538.00 | | |
| 01/23/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/23/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/24/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/27/14 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = $25.20 | | |
| 01/27/14 | Photocopies | | DUP.10CC |
| | Amount = $36.00 | | |
| 01/27/14 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 01/27/14 | Postage | | POST |
| | Amount = $12.32 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |

Nortel Creditors Committee　　　　　　　　　　　　　　　　　　　　　　　February 18, 2014
c/o Fred S. Hodara, Esq.　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 448455
Akin Gump Strauss Hauer Feld LLP　　　　　　　　　　　　　　　　　　　　Page 31
One Bryant Park
New York NY  10036　　　　　　　　　　　　　　　　　　　　　　　　　　　Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $5.40 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/27/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/28/14 | PACER | | DOCRETRI |
| | Amount = $6.30 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $41.50 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $41.50 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2014  
Invoice 448455  
Page 32  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $73.00 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $4.50 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $10.50 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 01/28/14 | Printing | | DUP.10CC |
| | Amount = | $13.00 | |
| 01/29/14 | Photocopies | | DUP.10CC |
| | Amount = | $110.40 | |
| 01/29/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 01/29/14 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 01/29/14 | PACER | | DOCRETRI |
| | Amount = | $6.10 | |
| 01/29/14 | Postage | | POST |
| | Amount = | $20.38 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 18, 2014  
Invoice 448455  
Page 33  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $17.80 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 01/29/14 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 01/30/14 | Photocopies | | DUP.10CC |
| | Amount = | $28.20 | |
| 01/30/14 | Richards Layton and Finger/Morris Nichols Arsht & Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 01/30/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | February 18, 2014 | |
| c/o Fred S. Hodara, Esq. | | Invoice 448455 | |
| Akin Gump Strauss Hauer Feld LLP | | Page 34 | |
| One Bryant Park | | | |
| New York NY  10036 | | Client #  732310 | |

| Date | Description | Amount | Code |
|---|---|---|---|
| 01/30/14 | Postage | Amount =  $9.80 | POST |
| 01/30/14 | Printing | Amount =  $2.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.30 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.30 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $2.10 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/30/14 | Printing | Amount =  $0.10 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 18, 2014  
Invoice 448455  
Page 35  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/31/14 | 12128727425 Long Distance | | LD |
| | Amount = $2.78 | | |
| 01/31/14 | PACER | | DOCRETRI |
| | Amount = $9.40 | | |
| 01/31/14 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 01/31/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |

TOTALS FOR   732310       Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $4,609.85