# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                               :
In re                                          :      Chapter 11
                                               :
Nortel Networks Inc., et al.,¹                 :      Case No. 09-10138 (KG)
                                               :
                        Debtors.               :      Jointly Administered
                                               :
                                               :
-----------------------------------------------------------X
```

**ORDER GRANTING NINETEENTH QUARTERLY FEE APPLICATION REQUEST
OF PUNTER SOUTHALL LLC, PENSION CO-ADVISOR² TO THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014**

Upon consideration of the Nineteenth Quarterly Fee Application Request (the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   On September 9, 2010, the *Supplemental Declaration of Ryan D. McGlothlin in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Palisades Capital Advisors LLC and Punter Southall LLC as Pension Co-Advisors to the Debtors* (D.I. 3893) was filed.  In accordance with the Supplemental Declaration, there has been further revision to the Engagement Letter and the Co-Advisors' retention.  Starting on June 2010, the Monthly Advisory Fee will be $30,000, with sixty-five percent payable to Punter Southall and thirty-five percent payable to Palisades.  In subsequent months the Fee will be $19,500, with one-hundred percent payable to Punter Southall.  In accordance with the Order Approving Further Amendments to the Terms of Punter Southall's Retention (D.I.11238), starting July 2013 the Monthly Advisory Fee will be calculated on an hourly basis. This Application reflects these revised terms.

2

"Request") of Punter Southall LLC ("Punter Southall"), Delaware and General Bankruptcy Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from November 1, 2013 through and including January 31, 2014; and upon consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the Court having reviewed the Request and the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Request is GRANTED.

2. Punter Southall is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Punter Southall.

3. The Debtor is authorized and directed to disburse to Punter Southall payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Punter Southall for fees and expenses under the Fee Applications, as set forth in the Request.

4

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2014

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

3762852.1