# EXHIBIT C

## DISBURSEMENT SUMMARY
## JANUARY 1, 2014 THROUGH JANUARY 31, 2014

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $558.42 |
| Conference Calls/Telephone/Web Conference Services | $3,078.44 |
| Courier Service/Postage | $166.09 |
| Duplicating (billed at $.10 per page) | $5,779.90 |
| Meals/Committee Meeting Expenses | $2,768.64 |
| Travel Expenses – Airfare | $27,370.00 |
| Travel Expenses – Ground Transportation | $1,497.01 |
| Travel Expenses – Incidentals | $247.96 |
| Travel Expenses – Lodging | $3,150.41 |
| Travel Expenses – Train Fare | $422.00 |
| **TOTAL** | **$45,038.87** |