# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1526004 |
| ATTN: JOHN DOLITTLE | Invoice Date 02/24/14 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14 :[1]

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/19/13 | Travel - Ground Transportation Late night taxi home from the office after staying late to work on Nortel case; NYC Taxi | $11.50 |
| 10/03/13 | Travel - Incidentals - Out-of-Town Travel Foreign Transaction fee charged while using credit card to pay for dinner in Toronto during Nortel depositions; Foreign Transaction Fee | $18.18 |
| 10/09/13 | Travel - Incidentals - Out-of-Town Travel Foreign transaction fee charged to credit card while buying breakfast in Toronto for Nortel depositions; Foreign Transaction Fee | $1.96 |
| 11/01/13 | Meals - Business Breakfast in airport terminal before flight for Nortel deposition.; Joseph Sorkin; Laguardia Marine Air Terminal | $1.51 |
| 11/12/13 | Meals - Business Lunch at Newark airport en route to Ottawa for deposition.; Joseph Sorkin; Qdoba | $11.42 |
| 11/12/13 | Meals - Business Drink in the airport before traveling to deposition in Ottawa; Joseph Sorkin; Jamba Juice | $3.20 |
| 11/12/13 | Meals - Business Coffee while in airport | $4.12 |

---

[1] Akin Gump attorneys travel in economy class for flights of six or fewer hours. However, on international flights exceeding six hours, Akin Gump attorneys, on both non-bankruptcy and bankruptcy matters, request reimbursement for a reasonable business class fare, when available, or a reasonable first class fare, if business class is not available.

| Date | Description | Amount |
|---|---|---|
| | before traveling to Ottawa for deposition; Joseph Sorkin; Abica Coffee | |
| 11/12/13 | Travel - Ground Transportation taxi to deposition while in Ottawa.; West Way Taxi | $39.26 |
| 11/13/13 | Meals - Business Coffee while in Ottawa for deposition.; Joseph Sorkin; Bridgehead | $6.09 |
| 11/13/13 | Travel - Ground Transportation Taxi to deposition while in Ottawa; Blue Line Taxi | $29.55 |
| 11/13/13 | Meals - Business Dinner while in Ottawa for deposition; Joseph Sorkin; Hotel Indigo | $52.50 |
| 11/13/13 | Travel - Lodging (Hotel, Apt, Other) Hotel accomodations while in Ottawa for depositions (1 night); hotel accomodations; Hotel Indigo | $237.96 |
| 11/14/13 | Travel - Ground Transportation Taxi to the airport from deposition in Ottawa.; Recu De Taxi Ville de Montreal | $50.00 |
| 11/14/13 | Meals - Business Dinner with attorneys from Cleary Gottlieb Steen & Hamilton; Joseph Sorkin; Le St. James Hotel XO Le Restaurant | $11.73 |
| 11/14/13 | Travel - Lodging (Hotel, Apt, Other) Hotel accomodations while in Ottawa for deposition (1 night); hotel accomodations; Le St. James Hotel | $363.81 |
| 11/15/13 | Travel - Ground Transportation taxi to airport from deposition in Ottawa.; Recu De Taxi | $55.00 |
| 11/15/13 | Travel - Ground Transportation Taxi to deposition in Montreal; Trust services limo taxi | $9.55 |
| 11/15/13 | Meals - Business meal in the Montreal airport while traveling to Ottawa deposition; Joseph Sorkin; Tatami | $16.74 |
| 11/15/13 | Travel - Airfare Cost of flight change when traveling from deposition in Ottawa; cost of flight change; American Airlines | $75.24 |
| 11/18/13 | Travel - Ground Transportation taxi to airport from deposition in Montreal; Trust Services Limo | $52.82 |
| 11/19/13 | Meals - Business Working lunch during Nortel London depositions; A. Qureshi; POD Food Ltd. | $9.80 |
| 11/20/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7363151640 DEPARTURE DATE: 11/25/2013 ROUTE: EWR YTZ BOS Economy | $1,137.28 |
| 11/21/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 | $-1,646.13 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1526004

