# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 1, 2014 THROUGH JANUARY 31, 2014

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2013 Hourly Billing Rate | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| David H. Botter | Partner for 12 years; Admitted in 1990; Financial Restructuring Department | $1,000 | $1,050 | 154.00 | $161,700.00 |
| Fred S. Hodara | Partner for 25 years; Admitted in 1982; Financial Restructuring Department | $1,100 | $1,150 | 103.55 | $119,082.50 |
| Robert A. Johnson | Partner for 17 years; Admitted in 1988; Litigation Department | $870 | $915 | 169.80 | $155,367.00 |
| Stephen B. Kuhn | Partner for 14 years; Admitted in 1991; Corporate Department | $850 | $895 | 3.40 | $3,043.00 |
| Abid Qureshi | Partner for 6 years; Admitted in 1995; Financial Restructuring Department | $900 | $950 | 118.85 | $112,907.50 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 2001; Litigation Department | $770 | $810 | 187.90 | $152,199.00 |
| Kevin M. Rowe | Senior Counsel for 13 years; Admitted in 1985; Tax Department | $720 | $760 | 72.40 | $55,024.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2003; Corporate Department | $600 | $635 | 16.70 | $10,604.50 |
| Brad M. Kahn | Counsel for 2 years; Admitted in 2008; Financial Restructuring Department | $675 | $715 | 57.00 | $40,755.00 |
| Jacqueline Y. Yecies | Counsel for 1 year; Admitted in 2009; Litigation Department | $580 | $645 | 141.20 | $91,074.00 |
| Christine D. Doniak | Senior Attorney for 4 years; Admitted in 1998; Litigation Department | $565 | $565 | 82.20 | $46,443.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2013 Hourly Billing Rate | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Anne M. Evans | Associate for 1 year; Not Yet Admitted; Litigation Department | $385 | $405 | 160.40 | $64,962.00 |
| Matthew C. Fagen | Associate for 2 years; Not Yet Admitted;[6] Financial Restructuring Department | $450 | $500 | 90.20 | $45,100.00 |
| Oz Halabi | Associate for 2 years; Admitted in 2013; Tax Department | $440 | $510 | 63.70 | $32,487.00 |
| Nicholas P. Stabile | Associate for 4 years; Admitted in 2010; Litigation Department | $485 | $575 | 57.20 | $32,890.00 |
| Carly I. Weinreb | Associate for 1 year; Not Yet Admitted; Litigation Department | $385 | $405 | 13.20 | $5,346.00 |
| Rebecca A. Wirakesuma | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $385 | $405 | 55.10 | $22,315.50 |
| Refugio Acker-Ramirez | Librarian for 4 years | $115 | $125 | 1.60 | $200.00 |
| Brian T. Bevins | Librarian for 20 years | $190 | $200 | 8.80 | $1,760.00 |
| Lok Chau | Legal Assistant for 8 years; Litigation Department | $245 | $260 | 22.90 | $5,954.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $205 | $220 | 78.00 | $17,160.00 |
| Leslie W. Lanphear | Librarian for 18 years | $230 | $245 | 2.90 | $710.50 |
| Lola M. McComb | Librarian for 11 years | $190 | $200 | 11.50 | $2,300.00 |

---

[6] Matthew C. Fagen's bar admission status is pending in the state of New York.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2013 Hourly Billing Rate | 2014 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Reginald Orcel | Legal Assistant for 12 years; Litigation Department | $260 | $275 | 99.60 | $27,390.00 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $285 | $295 | 10.60 | $3,127.00 |

Total Amount of Fees:       $1,209,901.50
Total Number of Hours:      1,782.70
Blended Hourly Rate:        $678.69