## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>) |

### NOTICE OF TWENTIETH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:　　　　　November 1, 2013 through January 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$4,776,002.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$1,584,789.57

This is (a)n: _X_ interim　　_____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November and December 2013 and January 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 1/29/14 Docket No. 12906 | 11/1/13 – 11/30/13 | $2,215,535.00 | $1,069,015.31 | $1,772,428.00 | $1,069,015.31 | $443,107.00 |
| Date Filed: 2/26/14 Docket No. TBD | 12/1/13 – 12/31/13 | $1,350,565.50 | $470,735.39 | Pending Obj deadline $1,080,452.40 | Pending Obj deadline $470,735.39 | $270,113.10 |
| Date Filed: 2/26/14 Docket No. TBD | 1/1/14 – 1/31/14 | $1,209,901.50 | $45,038.87 | Pending Obj deadline $967,921.20 | Pending Obj deadline $45,038.87 | $241,980.30 |
| TOTALS: | | $4,776,002.00 | $1,584,789.57 | $3,820,801.60[3] | $1,584,789.57[4] | $955,200.40 |

Summary of any Objections to Fee Applications: None.

Dated: February 26, 2014
       New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.