# EXHIBIT C

## Claim 8624 Filed by Mr. Gann

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>Case No. of Debtor | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000008624<br><br>THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

FREDDIE GANN
792 BRIDLEWOOD CT.
Chico, CA. 95926
530 893 9558   CISSCO@SBCGLOBAL.NET
Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed:** $ 62202.32

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Nortel Severance Allowance 2012 SPD
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 8075
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
**AUG 01 2013**
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 7-27-2013

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

_/s/ Freddie Gann_    FREDDIE GANN

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Freddie Gann

GLOBAL ID: 0188075

TERMINATION EFFECTIVE DATE: 2012/02/26

BENEFITS END DATE: 2012/02/29

EMPLOYEE STATUS: Full Time: F
Part Time:

CONTINUOUS SERVICE DATE: 1982/03/29

LAST DAY WORKED: 2012/02/26

ENTITY: LTD    DEPT: R103

LOCATION: P79
LOCATION DESCRIPTION: SC100

EMPLOYEE ADDRESS:

792 BRIDLEWOOD CT CHICO CA 95926

SAP ACTION CODE: 84

SAP SEPARATION REASON CODE: 17
SAP SEPARTION REASON DESCRIPTION:
Failure to return LTD

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

**Privacy Act Data**

**FREDDIE GANN**

09/13/2010 8:48 AM
Page 2 of 2

## YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
-----------------------------------------------------------

| | |
|---|---|
| Final Average Earnings (FAE): | $95,132.96 |
| Covered Compensation (CC): | $65,556 |
| Years of Credited Service (CS): | 26 |
| Years of Vesting Service: | 27 |
| Vesting Percentage: | 100% |

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
-----------------------------

(1)  PSP Account Balance at ARD: $337,369.80

(2)  Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD: 133.3800

(3)  PSP Monthly Benefit at ARD as a Straight Life Annuity:
     (1) / (2) = $337,369.80 / 133.3800 = $2,529.39

(4)  Plan's Grandfathered Accrued Monthly Benefit at ARD as a Straight Life Annuity:
     [(1.1% x Smaller of FAE and CC) + 1.5% x (FAE − CC)] x CS / 12 =
     [(.011 x Smaller of $95,132.96 and $65,556) + .015 x ($95,132.96 − $65,556)] x 26 / 12 =
     [(.011 x $65,556) + (.015 x $29,576.96)] x 26 / 12 = $2,523.67

(5)  PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:
     Greater of (3) and (4) =
     Greater of $2,529.39 and $2,523.67 = $2,529.39

(6)  Plan's Adjustment Factor for Joint-and-50% Survivor Annuity: 0.88955

(7)  PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:
     (5) x (6) = $2,529.39 x 0.88955 = $2,250.02





