# EXHIBIT D

## Claim 8556 Filed by Mr. Mariotti

United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

Case 09-10138-MFW Doc 1306

# PROOF OF CLAIM

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)     0000008556

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

William E. Mariotti
146 Carterville Heights Rd.
Wytheville, VA 24382

pattimariotti@yahoo.com

Telephone number: 919-798-4202  Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:     Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim for the same claim herein against the Canadian Debtors in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $76,000

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Nortel Severance Plan (28 yrs @ 123,500)
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0521
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**JUL 19 2013**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 17 July 2013 | William E. Mariotti  /s/ William E. Mariotti |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / ADP INFORMATION

EMPLOYEE NAME: William Mariotti

GLOBAL ID: 0200237

TERMINATION EFFECTIVE DATE: 4/16/2013

BENEFITS END DATE: 4/30/2013

EMPLOYEE STATUS:  Full Time: E
                  Part Time:

CONTINUOUS SERVICE DATE : 03/25/1985

LAST DAY WORKED: 4/16/2013

ENTITY: LTD          DEPT: 8851

LOCATION : 570
LOCATION DESCRIPTION: GWRTP

EMPLOYEE ADDRESS:

146 Carterville Heights, Wytheville, VA 24382

ADP ACTION CODE : TERMINATN

ADP SEPARATION REASON CODE: 17
ADP SEPARTION REASON DESCRIPTION: Failure to return LTD

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

# NORTEL
## United States Benefits Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2013. These selections remain in effect so long as Nortel Networks Inc. continues to provide Benefits in 2013, unless your eligibility changes or you make changes due to Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

**Important Note:** Nortel Networks Inc. may further amend or discontinue its Benefits Plan(s) and the coverage and benefits provided thereunder at any time without prior notice or consent, in accordance with the terms of the plan and subject to applicable law.

*[Handwritten note: Please wave [waive] coverage for 2013. I am paying [signature]]*

| | |
|---|---|
| Name: | William Mariotti |
| Global ID: | 0200237 |
| Date of Birth: | [redacted] |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $123,500.00 |
| Event: | Annual Enrollment |
| Event Date: | 01/01/2013 |
| Prepared On: | 12/01/2012 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 80/60 PPO, Anthem | EE & Spouse | $76.17 | $1,980.42 | $8,436.72 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $22.16 | $576.16 | $1,214.28 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $0.00 | $0.00 | $806.46 |
| **Long-Term Disability** | | | | |
| 55% of Coverage Amount Shown | | $0.00 | $0.00 | $3,705.00 |
| Total Cost of Your After-Tax Selections | | $98.33 | $2,556.58 | $14,162.46 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $0.00 | $0.00 | $193.44 |
| **Optional Employee Life Insurance** | | | |
| 2x BENE Earnings Non-Smoker | $89.26 | $2,320.76 | $0.00 |
| **Dependent Life Insurance - Spouse** | | | |
| $25,000 | $9.03 | $234.78 | $0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $0.00 | $0.00 | $0.00 |
| **Accidental Death & Dismemberment** | | | |
| 4x Benefits Earnings Family | $4.56 | $118.56 | $0.00 |
| Total Cost of Your After-Tax Selections | $102.85 | $2,674.10 | $193.44 |

\* Spousal/Qualified DP access fee will be after tax.

\*\* If an increase was selected for Optional Life and/or Spouse/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.




