## **EXHIBIT E**

**Claim 8185 Filed by Mr. Brand**

# PROOF OF CLAIM

United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000008185

Name of Debtor Against Which Claim is filed: **NORTEL NETWORKS INC**
Case No. of Debtor: **09-10146**

NOTE: This form should not be used to make a claim...

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

RICHARD C. BRAND
281 ADDISON AVE.
PALO ALTO, CA. 94301

Telephone number: —    Email Address: —

Name and address where payment should be sent (if different from above)
(650) 323-7044
MMQOS@EARTHLINK.NET

Telephone number: ___    Email Address: ___

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **322**
(If known)

Filed on: ___

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **40,120**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** _Employment Termination Compensation_
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _N/A_
   3a. Debtor may have scheduled account as: ___
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: ___
   Value of Property: $___    Annual Interest Rate ___%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $___    Basis for perfection: ___
   Amount of Secured Claim: $___    Amount Unsecured: $___

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ **13,340**

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**Date:** 2/10/09
**Signature:** _Richard C. Brand / Richard C. Brand_
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

**FILED / RECEIVED**
**JAN 30 2012**

Case 09-10138-M

**Sender: Complete this section**
1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number
7114 3364 8130 1404 9472

2. Article Addressed to
U.S. Bankruptcy Court
Dist of Columbia
FDR Station Box 5075
NY, NY. 10150-5075

3. Service Type
CERTIFIED MAIL

4. Restricted Delivery? (Extra fee)

PS Form 3811V, March 2005 (PSN: 7530-07-000-0300)

**Complete this section upon Delivery:**

A. Received by (Printed name)
S. SANCHEZ

B. Date of Delivery
2/17/09

C. Signature
☑ Agent
☐ Addressee

D. Is delivery address different from item 2?
If YES, enter delivery address below ☐ Yes ☑ No

Domestic Return Receipt

| HR SHARED SERVICES - U.S. SEVERANCE ELECTION |
|---|
| PROBUSINESS / SAP INFORMATION |

EMPLOYEE NAME: **Richard Brand**

EMPLOYEE NUMBER: **5042759**    SEVERANCE STOP DATE: **2009/04/12**

CONTINUOUS SERVICE DATE: **2000/11/27**    ELIGIBILITY SEVERANCE DATE: **2000/11/27**

SALES COMP EMPLOYEE: ___Yes ___No    If Yes, TTC RATE (ANNUAL $) _____

STATUS F/T: **F** P/T: ___    NOTICE DATE: _____ (if applicable)

TERM EFFECTIVE DATE: **2009/01/18**    SEPARATION REASON: **Work force reduction**

EMPLOYEE ADDRESS:
281 ADDISON AVE
PALO ALTO
CA 94301

Any unused/accrued vacation balance in SAP as of termination date will be paid out in compliance with Company policy.

**SALARY CONTINUATION ENTITLEMENT: 12 WEEKS**

(X) Elect    (___) Decline the payment of my severance allowance

**PAYROLL DEDUCTIONS FOR MEDICAL, DENTAL/VISION/HEARING CARE AND LIFE INSURANCE**

(X) Continue bi-weekly deductions per current payroll stub................**BENEFITS STOP DATE: 2009/04/30**

On **FINAL** severance check, deduct current deductions and the pro-rated portion to cover through the benefits ending date. I understand this amount may change based on annual enrollment or life event status changes which may occur between termination date and benefits end date or to correct deduction amounts which may not be reflected correctly. Depending on the amount of the last severance check, US payroll may have to adjust the next to the last severance check in order to have enough after-tax dollars to pay for the benefits.

*Refer to your current payroll stub for bi-weekly Flex credits and benefits deduction amounts.*

(___) No deductions – continuation of insurance not elected............**BENEFITS STOP DATE: 2009/01/31**

Outstanding dollars Owed (as currently known): Total amount to be deducted $ _37,732.00_ (without prejudice to subsequent revision or other collection methods).

Richard Brand / [signature] / 12/26/08
Employee Name / Employee Signature / Date

NANCY ONEAL / [signature] / 4/17/08
Manager / HR Print Name / Manager/HR Signature / Date

January 25, 2012

U. S. Bankruptcy Court for the District of Delawar
c/o Epiq Bankruptcy Solutions LLC
FDR Station P. O. Box 5075
New York, NY 10150-5075



FILED / RECEIVED

JAN 3 0 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

Subject: Court Claim number 322, GID 5042759

I am in receipt of your undated letter on the subject above and signed by John J. Ray, which includes an attachment 1. That attachment is listed by my claim and referenced by "account number" which appears to be my previous Nortel Networks Global id 5042759. The claim has been amended in two ways from my proof of claim which was received by the Bankruptcy Court and signed by S. Sanchez on Feb. 17, 2009. By this letter I am filing a formal protest response to the new amended claim.

The amendments are as follows and with my response and denial of the validity of these new amendments.

1. Amount of Claim in Attachment 1 now shown as $39,522.70. My Proof of Claim showed the amount owed as $40,120.00 including wages and unpaid benefits due. All justification and backup data for this total amount of $40,120.00 was included with the Feb. 2009 filing and remains relevent. Therefore the $39,522.70 amount is incorrect.
2. The "amount entitled to priority" in Attachment 1 is shown as "N/A". That is incorrect. The Feb. 2009 claim on line 5 listed the amount of claim subject to "Priority" as $13,340.00. As a resident of California and employed by Nortel therein, the priority is based on California Labor Code law Section 200, 201 and 203 which identifies <u>salaries</u> and wages as a priority item in bankruptcy cases.
The Nortel letter of termination (copy attached) was provided to me before Nortel declared bankruptcy and identifies the payments due to myself as "<u>salary</u>". Payments were meant to be made on a biweekly basis continuing on as before the termination.
Therefore my claim for a prioritized amount is valid based on California labor law. A copy of my claim was filed and received by the State of California Division of Labor Standards Enforcement May 20, 2009. They have asked me to come back to them if my claim is disputed.

If you can provide evidence of why you find my response in error you can respond to be at the address on file with my claim.

Attachments

*Richard C. Brand*
Richard C. Brand
Palo Alto, Ca.





From: Brand
251 Addison Ave
Palo Alto, Ca 94301

TO: U.S. Bankruptcy Court
Nortel Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, Box 5075
New York, NY 10150-5075