**Exhibit A**

**Nortel Networks, Inc.**
**Foreign Jurisdiction Tax Assistance**

| Engagement | Comments | Employee | Rank | Transaction Date | Description | Rate | Hours (Invoice) | Fees+Surcharge (Invoice) |
|---|---|---|---|---|---|---|---|---|
| Nortel - 2014 Federal Consulti (17410951) | Foreign Assistance | Wood,Jeffrey T (US013081390) | Executive Director | 1/15/2014 | Correspondence with Allen Stout on data required for penalty and interest waivers in Trinidad and Tobago | $650.00 | 0.2 | $130.00 |
| Nortel - 2014 Federal Consulti (17410951) | Foreign Assistance | Wood,Jeffrey T (US013081390) | Executive Director | 1/21/2014 | Research to locate original VAT registration for NNCI in Trinidad and Tobago and documents to validate reciept of returns and payments by GORT and submission of same to Allen Stout and Cleary. | $650.00 | 2.6 | $1,690.00 |
| | | | | | **Totals** | | **2.8** | **$1,820.00** |

**Nortel Networks, Inc.**
**Modeling**

| Engagement Code | Engagement | Employee | Rank | Transaction Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/6/2014 | Set up contractual templates for TPP allocation analysis. | $ 650.00 | 0.5 | $ 325.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/7/2014 | Review Avaya ASSA to analyze sections relevant to purchase price allocations. | $ 650.00 | 2.2 | $ 1,430.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/7/2014 | Develop purchase price allocation template and populate with ASSA cites for Avaya transaction | $ 650.00 | 1.3 | $ 845.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/7/2014 | Search historic files of Brian Short for transfer tax files and related correspondence with Avaya | $ 650.00 | 1.1 | $ 715.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/7/2014 | Compile 2009 and 2010 tax workpapers supporting NBV and NTV calculations for PP&E and Inventory sold in Avaya transaction. | $ 650.00 | 0.9 | $ 585.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/7/2014 | Review Ericsson ASA documents for contractual language related to purchase price allocations for TPP sold | $ 650.00 | 2.0 | $ 1,300.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/8/2014 | Compile and review and document contractual documents related to the Ericsson transaction for purposes of TPP allocations. | $ 650.00 | 1.0 | $ 650.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/8/2014 | Discuss escrow allocation process steps with Forest Corwin, Deborah Vaughn. | $ 650.00 | 0.3 | $ 195.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/9/2014 | Compile and review and document Ciena Amended and Restated Asset Sale Agreements for allocaton provision and limitations. | $ 650.00 | 0.9 | $ 585.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/9/2014 | Compile and review contractural provision of Radware ASA for allocation provisions for TPP valuation exercise. | $ 650.00 | 0.8 | $ 520.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/9/2014 | Compile and review and document Hitachi ASA and provisions related to TPP allocation. | $ 650.00 | 0.8 | $ 520.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/9/2014 | Review of Ericsson GSM ASA and documentation of allocation provisions | $ 650.00 | 0.7 | $ 455.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/9/2014 | Review of Ericsson GSM-R ASA and documentation of allocation language for TPP | $ 650.00 | 0.8 | $ 520.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/10/2014 | Compile and review and document MSS Pluto contractual documents for contractural language related to purchase price allocations and summarize for entity level allocations. | $ 650.00 | 2.0 | $ 1,300.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/10/2014 | Review Iceburg contractual language and summarize sections related to purchase price allocations for entity level allocation exercise. | $ 650.00 | 1.1 | $ 715.00 |
| 2013 Federal Consulting (16688021) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/10/2014 | Review Optical contractual language and summarize language related to purchase price allocations for entity level split. | $ 650.00 | 1.4 | $ 910.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/13/2014 | Complete review of contact files for TPP entity level allocations | $ 650.00 | 1.1 | $ 715.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/14/2014 | Meet with Gary Storr on IT access to fixed asset disposition details. | $ 650.00 | 0.3 | $ 195.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/14/2014 | Coordinate resouce matters to support allocation analysis and compile and review 2009 and 2010 return workpapers for allocation support. | $ 650.00 | 1.0 | $ 650.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/14/2014 | Meeting with Jane Davidson to access closing docs for Genband transaction and review Genband ASA for allocation specific language | $ 650.00 | 0.7 | $ 455.00 |
| 2014 SALT Consulting (17410976) | Modeling | Scott,James E (US011119307) | Partner | 1/15/2014 | Review of model output to prep for meetings around settlement. | $ 650.00 | 2.1 | $ 1,365.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/15/2014 | Meeting with Jeff Wood, Deborah Vaughn and Forest Corwin to kick off contractual allocation project | $ 565.00 | 1.0 | $ 565.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/15/2014 | Meeting with Sarah Jacks and Matt Gentile to go over details of Contractual Allocations project | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/15/2014 | Meeting with Jeff Wood, Sarah Jacks and Deborah Vaughn to discuss Contractual Allocations Project | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/15/2014 | Worked on Cala Allocations for 2009-2012 for the Contractual Allocations project | $ 200.00 | 6.0 | $ 1,200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/16/2014 | Update discussion with Forest Corwin on contractual obligation analysis | $ 565.00 | 0.2 | $ 113.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/16/2014 | Worked on Altsystems Allocations for 2009-2012 for the Contractual Allocations project | $ 200.00 | 4.0 | $ 800.00 |

