IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) |
| | ) RE: : D.I. 12919 |

**LIMITED RESPONSE TO OMNIBUS OBJECTION TO CLAIMS DEBTORS THITY-FIFTH OMNIBUS OBJECTION (SUBSTANTAIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C $ 502, FED.R. BANKR.P. 3007 AND DEL. L.R. 3007-1 (NO-BASIS RETIREE CLAIMS, NO-BASIS LONG TERM DISABILITY CLAIMS, NO-BASIS CLAIMS, MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS, REDUNDANT CLAIMS, AMENDED OR SUPERSEDED CLAIMS, NO-BASIS 503(B)(9) CLAIMS AND NO BASIS PENSION CLAIMS).**

I, Daniel D. David, an ex-Nortel Employee of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits response to **D.I. 12919**.

1. *First of all The Debtors did not present details of why Mr. David's **claim # 8301 is** being disallowed.*

2. *The Debtor has not produced any evidence of payment for Vacation Pay.*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. In Mr. David's further research through his twenty three years of documents related to his Employment and Contract with the Debtors' is as follows:

    A. Mr. David went on STD (**Short Term Disability**) leave 3/6/2000.

    B. Vacation balance 29.3 days as of 3/6/2000 (see **Exhibit A**)

    C. End of STD 9/6/2000.

    D. Vacation ending balance 36.8 days. (see **Exhibit A**) and start of LTD (long Term Disability) **Exhibit E**.

    E. The Employee vacation 2000 Document [**Exhibit A**] which was provided to Mr. David by Nancy Riddle – HR Manager on the start of his STD.

    F. Nortel – HR document (**Exhibit A**) which shows a total of 36.8 vacation days Nortel or The Debtor paid STD payment through 8/25/2000 [**Exhibit B**] plus 2.5 sick days which gives a balance of 39.3 days.

    G. Nortel / Debtor paid Two weeks or 10 days of Vacation pay in pay period 9/8/2000 [see **Exhibit C**].

    H. Please read **Exhibit D** regarding when Vacation days are to be paid and how vacation / sick pay is accumulated.

    Hence, Nortel Networks / Debtors' owe a balance of 29.3 days vacation pay as stated in Mr. David's **Claim # 8301**.

- Date: 2/17/2014

Daniel D. David
2105 possum trot rd
Wake Forest, NC 27587
Ph: 919-554-9291

*Appearing Pro Se*