**Exhibit A**

**Employee Vacation 2000**

Name: Dan David
Home Phone #: 800-0000
Global ID #: 0903957
Date of Hire: ##

| 2000 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Beg Balance | Days Taken | Add'l Vacation | Balance | Years of Service* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28.3 | 2.0 | 1.250 | 28.0 | 17 |
| FEB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28.0 | 0.0 | 1.250 | 29.3 | 17 |
| MAR | | | | | | | | | | 10 10 | | | | | | | | | | | | | | | | | | | | | | 29.3 | 0.0 | 1.250 | 30.5 | 17 |
| APR | | | | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30.5 | 0.0 | 1.250 | 31.8 | 17 |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | H | | | 31.8 | 0.0 | 1.250 | 33.0 | 17 |
| JUN | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | 33.0 | 0.0 | 1.250 | 34.3 | 17 |
| JUL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 34.3 | 0.0 | 1.250 | 35.5 | 17 |
| AUG | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | 35.5 | 0.0 | 1.250 | 36.8 | 17 |
| SEP | | | | | | | | | | | | | | | | | | | | | | | | H | | | | | | | | 36.8 | 0.0 | 1.250 | 38.0 | 17 |
| OCT | | | | | | | | | | | | | | | | | | | | | | | H | | | | | | | | | 38.0 | 0.0 | 1.250 | 39.3 | 17 |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | H | H | H | H | | | 39.3 | 0.0 | 1.250 | 40.5 | 17 |
| DEC | | | | | | | | | | | | | | | | | | | | | | | | | H | H | H | H | | | | 40.5 | 0.0 | 1.250 | 41.8 | 17 |

*Holiday & Vacation web site:*
*Add in your Personal Floating Holiday.*
Update your Years of Service*