# Exhibit B

| CO | FILE | DEPT | CLOCK | VCHR NO 4326 |
|---|---|---|---|---|
| DED | 526073 | 001374 | | 0000342875 1 |

## N☏RTEL
### NETWORKS
0000099  99

200 ATHENS WAY, DEPT. 8417
NASHVILLE, TN 37228-1397

## Earnings Statement

ADP

Period Ending: 08/25/2000
Pay Date: 08/25/2000

Social Security Number: ###-##-3678
Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 8
  NC: 0

DANIEL D DAVID
2105 POSSUM TROT RD
WAKE FOREST, NC 27587-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Flex Credits | | | 20.79 | 353.43 |
| Std @ 90% | 41.3413 | 80.00 | 2,976.57 | |
| Regular | | | | 19,207.30 |
| Overtime | | | | 3,378.75 |
| On Call Pay | | | | 2,820.00 |
| Pride Award | | | | 1,000.00 |
| Y2K Incentive | | | | 3,180.00 |
| **Gross Pay** | | | **$2,997.36** | 63,078.63 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,503.28

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.28 | 38.76 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -305.13 | 8,483.86 |
| Social Security Tax | | -183.03 | 3,863.11 |
| Medicare Tax | | -42.81 | 903.47 |
| NC State Income Tax | | -162.86 | 3,575.45 |
| **Other** | | | |
| Ad&D | | -2.86 | 48.62 |
| Checking 1 | | -1,782.79 | |
| Child Life Ins | | -0.57 | 9.69 |
| Dental, Vis, Hear | | -5.25* | 89.25 |
| Flex Medical In | | -32.50* | 552.50 |
| Long Term Dis | | -5.08* | 86.36 |
| Short Term Dis | | -4.77* | 81.09 |
| Supp Life Ins | | -17.23 | 292.91 |
| United Way | | -6.00 | 102.00 |
| 401K Matched | | -178.59* | 3,343.48 |
| 401K Unmatched | | -267.89* | 5,015.26 |
| **Net Pay** | | **$0.00** | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

## N☏RTEL
### NETWORKS
200 ATHENS WAY, DEPT. 8417
NASHVILLE, TN 37228-1397

Advice number: 00000342875
Pay date: 08/25/2000

Deposited to the account of
DANIEL D DAVID

| account number | transit ABA | amount |
|---|---|---|
| ######6 | 0531 0358 | $1,782.79 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE