**Exhibit C**

## NORTEL NETWORKS

200 ATHENS WAY, DEPT. 8417
NASHVILLE, TN 37228-1397

**Earnings Statement**

ADP

Period Ending: 09/08/2000
Pay Date: 09/08/2000

Social Security Number: XXX-XX-3678
Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 8
  NC: 0

DANIEL D DAVID
2105 POSSUM TROT RD
WAKE FOREST, NC 27587-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 41.3413 | 80.00 | 3,307.30 | 22,514.60 |
| Flex Credits | | | 20.79 | 374.22 |
| Overtime | | | | 3,378.75 |
| On Call Pay | | | | 2,820.00 |
| Pride Award | | | | 1,000.00 |
| Y2K Incentive | | | | 3,180.00 |
| **Gross Pay** | | | **$3,328.09** | 66,406.72 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,784.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.28 | 41.04 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -383.84 | 8,867.70 |
| Social Security Tax | -203.53 | 4,066.64 |
| Medicare Tax | -47.60 | 951.07 |
| NC State Income Tax | -184.64 | 3,760.09 |
| **Other** | | |
| Ad&D | -2.86 | 51.48 |
| Checking 1 | -1,787.32 | |
| Child Life Ins | -0.57 | 10.26 |
| Dental, Vis, Hear | -5.25* | 94.50 |
| Flex Medical In | -32.50* | 585.00 |
| Long Term Dis | -5.08* | 91.44 |
| Short Term Dis | -4.77* | 85.86 |
| Supp Life Ins | -17.23 | 310.14 |
| United Way | -6.00 | 108.00 |
| 401K Loan | -150.80 | 150.80 |
| 401K Matched | -198.44* | 3,541.92 |
| 401K Unmatched | -297.66* | 5,312.92 |
| **Net Pay** | **$0.00** | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**NORTEL NETWORKS**

200 ATHENS WAY, DEPT. 8417
NASHVILLE, TN 37228-1397

Advice number: 00000362568
Pay date: 09/08/2000

Deposited to the account of
DANIEL D DAVID

account number: XXXXXXX
transit ABA: 0531 0358
amount: $1,787.32

*THIS IS NOT A CHECK*

# NON-NEGOTIABLE