# Exhibit D



**EMPLOYEE  DANIEL DAVID**      BUS. UNIT **NORTEL NETWORKS**      DEPT. #**1374**

**PROCEDURE**

1.   In order to request Long Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by **JULY 5, 2000**.

   - *Reimbursement Agreement*.  Please complete this form and sign it and have it witnessed.  This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

   - *Attending Physician's Statement*.  Take this form to your treating physician to complete. Prudential must be provided with proof of disability, from the day you first missed work due to disability through to present.  If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

   - *Group Disability Employee Statement*.  Legibly complete and sign all sections as indicated:
     Section A: Employee Information
     Section B: Authorization to Release Medical Information
     Section C: Tax Notice

2.      Return all of the above forms  to :           **Nortel Networks Health Services**
                                                                       **Disability Case Management**
                                                                       **PO Box 13010 (11A/02/0C6)**
                                                                       **Research Triangle Park, NC 27709**

        Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and  the onset of your LTD benefits and jeopardize your employment status.

3.      You will be notified by mail from Prudential upon your  approval/denial of LTD benefits.
        If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4.      Prudential determines LTD approval and continuation.  Therefore, it is imperative that you respond promptly to Prudential's  requests for additional information.  Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**
*(this information has been requested from the HR INFO CENTER*

1.  Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being  deducted from your short term disability benefits, and must be continued through your  disability period to  prevent disability discontinuance.  Health Care_____+
    Life Insurance_____ + Spousal Life_____+ Dependent Life_____  =_____Total.

US/Hlwl/1087/Form  Rev 02

## BENEFIT ENTITLEMENT, Cont.

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Nortel Networks , Dept. 1094, P. O. Box 13010, RTP, N.C. 27709, Ph# 1-800-676-4636

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave:
   Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance review period can be maintained. (has this changed?)

7. Credit Union : No deductions are withheld for Credit Union accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Union .

8. Compensation for Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week:

   a. Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to one year while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
   c. You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE: **Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**

10. Taxes: Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.