# Exhibit E

Prudential Insurance Company of America  
Disability Claim Services Provider

Explanation of Benefit   L (1 OF 1)

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES  
PO BOX 2300  
PARSIPPANY       NJ    07054  
800-842-1718

Date October 06, 2000

KARI ALTMAN  
NORTEL NETWORKS  
4307 EMPEROR BLVD.  
RESEARCH TRIANGLE PARK    NC    27709

CNTRL#  0039900  
CLAIM#  10325553  
ID#     ███████-3678

CLAIMANT  DANIEL DAVID

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 4,012.86 | 09/07/2000 | 09/30/2000 |
| Voluntary FIT | 320.00 | BENEFIT AMOUNT | 4,012.86 |
| Medical | 20.29 | LESS OFFSET | 0.00 |
| Dental | 9.10 | | 4,012.86 |
| Free Form 1 | 29.86 | LESS ADJUSTMENTS | 0.00 |
| Free Form 2 | 0.99 | | 4,012.86 |
| | | LESS DEDUCTIONS | 380.24 |
| | | AMOUNT PAYABLE | 3,632.62 |