**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re*                                                                      :        Chapter 11
                                                                                   :
Nortel Networks Inc., *et al.*,[1]                                 :        Case No. 09-10138 (KG)
                                                                                   :
                                    Debtors.                            :        Jointly Administered
                                                                                   :
                                                                                   :        **Hearing Date: TBD**
                                                                                   :
------------------------------------------------------------X

**SIXTEENTH QUARTERLY FEE APPLICATION REQUEST
OF CHILMARK PARTNERS, LLC,
AS CONSULTING EXPERT
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Chilmark Partners, LLC ("Chilmark Partners") hereby submits its Sixteenth Quarterly Fee Application Request (the "Request") for the period November 1, 2013 through and including January 31, 2014[2] (the "Application Period")

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Exhibits A and B attached to the monthly applications Docket Item Nos. 13026, 13027 and 13028 contain detailed listing of Chilmark Partners' requested fees and expenses for the Application Periods.

Chilmark Partners seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 02/21/14 D.I. 13026 | 11/01/13 – 11/30/13 | $250,000.00 | $ 15,914.92 | Pending | $200,000.00 | $ 15,914.92 | $50,000.00 |
| 02/21/14 D.I. 13027 | 12/01/13 – 12/31/13 | $250,000.00 | $ 1,823.09 | Pending | $200,000.00 | $ 1,823.09 | $50,000.00 |
| 02/21/14 D.I. 13028 | 01/01/14 – 01/31/14 | $250,000.00 | $ 11,434.22 | Pending | $200,000.00 | $ 11,434.22 | $50,000.00 |
| **TOTAL** | | **$750,000.00** | **$ 29,172.23** | | **$600,000.00** | **$ 29,172.23** | **$150,000.00** |

In accordance with the Monthly Compensation Order, Chilmark Partners seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Chilmark Partners respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Chilmark Partners such other and further relief as is just and proper.

Dated: February 27, 2014

CHILMARK PARTNERS, LLC

By: _____

Michael Kennedy
875 N. Michigan Avenue
Suite 3460
Chicago, IL 60611
Telephone: 312-984-9711

*Consulting Expert to the Debtors and Debtors-in-Possession*

2

## CUMULATIVE SUMMARY OF SERVICES BY PROFESSIONAL

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David M. Schulte | Member | (see note below) | 0.0 | (see note below) |
| Michael J. Kennedy | Member | | 462.5 | |
| Aaron Taylor | Member | | 41.0 | |
| Matthew R. Rosenberg | Managing Director | | 167.0 | |
| Paul Huettner | Analyst | | 15.5 | |
| Jamie Ellis | Analyst | | 47.5 | |
| James Elish | Analyst | | 197.5 | |
| **TOTALS** | | | **931.0** | |

NOTE: The Debtor's retention of Chilmark was approved by the Court and is based on the compensation schedule included in the Engagement Agreement dated as of March 4, 2010, as amended and ordered by the Court in the Retention Order dated March 31, 2010. As such, compensation was based on a fixed monthly fee. As contained within the Retention Order, in light of services to be provided by Chilmark and the structure of Chilmark's compensation pursuant to the Engagement Agreement, Chilmark and its professionals shall be excused from maintaining time records as set forth in Local Rule 2016 in connection with the services to be rendered pursuant to the Engagement Agreement; provided, however, that Chilmark shall instead present to the Court daily descriptions of those services provided to the Debtors, set forth for each individual who provided such services, kept in hour increments with a reasonably detailed description of the services provided.

## CUMULATIVE SUMMARY OF SERVICES RENDERED BY PROJECT CATEGORY

| **Project Category** | **Total Hours** |
|---|---|
| Asset Analysis and Recovery | 82.0 |
| Business Operations / General Corporate / Real Estate | 0.0 |
| Projections/Business Plan/Corporate wind-down | 79.0 |
| Analysis of Historical Results | 0.0 |
| Meetings with Debtor's Counsel | 17.5 |
| Committee Matters and Creditor Meetings | 2.0 |
| Claims Administration and Analysis | 0.0 |
| Intercompany Transactions/Balances | 0.0 |
| Intellectual Property | 0.0 |
| Employee Benefits / Pension | 0.0 |
| Fee Applications Preparation | 0.0 |
| Tax Issues | 0.0 |
| Hearings | 0.0 |
| Litigation / Adversary Proceedings | 639.5 |
| Travel | 111.0 |
| Plan of Reorganization / Disclosure Statement | 0.0 |
| **TOTAL** | **931.0** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Airfare | $15,740.08 |
| Accommodations | 10,125.98 |
| News & Historical Data | 0.00 |
| Ground Transportation | 2,273.01 |
| Meals | 1,033.16 |
| Reproduction Charges | 0.00 |
| Courier Services | 0.00 |
| Supplies | 0.00 |
| Conference Calls | 0.00 |
| Meeting space | 0.00 |
| **Grand Total Expenses** | **$29,172.23** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]