# EXHIBIT B



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

T 416 863 4511
F 416 863 4592

Salans FMC SNR Denton
dentons.com

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 3038349**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| **February 24, 2014** | **538462-000001** | **Michael Wunder** |

### The Official Committee of Unsecured Creditors
### Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $   173,892.00 |
| Disbursements | 6,632.71 |
| **Total Amount Due** | **$   180,524.71 CDN** |

**DENTONS CANADA LLP**

Per: _____

Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Dentons Canada LLP and
your account number is 538462.  Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.**
**Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.**

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Jan-14 | BLG | 0031 | Instruct student regarding review and completion of Canadian evidentiary citations for UCC Canadian factum. | 0.3 |
| 01-Jan-14 | BLG | 0029 | Review of revised drafts of UCC Canadian factum, provide comments and arrangements to finalize. | 1.7 |
| 01-Jan-14 | BLG | 0029 | Receipt and review of draft NNI factum and instructions to student regarding case citations. | 0.8 |
| 01-Jan-14 | BLG | 0029 | Email correspondence with Torys and Akin Gump regarding factums for representative witness depositions for allocation litigation motion. | 0.3 |
| 01-Jan-14 | RSK | 0029 | Review of Akin Gump and Dentons correspondence regarding factum arguments for joint hearing regarding rep witness depositions. | 0.5 |
| 01-Jan-14 | RSK | 0029 | Review of revised UCC factum. | 0.3 |
| 01-Jan-14 | RSK | 0029 | Review of draft NNI factum. | 0.4 |
| 01-Jan-14 | RCJ | 0031 | Email correspondence with Dentons and Akin Gump teams regarding rep witness arguments and related Canadian factums. | 0.4 |
| 01-Jan-14 | RCJ | 0031 | Review and comment on latest draft UCC Canadian factum for rep witness argument. | 0.3 |
| 02-Jan-14 | BLG | 0029 | Instruct student regarding circulation of court material. | 0.2 |
| 02-Jan-14 | BLG | 0029 | Receipt and review of comments from Akin Gump and Cleary regarding NNI and UCC draft facta for representative witness deposition motion. | 0.8 |
| 02-Jan-14 | BLG | 0029 | Review revised drafts of NNI factum (1.0). Review revised drafts of UCC factum and meet with Dentons team to discuss and provide additional comments (2.2). Email correspondence with Akin Gump and Dentons teams to revise and finalize UCC factum (1.3). | 4.5 |
| 02-Jan-14 | BLG | 0031 | Arrange for service and filing of UCC factum and circulate to Dentons team. | 0.2 |
| 02-Jan-14 | BLG | 0029 | Receipt and review of UKPC factum for representative witness deposition motion. | 0.4 |
| 02-Jan-14 | BLG | 0029 | Consult with Dentons team regarding joint hearings and UCC submissions. | 0.3 |
| 02-Jan-14 | RSK | 0029 | Review of revised versions of UCC factum and NNI factum, and related correspondence from Akin Gump and Dentons. | 2.2 |
| 02-Jan-14 | RSK | 0029 | Meeting with B. Grossman and Dentons lawyers to provide comments on factum and discuss hearing. | 0.8 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 3 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 02-Jan-14 | RSK | 0029 | Review of Supplemental Response and Limited Objection of the Monitor and Canadian Debtors. | 0.6 |
| 02-Jan-14 | RSK | 0029 | Review of factum filed by UK pension claimants. | 0.5 |
| 02-Jan-14 | MJW | 0031 | Review Canadian motion record including factum and authorities for Royal Trust motion regarding employee settlement and release for former HWT trustee. | 0.6 |
| 02-Jan-14 | MJW | 0029 | Review UK pension parties' objections to Canadian debtors rep witness deposition topics. | 0.4 |
| 02-Jan-14 | MJW | 0029 | Review correspondence from counsel for core parties regarding joint hearing for rep witness depositions. | 0.3 |
| 02-Jan-14 | MJW | 0029 | Review draft U.S. debtors' factum for allocation rep witness motion and confer with Dentons team. | 0.4 |
| 02-Jan-14 | MJW | 0029 | Meet with Dentons team and assist in preparation of UCC Canadian factum for rep witness deposition joint hearing, including review of drafts and providing comments. | 1.2 |
| 02-Jan-14 | RCJ | 0031 | Review NNI and other core party Canadian factums regarding rep witness arguments. | 0.8 |
| 02-Jan-14 | RCJ | 0031 | Calls with Dentons team to discuss strategy for rep witness argument and contested hearing. | 0.6 |
| 02-Jan-14 | SS | 0031 | Assist in preparation of UCC Canadian factum for allocation litigation motion regarding representative witness depositions. | 4.2 |
| 02-Jan-14 | NEL | 0012 | Review claims settlement pleadings filed by Canadian debtors and Monitor. | 0.5 |
| 03-Jan-14 | BLG | 0029 | Email correspondence and conference call with U.S. counsel regarding filing confirmation in Ontario for purpose of U.S. filings and agenda (re: joint hearing). | 0.4 |
| 03-Jan-14 | BLG | 0029 | Receipt and review of motion records, facta and authorities of core parties regarding January 7 motions to dispense with representative witness depositions and to approve US/EMEA claims settlement. | 2.7 |
| 03-Jan-14 | BLG | 0029 | Review filed facta and objections for joint hearings and prepare summary. | 1.0 |
| 03-Jan-14 | BLG | 0029 | Receipt and review of U.S. court hearing agenda and notices of Canadian filings in the U.S. court. | 0.4 |
| 03-Jan-14 | RSK | 0029 | Review of EMEA debtors factum regarding motion dispensing with Representative Witness Depositions. | 0.5 |
| 03-Jan-14 | RSK | 0029 | Review of agenda and court filings for January 7 joint hearings. | 0.2 |
| 03-Jan-14 | RSK | 0029 | Review of responding motion record of Canadian directors and officers for motion to dispense with Representative Witness Depositions. | 0.5 |
| 03-Jan-14 | RSK | 0029 | Review of responding motion record, factum and book of authorities of CCC. | 1.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 4 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 03-Jan-14 | RSK | 0029 | Review of responding motion record, factum and book of authorities of the Monitor and Canadian Debtors. | 1.5 |
| 03-Jan-14 | RSK | 0029 | Exchanged emails with M. Wunder and NNI's Canadian counsel regarding January 10 allocation litigation meet and confer for core parties. | 0.3 |
| 03-Jan-14 | RSK | 0029 | Review of Dentons emails regarding UCC position and core party arguments on joint hearing Representative Witness Depositions. | 0.6 |
| 03-Jan-14 | MJW | 0029 | Review EMEA debtors factum and responding motion record and affidavit for joint hearing regarding allocation litigation rep witness depositions. | 0.6 |
| 03-Jan-14 | MJW | 0029 | Review responding motion record of Canadian officers and directors in opposition to joint hearing to dispense with allocation litigation rep witness depositions. | 0.4 |
| 03-Jan-14 | MJW | 0029 | Review responding motion record of CCC and CCC factum in opposition to joint hearing to dispense with allocation litigation rep witness depositions. | 0.5 |
| 03-Jan-14 | MJW | 0029 | Review responding motion record and factum of Monitor and Canadian debtors in opposition to joint hearing to dispense with allocation litigation rep witness depositions. | 0.8 |
| 03-Jan-14 | MJW | 0029 | Review Monitor's report regarding joint hearings for approval of EMEA claims settlement and allocation litigation rep witness depositions, and correspondence with Dentons team regarding same. | 0.7 |
| 03-Jan-14 | MJW | 0029 | Email correspondence with NNI's Canadian counsel regarding allocation litigation and pre-trial meeting of core parties. | 0.2 |
| 03-Jan-14 | RCJ | 0031 | Review core party motion material for rep witness arguments and hearing. | 2.4 |
| 03-Jan-14 | NEL | 0012 | Review claims litigation settlement documents filed in Delaware and Ontario courts | 0.4 |
| 05-Jan-14 | PJC | 0029 | Engaged in review of motion materials filed by multiple core parties, to prepare for motion to dispense with representative party depositions, and review Canadian case law cited in facta. | 3.4 |
| 05-Jan-14 | BLG | 0029 | Review email correspondence regarding allocation litigation core party meeting and forward to Dentons team. | 0.1 |
| 05-Jan-14 | RSK | 0029 | Review of motion materials filed by core parties regarding joint hearing for Representative Witness Depositions. | 0.8 |
| 05-Jan-14 | RCJ | 0031 | Further review of core party Canadian motion material in preparation for allocation litigation joint hearing. | 1.9 |
| 05-Jan-14 | RCJ | 0031 | Email correspondence with Dentons team regarding position on allocation litigation joint hearing matters. | 0.3 |
| 06-Jan-14 | PJC | 0029 | Engaged in review of various factums, correspondence and authorities in preparation for motion to dispense with representative party depositions. | 5.3 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 3038349

