**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**DECEMBER 1 TO DECEMBER 31, 2013**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | |
|---|---:|
| Airfare/Travel | $ 610.43 |
| Accommodations | $ 900.00 |
| Binding Books/Documents | $ 214.90 |
| Courier & Delivery | $ 663.54 |
| External Document Reproduction | $ 1,728.94 |
| File Storage Retrieval | $ 50.00 |
| Long Distance Telephone Calls | $ 15.81 |
| Photocopy & Printing Charges | $ 1,836.30 |
| Process Server Fees | $ 50.00 |
| Transportation Costs | $ 562.79 |
| **Total Non-Taxable Disbursements** | **$6,632.71 CDN.** |

12383099_1|TORDOCS