# EXHIBIT D

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3038349  
Page 17 of 21  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 02-Dec-13 | File Retrieval, Assession# : C659496916-001, Sea rch Folder: 01009641 | 1.00 | 50.00 |
| 20-Dec-13 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 02-Jan-14 | Tabs / Binders | 1.00 | 5.90 |
| 02-Jan-14 | Tabs / Binder | 1.00 | 5.70 |
| 02-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 02-Jan-14 | Tabs / Cerlox | 1.00 | 6.20 |
| 02-Jan-14 | Cerlox | 1.00 | 4.00 |
| 02-Jan-14 | Laser Copy;GROSSMAN | 116.00 | 11.60 |
| 02-Jan-14 | Laser Copy;GROSSMAN | 14.00 | 1.40 |
| 02-Jan-14 | Laser Copy;KUKULOWI | 114.00 | 11.40 |
| 02-Jan-14 | Laser Copy;mccallenm | 347.00 | 34.70 |
| 02-Jan-14 | Laser Copy;Sopic, Sanja | 44.00 | 4.40 |
| 02-Jan-14 | Laser Copy;NELSON M | 187.00 | 18.70 |
| 02-Jan-14 | Laser Copy;DamaniA | 449.00 | 44.90 |
| 03-Jan-14 | Tabs / Cerlox | 1.00 | 13.00 |
| 03-Jan-14 | Laser Copy;GROSSMAN | 3.00 | 0.30 |
| 03-Jan-14 | Laser Copy;MCDONALA | 82.00 | 8.20 |
| 03-Jan-14 | Laser Copy;NELSON M | 46.00 | 4.60 |
| 03-Jan-14 | Laser Copy;Sopic, Sanja | 3.00 | 0.30 |
| 03-Jan-14 | Laser Copy;WUNDER M | 107.00 | 10.70 |
| 03-Jan-14 | Photocopy;GROSSMAN | 86.00 | 8.60 |
| 03-Jan-14 | Photocopy;GROSSMAN | 59.00 | 5.90 |
| 03-Jan-14 | Photocopy;mccallenm | 2.00 | 0.20 |
| 03-Jan-14 | Laser Copy;DamaniA | 203.00 | 20.30 |
| 03-Jan-14 | Laser Copy;Erandio, N. | 2,357.00 | 235.70 |
| 03-Jan-14 | Laser Copy;GROSSMAN | 32.00 | 3.20 |
| 03-Jan-14 | Laser Copy;KUKULOWI | 51.00 | 5.10 |
| 03-Jan-14 | Laser Copy;mccallenm | 24.00 | 2.40 |
| 03-Jan-14 | Cerlox / Clear Cover / Tab | 1.00 | 5.00 |
| 06-Jan-14 | Laser Copy;GROSSMAN | 62.00 | 6.20 |
| 06-Jan-14 | Laser Copy;KUKULOWI | 75.00 | 7.50 |
| 06-Jan-14 | Laser Copy;mccallenm | 58.00 | 5.80 |
| 06-Jan-14 | Laser Copy;NELSON M | 142.00 | 14.20 |
| 06-Jan-14 | Laser Copy;WUNDER M | 60.00 | 6.00 |
| 06-Jan-14 | Cerlox / Clear Cover | 1.00 | 6.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3038349  
Page 18 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 10.80 |
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 7.60 |
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 9.60 |
| 06-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 22.80 |
| 06-Jan-14 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 07-Jan-14 | Laser Copy;WUNDER M | 75.00 | 7.50 |
| 07-Jan-14 | Laser Copy;KUKULOWI | 20.00 | 2.00 |
| 07-Jan-14 | Laser Copy;NELSON M | 85.00 | 8.50 |
| 07-Jan-14 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.02 |
| 07-Jan-14 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 08-Jan-14 | Laser Copy;jacobsr | 33.00 | 3.30 |
| 08-Jan-14 | Laser Copy;mccallenm | 3.00 | 0.30 |
| 08-Jan-14 | Laser Copy;NELSON M | 85.00 | 8.50 |
| 08-Jan-14 | Laser Copy;SINGH, Neha | 43.00 | 4.30 |
| 08-Jan-14 | Laser Copy;Waugh,Stephanie | 75.00 | 7.50 |
| 08-Jan-14 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 09-Jan-14 | Laser Copy;jacobsr | 66.00 | 6.60 |
| 09-Jan-14 | Laser Copy;NELSON M | 151.00 | 15.10 |
| 09-Jan-14 | Laser Copy;WUNDER M | 15.00 | 1.50 |
| 09-Jan-14 | Laser Copy;KUKULOWI | 23.00 | 2.30 |
| 10-Jan-14 | Laser Copy;mccallenm | 44.00 | 4.40 |
