**EXHIBIT E**

11957585_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 1, 2014 THROUGH JANUARY 31, 2014
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra Frederick | Student | Students - Ottawa | | 2.3 | $165.00 | $379.50 |
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 34.7 | $775.00 | $26,892.50 |
| Corey Villeneuve | Paralegal | Litigation | | 1.6 | $210.00 | $336.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 43.4 | $795.00 | $34,503.00 |
| Natalie Levine | Counsel | Financial Restructuring | Ontario - 2013 | 1.9 | $525.00 | $997.50 |
| Peter Cavanagh | Partner | Litigation | Ontario - 1983 | 28.9 | $775.00 | $22,397.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 38.2 | $750.00 | $28,650.00 |
| Sanja Sopic | Student | Students - Toronto | | 4.2 | $230.00 | $966.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 65.3 | $900.00 | $58,770.00 |
| | | | | | | |
| TOTAL | | | | 220.5 | CDN. | $173,892.00 |

12383099_1|TORDOCS