# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| --------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| --------------------------------------------------------X | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 4, 2014 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**.  CourtCall has been made aware of this extended deadline.  CourtCall will not accept reservations after the extended deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1.      Debtors' Thirty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 12915, Filed 1/31/14).

Objection Deadline:  February 21, 2014 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)      Corrected Notice of Debtors' Thirty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 12938, Filed 2/3/14);

(b)     Certificate of No Objection Regarding Debtors' Thirty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Deferred Compensation Claims, No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 13061, Filed 2/27/14); and

(c)     Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

## CONTESTED MATTER GOING FORWARD

2.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 12919, Filed 1/31/14).

Objection Deadline:  February 21, 2014 at 4:00 p.m. (ET).

Responses Received:

(a)     Informal Response of Freddie Gann to Omnibus Objection;

(b)     Response to Omnibus Objection Filed by Russell J Hawkins (D.I. 13014, Filed 2/18/14);

(c)     Response to Omnibus Objection Filed by William E. Mariotti, Sr. (D.I. 13022, Filed 2/21/14);

(d)     Objection to Omnibus Objection Filed by Richard Brand (D.I. 13023, Filed 2/21/14); and

(e)     Limited Response to Omnibus Objection to Claims Debtors Thirty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C $ 502, Fed.R. Bankr.P. 3007 and Del. L.R. 3007-1 (No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or

Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims)
Filed by Daniel D. David (D.I. 13063, Filed 2/24/14).

Related Pleading:

(a)     Corrected Notice of Debtors' Thirty-Fifth Omnibus Objection (Substantive) to
Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R.
3007-1 (No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-
Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong
Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis
503(b)(9) Claims and No-Basis Pension Claims) (D.I. 12939, Filed 2/3/14);

(b)     Debtors' Omnibus Reply to Responses to Debtors' Thirty-Fifth Omnibus
Objection (Substantive) to Certain Claims (D.I. 13060, Filed 2/27/14); and

(c)     Notice of Withdrawal of Claim of William E. Mariotti, Sr.

Status: The hearing on this matter will go forward.

Dated: February 28, 2014          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                    James L. Bromley (admitted *pro hac vice*)
                                  Lisa M. Schweitzer (admitted *pro hac vice*)
                                  One Liberty Plaza
                                  New York, New York 10006
                                  Telephone:  (212) 225-2000
                                  Facsimile:  (212) 225-3999

                                  - and –

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Tamara K. Minott*
                                  Eric D. Schwartz (No. 3134)
                                  Derek C. Abbott (No. 3376)
                                  Ann C. Cordo (No. 4817)
                                  Tamara K. Minott (No. 5643)
                                  1201 North Market Street, 18th Floor
                                  Wilmington, DE  19899-1347
                                  Telephone:  (302) 658-9200
                                  Facsimile:  (302) 425-4663

                                  *Counsel for the Debtors and Debtors in Possession*

8028070.2