# EXHIBIT A

2725046.2

# Linklaters

Nortel Networks Incorporated
Pensions - L-175748
WIP - from 01/11/2013 to 31/01/2014 in USD at 19/02/2014

## Claims

| Date | Name | Narrative | Rate | Hours | Value |
|---|---|---|---|---|---|
| 04/11/2013 | Jared Oyston | Reviewing documents | 929.75 | 0.40 | 371.89 |
| 04/11/2013 | Mark Blyth | Meeting Professional re documents | 1,258.85 | 3.00 | 3,776.54 |
| 04/11/2013 | Mark Blyth | Review Cleary comments on documents and email client re same | 1,258.85 | 1.50 | 1,888.27 |
| 05/11/2013 | Mark Blyth | Email Cleary, Professional and telecon Professional re document | 1,258.85 | 0.30 | 377.65 |
| 05/11/2013 | Mark Blyth | Meeting with Professional re document | 1,258.85 | 1.10 | 1,384.73 |
| 06/11/2013 | Mark Blyth | Telecon Professional re document - meeting Professional re document - con call Cleary and Professional re same | 1,258.85 | 3.40 | 4,280.08 |
| 07/11/2013 | Mark Blyth | Telecon Professional re document | 1,258.85 | 0.30 | 377.65 |
| 08/11/2013 | Mark Blyth | Organise documents for Professional | 1,258.85 | 0.10 | 125.88 |
| 11/11/2013 | Jared Oyston | Reviewing email correspondence | 929.75 | 0.10 | 92.97 |
| 12/11/2013 | Mark Blyth | Email cleary and telecon Professionals re document | 1,258.85 | 0.40 | 503.54 |
| 12/11/2013 | Mark Blyth | Emails Cleary and Professional re meetings - documents for Professional and tel Professional re document | 1,258.85 | 0.20 | 251.77 |
| 13/11/2013 | Mark Blyth | Email Cleary and Professional re meeting and tel Professional re next steps | 1,258.85 | 0.20 | 251.77 |
| 13/11/2013 | Mark Blyth | Telecon and emails cleary and Professional re documents and meeting | 1,258.85 | 0.30 | 377.65 |
| 14/11/2013 | Mark Blyth | Email cleary re document | 1,258.85 | 0.10 | 125.88 |
| 15/11/2013 | Mark Blyth | Review draft document | 1,258.85 | 0.40 | 503.54 |
| 15/11/2013 | Mark Blyth | Review document | 1,258.85 | 1.20 | 1,510.61 |
| 18/11/2013 | Mark Blyth | Meeting with Cleary and Professional re document and update | 1,258.85 | 3.00 | 3,776.54 |
| 19/11/2013 | Mark Blyth | Email re meeting with cleary and Professional | 1,258.85 | 0.10 | 125.88 |
| 19/11/2013 | Mark Blyth | Review document and email Cleary re meeting arrangements | 1,258.85 | 0.90 | 1,132.96 |
| 19/11/2013 | Mark Blyth | Telecon with Professional re document | 1,258.85 | 0.10 | 125.88 |
| 19/11/2013 | Mark Blyth | Telecon re timing and document | 1,258.85 | 0.30 | 377.65 |
| 20/11/2013 | Jared Oyston | Costs estimate for Cleary | 929.75 | 1.50 | 1,394.60 |
| 25/11/2013 | Mark Blyth | Review document | 1,258.85 | 2.90 | 3,650.65 |
| 25/11/2013 | Mark Blyth | Telecon with Professional re next steps | 1,258.85 | 0.20 | 251.77 |
| 26/11/2013 | Mark Blyth | Emails cleary and Professional re documents and meeting arrangements | 1,258.85 | 0.20 | 251.77 |
| 26/11/2013 | Mark Blyth | Meeting Professional and review documents | 1,258.85 | 3.00 | 3,776.54 |
| 27/11/2013 | Mark Blyth | Email Cleary and reviewing documents for Professional - prep for meeting with Professional | 1,258.85 | 0.40 | 503.54 |
| 27/11/2013 | Mark Blyth | Emails Cleary re meetings with Professionals | 1,258.85 | 0.10 | 125.88 |
| 27/11/2013 | Mark Blyth | Tel Professional re meeting | 1,258.85 | 0.10 | 125.88 |
| 27/11/2013 | Mark Blyth | Tel Professional re document | 1,258.85 | 0.10 | 125.88 |
| 28/11/2013 | Mark Blyth | Prep for and attend meeting Professional re document | 1,258.85 | 3.20 | 4,028.31 |
| 02/12/2013 | Jared Oyston | Call with Cleary and Professional | 929.75 | 1.00 | 929.74 |

