# EXHIBIT B

Nortel Networks Incorporated
Pensions - L-175748
Expenses - from 01/11/2013 to 31/01/2014 in USD at 19/02/2014

*Disbursements:*

| Date | Type | Description | Value |
|---|---|---|---|
| 08/11/2013 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 4,442.99 |
| 08/01/2014 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 3,332.24 |
| 10/01/2014 | Counsel Fees | Mr James Walmsley - COUNSEL FEES 03.12.2013-17.12.2013 | 2,591.74 |
| 30/01/2014 | Expert Expense | Expert Expense (Details to be provided under seal to the Court, the Office of the US Trustee, and the Fee Examiner pursuant to the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) [D.I. 9584] and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications [D.I. 11082].) | 120,256.79 |
| **Disbursements Total** | | | **130,623.76** |

*Other Service Items:*

| Date | Type | Description | Value |
|---|---|---|---|
| 05/11/2013 | Incidental Expenses | Meals - late working 04/11 Evening Meal Silks Mark Blyth | 9.33 |
| 05/11/2013 | Travel | Taxis 04/11 Taxi Meeting Mark Blyth | 18.10 |
| 05/11/2013 | Travel | Taxis 04/11 Taxi Meeting Mark Blyth | 14.81 |
| 05/11/2013 | Travel | Taxis 04/11 Taxi Meeting Mark Blyth | 26.33 |
| 08/11/2013 | Document Production | Photocopying White A4 | 78.50 |
| 12/11/2013 | Document Production | Photocopying White A4 Photocopying: Black & White A4 | 215.00 |
| 12/11/2013 | Document Production | Printcopying | 4.00 |
| 12/11/2013 | Document Production | Photocopying Colour A3 | 0.20 |
| 12/11/2013 | Document Production | Photocopying White A4 | 90.50 |
| 12/11/2013 | Travel | Taxis 06/11 Taxi - return from meeting Mark Blyth | 16.46 |
| 12/11/2013 | Travel | Taxis 06/11 Taxi - return from meeting Mark Blyth | 16.46 |
| 12/11/2013 | Courier | Courier 12.11.2013 M. BLYTH | 43.08 |
| 20/11/2013 | Document Production | Printcopying | 1.80 |
| 26/11/2013 | Document Production | Printcopying | 2.10 |
| 27/11/2013 | Document Production | Printcopying | 8.60 |
| 27/11/2013 | Document Production | Printcopying | 0.30 |
| 28/11/2013 | Document Production | Printcopying | 7.60 |
| 04/12/2013 | Document Production | Printcopying | 0.60 |
| 05/12/2013 | Document Production | Photocopying White A4 | 3.30 |
| 05/12/2013 | Courier | Courier 05.12.2013 M.BLYTH | 21.49 |
| 09/12/2013 | Document Production | Printcopying | 15.40 |
| 16/12/2013 | Document Production | Printcopying | 3.50 |
| 18/12/2013 | Document Production | Printcopying | 1.00 |
| 20/12/2013 | Travel | Taxis 11/12 Taxi - attending meeting Mark Blyth | 14.81 |
| 20/12/2013 | Travel | Taxis 11/12 Taxi - attending meeting Mark Blyth | 16.46 |
| **Other Service Items Total** | | | **629.73** |
| **Overall Total** | | | **131,253.49** |