# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*, [1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

-----------------------------------------------------------X    **Objections Due:  March 20, 2014 at 4:00 p.m. (ET)**

### FIRST INTERIM APPLICATION OF JAMES WALMSLEY FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014

| | |
|---|---|
| Name of Applicant: | JAMES WALMSLEY |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | 9 February 2010 |
| Period for which Compensation and reimbursement is sought: | November 1, 2013 through January 31, 2014[2] |
| Amount of compensation sought as actual, reasonable and necessary: | £1,575.00 (US$ 2,591.74) |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     The compensation and reimbursement sought includes amounts charged for work done from 3 December 2013 to 17 December 2013.

Amount of reimbursement
sought as actual,                    £0.00
reasonable and necessary:

      ___ final application

This is an _x_ interim

## REIMBURSEMENT SOUGHT AND APPROVED IN PREVIOUS FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| N/A | | | |

- 2 -

**COMPENSATION BY PROFESSIONAL**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 Through January 31, 2014

| Name of Professional Person | Position of the Applicant and Area of Expertise | Year of obtaining license to practice | Number of years at firm | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James Walmsley | Barrister, Pensions | 2007 | N/A | £175 | 9.00 | £1,575.00 |
| **Total** | | | | | | **£1,575.00** |
| **GRAND TOTAL:** | **£1,575.00** (US$ 2,591.74) | | | | | |
| **BLENDED RATE:** | **£175** (US$ 287.97) | | | | | |

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 Through January 31, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claims | 9.00 | £1,575.00 |
| **TOTAL** | **9.00** | **£1,575.00**<br>(US$ 2,591.74) |

- 4 -

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 Through January 31, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | | £0.00 |
| **Grand Total Expenses** | | **£0.00** |

# EXHIBIT A - DIARIES

# Professional Fees of James Walmsley

**VAT Registration No: 936238705**

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 27 Feb 2014 | Case Ref. No: 96925 |
|---|---|---|

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 03 Dec 2013 | to 4th Advising Instructing Solicitors by way of email; advising in Conference on the telephone and advising in Conference at Instructing Solicitor's offices  [5 hrs] | 875.00 | 175.00 |
| 17 Dec 2013 | Working on document and advising by way of email  [4 hrs] | 700.00 | 140.00 |

| | Total | £1,575.00 | £315.00 |
|---|---|---|---|
| | **Total Due** | **£1,890.00** | |

Please make cheques payable to James Walmsley

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |
|---|---|

(c) Meridian Law Limited

Page: 1/1



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk