IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Hearing Date: TBD**
:
---------------------------------------------------------------X

**TWENTIETH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Twentieth Quarterly Fee Application Request (the "Request") for the period November 1, 2013 through and including January 31, 2014 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November 2013 [D.I. 12794], December 2013 [D.I. 12934] and January 2014 [D.I. 13067] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 1/8/2014 [D.I. 12794] | 11/1/13 – 11/30/13 | $7,424,530.00 | $427,391.18 | 1/30/2014 [D.I. 12910] | $427,391.18 | $5,939,624.00 | $427,391.18 | $1,484,906.00 |
| 1/31/2014 [D.I. 12934] | 12/1/13 – 12/31/13 | 3,963,170.50 | 5,257,810.33 | 2/24/2014 [D.I. 13035] | 5,257,810.33 | 3,170,536.40 | 5,257,810.33 | 792,634.10 |
| 2/27/2014 [D.I. 13067] | 1/1/14 – 1/31/14 | 4,647,295.00 | 942,536.38 | Pending | 942,536.38 | 3,717,836.00 | 942,536.38 | 929,459.00 |
| TOTAL | | $16,034,995.50 | $6,627,737.89 | | $6,627,737.89 | $12,827,996.40 | $6,627,737.89 | $3,206,999.10 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 28, 2014  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ 
James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY
# BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 through January 31, 2014

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KHMELNITSKY, ANGELINA | Temp. Attorney | $200.00 / 205.00 | 739.10 | $148,865.00 |
| LEWIS, ERICA | Temp. Attorney | 200.00 / 205.00 | 731.00 | 147,372.50 |
| VAN SLYCK, CHRISTINA | Temp. Attorney | 200.00 / 205.00 | 722.10 | 145,623.00 |
| LERNER, YONATAN N. | Temp. Attorney | 200.00 / 205.00 | 719.50 | 145,139.50 |
| GRAHAM, ASHLEY | Temp. Attorney | 200.00 / 205.00 | 680.50 | 137,293.50 |
| STONE, LUCA | Temp. Attorney | 200.00 / 205.00 | 668.60 | 134,662.50 |
| YAZGAN, ZEHRA | Temp. Attorney | 200.00 / 205.00 | 663.50 | 133,917.50 |
| ZIMMER, CLAUDIA | Temp. Attorney | 200.00 / 205.00 | 660.20 | 133,197.00 |
| KHYM, HANDOL | Temp. Attorney | 200.00 / 205.00 | 648.50 | 130,871.00 |
| JACKSON, JULIA | Temp. Attorney | 200.00 / 205.00 | 647.80 | 130,643.00 |
| GUIHA, ALEXANDER | Temp. Attorney | 200.00 / 205.00 | 647.40 | 130,516.50 |
| DOMPIERRE, YVONNE | Temp. Attorney | 200.00 / 205.00 | 641.20 | 129,154.00 |
| O'CONNOR, ROBERT | Temp. Attorney | 200.00 / 205.00 | 615.00 | 124,149.00 |

---

[3] Arranged in descending order according to Total Billed Hours.

