**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Twentieth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2013 Through January 31, 2014** was caused to be made on February 28, 2014, in the manner indicated upon the entities identified below.

Dated:  February 28, 2014                                                 */s/ Tamara K. Minott*
                                                                                        Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks
Attn: Accounts Payable
P.O. Box 13010
RTP, NC  27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

3097851.22