## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: To Be Determined** |
| | ) |

### TWENTIETH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014

E&Y LLP hereby submits its twentieth quarterly fee application request (the

"Request") for the period November 1, 2013 through and including January 31, 2014 (the

"Compensation Period").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 2/25/2014 | 11/1/13-1/31/14 | $1,114,155 | $4,643 | Pending | $891,324 | $4,643 | $222,831 |
| 2/27/2014 | 1/1/14-1/31/14 | $202,483 | $0.00 | Pending | $161,986 | $0.00 | $40,497 |
| **TOTAL** | | **$1,316,638** | $4,643 | | **$1,053,310** | **$4,643** | **$263,328** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses

requested in the above-referenced fee application and payment by the Debtors of the amount

requested in such fee application in full.

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: February 28, 2014                    Respectfully submitted,


                                            /s/ Joanne Lee
                                            Joanne Lee
                                            Foley & Lardner LLP
                                            321 N. Clark Street, Suite 2800
                                            Chicago, IL 60654
                                            Tel. 312.832.4500
                                            jlee@foley.com

**COMPENSATION BY PROFESSIONAL**
**THROUGH JANUARY 31, 2014**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | 1,797.4 | $675,000 |
| Abbott, Douglas J. | Partner | $640 | 29.0 | $18,560 |
| Abbott, Douglas J. | Partner | $650 | 26.5 | $17,225 |
| Ackerman, Robert | Partner | $640 | 1.0 | $640 |
| Apostolides, Andreas | Senior | $315 | 40.0 | $12,600 |
| Apostolides, Andreas | Senior | $335 | 11.0 | $3,685 |
| Beakey III, Andrew M. | Partner | $640 | 2.1 | $1,344 |
| Berard, Peter | Manager | $550 | 0.5 | $275 |
| Biermana, Christa | Senior Manager | $550 | 2.0 | $1,100 |
| Branditz, Fred C. | Staff | $185 | 10.2 | $1,887 |
| Buchbinder, Elizabeth | Partner | $640 | 1.5 | $960 |
| Byrd, Kata | Manager | $465 | 2.1 | $976 |
| Carrington, Glenn | Partner | $640 | 108.5 | $69,440 |
| Carrington, Glenn | Partner | $700 | 47.0 | $32,900 |
| Carver, Gregory | Partner | $640 | 6.0 | $3,840 |
| Chandrapaul, Ashti | Staff | $185 | 8.0 | $1,480 |
| Corwin, Forest | Staff | $185 | 37.0 | $6,845 |
| Corwin, Forest | Staff | $200 | 103.0 | $20,600 |
| Creech, Catherine Lynn | Partner | $640 | 5.0 | $3,200 |
| Cunningham, Karen | Manager | $450 | 2.0 | $900 |
| Davidson, Garrett M. | Senior | $315 | 12.1 | $3,812 |
| Dilorio, John Emil | Manager | $450 | 3.4 | $1,530 |
| Doyle, Kaitlin Frances | Staff | $185 | 5.8 | $1,073 |
| Doyle, Kaitlin Frances | Staff | $200 | 1.7 | $340 |
| Factor, Katie | Senior | $315 | 8.2 | $2,583 |
| Factor, Katie | Senior | $335 | 8.3 | $2,780 |
| Gargus, Vernon Keith | Partner | $640 | 7.0 | $4,480 |
| Gentile, Matthew Donald | Senior Manger | $550 | 15.1 | $8,306 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gentile, Matthew Donald | Senior Manger | $565 | 11.5 | $6,498 |
| Harris, Erik | Executive Director | $640 | 0.5 | $320 |
| Heroy, Jessica R. | Manager | $450 | 33.8 | $15,210 |
| Heroy, Jessica R. | Manager | $465 | 21.3 | $9,905 |
| Hinson, Rebecca | Staff | $185 | 15.5 | $2,868 |
| Hinson, Rebecca | Staff | $200 | 0.2 | $40 |
| Jacks, Sarah Butler | Senior Manager | $550 | 2.2 | $1,210 |
| Jacks, Sarah Butler | Senior Manager | $565 | 7.0 | $3,955 |
| Joseph, Steven Edward | Staff | $200 | 0.5 | $100 |
| Jurcic, Kata | Manager | $450 | 2.6 | $1,170 |
| Jurcic, Kata | Manager | $465 | 0.3 | $139 |
| Liu, Lindsay | Manager | $450 | 76.5 | $34,425 |
| Liu, Lindsay | Manager | $465 | 3.0 | $1,395 |
| Loi, Eric | Senior | $315 | 2.0 | $630 |
| Lowery, Kristie L. | Partner | $640 | 33.4 | $21,376 |
| Lowery, Kristie L. | Partner | $650 | 15.1 | $9,815 |
| McCully, Becky | Senior Manager | $550 | 1.0 | $550 |
| Mesler, Mark S. | Partner | $650 | 1.0 | $650 |
| Meyerer, Thomas H. | Executive Director | $640 | 1.7 | $1,088 |
| Orton, Michael A. | Staff | $185 | 71.9 | $13,302 |
| Poorman, Melissa | Senior | $315 | 32.1 | $10,113 |
| Poorman, Melissa | Senior | $335 | 29.5 | $9,882 |
| Puett, Stephen W. | Partner | $640 | 0.5 | $320 |
| Rao, Anthony | Executive Director | $640 | 1.3 | $832 |
| Rao, Anthony | Executive Director | $650 | 3.3 | $2,145 |
| Sageser, Andrew Lyle | Senior | $335 | 0.2 | $67 |
| San Pedro, Miguel Carlos | Staff | $185 | 5.3 | $981 |
| Sanchez de la Garza, Laura Alejandra | Manager | $450 | 4.5 | $2,025 |
| Sargent, Amy Johannah | Executive Director | $640 | 92.5 | $59,200 |
| Sargent, Amy Johannah | Executive Director | $700 | 32.3 | $22,610 |

