**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
:
*In re*                                                            :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                      :    Case No. 09-10138 (KG)
:
                      Debtors.          :    Jointly Administered
:
                                              :    **Objections due: March 20, 2014 at 4:00 p.m. (E.T.)**
----------------------------------------------------------X

**NOTICE OF TWENTIETH INTERIM APPLICATION OF MERCER (US) INC. AS COMPENSATION SPECIALIST AND CONSULTING EXPERT TO THE DEBTORS SEEKING ALLOWANCE OF INTERIM COMPENSATION AND INTERIM REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2013 THROUGH JANUARY 31, 2014**

To: Service List

      Attached hereto is the *Twentieth Interim Application of Mercer (US) Inc. ("Mercer") as Compensation Specialist and Consulting Expert to the Debtors Seeking Allowance of Interim Compensation and Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of November 1, 2013 through January 31, 2014* (the "*Application*").

      You are required to file an objection ("*Objection*") if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 20, 2014 at 4:00 p.m. (Eastern Time)** (the "*Objection Deadline*").

      At the same time, you must serve such Objection on counsel for Mercer so as to be received by the Objection Deadline.

      A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 28, 2014         **MERCER (US) INC.**

                                  By:    /s/ Devon J. Eggert
                                         One of Its Attorneys

                                  Devon J. Eggert
                                  Freeborn & Peters LLP
                                  311 South Wacker Drive, Suite 3000
                                  Chicago, Illinois  60606
                                  Telephone:  (312) 360-6000
                                  Facsimile:  (312) 360-6995