# EXHIBIT A

# Time Detail
## November 1, 2013 through January 31, 2013

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Hotwagner, Christine | 6-Aug-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Hotwagner, Christine | 7-Aug-13 | 0.50 | $237.50 | E-mail correspondence to Nortel working group regarding plan asset percentage questions (0.5). |
| Hotwagner, Christine | 20-Aug-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Hotwagner, Christine | 21-Aug-13 | 1.50 | $712.50 | Telephone conference with Nortel and Aon Hewitt working group regarding liquidation issues (0.5); draft meeting minutes regarding same (1.0). |
| Hotwagner, Christine | 3-Sep-13 | 1.00 | $475.00 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (1.0). |
| Hotwagner, Christine | 9-Sep-13 | 1.00 | $475.00 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (1.0). |
| Hotwagner, Christine | 17-Sep-13 | 0.75 | $356.25 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.75). |
| Hotwagner, Christine | 1-Oct-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Hotwagner, Christine | 8-Oct-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Hotwagner, Christine | 15-Oct-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Hotwagner, Christine | 22-Oct-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Hotwagner, Christine | 29-Oct-13 | 0.75 | $356.25 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.75). |
| Hotwagner, Christine | 31-Oct-13 | 0.25 | $118.75 | Additional benefit payment research related to the DC plan (0.25). |
| Smith, Eileen M | 4-Nov-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Zaleta, Cynthia O | 4-Nov-13 | 0.50 | $301.60 | Telephone conference with Elizabeth Smith and Aon Hewitt representatives regarding DC Plan (0.25); prepare QDRO updates for DC Plan (0.25). |
| Hotwagner, Christine | 5-Nov-13 | 0.75 | $356.25 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.75). |
| Smith, Eileen M | 5-Nov-13 | 1.25 | $543.76 | Telephone conference with Elizabeth Smith and Cynthia Zaleta regarding DC Plan termination issues (0.75); revise DC Plan project and termination workflows based upon same (0.5). |
| Zaleta, Cynthia O | 5-Nov-13 | 1.00 | $603.20 | Telephone conference with Eileen Smith and Elizabeth Smith regarding DC Plan issues (0.75); update QDRO information fo rDC Plan based upon same (0.25). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Zaleta, Cynthia O | 7-Nov-13 | 0.50 | $301.60 | QDRO administration for DC Plan (0.5). |
| Smith, Eileen M | 8-Nov-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Zaleta, Cynthia O | 8-Nov-13 | 0.25 | $150.80 | QDRO administration for DC Plan (0.25). |
| Zaleta, Cynthia O | 11-Nov-13 | 3.00 | $1,809.60 | Prepare Pension Investment Committee Minutes (2.0); QDRO administration for DC Plan (1.0). |
| Hotwagner, Christine | 12-Nov-13 | 0.75 | $356.25 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.75). |
| Smith, Eileen M | 12-Nov-13 | 3.00 | $1,305.00 | QDRO administration for DC Plan (1.0); updates to DC Plan project and termination workflows (1.0); telephone conference with Elizabeth Smith regarding DC Plan termination issues (1.0). |
| Zaleta, Cynthia O | 12-Nov-13 | 3.00 | $1,809.60 | Teleconference with Elizabeth Smith, Aon Hewitt team and Rollover Clearing House team regarding DC Plan issues (1.0); prepare Pension Investment Committee Minutes (2.0). |
| Smith, Eileen M | 13-Nov-13 | 0.50 | $217.50 | QDRO administration for DC Plan (0.5). |
| Zaleta, Cynthia O | 13-Nov-13 | 1.25 | $754.00 | Attend Pension Investment Committee Meeting (1.25). |
| Smith, Eileen M | 14-Nov-13 | 0.50 | $217.50 | Updates to DC Plan project and termination workflows (0.5). |
| Zaleta, Cynthia O | 14-Nov-13 | 0.50 | $301.60 | QDRO administration for DC Plan (0.5). |
| Smith, Eileen M | 15-Nov-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Mayer Julie J | 18-Nov-13 | 2.00 | $160.08 | Plan research by Mercer Washington Resource Group (2.0). |
| Smith, Eileen M | 18-Nov-13 | 1.00 | $435.00 | QDRO administration for DC Plan (1.0). |
| Zaleta, Cynthia O | 18-Nov-13 | 0.50 | $301.60 | Review and update status of open DC plan project issues (0.5). |
| Hotwagner, Christine | 19-Nov-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Smith, Eileen M | 19-Nov-13 | 1.25 | $543.76 | Telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.75); updates to DC Plan project and termination workflows (0.5). |
| Zaleta, Cynthia O | 19-Nov-13 | 1.00 | $603.20 | Teleconference with Elizabeth Smith, Aon Hewitt and Rollover Clearing House teams regarding DC Plan (1.0). |
| Smith, Eileen M | 20-Nov-13 | 0.75 | $326.26 | QDRO administration for DC Plan (0.75). |
| Zaleta, Cynthia O | 20-Nov-13 | 0.50 | $301.60 | Review communicaitons related to DC Plan questions and issues (0.5). |
| Zaleta, Cynthia O | 21-Nov-13 | 2.50 | $1,508.00 | Review and update status of open DC plan projects (1.5); review communicaitons related to DC Plan issues and questions (1.0). |
| Smith, Eileen M | 25-Nov-13 | 0.75 | $326.26 | Updates to DC Plan project and termination workflows (0.5); QDRO administration for DC Plan (0.25). |
