# EXHIBIT B

**Expense Detail**
**November 1, 2013 through January 31, 2014**

| Date | Amount | Description |
|------|--------|-------------|
| 30-Nov-13 | $2,087.55 | Legal - Administrative. |