# EXHIBIT C

# Freeborn
FREEBORN & PETERS LLP

2                                              December 18, 2013

No: 100116356

For professional services rendered with regard to:

Re: *Nortel Networks*

### [L120] Analysis/Strategy

| | | | |
|---|---|---:|---:|
| *Nov 11, 2013* | **Eggert, Devon J.**<br>Review certificate of no objection for eighteenth quarterly fee application (0.1); e-mail correspondence to John Dempsey and Doug Smith regarding information for preparing next fee application (0.1). | 0.20 | 61.00 |
| *Nov 11, 2013* | **Sheldon, Kathryn C.**<br>Draft certificate of no objection to eighteenth interim fee application (0.2); e-mail correspondence with Devon Eggert regarding same (0.1); file same (0.1). | 0.40 | 86.00 |
| *Nov 21, 2013* | **Eggert, Devon J.**<br>E-mail correspondence to Katie Sheldon regarding preparation of fee application (0.1); review fee application exhibits to ensure compliance with time detail requirements (0.9); e-mail correspondence to Doug Smith and John Dempsey regarding open items for finalizing and filing fee application (0.2). | 1.20 | 366.00 |
| *Nov 21, 2013* | **Sheldon, Kathryn C.**<br>Draft nineteenth interim fee application (2.1); e-mail correspondence to Devon Eggert regarding same (0.2). | 2.30 | 494.50 |
| *Nov 22, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with Doug Smith regarding open fee application questions (0.3); multiple e-mail correspondence with Katie Sheldon regarding same (0.2). | 0.50 | 152.50 |

# Freeborn

FREEBORN & PETERS LLP

3                                                                           December 18, 2013

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---:|---:|
| *Nov 22, 2013* | *Sheldon, Kathryn C.* <br> Revise nineteenth interim fee application (1.5); revise nineteenth quarterly fee application (0.2); e-mail correspondence from Devon Eggert regarding same (0.2). | 1.90 | 408.50 |
| *Nov 26, 2013* | *Eggert, Devon J.* <br> Final review and revisions to nineteenth quarterly and interim fee applications (0.3); e-mail correspondence to Katie Sheldon regarding same (0.1). | 0.40 | 122.00 |
| *Nov 26, 2013* | *Sheldon, Kathryn C.* <br> Review proposed order on eighteenth fee application (0.1); e-mail correspondence to Devon Eggert regarding same (0.1); revise nineteenth interim fee application (0.6); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.90 | 193.50 |
| *Nov 27, 2013* | *Eggert, Devon J.* <br> Final review of nineteenth interim and quarterly fee applications and exhibits prior to filing (0.2); multiple e-mail correspondence with Katie Sheldon regarding final open items prior to filing same (0.1). | 0.30 | 91.50 |
| *Nov 27, 2013* | *Sheldon, Kathryn C.* <br> Final revisions to nineteenth interim fee application (0.8); file same (0.3); coordinate service of same (0.3); e-mail correspondence with Devon Eggert regarding same (0.2). | 1.60 | 344.00 |
| Total [L120] Analysis/Strategy | | 9.70 | 2,319.50 |



**FREEBORN & PETERS LLP**

4                                                                                      December 18, 2013

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 2.60 | 305.00 | $793.00 |
| Sheldon, Kathryn C. | 7.10 | 215.00 | $1,526.50 |
| TOTAL HOURS | 9.70 | | |
| TOTAL FEES | | | $2,319.50 |
| TOTAL FEES AND DISBURSEMENTS | | | $2,319.50 |

c:\bills\627226.bil