**EXHIBIT A**

**Parker Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re*                                                            : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                 : Case No. 09-10138 (KG)
:
              Debtors.                  : Jointly Administered
:
: Hearing date: March 4, 2014 at 10:00 a.m. (ET)
: Objections due: February 21, 2014 at 4:00 p.m. (ET)
: RE: D.I.s 12919
---------------------------------------------------------------X

**DECLARATION OF DEBORAH PARKER IN SUPPORT OF DEBTORS'
SUPPLEMENTAL REPLY TO RESPONSES TO DEBTORS' THIRTY-FIFTH
OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS**

I, Deborah Parker, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Shared Services Team Leader at Nortel Networks Inc. ("NNI").

2. I respectfully submit this declaration in support of the *Debtors' Supplemental Reply to Responses to Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Certain Claims* (the "Supplemental Reply").[2] Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by employees of the Debtors or their affiliates and professionals retained by the Debtors, or learned from my review of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Supplemental Reply.

2

relevant documents.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3. Upon careful review of NNI's books and records, I have found no claims or inquiries by Mr. David regarding his accrued vacation pay until his filing of claim number 3052 in September 2009.  Apart from the filing of claim number 3052, I have found no communications between the Debtors and Mr. David regarding vacation benefits until a phone inquiry from Mr. David on June 28, 2010.  During the period from September 2000 until September 2009, the Debtors received more than a dozen phone inquiries from Mr. David on various other benefits matters.  On September 21, 2010, the Debtors communicated by phone with Mr. David, indicating that they are only required to retain records for seven years, cannot make any determination on payroll actions occurring nine or ten years ago, and are unable to consider his request for a changed payout because the request was not timely.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Research Triangle Park, North Carolina
February 28, 2014

_____
Deborah Parker