# **EXHIBIT B**

**David Proof of Claim**

United States Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

In Re:
Nortel Networks Inc., et al.
       Debtors.

Chapter 11
Case No. 09-10138 (KG)
       Jointly Administered

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000008301

Name of Debtor Against Which Claim is Held: **NORTEL NETWORKS INC.**
Case No. of Debtor: **09-10138 (KG)**

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000004221******
DAVID, DANIEL
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

Telephone number: **919-554-9291**    Email Address: **david4@NC.RR.COM**

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **2052**
(If known)

Filed on: **9/18/2009**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

FILED / RECEIVED
JUN 1 1 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

1. Amount of Claim as of Date Case Filed: $ **9,690.41**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Vacation Pay not Paid while on LTD (disability)**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **3678**
   3a. Debtor may have scheduled account as: **GID 0903957**
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____

   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: **6/5/2012**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Daniel D. David    DANIEL D. DAVID**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Nortel Networks claim for Daniel D. David**      **Vacation Pay**      GID 6903957

**Annual salary**                               $85,990.00

**Weekly**                                      $1,653.65

**Vacation week accumulated**                   5.86 equal 29.3 *weeks* *days* from vacation chart

**Vacation Total**                              $9,690.41



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2011. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Daniel David |
| Global ID: | 0903957 |
| Date of Birth: | 11/20/1951 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 85990.00 |
| Event:s | Annual Enrollment |
| Event Date: | 11/29/2010 |
| Prepared On: | 12/17/2010 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| Medical Care 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| Dental/Vision/Hearing Care PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| Short-Term Disability 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 561.60 |
| Long-Term Disability 70% of Benefits Earnings | | $ 7.61 | $ 197.86 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 60.42 | $1,570.92 | $5,533.32 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| Core Employee Life Insurance 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 134.16 |
| Optional Employee Life Insurance 3x Benefits Earnings Smoker | $ 34.89 | $ 907.14 | $ 0.00 |
| Dependent Life Insurance - Spouse/DP No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| Dependent Life Insurance - Child(ren) No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| Accidental Death & Dismemberment 5x Benefits Earnings Single | $ 2.18 | $ 56.68 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 37.07 | $ 963.82 | $ 134.16 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

# Employee Vacation 2000

**Name:** Dan David
**Home Phone #** 800-0000
**Global ID #:** 0903957
**Date of Hire:** ##

| 2000 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Beg Balance | Days Taken | Add'l Vacation | Balance | Years of Service* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28.8 | | | | 1.7 |
| FEB | | | | | | | | | | | | | 1.0 | 1.0 | | | | | | | | | | | | | | | | | | 28.0 | 0.0 | 1.250 | 29.3 | 1.7 |
| MAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29.3 | 0.0 | 1.250 | 30.5 | 1.7 |
| APR | | | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30.5 | 0.0 | 1.250 | 31.8 | 1.7 |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | H | | | 31.8 | 0.0 | 1.250 | 33.0 | 1.7 |
| JUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 33.0 | 0.0 | 1.250 | 34.3 | 1.7 |
| JUL | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | 34.3 | 0.0 | 1.250 | 35.5 | 1.7 |
| AUG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 35.5 | 0.0 | 1.250 | 36.8 | 1.7 |
| SEP | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | 36.8 | 0.0 | 1.250 | 38.0 | 1.7 |
| OCT | | | | | | | | | | | | | | | | | | | | | | | | H | H | | | | | | | 38.0 | 0.0 | 1.250 | 39.3 | 1.7 |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | H | | H | | | | | | 39.3 | 0.0 | 1.250 | 40.5 | 1.7 |
| DEC | | | | | | | | | | | | | | | | | | | | | | | | | H | H | H | H | H | | | 40.5 | 0.0 | 1.250 | 41.8 | 1.7 |

Holiday & Vacation web site:
Add in your Personal Floating Holiday.
Update your Years of Service*

**Northern Telecom**     Tel 919 992-5000
4001 E. Chapel Hill-Nelson Hwy.
P.O. Box 13010
Research Triangle Park, NC 27709-3010



August 24, 1998

Daniel D. David
2105 Possum Trot Rd
Wake Forest, NC 27587

Dear Daniel:

Congratulations! We are pleased to confirm our offer to you for the position of Senior Specialist initially reporting to Dennis Stephenson's organization. We believe your abilities are suited to this position and that your acceptance of this offer will be mutually beneficial. Your salary, on an annualized basis, will be $79,500.00, which will be paid biweekly.

