**CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on March 4, 2014 at 10:00 a.m. (Eastern Time)** was caused to be made on February 28, 2014, in the manner indicated upon the entities identified below.

Date: February 28, 2014                      */s/ Tamara K. Minott*
Wilmington, DE                           Tamara K. Minott (No. 5643)

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

**Via Overnight Mail**

Freddie Gann
792 Bridlewood Ct.
Chico, CA 95926

Russell Hawkins
129 Summerlin Dr.
Chapel Hill, NC 27514

William Mariotti
146 Carterville Heights Rd.
Wytheville, VA 24382

Richard Brand
281 Addison Ave.
Palo Alto, CA 94301

Daniel David
2105 Possum Trot Rd.
Wake Forest, NC 27587