**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 1/1/2014 through 1/31/2014**

| Professional | Position | 2013 Billing Rate | 2014 Billing Rate | Hours | Fees |
|---|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | $875 | 73.30 | $64,137.50 |
| J. Borow | Executive Director | $830 | $875 | 102.50 | $89,687.50 |
| J. Hyland | Executive Director | $635 | $660 | 205.70 | $135,762.00 |
| N. Haslun | Managing Director | $610 | $635 | 69.00 | $43,815.00 |
| M. Dansky | Executive Director | $595 | $625 | 63.50 | $39,687.50 |
| J. Dunn | Managing Director | $585 | $620 | 6.10 | $3,782.00 |
| A. Cowie | Managing Director | $575 | $600 | 152.10 | $91,260.00 |
| B. Kullberg | Managing Director | $500 | $525 | 35.60 | $18,690.00 |
| B. Frizzell | Director | $425 | $440 | 141.60 | $62,304.00 |
| J. Schad | Director | $415 | $430 | 50.80 | $21,844.00 |
| C. Hoang | Director | $400 | $420 | 5.00 | $2,100.00 |
| J. Bloom | Director | $350 | $385 | 5.80 | $2,233.00 |
| C. Griffin | Research | $125 | $125 | 4.00 | $500.00 |
| M. Haverkamp | Paraprofessional | $120 | $120 | 4.20 | $504.00 |
| **For the Period 1/1/2014 through 1/31/2014** | | | | **919.20** | **$576,306.50** |