## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 1/1/2014 through 1/31/2014**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 510.60 | $355,940.00 |
| 05. Professional Retention/Fee Application Preparation | 11.60 | $5,070.00 |
| 06. Attend Hearings/Related Activities | 9.40 | $7,988.50 |
| 08. Interaction/Mtgs w Creditors | 10.80 | $8,409.50 |
| 10. Recovery/SubCon/Lien Analysis | 31.90 | $19,745.00 |
| 11. Claim Analysis/Accounting | 15.70 | $11,482.50 |
| 13. Intercompany Transactions/Bal | 2.50 | $1,650.00 |
| 17. Analysis of Historical Results | 7.40 | $3,279.00 |
| 18. Operating and Other Reports | 1.40 | $840.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 6.10 | $4,131.00 |
| 33. Intellectual Property | 311.80 | $157,771.00 |
| **For the Period 1/1/2014 through 1/31/2014** | **919.20** | **$576,306.50** |

Capstone Advisory Group, LLC
Invoice for the 1/1/2014-1/31/2014 Fee Statement

Page 1 of 1