**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 1/1/2014 through 1/31/2014**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 1/1/2014 | J. Hyland | 0.70 | Reviewed deposition calendar and analyzed information for upcoming depositions. |
| 1/1/2014 | J. Hyland | 1.40 | Reviewed deposition summary prepared by counsel. |
| 1/2/2014 | C. Kearns | 0.20 | Read deposition summary prepared by counsel. |
| 1/2/2014 | C. Kearns | 0.40 | Read email correspondence from counsel to committee re: upcoming hearing on litigation timetable and EMEA proposed settlement. |
| 1/2/2014 | C. Kearns | 0.40 | Read counsel's deposition summary. |
| 1/2/2014 | J. Borow | 1.10 | Reviewed various depositions and related transcripts. |
| 1/2/2014 | N. Haslun | 1.10 | Analyzed various alternative allocation methodologies re: the allocation process. |
| 1/2/2014 | N. Haslun | 1.70 | Continued to analyze various proceeds allocation methodologies. |
| 1/2/2014 | J. Borow | 2.20 | Reviewed motions recently filed re: settlement issues. |
| 1/3/2014 | J. Hyland | 0.60 | Reviewed deposition summary, prepared by counsel, of a deponent. |
| 1/3/2014 | J. Hyland | 0.80 | Reviewed UCC's Factum related to 1/7/2014 hearing on depositions. |
| 1/3/2014 | J. Hyland | 0.80 | Reviewed counsel's deposition summary of a deponent. |
| 1/3/2014 | J. Borow | 1.10 | Reviewed motions recently filed re: settlement issues. |
| 1/3/2014 | C. Kearns | 1.10 | Read factum submissions. |
| 1/3/2014 | J. Borow | 1.20 | Reviewed various depositions and related transcripts. |
| 1/3/2014 | J. Hyland | 1.40 | Reviewed deposition summary from counsel and analyzed related exhibits from the deposition. |
| 1/6/2014 | C. Kearns | 0.50 | Read responses to factums and documents related to January 7 hearing. |
| 1/6/2014 | J. Borow | 1.20 | Reviewed documents and information pertaining to the court hearing re: settlement and deposition issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/6/2014 | C. Kearns | 1.20 | Discussed possible witness designation with counsel. |
| 1/6/2014 | N. Haslun | 1.50 | Continued to analyze potential allocation methodologies in regards to the allocation process. |
| 1/6/2014 | N. Haslun | 1.60 | Analyzed potential proceeds allocation methodologies. |
| 1/6/2014 | N. Haslun | 2.20 | Continued to analyze potential allocation methodologies in regards to the allocation process. |
| 1/6/2014 | N. Haslun | 2.70 | Continued to analyze potential allocation methodologies in regards to the allocation process. |
| 1/6/2014 | J. Hyland | 2.80 | Reviewed revisions to the proceeds allocation expert report. |
| 1/7/2014 | C. Kearns | 0.40 | Developed work plan as requested by counsel re: next steps anticipating various rebuttal scenarios. |
| 1/7/2014 | J. Hyland | 0.50 | Conducted call with J. Sorkin re: proceeds allocation methodology. |
| 1/7/2014 | N. Haslun | 1.10 | Analyzed potential allocation methodologies in regards to the allocation process. |
| 1/7/2014 | N. Haslun | 1.40 | Prepared summary write-up of potential allocation methodologies analyzed in regards to the allocation litigation. |
| 1/7/2014 | A. Cowie | 1.80 | Analyzed historical financial information in regard to asset allocation process. |
| 1/7/2014 | N. Haslun | 1.90 | Continued to analyze potential allocation methodologies in regards to the allocation process. |
| 1/7/2014 | J. Hyland | 2.40 | Continued listening to joint hearing re: EMEA claim settlement and deposition status. |
| 1/7/2014 | J. Hyland | 2.50 | Continued analyzing proceeds allocation assumption for counsel. |
| 1/7/2014 | A. Cowie | 2.70 | Continued to analyze draft expert report document for asset allocation process. |
| 1/7/2014 | J. Hyland | 2.80 | Continued analyzing proceeds allocation assumption for counsel. |
| 1/7/2014 | A. Cowie | 2.80 | Analyzed draft expert report document in regard to asset allocation process. |
| 1/7/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation assumption for counsel. |
| 1/8/2014 | J. Borow | 1.30 | Reviewed draft allocation expert report documents. |
| 1/8/2014 | J. Hyland | 2.30 | Continued analyzing allocation assumption for counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/8/2014 | J. Hyland | 2.60 | Continued analyzing allocation assumption for counsel. |
| 1/8/2014 | A. Cowie | 2.70 | Continued to analyze alternative estate allocation scenarios in regard to asset allocation process. |
| 1/8/2014 | A. Cowie | 2.70 | Analyzed documents during depositions for asset allocation process. |
| 1/8/2014 | J. Hyland | 2.80 | Continued analyzing allocation assumption for counsel. |
| 1/8/2014 | A. Cowie | 2.80 | Analyzed alternative estate allocation scenarios in regard to asset allocation process. |
| 1/8/2014 | J. Hyland | 2.90 | Analyzed allocation assumption for counsel. |
| 1/9/2014 | J. Hyland | 0.10 | Reviewed list of allocation experts submitted by each estate. |
| 1/9/2014 | J. Borow | 1.70 | Reviewed draft expert reports on allocation. |
| 1/9/2014 | J. Hyland | 2.00 | Continued reviewing transcript for a deponent related to proceeds allocation matter. |
| 1/9/2014 | J. Hyland | 2.10 | Reviewed transcript for a deponent related to proceeds allocation matter. |
| 1/9/2014 | J. Hyland | 2.50 | Continued reviewing transcript for a deponent related to proceeds allocation matter. |
| 1/9/2014 | A. Cowie | 2.50 | Analyzed documents discussed during depositions re: asset allocation process. |
| 1/9/2014 | J. Hyland | 2.60 | Continued reviewing transcript for a deponent related to proceeds allocation matter. |
| 1/10/2014 | J. Hyland | 1.70 | Continued reviewing deposition transcripts related to proceeds allocation. |
| 1/10/2014 | J. Hyland | 2.40 | Reviewed deposition transcripts related to proceeds allocation. |
| 1/10/2014 | J. Borow | 2.50 | Reviewed draft proceeds allocation expert reports. |
| 1/10/2014 | J. Hyland | 2.50 | Analyzed proceeds allocation calculations for counsel. |
| 1/10/2014 | A. Cowie | 2.60 | Analyzed documents from depositions in regard to asset allocation process. |
| 1/13/2014 | C. Kearns | 0.50 | Provided allocation and recovery scenarios to CGSH and counsel under common interest privilege. |
| 1/13/2014 | J. Hyland | 1.00 | Reviewed deposition summary and transcript of a deponent related to a proceeds allocation issue. |
| 1/13/2014 | N. Haslun | 1.70 | Continued to analyze possible alternative allocation methodologies in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/13/2014 | J. Borow | 2.10 | Reviewed draft expert reports for proceeds allocation. |
| 1/13/2014 | A. Cowie | 2.50 | Analyzed deposition documents in regard to asset allocation process. |
| 1/13/2014 | N. Haslun | 2.90 | Analyzed possible alternative proceeds allocation methodologies. |
| 1/14/2014 | C. Kearns | 0.30 | Held conference call with A. Qureshi regarding upcoming schedule and counsel requirements regarding draft expert reports/analyses. |
