Exhibit D
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
For the Period 1/1/2014 through 1/31/2014

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 1/21/2014 | J. Hyland | Coach airfare for NY meeting. | $814.00 |
| 1/21/2014 | M. Dansky | Coach airfare to NYC meeting with counsel. | $398.00 |
| **Subtotal - Airfare/ Train** | | | **$1,212.00** |
| **Auto Rental/Taxi** | | | |
| 1/20/2014 | B. Frizzell | Taxi from LGA to hotel. | $51.98 |
| 1/20/2014 | B. Frizzell | Taxi from home to airport. | $38.00 |
| 1/21/2014 | J. Hyland | Taxi from NY airport to office for NY meeting. | $85.00 |
| 1/21/2014 | M. Dansky | Taxi from LGA to hotel for NY trip. | $62.50 |
| 1/22/2014 | B. Frizzell | Taxi from NY office to JFK after NY meeting. | $89.71 |
| 1/22/2014 | J. Hyland | Taxi to NY airport from NY meeting. | $51.03 |
| 1/22/2014 | B. Frizzell | Taxi home from airport due to NY meeting. | $39.85 |
| **Subtotal - Auto Rental/Taxi** | | | **$418.07** |
| **Hotel** | | | |
| 1/22/2014 | B. Frizzell | Hotel, excluding supplemental charges at reasonable and customary level, for two nights during NY trip. | $922.70 |
| 1/22/2014 | M. Dansky | Hotel, excluding supplemental charges at reasonable and customary level, for one night during NY trip. | $519.29 |
| 1/22/2014 | J. Hyland | Hotel, excluding supplemental charges at reasonable and customary level, for one night during NY trip. | $462.35 |
| **Subtotal - Hotel** | | | **$1,904.34** |
| **Meals** | | | |

Capstone Advisory Group, LLC
Invoice for the 1/1/2014-1/31/2014 Fee Statement

Page 1 of 3

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/20/2014 | B. Frizzell | Dinner while traveling for NYC meeting. | $37.00 |
| 1/20/2014 | B. Frizzell | Meal while traveling for NY meeting. | $19.00 |
| 1/20/2014 | B. Frizzell | Breakfast while traveling for NY meeting. | $9.39 |
| 1/21/2014 | M. Dansky | Breakfast while traveling for NY meeting. | $37.66 |
| 1/21/2014 | B. Frizzell | Breakfast while traveling for NY meeting. | $5.30 |
| 1/22/2014 | M. Dansky | Breakfast while traveling for NY meeting. | $46.57 |
| 1/22/2014 | B. Frizzell | Lunch while traveling for NY meeting. | $13.18 |
| 1/22/2014 | B. Frizzell | Breakfast while traveling for NY meeting. | $11.64 |
| 1/30/2014 | J. Hyland | Working lunch for B. Frizzell and J. Hyland during call with counsel. | $24.72 |
| **Subtotal - Meals** | | | **$204.46** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/21/2014 | J. Hyland | Local mileage from home to Chicago airport to Chicago office to home related to NYC meeting. | $40.68 |
| **Subtotal - Mileage** | | | **$40.68** |

**Parking/ Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/22/2014 | J. Hyland | Local airport parking for NY meeting. | $57.00 |
| 1/22/2014 | M. Dansky | Airport parking while in NY. | $24.00 |
| **Subtotal - Parking/ Tolls** | | | **$81.00** |

**Research**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/8/2014 | CAG Direct | Bloomberg research direct usage charges for Nortel research. | $82.17 |
| **Subtotal - Research** | | | **$82.17** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/6/2014 | CAG Direct | Intercall direct conference call charges for Nortel. | $13.80 |
| **Subtotal - Telecom** | | | **$13.80** |

Capstone Advisory Group, LLC
Invoice for the 1/1/2014-1/31/2014 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| For the Period 1/1/2014 through 1/31/2014 | | | $3,956.52 |