IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: TBD |

## NOTICE OF TWENTIETH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Dentons Canada LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: November 1, 2013 through January 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary: CDN. $417,812.50 Equivalent to USD $376,449.06[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: CDN. $26,986.41 Equivalent to USD $24,314.76[3]

This is (a)n: _X_ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Dentons Canada LLP's November, 2013, December, 2013 and January, 2014 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on February 26, 2013 was CDN. $1.00 : U.S. $0.9010

12379947_1|TORDOCS

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 2/3/14 Docket No. 12937 | 11/1/13 - 11/30/13 | $119,460.00 | $15,014.44 | $95,568.00 Pending Obj. Deadline February 24, 2014 | $15,014.44 Pending Obj. Deadline February 24, 2014 | $23,892.00 |
| Date Filed: 2/25/14 Docket No. 10347 | 12/1/13 - 12/31/13 | $124,460.50 | $5,339.26 | $99,568.40 Pending Obj. Deadline March 18, 2014 | $5,339.26 Pending Obj. Deadline March 18, 2014 | $24,892.10 |
| Date Filed: 2/27/14 Docket No. 13068 | 1/1/14 - 1/31/14 | $173,892.00 | $6,632.71 | $139,113.60 Pending Obj. Deadline March 20, 2014 | $6,632.71 Pending Obj. Deadline March 20, 2014 | $34,778.40 |
| TOTALS: | All amounts in CDN.$ | $417,812.50 | $26,986.41 | $334,250.00[4] | $26,986.41[5] | $83,562.50 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2014
    Toronto, Ontario

*(signature)*

Michael J. Wunder
DENTONS CANADA LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

12379947_1|TORDOCS