# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD** |

## NOTICE OF TWENTIETH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2013 through January 31, 2014[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 1,565,189.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $9,590.73 |

This is (a)n: __X__ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's November and December 2013 and January 2014 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 2/14/2014 Docket No. 12969 | 11/1/13 to 11/30/13 | $519,676.00 | $3,092.09 | Pending Obj. Deadline $415,740.80 | Pending Obj. Deadline $3,092.09 | $103,935.20 |
| Date Filed: 2/26/2014 Docket No. 13054 | 12/1/13 to 12/31/13 | $469,207.00 | $2,542.12 | Pending Obj. Deadline $375,365.60 | Pending Obj. Deadline $2,542.12 | $93,841.40 |
| Date Filed: 2/28/2014 Docket No. TBD | 1/1/14 to 1/31/14 | $576,306.50 | $3,956.52 | Pending Obj. Deadline $461,045.20 | Pending Obj. Deadline $3,956.52 | $115,261.30 |
| **TOTALS:** | | $1,565,189.50 | $9,590.73 | $1,252,151.60 | $9,590.73 | $313,037.90 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2014
    New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*