IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: TBD**<br>)<br>) |

## NOTICE OF TWENTIETH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                   Official Committee of Unsecured Creditors

Date of Retention:                          March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                November 1, 2013 through January 31, 2014[2]

Amount of Compensation sought as
actual, reasonable and necessary:           $64,902.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $6,813.78

This is (a)n:  X  interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s November 2013, December 2013 and January 2014 monthly fee applications are incorporated herein by reference.

RLF1 9948725v.1

Summary of Fee Applications for Compensation Period:

| Docket No.<br>Date Filed | Period Covered | Requested | | Approved/<br>Pending Approval | | Holdback<br>Fees<br>Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees<br>(80%) | Expenses<br>(100%) | Fees<br>(20%) |
| Docket No. 12638<br>Date Filed: 12/18/13 | 11/1/13 - 11/30/13 | $17,361.00 | $1,583.10 | $13,888.80 | $1,583.10 | $3,472.20 |
| Docket No. 12907<br>Date Filed: 1/30/14 | 12/1/13 - 12/31/13 | $10,296.50 | $620.83 | $8,237.20 | $620.83 | $2,059.30 |
| Docket No. 13055<br>Date Filed: 2/26/14 | 1/1/14 - 1/31/14 | $37,244.50 | $4,609.85 | Pending obj deadline 3/18/14 $29,795.60 | Pending obj deadline 3/18/14 $4,609.85 | $7,448.90 |
| TOTALS: | | $64,902.00 | $6,813.78 | $51,921.60[3] | $6,813.78[4] | $12,980.40 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2014
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.
[4] The total amount reflected in this column includes amounts pending approval.

2

RLF1 9948725v.1