IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | Jointly Administered |
| Debtors | **Hearing Date**: |
| | March 18, 2014 at 10:00 a.m. (ET) (Proposed) |
| | **Objection Deadline**: |
| | March 17, 2014 at 12:00 p.m. (ET) (Proposed) |

------------------------------------------------------------X

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on March 4, 2014, the Official Committee of Unsecured Creditors (the "Committee") filed the **Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, Nunc Pro Tunc to March 4, 2014** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on March 4, 2014, the Committee also filed the **Motion to Shorten Notice with Respect to the Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, Nunc Pro Tunc to March 4, 2014** (the "Motion to Shorten") with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).

RLF1 9987419v.1

Bankruptcy Court, pursuant to which the Committee has requested approval of a shortened notice period and objection deadline relating to the Application.

PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court grants the relief requested in the Motion to Shorten (i) a hearing to consider the Motion will be held before The Honorable Kevin Gross, Chief United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **March 18, 2014 at 10:00 a.m. (ET)** (the "Hearing") and (ii) objections to the Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, no later than **March 17, 2014 at 12:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court denies the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the court-approved objection deadline and hearing date for the Application.

Dated: March 4, 2014  
       Wilmington, Delaware

Respectfully submitted,

By: _____  
    Mark D. Collins (No. 2981)  
    Christopher M. Samis (No. 4909)  
    Richards, Layton & Finger, P.A.  
    One Rodney Square  
    920 North King Street  
    Wilmington, DE 19801  
    Tel.: (302) 651-7700

and

Fred S. Hodara (*pro hac vice*)  
David H. Botter (*pro hac vice*)  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
Tel.: (212) 872-1000

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

RLF1 9987419v.1