## Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
|  | Case No. 09-10138(KG) |
| Nortel Networks Inc., et al., | Jointly Administered |
| Debtors |  |

## DECLARATION OF MARK I. YOUNG

**MARK I. YOUNG**, hereby declares:

1.   I am an attorney at law admitted to practice in the Province of Ontario, Canada.  I am a member (partner) of the firm of Cassels Brock & Blackwell LLP ("Cassels Brock"),[1] which firm maintains offices at Scotia Plaza, 40 King Street West, Suite 2100, Toronto, Ontario, Canada M5H 3C2.

2.   I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("NNI") and certain of its direct and indirect subsidiaries (collectively with NNI, the "Debtors") to retain and employ Cassels Brock, *nunc pro tunc* to March 4, 2014, as successor Canadian counsel to the Committee (the "Application").

3.   On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee.  The Committee currently consists of three members: (a) The Bank of New York Mellon; (b) Law Debenture Trust Company of New York; and (c) Pension Benefit Guaranty Corp.

---

[1] All terms not otherwise defined herein will have the meanings ascribed to them in the Application.

4.      On the Committee Formation Date, the Committee selected Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to serve as lead counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code.  On January 26, 2009, the Committee selected Fraser Milner Casgrain LLP ("FMC") to serve as its Canadian counsel pursuant to section 1103(a) of the Bankruptcy Code.

5.      In March 2013, FMC combined with certain other law firms to form the international law firm Dentons.  In connection with that combination, I understand that FMC changed its legal name to Dentons Canada LLP ("Dentons Canada").

6.      I understand that the core group of FMC attorneys that were advising the Committee (the "Core Group") on Canadian issues in connection with the insolvency proceedings of the Debtors, as well as the related proceeding (the "Canadian Proceeding") commenced by the Debtors' ultimate parent, Nortel Networks Corporation, together with Nortel Networks Limited and certain of their Canadian affiliates (collectively, the "Canadian Debtors"), before the Ontario Superior Court of Justice (the "Canadian Court") for a plan of compromise or arrangement under the *Companies' Creditors Arrangement Act* (Canada) ("CCAA"), continued to advise the Committee after FMC changed its name to Dentons Canada.

7.      On February 28, 2014, the Core Group left Dentons Canada and, effective March 1, 2014, joined Cassels Brock as partners of the firm to continue the practice of law.  Subject to this Court's approval of the Application, the Core Group will continue to represent the Committee while at Cassels Brock and Dentons Canada's engagement with the Committee will be terminated.

8.      I am not, nor is Cassels Brock, an insider of the Debtors.  Neither Cassels Brock nor I hold directly any claim, debt or equity security of the Debtors.

9.     To the best of my knowledge and information, no member of Cassels Brock has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors as specified in subparagraph (B) of 11 U.S.C. § 101(14).

10.    Cassels Brock does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in subparagraph (C) of Bankruptcy Code section 101(14), or for any other reason.

11.    Cassels Brock does not currently represent the Debtors or to the best of my knowledge and information, any of their related parties, affiliates, partners, or subsidiaries, and Cassels Brock will not undertake the representation of the Debtors or related entities during this engagement.

12.    To the best of my knowledge and information, Cassels Brock neither holds nor represents any interest adverse to the Committee, the Debtors, their creditors or other parties in interest or their respective attorneys in these chapter 11 cases. Based upon information available to me, I believe that Cassels is a "disinterested person" within the meaning of the Bankruptcy Code.

13.    In preparing this Declaration, through my colleagues, I submitted to Cassels Brock's client and conflict database (the "Conflict Database")[2] the names set forth in a list of parties identified in the Debtors' application to retain Cleary Gottlieb Steen & Hamilton, LLP ("Cleary") as counsel to the Debtors (the "Cleary Application"), as updated since the

---

[2] The Conflict Database maintained by Cassels Brock includes all matters in which the firm is now or has previously been engaged, the entity by which the firm is now or has previously been engaged and, as applicable, the identity of related parties, adverse parties and the attorneys in the firm that are knowledgeable about the matter. No new matter may be accepted or opened within the firm without completing and submitting to the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the nature of the representation and any related and adverse parties.

3

commencement of the chapter 11 cases, as well as additional parties identified by Akin Gump

and provided to Cassels Brock, which include: (i) the Debtors; (ii) the Debtors' affiliates; (iii)

Debtors' 5% shareholders; (iv) Debtors' significant equity investors; (v) current and former

directors and officers of the Debtors (up to two years); (vi) vendors; (vii) litigation parties; (viii)

the Debtors' lenders; (ix) the Debtors' banks and money market funds; (x) the Debtors'

significant customers; (xi) the Debtors' landlords; (xii) insurance companies; (xiii) counterparties

to significant contracts; (xiv) bondholders and trustees; (xv) the Debtors' professionals; (xvi) the

Debtors' major competitors; (xvii) top 40 unsecured creditors; (xviii) utilities; (xix) other parties

in interest; (xx) members of the Committee and its professionals; (xxi) Parties Identified in

Bankruptcy Rule 2014 Statements: January 22, 2009 through May 6, 2013; (xxii) Parties

Identified in Bankruptcy Rule 2019 Statements: January 22, 2009 through May 6, 2013; (xxiii)

Parties to Adversary Proceedings Initiated: January 22, 2009 through May 6, 2013; (xxiv) Parties

Who Filed Statements Pursuant to Schedule 13D of the Securities Exchange Act of 1934:

January 22, 2009 through May 6, 2013; and (xxv) Parties to Sales Pursuant to Bankruptcy Code

Section 363: January 22, 2009 through May 6, 2013.  A copy of the list of the parties searched by

Cassels Brock is annexed hereto as Schedule 1 (collectively, the "Searched Parties").

### Representations of Parties in Interest

14.      Based on the search of our Conflicts Database, set forth in Schedule 2 annexed

hereto is a listing of those Searched Parties that Cassels Brock either (i) currently represents in

matters wholly unrelated to the Debtors' chapter 11 cases ("Current Clients"), or (ii) has in the

past represented in matters wholly unrelated to the Debtors' chapter 11 cases.  In connection with

the services to be rendered to the Committee, Cassels Brock will not commence a cause of action

against any Current Client with respect to the Debtors' chapter 11 cases, unless Cassels Brock

4

receives a waiver from the Current Client allowing Cassels Brock to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Cassels Brock to participate in such action, the Committee will use conflicts counsel to represent the interests of the unsecured creditors of the Debtors.

15.    Based on the search of our Conflicts Database, set forth in Schedule 3 annexed hereto, is a listing of those parties from Schedule 1 (Searched Parties) that are currently or have in the past been adverse to clients of Cassels Brock in matters wholly unrelated to these Chapter 11 cases.

