IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                        :   Chapter 11
                                                             :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                             :   Jointly Administered
                                                             :
                              Debtors                        :   Re: Docket No. 13099
------------------------------------------------------------X

**ORDER SHORTENING NOTICE WITH RESPECT TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., *ET AL.* TO RETAIN AND EMPLOY CASSELS BROCK & BLACKWELL LLP AS SUCCESSOR CANADIAN COUNSEL, *NUNC PRO TUNC* TO MARCH 4, 2014**

Upon the motion (the "Motion") of the Commitee[2] for entry of an order (a) shortening the notice periods with respect to the *Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, Nunc Pro Tunc to March 4, 2014* (the "Application"), which was filed contemporaneously therewith;[3] and (b) granting related relief; all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Application.

RLF1 9947079v.2

venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Committee and the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Committee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The hearing with respect to the Application and any objections thereto shall take place on March 18, 2014 at 10:00 a.m. (Eastern Time).

3. Parties must file objections, if any, to the Application by Noon (Eastern Time) on March 17, 2014.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 5, 2014
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

2

RLF1 9947079v.2