February 27, 2014

To:     Clerk of the United States Bankruptcy Court for the District of Delaware
        824 Market Street
        3rd Floor
        Wilmington, Delaware 19801

        Cleary Gottlieb Steen and Hamilton LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, New York 10006

        Morris, Nichols, Arsht & Tunnell LLP
        121 North Market Street
        PO Box 1347
        Wilmington, Delaware 19801

From:   William E. Mariotti (Nortel Networks Employee # 200237)
        146 Carterville Heights Road
        Wytheville Virginia

Subject: <u>Removal</u> of Claim Number 8556 (Case 09-10138-KG) from the March 4, 2014 Docket

This document is the formal <u>withdrawal</u> of Proof of Claim # 8856 for LTD Severance Pay filed against debtors Nortel Networks Inc., et al and do hereby request the Clerk's office of the United States Bankruptcy Court for the District of Delaware to remove said claim from the Courts March 4, 2014 hearing / Docket.

Regards,

*[signature: William E. Mariotti]*

William E. Mariotti
146 Carterville Heights Road
Wytheville, Virginia 24382
Telephone: (919) 798-4202

Case 09-10138-KG    Doc 12919-2    Filed 01/31/14    Page 7 of 8

## Exhibit A

**No-Basis Retiree Claims, No-Basis Long-Term Disability Claims, No-Basis Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims**

### Claim to be Expunged

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MARIOTTI, WILLIAM E.<br>146 CARTERVILLE HEIGHTS RD.<br>WYTHEVILLE, VA 24382 | 8556<br>7/19/13<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$76,000.00 (U)<br>$76,000.00 (T) | This claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |