**EXHIBIT A**

**Debtors' Twentieth Ordinary Course Professional Quarterly Statement for October 1, 2013 – December 31, 2013**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $3,787.20 | $0.00 | $2,192.40 | $0.00 | $2,674.35 | $0.00 | $0.00 | $0.00 | **$8,653.95** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $3,415.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,935.00[1] | $4,524.00 | **$10,350.00** |
| Seyfarth Shaw LLP | Consultation with respect to retiree health benefit issues | $5,004.00 | $1.60 | $1,630.35 | $0.00 | $2,190.15 | $0.00 | $0.00 | $0.00 | **$8,824.50** |
| McConnell Valdes LLC | Legal services related to Debtors' benefit plans | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,997.00[2] | $0.00 | **$5,997.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $976.50 | $0.00 | $0.00 | $0.00 | $252.00 | $7.18 | $0.00 | $0.00 | **$1,228.50** |

---

[1] KPMG LLP incurred $6,935.00 in fees and $4,524.00 in disbursements and expenses for professional services provided to the Debtors during September 2013.

[2] McConnell Valdes LLC incurred $311.00, $3,974.00, and $1,712.00 in fees for professional services provided to the Debtors during July 2013, August 2013 and September 2013 respectively.