IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
: **Re: D.I. 12863, 12950**
:
----------------------------------------------------------X

## NOTICE OF FILING OF PROPOSED AMENDMENT AND SUPPLEMENT TO THE JOINT TRIAL PROTOCOL

PLEASE TAKE NOTICE that pursuant to the *Joint Trial Protocol* (the "Original Protocol") [D.I. 12863] approved in the above-captioned cases subject to the directions and corresponding adjustments described in the *Pre-Trial Management Memorandum* [D.I. 12950],[2] Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "US Debtors"), have filed the Proposed Amendment and Supplement to the Joint Trial Protocol (the "Proposed Amendment and Supplement"), attached hereto as **Exhibit A**, in connection with the joint pre-trial conference scheduled for March 12, 2014 at 1:00 p.m. (ET) (the "Pre-Trial Conference").

PLEASE TAKE FURTHER NOTICE that the Proposed Amendment and Supplement is the product of the Core Parties' efforts during the past several weeks, during

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Original Protocol.

which time the Core Parties have conducted an in-person meet and confer, participated in several telephonic conferences, and exchanged several drafts. The Proposed Amendment and Supplement is being concurrently submitted to the Court and the Ontario Superior Court of Justice for consideration at the upcoming Pre-Trial Conference. With limited exceptions identified in the Proposed Amendment and Supplement which will be addressed by the Core Parties at the Pre-Trial Conference, the US Debtors anticipate that the Proposed Amendment and Supplement will have the endorsement of all of the Core Parties.

| | |
|---|---|
| Dated:  March 10, 2014<br>        Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and the Debtors in Possession* |