## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                          Debtors.

-------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 12, 2014 AT 1:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## PRETRIAL CONFERENCE

1.      Notice of Filing of Proposed Amendment and Supplement to the Joint Trial Protocol (D.I. 13132, Filed 3/10/14).

        Objection Deadline: N/A

        Responses Received: None.

        Related Pleading:

        (a)     Notice of Filing of Proposed Joint Trial Protocol (D.I. 12863, Filed 1/24/14); and

        (b)     Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Presentation of the Pre-Trial Conference Memorandum to the Canadian Court (D.I. 12950, Filed 2/5/14).

        Status: The pretrial conference on this matter will go forward.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: March 10, 2014          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                 James L. Bromley (admitted *pro hac vice*)
                               Lisa M. Schweitzer (admitted *pro hac vice*)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone:  (212) 225-2000
                               Facsimile:  (212) 225-3999

                               - and –

                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                               _____*/s/ Tamara K. Minott*_____
                               Eric D. Schwartz (No. 3134)
                               Derek C. Abbott (No. 3376)
                               Ann C. Cordo (No. 4817)
                               Tamara K. Minott (No. 5643)
                               1201 North Market Street, 18th Floor
                               Wilmington, DE  19899-1347
                               Telephone:  (302) 658-9200
                               Facsimile:  (302) 425-4663

                               *Counsel for the Debtors and Debtors in Possession*

8058077.3

2