# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 12969**<br>) |

## CERTIFICATION OF NO OBJECTION REGARDING FIFTY-EIGHTH MONTHLY APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013 [DOCKET NO. 12969] (NO ORDER REQUIRED)

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Fifty-Eighth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Capstone Advisory Group, LLC (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: March 10, 2014
Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins, Esq. (No. 2981)
Christopher M. Samis, Esq. (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

# EXHIBIT A

## NORTEL NETWORKS INC., *et al.*
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Capstone Advisory Group, LLC<br><br>[Docket No. 12969] | 11/1/13 - 11/30/13 | $519,676.00 (Fees)<br><br>$3,092.09 (Expenses) | $415,740.80 (Fees @ 80%)<br><br>$3,092.09 (Expenses @ 100%) | 2/14/14 | 3/6/14 |

RLF1 5334590v.1