**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :    Chapter 11
                                                         :
*In re*                                                  :    Case No. 09-10138 (KG)
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :    Jointly Administered
                                                         :
                                    Debtors.             :    **Re: D.I. 13133**
                                                         :
---------------------------------------------------------X

<u>**NOTICE OF SERVICE**</u>

   PLEASE TAKE NOTICE that on March 10, 2014, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On March 12, 2014 At 1:00 p.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: March 10, 2014   CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE     James L. Bromley (admitted *pro hac vice*)
          Lisa M. Schweitzer (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone:  (212) 225-2000
          Facsimile:  (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          <u>   */s/ Tamara K. Minott*   </u>
          Eric D. Schwartz (No. 3134)
          Derek C. Abbott (No. 3376)
          Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

8068859.1