IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
---------------------------------------------------

**NOTICE OF FILING OF COURTESY COPY PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY PROTOCOL OF A DOCUMENT FILED IN THE CANADIAN PROCEEDINGS BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED AND THE BOARD OF THE PENSION PROTECTION FUND**

PLEASE TAKE NOTICE that pursuant to section 12(d) of the *Cross-Border Insolvency Protocol* [D.I. 990], approved in the above-captioned cases, and in connection with the joint pretrial conference scheduled for March 12, 2014, the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") have filed in the above-captioned cases a courtesy copy of the Submissions of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund on the Trial Protocol, attached hereto as Exhibit A, which was submitted by the U.K. Pension Claimants in the proceedings pending before the Ontario Superior Court of Justice (Commercial List) on March 10, 2014.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

{BAY:02464289v1}

Dated: March 10, 2014
Wilmington, Delaware

        BAYARD, P.A.

        */s/ Justin R. Alberto*
        Charlene D. Davis (No. 2336)
        Justin Alberto (No. 5126)
        222 Delaware Avenue, Suite 900
        Wilmington, Delaware 19899
        Telephone: (302) 655-5000
        Facsimile: (302) 658-6395
        Email: cdavis@bayardlaw.com
              jalberto@bayardlaw.com

        -and-

        WILLKIE FARR & GALLAGHER LLP
        Brian E. O'Connor
        Sameer Advani
        Andrew Hanrahan
        787 Seventh Avenue
        New York, New York 10019
        Tel: (212) 728-8000
        Fax: (212) 728-8111

        *Counsel for Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*