# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Pretrial Conference to be held March 12, 2014** |

### NOTICE OF FILING OF THE PROPOSED AMENDMENT OF THE MONITOR AND THE CANADIAN DEBTORS TO THE JOINT TRIAL PROTOCOL

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol [Dkt. No. 990], on March 10, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its direct and indirect subsidiaries (the "**Canadian Debtors**," and together with the Monitor, the "**Canadian Parties**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (together with this Court, the "**Courts**"), by its undersigned counsel, filed in the above-captioned cases a copy of the Canadian Parties' proposed amendment and supplement (the "**Proposed Amendment**") to the joint trial protocol approved by the Courts on January 29, 2014 (the "**Trial Protocol**") [Dkt. No. 12863], together with an explanatory covering submission (the "**Covering Submission**"). The Proposed Amendment and Covering Submission were filed in the Canadian Proceedings in connection with the pretrial conference scheduled for March 12, 2014. The Proposed Amendment is identical to the form of proposed amendment and supplement to the Trial Protocol filed by the US Debtors in these cases on the date hereof [Dkt. No. 13132] and reflects substantial agreement between the parties as well as a few remaining areas of disagreement to be addressed at the pretrial conference.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Amendment and the Covering Submission as filed in the Canadian Proceedings are attached hereto as <u>Exhibit A</u>.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (together, the "**US Debtors**").

Dated: March 10, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*