**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND SUPPLEMENTAL VERIFIED STATEMENT OF MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AND PACHULSKI STANG ZIEHL & JONES LLP, PURSUANT TO BANKRUPTCY RULE 2019**

Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank") and Pachulski Stang Ziehl & Jones LLP ("PSZJ," and together with Milbank, "Counsel") hereby make the following second supplemental verified statement (the "Second Supplemental Verified Statement") pursuant to rule 2019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019")[2] in connection with Counsel's representation of the ad hoc group of bondholders (the "Bondholder Group") that hold certain bonds (the "Bonds") issued or guaranteed by: (a) Nortel Networks Corporation ("NNC") and Nortel Networks Limited ("NNL" and together with NNC and certain of their subsidiaries, the "Canadian Debtors") and (b) Nortel Networks Inc. ("NNI") and Nortel Networks Capital Corporation ("NNCC" and together with NNI and their above-captioned affiliated debtors and debtors in possession, the "Debtors"):

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The above-captioned chapter 11 cases were commenced on January 14, 2009. Accordingly, as used herein, Bankruptcy Rule 2019 refers to the rule as it was in effect on that date.

\*

1. In January of 2009, the original members of the Bondholder Group formed the group and contacted Counsel to represent it in connection with their claims as holders of the Bonds. Over the course of these cases, the composition of the Bondholder Group has changed from time to time.

2. On August 17, 2012, Counsel filed the Verified Statement of Milbank, Tweed, Hadley & McCloy LLP and Pachulski Stang Ziehl & Jones LLP, Pursuant to Bankruptcy Rule 2019 [Docket No. 8204] (the "Original Verified Statement"), which listed "the nature and amount of all disclosable economic interests" held or managed by each member of the Bondholder Group. On June 26, 2013, Counsel filed the Supplemental Verified Statement of Milbank, Tweed, Hadley & McCloy LLP and Pachulski Stang Ziehl & Jones LLP, Pursuant to Bankruptcy Rule 2019 [Docket No. 11035] (the "Supplemental Verified Statement"). Counsel is filing this Second Supplemental Verified Statement to update the information contained in the Supplemental Verified Statement.

3. As of the date of this Second Supplemental Verified Statement, Counsel represents only the Bondholder Group and does not represent or purport to represent any entities other than the Bondholder Group in connection with the Debtors' chapter 11 cases. In addition, the Bondholder Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

4. The present members of the Bondholder Group hold claims or act as investment managers or advisors to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds. Although the Bondholder Group has retained Counsel to represent its interests collectively as a group, each of the members of the Bondholder Group makes its own decisions as to how it wishes to proceed and does not speak for, or on behalf

Case 09-10138-MFW    Doc 13142    Filed 03/11/14    Page 3 of 4

of, any other creditor, including the other members of the Bondholder Group in their individual capacities.

5. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Bondholder Group, attached hereto as Exhibit A is a list of the names, addresses and the nature and amount of all disclosable economic interests held by each present member of the Bondholder Group in relation to the Debtors as of February 28, 2014.

6. Upon information and belief formed after due inquiry, Counsel does not hold any claims against, or interests in, the Debtors.

7. Nothing contained in this Second Supplemental Verified Statement (or the exhibits thereto) should be construed as a limitation upon, or waiver of, any rights of any Bondholder Group member to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

8. Counsel reserves the right to amend or supplement this Second Supplemental Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019. It is anticipated that the composition of the Bondholder Group may change from time to time.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

Dated: March 11, 2014

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 pkeane@pszjlaw.com

-and-

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

4