**EXHIBIT A**

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Angelo, Gordon & Co. | 245 Park Avenue<br>New York, NY 10167 | $16,000,000 of 10.125% Senior Notes due 2013<br><br>$123,089,000 of 10.75% Senior Notes due 2016<br><br>$21,700,000 of Floating Rate Notes due 2011 |
| Aurelius Capital Management, LP | 535 Madison Avenue<br>22nd Floor<br>New York, NY 10022 | $102,000,000 of 10.75% Senior Notes due 2016 |
| CarVal Investors, LLC | 12700 Whitewater Dr.<br>Minnetonka, MN 55343 | $2,000,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$4,600,000 of 10.125% Senior Notes due 2013<br><br>$34,000,000 of 10.75% Senior Notes due 2016<br><br>$59,000,000 of Floating Rate Notes due 2011<br><br>Approximately $700,000 of General Unsecured Claims Against NNI |
| Centerbridge Partners, L.P. | 375 Park Avenue<br>12th Floor<br>New York, NY 10152 | $11,615,000 of 1.75% Senior Convertible Notes Due 2012<br><br>$25,661,000 of 2.125% Senior Convertible Notes due 2014<br><br>$177,826,000 of 10.125% Senior Notes due 2013<br><br>$92,827,000 of 10.75% Senior Notes due 2016 |

---

[*] Each named member of the Bondholder Group either holds claims or acts as investment manager or advisor to funds and/or accounts that hold claims against the Debtors' estates arising from the purchase of the Bonds.

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| DW Investment Management LP | 590 Madison Avenue 9th Floor New York, NY  10022 | $15,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$10,000,000 of 2.125% Senior Convertible Notes due 2014<br><br>$16,000,000 of 10.125% Senior Notes due 2013<br><br>$64,000,000 of 10.75% Senior Notes due 2016<br><br>$5,000,000 of Floating Rate Notes due 2011 |
| Franklin Mutual Advisers, LLC | 101 John F. Kennedy Parkway Short Hills, NJ  07078 | $78,224,000 of 1.75% Senior Convertible Notes due 2012<br><br>$4,561,000 of 2.125% Senior Convertible Notes due 2014<br><br>$45,000,000 of 10.125% Senior Notes due 2013<br><br>$20,500,000 of 10.75% Senior Notes due 2016<br><br>$20,912,000 of 6.875% Notes due 2023 |
| GoldenTree Asset Management | 300 Park Avenue 21st Floor New York, NY  10022 | $76,835,000 of 10.75% Senior Notes due 2016<br><br>$28,330,000 of Floating Rate Notes due 2011 |
| GS Investment Strategies, LLC | 200 West Street 34th Floor New York, NY  10282 | $203,300,000 of 1.75% Senior Convertible Notes due 2012<br><br>$74,130,000 of 2.125% Senior Convertible Notes due 2014<br><br>$25,000,000 of 10.125% Senior Notes due 2013<br><br>$46,200,000 of Floating Rate Notes due 2011 |

| NAME[*] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| King Street Capital Management, L.P. | 65 East 55th Street 30th Floor New York, NY  10022 | $14,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$6,300,000 of 2.125% of Senior Convertible Notes due 2014<br><br>$97,500,000 of Floating Rate Notes due 2011<br><br>$6,000,000 of 6.875% Notes due 2023 |
| Monarch Alternative Capital LP | 535 Madison Avenue New York, NY  10022 | $58,000,000 of 10.125% Senior Notes due 2013<br><br>$13,000,000 of 10.75% Senior Notes due 2016<br><br>$41,000,000 of Floating Rate Notes due 2011<br><br>Approximately $479,000 of General Unsecured Claims Against NNI |
| Quantum Partners LP | 888 7th Avenue 32nd Floor New York, NY  10106 | $81,000,000 of 1.75% Senior Convertible Notes due 2012<br><br>$130,123,000 of 2.125% Senior Convertible Notes due 2014<br><br>$42,100,000 of 10.75% Senior Notes due 2016<br><br>$114,100,000 of Floating Rate Notes due 2011 |
| Solus Alternative Asset Management L.P. | 430 Park Avenue 11th Floor New York, NY 10022 | $102,435,000 of 7.875% Notes due 2026<br><br>Approximately $30,529,000 of General Unsecured Claims Against NNI |

4

| NAME[*] | ADDRESS | **NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST** |
|---|---|---|
| Tenor Capital Management | 1180 Avenue of the Americas Suite 1940 New York, NY  10036 | $16,800,000 of 1.75% Senior Convertible Notes due 2012<br><br>$3,500,000 of 2.125% Senior Convertible Notes due 2014<br><br>$7,000,000 of 10.125% Senior Notes due 2013<br><br>$106,917,000 of Floating Rate Notes due 2011 |