IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 13112-13121 & 13140** |

## AMENDED AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
___ day of March, 2014

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

                Debtors.

Chapter **11**

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NGUYEN, KHOA VAN

                                         NGUYEN, KHOA VAN
                                         5840 NEW CASTLE DRIVE
                                         RICHARDSON, TX 75082

Please note that your claim # 2694 in the above referenced case and in the amount of
      $26,646.03 allowed at $26,723.76  has been transferred  **(unless previously expunged by court order)** to:

                                         HAIN CAPITAL HOLDINGS, LLC
                                         TRANSFEROR: NGUYEN, KHOA VAN
                                         ATTN: AMANDA RAPOPORT
                                         301 ROUTE 17, 7TH FLOOR
                                         RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                                UNITED STATES BANKRUPTCY COURT
                                District of Delaware
                                824 Market Street, Fifth Floor
                                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13116    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/11/2014

                             David D. Bird, Clerk of Court

                             /s/ Kimberly Murray

                             By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed **to** the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 11, 2014.

# EXHIBIT B

TIME: 17:08:30
DATE: 03/11/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ELLIS, STEVEN | 705 HACKBERRY RIDGE DR MCKINNEY TX 75070 |
| GOOCH, SHARON | 3621 PAGE RD MORRISVILLE NC 27560 |
| GREGORY, DANIELLE | 624 NW 27TH STREET OKLAHOMA CITY OK 73103 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ELLIS, STEVEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GOOCH, SHARON ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GREGORY, DANIELLE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOLLEY, CHANNELLE M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MANN, DONNA M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NGUYEN, KHOA VAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RIZZOLO, DAVID J ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCOTS, RUSSELL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TAYLOR, AUDREY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WOODS, CRAIG ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WYCKOFF, JILL A ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HOLLEY, CHANNELLE M | 149 SMITH ROCK DRIVE HOLLY SPRINGS NC 27540 |
| MANN, DONNA M. | FORMERLY CHARLES MANN (DECEASED) 329 KYFIELDS WEAVERVILLE NC 28787 |
| NGUYEN, KHOA VAN | 5840 NEW CASTLE DRIVE RICHARDSON TX 75082 |
| NGUYEN, KHOA VAN | 2828 NORTH M52 STOCKBRIDGE MI 49285 |
| RIZZOLO, DAVID J | 5220 KNIGHTSBRIDGE WAY RALEIGH NC 27604 |
| SCOTS, RUSSELL | 4333 ANGELINA DR PLANO TX 75074 |
| TAYLOR, AUDREY | 3700 LEGACY DR. APT. 20105 FRISCO TX 75034 |
| WOODS, CRAIG | |
| WYCKOFF, JILL A | 43122 W SUNLAND DR MARICOPA AZ 85138-1700 |

Total Number of Records Printed    23

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006