# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG       **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 12, 2014 01:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matters:

1) Pretrial Conference -  (Joint hearing with Canada)
   **R / M #:**   13,144 / 0

2) **ADM: 09-10164-KG**
   Status Conference - Preliminary hearing on Renewed Motion for Modification of Recognition Order
   **R / M #:**   568 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:  09-10138
#1 - Courts are going to give a list of hearing dates for the Trial; Mediator - possibility of  Justice Morawetz discussed; Court Reporting parties will  discuss matter;

Nortel Networks Corporation 09-10164 -
HEARING HELD, AGENDA ITEM:
#1- Status Conference - Matter briefed and ready for Court's ruling; parties will submit response and Judge Gross will issue a ruling;