# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 / 09-10164 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 3/12/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew LeBlanc | Milbank Tweed | Ad Hoc Group of Bondholders |
| Brian O'Connor | Willkie Farr | UK Pension Claimants |
| Sameer Advani | " | " |
| Justin Alberto | Bayard | " |
| DAN GUYDER | ALLEN & OVERY LLP | EMEA Inc. as monitor |
| LAURA HALL | " " " | For Canadian Debtors |
| Neil Oxford | HUGHES HUBBARD & REED | EMEA Debtors |
| FARA TABATABAI | " | " |
| BILL MAGUIRE | " | " |
| DAVID CRICHLOW | KATTEN MUCHIN | Wilmington Trust |
| Jaime Chapman | YCST | EMEA Debtor |
| John Dorsey | YCST | " |
| Stephen Miller | Morris James LLP | Law Debenture (Trustee) |
| Dan Lowenthal | Patterson Belknap | " |
| Derek Abbott | Morris Nichols Arsht & Tunnell | Debtors |
| Annie Cordo | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 / 09-10164 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 3/12/14

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Rosenthal | Cleary Gottlieb Steen & Hamilton | Debtors |
| James Bromley | " | " |
| Christopher Samis | RLF | Official Committee of Unsecured Creditors |
| Fred Hodara | Akin Gump | |
| Robert Johnson | Akin Gump | |
| Fara Tabatabai | Hughes Hubbard | EMEA Debtors |
| Bill Maguire | Hughes Hubbard | EMEA Debtors |
| Neil Oxford | Hughes Hubbard | EMEA Debtors |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Michael Etkin | Lowenstein Sandler | Ad Hoc Group of Bondholders / Lead Plaintiffs |
| Selinda A Melnik | DLA Piper | Canadian Creditors Committee |
| Christopher Simon | Cross & Simon | Lead Plaintiffs |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Amended Calendar 03/12/2014 09:03 AM

Calendar Date: 03/12/2014
Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6146234 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6130359 | Jonathan Barnett | (617) 658-5527 | Covalent Partners | Interested Party, Covalent Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144455 | David Botter | (212) 872-1055 | Akin Gump Strauss Hauer & Feld L.L.P | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6147696 | Justin Brass | (212) 843-1242 | Stone Lion Capital Partners | Interested Party, Stone Lion Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144056 | Matthew Bullen | (212) 728-8881 | Hogan Lovells US LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6145184 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144496 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144045 | Angela Dimsdale-Gill | (212) 728-3135 | Hogan Lovells US LLP | Interested Party, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6143716 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New Y( | Creditor, Wilmington Trust / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2012    Page 3 of 5

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144482 | Matthew Fagen | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6145286 | Lily Harmer | (416) 646-4304 | Paliare Roland & Rosenberg | Representing, Superintendent of Financial Services as Administrator / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6145546 | Arthur Jacques | (416) 214-5213 | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144468 | Brad Kahn | 212-872-8121 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6143942 | Michael Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6143916 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6095571 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6146632 | Jeremy R. Opolsky | (212) 225-2924 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al. and Canadian Nortel Debtors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6147808 | Jacqueline C. Palank | (312) 750-4128 | Dow Jones | Interested Party, Jacqueline C. Palank / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144263 | Betsy Putnam | (416) 862-6835 | Osler LLP | Interested Party, Canadian Board of Directors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144049 | Adam Slavens | (416) 865-7333 | Tony's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6145167 | Barry Wadsworth | 416-495-6564 | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6146866 | John Whiteoak | (302) 571-6710 | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144511 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Cassels Brock & Blackwell LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6144516 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |
| Nortel Networks Corporation, et al., and Nortel Networks Limited | 09-10164 | Hearing | 6146253 | Joseph Badtke-Berkow | (212) 610-6300 | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Corporation, et al., and Nortel Networks Limited | 09-10164 | Hearing | 6145641 | Michael S Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2012