## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                      :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]           :     Case No. 09-10138 (KG)
:
          Debtors.          :     Jointly Administered
:
:
:     Re: D.I. 13143
---------------------------------------------------------X

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on March 12, 2014, a copy of the **Response of the US Interests to the Submission of the UK Pension Claimants Regarding the Allocation of Trial Time** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: March 12, 2014

                              James L. Bromley (admitted *pro hac vice*)
                              Lisa M. Schweitzer (admitted *pro hac vice*)
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone:  (212) 225-2000
                              Facsimile:  (212) 225-3999

                              - and -

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Ann C. Cordo*
                              Eric D. Schwartz (No. 3134)
                              Derek C. Abbott (No. 3376)
                              Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7634704.6