**Via Email**

derrick.tay@gowlings.com; jennifer.stam@gowlings.com; jcarfagnini@goodmans.ca;
jpasquariello@goodmans.ca; bzarnett@goodmans.ca; amark@goodmans.ca;
pruby@goodmans.ca; jkimmel@goodmans.ca; carmstrong@goodmans.ca;
nortel.monitor@ca.ey.com; ken.coleman@allenovery.com;
paul.keller@allenovery.com; daniel.guyder@allenovery.com; laura.hall@allenovery.com;
Joseph.Badtke-Berkow@AllenOvery.com; jonathan.cho@allenovery.com;
Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com;
tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com;
aslavens@torys.com; jbromley@cgsh.com; lschweitzer@cgsh.com; hzelbo@cgsh.com;
jrosenthal@cgsh.com; dstein@cgsh.com; mdecker@cgsh.com; lpeacock@cgsh.com;
jmoessner@cgsh.com; nforrest@cgsh.com; dqueen@cgsh.com; dabbott@mnat.com;
rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com;
mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com;
pmichell@counsel-toronto.com; jzhi@counsel-toronto.com; eharron@ycst.com;
jdorsey@ycst.com; adler@hugheshubbard.com; oxford@hugheshubbard.com;
tabataba@hugheshubbard.com; huberty@hugheshubbard.com; mzigler@kmlaw.ca;
sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca;
ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com;
lily.harmer@paliareroland.com; karen.jones@paliareroland.com; tina.lie@paliareroland.com;
michelle.jackson@paliareroland.com; Jacqueline.cummins@paliareroland.com;
barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; arthur.jacques@shibleyrighton.com
thomas.mcrae@shibleyrighton.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca;
christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; bboake@mccarthy.ca;
jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca;
skour@mccarthy.ca; kpeters@mccarthy.ca; selinda.melnik@dlapiper.com;
richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com;
zychk@bennettjones.com; orzyr@bennettjones.com; finlaysong@bennettjones.com;
swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com;
TKreller@milbank.com; JHarris@milbank.com; APisa@milbank.com; svora@milbank.com;
aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com;
tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com;
fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com;
rajohnson@akingump.com; bkahn@akingump.com; cdoniak@akingump.com;
jsorkin@akingump.com; angela.pearson@ashurst.com; antonia.croke@ashurst.com;
samis@rlf.com; bleonard@casselsbrock.com; dward@casselsbrock.com;
bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com;
mbarrack@tgf.ca; djmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; jfinnigan@tgf.ca;
mshakra@tgf.ca; cdavis@bayardlaw.com; jalberto@bayardlaw.com; boconnor@willkie.com;
sadvani@willkie.com; ahanrahan@willkie.com; sheryl.seigel@mcmillan.ca;
michael.riela@lw.com; jsalmas@heenan.ca; kkraft@heenan.ca; svanallen@heenan.ca;
craig.barbarosh@kattenlaw.com;
david.crichlow@kattenlaw.com; Karen.dine@kattenlaw.com; elamek@blg.com;
jszumski@blg.com; dalowenthal@pbwt.com; lbarnes@osler.com; esellers@osler.com;
eputnam@osler.com; ahirsh@osler.com; acobb@osler.com;

michael.lang@nortonrosefulbright.com; amdg@hoganlovells.com;
john.tillman@hoganlovells.com; Matthew.bullen@hoganlovells.com;
david.graves@hoganlovells.com; katherine.tallett-williams@hoganlovells.com