# NORTEL SERVICE LIST

**BY FAX**

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, UK  EC2A 2HA
ENGLAND
FAX: +44 (0) 20 7638 1111

Angela Dimsdale Gill
John Tillman
Matthew Bullen
David Graves
Katherine Tallett-Williams
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London, UK  EC1A 2FG
ENGLAND
FAX: +44 20 7296 2001

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
FAX: 212-225-3999

Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
FAX: 212-225-3999

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
FAX: 212-336-1253

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY  10004-1482
FAX: 212-422-4726; 212-299-6269; 212-299-6045

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
FAX: 212-610-6399

Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
FAX: 212-610-6399

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
FAX: 212-728-9251; 212-728-9587; 212-728-9170

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834
FAX: 212-751-4864

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
Christine Doniak
Joseph Sorkin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
Milbank Tweed Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
FAX: 212-882-5832;
212-822-5421; 212-822-5885; 202-263-7546; 212-822-5155; 202-263-7551

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
FAX: 212-940-8776

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew M. LeBlanc
Milbank Tweed Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
FAX: 213-629-5063; 212-530-5219; 202-263-7574

Christopher Samis
Richards Layton & Finger P.A.
920 North King Street
Wilmington, DE  19801
FAX: 302-498-7845

Kathleen A. Murphy
Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801
FAX: 302-552-4295

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
FAX: 302-576-3298; 302-576-3401

Charlene D. Davis
Justin Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
FAX: 302-658-6395

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA Piper
919 N. Market Street
Suite 1500
Wilmington, DE  19801
FAX: 302-778-7914; 302-884-8730; 215-606-3341; 212-884-8529

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3
CANADA
FAX: 416-204-2877; 416-204-2882; 416-204-2875; 416-204-2906

Arthur O. Jacques
Thomas McRae
Shibley Righton LLP
Barristers and Solicitors
250 University Ave Ste 700
Toronto, Ontario  M5H 3E5
CANADA
FAX: 416-214-5413; 416-214-5400

Michael Lang
Norton Rose Fulbright LLP
Suite 3800 Royal Bank Plaza
South Tower 200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
CANADA
FAX: 416-216-3930

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
Michael Shakra
Thornton Grout Finnigan LLP
Suite 3200 100 Wellington Street West
P.O. Box 329 Toronto-Dominion Centre
Toronto, Ontario  M5K 1K7
CANADA
FAX: 416-304-1313

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaide Centre
333 Bay St. Ste 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4
CANADA
FAX: 416-360-8425

Edmond F. B. Lamek
James Szumski
Borden Ladner Gervais LLP
Barristers and Solicitors
40 King Street West
Toronto, Ontario  M5H 3Y4
CANADA
FAX: 416-361-2436; 416-682-2811

Sheryl E. Seigel
McMillan LLP
Brookfield Place
181 Bay St Suite 4400
Toronto, Ontario  M5J 2T3
CANADA
FAX: 416-365-1719

Barry E. Wadsworth
Lewis Gottheil
CAW-Canada
Legal Department
205 Placer Court
Toronto, Ontario  M2H 3H9
CANADA
FAX: 416-495-3786

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Jessica Zhi
Lax O'Sullivan Scott Lisus LLP
Suite 1920
145 King Street West
Toronto, Ontario  M5H 1J8
CANADA
FAX: 416-598-3730

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
CANADA
FAX: 416-640-3054

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Paliare Roland Rosenberg Rothstein LLP
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1
CANADA
FAX: 416-646-4301

Tina Lie
Michelle Jackson
Jacqueline Cummins
Paliare Roland Rosenberg Rothstein LLP
35th Floor
155 Wellington Street West
Toronto, Ontario  M5V 3H1
CANADA
FAX: 416-646-4301

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
CANADA
FAX: 416-686-0673

Byron Shaw
Sharon Kour
Kelly Peters
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6
CANADA
FAX: 416-686-0673

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
Alexander Cobb
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place Ste 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8
CANADA
FAX: 416-862-6666

Derrick Tay
Jennifer Stam
Gowling LaFleur Henderson LLP
Suite 1600 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5
CANADA
FAX: 416-862-7661

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, Ontario  M5X 1B1
CANADA
FAX: 416-863-0871

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
Bennett Jones LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4
CANADA
FAX: 416-863-1716

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman
Dentons Canada LLP
77 King Street West Ste 400
TD Centre
Toronto, Ontario  M5K 0A1
CANADA
FAX: 416-863-4592

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
Torys LLP
79 Wellington St. W. Ste 3000
Box 270 TD Centre
Toronto, Ontario  M5K 1N2
CANADA
FAX: 416-865-7380

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
Ernst & Young Tower
222 Bay St. P.O. Box 251
Toronto, Ontario  M5K 1J7
CANADA
FAX: 416-943-3300

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Alan Mark
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA
FAX: 416-979-1234

Peter Ruby
Jessica Kimmel
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA
FAX: 416-979-1234

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
Nelligan O'Brien Payne LLP
Barristers and Solicitors
50 O'Connor St. Ste 1500
Ottawa, Ontario  K1P 6L2
CANADA
FAX: 613-788-3655

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street; 17th Floor
Wilmington, DE  19899-8705
Fax: 302-652-4400