IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| Nortel Networks Inc., et al, | |
| Plaintiff, | Adv. Proc. 12-50773 (KG) |
| v. | |
| State of Michigan Department of Treasury, | |
| Defendant. | |

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Allison M Dietz, Assistant Attorney General, hereby requests to be removed from receiving electronic notices on behalf of the Michigan Department of Treasury at the following e-mail address: dietza@michigan.gov .

Respectfully submitted,

BILL SCHUETTE
Attorney General of Michigan

/s/ Allison M. Dietz
Allison M. Dietz (P73612)
Assistant Attorney General

1

                                        Cadillac Place  
                                        3030 W. Grand Blvd., Suite 10-200  
                                        Detroit, MI  48202  
                                        (313) 456-0140  
                                        E-mail:dietza@michigan.gov

Dated:  March 14, 2014