IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
                                                          :
*In re*                                                   :   Chapter 11
                                                          :
                                                          :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
                                                          :   Jointly Administered
                    Debtors.                              :
                                                          :
                                                          :   RE: D.I. 13049
                                                          :
----------------------------------------------------------X

### ORDER APPROVING ISSUANCE OF JOINT WRITTEN ESCROW INSTRUCTIONS AND CERTAIN MODIFICATIONS TO DEBTORS' SALE PROCEEDS ESCROW AGREEMENTS

Upon the motion (the "Motion")[2] of Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections 105 and 363 of the Bankruptcy Code, and Rules 2002 and 6004 of the Bankruptcy Rules, (i) approving the Joint Instructions; (ii) approving certain modifications to the Escrow Agreements; and (iii) granting the Debtors such other and further relief as the Court deems just and proper; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Joint Instructions are APPROVED. The Debtors are authorized but not required to issue the Joint Instructions to the Escrow Agent.

3. Those modifications to the Escrow Agreements identified in the Joint Instructions are APPROVED.

4. The Debtors are authorized to enter into such additional instruments and documents and to take such additional actions as are necessary or appropriate to implement the Joint Instructions, subject to and in accordance with the terms of the Escrow Agreements.

5. The Escrow Agent shall be entitled to collect the Standard Fees for the investments contemplated by the Joint Instructions from the Escrow Accounts, without need for further order of the Court.

6. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) neither the Debtors nor the Escrow Agent are subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Debtors and the Escrow Agent may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

7.   The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: **March 14**, 2014
Wilmington, Delaware

/s/ Kevin Gross
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE