IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 12899** |

**CERTIFICATE OF NO OBJECTION REGARDING
FINAL AND TWENTY THIRD MONTHLY APPLICATION OF
ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC
("A&M"), AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF
LONG TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC.
("NNI"), et al, AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE
OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL
AND NECESSARY EXPENSES INCURRED FOR THE TWENTY THIRD
MONTHLY FEE APPLICATION PERIOD: AUGUST 1, 2013 THROUGH
AUGUST 31, 2013; AND FOR THE FINAL PERIOD FROM
SEPTEMBER 8, 2011 THROUGH AUGUST 31, 2013**

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to the Notice of Final and Twenty Third Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), as Financial Advisor to the Official Committee of Retired Employees and the Official Committee of Long Term Disability Participants of Nortel Networks Inc. ("NNI"), et al, and its Affiliated Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

for The Twenty Third Monthly Fee Application Period: August 1, 2013 through August 31, 2013; and for the Final Period from September 8, 2011 through August 31, 2013 (the "Application") (Docket No. 12899) filed on January 28, 2014.

2.      Pursuant to the Notice of Application, objections to the Application were to be filed and served by February 19, 2014 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures section 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3.      The Application requested allowance of fees in the amount of $10,300.40[2] and expenses in the amount of $(45.74)[3] for the period August 1, 2013 through August 31, 2013 and allowance of fees in the amount of $3,920,880.40 and $29,563.72 in expenses for the period September 8, 2011 through August 31, 2013 pursuant to the 11 U.S.C. sections 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). As noted above no objections were received to the full amount of A&M fee and expense request.

---

[2]     Includes $3,820.40 of fees related to 20.4 hours incurred by Towers Watson actuaries during July 2013 but not included in A&M's previously filed twenty-second fee application.

[3]     Reflects an adjustment for an error made in A&M's Eleventh Fee Application, Docket No. 8446, the expenses requested were overstated by $75.00.

Dated: March 14, 2014
       Wilmington, DE

ELLIOTT GREENLEAF

*/s/ Shelley A. Kinsella*
_____
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

3