**Exhibit B**

# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4107
jcarfagnini@goodmans.ca

March 14, 2014

**Via Email**

Mr. Justice Geoffrey Morawetz
Judges' Chambers – Court House
330 University Ave.
Toronto, Ontario  M5H 1T3

Your Honour:

Re:   **Nortel Networks Corporation**, *et al.*
       **Court File No.:  09-CL-7950**

We are writing in response to Mr. Barrack's letter to you of March 14, 2014.

The Monitor does not agree with nor support Mr. Barrack's request for a settlement conference. Given the nature of these claims and the nexus to their allocation arguments, the fact that there have already been three failed attempts at mediation, and that the trial is rapidly approaching on a very tight timetable, it would not, in our view, be an appropriate use of time or resources to engage in such a process at this time. The parties and their professional advisors are by now intimately familiar with the issues and will continue to consider opportunities for narrowing the issues between them.

Yours very truly,

**Goodmans LLP**

J. A. Carfagnini
JAC/wpjb
cc Core Parties Service List

6308543