IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 13162** |

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 17, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
____ day of March, 2014

_____
Notary Public

REGINA AMPORTO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 11, ____

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                    Chapter 11

NORTEL NETWORKS INC., et al.,                             Case No. 09-10138 (KG)

                              Debtors.                    Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BISHOP, TAMMY
              BISHOP, CORDELL (DECEASED)
              836 ALTAIRE WALK
              PALO ALTO, CA 94303

Please note that your claim # 7416 in the above referenced case and in the amount of $0.00 allowed at $33,482.89  has been transferred **(unless previously expunged by court order)** to:

              SOLUS OPPORTUNITIES FUND 1 LP
              TRANSFEROR: BISHOP, TAMMY
              C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
              410 PARK AVENUE, 11TH FLOOR
              NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13162   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/14/2014                          David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 14, 2014.

# EXHIBIT B

TIME: 12:20:06
DATE: 03/17/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| BISHOP, TAMMY SOLUS OPPORTUNITIES FUND 1 LP | BISHOP, CORDELL (DECEASED) 836 ALTAIRE WALK PALO ALTO **CA** 94303 TRANSFEROR: BISHOP, TAMMY C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006