## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
: 
*In re* 
: 
Nortel Networks Inc., *et al.*,[1] 
: 
Debtors. 
: 
--------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 18, 2014 AT 10:00 A.M. (EASTERN TIME)

> **AT THE REQUEST OF THE PARTIES AND BY THE APPROVAL OF THE COURT, THE HEARING SCHEDULED FOR MARCH 18, 2014 AT 10:00 A.M. (EASTERN TIME) HAS BEEN CANCELLED.**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED MATTERS

1.    Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

      Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to July 8, 2014 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to March 25, 2014 at 4:00 p.m. (ET).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    **Amended items appear in bold.**

Remaining Responses Received:

(a)     Informal Response of ASM Capital Regarding Claim No. 7819; and

(b)     Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered 3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7430, Entered 3/22/12);

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7559, Entered 4/18/12);

(d)     Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7626, Entered 5/9/12); and

(e)     Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for July 22, 2014 at 10:00 a.m. (ET).  The hearing on the Objection with respect to response (b) has been adjourned to the hearing scheduled for April 8, 2014 at 10:00 a.m. (ET).

2.     Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

<u>Objection Deadline</u>:  February 23, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital to July 8, 2014 at 4:00 p.m. (ET).

<u>Remaining Responses Received</u>:

(a)    Informal Response of ASM Capital Regarding Claim No. 7819.

<u>Related Pleading</u>:

(a)    Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7355, Entered 3/8/12);

(b)    First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7433, Entered 3/22/12); and

(c)    Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7625, Entered 5/9/12).

<u>Status</u>: The hearing on the Objection with respect to response (a) has been adjourned to the hearing scheduled for July 22, 2014 at 10:00 a.m. (ET).

## <u>UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION</u>

3.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 3718 Filed by McCann-Erickson (D.I. 13046, Filed 2/25/14).

<u>Objection Deadline</u>:  March 11, 2014 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Pleading</u>:

(a)    Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 3718 Filed by McCann-Erickson (D.I. 13152, Filed 3/13/14); and

(b)    Proposed Form of Order.

<u>Status</u>: There have been no objections and a CNO has been filed.

4.    Debtors' Motion for an Order Approving Issuance of Joint Written Escrow Instructions and Certain Modifications to Debtors' Sale Proceeds Escrow Agreements (D.I. 13049, Filed 2/25/14).

<u>Objection Deadline</u>:  March 11, 2014 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a)     Certificate of No Objection Regarding Debtors' Motion for an Order Approving Issuance of Joint Written Escrow Instructions and Certain Modifications to Debtors' Sale Proceeds Escrow Agreements (D.I. 13153, Filed 3/13/14); and

(b)     Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

## UNCONTESTED MATTER GOING FORWARD

5.     Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., Et Al. to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, Nunc Pro Tunc to March 4, 2014 (D.I. 13098, Filed 3/4/14).

Objection Deadline:  March 17, 2014 at 12:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a)     Motion to Shorten Notice with Respect to the Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., *Et Al.* to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, *Nunc Pro Tunc* to March 4, 2014 (D.I. 13099, Filed 3/4/14);

(b)     Order Shortening Notice with Respect to the Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., *Et Al.* to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, *Nunc Pro Tunc* to March 4, 2014 (D.I. 13100, Entered 3/5/14)**;**

**(c)     Certification of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Nortel Networks Inc., *Et Al.* to Retain and Employ Cassels Brock & Blackwell LLP as Successor Canadian Counsel, *Nunc Pro Tunc* to March 4, 2014 (D.I. 13167, Filed 3/17/14); and**

**(d)     Proposed Form of Order.**

Status: **There have been no objections and a CNO has been filed.**

**PRETRIAL CONFERENCE**

6.      Pretrial Conference in the Adversary Proceeding SNMP Research International, Inc. (Adversary Case No. 11-53454).

        Status: The pretrial conference as to all parties has been adjourned to a date to be determined.

Dated: March 17, 2014
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

___ */s/ Tamara K. Minott* _____
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

8094328.1