IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
                                                      :
*In re*                                               :    Chapter 11
                                                      :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                      :    (Jointly Administered)
                                                      :
                                    Debtors           :    Re: Docket No. 13098
                                                      :
------------------------------------------------------X

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL., TO RETAIN AND EMPLOY CASSELS BROCK & BLACKWELL LLP AS SUCCESSOR CANADIAN COUNSEL, NUNC PRO TUNC TO MARCH 4, 2014

Upon the application dated March 4, 2014 (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al. (collectively the "Debtors") for an order, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to retain and employ the Canadian law firm of Cassels Brock & Blackwell LLP ("Cassels Brock) as its successor Canadian counsel, *nunc pro tunc* to March 4, 2014, and upon the Declaration of Mark I. Young, a member of the firm of Cassels Brock, dated March 4, 2014 (the "Young Declaration"); and it appearing that the partners and associates of Cassels Brock who will perform services on behalf of the Committee in these chapter 11 cases are duly qualified to practice in the Canadian courts; and the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

RLF1 9987416v.1

finding, based on the representations made in the Application and the Young Declaration, that Cassels Brock does not represent any interest adverse to the Committee and/or the Debtors' estates with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, that its employment is necessary and, in the best interests of the Committee and the Debtors' estates; and finding that adequate notice of the Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED**, that the Application is approved in its entirety; and it is further

**ORDERED**, that in accordance with section 1103(a) and, with respect to Cassels Brock's hourly rates and reimbursement policies, section 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to employ and retain the firm of Cassels Brock as its Canadian counsel, *nunc pro tunc* to March 4, 2014, to represent it in these cases and such retention is hereby approved; and it is further

**ORDERED**, that upon entry of this Order approving the retention of Cassels Brock as Canadian counsel to the Committee, *nunc pro tunc* to March 4, 2014, and the filing of a notice of substitution of counsel pursuant to Local Rule 9010-2(a), Dentons Canada LLP's representation of the Committee shall be deemed to be terminated as of February 28, 2014, except with respect to the filing and prosecution of applications pursuant to the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* [ECF No. 222]; and it is further

RLF1 9987416v.1

**ORDERED**, that Cassels Brock shall be compensated as described in the Application and in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable from time to time, and such procedures as may be fixed by order of this Court.

Dated: March 17, 2014
Wilmington, Delaware

*/s/ Kevin Gross*
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE