IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Steven T. Hoort, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for Avaya, Inc., and requests to be removed from all notice and service lists in this case.[1]

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Steven T. Hoort, Esq., and does not impact the representation of Avaya, Inc. by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated:  March 18, 2014
            Boston, MA

By /s/ Steven T. Hoort
Steven T. Hoort
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

---

[1] Mr. Hoort retired as a partner with Ropes & Gray LLP on January 31, 2014.

41642395_1