# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/5/2014 | Weekly employee claims call with R. Eckenrod of Cleary and M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/12/2014 | Weekly employee claims call with R. Eckenrod of Cleary and M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 2/26/2014 | Weekly employee claims call with R. Eckenrod of Cleary and M. Cilia of RLKS. | 1.0 | 535 | $ 535.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/4/2014 | Reviewed the 34th omnibus objection exhibits filed with the court and documented notes. | 1.7 | 535 | $ 909.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/4/2014 | Reviewed the 35th omnibus objection exhibits filed with the court and documented notes. | 1.8 | 535 | $ 963.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/4/2014 | Reviewed and updated employee claims analysis based on objection filings. | 1.7 | 535 | $ 909.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/19/2014 | Reviewed employee claim emails provided by D. Parker of Nortel. | 2.2 | 535 | $ 1,177.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/20/2014 | Analyzed employee claim objection comments provided by D. Parker of Nortel. | 1.9 | 535 | $ 1,016.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/21/2014 | Reviewed various employee claim calculations and provided comments to Cleary. | 1.7 | 535 | $ 909.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/25/2014 | Reviewed employee claim objection response analysis provided by D. Parker of Nortel. | 1.9 | 535 | $ 1,016.50 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/27/2014 | Investigated various employee claim objection issues per request of R. Eckenrod of Cleary. | 2.2 | 535 | $ 1,177.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/28/2014 | Updated employee claim objection responses per request of R. Eckenrod of Cleary. | 1.7 | 535 | $ 909.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/11/2014 | Updated monthly fee application documents and exhibits. | 2.0 | 535 | $ 1,070.00 |
| 6 | Retention and Fee Applications | James Lukenda | 2/12/2014 | Nortel - review and sign-off on fee application | 0.3 | 725 | $ 217.50 |
| 6 | Retention and Fee Applications | James Lukenda | 2/26/2014 | Nortel - review and sign-off fee application from Huron director. | 0.3 | 725 | $ 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/4/2014 | Updated employee claims analysis and documented notes. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/5/2014 | Reconciled employee claims analyses. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/5/2014 | Investigated various employee claims issues per request of M. Cilia of RLKS. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/5/2014 | Updated employee claims analysis and documented notes. | 1.6 | 535 | $ 856.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/5/2014 | Investigated various employee claims issues per request of J. Davison of Nortel. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2014 | Reviewed the final employee claim communication documents for claims traders. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2014 | Reviewed the final employee claim communication documents for claim issue. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2014 | Updated employee claims analysis and documented notes. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2014 | Reconciled employee claims analyses and documented notes. | 2.5 | 535 | $ 1,337.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2014 | Analyzed employee claims register and updated analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2014 | Reviewed and updated various employee claims analyses. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2014 | Documented notes based on reconciliation of employee claims analysis. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2014 | Provided updated employee claims analysis to M. Cilia of RLKS. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/10/2014 | Reviewed and updated employee claims analysis. | 1.7 | 535 | $ 909.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/11/2014 | Reconciled employee claims analysis and documented notes. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/12/2014 | Reviewed documented returned by employees and reconciled against claims analysis. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/17/2014 | Reviewed employee claims analysis provided by M. Cilia of RLKS and documented notes. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/17/2014 | Updated employee claims analysis provided by M. Cilia of RLKS. | 2.1 | 535 | $ 1,123.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/18/2014 | Revised employee claim communication documents with A. Tsai of Epiq. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/18/2014 | Reviewed updated employee claim communication documents with Epiq. | 1.9 | 535 | $ 1,016.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/18/2014 | Reviewed employee claim cover letter provided by R. Eckenrod of Cleary. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/20/2014 | Communicated with A. Tsai of Epiq regarding employee claims on register. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/20/2014 | Reviewed employee claim settlement database provided by A. Tsai of Epiq. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/20/2014 | Provided employee claims analyses to M. Cilia of RLKS. | 2.0 | 535 | $ 1,070.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/21/2014 | Updated employee claims analysis and documented notes. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/24/2014 | Analyzed employee claim supporting documentation for response purposes. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/24/2014 | Updated employee claims analysis based on comments from A. Tsai of Epiq. | 1.9 | 535 | $ 1,016.50 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/25/2014 | Reviewed employee claim communication document responses. | 2.2 | 535 | $ 1,177.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/26/2014 | Reviewed and updated employee claims analysis. | 1.8 | 535 | $ 963.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/26/2014 | Reconciled employee claims analyses and updated notes based on updated claims register. | 2.5 | 535 | $ 1,337.50 |
| 25 | Case Administration | James Lukenda | 2/13/2014 | Nortel - review work stream status and forecast | 0.3 | 725 | $ 217.50 |