# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD FEBRUARY 1, 2014  THROUGH FEBRUARY 28, 2014**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
|      |             |           |             | -      |