IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Dentons Canada LLP hereby withdraws its appearance as Canadian counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and Cassels Brock & Blackwell LLP hereby enters its appearance as successor Canadian counsel to the Committee in the Chapter 11 Cases.

Dated: March 19, 2014
Toronto, ON
Canada

**Dentons Canada LLP**

_/s/ B. Grossman_

Barbara Grossman, Esq.
77 King Street West, Suite 400
Toronto, ON M5K 0A1 Canada
Telephone: (416) 863-4511
Facsimile: (416) 863-4592

*Withdrawing Canadian Counsel to the Committee*

**Cassels Brock & Blackwell LLP**

_/s/ Shayne Kukulowicz_

Shayne Kukulowicz, Esq.
Michael Wunder, Esq.
Ryan Jacobs, Esq.
Suite 2100, Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2 Canada
Telephone: (416) 869-5300
Facsimile: (416) 360-8877

*Successor Canadian Counsel to the Committee*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226).

RLF1 10060541v.1