## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                              :    Chapter 11
In re                                         :
                                              :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]              :
                                              :    Jointly Administered
                        Debtors.              :
                                              :
                                              :
                                              :
---------------------------------------------------------X
```

### NOTICE OF FILING OF COURTESY COPIES PURSUANT TO SECTION
### 12(D) OF THE CROSS-BORDER PROTOCOL OF CERTAIN CORRESPONDENCE

PLEASE TAKE NOTICE that pursuant to section 12(d) of the Cross-Border Court-to-Court Protocol (as amended, the "Protocol") [D.I. 990] approved in the above-captioned cases, and in connection with the joint pre-trial conference held on March 12, 2014, in connection with the sale proceeds allocation proceedings, Nortel Networks Inc. ("NNI") and certain of its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "US Debtors") have filed in the above-captioned cases a courtesy copy of (a) that certain letter dated March 17, 2014, from Michael E. Barrack to Regional Senior Justice Morawetz, attached hereto as **Exhibit A** and (b) that certain letter dated March 17, 2014 from Michael E. Barrack to Mr. Justice Geoffrey Morawetz (with enclosure), attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated:  March 19, 2014
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*