1  claims and "X" many hours to defend the claims.  Where there

2  is a distinction is that if EMEA is asserting claims not

3  only against the Canadian Debtor but against my client, the

4  Officers and Directors, and that, by definition, requires

5  different considerations than how the claims are responded

6  to.  So simply, we're simply saying equal allocation of

7  time, but don't tie our hands amongst our group as to how we

8  defend the Claims and that's what they're attempting to do.

9  We tried to work this out on a fairness basis, but take the

10  EMEA example.  It asserts a Claim against the company as a

11  shadow Director and as a de facto Director.  Then it goes on

12  in the same line to assert it against my clients, the

13  Directors, who are at least 12 Directors that are assumed

14  for [indiscernible] having sat on various Boards, for

15  various periods of times and the Claims are an excessive --

16         JUSTICE NEWBOULD:  I understand that.  I

17  understand that.

18         MR. BARNES:  So there's a personal exposure for

19  this Group that isn't dependent on any other group.

20         JUSTICE NEWBOULD:  Okay.  Thank you.

21         UNIDENTIFIED FEMALE:  Your Honor, may I just --

22         JUSTICE NEWBOULD:  Very quickly.

23         UNIDENTIFIED FEMALE:  The Canadian Monitor

24  Debtor's position is set out in paragraph nine immediately

25  following the chart and we refer back to the original

1   Protocol and the already agreed arrangement with respect to

2   the filing of Pre-Trial Orders.  There's only one Pre-Trial

3   Order for the purposes of Claims.  We don't think it should

4   be further broken down.  This is no different than a case

5   where there's two Plaintiffs and a Defendant.  We wouldn't --

6          JUSTICE NEWBOULD:  Wait.  What paragraph are you

7   reading?

8          UNIDENTIFIED FEMALE:  Paragraph nine of the

9   submission just immediately following the chart.  We refer

10   to the fact that the Protocol that was approved on

11   January 29th --

12          JUSTICE NEWBOULD:  You say it was approved?

13          UNIDENTIFIED FEMALE:  The January 29th Protocol,

14   the original one.

15          JUSTICE NEWBOULD:  You say it was approved?

16          UNIDENTIFIED FEMALE:  It was, yes.

17          JUSTICE NEWBOULD:  All right.

18          UNIDENTIFIED FEMALE:  I think everybody agreed it

19   was approved.  We've attached the Memorandum from the

20   hearing.

21          JUSTICE NEWBOULD:  Wait, then.  We're dealing with

22   an issue here.  There's nothing written in stone that was

23   changed.

24          UNIDENTIFIED FEMALE:  Okay.  Well, our position is

25   that the record, it should be a single record.  It's no

1 different than if there were two Plaintiffs and a Defendant

2 and we wouldn't be tying our hands that way.  But the other

3 point that isn't in here that I think is important for the

4 Court to understand is that we have pleaded and our pleading

5 joins issue with this.  The EMEA Group makes a series of

6 Pension Claims which overlap with the UKPC Pension Claims,

7 and to tell us that we have to divide our pages and our time

8 exactly in half between EMEA and the UKPC Pension Claims

9 doesn't recognize --

10             JUSTICE NEWBOULD:  Okay.  So you support Mr.

11 Barnes on that?

12             UNIDENTIFIED FEMALE:  Well, yes.

13             JUSTICE NEWBOULD:  All right.

14             UNIDENTIFIED FEMALE:  Our position is that we

15 shouldn't be told that we have to divide it exactly down the

16 middle.

17             JUSTICE NEWBOULD:  I understand.

18             UNIDENTIFIED FEMALE:  There's such an overlap in

19 the pleading and --

20             JUSTICE NEWBOULD:  I understand.

21             UNIDENTIFIED FEMALE:  -- we've got, you know, the

22 whole back end of our pleading where we --

23             JUSTICE NEWBOULD:  Okay.

24             UNIDENTIFIED FEMALE:  -- support the position.

25             JUSTICE NEWBOULD:  Okay.  Okay.  So what's left?

1   I guess those are the three issues?

2        UNIDENTIFIED FEMALE:  Those are the three sort of

3   points of difference.  I think the thing that we should

4   mention to the Court, I know, just before everybody has to

5   leave, I think Mr. Rosenthal mentioned that the Protocol that

6   was approved in January, there have been some things that

7   have been amended and adjusted, not just one, that the

8   parties will be submitting to the Courts for approval and

9   then, depending on the direction of the Courts today, I think

10  the intention would be that we would have a final form of a

11  supplementary, an amended Protocol which we would be

12  submitting for approval once we have the Court's direction on

13  the issues from today.

14        JUSTICE NEWBOULD:  I just want to -- regarding the

15  days we're sitting, first of all, the week of the 9th of June,

16  we cannot sit.  I am not here.  The 4th of June, which I think

17  is a Wednesday, we can't sit because of a conflict in our

18  Court.  And I think, Judge Gross, you said the 3rd of June you

19  can't sit.

20        THE COURT:  That's correct.

21        JUSTICE NEWBOULD:  One thing that Judge Gross and

22  I wanted to ask you folks was whether you would like or not

23  like setting four-day weeks.

24        THE COURT:  I see Mr. Rosenthal.  I'm going to

25  guess but I won't say what I'm guessing.

1        MR. ROSENTHAL:  Your Honor, it's obviously up to

2   the discretion of the Courts.  We certainly appreciate the

3   fact that a trial of this magnitude certainly presents a

4   burden on both Courts' calendars.  That said, to the extent

5   that the Courts can afford the time, we believe that a longer

6   trial means a more expensive trial and the U.S. Debtors would

7   prefer to get it over as quickly as possible --

8        THE COURT:  Sure.

9        MR. ROSENTHAL:  -- and as promptly -- well, equal

10  number of trial days but as few gaps in between as possible,

11  subject to the convenience of the Courts and what you can do.

12        THE COURT:  All right.  And I assume you would

13  like to have, through Justice Newbould and I, specific trial

14  dates?

15        MR. ROSENTHAL:  That would be fantastic, Your

16  Honor.

17        THE COURT:  Because you're going to have to

18  coordinate with witnesses and the like.

19        MR. ROSENTHAL:  Absolutely.

20        THE COURT:  Okay.

21        MR. ROSENTHAL:  We would very much prefer the

22  Courts to map out a calendar for the parties.

23        THE COURT:  All right.

24        JUSTICE NEWBOULD:  Is there anybody else then --

25  any other views about four-day weeks?

1         MR. FINNIGAN:  You gave me a piece of paper that

2   says four days a week.  EMEA is in the Courts' hands as to

3   how it thinks it could best deal with the case.

4         JUSTICE NEWBOULD:  Okay.

5         UNIDENTIFIED FEMALE:  Canadian Debtor and Monitor,

6   also, we'll take the direction from the Court.

7         MR. GOTTLIEB:  Judge Newbould, before we go, and I

8   apologize for this, but there was one issue if you can just

9   read in the last paragraph of our letter.  I thought that's

10  what Ms. Kimmel was going to read.

11        JUSTICE NEWBOULD:  Your letter?

12        MR. GOTTLIEB:  Yeah, in the letter that we

13  delivered to the Court on all of the issues.

14        JUSTICE NEWBOULD:  I haven't seen the letter.

15        MR. GOTTLIEB:  Okay.  I'll hand you up our copy

16  because  there was one further issue that just deal with the

17  Claims that we needn't bother the U.S. Court about.

18        JUSTICE NEWBOULD:  Well --

19        MR. GOTTLIEB:  It was just about our ability to

20  rely on evidence filed by other parties simply by

21  designating --

22        JUSTICE NEWBOULD:  Okay.  Well, let me --

23        UNIDENTIFIED FEMALE:  My understanding from

24  discussions with your colleagues, Mr. Gottlieb, is that we

25  were going to wait for the Court's direction on the issue

1   that we just made submissions on and then see, because that

2   issue that you just mentioned only arises if you prevail in

3   your position that we should be putting in the Claims record

4   those two.  So I had understood that we weren't going to be

5   asking for a direction on that, and in fact, Your Honor,

6   from the chart's perspective, it means, I think, that you do

7   not need to deal with footnote number one for the moment.

8            JUSTICE NEWBOULD:  All right.

9            UNIDENTIFIED FEMALE:  And the other thing --

10           JUSTICE NEWBOULD:  Let me see your letter

11  regarding that matter.

12           UNIDENTIFIED FEMALE:  The other thing that's been

13  agreed to, just in case you are going back through the chart

14  in our submission.  There was an issue about opening

15  statements for purposes of Claims, which I think the EMEA

16  Debtors have agreed not to ask for extra time for that.  So

17  it's no longer an issue.  When you do go back to the chart,

18  it's at the bottom of page eight, the very last item,

19  opening statements, claims.  They've now agreed to the

20  Monitor's position on that, the EMEA Debtors have, so

21  there's no longer a dispute.

22           JUSTICE NEWBOULD:  So it's the Monitor's position

23  is one day in total?

24           UNIDENTIFIED FEMALE:  Yes, same for Claims as for

25  allocation.

1          JUSTICE NEWBOULD:  And I thought EMEA wanted two

2   days for --

3          MR. GOTTLIEB:  This is on just Claims now?

4          JUSTICE NEWBOULD:  Yes.

5          MR. GOTTLIEB:  And we've agreed with the Monitor

6   on that and so that's no longer in dispute.

7          JUSTICE NEWBOULD:  All right.  There's a couple

8   other things I wanted to raise.  I'm sure Judge Gross may

9   have things to raise.  When will the Court be getting the

10  Affidavit and the expert reports?  When is that planned?

11  Because we're going to need some time to go through it

12  before the trial starts.

13         MR. ROSENTHAL:  Your Honor, in the January

14  Protocol that we submitted, the plan was to submit a Pre-

15  Trial Order on May 2nd, 10 days before the commencement of

16  trial that would have the Pre-Trial Briefs, the exhibits,

17  the deposition designations, the Affidavits, the whole

18  packet of material, and obviously, we can work with the

19  Courts to find out how you would best like to get it,

20  whether it's --

21         JUSTICE NEWBOULD:  Early rather late as far as

22  I'm concerned and if it's 10 days, and not 10 working days,

23  that may be a little bit too late.  I think we need to have

24  two weeks.  These things [indiscernible] take forever.  We

25  haven't been.

1          MR. ROSENTHAL:  We can obviously talk among the

2     parties.  The only concern that I have is that we've worked

3     backwards on a number of deadlines that are already pretty

4     much upon us that I don't about moving it backward but we'll

5     certainly be able to confer with the parties to see how we

6     can move that date up a few days for the Courts.

7          JUSTICE NEWBOULD:  I'm hearing that these expert

8     reports have already been delivered.  Is there some reason

9     why they can't be provided to each of the Courts?

10          MR. ROSENTHAL:  No.  No reason why not, Your

11    Honor.

12          JUSTICE NEWBOULD:  All right.  Then I think the

13    sooner we get those, the better, and Mr. Barrick [ph] is

14    here agreeing with that.  It would help both of us, both

15    Courts, if we could get those quickly.  And then so far as

16    the Affidavits are concerned, you're saying the 2nd of May

17    because if you can get to them earlier, I think we will both

18    appreciate that as well.

19          MR. ROSENTHAL:  We can.  Your Honor, we're having

20    initial Affidavits being exchanged between the parties I

21    believe April 11th.  If the Courts would prefer to get the

22    Affidavits at that time, we can do that.  I believe two

23    weeks later, April 25th, are when we have Reply Affidavits.

24    We could submit those to the Court rather -- I mean it would

25    be piecemeal submissions, but obviously, it gives the Courts

1   an opportunity to start preparing.

2           THE COURT:  Yes.

3           MR. ROSENTHAL:  And then the remainder of the

4   materials can come on May 2nd and I could talk to the parties

5   to see if we can even move that up by a few days if the

6   Courts would like.

7           JUSTICE NEWBOULD:  Speaking for myself, I would

8   prefer all that that you've just said and I suspect Judge

9   Gross would too.

10          THE COURT:  Yes, that would be helpful and we're

11  going to have an Order, I assume, of the witnesses who --

12  testimony.  So we'll be able to work along with that list

13  obviously as well.

14          MR. ROSENTHAL:  Yes.  I believe the parties have

15  agreed I think around May 2nd.

16          THE COURT:  Right.

17          MR. ROSENTHAL:  So I'd have to look at the exact

18  Protocol, to exchange and deliver to the Courts the Order of

19  witnesses that we intend to call, obviously, subject to --

20  given some of the off-days we're going to have.  Depending

21  on how things fall, witnesses may need to be reshuffled a

22  little for their own travel convenience.

23          THE COURT:  Okay.

24          MR. ROSENTHAL:  But we can give you a general

25  plan at that time.

1          THE COURT:  Very well.

2          MR. ROSENTHAL:  And certainly, the January

3    Protocol also has in it the ordering of which parties'

4    witnesses and which parties' experts --

5          THE COURT:  Yes.

6          MR. ROSENTHAL:  -- and all that are going, in

7    what order as well.

8          THE COURT:  Exactly.

9          UNIDENTIFIED FEMALE:  Wait.  In this Protocol

10   that's before you today, there's a proposal that we give you

11   an initial schedule of the order of witnesses in -- it's in

12   subsection (d) of II, and it talks about providing that on

13   May 5th to the Court, the initial anticipated order of

14   witnesses, and the Protocol already contemplates the order

15   by party of how witnesses will be called, starting with the

16   witnesses of the Canadian Debtors and the Monitor and the

17   CCC, and the Ds & Os as well.  So that is in the proposal

18   that you have currently before you for approval, on page

19   four of that proposal of Tab A, of the Brief there.  So

20   obviously, if the Courts prefer earlier notices, we could

21   try to provide that, but the contemplation was that it might

22   take us a little while to work through that and knock it all

23   out.

24          JUSTICE NEWBOULD:  Particularly if you have

25   depositions, nobody's going to be sure who they want to call.

1    UNIDENTIFIED FEMALE:  The fact witness depositions

2  are completed.  It's the experts that we are --

3    JUSTICE NEWBOULD:  Okay.

4    UNIDENTIFIED FEMALE:  -- still about to embark

5  upon.

6    JUSTICE NEWBOULD:  Okay.

7    UNIDENTIFIED FEMALE:  You asked, Justice Newbould,

8  about Court Reporting and I will say that I think that there

9  has been some communication between the Delaware Court and

10  Counsel about the normal practice in the Delaware Court to

11  have a Court Reporter in attendance and a question about

12  whether we could have somebody who they would be working

13  with, perhaps from one of our recognized Court Reporting

14  organizations up here who could sit and be sort of a shadow

15  reporter here.

16    JUSTICE NEWBOULD:  What I -- the Reporter who's

17  doing the current trial I'm on, [indiscernible], whom you

18  know, we've got live reporting.  I have an iPad in front of

19  me that can -- I see the evidence as it's being given.  I get

20  transcripts by 5:30 that afternoon and she can set up pause

21  so that Counsel can talk amongst themselves, different groups

22  of Counsel can talk amongst themselves, and the like and you

23  may want to discuss that and sort of set up the system.  It's

24  comparable for both sides.  Because I would have thought that

25  it would be helpful if during the trial Counsel for one

1  client can communicate with the U.S. Counsel for the same

2  client knowing they're doing it by themselves.  It would be a

3  lot -- I think she can provide a whole lot more than just a

4  daily transcript that you're talking about.  So I'd encourage

5  you to just communicate with somebody on the U.S. side to see

6  what can be done in that regard.  We use it.

7              UNIDENTIFIED MALE:  I can use it for the

8  depositions in connection with the American Reporter and I

9  think that's what we've been discussing.

10              JUSTICE NEWBOULD:  Okay.

11              UNIDENTIFIED MALE:  That we'd like to do at the

12  trial.

13              UNIDENTIFIED FEMALE:  That is -- I think it was

14  more a question of whether -- I think we need your

15  permission.  So it sounds like we have it --

16              JUSTICE NEWBOULD:  Go ahead.

17              UNIDENTIFIED FEMALE:   -- for that to be arranged.

18              JUSTICE NEWBOULD:  Does that satisfy if we let the

19  parties deal with that, Judge Gross?

20              JUDGE GROSS:  Yes.

21              MR. BARRICK:  Your Honor, it's Mr. Barrick.  With

22  respect to possible settlement, we would like your permission

23  to contact Justice Morawetz on this.  One of the functions of

24  a Pre-Trial is settlement.  We've had some -- we reached out

25  to --

1    JUSTICE NEWBOULD:  Have you got Justice Morawetz's

2  permission?

3    MR. BARRICK:  No, we want your permission to ask

4  him for his permission.

5    JUSTICE NEWBOULD:  Well, I've got, speaking for

6  myself, if the parties want to talk settlement --

7    MR. ROSENTHAL:  Your Honor, we're not able to

8  hear.  I don't know who was speaking and the voice kind of

9  came through a little muffled.  I just heard something about

10  settlement.

11    THE COURT:  They want to use Justice Morawetz as a

12  mediator.

13    MR. ROSENTHAL:  Okay.  Who was it who was speaking

14  also?

15    JUSTICE NEWBOULD:  Mr. Barrick.

16    MR. ROSENTHAL:  Okay.

17    JUSTICE NEWBOULD:  The UK Pension Claimants asked

18  if I had any problem with him approaching Justice Morawetz to

19  talk about mediating some settlement.  Speaking for myself, I

20  have no problem with that.  Whether Justice Morawetz has a

21  problem with it or not, I don't know.

22    MR. BARRICK:  Do you have a problem with me

23  offline ask him directly?

24    JUSTICE NEWBOULD:  Yes, I think, I'm sure you're

25  the same, Judge Gross.  If they want to talk offline

1   settlement, why would we care?  We encourage it.

2            MR. BARRICK:  Okay.

3            THE COURT:  They can even talk to me.

4                        (Laughter)

5            JUSTICE NEWBOULD:  Okay.  Is there anything else

6   we need to talk about right now?

7            JUSTICE MORAWETZ:  I'll follow up with some of

8   just the logistics about the video linkups and some of the

9   questions that --

10           JUSTICE NEWBOULD:  Okay.

11           JUSTICE MORAWETZ:  -- any problems that have been

12  there in the past, they're being dealt with.

13           UNIDENTIFIED FEMALE:  Yes, we're working on it.

14           JUSTICE MORAWETZ:  Okay.  That's good to hear.

15           JUSTICE NEWBOULD:  Thanks, Counsel.

16           UNIDENTIFIED MALE:  Thank you.

17           JUSTICE NEWBOULD:  Thanks, Judge Gross.

18           THE COURT:  Thank you, Justice Newbould.  I think

19  we're finished with the link are we not?

20           MR. ROSENTHAL:  So, Your Honor, when you make the

21  rulings on these issues, you'll also see if you can -- if the

22  Courts can perhaps give us a calendar that we can then --

23           THE COURT:  Absolutely.

24           MR. ROSENTHAL:  -- let the witnesses know and

25  Counsel?

1    THE COURT:  I think -- I understand the need for

2   that.

3    MR. ROSENTHAL:  That would be wonderful.  Thank

4   you.

5    THE COURT:  That was kind of a fast Pre-Trial.

6    (Laughter)

7    MR. ROSENTHAL:  It certainly was.

8    THE COURT:  I'm still catching my breath.  But

9   yes, and I think I fully understand the various issues that

10  we're address.  One thing I was thinking, by the way, we

11  ought to have is a timekeeper, somebody who, you know, the

12  parties agree would be --

13    MR. ROSENTHAL:  I can do that.

14    (Laughter)

15    THE COURT:  I could too, but then I wouldn't be

16  able to listen to you.  So I think it might be helpful to

17  have a timekeeper who the parties would agree is kind of

18  keeping the official time, maybe a retired NHL scorekeeper or

19  whatever.

20    (Laughter)

21    UNIDENTIFIED MALE:  To avoid dragging the puck.

22    THE COURT:  Yes.

23    UNIDENTIFIED FEMALE:  I'm sorry; I didn't hear

24  you.

25    UNIDENTIFIED MALE:  To avoid dragging the puck.

1          THE COURT:  That's it.

2          MR. ROSENTHAL:  Canadian term.

3          UNIDENTIFIED MALE:  We're all learning.

4          THE COURT:  Mr. Bromley?

5          MR. BROMLEY:  Your Honor, this seems like as good

6  a time as any to ask this, but and if you'll pardon the

7  formality of it.

8          THE COURT:  Fine.

9          MR. BROMLEY:  Is Justice Morawetz handling any of

10 the Nortel case anymore in Canada?

11         THE COURT:  No.  He's out of the case.

12         MR. BROMLEY:  He's completely --

13         THE COURT:  He's completely out of the case.

14         MR. BROMELY:  He's completely out of the case?

15         THE COURT:  Yes.  He apparently was given a

16 promotion, which imposes upon him far greater administrative

17 responsibilities than allow him to also deal with the trial..

18         MR. BROMLEY:  I've been looking for a similar

19 promotion but -

20                         (Laughter)

21         THE COURT:  Yes, I'm sure.  I'm sure.

22         MR. BROMLEY:  Unfortunately, none has been

23 forthcoming.

24         MR. ROSENTHAL:  It's called of Counsel.

25                         (Laughter)

1          MR. BROMLEY:  Okay.  I'm not exactly sure.  We

2    didn't hear what was being requested specifically about Mr.

3    Justice Morawetz --

4          THE COURT:  Oh.

5          MR. BROMLEY:  -- serving as a mediator, and I

6    don't know if you have any further information about it.

7          THE COURT:  That was news to me.

8          MR. BROMLEY:  So Mr. O'Connor wants to talk about

9    it because we do have a $2 billion Claim and the Bondholders

10   have a $4 billion Claim.  We need to know a little bit more

11   about that in order for us to have any point of view.

12         THE COURT:  That was the first I heard of it, Mr.

13   Bromley, so maybe Mr. O'Connor has --

14         MR. O'CONNOR:  Yes, my understanding on that, Your

15   Honor, is that we had wanted to approach Justice Morawetz

16   about serving as a mediator solely on the UKP's Claims

17   against Canada.  I don't believe it involves EMEA's Claims

18   and it certainly doesn't involve any of the allocation

19   Claims.

20         THE COURT:  Well, I suppose one parties' -- well,

21   Mr. Bromley?

22         MR. BROMLEY:  I would ask Mr. O'Connor if there's

23   going to be a formal Application made or was this the

24   entirety of the request of the Canadian Court for this

25   relief?

1       MR. O'CONNOR:  I believe that a letter was sent

2  today to the Court.  Oh, Goodman; I'm sorry.  I understand

3  that this was sent to Goodman's, a letter proposing this.  I

4  don't think any formal request has been made to the Court.  I

5  think the first time something was said about that was Mr.

6  Barrick's speaking to the Court today.

7       MR. BROMLEY:  Okay.  But my question is, is that

8  the entirety of the request and was the opportunity to object

9  terminated with the phone call being terminated?

10      THE COURT:  No, I --

11      MR. O'CONNOR:  I don't think so.  I mean, as I

12  said, I think the letter was sent to Goodman's to see if they

13  were interested in it.  I don't know that anyone else has

14  said they would like to do that.  So I can't believe that

15  that was the end of it.

16      THE COURT:  I certainly understand your concern,

17  Mr. Bromley, and perhaps, a copy of the letter should be sent

18  to the other parties in the case and they should have an

19  opportunity, obviously, to submit letters as well.

20      MR. O'CONNOR:  Well, Your Honor, the letter I was

21  talking about was to the Canadian's Counsel to see whether

22  they wanted to participate.  Obviously, if a request has to

23  be made to the Courts to have Justice Morawetz appointed, or

24  whatever the term would be, then I would understand that a

25  party in interest could have a right to object or state their

1   piece.

2             MR. BROMLEY:  Well, I just want to -- I mean we

3   don't have --

4             THE COURT:  I'm having trouble digesting it at the

5   moment myself.

6             MR. BROMLEY:  Yes.  So I think that, at least from

7   my perspective for the U.S. Debtors, we would make an

8   official request to both the Monitor's Counsel, who's sitting

9   here in the Courtroom --

10            THE COURT:  Yes.

11            MR. BROMLEY:  -- and to Mr. O'Connor that we be

12  included on the communications whether written or oral on

13  this issue and that if a formal request has been made, that

14  we be given that formal request.  We reserve our rights.  We

15  want to be heard on this once we have the opportunity to

16  consider it.  While we certainly had a constructive

17  relationship with Justice Morawetz over a five-year period, I

18  think we all need to sit somewhere other than at the podium

19  in a Courtroom and decide how we feel about this.

20            THE COURT:  I agree.

21            MR. BROMLEY:  And as substantial Claim holders in

22  the Canadian Estate, we're not happy about not being provided

23  the opportunity to appear on equal footing.  Too often in

24  these proceedings, frankly, Your Honor, we, as the U.S.

25  Debtors and I believe as the Bondholders, and even today

1  being referred to as the U.S. Bondholders, the guarantee

2  came out of the U.S., the money went to Canada.  Too often,

3  we're not part of that exercise.  We are, indeed today, the

4  only allowed Claim against the Canadian Debtors for $2

5  billion.  There's not a single other allowed Claim in the

6  Canadian Estates.  So we really want to make sure that we're

7  part of this process and that, frankly, due process is

8  afforded to us just like I think everyone else would expect

9  that it be afforded to them.  So right now, we don't take a

10  position.  If the answer is we need to take a position right

11  now, I would say we object, and until we have all of the

12  information, including the parameters of when it's going to

13  take place and what impact it might have on the trial

14  schedule, we reserve all our rights.

15          THE COURT:  I understand, Mr. Bromley.  Yes, Mr.

16  O'Connor?

17          MR. O'CONNOR:  Your Honor, I would say that I'm

18  not prepared at this point to say that any correspondence

19  between, for example, us and the Monitor's Counsel about

20  whether the Monitor would be interested in trying to mediate

21  that is something that Mr. Bromley should get.  I certainly

22  understand if any communications go to the Court, for

23  purposes of proposing that this occur or having Justice

24  Morawetz appointed to do it, they should certainly see that

25  and have an opportunity to object to that.  Frankly, I'm not

1  quite sure what the issue would be if the Canadian Monitor

2  and the UKP decided they wanted to try to mediate just the

3  Canadian Claim why Mr. Bromley would necessarily have the

4  right to have an interest in that.  But we're not there at

5  this point and I can certainly say that if we are going to do

6  that and there's going to be a request made to the Court,

7  we're happy to let Mr. Bromley have whatever the request is

8  and let him have an opportunity to comment or object to it.

9           MR. BROMLEY:  And just to be clear, Your Honor.

10 I'm concerned that what happened in the last 15 seconds of

11 that phone call was the request and the granting of the

12 relief.

13           THE COURT:  Yes.

14           MR. BROMLEY:  Right?  That's my concern.

15           THE COURT:  I hear you.

16           MR. BROMLEY:  And I didn't know there was a

17 letter.  Now that I know there's a letter, I'm making a

18 formal request for said letter.

19           THE COURT:  Yes.

20           MR. BROMLEY:  And as a $2 billion Creditor in

21 Canada, I think I have the standing to request that, and I

22 make it both of Mr. O'Connor and of the Monitor's Counsel.

23 This is not the way that we should be dealing with this with

24 two months to trial; that major portions of this case are

25 going to be dealt with, with 15 seconds on a phone call when

1   it's very clear Justice Newbould has something else to do.

2   That is not the way this is supposed to happen.  Now, if I'm

3   overreacting, then fine, and I apologize.  But let's get the

4   facts out.  There was a request made on the record today.  We

5   couldn't even hear the request.  If that was the request, I

6   want to have an opportunity to consider it and object to it.

7            THE COURT:  Well, I too, and trying to consider

8   the ramifications of the request and -- yes, Mr. O'Connor?

9            MR. O'CONNOR:  Your Honor, and again, I cannot --

10  I heard it for the first time here too, the request being

11  made.  I have no idea at this point whether anyone thinks

12  that -- I don't believe that anyone granted the request at

13  this point, but I would just come back to the point about Mr.

14  Bromley saying he's entitled to a letter between us and the

15  Canadian Monitor in the form of essentially settlement

16  discussions about our Canadian Claims.  I don't think he's

17  entitled to that.  I do think he's entitled to anything that

18  would be going to the Courts seeking to have Mr. Justice

19  Morawetz appointed to do this, and again, I stand here and

20  commit that if anything like that occurs, that we will

21  provide Mr. Bromley with them.

22            THE COURT:  Mr. Hodara, good afternoon.

23            MR. HODARA:  Thank you, Your Honor.  For the

24  Creditor's Committee.  So because I'm merely going to echo

25  Mr. Bromley, I don't want to take more of the Court's time

1   than that, but I want to be clear that on behalf of the U.S.

2   Creditor interests, we totally agree with the statements that

3   Mr. Bromley has made and would ask to be included in any

4   Court communications that are made by those parties.

5           THE COURT:  Very well.  Thank you.

6           MR. HODARA:  Thank you, Your Honor.

7           THE COURT:  Thank you, Mr. Hodara.

8           THE COURT:  Good afternoon.

9           MR. GUYDER:  Good afternoon, Your Honor, Dan

10  Guyder, of Allen Overy --

11          THE COURT:  Yes, sir.

12          MR. GUYDER:  -- on behalf of the Monitor.  I have

13  not -- or we have not seen the letter that was referenced at

14  the tail end of the hearing, and so obviously, we'll need to

15  follow up with our client, discuss the ramifications of that,

16  and while I understand the concerns of the Committee and Mr.

