## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                                                          :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                                :     Case No. 09-10138 (KG)
:
                                  Debtors.                                              :     Jointly Administered
:
:
:     Re: D.I. 13186 & 13187
------------------------------------------------------------X

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 19, 2014, a copy of the **Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Protocol of Certain Correspondence** was served in the manner indicated upon the individuals identified on the attached **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that on March 19, 2014, a copy of the **Order Re Allocation Trial Protocol** was served in the manner indicated upon the individuals identified on the attached **Exhibit A** and **Exhibit B.**

Dated: March 19, 2014

          James L. Bromley (admitted *pro hac vice*)
          Lisa M. Schweitzer (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7634704.6