# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS, INC., et al. ) | Case No. 09-10138(KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| In re: ) | Chapter 15 |
| NORTEL NETWORKS LTD., et al. ) | |
| ) | Case No. 09-10164(KG) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## CORRECTED
## ORDER RE ALLOCATION TRIAL PROTOCOL[1]

1. The Court, with the Canadian Court, held a joint case conference on March 12, 2014, to discuss changes to the Joint Trial Protocol that has been the subject of negotiations among the parties. The parties have asked both Courts to resolve unsettled issues.

2. The Courts commend counsel for their good faith efforts to agree on a trial protocol, a protocol that is necessary to achieve a fair and balanced trial process in these highly complex cases with time limitations.

3. The Courts may from time to time to find it necessary to adjust the trial protocol to afford the parties a full and fair opportunity to present their cases. All counsel have acknowledged that any trial protocol will be subject to the discretion of the Courts to determine any changes that the Courts find necessary to promote justice.

---

[1] The Canadian Court will address the protocol for the Claims Trial by Endorsement filed in the Canadian Court.

4. <u>Page Limits on the Affidavit and Brief Filings for the Allocation Issues.</u>

    A. Briefs

        1. Allocation Groups — 150 pages per group

        2. <u>UK Pension Claimants</u> — 50 pages

    B. Opening Affidavits

        1. Allocation Groups — 150 pages per group

        2. UK Pension Claimants — 50 pages

    C. Reply Affidavits

        1. Allocation Groups — 100 pages per group

        2. UK Pension Claimants — 35 pages

5. The trial will commence on May 12, 2014, with (2) days of Opening Statements. The trial, including Opening Statements, will be twenty-five (25) days of 6 hours per day on the dates set forth on the attached schedule. The Court has allotted 150 hours for the trial on the Allocation Issues. The hours shall be divided among the parties as follows:

| | |
|---|---|
| US Allocation Group | 48 hours |
| EMEA Allocation Group | 54 hours |
| Canadian Allocation Group | 48 hours |

**Date:** March 20, 2014

KEVIN GROSS, U.S.B.J.

2

# NORTEL ALLOCATION TRIAL DATES

| MAY | |
|---|---|
| DAY NO. | DATE |
| 1. | 12 |
| 2. | 13 |
| 3. | 14 |
| 4. | 15 |
| 5. | 16 |
| 6. | 20 |
| 7. | 21 |
| 8. | 22 |
| 9. | 23 |
| 10. | 27 |
| 11. | 28 |
| 12. | 29 |
| 13. | 30 |

| JUNE | |
|---|---|
| DAY NO. | DATE |
| 14. | 2 |
| 15. | 5 |
| 16. | 6 |
| 17. | 16 |
| 18. | 17 |
| 19. | 18 |
| 20. | 19 |
| 21. | 20 |
| 22. | 24 |
| 23. | 25 |
| 24. | 26 |
| 25. | 27 |

3