# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Derek C. Abbott
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

March 20, 2014

**VIA HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

Re: *In re: Nortel Networks Inc., et al.*, Case No. 09-10138 (KG)

Dear Judge Gross:

We write briefly on behalf of the US Debtors to express our disagreement with the CCC's letter seeking to re-litigate the Courts' rulings with respect to trial time and page allocations.

Although the CCC notes that all Core Parties agreed that briefing would be done by Core Party, we always took the position - as the Courts ordered - that page limits should be by allocation group (except that EMEA and UKP, which unlike CCC and the Canadian Debtors, do not share the same primary theory of allocation, have separate page allocations). It is the responsibility of the CCC and Canadian Debtors, just like the US Debtors, UCC and Bondholders, to divide their pages as they see fit. We strongly oppose reconsideration of the Courts' ruling to grant additional pages for the CCC merely because they wish to advance two theories, particularly without a corresponding increase for the US to oppose both theories.

Respectfully submitted,

Derek C. Abbott

cc:    All Core Parties (via email)

8104796.1