# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 18, 2014
Invoice 452557
Page 2
Client #  732310

Matter # 165839

For services through February 28, 2014
relating to  Case Administration

| 02/03/14 | Review and calendar upcoming critical dates | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

| 02/05/14 | Organization and maintenance of case correspondence and e-mail | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 225.00 | $45.00 |

| 02/05/14 | Organization and maintenance of case correspondence and e-mail | | | |
|---|---|---|---|---|
| Paralegal | Lindsey A. Edinger | 0.20 hrs. | 225.00 | $45.00 |

| 02/11/14 | Call from M. Fagen re: getting new Akin associate ECF notifications | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

| 02/12/14 | Review correspondence on new Canadian justice (.2); E-mail to F. Hodara and others re: new Canadian justice (.1); Review e-mails regarding new Canadian justice (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |

Total Fees for Professional Services                 $508.50

TOTAL DUE FOR THIS INVOICE                         **$508.50**
BALANCE BROUGHT FORWARD                           $559.50

**TOTAL DUE FOR THIS MATTER**                      **$1,068.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 3
Client #  732310

Matter #  165839

For services through February 28, 2014
relating to  Claims Administration

| 02/04/14 | Review letter from M. Whitton re: status of claim | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 02/25/14 | Review Mcann-Ericson 9019 motion and related documentation | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |

|  | Total Fees for Professional Services | $465.00 |
|---|---|---|

|  |  |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$465.00** |
| BALANCE BROUGHT FORWARD | $2,512.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,977.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 18, 2014
Invoice 452557
Page 4

Client #  732310

Matter #  165839

For services through February 28, 2014
relating to  Court Hearings

| Date | Description | Title | Name | Hours | Rate | Amount |
|------|-------------|-------|------|-------|------|--------|
| 02/03/14 | Retrieve re: 2/4/14 agenda pleadings (.2); Prepare 2/4/14 hearing binders x2 (.4) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.60 hrs. | 225.00 | $135.00 |
| 02/03/14 | Review agenda for 2/4/14 hearing (.2); Prepare for 2/4/14 hearing (1.1); E-mail to M. Fagen re: preparation for 2/4/14 hearing (.1); E-mail to B. Witters re: preparation for 2/4/14 hearing (.2); E-mail to M. Fagen re: logistics of 2/4/14 hearing (.1) | | | | | |
| | | Associate | Christopher M. Samis | 1.70 hrs. | 465.00 | $790.50 |
| 02/04/14 | Complete preparation for 2/4/14 hearing (1.2); E-mails to R. Speaker re: logistics of 2/4/14 hearing (.2); E-mails to D. Botter re: logistics of 2/4/14 hearing (.4); E-mails to D. Botter re: strategy for 2/4/14 hearing (.3); Attend 2/4/14 hearing (.7) | | | | | |
| | | Associate | Christopher M. Samis | 2.80 hrs. | 465.00 | $1,302.00 |
| 02/04/14 | Coordinate telephonic appearance for D. Botter re: 2/4/14 hearing | | | | | |
| | | Paralegal | Rebecca V. Speaker | 0.20 hrs. | 225.00 | $45.00 |
| 02/07/14 | Circulate to distribution re: 2/4/14 hearing transcript | | | | | |
| | | Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| 02/12/14 | Retrieve re: 2/18/14 agenda (.1); E-mail to distribution re: same (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 02/28/14 | Retrieve re: 3/4/14 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 3/4/14 amended agenda (.1); E-mail to distribution re: same (.1) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 02/28/14 | E-mail to A. Cordo re: preparation for 3/4/14 hearing (.1); E-mails to M. Fagen re: preparation for 3/4/14 hearing (.2) | | | | | |
| | | Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 18, 2014
Invoice 452557
Page 5

Client # 732310

Matter # 165839

|  |  |
|---|---|
| Total Fees for Professional Services | $2,569.50 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$2,569.50** |
| BALANCE BROUGHT FORWARD | $21,168.80 |
| **TOTAL DUE FOR THIS MATTER** | **$23,738.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 6
Client #  732310

