# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

March 18, 2014
Invoice 452557

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through February 28, 2014
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $91.92 |
| Conference Calling | $216.00 |
| Court Reporter Services | $15.30 |
| Document Retrieval | $19.70 |
| Long distance telephone charges | $37.53 |
| Messenger and delivery service | $392.70 |
| Photocopying/Printing<br>4,595 @ $.10 pg./ 1,216 @ $.10/pg. | $581.10 |
| Postage | $94.48 |
| Other Charges | $1,448.73 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$1,448.73** |
| BALANCE BROUGHT FORWARD | $4,609.85 |
| **TOTAL DUE FOR THIS MATTER** | **$6,058.58** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 18, 2014  
Invoice 452557  
Page 16  
Client #  732310  

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
          Case Administration  
          Claims Administration  
          Court Hearings  
          Litigation/Adversary Proceedings  
          Retention of Others  
          RLF Fee Applications  
          Fee Applications of Others  

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 02/03/14 | Photocopies | | | DUP.10CC |
| | | Amount = | $3.40 | |
| 02/03/14 | Photocopies | | | DUP.10CC |
| | | Amount = | $39.00 | |
| 02/03/14 | Messenger and delivery | | | MESS |
| | | Amount = | $12.00 | |
| 02/03/14 | Postage | | | POST |
| | | Amount = | $12.32 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $5.90 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $5.50 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $0.60 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $2.10 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $3.60 | |
| 02/03/14 | Printing | | | DUP.10CC |
| | | Amount = | $5.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 18, 2014  
Invoice 452557  
Page 17  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $4.80 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $2.80 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $4.20 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/03/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/04/14 | PACER | | DOCRETRI |
| | Amount = | $6.30 | |
| 02/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/04/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/07/14 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = | $15.30 | |

doesn't exist, use .

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 18, 2014  
Invoice 452557  
Page 18  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/07/14 | CourtCall | | CONFCALL |
| | Amount = | $186.00 | |
| 02/11/14 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 02/14/14 | Photocopies | | DUP.10CC |
| | Amount = | $35.40 | |
| 02/14/14 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/14/14 | Richards Layton and Finger/Morris Nichols Arsht and Tunnell Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/14/14 | Messenger and delivery | | MESS |
| | Amount = | $51.30 | |
| 02/14/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/14/14 | Postage | | POST |
| | Amount = | $11.48 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $5.30 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 18, 2014  
Invoice 452557  
Page 19  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 02/14/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/17/14 | CourtCall | | CONFCALL |
| | Amount = | $30.00 | |
| 02/18/14 | 12128728121 Long Distance | | LD |
| | Amount = | $5.56 | |
| 02/18/14 | 12128728121 Long Distance | | LD |
| | Amount = | $15.29 | |
| 02/20/14 | Photocopies | | DUP.10CC |
| | Amount = | $31.20 | |
| 02/20/14 | Messenger and delivery | | MESS |
| | Amount = | $316.50 | |
| 02/20/14 | Postage | | POST |
| | Amount = | $10.64 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $4.60 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 18, 2014
Invoice 452557
Page 20
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/20/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/21/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/25/14 | Photocopies | | DUP.10CC |
| | Amount = | $38.40 | |
| 02/25/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/25/14 | Postage | | POST |
| | Amount = | $12.32 | |
| 02/25/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 18, 2014  
Invoice 452557  
Page 21  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 02/25/14 | Printing | $0.10 | DUP.10CC |
| 02/25/14 | Printing | $0.30 | DUP.10CC |
| 02/25/14 | Printing | $0.20 | DUP.10CC |
| 02/25/14 | Printing | $0.20 | DUP.10CC |
| 02/25/14 | Printing | $5.80 | DUP.10CC |
| 02/26/14 | Photocopies | $0.10 | DUP.10CC |
| 02/26/14 | Photocopies | $228.60 | DUP.10CC |
| 02/26/14 | 12128728121 Long Distance | $6.95 | LD |
| 02/26/14 | Messenger and delivery From Kid Shelleen's BJW | $53.49 | MEALSCL |
| 02/26/14 | PACER | $1.10 | DOCRETRI |
| 02/26/14 | Postage | $21.40 | POST |
| 02/26/14 | Printing | $0.20 | DUP.10CC |
| 02/26/14 | Printing | $0.30 | DUP.10CC |
| 02/26/14 | Printing | $5.20 | DUP.10CC |
| 02/26/14 | Printing | $0.20 | DUP.10CC |
| 02/26/14 | Printing | $0.30 | DUP.10CC |
| 02/26/14 | Printing | $0.20 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 18, 2014  
Invoice 452557  
Page 22  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $5.20 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $10.00 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 02/26/14 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 18, 2014  
Invoice 452557  
Page 23  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $14.30 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $2.20 | |
| 02/26/14 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 02/27/14 | Photocopies | | DUP.10CC |
| | | Amount =  $38.40 | |
| 02/27/14 | Postage | | POST |
| | | Amount =  $12.32 | |
| 02/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | March 18, 2014 | |
| c/o Fred S. Hodara, Esq. | | Invoice 452557 | |
| Akin Gump Strauss Hauer Feld LLP | | Page 24 | |
| One Bryant Park | | | |
| New York NY  10036 | | Client #  732310 | |

| Date | Description | | Code |
|---|---|---|---|
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $5.90 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/27/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Photocopies | | DUP.10CC |
| | Amount = | $45.00 | |
| 02/28/14 | 12128728121 Long Distance | | LD |
| | Amount = | $9.73 | |
| 02/28/14 | Messenger and delivery Washington Street Ale House BJW | | MEALSCL |
| | Amount = | $38.43 | |
| 02/28/14 | PACER | | DOCRETRI |
| | Amount = | $5.60 | |
| 02/28/14 | Postage | | POST |
| | Amount = | $14.00 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 18, 2014  
Invoice 452557  
Page 25  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $5.40 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 02/28/14 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 18, 2014  
Invoice 452557  
Page 26  
Client #  732310

| | | | |
|---|---|---|---|
| 02/28/14 | Printing | | DUP.10CC |

Amount =  $0.20

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,448.73