**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                                            :
*In re*                                                     :          Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :          Case No. 09-10138 (KG)
                                                            :
                                    Debtors.                :          Jointly Administered
                                                            :
                                                            :
                                                            :          Re: D.I. 13195
------------------------------------------------------------X

<u>**NOTICE OF SERVICE**</u>

       PLEASE TAKE NOTICE that on March 20, 2014, a copy of the **Corrected Order Re Allocation Trial Protocol** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: March 20, 2014

                         James L. Bromley (admitted *pro hac vice*)
                         Lisa M. Schweitzer (admitted *pro hac vice*)
                         One Liberty Plaza
                         New York, New York 10006
                         Telephone:  (212) 225-2000
                         Facsimile:  (212) 225-3999

                         - and -

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Ann C. Cordo*
                         Eric D. Schwartz (No. 3134)
                         Derek C. Abbott (No. 3376)
                         Ann C. Cordo (No. 4817)
                         Tamara K. Minott (No. 5643)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

7634704.7