**BY HAND DELIVERY:**

Kathleen A. Murphy
Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
Farah Lisa Whitley-Sebti
DLA Piper
919 N. Market Street
Suite 1500
Wilmington, DE  19801

Christopher Samis
Richards Layton & Finger P.A.
920 North King Street
Wilmington, DE  19801

Charlene D. Davis
Justin Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

**BY FIRST CLASS MAIL:**

Derrick Tay
Jennifer Stam
Gowling LaFleur Henderson LLP
Suite 1600 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5
CANADA

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Alan Mark
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

Peter Ruby
Jessica Kimmel
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
Ernst & Young Tower
222 Bay St. P.O. Box 251
Toronto, Ontario  M5K 1J7
CANADA

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
Torys LLP
79 Wellington St. W. Ste 3000
Box 270 TD Centre
Toronto, Ontario  M5K 1N2
CANADA

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, Ontario  M5X 1B1
CANADA

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Jessica Zhi
Lax O'Sullivan Scott Lisus LLP
Suite 1920
145 King Street West
Toronto, Ontario  M5H 1J8
CANADA

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3
CANADA

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Paliare Roland Rosenberg Rothstein LLP
35th Floor
155 Wellington Street West
Toronto, Ontario   M5V 3H1
CANADA

Tina Lie
Michelle Jackson
Jacqueline Cummins
Paliare Roland Rosenberg Rothstein LLP
35th Floor
155 Wellington Street West
Toronto, Ontario   M5V 3H1
CANADA

Barry E. Wadsworth
Lewis Gottheil
CAW-Canada
Legal Department
205 Placer Court
Toronto, Ontario   M2H 3H9
CANADA

Arthur O. Jacques
Thomas McRae
Shibley Righton LLP
Barristers and Solicitors
250 University Ave Ste 700
Toronto, Ontario   M5H 3E5
CANADA

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
Nelligan O'Brien Payne LLP
Barristers and Solicitors
50 O'Connor St. Ste 1500
Ottawa, Ontario   K1P 6L2
CANADA

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario   M5K 1E6
CANADA

Byron Shaw
Sharon Kour
Kelly Peters
McCarthy Tetrault LLP
Suite 5300
Toronto Dominion Bank Tower
Toronto, Ontario   M5K 1E6
CANADA

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
Bennett Jones LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario   M5X 1A4
CANADA

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, UK   EC2A 2HA
ENGLAND

E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario   M5H 3C2
CANADA

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
John Finnigan
Michael Shakra
Thornton Grout Finnigan LLP
Suite 3200 100 Wellington Street West
P.O. Box 329 Toronto-Dominion Centre
Toronto, Ontario   M5K 1K7
CANADA

Sheryl E. Seigel
McMillan LLP
Brookfield Place
181 Bay St Suite 4400
Toronto, Ontario   M5J 2T3
CANADA

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaide Centre
333 Bay St. Ste 2900
P.O. Box 2900
Toronto, Ontario   M5H 2T4
CANADA

Edmond F. B. Lamek
James Szumski
Borden Ladner Gervais LLP
Barristers and Solicitors
40 King Street West
Toronto, Ontario   M5H 3Y4
CANADA

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
Alexander Cobb
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place Ste 6100
P.O. Box 50
Toronto, Ontario   M5X 1B8
CANADA

Michael Lang
Norton Rose Fulbright LLP
Suite 3800 Royal Bank Plaza
South Tower 200 Bay Street
P.O. Box 84
Toronto, Ontario   M5J 2Z4
CANADA

Angela Dimsdale Gill
John Tillman
Matthew Bullen
David Graves
Katherine Tallett-Williams
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London, UK   EC1A 2FG
ENGLAND

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY   10020

Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY   10020

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY   10006

Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY   10006

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY   10004-1482

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew M. LeBlanc
Milbank Tweed Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY   10005

Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
Milbank Tweed Hadley McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
Christine Doniak
Joseph Sorkin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

