

Toronto-Dominion Centre
100 Wellington Street West
Suite 3200, P.O. Box 329
Toronto, ON Canada M5K 1K7
T 416.304.1616  F 416.304.1313

John L. Finnigan
T: 416-304-0558
E: jfinnigan@tgf.ca
File No. 1595-001

March 20, 2014

**VIA EMAIL**

The Honourable Mr. Justice Frank Newbould
Judges' Chambers – Court House
330 University Ave.
Toronto, ON  M5H 1T3

The Honourable Kevin Gross
United States Bankruptcy Court for the District of Delaware
824 North Market Street, Sixth Floor
Wilmington, DE  19801

Mr. Justice Newbould and Judge Gross:

Re:  *In the Matter of Nortel Networks Corporation et al.* - **Court File No. 09-CL-7950 (Ontario Superior Court of Justice)**
*In re Nortel Networks Inc. et al.* **Case No. 09-10138 (KG) (Bankr. D. Del.)**

We write on behalf of the United Kingdom Pension Claimants ("**UKPC**") in response to the Canadian Creditors' Committee ("**CCC**") letter of earlier today on the *Corrected Order Re Allocation Trial Protocol* made March 20, 2014 (the "**Corrected Order**").

We do not know whether the reference to UKPC rather than CCC for additional pages for Opening Affidavits and Reply Affidavits at paragraphs 4B and 4C of the Correct Order was an error as suggested by the CCC. It may be that the Courts intended to allocate more pages to the UKPC in view of our submissions at the Joint Case Conference on March 12 for an equal opportunity to present the pro rata allocation theory.

We agree with the CCC that the transcript of the hearing on March 12 mistakenly identified the writer as the speaker at page 35, line 3. The speaker was Mr. Zigler on behalf of the CCC.

If the Courts are prepared to entertain further submissions on the CCC's request, we respectfully request the opportunity to be heard. We wish to ensure that the UKPC have adequate page limits for the Opening and Reply Affidavits to put the evidence before the Courts required to adjudicate the UKPC' pro rata allocation theory. We do not object to separate page limits for the CCC.

Respectfully submitted,

**Thornton Grout Finnigan LLP**

PER John L. Finnigan
JLF/af
cc: *All Core Parties (via e-mail)*

tgf.ca