IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 13177** |

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 20, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
____ day of March, 2014

/s/ Notary Public
Notary Public

PAM[...] [...]
NOTAR[Y...] [...] OF NEW YORK
[...] COUNTY
[...] 01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

Case 09-10138-MFW    Doc 13207    Filed 03/21/14    Page 2 of 6

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              Chapter 11

NORTEL NETWORKS INC., et al.,                       Case No. 09-10138 (KG)

        Debtors.                             Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JOLLY, GEORGE A.
         38 ROSS RD
         OGDENSBURG, NY 13669-3162

Please note that your claim # 87 in the above referenced case and in the amount of
    $19,080.06 allowed at $21,557.40  has been transferred **(unless previously expunged by court order)** to:

    SOLUS RECOVERY FUND III MASTER LP
    TRANSFEROR: JOLLY, GEORGE A.
    C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
    410 PARK AVENUE 11TH FLOOR
    NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13177    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/20/2014                              David D. Bird, Clerk of Court

                                              /s/ Kimberly Murray
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 20, 2014.

# EXHIBIT B

```
TIME: 14:57:51                              NORTEL NETWORKS INC.                                          PAGE:   1
DATE: 03/20/14                                CREDITOR LISTING

Name                                   Address
JOLLY, GEORGE A.                       38 ROSS RD OGDENSBURG NY 13669-3162
SOLUS RECOVERY FUND III MASTER LP      TRANSFEROR: JOLLY, GEORGE A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022


Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006