# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS, INC., et al. ) | Case No. 09-10138(KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re D.I. Nos. 13186 and 13195** |
| ) | |
| In re: ) | Chapter 15 |
| NORTEL NETWORKS LTD., et al. ) | |
| ) | Case No. 09-10164(KG) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re D.I. Nos. 573 and 574** |

## AMENDED[1]
## ORDER RE ALLOCATION TRIAL PROTOCOL[2]

1. The Court, with the Canadian Court, held a joint case conference on March 12, 2014, to discuss changes to the Joint Trial Protocol that has been the subject of negotiations among the parties. The parties have asked both Courts to resolve unsettled issues.

2. The Courts commend counsel for their good faith efforts to agree on a trial protocol, a protocol that is necessary to achieve a fair and balanced trial process in these highly complex cases with time limitations.

3. The Courts may from time to time to find it necessary to adjust the trial protocol to afford the parties a full and fair opportunity to present their cases. All counsel have acknowledged that any trial protocol will be subject to the discretion of the Courts to determine any changes that the Courts find necessary to promote justice.

---

[1] This Order replaces in full the prior Orders, (Case No. 09-10138, D.I. Nos. 13186 and 13195 and Case No. 09-10164, D.I. Nos. 573 and 574). The Court's goal is fairness. As the trial unfolds, the Court will be in a better position to determine what, if any, adjustments are appropriate. See ¶ 3.

[2] The Canadian Court will address the protocol for the Claims Trial by Endorsement filed in the Canadian Court.

4. <u>Page Limits on the Affidavit and Brief Filings for the Allocation Issues.</u>

    A. Briefs

        1. Allocation Core Parties     150 pages for each Core Party that filed a pleading and 15 pages for joinders

    B. Opening Affidavits

        1. Allocation Groups     150 pages per group

        2. Canadian Creditors Committee     50 pages

    C. Reply Affidavits

        1. Allocation Groups     100 pages per group

        2. Canadian Creditors' Committee     35 pages

5. The trial will commence on May 12, 2014, with (2) days of Opening Statements. The trial, including Opening Statements, will be twenty-five (25) days of 6 hours per day on the dates set forth on the attached schedule. The Court has allotted 150 hours for the trial on the Allocation Issues. The hours shall be divided among the parties as follows:

| | |
|---|---|
| US Allocation Group | 48 hours |
| EMEA Allocation Group | 54 hours |
| Canadian Allocation Group | 48 hours |
| Canadian Creditors' Committee | 12 hours |

**Date:** March 21, 2014

KEVIN GROSS, U.S.B.J.

2

# NORTEL ALLOCATION TRIAL DATES

MAY

| DAY NO. | DATE |
|---|---|
| 1. | 12 |
| 2. | 13 |
| 3. | 14 |
| 4. | 15 |
| 5. | 16 |
| 6. | 20 |
| 7. | 21 |
| 8. | 22 |
| 9. | 23 |
| 10. | 27 |
| 11. | 28 |
| 12. | 29 |
| 13. | 30 |

JUNE

| DAY NO. | DATE |
|---|---|
| 14. | 2 |
| 15. | 5 |
| 16. | 6 |
| 17. | 16 |
| 18. | 17 |
| 19. | 18 |
| 20. | 19 |
| 21. | 20 |
| 22. | 24 |
| 23. | 25 |
| 24. | 26 |
| 25. | 27 |