# Nortel Master Sign In Sheet

| Last Name, First Name | E-mail Address | Law Firm | Party Represented |
|---|---|---|---|
| Aganga-Williams, Temidayo | taganga-williams@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP<br>T: 212.225.2000, F: 212.225.3999 | US Debtors |
| Bromley, Jim | jbromley@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Dandelet, Kyle | kdandelet@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Decker, Marla | mdecker@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| deMeslon, Marion | mdemeslon@cgsh.com | Cleary Gottliebe Steen & Hamilton LLP | US Debtors |
| Grube, Mark | mgrube@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Gurgel, Matt | mgurgel@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Herrington, David | dherrington@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Kaufman, Shira | skaufman@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Luft, Avi | aluft@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| McCown, Alix | amccown@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Moessner, Jackie | jmoessner@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Nee, Ann | anee@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Olin, Adam | aolin@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Opolsky, Jeremy | jopolsky@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Parthum, Michelle | mparthum@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Queen, Daniel | dqueen@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Rosenthal, Jeff | jrosenthal@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Rozenberg, Inna | irozenberg@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Schweitzer, Lisa | lschweitzer@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Shartsis, Ben | bshartsis@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Sherrett, Jesse | jsherrett@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Siegel, Ashley | asiegel@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Stein, Darryl | dstein@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Tunis, Brent | btunis@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Zelbo, Howard | hzelbo@cgsh.com | Cleary Gottlieb Steen & Hamilton LLP | US Debtors |
| Block, Sheila | sblock@torys.com | Torys LLP<br>T: 416.865.0040, F: 416.865.7380 | US Debtors |
| Bomhof, Scott | sbomhof@torys.com | Torys LLP | US Debtors |
| Gray, Andrew | agray@torys.com | Torys LLP | US Debtors |
| Reynolds, Molly | mreynolds@torys.com | Torys LLP | US Debtors |
| Slavens, Adam | aslavens@torys.com | Torys LLP | US Debtors |
| Abbott, Derek | dabbott@mnat.com | Morris, Nichols, Arsht & Tunnell<br>T: 302.658.9200, F: 302.225.2559 | US Debtors |
| Cordo, Annie | acordo@mnat.com | Morris, Nichols, Arsht & Tunnell | US Debtors |
| Minott, Tammy | tminott@mnat.com | Morris, Nichols, Arsht & Tunnell | US Debtors |
| Schwartz, Eric | eschwartz@mnat.com | Morris, Nichols, Arsht & Tunnell | US Debtors |
| Zarnett, Benjamin | bzarnett@goodmans.ca | Goodmans LLP<br>T: 416.979.2211, F: 416.979.1234 | Monitor |
| Mark, Alan | amark@goodmans.ca | Goodmans LLP | Monitor |
| Kimmel, Jessica | jkimmel@goodmans.ca | Goodmans LLP | Monitor |
| Ruby, Peter | pruby@goodmans.ca | Goodmans LLP | Monitor |
| Smith, Graham | gsmith@goodmans.ca | Goodmans LLP | Monitor |
| Stam, Jennifer | jennifer.stam@gowlings.com | Gowling Lafleur Henderson LLP<br>T: 416.862.5697, F: 416.862.7661 | Canadian Debtors |
| Coleman, Ken | ken.coleman@allenovery.com | Allen & Overy LLP<br>T: 212.610.6300, F: 212.610.6399 | Monitor/Canadian Debtors |
| Pultman, Jacob | Jacob.pultman@allenovery.com | Allen & Overy LLP | Monitor/Canadian Debtors |
| Keller, Paul | paul.keller@allenovery.com | Allen & Overy LLP | Monitor/Canadian Debtors |
| Hall, Laura | laura.hall@allenovery.com | Allen & Overy LLP | Monitor/Canadian Debtors |
| Caloway, Mary | mary.caloway@bipc.com | Buchanan Ingersoll & Rooney PC<br>T: 302.552.4209, F: 302.552.4295 | Monitor/Canadian Debtors |
| Murphy, Kathleen | kathleen.murphy@bipc.com | Buchanan Ingersoll & Rooney PC | Monitor/Canadian Debtors |
| Barnes, Lyndon | lbarnes@osler.com | Osler, Hoskin & Harcourt LLP<br>T: 416.362.2111, F: 416.862.6666 | Former Directors & Officers |
