# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Pretrial Conference to be held March 12, 2014** |

## NOTICE OF FILING OF THE PROPOSED AMENDMENT OF THE MONITOR AND THE CANADIAN DEBTORS TO THE JOINT TRIAL PROTOCOL

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol [Dkt. No. 990], on March 10, 2014, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation and certain of its direct and indirect subsidiaries (the "**Canadian Debtors**," and together with the Monitor, the "**Canadian Parties**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (together with this Court, the "**Courts**"), by its undersigned counsel, filed in the above-captioned cases a copy of the Canadian Parties' proposed amendment and supplement (the "**Proposed Amendment**") to the joint trial protocol approved by the Courts on January 29, 2014 (the "**Trial Protocol**") [Dkt. No. 12863], together with an explanatory covering submission (the "**Covering Submission**"). The Proposed Amendment and Covering Submission were filed in the Canadian Proceedings in connection with the pretrial conference scheduled for March 12, 2014. The Proposed Amendment is identical to the form of proposed amendment and supplement to the Trial Protocol filed by the US Debtors in these cases on the date hereof [Dkt. No. 13132] and reflects substantial agreement between the parties as well as a few remaining areas of disagreement to be addressed at the pretrial conference.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Amendment and the Covering Submission as filed in the Canadian Proceedings are attached hereto as Exhibit A.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) (together, the "**US Debtors**").

limits on affidavits and briefs and numbers of witnesses and experts to appear at trial. The Parties also were to specify the proposed length of trial, having regard to the Courts' direction at the January 29 Pre-Trial Conference.

7. The trial has been set to start on May 12, 2014. In accordance with the Courts' request for a proposal on the trial length, the Core Parties are proposing that the trial last for 210 hours (approximately 35 days, assuming 6 hours per day). The debates about various time allocations (described in the Proposed Amendment and Supplement and hereinafter) have been framed within that overall proposed block of trial time.

## IV. AREAS OF DISAGREEMENT AMONG THE CORE PARTIES

8. The majority of the differences between the Core Parties are either directly or indirectly related to the issues of page numbers and time allocations. The various parties' positions on those issues are summarized below:

|  | Monitor/Cdn Debtors | US Debtors | EMEA Debtors/ Claimants | CCC | UK Pension Claimants |
|---|---|---|---|---|---|
| Affidavits (Allocation) II.A.2.(a) | - divided into 3 groups<br>- 250 pages for initial affidavits and 125 pages for responding affidavits per group | - divided into 3 groups<br>- 100 pages for initial affidavits per group and 50 pages for responding affidavits per group | Same as Monitor/ Canadian Debtors | - the same total number of pages but divided among 5 parties (rather than 3 groups)<br>- 150 pages for initial affidavits and 75 pages for responding affidavits per | Same as Monitor/ Canadian Debtors |

|  | Monitor/Cdn Debtors | US Debtors | EMEA Debtors/ Claimants | CCC | UK Pension Claimants |
|---|---|---|---|---|---|
|  |  |  |  | party |  |
| Affidavits (claims) II.A.2.(b) | - EMEA Claimants and UK Pension Claimants each get 150 pages for initial affidavits and 75 pages for reply affidavits<br>- Canadian Claims Defendant Group gets 300 pages for initial affidavits and 150 pages for responding affidavits | No position | The EMEA Claimants do not object to the page limits, but believe that the Canadian Claims Defendant Group should be required to split their total allocated affidavit pages between EMEA Claims and UK Pension Claims | No position | Same as EMEA Debtors/ Claimants |
| Briefs (Allocation) II.A.4.(a) | 150 pages for each Core Party that filed a pleading and 15 pages for joinders | 75 pages per Allocation Group | Same as Monitor/ Canadian Debtors | Same as Monitor/ Canadian Debtors | Same as Monitor/ Canadian Debtors |
| Briefs (Claims) II.A.4.(b) | -150 pages for each of the EMEA Claimants and UK Pension Claimants<br>-300 pages for the Canadian Claims Defendant Group | No position | The EMEA Claimants do not object to the page limits, but believe that the Canadian Claims Defendant Group should be required to split their total | No Position | Same as EMEA Debtors/ Claimants |

|  | Monitor/Cdn Debtors | US Debtors | EMEA Debtors/ Claimants | CCC | UK Pension Claimants |
|---|---|---|---|---|---|
|  |  |  | allocated brief pages between EMEA Claims and UK Pension Claims |  |  |
| Opening Statements (Allocation) III.B.1.(a) | 1 day in total divided as follows:<br><br>- US Allocation Group/ Bondholder Allocation Group: 2.25 hours<br><br>- Monitor/ Cdn Debtors: 1.5 hours<br><br>- EMEA Debtors: 1.5 hours<br><br>- UK Pension Claimants/CCC: 1.5 hours<br><br>- other core parties: .25 hours each | Same as Monitor/ Canadian Debtors | 2 days total (proposal of Monitor/ Canadian Debtors doubled other than non-group core parties) | Same as Monitor/ Canadian Debtors | Same as Monitor/ Canadian Debtors |
| Opening Statements (Claims) III.B.1.(b) | 1 day in total divided as follows:<br><br>- EMEA Claimants: 1.5 hours<br><br>- UK Pension Claimants: 1.5 hours<br><br>- Canadian | No position | 2 days total (proposal of Monitor/ Canadian Debtors doubled) and the Canadian Claims Defendant Group should be required to divide its | No Position | Same as Monitor/ Canadian Debtors other than the Canadian Claims Defendant Group should be required to divide its time between |

|  | Monitor/Cdn Debtors | US Debtors | EMEA Debtors/ Claimants | CCC | UK Pension Claimants |
|---|---|---|---|---|---|
|  | Claims Defendant Group: 3.0 hours |  | time between response to EMEA Claims and response to UK Pension Claims |  | EMEA Claims and UK Pension Claims |
| Time Allocation (Allocation) III.A.2.(a) | 42 hours for each of the US/ Bondholder, Canadian and EMEA Allocation Groups | Same as Monitor / Canadian Debtors | No position | Same as Monitor / Canadian Debtors | 31.5 Hours for each of the (a) US/ Bondholder Allocation Group, (b) Monitor/ Canadian Debtors, (c) EMEA Debtors and (d) UK Pension Claimants/ CCC |
| Time Allocation (Claims) III.A.2.(b) | - 21 Hours for each of the EMEA Claimants and UK Pension Claimants<br><br>- 42 hours for the Canadian Claims Defendant Group | No position | The EMEA Claimants do not object to the time allocations, but believe that the Canadian Claims Defendant Group should be required to split their total allocated time between EMEA Claims and UK Pension Claims | No Position | Same position as the EMEA Debtors/ Claimants |