# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2014 through February 28, 2014

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Transcripts | | $251.85 |
| Photos/Art/ Spec Duplicating | Out of Office | 1,627.30 |
| Meals | | 1,070.65 |
| Courier/Delivery Service | | 3,917.42 |
| Computer Research | Westlaw | 193.60 |
| In House Duplicating | | 687.20 |
| Facsimile | | 1,147.50 |
| Pacer | | 200.60 |
| Conference Calls | | 541.00 |
| **Total of Expenses** | | **$9,637.12** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1121777 | 01/09/14 | B | 169.40 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT OF CASE# 09-10138 | 506 | 904 | 200666 |
| 1107584 | 02/07/14 | B | 82.45 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - CASE# 09-10138 - 2/7/14 | 506 | 684 | 199943 |
| 1107174 | 01/31/14 | B | 161.70 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/ PRINT - 1/31/14 | 510 | 684 | 199921 |
| 1109434 | 02/04/14 | B | 720.28 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 2/4/14 | 510 | 684 | 200007 |
| 1112495 | 02/12/14 | B | 28.45 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 2/12/14 | 510 | 684 | 200168 |
| 1112493 | 02/12/14 | B | 22.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT - 2/12/14 | 510 | 684 | 200167 |
| 1117057 | 02/25/14 | B | 516.67 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 2/25/14 | 510 | 684 | 200454 |
| 1119228 | 02/27/14 | B | 163.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 2/27/14 | 510 | 684 | 200571 |
| 1119234 | 02/28/14 | B | 14.40 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT - 2/28/14 | 510 | 684 | 200577 |
| 1117055 | 02/25/14 | B | 1,070.65 | Meals - DIGITAL LEGAL SERVICES LLC` BANKRUPTCY SERVICE - 2/25/14 | 512 | 684 | 200452 |
| 1114600 | 01/17/14 | B | 72.44 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - SHIPPING FEES - 1/17/14 | 514 | 000 | 200301 |
| 1107139 | 01/30/14 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 199899 |
| 1108200 | 02/06/14 | B | 9.44 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 199970 |
| 1109455 | 02/06/14 | B | 26.14 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 200017 |
| 1109422 | 02/12/14 | B | 34.50 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 199999 |
| 1109831 | 02/12/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200046 |
| 1109832 | 02/12/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200046 |
| 1109833 | 02/12/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200046 |
| 1111921 | 02/12/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200114 |
| 1109334 | 02/12/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 199998 |
| 1109335 | 02/12/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 199998 |
| 1109336 | 02/12/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 199998 |
| 1109337 | 02/12/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 199998 |
| 1109338 | 02/12/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 199998 |
| 1109339 | 02/12/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 199998 |
| 1109400 | 02/12/14 | B | 27.29 | Courier/Delivery Service | 514 | 322 | 199998 |

```
Nortel Networks, Inc.                                                              PRO FORMA  346647         AS OF 02/28/14                          INVOICE# ******
63989-DIP
DATE: 03/24/14 14:51:56

INDEX      DATE       STAT     AMOUNT   DESCRIPTION                                                                    CODE      TKPER     VOUCHER
1109401   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109827   02/12/14     B         22.02  Courier/Delivery Service                                                        514       322       200046
1109828   02/12/14     B         25.76  Courier/Delivery Service                                                        514       322       200046
1109829   02/12/14     B         23.30  Courier/Delivery Service                                                        514       322       200046
1109830   02/12/14     B         26.04  Courier/Delivery Service                                                        514       322       200046
1109394   02/12/14     B         16.76  Courier/Delivery Service                                                        514       322       199998
1109395   02/12/14     B         22.02  Courier/Delivery Service                                                        514       322       199998
1109396   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109397   02/12/14     B         23.28  Courier/Delivery Service                                                        514       322       199998
1109398   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109399   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109388   02/12/14     B         23.28  Courier/Delivery Service                                                        514       322       199998
1109389   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109390   02/12/14     B         23.43  Courier/Delivery Service                                                        514       322       199998
1109391   02/12/14     B         23.28  Courier/Delivery Service                                                        514       322       199998
1109392   02/12/14     B         24.55  Courier/Delivery Service                                                        514       322       199998
1109393   02/12/14     B         25.76  Courier/Delivery Service                                                        514       322       199998
