# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of February 1, 2014 through February 28, 2014

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of February 1, 2014 through February 28, 2014 | $ 461,121.25 | $ 31.92 | $ 461,153.17 |

Exhibit C　　　　　Page 1 of 1