# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of February 1, 2014 through February 28, 2014

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 02/17/14 | Elizabeth Smith | Postage for 401K participant documents mailing. | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | USPS | | 31.92 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **31.92** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | - |

For the period of February 1, 2013 through February 28, 2013                              $    31.92