

# KOSKIE
# MINSKY LLP
BARRISTERS & SOLICITORS

March 25, 2014

**Mark Zigler**
Direct Dial: 416-595-2090
Direct Fax: 416-204-2877
mzigler@kmlaw.ca

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honourable Mr. Justice Frank Newbould
Judges' Chambers – Court House
330 University Avenue
Toronto, ON  M5H 1T3

The Honourable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, Sixth Floor
Wilmington, Delaware 19801

Dear Mr. Justice Newbould and Judge Gross:

Re:   *In the Matter of Nortel Networks Corporation et al.* – **Court File No. 09-CL-7950 (Ontario Superior Court of Justice)**

*In re Nortel Networks Inc. et. al.* **Case No. 09-10138 (KG) (Bankr. D. Del.)**

I write on behalf of the Canadian Creditors' Committee ("CCC") in response to the March 24, 2014 letter to the Courts from Derek Abbott on behalf of the U.S. Debtors and the Official Committee of Unsecured Creditors (the "US Interests") regarding the Amended Order re Allocation Trial Protocol dated March 21, 2013 (the "Amended Order") [U.S. Docket No. 13208].

The Amended Order correctly granted the CCC with additional pages for affidavits and submissions, which were requested at the pre-trial conference on March 12, 2014.

We agree with the U.S. Interests that the Amended Order provided the CCC with an additional 12 hours of trial time that it did not request. In the spirit of cooperation and keeping the allocation trial at 25 trial days, the CCC is content to work within the time allotted to the Canadian Allocation Group, and have a further Amended Order reflect this time allocation.



Page 2

If there are any other changes to the Amended Order, however, we request a joint hearing via conference call to resolve any further requests.

Yours truly,

| **KOSKIE MINSKY LLP** | **DLA PIPER LLP** |
|---|---|
| | *s/ Selinda A. Melnik* |
| Mark Zigler | |
| | Selinda A. Melnik (DE Bar 4032) |
| 20 Queen Street West | 1201 N. Market S. |
| Suite 900 | Suite 2100 |
| Toronto, ON | Wilmington, DE 19801 |
| Tel. 416-595-2090 | Tel: 1-302-468-5650 |
| E:mail: mzigler@kmlaw.ca | E-mail: selinda.melnik@dlapiper.com |

cc:   CORE PARTIES