IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13214, 13225, 13229 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                      ) ss.:
COUNTY OF NEW YORK )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 27, 2014, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kimberly Murray
Kimberly Murray

Sworn to before me this
27th day of March, 2014

/s/ Notary Public
Notary Public

REGINA AMROSE
Notary Public, State of New York
No. 01AM6044703
Qualified in Bronx County
Certificate Filed in New York County

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: LIPSCHUTZ, JOHN
C/O JOYCE LIPSCHUTZ, ESTATE
7209 MANOR OAKS DR
RALEIGH, NC 27615

Please note that your claim # 3666 in the above referenced case and in the amount of $312,858.97 has been transferred (**unless previously expunged by court order**) to:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LIPSCHUTZ, JOHN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13229 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/27/2014                                  David D. Bird, Clerk of Court

/s/ Kimberly Murray
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 27, 2014.

# EXHIBIT B

```
TIME: 10:03:01                                      NORTEL NETWORKS INC.                                                    PAGE:  1
DATE: 03/27/14                                        CREDITOR LISTING

Name                              Address
CRT SPECIAL INVESTMENTS LLC       TRANSFEROR: LIPSCHUTZ, JOHN JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
LIPSCHUTZ, JOHN                   C/O JOYCE LIPSCHUTZ, ESTATE 7209 MANOR OAKS DR RALEIGH NC 27615
MATTHIAS, MARCUS                  24615 SE 1ST ST SAMMAMISH WA 98074
MCCANN-ERICKSON                   ATTN: MIKE CORDOVA 603 BATTERY STREET SAN FRANCISCO CA 94111
OPTICAL NN HOLDINGS, LLC          TRANSFEROR: MCCANN-ERICKSON ATTN: MICHAEL G. LINN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
SOLUS OPPORTUNITIES FUND 1 LP     TRANSFEROR: MATTHIAS, MARCUS C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006