# Exhibit "D"

| Respondent ID | During my last 10 years (or all years if less than 10) of employment at Nortel, I had the following number of direct supervisors located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I supervised the following number of employees located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I terminated the following number of employees located in the USA: | If not 0, please indicate how many: | At the time that I was terminated from Nortel, my direct supervisor was located in the USA: | If yes, please provide name of supervisor: | At the time that I was terminated from Nortel, my supervisor's supervisor was located in the USA: | If yes, please provide name of supervisor's supervisor: | What is your first name? | What is your last name? | Please provide your email address (optional) so that we can follow up if we have questions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3126273945 | 0 | 0 | 0 | | No | | No | | Line | Bisson | |
| 3126045819 | 0 | 0 | 0 | | No | | No | | Mark | Babula | mbabula@rogers.com |
| 3125053407 | 1 | 0 | 0 | | No | | No | | Tadeusz | Drwiega | tdrwiega@gmail.com |
| 3122457241 | 0 | 0 | 0 | | No | | No | | Craig | Hunter | craighunter15@yahoo.com |
| 3119858380 | 0 | 0 | 0 | | No | | No | | Srinivasan | Ramaswamy | |
| 3118994621 | 1 | 0 | 0 | | No | | No | | Tim | Gilchrist | tim-gilchrist@shaw.ca |
| 3118534750 | 0 | 2 | 0 | | No | | No | | Devon | Wills | devon_wills@hotmail.com |
| 3118520569 | 0 | 0 | 0 | | No | | Yes | I do not remember | Pierre Pierre | Blais | ppblais@yahoo.com |
| 3118469842 | 0 | 0 | 0 | | No | | No | | Leslie | Wong | lhywong@gmail.com |
| 3118404455 | 1 | 3 | Between 1 and 5 | | No | | Yes | John Roese | Jean | Lapointe | Jean.lapointe26@sympatico.ca |
| 3118113528 | 2 | 4 | 0 | | Yes | Kevin Khuene | Yes | Michael Maragodakis | Jeremy | Storer | Jerandkim@telus.net |
| 3118028381 | 2 | 0 | 0 | | Yes | Eric Lakes | Yes | Kent Selbrede | Troy | Kelly | troybkelly@gmail.com |
| 3117717554 | 0 | 0 | 0 | | No | | Yes | Greg Kissee? 2L00 Director | Norman | Dillon | norm@shaw.ca |
| 3117154097 | 0 | 0 | 0 | | No | | No | | Brad | Dicks | dicksbr@hotmail.com |
| 3117103091 | 2 | 10 | Between 1 and 5 | 1 | No | | No | | David | Hesidence | davehesi@hotmail.com |
| 3117096709 | 10 | 0 | 0 | | Yes | Dale Boeck | Yes | Can't remember | Eric | Chan | echan565@gmail.com |
| 3116928946 | 0 | 0 | 0 | | No | | No | | Emma Kyoung | Ryu | emmaryu@yahoo.com |
| 3116920970 | 1 | 0 | 0 | | Yes | Jody Pinnavaia | Yes | I don't recall | Mark | Milton | mjmilton@bell.net |
| 3114817989 | 0 | 0 | 0 | | No | | No | | Don | Ellis | ellisd50@gmail.com |
| 3114699820 | 0 | 0 | 0 | | No | | No | | Shirley | Trowbridge (note: the year I had a US manager was in/around 1998) | shirleytrowbridge@hotmail.com |
| 3114607746 | 0 | 0 | 0 | | Yes | I was terminated while I was on Special Pension Leave of Absence(SPLA)...terminated by HR shared services located in the U.S. | Yes | HR shared services | Rajinderpal(Raj) | Singh | singhr5033@gmail.com |
| 3114214806 | 0 | 0 | 0 | | No | | Yes | Bilel Jamoussi | Mahdi | Smaoui | mahdi.smaoui@gmail.com |
