# Exhibit "H"

*In Re:*
*NORTEL NETWORKS INC., et al*

*ERNIE BRIARD*
*February 4, 2014*
*Confidential*



126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
www.ELLENGRAUER.com

*Original File 106213B.TXT*
*Min-U-Script® with Word Index*

Page 85

BRIARD - CONFIDENTIAL

that you have got pension claims in the United States; fair to say?

A. Fair to say.

Q. So you want to make sure to know how to protect your rights?

A. Correct.

Q. So how did you figure out how to get the claim form and file the claim?

A. My recollection -- I've been trying to figure out how did I know to do that. I believe, my recall, is that somebody told me about you go on the U.S., it's completely different than Canada, you go on the website and get these forms. I said okay, good, I found the website, went on the website, downloaded the forms, filled out the forms. That's how it worked.

Q. So --

A. You know, nobody really told me about any of that, but I knew I had to protect my U.S. pension at the time, that's what I knew. And at the time I was told that any -- if you worked in Canada, you don't -- you're not allowed to make a claim for your severance in the U.S., you have to make your severance claim in Canada.

Page 86

BRIARD - CONFIDENTIAL

Q. Who told you that?

A. And that would be looked after. That was -- I don't know exactly who told me that, but I believe -- and subsequently I believe I saw it in writing that you can't do that. I believe I saw it in writing on -- help me, Rachel, with the document you showed me the other day that was -- you asked me if I'd seen it before, that's the one that confirmed the bar date, I think it's called in the U.S., the date for the -- you know, to confirm that you make sure you have all your claims in by such-and-such a date, that document confirmed it to me.

So whoever told me when I -- everything that I've read, which includes that piece of paper, confirmed to my mind that my severance -- I'm not, I can't, they're telling me not to put -- I even called E&Y, the Monitor, at some stage, the E&Y 1-800 number. I did everything possible to make sure that everything that I had to claim for, I could claim for.

And my understanding at the time was that, which now I'm finding is wrong, was that severance, if you have a Canadian claim for

Page 87

BRIARD - CONFIDENTIAL

severance, you can't put that in the U.S., and I'll read to you where the document from the U.S. said exactly that.

Q. Okay. There is a lot to ask you about. I appreciate the length of your response because it gives me things that I can kind of ask you in smaller bits and pieces to better understand.

So at some point in time you downloaded the Proof of Claim form?

A. Yes.

Q. You don't remember how exactly you found out where and how to do that, but you found your way there?

A. Yes.

Q. And did you actually get notice from the U.S. Debtors of the U.S. bar date? Or is that something that you heard through other people?

A. I heard through other people. I subsequently have seen it, whatnot. I can't recall receiving it exactly, but everything I did get I followed exactly what they said. And now that I saw it the other day, that Rachel showed it to me, I read it thoroughly and said this makes sense to

Page 88

BRIARD - CONFIDENTIAL

me because I would have read this and said tick, I've got my claim for my pension, I turn the page and I'd say click, I can't claim my severance in the U.S. so I'm comfortable now.

Q. I'd like to break things up a little bit between the things that you heard and read before September 29th, 2009, the date of your Proof of Claim, and things that you read or heard afterwards, even to the extent that it might have confirmed things that you did before, and we'll talk about both because I want to get a sense of everything.

But I'd like to just, for purposes of these questions, kind of have a division between the two. And first of all let's just talk about leading up to September 29th, 2009.

So prior to you filing this had you gotten a notification from the U.S. about the bar date?

A. No, I don't believe so.

Q. And so prior to you filing the Proof of Claim, somewhere you had learned that there was this bar date by which you had to file the claim in the United States, right?