IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS, INC.,** *et al.*,[1]<br><br>Debtors. | **Chapter 11**<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Carrie L. Taylor, certify that I am not less than 18 years of age, and that I caused service of the **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING CLAIMS TO BE FILED AFTER THE BAR DATE** to be made on March 27, 2014 upon all parties listed below were served via first class mail.

| | | |
|---|---|---|
| Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497 | Ann C. Cordo<br>Morris Nichols Arsht &<br>Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-658-9200<br>Fax : 302-658-3989 | Christopher M. Samis<br>Richards, Layton & Finger,<br>P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, De 19801<br>302-651-7700<br>Fax : 302-651-7701 |
| Kathleen A. Murphy<br>Buchanan Ingersoll & Rooney PC<br>1105 North Market Street<br>Suite 1900<br>Wilmington, DE 19801<br>302-552-4200<br>Fax : 302-552-4295 | Tamara K. Minott<br>Morris, Nichols, Arsht &<br>Tunnell LLP<br>1201 North Market Street<br>PO BOX 1347<br>Wilmington, DE 19866<br>302-658-9200<br>Fax : 302-658-3989 | Deborah M. Buell, Esquire<br>Neil P. Forrest, Esquire<br>CLEARY GOTTLIEB<br>STEEN & HAMILTON<br>LLP<br>One Liberty Plaza<br>New York, NY  10006 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

#151253

Michael D. Sadowitz
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
212-610-6342

    I further certify that the attached service list was also served electronically on the CM/ECF System.

Date:  March 27, 2014　　　　　　　　*/s/ Carrie L. Taylor*
　　　　　　　　　　　　　　　　　　Carrie L. Taylor, Paralegal

#151253