## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS, INC.,** *et al.*,[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 09-10138 (KG)**<br>**Jointly Administered** |

## WITHDRAW OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING CLAIMS TO BE FILED AFTER THE BAR DATE (RELATED TO DOCUMENT NUMBER 132367)

Please withdraw the above-captioned document that was filed in error. A corrected version will be filed.

Dated:  March 27, 2014

MONZACK, MERSKY, MCLAUGHLIN
AND BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Tel:    (302) 656-8162
Fax:    (302) 656-2769
Email: *rmersky@monlaw.com*

**ATTORNEY FOR AD HOC COMMITTEE**
**OF CANADIAN EMPLOYEES TERMINATED**
**PRE-PETITION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.