# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS, INC., *et al.*,**[1]<br><br>     **Debtors.** | **Chapter 11**<br><br>**Case No. 09-10138 (KG)**<br>**Jointly Administered**<br><br>Hearing Date:  April 22, 2014  at 10am |

## RE-NOTICE OF MOTION

TO: **Office of the United States Trustee and all parties requesting notice pursuant to Bankruptcy Rule 2002.**

On February 1, 2013,  The Ad Hoc Committee of Canadian Employees Terminated Pre-Petition ("Ad Hoc Committee" or "Movant") filed their Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (the "Motion") which seeks an order authorizing Movants to file their proofs of claim after the established proof of claim deadline. The matter was originally scheduled for a hearing on February 19, 2013, but was adjourned to provide the Debtors and the Unsecured Creditors Committee with an opportunity to take discovery. The Debtors engaged in extensive discovery from each and every member of the Ad Hoc Committee culminating in depositions of fourteen members of the Ad Hoc Committee hand selected by the Debtors. The depositions were completed on February 14, 2014 and the deposition transcripts have just been read by the deponents. This matter is ready for hearing to proceed on April 22, 2014 @ 10:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

| | |
|---|---|
| Dated: March 27, 2014 | MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A. |

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Tel:    (302) 656-8162
Fax:    (302) 656-2769
Email: rmersky@monlaw.com

**Attorneys for Ad Hoc Committee of Canadian Employees Terminated Pre-Petition**