# Exhibit "H"

*In Re:*

*NORTEL NETWORKS INC., et al*

---

*ERNIE BRIARD*

*February 4, 2014*

*Confidential*

---



**126 East 56th Street, Fifth Floor New York, New York 10022**

**PHONE: (212) 750-6434   FAX: (212) 750-1097**

**www.ELLENGRAUER.com**

*Original File 106213B.TXT*

*Min-U-Script® with Word Index*

Case 09-10138-MFW    Doc 13240-8    Filed 03/27/14    Page 3 of 3
Confidential

In Re:
NORTEL NETWORKS INC., et al

ERNIE BRIARD
February 4, 2014

Page 85

BRIARD - CONFIDENTIAL

1    BRIARD - CONFIDENTIAL
2    that you have got pension claims in the United
3    States; fair to say?
4 A.  Fair to say.
5 Q.  So you want to make sure to know
6    how to protect your rights?
7 A.  Correct.
8 Q.  So how did you figure out how to
9    get the claim form and file the claim?
10 A.  My recollection -- I've been
11    trying to figure out how did I know to do that.  I
12    believe, my recall, is that somebody told me about
13    you go on the U.S., it's completely different than
14    Canada, you go on the website and get these forms.
15    I said okay, good, I found the website, went on the
16    website, downloaded the forms, filled out the
17    forms.  That's how it worked.
18 Q.  So --
19 A.  You know, nobody really told me
20    about any of that, but I knew I had to protect my
21    U.S. pension at the time, that's what I knew.  And
22    at the time I was told that any -- if you worked in
23    Canada, you don't -- you're not allowed to make a
24    claim for your severance in the U.S., you have to
25    make your severance claim in Canada.

Page 86

1    BRIARD - CONFIDENTIAL
2 Q.  Who told you that?
3 A.  And that would be looked after.
4    That was -- I don't know exactly who told me that,
5    but I believe -- and subsequently I believe I saw
6    it in writing that you can't do that.  I believe I
7    saw it in writing on -- help me, Rachel, with the
8    document you showed me the other day that was --
9    you asked me if I'd seen it before, that's the one
10    that confirmed the bar date, I think it's called in
11    the U.S., the date for the -- you know, to confirm
12    that you make sure you have all your claims in by
13    such-and-such a date, that document confirmed it to
14    me.
15       So whoever told me when I -- everything
16    that I've read, which includes that piece of paper,
17    confirmed to my mind that my severance -- I'm not,
18    I can't, they're telling me not to put -- I even
19    called E&Y, the Monitor, at some stage, the E&Y
20    1-800 number.  I did everything possible to make
21    sure that everything that I had to claim for, I
22    could claim for.
23       And my understanding at the time was
24    that, which now I'm finding is wrong, was that
25    severance, if you have a Canadian claim for

Page 87

BRIARD - CONFIDENTIAL

1    severance, you can't put that in the U.S., and I'll
2    read to you where the document from the U.S. said
3    exactly that.
4 Q.  Okay.  There is a lot to ask you
5    about.  I appreciate the length of your response
6    because it gives me things that I can kind of ask
7    you in smaller bits and pieces to better
8    understand.
9       So at some point in time you downloaded
10    the Proof of Claim form?
11 A.  Yes.
12 Q.  You don't remember how exactly you
13    found out where and how to do that, but you found
14    your way there?
15 A.  Yes.
16 Q.  And did you actually get notice
17    from the U.S. Debtors of the U.S. bar date?  Or is
18    that something that you heard through other people?
19 A.  I heard through other people.  I
20    subsequently have seen it, whatnot.  I can't recall
21    receiving it exactly, but everything I did get I
22    followed exactly what they said.  And now that I
23    saw it the other day, that Rachel showed it to me,
24    I read it thoroughly and said this makes sense to

Page 88

1    BRIARD - CONFIDENTIAL
2    me because I would have read this and said tick,
3    I've got my claim for my pension, I turn the page
4    and I'd say click, I can't claim my severance in
5    the U.S. so I'm comfortable now.
6 Q.  I'd like to break things up a
7    little bit between the things that you heard and
8    read before September 29th, 2009, and the date of your
9    Proof of Claim, and things that you read or heard
10    afterwards, even to the extent that it might have
11    confirmed things that you did before, and we'll
12    talk about both because I want to get a sense of
13    everything.
14       But I'd like to just, for purposes of
15    these questions, kind of have a division between
16    the two.  And first of all let's just talk about
17    leading up to September 29th, 2009.
18       So prior to you filing this had you
19    gotten a notification from the U.S. about the bar
20    date?
21 A.  No, I don't believe so.
22 Q.  And so prior to you filing the
23    Proof of Claim, somewhere you had learned that
24    there was this bar date by which you had to file
25    the claim in the United States, right?