IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. No. 9362** |
| | ) | |
| In re: | ) | Chapter 15 |
| | ) | |
| NORTEL NETWORKS LTD., *et al.*, | ) | |
| | ) | Case No. 09-10164(KG) |
| Debtors | ) | (Jointly Administered) |
| | ) | |

## ORDER DENYING REQUEST FOR ORAL ARGUMENT AT THIS TIME

The Ad Hoc Committee of Canadian Employees Terminated Pre-Petition (the "Committee") has requested by letter, dated March 28, 2014, that the Court hear oral argument at its scheduled hearing on April 22, 2014, on it Motion for Allowance to File Claims after the Bar Date (the "Motion") (D.I. 9362).[1] The Committee filed the Motion on February 1, 2013, or 14 months ago. The Committee estimates that argument will require two hours.

The April 22, 2014 hearing will be devoted to matters pertaining to a lengthy (25 trial days), complex trial which begins on May 12, 2014. The Court and the parties engaged in the trial are concentrating their full attention on the trial. There will be no prejudice to anyone if the Court does not hear the Motion at this time, and the fact that the Motion has been pending for 14 months belies any urgency. " To every thing there is a season, and a time to every purpose under the heavens." Ecclesiastes 3. This is the season for the Allocation Trial.

---

[1] Although the Court sometimes requests letters, our local rules prohibit them and this matter should have been raised by motion. Local Rule 9103-1(b).

Accordingly, the Committee's request for argument on April 22, 2014, is denied. Argument will be scheduled after the trial is completed.

Dated: March 31, 2014

_____
KEVIN GROSS, U.S.B.J.