# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MATTEUCCI, DENNIS D.
     23 MULBERRY CT.
     COAL CENTER, PA 15423
```

Please note that your claim # 4581 in the above referenced case and in the amount of $277,253.32 has been transferred **(unless previously expunged by court order)** to:

```
     CRT SPECIAL INVESTMENTS LLC
     TRANSFEROR: MATTEUCCI, DENNIS D.
     JOSEPH E. SARACHEK
     262 HARBOR DRIVE
     STAMFORD, CT 06902
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13246     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2014                        David D. Bird, Clerk of Court

                                        /s/ Kimberly Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 31, 2014.