# EXHIBIT B

```
TIME: 13:27:38                                    NORTEL NETWORKS INC.                                      PAGE:  1
DATE: 03/31/14                                      CREDITOR LISTING

Name                            Address
CRT SPECIAL INVESTMENTS LLC     TRANSFEROR: MATTEUCCI, DENNIS D. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
MATTEUCCI, DENNIS D.            23 MULBERRY CT. COAL CENTER PA 15423
VONWIN CAPITAL MANAGEMENT, LP   TRANSFEROR: WALLACE, NORMAN L. JR ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WALLACE, NORMAN L. JR           3104 GOLD DUST LN WILLOW SPRING NC 27592

Total Number of Records Printed       4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006