Exhibit B

Exhibit B



# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

ashurst

**Interim** (S)

VAT Invoice Date: **27 March 2014** Our Ref: **GDB/CCN01.00001** Invoice No.: **364211**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 10,563.00 |
| For the period to 28 February 2014, in connection with the above matter. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 3.66 |
| | 0.00 | | 10,566.66 |
| | | VAT | 0.00 |
| | | Total | 10,566.66 |
| | | **Balance Due** | **10,566.66** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 364211 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.

The Official Unsecured Creditors Committt
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 28/02/2014

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Senior Associate | Antonia Croke | 0.10 | 52.00 | (C0002) |
|  |  | 0.90 | 468.00 | (C0003) |
|  |  | 2.20 | 1,144.00 | (C0007) |
|  |  | 0.60 | 312.00 | (C0014) |
|  |  | 0.10 | 52.00 | (C0019) |
|  |  | 6.80 | 3,536.00 | (C0029) |
|  |  | 1.30 | 676.00 | (C0031) |
|  |  | **12.00** | **6,240.00** |  |
| Associate | Lindsey Roberts | 4.10 | 1,660.50 | (C0031) |
|  |  | **4.10** | **1,660.50** |  |
| Junior Associate | Sophie Law | 0.20 | 65.00 | (C0002) |
|  |  | 6.40 | 2,080.00 | (C0003) |
|  |  | 0.80 | 260.00 | (C0007) |
|  |  | 0.50 | 162.50 | (C0031) |
|  |  | **7.90** | **2,567.50** |  |
| Trainee | Annie Morrin | 0.50 | 95.00 | (C0007) |
|  |  | **0.50** | **95.00** |  |
|  | **TOTAL** | **24.50** | **10,563.00** |  |

