Exhibit C

DISBURSEMENT SUMMARY

FEBRUARY 01, 2014 THROUGH FEBRUARY 28, 2014

| Document Production | £3.66 |
|---|---|
| **TOTAL** | **£3.66** |