Exhibit D

**Disbursements Detailed Breakdown**

| | | |
|---|---|---:|
| **Document Production** | 61 copies at 6p per page | 3.66 |