**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**FEBRUARY 01, 2014 THROUGH FEBRUARY 28, 2014**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Antonia Croke | Associate for 7 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £520 | 12.0 | 6,240.00 |
| Lindsey Roberts | Associate for 3 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £405 | 4.1 | 1,660.50 |
| Sophie Law | Associate for 1 year; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £325 | 7.9 | 2,567.50 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group, London | £190 | 0.5 | 95.00 |
| **TOTAL** | | | **24.5** | **10,563.00** |

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 01, 2014 THROUGH FEBRUARY 28, 2014**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 0.3 | 117.00 |
| Ashurst Fee Application / Monthly Billing Reports | 7.3 | 2,548.00 |
| Creditors Committee Meetings | 3.5 | 1,499.00 |
| Canadian Proceedings/Matters | 0.6 | 312.00 |
| Labor Issues / Employee Benefits | 0.1 | 52.00 |
| Intercompany Analysis | 6.8 | 3,536.00 |
| European Proceedings / Matters | 5.9 | 2,499.00 |
| **TOTAL** | **24.5** | **10,563.00** |