**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------x
In re: : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 : Jointly Administered
                  Debtors.    x
---------------------------------------

**NOTICE OF WITHDRAWAL OF PROOF OF**
**CLAIM NO. 3306 OF POWERWAVE TECHNOLOGIES**

PLEASE TAKE NOTICE that Powerwave Technologies, Inc. ("Claimant") hereby withdraws proof of claim number 3306, filed against debtor Nortel Networks Inc. *et al*.

Dated: April 1, 2014          **McCARTER & ENGLISH, LLP**
       Wilmington, Delaware

 */s/ William F. Taylor, Jr.*
 William F. Taylor, Jr. (DE #2936)
 Kate R. Buck (DE #5140)
 405 N. King Street, 8th Floor
 Wilmington, DE 19801
 Telephone 302.984.6300
 wtaylor@mccarter.com
 kbuck@mccarter.com

  -  and  -

 Charles A. Stanziale, Jr.
 Jeffrey T. Testa
 Four Gateway Center
 100 Mulberry Street
 Newark, NJ 07102
 Telephone: (973) 622-4444

 *Counsel for Charles A. Stanziale, Jr. the Chapter 7 Trustee for Powerwave Technologies, Inc.*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.