# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re <u>Nortel Networks (CALA), Inc.</u>, Debtor.　　　　Case No. <u>09-12515 (KG)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Ernst & Young Inc. (in its capacity as Monitor of Nortel Networks Corporation *et al.* in its capacity as Distribution Agent re: GDNT Accounts Receivable) <br> Name of Transferee | Guangdong Nortel Telecommunications Equipment Co. Ltd. <br> Name of Transferor |

Name and Address where notices to the Transferee should be sent:

Court Claim # (if known): <u>6818</u>
Allowed admin: <u>$13,526.28</u>
Allowed unsecured: <u>$36,403.21</u>

Ernst & Young Inc. in its capacity as Monitor of Nortel Networks Corporation *et al.* in its capacity as Distribution Agent re: GDNT Accounts Receivable
222 Bay St., P.O. Box 251
Toronto Dominion Centre
Toronto, Ontario, Canada
Attn: Sharon Hamilton
Facsimile: 416-943-3300
E-mail: sharon.s.hamilton@ca.ey.com

Date Claim Filed: <u>01/20/2010</u>

Address of the Transferor:
C/O Mayer Brown JSM Beijing Representative Office
Suite 1102, Tower 2, China Central Place
79 Jianguo Road, Chaoyang District
Beijing 100025
Attn: Terence Tung
Fax: +86-10-6598-9277

Phone: (416) 943-2153　　　　Phone: +86-10-6599-9222

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Ernst & Young Inc. in its capacity as Monitor of**
**Nortel Networks Corporation et al. in its capacity as**
**Distribution Agent re: GDNT Accounts Receivable**

By: Sharon Hamilton

By: _/s/ Sharon Hamilton_　　　　　　　　　Date: March ___, 2014
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other than For Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT



**NORTEL**

March 31, 2014

To:   Clerk, United States Bankruptcy Court for the District of Delaware
      Nortel Networks (CALA) Inc. (Debtor in Possession)

Re:   Evidence of transfer of claim # 6818 in the chapter 11 case captioned *In re Nortel   Networks (CALA) Inc.*, Case No. 09-12515 (KG)

I write on behalf of Guangdong Nortel Telecommunications Equipment Co. Ltd. ("GDNT"). GDNT is in the process of liquidation and has distributed its remaining assets to its shareholders (the "Shareholders"). Such assets include all amounts owing to GDNT from Nortel Networks (CALA) Inc. ("NN CALA") on account of the claim against NN CALA that has been designated claim number 6818 (the "Claim") in NN CALA's chapter 11 case pending in the United States Bankruptcy Court for the District of Delaware (chapter 11 case number: 09-12515).

This is to advise that Ernst & Young Inc. in its capacity as the court-appointed Monitor of Nortel Networks Corporation *et al.* has been appointed as distribution agent (the "Distribution Agent") by the Shareholders to receive, hold, and distribute all payments or distributions of any kind made on account of the Claim (the "A/R Distributions"). You are hereby directed and this letter shall constitute good and sufficient authority to: (i) deliver all A/R Distributions to the Distribution Agent and to otherwise communicate with the Distribution Agent with respect to all matters concerning the Claim and A/R Distributions, and (ii) update your records to reflect the Distribution Agent as the holder of the Claim. The contact particulars for the Distribution Agent are as follows:

Ernst & Young Inc. in its capacity as Monitor of Nortel Networks Corporation *et al.* in its capacity as Distribution Agent re: GDNT Accounts Receivable
222 Bay St., P.O. Box 251
Toronto Dominion Centre
Toronto, Ontario, Canada
Attention:   Sharon Hamilton
Phone:       416-943-2153
Facsimile:   416-943-3300
E-mail:      sharon.s.hamilton@ca.ey.com

GDNT further waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or by other applicable law.

Yours truly,

Allan Bifield
Chairman of the Liquidation Committee
Guangdong Nortel Telecommunications Equipment Co. Ltd.

CC:   Sharon Hamilton, Ernst & Young Inc.

Guangdong Nortel Telecommunications Equipment Co. Ltd.
c/o Mayer Brown JSM Beijing Representative Office
Suite 1102, Tower 2, China Central Place
79 Jianguo Road, Chaoyang District
Beijing 100025