# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D.I. 13259** |
| ------------------------------------------------------X |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 2, 2014, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on April 8, 2014 at 10:00 A.M. (Eastern Time) -- at the Request of the Parties and by the Approval of the Court, the Hearing Scheduled for April 8, 2014 at 10:00 A.M. (Eastern Time) has Been Cancelled** was served in the manner indicated upon the individuals identified below and on the attached service list.

## VIA FIRST CLASS MAIL

ASM Capital
Adam Moskowitz
7600 Jericho Turnpike
Suite 302
Woodbury, NY  11797

Coface North America Insurance Co.
Managing Partner
50 Millstone Rd.
Building 100, Suite 360
East Windsor, NJ  08520

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Monarch Master Funding LTD
Managing Partner
535 Madison Ave.
New York, NY 10022

Dated: April 2, 2014       CLEARY GOTTLIEB STEEN & HAMILTON LLP
    Wilmington, DE      James L. Bromley (admitted *pro hac vice*)
                           Lisa M. Schweitzer (admitted *pro hac vice*)
                           One Liberty Plaza
                           New York, New York 10006
                           Telephone: (212) 225-2000
                           Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

6145770.40