# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

               Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD
         C/O ANNA VENTRESCA, GENERAL COUNSEL
         5945 AIRPORT ROAD
         MISSISSAUGA, ON L4V 1R9
         CANADA

Please note that your claim # 6818 in the above referenced case and in the amount of
    $53,933.16 allowed at $49,929.49 has been transferred (**unless previously expunged by court order**) to:

        ERNST & YOUNG INC.
        TRANSFEROR: GUANGDONG NORTEL TELECOMM. E
        ATTN: SHARON HAMILTON
        222 BAY ST, PO BOX 251, TORONTO DOMINION
        TORONTO, ON M5K 1J7
        CANADA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13257 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/03/2014                            David D. Bird, Clerk of Court

                                          /s/ Kimberly Murray

                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 3, 2014.