# EXHIBIT B

TIME: 13:41:09
DATE: 04/03/14

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| ERNST & YOUNG INC. | TRANSFEROR: GUANGDONG NORTEL TELECOMM. E ATTN: SHARON HAMILTON 222 BAY ST, PO BOX 251, TORONTO DOMINION TORONTO ON M5K 1J7 CANADA |
| ERNST & YOUNG INC. | TRANSFEROR: GUANGDONG NORTEL TELECOMMUNI ATTN: SHARON HAMILTON 222 BAY ST, PO BOX 251, TORONTO DOMINION TORONTO ON M5K 1J7 CANADA |
| GUANGDONG NORTEL TELECOMM. EQUIP. CO. LTD | C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA ON L4V 1R9 CANADA |
| GUANGDONG NORTEL TELECOMMUNICATIONS | MAIER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| GUANGDONG NORTEL TELECOMMUNICATIONS | EQUIPMENT CO., LTD. C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA ON L4V 1R9 CANADA |

Total Number of Records Printed        5

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006