## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period December 1, 2013 Through December 31, 2013)** was caused to be made on April 4, 2014, in the manner indicated upon the entities identified below.

Date: April 4, 2014

                                                 */s/ Tamara K. Minott*
                                                 Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**                           **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                                 Fred S. Hodara, Esq.
Office of the U.S. Trustee                    Akin Gump Strauss Hauer & Feld LLP
844 King Street                                      One Bryant Park
Suite 2207, Lockbox 35                        New York, NY  10036
Wilmington, DE  19801-3519             (Counsel for Official Committee
(Trustee)                                               Of Unsecured Creditors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)