Page 3  
February 24, 2014

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7363151640 DEPARTURE DATE: 11/25/2013 ROUTE: EWR YTZ BOS | |
| 11/21/13 | Meals - Business  Nortel team dinner regarding depositions and expert reports; Joseph Sorkin (2 people); Ootoya | $96.90 |
| 11/22/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7362764481 DEPARTURE DATE: 12/04/2013 ROUTE: JFK/LHR/JFK Upper class (> six hours; business class unavailable) | $7,219.80 |
| 11/25/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 0614888065 DEPARTURE DATE: 12/04/2013 ROUTE: EWR YTZ EWR | $37.00 |
| 11/25/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7363844362 DEPARTURE DATE: 12/04/2013 ROUTE: EWR YTZ EWR ECONOMY | $655.30 |
| 11/25/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 0614893673 DEPARTURE DATE: 12/09/2013 ROUTE: JFK CDG JFK | $37.00 |
| 11/25/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7363844404 DEPARTURE DATE: 12/09/2013 ROUTE: JFK CDG JFK Business class (> six hours) | $6,974.90 |
| 11/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: ROWE KEVIN M TICKET #: 0614528787 DEPARTURE DATE: 11/14/2013 ROUTE: NWK WAS NWK | $-11.00 |
| 11/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: ROWE KEVIN M TICKET #: 0614941406 DEPARTURE DATE: 11/14/2013 ROUTE: NWK WAS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 11/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: BOTTER DAVID H TICKET #: 0614941411 DEPARTURE DATE: 11/19/2013 ROUTE: WIL NYP NWK | $37.00 |
| 11/26/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: HODARA FRED S TICKET #: 0614947341 DEPARTURE DATE: 11/19/2013 ROUTE: WIL NYP | $37.00 |
| 11/26/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 0614958581 DEPARTURE DATE: 11/27/2013 ROUTE: YTZ BOS | $37.00 |
| 11/26/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 0614941418 DEPARTURE DATE: 11/27/2013 ROUTE: EWR YTZ BOS | $37.00 |
| 11/26/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7363844744 DEPARTURE DATE: 11/27/2013 ROUTE: YTZ BOS ECONOMY | $146.75 |
| 11/26/13 | Travel - Ground Transportation  Taxi home from deposition in Toronto; NYC Taxi | $22.50 |
| 12/03/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7363845437 DEPARTURE DATE: 12/04/2013 ROUTE: EWR YTZ EWR ECONOMY | $124.96 |
| 12/03/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 0615086489 DEPARTURE DATE: 12/04/2013 ROUTE: EWR YTZ EWR | $37.00 |
| 12/03/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: ROWE KEVIN M TICKET #: 7000000000 DEPARTURE DATE: 12/09/2013 ROUTE: NWK WAS NWK Business class | $273.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                            Page 5
Invoice Number: 1526004                                                      February 24, 2014