| Project | Category | Name | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/16/2014 | Worked on NNI Allocations for 2009-2012 for the Contractual Allocations project | $ 200.00 | 4.0 | $ 800.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/17/2014 | Prepared Contractual Allocations schedule for years 2009-2012 for Diamondware | $ 200.00 | 4.0 | $ 800.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/17/2014 | Updated contractual allocation schedule for NN | $ 200.00 | 4.0 | $ 800.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/20/2014 | Compilation of outside stock basis calculation data including accounting support for NNC subsidiaries from data vault | $ 650.00 | 0.7 | $ 455.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/20/2014 | Discussion with Deborah Vaughn and Forest Corwin regarding disposal detail and break out by deal | $ 565.00 | 0.3 | $ 169.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/20/2014 | Discussion with Deborah Vaughn regarding NNII fixed asset detail - disposals and acquistions | $ 565.00 | 0.3 | $ 169.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed Ciena Divestiture for NNI for Contractual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed Hitachi Seville Divestiture for NNI for Contractual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed CVAS HFS Divestiture for NNI for Contractual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed CDMA LTE Divestiture for NNI for Contractual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed Avaya Divestiture for NNI for Contractual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed Avaya Divestiture for Cala for Contractual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed GSM Divestiture for NNI for Contractual Allocation Schedule | $ 200.00 | 1.5 | $ 300.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/20/2014 | Reviewed Radware Divestiture for Altsystems for Contracual Allocation Schedule | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/21/2014 | Added divestiture tabs for Altsystems for Contractual Allocation project | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/21/2014 | Added divestiture tabs for Cala for Contractual Allocation project | $ 200.00 | 1.5 | $ 300.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/21/2014 | Tied TB numbers for NNI in Onesource to TB numbers in Contractual Allocation Schedule | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/21/2014 | Edited divestiture tabs for Altsystems | $ 200.00 | 3.0 | $ 600.00 |
| BusTaxCompl TY 2013 (17289726) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Review NNAMA 2000 federal 1120 and extract details on schedule Ms and input basis adjustment values into NNAMS outside basis template | $ 650.00 | 0.9 | $ 585.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Review merger documents and purchase accounting materials for acquisition of Altsystems and subsidiaries and input relevant data into outside basis template. | $ 650.00 | 1.3 | $ 845.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Review merger documents and purchase accounting workpapers for the acquisition of Coretek and input relevant data and values into outside basis template. | $ 650.00 | 1.2 | $ 780.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Review merger documents and purchase accounting materials for the 2000 acquisition of XROS and input into outside basis template. | $ 650.00 | 1.3 | $ 845.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Review merger documents and purchase price accounting materials from the acquisition on NNAMS and input Sec. 368 values into template | $ 650.00 | 1.6 | $ 1,040.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Review Architel acquisition documents and purchase accounting entries and incorporate outside consideration values into basis template. | $ 650.00 | 1.4 | $ 910.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Revise outside basis calculation template for NNC subsidiary data input. | $ 650.00 | 1.2 | $ 780.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/22/2014 | Discussion with Forest Corwin on next steps for asset disposal breakout by deal, and searching for additional supporting schedules | $ 565.00 | 0.5 | $ 282.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/22/2014 | Edited divestiture tabs for Cala | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/22/2014 | Tied TB numbers for Cala in Onesource to TB numbers in Contractual Allocation Schedule | $ 200.00 | 3.0 | $ 600.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/22/2014 | Tied TB numbers for Altsystems in Onesource to TB numbers in Contractual Allocation Schedule | $ 200.00 | 3.0 | $ 600.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/22/2014 | Tied TB numbers for NNI in Onesource to TB numbers in Contractual Allocation Schedule | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/23/2014 | Various meetings with EY team on fixed asset escrow and entity level allocation exercise. | $ 650.00 | 1.0 | $ 650.00 |

| Project | Category | Person | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Compiled 2002-2010 NNC information binders per Jeff Wood request. | $ 335.00 | 1.0 | $ 335.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/23/2014 | Contractual allocation meeting with Forest Corwin, Deborah Vaughn and Jeff Wood to discuss preliminary NBV fixed asset rollforward schedules | $ 565.00 | 0.4 | $ 226.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/23/2014 | Allocated Divestiture amounts to NNI by creating a schedule on excel for Contractual Obligation project | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/23/2014 | Created divestiture schedule for Genband, Ericsson, Avaya and Ciena for Contractual Obligation allocations | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/23/2014 | Meeting with Jeff Wood, Deborah Vaughan and Sarah Jacks to go over progress on Contractual Obligation project | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/23/2014 | Prepared NNII Contracual Allocation schedule for 2009-2012 | $ 200.00 | 3.0 | $ 600.00 |
| Nortel-2014 Sales & Use Adviso (17410991) | Modeling | Scott,James E (US011119307) | Partner | 1/24/2014 | Revisit modeling deliverable to stratify the reserve based upon withdrawal activity. | $ 650.00 | 1.1 | $ 715.00 |
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US01254805) | Senior Manager | 1/24/2014 | Discussions with Jim Scott on next round of modeling for state tax holdback | $ 565.00 | 0.4 | $ 226.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/24/2014 | Tied NNI 2007 TB manual journal entries to 2008 TB for Contrual Obligations project | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/24/2014 | Created Allocation Schedule for 2007 and 2008 for NNI for fixed assets for Contractual Obligations project | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/24/2014 | Tied Altsystems 2007 TB manual journal entries to 2008 TB Contrual Obligations project | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/24/2014 | Tied Cala 2007 TB manual journal entries to 2008 TB Contrual Obligations project | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/24/2014 | Tied TB numbers for Altsystems in Onesource to TB numbers in Contractual Allocation Schedule | $ 200.00 | 1.5 | $ 300.00 |
| BusTaxCompl TY 2013 (17289726) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/27/2014 | Follow up on 2013 trial balance | $ 565.00 | 0.4 | $ 226.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/27/2014 | Discussion with Deborah Vaughn and Forest Corwin regarding contractual allocation, walk through fixed asset by year and deal | $ 565.00 | 0.5 | $ 282.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/27/2014 | Discuss inventory information with Forest Corwin | $ 565.00 | 0.5 | $ 282.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/27/2014 | Review report drafted by Jeff Wood | $ 565.00 | 0.5 | $ 282.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/27/2014 | Prepared 2010 Book Disposal Schedule for NNI for Contractual Obligation project | $ 200.00 | 0.5 | $ 100.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/27/2014 | Prepared 2009 Book Disposal Schedule for NN | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/27/2014 | Prepared Disposal breakout for Ordinary Course of Business for NNI for Contractual Obligations Schedule | $ 200.00 | 3.0 | $ 600.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/27/2014 | Prepared Divestiture Disposal Breakout for NNI per tax return for Contractual Obligation schedule | $ 200.00 | 4.0 | $ 800.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/28/2014 | Draft narrative for report on the allocation of escrow distributions to US entities including project scope and background sections. | $ 650.00 | 3.5 | $ 2,275.00 |
| BusTaxCompl TY 2013 (17289726) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/28/2014 | Follow up on adds listing needing updating by 1/31 | $ 565.00 | 0.2 | $ 113.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/28/2014 | Updated book disposal schedule for NNI 2010 | $ 200.00 | 2.5 | $ 500.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/28/2014 | Prepared NNI Fixed asset rollforward allocation Schedule for Contractual Obligation project | $ 200.00 | 1.5 | $ 300.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/28/2014 | Prepared 2011 Book Disposal Schedule for NNI for Contractual Obligation project | $ 200.00 | 2.5 | $ 500.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/28/2014 | Updated 2009 Book Disposal Schedule for NNI | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/29/2014 | Draft report on allocation of escrow distributions to U.S. Debtors including section on Approach and Significant Assumptions and forward to Sarah Jacks for comment and completion. | $ 650.00 | 5.0 | $ 3,250.00 |
| State Nexus Assistance (16458411) | Modeling | Scott,James E (US011119307) | Partner | 1/29/2014 | Meeting with Matt Gentile to determine necessary scope of reserve implications for state considering assumed 2012 recognition event and withdrawal developments since last update, including review of output. | $ 650.00 | 1.6 | $ 1,040.00 |
| BusTaxCompl TY 2013 (17289726) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/29/2014 | Respond to Deborah Vaughn's question on lease restorations | $ 565.00 | 0.8 | $ 452.00 |
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US01254805) | Senior Manager | 1/29/2014 | Prep for and meeting with Jim Scott to determine necessary scope of reserve implications for state considering assumed 2012 recognition event and withdrawal developments since last update, including review of output. | $ 565.00 | 2.1 | $ 1,186.50 |