Page 5 of 21

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 06-Jan-14 | PJC | 0029 | Email correspondence regarding UCC submissions for rep party depositions joint hearing (0.6) and attendance on telephone conference with Dentons and Akin Gump lawyers regarding same (0.7). | 1.3 |
| 06-Jan-14 | BLG | 0031 | Review of email correspondence and motion materials regarding two joint hearings scheduled for January 7 and confer with P. Cavanagh regarding same. | 1.3 |
| 06-Jan-14 | BLG | 0029 | Review and reply to correspondence with Akin Gump regarding Canadian issues relating to joint hearing. | 0.3 |
| 06-Jan-14 | RSK | 0029 | Review of motion for leave to file reply materials on motion to approve EMEA claims settlement and draft replies of U.S. Debtors and UCC joinder. | 0.6 |
| 06-Jan-14 | RSK | 0029 | Review of factum of Informal Noteholder Group. | 0.4 |
| 06-Jan-14 | RSK | 0029 | Review of amended agenda for joint hearing. | 0.2 |
| 06-Jan-14 | RSK | 0029 | Conference call with Dentons and Akin Gump regarding allocation litigation joint hearing. | 0.7 |
| 06-Jan-14 | RSK | 0029 | Exchanged email correspondence with Torys and Akin Gump regarding issues for joint hearing. | 0.4 |
| 06-Jan-14 | RSK | 0008 | Preparation for joint hearing including UCC submissions. | 1.5 |
| 06-Jan-14 | MJW | 0029 | Email correspondence with Dentons and Akin Gump in connection with allocation litigation issues. | 0.4 |
| 06-Jan-14 | MJW | 0029 | Conference call with Akin Gump and Dentons to prepare for allocation litigation court hearings. | 0.7 |
| 06-Jan-14 | MJW | 0029 | Review court filings and factums from multiple core parties in preparation for allocation litigation joint hearings regarding claims settlement and rep witness depositions. | 1.2 |
| 06-Jan-14 | RCJ | 0031 | Meetings with Dentons team to prepare for allocation litigation joint hearing at Canadian court. | 0.5 |
| 07-Jan-14 | PJC | 0008 | Prepare for (0.6) and attend joint court hearing of motions to approve EMEA debtors U.S. claims settlement and to dispense with representative party depositions (6.8). | 7.4 |
| 07-Jan-14 | RSK | 0029 | Attended joint hearing regarding EMEA debtors claims settlement approval and Representative Witness Depositions. | 6.8 |
| 07-Jan-14 | MJW | 0031 | Email correspondence with Akin Gump regarding Canadian court filings. | 0.2 |
| 07-Jan-14 | MJW | 0029 | Review court order for EMEA claims settlement. | 0.2 |
| 07-Jan-14 | MJW | 0008 | Attend to joint court hearing (telephonically) (part) for allocation litigation issues: U.S./EMEA claims settlement and allocation litigation rep witness depositions. | 3.0 |
| 07-Jan-14 | RCJ | 0008 | Participate (telephonically) in portion of joint hearing. | 2.6 |
| 08-Jan-14 | PJC | 0008 | Attend on court conference call for decision on motion to dispense with discovery of representative witness depositions. | 0.5 |
| 08-Jan-14 | PJC | 0029 | Discussions with Dentons team concerning decision on motion | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | to dispense with representative witness discovery. | |
| 08-Jan-14 | RSK | 0029 | Review of revised draft allocation trial procedure circulated by Monitor/Canadian debtors and comments from core parties. | 1.5 |
| 08-Jan-14 | RSK | 0008 | Participated in court teleconference regarding decision on Representative Witness Depositions. | 0.5 |
| 08-Jan-14 | RSK | 0031 | Review of withdrawal of leave to appeal to SCC by EMEA Debtors. | 0.1 |
| 08-Jan-14 | RSK | 0029 | Review of expert witness designations from core parties. | 0.8 |
| 08-Jan-14 | MJW | 0008 | Attend to rep witness deposition joint hearing (telephonically) for delivery of decisions by Canadian and U.S. courts. | 0.5 |
| 08-Jan-14 | MJW | 0029 | Meet with Dentons team to discuss court decisions, and next steps regarding allocation litigation. | 0.3 |
| 08-Jan-14 | MJW | 0031 | Calls and email correspondence to and from Canadian counsel for Monitor and NNI regarding Royal Trust Canadian motion. | 0.3 |
| 08-Jan-14 | MJW | 0029 | Review email correspondence from counsel to Canadian debtors regarding allocation litigation core party meeting and agenda topics. | 0.2 |
| 08-Jan-14 | MJW | 0031 | Review correspondence from Canadian counsel for EMEA debtors being notice of discontinuance of Supreme Court of Canada (SCC) leave application (re: allocation protocol) and related court filings (0.2), email correspondence with Ottawa office regarding SCC practice for discontinuance (0.1), and report to Akin Gump regarding same (0.2). | 0.5 |
| 08-Jan-14 | MJW | 0029 | Review draft allocation trial procedures with proposed changes from counsel for the Monitor. | 0.6 |
| 08-Jan-14 | RCJ | 0008 | Participate (telephonically) in court call regarding joint hearing decision. | 0.5 |
| 08-Jan-14 | CAV | 0031 | Review email from M. Wunder regarding SCC Notice of Discontinuance (0.2). Review correspondence regarding discontinuance (0.3). Review Rules of the Supreme Court of Canada (0.3). Contact Registry Office at Supreme Court (0.2). Report to M. Wunder (0.1). | 1.1 |
| 09-Jan-14 | PJC | 0007 | Attendance on conference call for Committee meeting. | 0.6 |
| 09-Jan-14 | PJC | 0029 | Meeting with Dentons team to discuss representative party depositions and allocation trial. | 0.5 |
| 09-Jan-14 | BLG | 0031 | Email correspondence regarding oral reasons of Justice Morawetz (re: allocation litigation joint hearing). | 0.3 |
| 09-Jan-14 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 09-Jan-14 | RSK | 0029 | Review of transcript of rulings of Canadian and US courts on motion to dispense with Representative Witness Depositions. | 0.4 |
| 09-Jan-14 | RSK | 0029 | Review of summary of expert witness designations prepared by Akin Gump. | 0.4 |
| 09-Jan-14 | RSK | 0029 | Review of revised draft allocation trial procedures. | 1.3 |