| 10-Jan-14 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 10-Jan-14 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 10-Jan-14 | Laser Copy;NELSON M | 129.00 | 12.90 |
| 13-Jan-14 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 13-Jan-14 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 14-Jan-14 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 14-Jan-14 | Laser Copy;MCDONALA | 116.00 | 11.60 |
| 14-Jan-14 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 14-Jan-14 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 14-Jan-14 | Telephone;12128728027;New YorkNY;4740 | 1.00 | 6.12 |
| 14-Jan-14 | Laser Copy;mccallenm | 58.00 | 5.80 |
| 15-Jan-14 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 15-Jan-14 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 16-Jan-14 | Laser Copy;jacobsr | 49.00 | 4.90 |
| 16-Jan-14 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 17-Jan-14 | Laser Copy;mccallenm | 3.00 | 0.30 |
| 17-Jan-14 | Laser Copy;Waugh,Stephanie | 54.00 | 5.40 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3038349  
Page 19 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 17-Jan-14 | Laser Copy;jacobsr | 36.00 | 3.60 |
| 17-Jan-14 | Flight to New York from Toronto for Nortel meeting for S. Kukulowicz on Jan 9, 2014; 2014-1-10 | 1.00 | 322.08 |
| 17-Jan-14 | Return flight to Toronto from New York for S. Kukulowicz on Jan 12, 2014; 2014-1-12 | 1.00 | 288.35 |
| 17-Jan-14 | Taxi Charges - A. Frederick Taxi to deposition site and return to office - November 8, 2013 | 1.00 | 117.53 |
| 17-Jan-14 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 17-Jan-14 | Hotel room in New York for Jan 9 &10, 2014 for S. Kukulowicz (re: Nortel allocation meeting); 2014-1-9 | 1.00 | 900.00 |
| 17-Jan-14 | Taxi from New York airport to hotel for S. Kukulowicz on Jan 9, 2014; 2014-1-9 | 1.00 | 40.80 |
| 17-Jan-14 | Taxi from Cleary office to hotel after Nortel meeting for S. Kukulowicz on Jan 10, 2014; 2014-1-10 | 1.00 | 27.00 |
| 17-Jan-14 | Taxi from hotel to Cleary office for Nortel meeting for S. Kukulowicz on Jan 10, 2014; 2014-1-10 | 1.00 | 25.20 |
| 17-Jan-14 | Taxi Charges - A. Frederick Taxi to Fed Ex site; deposition site and return to office - November 6, 2013 | 1.00 | 150.64 |
| 17-Jan-14 | Taxi Charges - A. Frederick Taxi to deposition site and return to office - November 7, 2013 | 1.00 | 135.62 |
| 20-Jan-14 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 20-Jan-14 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 724356626/797673372538 Recipient: JACQUELINE YECIES Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 481.02 |
| 20-Jan-14 | Laser Copy;KUKULOWI | 35.00 | 3.50 |
| 20-Jan-14 | Laser Copy;NELSON M | 95.00 | 9.50 |
| 20-Jan-14 | Laser Copy;SINGH, Neha | 1.00 | 0.10 |
| 20-Jan-14 | Laser Copy;Waugh,Stephanie | 62.00 | 6.20 |
| 21-Jan-14 | Laser Copy;NELSON M | 5.00 | 0.50 |
| 21-Jan-14 | Laser Copy;mccallenm | 22.00 | 2.20 |
| 21-Jan-14 | Laser Copy;GROSSMAN | 40.00 | 4.00 |
| 21-Jan-14 | Laser Copy;jacobsr | 32.00 | 3.20 |
| 21-Jan-14 | Laser Copy;KUKULOWI | 10.00 | 1.00 |
| 22-Jan-14 | Process Server Fees - Ad Idem Process Services Limited /BLG/Inv. 86859 | 1.00 | 50.00 |
| 22-Jan-14 | Laser Copy;GROSSMAN | 20.00 | 2.00 |
| 22-Jan-14 | Laser Copy;KUKULOWI | 16.00 | 1.60 |