# Linklaters

| Date | Name | Narrative | Rate | Hours | Value |
|---|---|---|---|---|---|
| 02/12/2013 | Jared Oyston | Reviewing email correspondence | 929.75 | 0.20 | 185.95 |
| 02/12/2013 | Mark Blyth | Telecon James Walmsley re UK employment issues - email Cleary re same - telecon re document. Telecon Professional re document - meeting Professional re document | 1,258.85 | 3.10 | 3,902.42 |
| 02/12/2013 | Mark Blyth | Telecon Professional re document | 1,258.85 | 0.40 | 503.54 |
| 03/12/2013 | Mark Blyth | Email James Walmsley and cleary re UK employment issues | 1,258.85 | 0.30 | 377.65 |
| 04/12/2013 | Jared Oyston | Call with James Walmsley re UK employment issues | 929.75 | 0.70 | 650.82 |
| 04/12/2013 | Jared Oyston | Review UK employment issues; email to Cleary re same | 929.75 | 1.00 | 929.74 |
| 04/12/2013 | Jared Oyston | Reviewing query from Cleary; email to Mark Blyth | 929.75 | 0.20 | 185.95 |
| 04/12/2013 | Mark Blyth | Con call with Cleary re UK employment issues and discussion with James Walmsley re same | 1,258.85 | 1.20 | 1,510.61 |
| 04/12/2013 | Mark Blyth | Research and discussion with James Walmsley re UK employment issues | 1,258.85 | 1.80 | 2,265.92 |
| 04/12/2013 | Mark Blyth | Email Cleary re documents | 1,258.85 | 0.30 | 377.65 |
| 04/12/2013 | Mark Blyth | Email cleary re UK employment issues - research and internal dicussion with Jared Oyston re same | 1,258.85 | 0.40 | 503.54 |
| 04/12/2013 | Mark Blyth | Telecon Cleary re documents | 1,258.85 | 0.40 | 503.54 |
| 05/12/2013 | Mark Blyth | Telecon Professional re document | 1,258.85 | 0.20 | 251.77 |
| 06/12/2013 | Mark Blyth | Meeting Cleary and Professional re document | 1,258.85 | 2.70 | 3,398.88 |
| 06/12/2013 | Mark Blyth | Review documents and email Cleary re same | 1,258.85 | 0.30 | 377.65 |
| 06/12/2013 | Mark Blyth | Telecon Professional re document | 1,258.85 | 0.20 | 251.77 |
| 09/12/2013 | Mark Blyth | Email and telecon Cleary re document and with Professional | 1,258.85 | 0.10 | 125.88 |
| 09/12/2013 | Mark Blyth | Emails Cleary and Professional re draft document and meetings - tel Professional's clerk | 1,258.85 | 0.30 | 377.65 |
| 09/12/2013 | Mark Blyth | Review documents | 1,258.85 | 0.50 | 629.42 |
| 11/12/2013 | Mark Blyth | Meeting Professional re document | 1,258.85 | 3.00 | 3,776.54 |
| 11/12/2013 | Mark Blyth | Review documents | 1,258.85 | 1.20 | 1,510.61 |
| 11/12/2013 | Mark Blyth | Review documents | 1,258.85 | 1.50 | 1,888.27 |
| 12/12/2013 | Mark Blyth | Review documents | 1,258.85 | 0.90 | 1,132.96 |
| 13/12/2013 | Mark Blyth | Emails Cleary and emails and telecons Professionals re timing and arranegments re documents | 1,258.85 | 0.20 | 251.77 |
| 17/12/2013 | Mark Blyth | Document - review and email James Walmsley and client re same | 1,258.85 | 2.20 | 2,769.46 |
| 17/12/2013 | Mark Blyth | Review draft Professional document | 1,258.85 | 2.00 | 2,517.69 |
| 17/12/2013 | Mark Blyth | Telecon and email Cleary re UK employment issues | 1,258.85 | 0.20 | 251.77 |
| 18/12/2013 | Mark Blyth | Disc Regulator - email Cleary re documents - rev press comment on same - tel Professional re same | 1,258.85 | 0.40 | 503.54 |
| 18/12/2013 | Mark Blyth | Review documents | 1,258.85 | 0.70 | 881.19 |
| 18/12/2013 | Mark Blyth | Telecon Cleary re UK employment issues and email James Walmsley re same | 1,258.85 | 0.70 | 881.19 |
| 18/12/2013 | Mark Blyth | Review document and telecon Professional | 1,258.85 | 2.40 | 3,021.23 |
| 19/12/2013 | Mark Blyth | Email Cleary re documents and Professional - telecon Professional and email Professional re documents and next steps | 1,258.85 | 0.80 | 1,007.08 |
| 09/01/2014 | Mark Blyth | Emails Cleary , James Walmsley and Professionals re court approval and documents - tel Professional re same | 1,258.85 | 0.40 | 503.54 |