[4] Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

[5] Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| CHAN, W. JONATHAN | Temp. Attorney | 200.00 / 205.00 | 614.90 | 124,069.00 |
| CHEN, LEDAN | Temp. Attorney | 200.00 / 205.00 | 597.20 | 120,538.00 |
| TAYLOR, MORGAN | Temp. Attorney | 200.00 / 205.00 | 594.20 | 119,961.50 |
| TEMP. PARALEGAL | Temp. Paralegal | 240.00 / 245.00 | 592.30 | 143,108.00 |
| LITTELL, JENNIFER M. | Temp. Attorney | 200.00 / 205.00 | 589.90 | 119,154.00 |
| CELA, DORINA | Temp. Attorney | 200.00 / 205.00 | 583.50 | 117,539.50 |
| MOESSNER, JACQUELINE M. | Associate - Litigation (called to the bar in 2007; 2 years in current position) | 735.00 / 755.00 | 575.10 | 426,888.50 |
| STEIN, DARRYL G. | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 / 605.00 | 569.50 | 336,719.50 |
| DEVANEY, AARON | Temp. Attorney | 200.00 / 205.00 | 565.40 | 114,056.00 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 8 years in current position) | 1,090.00 / 1,135.00 | 560.30 | 618,804.50 |
| LUFT, AVRAM E. | Counsel - Litigation (called to the bar in 2000; 6 years in current position) | 935.00 / 965.00 | 558.30 | 529,972.50 |
| ROSENTHAL, JEFFREY A. | Partner - Litigation (called to the bar in 1992; 13 years in current position) | 1,120.00 / 1,165.00 | 551.20 | 623,279.50 |
| QUEEN, DANIEL D. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 650.00 / 670.00 | 538.40 | 354,166.00 |
| FERGUSON, MARY K. | Paralegal | 240.00 / 245.00 | 530.80 | 128,049.00 |
| HONG, JENNA | Temp. Attorney | 200.00 / 205.00 | 530.30 | 106,393.00 |
| LESSNER, KIMBERLY | Temp. Attorney | 200.00 / 205.00 | 522.30 | 105,203.50 |
| CAVANAGH, JUSTIN | Temp. Attorney | 200.00 / 205.00 | 508.00 | 102,614.50 |
| WILSON-MILNE, KATHERINE L. | Associate - Litigation (called to the bar in 2010; 3 years in current position) | 685.00 / 705.00 | 507.80 | 351,581.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| RHA, WON | Temp. Attorney | 200.00 / 205.00 | 503.40 | 101,327.50 |
| BLOCK, ELIZABETH | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 / 525.00 | 501.10 | 259,012.50 |
| CUSACK, NICOLE | Temp. Attorney | 200.00 / 205.00 | 499.30 | 100,851.00 |
| GURGEL, MATTHEW G. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 685.00 / 705.00 | 496.10 | 341,926.50 |
| AGANGA-WILLIAMS, TEMIDAYO | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 / 605.00 | 487.90 | 288,933.50 |
| DE LEMOS, DAISY | Temp. Attorney | 200.00 / 205.00 | 481.20 | 96,923.50 |
| TUNIS, BRENT M. | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 / 525.00 | 475.70 | 245,515.50 |
| ZELBO, HOWARD S. | Partner - Litigation (called to the bar in 1985; 20 years in current position) | 1,130.00 / 1,165.00 | 464.80 | 531,874.00 |
| BROMLEY, JAMES L. | Partner - Bankruptcy, Litigation (called to the bar in 1990; 15 years in current position) | 1,130.00 / 1,165.00 | 457.10 | 520,555.00 |