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott, James E. | Partner | $640 | 13.1 | $8,384 |
| Scott, James E. | Partner | $650 | 9.5 | $6,175 |
| Shiffrin, Stephen B. | Senior Manager | $565 | 0.7 | $396 |
| Sloop, Erin Pamela | Senior | $315 | 48.2 | $15,183 |
| Spyker, Deborah J. | Executive Director | $640 | 2.0 | $1,280 |
| Tripp, Chandra | Staff | $185 | 21.8 | $4,033 |
| Tufino, Salvatore J. | Executive Director | $640 | 0.5 | $320 |
| Vaughan, Deborah | Senior | $450 | 0.8 | $360 |
| Vitelli, Paula Theresa | Senior | $335 | 5.7 | $1,910 |
| Wejcman, Pabl | Executive Director | $640 | 2.0 | $1,280 |
| Werner, Rachel | Staff | $185 | 2.0 | $370 |
| Wood, Jeffrey T. | Partner | $640 | 153.8 | $97,471 |
| Wood, Jeffrey T. | Partner | $650 | 74.3 | $48,295 |
| **TOTAL** | | | **~3,138.3** | **$1,316,638** |

3

**COMPENSATION BY PROJECT CATEGORY**
**THROUGH JANUARY 31, 2014**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fixed Fees | ~1,797.4 | $675,000 |
| Deferred Intercompany Gain/Loss | 11.5 | $5,616 |
| Federal Ruling Request | 550.5 | $324,210 |
| Foreign Jurisdication Tax Assistance | 34.0 | $14,427 |
| Litigation Assistance | 46.7 | $29,843 |
| Modeling | 308.4 | $115,886 |
| NC Ruling Request | 26.3 | $16,274 |
| Payroll Tax Services | 137.4 | $56,245 |
| Secretary of State Applications | 204.4 | $65,852 |
| Voluntary Employee Beneficiary Association | 22.5 | $13,285 |
| **TOTAL** | **3,138.3** | **$1,316,638** |

**EXPENSE SUMMARY**
**THROUGH JANUARY 31, 2014**

| Expense Category | Total Expenses |
|---|---|
| Air | $1,919.20 |
| Meals | $476.80 |
| Lodge | $1,726.19 |
| Mileage | $40.13 |
| Parking | $102.00 |
| Taxi | $369.02 |
| Misc. | $10.00 |
| **TOTAL** | **$4,643.34** |

4851-2146-3577.1