| Zaleta, Cynthia O | 25-Nov-13 | 1.00 | $603.20 | Update status of open DC plan project issues (0.5); teleconference with Elizabeth Smith, Aon Hewitt and RCH regarding same (0.5). |
| Hotwagner, Christine | 26-Nov-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Smith, Eileen M | 26-Nov-13 | 1.75 | $761.26 | QDRO administration for DC Plan (0.5); updates to DC Plan project and termination workflows (0.5); telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.75). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Zaleta, Cynthia O | 26-Nov-13 | 1.00 | $603.20 | Teleconference with Elizabeth Smith, Aon Hewitt and RCH regarding DC Plan issues (1.0). |
| Smith, Eileen M | 27-Nov-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Smith, Eileen M | 2-Dec-13 | 0.75 | $326.26 | QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.5). |
| Zaleta, Cynthia O | 2-Dec-13 | 1.00 | $603.20 | Update status of open DC plan termination items (1.0). |
| Hotwagner, Christine | 3-Dec-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Smith, Eileen M | 3-Dec-13 | 1.00 | $435.00 | Telephone conference with Elizabeth Smith and Cynthia Zaleta regarding DC Plan termination issues (0.5); updates to DC Plan project and termination workflows based upon same (0.5). |
| Zaleta, Cynthia O | 3-Dec-13 | 1.00 | $603.20 | Teleconference with Elizabeth Smith and Cynthia Zaleta regarding DC Plan (1.0). |
| Zaleta, Cynthia O | 4-Dec-13 | 1.00 | $603.20 | QDRO administration for DC Plan (0.5); research on RMDs (0.5). |
| Smith, Eileen M | 5-Dec-13 | 0.50 | $217.50 | QDRO administration for DC Plan (0.5). |
| Zaleta, Cynthia O | 5-Dec-13 | 0.50 | $301.60 | Update status of open DC plan termination (0.5). |
| Zaleta, Cynthia O | 6-Dec-13 | 0.50 | $301.60 | QDRO administration for DC Plan (0.25); RMDs research (0.25). |
| Smith, Eileen M | 9-Dec-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Zaleta, Cynthia O | 9-Dec-13 | 0.50 | $301.60 | Update status of open DC plan projects (0.5). |
| Hotwagner, Christine | 10-Dec-13 | 0.50 | $237.50 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5). |
| Smith, Eileen M | 10-Dec-13 | 0.75 | $326.26 | Weekly DC Plan project status call with Nortel and Aon teams (0.5); review status of projects for same (0.25). |
| Smith, Eileen M | 12-Dec-13 | 0.25 | $108.76 | QDRO administration for DC Plan (0.25) |
| Zaleta, Cynthia O | 12-Dec-13 | 1.50 | $904.80 | QDRO administration for DC Plan (1.0); update status of open DC Plan project issues (0.5). |
| Smith, Eileen M | 16-Dec-13 | 0.25 | $108.76 | Updates to DC Plan project and termination workflows (0.25). |
| Zaleta, Cynthia O | 16-Dec-13 | 1.50 | $904.80 | Conference with Christine Hotwagner and Elizabeth Smith regarding tax reclaim issues (0.75); review background information regarding same (0.75). |
| Hotwagner, Christine | 17-Dec-13 | 1.25 | $593.75 | Weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues related to the DC Plan (0.5); conference with Elizabeth Smtih regarding tax reclaims and liquidation issues (0.75). |
| Smith, Eileen M | 17-Dec-13 | 1.50 | $652.52 | QDRO administration for DC Plan (0.25); updates to DC Plan project and termination workflows (0.75); telephone conference with Elizabeth Smith regarding DC Plan termination issues (0.5). |
| Zaleta, Cynthia O | 17-Dec-13 | 1.50 | $904.80 | Teleconference with Elizabeth Smith, Aon Hewitt and RCH regarding DC Plan (1.0); conference with Elizabeth Smith regarding foreign tax reclaims (0.5). |
| Smith, Eileen M | 18-Dec-13 | 0.25 | $108.76 | QDRO administration for DC Plan (0.25) |
| Zaleta, Cynthia O | 18-Dec-13 | 1.00 | $603.20 | Attend Pension Investment Committee Meeting (1.0). |
| Zaleta, Cynthia O | 19-Dec-13 | 1.00 | $603.20 | Prepare notes on open project items based upon Pension Investment Committee Meeting (1.0). |
| Zaleta, Cynthia O | 10-Jan-14 | 1.00 | $603.20 | Draft Pension Investment Committee Minutes (1.0). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Zaleta, Cynthia O | 13-Jan-14 | 1.00 | $603.20 | Teleconference with Eileen Smith, Aon Hewitt and Rollover Clearing House regarding DC Plan termination issues (1.0). |
| Zaleta, Cynthia O | 14-Jan-14 | 1.50 | $904.80 | Draft Pension Investment Committee Minutes (1.5) |
| Zaleta, Cynthia O | 15-Jan-14 | 1.00 | $603.20 | Draft Pension Investment Committee Minutes (0.5); telephone conference with Elizabeth Smith and Rollover Clearing House team regarding DC Plan termination issues (0.5). |
| Zaleta, Cynthia O | 22-Jan-14 | 0.50 | $301.60 | Attend Pension Investment Committee Meeting (0.5). |
| Zaleta, Cynthia O | 23-Jan-14 | 1.00 | $603.20 | Analyze distribution issues based upon Pension Investment Committee Meeting (1.0). |
| Zaleta, Cynthia O | 24-Jan-14 | 0.50 | $301.60 | Continue analyzing distribution issues based upon Pension Investment Committee Meeting (0.5). |
| Zaleta, Cynthia O | 27-Jan-14 | 0.50 | $319.00 | Review open issues regarding uncashed checks and final process for same (0.5). |
| Zaleta, Cynthia O | 31-Jan-14 | 0.50 | $319.00 | Review open issues regarding uncashed checks and final process for same (0.5). |
| | **Totals:** | **67.75** | **$35,223.30** | |