In addition to your salary, you will receive a one-time signing bonus of $4,500.00 (less taxes) after your start date.

You will be eligible to accrue fifteen vacation days per annum which will be available to you in accordance with the Company policy.

You will be eligible to participate in the Company's employee benefit plans in accordance with the terms of those plans. We regularly evaluate our benefit plans and make modifications, including enhancements and reductions, as we deem appropriate. The enclosed employee benefit information is provided for your review, as well as information specific to your Day One Orientation.

This employment at will offer is contingent upon the following:

- Your completing and returning to the Company the following forms: (1) the Determination of Eligibility to Work on Jobs Affected by U.S. Export Control Laws; and (2) the Employment Application (if you have not previously submitted one). THESE FORMS MUST BE RETURNED WITH YOUR WRITTEN ACCEPTANCE OF THIS OFFER IN THE ENCLOSED SELF-ADDRESSED ENVELOPE.

- Your signing and returning to the Company the following agreements at your Day One Orientation Program: (1) NT Employee Agreement and (2) Acknowledgment of Notification Regarding Limits on Assignment of Inventions. Please review these forms prior to attending orientation. By accepting this offer of employment at will, you also agree to any terms and conditions contained in these documents as written.

- Your ability to provide documentation to establish your identity and eligibility for employment as required under the Immigration Reform and Control Act of 1986. Please review the enclosed List of Acceptable Documents, and bring the appropriate ones with you on your first day of employment.

- Your satisfactory completion of our pre-employment background investigation. Upon your request, we will identify any consumer reporting agency involved in this process so that you may, if you wish, seek access to its records as provided under the relevant statute.

- Your contacting Assurance Medical Inc. (AMI) at 1-800-625-7881 on the next business day following the receipt of your verbal offer of employment to schedule a drug test, designed to detect the current use of illegal drugs. You must take the test within two business days of the verbal offer and obtain a negative test result. If you either, fail to take the test, or secure a positive result, you may not reapply for a twelve month period.

It is understood and agreed that your employment is terminable at the will of either party and is not an employment agreement for a year or any other specified term.

It is important for us to learn of your employment decision as soon as possible. To indicate your acceptance, please sign and return the original letter in the envelope provided. This information must be returned, along with all other required documentation no later than two weeks from the date of this letter or before your start date, whichever is earlier. We look forward to receiving a favorable decision.

If you have any questions regarding this offer, please don't hesitate to call us toll free at 1-888-NT2-HIRE (682-4473).

Sincerely,

*Rene Gilmour* [signature]

Rene Gilmour, Resourcing Associate

Enclosures

I have read, understood, and therefore, accept this offer of employment at will, as set forth above, and will report on __10/12/1998  AD__ .


**northern telecom**

August 27,1998

As part of the offer extended to Daniel David for the Senior Specialist position with Nortel, I have offered
3 weeks (15 days) of vacation – to be available immediately upon his first day of employment.

This is in addition to the yearly 3 weeks vacation that he will begin accruing with his first full month of employment.

Dennis Stephenson     *Dennis Stephenson 8/27/98*
Mgr. ISCS

Daniel D David
2105 possum trot rd
Wake Forest, NC 27587

Nortel networks inc.
Claim processing Center
c/0 Epiq Bankruptcy solutions, LLC
FDR Station, p o Box 5075
New York, NY    10150-5075

JUN 11 2012



RALEIGH NC
PSDC 27676 APSNM#7
WED 06 JUN 2012
PM
USA FIRST CLASS FOREVER