| 1/14/2014 | C. Kearns | 0.30 | Analyzed estate expert reports in regard to asset allocation process. |
| 1/14/2014 | J. Borow | 1.70 | Continued analyzing proceeds allocation expert draft documents. |
| 1/14/2014 | N. Haslun | 1.80 | Analyzed possible alternative proceeds allocation scenarios. |
| 1/14/2014 | J. Hyland | 1.90 | Reviewed revised proceeds allocation assumption calculations. |
| 1/14/2014 | J. Hyland | 2.00 | Reviewed revised proceeds allocation deck for counsel. |
| 1/14/2014 | C. Kearns | 2.40 | Prepared additional proceeds allocation scenarios as requested by counsel. |
| 1/14/2014 | J. Hyland | 2.50 | Reviewed US Debtors' proceeds allocation submission. |
| 1/14/2014 | J. Borow | 2.50 | Analyzed proceeds allocation expert draft documents. |
| 1/14/2014 | N. Haslun | 2.70 | Analyzed possible alternative allocation methodologies in regards to the allocation process. |
| 1/14/2014 | J. Hyland | 2.80 | Analyzed proceeds allocation assumption calculations. |
| 1/14/2014 | A. Cowie | 2.90 | Analyzed recovery scenarios in regard to estate allocation for asset allocation process. |
| 1/14/2014 | A. Cowie | 2.90 | Analyzed deposition documents in regard to asset allocation process. |
| 1/15/2014 | J. Hyland | 0.20 | Reviewed comments to counsel re: proceeds allocation expert report. |
| 1/15/2014 | C. Kearns | 0.50 | Prepared for meeting with counsel on expert reports. |
| 1/15/2014 | J. Borow | 0.70 | Continued to review and analyze allocation expert draft documents. |
| 1/15/2014 | A. Cowie | 0.70 | Continued to analyze draft expert report in regard to asset allocation process. |
| 1/15/2014 | C. Kearns | 0.80 | Participated in call with counsel to review draft expert report. |
| 1/15/2014 | N. Haslun | 1.60 | Continued to analyze draft report of the Committee's possible allocation expert in regards to the allocation litigation. |

**Capstone Advisory Group, LLC**
**Invoice for the 1/1/2014-1/31/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/15/2014 | J. Hyland | 1.80 | Continued analyzing proceeds allocation expert report. |
| 1/15/2014 | J. Hyland | 2.00 | Continued analyzing proceeds allocation expert report. |
| 1/15/2014 | N. Haslun | 2.10 | Continued to analyze draft report of the Committee's possible allocation expert in regards to the allocation litigation. |
| 1/15/2014 | J. Hyland | 2.10 | Continued analyzing proceeds allocation expert report. |
| 1/15/2014 | N. Haslun | 2.10 | Analyzed historical accounting of gains and losses by Nortel with regards to the allocation litigation. |
| 1/15/2014 | A. Cowie | 2.30 | Continued to analyze draft expert report in regard to asset allocation process. |
| 1/15/2014 | J. Borow | 2.40 | Reviewed and analyzed expert draft documents. |
| 1/15/2014 | C. Kearns | 2.50 | Reviewed and analyzed draft expert report sent via counsel. |
| 1/15/2014 | J. Hyland | 2.50 | Analyzed proceeds allocation expert report. |
| 1/15/2014 | N. Haslun | 2.70 | Analyzed draft report of the Committee's possible proceeds allocation expert. |
| 1/15/2014 | A. Cowie | 2.80 | Analyzed draft expert report in regard to asset allocation process. |
| 1/16/2014 | N. Haslun | 0.50 | Analyzed draft report of the Debtors' possible proceeds allocation expert. |
| 1/16/2014 | C. Kearns | 0.70 | Discussed next steps with counsel regarding review and comment on expert drafts. |
| 1/16/2014 | C. Kearns | 1.00 | Continued to read and analyze draft proceeds allocation expert report from an estate. |
| 1/16/2014 | J. Borow | 1.20 | Continued to review and analyze proceeds allocation expert draft documents. |
| 1/16/2014 | A. Cowie | 1.70 | Analyzed calculations in draft expert report in regard to asset allocation process. |
| 1/16/2014 | C. Hoang | 2.30 | Analyzed draft proceeds allocation expert allocation report. |
| 1/16/2014 | J. Borow | 2.50 | Reviewed and analyzed proceeds allocation expert draft documents. |
| 1/16/2014 | C. Hoang | 2.70 | Reviewed new draft of proceeds allocation expert report. |
| 1/17/2014 | C. Kearns | 0.20 | Reviewed analysis that was prepared at counsel's request regarding additional allocation scenario. |
| 1/17/2014 | C. Kearns | 0.20 | Held conference call with F. Hodara regarding allocation related issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/17/2014 | C. Kearns | 0.30 | Emailed with counsel regarding our review of proposed changes to escrow agreements. |
| 1/17/2014 | J. Hyland | 0.40 | Conducted call with M. Kennedy re: NNI expert reports. |
| 1/17/2014 | C. Kearns | 0.80 | Continued to read and analyzed draft expert report regarding intercompany issues. |
| 1/17/2014 | N. Haslun | 1.10 | Analyzed the draft proceeds allocation expert report of the Debtors' potential valuation expert. |
| 1/17/2014 | J. Borow | 1.50 | Continued to review and analyze expert draft documents for counsel. |
| 1/17/2014 | J. Hyland | 2.00 | Reviewed an estate's proceeds allocation expert report. |
| 1/17/2014 | J. Hyland | 2.50 | Continued reviewing NNI expert report and provided comments. |
| 1/17/2014 | J. Hyland | 2.60 | Continued reviewing NNI expert report and provided comments. |
| 1/17/2014 | J. Borow | 2.70 | Reviewed and analyzed expert draft documents for counsel. |
| 1/17/2014 | A. Cowie | 2.70 | Prepared summary of analysis points in regard to draft expert report for asset allocation process. |
| 1/17/2014 | A. Cowie | 2.70 | Continued to analyze draft expert report in regard to asset allocation process. |
| 1/17/2014 | A. Cowie | 2.80 | Reviewed draft expert report in regard to asset allocation process. |
| 1/17/2014 | J. Hyland | 2.80 | Reviewed allocation expert report and provided comments. |
| 1/17/2014 | C. Kearns | 2.80 | Read and analyzed draft expert report regarding intercompany issues. |
| 1/18/2014 | C. Kearns | 2.00 | Reviewed and analyzed draft expert report regarding intercompany issues. |
| 1/18/2014 | J. Hyland | 2.20 | Continued reviewing revised expert report. |
| 1/18/2014 | J. Hyland | 2.50 | Continued reviewing revised expert report. |
| 1/18/2014 | J. Hyland | 2.70 | Reviewed revised proceeds allocation expert report. |
| 1/18/2014 | N. Haslun | 2.70 | Analyzed draft report of the Debtors' potential valuation expert in regards to the allocation process. |
| 1/19/2014 | C. Kearns | 0.40 | Participated in two calls with A. Qureshi regarding initial thoughts on valuation expert draft. |
| 1/19/2014 | C. Kearns | 0.40 | Continued to review and analyze draft expert reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/19/2014 | C. Kearns | 0.50 | Reviewed team's initial comments to valuation expert draft. |
| 1/19/2014 | J. Borow | 1.60 | Continued reviewing expert draft documents as directed by counsel. |
| 1/19/2014 | J. Borow | 2.80 | Reviewed expert draft documents as directed by counsel. |
| 1/19/2014 | C. Kearns | 2.90 | Reviewed and analyzed draft expert reports. |
| 1/20/2014 | C. Kearns | 0.20 | Held pre-call with A. Qureshi (counsel) regarding key issues in draft expert reports. |