### Connection with Parties representing 1% or more of Cassels Brock's Revenues

16.    Other than as described herein for services performed on behalf of the UK Pension Parties and The Bank of Nova Scotia, Cassels Brock's revenues for services rendered on behalf of the parties in interest identified on Schedule 2 aggregate, with respect to each such party in interest, less than 1% of Cassels Brock's annual revenues in each of Cassels Brock's fiscal years ended December 31, 2011, December 31, 2012 and December 31, 2013.  Cassels Brock's revenues for services rendered on behalf of (i) the UK Pension Parties, was greater than 1% of Cassels Brock's annual revenue in Cassels Brock's fiscal year ended December 31, 2013 and (ii) The Bank of Nova Scotia, was greater than 1% of Cassels Brock's annual revenues in each of Cassels Brock's fiscal years ended December 31, 2011, December 31, 2012 and December 31, 2013.

### Connections and General Disclosures

17.    Jane Dietrich, a member of the Core Group who became a partner in Cassels Brock's Insolvency and Restructuring Group in Toronto on March 1, 2014 and who will be

5

providing services to the Committee as part of Cassel Brock's engagement as Canadian counsel to the Committee, worked for Nortel Networks Limited as co-op student from September-December, 1997 and worked from April 1988 until the Spring of 2000 in the Environment Health & Safety Department in Calgary, Alberta (working as an ergonomist and safety specialist). Ms. Dietrich does not have any pension entitlement from any Nortel entity. Ms. Dietrich indirectly owned equity in Nortel Networks Corporation through units held in the Nortel Networks Stk Fund (a mutual fund), but Ms. Dietrich has sold all of the units previously held by her in that mutual fund.

18.   Certain attorneys at Cassels Brock previously acted as Canadian counsel (the "Cassels UK Pension Retainer") to the Nortel Networks UK Pension Trust Limited and the UK Pension Protection Fund (collectively, the "UK Pension Claimants") in connection with the worldwide insolvency proceedings of the Debtors, the Canadian Debtors and certain of their affiliates and related litigation (collectively, the "Nortel Proceedings"). Several months ago the Canadian law firm Thornton Grout Finnigan LLP ("TGF") was retained by the UK Pension Claimants to act as co-counsel with Cassels Brock in connection with the Nortel Proceedings.

19.   Cassels Brock subsequently began to transition all of their Canadian legal work for the UK Pension Claimants to TGF. As of the date of this declaration, Cassels Brock's engagement by the UK Pension Claimants in respect of the Nortel Proceedings has now been fully and finally terminated and Cassels Brock is no longer providing any services or advice in any manner whatsoever to the UK Pension Claimants.

20.   In connection with the transition of the Core Group to Cassels Brock, the UK Pension Claimants and the Committee have each formally consented to the retention by the Committee of Cassels Brock as its successor Canadian counsel and specifically that the

6

Committee and Cassels Brock in its capacity as successor Canadian counsel to the Committee may act adverse to the interests of, or any positions taken by, the UK Pension Claimants in respect of or related to the Nortel Proceedings.[3] In addition, the UK Pension Claimants have agreed that Cassels Brock cannot and will not act for the UK Pension Claimants in any capacity in the Nortel Proceedings and that Cassels Brock will not provide any further legal advice or other services to the UK Pension Claimants. This consent was memorialized in a written letter agreement executed by the UK Pension Claimants and approved by the Committee.

21.     In connection with the Committee's retention of Cassels Brock as successor Canadian counsel, appropriate ethical walls and screens have been implemented at Cassels Brock to ensure that (a) no confidential information pertaining to the Cassels UK Pension Retainer is disclosed to the Committee or any of its representatives or to any lawyer, advisor or other firm member at Cassels Brock providing services to the Committee in connection with the Nortel Proceedings, (b) no confidential information pertaining to Cassels Brock's work for the Committee in the Nortel Proceedings is disclosed to the UK Pension Claimants or any of their representatives or to any lawyer, advisor or other firm member at Cassels Brock that previously provided services to the UK Pension Claimants in connection with the Cassels UK Pension Retainer, (c) no member of the Cassels Brock group of lawyers and staff who act on behalf of the Committee in connection with the Nortel Proceedings will discuss or disclose to any other member of Cassels Brock any information or documents pertaining to the Committee's retention of Cassels Brock, (d) no member of the Cassels Brock group of lawyers and staff who acted on behalf of the UK Pension Parties in connection with the Nortel Proceedings will discuss or disclose to any other member of Cassels Brock any information or documents pertaining to the

---

[3] I understand that a copy of the formal consent by the UK Pension Parties has been shared with the Office of the United States Trustee and can be made available to this Court upon request.

7

Cassels UK Pension Retainer, (e) the paper and electronic files in respect of the Cassels UK Pension Retainer and the Committee's retention of Cassels Brock will be segregated and access to those files will be strictly limited to the Cassels Brock lawyers and staff who provide or provided, as applicable, services in respect of the applicable engagements (all of the foregoing, the "Nortel Screen").

22.     In addition to the terminated Cassels UK Pension Retainer, Cassels Brock previously represented certain other parties in interest in connection with the Canadian Proceeding (the "Other Nortel Retainers").[4]   Each of the Other Nortel Retainers has been terminated and the related files are closed and appropriate ethical walls and screens similar to the Nortel Screen have been implemented at Cassels Brock.

23.     Cassels Brock may have represented in the past and/or may currently or in the future represent entities (other than parties in the attached schedules) not currently known to Cassels Brock in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases.  To the extent that Cassels Brock discovers any such information or needs to update the information disclosed herein, Cassels Brock will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

24.     For the reasons stated herein, Cassels Brock represents no interests adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee and the unsecured creditors that the Committee represents.

25.     Cassels Brock is willing to be retained by the Committee as its Canadian counsel and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the

---

[4] The Other Nortel Retainers which have been terminated include prior representations in the Canadian Proceeding of: Wipro Limited; Ciena Corporation; Sun Microsystems; Alvarion Ltd.; Oracle Corporation; Intel Corporation; W.P. Carey & Co. LLC; Amex Bank of Canada; Qualcomm Incorporated; and Emerson.

Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professional and Official Committee Members. Cassels Brock will bill at its standard hourly rates, in Canadian dollars, which currently, in its Toronto office, are $600-$1,050 for partners, $390-$700 for associates, and $125-$435 for paraprofessionals including articling students.[5]  The hourly rates for the members of the Core Group and other Cassels Brock professionals with primary responsibility for this matter will be:

| Lawyer | Billing Category | Department | | | Hourly Rate |
|---|---|---|---|---|---|
| R. Shayne Kukulowicz | Partner | Restructuring Group | and | Insolvency | $900 |
| Michael J. Wunder | Partner | Restructuring Group | and | Insolvency | $795 |
| Ryan C. Jacobs | Partner | Restructuring Group | and | Insolvency | $750 |
| Keri Wallace | Associate | Restructuring Group | and | Insolvency | $390 |

26.     The hourly rates set forth above are Cassels Brock's standard hourly rates for work of this nature and I understand in respect of the members of the Core Group that such rates are the identical rates that the above named professionals charged while last providing service to the Committee at Dentons Canada.  These rates are set at a level designated to fairly compensate Cassels Brock for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  The foregoing hourly rates (and the hourly rates of any Cassels Brock

---

[5] To avoid the burden and administrative costs of currency conversion, I understand that similar to the existing treatment of Dentons Canada accounts, NNI has agreed that Cassels Brock's fees and expenses will be paid in Canadian dollars.

professional) are exclusive of all applicable federal and provincial taxes including harmonized sales taxes (if any) on the provision of legal services, and are subject to change (increase) from time to time in accordance with Cassels Brock's established billing practices and procedures in the normal course of Cassels Brock's business. Cassels Brock will provide notice of any such rate increases.