17  Bromley, you know, simply have to reserve our rights with

18  respect to the suggestions of Mr. Bromley and the Committee

19  in terms of their right to participate and we'll just leave

20  it at that for now.

21          THE COURT:  All right.

22          MR. GUYDER:  Thank you, Your Honor.

23          MR. LEBLANC:  If I could just -- just from here?

24          THE COURT:  Mr. LeBlanc, yes.

25          MR. LEBLANC:  Yes, Your Honor.  We have the same

1  interests and probably as directly as Mr. Bromley does.  So

2  we would reserve all of our rights as well.

3          THE COURT:  All right.

4          MR. O'CONNOR:  Your Honor, one final point.  It

5  occurs to me that our Canadian colleagues are no longer on

6  the line, and since I think there is an issue here about

7  standing of the U.S. Debtors to have any involvement in a

8  mediation of a Canadian Claims-only proceeding, that if we

9  are going to discuss this further, we ought to do it at a

10  point in time when the Canadians have the ability to respond

11  as well.

12          MR. BROMLEY:  As we're sitting here, Your Honor, I

13  received two emails from colleagues who were sitting in the

14  Chambers.

15          THE COURT:  Yes.

16          MR. BROMLEY:  And apparently, Justice Morawetz has

17  already said that he's available to meet later this -- I

18  think either this week or next week and they're already

19  scheduling things so I would make a request, Your Honor, that

20  a judicial communication take place to find out what's going

21  on.

22          THE COURT:  Yes.

23          MR. BROMLEY:  And so that we would have the

24  opportunity to be heard on this.  In terms of whether or not

25  we have standing, we have just spent an hour and a half

1    talking about the construct for a trial which is clogged up

2    with ridiculous Claims on substantive consolidation, which

3    have no basis in law or fact, and we've not said anything

4    other than we'll get to it.  Well, the fact is, Your Honor,

5    there's not a single legal basis for that construct and they

6    want one-quarter of the trial time to deal with it.  There's

7    not a single legal basis.  Right?  And, Your Honor, if I had

8    said to you right now as we were hanging up, could you please

9    appoint Judge Shannon as the mediator to resolve the

10   allocation settlement; thanks, click, good-bye, I think there

11   would be rockets going off in Toronto.

12           THE COURT:  Well, it's even worse than that

13   actually.  It would be as if I withdrew my role in a case and

14   then took -- and ended it, you know, so --

15                          (Laughter)

16           THE COURT:  That would be more accurate.

17           MR. BROMLEY:  We would be more than happy to have

18   you as a mediator, Your Honor.

19           THE COURT:  Well, I see the ramifications and I

20   understand the concerns and it's a little troubling that it

21   happened so informally, if you will, during a formal hearing.

22           MR. BROMLEY:  That is our main issue, Your Honor.

23           THE COURT:  Yes.

24           MR. BROMLEY:  And there's been an enormous amount

25   of effort.  The fees that have been generated by pursuing

1    these figments down rabbit holes are in the tens of millions

2    of dollars and the idea that we're sitting here today not

3    able to talk about that substance, but have these issues

4    being addressed in the snap of a finger is just very

5    surprising.

6              THE COURT:  Yes.

7              MR. BROMELY:  And in the past couple of months, I

8    mean just the past six weeks, we've lost Justice Morawetz

9    with the snap of a finger without any anticipation.  We heard

10   today, on the record, that Justice Newbould was listening in

11   in January, which says to me that something was up as long as

12   two months ago, and then this happening with the snap of a

13   finger in the last 10 seconds when we couldn't even hear what

14   was being said.  It's just very disturbing, Your Honor.

15             THE COURT:  I understand.

16             MR. O'CONNOR:  Your Honor, I'm not going to

17   comment on Mr. Bromley's glib characterizations of our Claims

18   as ridiculous or anything else.  I think he quite well knows

19   that to call the pro-rata distribution methodology

20   substantive consolidation is completely inaccurate.  Put that

21   aside.  One more time, I don't understand what any of this

22   has got to do with whether we sat down and tried to settle

23   our Claims on the UKP in Canada alone.  What he's got to do

24   with that escapes me completely.

25             THE COURT:  Well, it makes one concerned about

1   allocation.

2          MR. O'CONNOR:  I don't see how it relates to

3   allocation.

4          THE COURT:  Well, I'm not going to spell it out,

5   but it certainly raises a question about the impact of Claims

6   issues, on allocation when a former Judge in the case and the

7   President Judge in the case may be having communications.

8   That's of concern to the Court.

9          MR. O'CONNOR:  Well -- oh, I'm not talking, Your

10  Honor, about the point about whether there's communications

11  and I don't know where that is coming from.  All I was

12  suggesting is that I don't really see how Mr. Bromley is

13  entitled to say that he's got some standing to participate in

14  a mediation if it's related only to our claims against the

15  Canadians and not to any allocation theory.

16         THE COURT:  Well, I would say this.  As long as

17  the Canadian Monitor and the CCC are involved in my Court, I

18  think these parties have a right to be involved in the

19  Canadian Court.

20         MR. O'CONNOR:  Well, Your Honor, that's why I say

21  I think it would make sense to have the Canadians on line for

22  this discussion because I'm not sure, with all due respect,

23  they would share the same view.

24         THE COURT:  I think the parties ought to have some

25  discussions about this because it was a surprising turn of

1  events and it was not handled particularly adroitly.  All

2  right?  And it was part of this formal hearing, this formal

3  joint hearing, where it was brought up.  It was not brought

4  up in the Canadian case alone.  It was brought up during our

5  joint hearing.

6            MR. O'CONNOR:  No, I agree, Your Honor.  All I'm

7  suggesting was that it was unfortunate that it had to end

8  when it did.

9            THE COURT:  Yes.

10            MR. O'CONNOR:  I'm just saying that if we have a

11  continuing discussion on this, I think we should have it with

12  the benefit of the Canadians on as well.

13            THE COURT:  Understood.

14            MR. O'CONNOR:  Thank you.

15            THE COURT:  All right.  Now, Ms. Melnik, did you

16  have something that you wanted to say?  I'll give you an

17  opportunity.  Good afternoon to you.

18            MR. MELNIK:  Good afternoon.  Thank you, Your

19  Honor.

20            THE COURT:  Of course.

21            MS. MELNIK:  Selinda Melnik, for the Canadian

22  Creditor's Committee.  I would just like to echo the concerns

23  about Judge Bromley's determinations --

24                      (laughter)

25            MS. MELNIK:  -- about what -- what the theories

1    are and also whether or not they're legally justifiable and

2    just to express the hope that that question remains open for

3    the trial.

4              THE COURT:  Of course.

5              MS. MELNIK:  Thank you.

6              MR. ABBOTT:  The weather report said there might

7    be some thunderstorms today, Your Honor.  I guess we've just

8    seen the first of them.

9              THE COURT:  I think we had them, didn't we?

10             MR. ABBOTT:  Your Honor, I think that concludes --

11             THE COURT:  I feel struck by lightning so far.

12   That concludes the first portion.

13             MR. ABBOTT:  I think it concludes the Pre-Trial

14   Conference, Your Honor.

15             THE COURT:  Yes.

16             MR. ABBOTT:  And I guess we now move on to the

17   Chapter 15 matter and so I'll get out of the folks' way.

18             THE COURT:  All right.  Thank you.  Ms. Murphy,

19   good afternoon.

20             MS. MURPHY:  Good afternoon, Your Honor, Kathleen

21   Murphy, of Buchanan Ingersoll & Rooney, on --

22             THE COURT:  Take your time if you need to get

23   settled.

24             MS. MURPHY:  -- on behalf of the Monitor.  As the

25   Court is aware, this is the Status Conference that the Court

1   has ordered on the lead Claimant's renewed Motion to Modify

2   the Recognition Order to Pursue Securities Litigation in a

3   Different Jurisdiction.  At this point in time, I'm going to

4   cede the podium to Mr. Guyder unless the Court has a

5   different --

6          THE COURT:  That's perfectly fine, Ms. Murphy.

7   Thank you.  Mr. Guyder, good afternoon again.

8          MR. GUYDER:  Good afternoon again, Your Honor.  As

9   Ms. Murphy indicated, today's Status Conference I think was

10  scheduled at the request of the Monitor based on our

11  preliminary response filed with respect to the Motion for

12  Modification of the Recognition Order, and we filed that,

13  Your Honor, to try to short-circuit some of the process here,

14  reduce the cost and effort, particularly in light of

15  everything that's been discussed today and all the other

16  things that are sprawling around this issue beyond the

17  Chapter 15 case.  As we noted in our Preliminary Statement,

18  this Court, and the District Court, for that matter, have

19  already ruled with respect to the Application of principles

20  of comity and the need and the bedrock principle for

21  coordination between the Courts.  And it was on that basis

22  that the Court denied this request for relief in the first

23  instance, albeit without prejudice to the right of the

24  Plaintiffs to come back should the circumstances drastically

25  change.  Now, Mr. Etkin, on behalf of his clients, has

1  indicated that we've reached that point where there has been

2  a drastic change in the circumstances and while some of the

3  factors that were considered by the Court at the time of the

4  original request, undoubtedly have been resolved.  As the

5  Court is well aware, we are now facing the prospect of having

6  this freight train in the form of a trial come down on all

7  the parties, including the Courts here in the United States,

8  as well as Canada.  And so if we go back to the renewed

9  Motion, Mr. Etkin doesn't raise any new arguments or facts

10 other than, you know, reciting the fact that some of the

11 transactional matters have been resolved.  The legal

12 arguments are still the same.  They're the same arguments

13 that were unpersuasive to the Court at the original request

14 and I think --

15              MR. ETKIN:  Your Honor, I hate to interrupt, but

16 is this a Status Conference or is this argument on the

17 matter?

18              THE COURT:  I thought this was a Status Conference

19 but --

20              MR. ETKIN:  I thought so too, Your Honor.  I'm not

21 hearing a Status Conference.

22              MR. GUYDER:  Well, it's a Status Conference in the

23 sense, Your Honor, that we've asked, or at least framed our

24 request in our Preliminary Statement, as a request for a

25 Status Conference today to discuss the sole issue of whether

1    or not Mr. Etkin should be directed to Canada to first seek

2    relief that he has described in his Motion, and we're

3    prepared to proceed on that basis, Your Honor.  If the Court

4    is not inclined to grant that request today, then we will

5    address each of the issues raised by Mr. Etkin, albeit, do it

6    again, with respect to the normal schedule for responding to

7    the Motion.

8              THE COURT:  Well, generally, for a Status

9    Conference, I don't do a lot of preparation.  So I don't come

10   to this, you know, fully prepared to discuss the merits or

11   even slightly prepared to discuss the merits.  A Status

12   Conference to me is are the parties having discussions, you

13   know, is there a briefing schedule, have the papers been

14   fully briefed, you know, that sort of thing.

15             MR. GUYDER:  Yes.

16             THE COURT:  And sometimes parties give me a little

17   bit of background about the issues, but I think you're going

18   a little beyond a Status Conference type of presentation.

19             MR. GUYDER:  Well, we're not asking for new relief

20   here, Your Honor.  All of the issues have been briefed,

21   frankly, by the parties and the sole issue here is whether or

22   not the Plaintiffs should be directed to Canada to seek the

23   relief that they're looking for, albeit in their renewed

24   Motion filed in this Court.  This Court previously ruled that

25   comity and coordination pertaining to the Courts requires

1   that, and the District Court affirmed that and here we are

2   again facing this request by the Plaintiffs for relief from

3   the Recognition Order in circumstances where the Court's

4   already determine that they ought to go to Canada first.    And

5   so what we're trying to do is avoid the delay and the expense

6   of having to respond, in kind, to all the arguments and

7   positions laid out in Mr. Etkin's papers and get to, I think,

8   the more practical resolution of this, which is giving effect

9   to the Court's prior rulings and directing Mr. Etkin to

10  Canada.

11          THE COURT:  So your status is that the matter has

12  been briefed and its ripe for my decision.    Is basically that

13  right, Mr. Guyder?

14          MR. GUYDER:  I think, effectively, that's right,

15  Your Honor.    However, as we indicated in our request for this

16  Status Conference, we think it can be disposed of on the sole

17  issue of whether or not the Court's prior rulings are

18  dispositive of where Mr. Etkin must go to seek the relief

19  he's looking for.

20          THE COURT:  Okay.

21          MR. GUYDER:  If you're not inclined to grant that

22  relief that we requested in our preliminary response, we're

23  prepared to go down the path of briefing this again and

24  providing whatever supplemental Declarations are necessary

25  and having a hearing on the merits.    But we don't think

1  that's necessary in light of what's happened so far with

2  respect to this issue and what's happening in the broader

3  case with respect to the litigation and whether or not there,

4  in fact, have been changed circumstances that would warrant

5  the relief that Mr. Etkin is looking for today.

6        THE COURT:  All right.  All right.  Thank you.  I

7  understand where you're coming from.

8        MR. GUYDER:  Thank you, Your Honor.

9        THE COURT:  Mr. Etkin?

10       MR. ETKIN:  Good afternoon, Your Honor.

11       THE COURT:  Good afternoon.  Good to see you.

12       MR. ETKIN:  Good to see you as always, Your Honor.

13  Trying to get back to the Status Conference, but touching

14  upon what I think is the primary issue that Mr. Guyder

15  raises.  We have a very different view.  We don't believe

16  that this Court held that we must go to Canada to seek relief

17  under Section 1522 of Chapter 15.  If that were the case,

18  Your Honor, 1522 wouldn't exist.  There wouldn't be a

19  provision of Chapter 15 which would allow for modification of

20  Recognition Orders.

21       Let's take a step back for one second, Your Honor.

22  If the Court, in the CCAA proceeding, had entered an Order

23  issuing an injunction in favor of not only the Debtor but the

24  Debtor's current and former Officers and Directors and it

25  stopped there, we would not be here.  We would have been

1  litigating this case over the last four years since we were

2  last before Your Honor for oral argument --

3            THE COURT:  Yes.

4            MR. ELKIN:  -- on our initial Motion.  The only

5  basis upon which a U.S. litigation, U.S. securities

6  litigation, brought on behalf of a punitive class of

7  purchasers of stock on U.S. exchanges could be stayed is

8  through the Recognition Order that this Court issued early on

9  in the case.  Without that Order, there would be no stay of

10  the securities litigation.  We would have been proceeding,

11  and hopefully far along, maybe even have settled the case by

12  now.  Who knows?  But it is the proceeding before this

13  Court --

14            THE COURT:  Yes.

15            MR. ETKIN:  -- that creates the injunctive relief

16  that shuts down the securities litigation and has shut down

17  the securities litigation for close to five years.  So that's

18  number one.

19            Number two, I have the transcript, Your Honor, and

20  although the Court did suggest in its rulings, which starts

21  at page 36 and moves on to page 38, and I think we attached a

22  copy of the transcript to our papers.

23            THE COURT:  Yes, you did.

24            MR. ETKIN:  But I know that Your Honor has enough

25  on his plate.  Although the Court suggested and made comment

1  that perhaps the Canadian Court is the better Court to go and

2  seek this relief, and bear in mind, Your Honor, we asked also

3  at the time of that initial Motion, we asked for relief in

4  order to serve a subpoena.

5          THE COURT:  That's right.

6          MR. ETKIN:  A preservation subpoena.

7          THE COURT:  That's right.

8          MR. ETKIN:  And the Court was rather explicit in

9  its language as to where you thought we needed to go in

10  connection with serving the subpoena on a Canadian entity.

11  We understood that.  That was clear.  I don't believe this

12  Court determined that we were in the wrong Court for the

13  relief that we requested under 1522 of Chapter 15.  I don't

14  think that an issue was ever raised, and has not been raised

15  yet to my knowledge, that there is some jurisdictional issue

16  with respect to the filing of our Motion under Section 1522.

17  And as a practical matter, Your Honor, I don't think that

18  this Court would have ruled, without prejudice, to our right

19  to come back if things drastically changed, and in our view,

20  things have drastically changed over the four-year period

21  since we were last before Your Honor.  But that's the merits.

22  I'm not going to get into that.  We addressed that in our

23  papers.

24          THE COURT:  Right.

25          MR. ETKIN:  Why would this Court deny our Motion

1   without prejudice to come back only to tell us, oh, you're

2   back?

3              THE COURT:  Right.

4              MR. ETKIN:  You need to go to Canada.  You don't

5   belong before me.  So as a practical and as a legal matter,

6   Your Honor, it really does not make sense.  This is the right

7   church; the right pew.  We're in the right place in terms of

8   the Motion that we made under 1522.  Mr. Guyder may not agree

9   with it, and it's obvious he doesn't, and the Court may not

10  agree either, but we're in the right place.

11             And as a matter of status, Your Honor, a couple of

12  other things should be brought to your attention, and Mr.

13  Guyder was with me at a Conference set by Judge Scheindlin

14  who has this case and is wondering what's been going on for

15  the past five years since it was filed in front of him.

16             THE COURT:  Tell them to give me a call.

17             MR. ETKIN:  No.  You have enough Judges from other

18  jurisdictions to talk to Your Honor.  I don't think you want

19  to have that conversation quite yet.  But, obviously, she

20  doesn't fully appreciate why this case is stuck in the mud.

21  We explained that to her.  And I represented during that

22  Status Conference that we would re-file the Motion because

23  she -- something that this Court can appreciate, she, you

24  know, has a problem with this matter sitting on her docket

25  with a five-year old docket number.

1          THE COURT:  Right.

2          MR. ETKIN:  Somebody from another place looks at

3  that stuff and is not happy to see that and she doesn't want

4  to get into explanations.  She wants us to dismiss the case

5  without prejudice.  Now, Your Honor, that's fret with all

6  kinds of problems, statute of limitations included with

7  respect to class action securities litigation.

8          THE COURT:  Sure.  Sure.

9          MR. ETKIN:  So we represented that we would re-

10 file the Motion the next week and that's what we did.  Your

11 Honor, again, as a matter of status, and it was one of the

12 questions that the Court raised when Mr. Guyder was at the

13 podium, what's been discussed in terms of a potential

14 resolution.  We didn't file that Motion without attempting to

15 have some discussions with Mr. Guyder's partner, Mr. Coleman,

16 about some kind of middle ground to resolve this and to at

17 least get this litigation kick-started because this is

18 getting stale and the only people that are being prejudiced

19 are a class of investors in this company who, as the Court

20 would note, were not represented at any of the tables in the

21 prior conference because equity holders are out of the money

22 with respect to the CCAA proceeding.  So they don't have a

23 seat at the table.  This is their only opportunity for a

24 recovery in this case.  And as a practical matter, there is

25 insurance available.  I don't know exactly how much.  We

1    haven't gotten --

2            THE COURT:  Yes.

3            MR. ETKIN:  -- that far.  And I'd be happy to

4    share with the Court, because we kind of made the argument

5    previously, because it's just the logic just jumps out at

6    you, that we haven't even filed a Consolidated Amended

7    Complaint yet.  Now, that doesn't require anybody to do

8    anything.  Under the PSLRA, discovery is stayed until a

9    Motion to Dismiss is decided.  I'm fairly sure that a Motion

10   to Dismiss will be filed.  There'll be a briefing schedule

11   and Judge Scheindlin will finally have something to do in

12   this case, which would be decide Motions to Dismiss.  Now,

13   that could happen.  We propose that.  It doesn't work.

14           Frankly, Your Honor, you know, and I apologize.

15   You know, I don't want to get into argument.  I don't know

16   why the Monitor really cares so much about this case anymore,

17   but apparently they do.  You know, sometimes you say no

18   because you can.  But, you know, we propose to do something

19   like that and then once the Motion to Dismiss was decided,

20   which would likely be well after this trial is completed, we

21   could revisit the issue.  Now, you know, even Mr. Coleman

22   said in the transcript of the initial hearing, well, the

23   litigation can't get stayed forever.  Well, it's starting to

24   feel like forever, Your Honor, and getting back to the

25   threshold question, we believe it's time to revisit the

1    issue.  We believe that a lot has happened, significant

2    things have happened.  Yes, there's an allocation trial

3    coming up but the scope and the breadth of that trial, which

4    is obvious to anybody who just spent the last hour and a half

5    in your Courtroom, does not perforce mean that allowing this

6    case to go forward is going to somehow disrupt and throw that

7    off course.  We wouldn't even be a fly on the wall.  There's

8    a more colorful expression for it, Your Honor, but I'll spare

9    the record that one.  But that's an issue for you to decide

10   on the merits.  But are we in the right place?  We're in the

11   right place.  Would Your Honor have invited us to come back

12   if things drastically changed if we weren't in the right

13   place?  I don't' think so.  Would 1522 essentially be

14   neutralized if a litigant who was impacted by a Recognition

15   Order staying litigation in the United States had to, as a

16   matter of law, go to the foreign main proceeding, to that

17   jurisdiction to seek relief, whether it be in Japan, or I

18   know it's a much shorter flight to Toronto, but you know,

19   that's unnecessary.  That is not what Chapter 15 anticipates.

20   We might not have gotten there as far as the Court is

21   concerned, but as a threshold matter, we're entitled to bring

22   this back to the Court's attention and have this issue

23   addressed.

24              THE COURT:  Thank you.  Thank you, Mr. Etkin.

25              MR. ETKIN:  Thank you, Your Honor.

1          THE COURT:  Yes?

2          MR. GUYDER:  All right, Your Honor, Dan Guyder,

3   from Allen & Overy.  Just a couple of points there, Your

4   Honor.  First, just to remind the Court that at the time that

5   you expressed concern about whether or not Mr. Etkin was in

6   the right Court, it was not limited to his request for a

7   subpoena.  The concern at that time was the fact that his

8   clients had filed Claims in Canada against the Directors and

9   Officers and against the Canadian Estates and that there's

10  effectively overlap between those Claims and that the Court

11  was, I think, from the transcript, concerned that by allowing

12  this sort of relief, the Court would find itself out ahead of

13  the Canadian Court and raise the specter of duplication of

14  efforts between litigation that would ensue in the Southern

15  District of New York versus the orderly claims resolution

16  process that's underway in Canada.  And to that end, I think

17  it's worth noting, Your Honor, that there's a claims

18  resolution procedure that was approved in Canada that this

19  Court has given effect to here in the United States, and for

20  all intents and purposes, the Plaintiffs have complied with

21  that.  They've submitted to the jurisdiction of the Court and

22  Canada for purposes of resolving those Claims.  And so I

23  don't think the concern raised was simply limited to the

24  discovery subpoena, and therefore, is no longer relevant for

25  purposes of the discussion.  We disagree with Mr. Etkin that

1   he's presently in the right Court for purposes of seeking

2   relief from the Recognition Order.   And on that point, it's

3   worth noting, Your Honor, that this is not so extraordinary

4   as it's been characterized by Mr. Etkin.   Under the CCAA

5   process, in addition to the usual administration of the

6   Debtor through the CCAA, there is always a call for claims

7   with respect to the Directors and Officers and that's what's

8   happened here.   And so it is a natural part of the CCAA

9   process that there is, in effect, a staying of the actions

10   against the Directors and Officers and so it's not but/for

11   the Court's entry of the Recognition Order here that Mr.

12   Etkin is stayed, it's a natural byproduct of the CCAA

13   process, which this Court considered and already recognized

14   when it entered the Recognition Order in the first place.

15          And so, in that sense, Your Honor, I think he's

16   overstating how extraordinary it is given the context of this

17   case being Chapter 15 along with the CCAA.

18          THE COURT:   Well, a Motion has been filed before

19   me.   The party that files that Motion is entitled to at least

20   have the Court address it and I leave it to you if you want

21   to file opposing papers or not, and if so, I would certainly

22   read those papers as well and then decide the issue at that

23   point.   Doesn't that seem to make sense?   I mean the Motion

24   has not yet been joined, if you will, and I think it ought to

25   be.

1          MR. GUYDER:  Okay.  Understood, Your Honor.  I

2    mean in terms of, you know, how we got here today, we

3    obviously filed a request for the Status Conference, which we

4    appreciate the Court granting.  We understand, of course, the

5    Court retains the power to decide the scope of its

6    Recognition Order.

7          THE COURT:  Sure.  And that's why I've been asked

8    to do that.

9          MR. GUYDER:  Right.  And --

10         THE COURT:  I had denied it without prejudice in

11   the past, which means a party is certainly entitled to come

12   back if they perceive that events or time or whatever has

13   changed and I would look at it fresh.

14         MR. GUYDER:  Right.  And we had framed our request

15   as a request to consider the sole issue of whether or not,

16   you know, obviously, based on the discussion, the Court is

17   not inclined to grant that relief today.

18         THE COURT:  No.  No, I'm inclined to say I want to

19   decide the Motion and I want to give you an opportunity to

20   respond.  All right?

21         MR. GUYDER:  Thank you, Your Honor.

22         THE COURT:  So does that make sense to you, Mr.

23   Etkin?  I think I've got to be able to decide the Motion.

24         MR. ETKIN:  Your Honor, that's why we filed it.

25         THE COURT:  Yes.

1      MR. ETKIN:  And to the extent that Mr. Guyder

2  wants to discuss a schedule other than what was sent out in

3  our initial papers, that would also comport, you know, with

4  the Court's schedule and hearings on Chapter 15, your

5  availability, we would be happy to discuss that so that the

6  matter is fully briefed and we have the opportunity to come

7  in and argue the Motion and leave it to the Court to rule.

8      THE COURT:  Very well.  That's what we'll do.  How

9  much time do you need to respond?  Are you discussing that

10  with Mr. Etkin?  Is that it?

11      MR. GUYDER:  I'm happy to take up that discussion

12  with Mr. Etkin, Your Honor.

13      THE COURT:  All right.  Very well.  If there's a

14  problem, then reach out to me.

15      MR. ETKIN:  I can't imagine that there would be a

16  problem.

17      THE COURT:  I hope not.

18      MR. ETKIN:  And I don't think we'll have problems

19  with the length of the Briefs or anything like that.

20      THE COURT:  Okay.  Very well.  Or the time.

21      MR. ETKIN:  Or the time.

22      THE COURT:  I'll have the time.  I'm telling it.

23  All right, Counsel.  Thank you.

24      MR. ETKIN:  Thank you, Your Honor.

25      MR. GUYDER:  Thank you, Your Honor.

1        THE COURT:  Thank you, and I certainly understand

2   and it was an interesting Status Conference.  Ms. Murphy?

3        MS. MURPHY:  I was just going to say, Your Honor,

4   that concludes the items on the Agenda for this allocation

5   portion.

6        THE COURT:  Thank you.  Thank you so much.  All

7   right.  With that, we will stand in recess and good day to

8   everyone.

9        MR. ETKIN:  Good day, Your Honor.

10

11      (Whereupon, at 2:56 p.m., the hearing was adjourned

12

13                      CERTIFICATION

14      I   certify   that   the   foregoing   is   a   correct

15   transcript   from   the   electronic   sound   recording   of   the

16   proceedings in the above-entitled matter.