Matter # 165839

For services through February 28, 2014
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 01/06/14 | E-mails to K. Good re: filing and service of joinder to Debtors' U.S. Claims settlement motion | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 02/03/14 | Review revised memo on pre-trial conference and e-mails regarding dispute on same (.4); Review pages of transcript referenced in revised memo on pre-trial conference (.8) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 465.00 | $558.00 |
| 02/07/14 | Review motion record for Monitor motion to declare French proceedings null and void and Monitor motion for certain amendments to the Distribution Escrow Agreements | | | |
| Associate | Christopher M. Samis | 2.70 hrs. | 465.00 | $1,255.50 |
| 02/10/14 | E-mail to J. Yecies re: trial planning (.1); Attention to allocation trial preparation (2.7) | | | |
| Associate | Christopher M. Samis | 2.80 hrs. | 465.00 | $1,302.00 |
| 02/11/14 | E-mail to C. Samis re: Allocation joint trial protocol (.1); E-mail to C. Samis re: order amending cross-border allocation (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 02/11/14 | Attention to allocation litigation schedule and begin to draft plan for logistical requirements of same (2.7); Call from J. Yeckies re: logistics of allocation trial (.4); Meet with L. Morris re: logistics of allocation trial (.3) | | | |
| Associate | Christopher M. Samis | 3.40 hrs. | 465.00 | $1,581.00 |
| 02/12/14 | Review distribution escrow agreement amendments order in CCAA proceeding (.3); Review incoming document production correspondence in allocation litigation (.5) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 7
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 02/14/14 | Review, revise and finalize Capstone 2013 fee application (.4); Email to B. Witters re: filing and service of Capstone 2013 fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |
| | | | | |
| 02/21/14 | Call to L. Murley re: status of allocation litigation | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

| | |
|---|---|
| Total Fees for Professional Services | $5,625.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$5,625.00** |
| BALANCE BROUGHT FORWARD | $12,424.60 |
| **TOTAL DUE FOR THIS MATTER** | **$18,049.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 8
Client #  732310

Matter # 165839

---

For services through February 28, 2014
relating to  Retention of Others

| | | | | |
|---|---|---|---|---|
| 02/18/14 | Call from B. Kahn re: attorneys switching firms and attendant retention issues | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 02/19/14 | E-mails to B. Kahn re: filing substitutions of counsel in connection with new retentions (.2); Review Local Rules for addressing new retentions (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 02/20/14 | Review draft Cassels retention application (1.2); E-mail to B. Kahn re: comments to draft Cassels retention application (.3) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |
| 02/21/14 | E-mail to B. Kahn re: discussing timetable for new retentions | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 465.00 | $46.50 |
| 02/24/14 | Pre-call with B. Kahn and R. Jacobs re: Dentons call on new retentions and substitutions of counsel (.5); Call with B. Kahn, R. Jacobs and Dentons team re: new retentions and substitutions of counsel (.5); E-mails to F. Hodara, R. Jacobs, B. Kahn and others re: new retentions and substitutions of counsel (.4); Prepare for Dentons call on new retentions and substitutions of counsel (.5); E-mails to R. Jacobs re: new retentions and substitutions of counsel (.2); Review M. Young declaration in support of Cassels retention (.8) | | | |
| Associate | Christopher M. Samis | 2.90 hrs. | 465.00 | $1,348.50 |
| 02/25/14 | Review, revise and finalize further revised Cassels retention application and associated declaration (1.7); Review multiple e-mails from F. Hodara, B. Kahn and others re: finalizing further revised Cassels retention application and associated declaration (.3); E-mail to R. Jacobs re: shortening notice on Cassels retention application (.1); E-mails to B. Kahn and R. Jacobs re: further revised Cassels retention application and associated declaration (.3) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 465.00 | $1,116.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 9

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 02/26/14 | Conference with C. Samis re: motion to shorten re: Cassels retention (.1); Draft motion to shorten re: Cassels retention application (.7); | | | |
| Associate | Amanda R. Steele | 0.80 hrs. | 390.00 | $312.00 |
| 02/26/14 | Meet with A. Steele re: drafting motion to shorten for Cassels retention application (.3); E-mail to A. Steele re: drafting motion to shorten for Cassels retention application (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 465.00 | $186.00 |
| 02/28/14 | Call from B. Kahn re: strategy for shortening notice on Cassels retention application (.3); E-mails to B. Kahn, F. Hodara and D. Botter re: strategy for shortening notice on Cassels retention application (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 465.00 | $232.50 |

Total Fees for Professional Services          $4,311.00

TOTAL DUE FOR THIS INVOICE          **$4,311.00**
BALANCE BROUGHT FORWARD          $129.00

**TOTAL DUE FOR THIS MATTER**          **$4,440.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 10
Client #  732310

Matter #  165839

For services through February 28, 2014
relating to  RLF Fee Applications

| 02/03/14 | Retrieve re: RLF 19th interim fee application and related cnos and monthly fee applications (.2); Prepare RLF interim fee binder of same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 02/11/14 | Review RLF January 2014 bill memos and meal charges | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 225.00 | $112.50 |
| 02/11/14 | Review and revise January 2014 RL&F bill memo | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 465.00 | $372.00 |
| 02/21/14 | Prepare cno re: RLF December fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 02/21/14 | Review, revise and finalize cno for RL&F December 2013 fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |
| 02/26/14 | Review and revise RLF January 2014 fee application (.4); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Prepare RLF 20th interim fee application (.3) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 225.00 | $247.50 |
| 02/26/14 | Finalize, file and coordinate service re: RLF January fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 225.00 | $45.00 |
| 02/26/14 | Review, revise and finalize 60th fee application of RL&F | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |
| 02/27/14 | Review and revise RLF 20th interim fee application (.3); E-mail to accounting re: same (.1); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 225.00 | $135.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 11