**Via Email**

derrick.tay@gowlings.com; jennifer.stam@gowlings.com; jcarfagnini@goodmans.ca; jpasquariello@goodmans.ca; bzarnett@goodmans.ca; amark@goodmans.ca; pruby@goodmans.ca; jkimmel@goodmans.ca; carmstrong@goodmans.ca; nortel.monitor@ca.ey.com; ken.coleman@allenovery.com; paul.keller@allenovery.com; daniel.guyder@allenovery.com; laura.hall@allenovery.com; Joseph.Badtke-Berkow@AllenOvery.com; jonathan.cho@allenovery.com; Nicolette.ward@allenovery.com; Kathleen.murphy@bipc.com; mary.caloway@bipc.com; tdemarinis@torys.com; sbomhof@torys.com; sblock@torys.com; agray@torys.com; aslavens@torys.com; jbromley@cgsh.com; lschweitzer@cgsh.com; hzelbo@cgsh.com; jrosenthal@cgsh.com; dstein@cgsh.com; mdecker@cgsh.com; lpeacock@cgsh.com; jmoessner@cgsh.com; nforrest@cgsh.com; dqueen@cgsh.com; dabbott@mnat.com; rschwill@dwpv.com; scampbell@dwpv.com; jdoris@dwpv.com; lsarabia@dwpv.com; mgottlieb@counsel-toronto.com; twynne@counsel-toronto.com; pmichell@counsel-toronto.com; jzhi@counsel-toronto.com; eharron@ycst.com; jdorsey@ycst.com; adler@hugheshubbard.com; oxford@hugheshubbard.com; tabataba@hugheshubbard.com; huberty@hugheshubbard.com; mzigler@kmlaw.ca; sphilpott@kmlaw.ca; akaplan@kmlaw.ca; bwalancik@kmlaw.ca; ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com; lily.harmer@paliareroland.com; karen.jones@paliareroland.com; tina.lie@paliareroland.com; michelle.jackson@paliareroland.com; Jacqueline.cummins@paliareroland.com; barry.wadsworth@caw.ca; lewis.gottheil@caw.ca; arthur.jacques@shibleyrighton.com thomas.mcrae@shibleyrighton.com; janice.payne@nelligan.ca; steven.levitt@nelligan.ca; christopher.rootham@nelligan.ca; ainslie.benedict@nelligan.ca; bboake@mccarthy.ca; jgage@mccarthy.ca; emarques@mccarthy.ca; psteep@mccarthy.ca; bdshaw@mccarthy.ca; skour@mccarthy.ca; kpeters@mccarthy.ca; selinda.melnik@dlapiper.com; richard.hans@dlapiper.com; timothy.hoeffner@dlapiper.com; farahlisa.sebti@dlapiper.com; zychk@bennettjones.com; orzyr@bennettjones.com; finlaysong@bennettjones.com; swanr@bennettjones.com; zweigs@bennettjones.com; bellj@bennettjones.com; TKreller@milbank.com; JHarris@milbank.com; APisa@milbank.com; svora@milbank.com; aleblanc@milbank.com; mhirschfeld@milbank.com; amiller@milbank.com; tmatz@milbank.com; nbassett@milbank.com; gruha@milbank.com; rpojunas@milbank.com; fhodara@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; rajohnson@akingump.com; bkahn@akingump.com; cdoniak@akingump.com; jsorkin@akingump.com; angela.pearson@ashurst.com; antonia.croke@ashurst.com; samis@rlf.com; bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com; ljackson@casselsbrock.com; mbarrack@tgf.ca; djmiller@tgf.ca; rlewis@tgf.ca; amcewan@tgf.ca; jfinnigan@tgf.ca; mshakra@tgf.ca; cdavis@bayardlaw.com; jalberto@bayardlaw.com; boconnor@willkie.com; sadvani@willkie.com; ahanrahan@willkie.com; sheryl.seigel@mcmillan.ca; michael.riela@lw.com; jsalmas@heenan.ca; kkraft@heenan.ca; svanallen@heenan.ca; craig.barbarosh@kattenlaw.com; david.crichlow@kattenlaw.com; Karen.dine@kattenlaw.com; elamek@blg.com; jszumski@blg.com; dalowenthal@pbwt.com; lbarnes@osler.com; esellers@osler.com; eputnam@osler.com; ahirsh@osler.com; acobb@osler.com;

michael.lang@nortonrosefulbright.com; amdg@hoganlovells.com;
john.tillman@hoganlovells.com; Matthew.bullen@hoganlovells.com;
david.graves@hoganlovells.com; katherine.tallett-williams@hoganlovells.com