| Cobb, Alex | acobb@osler.com | Osler, Hoskin & Harcourt LLP | Former Directors & Officers |
| Putnam, Betsy | eputnam@osler.com | Osler, Hoskin & Harcourt LLP | Former Directors & Officers |
| Hirsh, Adam | ahirsh@osler.com | Osler, Hoskin & Harcourt LLP | Former Directors & Officers |
| O'Connor, Carey | coconnor@osler.com | Osler, Hoskin & Harcourt LLP | Former Directors & Officers |

| Last Name, First Name | E-mail Address | Law Firm | Party Represented |
|---|---|---|---|
| Maguire, William | maguire@hugheshubbard.com | Hughes Hubbard & Reed LLP<br>Tel: (212) 837-6000<br>Fax: (212) 299-6000 | EMEA Debtors |
| Adler, Derek | adler@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Oxford, Neil | xford@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Tabatabai, Fara | tabataba@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Hassan, Amina | hassan@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Glemann, Gabrielle | glemann@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Huberty, Charles | huberty@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Parker-Beaudrias, Caroline | parkerc@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Orton, Miles | orton@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Goldberg, Karen | goldberg@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Saltos, Lena | saltos@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Li Zhen, Mei | zhen@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Reynolds, Matthew | reynolds@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Katz, Ken | katzk@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Fails, Greta | fails@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Trinh, Quan | trinh@hugheshubbard.com | Hughes Hubbard & Reed LLP | EMEA Debtors |
| Gottlieb, Matthew | mgottlieb@counsel-toronto.com | Lax O'Sullivan Scott Lisus LLP<br>Tel: (416) 598-1744<br>Fax: (416) 598-3730 | EMEA Debtors |
| Wynne, Tracy | twynne@counsel-toronto.com | Lax O'Sullivan Scott Lisus LLP | EMEA Debtors |
| Michell, Paul | pmichell@counsel-toronto.com | Lax O'Sullivan Scott Lisus LLP | EMEA Debtors |
| Beddoes, Arden | beddoes@counsel-toronto.com | Lax O'Sullivan Scott Lisus LLP | EMEA Debtors |
| Renihan, James | jrenihan@counsel-toronto.com | Lax O'Sullivan Scott Lisus LLP | EMEA Debtors |
| Milne-Smith, Matthew | mmilnesmith@dwpv.com | Davies Ward Phillips & Vineberg LLP<br>Tel: (416) 863-0900<br>Fax: (416) 863-0871 | EMEA Debtors |
| Doris, Jim | jdoris@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Schwill, Robin | rschwill@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| MacParland, Natasha | nmacparland@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Sarabia, Luis | lsarabia@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Pollack, George | gpollack@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Cameron, Cara | ccameron@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Carlson, Andrew | acarlson@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Littlejohn, Maureen | mlittlejohn@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Campbell, Sean | scampbell@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| McLeese, Bryan | bmcleese@dwpv.com | Davies Ward Phillips & Vineberg LLP | EMEA Debtors |
| Whiteoak, John | john.whiteoak@hsf.com | Herbert Smith Freehills LLP<br>Tel: +44 20 7374 8000<br>Fax: +44 20 7374 0888 | EMEA Debtors |
| Norris-Jones, James | james.norris-jones@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Milner-Moore, Gary | gary.milner-moore@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Pullen, Kevin | kevin.pullen@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |

| Last Name, First Name | E-mail Address | Law Firm | Party Represented |
|---|---|---|---|