1109382   02/12/14     B         27.17  Courier/Delivery Service                                                        514       322       199998
1109383   02/12/14     B         27.29  Courier/Delivery Service                                                        514       322       199998
1109384   02/12/14     B         23.43  Courier/Delivery Service                                                        514       322       199998
1109385   02/12/14     B         23.43  Courier/Delivery Service                                                        514       322       199998
1109386   02/12/14     B         23.28  Courier/Delivery Service                                                        514       322       199998
1109387   02/12/14     B         25.76  Courier/Delivery Service                                                        514       322       199998
1109376   02/12/14     B         13.08  Courier/Delivery Service                                                        514       322       199998
1109377   02/12/14     B         25.76  Courier/Delivery Service                                                        514       322       199998
1109378   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109379   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109380   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109381   02/12/14     B         13.08  Courier/Delivery Service                                                        514       322       199998
1109370   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109371   02/12/14     B         18.34  Courier/Delivery Service                                                        514       322       199998
1109372   02/12/14     B         23.43  Courier/Delivery Service                                                        514       322       199998
1109373   02/12/14     B         23.43  Courier/Delivery Service                                                        514       322       199998
1109374   02/12/14     B         27.29  Courier/Delivery Service                                                        514       322       199998
1109375   02/12/14     B         25.76  Courier/Delivery Service                                                        514       322       199998
1109364   02/12/14     B         13.08  Courier/Delivery Service                                                        514       322       199998
1109365   02/12/14     B         19.28  Courier/Delivery Service                                                        514       322       199998
1109366   02/12/14     B         25.76  Courier/Delivery Service                                                        514       322       199998
```

```
Nortel Networks, Inc.                                          PRO FORMA  346047       AS OF 02/28/14                INVOICE# ******
63989-DIP
DATE: 03/24/14 14:51:56

INDEX     DATE      STAT    AMOUNT   DESCRIPTION                                              CODE   TKPER   VOUCHER
1109367   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109368   02/12/14   B       19.28   Courier/Delivery Service                                  514    322    199998
1109369   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109358   02/12/14   B       19.28   Courier/Delivery Service                                  514    322    199998
1109359   02/12/14   B       25.76   Courier/Delivery Service                                  514    322    199998
1109360   02/12/14   B       23.30   Courier/Delivery Service                                  514    322    199998
1109361   02/12/14   B       25.76   Courier/Delivery Service                                  514    322    199998
1109362   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109363   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109352   02/12/14   B       19.28   Courier/Delivery Service                                  514    322    199998
1109353   02/12/14   B       19.28   Courier/Delivery Service                                  514    322    199998
1109354   02/12/14   B       25.76   Courier/Delivery Service                                  514    322    199998
1109355   02/12/14   B       16.76   Courier/Delivery Service                                  514    322    199998
1109356   02/12/14   B       19.28   Courier/Delivery Service                                  514    322    199998
1109357   02/12/14   B       25.76   Courier/Delivery Service                                  514    322    199998
1109346   02/12/14   B       13.08   Courier/Delivery Service                                  514    322    199998
1109347   02/12/14   B       23.02   Courier/Delivery Service                                  514    322    199998
1109348   02/12/14   B       13.08   Courier/Delivery Service                                  514    322    199998
1109349   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109350   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109351   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1109340   02/12/14   B       25.76   Courier/Delivery Service                                  514    322    199998
1109341   02/12/14   B       23.43   Courier/Delivery Service                                  514    322    199998
1109342   02/12/14   B       19.28   Courier/Delivery Service                                  514    322    199998