| 3114014865 | 0 | 0 | 0 | | No | | Yes | Kevin Kuehne | Danny | Ma | danny.ma@telus.net |
| 3113354201 | 1 | 0 | 0 | | Yes | | Yes | | John | Boileau | mojo.boileau@sympatico.ca |
| 3112990114 | 2 | 6 | 0 | | No | | Yes | David Downing | Jacek | Jarmoc | jarmocfamily@hotmail.com |
| 3112954225 | 1 | 0 | 0 | | No | | Yes | Martin Cozyn | Sandra | Leaver | sleaver@kos.net |
| 3112730067 | 0 | 0 | 0 | | No | | No | | James | Mastronardi | james.mastronardi@sympatico.ca |
| 3112622207 | 0 | 0 | 0 | | No | | No | | Normand | Pelletier | normand.pelletier@videotron.ca |
| 3112556604 | 0 | 0 | 0 | | No | | Yes | Can't recall - was in California - laid off just after I was | Josy | Murdoch | murdoch7140@yahoo.ca |
| 3112523674 | 0 | 0 | 0 | | No | | No | | graham | russell | graham_r@telus.net |
| 3112226973 | 1 | 0 | 0 | | No | | No | | Peter | Mitenko | pmitenko@shaw.ca |
| 3112188251 | 0 | 0 | 0 | | No | Paul Karr / American citizen working in Canada | No | | Joanne | Marcantonio | joannemarcantonio@yahoo.com |
| 3112084250 | 0 | 0 | 0 | | No | | No | | Marin | Sampaleanu | msampaleanu@yahoo.com |
| 3111873321 | 0 | 0 | 0 | | No | | No | | Nalin | Mistry | mistry.nalin@sympatico.ca |
| 3111871164 | 0 | 0 | 0 | | No | | Yes | Rocco Volpe | Tim | Tober | timtober@shaw.ca |
| 3111861603 | 0 | 0 | 0 | | No | | No | | Fusun | Horsun | Fusunh@rogers.com |
| 3108895460 | 0 | 0 | 0 | | No | | No | | Leonard | De Baets | lnrddbts376@gmail.com |
| 3105233790 | 0 | 0 | 0 | | No | | No | | Chris | York | |
| 3104312883 | 2 | 0 | 0 | | No | | Yes | | Francois | Venne | fav2500@yahoo.ca |
| 3103869755 | 0 | 0 | 0 | | No | | No | | Abel | Dasylva | abeldasylva@gmail.com |
| 3103118890 | 2 | 0 | 0 | | No | | No | | Kevin | Chapman | calwa@sympatico.ca |
| 3102801604 | 7 | 100 | 21 or more | | Yes | Peter MacKinnon | Yes | Richard Lowe | Alex | Pierson | Pierson58@hotmail.com |
| 3102577375 | 5 | 0 | 0 | | Yes | Jennifer Cruz | Yes | Lori Heil | Vicki | McGillivray | vickim1@shaw.ca |

| Respondent ID | During my last 10 years (or all years if less than 10) of employment at Nortel, I had the following number of direct supervisors located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I supervised the following number of employees located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I terminated the following number of employees located in the USA: | If not 0, please indicate how many: | At the time that I was terminated from Nortel, my direct supervisor was located in the USA: | If yes, please provide name of supervisor: | At the time that I was terminated from Nortel, my supervisor's supervisor was located in the USA: | If yes, please provide name of supervisor's supervisor: | What is your first name? | What is your last name? | Please provide your email address (optional) so that we can follow up if we have questions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3102205800 | 0 | 0 | 0 | | No | | No | | Scott | Shephard | scottshephard@hotmail.com |
| 3101977988 | 3 | 0 | 0 | | Yes | Moni Manor | Yes | cannot recall | Joseph (Chris) | Buchanan | jrcbuchanan@hotmail.com |
| 3101647925 | 2 | 0 | 0 | | No | | No | | Wayne | Roebothan | wroebothan@nl.rogers.com |