Matter: CCN01.00001 - BANKRUPTCY

## C0002  General Case Administration

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.10 | 520.00 | 52.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.20 | 325.00 | 65.00 |
| | | | Total | 117.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/02/2014 | Antonia Croke | LETT | Review email from Mr Brad M. Kahn Re: Nortel - Canadian Counsel Consents | 0.10 | 520.00 | 52.00 |
| 14/02/2014 | Sophie Law | LETT | Emails in AG re Canadian counsel | 0.20 | 325.00 | 65.00 |
| | | | | | | 117.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0003 — Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.90 | 520.00 | 468.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 6.40 | 325.00 | 2,080.00 |
| | | | Total | 2,548.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/02/2014 | Antonia Croke | LETT | Emails re Ash fee app | 0.20 | 520.00 | 104.00 |
| 07/02/2014 | Sophie Law | LETT | Emails ACROKE, costs dept re copying/printing write offs | 0.10 | 325.00 | 32.50 |
| 10/02/2014 | Antonia Croke | LETT | Review emails re Ash fee app | 0.10 | 520.00 | 52.00 |
| 10/02/2014 | Sophie Law | LETT | Emails Ashurst costs dept re write off copying/printing expenses | 0.10 | 325.00 | 32.50 |
| 10/02/2014 | Sophie Law | LETT | Further emails finance dept re write off | 0.10 | 325.00 | 32.50 |
| 13/02/2014 | Sophie Law | LETT | Email in B Kahn re fee estimates for Jan; email to costs re same and requesting breakdown for fee app; respond to B Kahn re same. | 0.30 | 325.00 | 97.50 |
| 13/02/2014 | Sophie Law | LETT | Review Ashurst invoice for Jan fee app | 0.50 | 325.00 | 162.50 |
| 13/02/2014 | Sophie Law | LETT | Prepare Interim Fee App | 0.50 | 325.00 | 162.50 |
| 17/02/2014 | Antonia Croke | LETT | Emails Ash and Akin re Ash fee app | 0.30 | 520.00 | 156.00 |
| 17/02/2014 | Sophie Law | LETT | Email ACROKE re Jan fee app and interim fee app; draft email to Matt/Brad at Akin re same | 0.30 | 325.00 | 97.50 |
| 17/02/2014 | Sophie Law | LETT | Prepare 20th interim fee app | 0.70 | 325.00 | 227.50 |
| 18/02/2014 | Sophie Law | LETT | Preparing Interim Fee Application, liaising with costs regarding revised copying costs for November 2013; final review of Jan monthly application, return to costs dept for processing; intd Steve in costs re November copying costs | 1.60 | 325.00 | 520.00 |
| 19/02/2014 | Antonia Croke | LETT | Review emails re Ash fee app | 0.10 | 520.00 | 52.00 |
| 19/02/2014 | Sophie Law | LETT | Email Matt at AG re Jan and interim fee apps | 0.10 | 325.00 | 32.50 |
| 20/02/2014 | Antonia Croke | LETT | Review emails re Ash fee app | 0.10 | 520.00 | 52.00 |
| 20/02/2014 | Sophie Law | LETT | Draft Jan fee app, update interim fee app; email G Boothman re same; calculate reduction re 6p copying (Nov fee app); finalise Jan fee app; send to AG for filing | 1.70 | 325.00 | 552.50 |
| 21/02/2014 | Antonia Croke | LETT | Review emails re Ash fee app | 0.10 | 520.00 | 52.00 |
| 21/02/2014 | Sophie Law | LETT | Finalise interim application, send to AG to be filed | 0.40 | 325.00 | 130.00 |
| | | | | | | 2,548.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007      Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.20 | 520.00 | 1,144.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.80 | 325.00 | 260.00 |
| **Trainee** | | | | |
| AMORRI | Annie Morrin | 0.50 | 190.00 | 95.00 |
| | | | Total | 1,499.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 06/02/2014 | Annie Morrin | PHON | UCC weekly call | 0.50 | 190.00 | 95.00 |
| 13/02/2014 | Antonia Croke | ATTD | Attend UCC Call | 0.80 | 520.00 | 416.00 |
| 13/02/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 13/02/2014 | Sophie Law | ATTD | Attend UCC call | 0.80 | 325.00 | 260.00 |
| 19/02/2014 | Antonia Croke | LETT | Review email from Fagen, Matthew Re: Nortel -- Committee Call -- (2/20) | 0.10 | 520.00 | 52.00 |
| 20/02/2014 | Antonia Croke | LETT | Emails LROBER re UCC call | 0.10 | 520.00 | 52.00 |
| 20/02/2014 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 520.00 | 260.00 |
| 26/02/2014 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 520.00 | 208.00 |

|  |
|---|
| 1,499.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0014      Canadian Proceedings/Matters

|  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Senior Associate** | | | |
| ACROKE    Antonia Croke | 0.60 | 520.00 | 312.00 |
| | | Total | **312.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/2014 | Antonia Croke | LETT | Review emails from Armstrong, Christopher Re: Canadian motions | 0.10 | 520.00 | 52.00 |
| 07/02/2014 | Antonia Croke | LETT | Review emails re Canadian motion re French proceedings | 0.20 | 520.00 | 104.00 |
| 10/02/2014 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: Canadian Ct Order | 0.10 | 520.00 | 52.00 |
| 13/02/2014 | Antonia Croke | LETT | Review email from Armstrong, Christopher Re: CCAA Proceedings | 0.10 | 520.00 | 52.00 |
| 13/02/2014 | Antonia Croke | LETT | Review letter from Canadian Court re change of judge for hearing | 0.10 | 520.00 | 52.00 |

312.00

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>     <u>**Labor Issues/Employee Benefits**</u>

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.10 | 520.00 | 52.00 |
| | | | Total | **52.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 18/02/2014 | Antonia Croke | LETT | Emails re Lehman decision | 0.10 | 520.00 | 52.00 |
| | | | | | | **52.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0029      Intercompany Analysis