| Date | Description | Amount |
|---|---|---|
| 12/03/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: ROWE KEVIN M TICKET #: 0615086499 DEPARTURE DATE: 12/09/2013 ROUTE: NWK WAS NWK | $37.00 |
| 12/04/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: ROWE KEVIN M TICKET #: 7000000000 DEPARTURE DATE: 12/05/2013 ROUTE: PHL NYP PHL | $-359.00 |
| 12/04/13 | Travel - Lodging (Hotel, Apt, Other) Hotel charge for Stay During Nortel Depositions in Toronto (1 night); Hotel Stay for Nortel Depositions; Shangri-La Hotel Toronto | $442.41 |
| 12/04/13 | Travel - Ground Transportation Taxi cab from Toronto Airport to Dentons Office for Prep re Nortel Depositions; Airline Limousine | $65.83 |
| 12/04/13 | Travel - Ground Transportation Taxi cab to dinner with Dentons in Toronto after Nortel depositions.; Beck Taxi | $30.60 |
| 12/04/13 | Meals - Business Working Dinner while preparing for deposition in Nortel matter; A. Qureshi, J. Yecies (2 people); Earls King Street | $112.98 |
| 12/04/13 | Meals - Business Working lunch during deposition in Toronto in Nortel matter; A. Qureshi; Jimmy The Greek | $8.23 |
| 12/05/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 0615201199 DEPARTURE DATE: 12/05/2013 ROUTE: YTZ EWR | $37.00 |
| 12/05/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: LEVY JACQUELINE YECIES TICKET #: 7366957323 DEPARTURE DATE: 12/05/2013 ROUTE: YTZ EWR ECONOMY | $200.00 |
| 12/05/13 | Travel - Ground Transportation Taxi cab from Dinner with Dentons in Toronto to Hotel re Stay for Nortel depositions; Uber Vorden | $33.89 |
| 12/05/13 | Travel - Lodging (Hotel, Apt, Other) Hotel Charge for Stay During Nortel Depositions in Toronto (1 night).; Hotel Stay for Nortel Depositions; Shangri-La Hotel Toronto | $442.41 |
| 12/05/13 | Meals - Business Working lunch during deposition in Toronto in Nortel matter; A. | $12.60 |

| Date | Description | Amount |
|---|---|---|
| 12/05/13 | Qureshi; Second Cup<br>Meals - Business  Working beverage during Nortel deposition; A. Qureshi; Starbucks | $3.91 |
| 12/06/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: JOHNSON ROBERT TICKET #:  DEPARTURE DATE: 12/06/2013 ROUTE: XAA TO XAO | $5.00 |
| 12/06/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: STABILE NICHOLAS PATRICK TICKET #: 0615243042 DEPARTURE DATE: 12/09/2013 ROUTE: JFK LHR EWR | $37.00 |
| 12/06/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: STABILE NICHOLAS PATRICK TICKET #: 7366957585 DEPARTURE DATE: 12/09/2013 ROUTE: JFK LHR EWR Upper class (> six hours; business class unavailable) | $7,224.10 |
| 12/06/13 | Travel - Ground Transportation  Taxi cab from Goodmans Office in Toronto to Pearson Airport after Nortel depositions.; Uber Vorden | $61.21 |
| 12/06/13 | Meals - Business  In Room Dining at Hotel During Stay for Nortel Depositions; A. Qureshi; Shangri-La Hotel | $4.71 |
| 12/11/13 | Meals - Business  Working lunch for myself, J. Yecies and C. Doniak during deposition in Paris re Nortel case (3 people).; A. Qureshi; Opera Cafe | $102.84 |
| 12/11/13 | Travel - Ground Transportation  Taxi cab from Paris airport to Ashursts office for Nortel depositions.; Uber | $96.67 |
| 12/11/13 | Travel - Ground Transportation  Taxi cab from Ashursts office in Paris to Hotel after Nortel depositions; Uber | $19.33 |
| 12/11/13 | Travel - Lodging (Hotel, Apt, Other)  Hotel charge for stay during Nortel depositions; Hotel Stay (1 night); Prince De Galles Hotel | $537.02 |
| 12/11/13 | Travel - Incidentals - Out-of-Town Travel  Unicef Donation during stay at hotel for Nortel depositions; Prince De Gallas Hotel | $1.37 |
| 12/12/13 | Travel - Lodging (Hotel, Apt, Other)  Hotel charges for stay during Nortel depositions (1 night); Hotel Stay; Prince De Gallas Hotel | $537.02 |
| 12/12/13 | Meals - Business  Breakfast at hotel during stay for Nortel depositions in Paris; A. Qureshi; Prince De Gallas Hotel | $19.28 |
| 12/12/13 | Meals - Business  Breakfast at hotel | $42.69 |