| Project | Category | Name | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US0125480 | Senior Manager | 1/29/2014 | Discussion with Katie Factor on items to update our research | $ 565.00 | 0.3 | $ 169.50 |
| 2014 SALT Consulting (17410976) | Modeling | Factor,Katie (US013471951) | Senior | 1/29/2014 | Meeting with Matt Gentile regarding State Alternative apporitonment election | $ 335.00 | 0.3 | $ 100.50 |
| 2014 SALT Consulting (17410976) | Modeling | Factor,Katie (US013471951) | Senior | 1/29/2014 | Update state research on equitable or alternative apportionment for: CA, CO, FL, GA, IL, IN, IA | $ 335.00 | 2.5 | $ 837.50 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/29/2014 | Updated disposal breakout for ordinary course of business for NNI | $ 200.00 | 0.5 | $ 100.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/29/2014 | Edited 2009 NNI book disposal schedule | $ 200.00 | 1.5 | $ 300.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/29/2014 | Edited 2010 Book Disposal Schedule for NNI | $ 200.00 | 1.0 | $ 200.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/29/2014 | Edited fixed asset rollforward for NNI | $ 200.00 | 5.0 | $ 1,000.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/30/2014 | Discussions with Deborah Vaughn, Melissa Poormon and Forest Corwin on PP&E and Inventory allocation report. | $ 650.00 | 0.3 | $ 195.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/30/2014 | Outline framework of IP allocation discussion for report on same. | $ 650.00 | 0.8 | $ 520.00 |
| BusTaxCompl TY 2013 (17289726) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/30/2014 | Follow up on access to OneSource account and EY Tax Space migration, and OneSource trouble shoot with Melissa Poormon | $ 565.00 | 0.8 | $ 452.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Jacks,Sarah Butler (US011990278) | Senior Manager | 1/30/2014 | Meet with Forest Corwin to discuss memo and necessary drafting | $ 565.00 | 0.6 | $ 339.00 |
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US0125480 | Senior Manager | 1/30/2014 | Obtain a second PPED reviewer for the modeling work | $ 565.00 | 0.4 | $ 226.00 |
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US0125480 | Senior Manager | 1/30/2014 | Review new California deferred intercompany stock transaction guidance for future modelings | $ 565.00 | 0.5 | $ 282.50 |
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US0125480 | Senior Manager | 1/30/2014 | Review first batch of updated research for state equitable apportionment | $ 565.00 | 0.8 | $ 452.00 |
| 2014 SALT Consulting (17410976) | Modeling | Factor,Katie (US013471951) | Senior | 1/30/2014 | Researching IA Cases for updating Elective/ Alternative Apportionment | $ 335.00 | 0.8 | $ 268.00 |
| 2014 SALT Consulting (17410976) | Modeling | Factor,Katie (US013471951) | Senior | 1/30/2014 | Update state research on equitable or alternative apportionment for: IA, MD, MA, MI, MN, MS, NH | $ 335.00 | 2.0 | $ 670.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/30/2014 | Updated fixed asset rollforward allocation schedule for NN | $ 200.00 | 0.5 | $ 100.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/30/2014 | Prepared Inventory sales breakout schedule for Altsystems for Contractual Obligations | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/30/2014 | Prepared Inventory sales breakout schedule for Cala for Contractual Obligations | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/30/2014 | Prepared Inventory sales breakout schedule for NNI for Contractual Obligations | $ 200.00 | 4.0 | $ 800.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Wood,Jeffrey T (US013081390) | Executive Director | 1/31/2014 | Draft IP section of escrow allocation report and discuss changes to narrative section of TPP deliverable with Forest Corwin. | $ 650.00 | 3.5 | $ 2,275.00 |
| 2014 SALT Consulting (17410976) | Modeling | Gentile,Matthew Donald (US0125480 | Senior Manager | 1/31/2014 | Review final updated research on equitable state apportionment sent by Katie Factor | $ 565.00 | 1.7 | $ 960.50 |
| 2014 SALT Consulting (17410976) | Modeling | Factor,Katie (US013471951) | Senior | 1/31/2014 | Update state research on equitable or alternative apportionment for: NJ, NM, NY, PA, TN, TX, VA | $ 335.00 | 1.0 | $ 335.00 |
| 2014 SALT Consulting (17410976) | Modeling | Factor,Katie (US013471951) | Senior | 1/31/2014 | Discussion with Matt Gentile regarding certain states elective apportionment methods | $ 335.00 | 0.2 | $ 67.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/31/2014 | Updated Escrow Allocation Report for Contractual Allocations | $ 200.00 | 2.0 | $ 400.00 |
| Nortel - 2014 Federal Consulti (17410951) | Modeling | Corwin,Forest (US013197127) | Staff | 1/31/2014 | Added footnotes for Escrow Allocation Report for Contractual Obligations | $ 200.00 | 1.0 | $ 200.00 |
| | | | | | **Totals** | | **173.4** | **$ 62,781.00** |