DENTONS CANADA LLP

INVOICE 3038349

The Official Committee of Unsecured Creditors

Page 7 of 21

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 09-Jan-14 | MJW | 0007 | Attend on Committee call. | 0.6 |
| 09-Jan-14 | MJW | 0029 | Meet with Dentons team to discuss allocation trial procedural issues and rep witness depositions. | 0.5 |
| 09-Jan-14 | MJW | 0029 | Review correspondence from Monitor's counsel with correction to Canadian court oral endorsement for rep witness deposition motion. | 0.1 |
| 09-Jan-14 | MJW | 0031 | Review served SCC notice of discontinuance by EMEA debtors and forward update to UCC advisors. | 0.2 |
| 09-Jan-14 | MJW | 0003 | Continue preparation of November 2013 account. | 1.0 |
| 09-Jan-14 | MJW | 0003 | Prepare November 2013 fee application. | 1.2 |
| 09-Jan-14 | RCJ | 0007 | Participated in Committee call. | 0.6 |
| 09-Jan-14 | RCJ | 0029 | Detailed consideration of allocation litigation issues in preparation for trial. | 3.4 |
| 09-Jan-14 | RCJ | 0029 | Meet with Dentons team to discuss allocation trial procedure issues and rep witness motion. | 0.5 |
| 09-Jan-14 | CAV | 0031 | Receive and review formal Notice of Supreme Court Discontinuance for EMEA debtors application for leave to appeal, and forward report to Dentons team. | 0.5 |
| 09-Jan-14 | NEL | 0029 | Review chart of expert designations from US counsel for allocation litigation. | 0.1 |
| 10-Jan-14 | BLG | 0029 | Review transcript of oral reasons and Order of Morawetz J. and Gross J. (re: rep witness depositions joint hearing), and email correspondence with Dentons team regarding same. | 0.6 |
| 10-Jan-14 | RSK | 0029 | Attended allocation litigation meeting with core parties at Cleary office. | 7.0 |
| 10-Jan-14 | MJW | 0003 | Prepare December 2013 fee account. | 1.3 |
| 10-Jan-14 | MJW | 0029 | Review report from Akin Gump to UCC regarding allocation litigation matters. | 0.2 |
| 10-Jan-14 | MJW | 0029 | Review correspondence from core parties regarding allocation litigation document production. | 0.2 |
| 10-Jan-14 | MJW | 0029 | Review and analyze transcript and oral reasons from joint court hearing. | 0.2 |
| 10-Jan-14 | RCJ | 0029 | Confer with S. Kukulowicz regarding meet and confer at Cleary office. | 0.2 |
| 10-Jan-14 | RCJ | 0031 | Continue detailed consideration of allocation litigation issues in preparation for trial. | 1.4 |
| 13-Jan-14 | BLG | 0029 | Email correspondence with Dentons team regarding expert witnesses for allocation litigation. | 0.4 |
| 13-Jan-14 | RSK | 0029 | Review expert witness provisions in Allocation Protocol and discuss potential experts with Dentons team. | 2.2 |
| 13-Jan-14 | RSK | 0029 | Review of email correspondence regarding potential expert witnesses. | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 13-Jan-14 | MJW | 0029 | Due diligence regarding allocation trial expert witnesses for UCC, and email correspondence with Dentons litigation team regarding same. | 0.8 |
| 13-Jan-14 | MJW | 0003 | Continue preparation of December 2013 fee account. | 1.0 |
| 13-Jan-14 | RCJ | 0031 | Consider trial issues regarding Canadian expert witnesses. | 0.8 |
| 13-Jan-14 | RCJ | 0031 | Review and consider email correspondence among UCC advisor team regarding Canadian expert witnesses. | 0.2 |
| 13-Jan-14 | RCJ | 0029 | Email correspondence with Dentons team regarding allocation trial issues. | 0.5 |
| 14-Jan-14 | PJC | 0029 | Due diligence regarding expert witness for allocation litigation and email correspondence and meet with Dentons team in this regard. | 2.2 |
| 14-Jan-14 | RSK | 0029 | Further due diligence regarding expert witnesses and call with Akin Gump to discuss. | 2.0 |
| 14-Jan-14 | RSK | 0029 | Review of revisions to draft allocation trial protocol from Cleary. | 0.7 |
| 14-Jan-14 | RSK | 0029 | Review of draft NNI Canadian motion materials for recognition of NNI/EMEA debtors claims settlement agreement approval order. | 0.3 |
| 14-Jan-14 | MJW | 0029 | Review revised draft allocation trial procedures, and correspondence with Dentons team regarding same. | 0.5 |
| 14-Jan-14 | MJW | 0029 | Review draft Canadian court motion material for Canadian order recognizing U.S. debtors claims settlement with EMEA debtors and UK pension claimants. | 0.4 |
| 14-Jan-14 | MJW | 0029 | Meet and email correspondence with Dentons lawyers regarding allocation litigation expert witnesses. | 1.2 |
| 14-Jan-14 | RCJ | 0029 | Review draft NNI materials for recognition of EMEA settlement. | 0.3 |
| 14-Jan-14 | RCJ | 0029 | Review and comment on revised draft allocation trial procedures. | 0.5 |
| 14-Jan-14 | RCJ | 0031 | Continued analysis of allocation litigation issues. | 1.3 |
| 15-Jan-14 | BLG | 0031 | Review correspondence regarding revised allocation trial protocol. | 0.1 |
| 15-Jan-14 | RSK | 0029 | Due diligence regarding expert witnesses. | 1.0 |
| 15-Jan-14 | RCJ | 0029 | Conduct due diligence on expert witnesses. | 1.3 |
| 16-Jan-14 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 16-Jan-14 | RSK | 0029 | Review of correspondence regarding EMEA debtors affidavit material in connection with motion for representative witness depositions. | 0.2 |
| 16-Jan-14 | RSK | 0029 | Review of draft expert report for UCC. | 0.7 |
| 16-Jan-14 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 16-Jan-14 | MJW | 0029 | Review correspondence from Canadian counsel for EMEA | 0.1 |