| 22-Jan-14 | Laser Copy;mccallenm | 49.00 | 4.90 |
| 22-Jan-14 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 22-Jan-14 | Laser Copy;WUNDER M | 3.00 | 0.30 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3038349  
Page 20 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 23-Jan-14 | Laser Copy;GROSSMAN | 54.00 | 5.40 |
| 23-Jan-14 | FedEx delivery Sender: DENTONS CANADA LLP Invoice/Airbill: 724433220/797712268018 Recipient: ROMAN ROGOVOY Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 182.52 |
| 23-Jan-14 | Laser Copy;mccallenm | 6.00 | 0.60 |
| 23-Jan-14 | Laser Copy;NELSON M | 329.00 | 32.90 |
| 23-Jan-14 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 23-Jan-14 | Laser Copy;DamaniA | 3.00 | 0.30 |
| 23-Jan-14 | Telephone;12128727425;New YorkNY;4715 | 1.00 | 1.53 |
| 24-Jan-14 | Laser Copy;Erandio, N. | 411.00 | 41.10 |
| 24-Jan-14 | Laser Copy;WUNDER M | 22.00 | 2.20 |
| 24-Jan-14 | Laser Copy;NELSON M | 163.00 | 16.30 |
| 24-Jan-14 | Telephone;12127821411;New YorkNY;4715 | 1.00 | 5.10 |
| 24-Jan-14 | Photocopy;mccallenm | 1.00 | 0.10 |
| 24-Jan-14 | Laser Copy;GROSSMAN | 298.00 | 29.80 |
| 25-Jan-14 | Laser Copy;GROSSMAN | 9.00 | 0.90 |
| 25-Jan-14 | Laser Copy;Paulo, Filipe | 939.00 | 93.90 |
| 27-Jan-14 | Tabs / Binders | 1.00 | 23.30 |
| 27-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 5.00 |
| 27-Jan-14 | Laser Copy;mccallenm | 12.00 | 1.20 |
| 27-Jan-14 | Laser Copy;SINGH, Neha | 53.00 | 5.30 |
| 27-Jan-14 | Laser Copy;WUNDER M | 58.00 | 5.80 |
| 27-Jan-14 | Laser Copy;DamaniA | 4,845.00 | 484.50 |
| 27-Jan-14 | Tabs / Cerlox / Clear Cover | 1.00 | 5.60 |
| 27-Jan-14 | Laser Copy;Waugh,Stephanie | 9.00 | 0.90 |
| 27-Jan-14 | Photocopy;SINGH, Neha | 52.00 | 5.20 |
| 28-Jan-14 | Laser Copy;SINGH, Neha | 107.00 | 10.70 |
| 28-Jan-14 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 28-Jan-14 | Laser Copy;WUNDER M | 46.00 | 4.60 |
| 28-Jan-14 | Laser Copy;KUKULOWI | 82.00 | 8.20 |
| 28-Jan-14 | Laser Copy;mccallenm | 129.00 | 12.90 |
| 28-Jan-14 | Laser Copy;Erandio, N. | 3,518.00 | 351.80 |
| 28-Jan-14 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 28-Jan-14 | Photocopy;SINGH, Neha | 2.00 | 0.20 |
| 28-Jan-14 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 29-Jan-14 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 29-Jan-14 | Laser Copy;SINGH, Neha | 3.00 | 0.30 |
| 29-Jan-14 | White Binder for document briefs | 1.00 | 18.60 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 3038349  
Page 21 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 29-Jan-14 | White Binders for document briefs | 1.00 | 55.80 |
| 29-Jan-14 | Laser Copy;mccallenm | 27.00 | 2.70 |
| 29-Jan-14 | Laser Copy;GROSSMAN | 23.00 | 2.30 |
| 29-Jan-14 | Laser Copy;KUKULOWI | 108.00 | 10.80 |
| 30-Jan-14 | Laser Copy;jacobsr | 77.00 | 7.70 |
| 30-Jan-14 | Laser Copy;NELSON M | 158.00 | 15.80 |
| 30-Jan-14 | Laser Copy;mccallenm | 41.00 | 4.10 |
| 31-Jan-14 | Laser Copy;NELSON M | 248.00 | 24.80 |
| 31-Jan-14 | Laser Copy;SINGH, Neha | 2.00 | 0.20 |
| 31-Jan-14 | External Document Reproduction - ImageOn Toronto /BLG/Inv. 33948 | 1.00 | 1,728.94 |
| 31-Jan-14 | Taxi to Toronto airport for meet and confer in NYC on January 9, 2014 for S. Kukulowicz; 2014-1-10 | 1.00 | 66.00 |

**TOTAL**      CDN. $ 6,632.71