# Linklaters

## Fee Applications

| Date | Name | Narrative | Rate | Hours | Value |
|---|---|---|---|---|---|
| 26/11/2013 | Jared Oyston | Fee applications | 929.75 | 2.00 | 1,859.47 |
| 26/11/2013 | Mark Blyth | Email MORRIS, NICHOLS, ARSHT & TUNNELL LLP re hearing date | 1,258.85 | 0.10 | 125.88 |
| 26/11/2013 | Mark Blyth | Various emails internal and from Cleary re Professional fees | 1,258.85 | 0.10 | 125.88 |
| 26/11/2013 | Peter Kernthaler | Preparing fee application. | 403.20 | 4.80 | 1,935.17 |
| 27/11/2013 | Mark Blyth | Review fee application and internal dis re same | 1,258.85 | 0.20 | 251.77 |
| 27/11/2013 | Peter Kernthaler | Call to Annie Cordo re: Professionals' fee applications. | 403.20 | 0.10 | 40.32 |
| 27/11/2013 | Peter Kernthaler | Preparing fee applications for Professionals | 403.20 | 2.70 | 1,088.53 |
| 28/11/2013 | Peter Kernthaler | Drafting certifications for Professionals | 403.20 | 0.70 | 282.21 |
| 28/11/2013 | Peter Kernthaler | Drafting monthly fee application for Professional | 403.20 | 0.70 | 282.21 |
| 28/11/2013 | Peter Kernthaler | Email to Jared Oyston re documents for Professionals. | 403.20 | 0.50 | 201.58 |
| 03/12/2013 | Jared Oyston | Dealing with Professional fee application query | 929.75 | 0.20 | 185.95 |
| 03/12/2013 | Jared Oyston | Fee application issues | 929.75 | 0.60 | 557.84 |
| 03/12/2013 | Jared Oyston | Fee applications issues | 929.75 | 1.50 | 1,394.61 |
| 17/12/2013 | Jared Oyston | Fee application issues | 929.75 | 0.20 | 185.95 |
| 02/01/2014 | Jared Oyston | Fee application issues | 929.75 | 1.00 | 929.74 |
| 06/01/2014 | Jared Oyston | Fee application issues | 929.75 | 3.80 | 3,533.00 |
| 07/01/2014 | Jared Oyston | Fee application/billing | 929.75 | 0.80 | 743.78 |
| 08/01/2014 | Peter Kernthaler | Liaising internally re: payment of Professional's invoice. | 403.20 | 0.30 | 120.95 |
| 08/01/2014 | Jared Oyston | Fee application issues | 929.75 | 0.10 | 92.97 |
| 14/01/2014 | Jared Oyston | Fee application issues | 929.75 | 0.10 | 92.97 |
| 23/01/2014 | Jared Oyston | Fee application issues | 929.75 | 1.20 | 1,115.68 |
| 27/01/2014 | Jared Oyston | Reviewing final fee report for August-October 2013 | 929.75 | 0.10 | 92.97 |
| **Total** | | | | **82.80** | **90,350.51** |