| DECKER, MARLA A. | Associate - Litigation (called to the bar in 2007; 6 years in current position) | 725.00 / 745.00 | 452.10 | 331,012.50 |
| RAHNEVA, ANTONIA A. | Staff Attorney - Litigation E-Discovery (called to the bar in 2008; 2 years in current position) | 370.00 / 380.00 | 426.60 | 159,400.00 |
| DANDELET, KYLE A. | Associate - Litigation (called to the bar in 2011; less than 1 year in current position) | 650.00 / 670.00 | 405.00 | 265,832.00 |
| NASSAU, TIMOTHY C. | Paralegal | 265.00 / 275.00 | 396.60 | 105,668.00 |
| OLIN, ADAM L. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 / 445.00 | 385.10 | 167,693.00 |
| ERICKSON, JODI R. | Staff Attorney - Litigation (called to the bar in 2006; 4 years in current position) | 370.00 / 380.00 | 383.90 | 143,312.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| AYYAR, AKILESH | Temp. Attorney | 200.00 / 205.00 | 376.10 | 75,905.00 |
| GHIRARDI, LAURA | Temp. Attorney | 200.00 | 376.10 | 75,220.00 |
| XU, DONG N. | Associate - Litigation (called to the bar in 2014; 1 year in current position) | 510.00 / 525.00 | 358.50 | 183,043.50 |
| O'KEEFE, PETER M. | Paralegal | 320.00 / 330.00 | 346.10 | 112,234.00 |
| FORREST, NEIL P. | Senior Attorney - Litigation (called to the bar in 1981; 9 years in current position) | 870.00 / 895.00 | 343.20 | 300,049.00 |
| SIEGEL, ASHLEY E. | Associate - Corporate (called to the bar in 2013; 1 year in current position) | 510.00 / 525.00 | 341.90 | 176,709.00 |
| GIANIS, MARGOT A. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 / 445.00 | 339.00 | 147,243.00 |
| IARRAPINO, MATTHEW S. | Temp. Attorney | 200.00 | 329.00 | 65,800.00 |
| RYAN, ROBERT J. | Associate - Bankruptcy (called to the bar in 2011; 3 years in current position) | 650.00 / 670.00 | 326.80 | 214,280.00 |
| BLOCH, AARON | Temp. Attorney | 200.00 | 324.40 | 64,880.00 |
| ROZENBERG, INNA | Senior Attorney - Litigation (called to the bar in 2001; 6 years in current position) | 870.00 / 895.00 | 320.00 | 281,025.00 |
| HASSAN, KARRIEM | Temp. Attorney | 200.00 | 315.70 | 63,140.00 |
| HONG, HEE SON | Temp. Attorney | 200.00 | 313.10 | 62,620.00 |
| KAUFMAN, SHIRA A. | Associate - Litigation (called to the bar in 2012; 3 years in current position) | 650.00 / 670.00 | 309.70 | 202,665.00 |
| MURTY, ERIN | Temp. Attorney | 200.00 | 306.70 | 61,340.00 |
| RICCHI, LINDSEY | Paralegal | 240.00 / 245.00 | 297.70 | 71,978.00 |
| SANSON, DAVID S. | Temp. Attorney | 200.00 | 293.70 | 58,740.00 |
| NG, PHILIP | Temp. Attorney | 200.00 | 290.10 | 58,020.00 |
| LEE, GRACE | Temp. Attorney | 200.00 | 282.20 | 56,440.00 |
| SHARTSIS, BENJAMIN C. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 430.00 / 445.00 | 278.30 | 121,035.50 |
| MCCOWN, ALEXANDRA S. | Associate - Litigation (called to the bar in 2012; 2 years in current position) | 585.00 / 605.00 | 273.70 | 162,052.50 |
| HUR, JINGYUNG | Temp. Attorney | 200.00 | 268.70 | 53,740.00 |