| 1/20/2014 | C. Kearns | 0.50 | Researched valuation issues on an assumption as requested by counsel. |
| 1/20/2014 | C. Kearns | 0.80 | Participated in call with A. Qureshi, Cleary and Chilmark to discuss key issues in draft expert reports. |
| 1/20/2014 | C. Kearns | 1.00 | Continued to read and analyze draft expert report. |
| 1/20/2014 | J. Borow | 1.10 | Continued to review and analyze expert draft documents. |
| 1/20/2014 | J. Dunn | 1.40 | Analyzed expert report valuation calculations. |
| 1/20/2014 | C. Kearns | 1.50 | Reviewed draft analyses of expert reports on proceeds allocation. |
| 1/20/2014 | J. Hyland | 1.60 | Continued analyzing an assumption in proceeds allocation expert report. |
| 1/20/2014 | J. Hyland | 1.90 | Analyzed an assumption in proceeds allocation expert report. |
| 1/20/2014 | J. Dunn | 2.10 | Research valuation approaches in various situations. |
| 1/20/2014 | N. Haslun | 2.30 | Analyzed draft of the Debtors' possible expert's proceeds allocation report. |
| 1/20/2014 | A. Cowie | 2.40 | Prepared summary points and edits in regard to draft expert report prepared for asset allocation process. |
| 1/20/2014 | J. Hyland | 2.40 | Continued analyzing updated proceeds allocation expert report. |
| 1/20/2014 | J. Dunn | 2.60 | Researched reasonableness of assumption via internet search and other materials. |
| 1/20/2014 | N. Haslun | 2.70 | Continued to analyze draft of the Debtors' possible expert's valuation report in regards to the allocation process. |
| 1/20/2014 | J. Hyland | 2.70 | Analyzed updated proceeds allocation expert report. |
| 1/20/2014 | J. Borow | 2.80 | Reviewed and analyzed expert draft documents. |
| 1/20/2014 | J. Hyland | 2.80 | Prepared comments for revised proceeds allocation expert report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/20/2014 | A. Cowie | 2.90 | Continued to analyze draft expert report in regard to asset allocation process. |
| 1/20/2014 | A. Cowie | 2.90 | Analyzed proceeds allocation draft expert report. |
| 1/21/2014 | J. Hyland | 0.30 | Participated in portion of discussion with counsel re: second expert report. |
| 1/21/2014 | J. Hyland | 0.40 | Discussed expert report assumptions with R. Johnson. |
| 1/21/2014 | J. Borow | 0.50 | Continued to review and analyze expert draft documents. |
| 1/21/2014 | C. Kearns | 0.80 | Analyzed draft expert reports in preparation for meeting with counsel. |
| 1/21/2014 | J. Borow | 0.90 | Prepared for meeting with counsel regarding analysis and review of various draft expert documents. |
| 1/21/2014 | J. Hyland | 1.00 | Participated in portion of discussion with counsel re: first expert report. |
| 1/21/2014 | M. Dansky | 1.20 | Met with counsel for portion of expert reports discussion regarding IP. |
| 1/21/2014 | N. Haslun | 1.30 | Analyzed the Debtors' draft potential valuation expert report in regards to the allocation process. |
| 1/21/2014 | J. Borow | 2.20 | Participated in portion of meeting with counsel regarding analysis and review of various draft expert documents. |
| 1/21/2014 | C. Kearns | 2.20 | Continued participating in meeting with counsel to review draft expert reports ("page turner") and provided comments. |
| 1/21/2014 | A. Cowie | 2.30 | Continued to analyze documents produced in depositions in regard to asset allocation process. |
| 1/21/2014 | C. Kearns | 2.40 | Participated in most of meeting with counsel to review draft expert reports ("page turner") and provided comments. |
| 1/21/2014 | J. Hyland | 2.60 | Analyzed assumptions in historical allocation calculations. |
| 1/21/2014 | J. Hyland | 2.80 | Reviewed final comments on expert report. |
| 1/21/2014 | A. Cowie | 2.80 | Reviewed documents from depositions in regard to asset allocation process. |
| 1/21/2014 | J. Borow | 2.80 | Reviewed and analyzed proceeds allocation expert draft documents. |
| 1/21/2014 | A. Cowie | 2.90 | Analyzed expert report calculations in regard to asset allocation process. |
| 1/22/2014 | J. Borow | 0.50 | Continued to review and analyze allocation expert draft documents. |
| 1/22/2014 | C. Kearns | 1.00 | Reviewed changes to draft expert report on intercompany and gave comments to counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/22/2014 | A. Cowie | 1.10 | Continued to analyze documents produced in depositions in regard to asset allocation process. |
| 1/22/2014 | J. Hyland | 1.30 | Continued analyzing IP assumption in revised draft expert report. |
| 1/22/2014 | A. Cowie | 2.20 | Continued to analyze draft expert document in regard to asset allocation process. |
| 1/22/2014 | J. Hyland | 2.40 | Continued analyzing IP assumption in revised draft expert report. |
| 1/22/2014 | A. Cowie | 2.40 | Analyzed draft expert report calculations in regard to asset allocation process. |
| 1/22/2014 | A. Cowie | 2.40 | Analyzed documents produced in depositions in regard to asset allocation process. |
| 1/22/2014 | J. Hyland | 2.70 | Analyzed revised draft allocation expert report from an estate. |
| 1/22/2014 | J. Borow | 2.90 | Reviewed and analyzed allocation expert draft documents for counsel. |
| 1/23/2014 | C. Kearns | 0.40 | Emailed with counsel and team regarding next steps regarding finalizing expert reports and rebuttal period/ process. |
| 1/23/2014 | C. Kearns | 0.80 | Reviewed and commented on redline draft report re: intercompany. |
| 1/23/2014 | J. Borow | 1.40 | Continued to review and analyze expert draft documents for counsel. |
| 1/23/2014 | J. Hyland | 1.70 | Analyzed quarterly financial statements re: proceeds allocation expert report. |
| 1/23/2014 | J. Hyland | 2.00 | Reviewed last proceeds allocation expert report from NNI. |
| 1/23/2014 | J. Hyland | 2.20 | Analyzed supporting assumptions in proceeds allocation expert report. |
| 1/23/2014 | J. Borow | 2.40 | Reviewed and analyzed expert draft documents for counsel. |
| 1/23/2014 | A. Cowie | 2.40 | Continued to analyze draft expert reports in regard to asset allocation process. |
| 1/23/2014 | J. Hyland | 2.70 | Reviewed proceeds allocation expert report from Cleary. |
| 1/23/2014 | A. Cowie | 2.70 | Recalculated amounts in draft proceeds allocation expert report. |
| 1/24/2014 | C. Kearns | 0.40 | Emailed with counsel regarding finalizing expert reports. |
| 1/24/2014 | J. Borow | 0.40 | Continued to review information to be submitted in UCC expert reports. |
| 1/24/2014 | C. Kearns | 0.70 | Reviewed final expert asset allocation report changes. |
| 1/24/2014 | A. Cowie | 0.90 | Continued to analyze draft expert reports in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/24/2014 | J. Hyland | 1.60 | Reviewed assumptions in proceeds allocation expert report. |
| 1/24/2014 | A. Cowie | 2.30 | Analyzed calculations in expert reports in regard to asset allocation process. |
| 1/24/2014 | J. Borow | 2.80 | Reviewed information to be submitted in UCC expert reports. |
| 1/25/2014 | J. Hyland | 1.00 | Analyzed historic audited financial statements for proceeds allocation matter. |