27.     Other attorneys and paralegals will, from time to time, assist in the representation of the Committee in connection with these cases at Cassels Brock's standard hourly rates for work of this nature in effect for those personnel.

28.     It is Cassels Brock's policy to charge its clients for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll charges, photocopying charges, travel expenses, expenses for "working meals" and computerized research, as well as non-ordinary overhead expenses, such as secretarial overtime. Cassels Brock will seek reimbursement for its expenses pursuant to, among other things, any applicable guidelines established by the Office of the United States Trustee for the District of Delaware.

29.     No agreement exists, nor will any be made, to share any compensation received by Cassels Brock for its services with any other person or firm other than members of Cassels Brock.

30.     For the reasons stated herein, Cassels Brock represents no interest adverse to the Debtors' individual creditors or the Committee and, therefore, is capable of fulfilling its fiduciary duty to the Committee and the unsecured creditors that the Committee represents.

10

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2014

_____
Mark I. Young

11

## SCHEDULE 1

*Debtors*

Nortel Networks Inc.
Nortel Networks Capital Corporation
Alteon WebSystems, Inc.
Alteon WebSystems International, Inc.
Xros, Inc.
Sonoma Systems
Qtera Corporation
CoreTek, Inc.
Nortel Networks Applications Management Solutions Inc.
Nortel Networks Optical Components Inc.
Nortel Networks HPOCS Inc.
Architel Systems (U.S.) Corporation
Nortel Networks International Inc.
Northern Telecom International Inc.
Nortel Networks Cable Solutions Inc.
Nortel Networks Corporation
Nortel Networks Limited
Nortel Networks Technology Corporation
Nortel Networks Global Corporation
Nortel Networks International Corporation

*Debtors' Affiliates*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH

Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.

Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.

Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

*Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current and former Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current and Former Directors and Officers of NNI

Karen E. Sledge
Eugene R. McClain
John Doolittle
Jeffrey T. Wood
William R. Ellis
Gordon A. Davies
Joseph F. Dearing
Lynn C. Egan
Paul T. Knudsen
Claudio Morfe Jr.

Charles R. Raphun
Paul W. Karr
Dennis Carey
Clare A. Barbieri
Laurie A. Krebs
Allan K. Stout
Mark J. Hamilton
Kimberly P. Poe
Thomas A. Gigliotti
Ernest R. Higginbotham
Katharine B. Stevenson

Current and Former Directors and Officers of NNCC

Paul W. Karr
John Doolittle
Jeffrey T. Wood
William R. Ellis
Lynn C. Egan
Gordon A. Davies
Dennis Carey
Katharine B. Stevenson
Clare A. Barbieri
Laurie A. Krebs
Mark J. Hamilton
Kimberly P. Poe
Robert J. Looney

Current and Former Directors and Officers of Alteon WebSystems, Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current and Former Directors and Officers of Alteon WebSystems International, Inc.

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
A. Aziz Khadbai
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current and Former Directors and Officers of Architel Systems (U.S.) Corporation

Gordon A. Davies
Dennis Carey
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
Kimberly P. Poe
Mark J. Hamilton
William R. Ellis

Current and Former Directors and Officers of Xros, Inc..

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current and Former Directors and Officers of Sonoma Systems

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Williams R. Ellis
Scott A. McFeely

Current and Former Directors and Officers of Qtera Corporation

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current and Former Officers and Directors of CoreTek, Inc.

Gordon A. Davies
John Doolittle
Jeffrey T. Wood
Lynn C. Egan
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Michael W. McCorckle

Current and Former Directors and Officers of Nortel Networks Applications Management
Solutions Inc.

Gordon A. Davies
Dennis Carey
William Roy Ellis

Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current and Former Directors and Officers of Nortel Networks Optical Components Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current and Former Directors and Officers of Nortel Networks HPOCS Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current and Former Directors and Officers of Nortel Networks International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood

Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Jeffrey T. Wood
William R. Ellis

Current and Former Directors and Officers of Northern Telecom International Inc.

Gordon A. Davies
Dennis Carey
William R. Ellis
Jeffrey T. Wood
Lynn C. Egan
John Doolittle
Kimberly P. Poe
Mark J. Hamilton
Laurie A. Krebs
Clare A. Barbieri
Robert J. Looney
Karen E. Sledge
William R. Ellis

Current and Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

Gordon A. Davies
Dennis Carey
John Doolittle
Alan P. Wendell
John R. McCready
Cortland Wolfe
Jeffrey T. Wood
Lynn C. Egan
Jean-Pierre Fortin
Raj Krishnan
Paul T. Knudsen
John D. Atkinson
Francois Audet
Graeme Currie
William Gentry
Brian Lindsay
Parviz Rashidi
Richard C. Taylor
Ricky Kaura
Peter Krautle
Christian Kittlitz
Robert Litalien
Eric L. Smith
Guy Vonderneidt
Robin Scott Hughes
Guy Lafontaine
James Ostrom
Robert Saunders
Ian Scales

April A. Pennisi
Glenn Brownridge
Sudarshan Chitale
Tim Gaiser
Duncan Gillibrand
Camille Issa
Joel Joseph, Jr.
Mark Kepke
Steve J. McKinnon
Pete Streng
Greg Thor
Francois Burton
Wade Lyon
Alain Papineau
Denis R. X. Thibault
Paul Granville
Louis LeVay
Guillaume Strub
Norman Caron
Emre Erkol
Oya Istemi
Steven Woods
Mary Barnes
Christopher Hogg
James McEachern
Ron Ryan
Iain Sharp
Craig Telke
Jeremy Fuller
Michael Gawargy
Andrew Harrison
Anthony Jones
Michael Leeder
Russell Coffin
Tom Buttermore
Laurie A. Krebs
J. Erik Fako
Gregory Hood
Roger W. Britt
Matteo Candaten
Keith Landau
Lee B. Valerius
Serge Caron
Stephan Radatus
Shelley Bracken
Elaine Smiles
Anthony G. MacDonald

Mario Brown
Dharmaraja Rajan
Henry Holland
Swapan Nandi
Bill Thompson
Donna Samper
Dennis Lloyd
Mehdi Sajasi
Wei Jen Yeh
Ken Huntington
Gregor W. Larson
Robert C. Pugh
Richard Willis
Kevin Boyle II
Tom P. Taylor
Sonia Garapaty
David Price
Dany Sylvain
Cortland Wolfe
Alan P. Wendell

*Debtors' Vendors*

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link

Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

*Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney

A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


*Debtors' Lenders*

Export Development Canada


*Debtors' Banks and Money Market Funds*

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Markey Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund


*Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica

LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility


*Debtors' Landlords*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC

Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retirement
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP


*Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada

Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

## Counterparties to Debtors' Significant Contracts

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

## Debtors' Bondholders and Trustees

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential

Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co,
Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citadel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the
beneficial holders are not known to the Debtors.

Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC

Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### Debtors' Professionals

Cleary Gottlieb Steen & Hamilton LLP
Torys LLP
Morris, Nichols, Arsht & Tunnell LLP
Epiq Bankruptcy Solutions, LLC

### Debtors' Major Competitors

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

### Top 40 Unsecured Creditors

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada

The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes,
Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L

City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP (Debtors' Canadian counsel)
Ernst & Young Inc. (Monitor in Canadian Proceeding)
Allen & Overy LLP (Monitor's U.S. counsel)
Goodmans LLP (Canadian counsel to the Monitor)
American Movil
Herbert Smith LLP
Ciena Corporation
Alvarion Ltd
Intel Corporation
W.P. Carey & Co. LLC
Amex Bank of Canada
Qualcomm Incorporated

*Members of the Committee and Professionals*

The Bank of New York Mellon
Law Debenture Trust Company of New York
Pension Benefit Guaranty Corporation
Dentons Canada LLP
Akin Gump Strauss Hauer & Feld LLP
Richards, Layton & Finger
Capstone Advisory Group, LLC
Ashurst LLP
Kurtzman Carson Consultants

*Parties Identified in Bankruptcy Rule 2014 Statements:*
*January 22, 2009 through May 6, 2013*

ABN Amro Bank N.V.
AC Technologies iNc.
Ace Insurance Company
ACE Parking Management
ACE USA
AIG Annuity Insurance Company
AIG Commercial Insurance Company of Canada
AIMS Logistics LLC
Airspan Communications Ltd.
Airspan Networks Inc.
Alcatel-Lucent SA
Allen & Overy LLP
Allianz Global Risks US Insurance Company
Allied World National Assurance Co.
Alltel Wireless
Allworx Corporation
Alpha Network USA, Inc.
Alteon WebSystems International Ltd.
Altera Corporation
Alvarion Ltd.
Amalgamated Bank
Ameriprise Financial Services, Inc.
Amphenol Corporation
AMX Corporation
Andrew Corporation
Anixter Executives
Anixter International
Applied Micro Circuits Corporation
Arch Insurance Company
Architel Systems Corporation
Architel Systems(UK) Ltd.
Artesyn Technologies

AT&T Inc.
Atmos Energy Corporation
Bally Total Fitness
Bank of America Corporation
Bank of America Securities LLC
Bank of America, N.A.
Bank of New York Mellon
Barclays Bank
Barclays Capital
Barclay's Capital, Inc., LE
Barclays PLC
Barclays Real Estate Capital, Inc.
Bay Networks Redes de Dados para Sistemas Informaticos Lda
Bay Neworks de Brail Ltd.
Benesch Friedlander Coplan & Aronoff LLP
Bexar County
Blank Rome LLP
BMO Nesbitt Burns Inc.
BNP of Paribas Prime Brokerage, Inc
BNP Paribas
BNP Paribas Securities Corp.
British Telecom
Broadcom Corporation
Brookfield Lakes Corporate Center
Brookfield Lepage Johnson
Brookfield Strategic Real Estate Partners, L.P.
Brown Brothers Harriman & Co.
BT Americas Inc.
Cablevision Lightpath, Inc
Cablevision Systems Corporation
Calfornia Public Employees Retirement System
California State Board of Equalization
California State Teachers Retirement
Capital Telecommunications Funding Corporation
Catlin Canada Inc.
CB Richard Ellis, Inc.
Cellco Partnership
Centennial Ventures VII, L.P.
CenturyLink
Charles Schwab & Co, Inc.
Chubb Group of Insurance Companies
CIBC World Markets, Inc.
Ciena Corporation
Cigna, Inc.
Ciminelli Development Co., Inc.
Cincinnati Bell, Inc.
Cisco Systems, Inc.

Citadel Derivatives Group, LLC
Citadel Investment Group, LLC
Citadel Trading Group, LLC
Citibank (Mid Cap) FSB
Citibank (West) FSB
Citibank NA
Citigroup Financial Services Corp.
Citigroup Global Markets Realty Corp.
Citigroup Global Markets, Inc.
Citigroup Private Bank & Trust
Citrix Systems Inc.
City and County of Denver
City of Durham
City of Santa Clara
Clarence Chandran
Clarify Ltd
Clearly Gottlieb Steen & Hamilton LLP
Clearview Correspondent Services LLC
Colliers International
Comcast Cable Communications LLC
Comcast Corporation
Comerica Bank & Trust
Computer Sciences Corporation
Continental Casualty Co.
Cox Communications, Inc.
Credit Suisse Securities
Credit Suisse Securities (USA) LLC
Cricket Communications, Inc.
Crowell & Moring LLP
CSC Holdings, LLC
CTFC Canda Inc.
Datatec Networking and Com.
Davidson (D.A.) & Co., Inc.
Debka Immobielien Investment GMBH
Dell Marketing, LP
Department of the Navy
Deutsche Bank AG
Deutsche Bank Espanola SA
Deutsche Bank Trust Company Americas
Diamondware Ltd.
Dresdner Kleinwort Securities, LLC
Duane Morris LLP
Duesenberg Investment Company
Duke Realty Ohio
E&Y Japan
E*Trade Capital Markets, LLC
E*Trade Cleary, LLC

Edward D. Jones & Co., LP
Embarq Corporation
Emerson Electric Co.
Ernst & Young Inc.
Ernst & Young LLP
Excel Insurance Solutions
Excelight Communications Inc.
Federal Insurance Company
Federated Treasury Obligations
Fidelity Capital Markets Services
Fidelity Management & Research Co.
Fidelity Management Trust Company
Fidelity Treasury Portfolio Fund
Fifth Third Bank
First Clearing, LLC
Flagler Development Company
Flextronics Corporation
Flextronics International
Fox Broadcasting Company
Fox News Network, LLC
FPL Group Inc.
France Telecom North America
France Telecom S.A.
Freescale Semiconductor, Inc.
Frisken Investments Pty. Ltd.
Frontier Communications
GFI Energy Ventures, LLC
GFI Inc.
Globecast
Glow Networks, Inc.
Goldman Sachs & Co, Inc.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Gores Group, Inc.
Grant Thornton LLP
Graybar Electric Company, Inc.
Great American Insurance Company
Great American Insurance Group
H&R Block, Inc.
Harris Corporation
Harris County
Harte-Hanks, Inc.
Hewlet- Packard Company
Hines Riverfront Plaza, L.P.
Hiscox Syndicate
Hitachi Limited
HQ Global Workplaces Inc.