17
18
19   _____        14 March 2014
20   Tammy Kelly, Transcriber                    Date
21   Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

abbott(11) 1:26 7:12 7:13 7:21 7:25 8:3 8:5 77:6 77:10 77:13 77:16

ability(3) 30:22 53:19 72:10

able(10) 10:4 18:1 37:4 44:3 56:5 57:12 61:7 63:16 74:3 91:23

about(54) 9:10 12:16 17:1 17:2 29:25 30:16 30:21 30:23 32:10 32:16 37:7 41:8 41:14 52:25 53:17 53:19 54:14 56:4 58:12 59:4 59:8 59:10 59:11 60:4 61:9 61:19 62:6 62:8 65:2 65:6 65:8 65:11 65:16 66:5 66:21 67:19 67:22 68:19 70:13 70:16 72:6 73:1 74:3 74:25 75:5 75:10 75:25 76:23 76:25 80:17 86:16 87:16 89:5

above-entitled(1) 93:16

absolute(1) 39:6

absolutely(5) 30:19 34:22 35:13 52:19 62:23

absorb(3) 30:22 30:22 42:2

acceptable(1) 10:4 10:18

accommodate(1) 10:18

accordingly(2) 7:20 37:9

accurate(1) 73:16

achieve(2) 30:18 47:24

acknowledge(1) 23:4

acknowledgment(1) 44:6

across(1) 38:23

action(1) 8:5

actions(1) 90:9

actively(1) 26:24

actually(7) 10:3 14:20 19:11 20:12 25:2 28:14 73:13

adam(1) 5:37

add(2) 26:4 36:20

adding(1) 26:2

addition(1) 90:5

additional(1) 27:16

address(5) 12:12 12:17 63:10 80:5 90:20

addressed(9) 1:10 3:3 12:6 12:24 39:10 74:4 84:22 88:23

addresses(1) 10:8

adjoined(1) 30:8

adjourned(1) 93:11

adjusted(1) 51:7

adjustments(1) 31:10

administered(1) 1:6

administration(1) 90:5

administrative(2) 30:5 64:16

administratively(1) 30:9

administrator(1) 5:10

administrators(2) 2:21 5:46

adopt(1) 24:15

adopts(1) 23:4

adroitly(1) 76:1

advance(7) 15:9 16:2 22:16 23:9 26:17 28:1 31:12

advanced(1) 17:16

advancement(1) 16:14

advancing(1) 15:5

advani(1) 3:35

advantage(3) 35:4 46:17 46:19

adversaries(1) 33:22

adversary(1) 24:8

adverse(3) 15:7 21:7 22:5

adversity(1) 15:12

advocate(6) 16:19 22:18 33:23 34:21

advocated(1) 20:4

advocates(1) 19:24

advocating(7) 19:16 19:10 19:19 22:6 24:7 24:10 40:7

affidavit(9) 15:21 31:14 35:12 36:9 36:11 46:11 32:22 32:23 38:10 39:6 40:13 41:15 17:25 25:8 30:12 45:23 55:17 56:16 56:20 56:22 56:23

affirmative(2) 17:16 43:2

affirmed(1) 81:1

afford(1) 52:5

afforded(2) 68:8 68:9

after(4) 7:23 12:18 12:24 87:20

afternoon(18) 7:11 7:13 7:14 8:6 8:8 18:16 59:20 70:22 71:8 71:9 76:17 76:18 77:19 77:20 78:7 78:8 82:10 82:11

again(11) 10:4 11:11 34:4 70:9 70:19 78:7 78:8 80:6 81:2 81:23 86:11

against(14) 19:25 26:19 26:20 33:23 48:3 48:3 48:10 48:12 65:17 68:4 75:14 89:8 89:9 90:10

agenda(1) 93:4

ago(2) 28:19 74:12

agree(16) 22:2 22:16 32:4 32:6 32:8 32:20 38:18 39:21 40:2 63:12 63:17 67:20 71:2 76:6 85:8 85:10

agreed(15) 8:16 8:19 8:21 9:6 10:1 20:9 37:23 44:9

agreed-upon(1) 8:22

agree(2) 24:12 56:14

agreement(3) 10:4 37:17 47:9

aimed(2) 25:25 27:1

akin(2) 2:12 4:36

albeit(3) 78:23 80:5 80:23

alberto(1) 3:28

all(70) 7:10 7:20 8:2 8:10 10:25 12:18 13:3 17:3 18:11 21:9 24:12 25:10 29:20 36:10 36:16 31:4 33:16 35:8 35:11 35:24 36:10 36:19 37:4 37:5 38:6 58:22 41:9 46:24 47:2 47:4 47:5 47:8 49:17 50:13 51:15 52:12 52:23 53:13 54:7 56:12 57:8 58:6 58:22 64:3 67:18 68:11 68:14 71:21 72:22 73:1 75:22 76:1 76:6 76:15 77:18 78:15 79:6 80:20 81:6 82:2 82:6 86:5 89:2 89:20 91:10 92:13 92:23 93:8

allen(4) 4:6 4:30 71:10 89:3

allocate(6) 10:14 16:12 37:25 38:20 38:21 44:13

allocated(1) 17:3

allocating(1) 20:5

allocation(64) 10:23 10:24 11:3 11:4 11:16 11:22 12:10 13:8 13:13 13:14 13:17 13:22 14:18 14:18 14:21 15:17 15:17 16:20 17:20 20:23 21:2 21:3 21:17 21:23 22:5 22:7 27:7 27:21 27:25 33:12 33:18 35:1 36:16 37:12 37:13 38:10 39:17 39:21 40:7 40:21 41:7 42:5 44:18 46:15 47:1 48:6 54:25 65:18 73:10 75:1 75:3 75:6 75:15 88:2 93:4

allocations(1) 37:19

allow(3) 36:11 64:17 82:19

allowed(4) 20:21 44:19 68:4 68:5

allowing(2) 88:5 89:11

alone(3) 30:17 31:10 32:15 57:12 83:11 90:17

already(11) 17:17 40:12 49:1 56:3 56:8 58:14 72:17 72:18 78:19 81:4 90:13

also(20) 7:4 11:2 12:15 15:1 22:8 23:3 23:21 26:15 29:23 34:1 42:4 43:9 53:6 58:3 61:14 62:21 64:17 77:1 84:2 92:3

alternate(9) 14:25 16:10 23:5 23:21 26:17 26:16 26:20 27:19 28:12

alternative(2) 17:15 41:23

although(3) 40:10 83:20 83:25

always(6) 14:16 27:12 31:23 32:1 82:12 90:6

amended(4) 9:18 51:7 51:11 87:6

amendment(2) 9:6 10:7

america(1) 6:25

american(2) 17:6 60:8

americas(2) 3:48 4:9

amnesty(1) 32:15

among(4) 34:7 34:23 43:8 56:1

amongst(4) 22:10 48:7 59:21 59:22

amount(13) 12:16 16:11 17:14 36:14 36:16 38:22 40:11 45:14 73:24

amounts(2) 37:2 37:3

and(301) 5:24 5:40 7:4 7:11 7:14 8:9 8:11 8:17 8:18 8:19 8:20 8:23 8:24 8:24 8:25 9:1 9:2 9:2 9:3 9:4 9:17 9:17 9:22 9:23 10:1 10:1 10:2 10:5 10:6 10:7 10:8 10:9 10:10 10:10 10:11 11:2 11:3 11:11 11:16 11:18 11:22 12:10 12:12 12:15 12:15 12:22 12:22 12:23 13:3 13:11 13:19 13:20 13:23 13:25 14:7 14:7 14:9 14:11 14:14 14:16 14:24 14:25 16:25 16:18 16:18 16:19 16:19 16:19 16:20 16:25 17:8 17:12 17:16 18:4 18:9 18:18 18:19 19:3 19:9 19:15 19:20 19:22 20:4 20:6 20:10 20:10 20:18 20:20 20:20 20:23 21:2 21:4 21:6 21:16 21:19 22:4 22:8 22:22 22:23 23:5 23:16 23:21 23:25 24:7 24:8 24:8 24:11 24:14 24:18 24:25 24:25 25:10 25:14 25:25 26:15 26:17 26:18 26:19 26:21 26:21 26:23 26:23 27:2 27:27 27:25 28:2 28:3 28:7 28:10 28:15 28:18 28:19 29:1 29:20 29:23 30:3 30:4 30:4 30:5 30:9 30:10 30:11 30:20 30:22 31:1 31:12 32:5 32:7 32:10 32:11 32:11 32:13 32:15 32:17 33:22 33:25 33:24 34:4 34:19 34:24 34:25 35:6 35:16 36:12 36:17 37:2 37:3 37:19 38:11 39:7 39:17 39:17 40:3 40:7 40:18 40:22 43:25 44:1 44:2 44:15 44:18 44:19 45:6 45:11 45:14 46:7 46:11 46:13 47:15 48:5 48:13 48:13 48:15 49:6 51:1 51:3 51:8 51:9 51:12 52:9 52:12 52:22 53:1 53:7 54:1 54:5 54:5 54:17 55:7 56:17 56:19 56:25 57:18 58:17 58:18 59:2 59:3 59:5 59:13 60:9 60:22 61:1 61:15 61:22 62:5 63:2 63:6 63:7 64:17 67:6 68:24 69:11 69:16 69:20 70:3 70:6 70:7 70:8 70:9 70:14 70:19 71:3 71:14 71:16 71:16 71:18 71:19 72:1 72:6 72:16 72:18 72:22 72:25 73:3 73:5 73:7 73:13 73:16 73:20 73:24 74:12 74:22 75:6 75:11 75:15 75:17 76:1 76:2 77:1 77:1 77:16 77:17 78:12 78:14 78:15 78:18 78:20 78:20 78:21 79:2 79:8 79:14 80:2 80:16 80:25 81:1 81:1 81:4 81:5 81:6 81:7 81:9 81:12 81:23 81:25 82:2 82:5 82:8 82:24 83:11 83:16 83:19 83:21 83:23 84:1 84:2 84:8 84:14 84:17 84:19 85:5 85:9 85:15 85:15 85:14 85:21 86:3 86:3 86:10 86:11 86:16 86:18 86:24 87:1 87:11 87:14 87:19 87:24 87:24 88:6 88:8 88:22 89:7 89:9 90:10 90:12 90:13 90:16 90:17 90:19 90:22 90:24 91:7 91:9 91:13 91:14 91:19 92:1 92:4 92:5 92:7 92:7 92:18 93:1 93:2 93:7

and(214) 52:13 53:18 53:25 53:7 54:1 54:5 54:9 55:1 55:5 55:6 55:10 55:18 55:22 56:1 56:13 56:15 57:3 57:4 57:8 57:10 57:18 58:2 58:4 58:6 58:18 58:16 58:16 58:17 58:22 58:24 59:3 59:9 59:11 59:14 59:20 59:22 59:22 59:23 60:8 61:8 62:8 62:24 63:9 64:6 65:5 65:9 65:18 66:8 66:16 67:18 67:11 67:13 67:19 69:9 69:9 69:11 69:16 69:20 69:21 69:22 70:3 70:6 70:7 70:8 70:9 70:14 70:19 70:19 71:3 71:14 71:16 71:16 71:18 71:19 72:1 72:6 72:16 72:18 72:22 72:25 73:3 73:5 73:13 73:19 73:20 73:24 74:12 74:22 75:6 75:11 75:17 76:1 76:2 77:1 77:16 77:16 77:17 77:18 78:12 78:14 78:15 78:18 78:20 78:20 78:21 79:2 79:8 79:14 80:2 80:16 80:25 81:1 81:4 81:5 81:6 81:7 81:9 81:13 81:14 82:2 82:5 82:8 82:22 82:24 83:1 83:4 84:14 84:17 84:19 85:5 85:9 85:15 85:15 85:19 85:21 86:3 86:3 86:10 86:11 86:16 86:18 86:24 87:1 87:4 87:5 87:18

andrew(1) 3:21

angela(1) 4:48

ani(1) 1:27

another(4) 19:7 21:6 38:21 86:2

answer(2) 31:9 68:10

anticipated(1) 58:13

anticipates(1) 88:19

anticipation(1) 74:9

any(38) 9:24 15:2 17:10 18:2 21:5 23:15 24:22 25:22 26:13 27:2 27:8 28:1 35:8 36:3 40:22 42:1 43:10 44:13 46:8 48:19 52:25 61:18 62:11 64:6 64:9 65:9 66:2 66:4 66:18 68:22 71:3 72:7 74:9 74:21 75:15 79:9 86:20

anybody(5) 36:13 47:18 52:24 87:7 88:4

anymore(2) 64:10 87:16

anyone(4) 40:19 66:13 70:11 70:12

anything(11) 9:12 11:23 30:15 37:18 62:5 70:17 70:20 73:3 74:18 87:8 90:8

apologize(3) 53:8 70:3 87:14

apparent(1) 20:16

apparently(3) 64:15 72:16 87:17

appear(1) 67:23

appearances(3) 4:27 5:1 6:1

application(2) 65:23 78:19

appoint(1) 73:9

appointed(3) 66:23 68:24 70:19

appreciate(6) 19:4 52:2 56:18 85:20 85:23 91:4

approach(2) 23:22 65:15

approaching(1) 61:10

appropriate(7) 20:12 20:24 23:6 25:21 26:11 37:2 39:18 41:13 42:5

approval(4) 9:24 51:8 51:12 58:18

approved(9) 9:5 9:12 9:14 49:10 49:12 49:15 49:19 51:6 89:18

april(2) 56:21 56:23

are(97) 7:15 8:11 10:21 11:6 11:17 11:18 11:19 12:5 12:24 13:23 14:4 14:22 15:14 15:22 15:18 15:20 18:19 19:20 20:13 21:16 21:21 22:3 22:7 22:14 23:10 23:19 24:7 24:9 24:9 24:18 25:1 25:9 25:19 25:22 26:21 28:8 28:16 30:4 30:8 30:25 32:8 35:17 36:17 37:2 37:3 37:9 38:11 39:7 39:16 39:17 39:17 40:3 40:7 41:18 48:13 48:13 48:15 49:6 51:1 51:3 51:8 51:9 54:1 54:5 54:5 54:17 55:7 56:17 56:19 56:25 57:18

areas(2) 10:11 12:5

aren't(1) 31:6

argue(1) 92:7

arguing(1) 30:15

argument(4) 79:16 83:2 87:4 87:15

arise(1) 17:18

arises(1) 54:2

around(5) 31:5 41:8 43:1 57:15 78:16

arranged(1) 60:17

arrangement(1) 49:1

arsht(1) 1:25

arthur(1) 5:16

articulated(1) 29:17

aside(1) 74:21

ask(13) 9:9 17:14 21:11 27:11 30:14 36:15 51:22 54:16 61:3 61:23 64:6 65:22 71:3

asked(7) 29:25 29:1 29:14 28:2 84:3 84:17

asking(6) 24:20 29:11 29:14 29:15 54:5 80:19

assert(2) 47:25 48:12

asserting(1) 48:2

assessment(1) 27:8

assets(3) 13:24 22:10 24:13

assume(3) 7:23 12:22 57:11

assumed(1) 48:13

assure(1) 41:19

attached(2) 49:19 83:21

attempt(1) 30:7

attempting(2) 48:8 86:14

attendance(1) 59:11

attention(4) 31:24 85:12 88:22

aurelius(1) 5:9

availability(1) 92:5

available(2) 72:17 86:25

ave(1) 3:29

avenue(6) 2:47 3:36 3:42 3:48 4:9 4:15

avoid(3) 63:21 63:25 81:5

aware(2) 77:25 79:5

back(21) 10:16 11:23 26:12 31:2 45:19 48:25 50:22 54:13 54:17 70:13 78:24 79:8 82:13 82:21 84:19 85:1 85:2 87:20 91:12

background(2) 7:6 80:17

backward(1) 56:4

backwards(1) 56:3

badtke-berkow(1) 4:31

bank(1) 6:25

bankrupt(1) 22:11

bankruptcy(2) 1:1 1:26

bare(3) 24:16 26:23 41:21

barnes(5) 4:21 47:23 47:23 48:18 50:11

barnett(1) 6:18

barrick(7) 56:13 60:21 60:21 61:3 61:15 61:22 62:2

barrick's(1) 60:6

barry(1) 5:42

based(8) 14:17 19:10 20:11 44:22 44:22 44:23 78:1 91:6

bases(1) 44:23

basic(2) 23:8 31:15

basically(1) 81:12

basis(10) 34:23 35:9 35:10 48:9 73:3 73:5 73:7 78:21 80:3 83:5

battery(1) 2:25

bayard(1) 3:27

bear(1) 84:2

beat(1) 26:22

because(55) 7:19 8:11 9:22 10:13 11:1 11:9 11:20 11:22 13:5 13:15 13:22 13:24 14:12 15:20 18:6 20:10 22:1 24:6 24:9 27:1 27:3 27:4 29:10 29:22 30:3 31:16 31:19 32:14 35:14 37:21 42:25 43:4 43:15 44:10 45:24 46:10 51:17 52:17 53:16 54:1 55:11 56:17 59:24 59:9 70:24 75:22 75:25 85:22 86:17 86:21 87:4 87:5 87:18

becker(1) 4:15

become(1) 30:13

becomes(1) 20:16

bedrock(1) 78:20

been(42) 9:7 10:13 10:14 14:17 22:1 25:8 43:1 43:25 44:1 51:16 51:7 54:12 55:25 56:8 59:9 60:9 62:11 64:18 64:22 66:4 67:13 73:24 73:2 78:15 79:1 79:4 79:11 80:13 80:20 82:14 82:22 83:10 84:14 85:4 90:4 90:18 90:24 91:7

before(18) 1:19 7:17 7:17 8:13 10:11 17:23 19:11 51:4 53:7 55:12 55:15 58:10 58:18 83:2 83:12 84:2 85:5 90:18

beginning(1) 11:15

begins(1) 10:20

behalf(6) 47:23 71:1 71:12 77:24 78:25 83:6 65:2 66:9 67:22 68:17 70:10 74:4 74:14 86:9 87:12

believe(19) 9:7 9:13 23:17 37:5 38:18 44:25 52:5 56:21 56:22 57:14 65:17 66:1 66:14 67:25 70:12 82:15 84:11 87:25 88:1

belknap(1) 3:46

belong(1) 85:5

below(1) 27:7

bench(1) 23:1

beneficial(2) 31:22 41:5

benefit(2) 44:22 76:12

beside(1) 39:20

best(3) 35:22 55:25 55:19

betsy(1) 5:32

better(4) 31:2 40:17 56:13 84:1

between(14) 9:16 11:15 12:22 28:2 44:9 50:8 52:10 56:20 59:9 61:14 70:14 78:21 89:10 89:14

beyond(2) 78:16 80:18

bill(1) 2:23

billion(6) 20:21 40:20 65:10 68:5 69:20

bit(5) 24:14 41:3 55:23 65:10 80:17

blackwell(1) 6:37

blank(5) 13:14 13:15 13:18 13:19 13:20

blended(1) 28:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| boards(1) 48:14 | | can't(10) 35:20 40:25 41:1 44:21 51:17 51:19 56:9 66:14 87:23 92:15 | | comes(16) 15:23 28:8 31:2 32:15 43:8 47:20 70:13 78:24 79:6 80:9 84:19 85:1 88:11 91:11 92:6 | | court(232) 1:1 7:2 7:6 7:10 7:24 8:2 8:5 8:10 8:14 9:8 9:19 9:20 10:5 10:6 11:8 11:14 11:21 11:25 12:7 12:20 12:25 13:3 13:9 14:2 14:6 16:11 16:20 17:14 17:23 18:11 18:15 18:22 19:1 22:20 22:24 23:11 23:23 27:11 27:15 27:23 28:5 28:12 31:24 33:10 36:23 37:4 42:11 43:11 43:18 43:23 47:17 | |
| bond(1) 35:19 | | | | | | | |
| bondholder(3) 3:4 3:19 5:19 | | capital(3) 6:9 6:21 6:33 | | coming(5) 15:21 23:1 75:11 82:7 88:3 | | | |
| bondholder(15) 9:17 14:3 14:4 14:10 16:24 20:17 25:1 25:1 25:2 33:19 34:18 42:12 65:9 67:25 68:1 | | care(2) 46:9 62:1 | | coming(2) 78:20 80:25 | | | |
| | | carse(1) 87:16 | | commencement(1) 55:15 | | | |
| | | carve(1) 17:17 | | comment(5) 29:24 33:8 69:8 74:17 83:25 | | 50:4 51:4 51:18 51:20 51:24 52:8 52:12 52:17 52:2 52:23 53:6 53:13 53:17 55:9 56:24 57:2 57:10 57:11 57:23 58:1 58:5 58:8 58:13 59:8 59:9 59:10 59:11 59:13 61:11 62:3 62:18 62:23 63:1 63:5 63:8 63:15 63:22 64:1 64:4 64:8 64:11 64:13 64:15 64:21 65:4 65:7 65:12 65:20 65:24 66:2 66:4 66:6 66:10 66:16 67:4 67:10 67:20 68:15 68:22 69:6 69:13 69:15 69:19 70:7 70:22 71:4 71:5 71:7 71:8 71:11 71:21 71:24 72:3 72:15 72:22 73:12 73:16 73:19 73:23 74:6 74:15 74:25 75:4 75:8 75:16 75:17 75:19 75:2 76:9 76:13 76:15 76:20 77:4 77:9 77:11 77:15 77:1 77:22 77:25 77:25 78:4 78:6 78:18 78:18 78:24 78:22 79:5 79:13 79:18 80:3 80:8 80:16 80:24 80:24 81:1 81:11 81:20 82:6 82:9 82:11 82:16 82:22 83:3 83:8 83:13 83:14 83:20 83:23 83:25 84:1 84:11 84:5 84:5 84:8 84:12 84:12 84:18 84:24 84:25 85:3 85:9 85:11 85:23 86:1 86:8 86:12 86:19 87:2 87:4 88:20 88:20 89:1 89:4 89:6 89:10 89:12 89:13 89:19 89:21 90:1 90:13 90:18 90:20 91:4 91:13 91:7 91:10 91:16 91:1 91:22 91:25 92:7 92:8 92:13 92:17 92:20 92:22 93:1 93:6 | |
| bonds(3) 25:2 36:2 42:15 | | case(49) 1:5 13:11 13:21 14:17 16:16 18:6 19:11 19:12 19:13 19:16 20:11 20:17 20:21 21:1 31:6 34:2 34:23 35:15 40:15 40:16 40:20 40:22 49:4 53:3 54:13 64:10 64:11 64:13 64:14 66:18 69:24 73:13 75:6 75:7 76:4 77:8 82:3 82:17 83:1 83:9 83:11 85:14 85:20 86:4 86:24 87:12 87:16 88:6 90:17 | | comments(3) 13:4 16:21 41:14 42:10 | | | |
| borosh(1) 5:11 | | | | commit(1) 70:20 | | | |
| both(10) 11:16 11:20 40:16 52:4 56:14 56:14 56:17 59:24 67:8 69:22 | | | | committee(2) 5:3 3:13 4:35 14:2 23:4 70:24 71:16 71:18 76:22 | | | |
| | | | | | | | |
| bother(1) 53:17 | | | | | | | |
| botter(1) 4:37 | | | | common(3) 8:22 19:23 20:5 | | | |
| bottom(4) 45:3 45:5 46:21 54:18 | | cash(2) 19:23 19:24 | | communicate(2) 60:1 60:5 | | | |
| box(10) 4:23 38:17 38:25 39:1 39:2 39:20 40:6 45:15 46:19 46:21 | | cassels(1) 6:37 | | communication(2) 59:9 72:20 | | | |
| | | catching(1) 63:8 | | communications(15) 67:12 68:22 71:4 75:7 75:10 | | | |
| brad(1) 4:41 | | cause(1) 31:14 | | | | | |
| brass(1) 6:22 | | caw(2) 5:40 5:41 | | company(2) 48:10 86:19 | | | |
| breadth(2) 43:4 48:3 | | ccaa(7) 82:22 86:22 90:4 90:6 90:8 90:12 90:17 | | comparable(1) 59:24 | | | |
| break(4) 10:21 11:5 11:7 20:22 | | | | complaint(1) 87:7 | | | |
| breakdown(1) 15:13 | | ccc(27) 9:17 12:1 14:9 14:24 15:3 15:11 16:21 17:10 18:4 18:9 24:7 24:19 26:16 26:25 28:3 28:18 29:6 29:13 30:3 30:8 33:9 33:15 34:1 36:5 41:23 58:17 75:17 | | completely(7) 25:15 35:2 64:12 64:13 64:14 74:20 74:24 | | | |
| brian(1) 3:34 | | | | | | | |
| brief(14) 9:11 11:7 13:1 19:9 22:21 23:16 26:10 34:7 34:15 36:25 42:11 43:20 45:3 58:19 | | ccc's(1) 16:9 | | complex(1) 37:8 | | | |
| | | cede(4) 7:25 17:13 43:14 78:4 | | complicated(1) 27:20 | | courtroom(5) 1:10 7:3 67:9 67:19 88:5 | |
| briefed(4) 80:14 80:20 81:12 92:6 | | certain(3) 30:8 37:14 37:22 | | complied(1) 89:20 | | courts(39) 8:13 9:5 9:12 10:14 10:16 10:18 10:21 13:3 19:11 26:12 31:10 35:2 40:16 40:16 40:23 41:1 41:5 42:14 51:8 51:9 52:2 52:5 52:11 52:22 55:19 56:6 56:9 56:15 56:21 56:25 57:6 57:18 58:20 62:2 66:23 70:18 78:21 79:7 80:25 | |
| briefing(3) 80:13 81:23 87:10 | | certainly(18) 16:10 25:21 31:9 52:2 52:3 56:5 58:2 63:7 65:18 66:16 67:16 68:21 68:24 75:5 75:9 90:21 91:11 93:1 | | comport(1) 92:3 | | | |
| briefly(1) 19:3 | | | | conaway(1) 2:29 | | | |
| briefs(12) 8:21 12:15 34:1 34:2 36:16 36:16 36:17 39:6 39:20 46:22 55:16 92:19 | | | | concept(1) 19:8 | | | |
| | | certification(1) 93:13 | | concern(9) 30:20 43:16 56:12 66:16 69:14 75:8 89:5 89:7 89:23 | | | |
| | | certify(1) 93:14 | | | | courts(2) 52:4 53:2 | |
| bring(1) 88:21 | | challenge(2) 25:18 26:25 | | | | court's(12) 23:19 31:23 41:13 51:12 53:25 70:25 81:3 81:9 81:17 88:22 90:11 92:4 | |
| broader(1) 82:2 | | challenging(5) 25:19 25:25 26:1 26:22 26:23 | | concerned(8) 30:21 32:9 55:22 56:16 56:19 69:10 74:25 88:21 89:11 | | | |
| brock(1) 6:37 | | | | | | covalent(1) 6:17 | |
| broken(1) 49:4 | | chambers(1) 72:14 | | | | cover(1) 8:7 | |
| bromely(2) 64:14 74:7 | | change(5) 9:15 31:18 38:24 78:25 79:2 | | concerns(4) 43:16 71:16 73:20 76:22 | | covered(1) 8:18 | |
| bromley(41) 13:4 64:4 64:5 64:9 64:12 64:18 64:22 65:1 65:5 65:8 65:13 65:21 65:22 66:7 66:17 67:2 67:6 67:11 67:17 68:15 68:21 69:3 69:4 69:7 69:6 69:14 69:16 69:20 70:14 70:21 70:25 71:3 71:17 71:18 72:1 72:12 72:16 72:23 73:17 73:22 73:17 75:12 | | changed(4) 49:23 82:4 84:19 84:20 88:12 91:13 | | concludes(1) 77:10 77:12 77:13 93:4 | | covers(1) 14:2 | |
| | | changing(1) 30:17 | | concoct(1) 27:20 | | create(1) 43:10 | |
| | | changing(1) 31:17 | | confer(2) 10:1 56:5 | | created(3) 19:8 19:12 19:23 | |
| | | chapman(1) 2:30 | | conference(21) 7:11 8:17 9:23 77:14 77:25 78:9 79:16 79:18 79:21 79:22 79:25 80:9 80:12 80:18 81:16 82:13 85:13 85:22 86:21 91:3 93:2 | | creates(1) 83:15 | |
| | | chapter(10) 1:8 7:22 77:17 78:17 82:17 82:19 84:13 88:19 90:17 94:4 | | | | creation(1) 19:7 | |
| bromley's(2) 74:17 76:3 | | | | | | creditor(7) 4:34 19:25 22:14 22:15 33:14 69:20 73: | |
| brought(5) 71:3 76:3 76:4 83:6 85:12 | | | | | | | |
| bryant(1) 2:15 | | characterizations(1) 74:17 | | confidential(1) 27:4 | | creditor-driven(1) 22:13 | |
| buchanan(2) 2:37 77:21 | | characterized(1) 90:4 | | confidentiality(1) 8:23 | | creditors(20) 3:12 4:36 13:25 14:8 14:9 14:15 17:2 17:7 17:11 20:14 20:14 20:15 20:15 20:19 22:10 23:4 24:24 29:7 29:13 33:13 | |
| bucket(1) 13:16 | | characterizes(1) 19:18 | | conflict(1) 51:17 | | | |
| bullen(1) 4:46 | | chart(10) 24:18 27:1 34:15 34:15 34:17 38:4 48:25 49:9 54:13 54:7 | | connection(2) 60:8 84:10 | | | |
| burden(3) 21:24 21:25 52:4 | | | | consecutive(1) 10:20 | | | |
| business(2) 19:22 30:23 | | charts(5) 23:18 23:19 24:1 24:6 27:5 | | consider(7) 30:3 37:11 41:22 67:16 70:6 70:7 91:15 | | creditors'(1) 2:5 | |
| but(94) 9:7 9:11 9:24 15:9 15:12 15:24 16:17 16:22 17:6 18:9 18:19 20:6 20:15 22:22 24:10 24:16 24:17 26:9 26:11 26:12 26:13 26:15 27:4 27:19 28:24 29:16 30:13 30:16 30:17 30:16 30:31:31:1 31:14 32:8 32:17 33:12 33:12 33:24 34:8 35:1 35:4 35:14 35:20 36:8 37:6 38:6 38:19 40:15 41:15 42:2 44:2 44:21 45:13 48:3 48:7 48:9 50:2 51:25 52:10 53:8 56:4 56:25 57:24 58:21 63:8 63:15 64:6 64:19 66:7 69:4 70:3 70:13 71:1 74:3 75:5 79:15 79:19 80:17 81:25 82:13 82:23 83:12 83:24 84:21 85:10 85:19 87:17 87:18 88:3 88:8 88:9 88:10 88:18 88:21 | | chase(1) 54:6 | | considerations(1) 48:5 | | creditor's(2) 70:24 76:22 | |
| | | chart's(1) 54:6 | | considered(2) 79:3 90:13 | | crichlow(1) 2:46 | |
| | | chief(2) 33:14 36:8 | | consolidated(2) 19:2 87:6 | | critical(2) 10:13 15:5 | |
| | | christopher(2) 2:6 4:21 | | consolidation(11) 12:12 14:24 15:2 16:15 19:19 26:6 26:8 26:10 26:25 73:2 74:20 | | cross(4) 4:20 16:6 20:23 21:13 | |
| | | chong(1) 6:26 | | | | cross-examination(5) 15:25 17:18 21:25 22:1 25:20 25:33 32:25 | |
| | | church(1) 85:7 | | | | | |
| | | circumstances(5) 19:21 78:24 79:2 81:3 82:4 | | constrained(1) 22:4 | | | |
| | | claim(11) 14:12 20:21 29:5 37:21 48:10 65:9 65:10 67:21 68:4 68:5 69:3 | | construct(2) 73:1 73:5 | | cross-examine(8) 16:4 16:5 18:1 18:3 21:17 25:10 35:12 35:13 | |
| but/for(1) 90:10 | | | | constructive(1) 67:16 | | | |
| byproduct(1) 90:12 | | claimants(14) 3:27 6:5 12:9 13:18 13:19 14:10 14:15 14:19 14:21 16:1 18:14 25:14 25:22 61:17 | | cont(1) 5:14 | | | |
| calendar(1) 52:4 | | | | contact(1) 60:23 | | cross-examining(1) 22:3 | |
| call(10) 9:23 36:6 57:19 58:25 66:9 69:11 69:25 74:19 85:16 90:6 | | | | contemplates(1) 58:14 | | current(3) 35:8 59:17 82:24 | |
| | | claimant's(1) 78:1 | | contemplation(1) 58:21 | | currently(1) 58:18 | |
| | | claims(19) 19:10 19:25 11:6 11:10 11:10 11:11 11:11 11:16 11:18 11:19 11:22 12:2 12:2 13:15 13:16 14:11 19:25 20:16 20:17 20:18 20:20 20:23 37:24 37:24 38:17 39:14 39:15 41:7 43:16 43:21 43:22 43:22 43:23 43:24 44:1 44:2 44:18 44:19 44:22 45:7 45:8 46:12 46:15 46:22 48:1 48:1 48:4 48:4 48:15 49:3 50:6 50:6 50:8 53:17 54:3 54:15 54:19 54:24 55:3 65:16 65:17 65:19 70:16 73:2 74:17 74:23 75:5 75:14 89:8 89:10 89:15 89:17 89:22 90:6 | | contending(1) 42:6 | | curl(1) 22:5 | |
| | | | | contesting(1) 21:3 | | daily(1) 60:4 | |
| called(4) 11:23 22:4 58:15 64:24 | | | | context(2) 21:9 90:16 | | dan(2) 71:9 89:2 | |
| came(3) 17:3 61:9 68:2 | | | | continued(5) 2:2 3:2 4:2 5:2 6:2 | | dangerous(1) 23:11 | |
| can(58) 7:16 7:17 8:9 9:4 10:24 16:11 17:13 18:24 19:3 21:5 21:11 21:11 23:9 27:19 27:20 28:9 28:25 30:5 34:4 34:7 35:24 36:15 37:24 41:8 41:18 42:9 42:46 47:14 52:5 52:11 53:18 55:18 56:1 56:6 56:17 56:19 56:22 57:4 57:5 57:24 58:9 59:21 59:22 60:1 60:2 61:8 61:16 62:15 62:18 62:21 62:22 62:23 69:5 81:16 85:23 87:18 | | | | continuing(1) 76:11 | | daniel(2) 3:47 4:41 | |
| | | | | continuity(1) 7:5 | | data(2) 1:41 30:21 | |
| | | | | contribution(2) 24:16 26:23 | | date(2) 56:6 93:20 | |
| | | claims-only(1) 72:8 | | convenience(3) 36:10 52:11 57:22 | | dates(1) 52:14 | |
| | | class(3) 83:6 86:7 86:19 | | convenient(3) 24:2 24:4 24:6 | | david(2) 2:46 4:37 | |
| | | clear(6) 17:15 20:8 69:9 70:1 71:1 84:11 | | conversation(1) 85:19 | | day(6) 15:9 34:9 34:24 54:23 93:7 93:9 | |
| | | cleary(2) 7:10 19:1 | | cooperatively(4) 42:13 42:18 42:19 42:20 | | days(13) 10:17 10:17 13:5 35:1 51:15 52:10 53:2 55:2 55:15 55:22 55:22 56:6 57:5 | |
| | | cleary(1) 1:32 5:26 | | coordinate(1) 52:18 | | | |
| | | click(1) 73:10 | | coordination(2) 78:21 80:25 | | | |
| canada(33) 5:40 5:41 14:8 14:11 14:13 20:4 20:18 20:19 20:20 20:22 24:14 24:19 24:14 33:15 37:23 37:25 42:9 64:10 65:17 68:2 69:21 74:23 79:8 80:1 80:22 81:4 81:10 82:16 85:4 88:9 89:16 89:18 89:22 | | client(4) 48:3 60:1 60:2 71:15 | | cordo(1) 1:27 | | deadlines(1) 56:3 | |
| | | client(5) 20:18 22:17 48:12 78:25 89:8 | | correct(10) 21:19 24:25 25:4 27:14 35:13 36:18 39:22 46:1 51:20 93:14 | | deal(17) 9:4 11:20 21:3 21:13 22:23 27:3 30:12 35:22 43:20 44:17 53:3 53:16 54:7 60:19 64:17 73:3 | |
| | | client's(2) 22:13 35:4 35:5 35:6 46:14 | | | | | |
| | | clogged(1) 73:1 | | correspondence(1) 68:18 | | dealing(4) 39:5 44:10 49:21 69:23 | |
| canada's(8) 21:24 24:19 25:25 26:1 | | close(2) 11:4 83:17 | | cost(1) 78:14 | | dealt(6) 22:3 44:4 44:6 47:6 62:12 69:25 | |
| canadian(67) 3:12 4:5 5:25 5:30 10:6 10:7 12:23 13:14 13:15 14:7 14:9 14:14 14:25 16:8 17:4 18:7 18:20 20:6 20:14 23:4 24:1 24:22 25:2 25:18 26:16 26:18 26:23 29:4 29:12 29:13 30:3 31:13 34:10 35:16 36:6 38:16 38:19 39:11 41:11 41:22 42:11 43:5 43:8 44:9 45:22 48:3 48:23 53:5 58:16 64:2 65:24 67:22 68:4 68:6 69:1 69:3 70:15 70:16 72:2 72:8 75:17 75:19 76:4 76:21 84:1 84:10 89:9 89:13 | | closing(1) 9:2 | | couldn't(2) 70:5 74:13 | | debate(1) 26:11 | |
| | | coleman(2) 86:15 87:21 | | counsel(15) 18:14 19:23 59:10 59:21 59:22 59:25 60:1 62:15 62:24 64:24 66:21 67:8 68:19 69:22 92:23 | | debenture(1) 3:40 | |
| | | collapse(1) 20:6 | | | | debtor(6) 38:12 38:14 48:3 53:5 82:23 90:6 | |
| | | collapsed(1) 19:20 | | | | debtors(58) 1:12 1:25 2:20 4:6 5:26 8:3 10:5 10:7 10:18 12:2 12:23 14:12 14:14 14:23 15:1 15:7 15:10 16:1 16:3 16:4 16:6 16:14 16:24 21:21 24:22 24:24 25:3 29:4 29:25 29:7 30:4 33:11 33:16 33:19 35:16 36:6 36:24 36:25 36:21 38:4 43:15 43:22 45:6 46:10 47:6 47:22 49:12 54:16 54:20 58:16 60:7 67:25 68:4 72:7 | |
| | | collateral(1) 29:11 | | | | | |
| | | colleague(2) 18:20 23:25 | | count(1) 21:21 | | | |
| | | colleagues(4) 23:17 53:24 72:5 72:13 | | couple(6) 23:18 36:24 55:7 74:7 85:11 89:3 | | | |
| | | collectively(2) 10:19 35:19 | | course(5) 31:23 76:20 77:4 88:7 91:4 | | | |
| | | collier(1) 6:30 | | | | | |
| | | colorful(1) 88:7 | | | | | |
| canadians(11) 44:12 44:12 44:15 45:9 45:13 45:18 46:5 72:10 75:15 75:21 76:12 | | column(5) 34:18 34:18 45:12 45:12 45:19 | | | | | |
| | | columns(2) 34:19 40:2 | | | | debtor's(4) 16:8 25:23 48:24 82:24 | |
| | | combine(1) 28:7 | | | | decide(9) 10:22 32:11 67:19 87:12 88:9 90:17 91:19 91:23 | |
| canadian's(1) 66:21 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