Client #  732310

Matter # 165839

| 02/28/14 | Revise RLF 20th interim fee application and cos (.2); Finalize, file and coordinate service re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $1,554.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$1,554.00** |
| BALANCE BROUGHT FORWARD | $1,490.60 |
| **TOTAL DUE FOR THIS MATTER** | **$3,044.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 18, 2014
Invoice 452557
Page 12

Client #  732310

Matter # 165839

For services through February 28, 2014
relating to  Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 02/03/14 | Review e-mail from M. Wunder re: Dentons November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 225.00 | $157.50 |
| 02/03/14 | Finalize, file and coordinate service re: Dentons November fee application (.3); E-mail to M. Wunder re: pdf of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |
| 02/03/14 | Review, revise and finalize 58th Dentons fee application | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 465.00 | $139.50 |
| 02/04/14 | Review proposed 19th interim fee order (.3); Review proposed Togut final fee order (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 465.00 | $279.00 |
| 02/06/14 | E-mail to M. Wunder re: deadline for filing 20th interim fee application | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 225.00 | $22.50 |
| 02/14/14 | Review e-mail from C. Samis re: Capstone November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |
| 02/20/14 | Review e-mail from M. Fagen re: Ashurst January fee application (.1); Review and prepare re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare cno re: Ashurst December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump November fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.70 hrs. | 225.00 | $382.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 18, 2014
Invoice 452557
Page 13

Client # 732310

Matter # 165839

---

| 02/21/14 | Prepare cos re: Ashurst 20th interim fee application (.2); Finalize, file and coordinate service re: Ashurst 20th interim fee application (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 225.00 | $90.00 |

| 02/21/14 | Review, revise and finalize Ashurst 20th interim fee application | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 465.00 | $93.00 |

| 02/25/14 | Review e-mail from M. Wunder re: Dentons December fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 225.00 | $225.00 |

| 02/26/14 | Prepare cno re: Dentons November fee application (.2); E-mail from M. Fagen re: Akin Gump December fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Review e-mail from M. Fagen re: Akin Gump December fee application and 20th interim (.1); Retrieve and review re: same (.1); Prepare cos re: Akin 20th interim fee application (.2); Retrieve and review Akin December fee application (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Review e-mail from M. Fagen re: Capstone December fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.30 hrs. | 225.00 | $517.50 |

| 02/26/14 | Finalize, file and coordinate service re: Akin Gump December fee application (.2); Finalize, file and coordinate service re: Capstone December fee application (.2); Finalize, file and coordinate service re: Akin Gump January fee application (.2); Finalize, file and coordinate service re: Akin Gump 20th interim (.2); Finalize and file cno re: Dentons November fee application (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.90 hrs. | 225.00 | $202.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 14

Client #  732310

Matter # 165839

---

| 02/26/14 | Review, revise and finalize cno for 58th Dentons fee application (.2); Review, revise and finalize 59th fee application of Captsone (.3); Review, revise and finalize 59th fee application of Akin (.4); Review, revise and finalize 60th fee application of Akin (.4); Review, revise and finalize 20th interim application of Akin (.2) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 465.00 | $697.50 |
| 02/27/14 | Review e-mail from M. Wunder re: Dentons Jan fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 225.00 | $135.00 |
| 02/27/14 | Finailze and file Dentons fee application (.3); Coordinate service of same (.2) | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 225.00 | $112.50 |
| 02/28/14 | Review e-mail from M. Fagen re: Capstone January and 20th interim fee applications (.1); Retrieve and review re: same (.1); Prepare cos re: 20th interim fee application (.2); Finalize, file and coordinate service re: same (.2); Prepare notice of application re: Capstone January fee application (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Review e-mail from M. Wunder re: Dentons 20th interim fee application (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 225.00 | $405.00 |

Total Fees for Professional Services    $3,774.00

TOTAL DUE FOR THIS INVOICE                **$3,774.00**
BALANCE BROUGHT FORWARD                    $4,464.00

**TOTAL DUE FOR THIS MATTER**              **$8,238.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 15

Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 0.80 | 390.00 | 312.00 |
| Barbara J. Witters | 16.00 | 225.00 | 3,600.00 |
| Christopher M. Samis | 31.50 | 465.00 | 14,647.50 |
| Lindsey A. Edinger | 0.40 | 225.00 | 90.00 |
| Rebecca V. Speaker | 0.70 | 225.00 | 157.50 |
| TOTAL | 49.40 | $380.71 | 18,807.00 |

**TOTAL DUE FOR THIS INVOICE**                    **$20,255.73**

    Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

    Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310