| Emanuel, Catherine | catherine.emanuel@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Mendoza, Richard | richard.mendoza@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Russell, David | david.russell@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Cooke, Andrew | andrew.cooke@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Elgie, Oliver | oliver.elgie@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Henderson, Tom | tom.henderson@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Furnivall, Frances | frances.furnivall@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Spender, Liam | liam.spender@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Lis, Philip | philip.lis@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| McGhee, Kristofer | kristofer.mcghee@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Turner, Thomas | thomas.turner@hsf.com | Herbert Smith Freehills LLP | EMEA Debtors |
| Lloyd, Kevin | klloyd@debevoise.com | Debevoise & Plimpton LLP<br>Tel: +44 20 7786 9000<br>Fax: +44 20 7588 4180 | EMEA Debtors |
| Harron, Ed | eharron@ycst.com | Young Conaway Stargatt & Taylor LLP<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 | EMEA Debtors |
| Dorsey, John | jdorsey@ycst.com | Young Conaway Stargatt & Taylor LLP | EMEA Debtors |
| Chapman, Jaime | jchapman@ycst.com | Young Conaway Stargatt & Taylor LLP | EMEA Debtors |
| Finnigan, John L. | jfinnigan@tgf.ca | Thornton Grout Finnigan LLP<br>Tel: (416) 304-1616<br>Fax: (416) 304-1313 | UK Pension Claimants |
| Barrack, Michael E. | mbarrack@tgf.ca | Thornton Grout Finnigan LLP | UK Pension Claimants |
| Miller, D.J. | djmiller@tgf.ca | Thornton Grout Finnigan LLP | UK Pension Claimants |
| Ferreira, Kim | kferreira@tgf.ca | Thornton Grout Finnigan LLP | UK Pension Claimants |
| McEwan, Andrea | amcewan@tgf.ca | Thornton Grout Finnigan LLP | UK Pension Claimants |
| Kennedy, Rebecca | rkennedy@tgf.ca | Thornton Grout Finnigan LLP | UK Pension Claimants |
| Shakra, Michael | mshakra@tgf.ca | Thornton Grout Finnigan LLP | UK Pension Claimants |
| O'Connor, Brian | boconnor@willkie.com | Willkie Farr & Gallagher<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111 | UK Pension Claimants |
| Advani, Sameer | sadvani@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Chang, Eugene | echang@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Hanrahan, Andrew | ahanrahan@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Schneider, Heather | hschneider@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Kofsky, Robert | rkofsky@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Chiuchiolo, Nicholas | nchiuchiolo@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Roache, Elizabeth | eroache@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Humphrey, Nicole | nhumphrey@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Sluka, Peter | psluka@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Eguchi, Weston | weguchi@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Moore, Ashley | amoore@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Fantoni, Megan | mfantoni@willkie.com | Willkie Farr & Gallagher | UK Pension Claimants |
| Alberto, Justin R. | JAlberto@bayardlaw.com | Bayard, P.A.<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395 | UK Pension Claimants |
| Davis, Charlene D. | cdavis@bayardlaw.com | Bayard, P.A. | UK Pension Claimants |
| Miller, Evan T. | EMiller@bayardlaw.com | Bayard, P.A. | UK Pension Claimants |
| Gill, Angela Dimsdale | amdg@hoganlovells.com | Hogan Lovells International LLP<br>Tel: +44 20 7296 2000<br>Fax: +44 20 7296 2001 | UK Pension Claimants |
| Tillman, John | John.Tillman@hoganlovells.com | Hogan Lovells International LLP | UK Pension Claimants |
| Rapinet, Crispin | Crispin.Rapinet@hoganlovells.com | Hogan Lovells International LLP | UK Pension Claimants |
| Bullen, Matthew | Matthew.Bullen@hoganlovells.com | Hogan Lovells International LLP | UK Pension Claimants |
| Edwards-Earl, Chris | Chris.Edwards-Earl@hoganlovells.com | Hogan Lovells International LLP | UK Pension Claimants |
| Tennet, Michael | MTennet@wilberforce.co.uk | Wilberforce Chambers<br>Tel: +44 20 7306 0102<br>Fax +44 20 7306 0095 | UK Pension Claimants |

| Last Name, First Name | E-mail Address | Law Firm | Party Represented |
|---|---|---|---|
| Dunne, Dennis F. | ddunne@milbank.com | Milbank, Tweed, Hadley & McCloy LLP<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219 | Ad Hoc Group of Bondholders |