1109343   02/12/14   B       25.76   Courier/Delivery Service                                  514    322    199998
1109344   02/12/14   B       20.78   Courier/Delivery Service                                  514    322    199998
1109345   02/12/14   B       23.28   Courier/Delivery Service                                  514    322    199998
1112631   02/20/14   B       29.20   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC     514    000    200268
1115567   02/20/14   B        8.23   Courier/Delivery Service                                  514    000    200307
1115945   02/28/14   B       36.88   Courier/Delivery Service - FEDERAL EXPRESS CORP.          514    000    200315
1115946   02/28/14   B       30.68   Courier/Delivery Service - FEDERAL EXPRESS CORP.          514    000    200315
1115947   02/28/14   B       43.36   Courier/Delivery Service - FEDERAL EXPRESS CORP.          514    000    200315
1115948   02/28/14   B       36.88   Courier/Delivery Service - FEDERAL EXPRESS CORP.          514    000    200315
1115949   02/28/14   B       43.36   Courier/Delivery Service - FEDERAL EXPRESS CORP.          514    000    200315
1116918   02/28/14   B       34.50   Courier/Delivery Service - FEDERAL EXPRESS CORP.          514    000    200419
1118930   02/28/14   B       81.89   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC     514    000    200538
1118584   02/28/14   B       27.29   Courier/Delivery Service                                  514    322    200529
1116922   02/28/14   B       16.76   Courier/Delivery Service                                  514    322    200420
```

```
Nortel Networks, Inc.                                    PRO FORMA  346047         AS OF 02/28/14                            INVOICE# ******
63989-DIP
DATE: 03/24/14 14:51:56


INDEX     DATE      STAT      AMOUNT    DESCRIPTION                                                   CODE      TKPER     VOUCHER
1116923   02/28/14  B          13.08    Courier/Delivery Service                                       514       322       200420
1116924   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200420
1116925   02/28/14  B          27.29    Courier/Delivery Service                                       514       322       200420
1116926   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200420
1118583   02/28/14  B          25.08    Courier/Delivery Service                                       514       322       200529
1116018   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1116019   02/28/14  B          23.43    Courier/Delivery Service                                       514       322       200316
1116020   02/28/14  B          23.43    Courier/Delivery Service                                       514       322       200316
1116021   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116022   02/28/14  B          39.68    Courier/Delivery Service                                       514       322       200316
1116921   02/28/14  B          13.08    Courier/Delivery Service                                       514       322       200420
1116012   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116013   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1116014   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116015   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200316
1116016   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116017   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200316
1116006   02/28/14  B          13.08    Courier/Delivery Service                                       514       322       200316
1116007   02/28/14  B          26.04    Courier/Delivery Service                                       514       322       200316
1116008   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1116009   02/28/14  B          23.30    Courier/Delivery Service                                       514       322       200316
1116010   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116011   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1116000   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116001   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200316
1116002   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1116003   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1116004   02/28/14  B          23.30    Courier/Delivery Service                                       514       322       200316
1116005   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1115994   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200316
1115995   02/28/14  B          27.17    Courier/Delivery Service                                       514       322       200316
1115996   02/28/14  B          23.28    Courier/Delivery Service                                       514       322       200316
1115997   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1115998   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1115999   02/28/14  B          19.28    Courier/Delivery Service                                       514       322       200316
1115988   02/28/14  B          25.76    Courier/Delivery Service                                       514       322       200316
1115989   02/28/14  B          23.43    Courier/Delivery Service                                       514       322       200316
1115990   02/28/14  B          27.29    Courier/Delivery Service                                       514       322       200316
```

Nortel Networks, Inc.