| 3101534358 | 0 | 0 | 0 | | No | | No | | Kim | Gallagher | kegwork@hotmail.com |
| 3101519202 | 0 | 0 | 0 | | No | | No | | Martin | Carbonneau | martin_carbonneau@live.com |
| 3101332627 | 6 | 0 | 0 | | Yes | Barbara Smith | Yes | Surya Bommakanti | Arnis | Stempers | Arnis.aes@gmail.com |
| 3100957712 | 4 | 1 | 0 | | No | | No | | Xuefeng | Cai | cai_xuefeng@yahoo.com |
| 3100749223 | 1 | 0 | 0 | | Yes | | Yes | | Adrian | Rosvick | arosvick@shaw.ca |
| 3100609574 | 4 | 3 | 0 | | Yes | Nettleton Payne | No | | Christina | Graham | cgraham323@yahoo.ca |
| 3100519464 | 0 | 0 | 0 | | No | | Yes | Thom Baker | Cynthia | Bourden | c.bourden@sympatico.ca |
| 3100385755 | 0 | 0 | 0 | | No | | No | | Jason | Chung | jasondabest@gmail.com |
| 3100141491 | 4 | 0 | 0 | | Yes | Jim Mullen | Yes | | Ann | McRuvie | Annm403@hotmail.com |
| 3100049133 | 0 | 0 | 0 | | No | | No | | Carolyn | Spence | crs3256@gmail.com |
| 3100015754 | 1 | 0 | 0 | | Yes | Steven Mosher | Yes | John Curran | Jonathan | Matthies | jon.matthies@gmail.com |
| 3099972257 | 0 | 0 | 0 | | No | | No | | Miguel | Planas | planas@sympatico.ca |
| 3099932480 | 1 | 0 | 0 | | Yes | Tony Hicks | Yes | Robbie Collins | Marie | Devlin | jimandmarie@rogers.com |
| 3099917528 | 0 | 80 | Between 11 and 20 | 15 | No | John Roese was based in Ottawa | No | John Roese was based in Ottawa | Peter | Carbone | Pjcarbone@gmail.com |
| 3099861085 | 0 | 0 | 0 | | No | | No | | Gilles | Montsion | |
| 3099828020 | 1 | 2 | 0 | | No | | No | | Denise | Dziubaniuk | Denisedz@incad.com |
| 3099792101 | 2 | 0 | 0 | | No | | No | | Claude | Royer | claude_royer@gmail.com |
| 3099726698 | 2 | 0 | 0 | | Yes | | Yes | | George | Mah | mahgeo@yahoo.com |
| 3099724373 | 0 | 0 | 0 | | No | | No | I don't recall - I may be able to follow up and find out. | Philip | McDonald | phil.w.mcondald@gmail.com |
| 3099689246 | 2 | 0 | 0 | | No | | No | | Ray | Jones | rayjones_01@hotmail.com |
| 3099677202 | 0 | 0 | 0 | | No | | No | | Wes | Mundy | wmundy61@gmail.com |
| 3099674820 | 3 | 0 | 0 | | Yes | Can't remember her name; US Manager, John Tung. | Yes | John Tung | Dawn | Desplanque | nemesis57@sympatico.ca |
| 3099672039 | 2 | 0 | 0 | | Yes | Gina Folk | No | | Debbie | McBeth | debbiemcbeth@shaw.ca |
| 3099669249 | 2 | 4 | Between 1 and 5 | 1 | No | | No | | Ernie | Briard | |
| 3099352229 | 1 | 0 | 0 | | Yes | Allen Powell | Yes | Maythali Arunchan ??spelling?? | Paul | Johnson | pauljohnson@efirehose.net |
| 3098734419 | 4 | 15 | Between 11 and 20 | | Yes | Barry  (cant remember last name need to check my files and will confirm.) He was located in RTP | Yes | Joe Flanagan | Joanne | Read | jeread@rogers.com |
| 3098436815 | 5 | 7 | Between 1 and 5 | | No | | No | | PAUL | RODDICK | proddick2@gmail.com |
| 3098035840 | 0 | 0 | 0 | | No | | Yes | Mohan Dattatreya | Thavaputhiran | Paskaran | |
| 3097120684 | 0 | 0 | 0 | | No | | No | | Jane | Longchamps | longchampsfamily@sympatico.ca |
| 3096990657 | 1 | 30 | Between 1 and 5 | | No | | No | | Kevin | Smith | kevin.smith8374@live.ca |
| 3096620434 | 0 | 0 | 0 | | No | | No | | Rod | Hooge | rodhooge@gmail.com |