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.80 | 520.00 | 3,536.00 |
| | | | Total | 3,536.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0029   Intercompany Analysis

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2014 | Antonia Croke | LETT | Review emails from 30/1/14 to 2/2/14 re joint trial protocol and experts | 1.50 | 520.00 | 780.00 |
| 03/02/2014 | Antonia Croke | LETT | Review emails RE: Bondholder Group Request for Disclosure Pursuant to Protective Order | 0.40 | 520.00 | 208.00 |
| 04/02/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: RE: Nortel: Pre-Trial Conference Memo and meet and confer | 0.10 | 520.00 | 52.00 |
| 04/02/2014 | Antonia Croke | LETT | Review email from Stam, Jennifer Re: RE: Bondholder Group Request for Disclosure Pursuant to Protective Order | 0.10 | 520.00 | 52.00 |
| 04/02/2014 | Antonia Croke | LETT | Review emails re Pre-Trial Conference Memo and meet and confer | 0.30 | 520.00 | 156.00 |
| 04/02/2014 | Antonia Croke | LETT | Review emails RE: Nortel: Pre-Trial Conference Memo and meet and confer | 0.20 | 520.00 | 104.00 |
| 04/02/2014 | Antonia Croke | LETT | Review email from Karen.Jones@paliareroland.com Re: Nortel: Re: January 24, 2014 Britven Report | 0.10 | 520.00 | 52.00 |
| 04/02/2014 | Antonia Croke | LETT | Review email from Groark, Ilona Re: Nortel - EMEA Debtors' Production of Expert Materials | 0.10 | 520.00 | 52.00 |
| 04/02/2014 | Antonia Croke | LETT | Review email from Ruby, Peter RE: Nortel - Letter to Core Parties | 0.10 | 520.00 | 52.00 |
| 05/02/2014 | Antonia Croke | READ | Review filed pre-trial conference memo and letter to Justice Morawetz and emails re same | 0.50 | 520.00 | 260.00 |
| 05/02/2014 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Production of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 05/02/2014 | Antonia Croke | LETT | Review email from Murphy, Kathleen A. Re: Pre-Trial conference memo | 0.10 | 520.00 | 52.00 |
| 05/02/2014 | Antonia Croke | LETT | Review emails from Rosenthal, Jeffrey and Stam J Re: Nortel: Pre-Trial Conference Memo and meet and confer | 0.20 | 520.00 | 104.00 |
| 05/02/2014 | Antonia Croke | LETT | Review emails Re: Nortel: Pre-Trial Conference Memo and meet and confer | 0.10 | 520.00 | 52.00 |
| 06/02/2014 | Antonia Croke | LETT | Review email from Kimmel, Jessica Re: RE: Bondholder Group Request for Disclosure Pursuant to Protective Order | 0.10 | 520.00 | 52.00 |
| 07/02/2014 | Antonia Croke | LETT | Review emails Re: Nortel: Pre-Trial Conference Memo and meet and confer | 0.30 | 520.00 | 156.00 |
| 10/02/2014 | Antonia Croke | LETT | Review letters from US debtors re Lee Errata | 0.10 | 520.00 | 52.00 |
| 12/02/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - EY US Third Supplemental Production | 0.10 | 520.00 | 52.00 |
| 16/02/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 17/02/2014 | Antonia Croke | LETT | Review email from Groark, Ilona Re: Nortel - EMEA Debtors' Production of Expert Materials | 0.10 | 520.00 | 52.00 |
| 18/02/2014 | Antonia Croke | LETT | Review emails from Tallett-Williams, Katherine Re: Nortel - Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 18/02/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: RE: Nortel - Production of Expert Native Files | 0.10 | 520.00 | 52.00 |
| 20/02/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel - Production of U.S. Debtors | 0.10 | 520.00 | 52.00 |
| 20/02/2014 | Antonia Croke | LETT | Review email from Whitley-Sebti, Farah Lisa Re: Nortel - Lee Errata | 0.10 | 520.00 | 52.00 |