| Date | Description | Amount |
|---|---|---|
| | during stay for Nortel depositions in Paris; A. Qureshi; Prince De Galles | |
| 12/12/13 | Meals - Business Breakfast with J. Yecies and C. Doniak at hotel during stay for Nortel depositions in Paris (3 people); A. Qureshi, J. Yecies, C. Doniak; Prince De Galles | $114.28 |
| 12/13/13 | Meals - Business Dinner with J. Yecies and C. Doniak after deposition in Paris re Nortel case (3 people).; A. Qureshi, J. Yecies, C. Doniak; Compt Paul Bert | $120.00 |
| 12/13/13 | Travel - Ground Transportation Taxi cab from hotel to Paris airport after stay for Nortel depositions; Uber | $96.39 |
| 12/16/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: SORKIN JOSEPH LEE TICKET #: 7369150532 DEPARTURE DATE: 12/18/2013 ROUTE: JFK LAX JFK Business Class (> six hours) | $4,993.80 |
| 12/16/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC13-53062500000206 DATE: 12/25/2013 PASSENGER: SORKIN JOSEPH LEE TICKET #: 0615494173 DEPARTURE DATE: 12/18/2013 ROUTE: JFK LAX JFK | $37.00 |
| 12/16/13 | Meals - Business Deposition - (Nortel) Dinner with Ashursts team, A. Qureshi, A. Pearson, A. Croke and S. Law (4 people); A. Qureshi, Ashursts Team; Locanda Locatelli | $240.00 |
| 12/16/13 | Meals - Business Working lunch during deposition in Nortel case; A. Qureshi; Tayyab | $30.88 |
| 12/16/13 | Travel - Lodging (Hotel, Apt, Other) Hotel charge for stay during Nortel depositions in London (1 night); Hotel Stay for Nortel; Andaz Hotel | $589.78 |
| 12/17/13 | Travel - Ground Transportation Taxi cab from Akin's London office to Ashursts office for Nortel depositions; Uber BV Vorden | $19.62 |
| 12/17/13 | Meals - Business In Room dining charge during hotel stay for Nortel depositions in London; A. Qureshi; Andaz Hotel | $39.21 |
| 12/31/13 | Travel - Incidentals - Out-of-Town Travel Currency conversion while in Paris for deposition; Foreign Currency Conversion | $226.45 |
| 01/05/14 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 01001-01001-14; DATE: 1/5/2014 | $3,078.44 |
| 01/06/14 | Duplication - In House Photocopy - User # 990100, NY, 288 page(s) | $28.80 |
| 01/06/14 | Courier Service/Messenger Service- Off Site 12/26/13: Robert Johnson VENDOR: FEDERAL EXPRESS CORP; | $37.37 |

| Date | Description | Amount |
|---|---|---|
| | INVOICE#: 2-517-85741; DATE: 1/6/2014 | |
| 01/07/14 | Travel - Train Fare  Train Fare from NYC to Wilmington for Nortel Hearing.; Amtrak; First class reduced to business. First class reduced to business. | $158.00 |
| 01/07/14 | Travel - Train Fare  Train Fare from Wilmington to NYC after Nortel Hearing; Amtrak;  First class reduced to business. First class reduced to business. | $176.00 |
| 01/07/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1174986 DATE: 1/15/2014  Vendor: Dial Car Voucher #: DLA3973051 Date: 01/07/2014 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3973051 Date: 01/07/2014 Name: David Botter | $131.42 |
| 01/08/14 | Duplication - In House  Photocopy - User # 990100, NY, 320 page(s) | $32.00 |
| 01/08/14 | Computerized Legal Research - Other Quarterly Usage For 10/1-12/31/13 VENDOR: PACER SERVICE CENTER; INVOICE#: AK0001-Q42013; DATE: 1/8/2014 - Account Number: AK0001 | $12.40 |
| 01/08/14 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1625209 DATE: 1/12/2014 Orcel Reginald - Abeca Sushi - 01/08/2014 | $22.00 |
| 01/08/14 | Document Retrieval  Various Courts From 10/1-12/31/13 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q42013; DATE: 1/8/2014 - Account Number: AG0054 | $482.90 |
| 01/09/14 | Travel - Ground Transportation  Cab to attend Nortel meeting at Cleary; Uber | $36.00 |
| 01/09/14 | Meals (100%)  1/8/14 M. Fagen - Joint Telephonic Conference - 5 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800275; DATE: 1/9/2014 - Customer Number: F203380000 | $114.97 |
| 01/09/14 | Meals (100%)  1/9/14 N. Kunen Committee call - 9 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800275; DATE: 1/9/2014 - Customer Number: F203380000 | $172.46 |
| 01/09/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 708891 DATE: 1/17/2014  Vendor: Executive Royal Voucher #: RVNDE341B8 Date: 01/09/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RVNDE341B8 Date: 01/09/2014 Name: | $62.11 |