**Nortel Networks, Inc.**
**DIT**

| Engagement Code | Employee | Rank | Transaction Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 1/2/2014 | Conference call with Anthony Rao on DIT analysis. | $650.00 | 0.3 | $195.00 |
| Project Attr Reduction An - TT (17261181) | Rao,Anthony D. (US010984121) | Executive Director | 1/2/2014 | Discuss the need for a DIT analysis and approach with Becky McCully | $650.00 | 0.6 | $390.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 1/3/2014 | Correspondence and discussions with Anthony Rao, Tim Ross and Cleary on board minutes access and project planning. | $650.00 | 0.9 | $585.00 |
| 2013 Federal Consulting (16688021) | Wood,Jeffrey T (US013081390) | Executive Director | 1/3/2014 | Analysis of included entities for DIT analysis and timeframe required for review. | $650.00 | 0.4 | $260.00 |
| Project Attr Reduction An - TT (17261181) | Rao,Anthony D. (US010984121) | Executive Director | 1/3/2014 | Explain to Paula Vitelli and Andrew Sageser how to uncover DIT's in tax returns. | $650.00 | 0.5 | $325.00 |
| Project Attr Reduction An - TT (17261181) | Sageser,Andrew Lyle (US013153402) | Senior | 1/6/2014 | Assembled potential deferred intercompany transfer tax return pages for Anthony Rao | $335.00 | 0.2 | $67.00 |
| Project Attr Reduction An - TT (17261181) | Rao,Anthony D. (US010984121) | Executive Director | 1/7/2014 | Review work performed by staff on the discovery of DIT analysis. | $650.00 | 2.2 | $1,430.00 |
| Project Attr Reduction An - TT (17261181) | Vitelli,Paula Theresa (US013029150) | Senior | 1/9/2014 | Review of Form 851 for years 1980-2001 to determine if any corporate entity in the consolidated group was involved in a deferred intercompany transaction | $335.00 | 4.0 | $1,340.00 |
| Project Attr Reduction An - TT (17261181) | Vitelli,Paula Theresa (US013029150) | Senior | 1/10/2014 | Continued review of Form 851 for years 2002-2011 | $335.00 | 1.7 | $569.50 |
| Nortel - 2014 Federal Consulti (17410951) | Wood,Jeffrey T (US013081390) | Executive Director | 1/16/2014 | TAS update call with Anthony Rao on DIT project | $650.00 | 0.5 | $325.00 |
| Nortel - 2014 Federal Consulti (17410951) | Wood,Jeffrey T (US013081390) | Executive Director | 1/23/2014 | Correspondence with Louis Lippner (Cleary) on DIT data sources. | $650.00 | 0.2 | $130.00 |
| | | | | **Totals** | | **11.5** | **$5,616.50** |

**Nortel Networks, Inc.**
**Employment Tax**

| Engagement Code | Engagement | Employee | Rank | Transaction Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|---|
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/21/2014 | Phase I - state research matrix review (2014 state statute changes) | $465.00 | 2.4 | $1,116.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/22/2014 | Met with Jessica Heroy to discuss finalizing state by state matrix for payment of claims earned in one state and paid in a different state. | $650.00 | 1.5 | $975.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/23/2014 | Review of 2014 50 state matrix of changes to state requirements for severance claims made to former employees that earned wages in one state and now reside in a different one than where the wages were originally earned now that severance is being paid out. | $650.00 | 2.0 | $1,300.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/23/2014 | Review of resident states modifications where Nortel has nexus but severance wages were earned in a different state than where they are being paid and the withholding requirements. | $650.00 | 1.2 | $780.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/24/2014 | Discussion and review of issues with Jessica Heroy on impact of company Nexus on payment of claims earned in one state and paid to a resident in another state. | $650.00 | 1.8 | $1,170.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/24/2014 | Phase II - state research matrix review (2014 state statute changes) | $465.00 | 5.2 | $2,418.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/27/2014 | Research review of the following states for State matrix for bankruptcy claims for wages earned in a state and paid in another where there is no nexus: AL, AZ, AR, CA, CO, CT, DE | $650.00 | 2.0 | $1,300.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/27/2014 | Review of final state statute changes and approach with Kristie Lowery | $465.00 | 4.0 | $1,860.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/27/2014 | Continued state sourcing for backup purposes | $465.00 | 0.2 | $93.00 |
| 2014 SALT Consulting (17410976) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/28/2014 | Research and review of 2014 matrix for bankruptcy claims for wages earned in one state and paid in another state without nexus for the following states: DE, DC, GA, HI, ID, IL IN, IA, KS | $650.00 | 3.5 | $2,275.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/29/2014 | Preparation of final formal memo document | $465.00 | 4.0 | $1,860.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/30/2014 | Preparation of all backup materials for preservation in tax file | $465.00 | 2.5 | $1,162.50 |
| Employment Tax Account Closure (17264066) | Employment Tax | Lowery,Kristie L (US011686190) | Partner | 1/31/2014 | State payout matrix research and review for 2014 for KY, LA, ME, MD, MA, and MI | $650.00 | 2.1 | $1,365.00 |
| Employment Tax Account Closure (17264066) | Employment Tax | Heroy,Jessica R (US012652524) | Manager | 1/31/2014 | Review and approve state memo | $465.00 | 3.0 | $1,395.00 |
| | | | | | **Totals** | | 35.4 | $19,069.50 |