DENTONS CANADA LLP                                    INVOICE 3038349
The Official Committee of Unsecured Creditors                Page 9 of 21
Re: Nortel Networks Inc., et al.                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | debtors regarding Canadian filed documents. | |
| 16-Jan-14 | MJW | 0029 | Review correspondence from counsel from core parties regarding allocation litigation document production. | 0.1 |
| 16-Jan-14 | MJW | 0029 | Review correspondence from counsel for EMEA debtors regarding allocation litigation and trial procedures. | 0.2 |
| 16-Jan-14 | RCJ | 0007 | Participate in Committee call. | 0.8 |
| 16-Jan-14 | RCJ | 0029 | Review draft expert report. | 0.6 |
| 16-Jan-14 | RCJ | 0029 | Consider document production issues. | 0.6 |
| 16-Jan-14 | NEL | 0007 | Participate in Committee call. | 0.8 |
| 16-Jan-14 | NEL | 0012 | Correspondence with Akin Gump team regarding deposition documents. | 0.1 |
| 17-Jan-14 | PJC | 0029 | Meeting with Dentons lawyers regarding expert witnesses. | 0.4 |
| 17-Jan-14 | RSK | 0029 | Further due diligence on expert witness (1.1) and meeting with Dentons lawyers regarding same (0.4). | 1.5 |
| 17-Jan-14 | RSK | 0029 | Review of EMEA debtors comments on Trial Protocol. | 0.5 |
| 17-Jan-14 | MJW | 0029 | Review comments on allocation trial procedures circulated by counsel for UKPCs. | 0.4 |
| 17-Jan-14 | MJW | 0029 | Meet with Dentons team regarding Canadian expert witnesses for allocation litigation. | 0.4 |
| 17-Jan-14 | MJW | 0029 | Review comments on allocation trial procedures circulated by U.S. debtors. | 0.4 |
| 17-Jan-14 | MJW | 0029 | Review draft expert report material for allocation litigation. | 0.5 |
| 17-Jan-14 | RCJ | 0029 | Review latest comments from core parties on draft allocation protocol. | 1.1 |
| 20-Jan-14 | PJC | 0029 | Engaged on communications with potential expert witnesses and report to Dentons team regarding same. | 1.2 |
| 20-Jan-14 | RSK | 0029 | Review of UK Pension Claimants' comments on draft Trial Protocol. | 0.3 |
| 20-Jan-14 | RSK | 0029 | Office conference with P. Cavanagh and review of email correspondence regarding expert witness due diligence. | 0.3 |
| 20-Jan-14 | MJW | 0031 | Email correspondence with Monitor's counsel regarding Canadian orders. | 0.2 |
| 20-Jan-14 | MJW | 0031 | Review Canadian court endorsement and issued order for Royal Trust Company Canadian motion, and forward report to UCC advisors. | 0.2 |
| 20-Jan-14 | MJW | 0029 | Review comments from core parties regarding draft allocation trial protocol. | 0.4 |
| 20-Jan-14 | MJW | 0029 | Review correspondence from multiple core parties regarding allocation trial protocol and filing with courts. | 0.3 |
| 21-Jan-14 | PJC | 0029 | Due diligence regarding expert witnesses. | 0.3 |
| 21-Jan-14 | BLG | 0031 | Review of outcome and reasons on motion to dispense with representative party exams and diarize next steps. | 0.5 |