6

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SHERRETT, JESSE D. H. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 650.00 / 670.00 | 268.20 | 175,840.00 |
| GIP, QUYEN | Temp. Attorney | 200.00 | 262.10 | 52,420.00 |
| STREATFEILD, LUKE | Associate - Litigation (called to the bar in 2007; 3 years in current position) | 865.00 / 900.00 | 255.90 | 222,288.00 |
| OLADAPO, OLAYEMI | Temp. Attorney | 200.00 | 240.60 | 48,120.00 |
| SMOLER, MICHELLE | Paralegal | 240.00 / 245.00 | 236.40 | 56,862.50 |
| FORDE, CHARLENE | Temp. Attorney | 200.00 | 234.60 | 46,920.00 |
| SEGEL, SCOTT | Temp. Attorney | 200.00 | 234.40 | 46,880.00 |
| COLEMAN, RONALD J. | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 585.00 / 605.00 | 232.70 | 138,057.50 |
| KNOPP, IRINA | Temp. Attorney | 200.00 | 228.80 | 45,760.00 |
| ORMAND, JUSTIN L. | Associate - Litigation (called to the bar in 2009; 4 years in current position) | 715.00 / 735.00 | 228.60 | 163,573.00 |
| LIPNER, LOUIS A. | Associate - Bankruptcy, Corporate (called to the bar in 2010; 5 years in current position) | 715.00 / 735.00 | 221.20 | 159,610.00 |
| ARRICK, DAVID | Temp. Attorney | 200.00 | 214.10 | 42,820.00 |
| THOMPSON, SACHA | Temp. Attorney | 200.00 | 212.60 | 42,520.00 |
| GRUBE, MARK S. | Associate - Litigation (called to the bar in 2012; less than 1 year in current position) | 650.00 / 670.00 | 209.60 | 137,494.00 |
| RIGEL, JAIME | Temp. Attorney | 200.00 | 209.30 | 41,860.00 |
| KANBURIYAN, ANI | Temp. Attorney | 200.00 | 204.40 | 40,880.00 |
| YAM, MARIA | Temp. Attorney | 200.00 | 202.30 | 40,460.00 |
| ORTEGA SOFFIA, JUAN CRISTOBAL | International Lawyer - Corporate (called to the bar in 2009; less than 1 year in current position) | 385.00 / 395.00 | 200.70 | 77,339.50 |
| PHILIPPEAUX, GERALD | Temp. Attorney | 200.00 | 199.20 | 39,840.00 |
| LYERLY, SARAH B. | Associate - Litigation (called to the bar in 2010; 1 year in current position) | 685.00 / 705.00 | 176.10 | 120,864.50 |
| UZIEL, JESSICA L. | Associate - Bankruptcy (called to the bar in 2012; 2 years in current position) | 585.00 / 605.00 | 175.10 | 103,269.50 |

7

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BEISLER, JEAN ANNE MARIE | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 / 525.00 | 173.90 | 89,476.50 |
| BUSSIGEL, EMILY A. | Associate - Bankruptcy, Litigation (called to the bar in 2010; 4 years in current position) | 685.00 | 172.90 | 118,436.50 |
| WILSON, TANYKA | Temp. Attorney | 200.00 | 151.30 | 30,260.00 |
| DE MESLON, MARION | Temp. Attorney | 650.00 | 148.50 | 96,525.00 |
| STOPEK KARYO, JESSICA | Temp. Attorney | 200.00 | 140.90 | 28,180.00 |
| HURLEY, RODGER | Temp. Attorney | 200.00 | 140.50 | 28,100.00 |
| CONNOLLY, PAUL K. | Staff Attorney - Litigation (called to the bar in 2000; 1 year in current position) | 370.00 / 380.00 | 135.80 | 50,663.00 |
| MUZTAZA, SHANAZ | Paralegal | 300.00 / 345.00 | 132.50 | 40,290.00 |
| PARTHUM, MICHELLE J. | Associate - Litigation (called to the bar in 2012; 1 year in current position) | 585.00 / 605.00 | 128.90 | 77,032.50 |
| VAN KOTE, CAMILLE T. | Paralegal | 265.00 | 128.20 | 33,973.00 |
| ECKENROD, RUSSELL D. | Associate - Bankruptcy (called to the bar in 2010; 3 years in current position) | 715.00 / 735.00 | 125.00 | 90,621.00 |
| BELLER, BENJAMIN S. | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 430.00 / 445.00 | 120.30 | 52,773.00 |
| HORST, NATHAN T. | Associate - Litigation (called to the bar in 2010; 4 years in current position) | 685.00 | 114.80 | 78,638.00 |
| KAHN, MICHAEL J. | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 510.00 / 525.00 | 113.10 | 58,374.00 |
| KARLIK, EVGENY | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 430.00 / 445.00 | 96.30 | 41,766.00 |
| HAILEY, KARA A. | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 5 years in current position) | 870.00 / 895.00 | 77.20 | 67,574.00 |
| CLARKIN, DANIEL A. | Staff Attorney - Litigation (called to the bar in 2005; 3 years in current position) | 370.00 | 75.50 | 27,935.00 |