| 1/25/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation report filed to the court from another estate. |
| 1/25/2014 | J. Hyland | 2.90 | Reviewed proceeds allocation report filed to the court from another estate. |
| 1/26/2014 | J. Borow | 2.10 | Reviewed expert reports prepared by estates. |
| 1/26/2014 | J. Hyland | 2.80 | Reviewed filed proceeds allocation report from another estate. |
| 1/27/2014 | C. Kearns | 0.30 | Held conference call with A. Qureshi regarding process to review and analyze expert reports for core parties. |
| 1/27/2014 | C. Kearns | 0.50 | Emailed with counsel regarding initial reactions to EMEA experts. |
| 1/27/2014 | J. Borow | 0.70 | Continued to review expert reports prepared by various estates. |
| 1/27/2014 | C. Kearns | 2.00 | Reviewed an estate's valuation expert report. |
| 1/27/2014 | J. Borow | 2.20 | Analyzed proceeds allocation expert report from an estate. |
| 1/27/2014 | A. Cowie | 2.70 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/27/2014 | J. Hyland | 2.70 | Continued reviewing proceeds allocation expert report from an estate. |
| 1/27/2014 | J. Hyland | 2.70 | Continued analyzing proceeds allocation expert report from an estate. |
| 1/27/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation expert report from an estate. |
| 1/27/2014 | J. Borow | 2.80 | Continued to review expert reports prepared by various estates. |
| 1/27/2014 | J. Borow | 2.90 | Reviewed expert reports prepared by various estates. |
| 1/27/2014 | J. Bloom | 2.90 | Reviewed academic literature on assumption related to emerging markets. |
| 1/27/2014 | J. Bloom | 2.90 | Continued reviewing academic literature on assumption related to emerging markets. |
| 1/27/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation expert report from an estate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/27/2014 | A. Cowie | 2.90 | Analyzed estate expert reports in regard to asset allocation process. |
| 1/28/2014 | J. Hyland | 1.20 | Revised proceeds allocation expert report summary. |
| 1/28/2014 | J. Borow | 1.30 | Continued to review expert reports from other estates re: proceeds allocation. |
| 1/28/2014 | J. Borow | 1.50 | Continued reviewing proceeds allocation expert report and related assumptions. |
| 1/28/2014 | J. Hyland | 1.50 | Continued analyzing expert report on proceeds allocation from an estate. |
| 1/28/2014 | J. Borow | 1.60 | Reviewed proceeds allocation expert report and related assumptions. |
| 1/28/2014 | A. Cowie | 2.50 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/28/2014 | A. Cowie | 2.70 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/28/2014 | J. Borow | 2.80 | Reviewed expert reports from other estates re: proceeds allocation. |
| 1/28/2014 | J. Hyland | 2.80 | Continued preparing summary of submitted proceeds allocation experts report from all estates. |
| 1/28/2014 | J. Hyland | 2.80 | Analyzed expert report on proceeds allocation from an estate. |
| 1/28/2014 | A. Cowie | 2.80 | Analyzed assumptions in an estates' expert reports in regard to asset allocation process. |
| 1/28/2014 | J. Hyland | 2.90 | Prepared summary of submitted proceeds allocation expert reports from all estates. |
| 1/29/2014 | J. Borow | 0.70 | Continued to review expert reports from other estates re: proceeds allocation. |
| 1/29/2014 | N. Haslun | 1.40 | Analyzed filed proceeds allocation expert report. |
| 1/29/2014 | C. Kearns | 1.80 | Read an estate's proceeds allocation expert report. |
| 1/29/2014 | N. Haslun | 1.90 | Continued to analyze proceeds allocation expert report. |
| 1/29/2014 | J. Hyland | 2.00 | Continued analyzing calculations in proceeds allocation expert report. |
| 1/29/2014 | C. Kearns | 2.10 | Read expert report for proceeds allocation from an estate. |
| 1/29/2014 | J. Borow | 2.20 | Continued to review expert reports from other estates re: proceeds allocation. |
| 1/29/2014 | N. Haslun | 2.30 | Analyzed the conclusions reached by all of the proceeds allocation experts in the reports filed January 24, 2014. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/29/2014 | N. Haslun | 2.40 | Continued to analyze the conclusions reached by all of the proceeds allocation experts in the reports filed January 24, 2014. |
| 1/29/2014 | A. Cowie | 2.40 | Analyzed estate expert reports in regard to asset allocation process. |
| 1/29/2014 | J. Hyland | 2.50 | Updated summary of proceeds allocation expert reports. |
| 1/29/2014 | J. Hyland | 2.50 | Continued analyzing calculations in proceeds allocation expert report. |
| 1/29/2014 | J. Borow | 2.60 | Reviewed expert reports from other estates re: proceeds allocation. |
| 1/29/2014 | J. Borow | 2.70 | Reviewed expert reports from other estates re: proceeds allocation. |
| 1/29/2014 | A. Cowie | 2.70 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/29/2014 | J. Hyland | 2.70 | Continued analyzing calculations in proceeds allocation expert report. |
| 1/29/2014 | A. Cowie | 2.90 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/29/2014 | J. Hyland | 2.90 | Analyzed calculation in proceeds allocation expert report. |
| 1/30/2014 | C. Kearns | 0.20 | Emailed with counsel regarding allocation outcome scenarios per expert reports. |
| 1/30/2014 | C. Kearns | 0.40 | Continued to participate in working meeting with counsel to discuss certain opposing expert reports from other estates. |
| 1/30/2014 | A. Cowie | 0.80 | Prepared expert report analysis for weekly UCC meeting. |
| 1/30/2014 | C. Kearns | 0.80 | Participated in call with UCC to do initial debrief of expert reports and discuss matters. |
| 1/30/2014 | N. Haslun | 0.90 | Continued to analyze a Debtors' proceeds allocation expert's report. |
| 1/30/2014 | J. Hyland | 1.50 | Participated in a portion of discussion with counsel re: proceeds allocation expert reports. |
| 1/30/2014 | A. Cowie | 1.50 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/30/2014 | N. Haslun | 1.70 | Analyzed the Canadian Debtors' second allocation expert's report in regards to the allocation process. |
| 1/30/2014 | C. Kearns | 1.80 | Continued to participate in working meeting with counsel to discuss certain opposing expert reports from other estates. |
| 1/30/2014 | J. Borow | 1.90 | Analyzed assumption in one of the proceeds allocation expert reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 1/30/2014 | N. Haslun | 2.10 | Analyzed a Debtors' valuation and allocation expert's report in regards to the allocation process. |
| 1/30/2014 | J. Borow | 2.20 | Continued to participate in meeting with counsel re: various expert reports filed on behalf of estates. |
| 1/30/2014 | N. Haslun | 2.30 | Analyzed one entity's proceeds allocation expert report. |
| 1/30/2014 | J. Hyland | 2.70 | Continued analyzing supporting calculations in allocation expert's report. |
| 1/30/2014 | C. Kearns | 2.80 | Participated in working meeting with counsel to discuss certain opposing expert reports from other estates. |