Huawei Technologies Co. Ltd.
Huntington National Bank
Huron Consulting Group
Ingalls & Snyder, LLC
Insignia ESG, Inc.
Integrated Information Systems, Inc.
Integrated Information Technology Corporation
Intel Corporation
Interactive Brokers, LLC
Irell & Manella LLP
Iron Mountain Information Management Inc.
IStar
ITC Holdings Corp.
Ixia
Jackson Lewis, LLP
Jaguar Land Rover North America, LLC
James McEachern
Janney Montgomery Scott, LLC
JDS Uniphase Corporation
Jeffries Capital Management Inc
John Atkinson
Johnson Controls, Inc.
Joseph Dearling
JP Morgan
JP Morgan Capital Corporation
JP Morgan Chase & Co.
JP Morgan Chase Securities Inc.
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Securities, Inc.
JP Morgan U.S. Money Market Funds
Juniper Networks, Inc
Keybank National Association
Kroll Ontrack
Kuehne & Nagel International AG
Law Debunture Trust Company of New York
Lazard Freres & Co. LLC
Lehman Brothers Alpha Funds
Lehman Brothers First Trust Income Opportunity Fund Inc.
Lehman Brothers High Yield Bond Fund LLC
Lehman Brothers Income Funds
Lehman Brothers, Inc.
Level 3 Communications, LLC
Lexington Master Limited Partnership
LGT Capital Management LLC
LGT Capital Partners, Ltd.
Liberty Mutual

Lloyds of London
LN SrithaiComm Co. Ltd.
Loomis Sayles & Company, L.P.
LPL Financial Corporation
Mackay Sheilds LLC
Manufacturers & Trust Company
Marshall & Illsey Bank
Masergy Communications, Inc.
Matra Commucation cellular Terminals GmbH
Matra Communications Business Systeme GmbH
MCI
Mellon Bank
Mellon Trust of New England, NA
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Micron Technology, Inc.
Minerva Holdco, Inc.
Morgan Stanley & Co Inc.
Morgan Stanley Mortgage Capital, Inc.
Morgan, Keegan & Company, Inc.
Morris, Nichols, Arsht & Tunnell LLP
Motorola, Inc.
MTS Allstream Inc.
National City Bank
National Energy & Gas Transmission
National Financial Services Corp.
National Fuel Gas, Co.
National Grid USA
NationsBank of Texas, NA
NEC Corporation
NEC Electronics America Inc.
NEC Electronics Corporation
NeoPhotonics Corporation
New Enterprise Associates 12, L.P.
Nokia Siemens Networks
Northern Telecom Canada Ltd.
Northern Telecom International Inc.
Northern Telecom PCN Ltd.
Northern Trust Company
Nothern Telecom France SA
Novera Optics Inc.
Novera Optics Korea Inc.
OCMM/GFI Power Opportunities Fund 11, L.P.
Ogilvy Renault LLP
Ontario Inc.
Oppenheimer & Co., Inc.
Oppenheimer Acquisition Corporation
Oppenheimer Funds

Oppenheimer Trust Company
Oracle Corporation
Oracle Healthcare Acquisition Corp.
Oracle USA, Inc.
Pacific Gas & Electronic Company
Pacific Investment Management Company LLC
Penril Datacmm Ltd.
Pension Benefit Guaranty Corporation (PBGC)
Periphonics Ltd.
Pershing, LLC
PG&E- California
PG&E/Hydro
PNC Bank National Association
Polycom, Inc.
Powerwave Technologies, Inc.
PricewaterhouseCoopers
Prudential Insurance Company of America
QBE Specialty Insurance Company
Qtera Corporation
Qualcomm Inc.
Quest Business Resources, Inc.
Quest Communications Corporation
Quest Corporation
Ranger Transportation, Inc.
Raymond James & Associates, Inc.
Raymond James Ltd.
Razorfish Inc.
RBC Capital Markets Corporation
RBC Dain Rausher
RBC Dominion Securities Inc
Reckson Operating Partnership
Regional Telecommunications Funding Corporation
Richardson Independent School District (ISD)
RLKS Executive Solutions LLC
Royal Bank of Canada
RSA Security Inc.
Sanford C. Bernstein & Co., LLC
Santur Corporation
Scansoft Inc. and certain affiliates thereof
Scotia Capital Inc.
Scott & Strongfellow Inc.
Scottrade, Inc
SEAL Consulting
Securities & Exchange Commission
Sentra Securities and Spelman & Co.
Shearman & Sterling LLP
Siemens Corporation

Siemens Enterprise Communications, Inc.
Siemens Networks
SK Telecom Co., Ltd.
Solectron
Sonoma Hospitality LLC
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Sony
Sourcefire, Inc.
Sprint Nextel
Sprint Spectrum L.P.
SprintCom Inc.
SRP Telecom
Staples Inc.
Staples National Advantage
Star 21 Facility Management GmbH & Co. KG
Star 21 Networks (Schweitz) AG
Star 21 Networks Deutschland GmbH
Star 21 Networks GmbH
Star 21 Operations GmbH
State of Michigan, Department of Treasury
State Street Bank & Trust Company
State Street Bank-Leasing
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Sumitomo Corporation
Sumitomo Electric Lightwave Corporation
SunTrust Bank
Tandberg AS
Tata American International Corporation
Tata Consultancy Services
TD Ameritrade Inc.
TD Waterhouse
TD Waterhouse Canada, Inc.
Tech Data Corporation
Technology Park X LTD Partnership
Tejas Networks
TEK Systems Inc.
Telefonica aservicios Audiovisuales
Telefonica Data S.A.
Telefonica Internacional Holding BV
Telefonica Internacional, S.A.U.
Telefonica, S.A.
Telephone Switching Interntational Ltd.
Tellabs, Inc.
Texas Comptroller of Public Accounts
Texas Instruments, Inc.

The Bank of Tokyo- Mitsubishi UFJ, Ltd.
The Citigroup Private Bank
The Irvine Company
The Northern Trust Company
Time Warner
T-Mobile US, Inc.
Trapeze Networks Inc.
Travelers Guarantee Company of Canada
Travelers Home and Marine Insurance Co.
Travelers Indemnity Company of America
Travelers Property Casualty Insurance Co.
Trustmark Corporation
TSFC Canda Inc.
TTI Team Telecom Netherlands B.V.
TXU Energy Retail Company, LLC
Tyco Electronics, Ltd.
U.S. Cellular
UBS AG
UBS Financial Services, Inc.
UBS International Inc.
UBS Investment Bank
UBS Securities, LLC
UMB Bank NA
Union Bank of California, N.A.
Union Bank of Switzerland
United Business Media LLC
United Parcel Services
United States Cellular Corporation
US Bank NA
USAA Real Estate Company
Verint Americas Inc.
Verizon Business
Verizon Communications, Inc.
Verizon New York, Inc.
Verizon Virginia, Inc.
Wachovia Bank, N.A.
Wachovia Capital Markets, LLC
Wachovia Securities, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
Wind River Systems Inc.
WIPRO Inc. and certain affiliates thereof
Wipro Technologies
Wistron InfoComm Technology Corp.
Witness Systems, Inc.
X-Cel Communications Ltd.
Xilinx Inc.