decided(5) 10:14 10:19 69:2 87:9 87:19
deciding(1) 31:13
decision(1) 81:12
declarations(2) 17:16 81:24
defend(2) 48:1 48:8
defendant(3) 13:15 49:5 50:1
defense(1) 16:15
defer(3) 12:2 18:20 31:15
definition(1) 48:4
degrees(1) 21:4
delaware(7) 1:2 1:12 3:29 3:42 7:1 59:9 59:10
delay(1) 81:5
delete(1) 9:15
delineated(1) 19:14
deliver(1) 57:18
delivered(3) 21:22 53:13 56:8
denied(2) 78:22 91:10
deny(1) 84:25
dependent(1) 48:19
depending(3) 15:4 51:9 57:20
depends(1) 38:7
deposed(1) 31:1
deposition(4) 8:20 35:10 40:12 55:17
depositions(5) 31:2 33:2 33:4 58:25 59:1 60:8
derek(1) 1:26
described(1) 80:2
designate(2) 30:10 36:7
designating(1) 53:21
designations(2) 8:20 55:17
detail(1) 10:8
detailed(2) 8:24 34:3
details(1) 9:3
determinations(1) 76:23
determine(2) 24:14 81:4
determined(1) 84:12
device(1) 20:5
devote(1) 28:25
devoted(2) 12:16 28:1
diaz(1) 1:41
did(7) 27:5 34:19 76:8 76:15 83:20 83:23 86:10
didn't(9) 27:2 27:3 27:19 36:3 63:23 65:2 69:16 77:9 86:14

difference(1) 51:3
different(27) 8:7 14:22 14:25 15:4 15:7 15:8 16:2 19:22 22:7 24:13 37:13 37:16 39:13 44:2 44:10 44:22 44:22 44:23 44:23 45:4 48:5 49:4 50:1 59:21 78:3 78:5 82:15
difficulty(1) 30:6
digesting(1) 67:4
dimsdale-gill(1) 4:48
dine(1) 5:5
direct(2) 15:21 15:24
directed(3) 26:18 80:1 80:22
directing(1) 81:9
direction(5) 51:9 51:12 53:6 53:25 54:5
directly(3) 22:19 61:23 72:1
director(2) 48:11 48:11
directors(9) 5:31 47:24 48:4 48:13 48:13 82:24 89:8 90:7 90:10

disadvantaged(1) 44:24
disagree(5) 18:18 19:4 32:21 37:11 89:25
disagreement(7) 9:16 10:11 12:16 12:12 12:22 17:1

discovery(4) 19:8 19:9 87:8 89:24
discretion(3) 32:2 35:2 52:2
discuss(9) 13:6 59:23 71:15 72:9 79:25 80:10 80:11 92:2 92:5

discussed(3) 8:23 78:15 86:13
discussing(1) 60:9 92:9
discussion(8) 13:1 32:10 34:3 75:22 76:11 89:25 91:16 92:11

discussions(6) 31:5 53:24 70:16 75:25 80:12 86:15
disingenuous(1) 36:14
dismiss(5) 86:4 87:9 87:10 87:12 87:19
dispel(1) 43:10
disposed(1) 81:16
dispositive(1) 81:18
dispute(4) 16:23 44:8 54:21 55:6
disrupt(1) 88:6
distinction(1) 48:2
distribution(3) 12:11 14:23 74:19
district(4) 1:2 78:18 81:1 89:15
disturbing(1) 74:14
divide(9) 16:12 20:24 22:9 24:13 27:24 29:3 34:7 50:7 50:15

divided(4) 28:2 33:25 34:23 43:7
dividing(1) 30:10
division(4) 14:9 21:6 21:16 21:12
dla(1) 3:13
does(8) 16:22 20:21 38:18 60:18 72:1 85:6 88:5

doesn't(14) 18:9 37:16 43:10 43:16 46:16 50:9 65:18 79:9 85:9 85:20 86:3 87:7 87:13 90:23
doing(5) 15:11 15:12 24:18 59:17 60:2
dollars(2) 22:17 74:2
done(10) 21:1 33:11 33:17 33:18 34:4 37:10 40:25 41:1 42:8 60:6
don't(36) 9:7 9:17 9:24 11:8 22:4 24:15 25:20 26:11 32:4 32:7 32:9 32:25 34:6 34:17 34:18 35:14 40:19 41:21 42:21 45:12 45:16 46:5 48:7 49:3 56:4 61:8 61:21 65:6 65:17 66:4 66:11 66:13 67:3 68:9 70:12 70:16 70:25 74:11 75:12 80:9 80:9 81:25 82:15 84:11 84:13 84:17 85:4 85:18 86:22 86:25 87:15 87:15 89:23 92:18
don't(1) 88:13
dorsey(1) 2:31
double(4) 37:23 38:20 38:22 44:11
double-spaced(1) 47:17
dow(1) 6:13
down(16) 20:22 21:17 27:7 27:9 36:8 45:15 46:20 46:21 49:4 50:15 74:1 74:22 79:6 81:23 83:16 83:16

drag(1) 34:25
dragging(2) 63:21 63:25
drastic(1) 79:2
drastically(4) 78:24 84:19 84:20 88:12
drop(1) 33:12
due(2) 68:7 75:22
duplication(1) 89:13
during(5) 30:18 59:25 73:21 76:4 85:21
each(11) 19:15 19:25 20:16 21:2 25:16 37:24 44:6 45:13 46:2 56:9 80:5

earlier(3) 8:11 56:17 58:20
early(3) 36:7 55:21 83:8
easily(1) 28:5
easy(2) 18:5 29:8
echo(3) 41:15 70:24 76:22
economic(2) 20:22 22:19
economical(1) 41:6
economically(1) 28:7
ecro(1) 1:39
effect(3) 81:8 89:19 90:9
effectively(3) 17:4 81:14 89:10
efficiency(1) 18:19
efficient(4) 18:5 33:2 33:6
efficiently(1) 34:4
effort(2) 73:25 78:14
efforts(1) 89:9
eight(3) 22:7 40:6 54:18
either(4) 9:8 17:10 72:18 85:10
electronic(2) 1:47 93:15
elkin(1) 82:4
else(8) 32:13 47:18 52:24 62:5 66:13 68:8 70:1 74:16
ema(1) 16:7
emails(1) 72:13
embark(1) 59:4
emea(52) 2:19 11:1 12:22 13:17 13:18 14:14 14:22 15:7 15:10 16:1 16:6 16:11 18:7 20:18 21:10 22:6 22:14 24:11 24:19 24:21 26:20 29:4 29:11 33:15 36:9 36:21 36:22 37:12 37:22 37:24 39:1 40:3 40:7 43:15 43:21 43:23 43:25 44:7 44:14 45:21 45:24 46:6 46:11 46:12 48:2 48:10 50:5 50:8 53:2 54:15 54:20 55:1

emea's(5) 21:24 26:23 27:2 27:5 65:17
employees(1) 5:13
encourage(2) 60:4 62:1
end(10) 17:19 9:5 9:9 15:9 16:16 50:22 66:15 71:14 76:7 89:16

ended(1) 73:14
endless(1) 41:15
endorses(1) 26:9
ends(1) 28:14
enormous(1) 73:24
enough(3) 26:12 83:24 85:17
ensue(1) 89:14
entered(3) 9:8 82:22 90:14
entering(1) 30:24
entirety(2) 65:24 66:8
entities(2) 19:22 19:25
entitled(6) 13:13 13:17 13:18 13:19 13:20 26:14 44:15 44:20 70:14 70:17 70:17 75:13 88:21 90:19 91:11
entity(2) 20:3 84:10
entry(2) 9:19 90:11
equal(11) 19:16 19:17 21:6 21:12 24:13 38:23 45:13 48:6 52:9 67:23

equality(1) 47:25
equally(4) 17:22 28:2 31:11 37:18
equity(1) 86:21
equivalent(1) 52:16
ernst(2) 4:4 4:29
escapes(1) 74:24

esq(44) 1:26 1:27 1:33 1:34 2:6 2:13 2:14 2:22 2:30 2:31 2:38 2:46 3:6 3:14 3:21 3:28 3:34 3:35 3:41 3:47 4:7 4:8 4:14 4:21 4:31 4:37 4:39 4:41 4:46 4:48 5:5 5:11 5:16 5:21 5:27 5:32 5:37 6:2 6:7 6:12 6:18 6:38
essential(1) 13:23
essentially(6) 12:9 20:13 24:11 24:17 70:15 88:13
estate(2) 44:10 67:22
estates(11) 14:14 16:13 17:12 18:2 19:20 20:6 20:16 22:11 23:21 68:6 89:9
estates'(2) 27:22 29:1
esther(1) 6:26
estimate(1) 31:4
et.al(1) 5:41
et.al.(1) 1:8
etkin(39) 4:14 78:25 79:9 79:15 79:20 80:1 80:5 81:9 81:18 82:5 82:9 82:10 82:12 83:15 83:24 84:6 84:8 84:25 85:4 85:17 86:2 86:9 87:3 88:24 88:25 89:5 89:25 90:4 90:12 91:23 91:24 92:1 92:10 92:12
etkin's(1) 81:7
european(2) 20:15 22:15
even(18) 15:20 25:20 26:14 31:23 34:4 40:18 44:14 57:5 62:3 67:25 70:5 72:12 74:13 80:11 83:11 87:6 87:21 88:7
event(1) 26:13
events(2) 76:1 91:12
ever(3) 9:18 10:21 84:14
every(1) 8:16
everybody(3) 42:8 49:18 51:4
everyone(4) 26:22 36:11 68:8 93:8
everyone's(1) 47:24
everything(1) 78:15
evidence(30) 11:20 30:5 30:12 31:14 31:21 33:5 33:22 34:3 35:5 35:6 35:9 35:21 35:25 36:8 37:1 37:1 37:15 40:11 40:12 40:17 40:21 40:25 44:8 44:15 44:16 44:20 44:20 46:13 53:20 59:19
exact(4) 11:12 46:22 47:3 57:17
exactly(7) 31:3 46:3 50:8 50:15 58:8 65:1 86:25
examination(1) 10:9
examinations(3) 10:9 10:9 31:20
examine(4) 16:7 20:15 30:24 31:3
example(2) 48:10 68:19
excellent(1) 25:12
exceptions(1) 10:3
excess(1) 41:19
excessive(1) 48:15
exchange(1) 57:18
exchanged(1) 56:20
exchanges(1) 83:7
excuse(1) 71:6 7:17
exercise(1) 68:3
exhibits(4) 8:20 33:4 35:11 55:16
exist(1) 82:18
exists(1) 40:25
expect(2) 42:14 68:8
expense(1) 81:5
expensive(1) 52:6
expert(17) 8:21 10:9 15:23 25:8 25:13 25:16 27:2 27:5 35:7 35:20 36:14 40:11 41:19 43:2 55:10 56:7
expert-based(2) 35:6 41:17
experts(23) 8:25 11:3 11:11 15:24 16:7 16:7 16:8 16:9 17:21 18:4 21:22 21:23 22:1 25:23 25:24 25:25 26:8 26:10 26:12 37:13 42:6 58:4 59:2
explained(1) 85:21
explanations(1) 86:4
explicit(1) 84:8
explicitly(1) 13:12
explored(1) 15:23
exposure(1) 48:8
express(1) 77:2
expressed(2) 30:20 89:5
expression(1) 88:7
extent(5) 37:1 41:14 43:6 52:4 92:1
extra(2) 46:18 54:16
extraordinary(2) 90:3 90:16
eyes(1) 32:17
face(1) 32:24
facing(2) 79:5 81:2
fact(31) 8:25 10:9 10:25 11:1 13:22 14:12 15:10 15:19 15:25 16:9 17:24 17:25 25:9 25:15 26:8 29:10 30:8 34:21 35:19 36:6 43:7 49:10 52:3 54:5 59:1 73:3 73:4 79:10 82:4 89:7
fact-based(3) 35:5 35:15 41:20
faci(1) 48:15
factors(1) 79:3
facts(3) 8:23 70:4 79:9
factual(2) 44:2 44:23
factum(1) 9:11
fagen(1) 4:39

fairly(1) 87:9
fairness(4) 22:8 30:18 44:25 48:9
fall(1) 57:21
fantastic(1) 52:15
far(15) 14:17 21:21 25:9 32:8 41:5 43:17 46:17 52:21 56:15 64:16 77:11 82:1 83:11 87:3 88:20
fara(1) 2:22
farallon(1) 6:33
farm(1) 4:16
farr(1) 3:33
fast(1) 63:5
favor(1) 82:23
february(1) 43:24
feel(6) 31:22 41:2 42:2 67:19 77:11 87:24
fees(1) 73:25
feld(2) 2:12 4:36
female(35) 29:24 30:2 36:18 39:3 39:9 39:13 40:1 41:10 47:12 48:21 48:23 49:8 49:13 49:16 49:18 49:24 50:12 50:14 50:18 50:20 52:24 50:24 51:2 53:25 53:23 54:9 54:12 54:24 58:9 59:1 59:4 59:7 60:13 60:17 62:13 63:9
few(6) 8:17 10:11 45:4 52:10 56:6 57:5
fewer(1) 43:2
fifths(1) 34:1
fight(1) 38:22
figments(1) 74:1
figure(1) 30:6
figuring(1) 41:24
file(7) 32:14 34:6 46:10 46:12 86:10 86:14 90:21
filed(14) 19:5 25:8 35:7 53:20 78:11 78:12 80:24 85:15 87:6 87:19 89:8 90:18 91:3 91:24
files(1) 90:19
filing(7) 27:3 30:4 30:9 36:13 46:17 49:2 84:16
filings(1) 41:16
final(2) 51:10 72:4
finally(1) 87:11
financial(1) 5:9
find(5) 34:10 34:12 55:19 72:20 89:12
fine(5) 17:6 28:15 64:8 70:3 70:8 78:6
finger(4) 2:5 74:4 74:9 74:13
finish(1) 31:25
finished(1) 62:19
finnigan(18) 6:5 18:20 18:23 18:24 19:2 21:12 21:1 21:18 6:22 22:24 25:7 25:19 29:20 30:19 35:3 43:20 44:25 53:1
finnigan's(1) 46:14
finnigin(1) 23:3
first(19) 12:8 12:13 12:18 12:24 14:20 24:1 31:21 36:16 51:15 65:12 66:5 70:10 77:8 77:12 78:22 80 81:4 89:4 90:14
first-hand(1) 35:18
fish(2) 21:8 45:14
five(8) 8:21 21:24 22:11 35:15 36:1 36:5 83:17
five-year(2) 67:17 85:25
flight(1) 88:18
flip(2) 39:24 46:25
floating(1) 43:1
floor(3) 1:28 3:8 4:22
fly(2) 31:17 88:7
folks(2) 32:18 51:22
folks'(1) 77:17
follow(2) 62:7 71:15
follow(1) 10:24
following(6) 10:25 11:8 48:25 49:9
font(1) 47:9
footing(1) 67:23
footnote(3) 9:15 9:16 54:7
footnotes(1) 47:17
footprints(1) 47:15
for(199) 1:2 1:24 2:2 2:19 2:37 3:4 3:12 3:19 3:26 3:40 4:4 4:5 4:13 4:29 4:44 5:4 5:14 5:19 5:23 5:35 5:40 5:45 6:4 6:9 6:13 6:17 6:21 6:25 6:29 6:33 6:37 7:5 7:18 7:22 8:3 8:12 8:17 8:19 8:20 8:20 8:21 8:21 9:1 9:19 9:25 10:22 11:5 11:7 11:16 11:11 11:11 11:14 12:10 12:15 12:16 13:16 13:24 14:20 15:12 16:2 16:25 16:25 17:2 17:17 17:21 18:14 18:24 19:8 19:9 19:22 20:22 22:12 22:12 22:17 23:25 24:7 24:17 24:20 25:9 28:23 29:11 29:18 29:24 30:2 30:8 30:17 31:9 31:17 32:22 32:25 33:6 33:15 33:21 33:24 34:18 34:18 35:15 35:17 35:25 36:17 36:22 36:25 36:25 38:19 40:15 40:16 40:19 41:1 41:2 41:2 41:17
foregoing(1) 93:14
foreign(1) 88:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

foresee(1) 30:5
forever(3) 55:24 87:23 87:24
form(4) 23:5 51:10 70:15 79:6
formal(6) 65:23 66:4 67:13 67:16 69:18 73:21 76:2 76:2
formality(1) 64:7
formally(1) 9:18
formed(1) 15:3
former(2) 75:6 82:24
formula(1) 17:20
fort(1) 33:23
forthcoming(1) 64:23
forward(5) 37:2 37:3 41:12 42:3 88:6
four(9) 19:10 19:14 19:15 21:2 22:12 35:19 53:2 58:19 83:1
four-day(2) 51:23 52:25
four-way(1) 20:11
four-year(1) 84:20
fourth(2) 12:9 14:21
framed(2) 79:23 91:14
framework(1) 26:9
frankly(6) 55:23 67:24 68:7 68:25 80:21 87:14
fred(1) 2:13
freely(2) 37:25 38:19
freight(1) 79:6
fresh(1) 91:13
fret(1) 86:5
friend(5) 19:17 20:13 22:2 24:25 26:7
from(29) 10:16 10:17 14:5 14:25 15:16 18:14 19:4 20:8 21:23 23:7 31:18 37:19 51:13 53:6 53:23 54:6 59:13 67:6 71:23 72:13 75:11 83:22 85:17 86:2 89:3 89:11 90:2 93:15

front(2) 59:18 85:15
full(1) 38:21
fully(5) 63:9 80:10 80:14 85:20 92:6
functions(1) 60:23
fundamentally(3) 19:4 24:6 37:10
further(8) 10:2 10:8 21:9 22:22 49:4 53:16 65:6 72:9
gallagher(1) 3:33
gaps(1) 52:10
gave(1) 53:1
general(1) 57:24
generally(1) 80:8
generated(1) 73:25
geographic(1) 20:3
george(1) 5:41
get(34) 7:18 10:1 19:6 29:7 36:8 42:19 44:7 44:11 44:12 45:9 45:13 46:2 46:3 46:10 46:22 51:9 55:10 56:13 56:15 56:17 56:21 59:19 68:21 70:3 77:14 77:17 77:22 81:7 83:7 86:14 86:17 87:15 87:23
gets(3) 28:2 45:21 45:22
getting(5) 16:17 23:1 55:9 86:18 87:24
ginger(1) 1:19
give(16) 22:22 24:21 24:21 27:15 33:13 33:15 33:16 37:23 40:16 57:24 58:10 62:22 76:16 80:16 85:16 91:19
given(11) 17:10 33:7 38:14 41:1 43:24 57:20 59:9 64:15 67:14 89:19 90:16

gives(1) 56:25
giving(2) 27:16 81:8
glaze(1) 32:17
glib(1) 74:17
global(2) 12:12 45:14
goes(5) 14:1 14:12 14:13 27:7 48:11
going(59) 7:8 11:20 15:23 16:4 16:5 16:6 17:7 17:9 21:13 22:13 25:10 25:22 26:5 26:16 26:17 26:19 26:22 28:25 30:14 30:21 30:25 34:25 31:15 31:24 40:9 40:10 42:22 44:16 47:15 47:15 51:24 52:17 53:10 53:25 54:9 54:13 55:17 57:11 57:20 58:6 58:25 65:23 68:12 69:5 69:6 69:25 70:4 70:24 72:9 72:22 73:11 74:16 75:4 78:3 80:17 84:22 85:14 88:6 93:3

good(24) 7:11 7:13 7:13 8:6 8:8 12:4 18:16 62:14 64:5 70:22 71:8 71:9 76:17 76:18 77:19 77:20 78:7 78:8 82:10 82:11 82:11 82:12 93:7 93:9

good-bye(1) 73:10
goodman(1) 66:2
goodman's(2) 66:3 66:12
gored(1) 22:14
got(20) 7:18 9:12 9:18 14:7 14:8 14:9 21:23 21:24 21:24 32:25 33:4 50:21 59:19 61:1 61:5 74:22 74:23 75:13 91:2 91:23

gotten(2) 37:7 38:19
gottlieb(24) 1:32 5:26 36:20 36:21 36:24 38:5 38:7 38:10 38:14 39:1 39:3 39:8 39:16 39:22 39:24 40:5 47:19 53:7 53:12 53:15 53:19 55:1 55:5 55:5

govern(3) 35:23 37:5 37:8
grant(3) 80:4 81:21 91:17
granted(1) 70:12
granting(2) 69:11 91:4
great(1) 37:16