| Kreller, Thomas R. | tkreller@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Pisa, Albert A. | apisa@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Leblanc, Andrew M. | aleblanc@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Miller, Atara | amiller@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Matz, Thomas J. | tmatz@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Bassett, Nicholas A. | nbassett@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Vora, Samir | svora@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Weiss, Eric I. | eweiss@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Chernak, Alexis | achernak@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Cohen, Claudia G. | ccohen@milbank.com | Milbank, Tweed, Hadley & McCloy LLP | Ad Hoc Group of Bondholders |
| Swan, Richard B. | swanr@bennettjones.com | Bennett Jones LLP<br>Telephone: (416) 777-5762<br>Facsimile: (416) 8631716 | Ad Hoc Group of Bondholders |
| Finlayson, Gavin H. | finlaysong@bennettjones.com | Bennett Jones LLP | Ad Hoc Group of Bondholders |
| Zych, Kevin J. | zychk@bennettjones.com | Bennett Jones LLP | Ad Hoc Group of Bondholders |
| Orzy, S. Richard | orzyr@bennettjones.com | Bennett Jones LLP | Ad Hoc Group of Bondholders |
| Bell, Jonathan G. | bellj@bennettjones.com | Bennett Jones LLP | Ad Hoc Group of Bondholders |
| McClachlan, Amanda C. | mclachlana@bennettjones.com | Bennett Jones LLP | Ad Hoc Group of Bondholders |
| Jones, Laura Davis | ljones@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400 | Ad Hoc Group of Bondholders |
| Keane, Peter J. | pkeane@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | Ad Hoc Group of Bondholders |
| Lowenthal, Daniel A | dalowenthal@pbwt.com | Patterson Belknap Webb & Tyler LLP<br>Tel. - 212-336-2000<br>Fax - 212-336-2222 | Law Debenture Trust Company of Nev |
| Guiney, Brian P. | bguiney@pbwt.com | Patterson Belknap Webb & Tyler LLP | Law Debenture Trust Company of Nev |
| Dent, Craig W. | cdent@pbwt.com | Patterson Belknap Webb & Tyler LLP | Law Debenture Trust Company of Nev |
| Miller, Stephen M. | smiller@morrisjames.com | Morris James LLP<br>Tel. - 302-888-6800<br>Fax - 302-575-1750 | Law Debenture Trust Company of Nev |
| Lamek, Edmond | elamek@blg.com | Borden Ladner Gervais LLP<br>Tel. - 416-367-6311<br>Fax - 416-361-2436 | Law Debenture Trust Company of Nev |
| Crichlow, David A. | david.crichlow@kattenlaw.com | Katten Muchin Rosenman LLP<br>Tel: (212) 940-8941<br>Fax: (212) 940-8776 | Wilmington Trust, National Associatio successor trustee |
| Dine, Karen B. | karen.dine@kattenlaw.com | Katten Muchin Rosenman LLP<br>Tel: (212) 940-8772 | Wilmington Trust, National Associatio successor trustee |
| Choe, Bertrand J. | bertrand.choe@kattenlaw.com | Katten Muchin Rosenman LLP<br>Tel: (212) 940-6388 | Wilmington Trust, National Associatio successor trustee |
| Kraft, Kenneth | kenneth.kraft@dentons.com | Dentons Canada LLP<br>Tel: (416) 863-4374<br>Fax: (416) 863-4592 | Wilmington Trust, National Associatio successor trustee |
| Salmas, John | john.salmas@dentons.com | Dentons Canada LLP<br>Tel: (416) 863-4737 | Wilmington Trust, National Associatio successor trustee |
| Fleming, Matthew | matthew.fleming@dentons.com | Dentons Canada LLP<br>Tel: (416) 863-4634 | Wilmington Trust, National Associatio successor trustee |
| Kennedy, Robert | robert.kennedy@dentons.com | Dentons Canada LLP<br>Tel: (416) 367-6756 Tel: (403) 268-7161 | Wilmington Trust, National Associatio successor trustee |
| Cousins, Scott D. | cousins@ccbllp.com | Cousins Chipman & Brown, LLP<br>Tel: (302) 295-0192<br>Fax: (302) 295-0199 | Wilmington Trust, National Associatio successor trustee |
| Kashishian, Ann | kashishian@ccbllp.com | Cousins Chipman & Brown, LLP<br>Tel: (302) 295-0198 | Wilmington Trust, National Associatio successor trustee |

| Last Name, First Name | E-mail Address | Law Firm | Party Represented |
|---|---|---|---|
| Hodara, Fred | fhodara@akingump.com | Akin Gump Strauss Hauer & Feld LLP (212) 872-1000 phone (212) 872-1002 fax | UCC |