63989-DIP
DATE: 03/24/14 14:51:56
PRO FORMA 346047 AS OF 02/28/14
INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1115991 | 02/28/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115992 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115993 | 02/28/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115982 | 02/28/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115983 | 02/28/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115984 | 02/28/14 | B | 20.78 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115985 | 02/28/14 | B | 26.04 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115986 | 02/28/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115987 | 02/28/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115976 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115977 | 02/28/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115978 | 02/28/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115979 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115980 | 02/28/14 | B | 23.43 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115981 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115970 | 02/28/14 | B | 16.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115971 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115972 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115973 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115974 | 02/28/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115975 | 02/28/14 | B | 22.02 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115964 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115965 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115966 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115967 | 02/28/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115968 | 02/28/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115969 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115958 | 02/28/14 | B | 13.08 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115959 | 02/28/14 | B | 18.34 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115960 | 02/28/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115961 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115962 | 02/28/14 | B | 24.55 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115963 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115952 | 02/28/14 | B | 23.02 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115953 | 02/28/14 | B | 19.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115954 | 02/28/14 | B | 25.76 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115955 | 02/28/14 | B | 23.28 | Courier/Delivery Service | 514 | 322 | 200316 |
| 1115956 | 02/28/14 | B | 23.30 | Courier/Delivery Service | 514 | 322 | 200316 |

```
Nortel Networks, Inc.                        PRO FORMA  346047        AS OF 02/28/14              INVOICE#  ******
63989-DIP
DATE: 03/24/14 14:51:56

INDEX     DATE      STAT    AMOUNT   DESCRIPTION                                                  CODE   TKPER   VOUCHER
1115957   02/28/14   B       19.28   Courier/Delivery Service                                      514    322    200316
1109872   02/10/14   B       37.13   Computer Research - Westlaw Search Performed by: CORDO,ANN    515    904
1109873   02/12/14   B       20.25   Computer Research - Westlaw Search Performed by:             515    000
                                     MINOTT,TAMARA
1109874   02/14/14   B       56.03   Computer Research - Westlaw Search Performed by:             515    000
                                     HAYES,CHRISTOPHER
1114733   02/17/14   B       80.19   Computer Research - Westlaw Search Performed by:             515    000
                                     HAYES,CHRISTOPHER
1111436   02/21/14   B       43.80   In-House Duplicating                                         519    684
1112058   02/24/14   B        0.40   In-House Duplicating                                         519    626
1112915   02/25/14   B       47.40   In-House Duplicating                                         519    684
1113662   02/26/14   B        3.60   In-House Duplicating                                         519    605