| 3096056195 | 0 | 0 | 0 | | No | | No | | Mike | Lee | mike_lee_129@yahoo.com |
| 3095922296 | 1 | 0 | 0 | | Yes | Charley Lang | Yes | Kevin Kuehne | Kevin | Preston | kevpreston@shaw.ca |
| 3094987002 | 2 | 2 | Between 1 and 5 | | Yes | Peter Murphy | Yes | | Laurence | Tyler | ltylerca@gmail.com |
| 3094634960 | 0 | 0 | 0 | | No | | No | | Guangzhi (Richard) | Xiao | gz_xiao@yahoo.com |
| 3094566755 | 1 | 10 | Between 1 and 5 | | No | | Yes | Dan Connor | Jim | Carew | jim_carew@yahoo.ca |
| 3094377574 | 1 | 0 | 0 | | No | | Yes | Don't know | John | Dunning | |
| 3094137034 | 1 | 0 | 0 | | Yes | Paige Le | Yes | Can't Remember | Ken (Kenneth) | Newman | kwnewman@telus.net |
| 3093957320 | 2 | 0 | 0 | | Yes | William Lebo | Yes | Chris Kokos | Nancy | Beavan | nancy_beavan@yahoo.ca |
| 3093689010 | 1 | 1 | 0 | | No | | No | | Wendy | Herman | wormworks@rogers.com |
| 3093663790 | 1 | 0 | Between 11 and 20 | | | | Yes | | Kristi | Orr | jorr@distributel.net |

| Respondent ID | During my last 10 years (or all years if less than 10) of employment at Nortel, I had the following number of direct supervisors located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I supervised the following number of employees located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I terminated the following number of employees located in the USA: | If not 0, please indicate how many: | At the time that I was terminated from Nortel, my direct supervisor was located in the USA: | If yes, please provide name of supervisor: | At the time that I was terminated from Nortel, my supervisor's supervisor was located in the USA: | If yes, please provide name of supervisor's supervisor: | What is your first name? | What is your last name? | Please provide your email address (optional) so that we can follow up if we have any questions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3092791347 | 0 | 0 | 0 | | No | | No | | Oscar | Vargas | |
| 3092569767 | 0 | 0 | 0 | | No | | No | | Jim | Paarsmarkt | jimmybp@telusplanet.net |
| 3092323432 | 4 | 40 | Between 6 and 10 | | No | | No | | charles | salameh | charles.salameh@hotmail.com |
| 3091932641 | 0 | 0 | 0 | | No | | No | | Katharine | Turbide | mk.turbide@shaw.ca |
| 3091716434 | 0 | 0 | 0 | | No | | No | | Diane | Mignault | dianemi57@videotron.ca |
| 3091327946 | 0 | 0 | 0 | | No | | No | Bilel Jamoussi | Theresa | Partridge | terrypartridge@rogers.com |
| 3091320058 | 0 | 0 | 0 | | No | | No | | Thuong | Duong | thuong_dqt@yahoo.ca |
| 3090464538 | 2 | 0 | 0 | | No | | No | | Sergio | Fiszman | sergio.fiszman@sympatico.ca |
| 3090271707 | 1 | 0 | 0 | | No | Although I was reporting locally in Ottawa, in the Org chart I could have come under Nortel  US management | No | | Mohan | Sundaramoorthy | Mohansundaramoorthy@yahoo.com |
| 3090243388 | 2 | 0 | 0 | | Yes | Lisa Rigby | Yes | Richard Hohnholt | Mitra | Rahimpour | rahimpour.mitra@gmail.com |
| 3090185224 | 2 | 0 | 0 | | Yes | Rueben Muniz - R&D Finance, Richardson | Yes | Can't recall name | Steven | Price | steveprice@storm.ca |
| 3090114682 | 1 | 0 | 0 | | No | | No | | Lynda | Farant | Lyndafarant@sympatico.ca |
| 3090078922 | 2 | 0 | 0 | | No | | No | | Bernard | Beaudin | bernie999@telus.net |