Matter: CCN01.00001 - BANKRUPTCY

**C0029**      **Intercompany Analysis**

| Date | Name | Type | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/02/2014 | Antonia Croke | LETT | Review email from Moessner, Jacqueline Re: Nortel - Rebuttal Expert Report Files | 0.10 | 520.00 | 52.00 |
| 24/02/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel - Clawback Notice of U.S. Debtors | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Rosenthal, Jeffrey A. Re: RE: Nortel: Pre-Trial Conference Memo and meet and confer | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: RE: Nortel - Lee Errata | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Tabatabai, Fara Re: Nortel - Supplemental Deloitte LLP Production | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Rozenberg, Inna Re: Nortel - Expert Deposition Schedule | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review emails RE: Nortel - Rebuttal Expert Report Files | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Groark, Ilona Re: Nortel - EMEA Debtors' Production of Expert Materials | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Jacobson,Tamryn Re: Production of the Monitor and Canadian Debtors | 0.10 | 520.00 | 52.00 |
| 27/02/2014 | Antonia Croke | LETT | Review emails Re: Nortel - Rebuttal Expert Report Files | 0.20 | 520.00 | 104.00 |
| 27/02/2014 | Antonia Croke | LETT | Review email from Karen.Jones@paliareroland.com Re: RE: Nortel - Rebuttal Expert Report Files | 0.10 | 520.00 | 52.00 |
| 28/02/2014 | Antonia Croke | LETT | Review email from Whitley-Sebti, Farah Lisa and Ltr Re: Nortel - Lee Errata | 0.10 | 520.00 | 52.00 |
| 28/02/2014 | Antonia Croke | LETT | Review emails RE: Nortel: Pre-Trial Conference Memo and meet and confer | 0.30 | 520.00 | 156.00 |
| 28/02/2014 | Antonia Croke | LETT | Review emails RE: Nortel - Rebuttal Expert Report Files | 0.10 | 520.00 | 52.00 |

    **3,536.00**

Matter: CCN01.00001 - BANKRUPTCY

## C0031     European Proceedings/Matters

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.30 | 520.00 | 676.00 |
| **Associate** | | | | |
| LROBER | Lindsey Roberts | 4.10 | 405.00 | 1,660.50 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 0.50 | 325.00 | 162.50 |
| | | | Total | 2,499.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/02/2014 | Antonia Croke | LETT | Emails Akin re status of EMEA claims | 0.30 | 520.00 | 156.00 |
| 09/02/2014 | Antonia Croke | LETT | Emails SLAW/LROBER re status of EMEA claims | 0.40 | 520.00 | 208.00 |
| 09/02/2014 | Sophie Law | LETT | Emails ACROKE, LROBER re query from Akin re EMEA insolvency claims, deadlines, status | 0.20 | 325.00 | 65.00 |
| 10/02/2014 | Antonia Croke | INTD | Confer LROBER re UK JAs | 0.10 | 520.00 | 52.00 |
| 10/02/2014 | Antonia Croke | LETT | Review draft email to Akin re claims in UK administration; draft amends; review JA report; emails LROBER re same | 0.50 | 520.00 | 260.00 |
| 10/02/2014 | Lindsey Roberts | RSCH | Review of JA Report, Court filings, draft email re: status of EMEA claims process; discussion with ACROKE, Discussion with Inga | 4.10 | 405.00 | 1,660.50 |
| 10/02/2014 | Sophie Law | PHON | Intd LROBER re query from Akin re EMEA/UK insolvency claims, deadline, status | 0.10 | 325.00 | 32.50 |
| 10/02/2014 | Sophie Law | LETT | Review email LROBER to ACROKE re query re EMEA administration claims process, bar date | 0.20 | 325.00 | 65.00 |
| | | | | | | 2,499.00 |