| Date | Description | Amount |
|---|---|---|
| 01/09/14 | Reginald Orcel<br>Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1175166 DATE: 1/22/2014<br>Vendor: Dial Car Voucher #: DLA3982747 Date: 01/09/2014 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3982747 Date: 01/09/2014 Name: David Botter | $44.67 |
| 01/10/14 | Travel - Ground Transportation Car to attend Nortel meeting at Cleary; Uber | $27.00 |
| 01/10/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 708891 DATE: 1/17/2014<br>Vendor: Executive Royal Voucher #: 471842 Date: 01/10/2014 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 471842 Date: 01/10/2014 Name: Fred Hodara | $28.14 |
| 01/10/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 709148 DATE: 1/24/2014<br>Vendor: Executive Royal Voucher #: RVXEE34119 Date: 01/10/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RVXEE34119 Date: 01/10/2014 Name: Reginald Orcel | $62.11 |
| 01/13/14 | Duplication - In House Photocopy - User # 990100, NY, 1552 page(s) | $155.20 |
| 01/15/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 160637 DATE: 1/19/2014<br>Sorkin Joseph - Fuel Grill & Juice Bar 9th Ave) - 01/15/2014 | $22.55 |
| 01/15/14 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1175617 DATE: 1/29/2014<br>Vendor: Dial Car Voucher #: DLA3988285 Date: 01/15/2014 Name: Oz Halabi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3988285 Date: 01/15/2014 Name: Oz Halabi | $114.91 |
| 01/16/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 160637 DATE: 1/19/2014<br>Orcel Reginald - Shun Lee West - 01/16/2014 | $22.00 |
| 01/16/14 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 160637 DATE: 1/19/2014<br>Wirakesuma Rebecca - 'Leafage - 01/16/2014 | $20.80 |
| 01/16/14 | Meals (100%) 1/16/14 M. Joseph Allocation Litigation Meeting - 6 people VENDOR: RESTAURANT | $91.13 |

| Date | Description | Amount |
|---|---|---|
| | ASSOCIATES; INVOICE#: 2033800276; DATE: 1/16/2014 - Customer Number: F203380000 | |
| 01/16/14 | Meals (100%) 1/16/14 N. Kunen Committee call - 10 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800276; DATE: 1/16/2014 - Customer Number: F203380000 | $172.46 |
| 01/17/14 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 1/17/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.22 |
| 01/17/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E044A DATE: 1/25/2014 TRACKING #: 1Z02E52E4453903449; PICKUP DATE: 01/17/2014; SENDER: Reginald Orcel /KB; RECEIVER: Joyce Austin HOTEL - Alexander Hotel; | $3.69 |
| 01/17/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E034A DATE: 1/18/2014 TRACKING #: 1Z02E52E4453903449; PICKUP DATE: 01/17/2014; SENDER: Reginald Orcel /KB; RECEIVER: Joyce Austin HOTEL - Alexander Hotel; | $60.21 |
| 01/17/14 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E034A DATE: 1/18/2014 TRACKING #: 1Z02E52EPG53394650; PICKUP DATE: 01/17/2014; SENDER: Reginald Orcel /KB; RECEIVER: David Botter - .; | $40.03 |
| 01/18/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 709323 DATE: 1/31/2014 Vendor: Executive Royal Voucher #: RVU6E35198 Date: 01/18/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RVU6E35198 Date: 01/18/2014 Name: Reginald Orcel | $62.11 |
| 01/20/14 | Duplication - In House Photocopy - Yecies, Jacqueline, NY, 885 page(s) | $88.50 |
| 01/20/14 | Courier Service/Messenger Service- Off Site 12/20/13: Late fee for Inv. 0924491107 with a due date of 12/31/13 - Pd by ck.# 363516 on 1/15/14 VENDOR: UPS SUPPLY CHAIN SOLUTIONS; INVOICE#: 929592007; DATE: 1/20/2014 | $24.79 |
| 01/20/14 | Travel - Ground Transportation VENDOR: CORPORATE | $79.93 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                       Page 11
Invoice Number: 1526004                                                                  February 24, 2014