**Nortel Networks, Inc.**
**IRS Ruling**

| Engagement Code | Engagement | Employee | Rank | Transaction Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|---|
| IRS Ruling Request (17178601) | IRS Ruling Request | Liu,Lindsay L (US012473419) | Manager | 1/2/2014 | Reviewed Amy Sargent's additional changes to 1.166-9 Technical Discussion. | $465.00 | 1.0 | $465.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/2/2014 | Reviewing and revising Treas. Reg. 1.166-9 discussion related in interplay with economic performance rules. | $700.00 | 3.2 | $2,240.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/3/2014 | Discussions with Glenn Carrington on revised draft of guarantor bad debt deduction technical analysis. | $700.00 | 1.2 | $840.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/3/2014 | Begin to revise draft to incorporate Glenn Carrington's comments and discussion of additional authorities. | $700.00 | 2.6 | $1,820.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/3/2014 | Review authorities addressing what constitutes 'payment' for purposes of Treas. Reg. 1.166-9. | $700.00 | 1.2 | $840.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/6/2014 | Drafting IRS document | $700.00 | 4.0 | $2,800.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/6/2014 | Continue work on revising draft to incorporate Glenn Carrington's most recent comments. | $700.00 | 3.2 | $2,240.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/6/2014 | Discussions with Glenn Carrington on comments on most recent draft of technical discussions. | $700.00 | 1.0 | $700.00 |
| 2013 Federal Consulting (16688021) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/7/2014 | Review of ruling request factual summary | $650.00 | 2.0 | $1,300.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Apostolides,Andreas (US013283564) | Senior | 1/7/2014 | Proofread interim version of the technical analysis, and integrated this document with the facts section for CGSH review | $335.00 | 3.0 | $1,005.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/7/2014 | Drafting IRS Ruling Request for IRS Submission - Disposition of Assets section | $700.00 | 1.0 | $700.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/7/2014 | Call with Amy Sargent to discuss changes to facts section of the IRS Submission | $700.00 | 1.0 | $700.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Liu,Lindsay L (US012473419) | Manager | 1/7/2014 | Reviewed latest draft of Ruling Request; edited for typos, citations, etc. | $465.00 | 2.0 | $930.00 |
| 2013 Federal Consulting (16688021) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/8/2014 | Status determination of ruling request between EY and Cleary | $650.00 | 1.0 | $650.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/8/2014 | Review and revisions to Facts section of the Ruling | $700.00 | 6.0 | $4,200.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/8/2014 | Discussions with Amy Sargent on the revisions to the Fact section of the Ruling | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/8/2014 | Discussions with Glenn Carrington regarding section 1.166-9 analysis, including the 'for the benefit of'' analysis. | $700.00 | 0.5 | $350.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/8/2014 | Review and revise discussion to incorporate Glenn Carrington's comments. | $700.00 | 2.5 | $1,750.00 |

| Matter | Category | Professional | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 2013 Federal Consulting (16688021) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/9/2014 | Review of draft ruling request submission document distributed by Glenn Carrington for preliminary discussion with Richard Lydecker | $650.00 | 3.0 | $1,950.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Apostolides,Andreas (US013283564) | Senior | 1/9/2014 | Formatted entire document of ruling request for consistency and implemented partners' comments for rewriting of certain paragraphs | $335.00 | 5.0 | $1,675.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/9/2014 | Review and revisions to the representation section of ruling | $700.00 | 3.0 | $2,100.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/9/2014 | Discussions with Amy Sargent on the changes made to the representation section of ruling | $700.00 | 1.0 | $700.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/9/2014 | Discussions with Glenn Carrington. | $700.00 | 0.4 | $280.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/9/2014 | Review and revise ruling request per Glenn Carrington's comments. | $700.00 | 1.5 | $1,050.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/9/2014 | Review draft of ruling request | $650.00 | 1.0 | $650.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/10/2014 | Review ruling and summarize comments for National team discussions. | $650.00 | 1.4 | $910.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/13/2014 | Complete review of ruling request. | $650.00 | 2.2 | $1,430.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/13/2014 | Review prior technical advice rendered to Nortel on guarantee deductions in conjunction with review of ruling request | $650.00 | 1.8 | $1,170.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/14/2014 | Correspondence with Cleary and EY National on status of ruling request | $650.00 | 0.3 | $195.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/15/2014 | Review ruling request technical analysis | $650.00 | 4.0 | $2,600.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/20/2014 | Review structural details associated with PLR 201208036 related to the formation and funding of DOF | $650.00 | 1.1 | $715.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/20/2014 | Draft implementation outline and discussion document outlining steps related to DOF estabishment and funding | $650.00 | 2.3 | $1,495.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/20/2014 | Outline draft journal entries, tax adjustments and tax filing position for NNI, related subsidiaries and DOF associated with formation, funding and wind-up. | $650.00 | 1.7 | $1,105.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/20/2014 | Outline mechanics and finalize algorithm to calculate DOF funding amount | $650.00 | 0.5 | $325.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/20/2014 | Review of factual memo and technical memo for PLR | $650.00 | 4.0 | $2,600.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/21/2014 | Research on issues related to debt characterization pursant to Reg. Sec. -9(b)(2)(ii). Correspondence on same with Cleary and EY team. | $650.00 | 0.4 | $260.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/21/2014 | Conference call with Cleary and EY team on ruling request. | $650.00 | 1.0 | $650.00 |