DENTONS CANADA LLP                                                        INVOICE 3038349
The Official Committee of Unsecured Creditors                               Page 10 of 21
Re: Nortel Networks Inc., et al.                                    Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 21-Jan-14 | RSK | 0029 | Continued due diligence regarding expert witness and exchanged correspondence with P. Cavanagh and Dentons lawyers. | 0.5 |
| 21-Jan-14 | RSK | 0029 | Review of updated draft of Trial Protocol from Cleary and related correspondence. | 0.6 |
| 21-Jan-14 | MJW | 0029 | Correspondence with Capstone regarding due diligence for allocation trial. | 0.2 |
| 21-Jan-14 | MJW | 0029 | Due diligence review for allocation trial. | 0.5 |
| 21-Jan-14 | MJW | 0029 | Review revised draft allocation trial procedures circulated by NNI's counsel. | 0.4 |
| 21-Jan-14 | RCJ | 0029 | Continued work on expert diligence. | 1.8 |
| 22-Jan-14 | PJC | 0029 | Due diligence regarding expert witnesses. | 0.2 |
| 22-Jan-14 | BLG | 0031 | Review of email correspondence regarding allocation litigation document productions. | 0.1 |
| 22-Jan-14 | BLG | 0031 | Email correspondence to and from Akin Gump team regarding trial protocol and review multiple correspondence from core parties with comments. | 1.0 |
| 22-Jan-14 | BLG | 0031 | Correspondence with Dentons team regarding Canadian expert witness for allocation litigation (0.3), and conference with S. Kukulowicz regarding same (0.2). | 0.5 |
| 22-Jan-14 | BLG | 0031 | Review of draft trial protocol and prepare for core party counsel conference call regarding same. | 0.6 |
| 22-Jan-14 | RSK | 0029 | Review of email correspondence regarding Trial Protocol and call with Akin Gump to discuss. | 0.5 |
| 22-Jan-14 | RSK | 0029 | Office conference with B. Grossman regarding expert witness. | 0.2 |
| 22-Jan-14 | RSK | 0029 | Review of comments from counsel for Canadian Debtors on draft Trial Protocol. | 0.3 |
| 22-Jan-14 | MJW | 0029 | Review revised draft allocation trial protocol to prepare for core party counsel call. | 0.5 |
| 22-Jan-14 | MJW | 0029 | Email correspondence to and from Dentons and Akin Gump regarding revised allocation trial protocol. | 0.3 |
| 22-Jan-14 | MJW | 0029 | Review multiple email correspondence from counsel for core parties regarding trial protocol including comments and issues list circulated by counsel for Canadian debtors and Monitor. | 0.6 |
| 22-Jan-14 | RCJ | 0029 | Review detailed comments from core parties on allocation protocol. | 0.9 |
| 22-Jan-14 | RCJ | 0029 | Consider allocation protocol issues. | 0.3 |
| 23-Jan-14 | PJC | 0029 | Email correspondence with Dentons team regarding expert witness due diligence. | 0.2 |
| 23-Jan-14 | BLG | 0031 | Consult with Dentons team and NNI's Canadian counsel regarding Canadian expert witness legal developments and report to Akin Gump regarding same. | 1.3 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 11 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 23-Jan-14 | BLG | 0029 | Review of correspondence from multiple core parties' counsel with comments and requested revisions to trial protocol and all party conference call regarding same. | 2.0 |
| 23-Jan-14 | BLG | 0007 | Participate by phone in UCC meeting. | 0.6 |
| 23-Jan-14 | RSK | 0029 | Email correspondence with Dentons team and additional due diligence regarding Canadian expert witness for allocation litigation. | 0.8 |
| 23-Jan-14 | RSK | 0007 | Participated in Committee call. | 0.6 |
| 23-Jan-14 | RSK | 0029 | Review of further comments from counsel for Canadian Debtors on draft Trial Protocol and related correspondence. | 0.7 |
| 23-Jan-14 | MJW | 0007 | Attend on UCC call with advisors. | 0.6 |
| 23-Jan-14 | MJW | 0031 | Review Canadian case law regarding expert witness reports in connection with preparation for allocation litigation and email correspondence with Dentons team regarding same. | 0.6 |
| 23-Jan-14 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation trial issues. | 0.2 |
| 23-Jan-14 | MJW | 0029 | Review multiple correspondence from core parties with comments on allocation trial protocol and revised drafts of trial protocol including from Canadian debtors and Monitor. | 1.2 |
| 23-Jan-14 | RCJ | 0029 | Email correspondence among Dentons team regarding expert witnesses. | 1.0 |
| 23-Jan-14 | RCJ | 0029 | Continue work on analysis of allocation strategies and issues. | 0.9 |
| 24-Jan-14 | BLG | 0031 | Review of revised draft of joint trial protocol and further comments and pleadings by core parties to prepare for joint pre-trial conference on January 29. | 2.4 |
| 24-Jan-14 | BLG | 0029 | Review email correspondence regarding U.S. Debtors motion for recognition of U.S. Order approving U.S. Claims settlement with EMEA/UKPC. | 0.3 |
| 24-Jan-14 | BLG | 0031 | Review submissions for trial protocol, analyze UCC issues, and correspondence with Akin Gump regarding same. | 0.6 |
| 24-Jan-14 | BLG | 0029 | Review of email correspondence regarding arrangements for service of expert reports. | 0.2 |
| 24-Jan-14 | RSK | 0029 | Review of additional comments from core parties on draft allocation trial protocol. | 0.6 |
| 24-Jan-14 | RSK | 0031 | Review of Canadian motion to recognize U.S. Claims Settlement Order. | 0.3 |
| 24-Jan-14 | RSK | 0029 | Review of notice of filing of Proposed Joint Trial Protocol and submissions of other parties. | 0.6 |
| 24-Jan-14 | RSK | 0029 | Review of expert reports of the U.S. Debtors. | 0.9 |
| 24-Jan-14 | MJW | 0031 | Review Canadian motion record by NNI for recognition of US claims settlement order. | 0.3 |
| 24-Jan-14 | MJW | 0031 | Report to Akin Gump regarding Canadian recognition motion. | 0.2 |