8

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MALONE, LEAH | Associate - Employee Benefits (called to the bar in 2009; 5 years in current position) | 715.00 / 735.00 | 73.60 | 52,960.00 |
| MCRAE, WILLIAM L. | Partner - Tax (called to the bar in 1998; 9 years in current position) | 1,100.00 / 1,145.00 | 73.20 | 81,613.50 |
| VANLARE, JANE | Associate - Bankruptcy (called to the bar in 2008; 3 years in current position) | 725.00 / 745.00 | 70.90 | 51,920.50 |
| RUIZ, EMMANUEL | Temp. Attorney | 200.00 | 54.90 | 10,980.00 |
| TAYLOR, BRITTANY B. | Assistant Manager - Litigation Paralegals | 320.00 | 48.10 | 15,392.00 |
| OPOLSKY, JEREMY R. | Associate - Bankruptcy (called to the bar in 2011; 2 years in current position) | 650.00 / 670.00 | 41.50 | 27,209.00 |
| GOODMAN, COREY M. | Associate - Tax (called to the bar in 2008; 6 years in current position) | 725.00 / 745.00 | 38.60 | 28,555.00 |
| CHEUNG, SU Y. | Managing Clerk | 210.00 | 38.40 | 8,064.00 |
| WHATLEY, CAROL A. | Assistant Managing Clerk | 155.00 / 160.00 | 36.60 | 5,736.50 |
| KIM, JANE | Associate - Bankruptcy, Litigation (called to the bar in 2003; 11 years in current position) | 735.00 / 755.00 | 35.10 | 26,216.50 |
| DUPUIS, AUDE | Associate - Litigation (called to the bar in 2003; 8 years in current position) | 700.00 | 32.50 | 22,750.00 |
| BROD, CRAIG B. | Partner - Corporate (called to the bar in 1981; 25 years in current position) | 1,130.00 / 1,165.00 | 30.00 | 34,285.00 |
| BARKER, PAUL | Associate - Litigation (called to the bar in 2010; 1 year in current position) | 695.00 | 28.10 | 19,529.50 |
| LASHAY, VINI | Litigation Technology Project Manager | 265.00 | 21.70 | 5,750.50 |
| MCLAREN, JOANNE M. | Temp. Attorney | 200.00 | 21.30 | 4,260.00 |
| SWEENEY, TIMOTHY M. | Assistant Managing Clerk Supervisor | 175.00 | 19.80 | 3,465.00 |
| ILAN, DANIEL | Counsel - Intellectual Property (called to the bar in 2009; 4 years in current position) | 870.00 | 18.70 | 16,269.00 |