| 1/30/2014 | J. Borow | 2.80 | Participated in meeting with counsel re: various expert reports filed on behalf of estates. |
| 1/30/2014 | A. Cowie | 2.80 | Continued to analyze estate expert reports in regard to asset allocation process. |
| 1/30/2014 | J. Hyland | 2.80 | Analyzed supporting calculations in allocation expert's report. |
| 1/30/2014 | A. Cowie | 2.90 | Analyzed estate expert report assumptions in regard to asset allocation process. |
| 1/31/2014 | C. Kearns | 0.20 | Emailed with counsel on status of report reviews. |
| 1/31/2014 | C. Kearns | 0.30 | Held conference call with D. Botter on various issues for possible proceeds allocation rebuttal. |
| 1/31/2014 | C. Kearns | 0.40 | Read an estate's proceeds allocation expert report on legal issues. |
| 1/31/2014 | C. Kearns | 0.60 | Reviewed proceeds allocation expert report on allocation issues. |
| 1/31/2014 | C. Kearns | 0.70 | Continued reviewed proceeds allocation expert report on allocation issues. |
| 1/31/2014 | N. Haslun | 1.20 | Continued to analyze a Debtors' proceeds allocation expert's report. |
| 1/31/2014 | J. Borow | 1.20 | Continued review and analysis of proceeds allocation expert reports submitted. |
| 1/31/2014 | N. Haslun | 1.80 | Continued to analyze a Debtors' proceeds allocation expert's report. |
| 1/31/2014 | J. Borow | 2.00 | Continued review and analysis of submitted expert reports. |
| 1/31/2014 | A. Cowie | 2.40 | Continued to analyze expert reports in regard to asset allocation process. |
| 1/31/2014 | N. Haslun | 2.40 | Continued to analyze a Debtors' proceeds allocation expert's report. |
| 1/31/2014 | N. Haslun | 2.60 | Analyzed a Debtors' proceeds allocation expert's report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/31/2014 | A. Cowie | 2.80 | Continued to analyze expert reports in regard to asset allocation process. |
| 1/31/2014 | A. Cowie | 2.80 | Analyzed allocation expert report in regard to asset allocation process. |
| Subtotal | | 510.60 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/13/2014 | J. Hyland | 0.20 | Prepared December 2013 fee estimate for counsel. |
| 1/14/2014 | A. Cowie | 2.30 | Reviewed November fee application. |
| 1/15/2014 | J. Hyland | 1.20 | Reviewed November fee application. |
| 1/15/2014 | A. Cowie | 1.90 | Reviewed November fee application. |
| 1/16/2014 | M. Haverkamp | 0.30 | Prepared November fee application. |
| 1/16/2014 | A. Cowie | 1.10 | Reviewed November fee application. |
| 1/20/2014 | M. Haverkamp | 1.10 | Prepared November fee application. |
| 1/21/2014 | M. Haverkamp | 1.10 | Prepared November fee application. |
| 1/23/2014 | M. Haverkamp | 0.20 | Prepared November fee application. |
| 1/23/2014 | J. Hyland | 0.60 | Reviewed November fee application. |
| 1/26/2014 | J. Hyland | 0.10 | Finalized November fee application. |
| 1/27/2014 | M. Haverkamp | 1.50 | Prepared November fee application. |
| Subtotal | | 11.60 | |

**06. Attend Hearings/Related Activities**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/7/2014 | J. Hyland | 1.10 | Listened to joint hearing re: EMEA claim settlement and deposition status. |
| 1/7/2014 | J. Borow | 1.10 | Continued to attend telephonically the joint courts hearing. |
| 1/7/2014 | C. Kearns | 1.80 | Listened to portion of hearing on EMEA settlement and litigation timeline. |
| 1/7/2014 | J. Borow | 2.60 | Continued to attend telephonically the joint courts hearing. |
| 1/7/2014 | J. Borow | 2.80 | Attended, telephonically, joint courts hearing. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 9.40 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/6/2014 | C. Kearns | 0.30 | Responded to call from creditor. |
| 1/8/2014 | C. Kearns | 1.00 | Participated in call with counsel on EMEA settlement scenarios, litigation protocol and other matters related to allocation. |
| 1/9/2014 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 1/9/2014 | C. Kearns | 0.40 | Participated in UCC call to discuss EMEA issues and litigation status. |
| 1/9/2014 | J. Borow | 0.70 | Participated in meeting with UCC and professionals to UCC. |
| 1/10/2014 | C. Kearns | 0.20 | Emailed with counsel regarding status of latest "meet and confer". |
| 1/16/2014 | J. Hyland | 0.80 | Participated in weekly UCC call with UCC members and professionals. |
| 1/16/2014 | C. Kearns | 0.80 | Participated in UCC call regarding allocation update and related matters. |
| 1/23/2014 | J. Borow | 0.10 | Prepared for meeting with UCC and counsel to UCC. |
| 1/23/2014 | C. Kearns | 0.40 | Participated in post-UCC meeting debrief with counsel. |
| 1/23/2014 | A. Cowie | 0.50 | Prepared analysis of case status for weekly UCC meeting. |
| 1/23/2014 | J. Hyland | 0.50 | Participated in portion of UCC call with UCC professionals and members. |
| 1/23/2014 | C. Kearns | 0.70 | Participated in UCC call regarding litigation timeline and status of expert report process. |
| 1/23/2014 | J. Borow | 0.70 | Participated in meeting with UCC and counsel to UCC. |
| 1/30/2014 | J. Hyland | 0.80 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 1/30/2014 | J. Borow | 0.80 | Attended and participated in meeting with UCC and professionals. |
| 1/30/2014 | J. Hyland | 1.70 | Prepared for weekly UCC call. |
| Subtotal | | 10.80 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/8/2014 | J. Borow | 2.20 | Reviewed potential recovery scenarios based on recent partial settlement with EMEA estate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/9/2014 | A. Cowie | 2.70 | Modeled creditor recovery scenarios in regard to asset allocation process. |
| 1/9/2014 | A. Cowie | 2.80 | Continued to model creditor recovery scenarios in regard to asset allocation process. |
| 1/10/2014 | A. Cowie | 2.80 | Continued to model creditor recovery scenarios in regard to asset allocation process. |
| 1/10/2014 | A. Cowie | 2.90 | Modeled creditor recovery scenarios in regard to asset allocation process. |
| 1/13/2014 | A. Cowie | 2.70 | Continued to model creditor recoveries based on estate allocation assumptions. |
| 1/13/2014 | A. Cowie | 2.90 | Modeled creditor recoveries based on estate allocation assumptions. |
| 1/16/2014 | A. Cowie | 2.50 | Continued to prepare asset allocation recoveries by creditor in regard to asset allocation process. |
| 1/16/2014 | A. Cowie | 2.90 | Prepared asset allocation recoveries by creditor based upon allocation positions by estate. |
| 1/23/2014 | A. Cowie | 2.70 | Prepared analysis of creditor recoveries based on draft asset allocation expert reports. |
| 1/24/2014 | A. Cowie | 1.90 | Continued to prepare analysis of creditor recoveries based on draft asset allocation expert reports. |
| 1/24/2014 | A. Cowie | 2.90 | Prepared analysis of creditor recoveries based on draft allocation expert reports. |
| Subtotal | | 31.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/2/2014 | C. Kearns | 0.10 | Held conference call with F. Hodara re: possible 30(b)6 designation. |