XL Insurance (Bermuda) Ltd
XL Insurance Company
ZTE Corporation
Zurich Insurance Company
Zurich North America

*Parties Identified in Bankruptcy Rule 2019 Statements:*
*January 22, 2009 through May 6, 2013*

Alan Reid
Alan Sowards
Ana Noy
Andrew Chezem
Andrew Sutcliffe
Angelo, Gordon & Co.
Anthony Leger
Anthony Perez
Armando Tello
Arvindkumar Karia
Axxion Group Corporation
Bakul Khanna
Barbara Gallagher
Barry D'Amour
Bart Kohnhorst
Basil Papantonis
BellSouth Telecommunications
Ben Warren
Bill Reed
Boyce Creamer
Brian Leonard
Brian McCune
Bruce Schofield
Bryan Ritchie
Carolyn Palmer
Carroll Gray-Preston
CarVal Investors, LLC
Cecil Farmer
Cecil Raynor
Centerbridge Partners, L.P.
Cesar Lafaurie
Chand Gundecha
Charles Berry
Ciriaco Valdez
Claudia Vidmer
Clyde Miller
Colonial Gas Company
Cynthia Schmidt

Dan Mondor
Daniel Barran
Darnell Barber-Moye
Dave Brewer
David Adams
David Dautenhahn
David Grant
David Hilbig
David Ko
David Longaker
Debra Coleman
Dennis Missini
Detlef Soberay
Didier Werkoff
Donald Fedyk
Douglas Clark
Duke Energy Carolinas, LLC
Duke Energy Corporation
Eddie Tan-Atichat
Edmund Raubolt
Edward Natiuk
Edwin C. Koehler Jr.
Egbert Clark
Elias Cagiannos
Enis Erkel
Eric Badowski
Exelon Corporation
Frank Bayno
Frank Correia
Frank Garbis
Frank Shepherd
Franklin Mutual Advisers, LLC
Gary Garrett
Gary Kutac
George Montgomery
Gillian McColgan
GoldenTree Asset Management
Gordon Adamyk
Gregory Hoy
Gregory Lagios
GS Investment Strategies, LLC
Heidi Morrison
Ivo Lekich
Jack Borchgrevink
Jag Sharma
Jagdish Dassani
James Decker

James Long
Jay Allan
Jeffrey Deneen
Jeffrey Townley
Jenifer Maryak
Jennifer May
Jim Mercure
John Crowl
John Hearn
John Kalfa
John Lowe
John Mead
John Orbe
John Ryan
John Seligson
John Valentine
Jonathan Schmidt
Kalyan Basu
Kathryn Clark-Sellers
Kelly Broughal
Kem Muckleroy
Kenneth Grelck
Kenneth Johnson
Kerry Logan
Kevin Garnica
KeySpan Gas East Corporation
King Street Capital Management, L.P.
Kollen Brower
Laura Hale
Lawrence Ciccarelli
Lawrence Diburro
Lawrence Molina
Lee Laskin
Levon Habosian
Long Island Lighting Company
Lori McLean
Luc Dhondt
Lynn Garrick
Manmohan Chima
Mara Foulois
Margaret Turner
Marie Jurasevich
Mark Conroy
Mark Hamilton
Mark Hankel
Mark Malzahn
Mark Phillips

Mark Racynski
Mark Stukel
Masood Tariq
Massachusetts Electric Company
Maurice Fradette
Mauricio Cvjetkovic
Meng Yee
Michael Heslop
Michael Thompson
Michael Whitehurst
Mitchell Simcoe
Mohan Dattatreya
Morneau Shepell Ltd.
Moses Sun
National Automobile, Aerospace, Transportation, and General Workers Union of Canada
Nicola Garito
Niel Covey
Nora Winje
Nortel Canadian Continuing Employees
Official Committee of Unsecured Creditors of Crossroads Wireless Holding, LLC and
Crossroads Wireless, Inc.
OSS Nokalva, Inc.
Pamela Lutz Powell
Patrick Davis
Patrick Lewis
Paul Bottorff
Paul Knudsen
Paul Wolfe
Paul Woodruff
Peter Cassidy
Peter Cellarius
Peter Farranto
Peter Mackinnon
Peter Maclaren
Peter Murphy
Prabir Das
Praveen Shekokar
Quantum Partners LP
Rajpriya Marsonia
Randy Dodd
Reginald Wilcox
Richard Callanan
Richard Daniel
Richard Lacerte
Richard Levin
Richard Rose
Rob Keates

Robert Graham
Robert McCabe
Robert Moseley
Robert Young
Ronald Frydach
Ronald Isom
Ruth Fax
Samuel Layne
SBC Communications, Inc.
Scott Matheny
Sean Mcevoy
Stephen Bridges
Stephen Lau
Steven Bandrowczak
Steven McNitt
Steven Searles
Susan Keegan
Susan Spradley
Tal Lavian
Tata Consultancy Services Limited
Tenor Capital Management
Terry Massengill
The Commonwealth Edison Company
The Superintendent of the Financial Services Commission of Ontario
The Toronto-Dominion Bank Trust Company
Thomas Dikens
Thomas Skidmore
Timothy Parker
Timothy Pillow
Tom Chavez
Vince Iacoviello
Vivek Kapil
Weston Solutions, Inc.
William Barnes
William Johnson
William Reed
Wing Wong
Wipro Limited
Yuan-Hao Lin

*Parties to Adversary Proceedings Initiated January 22, 2009 through May 6, 2013*

Abacus Solutions, LLC
Accton Technology Corporation
Ace Technologies Corp
Actuate Corporation
Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan

Algo Communication Products Ltd
AMCC Sales Corporation
Anixter de Mexico, SA de CV
Anixter Inc.
Architel Systems (U.S.) Corporation
Aricent Technologies (Holdings) Limited
Asteelflash California, Inc.
AudioCodes, Inc.
Automotive Rentals, Inc
Avea Iletisim Hizmetleri A.S.
Aviat Networks, Inc.
Aviat U.S., Inc.
Avotus Corporation
Axerra Networks, Inc.
Baldwin& Creative LLC dba Baldwin&
Beeline.com, Inc.
Benjamin Warren
Bick Group, Inc
BizSphere AG
Brian Page
Bridgewater Systems, Inc.
BWCS, Ltd.
Cable News Network, Inc. Time, Inc., Turner Broadcasting Sales
Camiant, Inc.
CDMA Development Group, Inc.
CDW Direct, LLC
Celestica Holdings PTE Ltd.
Certicom Corporation
Charla Crisler
CMGRP, Inc.
CoAMS, Inc.
Cognizant Technology Solutions US Corporation
Commonwealth of Virginia Department of Taxation
Communications Test Design, Inc.
Continuous Computing Corporation
Continuum Worldwide Corporation
CoreTek, Inc.
Covergence, Inc.
Critical Path Strategies, Inc
CSWL, Inc
Cupola Teleservices Ltd
Dell Services Corporation
Deluxe Entertainment Services Group Inc.
Demand Wave Solutions, Inc.
Devonteam Danet GmbH
Ear to Ear
EION Inc