greater(3) 21:25 38:15 64:16
greatly(1) 40:23
gross(17) 1:19 7:12 18:13 18:17 18:24 23:1 32:4 36:21 44:8 51:18 51:21 55:8 57:9 60:19 60:20 61:25 62:17
ground(1) 86:16
group(44) 3:5 3:20 5:20 12:10 13:13 13:14 13:15 13:17 13:25 14:1 14:5 14:19 14:21 15:2 17:5 17:6 17:7 19:7 19:7 20:24 26:16 27:17 28:4 30:4 33:5 78:8 79:22 80:15 80:19 81:13 81:14 81:21 82:8 82:14 85:8 85:13 86:12 89:2 89:2 91:1 91:9 91:14 48:19 50:5
groups(14) 13:22 13:23 14:18 15:4 15:17 15:18 17:9 17:10 19:12 20:16 22:3 36:1 37:10 59:21
group's(3) 13:24 26:18 26:20
grout(1) 5:7
guarantee(1) 68:1
guaranteed(1) 25:3
guess(6) 15:3 18:13 51:1 51:25 77:7 77:16
guest(1) 32:14
guidance(1) 31:23
gump(2) 2:12 4:36
guyder(28) 4:8 71:9 71:10 71:12 71:22 78:4 78:7 78:8 79:22 80:15 80:19 81:13 81:14 81:21 82:8 82:14 85:8 85:13 86:12 89:2 89:2 91:1 91:9 91:14 91:21 92:1 92:1 92:25
guyder's(1) 86:15
had(23) 8:19 9:10 13:10 28:23 28:24 35:18 36:7 41:18 45:24 46:13 54:4 60:24 61:18 65:15 67:16 71:23 77:6 82:12 89:8 88:15 89:8 91:10 91:14

hadley(2) 3:20 5:20
half(1) 4:7
hamilton(2) 1:32 5:26
hand(2) 23:18 53:15
handed(1) 24:5
handle(1) 76:1
handling(1) 64:9
handa(3) 48:7 50:2 53:2
hanging(1) 73:8
happen(4) 42:16 42:22 70:2 87:13
happened(7) 43:4 69:10 73:21 82:1 88:1 88:2 90:7
happening(2) 74:12 82:2
happens(1) 35:15
happy(8) 30:2 67:22 69:7 73:17 86:3 87:3 92:5 92:11
harm(1) 28:7
harmer(1) 5:11
harrisburg(1) 1:43
has(35) 10:5 13:6 14:17 18:8 19:6 21:2 21:23 22:1 29:15 32:15 33:9 33:17 33:18 35:8 37:12 37:15 38:14 39:3 39:5 41:23 43:11 44:25 47:19 51:4 58:3 59:9 61:20 64:22 65:13 66:4 66:16 66:22 67:13 70:1 71:3 72:16 74:22 78:1 78:4 78:25 79:1 80:2 81:11 90:24 91:12

hate(1) 79:15
hauer(2) 1:22 4:36
have(203) 7:18 8:6 9:8 10:15 10:19 10:25 11:3 11:19 11:23 12:9 13:4 13:22 13:25 14:10 14:12 14:14 14:15 14:16 14:20 15:6 15:7 15:8 16:4 16:5 16:6 16:13 17:5 17:22 18:3 18:6 19:13 19:16 19:22 20:9 20:17 20:18 20:19 20:25 21:20 21:25 22:11 22:18 23:17 24:8 24:14 24:23 25:8 25:17 25:22 26:5 26:11 26:18 26:19 27:3 27:19 28:18 28:25 32:5 33:2 33:7 33:7 34:4 34:17 34:18 35:24 36:3 36:6 36:12 37:6 37:15 37:22 38:22 39:14 40:14 40:4 41:6 41:23 42:9 42:22 42:23 43:1 43:7 45:11 45:24 46:3 46:5 47:5 48:17 48:18 50:4 50:7 50:15 51:6 51:7 51:10 51:12 52:13 52:17 54:16 54:20 55:9 55:16 55:23 56:2 56:8 56:23 57:11 57:14 57:17 57:20 58:18 58:23 59:11 59:12 59:18 59:24 60:9 60:11 61:3 70:6 70:11 70:18 71:12 71:13 71:17 71:25 72:7 72:10 72:23 72:23 75:24 75:18 75:23 76:10 76:11 76:16 77:4 77:25 79:11 80:11 80:24 82:5 83:6 83:9 83:19 83:24 84:2 84:17 84:21 85:6 85:11 85:18 86:5 86:11 87:14 87:24 88:4 88:10 88:25 89:4 89:17 90:3 90:15 91:1 91:21 91:24 92:24 92:25 93:3 93:9

having(16) 16:18 17:9 22:4 28:17 36:10 42:5 43:9 44:7 50:1 50:15 50:17 75:7 79:5 80:12 81:6 81:25
headed(3) 21:21 40:17 40:18
hear(12) 7:6 18:14 18:25 25:11 42:1 61:8 62:14 70:10 70:24 74:9 74:13
heard(11) 21:13 29:20 37:12 40:9 61:9 65:12 67:15 70:10 72:24 74:9

hearing(16) 21:25 9:2 9:24 9:25 16:23 49:20 56:7 71:14 73:21 76:2 76:3 76:5 79:21 81:25 87:22 93:11
hearings(2) 91:4 92:4
heart(1) 41:13
held(1) 82:10
help(1) 56:14
helpful(3) 57:10 59:25 63:16
her(2) 85:21 85:24
herbert(1) 5:46
here(38) 7:4 7:15 14:8 16:19 20:14 22:14 23:1 24:7 25:4 32:5 32:16 35:15 37:6 37:17 47:25 49:22 50:3 51:16 56:14 59:14 59:15 67:9 70:10 70:19 71:23 72:6 72:12 74:2 78:13 79:7 80:20 80:21 81:1 82:25 89:19 90:8 90:11 91:2
he's(15) 25:10 35:6 64:11 64:12 64:13 64:14 70:14 70:16 70:17 72:7 74:23 75:13 81:19 90:1 90:15
higher(2) 34:5 43:10
highlighting(1) 8:18
highly(1) 27:4
him(8) 70:6 61:4 61:18 64:23 66:4 69:8 85:15
his(8) 25:9 45:3 61:4 78:25 80:2 83:25 89:6 93:7
historical(1) 17:2
hoc(2) 33:4 33:5
hodara(5) 2:13 70:22 70:23 71:6 71:7
hogan(1) 4:45
holders(2) 67:21 86:21
holes(1) 74:1
home(1) 73:19
honor(111) 7:13 7:15 7:21 7:21 8:4 8:8 9:13 13:7 13:21 13:56 15:16 17:20 18:4 18:24 22:21 23:16 23:22 25:13 27:18 28:9 32:19 34:11 35:3 36:20 38:17 40:5 41:10 42:1 42:8 43:19 47:21 48:2 52:1 52:16 54:5 55:13 55:15 56:11 56:19 60:9 41:7 61:20 62:10 64:5 65:15 66:20 67:24 68:17 69:19 70:5 70:23 71:16 77:2 71:24 72:14 72:19 72:24 73:4 73:7 73:8 73:16 74:16 75:10 76:9 76:16 77:2 77:10 77:14 77:20 78:8 78:13 79:15 79:20 79:23 80:3 80:20 81:15 81:22 82:8 82:12 82:17 83:6 85:1 85:18 86:5 86:11 87:14 87:24 88:10 88:25 89:17 90:11 90:15 91:1 91:21 91:24 92:24 92:25 93:3 93:9

honorable(1) 1:19
honors(4) 10:1 10:12 12:6 33:9
hope(3) 29:13 77:2 92:17
hopefully(1) 83:11
hour(5) 7:18 7:19 31:25 72:25 88:4
hours(17) 13:14 13:15 13:17 13:18 13:19 13:20 28:23 28:24 29:1 29:2 29:3 29:5 29:7 29:8 41:1 47:25 48:1
housekeeping(1) 9:4
how(24) 9:11 10:14 13:20 22:8 24:13 31:14 35:11 35:12 41:24 42:1 48:8 48:7 53:3 55:19 56:5 57:21 58:15 67:19 75:2 75:12 86:25 90:16 91:2 92:8
however(2) 42:17 81:15
hubbard(1) 2:21
hughes(1) 2:21
hypothetically(1) 28:23
idea(6) 21:20 31:1 31:3 40:17 70:11 74:2
illustrate(1) 24:7
illustrated(1) 23:20
imagine(2) 25:21 92:15
immediately(2) 43:24 49:9
impact(2) 68:13 75:5
impacted(1) 88:14
impacts(1) 22:19
important(4) 15:16 15:20 31:11 50:3
imposes(1) 64:16
inaccurate(1) 74:20
inc(5) 1:8 4:4 5:24 5:36 6:29
inclined(4) 80:4 81:21 91:17 91:18
include(1) 11:16
included(3) 67:12 71:3 86:6
including(2) 68:12 79:7
increase(5) 10:17 15:10 17:18 29:11 29:12
increased(1) 18:8
increasing(1) 15:13
indeed(1) 68:3
indemnity(1) 21:45
indicate(3) 40:1 40:4 41:11
indicated(3) 74:7 81:1 81:15
indiscernible(7) 29:21 34:20 44:21 47:25 48:14 55:24 59:17
indulgence(1) 23:19
inform(1) 31:4
informally(1) 73:21
information(3) 30:23 65:6 68:12
ingersoll(2) 2:17 3:21
initial(11) 25:24 43:6 45:22 45:23 56:20 58:11 58:13
injunction(1) 82:23
injunctive(1) 83:15
instance(1) 78:23

insurance(1) 86:25
intend(1) 57:19
intention(1) 51:10
intents(1) 89:20
interest(5) 18:19 12:10 42:4 66:25 69:4
interested(10) 6:9 6:13 6:17 6:21 6:25 6:29 6:33 6:37 66:13 68:20
interesting(1) 93:2
interestingly(1) 71:2 72:1
interrupt(1) 11:14 79:15
into(17) 20:16 20:17 20:18 20:18 20:19 20:20 20:20 20:21 22:14 22:15 33:25 34:25 39:4 41:24 84:22 86:4 87:15
investors(1) 86:19
invited(1) 88:11
involve(1) 65:18
involved(6) 11:6 11:9 11:17 11:19 75:17 75:18
involvement(1) 72:7
involve(1) 65:17
involving(1) 12:10
ipad(1) 59:18
isn't(2) 49:18 50:3
issue(39) 8:17 12:18 12:21 13:3 32:4 34:12 39:4 39:13 43:15 44:3 44:5 47:13 49:22 50:5 53:8 53:1 53:25 54:2 54:14 54:17 67:13 69:1 72:6 73:22 78:1 79:25 80:21 81:17 82:2 82:14 84:14 87:11 88:1 88:9 88:22 90:22 91:15
issued(1) 83:8
issues(21) 8:7 8:17 10:2 12:24 31:5 35:9 37:6 37:8 37:19 39:17 41:1 51:13 53:13 62:21 63:9 74:3 75:6 80:5 80:17 80:20
issuing(1) 82:23
item(3) 34:15 36:16 54:18
items(2) 39:7 93:4
its(7) 13:25 19:16 37:25 81:12 83:20 84:9 91:5
itself(2) 29:15 89:12
it's(80) 9:7 10:13 12:25 15:18 15:21 15:24 17:2 18:23 19:5 20:8 21:9 23:18 23:6 23:11 24:4 24:16 24:23 24:25 26:8 26:13 28:18 28:24 29:8 31:4 31:11 31:18 31:23 33:18 34:2 34:3 34:8 34:15 34:22 36:10 36:21 38:5 41:3 41:22 44:10 44:24 44:25 45:5 45:6 45:15 46:21 46:22 47:1 47:3 49:25 52:1 54:17 54:18 54:22 55:20 55:22 58:11 59:2 59:6 60:2 64:18 66:12 70:1 70:2 70:22 74:16 75:4 75:9 76:23 76:25 77:6 78:3 79:24 79:20 84:22 87:9 91:21 92:22
i'd(6) 23:18 25:11 25:17 57:10 67:4 87:3
i'll(8) 7:25 12:21 53:15 62:7 76:16 77:17 88:8 92:2
i'm(48) 7:4 7:8 7:19 10:2 17:15 22:24 24:14 30:2 30:6 34:11 36:22 38:4 39:11 39:13 41:3 51:24 51:25 56:15 58:5 58:22 56:7 59:17 60:2 63:6 63:23 64:21 64:25 65:1 66:2 67:4 68:17 68:25 69:10 69:17 70:2 70:22 74:16 75:4 75:9 76:23 76:25 77:6 78:3 79:24 79:20 84:22 87:9 92:22
i've(8) 24:1 24:5 29:20 30:15 61:5 64:18 91:7 91:2
jacqueline(1) 6:14
jacque(1) 5:16
jaime(1) 3:20
james(2) 1:34 3:40
jammed(1) 35:14
january(3) 8:13 8:18 10:16 11:12 13:12 16:2 49:11 49:13 51:6 58:2 74:11
japan(1) 88:17
jeffrey(1) 1:33
jeremy(1) 5:27
job(1) 18:6
john(4) 2:31 5:47 18:20 18:24
johnson(1) 2:14
joint(1) 16:22
joined(1) 90:24
joins(1) 50:5
joint(9) 2:20 5:45 8:15 9:6 10:8 11:12 13:12 76:5
jointly(2) 1:6 10:15
jonathan(1) 6:13
jones(2) 3:5 6:13
joseph(1) 4:31
joseph's(1) 1:20 7:20 18:13 18:17 18:24 22:25 32:4 36:20 41:5 51:18 51:21 53:7 55:8 58:2 57:6 60:19 60:20 61:25 62:17 73:23 75:6 76:23 85:13 87:1
judges(3) 30:17 32:1 32:15 32:24 85:17
judicial(1) 72:20
jumps(1) 87:5
june(4) 51:13 51:16 51:18 51:21
jurisdiction(3) 78:3 88:17 89:21
jurisdictional(1) 84:15
jurisdictions(1) 85:18

| Word | Page:Line |
|---|---|

just(87) 7:17 8:10 8:18 9:17 10:12 11:14 13:1 14:19
14:16 16:20 17:9 17:14 21:11 22:8 22:22 22:25
23:18 23:19 23:20 24:5 24:14 26:4 26:14 28:20
28:21 29:17 29:20 30:7 30:24 30:25 32:7 34:25
36:24 37:3 37:20 38:13 39:10 40:2 40:15 41:1 41:10
42:9 42:10 42:11 43:9 43:10 43:15 48:21 49:9 51:4
51:7 51:14 53:8 53:16 53:19 54:1 54:2 54:13 55:3
57:8 60:3 60:5 61:9 62:8 62:23 66:9 69:9 70:13
71:19 71:23 71:23 72:25 74:4 74:8 74:14 76:10
76:22 77:2 77:7 87:5 87:8 88:4 89:3 89:4 93:3

justice(144) 7:2 7:4 7:5 7:8 7:14 7:14 7:16 9:10 9:22
13:5 18:13 18:16 18:17 18:17 21:11 22:16 22:25
23:14 24:1 24:4 25:5 25:6 25:7 28:19 28:20 28:22
29:18 29:22 30:1 30:14 31:7 31:8 32:3 32:6 32:12
34:10 34:12 35:13 36:15 36:19 36:21 37:1 37:20
38:3 38:6 38:9 38:13 38:24 39:11 39:20 39:23 41:9
42:7 42:21 42:24 43:12 44:3 45:2 45:10 45:16 45:20
45:24 46:2 46:4 46:9 46:18 46:24 47:2 47:5 47:8
47:9 47:14 47:18 47:22 48:16 48:20 48:22 49:6
49:12 49:15 49:17 49:21 50:10 50:13 50:17 50:20
50:23 50:25 51:14 51:21 52:13 52:24 53:4 53:11
53:14 53:18 53:22 54:8 54:10 54:22 55:1 55:4 55:7
55:21 56:7 56:12 57:7 58:24 59:6 59:9 59:7 59:6
60:10 60:16 60:18 60:23 61:1 61:5 61:6 61:11 61:15
61:17 61:18 61:20 61:24 62:5 62:7 62:9 62:10 62:11
62:14 62:15 62:17 62:18 64:9 65:3 65:15 66:23
67:17 68:23 70:1 70:18 72:16 74:8 74:10

justifiable(1) 77:1
justification(1) 20:2
justin(2) 3:28 6:22

kaaren(1) 5:5
kahn(1) 4:41
kathleen(2) 2:38 77:20
katten(2) 2:45 5:4
keane(1) 3:6
keep(1) 15:17
keeping(1) 63:18
kelly(1) 93:20
kent(1) 6:30
kevin(2) 1:19 7:2
key(1) 28:18
kick-started(1) 86:17
kimmel(1) 93:10
kind(7) 15:3 61:8 63:17 81:6 86:16 87:4
kinds(1) 86:6
king(2) 2:8 2:33
knock(1) 58:22
know(5) 7:22 8:6 8:12 9:17 11:8 11:18 21:20 24:2
25:20 28:9 30:11 30:23 31:15 31:24 32:1 32:7 32:16
32:25 35:11 35:12 40:9 40:9 43:17 50:21 51:4 59:18
61:8 61:21 62:24 63:11 65:6 65:10 66:13 69:16
69:17 71:17 73:14 75:11 79:10 80:10 80:13 80:14
83:24 85:24 86:25 87:14 87:15 87:15 87:17 87:18
87:21 88:18 88:18 91:2 91:16 92:3

knowing(2) 35:23 60:2
knowledge(2) 35:18 84:15
knows(2) 74:18 83:12
laid(1) 81:7
language(1) 84:9
large(3) 40:10 40:13 43:24
largely(2) 10:4 25:25
last(14) 14:19 15:25 26:4 42:25 45:15 45:16 53:9
54:18 69:10 74:13 83:1 83:2 84:21 88:4

late(3) 8:13 55:21 55:23
later(5) 12:3 13:17 13:25 56:23 72:17
laughing(1) 71:6
laughter(12) 7:12 23:2 23:13 47:11 62:4 63:6 63:14
63:20 64:20 64:25 73:15 76:24

laura(1) 4:7
law(4) 3:40 26:9 73:3 88:16
layton(1) 3:25
lead(4) 4:13 8:3 22:15 78:1
learning(1) 64:3
least(6) 11:7 48:13 67:6 79:23 86:17 90:19
leave(5) 51:1 51:5 71:19 90:20 92:7
leblanc(4) 3:21 71:21 71:24 71:25
left(6) 8:17 10:1 41:6 45:7 45:19 50:25
legal(9) 26:16 26:9 26:24 41:21 44:23 73:5 73:7
79:11 85:5

legally(1) 77:1
length(1) 92:19
lese(2) 21:5 41:3
let(12) 11:14 12:23 17:14 24:2 27:11 32:7 53:22
54:10 60:18 62:24 69:7 69:8

letter(16) 47:7 53:9 53:11 53:12 53:14 54:10 66:1
66:3 66:12 66:17 66:20 69:17 69:17 69:18 70:14
71:13

letters(1) 66:19
let's(4) 28:9 37:2 39:3 70:3 82:21
level(1) 22:9
liberty(1) 1:35
light(3) 10:15 78:14 82:1

lightning(1) 77:11
like(40) 11:6 11:24 12:1 12:17 16:17 18:1 22:16
25:11 28:13 29:19 30:12 30:12 30:15 34:20
37:25 38:10 40:2 42:11 44:8 46:13 46:15 51:22
51:23 52:13 52:18 55:19 57:6 59:22 60:1 60:15
60:22 64:5 66:14 68:8 70:20 76:22 87:19 87:24
92:19

likely(1) 77:8
likewise(1) 18:3
lily(1) 5:11
limit(3) 36:25 41:25
limitation(2) 35:9 38:18
limitations(7) 32:8 32:13 35:7 35:8 37:4 41:18 86:6
limited(1) 10:3 33:1 89:6 89:23
limits(13) 12:15 33:24 34:22 35:21 35:21 35:24
37:21 37:25 39:6 42:14 44:7 45:13 46:16

linden(1) 47:23
line(3) 48:12 72:6 75:21
lined(1) 21:10
link(1) 62:19
linkups(1) 62:8
linn(1) 6:34
list(4) 36:7 36:8 57:12
listen(1) 63:16
listened(1) 9:22
listening(1) 88:14
litigant(1) 88:14
litigating(2) 13:7 88:14
litigation(14) 22:9 37:7 78:2 82:3 83:5 83:6 83:10
83:16 83:17 86:7 86:17 87:23 88:15 89:14

little(12) 24:20 28:14 32:21 41:3 55:23 57:22 58:2
61:9 65:10 73:20 80:16 80:18

live(4) 36:1 36:3 40:11 59:18
livingston(1) 4:15
llc(2) 4:20 5:15
llp(16) 1:25 2:21 2:45 3:13 3:33 3:40 4:13 4:30 4:36
4:45 5:4 5:20 5:31 5:36 6:5 6:37

lockbox(1) 36:14
logic(2) 29:15 87:5
logistical(1) 9:3
logistics(1) 62:8
long(6) 35:11 35:12 40:22 40:22 74:11 75:16
longer(7) 36:12 52:5 54:17 54:21 55:6 72:5 89:24
look(6) 32:11 34:20 45:11 45:18 57:17 91:13
looked(1) 25:14
looking(9) 15:9 26:2 38:4 64:4 88:21 89:19 82:5
looks(1) 86:2
lost(1) 74:8
lot(22) 8:6 11:1 32:10 33:3 37:7 37:8 37:17 41:24
60:3 60:3 80:9 88:1

lovells(1) 4:45
low(1) 33:23
lowenstein(1) 4:13
lowenthal(1) 3:47
lower(1) 34:22
loyal(7) 37:17
mace(1) 1:39
made(23) 16:18 34:20 50:5 74:25
making(2) 9:15 69:17
mald(20) 43:19 44:5 44:5 44:11 45:18 45:21 46:1
46:3 46:5 46:10 46:20 46:25 47:3 47:6 60:7 60:11
62:16 63:21 63:25 84:7

manage(1) 31:10
management(2) 6:9 6:33
manhattan(1) 3:22
many(8) 18:8 32:19 47:25 48:1
map(1) 62:22
march(3) 1:17 1:25 9:25
margins(1) 40:17
market(9) 1:11 1:28 2:39 3:7 3:15 4:22 24:12 24:17

matched(1) 17:11
material(4) 37:20 41:2 46:17 55:18
masking(2) 34:13 57:4
matter(19) 7:11 9:4 23:12 44:24 74:1 77:17 78:18
79:17 81:11 84:17 85:5 85:11 85:24 86:11 86:7
88:11 88:21 92:6 93:16

matthew(4) 4:39 6:10 36:21
matthw(1) 4:46
matz(1) 5:21
max(1) 44:20
maximize(2) 16:2 22:17
maximum(5) 35:25 41:25 46:11
may(27) 10:20 11:15 15:7 15:8 21:25 23:17 23:21
29:24 31:1 31:4 31:19 35:3 41:10 46:10 48:2 55:8
55:15 55:23 56:16 57:4 57:15 57:21 58:13 59:23
75:7 85:8 85:9

maybe(5) 29:11 31:1 63:18 65:13 83:11
mccloy(2) 3:20 5:20
mean(3) 30:2 56:24 66:11 67:2 74:8 88:5 90:23 91:2
meaning(1) 21:3
means(5) 16:3 31:12 52:6 54:6 91:11
mediate(2) 68:20 69:2
mediating(1) 61:19
mediation(2) 72:8 75:14
mediatory(5) 61:12 65:5 66:11 73:9 73:18
meet(2) 10:1 72:17
melnik(7) 3:14 76:15 76:18 76:21 76:25 77:5
memorandum(1) 49:19
memorialized(1) 13:11
mention(1) 51:4
mentioned(5) 51:5 54:2
merely(2) 15:18 70:24
merits(5) 80:10 80:11 81:25 84:21 88:10
method(2) 20:4 20:7
methodology(3) 24:20 74:19
michael(4) 4:14 6:6 6:34 6:38
middle(4) 39:21 45:6 50:16 86:16
might(10) 9:24 17:18 30:11 36:20 41:25 58:21 63:16
63:17 87:8 87:18

milbank(3) 3:20 5:20
miller(1) 3:41
millions(1) 74:1
mind(1) 84:2
mindful(1) 30:7
minutes(2) 16:24 32:5
miscellaneous(1) 9:3
misleading(1) 66:13
modification(2) 78:12 82:19
modify(1) 78:1
moment(5) 10:12 11:15 42:9 54:7 67:5
monday(1) 19:5
money(5) 29:14 33:3 37:7 68:2 86:21
monitor(27) 3:27 4:5 4:29 10:6 14:25 16:8 29:4
29:14 30:4 33:14 34:17 35:16 38:11 38:16 41:11
48:23 53:5 55:5 58:16 68:20 69:1 70:15 71:12 75:17
77:24 78:10 87:6

monitor's(6) 34:14 54:20 54:22 67:8 68:19 69:22
months(4) 28:19 64:24 74:7 74:12
morawetz(21) 7:5 18:17 28:19 47:9 60:23 61:11
61:18 61:20 62:7 62:14 64:9 65:3 65:15 66:23
67:17 68:24 70:19 72:16 74:8

morawetz's(1) 61:1
more(41) 7:9 15:20 16:10 16:17 17:9 18:5 18:8
20:12 21:5 22:1 22:9 24:21 24:21 25:9 25:10 28:14
28:24 29:14 32:14 33:2 33:6 40:8 40:14 40:15
40:19 41:5 42:19 42:19 46:13 46:17 52:6 60:3 60:14
65:10 70:25 73:16 73:17 74:21 81:8 88:10

morning(3) 16:21 19:6 37:12
morris(2) 1:25 3:40
most(5) 9:15 10:13 16:10 12:22 25:23
motion(3) 78:1 78:11 79:9 80:2 80:7 80:24 83:4
84:3 84:16 84:25 85:8 85:22 86:10 86:14 87:9 87:9
87:19 90:18 90:19 90:23 91:23 92:7

motions(2) 8:24 87:12
move(3) 32:3 43:12 43:13 56:6 57:7 57:16
moved(1) 89:4
moves(1) 83:21
moving(1) 56:4
much(17) 16:3 16:9 18:5 21:17 22:16 31:14 32:5
33:2 41:25 42:1 52:1 56:4 86:25 87:18 88:18 92:9
93:6

muchin(2) 2:45 5:4
mud(1) 85:20
muffled(1) 61:9
multiple(1) 43:8
murphy(9) 2:38 77:18 77:20 77:21 77:24 78:6 78:9
93:2 93:3

must(2) 81:8 82:16
myself(4) 57:7 61:6 61:19 67:5
name(1) 35:4
named(3) 35:15 35:16 35:19
natural(2) 90:8 90:12
neatly(1) 10:22
necessarily(2) 24:15 69:3
necessary(3) 31:11 84:21 82:1

need(30) 15:17 15:18 15:22 15:25 16:11 18:3 18:10
16:20 26:24 27:9 31:6 31:14 31:16 32:10 41:25 54
55:11 55:23 57:21 60:14 62:3 63:1 65:10 67:18
68:10 71:14 77:22 78:20 85:4 92:9

needed(2) 10:22 84:9
needn't(2) 41:8 53:17
needs(9) 11:15 15:14 17:11 21:1 22:22 33:25 34:22
44:3 44:5

neil(1) 2:24
networks(4) 1:8 4:44 5:23 5:35
neutralized(1) 88:14
never(2) 20:9 30:15
new(13) 1:36 2:16 2:26 2:48 3:23 3:37 3:49 4:10
40:6 47:12 79:9 80:19 89:15

newbould(121) 7:2 7:4 7:8 7:14 7:16 9:10 9:22 13:
18:13 18:17 21:11 21:16 22:25 23:14 24:2 24:4 25
25:6 25:7 28:20 28:22 29:18 29:22 30:1 30:14 31:5
31:8 32:3 32:7 32:12 34:10 34:12 35:13 36:15 36:1
36:22 37:11 37:20 38:3 38:9 38:13 38:24 39:1
39:20 39:23 41:9 42:21 42:24 43:12 44:3 45:2 45:1
45:16 45:20 45:24 46:2 46:9 46:18 46:24 46:24 47:2
47:5 47:8 47:14 47:18 47:22 48:16 48:20 48:22 49:
49:12 49:15 49:17 49:21 50:10 50:13 50:17 50:20
50:23 50:25 51:14 51:21 52:13 52:24 53:4 53:11
53:14 53:18 53:22 54:8 54:10 54:22 55:1 55:4 55:7
55:7 55:21 56:7 56:12 57:7 58:24 59:3 59:6 59:7
59:16 60:10 60:16 60:18 61:1 61:5 61:6 61:11 61:
61:24 62:5 62:10 62:15 62:17 62:18 70:1 74:10

news(1) 65:7
next(7) 7:10 11:8 32:4 42:7 42:24 72:18 86:10
nicole(1) 48:10
nice(1) 27:5
nichols(1) 1:25
night(1) 25:15
nine(3) 47:1 48:24 49:8
nnuk(1) 22:16
nobody's(1) 58:25
non-holidays(1) 10:21
none(2) 24:9 64:22
normal(2) 59:10 80:6
nortel(11) 1:8 4:44 5:14 5:23 5:25 5:35 13:24 19:2
20:1 35:18 64:10

north(6) 1:28 2:8 2:33 2:39 3:7 4:22
nor(113) 11:18 15:6 15:11 15:18 16:22 17:2 19:6
19:19 19:19 20:5 20:17 20:21 20:24 20:25 22:3 23:1
23:20 24:9 25:1 26:8 26:13 27:21 28:16 28:17 30:6
31:1 32:8 32:24 33:14 34:16 34:3 34:6 34:9 34:22
34:25 35:13 35:18 36:10 38:1 38:11 38:20 40:15
41:25 42:12 42:16 42:18 44:8 45:14 47:15 48:2 51
51:16 51:22 54:7 54:16 55:22 56:10 61:7 61:21
62:19 65:1 67:22 67:22 68:3 68:5 68:18 68:25 69:
69:23 70:2 71:13 71:13 72:24 72:25 73:3 73:7 74:2
74:16 75:4 75:9 75:15 75:22 76:1 76:3 77:1 79:20
80:1 80:4 80:9 81:21 81:21 81:22 82:23 82:2
84:14 84:22 85:6 85:8 85:9 85:9 86:20 88:5 88:19
89:21 89:5 89:6 90:3 90:10 90:21 90:24 91:15 91:1
92:17