| Botter, David | dbotter@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Qureshi, Abid | aqureshi@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Johnson, Robert | rajohnson@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Sorkin, Joseph | jsorkin@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Kahn, Brad | bkahn@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Doniak, Christine | cdoniak@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Yecies, Jacqueline | jyecies@akingump.com | Akin Gump Strauss Hauer & Feld LLP | UCC |
| Samis, Christopher | Samis@rlf.com | Richards Layton & Finger (302) 651-7845 phone (302) 498-7845 fax | UCC (Delaware local counsel) |
| Steele, Amanda | steele@rlf.com | Richards Layton & Finger | UCC (Delaware local counsel) |
| Jacobs, Ryan | rjacobs@casselsbrock.com | Cassels Brock & Blackwell LLP (416) 860-6465 phone (416) 640-3189 fax | UCC (Toronto local counsel) |
| Wunder, Michael | mwunder@casselsbrock.com | Cassels Brock & Blackwell LLP | UCC (Toronto local counsel) |
| Kukulowicz, Shayne | skukulowicz@casselsbrock.com | Cassels Brock & Blackwell LLP | UCC (Toronto local counsel) |
| Shaw, Geoff | gshaw@casselsbrock.com | Cassels Brock & Blackwell LLP | UCC (Toronto local counsel) |
| Holland, Stefanie | sholland@casselsbrock.com | Cassels Brock & Blackwell LLP | UCC (Toronto local counsel) |
| Hans, Richard | richard.hans@dlapiper.com | DLA Piper LLP - New York Office Tel. 1-212-335-4500 Fax 1-212-335-4501 | CCC |
| Gerstein, Jason | Jason.Gerstein@dlapiper.com | DLA Piper LLP | CCC |
| Hoeffner, Timothy | timothy.hoeffner@dlapiper.com | DLA Piper LLP | CCC |
| Whitley-Sebti, Farah Lisa | farahlisa.sebti@dlapiper.com | DLA Piper LLP | CCC |
| Tumey, Sara | Sara.Tumey@dlapiper.com | DLA Piper LLP | CCC |
| Melnik, Selinda | Selinda.melnik@dlapiper.com | DLA Piper LLP - Wilmington Office Tel. 1-302-468-5650 Fax 1-302-394-2341 | CCC |
| Starnino, Max | Max.Starnino@paliareroland.com | Paliare Roland LLP Tel. 416-646-4300 Fax 416-646-4301 | CCC |
| Jones, Karen | Karen.Jones@paliareroland.com | Paliare Roland LLP | CCC |
| Rosenberg, Ken | Ken.Rosenberg@paliareroland.com | Paliare Roland LLP | CCC |
| Cummins, Jacqueline | Jacqueline.Cummins@paliareroland.com | Paliare Roland LLP | CCC |
| Harmer, Lily | Lily.harmer@paliareroland.com | Paliare Roland LLP | CCC |
| Shortreed, Megan | Megan.Shortreed@paliareroland.com | Paliare Roland LLP | CCC |
| Zigler, Mark | mzigler@kmlaw.ca | Koskie Minsky LLP Tel. 416-977-8353 Fax. 416-977-3316 | CCC |
| Kaplan, Ari | akaplan@kmlaw.ca | Koskie Minsky LLP | CCC |
| Van Bakel, Jeff | jvanbakel@km.ca | Koskie Minsky LLP | CCC |
| Walancik, Barbara | bwalancik@kmlaw.ca | Koskie Minsky LLP | CCC |
| Paul Steep | psteep@mccarthy.ca | McCarthy Tétrault LLP Tel. 416-362-1812 Fax 416-868-0673 | CCC |
| Marques, Elder | emarques@mccarthy.ca | McCarthy Tétrault LLP | CCC |
| Shaw, Byron | bdshaw@mccarthy.ca | McCarthy Tétrault LLP | CCC |
| Kour, Sharon | skour@mccarthy.ca | McCarthy Tétrault LLP | CCC |
| Podolny, Ronald | rpodolny@mccarthy.ca | McCarthy Tétrault LLP | CCC |
| Rose, Keith | krose@mccarthy.ca | McCarthy Tétrault LLP | CCC |
| Wadsworth, Barry | barry.wadsworth@unifor.org | Unifor Tel. 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 Fax 416-495-3786 | CCC |
| Jacques, Arthur | Arthur.jacques@shibleyrighton.com | Shibley Righton LLP Tel. 416-214-5213 Fax 416-214-5413 | CCC |
| Riela, Michael | mriela@vedderprice.com | Vedder Price Tel. 212-407-7700 Fax 212-407-7799 | The Bank of New York Mellon |
| Edelman, Michel | mjedelman@vedderprice.com | Vedder Price Tel. 212-407-7700 Fax 212-407-7799 | The Bank of New York Mellon |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 05/12/2014
Calendar Time: 09:00 AM ET

Amended Calendar 05/12/2014 05:59 AM

Page 1 of 4

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248385 | Manas Babbili | (212) 538-5918 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6246389 | Jonathan Barnett | (617) 658-5527 | Covalent Partners | Interested Party, Covalent Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6249110 | Justin Brass | (212) 843-1242 | Stone Lion Capital Partners | Interested Party, Stone Lion / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248505 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250308 | Philip E Brown | (212) 649-9596 | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248840 | Susan S. Chen | 212-231-2386 | Macquarie Capital (USA), Inc. | Creditor, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247166 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6246982 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250320 | Charlene Davis | 302-429-4212 | Bayard P.A. | Interested Party, UK Pension Trust Limited / LISTEN ONLY |