1113978   02/26/14   B       15.20   In-House Duplicating                                         519    605
1113979   02/27/14   B      226.20   In-House Duplicating                                         519    603
1107175   01/31/14   B      892.50   Facsimile - DIGITAL LEGAL SERVICES LLC` FAX - 1/31/14        522H    684    199921
1112494   02/12/14   B      127.50   Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST -     522H    684    200167
                                     2/12/14
1119235   02/28/14   B      127.50   Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST -     522H    684    200577
                                     2/28/14
1109490   01/31/14   B       52.90   Pacer charges for the month of January                       529    000
1123608   02/28/14   B      147.70   Pacer charges for the month of February                      529    000
1105302   02/05/14   B        0.45   In-House Printing - black & white Call time: 15:30; to       541    684
1105303   02/05/14   B       39.60   In-House Printing - black & white Call time: 15:30; to       541    684
1106202   02/06/14   B        3.95   In-House Printing - black & white Call time: 11:37; to       541    221
1106203   02/06/14   B        0.05   In-House Printing - black & white Call time: 11:37; to       541    221
1107841   02/11/14   B       23.40   In-House Printing - black & white Call time: 09:33; to       541    684
1107842   02/11/14   B        3.10   In-House Printing - black & white Call time: 09:05; to       541    684
1107843   02/11/14   B        2.40   In-House Printing - black & white Call time: 14:10; to       541    684
1108267   02/12/14   B        0.90   In-House Printing - black & white Call time: 18:16; to       541    605
1108268   02/12/14   B        0.25   In-House Printing - black & white Call time: 18:16; to       541    605
1110599   02/18/14   B        0.60   In-House Printing - black & white Call time: 19:27; to       541    623
1110600   02/18/14   B        0.55   In-House Printing - black & white Call time: 19:27; to       541    623
1110601   02/19/14   B        5.40   In-House Printing - black & white Call time: 16:17; to       541    684
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 03/24/14 14:51:56  

PRO FORMA 346047          AS OF 02/28/14          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1110602 | 02/19/14 | B | 0.60 | In-House Printing - black & white Call time: 16:17; to | 541 | 684 | |
| 1111051 | 02/20/14 | B | 6.00 | In-House Printing - black & white Call time: 16:52; to | 541 | 684 | |
| 1111052 | 02/20/14 | B | 0.30 | In-House Printing - black & white Call time: 16:52; to | 541 | 684 | |
| 1111053 | 02/20/14 | B | 2.10 | In-House Printing - black & white Call time: 16:53; to | 541 | 684 | |
| 1111054 | 02/20/14 | B | 0.60 | In-House Printing - black & white Call time: 16:53; to | 541 | 684 | |
| 1111437 | 02/21/14 | B | 1.80 | In-House Printing - black & white Call time: 14:03; to | 541 | 684 | |
| 1111438 | 02/21/14 | B | 1.00 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1111439 | 02/21/14 | B | 0.05 | In-House Printing - black & white Call time: 16:10; to | 541 | 684 | |
| 1111440 | 02/21/14 | B | 1.00 | In-House Printing - black & white Call time: 15:38; to | 541 | 684 | |
| 1111441 | 02/21/14 | B | 0.05 | In-House Printing - black & white Call time: 15:38; to | 541 | 684 | |
| 1112059 | 02/24/14 | B | 1.10 | In-House Printing - black & white Call time: 10:47; to | 541 | 684 | |
| 1112060 | 02/24/14 | B | 1.35 | In-House Printing - black & white Call time: 10:48; to | 541 | 684 | |
| 1112061 | 02/24/14 | B | 0.85 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1112074 | 02/24/14 | B | 17.40 | In-House Printing - black & white Call time: 12:05; to | 541 | 684 | |
| 1112076 | 02/24/14 | B | 0.65 | In-House Printing - black & white Call time: 16:20; to | 541 | 684 | |
| 1112077 | 02/24/14 | B | 0.55 | In-House Printing - black & white Call time: 16:20; to | 541 | 684 | |
| 1112078 | 02/24/14 | B | 0.70 | In-House Printing - black & white Call time: 16:21; to | 541 | 684 | |
| 1112079 | 02/24/14 | B | 0.40 | In-House Printing - black & white Call time: 16:21; to | 541 | 684 | |
| 1112075 | 02/24/14 | B | 26.45 | In-House Printing - black & white Call time: 16:00; to | 541 | 454 | |