| 3089901605 | 1 | 0 | 0 | | Yes | Scott McCurrach | Yes | Cannot recall his/her name at this time. | Daniel | Leung | |
| 3089863479 | 3 | 6 | Between 1 and 5 | | Yes | Gerry Tierney | Yes | Gerry Tierney | Dennis | Wilson | wrd01us@yahoo.com |
| 3089813776 | 1 | 0 | 0 | | Yes | Steve Thomas | Yes | Can't remember his name | Denis | Paradis | |
| 3089753685 | 4 | 0 | 0 | | Yes | Jennifer Maryak | No | | Anna | Palizzi (was Wilson when I was at Nortel) | alisap905@gmail.com |
| 3089548109 | 1 | 0 | 0 | | No | but was in the process of obtaining a US work visa and was most often working out of the US | Yes | can't recall last name but will find it | Karon | Ackerman | ackermak@shaw.ca |
| 3089277447 | 0 | 0 | 0 | | No | | No | | Gerald | Monforton | |
| 3089213217 | 2 | 3 | Between 1 and 5 | | No | | No | | Carm | Morra | cjmorra@rogers.com |
| 3089160198 | 5 | 0 | 0 | | Yes | | Yes | Cecil Hudgins --> Ron Page | Thomas | Pintwala | pintwala@sympatico.ca |
| 3088960883 | 0 | 0 | 0 | | No | | No | | Diane | Jankowski | andrew.jankowski@rogers.com |
| 3088636941 | 2 | 7 | Between 1 and 5 | | Yes | Gayle Lanier, VP | No | | Kenneth Raymond | Patterson | kraypat@hotmail.com |
| 3088401138 | 1 | 0 | 0 | | Yes | Jeff Stargell | Yes | Don't remember | Bing | Wen | bing@wen.ca |
| 3088341851 | 1 | 1 | 0 | | No | | Yes | Don McKenna - VP, Global Manufacturing Services | William | Sandison | bgsandison@gmail.com |
| 3088247349 | 1 | 1 | 0 | | No | | No | | June | Hylarides | junehylarides@rogers.com |
| 3087963656 | 0 | 0 | 0 | | No | | No | | David | Couser | david.couser@sympatico.ca |
| 3087904221 | 1 | 0 | 0 | | No | Steve Mckinnon | No | | JP | Ruprecht | jp_ruprecht@yahoo.ca |
| 3087820153 | 1 | 0 | 0 | | Yes | Richard Daniel located at NC | Yes | Can't remember | Anthony | Law | alaw_mail@yahoo.com |
| 3087711710 | 7 | 0 | 0 | | Yes | Matt Konwiser | Yes | | Tina | Thomas | canadatina@gmail.com |
| 3087573699 | 0 | 0 | 0 | | No | | No | | James | Moncrieff | jam_mon_007@yahoo.com |
| 3087553617 | 5 | 0 | 0 | | No | | No | | yvon | lemyre | yvon.lemyre@gmail.com |
| 3087436958 | 4 | 0 | 0 | | No | | Yes | Augie Rojas | Norby | Dippold | n.dippold@bell.net |
| 3087400760 | 0 | 8 | Between 1 and 5 | | No | | No | | Jim | O'Connor | jimmy.oco@gmail.com |
| 3087035780 | 0 | 0 | 0 | | No | | No | | Man-Tat  (Tat) | Lam | mtlam5667rf@xplornet.com |
| 3086861905 | 2 | 5 | Between 1 and 5 | | No | | Yes | Don Mckenna | Nancy | Ray | nancyray89@yahoo.ca |
| 3086817865 | 2 | 0 | 0 | | No | | No | | Charles | Gale | charles@familygale.com |
| 3086773329 | 3 | 0 | 0 | | Yes | George Munson - Bohemia, New York | Yes | Rocco Volpe - Raleigh-Durham, North Carolina | Susan | Petrella | smpetrell@hotmail.com |
| 3086752272 | 2 | 0 | 0 | | Yes | | Yes | | Ernie | Abbott | ernieabbott@telus.net |
| 3086751403 | 5 | 21 | Between 1 and 5 | | Yes | Patrick Lewis | Yes | Cliff Holtz | Julia | Piggott | jlcpiggott@gmail.com |