| | | |
|---|---|---|
| | TRANSPORTATION GROUP, LTD INVOICE#: 1020387 DATE: 1/31/2014 Vendor: Corporate Transportation Group, LTD Voucher #: RV08E351C8 Date: 01/20/2014 Name: Ervin Lutchman\|\|Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: RV08E351C8 Date: 01/20/2014 Name: Ervin Lutchman | |
| 01/21/14 | Duplication - In House  Photocopy - User # 990100, NY, 658 page(s) | $65.80 |
| 01/21/14 | Duplication - In House  Photocopy - User # 990100, NY, 2871 page(s) | $287.10 |
| 01/22/14 | Duplication - In House  Photocopy - User # 990100, NY, 2300 page(s) | $230.00 |
| 01/22/14 | Duplication - In House  Photocopy - User # 990100, NY, 260 page(s) | $26.00 |
| 01/22/14 | Duplication - In House  Photocopy - User # 990100, NY, 380 page(s) | $38.00 |
| 01/22/14 | Duplication - In House  Photocopy - User # 990100, NY, 510 page(s) | $51.00 |
| 01/23/14 | Computerized Legal Research - Westlaw User: ORCEL,REGINALD J Date: 1/23/2014 AcctNumber: 1000193694 ConnectTime: 0.0 | $4.66 |
| 01/23/14 | Meals (100%)  1/21/14 A. Gomez Meeting re expert reports - 12 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800277; DATE: 1/23/2014 - Customer Number: F203380000 | $520.00 |
| 01/23/14 | Meals (100%)  1/22/14 M. Joseph Meeting re joint trial protocol (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800277; DATE: 1/23/2014 - Customer Number: F203380000 | $68.21 |
| 01/23/14 | Meals (100%)  1/23/14 N. Kunen Committee call - 6 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800277; DATE: 1/23/2014 - Customer Number: F203380000 | $172.46 |
| 01/23/14 | Meals (100%)  1/23/14 M. Joseph Meeting re expert reports - 5 people VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800277; DATE: 1/23/2014 - Customer Number: F203380000 | $127.93 |
| 01/23/14 | Meals (100%)  1/23/14 R. Wirakesuma Snacks for Committee members reviewing expert reports (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800277; DATE: 1/23/2014 - Customer Number: F203380000 | $176.05 |
| 01/23/14 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH | $67.17 |