| Matter | Category | Timekeeper | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/21/2014 | Review of draft ruling request and implementation outline in preparation for conference call. | $650.00 | 1.0 | $650.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/21/2014 | Pre-meeting discussions with Doug Abbott. | $650.00 | 0.5 | $325.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Scott,James E (US011119307) | Partner | 1/21/2014 | Federal ruling discussion Amy Sargent, Cleary, Doug Abbott, Jeff Wood; due review. | $650.00 | 1.4 | $910.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/21/2014 | Conference call with EY team and Cleary (Bill McCrae and Corey Goodman) to discuss draft of ruling request and other issues. | $700.00 | 0.8 | $560.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/21/2014 | Discussions with Glenn Carrington regarding discussions with Cleary. | $700.00 | 0.4 | $280.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/21/2014 | Review Jeff Wood analysis and agenda | $650.00 | 2.0 | $1,300.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/21/2014 | Call with Cleary on PLR | $650.00 | 1.0 | $650.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/22/2014 | Call with Glenn Carrington, William McRae and Corey Goodman, and follow-up meeting administration related to draft ruling request. Technical research on 468B regulations in preparation for pending meetings. | $650.00 | 0.7 | $455.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/22/2014 | Calls with Jeff Wood, William McRae and Corey Goodman to discuss IRS filing. | $700.00 | 1.0 | $700.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/22/2014 | Review of draft of Executive summary | $700.00 | 1.0 | $700.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/22/2014 | Begin review of IRS submission - law and analysis | $700.00 | 1.0 | $700.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/23/2014 | Review EY ruling request for implications associated with transfer timing, contingent contributions in fractional interests assignment and conflicting claims. | $650.00 | 2.2 | $1,430.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/23/2014 | Review Cleary mark-up of EY draft ruling request in preparation for conference call on same. | $650.00 | 1.0 | $650.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/23/2014 | Conference call with Glenn Carrington, Amy Sargent and Cleary on ruling request document. | $650.00 | 0.6 | $390.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Scott,James E (US011119307) | Partner | 1/23/2014 | IRS ruling conference call with Cleary, Glenn Carrington, Jeff Wood and follow-up with Doug Abbott. | $650.00 | 1.4 | $910.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/23/2014 | Conference call with EY team and Cleary to discuss revised draft and next steps. | $700.00 | 0.4 | $280.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/23/2014 | Review revised draft of technical discusison provided by Cleary. | $700.00 | 1.2 | $840.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/23/2014 | Complete review of IRS submission - law and analysis | $700.00 | 2.0 | $1,400.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Scott,James E (US011119307) | Partner | 1/24/2014 | Doc review for ruling submission. | $650.00 | 1.3 | $845.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/24/2014 | Review Cleary's comments on the draft ruling request. | $700.00 | 1.2 | $840.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/24/2014 | Discussions with Glenn Carrington on draft of ruling request. | $700.00 | 0.4 | $280.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/24/2014 | Review of Cleary Changes to IRS Submission document | $700.00 | 3.0 | $2,100.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/26/2014 | Additional revisions to Facts section of ruling | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/26/2014 | Discussions with Amy Sargent on additional changes to Facts section of ruling | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/26/2014 | Additional revisions to Representation section of the ruling | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/26/2014 | Discussions with Amy Sargent on additional changes to Representation section of the ruling | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/27/2014 | Review and provide mark-up comments on ruling request to EY National to reflect case developments. | $650.00 | 1.8 | $1,170.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/27/2014 | Discussions with Glenn Carrington regarding Cleary's revised draft of technical discussion. | $700.00 | 0.8 | $560.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/27/2014 | Revise Cleary draft to incorporate Glenn Carrington's comments. | $700.00 | 2.8 | $1,960.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/27/2014 | Review and revision of Analysis section | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/28/2014 | Work on revising memo to reflect comments as discussed on call with Cleary. | $700.00 | 2.8 | $1,960.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/28/2014 | Discussions with Glenn Carrington on edits to draft ruling request. | $700.00 | 0.2 | $140.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/28/2014 | Conference call with Cleary to discuss edits to draft technical discussion in ruling request. | $700.00 | 0.4 | $280.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/28/2014 | Discussions with Amy Sargent on changes to Analysis section | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Apostolides,Andreas (US013283564) | Senior | 1/28/2014 | Nortel---Combined facts and technical discussion sections incorporating CGSH's comments on technical | $335.00 | 3.0 | $1,005.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/28/2014 | Review Cleary comments on Glenn Carrington PLR completed draft and comments | $650.00 | 2.0 | $1,300.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/29/2014 | Research and correspondence with National Tax on ruling request | $650.00 | 0.7 | $455.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/29/2014 | Review draft ruling request, incorporate changes and forward revised draft to Richard Lydecker. | $650.00 | 1.8 | $1,170.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/29/2014 | Discussions with Andreas Apostolides on finalizing ruling request. | $700.00 | 0.4 | $280.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/29/2014 | Review full draft of ruling request with technical discussion and facts. | $700.00 | 1.6 | $1,120.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/29/2014 | Incorporate Glenn Carrington's final comments on technical analysis. | $700.00 | 0.6 | $420.00 |