DENTONS CANADA LLP                                                    INVOICE 3038349
The Official Committee of Unsecured Creditors                              Page 12 of 21
Re: Nortel Networks Inc., et al.                                    Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 24-Jan-14 | MJW | 0029 | Review revised draft allocation trial protocol. | 0.3 |
| 24-Jan-14 | MJW | 0029 | Review correspondence from EMEA debtors and pleading by UKPCs regarding allocation trial protocol and allocation and claims litigation. | 0.8 |
| 24-Jan-14 | MJW | 0029 | Review Canadian court filing for allocation trial protocol, and submissions by Canadian debtors and Monitor. | 0.5 |
| 24-Jan-14 | MJW | 0029 | Review correspondence from Canadian creditors committee regarding allocation trial protocol. | 0.3 |
| 24-Jan-14 | MJW | 0029 | Correspondence with Akin Gump and Dentons regarding allocation and claims litigation. | 0.2 |
| 25-Jan-14 | BLG | 0029 | Review of multiple email correspondence regarding service of expert reports and instructions to clerk regarding same. | 0.5 |
| 25-Jan-14 | RSK | 0029 | Review of EMEA debtors expert reports on transfer pricing and allocation. | 0.9 |
| 25-Jan-14 | RSK | 0029 | Review of CCC expert report. | 0.8 |
| 25-Jan-14 | RCJ | 0029 | Review U.S. debtor expert reports. | 0.9 |
| 27-Jan-14 | BLG | 0029 | Email exchanges regarding expert rebuttal witness and joint preliminary trial conference. | 0.2 |
| 27-Jan-14 | BLG | 0031 | Email correspondence regarding expert reports, Wednesday's joint pretrial conference, and Ottawa depositions. | 0.4 |
| 27-Jan-14 | RSK | 0029 | Review of U.K. Pension Claimants' expert reports on allocation. | 1.4 |
| 27-Jan-14 | RSK | 0029 | Review of additional EMEA expert reports on allocation. | 0.7 |
| 27-Jan-14 | MJW | 0029 | Review and analyze multiple allocation litigation expert reports to prepare for allocation litigation. | 3.4 |
| 27-Jan-14 | RCJ | 0029 | Detailed review of expert reports submitted by core parties. | 3.2 |
| 28-Jan-14 | PJC | 0029 | Due diligence regarding allocation trial expert witness. | 0.2 |
| 28-Jan-14 | BLG | 0031 | Email correspondence with Akin Gump, and telephone attendance with R. Johnson regarding joint court conference, and expert witness issues. | 0.6 |
| 28-Jan-14 | BLG | 0031 | Review of court filings for joint pre-trial conference regarding trial protocol, and prepare for same. | 0.6 |
| 28-Jan-14 | BLG | 0031 | Receive update from P. Cavanagh regarding expert witness due diligence. | 0.2 |
| 28-Jan-14 | BLG | 0029 | Review expert reports for allocation litigation. | 0.9 |
| 28-Jan-14 | RSK | 0029 | Review of expert reports of the Monitor and Canadian Debtors. | 1.4 |
| 28-Jan-14 | RSK | 0029 | Review of correspondence from Akin Gump and other parties regarding allocation litigation pre-trial conference. | 0.6 |
| 28-Jan-14 | RSK | 0029 | Review of reply submissions of the Monitor and Canadian Debtors regarding pre-trial conference and allocation trial protocol. | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 13 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 28-Jan-14 | RSK | 0029 | Conference call with Dentons and Akin Gump to prepare for joint court pre-trial conference. | 0.3 |
| 28-Jan-14 | MJW | 0029 | Review submissions by Canadian debtors and Monitor regarding pre-trial conference for allocation trial protocol. | 0.7 |
| 28-Jan-14 | MJW | 0029 | Confer with Dentons team to prepare for joint pre-trial conference. | 0.3 |
| 28-Jan-14 | MJW | 0029 | Review correspondence from counsel for NNI to core parties regarding allocation expert witnesses and reports. | 0.1 |
| 28-Jan-14 | RCJ | 0029 | Consider core party positions and court filings for pre-trial conference issues. | 0.8 |
| 29-Jan-14 | PJC | 0029 | Email correspondence with Dentons/Akin Gump regarding Canadian expert witnesses. | 0.2 |
| 29-Jan-14 | BLG | 0029 | Meet with S. Kukulowicz regarding court hearing and expert witness. | 0.2 |
| 29-Jan-14 | BLG | 0029 | Analyze Canadian estate claims issues, and forward report to Akin Gump. | 0.4 |
| 29-Jan-14 | RSK | 0008 | Attended joint court pre-trial conference (re: allocation trial protocol). | 2.8 |
| 29-Jan-14 | RSK | 0029 | Office conference with B. Grossman regarding expert witnesses and pre-trial conference. | 0.2 |
| 29-Jan-14 | MJW | 0029 | Correspondence with Dentons and Akin Gump regarding expert witnesses for allocation litigation. | 0.2 |
| 29-Jan-14 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation trial preparation and due diligence. | 0.2 |
| 29-Jan-14 | RCJ | 0008 | Participate (telephonically) in portion of joint pre-trial conference. | 2.5 |
| 30-Jan-14 | PJC | 0029 | Due diligence regarding expert witness for allocation trial, confer with B. Grossman and report to Akin Gump. | 1.1 |
| 30-Jan-14 | BLG | 0029 | Review draft trial protocol pre-trial conference memo and correspondence from multiple core parties with comments. | 0.8 |
| 30-Jan-14 | BLG | 0007 | Attend UCC meeting by phone. | 0.8 |
| 30-Jan-14 | BLG | 0031 | Telephone attendance with NNI's Canadian counsel and email exchanges with Akin Gump and Dentons regarding expert witnesses for allocation litigation. | 0.6 |
| 30-Jan-14 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 30-Jan-14 | RSK | 0029 | Review of correspondence regarding allocation due diligence and analysis. | 0.6 |
| 30-Jan-14 | RSK | 0029 | Review of Akin Gump report regarding joint court pre-trial case conference. | 0.1 |
| 30-Jan-14 | RSK | 0029 | Email correspondence and confer with Dentons team regarding expert witness for allocation litigation. | 0.4 |
| 30-Jan-14 | RSK | 0029 | Review of draft pre-trial conference memo and related | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 14 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | correspondence from counsel for core parties. | |
| 30-Jan-14 | MJW | 0007 | Attend on UCC call with advisors. | 0.8 |
| 30-Jan-14 | MJW | 0029 | Review draft endorsement from joint court conference for allocation trial protocol, and multiple email correspondence and revised drafts from counsel for core parties. | 0.8 |
| 30-Jan-14 | MJW | 0031 | Review issued Canadian court order and endorsement for Canadian motion approving U.S. claims settlement agreement. | 0.2 |
| 30-Jan-14 | MJW | 0029 | Review correspondence regarding experts witnesses and scheduling of depositions for allocation litigation. | 0.3 |
| 30-Jan-14 | MJW | 0029 | Email correspondence to and from Akin Gump and Dentons regarding expert witnesses for allocation litigation. | 0.2 |
| 30-Jan-14 | RCJ | 0007 | Participated in Committee call. | 0.8 |
| 30-Jan-14 | RCJ | 0029 | Review and consider pre-trial conference memo circulated among core parties. | 0.4 |
| 30-Jan-14 | RCJ | 0029 | Review email correspondence among core parties regarding pre-trial conference memo. | 0.3 |
| 31-Jan-14 | PJC | 0029 | Due diligence regarding potential allocation litigation expert witnesses (2.2), report to Akin Gump regarding same (0.4) and correspondence with NNI's Canadian counsel and Dentons team regarding same (0.6). | 3.2 |
| 31-Jan-14 | PJC | 0029 | Email correspondence concerning allocation expert witness including correspondence from counsel for NNI. | 0.4 |
| 31-Jan-14 | BLG | 0029 | Calls and email correspondence regarding allocation litigation witness issues, and review due diligence update. | 0.9 |
| 31-Jan-14 | BLG | 0031 | Review of email correspondence from multiple core parties regarding pre-trial conference results memorandum. | 0.4 |
| 31-Jan-14 | RSK | 0029 | Review of Akin Gump and Dentons email correspondence regarding expert witnesses for allocation litigation. | 0.8 |
| 31-Jan-14 | RSK | 0029 | Review of further revised joint court conference memo and related correspondence. | 0.4 |
| 31-Jan-14 | RSK | 0029 | Review of correspondence and emails from Core Parties regarding depositions of expert witnesses. | 0.5 |
| 31-Jan-14 | MJW | 0029 | Review email correspondence and negotiations among core parties regarding form of court endorsement from allocation trial protocol court conference. | 0.4 |
| 31-Jan-14 | MJW | 0029 | Review correspondence from counsel for bondholder group regarding allocation litigation. | 0.2 |
| 31-Jan-14 | MJW | 0029 | Review correspondence from multiple core parties regarding expert witness examinations. | 0.3 |
| 31-Jan-14 | AF | 0029 | Assist Cleary/Akin Gump lawyers in connection with preparation for allocation litigation depositions. | 2.3 |
| | | | **Total** | **220.5** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 15 of 21
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|----------------|-------|------|--------------|
| Alexandra Frederick | Student | Students - Ottawa | | 2.3 | $165.00 | $379.50 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 34.7 | $775.00 | $26,892.50 |
| Corey Villeneuve | Paralegal | Litigation | | 1.6 | $210.00 | $336.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 43.4 | $795.00 | $34,503.00 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 1.9 | $525.00 | $997.50 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 28.9 | $775.00 | $22,397.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 38.2 | $750.00 | $28,650.00 |
| Sanja Sopic | Student | Students - Toronto | | 4.2 | $230.00 | $966.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 65.3 | $900.00 | $58,770.00 |
| | | | | | | |
| TOTAL | | | | 220.5 | CDN. | $173,892.00 |

**TOTAL PROFESSIONAL FEES**                                    $   173,892.00

**NON-TAXABLE DISBURSEMENTS**
| | |
|---|---|
| Airfare/Travel | $       610.43 |
| Accommodations | 900.00 |
| Binding Books / Documents | 214.90 |
| Courier & Delivery | 663.54 |
| External Document Reproduction | 1,728.94 |
| File Storage Retrieval | 50.00 |
| Long Distance Telephone Calls | 15.81 |
| Photocopy & Printing Charges | 1,836.30 |
| Process Server Fees | 50.00 |
| Transportation Costs | 562.79 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $    6,632.71 |