9

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HERRINGTON, DAVID H. | Counsel - Litigation (called to the bar in 1993; 10 years in current position) | 935.00 / 965.00 | 18.00 | 17,205.00 |
| FOX, LISA | Paralegal | 300.00 | 17.80 | 5,340.00 |
| MILANO, LISA M. | Litigation Technology Specialist | 265.00 | 17.60 | 4,664.00 |
| DILLON, EMELIA P. | Paralegal | 265.00 | 16.70 | 4,425.50 |
| SAYNAC, CHLOE | Associate - Litigation (called to the bar in 2013; 1 year in current position) | 490.00 | 15.50 | 7,595.00 |
| AUPETIT, EDITH | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 585.00 | 14.80 | 8,658.00 |
| MCTEAR, RORY J. | Paralegal | 240.00 | 12.20 | 2,928.00 |
| REEB, REBECCA L. | Associate - Tax (called to the bar in 2012; 3 years in current position) | 685.00 / 705.00 | 12.20 | 8,489.00 |
| TURNER, JACOB | Trainee Solicitor - (not yet called to the bar; 1 year in current position) | 415.00 | 12.00 | 4,980.00 |
| JACOB, ELIZABETH | Paralegal | 240.00 | 11.80 | 2,832.00 |
| CHOTIROS, KATHLEYA | Associate - Intellectual Property (called to the bar in 2006; 8 years in current position) | 735.00 | 11.30 | 8,305.50 |
| JENSEN, MALLORY | Associate - Litigation (called to the bar in 2013; less than 1 year in current position) | 510.00 | 10.90 | 5,559.00 |
| ABELEV, ALEKSANDR | Senior Litigation Technology Specialist | 265.00 | 9.60 | 2,544.00 |
| LE MASSON, GUILLAUME | Associate - Corporate (called to the bar in 2013; 1 year in current position) | 490.00 | 8.50 | 4,165.00 |
| HO, JOE HAN | Trainee Solicitor - (not yet called to the bar; less than 1 year in current position) | 355.00 | 7.60 | 2,698.00 |
| ESKENAZI, CORY L. | Litigation Technology Manager | 275.00 | 7.50 | 2,062.50 |
| SHORTLAND, THOMAS | Associate - Litigation (called to the bar in 2012; 3 years in current position) | 605.00 | 7.50 | 4,537.50 |
| NAJEEB, MEHAR | Paralegal | 240.00 | 7.00 | 1,680.00 |
| WONG, HILARY | Paralegal | 240.00 | 7.00 | 1,680.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SLATER, LUCY | Trainee Solicitor - Litigation (not yet called to the bar; 1 year in current position) | 415.00 | 6.20 | 2,573.00 |
| GOSAIN, SAMIKSHA | Paralegal | 310.00 | 6.10 | 1,891.00 |
| RAINELLI, PAOLO | Associate - Corporate (called to the bar in 2003; 8 years in current position) | 670.00 | 6.00 | 4,020.00 |
| BAGARELLA, LAURA | Associate - Employee Benefits (called to the bar in 2010; 4 years in current position) | 685.00 | 5.40 | 3,699.00 |
| FAUBUS, BRYAN G. | Associate - Litigation (called to the bar in 2011; 3 years in current position) | 650.00 | 5.10 | 3,315.00 |
| BAUMGARTNER, FABRICE | Partner - Corporate (called to the bar in 1990; 14 years in current position) | 1,175.00 | 5.00 | 5,875.00 |
| CARLSON, EMILY | Paralegal | 240.00 | 5.00 | 1,200.00 |
| **TOTAL HOURS:** | | | 40,475.20 | |
| **GRAND TOTAL:** | | | | $16,034,995.50 |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 through January 31, 2014

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 747.50 | $432,701.50 |
| Claims Administration and Objections | 184.80 | 95,807.00 |
| Employee Matters | 796.50 | 449,039.00 |
| Tax | 71.80 | 65,900.00 |
| Intellectual Property | 2.20 | 1,914.00 |
| Fee and Employment Applications | 943.60 | 430,733.50 |
| Litigation | 30.30 | 19,964.00 |
| Allocation/Claims Litigation | 37,698.50 | 14,538,936.50 |
| **TOTAL** | **40,475.20** | **$16,034,995.50** |

**CUMULATIVE EXPENSE SUMMARY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2013 through January 31, 2014

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Telephone | | $5,492.01 |
| Travel – Transportation | | 208,273.37 |
| Travel – Lodging | | 159,326.95 |
| Travel – Meals | | 18,770.37 |
| Mailing and Shipping Charges | | 22,501.12 |
| Scanning Charges (at $0.10/page) | | 287.10 |
| Duplicating Charges (at $0.10/page) | | 73,226.70 |
| Color Duplicating Charges (at $0.65/page) | | 19,554.60 |
| Facsimile Charges (at $1.00/page) | | 2.00 |
| Legal Research | Lexis | 3,229.68 |
| | Westlaw | 16,412.25 |
| | Pacer | 4,163.60 |
| Late Work – Meals | | 45,704.46 |
| Late Work – Transportation | | 141,982.71 |
| Conference Meals | | 41,275.56 |
| Other Charges | | 322,761.58 |
| Expert Expenses | | 5,544,773.83 |
| **Grand Total Expenses** | | **$6,627,737.89** |