| 1/3/2014 | J. Hyland | 0.20 | Reviewed deposition summary prepared by counsel. |
| 1/3/2014 | J. Hyland | 0.30 | Reviewed portion of EMEA's filings in regard to 1/7/2014 hearing on EMEA claims. |
| 1/3/2014 | J. Hyland | 0.30 | Reviewed agenda for January 7, 2014 hearing on claims. |
| 1/3/2014 | J. Hyland | 0.70 | Reviewed portion of D&O's responding motion re: 1/7/2014 claims hearing. |
| 1/3/2014 | J. Hyland | 0.90 | Reviewed portion of the US Debtors' notice of filing of courtesy copies re: 1/7/2014 hearing on EMEA claims. |
| 1/3/2014 | J. Hyland | 1.40 | Reviewed supplemental response and limited objection of the Monitor and Canadian Debtors to claims litigation settlement motion. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/6/2014 | J. Hyland | 2.70 | Reviewed the Canadian's Debtors' and Monitor's responses to the EMEA claims motion. |
| 1/8/2014 | J. Hyland | 0.50 | Reviewed Canadian claims schedule. |
| 1/8/2014 | C. Kearns | 1.50 | Reviewed various recovery scenarios as requested by counsel to consider possible impact of EMEA settlement. |
| 1/9/2014 | C. Kearns | 0.50 | Prepared analyses requested by counsel resulting from EMEA related meeting. |
| 1/9/2014 | C. Kearns | 0.60 | Continued to meet with counsel, CGSH and counsel to EMEA and TPR to discuss framework related to EMEA settlement and next step. |
| 1/9/2014 | C. Kearns | 0.80 | Participated in post-meeting debrief with counsel and CGSH re: claims. |
| 1/9/2014 | C. Kearns | 1.30 | Prepared for EMEA claim settlement meeting including review of various recovery scenarios. |
| 1/9/2014 | C. Kearns | 2.90 | Met with counsel, CGSH and counsel to EMEA and TPR to discuss framework related to EMEA settlement and next step. |
| 1/27/2014 | C. Griffin | 1.00 | Revised bond pricing matrix for committee presentation. |
| Subtotal | | 15.70 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/21/2014 | J. Hyland | 2.50 | Analyzed historical intercompany calculations for discussion with counsel. |
| Subtotal | | 2.50 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/20/2014 | C. Griffin | 2.00 | Analyzed historical Nortel capital structure metrics. |
| 1/24/2014 | J. Hyland | 2.00 | Analyzed historic financial statements for trends. |
| 1/24/2014 | J. Hyland | 2.40 | Continued analyzing historic financial statements for trends. |
| 1/27/2014 | C. Griffin | 1.00 | Analyzed historical audited financial statements in regard to asset allocation process. |
| Subtotal | | 7.40 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/27/2014 | A. Cowie | 1.40 | Prepared updated estate operating metrics report for UCC. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| Subtotal | | 1.40 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 1/14/2014 | J. Hyland | 0.90 | Reviewed cash positions of estates. |
| 1/15/2014 | A. Cowie | 0.40 | Analyzed proposed cash investment parameters. |
| 1/15/2014 | J. Hyland | 1.40 | Reviewed revised cash management procedures. |
| 1/16/2014 | J. Hyland | 2.60 | Analyzed cash flows for each estate through end of case. |
| 1/24/2014 | J. Hyland | 0.20 | Participated in call with S. Kuhn, (counsel), L. Schweitzer, R. Eckenrod, and B. Beller (Cleary) re: cash management. |
| 1/24/2014 | J. Borow | 0.60 | Reviewed cash investment policies and discussed with counsel. |
| Subtotal | | 6.10 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 1/2/2014 | J. Schad | 1.10 | Reviewed and analyzed data for IP proceeds allocation. |
| 1/2/2014 | B. Frizzell | 1.60 | Edited write-up on expert report re: IP proceeds allocation. |
| 1/2/2014 | B. Frizzell | 2.40 | Calculated IP expert report assumption re: IP proceeds allocation. |
| 1/3/2014 | J. Schad | 1.20 | Summarized research related to IP proceeds allocation. |
| 1/3/2014 | B. Frizzell | 1.60 | Edited write-up on expert report re: IP proceeds allocation. |
| 1/3/2014 | B. Frizzell | 2.40 | Analyzed IP expert report assumptions. |
| 1/3/2014 | J. Schad | 2.90 | Performed research on topics related to IP proceeds allocation. |
| 1/3/2014 | B. Kullberg | 3.00 | Reviewed and edited IP portion of allocation draft report. |
| 1/6/2014 | B. Kullberg | 0.50 | Reviewed and edited draft report re: IP proceeds allocation from each estate. |
| 1/6/2014 | B. Frizzell | 1.50 | Continued editing write-up re: IP proceeds allocation. |
| 1/6/2014 | B. Frizzell | 1.70 | Edited write-up on expert report re: IP proceeds allocation. |
| 1/6/2014 | B. Frizzell | 2.20 | Continued to research issues re: IP proceeds allocation. |
| 1/6/2014 | J. Schad | 2.80 | Continued analyzing IP proceeds allocation data. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/6/2014 | B. Frizzell | 2.90 | Analyzed IP allocation expert report issues re: IP proceeds allocation. |
| 1/6/2014 | J. Schad | 2.90 | Analyzed data pertaining to IP proceeds allocation. |
| 1/7/2014 | C. Kearns | 0.60 | Reviewed markup of outline re: possible IP proceeds allocation expert. |
| 1/7/2014 | J. Schad | 1.10 | Researched issued related to IP proceeds allocation. |
| 1/7/2014 | B. Frizzell | 1.80 | Analyzed supporting documents from expert report re: IP proceeds allocation. |
| 1/7/2014 | B. Frizzell | 2.30 | Analyzed expert report issues re: IP proceeds allocation. |
| 1/7/2014 | B. Frizzell | 2.40 | Searched discovery materials and reviewed documents in preparation for a report for counsel. |
| 1/8/2014 | J. Schad | 0.80 | Revised analysis of IP proceeds allocation methodology. |
| 1/8/2014 | B. Frizzell | 1.10 | Reviewed IP expert's supporting documents re: IP proceeds allocation. |
| 1/8/2014 | B. Frizzell | 1.30 | Continued reviewing IP expert source documents re: IP proceeds allocation. |
| 1/9/2014 | B. Kullberg | 0.30 | Reviewed IP allocation methodologies in expert report. |
| 1/9/2014 | B. Frizzell | 2.80 | Reviewed expert report re: IP proceeds allocation. |
| 1/10/2014 | B. Frizzell | 0.80 | Analyzed IP proceeds allocation expert positions. |
| 1/14/2014 | M. Dansky | 0.20 | Reviewed referenced documents in allocation expert report for IP. |
| 1/14/2014 | C. Kearns | 0.30 | Held conference call with D. Botter regarding possible allocation scenarios related to IP. |
| 1/14/2014 | B. Frizzell | 1.20 | Reviewed expert report re: IP proceeds allocation. |
| 1/15/2014 | M. Dansky | 0.30 | Reviewed estate's expert-related IP documents. |
| 1/15/2014 | J. Schad | 0.30 | Continued reviewing documents as related to IP proceeds allocation. |
| 1/15/2014 | B. Kullberg | 0.50 | Analyzed IP allocation expert report. |
| 1/15/2014 | J. Schad | 0.60 | Continued revising allocation expert supporting data analysis re: IP proceeds allocation. |
| 1/15/2014 | B. Frizzell | 1.60 | Reviewed referenced IP documents from proceeds allocation expert. |
| 1/15/2014 | B. Frizzell | 2.40 | Continued to review documents re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/15/2014 | B. Kullberg | 2.50 | Reviewed allocation expert report for IP sections. |