Ellen Bovarnick
Eltek Valere Inc
Empresa de Telecommunications de Bogota S.A.
Excellence In Motivation, Inc
Federal Express Corporation
Ferrari Color, Inc.
Focus Legal Solutions, LLC
Frank C. Carlucci
Gail & Rice, Inc.
GENBAND US LLC
Getty Images, Inc.
Global Broadcast News
Global Electric Electronic Processing (USA), Inc.
Global Electric Electronic Processing, Inc.
Global IP Solutions, Inc.
Global Knowledge Training LLC
Green Hills Software, Inc.
Harry Jonathan Pearce
Hewlett-Packard Caribe B.V.
Hewlett-Packard Financial Services Company
Hewlett-Packard Netherland B.V.
Hewlett-Packard Singapore (Sales) Pte. Ltd.
Ian Martin Limited
Ian Martin Technology Staffing, Inc.
IBM Credit LLC
ImageSource, Inc.
Infonet Services Corporation
Informatics International Ltd.
Ingram Micro Inc
Insight Direct USA, Inc.
Insight Enterprises, Inc.
Intel Americas, Inc.
International Data Group, Inc.
ITC Networks SRL
Jack Morton Worldwide, Inc
Jalynn Hamilton Bennett
John Alan Macnaughton
John Paul Manley
Judge Technical Services, Inc.
Kaboom Productions
Kinnarps Project Solutions LLC
Kodiak Technology Partners, LLC
Kristina Mary Johnson
L. Yves Fortier
L.S.O. International
Lampsa Hellenic S.A. Hotels
Layne Communications, LP

LTS Managed Technical Services LLC
Lynton Ronald Wilson
Macadamian Technologies Inc.
Manfred Bischoff
Manning Global, Inc.
Maritz Canada Inc.
Market Probe, Incorporated
Marsh USA, Inc.
Mason James Young
McCann Relationship Marketing, Inc.
McCann-Erickson Worldwide, Inc.
McClain Photo, MediaMind Technologies Inc.
McKinsey & Company, Inc
Media5 Corporation
Mercury Americas USA, Corp.
MGM Resorts International
Microsoft Online, Inc. fka Atlas
MobileNet Services, Inc
Monster Worldwide, Inc
Nathanson and Company LLC
Nera, Inc.,
NetIQ Corporation
No B.S. Couriers
Nokia Siemens Network US LLC
NSG Technology Inc.
Oclaro (North America), Inc.
Oclaro Technology Ltd
One Union Recording Studios
OneConnect Services Inc.
Oplink Communications, Inc.
Opnext Subsystems, Inc.
OrangeFrance
Paradigm Works, Inc
Perftech (PTI) Canada
Perot Systems Corporation
Pico Atlanta, Inc.
PMC-Sierra, Inc.
Pomeroy IT Solutions, Inc.
PowerSteering Software, Inc
Precision Communication Services, Inc.
Prime Carrier Ltd.
Pro Camera, Rental & Supply
Prudential Relocation, Inc.
Queens Ballpark Company, L.L.C.
RADVISION Inc.
Radware Ltd.
Razorfish, LLC

Real Time Monitors, Inc.
Red Hat, Inc.
Revonet, Inc.
Richard David McCormick
Right Management Inc.
Robert Alexander Ingram
Robert Ellis Brown
Robert Horne
SAS Institute, Inc
SBA Network Services, Inc.
SCI Brockville Corp. d/b/a BreconRidge Corporation
SecureLogix Corporation
Sherwood Hubbard Smith, Jr.
Sigma Systems Canada Inc
SNMP Research, Inc.
Sonoma Systems
Spellbound Media & Advertising
Spirent Communications Inc.
Springwell Capital Partners LLC
Staples Contract & Commercial, Inc.
Starent Networks LLC
Stars Model Management
Sterling Mets, L.P.
STMicroelectronics N.V.
Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc.
Team Services Corp.
TECOM Co., LTD
Telmar Network Technology, Inc.
TGS, Inc.
The Advertising Checking Bureau, Inc.
Thomas & Betts Limited
TTI Team Telecom International Inc
Vibrant Media Inc.
Visual IQ, Inc.
Voxify, Inc.
Wahlstrom Group LLC
Weston Solutions, Inc.
William Arthur Owens
Wind Telecom, S.A.
Xros, Inc.
Zhone Technologies, Inc
ZOHO Corporation

*Parties Who Filed Statements Pursuant to Schedule 13D of the*
*Securities Exchange Act of 1934: January 22, 2009 through May 6, 2013*

No parties have filed statement pursuant to Schedule 13D of the Securities and Exchange Act of 1934 during this time period.

*Parties to Sales Pursuant to Bankruptcy Code Section 363*
*January 22, 2009 through May 6, 2013*

Radward Ltd.
LM Ericsson
DiamondWare Ltd.
Hitachi Ltd.
Ciena Corporation
GENBAND US LLC
Kapsch CarrierCom AG

## SCHEDULE 2

### Debtors

Cassels Brock has in the past represented Nortel Networks Inc. and its predecessor Northern Telecom Limited in matters wholly unrelated to the Debtors' chapter 11 cases. The representations ended in 2008.

### Debtors' Affiliates

Except as described above, Cassels Brock has not represented any of these entities.

### Debtors' 5% Shareholders

Cassels Brock has not represented any of these parties.

### Debtors' Significant Equity Investors

Cassels Brock has not represented any of these parties.

### Current and Former Directors and Officers of the Debtors and for the two years prior to the Petition Date

Cassels Brock has not represented any of these individuals.

### Current and Former Directors and Officers of the Debtors' Affiliates and for the two years prior to the Petition Date

Cassels Brock has not represented any of these individuals.

### Debtors' Vendors

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters in relation to the *Companies' Creditors Arrangement Act* ("CCAA") proceedings involving the Debtors' parent company, Nortel Networks Limited and certain of its subsidiaries and affiliates:

Wipro Limited
Oracle Corporation
Sun Microsystems
Emerson

Cassels Brock has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Hewlett Packard (Canada) Co.
IBM
Texas Instruments
Motorola
Astec
Altera
Oracle Corporation
Anixter International
Emerson

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Bell Microproducts
Cigna Corporation

### Debtors' Litigants

Cassels Brock has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Motorola
Chubb

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Highpoint Telecommunications
Jim Wright

### Debtors' Lenders

Cassels Brock has in the past represented Export Development Canada on matters wholly unrelated to the Debtors' chapter 11 cases.

### Debtors' Banks and Money Market Funds

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Citibank
Bank of America
UBS

Morgan Stanley
J.P. Morgan

## Debtors' Significant Customers

Cassels Brock has in the past represented and currently represents Motorola on matters wholly unrelated to the Debtors' chapter 11 cases.

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Telus
British Telecom
AMX
Telefonica S.A.
LGT
AT&T

## Debtors' Landlords

Cassels Brock has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Hewlett Packard Financial Services
State Street Bank and Trust Company

Cassels Brock has in the past represented USAA on matters wholly unrelated to the Debtors' chapter 11 cases.