note(1) 86:20
noted(1) 78:17
noteholders(1) 17:5
nothing(1) 49:9
notices(1) 58:20
noting(2) 89:17 90:3
now(26) 13:1 19:13 19:17 29:20 30:25 31:13 31:13
42:10 54:19 55:3 62:6 68:9 68:11 69:17 70:2 71:20
73:8 76:15 77:16 78:25 79:5 83:12 86:5 87:7 87:12
87:21

nowhall(1) 42:7
number(17) 9:2 18:18 25:8 25:16 33:21 34:5 37:22
38:20 42:10 43:1 47:19 52:10 54:7 56:3 83:18 83:11
85:25

numbers(5) 26:2 28:18 28:14 31:17 39:17
object(7) 45:12 66:8 66:25 68:11 68:25 69:8 70:6
objection(1) 85:9
obvious(2) 85:9 88:4
obviously(26) 10:13 10:21 13:3 13:25 16:11 24:9
26:10 28:24 32:1 34:6 37:23 38:1 41:13 52:1 55:18
56:1 56:25 57:13 57:19 58:20 66:19 66:22 71:14
85:19 91:3 91:16

occur(1) 68:23
occurs(2) 70:20 72:5
odd(2) 33:11 88:7
off-days(1) 57:20
officers(5) 48:4 82:24 89:9 90:7 90:10
official(3) 4:34 63:18 67:8
offline(2) 61:23 61:25
okay(18) 12:25 18:25 24:5 24:9 27:3 28:3 29:2 30:14
31:25 32:3 36:13 42:24 46:19 47:18 48:20 49:24
50:10 50:23 50:25 52:20 53:4 53:5 53:15 57:22
57:23 59:3 59:6 60:13 61:16 62:2 62:5 62:22 65:10
62:14 65:1 66:7 81:9 91:20

|...| 86:25

| Word | Page:Line |
|---|---|

once(3) 51:12 67:15 87:19

one(61) 1:35 2:7 2:15 2:25 3:22 7:18 9:15 9:15
11:14 12:23 17:17 19:18 20:11 20:25 21:4 21:5
22:18 22:22 23:7 23:17 24:8 24:25 26:5 27:8 27:9
29:24 30:11 32:13 33:12 34:7 34:23 36:21 38:6
38:21 39:7 39:14 40:25 41:12 42:2 46:16 49:2 49:14
51:7 51:21 53:8 53:16 54:7 54:23 59:13 59:25 60:23
63:10 65:20 72:4 74:21 74:25 82:21 83:18 86:11
88:9

one-half(1) 26:13

one-quarter(2) 22:18 73:6

one-third(11) 24:10 24:10 24:10 26:13 26:21 27:24
27:25 27:25 28:10 28:10 38:10

ones(4) 26:24 28:6 37:2 39:18

only(30) 13:23 18:6 25:17 25:18 25:24 26:5 26:9
26:24 27:6 27:8 28:6 32:20 33:8 34:16 36:1 43:6
44:5 44:17 46:14 48:3 49:2 54:2 56:2 68:4 75:14
82:23 83:4 85:1 86:18 86:23

open(7) 8:17 10:2 12:1 40:15 40:16 40:19 77:2

opening(22) 8:25 10:10 10:23 10:24 12:2 12:17
16:25 32:23 34:2 34:8 34:9 37:1 37:1 39:6 39:18
40:6 40:8 40:20 41:4 41:6 54:14 54:19

openings(4) 11:15 34:24 34:24 35:1

operate(1) 42:15

operated(2) 19:21 22:12

opotsky(1) 5:27

opponents(1) 28:3

opportunities(1) 31:19

opportunity(18) 11:5 15:18 15:19 17:21 19:16 57:1
66:8 66:19 67:15 67:23 68:25 69:8 70:6 72:24 76:17
86:23 91:19 92:6

oppose(1) 24:23

opposes(1) 32:22

opposing(2) 17:12 90:21

opposition(1) 15:22

oral(2) 67:12 83:2

orally(1) 9:14

order(25) 8:23 9:8 10:18 43:23 49:3 55:15 57:11
57:18 58:7 58:11 58:13 58:14 65:11 78:2 78:12 81:3
82:22 83:8 83:9 84:4 88:15 90:2 90:11 90:14 91:6

ordered(1) 78:1

ordering(1) 58:3

orderly(1) 89:15

orders(2) 49:2 82:20

organizations(1) 59:14

original(5) 10:17 48:25 49:14 79:4 79:13

osler(1) 5:31

other(34) 9:2 14:9 15:16 15:19 17:17 17:19 18:2 21:18
25:16 25:16 25:19 29:8 33:8 35:22 40:22 42:3 42:4 43:3
46:17 46:19 48:19 50:2 52:25 53:20 54:9 54:12 55:8
66:18 67:18 68:5 73:4 78:15 77:9 80:12 85:17 92:2

others(2) 17:8 21:17

ought(6) 33:11 63:11 63:18 72:9 75:24 81:4 90:24

our(72) 7:10 13:10 18:7 19:4 19:18 20:2 20:18
22:4 22:6 22:16 22:17 22:19 23:7 25:14 25:16 26:21
33:22 35:15 37:1 37:15 38:1 39:16 40:14 40:18 41:4
43:7 44:19 45:11 47:6 48:7 48:7 49:24 50:2 50:4
50:7 50:7 50:14 50:22 51:17 53:9 53:15 53:19 54:14
59:13 67:14 68:14 70:16 71:15 71:17 72:2 72:5
73:22 74:17 74:23 75:14 76:4 78:10 78:17 79:23
79:24 81:15 81:22 83:4 83:22 84:16 84:18 84:19
84:22 84:25 91:14 92:3

ourselves(1) 35:23

out(32) 11:12 17:3 17:7 23:18 24:5 29:22 30:6 32:5
33:12 37:20 40:24 41:24 48:9 48:24 52:22 55:19
58:23 60:24 61:11 64:13 64:14 68:2 70:4 72:20 75:4
77:17 81:7 86:21 87:5 89:12 92:2 92:14

outlined(2) 19:8 45:1

outset(1) 31:12

over(15) 16:24 20:23 33:3 38:17 39:24 40:5 45:19
46:17 46:25 52:7 67:17 83:1 84:20

overlap(4) 44:2 50:6 50:18 89:10

overreacting(1) 70:3

overstating(1) 90:16

overview(3) 34:2 34:25 40:24

overy(4) 4:6 4:30 71:10 89:3

own(8) 14:14 15:24 18:1 22:17 25:14 32:12 44:7
57:22

ownership(2) 41:22 41:22

oxford(1) 2:24

o'connor(24) 3:34 18:16 18:23 65:8 65:13 65:14
65:22 66:1 66:11 66:20 67:11 68:16 68:16 69:22 70:3
70:9 72:4 74:16 75:2 75:20 76:6 76:10 76:14

p.m(3) 1:15 7:1 93:11

pachulski(1) 3:5

packet(1) 55:18

page(28) 12:15 32:8 32:12 34:14 35:7 36:25 37:25
38:5 38:7 38:8 38:11 38:11 38:16 38:17 39:6 39:21
39:25 40:5 45:3 45:5 45:6 45:13 46:21 47:1 54:18
58:18 83:21 83:21

pages(31) 27:2 32:14 32:16 32:22 33:5 33:21 33:21 34:4
38:18 38:18 38:22 41:15 41:18 41:19 42:1
42:19 44:11 44:14 44:15 44:16 44:17 44:19 44:20
45:8 45:21 45:22 46:11 46:12 46:13 46:18 50:7

palank(1) 6:14

paliare(1) 5:10

paper(1) 53:1

papers(9) 17:16 20:9 80:13 81:7 83:22 84:23 90:21
90:22 92:3

paragraph(4) 48:24 49:6 49:8 53:9

parameters(2) 31:15 68:12

pardon(1) 64:6

pared(1) 36:8

park(2) 2:15 2:25

part(7) 26:15 26:18 26:19 68:3 68:7 76:2 90:8

participate(3) 66:22 71:19 75:13

particular(4) 14:19 15:5 20:3 24:8

particularly(4) 13:4 58:24 76:1 78:14

parties(49) 8:16 8:19 10:11 11:6 11:16 11:17 11:19
12:18 12:23 13:7 14:16 15:14 15:23 21:1 21:2 24:9
31:19 34:6 34:7 34:23 36:5 37:5 37:8 40:8 40:15
40:24 42:4 43:3 44:9 51:8 52:22 53:20 56:2 56:5
56:20 57:4 57:14 60:19 61:6 63:12 63:17 66:18 71:4
75:18 75:24 79:7 80:12 80:16 80:21

partner's(5) 15:20 31:5 58:3 58:4 65:20

partner(1) 86:15

partners(2) 61:7 61:18

party(20) 6:9 6:13 6:17 6:21 6:25 6:29 6:33 6:37
24:22 27:6 27:8 28:1 33:12 33:12 34:6 46:16 58:15
66:25 90:19 91:11

pass(1) 31:19

past(5) 62:12 74:7 74:8 85:15 91:11

paste(1) 81:23

patterson(1) 3:46

pause(2) 23:11 59:20

penalized(1) 33:21

penalty(1) 42:17

pennsylvania(1) 1:43

pension(23) 3:26 4:45 6:4 12:8 13:19 14:6 14:15
14:19 14:21 16:1 16:6 16:7 18:14 25:14 25:19 25:22
27:16 36:5 45:25 50:6 50:6 50:8 61:17

people(7) 25:19 25:20 30:2 32:16 35:17 36:11 86:18

per(7) 33:5 34:4 34:5 34:6 34:8 34:22 35:25

perceive(1) 91:12

perfect(12) 21:14 22:15 27:21 27:25 29:6 29:8

perfectly(2) 28:15 78:6

perforce(1) 88:5

perhaps(6) 13:4 18:2 59:13 62:22 66:17 84:1

period(2) 67:17 84:20

periods(3) 37:14 48:15

permission(5) 60:15 60:22 61:2 61:3 61:4

person(2) 9:23 42:2

personal(1) 48:18

perspective(2) 54:6 67:7

pertaining(1) 80:6

peter(1) 3:6

pew(1) 85:7

phase(1) 30:25

phone(3) 66:9 69:11 69:25

picking(1) 31:13

picture(1) 26:3

piece(3) 24:21 53:1 67:1

piecemeal(1) 56:20

piper(1) 3:13

place(11) 31:21 32:20 68:13 72:20 85:7 85:10 86:2
88:10 88:11 88:13 90:14

places(1) 45:5

plaintiffs(7) 4:13 49:5 50:1 78:24 80:22 81:2 89:20

plan(3) 10:17 55:14 57:25

plane(1) 23:1

planned(1) 55:10

plans(1) 45:25

plate(1) 83:25

plaza(3) 1:35 2:25 3:22

pleaded(2) 19:13 50:4

pleading(3) 50:4 50:19 50:22

pleadings(1) 19:13

please(4) 7:20 23:23 23:23 73:8

pleased(1) 10:2

plenty(1) 34:25

podium(6) 7:25 17:13 43:14 67:18 78:4 86:13

point(26) 15:5 20:8 22:23 27:4 28:18 32:15 43:21
44:25 45:2 45:17 46:15 47:3 50:3 61:11 68:18 69:5
69:23 74:15 75:2 75:20 76:6 76:10 76:14

points(4) 18:18 36:24 51:3 89:3

pool(3) 19:23 20:3 20:5

popular(1) 31:1

portions(1) 69:24

population(13) 18:21 19:18 40:4 41:12 48:24 49:24
50:14 50:24 54:3 54:20 54:20 58:18

possible(6) 33:24 35:16 35:17 52:7 52:10 60:22

post-trial(1) 9:1

potential(2) 30:3 36:13

power(1) 91:5

ppearances(4) 1:23 2:1 3:1 4:1

practical(5) 33:7 81:8 84:17 85:5 86:24

practice(1) 59:10

pre(1) 55:14

pre-trial(10) 7:11 7:23 8:19 8:24 49:2 49:2 55:16
60:24 63:5 77:13

precisely(1) 17:20

prefer(5) 52:2 52:21 56:21 57:8 58:20

prejudice(5) 78:23 84:18 85:1 86:5 91:10

prejudiced(2) 36:13 86:18

preliminary(4) 78:11 78:17 79:24 81:22

premise(1) 20:2

preparation(1) 80:9

prepare(3) 8:22 11:7 32:25

prepared(8) 23:6 41:14 43:13 68:18 80:3 80:10
80:11 81:23

preparing(1) 57:1

present(11) 8:15 12:24 15:19 16:10 18:21 19:16 21:1
24:23 26:6 42:19 43:15

presentation(1) 80:18

presented(4) 17:21 19:11 19:14 20:12

presently(1) 90:1

presents(2) 26:3 52:3

preservation(1) 84:6

president(1) 75:7

pretty(2) 28:9 56:3

prevail(1) 54:7

previously(2) 80:24 87:13

primarily(3) 9:16 12:22 24:14

primary(2) 10:2 36:14

principle(2) 22:9 78:20

principles(1) 78:19

prior(3) 81:9 81:17 86:21

pro-rata(11) 12:21 14:23 15:1 16:15 19:23 20:4 23:5
26:7 27:6 29:2 74:19

probably(3) 16:16 43:14 72:1

problem(10) 15:6 28:16 32:23 61:18 61:20 61:21
61:22 85:24 92:14 92:16

problematic(1) 30:13

problems(4) 31:19 62:11 86:6 92:18

procedure(2) 43:23 89:18

procedures(3) 8:19 8:21 9:1

proceed(4) 11:9 13:1 24:3 80:3

proceeding(6) 92:8 82:22 83:10 83:12 86:22 88:16

proceedings(7) 1:18 1:47 43:21 44:11 44:22 67:24
93:16

proceeds(4) 13:24 15:15 16:2 22:10

process(9) 22:13 31:10 68:7 78:13 89:16 90:5
90:9 90:13

produced(1) 1:48

professionals(1) 35:11

proportion(2) 64:16 64:19

promptly(1) 52:9

proper(1) 24:12

proponents(3) 27:16 28:3 29:6

proposal(7) 32:23 34:20 37:21 42:3 58:10 58:17

proposals(1) 38:3

propose(3) 10:19 87:13 87:18

proposed(7) 8:15 9:7 9:8 9:18 10:15 11:12 14:20

proposes(1) 34:1

proposing(2) 66:3 68:23

prospect(1) 79:5

protocol(17) 8:16 9:7 9:18 10:8 11:2 11:13 13:12
49:1 49:10 49:13 51:5 51:15 55:14 57:18 58:3 58:9
58:14

provide(3) 58:21 60:3 70:21

provided(2) 56:9 67:22

provides(1) 13:13

providing(2) 58:12 81:24

provision(1) 82:19

pslra(1) 87:8

puck(2) 83:5 87:16

punitive(1) 83:6

purchasers(1) 83:7

purpose(1) 15:13

purposes(12) 10:22 12:10 19:8 19:9 30:9 49:3 49:3 54:15
68:23 89:20 89:22 89:25 90:1

pursuant(1) 43:22

pursue(1) 78:2

pursuing(4) 14:22 14:24 15:11 73:25

pushed(1) 30:21

put(23) 27:2 27:8 31:14 33:4 35:12 35:21 35:21
35:25 36:1 36:4 36:11 37:2 37:3 39:17 41:12 41:24
42:3 44:15 44:19 44:20 46:13 74:20

putnam(1) 5:32

putting(2) 33:23 54:3

quarter(1) 23:8

question(12) 9:10 21:11 25:12 27:11 31:9 36:16
59:11 60:14 66:7 75:5 77:2 87:25

questions(2) 62:9 86:12

quick(1) 8:9

quickly(3) 48:22 52:7 56:15

quite(5) 9:11 40:23 69:1 74:18 85:19

quoted(1) 16:20

rabid(1) 74:1

raise(4) 55:8 55:9 79:9 89:13

raised(6) 47:20 80:5 84:14 84:14 86:12 89:23

raises(2) 75:5 82:15

ramifications(3) 70:8 71:15 73:19

rather(7) 12:2 19:20 20:6 36:12 55:21 56:24 84:8

re-flu(1) 85:22

re-looked(1) 25:14

reach(2) 10:4 92:14

reached(2) 60:24 79:1

read(7) 32:24 35:24 37:5 41:14 53:9 53:10 90:22

reading(2) 32:15 49:7

real(1) 42:11

really(11) 13:22 24:6 24:8 37:20 41:24 43:16 44:8
68:6 75:12 85:6 87:16

reason(4) 15:16 36:2 56:8 56:10

reasonable(2) 33:24 34:9

reasonably(1) 40:19

rebut(3) 26:15 28:18 43:9

rebuttal(5) 25:17 25:24 37:1 43:5 45:8

rebuttals(1) 43:8

recall(1) 9:24

recap(1) 8:10

received(1) 72:13

recess(1) 93:7

reciting(1) 79:10

recognition(10) 78:2 78:12 81:3 82:20 83:8 88:14
90:2 90:11 90:14 91:6

recognize(2) 23:3 50:9

recognized(2) 59:13 90:13

record(12) 9:6 11:4 40:10 40:12 41:17 42:2 49:25
49:25 54:3 70:4 74:10 88:9

recorded(1) 1:47

recording(2) 1:47 93:15

records(1) 39:15

recoveries(1) 15:15

recovering(1) 14:4

recovery(6) 14:1 14:12 14:13 15:10 15:13 86:24

reduce(1) 78:14

reed(1) 2:21

refer(2) 48:25 49:9

reference(1) 19:24

referenced(1) 71:13

referred(1) 68:1

regard(6) 20:25 42:5 43:11 60:6

regarding(5) 37:21 40:6 46:22 51:14 54:11

region(1) 20:3

related(1) 75:14

relates(1) 75:2

relationship(1) 67:17

relevant(1) 89:24

relief(20) 27:15 65:25 69:12 78:22 80:2 80:19 80:2:
81:2 81:18 81:22 82:5 82:16 83:15 84:2 84:3 84:13
88:17 89:12 90:2 91:17

rely(1) 53:20

remainder(1) 57:3

remaining(1) 11:10

remains(1) 77:2

remember(1) 26:15

remind(2) 16:20 89:4

remind(2) 16:20 89:4

renewed(3) 78:1 79:8 80:23

reorg(1) 6:29

repeat(1) 28:20

reply(4) 22:15 32:23 33:6 56:23

report(2) 27:2 77:6

represent(4) 49:11 59:15 59:16 60:8

reporting(3) 59:8 59:13 59:18

reports(23) 8:22 15:23 17:22 21:22 25:8 25:13 25:1
25:18 35:7 35:20 36:14 40:3 41:18 41:20 43:1 43::
43:5 43:5 43:6 43:6 43:8 55:10 56:8

represented(3) 85:21 86:9 86:20

representing(1) 5:8

request(34) 13:2 16:22 65:24 66:4 66:8 66:22 67:8
67:13 67:14 69:6 69:7 69:11 69:18 69:21 70:4 70:5
70:5 70:8 70:10 70:12 72:9 77:20 78:7 79:1 79:2:
79:24 79:24 80:4 81:2 81:15 89:6 91:3 91:14 91:15

requested(4) 12:9 65:2 82:2 84:13

require(1) 87:7

| Word | Page:Line |
|---|---|
| requires(2) | 48:4 80:25 |
| research(1) | 6:29 |
| reserve(6) | 16:25 44:17 67:14 68:14 71:17 72:2 |
| reshuffled(1) | 57:21 |
| resolution(4) | 81:8 86:14 89:15 89:18 |
| resolve(2) | 73:9 86:16 |
| resolved(3) | 13:11 79:4 79:11 |
| resolving(1) | 89:22 |
| respect(26) | 13:17 13:21 34:17 36:25 37:16 38:16 39:16 39:18 41:7 41:16 42:1 44:7 47:1 49:1 60:22 71:18 75:22 78:11 78:19 80:6 82:2 82:3 84:16 86:7 86:22 90:7 |
| respectful(4) | 37:1 38:1 40:14 41:4 |
| respects(2) | 18:8 32:20 |
| respond(16) | 15:18 15:19 19:12 27:10 33:16 33:22 35:3 37:24 42:9 46:6 46:6 46:14 72:10 81:6 91:20 92:9 |
| responded(1) | 48:5 |
| responding(1) | 80:6 |
| response(6) | 36:24 44:17 44:21 46:12 78:11 81:22 |
| responsibilities(1) | 64:17 |
| rest(1) | 47:16 |
| restriction(1) | 38:15 |
| result(2) | 9:16 33:6 |
| retains(1) | 91:5 |
| retired(1) | 63:18 |
| revenue(1) | 24:15 |
| revisit(2) | 87:21 87:25 |
| richard(1) | 12:25 |
| ridiculous(2) | 73:2 74:18 |
| right(80) | 7:10 7:24 8:2 8:10 9:20 9:20 9:24 11:25 13:1 13:3 14:6 17:23 18:11 27:23 28:5 28:6 29:22 29:22 29:23 32:1 36:19 39:23 41:9 45:10 46:3 46:4 46:24 47:2 47:5 47:8 49:17 50:13 52:12 52:23 54:8 55:7 56:12 57:16 62:6 66:25 68:9 68:10 69:4 69:18 71:19 71:21 72:3 73:7 73:8 76:2 76:15 77:18 78:23 81:13 81:14 82:6 82:6 84:7 84:18 84:24 85:3 85:6 85:7 85:7 85:10 86:1 88:10 88:11 88:12 89:2 89:6 90:1 91:9 91:14 91:20 92:13 92:23 93:7 |
| righton(1) | 5:15 |
| rights(4) | 67:14 68:14 71:17 72:2 |
| ripe(1) | 81:12 |
| road(1) | 4:15 |
| robert(1) | 2:14 |
| rockets(1) | 73:11 |
| rodney(2) | 2:7 2:32 |
| roland(1) | 5:10 |
| role(4) | 30:16 30:19 31:9 73:13 |
| roman(1) | 47:13 |
| room(1) | 21:5 |
| rooney(2) | 2:37 77:21 |
| roseland(1) | 4:17 |
| rosenberg(1) | 5:10 |
| rosenman(2) | 2:45 5:4 |
| rosenthal(83) | 1:13 2:5 6:8 8:8 8:15 9:13 9:21 9:25 11:15 11:17 12:12 12:21 12:23 12:8 12:21 13:7 13:10 14:4 14:7 17:15 17:20 17:24 18:11 18:12 18:19 19:5 22:20 22:21 23:14 23:16 23:23 23:25 24:5 25:5 25:5 25:6 25:12 27:12 27:14 27:18 27:24 28:6 28:13 28:22 28:24 31:14 31:19 34:14 34:17 35:10 36:4 37:9 39:10 42:8 42:23 42:25 43:13 43:18 51:5 51:24 52:1 52:8 52:19 52:21 55:13 56:1 56:10 56:19 57:3 57:14 57:17 57:24 58:2 58:6 61:7 61:13 61:16 62:20 62:24 63:3 63:7 63:13 64:2 64:24 |
| rosenthal's(2) | 19:3 35:6 |
| rule(1) | 92:7 |
| ruled(3) | 78:19 80:24 84:18 |
| rulings(4) | 42:9 81:9 81:17 83:20 |
| run(1) | 10:20 28:13 |
| said(27) | 11:19 17:1 24:25 28:13 28:21 29:9 33:9 36:1 36:3 36:6 41:6 42:12 44:12 45:17 51:18 52:4 57:8 66:5 66:12 66:14 69:18 72:17 73:3 73:8 74:14 77:6 87:22 |
| sake(1) | 71:5 |
| sale(1) | 22:10 |
| sales(1) | 33:14 |
| same(32) | 7:22 15:1 15:11 15:14 16:11 17:8 18:4 25:18 26:1 26:17 28:17 30:4 37:14 38:11 38:11 38:15 43:9 44:25 45:5 46:16 46:17 47:16 48:12 54:24 60:1 61:25 71:25 75:23 79:12 79:12 |
| sameer(1) | 3:35 |
| samis(1) | 2:6 |
| sandler(1) | 4:13 |
| sat(3) | 9:22 48:14 74:22 |
| satisfy(1) | 60:18 |
| saved(1) | 31:16 |
| save(1) | 46:14 |
| saw(1) | 91:9 |
| say(47) | 7:16 7:17 10:2 14:22 14:24 15:2 18:9 19:15 21:5 21:9 21:12 25:17 27:20 28:23 28:25 29:2 29:5 29:18 32:7 32:14 33:2 33:13 33:15 34:16 34:19 36:13 38:20 38:23 44:16 44:18 46:6 46:7 49:12 51:25 51:8 59:8 68:11 68:17 68:18 69:5 75:13 75:16 75:20 76:16 87:17 91:18 93:3 |

| Word | Page:Line |
|---|---|
| saying(12) | 16:12 19:2 16:14 20:18 24:20 30:7 31:24 42:18 48:6 56:16 70:14 76:10 |
| says(3) | 18:9 24:19 25:7 26:5 26:7 53:2 74:11 |
| scale(2) | 23:20 24:9 |
| schedule(7) | 58:11 68:14 80:6 80:13 87:10 92:2 92:4 |
| scheduled(1) | 78:10 |
| scheduling(3) | 10:22 13:5 72:19 |
| scheindlin(2) | 85:13 87:11 |
| schuylkill(1) | 1:42 |
| scooping(1) | 20:3 |
| scope(2) | 88:3 89:2 |
| scorekeeper(1) | 63:18 |
| seal(1) | 27:4 |
| seat(1) | 86:23 |
| second(8) | 12:14 12:17 20:8 22:25 24:18 38:13 39:5 82:21 |
| seconds(3) | 69:10 69:25 74:13 |
| section(3) | 13:12 82:17 84:16 |
| securities(6) | 78:2 83:5 83:10 83:6 83:17 86:7 |
| see(29) | 11:7 21:8 22:8 26:12 30:16 30:16 30:19 31:9 38:15 40:3 45:17 46:18 51:24 54:1 54:10 56:5 57:5 59:19 60:5 62:21 66:12 66:21 68:24 73:19 75:2 75:12 82:11 82:12 86:3 |
| seek(8) | 21:6 23:8 80:1 80:22 81:18 82:16 84:2 88:17 |
| seeking(5) | 12:11 14:18 15:14 70:18 90:1 |
| seem(1) | 90:23 |
| seems(3) | 32:9 35:4 64:5 |
| seen(5) | 9:12 30:15 53:14 71:13 77:8 |
| sees(1) | 45:14 |
| selinda(2) | 3:14 76:21 |
| selling(1) | 24:19 |
| seme(10) | 16:3 16:19 19:9 37:17 75:21 79:23 85:6 90:15 90:23 91:12 |
| sent(6) | 24:1 16:5 66:12 66:17 92:2 |
| sentiments(1) | 41:15 |
| separate(4) | 13:16 16:14 43:21 44:1 |
| sequencing(3) | 8:25 10:10 10:13 |
| series(2) | 27:7 50:5 |
| serve(1) | 84:4 |
| service(2) | 1:41 1:48 |
| services(2) | 1:41 5:9 |
| serving(3) | 65:5 65:16 84:10 |
| set(11) | 7:22 11:12 37:20 40:3 40:24 42:15 46:16 48:24 59:20 59:23 85:13 |
| sets(1) | 8:12 |
| setting(1) | 51:23 |
| settle(1) | 74:22 |
| settled(4) | 29:13 47:12 77:23 83:11 |
| settlement(8) | 60:22 60:24 61:6 61:10 61:19 62:1 70:15 73:10 |
| seventh(1) | 3:36 |
| shadow(2) | 48:1 59:14 |
| shakra(1) | 6:6 |
| shall(6) | 13:13 13:14 13:16 11:3:17 13:18 13:20 |
| shannon(1) | 73:9 |
| share(10) | 14:1 14:11 14:13 22:18 23:6 23:8 29:11 29:12 75:23 87:4 |
| shares(1) | 27:6 |
| sharing(3) | 19:17 19:24 22:6 |
| she(7) | 59:20 60:3 85:19 85:23 86:3 86:4 |
| shibley(1) | 5:15 |
| short(3) | 24:19 40:23 41:3 |
| short-changed(1) | 28:17 |
| short-circuit(1) | 78:13 |
| shortage(1) | 17:21 |
| shorten(3) | 31:20 31:20 36:9 |
| shorter(2) | 41:5 88:18 |
| shorthand(2) | 24:17 41:21 |
| should(32) | 15:2 17:6 17:8 18:14 19:15 20:25 21:20 22:12 22:18 31:2 32:3 33:4 35:7 37:10 37:14 38:23 39:14 42:16 49:3 49:25 51:3 54:3 66:17 66:18 68:21 68:24 69:23 76:10 76:11 80:1 80:22 85:12 |
| shouldn't(3) | 33:20 44:24 50:15 |
| shovel(1) | 7:8 |
| show(1) | 27:5 |
| showed(1) | 33:20 |
| shows(1) | 27:22 |
| shut(1) | 83:16 |
| shuts(1) | 83:16 |
| side(4) | 25:9 32:13 45:7 60:5 |
| sides(1) | 59:24 |
| significant(6) | 25:22 31:18 37:6 40:11 43:22 88:1 |
| silent(1) | 9:21 |
| similar(1) | 64:18 |
| simon(2) | 4:20 4:21 |
| simplicity(3) | 16:18 29:9 29:16 |
| simply(6) | 44:18 48:6 48:6 53:20 71:17 89:23 |
| single(5) | 28:6 72:6 83:1 84:21 85:15 |
| single(5) | 19:22 49:25 68:5 73:5 73:7 |
| sir(1) | 71:11 |