| Case | Case # | Proceeding | Phone | Name | Firm | Representing |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (212) 225-2025 | Marla A. Decker | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (646) 282-5841 | Ephraim Diamond | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (979) 862-4053 | Lorraine Eden | Lorraine Eden - Professor | Debtor, US / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (212) 872-8051 | Matthew Fagen | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (212) 303-9444 | Andrew G. Friedman | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 212-225-2000 | Ashley B. Graham | Cleary Gottlieb Steen & Hamilton | Debtor, US / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 212-756-1132 | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 302-571-6703 | Edwin Harron | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrator / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (212) 225-2000 | David H. Herrington | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 442074663783 | James Iman | Herbert Smith Freehills LLP | Interested Party, Joint Administrators & Foreign Rep. for Nortel Networks UK Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (212) 751-5733 | Ryan K. Kalaau | DW Investment Management | Interested Party, DW Investment Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (415) 676-4094 | James S. Kim | Symphony Asset Management | Interested Party, Symphony Asset Management / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248266 | Eric M. Mason | (646) 412-6772 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6246435 | Thomas Matz | (212) 530-5885 | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, Bondholders / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250324 | Dan Mindel | (724) 321-2961 | Ernst & Young, LLP | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6247247 | Hanna Morikami | 310-733-7059 | Nomura Securities | Interested Party, Hanna Morikami / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250333 | Betsy Putnam | (416) 862-6835 | Osler LLP | Debtor, Canadian Board of Directors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250310 | Daniel Queen | (212) 225-2295 | Cleary Gottlieb Steen & Hamilton | Debtor, US / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6248593 | Steven Robinson | (212) 842-1961 | Aristeia Capital | Creditor, Aristeia Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6249739 | Inna Rozenberg | (212) 225-2972 | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks INC. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250304 | Gale Rubenstein | 416-597-4148 | Goodmans, LLP | Monitor, Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6249757 | Adam M. Slavens | (416) 865-7333 | Tory's LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6243805 | Rebecca J. Song | (212) 559-9933 | Napier Park Global Capital | Creditor, Rebecca Song / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250336 | Nicholas Stabile | (212) 872-8020 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6246429 | Kevin J. Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250316 | Max Starnino | (416) 646-4300 | Paliare Roland & Rosenberg | Creditor, Superintendent of Financial Services, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250318 | Samuel Wechsler | (646) 699-3752 | River Birch Capital | Creditor, River Birch Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6250307 | Michael J. Wunder | (416) 860-6484 | Cassels Brock & Blackwell LLP | Interested Party, Michael J. Wunder / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 6249699 | Kyle Younker | (646) 412-5308 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10164 | Hearing | 6250337 | Michael S Shakra | (416) 304-0332 | Thornton Grout Finnigan LLP | Creditor, UK Pension Claimants / LISTEN ONLY |