| 1112068 | 02/24/14 | B | 0.90 | In-House Printing - black & white Call time: 09:29; to | 541 | 684 | |
| 1112069 | 02/24/14 | B | 1.30 | In-House Printing - black & white Call time: 09:29; to | 541 | 684 | |
| 1112070 | 02/24/14 | B | 2.10 | In-House Printing - black & white Call time: 09:29; to | 541 | 684 | |
| 1112071 | 02/24/14 | B | 0.45 | In-House Printing - black & white Call time: 09:29; to | 541 | 684 | |
| 1112072 | 02/24/14 | B | 3.50 | In-House Printing - black & white Call time: 09:32; to | 541 | 684 | |
| 1112073 | 02/24/14 | B | 0.40 | In-House Printing - black & white Call time: 09:32; to | 541 | 684 | |
| 1112062 | 02/24/14 | B | 0.40 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1112063 | 02/24/14 | B | 1.15 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1112064 | 02/24/14 | B | 0.10 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1112065 | 02/24/14 | B | 1.05 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1112066 | 02/24/14 | B | 0.05 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |

Nortel Networks, Inc.  PRO FORMA 346047  AS OF 02/28/14  INVOICE# ******
63989-DIP
DATE: 03/24/14 14:51:56

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1112067 | 02/24/14 | B | 1.30 | In-House Printing - black & white Call time: 09:47; to | 541 | 684 | |
| 1112916 | 02/25/14 | B | 2.45 | In-House Printing - black & white Call time: 16:58; to | 541 | 684 | |
| 1112917 | 02/25/14 | B | 2.40 | In-House Printing - black & white Call time: 15:43; to | 541 | 684 | |
| 1112918 | 02/25/14 | B | 0.30 | In-House Printing - black & white Call time: 15:43; to | 541 | 684 | |
| 1112919 | 02/25/14 | B | 14.40 | In-House Printing - black & white Call time: 14:06; to | 541 | 684 | |
| 1112920 | 02/25/14 | B | 0.90 | In-House Printing - black & white Call time: 14:19; to | 541 | 684 | |
| 1112921 | 02/25/14 | B | 16.80 | In-House Printing - black & white Call time: 14:19; to | 541 | 684 | |
| 1112922 | 02/25/14 | B | 2.80 | In-House Printing - black & white Call time: 13:35; to | 541 | 684 | |
| 1112923 | 02/25/14 | B | 1.05 | In-House Printing - black & white Call time: 13:56; to | 541 | 684 | |
| 1112924 | 02/25/14 | B | 1.35 | In-House Printing - black & white Call time: 09:00; to | 541 | 684 | |
| 1113663 | 02/26/14 | B | 3.20 | In-House Printing - black & white Call time: 15:44; to | 541 | 684 | |
| 1113664 | 02/26/14 | B | 3.75 | In-House Printing - black & white Call time: 15:45; to | 541 | 684 | |
| 1113980 | 02/26/14 | B | 3.40 | In-House Printing - black & white Call time: 19:53; to | 541 | 605 | |
| 1113981 | 02/26/14 | B | 0.20 | In-House Printing - black & white Call time: 19:53; to | 541 | 605 | |
| 1113982 | 02/26/14 | B | 1.60 | In-House Printing - black & white Call time: 19:56; to | 541 | 605 | |
| 1113998 | 02/27/14 | B | 1.40 | In-House Printing - black & white Call time: 13:57; to | 541 | 971 | |
| 1113999 | 02/27/14 | B | 0.05 | In-House Printing - black & white Call time: 13:57; to | 541 | 971 | |
| 1114003 | 02/27/14 | B | 0.30 | In-House Printing - black & white Call time: 14:37; to | 541 | 684 | |
| 1114004 | 02/27/14 | B | 5.00 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1114005 | 02/27/14 | B | 1.55 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1114006 | 02/27/14 | B | 1.35 | In-House Printing - black & white Call time: 10:57; to | 541 | 684 | |
| 1114007 | 02/27/14 | B | 0.85 | In-House Printing - black & white Call time: 10:57; to | 541 | 684 | |
| 1114008 | 02/27/14 | B | 1.60 | In-House Printing - black & white Call time: 10:58; to | 541 | 684 | |
| 1113995 | 02/27/14 | B | 0.05 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1113996 | 02/27/14 | B | 1.40 | In-House Printing - black & white Call time: 14:29; to | 541 | 684 | |
| 1113997 | 02/27/14 | B | 0.05 | In-House Printing - black & white Call time: 14:29; to | 541 | 684 | |
| 1114000 | 02/27/14 | B | 2.70 | In-House Printing - black & white Call time: 15:49; to | 541 | 684 | |
| 1114001 | 02/27/14 | B | 3.75 | In-House Printing - black & white Call time: 15:28; to | 541 | 684 | |
| 1114002 | 02/27/14 | B | 9.30 | In-House Printing - black & white Call time: 14:37; to | 541 | 684 | |