| Respondent ID | During my last 10 years (or all years if less than 10) of employment at Nortel, I had the following number of direct supervisors located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I supervised the following number of employees located in the USA: | During my last 10 years (or all years if less than 10) of employment at Nortel, I terminated the following number of employees located in the USA: | If not 0, please indicate how many: | At the time that I was terminated from Nortel, my direct supervisor was located in the USA: | If yes, please provide name of supervisor: | At the time that I was terminated from Nortel, my supervisor's supervisor was located in the USA: | If yes, please provide name of supervisor's supervisor: | What is your first name? | What is your last name? | Please provide your email address (optional) so that we can follow up if we have questions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3086724274 | 0 | 0 | 0 | | No | | No | | Cathy | Deevey | chdeevey@hotmail.com |
| 3086567139 | 0 | 0 | 0 | | No | | No | | Pedro | Sanchez | psanchez@colcan.ca |
| 3086532348 | 4 | 5 | Between 1 and 5 | 2 | No | | No | | Diane | Earl | Diane.m.earl@gmail.com |
| 3086484529 | 0 | 0 | 0 | | No | | No | | Darwin | Thom | darwinthom@sympatico.ca |
| 3086287219 | 2 | 11 | Between 6 and 10 | | No | | No | | Kenneth | Ramey | ksramey@gmail.com |
| 3086185933 | 0 | 0 | 0 | | No | | No | | Timothy | Fort | t.fort@sympatico.ca |
| 3086143000 | 0 | 0 | 0 | | No | | No | | Heather | McIntosh | Heather.mcintosh066@bell.net |
| 3086133996 | 0 | 0 | 0 | | No | | No | | steven | herzog | sherzog@sympatico.ca |
| 3086110721 | 1 | 0 | 0 | | Yes | Richard Pinti | No | | Robert | Cooke | rjcooke@sympatico.ca |
| 3085873740 | 2 | 0 | 0 | | Yes | Allan Cleary | Yes | Michael Murray (in Raleigh) or Anatoly Vaserfirer (in Dallas) - Do not remember exactly | Betsy | Hung | betsy.hung@bell.net |
| 3085820954 | 0 | 0 | 0 | | No | | No | | Francois | Delisle | elloco@videotron.ca |
| 3085780432 | 0 | 2 | 0 | | No | | No | | Diane | Rose-Lavigne | diros@statoil.com |
| 3085741471 | 5 | 30 | Between 6 and 10 | | No | | Yes | Mike Zafirovski | David | Hudson | dhudson1014@rogers.com |
| 3085711603 | 3 | 0 | 0 | | Yes | Khurram Khani | Yes | Teri Samuelson | Vittorio | Lindia | vic.lindia@gmail.com |
| 3085692911 | 3 | 0 | 0 | | No | | No | | Keith | Davies | davi7038@yahoo.ca |
| 3085403708 | 0 | 0 | 0 | | No | | No | Not sure - my boss was Robert McLellan (Ottawa) | Laurier | Dumas | laurier.dumas@gmail.com |
| 3085393417 | 1 | 2 | Between 1 and 5 | | No | | No | | Pradeep | Srivastava | psrivas_892@hotmail.com |
| 3085281021 | 2 | 4 | Between 1 and 5 | | No | | No | | Velma | LeBlanc | velma_leblanc@rogers.com |
| 3085265310 | 2 | 3 | 0 | | No | | No | | Anthony | Cinicolo | anthony.cinicolo@sympatico.ca |
| 3085250537 | 1 | 0 | 0 | | Yes | Mary Wickersham | No | | Ed | Wilton | EdWilton1@Gmail.com |
| 3085247224 | 2 | 2 | 0 | | No | | Yes | My supervisor's name was Glenn Skinner. I can't recall his supervisor's name at the moment but believe he was in the U.S. | Mark | Turner | mdwturner@hotmail.com |
| 3084035635 | 2 | 10 | Between 1 and 5 | | Yes | | Yes | | Mike | Campbell | maccampb@gmail.com |
| 3084031738 | 3 | 150 | 21 or more | 150 | Yes | Tony Pirih | No | | Paula | Klein | p.d.klein@rogers.com |