|          |                                                                                                                                                                                                                                                                                                                                                                 |           |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          | SERVICES, INC INVOICE#: 709323 DATE: 1/31/2014 Vendor: Executive Royal Voucher #: RVPBE351C8 Date: 01/23/2014 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RVPBE351C8 Date: 01/23/2014 Name: Reginald Orcel                                                                                                                           |           |
| 01/25/14 | Duplication - In House Photocopy - User # 990100, NY, 2943 page(s)                                                                                                                                                                                                                                                                                              | $294.30   |
| 01/25/14 | Duplication - In House Photocopy - User # 990100, NY, 686 page(s)                                                                                                                                                                                                                                                                                               | $68.60    |
| 01/25/14 | Duplication - In House Photocopy - User # 990100, NY, 1908 page(s)                                                                                                                                                                                                                                                                                              | $190.80   |
| 01/25/14 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 1/25/2014 AcctNumber: 1000193694 ConnectTime: 0.0                                                                                                                                                                                                                                                  | $42.24    |
| 01/26/14 | Duplication - In House Photocopy - User # 990100, NY, 5494 page(s)                                                                                                                                                                                                                                                                                              | $549.40   |
| 01/26/14 | Duplication - In House Photocopy - User # 990100, NY, 23842 page(s)                                                                                                                                                                                                                                                                                             | $2,384.20 |
| 01/26/14 | Travel - Ground Transportation VENDOR: CORPORATE TRANSPORTATION GROUP, LTD INVOICE#: 1020387 DATE: 1/31/2014 Vendor: Corporate Transportation Group, LTD Voucher #: RVUEE351D8 Date: 01/26/2014 Name: Ervin Lutchman\|\|Car Service, Vendor: Corporate Transportation Group, LTD Voucher #: RVUEE351D8 Date: 01/26/2014 Name: Ervin Lutchman                     | $87.72    |
| 01/27/14 | Duplication - In House Photocopy - User # 990100, NY, 2004 page(s)                                                                                                                                                                                                                                                                                              | $200.40   |
| 01/27/14 | Duplication - In House Photocopy - User # 990100, NY, 81 page(s)                                                                                                                                                                                                                                                                                                | $8.10     |
| 01/28/14 | Duplication - In House Photocopy - User # 990100, NY, 17 page(s)                                                                                                                                                                                                                                                                                                | $1.70     |
| 01/28/14 | Duplication - In House Photocopy - User # 990100, NY, 52 page(s)                                                                                                                                                                                                                                                                                                | $5.20     |
| 01/28/14 | Duplication - In House Photocopy - User # 990100, NY, 57 page(s)                                                                                                                                                                                                                                                                                                | $5.70     |
| 01/28/14 | Duplication - In House Photocopy - User # 990100, NY, 50 page(s)                                                                                                                                                                                                                                                                                                | $5.00     |
| 01/29/14 | Duplication - In House Photocopy - Orcel, Reginald, NY, 530 page(s)                                                                                                                                                                                                                                                                                             | $53.00    |
| 01/29/14 | Duplication - In House Photocopy - Kim, Sol, NY, 1007 page(s)                                                                                                                                                                                                                                                                                                   | $100.70   |
| 01/29/14 | Duplication - In House Photocopy - Kim, Sol, NY, 252 page(s)                                                                                                                                                                                                                                                                                                    | $25.20    |
| 01/29/14 | Duplication - In House Photocopy - User # 990100, NY, 6 page(s)                                                                                                                                                                                                                                                                                                 | $0.60     |
| 01/29/14 | Duplication - In House Photocopy - User # 990100, NY, 467 page(s)                                                                                                                                                                                                                                                                                               | $46.70    |
| 01/29/14 | Duplication - In House Photocopy - User # 990100, NY, 870 page(s)                                                                                                                                                                                                                                                                                               | $87.00    |
| 01/29/14 | Duplication - In House Photocopy - User                                                                                                                                                                                                                                                                                                                         | $75.00    |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1526004

Page 13  
February 24, 2014

| Date | Description | Amount |
|---|---|---|
| | # 990100, NY, 750 page(s) | |
| 01/29/14 | Duplication - In House Photocopy - User # 990100, NY, 2424 page(s) | $242.40 |
| 01/29/14 | Duplication - In House Photocopy - User # 990100, NY, 882 page(s) | $88.20 |
| 01/29/14 | Duplication - In House Photocopy - User # 990100, NY, 2525 page(s) | $252.50 |
| 01/30/14 | Duplication - In House Photocopy - Kim, Sol, NY, 268 page(s) | $26.80 |
| 01/30/14 | Duplication - In House Photocopy - User # 990100, NY, 660 page(s) | $66.00 |

Current Expenses           $45,038.87