| Matter | Category | Timekeeper | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/29/2014 | Final edits to Fact section | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/29/2014 | Discussion with Amy Sargent on final edits to Fact section | $700.00 | 1.0 | $700.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/29/2014 | HR review and comments on revised draft inclusive of Cleary changes and discussion of sentence redaction for tax filing positions | $650.00 | 4.0 | $2,600.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/30/2014 | Discussions and follow-up with Melissa Poormon and Tim Ross related to filing fee for Ruling request | $650.00 | 0.3 | $195.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Wood,Jeffrey T (US013081390) | Executive Director | 1/30/2014 | Correspondence with Cleary and EY National related to changes to draft ruling request. | $650.00 | 0.3 | $195.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/30/2014 | Revise PLR to delete footnote 11 and accompanying text. | $700.00 | 0.4 | $280.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Sargent,Amy Johannah (US012292473) | National Executive Director | 1/30/2014 | Discussions with Glenn Carrington about footnote. | $700.00 | 0.6 | $420.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/30/2014 | Final edits to Representation section | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/30/2014 | Discussions with Amy Sargent on final edits to Representation section | $700.00 | 1.0 | $700.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Abbott,Douglas J. (US012013835) | Partner | 1/30/2014 | Review IRC 166 Reg language and citation - check on DOF item | $650.00 | 3.5 | $2,275.00 |
| Nortel - 2014 Federal Consulti (17410951) | IRS Ruling Request | Mesler,Mark S. (US011706071) | Partner | 1/31/2014 | Reviewed draft private letter ruling relief. | $650.00 | 1.0 | $650.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/31/2014 | Review and additional edits to Analysis section | $700.00 | 2.0 | $1,400.00 |
| IRS Ruling Request (17178601) | IRS Ruling Request | Carrington,Glenn (US012244587) | National Partner | 1/31/2014 | Discussions with Amy Sargent on the additional changes to Analysis section | $700.00 | 1.0 | $700.00 |
| | | | | | **Totals** | | **149.5** | **$97,120.00** |

**Nortel Networks, Inc.**
**State Withdrawal**

| Engagement Code | Employee | Rank | Transaction | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/3/2014 | Search online AZ website for information on newspaper list for publishing withdrawal. | $335.00 | 1.8 | $603.00 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/3/2014 | Prepared NYS-NTII Surrender doc fee and mailing for MD - NNI, NTII and Altsystems package. | $335.00 | 0.7 | $234.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/7/2014 | Prepared MT-NNI withdrawal form and check request. | $335.00 | 0.7 | $234.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/7/2014 | Review guidance from Katie on what to prepare for AZ publication for newspaper. | $335.00 | 0.3 | $100.50 |
| 2013 SALT Consulting (16688041) | Shiffrin,Stephen B (US012148808) | Senior Manager | 1/7/2014 | Respond to email from Kata Jurcic regarding publication of notice of dissolution in Arizona newpaper with researched sample. | $565.00 | 0.7 | $395.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/8/2014 | Prepared newspaper detail for AZ for NNI and NTII and sent to Katie Factor and Kata Byrd for review. | $335.00 | 1.0 | $335.00 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/8/2014 | Updated MD clearance documents | $335.00 | 0.5 | $167.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/8/2014 | Prepared correspondence with Kim Ponder on 3 clearance certificate check requests | $335.00 | 0.5 | $167.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/8/2014 | Researched FL process for applying for tax clearance | $335.00 | 2.0 | $670.00 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/8/2014 | Called NC regarding rejection notices for NNI and NTII | $335.00 | 0.5 | $167.50 |
| Employment Tax Account Closure (172... | Lowery,Kristie L (US011686190) | Partner | 1/8/2014 | Follow up on state forms for Kim Ponder for closing withholding and unemployment tax accounts. | $650.00 | 1.0 | $650.00 |
| 2013 SALT Consulting (16688041) | Jurcic,Kata (US012692348) | Manager | 1/9/2014 | Review AZ newspaper filings and emailing state desk | $465.00 | 0.3 | $139.50 |
| 2013 SALT Consulting (16688041) | Scott,James E (US011119307) | Partner | 1/9/2014 | Withdrawal and clearance review from Matt Gentile for Lydecker update. | $650.00 | 0.6 | $390.00 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/9/2014 | Prepared Certificate of Good Standing and check requests for NNI, CALA, NTII and Qtera for the State of Florida. | $335.00 | 2.3 | $770.50 |
| 2013 SALT Consulting (16688041) | Factor,Katie (US013471951) | Senior | 1/9/2014 | Research Florida clearance process | $335.00 | 0.5 | $167.50 |
| 2013 SALT Consulting (16688041) | Factor,Katie (US013471951) | Senior | 1/10/2014 | Helping prepare and review AZ Newspaper posting for Dissolution | $335.00 | 1.0 | $335.00 |
| State Nexus Assistance (16458411) | Gentile,Matthew Donald (US01254805... | Senior Manager | 1/10/2014 | Review overall withdrawal and clearance status | $565.00 | 1.0 | $565.00 |
| 2013 SALT Consulting (16688041) | Gentile,Matthew Donald (US01254805... | Senior Manager | 1/10/2014 | Prepare state withdrawals/notices/clearances information for Jim Scott and Jeff Wood for weekly call with Richard Lydecker | $565.00 | 0.3 | $169.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/10/2014 | Review and follow-up on team schedule of outstanding clearance items | $335.00 | 0.3 | $100.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/10/2014 | Called AZ state regarding newspaper publishing of withdrawal, and prepared correspondence on findings for Katie Factor | $335.00 | 1.0 | $335.00 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/10/2014 | Called AZ Record Reporter regarding newspaper publishing of withdrawal, and prepared correspondence on findings for Katie Factor | $335.00 | 1.0 | $335.00 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/10/2014 | Prepared response to NC notice on NNI and NTII Annual Report | $335.00 | 0.5 | $167.50 |
| 2013 SALT Consulting (16688041) | Poormon,Melissa (US013102225) | Senior | 1/10/2014 | Prepared letter with supporting documents to AZ regarding withdrawal | $335.00 | 0.5 | $167.50 |
| 2014 SALT Consulting (17410976) | Gentile,Matthew Donald (US01254805... | Senior Manager | 1/14/2014 | Call LA, MA, VA and SC to follow-up on status of clearances and withdrawals | $565.00 | 1.1 | $621.50 |
| 2014 SALT Consulting (17410976) | Joseph,Steven Edward (US01341413... | Staff | 1/15/2014 | Updating SC POA with additional names and clearing review notes | $200.00 | 0.5 | $100.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/20/2014 | Prepared UT-HPOCS clearance package. | $335.00 | 0.8 | $268.00 |