**TOTAL DISBURSEMENTS**                                               6,632.71

**TOTAL AMOUNT DUE**                                    $   180,524.71 CDN

DENTONS CANADA LLP                                    INVOICE 3038349
The Official Committee of Unsecured Creditors              Page 16 of 21
Re: Nortel Networks Inc., et al.                    Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 4.5 | 3,577.50 |
| 0007 | Creditors Committee Meetings | 10.6 | 8,366.00 |
| 0008 | Court Hearings | 21.8 | 17,425.00 |
| 0012 | General Claims Analysis/Claims Objections | 1.0 | 525.00 |
| 0029 | Intercompany Analysis | 150.0 | 122,079.00 |
| 0031 | Canadian Proceedings/Matters | 32.6 | 21,919.50 |
| | Total | 220.5 | $173,892.00 |

**TOTAL PROFESSIONAL FEES**                              $  173,892.00

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 02-Dec-13 | File Retrieval, Assession# : C659496916-001, Sea rch Folder: 01009641 | 1.00 | 50.00 |
| 20-Dec-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 02-Jan-14 | Tabs / Binders | 1.00 | 5.90 |
| 02-Jan-14 | Tabs / Binder | 1.00 | 5.70 |
| 02-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 02-Jan-14 | Tabs / Cerlox | 1.00 | 6.20 |
| 02-Jan-14 | Cerlox | 1.00 | 4.00 |
| 02-Jan-14 | Laser Copy;GROSSMAN | 116.00 | 11.60 |
| 02-Jan-14 | Laser Copy;GROSSMAN | 14.00 | 1.40 |
| 02-Jan-14 | Laser Copy;KUKULOWI | 114.00 | 11.40 |
| 02-Jan-14 | Laser Copy;mccallenm | 347.00 | 34.70 |
| 02-Jan-14 | Laser Copy;Sopic, Sanja | 44.00 | 4.40 |
| 02-Jan-14 | Laser Copy;NELSON M | 187.00 | 18.70 |
| 02-Jan-14 | Laser Copy;DamaniA | 449.00 | 44.90 |
| 03-Jan-14 | Tabs / Cerlox | 1.00 | 13.00 |
| 03-Jan-14 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 03-Jan-14 | Laser Copy;MCDONALA | 82.00 | 8.20 |
| 03-Jan-14 | Laser Copy;NELSON M | 46.00 | 4.60 |
| 03-Jan-14 | Laser Copy;Sopic, Sanja | 3.00 | 0.30 |
| 03-Jan-14 | Laser Copy;WUNDER M | 107.00 | 10.70 |
| 03-Jan-14 | Photocopy;GROSSMAN | 86.00 | 8.60 |
| 03-Jan-14 | Photocopy;GROSSMAN | 59.00 | 5.90 |
| 03-Jan-14 | Photocopy;mccallenm | 2.00 | 0.20 |
| 03-Jan-14 | Laser Copy;DamaniA | 203.00 | 20.30 |
| 03-Jan-14 | Laser Copy;Erandio, N. | 2,357.00 | 235.70 |
| 03-Jan-14 | Laser Copy;GROSSMAN | 32.00 | 3.20 |
| 03-Jan-14 | Laser Copy;KUKULOWI | 51.00 | 5.10 |
| 03-Jan-14 | Laser Copy;mccallenm | 24.00 | 2.40 |
| 03-Jan-14 | Cerlox / Clear Cover / Tab | 1.00 | 5.00 |
| 06-Jan-14 | Laser Copy;GROSSMAN | 62.00 | 6.20 |
| 06-Jan-14 | Laser Copy;KUKULOWI | 75.00 | 7.50 |
| 06-Jan-14 | Laser Copy;mccallenm | 58.00 | 5.80 |
| 06-Jan-14 | Laser Copy;NELSON M | 142.00 | 14.20 |
| 06-Jan-14 | Laser Copy;WUNDER M | 60.00 | 6.00 |
| 06-Jan-14 | Cerlox / Clear Cover | 1.00 | 6.00 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 3038349
Page 18 of 21
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 10.80 |
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 7.60 |
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 9.60 |
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 22.80 |
| 06-Jan-14 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 07-Jan-14 | Laser Copy;WUNDER M | 75.00 | 7.50 |
| 07-Jan-14 | Laser Copy;KUKULOWI | 20.00 | 2.00 |
| 07-Jan-14 | Laser Copy;NELSON M | 85.00 | 8.50 |
| 07-Jan-14 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.02 |
| 07-Jan-14 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 08-Jan-14 | Laser Copy;jacobsr | 33.00 | 3.30 |
| 08-Jan-14 | Laser Copy;mccallenm | 3.00 | 0.30 |
| 08-Jan-14 | Laser Copy;NELSON M | 85.00 | 8.50 |
| 08-Jan-14 | Laser Copy;SINGH, Neha | 43.00 | 4.30 |
| 08-Jan-14 | Laser Copy;Waugh,Stephanie | 75.00 | 7.50 |
| 08-Jan-14 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 09-Jan-14 | Laser Copy;jacobsr | 66.00 | 6.60 |
| 09-Jan-14 | Laser Copy;NELSON M | 151.00 | 15.10 |
| 09-Jan-14 | Laser Copy;WUNDER M | 15.00 | 1.50 |
| 09-Jan-14 | Laser Copy;KUKULOWI | 23.00 | 2.30 |
| 10-Jan-14 | Laser Copy;mccallenm | 44.00 | 4.40 |
| 10-Jan-14 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 10-Jan-14 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 10-Jan-14 | Laser Copy;NELSON M | 129.00 | 12.90 |
| 13-Jan-14 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 13-Jan-14 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 14-Jan-14 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 14-Jan-14 | Laser Copy;MCDONALA | 116.00 | 11.60 |
| 14-Jan-14 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 14-Jan-14 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 14-Jan-14 | Telephone;12128728027;New YorkNY;4740 | 1.00 | 6.12 |
| 14-Jan-14 | Laser Copy;mccallenm | 58.00 | 5.80 |
| 15-Jan-14 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 15-Jan-14 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 16-Jan-14 | Laser Copy;jacobsr | 49.00 | 4.90 |
| 16-Jan-14 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 17-Jan-14 | Laser Copy;mccallenm | 3.00 | 0.30 |
| 17-Jan-14 | Laser Copy;Waugh,Stephanie | 54.00 | 5.40 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 3038349