| 1/15/2014 | J. Schad | 2.90 | Revised IP analysis for report to counsel with supporting IP data analyses. |
| 1/15/2014 | J. Schad | 2.90 | Reviewed documents as related to IP proceeds allocation. |
| 1/15/2014 | B. Frizzell | 2.90 | Continued to review expert documents and sources re: IP proceeds allocation. |
| 1/16/2014 | J. Schad | 0.40 | Researched support for IP proceeds allocation. |
| 1/16/2014 | C. Kearns | 0.60 | Prepared additional analysis at request of counsel regarding IP issues by country. |
| 1/16/2014 | B. Frizzell | 0.80 | Reviewed expert documents re: IP proceeds allocation. |
| 1/16/2014 | B. Frizzell | 0.90 | Analyzed projection data re: IP proceeds allocation. |
| 1/16/2014 | N. Haslun | 1.60 | Analyzed alternative IP sales proceeds allocation scenarios. |
| 1/16/2014 | B. Frizzell | 1.80 | Reviewed Nortel presentation documents re: IP proceeds allocation. |
| 1/16/2014 | B. Kullberg | 2.00 | Reviewed IP proceeds allocation expert report supporting documents. |
| 1/16/2014 | J. Hyland | 2.10 | Continued preparing analysis of IP related to proceeds allocation expert report. |
| 1/16/2014 | J. Hyland | 2.30 | Continued preparing analysis of IP related to proceeds allocation expert report. |
| 1/16/2014 | J. Hyland | 2.40 | Prepared analysis of IP related to proceeds allocation expert report. |
| 1/17/2014 | M. Dansky | 0.60 | Continued review of draft allocation expert reports on IP. |
| 1/17/2014 | C. Kearns | 1.00 | Read and analyzed draft report of second IP expert. |
| 1/17/2014 | J. Schad | 1.30 | Reviewed documents and performed research re: IP proceeds allocation. |
| 1/17/2014 | B. Frizzell | 1.30 | Commented on expert analysis re: IP proceeds allocation. |
| 1/17/2014 | B. Kullberg | 1.50 | Analyzed data re: IP allocation. |
| 1/17/2014 | M. Dansky | 1.60 | Continued review of draft expert reports on IP. |
| 1/17/2014 | M. Dansky | 1.70 | Reviewed draft expert reports on IP. |
| 1/17/2014 | B. Frizzell | 1.90 | Reviewed expert report from an estate re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/17/2014 | B. Frizzell | 2.10 | Continued reviewing expert source documents re: IP proceeds allocation. |
| 1/17/2014 | M. Dansky | 2.10 | Analyzed IP expert reports on allocation methodologies. |
| 1/17/2014 | M. Dansky | 2.20 | Continued review of draft expert reports on IP sales. |
| 1/17/2014 | B. Frizzell | 2.50 | Reviewed allocation-related documents re: IP proceeds allocation. |
| 1/17/2014 | B. Kullberg | 2.50 | Analyzed IP allocation expert report. |
| 1/18/2014 | B. Frizzell | 1.20 | Reviewed calculations re: IP proceeds allocation. |
| 1/18/2014 | B. Frizzell | 1.50 | Edited write-up on expert report re: IP proceeds allocation. |
| 1/18/2014 | M. Dansky | 1.50 | Continued review of IP allocation expert report drafts. |
| 1/18/2014 | M. Dansky | 2.30 | Reviewed expert asset allocation report supporting documents. |
| 1/18/2014 | B. Frizzell | 2.90 | Analyzed supporting documents from IP allocation expert report. |
| 1/19/2014 | B. Frizzell | 1.00 | Researched supporting documents re: IP proceeds allocation. |
| 1/19/2014 | M. Dansky | 1.30 | Continued review of IP allocation expert report drafts. |
| 1/19/2014 | B. Kullberg | 1.50 | Reviewed IP section of proceeds allocation expert report. |
| 1/19/2014 | M. Dansky | 1.90 | Reviewed report draft from proceeds allocation experts on IP. |
| 1/19/2014 | B. Frizzell | 2.10 | Continued to review expert documents re: IP proceeds allocation. |
| 1/19/2014 | J. Schad | 2.20 | Performed data analysis for IP proceeds allocation. |
| 1/19/2014 | B. Frizzell | 2.40 | Reviewed estate's expert report for IP allocation. |
| 1/19/2014 | J. Schad | 2.70 | Performed research for IP proceeds allocation. |
| 1/20/2014 | J. Schad | 1.20 | Analyzed data for allocation of IP proceeds. |
| 1/20/2014 | M. Dansky | 1.30 | Continued call with counsel to discuss IP expert reports. |
| 1/20/2014 | M. Dansky | 1.40 | Continued review of IP allocation expert report drafts. |
| 1/20/2014 | B. Kullberg | 1.50 | Analyzed IP proceeds allocation expert report assumptions. |
| 1/20/2014 | M. Dansky | 1.60 | Participated in call with counsel to discuss draft IP expert reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/20/2014 | J. Schad | 2.10 | Researched issues related to the IP proceeds allocation. |
| 1/20/2014 | M. Dansky | 2.40 | Reviewed IP portion of asset allocation expert report. |
| 1/20/2014 | B. Frizzell | 2.40 | Edited IP proceeds allocation analysis of expert. |
| 1/20/2014 | B. Frizzell | 2.70 | Reviewed assumptions in expert report re: IP proceeds allocation. |
| 1/20/2014 | J. Schad | 2.90 | Reviewed and analyzed IP proceeds allocation supporting data. |
| 1/20/2014 | J. Schad | 2.90 | Continued to review and analyze data related to IP proceeds allocation. |
| 1/21/2014 | B. Frizzell | 0.60 | Continued reviewing materials in preparation for meeting re: IP proceeds allocation. |
| 1/21/2014 | B. Frizzell | 1.10 | Reviewed analysis edits re: IP proceeds allocation. |
| 1/21/2014 | J. Schad | 1.20 | Researched issues related to allocation of IP proceeds. |
| 1/21/2014 | B. Frizzell | 1.30 | Continued to review analysis of allocation edits re: IP proceeds allocation. |
| 1/21/2014 | J. Hyland | 1.40 | Reviewed IP cost of capital analysis prepared by Lazard. |
| 1/21/2014 | B. Kullberg | 1.80 | Analyzed IP proceeds allocation expert report assumptions. |
| 1/21/2014 | B. Frizzell | 1.90 | Participated in IP portion of meeting with counsel re: expert reports. |
| 1/21/2014 | M. Dansky | 1.90 | Continued analyzing proceeds allocation methodologies of IP in expert reports. |
| 1/21/2014 | B. Frizzell | 2.00 | Reviewed materials in preparation for meeting re: IP proceeds allocation. |
| 1/21/2014 | B. Kullberg | 2.50 | Analyzed IP allocation methodology in expert report. |
| 1/21/2014 | B. Frizzell | 2.80 | Participated in meeting with counsel re: IP proceeds allocation. |
| 1/21/2014 | M. Dansky | 2.80 | Continued to prepare for meeting with counsel on expert reports. |
| 1/21/2014 | M. Dansky | 2.90 | Prepared for meeting with counsel on expert reports. |
| 1/21/2014 | M. Dansky | 2.90 | Analyzed proceeds allocation methodologies of IP in expert reports. |
| 1/22/2014 | M. Dansky | 0.40 | Reviewed support documents for IP allocation expert report. |
| 1/22/2014 | C. Kearns | 1.50 | Reviewed changes to draft expert report and exchanged related emails with counsel re: IP and related valuation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 1/22/2014 | M. Dansky | 1.70 | Reviewed draft IP expert report support. |
| 1/22/2014 | B. Frizzell | 1.80 | Reviewed edits to expert report in the IP proceeds allocation section. |
| 1/22/2014 | M. Dansky | 1.90 | Reviewed draft expert report documents. |
| 1/22/2014 | J. Hyland | 2.00 | Analyzed IP assumption in revised draft expert report. |
| 1/22/2014 | B. Frizzell | 2.10 | Analyzed IP proceeds allocation expert report issues re: IP proceeds allocation. |