## Debtors' Insurers

Cassels Brock has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Great American Insurance Group
Temple Insurance Company
Allied World Insurance Company Ltd.
Chubb
Zurich Insurance Company
Continental Casualty Company
QBE
Allied World Assurance Company
Falvey Cargo Underwriting
Hiscox

Liberty International Underwriters
Arch Insurance Company of Canada
Catlin Canada Inc.
XL Insurance (Bermuda)
AIG

Cassels Brock has in the past represented the following companies and/or certain
related parties of such companies on matters wholly unrelated to the Debtors' chapter
11 cases:

ACE INA Insurance Company
American Home Assurance Company
Liberty International Canada
Zurich Insurance Company (Canada)
Hartford Fire Insurance Company
Allied World Insurance Company, Ltd.
GCAN Insurance Company

### Debtors' Bondholders and Trustees

Cassels Brock has in the past represented and currently represents the following
companies and/or certain related parties of such companies on matters wholly unrelated
to the Debtors' chapter 11 cases:

BNP Paribas
Credit Suisse
Huntington National Bank
Bank of Tokyo -- Mitsubishi UFJ
Keybank National Association
RBC Dominion Securities Inc.
RBC Capital Markets Corporation
Scotia Capital Inc.
BMO Nesbitt Burns Inc.
TD
CIBC World Markets Inc.
Wells Fargo Bank, N.A.
Wilmington Trust Corporation
Trustmark

Cassels Brock has in the past represented the following companies and/or certain
related parties of such companies on matters wholly unrelated to the Debtors' chapter
11 cases:

Bank of America
Charles Schwab
Brown Brothers
Bank of New York

Banc of America Leasing & Capital LLC
Citibank/Citigroup
Goldman Sachs
Morgan Stanley
J.P. Morgan
Merrill Lynch Canada Inc.
Raymond James Ltd.
Manufacturers & Traders Trust Company
PNC Equipment Finance, LLC
National City Business Credit, Inc.
Merrill, Lynch, Pierce Fenner & Smith Incorporated
Ingalls & Snyder , LLC
UBS
Wachovia Bank NA
U.S. Bank National Association
Suntrust Bank
Fifth Third Bank
Stifel Nicholaus & Company

### Debtors' Professionals

Cassels Brock has in the past represented Torys LLP on matters wholly unrelated to the
Debtors' chapter 11 cases.

### Debtors' Major Competitors

Cassels Brock has in the past represented and currently represents the following
companies and/or certain related parties of such companies on matters wholly unrelated
to the Debtors' chapter 11 cases:

Cisco Systems Inc.
Hitachi

### Top 40 Unsecured Creditors

Cassels Brock has in the past and currently represents Anixter on matters wholly
unrelated to the Debtors' chapter 11 cases.

Cassels Brock has in the past represented the following companies and/or certain
related parties of such companies on matters wholly unrelated to the Debtors' chapter
11 cases:

Export Development Canada
Jabil Circuit Inc.

**Utilities**

Cassels Brock has not represented any of these parties.

**Others**

Cassels Brock has in the past and currently represents Ernst & Young Inc. on matters wholly unrelated to the Debtors' chapter 11 cases.

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters in relation to the *CCAA* proceedings involving the Debtors' parent company, Nortel Networks Limited and certain of its subsidiaries and affiliates:

Ciena Corporation
Alvarion Ltd
Intel Corporation
W.P. Carey & Co. LLC
Amex Bank of Canada
Qualcomm Incorporated

**Members of the Committee and Professionals**

Cassels Brock has in the past represented Bank of New York on matters wholly unrelated to the Debtors' chapter 11 cases.

**Parties Identified in Bankruptcy Rule 2014 Statements:**
**January 22, 2009 through May 6, 2013**

Cassels Brock has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Chubb
Allied World Assurance
Great American Insurance Company
Grant Thornton LLP
Hiscox
Keybank National Association
Prudential Insurance Company of America
PricewaterhouseCoopers LLP
Prudential Insurance Company of America
Texas Instruments Inc.
United Parcel Service
Tenor Capital Management
Emerson Electric

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Intel Corporation
Alvarion Ltd.
Barclays Bank PLC
Blank Rome LLP
Colliers International
Clarence Chadran
Liberty Mutual Insurance Company
Shearman & Sterling LLP
Solectron Inc.

### Parties Identified in Bankruptcy Rule 2014 Statements:
### January 22, 2009 through May 6, 2013

Cassels Brock has in the past represented the following individuals on matters wholly unrelated to the Debtors' chapter 11 cases:

Barry D'Amour
Douglas Clark
James Long
Robert Young
Peter Maclaren
Hon Wing Wong
William Barnes

### Parties to Adversary Proceedings Initiated January 22, 2009 through May 6, 2013

Cassels Brock has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

CDW Direct, LLC
Green Hills Software

Cassels Brock has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Certicom Corporation
Cognizant Technology Solutions
Federal Express Corporation
Robert Brown

**Parties Who Filed Statements Pursuant to Bankruptcy Code Section 363 January 22, 2009 through May 6, 2013**

Cassels Brock has not represented any of these parties.

**SCHEDULE 3**

**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY
OR FORMERLY ADVERSE TO CLIENTS OF CASSELS BROCK**

IBM
Texas Instruments
Motorola
Andrew Corporation
Qualcomm Incorporated
Hewlett Packard
Micron Systems Corporation
Sun Microsystems
Microsoft Corporation
Tejas
Bell Microproducts, Inc.
ITC Learning Corp.
Kuehne & Nagel International Ltd.
Johnson Controls
Cigna Life
Motorola
Chubb Insurance
Harris Corporation
Export Development Corporation
J.P. Morgan
Bank of America
Morgan Stanley
Citibank
UBS
BCE Inc.
AT&T
Sprint
Tech Data
Telus
State Street Bank and Trust Company
Allianz
American Home Assurance Company
AIG
ACE INA Insurance Company
Allianz Global Risks
GCAN Insurance
Travelers Guarantee
Nortel Networks Inc.
Bank of New York
CIBC Mellon Trust

Bank of New York Mellon
Etrade
Comerica Bank
Goldman Sachs
Credit Suisse
Huntington National Bank
Keybank
National City Bank
Jefferies & Company, Inc.
Lehman Borthers
Merrill Lynch Canada
LPL Financial Corporation
RBC Dominion Securities Inc.
RBC Capital Markets Corporation
Scotia Capital Inc.
BMO Nesbitt Burns Inc.
TD Bank
CIBC World Markets Inc.
Wells Fargo
Suntrust Bank
Stifel Nicholaus & Company
AIG
Cleary Gottlieb Steen & Hamilton LLP
Alcatel Canada Inc.
Alcatel-Lucent Canada Inc.
Cisco Systems Inc.
Juniper Networks Inc.
Siemens Networks
Nokia Siemens Networks
Huawei
NEC
Hitachi
Avaya
Tata Consultancy
AT&T
Global Crossing
Hydro One Telecom Inc.
MTS Allstream Inc.
Ernst & Young Inc.
Richards Layton & Finger
ABN Amro
CB Richard Ellis Inc.
Grant Thornton LLP
Citrix Systems Inc.
Ingalls & Snyder , LLC
Iron Mountain

Liberty Mutual
National Energy
Level 3 Communications
PricewaterhouseCoopers LLP
Texas Instruments Inc.
Xcel Communications
United Parcel Service
Staples Inc.
Angelo Gordon & Company
Bruce Schofield
John Ryan
Kenneth Johnson
Robert Young
Tata Consultancy
Timothy Parker
Getty Images Inc.
Ian Martin Limited
Ingram Micro Inc.
Insight Direct USA Inc,
IBM Credit LLC
McKinsey and Company Inc.
MGM
Microsoft Online
Nokia Siemens Networks
Right Management Inc.
Sigma Systems Group Canada Inc