| Word | Page:Line |
|---|---|
| sit(5) | 11:16 51:17 51:19 59:14 67:18 |
| sitting(8) | 7:4 7:19 51:15 67:8 72:13 74:2 85:24 |
| six(5) | 29:5 34:14 35:17 38:8 74:8 |
| size(3) | 21:20 47:10 47:16 |
| slavens(1) | 5:37 |
| slightly(1) | 80:11 |
| small(1) | 37:3 |
| smith(1) | 5:46 |
| snap(3) | 74:4 74:9 74:12 |
| so(1) | 7:19 |
| sole(4) | 79:25 80:21 81:16 91:15 |
| solely(1) | 65:16 |
| solves(1) | 28:15 |
| some(35) | 7:8 10:3 11:7 12:14 12:15 13:4 21:20 23:7 27:15 27:16 30:18 31:14 32:14 35:9 37:19 41:6 44:2 51:6 55:11 56:8 57:20 59:9 60:24 61:9 62:7 62:8 75:13 75:24 77:7 78:12 79:10 84:15 86:15 86:16 |
| somebody(4) | 59:12 60:5 63:11 86:2 |
| somehow(2) | 37:15 88:6 |
| someone(1) | 32:13 |
| something(12) | 7:16 7:17 32:9 61:9 66:5 68:21 70:1 74:11 76:16 85:23 87:11 87:18 |
| sometimes(2) | 80:16 87:17 |
| somewhat(1) | 36:14 |
| somewhere(1) | 67:18 |
| soon(1) | 26:1 |
| sooner(1) | 56:13 |
| sorry(7) | 22:24 34:11 39:11 39:12 45:5 63:23 66:2 |
| sort(8) | 30:16 30:17 30:18 51:2 59:14 59:23 80:14 89:12 |
| sorts(1) | 35:8 |
| sound(2) | 1:47 93:15 |
| sounds(1) | 60:15 |
| southern(1) | 89:14 |
| spare(1) | 88:8 |
| speak(1) | 47:19 |
| speak(1) | 34:14 |
| speaking(2) | 42:9 57:7 61:5 61:8 61:13 61:19 66:6 |
| specific(2) | 37:19 52:13 |
| specifically(2) | 11:10 65:2 |
| spectrum(1) | 89:13 |
| spell(1) | 75:4 |
| spend(1) | 10:12 |
| split(9) | 23:10 20:11 24:18 28:11 29:8 37:15 37:18 45:14 46:8 |
| sprawling(1) | 78:16 |
| square(2) | 2:7 2:32 |
| squeeze(1) | 24:20 |
| stage(2) | 8:12 11:8 |
| stale(1) | 30:19 93:7 |
| stand(2) | 70:19 93:7 |
| standing(4) | 69:21 72:7 72:25 75:13 |
| stang(1) | 3:5 |
| stargatt(1) | 2:29 |
| start(8) | 17:9 30:10 30:11 32:16 32:17 38:7 38:8 57:1 |
| started(1) | 40:1 |
| starting(2) | 58:15 87:23 |
| starts(2) | 35:12 83:20 |
| state(1) | 66:25 |
| statement(3) | 16:25 78:17 79:24 |
| statements(12) | 8:25 10:10 10:24 10:24 12:17 34:8 39:19 40:6 40:8 54:15 54:19 71:2 |
| states(5) | 1:1 1:20 79:7 88:15 89:19 |
| status(9) | 1:7 1:20 79:16 79:18 79:21 79:22 79:25 80:8 80:11 80:18 81:11 81:16 82:13 85:11 85:22 86:11 91:3 93:2 |
| statute(1) | 86:6 |
| stay(2) | 31:24 83:9 |
| stayed(4) | 83:7 87:23 90:12 |
| staying(2) | 88:15 90:9 |
| stays(2) | 3:3 3:29 3:42 |
| steen(2) | 1:32 5:26 |
| step(2) | 42:24 82:21 |
| stephen(1) | 3:41 |
| still(6) | 15:13 26:14 34:5 59:4 63:8 79:12 |
| stipulated(1) | 83:9 |
| stock(1) | 83:7 |
| stone(2) | 6:21 49:22 |
| stop(2) | 7:18 32:15 |
| stopped(1) | 82:25 |
| story(1) | 36:12 |
| straddle(1) | 15:3 |
| strategies(1) | 15:8 |
| strauss(2) | 2:12 4:36 |
| streets(1) | 1:11 1:42 2:8 2:33 3:7 |
| striving(1) | 47:24 |
| struck(1) | 77:11 |
| structure(1) | 11:12 |
| stuck(1) | 85:20 |
| stuff(1) | 86:3 |
| sub-con(3) | 27:6 28:2 29:2 |
| subdividing(1) | 29:17 |

| Word | Page:Line |
|---|---|
| subject(4) | 31:5 31:24 52:11 57:19 |
| submission(9) | 8:21 16:20 19:5 37:2 38:1 40:14 41:- 49:9 54:14 |
| submissions(5) | 9:2 19:3 23:10 54:1 56:25 |
| submit(5) | 20:11 31:20 55:14 56:24 66:19 |
| submitted(1) | 9:18 10:5 10:6 17:17 17:24 19:6 25:- 43:2 43:5 55:14 89:21 |
| submitting(1) | 17:25 51:8 51:12 |
| subpoena(5) | 84:4 84:6 84:10 89:7 89:24 |
| subsection(1) | 58:12 |
| subsidiary(1) | 22:15 |
| substance(3) | 24:6 26:2 74:3 |
| substantial(1) | 67:21 |
| substantive(11) | 12:12 14:23 15:1 16:15 19:18 26:6 26:8 26:10 26:25 73:2 74:20 |
| such(3) | 14:9 14:10 50:18 |
| suggest(4) | 33:5 37:14 40:20 83:20 |
| suggested(1) | 83:25 |
| suggesting(2) | 75:12 76:7 |
| suggestion(2) | 10:16 37:9 |
| suggestions(1) | 71:18 |
| suggests(2) | 20:13 21:25 |
| superintendent(1) | 5:8 |
| supplement(1) | 10:7 |
| supplemental(1) | 81:24 |
| supplementary(1) | 51:11 |
| support(5) | 23:9 38:6 42:4 50:10 50:24 |
| supports(2) | 34:19 40:4 |
| supposed(1) | 65:20 |
| supposed(1) | 70:2 |
| sure(17) | 9:11 28:16 30:1 52:8 55:8 58:25 61:24 64:21 64:21 65:1 68:6 69:1 75:22 86:8 86:8 86:9 91:7 |
| surprising(2) | 74:5 75:25 |
| suspect(1) | 57:8 |
| system(1) | 59:23 |
| tab(1) | 58:19 |
| tabatabai(1) | 2:22 |
| table(1) | 86:23 |
| tables(1) | 86:20 |
| tacking(1) | 18:6 |
| tail(1) | 71:14 |
| take(21) | 7:23 21:5 29:5 32:10 37:5 40:8 40:14 40:1 41:13 48:9 53:6 55:24 58:22 68:9 68:10 68:13 70:- 72:20 77:22 82:21 92:11 |
| taken(2) | 35:4 46:20 |
| taking(2) | 10:21 33:3 |
| talk(13) | 41:8 56:1 57:4 59:21 59:22 61:6 61:19 61:25 62:3 64:3 64:6 73:3 85:18 |
| talking(6) | 32:16 37:7 60:4 66:21 73:1 75:9 |
| talks(1) | 58:12 |
| tammy(1) | 93:20 |
| taylor(1) | 2:29 |
| technically(1) | 25:3 |
| telephonic(4) | 4:27 5:1 6:1 |
| tell(5) | 36:12 47:14 50:7 85:1 85:16 |
| telling(1) | 92:22 |
| ten(3) | 35:7 35:20 36:14 |
| tens(1) | 74:1 |
| term(2) | 64:2 66:24 |
| terminated(2) | 66:9 66:9 |
| terms(9) | 22:8 24:15 24:15 30:9 71:19 72:24 85:7 86:13 91:2 |
| testimony(2) | 15:21 57:12 |
| than(29) | 12:2 14:22 17:9 18:8 21:6 22:1 22:7 25:9 28:15 28:24 29:14 36:12 37:13 41:5 42:4 42:20 43:- 48:5 49:4 50:1 60:3 64:17 67:18 71:1 73:4 73:12 73:17 79:10 92:2 |
| thank(41) | 7:21 8:2 8:5 18:11 18:12 18:23 19:- 19:2 22:16 23:24 36:19 39:24 41:4 41:18 48:20 62:16 62:18 63:7 76:19 77:4 76:7 71:22 76:14 76:18 77:5 77:18 78:7 82:6 82:8 88:24 88:24 88:25 91:21 92:23 92:24 92:25 93:1 93:6 93:6 |
| thanks(3) | 62:15 62:17 73:10 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(301)** 7:22 7:23 8:12 9:6 9:9 9:10 9:11 9:12 9:13 9:15 9:17 9:23 10:3 10:3 10:8 10:13 10:16 10:19 10:20 11:3 11:4 11:6 11:8 11:17 11:19 11:19 11:23 11:24 12:1 12:9 12:12 12:14 12:24 13:5 13:6 13:10 13:13 13:23 13:25 14:2 14:20 14:24 15:2 15:6 15:6 15:8 15:11 15:14 15:17 15:22 15:25 16:1 16:16 16:21 16:24 17:2 17:12 17:13 17:16 18:3 18:9 19:5 19:11 19:14 19:15 19:19 19:21 19:24 19:25 20:2 20:5 20:11 20:13 20:17 21:1 21:5 21:7 21:9 22:2 22:19 23:4 23:6 23:7 23:8 23:9 23:18 23:19 23:20 24:1 24:12 24:18 24:22 24:25 25:2 25:7 25:8 25:11 25:18 25:19 25:21 26:1 26:4 26:7 26:9 26:10 26:11 26:12 26:15 27:5 27:10 27:12 27:19 27:24 28:1 28:2 28:7 28:9 28:16 28:17 28:18 28:24 29:3 29:9 29:10 29:17 29:25 30:3 30:8 30:11 30:12 30:22 31:4 31:11 31:12 32:1 32:9 32:9 32:10 32:17 32:20 32:21 32:21 32:23 32:24 33:1 33:5 33:8 33:16 33:21 33:22 34:2 34:5 34:16 34:23 35:4 35:14 35:23 35:25 36:1 36:2 36:5 36:6 36:7 36:13 36:13 37:9 37:10 37:14 37:15 37:16 37:17 37:22 37:23 37:23 38:15 38:15 38:16 38:23 38:25 39:9 39:17 39:17 39:21 40:7 40:25 41:2 41:3 41:7 41:8 41:12 41:12 42:3 42:3 42:3 42:6 42:10 42:12 42:14 42:18 43:1 43:6 43:7 43:11 43:23 43:25 44:1 44:3 44:5 44:6 44:9 44:13 44:24 45:7 46:6 46:7 46:10 46:16 47:6 47:14 47:19 47:24 48:2 48:4 48:13 48:16 48:17 48:19 49:10 49:10 49:22 49:25 50:2 50:3 50:3 50:4 50:7 50:11 50:14 50:15 51:3 51:5 51:5 51:6 51:7 51:10 51:21 52:3 52:4 52:5 52:9 52:5 52:15 53:1 53:12 53:16 53:17 53:24 54:1 54:1 54:2 54:3 54:4 54:5 54:6 54:11 54:16 54:20 55:6 55:10 55:14 55:16 55:23 56:2 56:3 56:4 56:6 56:7 56:14 56:18 56:22 56:22 57:5 57:8 57:8 57:10 57:12 57:19 57:25 58:6 58:10 58:12 58:17 58:18 58:19 58:21 58:21 58:22 59:2 59:8 59:8 59:19

**that(216)** 59:20 59:21 59:23 59:24 60:4 60:6 60:11 60:13 60:17 60:18 60:19 61:20 62:9 62:11 62:22 63:2 63:3 63:5 63:9 63:13 65:7 65:11 65:12 65:14 65:15 66:1 66:3 66:5 66:7 66:13 66:14 66:14 66:15 66:24 67:6 67:11 67:13 67:13 67:14 68:3 68:6 68:7 68:9 68:17 68:18 68:21 68:21 68:23 68:24 68:25 69:4 69:5 69:6 69:10 69:11 69:17 69:21 69:23 69:24 70:2 70:5 70:12 70:12 70:17 70:17 70:20 70:22 70:20 71:1 71:4 71:4 71:13 71:15 71:20 72:5 72:8 72:17 72:19 72:23 73:5 73:12 73:16 73:20 73:22 73:25 74:2 74:3 74:10 74:11 74:19 74:20 74:24 75:11 75:12 75:13 76:7 76:7 76:10 76:16 77:2 77:2 77:10 77:12 77:25 78:12 78:16 78:18 78:21 78:22 79:1 79:1 79:3 79:10 79:13 79:23 80:2 80:3 80:4 80:14 80:23 80:24 81:1 81:1 81:4 81:11 81:12 81:21 81:22 82:4 82:5 82:14 82:16 82:16 82:17 83:8 83:9 83:15 83:16 83:24 84:1 84:3 84:11 84:11 84:12 84:13 84:14 84:15 84:17 84:22 84:22 85:8 85:9 85:21 85:21 85:22 85:23 86:3 86:3 86:9 86:12 86:14 86:18 87:3 87:6 87:7 87:13 87:13 87:19 88:1 88:3 88:5 88:6 88:9 88:16 88:19 89:4 89:4 89:7 89:9 89:10 89:11 89:14 89:16 89:18 89:21 89:25 90:2 90:3 90:9 90:10 90:11 90:15 90:19 90:22 90:23 91:8 91:12 91:17 91:22 92:1 92:3 92:5 92:9 92:10 92:11 92:15 92:19 93:4 93:7 93:14

**that's(58)** 7:24 9:20 9:20 11:25 13:20 16:19 17:6 17:6 20:10 21:19 22:17 25:12 27:9 28:15 29:6 29:15 30:21 31:25 32:17 34:21 36:18 38:1 38:20 39:14 42:22 44:8 44:18 45:24 46:3 48:8 51:20 53:9 54:12 55:6 58:10 60:9 62:14 64:1 69:14 75:8 75:20 78:6 78:15 81:14 82:1 83:5 84:7 84:21 86:5 86:10 88:9 88:19 89:16 90:7 91:7 91:24 92:8

**the(301)** 1:1 1:2 1:19 2:4 2:19 2:37 3:48 4:9 5:19 7:2 7:2 7:6 7:6 7:10 7:11 7:19 7:22 7:23 7:24 7:25 8:2 8:3 8:5 8:10 8:12 8:13 8:14 8:15 8:16 8:18 8:19 8:23 9:5 9:5 9:5 9:6 9:6 9:9 9:11 9:12 9:14 9:14 9:16 9:17 9:17 9:18 9:20 9:25 10:1 10:2 10:4 10:4 10:6 10:7 10:11 10:14 10:15 10:16 10:16 10:17 10:18 10:21 10:25 11:1 11:2 11:3 11:4 11:5 11:6 11:6 11:7 11:8 11:9 11:10 11:10 11:11 11:11 11:12 11:12 11:14 11:15 11:17 11:18 11:18 11:18 11:19 11:20 11:21 11:25 12:4 12:7 12:8 12:10 12:10 12:11 12:14 12:16 12:18 12:18 12:20 12:21 12:22 12:22 12:24 12:25 13:1 13:3 13:4 13:5 13:8 13:9 13:11 13:11 13:11 13:13 13:14 13:15 13:17 13:18 13:19 13:21 13:24 13:24 13:25 14:1 14:2 14:2 14:2 14:4 14:5 14:6 14:7 14:8 14:9 14:9 14:10 14:12 14:13 14:14 14:15 14:16 14:16 14:17 14:21 14:22 14:24 14:25 15:1 15:3 15:3 15:5 15:7 15:9 15:9 15:10 15:10 15:12 15:13 15:15 15:14 15:15 15:16 15:17 15:19 15:21 15:21 15:22 15:23 15:24 15:25 16:1 16:1 16:2 16:3 16:4 16:4 16:5 16:7 16:7 16:8 16:11 16:11 16:13 16:14 16:14 16:15 16:16 16:17 16:18 16:20 16:20 16:21 16:21 16:22 16:23 16:24 17:3 17:4 17:5 17:5 17:8 17:8 17:9 17:10 17:11 17:11 17:13 17:14 17:16 17:17 17:18 17:21 17:22 17:23 17:24 17:25 18:2 18:3 18:4 18:4 18:4 18:7 18:7 18:8 18:9 18:9 18:11 18:14 18:15 18:19 18:19 18:19 18:22 18:24 19:1 19:6 19:7 19:16 19:17 19:18 19:19 19:21 19:24 19:24 19:27 19:29 19:22 19:23 19:24 19:25 20:1 20:3 20:4 20:8 20:8 20:11 20:11 20:12 20:15 20:16 20:17 20:17 20:18 20:19 20:20 20:20 20:20 20:23 20:24 20:25 20:25 21:1 21:2 21:4 21:6 21:7 21:17 21:17 21:19 21:20 21:20 21:21 21:23 21:24 21:23 22:1 22:9 22:10 22:14 22:15 22:17 22:18 22:19 22:20 22:10 22:14 22:15 22:17 22:18 22:19 22:20

**the(301)** 22:24 23:1 23:4 23:7 23:7 23:11 23:18 23:20 23:21 23:23 24:1 24:7 24:7 24:9 24:11 24:12 24:13 24:14 24:16 24:17 24:18 24:19 24:20 24:21 24:24 24:24 24:24 25:1 25:1 25:3 25:7 25:9 25:13 25:18 25:22 25:23 26:1 26:4 26:5 26:6 26:6 26:9 26:11 26:12 26:14 26:15 26:16 26:18 26:19 26:20 26:21 26:21 26:22 26:23 26:24 26:25 26:25 27:1 27:6 27:6 27:17 27:17 27:21 27:21 27:25 27:25 28:1 28:2 28:3 28:4 28:5 28:6 28:8 28:12 28:14 28:16 28:17 28:18 28:19 28:21 28:23 29:1 29:2 29:3 29:4 29:4 29:5 29:7 29:7 29:10 29:11 29:12 29:14 29:15 30:3 30:3 30:4 30:5 30:8 30:10 30:17 30:18 30:20 30:21 30:25 31:4 31:14 31:16 31:17 31:21 31:22 31:24 32:1 32:4 32:6 32:8 32:20 32:21 32:22 32:22 32:23 33:1 33:3 33:4 33:7 33:8 33:9 33:10 33:13 33:13 33:15 33:14 34:5 34:9 34:13 34:14 34:15 34:16 34:16 34:17 34:18 34:19 34:21 34:23 35:2 35:2 35:10 35:16 35:18 35:19 35:19 35:21 35:22 35:22 36:2 36:2 36:3 36:4 36:4 36:4 36:10 36:16 36:16 36:16 36:22 36:23 36:25 36:25 37:1 37:3 37:3 37:3 37:4 37:4 37:8 37:9 37:13 37:13 37:18 37:20 37:21 37:24 37:24 38:4 38:8 38:10 38:11 38:11 38:14 38:15 38:16 38:18 38:18 38:18 38:19 38:19 38:21 38:22 38:23 38:23 39:1 39:4 39:5 39:9 39:14 39:16 39:17 39:17 39:18 39:20 39:21 39:24 40:2 40:2 40:3 40:3 40:7 40:12 40:15 40:15 40:16 40:16 40:17 40:17 40:23 41:1 41:4 41:5 41:11 41:11 41:11 41:11 41:12 41:13 41:14 41:15 41:16 41:17 41:18 41:21 41:23 42:1 42:3 42:4 42:4 42:5 42:10 42:11 42:12 42:14 42:15 42:16 42:18 42:24 42:25 42:25 43:2 43:4 43:4 43:6 43:6

**the(301)** 43:8 43:9 43:11 43:14 43:15 43:15 43:16 43:18 43:20 43:21 43:25 44:1 44:3 44:5 44:7 44:8 44:9 44:9 44:10 44:12 44:12 44:14 44:17 44:25 45:2 45:5 45:6 45:6 45:7 45:8 45:12 45:12 45:13 45:14 45:15 45:15 45:18 45:18 45:19 45:22 45:23 45:25 46:5 46:15 46:15 46:17 46:21 46:22 46:23 46:24 46:25 46:25 46:21 46:22 46:22 46:23 47:3 47:14 47:15 47:16 47:16 47:17 47:23 47:25 48:1 48:3 48:5 48:8 48:8 48:9 48:10 48:11 48:13 48:15 48:16 48:18 49:1 49:1 49:19 49:21 49:23 50:2 50:3 50:4 50:6 50:7 50:8 50:11 50:13 50:14 50:15 50:16 50:17 51:1 51:2 51:4 51:5 51:11 51:16 51:18 51:20 51:24 52:2 52:2 52:4 52:5 52:5 52:6 52:8 52:11 52:11 52:12 52:17 52:18 52:20 52:21 52:22 52:23 53:2 53:3 53:5 53:6 53:9 53:9 53:13 53:13 53:14 53:16 53:17 53:23 53:25 53:24 54:6 54:7 54:11 54:12 54:14 54:16 54:17 54:18 54:19 54:22 54:23 55:1 55:1 55:3 55:5 55:6 55:10 55:12 55:15 55:16 55:17 55:17 55:18 56:1 56:2 56:5 56:6 56:10 56:12 56:16 56:20 56:21 56:25 57:2 57:3 57:7 57:9 57:10 57:15 57:15 57:17 57:20 57:23 58:1 58:2 58:3 58:5 58:8 58:16 58:17 58:17 58:18 58:20 58:21 59:1 59:2 59:9 59:10 59:14 60:1 61:1 61:1 61:7 61:11 61:17 62:5 62:8 62:8 62:8 62:9 62:15 62:16 62:19 63:2 63:4 63:4 63:4 64:4 64:6 64:10 64:11 64:11 64:13 64:13 64:14 64:15 64:17 64:21 64:25 65:7 65:9 65:12 65:12 65:16 65:18 65:20 65:23 65:24 65:24 66:2 66:4 66:5 66:6 66:8 66:8 66:10 66:12 66:8 66:8 66:9 66:10 66:12

**the(301)** 66:23 66:24 67:4 67:6 67:17 66:18 66:18 66:20 66:23 66:25 67:6 67:6 67:11 67:11 67:12 67:15 67:18 67:20 67:22 67:23 67:24 67:25 68:1 68:1 68:2 68:2 68:3 68:6 68:7 68:8 68:10 68:11 68:12 68:13 68:15 68:19 68:20 68:22 69:1 69:1 69:2 69:2 69:3 69:6 69:7 69:10 69:10 69:11 69:12 69:15 69:16 69:19 69:21 69:22 69:23 70:2 70:3 70:4 70:5 70:5 70:7 70:8 70:10 70:10 70:10 70:12 70:13 70:14 70:15 70:18 70:22 70:23 70:25 71:1 71:2 71:5 71:7 71:8 71:11 71:11 71:12 71:13 71:14 71:14 71:15 71:16 71:16 71:18 71:18 71:21 71:24 71:25 72:3 72:6 72:7 72:10 72:10 72:13 72:16 72:19 72:21 72:22 72:23 73:1 73:4 73:6 73:9 73:12 73:16 73:19 73:19 73:19 73:20 73:22 73:23 73:25 74:1 74:2 74:4 74:6 74:7 74:8 74:9 74:10 74:12 74:13 74:15 74:19 74:20 74:22 74:23 74:25 75:4 75:5 75:6 75:6 75:7 75:10 75:15 75:16 75:17 75:17 75:18 75:25 75:21 75:23 75:24 76:4 76:9 76:10 76:12 76:13 76:15 76:20 76:21 76:22 76:25 77:2 77:3 77:4 77:6 77:8 77:9 77:11 77:12 77:13 77:15 77:16 77:17 77:18 77:22 77:24 77:25 78:2 78:5 78:7 78:7 78:11 78:13 78:15 78:16 78:18 78:19 78:20 78:22 78:23 78:23 78:24 79:2 79:5 79:6 79:7 79:7 79:8 79:14 78:25 78:16 78:18 78:19 78:20 78:22 78:23 78:24 79:1 79:2 79:4 79:5 79:7 79:7 79:9 79:9 79:15 79:16 79:18 79:20 79:22 80:1 80:6 80:9 80:11 80:15 80:20 80:22 80:25 81:1 81:2 81:3 81:3 81:4 81:5 81:6 81:9 81:11 81:13 81:15 81:18 82:1 82:3 82:5 82:8 82:9 82:11 82:14 82:21 82:22 82:23 82:23 83:1 83:3 83:4 83:8 83:5 83:10 83:11 83:13 83:16 83:17 83:19 83:20 83:22 83:23 83:25 84:1 84:1 84:3 84:3 84:4 84:8 84:10 84:12 84:16 84:20 84:21 84:2 84:8 84:10 84:12 84:16 84:20 84:21 84:24 85:1 85:5 85:7 85:10 85:15

**the(130)** 85:16 85:20 85:22 86:1 86:4 86:8 86:10 86:10 86:11 86:12 86:12 86:18 86:19 86:20 86:20 86:21 86:22 86:23 87:2 87:4 87:4 87:5 87:8 87:16 87:19 87:21 87:22 87:22 87:22 87:24 87:25 88:2 88:3 88:4 88:7 88:9 88:10 88:10 88:10 88:12 88:15 88:16 88:18 88:20 88:24 89:1 89:4 89:4 89:7 89:9 89:9 89:14 89:17 89:17 89:17 89:18 89:19 89:10 89:11 89:12 89:13 89:13 89:14 89:15 89:19 89:20 89:21 89:23 89:23 89:23 89:25 90:1 90:7 90:8 90:9 90:17 90:19 90:19 90:19 90:21 91:7 91:11 91:12 91:14 91:15 91:16 91:16 91:18 91:22 91:22 92:5 92:6 92:9 92:10 92:13 92:16 92:18 92:20 92:22 92:21 93:1 93:3 93:4 93:4 93:6 93:11 93:14 93:15 93:16

**their(26)** 14:14 15:24 16:25 17:22 18:1 21:1 25:17 26:16 29:7 29:13 31:20 36:8 36:11 36:22 38:20 40:8 40:24 40:24 41:23 42:20 44:7 57:22 66:25 71:19 80:23 86:23

**them(16)** 9:1 10:4 23:7 23:9 25:10 25:15 25:15 25:17 43:9 47:4 56:19 67:8 70:21 77:8 77:9 85:16

**themselves(7)** 19:23 24:19 37:6 37:9 59:21 59:22 59:25 82:1 8:11 11:9 12:21 12:25 16:13 28:7 29:2 29:5 35:21 42:17 43:25 44:12 46:25 48:11 49:21 51:9 52:24 54:1 56:12 56:15 57:3 62:22 62:14 73:14 74:12 80:14 87:19 90:22 92:14

**theoretically(1)** 44:14

**theories(27)** 15:8 15:20 15:22 16:2 17:12 17:15 17:21 18:7 18:7 19:11 21:3 21:3 21:8 21:18 22:6 22:7 24:13 25:18 25:19 25:25 26:21 27:22 29:1 40:2 42:20 44:23 76:25

**theory(35)** 14:22 14:25 15:4 15:11 16:10 16:15 19:2 21:2 21:5 22:17 22:19 23:5 23:9 23:21 26:7 26:17 26:19 26:20 26:23 26:24 26:25 27:6 28:2 28:7 37:1 41:17 41:17 41:20 41:20 41:22 41:23 41:23 45:23 46:23 75:15

**there(56)** 7:22 9:23 11:7 12:5 12:9 12:14 14:10 14:20 15:2 16:23 16:25 17:8 18:18 20:13 21:21 23:14 26:8 27:15 27:18 37:17 37:19 43:25 44:1 45 47:9 48:1 50:1 51:6 52:24 53:8 53:16 54:14 56:8 58:19 59:8 62:5 62:12 69:4 69:16 70:4 72:6 73:10 77:6 79:1 80:13 82:3 82:18 82:25 83:9 84:15 86:24 88:20 89:3 90:6 90:9 92:15

**therefore(5)** 14:16 17:8 38:22 43:7 89:24

**there'll(2)** 40:11 87:10

**there's(37)** 11:1 11:15 13:16 17:20 20:2 23:1 24:22 34:15 35:25 40:6 40:9 41:19 43:21 43:24 44:6 44:11 48:18 49:2 49:5 49:22 50:18 54:21 57:5 58:10 65:2 65:9 65:17 65:23 73:6 73:24 75:10 88:2 88:7 89:9 89:17 92:13