| 1113987 | 02/27/14 | B | 0.70 | In-House Printing - black & white Call time: 10:41; to | 541 | 684 | |

Nortel Networks, Inc.   PRO FORMA 346047   AS OF 02/28/14   INVOICE# ******
63989-DIP
DATE: 03/24/14 14:51:56

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1113988 | 02/27/14 | B | 0.80 | In-House Printing - black & white Call time: 10:42; to | 541 | 684 | |
| 1113989 | 02/27/14 | B | 0.45 | In-House Printing - black & white Call time: 10:42; to | 541 | 684 | |
| 1113992 | 02/27/14 | B | 2.10 | In-House Printing - black & white Call time: 16:48; to | 541 | 684 | |
| 1113993 | 02/27/14 | B | 0.30 | In-House Printing - black & white Call time: 16:48; to | 541 | 684 | |
| 1113994 | 02/27/14 | B | 12.70 | In-House Printing - black & white Call time: 16:49; to | 541 | 684 | |
| 1113983 | 02/27/14 | B | 1.70 | In-House Printing - black & white Call time: 10:39; to | 541 | 684 | |
| 1113984 | 02/27/14 | B | 0.15 | In-House Printing - black & white Call time: 10:39; to | 541 | 684 | |
| 1113985 | 02/27/14 | B | 2.60 | In-House Printing - black & white Call time: 10:40; to | 541 | 684 | |
| 1113986 | 02/27/14 | B | 0.45 | In-House Printing - black & white Call time: 10:41; to | 541 | 684 | |
| 1114009 | 02/27/14 | B | 0.05 | In-House Printing - black & white Call time: 10:58; to | 541 | 684 | |
| 1114010 | 02/27/14 | B | 1.20 | In-House Printing - black & white Call time: 10:37; to | 541 | 684 | |
| 1114011 | 02/27/14 | B | 1.15 | In-House Printing - black & white Call time: 10:37; to | 541 | 684 | |
| 1114012 | 02/27/14 | B | 1.45 | In-House Printing - black & white Call time: 10:39; to | 541 | 684 | |
| 1114013 | 02/27/14 | B | 0.75 | In-House Printing - black & white Call time: 10:39; to | 541 | 684 | |
| 1113990 | 02/27/14 | B | 0.05 | In-House Printing - black & white Call time: 17:07; to | 541 | 010 | |
| 1113991 | 02/27/14 | B | 12.95 | In-House Printing - black & white Call time: 17:08; to | 541 | 010 | |
| 1114256 | 02/28/14 | B | 1.20 | In-House Printing - black & white Call time: 08:54; to | 541 | 684 | |
| 1114266 | 02/28/14 | B | 0.15 | In-House Printing - black & white Call time: 13:38; to | 541 | 322 | |
| 1114267 | 02/28/14 | B | 7.35 | In-House Printing - black & white Call time: 13:38; to | 541 | 322 | |
| 1114257 | 02/28/14 | B | 1.10 | In-House Printing - black & white Call time: 08:54; to | 541 | 684 | |
| 1114258 | 02/28/14 | B | 2.70 | In-House Printing - black & white Call time: 11:13; to | 541 | 684 | |
| 1114259 | 02/28/14 | B | 8.70 | In-House Printing - black & white Call time: 11:16; to | 541 | 684 | |
| 1114260 | 02/28/14 | B | 1.30 | In-House Printing - black & white Call time: 10:55; to | 541 | 684 | |
| 1114264 | 02/28/14 | B | 3.00 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1114265 | 02/28/14 | B | 5.10 | In-House Printing - black & white Call time: 13:15; to | 541 | 684 | |
| 1114261 | 02/28/14 | B | 2.85 | In-House Printing - black & white Call time: 21:29; to | 541 | 605 | |
| 1114262 | 02/28/14 | B | 7.60 | In-House Printing - black & white Call time: 17:56; to | 541 | 605 | |
| 1114263 | 02/28/14 | B | 1.25 | In-House Printing - black & white Call time: 18:32; to | 541 | 605 | |
| 1110603 | 02/19/14 | B | 0.75 | In-House Printing - color | 542 | 221 | |
| 1110604 | 02/19/14 | B | 27.75 | In-House Printing - color | 542 | 221 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1114603 | 01/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/21/14 | 552H | 000 | 200301 |
| 1114604 | 01/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/21/14 | 552H | 000 | 200301 |
| 1114606 | 01/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/21/14 | 552H | 000 | 200301 |
| 1114607 | 01/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/21/14 | 552H | 000 | 200301 |
| 1114608 | 01/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/21/14 | 552H | 000 | 200301 |
| 1114609 | 01/21/14 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/21/14 | 552H | 000 | 200301 |
| 1114610 | 01/22/14 | B | 177.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/22/14 | 552H | 000 | 200301 |
| 1114611 | 01/22/14 | B | 184.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 1/22/14 | 552H | 000 | 200301 |
|  |  |  | 9,637.12 |  |  |  |  |