| Matter | Professional | Title | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| State Nexus Assistance (16458411) | Gentile,Matthew Donald (US01254805 | Senior Manager | 1/20/2014 | Send out next steps for withdrawal to Katie Factor and Kata Jurcic | $565.00 | 0.4 | $226.00 |
| 2014 SALT Consulting (17410976) | Gentile,Matthew Donald (US01254805 | Senior Manager | 1/20/2014 | Discussion with Kim Ponder on South Carolina clearance status | $565.00 | 0.5 | $282.50 |
| Employment Tax Account Closure (172 | Doyle,Kaitlin Frances (US013466308) | Staff | 1/20/2014 | Prepared for data retention the Nortel memo supporting research for states regarding withholding requirements per Kristie Lowery's request. | $200.00 | 0.5 | $100.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/22/2014 | Started preparing OH-NNI Dissolution Surrender application. | $335.00 | 0.9 | $301.50 |
| 2014 SALT Consulting (17410976) | Gentile,Matthew Donald (US01254805 | Senior Manager | 1/22/2014 | Call with Kata Jurcic to discuss current status of state responses | $565.00 | 0.4 | $226.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Finished preparing OH Dissolution of Surrender, and sent to Matt Gentile and Kata Byrd for review. | $335.00 | 1.0 | $335.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Verified OH last return filed by researching prior year returns. | $335.00 | 1.0 | $335.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Prepared new SC-NNI tax clearance package | $335.00 | 1.0 | $335.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Prepared response to TX notice on CALA Annual Report | $335.00 | 1.0 | $335.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Prepared AZ tax clearance package for NNI and NTII | $335.00 | 0.4 | $134.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/23/2014 | Prepared for data retention NTII-PA withdrawal certificate and NNI-TN Certificate of Registration | $335.00 | 0.4 | $134.00 |
| Employment Tax Account Closure (172 | Hinson,Rebecca (US013300310) | Staff | 1/23/2014 | Review email update from Kim Ponder | $200.00 | 0.2 | $40.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/24/2014 | Prepared correspondence to Kim Ponder regarding status of 2 tax clearances | $335.00 | 0.8 | $268.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/24/2014 | Prepared for data retention AZ NNI and NTII publication letter for withdrawal and TN-NNI letter of no tax due | $335.00 | 1.0 | $335.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/24/2014 | Researched and called State of PA regarding withdrawal process | $335.00 | 2.0 | $670.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/24/2014 | Prepared PA-NTII Application for Termination of Authority | $335.00 | 1.0 | $335.00 |
| State Nexus Assistance (16458411) | Gentile,Matthew Donald (US01254805 | Senior Manager | 1/24/2014 | Review Ohio clearance form for NNI | $565.00 | 0.5 | $282.50 |
| State Nexus Assistance (16458411) | Byrd,Kata (US012692348) | Manager | 1/24/2014 | Review OH clearance forms | $465.00 | 0.3 | $139.50 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/27/2014 | Research PA-NTII historical information related to CT Corp | $335.00 | 0.5 | $167.50 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/27/2014 | Prepared correspondence to Kim Ponder regarding withholding question for NTII and Altsystems for state of VA | $335.00 | 0.5 | $167.50 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/27/2014 | Prepared withholding question findings for correspondence with Katie Factor | $335.00 | 0.3 | $100.50 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/27/2014 | Updated NI-OH dissolution application and supporting materials | $335.00 | 1.0 | $335.00 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/28/2014 | Follow-up with Kata Jurcic on OH-package. | $335.00 | 0.7 | $234.50 |
| 2014 SALT Consulting (17410976) | Poormon,Melissa (US013102225) | Senior | 1/28/2014 | Follow-up with Katie Factor on VA-POA's | $335.00 | 0.6 | $201.00 |
| State Nexus Assistance (16458411) | Byrd,Kata (US012692348) | Manager | 1/28/2014 | Review OH letters and forms and process for completing withdrawal | $465.00 | 1.1 | $511.50 |
| State Nexus Assistance (16458411) | Gentile,Matthew Donald (US01254805 | Senior Manager | 1/29/2014 | Review Ohio forms and send review comments to Kata Jurcic | $565.00 | 0.6 | $339.00 |
| State Nexus Assistance (16458411) | Byrd,Kata (US012692348) | Manager | 1/29/2014 | Discuss OH clearances with Matt Gentile and follow-up with Melissa Poormon to assemble package | $465.00 | 0.7 | $325.50 |
| State Nexus Assistance (16458411) | Gentile,Matthew Donald (US01254805 | Senior Manager | 1/31/2014 | Review additional withdrawal forms | $565.00 | 0.5 | $282.50 |
| Employment Tax Account Closure (172 | Doyle,Kaitlin Frances (US013466308) | Staff | 1/31/2014 | Follow up calls on account closures for NC, VA, RI, and City of Detroit | $200.00 | 1.2 | $240.00 |
| | | | | **Totals** | | 42.4 | $16,076.00 |