Page 19 of 21

Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 17-Jan-14 | Laser Copy;jacobsr | 36.00 | 3.60 |
| 17-Jan-14 | Flight to New York from Toronto for Nortel meeting for S. Kukulowicz on Jan 9, 2014; 2014-1-10 | 1.00 | 322.08 |
| 17-Jan-14 | Return flight to Toronto from New York for S. Kukulowicz on Jan 12, 2014; 2014-1-12 | 1.00 | 288.35 |
| 17-Jan-14 | Taxi Charges - A. Frederick Taxi to deposition site and return to office - November 8, 2013 | 1.00 | 117.53 |
| 17-Jan-14 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 17-Jan-14 | Hotel room in New York for Jan 9 &10, 2014 for S. Kukulowicz (re: Nortel allocation meeting); 2014-1-9 | 1.00 | 900.00 |
| 17-Jan-14 | Taxi from New York airport to hotel for S. Kukulowicz on Jan 9, 2014; 2014-1-9 | 1.00 | 40.80 |
| 17-Jan-14 | Taxi from Cleary office to hotel after Nortel meeting for S. Kukulowicz on Jan 10, 2014; 2014-1-10 | 1.00 | 27.00 |
| 17-Jan-14 | Taxi from hotel to Cleary office for Nortel meeting for S. Kukulowicz on Jan 10, 2014; 2014-1-10 | 1.00 | 25.20 |
| 17-Jan-14 | Taxi Charges - A. Frederick Taxi to Fed Ex site; deposition site and return to office - November 6, 2013 | 1.00 | 150.64 |
| 17-Jan-14 | Taxi Charges - A. Frederick Taxi to deposition site and return to office - November 7, 2013 | 1.00 | 135.62 |
| 20-Jan-14 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 20-Jan-14 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 724356626/797673372538 Recipient: JACQUELINE YECIES Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 481.02 |
| 20-Jan-14 | Laser Copy;KUKULOWI | 35.00 | 3.50 |
| 20-Jan-14 | Laser Copy;NELSON M | 95.00 | 9.50 |
| 20-Jan-14 | Laser Copy;SINGH, Neha | 1.00 | 0.10 |
| 20-Jan-14 | Laser Copy;Waugh,Stephanie | 62.00 | 6.20 |
| 21-Jan-14 | Laser Copy;NELSON M | 5.00 | 0.50 |
| 21-Jan-14 | Laser Copy;mccallenm | 22.00 | 2.20 |
| 21-Jan-14 | Laser Copy;GROSSMAN | 40.00 | 4.00 |
| 21-Jan-14 | Laser Copy;jacobsr | 32.00 | 3.20 |
| 21-Jan-14 | Laser Copy;KUKULOWI | 10.00 | 1.00 |
| 22-Jan-14 | Process Server Fees - Ad Idem Process Services Limited /BLG/Inv. 86859 | 1.00 | 50.00 |
| 22-Jan-14 | Laser Copy;GROSSMAN | 20.00 | 2.00 |
| 22-Jan-14 | Laser Copy;KUKULOWI | 16.00 | 1.60 |
| 22-Jan-14 | Laser Copy;mccallenm | 49.00 | 4.90 |
| 22-Jan-14 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 22-Jan-14 | Laser Copy;WUNDER M | 3.00 | 0.30 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 23-Jan-14 | Laser Copy;GROSSMAN | 54.00 | 5.40 |
| 23-Jan-14 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 724433220/797712268018 Recipient: ROMAN ROGOVOY Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 182.52 |
| 23-Jan-14 | Laser Copy;mccallenm | 6.00 | 0.60 |
| 23-Jan-14 | Laser Copy;NELSON M | 329.00 | 32.90 |
| 23-Jan-14 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 23-Jan-14 | Laser Copy;DamaniA | 3.00 | 0.30 |
| 23-Jan-14 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.53 |
| 24-Jan-14 | Laser Copy;Erandio, N. | 411.00 | 41.10 |
| 24-Jan-14 | Laser Copy;WUNDER M | 22.00 | 2.20 |
| 24-Jan-14 | Laser Copy;NELSON M | 163.00 | 16.30 |
| 24-Jan-14 | Telephone;12127821411;New YorkNY;4715 | 1.00 | 5.10 |
| 24-Jan-14 | Photocopy;mccallenm | 1.00 | 0.10 |
| 24-Jan-14 | Laser Copy;GROSSMAN | 298.00 | 29.80 |
| 25-Jan-14 | Laser Copy;GROSSMAN | 9.00 | 0.90 |
| 25-Jan-14 | Laser Copy;Paulo, Filipe | 939.00 | 93.90 |
| 27-Jan-14 | Tabs / Binders | 1.00 | 23.30 |
| 27-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 5.00 |
| 27-Jan-14 | Laser Copy;mccallenm | 12.00 | 1.20 |
| 27-Jan-14 | Laser Copy;SINGH, Neha | 53.00 | 5.30 |
| 27-Jan-14 | Laser Copy;WUNDER M | 58.00 | 5.80 |
| 27-Jan-14 | Laser Copy;DamaniA | 4,845.00 | 484.50 |
| 27-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 5.60 |
| 27-Jan-14 | Laser Copy;Waugh,Stephanie | 9.00 | 0.90 |
| 27-Jan-14 | Photocopy;SINGH, Neha | 52.00 | 5.20 |
| 28-Jan-14 | Laser Copy;SINGH, Neha | 107.00 | 10.70 |
| 28-Jan-14 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 28-Jan-14 | Laser Copy;WUNDER M | 46.00 | 4.60 |
| 28-Jan-14 | Laser Copy;KUKULOWI | 82.00 | 8.20 |
| 28-Jan-14 | Laser Copy;mccallenm | 129.00 | 12.90 |
| 28-Jan-14 | Laser Copy;Erandio, N. | 3,518.00 | 351.80 |
| 28-Jan-14 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 28-Jan-14 | Photocopy;SINGH, Neha | 2.00 | 0.20 |
| 28-Jan-14 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 29-Jan-14 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 29-Jan-14 | Laser Copy;SINGH, Neha | 3.00 | 0.30 |
| 29-Jan-14 | White Binder for document briefs | 1.00 | 18.60 |

DENTONS CANADA LLP                                        INVOICE 3038349
The Official Committee of Unsecured Creditors                 Page 21 of 21
Re: Nortel Networks Inc., et al.                     Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 29-Jan-14 | White Binders for document briefs | 1.00 | 55.80 |
| 29-Jan-14 | Laser Copy;mccallenm | 27.00 | 2.70 |
| 29-Jan-14 | Laser Copy;GROSSMAN | 23.00 | 2.30 |
| 29-Jan-14 | Laser Copy;KUKULOWI | 108.00 | 10.80 |
| 30-Jan-14 | Laser Copy;jacobsr | 77.00 | 7.70 |
| 30-Jan-14 | Laser Copy;NELSON M | 158.00 | 15.80 |
| 30-Jan-14 | Laser Copy;mccallenm | 41.00 | 4.10 |
| 31-Jan-14 | Laser Copy;NELSON M | 248.00 | 24.80 |
| 31-Jan-14 | Laser Copy;SINGH, Neha | 2.00 | 0.20 |
| 31-Jan-14 | External Document Reproduction - ImageOn Toronto /BLG/Inv. 33948 | 1.00 | 1,728.94 |
| 31-Jan-14 | Taxi to Toronto airport for meet and confer in NYC on January 9, 2014 for S. Kukulowicz; 2014-1-10 | 1.00 | 66.00 |

**TOTAL**                                          **CDN. $ 6,632.71**