| 1/22/2014 | B. Frizzell | 2.40 | Reviewed updated allocation expert materials referenced in IP section of report. |
| 1/22/2014 | B. Frizzell | 2.70 | Reviewed additional updated expert materials re: IP proceeds allocation. |
| 1/23/2014 | B. Kullberg | 0.50 | Reviewed allocation expert report supporting documents. |
| 1/23/2014 | M. Dansky | 0.60 | Participated in IP portion of UCC call with UCC professionals and members. |
| 1/23/2014 | B. Frizzell | 0.60 | Continued review of updated expert documents re: IP proceeds allocation. |
| 1/23/2014 | B. Frizzell | 0.90 | Continued review of proceeds allocation expert supporting documents re: IP proceeds allocation. |
| 1/23/2014 | M. Dansky | 1.00 | Reviewed draft proceeds allocation expert IP report. |
| 1/23/2014 | B. Frizzell | 1.20 | Reviewed updated allocation expert referenced IP documents. |
| 1/23/2014 | B. Frizzell | 1.40 | Edited updated analysis of expert report re: IP proceeds allocation. |
| 1/23/2014 | M. Dansky | 1.60 | Reviewed draft allocation expert report documents re: IP. |
| 1/23/2014 | M. Dansky | 1.90 | Reviewed IP portion of report from proceeds allocation expert. |
| 1/23/2014 | M. Dansky | 2.20 | Reviewed draft proceeds allocation expert report supporting documents on IP. |
| 1/23/2014 | C. Kearns | 2.50 | Reviewed and commented on redline draft report re: IP and related valuation. |
| 1/24/2014 | B. Frizzell | 0.60 | Reviewed IP allocation methodology in expert report from another estate. |
| 1/24/2014 | M. Dansky | 0.60 | Reviewed draft expert report documents related to IP. |
| 1/25/2014 | B. Frizzell | 1.80 | Reviewed an expert report for IP proceeds allocation. |
| 1/25/2014 | B. Frizzell | 1.90 | Continued review of IP proceeds allocation expert report re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/25/2014 | M. Dansky | 2.10 | Reviewed other estate's IP allocation expert report. |
| 1/25/2014 | B. Kullberg | 2.50 | Reviewed IP calculations in allocation expert report. |
| 1/25/2014 | B. Frizzell | 2.60 | Reviewed an expert report re: IP proceeds allocation. |
| 1/26/2014 | B. Frizzell | 0.70 | Reviewed IP allocation from an expert report from an estate. |
| 1/26/2014 | B. Frizzell | 0.80 | Reviewed IP allocation methodology in expert report. |
| 1/26/2014 | B. Frizzell | 2.50 | Reviewed supporting materials for an estate's expert report on allocating IP proceeds. |
| 1/27/2014 | J. Schad | 1.60 | Analyzed data for IP proceeds allocation. |
| 1/27/2014 | M. Dansky | 1.70 | Reviewed other estate's IP allocation expert report. |
| 1/27/2014 | B. Frizzell | 1.80 | Reviewed expert report IP allocation methodology. |
| 1/27/2014 | B. Frizzell | 2.00 | Analyzed data relied upon by proceeds allocation expert re: IP proceeds allocation. |
| 1/27/2014 | B. Frizzell | 2.10 | Continued review of proceeds allocation expert's cited source materials re: IP proceeds allocation. |
| 1/27/2014 | M. Dansky | 2.50 | Reviewed IP allocation expert report from other estate. |
| 1/27/2014 | B. Frizzell | 2.90 | Reviewed an expert report cited source materials re: IP proceeds allocation. |
| 1/27/2014 | J. Schad | 2.90 | Continued reviewing IP expert source documents re: IP proceeds allocation. |
| 1/27/2014 | J. Schad | 2.90 | Analyzed referenced documents in expert reports related to IP proceeds allocation. |
| 1/28/2014 | B. Kullberg | 1.50 | Analyzed IP proceeds allocation expert report issues re: IP proceeds allocation. |
| 1/28/2014 | B. Frizzell | 1.70 | Analyzed proceeds allocation expert report assumptions. |
| 1/28/2014 | B. Frizzell | 2.20 | Reviewed expert report re: IP proceeds allocation. |
| 1/28/2014 | C. Kearns | 2.20 | Read an IP allocation expert report from an estate. |
| 1/28/2014 | B. Kullberg | 2.50 | Reviewed IP supporting documents in an estates' IP allocation. |
| 1/28/2014 | B. Frizzell | 2.80 | Reviewed cited source IP materials in an expert report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/28/2014 | J. Schad | 2.90 | Analyzed referenced documents in expert reports related to IP proceeds allocation. |
| 1/29/2014 | M. Dansky | 1.10 | Continued reviewing proceeds allocation expert report submitted by an estate. |
| 1/29/2014 | M. Dansky | 1.30 | Reviewed proceeds allocation expert report submitted by an estate. |
| 1/29/2014 | B. Frizzell | 1.70 | Continued analyzing proceeds allocation expert detailed calculations re: IP proceeds allocation. |
| 1/29/2014 | B. Frizzell | 2.00 | Summarized allocation expert's IP positions. |
| 1/29/2014 | B. Frizzell | 2.30 | Reviewed expert report re: IP proceeds allocation. |
| 1/29/2014 | M. Dansky | 2.70 | Reviewed opposing allocation expert reports related to IP. |
| 1/29/2014 | B. Frizzell | 2.90 | Analyzed proceeds allocation expert detailed calculations re: IP proceeds allocation. |
| 1/30/2014 | M. Dansky | 0.60 | Reviewed draft IP allocation expert reports. |
| 1/30/2014 | B. Frizzell | 0.70 | Continued researching issues re: IP proceeds allocation. |
| 1/30/2014 | B. Frizzell | 0.80 | Reviewed expert positions re: IP proceeds allocation. |
| 1/30/2014 | N. Haslun | 1.00 | Analyzed estate's IP proceeds allocation expert report. |
| 1/30/2014 | M. Dansky | 1.40 | Continued participating for IP portion of call with counsel. |
| 1/30/2014 | B. Kullberg | 1.50 | Reviewed expert reports related to IP proceeds allocation. |
| 1/30/2014 | B. Frizzell | 1.50 | Participated in IP portion of call with counsel re: IP expert reports. |
| 1/30/2014 | B. Frizzell | 1.60 | Researched issues re: IP proceeds allocation. |
| 1/30/2014 | M. Dansky | 1.60 | Participated in call with counsel re: allocation of IP proceeds. |
| 1/30/2014 | M. Dansky | 1.90 | Reviewed allocation expert report supporting documents as related to IP. |
| 1/30/2014 | B. Frizzell | 2.00 | Reviewed an expert report re: IP allocation methodology. |
| 1/30/2014 | B. Frizzell | 2.10 | Reviewed expert report re: IP proceeds allocation. |
| 1/30/2014 | B. Frizzell | 2.40 | Reviewed an expert's report re: IP proceeds allocation methodology. |
| 1/30/2014 | B. Kullberg | 2.50 | Participated in part of counsel call re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/31/2014 | M. Dansky | 0.60 | Reviewed draft expert report documents. |
| 1/31/2014 | J. Schad | 1.20 | Continued data analysis for allocation of IP proceeds. |
| 1/31/2014 | B. Kullberg | 2.00 | Analyzed data re: IP proceeds allocation experts. |
| 1/31/2014 | B. Frizzell | 2.40 | Continued analyzing IP expert exhibits re: IP proceeds allocation. |
| 1/31/2014 | B. Kullberg | 2.50 | Analyzed IP proceeds allocation expert report assumption for counsel. |
| 1/31/2014 | B. Frizzell | 2.70 | Recalculated IP expert report amounts re: IP proceeds allocation. |
| 1/31/2014 | J. Schad | 2.90 | Performed data analysis for allocation of IP proceeds. |
| 1/31/2014 | B. Frizzell | 2.90 | Analyzed IP expert exhibits re: IP proceeds allocation. |
| Subtotal | | 311.80 | |
| **Total Hours** | | **919.20** | |