**these(25)** 15:22 17:12 17:15 19:19 20:23 22:5 22:10 24:5 24:8 24:15 31:5 33:4 35:8 35:17 36:17 37:10 37:18 38:3 55:24 56:7 62:21 67:24 74:1 74:3 75:18

**they(72)** 10:22 11:9 12:1 14:11 14:13 14:15 14:22 14:24 15:2 15:7 15:8 15:9 15:24 16:9 17:24 18:9 22:11 23:3 23:9 24:6 24:8 24:13 24:18 24:23 29:12 29:13 31:20 32:13 33:13 34:3 34:7 34:17 34:18 34:19 36:1 36:3 36:3 36:7 37:22 37:23 38:21 42:17 42:14 44:2 44:13 44:21 46:6 46:7 46:7 46:7 46:8 46:11 46:12 46:13 46:15 56:9 56:18 57:18 57:21 60:25 62:12 64:24 69:2 73:5 73:23 75:23 81 86:22 87:17 91:12

**they'd(1)** 44:12

**they'll(1)** 41:6

**they're(27)** 15:4 15:6 15:9 15:11 15:12 23:19 24:20 25:2 26:5 26:16 27:1 27:4 29:12 29:14 33:22 36:13 41:2 41:16 44:20 47:15 48:8 60:2 62:12 72:18 77:7 79:12 80:23

**they've(4)** 41:17 42:13 54:19 89:21

**thing(14)** 24:25 26:4 27:19 30:1 30:16 34:16 42:23 47:16 51:3 51:21 54:9 54:12 63:10 80:14

**things(14)** 8:12 30:12 51:6 55:8 55:9 55:24 57:21 72:19 78:16 84:19 84:20 85:12 88:2 88:12

**think(102)** 8:12 9:20 11:5 16:17 17:13 23:6 23:20 24:6 25:11 26:2 26:4 27:18 30:20 31:3 31:11 32:3 33:1 33:17 33:24 34:2 34:3 34:5 34:24 34:24 35:22 39:3 39:8 40:9 40:23 41:12 42:21 42:23 43:12 43:14 47:16 47:24 49:3 49:18 50:3 51:3 51:1 51:9 51:16 51:18 54:6 54:15 55:23 56:12 56:17 57:15 59:8 60:3 60:9 60:13 60:16 61:24 62:18 63:1 63:9 63:16 66:4 66:5 66:11 66:12 67:6 67:18 68:8 69:21 70:16 70:17 72:4 72:18 73:10 73:14 74:9 75:21 75:24 76:11 76:11 77:9 77:10 77:17 77:18 77:22 78:3 78:15 78:16 78:17 78:18 78:19 78:22 78:23 78:23 78:24 79:2 79:5 79:6 79:7 79:7 79:8 80:13 80:16 80:17 80:22 80:25 81:1 81:2 81:3 81:3 81:4 81:5 81:6 81:9 81:11 81:13 81:15 81:18 82:1 82:3 82:5 82:8 82:9 82:11 82:14 82:21 82:22 82:23 82:23 83:1 83:3 83:4 83:8 83:5 83:10 83:11 83:13 83:16 83:17 83:19 83:20 83:22 83:23 83:25 84:1 84:1 84:3 84:3 84:4 84:8 84:10 84:12 84:16 84:20 84:21 91:23 92:18

**thinking(1)** 63:10

**thinks(2)** 53:3 70:11

**third(23)** 11:21 16:13 16:13 16:18 16:18 16:1 20:10 20:10 20:10 26:6 28:15 29:3 29:3 29:3 29:9 29:10 29:10 29:15 34:15 39:4 43:15 45:12

**thirds(1)** 33:25

**this(146)** 7:10 7:18 8:11 9:9 10:5 11:2 13:11 13:21 14:17 15:20 16:12 16:21 16:22 17:1 17:14 18:6 18:25 19:12 20:11 20:12 21:13 22:2 22:9 22:12 23:10 23:11 26:20 27:1 27:4 27:11 28:10 28:17 31:23 32:7 32:24 32:24 33:11 33:13 34:12 35:5 37:7 37:12 37:19 39:4 40:7 40:9 40:20 40:23 40:25 41:18 41:20 42:12 42:23 46:16 47:19 48:9 48:17 50:5 50:7 52:3 53:8 53:9 60:23 64:5 64:5 64:6 65:23 65:24 66:3 67:5 67:8 67:9 67:13 67:18 68:18 69:5 69:23 69:23 69:24 70:2 70:11 70:13 70:19 72:17 72:18 72:24 74:12 74:21 75:16 75:22 75:25 76:2 76:2 76:11 77:25 78:3 78:14 78:18 79:3 79:16 79:16 79:18 79:19 79:23 80:16 80:24 81:20 81:24 82:16 82:21 83:14 84:5 84:12 84:25 85:6 85:14 86:24 87:12 87:16 87:20 88:5 88:22 88:23 89:1 89:4 90:3 90:13 90:16 93

**thomas(1)** 5:21

**thornton(1)** 6:5

**those(29)** 12:23 14:18 15:14 17:11 19:15 23:10 28:12 30:1 30:11 29:17 31:2 31:17 34:19 39:6 39:24 41:18 42:20 43:5 51:1 52:4 56:13 56:17 71:4 89:10 89:22 90:22

| Word | Page:Line |
|---|---|
| though(3) | 31:12 40:18 44:14 |
| thought(9) | 11:14 29:9 39:4 53:9 55:1 59:24 79:18 79:20 84:9 |
| thoughts(1) | 43:11 |
| three(21) | 12:5 13:21 13:22 13:23 16:13 20:13 20:22 20:22 21:2 21:24 22:12 23:20 23:24 27:2 28:9 39:7 43:2 47:19 51:1 51:2 |
| three-hour(2) | 40:20 41:4 |
| threshold(2) | 87:25 88:21 |
| through(10) | 10:23 25:13 36:10 52:13 54:13 55:11 58:22 61:9 83:9 90:6 |
| throughout(2) | 13:11 10:20 |
| throw(1) | 88:6 |
| thunderstorms(1) | 77:7 |
| tie(1) | 48:7 |
| time(97) | 7:23 10:10 10:15 11:10 12:16 13:8 13:16 14:20 15:5 15:22 15:25 16:11 16:16 16:24 16:17 16:24 17:7 17:10 17:17 18:1 18:3 18:19 19:10 19:17 20:9 21:5 21:7 21:12 21:17 22:5 22:6 23:7 23:8 23:8 24:2 24:4 24:23 25:10 26:6 26:11 26:14 26:17 26:18 26:20 26:21 27:10 27:17 28:1 28:17 30:10 30:10 31:4 31:16 32:5 33:1 33:7 35:9 37:18 37:21 39:18 40:8 40:15 40:16 40:19 41:3 41:7 41:24 42:19 46:15 47:1 48:7 50:7 52:5 54:16 55:11 56:22 57:25 58:18 64:6 66:5 70:10 70:25 72:10 73:6 74:21 77:22 78:3 79:3 84:3 87:25 89:4 89:7 91:12 92:9 92:20 92:21 92:22 |
| timekeeper(2) | 63:11 63:17 |
| times(3) | 28:8 47:12 48:15 |
| timing(2) | 8:19 8:24 |
| title(3) | 24:16 26:24 41:21 |
| today(25) | 7:19 8:11 10:4 12:6 21:11 31:25 44:4 44:6 51:9 51:13 58:16 60:6 62:6 67:25 68:3 70:4 74:2 74:10 77:7 78:15 79:25 80:4 82:5 91:2 91:17 |
| today's(2) | 8:17 78:9 |
| together(1) | 30:5 |
| told(1) | 50:15 |
| too(12) | 24:20 37:3 40:21 40:22 55:23 57:9 63:15 67:23 68:2 70:7 70:10 79:20 |
| took(1) | 73:14 |
| top(4) | 38:17 40:3 40:3 45:6 |
| toronto(2) | 73:11 88:18 |
| tory's(1) | 5:36 |
| total(3) | 32:22 46:7 54:23 |
| totally(1) | 71:2 |
| touching(1) | 82:13 |
| tracks(1) | 21:21 |
| train(2) | 21:20 79:6 |
| transactional(1) | 79:11 |
| transcriber(1) | 93:20 |
| transcript(9) | 1:18 1:49 9:14 60:4 83:19 83:22 87:22 89:11 93:15 |
| transcription(2) | 1:41 1:48 |
| transcripts(3) | 35:10 40:12 59:20 |
| travel(1) | 57:22 |
| treat(1) | 44:21 |
| treating(1) | 17:1 |
| trial(60) | 7:19 8:16 9:1 9:7 10:8 10:9 10:10 10:14 10:19 12:10 13:4 13:12 15:20 19:10 19:15 19:16 19:17 20:9 20:25 21:7 22:2 23:8 23:21 27:21 28:23 28:25 30:17 30:18 31:3 31:13 31:13 31:18 33:1 33:6 35:5 36:6 36:9 36:12 40:10 52:3 52:6 52:6 52:10 52:13 55:12 55:15 55:16 59:17 59:25 60:12 64:17 68:13 69:24 73:1 73:6 77:3 79:6 87:20 88:2 88:3 |
| tried(2) | 48:9 74:22 |
| trouble(1) | 67:4 |
| troubling(1) | 73:20 |
| trust(3) | 2:44 4:45 5:4 |
| trustee(1) | 2:45 |
| try(5) | 8:22 32:11 58:21 69:2 78:13 |
| trying(7) | 26:3 30:11 68:20 70:7 81:5 82:13 |
| tunnell(1) | 1:25 |
| turn(1) | 73:25 |
| twelve(1) | 33:20 5:20 |
| twice(1) | 16:3 |
| two(26) | 11:5 12:24 15:4 16:2 23:19 24:1 24:6 25:15 28:19 29:17 30:24 35:1 39:11 39:13 39:14 44:10 49:5 50:1 54:4 55:1 55:24 56:22 69:24 72:13 74:12 83:19 |
| tying(1) | 50:2 |
| tyler(1) | 5:44 |
| type(4) | 35:21 35:22 40:21 80:18 |
| u.k(16) | 12:8 13:19 14:10 14:15 14:19 14:21 16:1 16:6 16:7 18:16 25:13 25:19 25:20 26:16 36:5 |
| u.s(69) | 3:13 8:3 10:5 11:8 11:18 13:13 13:25 14:1 14:5 14:12 16:4 16:16 17:12 18:2 20:4 20:6 20:14 20:17 20:18 20:19 20:20 21:23 22:1 24:11 24:20 24:24 24:24 25:1 25:3 25:9 25:23 26:10 26:21 26:21 27:9 27:17 28:4 28:14 29:4 29:7 32:21 32:13 33:7 33:14 34:10 35:18 36:4 37:3 38:12 38:14 41:17 41:21 42:4 42:15 42:17 43:16 52:6 53:17 60:1 60:5 67:7 67:24 68:1 68:2 71:1 72:7 83:5 83:5 83:7 |
| ucc(6) | 33:20 34:19 35:19 34:2 42:12 42:15 |
| ukp(34) | 11:11 12:10 15:3 16:22 17:11 17:25 18:3 18:4 18:8 18:9 18:24 24:7 24:14 24:17 26:1 26:5 27:1 28:3 29:6 29:10 29:16 31:3 37:18 37:21 37:24 38:19 43:20 44:1 44:7 44:17 46:7 46:9 74:23 |
| ukpc(1) | 33:46 |
| ukp's(4) | 13:1 18:21 23:21 65:16 |
| under(8) | 27:3 27:5 82:17 84:13 84:16 85:8 87:8 90:4 |
| understand(25) | 23:7 31:6 37:4 45:16 48:16 48:17 50:4 50:17 50:20 63:1 63:9 66:22 66:16 66:24 68:15 68:22 71:16 71:17 73:20 74:15 74:21 82:7 91:4 93:1 |
| understanding(3) | 13:10 53:23 65:14 |
| understood(5) | 11:25 54:4 76:13 84:11 91:1 |
| underway(1) | 89:16 |
| undoubtedly(1) | 79:4 |
| unfair(1) | 44:18 |
| unfortunate(1) | 76:7 |
| unfortunately(1) | 64:22 |
| unidentified(56) | 29:24 30:2 34:14 36:18 39:3 39:9 39:13 40:1 41:10 43:19 44:5 45:4 45:11 45:18 45:21 48:21 48:23 49:8 49:13 49:16 49:18 49:24 50:12 50:14 50:18 50:21 50:24 51:3 53:23 54:9 54:12 62:13 62:16 63:21 63:23 63:25 64:3 |
| united(5) | 1:12 1:20 79:7 88:15 89:19 |
| unless(1) | 78:4 |
| unnecessary(1) | 89:15 |
| unpaid(1) | 19:25 |
| unpersuasive(1) | 79:13 |
| unsecured(5) | 2:4 4:35 14:8 14:15 20:19 |
| until(3) | 12:22 68:11 87:8 |
| upon(7) | 9:16 14:17 56:4 59:5 64:16 82:14 83:5 |
| use(5) | 24:16 41:25 60:6 60:7 61:11 |
| using(2) | 24:14 26:18 |
| usual(1) | 90:5 |
| value(2) | 21:24 24:14 27:8 |
| values(1) | 27:9 |
| various(3) | 48:14 48:15 63:9 |
| varying(1) | 81:15 |
| versus(1) | 89:15 |
| very(27) | 8:5 19:1 22:16 23:16 26:3 27:20 29:8 30:20 31:22 33:1 37:6 40:10 40:10 43:22 44:2 48:22 52:21 54:18 58:1 70:1 71:5 74:4 74:14 82:15 92:3 93:8 |
| video(1) | 62:8 |
| view(9) | 27:12 32:12 37:16 49:16 51:15 57:23 82:15 84:19 |
| views(1) | 52:25 |
| virtually(1) | 8:16 |
| virtue(1) | 20:20 |
| voice(1) | 61:8 |
| volume(5) | 40:13 41:1 42:5 43:10 43:24 |
| vying(1) | 13:23 |
| wadsworth(1) | 5:42 |
| wait(4) | 49:6 49:21 53:25 58:9 |
| wall(1) | 88:7 |
| want(41) | 10:12 16:1 16:9 16:12 17:4 21:12 21:17 22:4 24:25 27:3 27:20 28:16 31:3 35:14 36:8 43:10 46:5 46:7 46:8 47:18 51:14 58:20 59:23 61:3 61:6 61:11 61:25 67:2 67:5 68:8 68:12 70:19 71:1 73:6 85:18 86:3 87:15 90:20 91:18 91:19 |
| wanted(11) | 16:24 28:10 32:13 36:3 51:22 55:1 55:8 65:15 66:22 69:2 76:16 |
| wants(6) | 28:1 35:25 38:1 65:8 86:4 92:2 |
| warm(1) | 77:18 |
| warrant(1) | 82:4 |
| was(93) | 7:22 8:19 8:22 9:6 9:13 9:23 10:14 11:16 11:23 16:25 19:12 19:18 19:13 30:14 30:15 32:13 43:4 43:23 46:25 47:9 50:20 51:3 52:21 55:8 53:10 55:14 55:14 58:21 60:13 61:6 61:11 61:13 63:15 63:7 63:10 64:8 64:8 66:16 66:16 66:25 67:2 68:3 70:13 71:15 72:13 73:6 73:13 74:12 75:2 76:3 76:5 76:6 76:12 76:13 78:6 78:7 79:9 79:11 80:18 81:11 81:12 81:13 81:14 81:17 82:13 85:8 85:13 85:15 86:2 88:1 89:2 89:5 89:6 89:7 89:8 89:15 |
| wasn't(1) | 9:11 |
| way(22) | 13:21 20:11 20:12 20:24 24:12 25:1 26:1 27:15 29:18 31:16 31:25 36:9 38:8 44:13 44:24 45:14 46:8 50:2 63:10 69:23 70:2 77:17 |
| ways(1) | 29:17 |
| webb(1) | 3:46 |
| wednesday(2) | 7:1 51:17 |
| week(7) | 54:11 50:15 51:15 53:2 72:18 72:18 86:10 |
| weekday(1) | 10:20 |
| weeks(5) | 51:23 52:25 55:24 56:23 74:8 |
| weigh(1) | 12:18 |
| well(68) | 8:5 11:2 12:2 13:6 14:2 14:11 14:22 16:12 17:14 22:25 23:9 26:5 28:13 30:11 31:12 31:15 33:19 33:20 38:20 41:16 42:8 42:21 45:24 46:20 47:22 49:24 50:12 52:9 53:18 53:25 56:18 57:13 58:1 58:7 58:17 61:15 62:5 65:20 65:20 66:19 66:20 67:2 70:7 71:5 72:5 72:7 72:11 73:4 73:12 73:19 74:18 74:25 75:4 75:9 75:16 75:20 76:12 79:5 79:8 79:22 80:8 80:19 87:20 87:22 87:23 90:18 90:22 92:13 92:20 |
| went(2) | 25:11 38:2 |
| were(23) | 8:11 8:12 9:14 10:4 19:12 25:2 26:14 36:5 37:13 39:4 42:10 50:1 53:25 66:13 72:13 73:8 79:3 79:13 82:17 83:1 84:12 84:21 86:20 |
| weren't(2) | 54:4 88:12 |
| we'd(2) | 16:16 60:11 |
| we'll(13) | 7:23 9:8 13:6 36:10 43:19 53:6 56:4 57:12 71:14 71:19 73:4 92:8 92:18 |
| we're(50) | 16:4 16:5 16:6 17:7 17:9 19:10 19:21 20:24 30:24 31:13 31:24 33:19 33:20 35:11 37:7 38:10 38:15 40:10 42:17 44:19 48:6 49:21 51:15 51:16 51:19 57:10 57:20 61:7 62:13 62:19 63:10 64:3 67:22 68:3 68:6 69:4 69:7 72:12 74:2 80:2 80:19 81:8 81:22 85:7 85:10 88:10 88:22 |
| we've(26) | 7:18 10:14 13:20 21:13 21:23 30:20 32:25 33:14 37:22 40:1 41:12 42:3 47:12 49:19 50:21 55:5 56:2 59:18 60:9 60:24 73:3 74:8 77:7 79:1 83:20 84:4 86:6 87:2 |
| what(48) | 8:18 10:5 10:6 10:15 16:19 18:9 19:5 19:20 21:16 24:7 24:17 28:8 29:10 29:18 30:14 31:20 35:14 35:15 35:24 38:24 40:24 40:24 43:4 46:19 48:8 49:6 51:25 52:11 53:10 58:7 59:16 60:6 60:9 65:2 68:13 68:19 69:1 69:10 74:13 74:17 76:7 76:23 81:5 82:14 86:10 88:19 92:2 92:8 |
| whatever(11) | 14:1 14:11 14:13 24:23 33:25 42:14 63:19 66:24 87:17 91:12 |
| what's(10) | 42:7 42:24 44:3 50:25 72:20 82:1 82:2 85:14 86:13 90:7 |
| when(20) | 16:23 20:15 24:2 28:13 32:16 34:21 36:13 54:17 55:9 55:10 56:23 62:10 68:12 69:25 72:10 74:13 75:6 76:8 86:12 90:14 |
| where(26) | 8:10 8:11 13:12 17:17 19:21 19:22 30:25 32:16 34:10 34:12 35:5 38:7 40:17 40:17 41:6 48:1 49:5 50:22 75:11 76:3 79:1 81:3 81:18 82:7 84:9 |
| whereupon(1) | 93:11 |
| whether(23) | 32:7 32:24 39:14 51:22 55:20 59:12 61:4 61:20 66:21 67:12 68:20 70:11 72:24 74:22 75:10 77:1 79:25 80:21 81:7 83:22 88:17 89:5 91:5 |
| which(39) | 8:16 10:23 10:25 11:8 12:11 12:17 15:1 15:4 16:22 24:18 28:3 30:24 33:13 38:3 38:16 38:17 39:5 41:14 45:10 52:6 51:11 51:16 54:15 58:3 58:4 64:16 73:1 73:2 74:11 81:8 82:19 83:15 83:20 87:8 90:10 91:3 91:11 |
| while(6) | 17:25 31:13 58:22 67:16 71:16 79:2 |
| whiteoak(1) | 5:47 |
| who(27) | 8:1 12:18 18:20 22:3 22:16 22:18 31:13 35:17 36:23 38:9 39:8 42:21 45:20 47:17 47:22 49:16 50:2 54:25 55:3 57:12 57:17 58:14 61:8 61:13 61:13 63:11 63:17 |
| whole(6) | 30:23 33:17 46:15 50:22 55:17 60:3 |
| whom(2) | 18:5 59:17 |
| who's(2) | 21:12 30:23 59:16 67:8 |
| who've(1) | 21:22 |
| why(15) | 16:24 24:8 27:9 29:15 46:9 56:9 56:10 62:11 70:25 84:25 85:20 87:16 91:7 91:24 |
| will(51) | 8:1 8:9 10:3 13:4 17:4 17:24 17:25 18:20 18:20 19:2 19:11 19:14 20:12 21:4 21:5 22:3 27:21 28:1 32:10 35:23 36:8 36:25 37:5 37:17 40:16 41:2 41:3 41:11 41:25 42:6 42:15 42:16 43:20 44:7 46:12 46:13 51:8 55:9 56:17 58:15 59:8 70:20 73:21 80:4 87:10 87:11 90:24 93:7 |
| willkie(1) | 3:33 |
| wilmington(13) | 1:12 1:29 2:9 2:34 2:40 2:44 3:9 3:16 3:30 3:43 4:24 5:4 7:1 |
| wish(4) | 12:18 15:8 15:24 44:14 |
| with(153) | 9:4 9:5 10:3 11:6 11:9 11:20 12:25 13:1 13:7 13:21 15:6 16:16 16:22 17:4 17:7 17:13 18:4 18:18 18:19 18:20 20:4 21:2 21:10 21:23 22:2 22:23 22:25 22:6 23:7 23:8 23:18 25:16 26:21 27:3 28:8 28:14 28:15 29:13 30:6 30:8 30:12 32:6 32:20 32:24 35:9 35:19 33:20 34:17 35:23 35:23 35:24 36:25 37:1 37:5 37:10 37:15 37:16 37:18 38:8 |
| withdrew(1) | 73:13 |
| within(2) | 34:23 42:14 |
| without(13) | 18:5 26:2 35:7 35:7 35:9 74:9 78:23 83:9 84:18 85:1 86:5 86:14 91:10 |
| witness(3) | 31:16 31:17 59:1 |
| witnesses(35) | 8:25 11:1 11:2 11:23 16:5 16:6 16:8 16:9 17:19 17:25 18:2 18:4 22:3 31:13 33:3 35:16 35:17 35:20 36:1 36:3 36:6 42:13 43:8 43:9 52:18 57:11 57:19 57:21 58:4 58:11 58:14 58:15 58:16 62:24 |
| wonderful(1) | 63:1 |
| wondering(1) | 85:14 |
| won't(4) | 11:23 17:15 30:7 51:25 |
| work(12) | 16:3 17:4 17:14 18:7 20:25 24:21 29:22 48:9 55:18 57:12 58:22 87:13 |
| worked(4) | 17:5 35:17 43:13 56:2 |
| working(9) | 14:17 33:19 33:20 42:18 42:19 42:20 55:22 59:12 62:13 |
| worse(1) | 73:12 |
| worth(2) | 89:17 90:3 |
| would(132) | 10:18 10:20 10:22 10:23 10:25 11:3 11:4 11:6 11:9 11:15 11:16 16:19 17:12 17:18 18:1 18:3 18:5 18:6 18:18 21:16 22:16 23:5 23:8 24:2 24:25 25:20 26:4 26:14 27:9 28:21 29:16 31:22 32:12 32:15 33:8 33:18 33:23 34:16 34:24 40:22 40:23 43:2 44:14 51:10 51:10 51:11 51:22 52:6 52:12 52:15 55:16 55:19 56:14 56:24 57:6 57:7 57:9 57:11 59:12 59:24 59:25 60:2 60:22 62:1 63:3 63:12 63:13 65:22 66:14 66:24 66:24 67:1 68:4 68:8 68:11 68:17 68:20 69:1 70:13 70:18 71:13 72:17 73:4 73:11 73:13 73:16 73:17 75:16 75:21 75:23 76:22 82:4 82:19 82:25 82:9 83:10 84:18 84:25 85:22 86:9 86:20 87:12 87:20 88:11 88:13 89:12 89:14 90:21 91:13 92:3 92:5 92:15 |
| wouldn't(7) | 40:22 49:5 50:2 63:15 82:18 82:18 88:... |
| written(5) | 17:22 41:16 42:2 49:22 67:12 |
| wrong(1) | 84:12 |
| wunder(1) | 6:38 |
| www.diazdata.com(1) | 1:45 |
| yeah(1) | 53:12 |
| year(1) | 8:11 |
| years(62) | 22:11 22:12 83:1 83:17 85:15 21:15 21:19 23:16 25:6 25:6 28:22 35:17 36:23 38:9 39:8 42:21 45:20 47:17 47:22 49:16 50:12 54:24 55:4 57:2 57:10 57:14 58:14 60:20 62:13 63:9 63:22 64:15 64:21 65:14 67:6 67:10 68:15 69:13 69:19 70:8 71:11 71:24 71:25 72:15 72:22 73:23 74:6 76:9 77:15 80:15 83:13 84:2 87:2 88:2 89:1 91:25 |
| yet(5) | 9:7 84:15 85:19 87:7 90:24 |
| york(9) | 1:36 2:16 2:26 2:48 3:23 3:37 3:49 4:10 89:15 |

| Word | Page:Line |
|---|---|

**you(204)** 7:17 7:17 7:20 7:21 8:2 8:5 8:12 9:24
11:14 11:18 13:22 13:24 16:12 17:14 18:11 18:12
18:22 18:23 18:25 19:1 19:2 20:15 21:11 21:12
21:12 21:16 21:16 21:20 21:20 22:16 23:24 24:1
24:11 25:11 27:19 27:20 27:24 28:7 28:9 28:9 28:9
28:13 28:20 28:21 28:23 28:24 28:25 29:2 29:5
29:18 30:11 30:16 30:22 30:23 31:24 31:25 32:4
32:6 32:10 32:16 32:18 35:20 36:15 36:19 37:11
38:6 38:7 38:8 38:15 38:22 38:24 39:21 39:24 39:24
40:2 40:5 40:9 41:14 41:19 42:6 43:14 43:18 45:7
45:11 45:15 45:17 45:18 46:2 46:9 46:18 46:19
46:25 47:14 48:20 49:6 49:12 49:15 50:10 50:21
51:18 51:18 51:22 51:22 52:11 52:12 53:1 53:8
53:15 54:2 54:2 54:6 54:13 54:17 55:19 56:17 57:24
58:10 58:10 58:18 58:18 58:24 59:7 59:17 59:22
60:5 61:1 61:22 62:16 62:18 62:20 62:21 63:4 63:11
63:16 63:24 65:6 69:15 70:23 71:5 71:6 71:7 71:17
71:22 73:8 73:8 73:14 73:18 73:21 76:14 76:15
76:16 76:16 76:17 76:18 77:5 77:18 77:22 78:7
79:10 80:10 80:12 80:14 82:6 82:8 82:11 82:12
83:23 84:9 85:4 85:4 85:17 85:18 85:23 87:6 87:14
87:15 87:17 87:17 87:18 87:18 87:21 88:9 88:18
88:24 88:24 88:25 89:5 90:20 90:20 90:24 91:2
91:16 91:19 91:21 91:22 92:3 92:9 92:9 92:23 92:24
92:25 93:1 93:6 93:6

**young(3)** 2:29 4:4 4:30
**your(132)** 7:13 7:15 7:20 7:21 7:21 8:3 8:8 9:13
9:25 10:12 12:6 13:7 13:21 15:6 15:16 17:20 18:24
22:21 23:16 23:22 25:13 27:18 28:9 30:22 31:6 31:9
32:19 33:8 34:11 35:3 36:20 38:17 40:5 41:10 42:1
42:8 43:19 47:21 48:21 52:1 52:15 53:11 53:24 54:3
54:5 54:10 55:13 56:10 56:19 60:14 60:21 60:22
61:3 61:7 62:20 64:5 65:14 66:16 66:20 67:24 68:17
69:9 70:9 70:23 71:6 71:9 71:22 71:25 72:4 72:12
72:19 73:4 73:7 73:18 73:22 74:14 74:16 75:9 75:20
76:6 76:18 77:7 77:10 77:14 77:20 77:22 78:8 78:13
79:15 79:20 79:23 80:3 80:20 81:11 81:15 82:8
82:10 82:12 82:18 82:21 83:2 83:19 83:24 84:2
84:17 84:21 85:6 85:11 85:12 85:18 86:5 86:10
87:14 87:24 88:5 88:8 88:11 88:25 89:2 89:3 89:17
90:3 90:15 91:1 91:21 91:24 92:4 92:12 92:24 92:25
93:3 93:9

**you'll(7)** 19:4 32:8 40:2 40:3 40:4 62:21 64:6
**you're(10)** 26:17 26:19 52:17 56:16 60:4 61:24 80:17
81:21 82:7 85:1

**you've(7)** 14:7 14:8 14:9 37:12 40:9 40:13 57:8
**zero(1)** 38:21
**ziegler(3)** 16:23 17:1 41:16
**ziehl(1)** 3:5
**zloto(1)** 6:10
**'unhelped'(1)** 41:3
**"pro-rata"(1)** 26:9