# **<u>EXHIBIT A</u>**

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 01, 2014 through February 28, 2014

| **Project Category** | **Total Hours** | **Total Fees** |
| --- | --- | --- |
| Fee and Employment Applications | 67.7 | $35,183.00 |
| Litigation | 534.8 | $370,440.00 |
| Analysis of Canadian Law | 179.0 | $136,143.00 |
| Intercompany Analysis | 1.3 | $1,365.00 |
| Canadian CCAA Proceedings/Matters | 7.0 | $6,162.00 |
| **TOTAL** | 789.8 | $549,293.00 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/02/2014 | Work on monthly fee application | 0.7 | 661.50 | 12207527 |
| Gray | William | 05/02/2014 | Work on monthly fee application | 0.7 | 661.50 | 12207541 |
| Gray | William | 06/02/2014 | Finalize monthly fee application | 0.6 | 567.00 | 12207547 |
| Gray | William | 07/02/2014 | Work on monthly and quarterly fee application | 1.4 | 1,323.00 | 12221238 |
| Gray | William | 10/02/2014 | Work on supplemental memorandum regarding new paralegal (.8); work on fee rate disclosures (.4); | 1.2 | 1,134.00 | 12221246 |
| Gray | William | 11/02/2014 | Review fee applications | 0.6 | 567.00 | 12221262 |
| Gray | William | 12/02/2014 | Review/work on amended disclosures regarding billings and new paralegal; conflict issues | 0.8 | 756.00 | 12221267 |
| Gray | William | 13/02/2014 | Revise supplemental declaration (.8); review fee application (1.0) | 1.8 | 1,701.00 | 12221279 |
| Gray | William | 14/02/2014 | Work on monthly fee application | 0.5 | 472.50 | 12228749 |
| Gray | William | 18/02/2014 | Prepare declaration regarding new paralegal (.8); review monthly and quarterly fee applications (1.1) | 1.9 | 1,795.50 | 12228754 |
| Gray | William | 19/02/2014 | Review fee application | 1.0 | 945.00 | 12228763 |
| Gray | William | 20/02/2014 | Work on monthly fee application | 0.8 | 756.00 | 12236017 |
| Gray | William | 21/02/2014 | Work on affirmation amending retention application (1.1); confer with A. Collins regarding Second Supplemental Declaration (.1) | 1.2 | 1,134.00 | 12236020 |
| Gray | William | 24/02/2014 | Finalize supplemental affirmation regarding | 0.8 | 756.00 | 12236026 |
| Gray | William | 24/02/2014 | Work on monthly fee application filing retention and disclosure issues supervise filing | 0.7 | 661.50 | 12236029 |
| Gray | William | 25/02/2014 | Review filing of fee application | 0.7 | 661.50 | 12241745 |
| Gray | William | 26/02/2014 | Finalize and review fee application and summary of examiner's report | 1.3 | 1,228.50 | 12241726 |
| Gray | William | 27/02/2014 | Work on transition of fee application processing regarding A. Collins and R. Primus | 0.8 | 756.00 | 12241737 |
| Gray | William | 28/02/2014 | Review and finalize fee application | 0.5 | 472.50 | 12245002 |
| Bauer | Alison D. | 03/02/2014 | correspondence to and from K. Ponder and also to and from B. Yu regarding Nortel January 2014 Fee Estimates (.1); correspondence to and from A. Cordo on fee hearing scheduled for 2/4 (.1); email all timekeepers regarding January time (0.1) | 0.3 | 244.50 | 12201167 |
| Bauer | Alison D. | 05/02/2014 | draft supplement to Torys retention declaration | 0.3 | 244.50 | 12206128 |
| Bauer | Alison D. | 10/02/2014 | reviewed previous filings and edited language for monthly Fee Application regarding annual fee increases (.2); composed email to R. Primus and W. Gray re: Fee App Annual Rate increase (.1); conference with R. Primus regarding same (.1) | 0.4 | 326.00 | 12213390 |
| Bauer | Alison D. | 11/02/2014 | conference with R. Primus to review time entries (.5); conference with B. Yu in accounting (.1) | 0.6 | 489.00 | 12216833 |
| Bauer | Alison D. | 12/02/2014 | various conferences with R. Primus on fee app (.3); conference with B. Yu in accounting (.1); review of and comment upon fee application (2.0) | 2.4 | 1,956.00 | 12219644 |
| Bauer | Alison D. | 13/02/2014 | email to W. Gray re fee application | 0.1 | 81.50 | 12221849 |
| Bauer | Alison D. | 14/02/2014 | attention to CNO request | 0.1 | 81.50 | 12225432 |
| Bauer | Alison D. | 24/02/2014 | composed emails to R. Primus regarding fee app materials (.1); edited Second | 3.0 | 2,445.00 | 12238168 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | Supplemental Declaration of William F. Gray, Jr. (.1); composed emails to and reviewed emails from W. Gray, R. Primus, A. Collins regarding Second Supplemental Declaration and Fee App for month of January (.2); attention to emails from accounting department (.1); attention to monthly and quarterly fee applications (2.5) | | | |
| Bauer | Alison D. | 25/02/2014 | composed emails to and read emails from R. Primus and A. Collins regarding Torys January 2014 fee application and quarterly fee application (.2); composed emails to and read emails from A. Cordo of MNAT (.2); calls and emails to accounting department (.2); final review of fee applications (.4) | 1.0 | 815.00 | 12238187 |
| Bauer | Alison D. | 26/02/2014 | composed emails to and review process from accounting department regarding fee applications | 0.4 | 326.00 | 12245545 |
| Bauer | Alison D. | 28/02/2014 | draft and send email to all timekeepers | 0.1 | 81.50 | 12245504 |
| Primus | Ron | 04/02/2014 | Review claims register and email A. Bauer regarding same. | 0.2 | 54.00 | 12203743 |
| Primus | Ron | 05/02/2014 | Review January time entries. | 2.0 | 540.00 | 12206406 |
| Primus | Ron | 06/02/2014 | Review January time entries(2.4), discuss same with B. Yu (.1) | 2.5 | 675.00 | 12208771 |
| Primus | Ron | 07/02/2014 | Review January time entries. | 4.5 | 1,215.00 | 12210959 |
| Primus | Ron | 10/02/2014 | Review January time entries (5.8); conference with A. Bauer regarding annual rate increase (0.1) | 5.9 | 1,593.00 | 12213809 |
| Primus | Ron | 11/02/2014 | Review January time entries (1.0), and meet with A. Bauer re: same (.50). Scan and email January time entries to B. Yu (.10). Discuss time entry edits with Betsy Yu (.20) | 1.8 | 486.00 | 12216843 |
| Primus | Ron | 12/02/2014 | Review and compare January time entries (.40), | 2.0 | 540.00 | 12219445 |
| Primus | Ron | 12/02/2014 | Edit January fee application (2.5); discuss review January expense report (.20). Prepare same with Betsy Yu (0.2); various conferences January 2014 fee application (1.4); with A. Bauer (0.3) | 3.0 | 810.00 | 12222001 |
| Primus | Ron | 14/02/2014 | Email Torys team re: objections and comment for November fee application (.10). Review and edit fee application, discuss same with B. Yu and A. Bauer (3.8). Email MNAT re: objections and comments to November fee application (.10) | 4.0 | 1,080.00 | 12222941 |
| Primus | Ron | 18/02/2014 | Review time entries (1.0) and discuss same with Betsy Yu (.20). Edit January fee application (1.0). Correspond with S. Bomhof and A. Bauer regarding edits to January fee application (.20). | 2.4 | 648.00 | 12226577 |
| Primus | Ron | 19/02/2014 | review and edit January fee application (1.0); discuss edits to January monthly fee application with B. Yu (.2); prepare quarterly fee application (2.0) | 3.2 | 864.00 | 12228500 |
| Primus | Ron | 20/02/2014 | review and edit January and quarterly fee applications (2.0); review and discuss expense report with B. Yu (1.0) | 3.0 | 810.00 | 12230379 |
| Primus | Ron | 21/02/2014 | review and edit January fee application (2.0); | 3.0 | 810.00 | 12232795 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | review and edit 13th quarterly fee application (1.0). | | | |
| Primus | Ron | 24/02/2014 | edit January monthly fee application and quarterly fee application. | 2.0 | 540.00 | 12240520 |
| Primus | Ron | 25/02/2014 | edit and submit January's monthly fee application and 13th quarterly fee application. | 1.0 | 270.00 | 12240517 |
| Collins | Allan | 21/02/2014 | confer with W. Gray regarding Second Supplemental Declaration; duty to disclose potential conflict; Gray; | 0.1 | 29.50 | 12230706 |
| Collins | Allan | 21/02/2014 | research relating to FRBP 2014 and ongoing | 0.2 | 59.00 | 12230711 |
| Collins | Allan | 21/02/2014 | update Second Supplemental Declaration of W. Gray; | 0.2 | 59.00 | 12230715 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/02/2014 | exchange messages with J. Rosenthal, J. Stam and S. Block regarding memorandum from January 29th meet and confer; | 0.5 | 450.00 | 12197658 |
| Bomhof | Scott A. | 03/02/2014 | trial preparation; | 2.7 | 2,430.00 | 12199941 |
| Bomhof | Scott A. | 04/02/2014 | trial preparation; | 2.3 | 2,070.00 | 12204386 |
| Bomhof | Scott A. | 05/02/2014 | trial preparation; | 1.3 | 1,170.00 | 12204389 |
| Bomhof | Scott A. | 07/02/2014 | preparing for meeting with expert regarding rebuttal report (1.3); attending meeting with IP expert, H. Zelbo, M. Decker and A. Gray regarding rebuttal expert report (2.8); trial preparation (2.9); | 7.0 | 6,300.00 | 12210387 |
| Bomhof | Scott A. | 07/02/2014 | research regarding Canadian legal issues related to allocation; | 2.2 | 1,980.00 | 12210388 |
| Bomhof | Scott A. | 12/02/2014 | reviewing letter from Justice Morawetz and discussing same with Cleary and A. Gray regarding appointment of Justice Newbould to hear allocation trial; | 0.7 | 630.00 | 12220160 |
| Bomhof | Scott A. | 13/02/2014 | trial preparation; | 2.3 | 2,070.00 | 12223914 |
| Bomhof | Scott A. | 14/02/2014 | trial preparation; | 2.2 | 1,980.00 | 12223917 |
| Bomhof | Scott A. | 18/02/2014 | trial preparation (2.4); reviewing draft reply materials prepared by Canadian debtors regarding Ministry of Environment claim appeal to Supreme Court of Canada and discussing same with J. Opolosky (1.0); | 3.4 | 3,060.00 | 12225558 |
| Bomhof | Scott A. | 19/02/2014 | reviewing e-mails and letter related to CCC information request and providing comments (1.2); telephone call with J. Opolosky regarding expert reports and reviewing summaries (.9); | 2.1 | 1,890.00 | 12227759 |
| Bomhof | Scott A. | 24/02/2014 | trial preparation (2.1); meeting with S. Block to discuss trial issues (.4); | 2.5 | 2,250.00 | 12234466 |
| Bomhof | Scott A. | 26/02/2014 | trial preparation (3.0); telephone call with J. Bromley, S. Block and A. Gray regarding trial issues (1.0); | 4.0 | 3,600.00 | 12239699 |
| Bomhof | Scott A. | 27/02/2014 | trial preparation; | 0.4 | 360.00 | 12244756 |
| Bomhof | Scott A. | 28/02/2014 | reviewing rebuttal expert reports of CCC, Ad Hoc Noteholders and UKPC; | 2.9 | 2,610.00 | 12244761 |
| Gray | Andrew | 03/02/2014 | meeting with J. Gotowiec; | 0.1 | 80.00 | 12263944 |
| Gray | Andrew | 04/02/2014 | planning regarding expert evidence (0.7); email and internal discussions regarding trial procedure issues (0.9) | 1.6 | 1,280.00 | 12213834 |
| Gray | Andrew | 05/02/2014 | working on trial evidence matters; | 1.2 | 960.00 | 12207050 |
| Gray | Andrew | 06/02/2014 | preparing for witness meeting (1.4); confer with M. Blake (.2); | 1.6 | 1,280.00 | 12214018 |
| Gray | Andrew | 07/02/2014 | meeting with IP Expert, H. Zelbo, M. Decker and S. Bomhof to discuss expert evidence issues and preparation for and follow-up from meeting (3.7); conference call regarding trial procedures issue and preparation for same (0.6); | 4.3 | 3,440.00 | 12211259 |
| Gray | Andrew | 09/02/2014 | reviewing expert evidence and related correspondence; | 1.3 | 1,040.00 | 12211258 |
| Gray | Andrew | 11/02/2014 | conducting legal research (1.1); working on expert evidence issues (0.7); | 1.8 | 1,440.00 | 12244035 |
| Gray | Andrew | 12/02/2014 | telephone conferences and email with co-counsel regarding developments in the | 3.7 | 2,960.00 | 12244731 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| | | | litigation (1.2); conducting legal research for the allocation trial (2.3); telephone conference with J. Gotowiec regarding trial preparation tasks (.2); | | | |
| Gray | Andrew | 13/02/2014 | drafting legal memorandum (2.8); office conference with team regarding status of legal research and related projects (0.6); | 3.4 | 2,720.00 | 12222393 |
| Gray | Andrew | 18/02/2014 | conference calls with co-counsel regarding expert evidence (0.4); conference call with counsel for the bondholders regarding evidence for hearing (0.3); internal discussion with E. Siller regarding document review (0.4); reviewing evidence for allocation hearing (0.6); | 1.7 | 1,360.00 | 12227024 |
| Gray | Andrew | 19/02/2014 | reviewing documents for trial preparation and discussion of same internally and on conference call; | 2.8 | 2,240.00 | 12244050 |
| Gray | Andrew | 20/02/2014 | conference call with co-counsel and reviewing legal research (0.8); email regarding discovery issues (0.3); | 1.1 | 880.00 | 12230467 |
| Gray | Andrew | 21/02/2014 | email regarding legal research and reviewing legal research (0.8); preparation for expert depositions (1.3); | 2.1 | 1,680.00 | 12231476 |
| Gray | Andrew | 25/02/2014 | conducting background research regarding historical corporate filings (0.7); conference call regarding next steps in the litigation (0.9); conference call with counsel for bondholders and related email (0.5); | 2.1 | 1,680.00 | 12238651 |
| Gray | Andrew | 26/02/2014 | internal discussion regarding preparation for expert depositions and other pre-trial steps (1.4); conference call with co-counsel, S. Bomhof and S. Block regarding trial strategy (1.0); email communications regarding expert evidence matters (0.3); | 2.7 | 2,160.00 | 12242670 |
| Gray | Andrew | 27/02/2014 | working on expert evidence review (3.3); internal email discussion regarding strategic issues and reviewing related legal research (0.8); | 4.1 | 3,280.00 | 12242650 |
| Gray | Andrew | 28/02/2014 | reviewing expert evidence (2.7); reviewing materials relating to trial planning and conduct and discussing same internally (0.6); | 3.3 | 2,640.00 | 12243983 |
| McCourt | Conor | 04/02/2014 | working on license comparison; | 3.6 | 3,780.00 | 12202869 |
| McCourt | Conor | 05/02/2014 | discussion with Sheila Block regarding expert issues (0.2); working on license issues (8.6); | 8.8 | 9,240.00 | 12207009 |
| McCourt | Conor | 06/02/2014 | working on license issues (2.5); considering expert report (3.0); | 5.5 | 5,775.00 | 12207522 |
| McCourt | Conor | 07/02/2014 | considering expert reports (1.7); meeting with Cleary Gottlieb regarding expert matters (2.5); discussion among Torys' team regarding IP and related issues (0.5); considering memorandum of law from Cleary Gottlieb (0.5); continuing work on license analysis chart (2.6); | 7.8 | 8,190.00 | 12209624 |
| McCourt | Conor | 10/02/2014 | considering license issues research from Cleary Gottlieb; | 1.9 | 1,995.00 | 12212313 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| McCourt | Conor | 17/02/2014 | considering expert report (2.5); telephone discussion with Daniel Ilan of Cleary Gottlieb regarding IPCo issues (0.8); | 3.3 | 3,465.00 | 12223860 |
| McCourt | Conor | 18/02/2014 | reporting to Torys' team on IPCo issues; | 2.2 | 2,310.00 | 12225534 |
| McCourt | Conor | 19/02/2014 | considering revisions to report on IP issues (0.3); e-mail to Torys' team (0.1); considering e-mail from S. Block and responding (0.2); | 0.6 | 630.00 | 12229117 |
| McCourt | Conor | 25/02/2014 | working on licensing chart (0.8); | 0.8 | 840.00 | 12236658 |
| McCourt | Conor | 26/02/2014 | working on scope of license issues; | 7.3 | 7,665.00 | 12239426 |
| McCourt | Conor | 27/02/2014 | dealing with licensing issues (2.1); reviewing licensing report (1.0); conference call with S. Block and J. Rosenthal of Cleary Gottlieb (0.3); | 3.4 | 3,570.00 | 12241301 |
| Slavens | Adam | 01/02/2014 | reviewing expert reports re trial; | 2.0 | 1,380.00 | 12202044 |
| Slavens | Adam | 03/02/2014 | reviewing expert reports re trial; | 3.9 | 2,691.00 | 12202045 |
| Slavens | Adam | 03/02/2014 | trial preparation (2.5); telephone call with J. Gotowiec (.2); | 2.7 | 1,863.00 | 12202053 |
| Slavens | Adam | 04/02/2014 | reviewing expert reports re trial; | 2.9 | 2,001.00 | 12206529 |
| Slavens | Adam | 04/02/2014 | trial preparation; | 3.0 | 2,070.00 | 12206537 |
| Slavens | Adam | 05/02/2014 | reviewing expert reports re trial; | 2.5 | 1,725.00 | 12206568 |
| Slavens | Adam | 06/02/2014 | reviewing expert reports re trial; | 1.4 | 966.00 | 12209521 |
| Slavens | Adam | 07/02/2014 | conference call with A. McCown, A. Gray and M. Atkey re trial preparation (0.6); preparing for same (0.5); | 1.1 | 759.00 | 12211311 |
| Slavens | Adam | 10/02/2014 | trial preparation; | 1.5 | 1,035.00 | 12214020 |
| Slavens | Adam | 11/02/2014 | reviewing expert reports re trial; | 1.8 | 1,242.00 | 12217412 |
| Slavens | Adam | 12/02/2014 | trial preparation; | 3.5 | 2,415.00 | 12220032 |
| Slavens | Adam | 13/02/2014 | reviewing expert reports re trial; | 2.2 | 1,518.00 | 12222632 |
| Slavens | Adam | 13/02/2014 | trial preparation (.5); conference with W. Gray and A. Bauer regarding change of Toronto judge (.2); | 0.7 | 483.00 | 12222648 |
| Slavens | Adam | 14/02/2014 | trial preparation; | 1.1 | 759.00 | 12222661 |
| Slavens | Adam | 14/02/2014 | reviewing expert reports re trial; | 2.1 | 1,449.00 | 12222664 |
| Slavens | Adam | 18/02/2014 | trial preparation; | 0.3 | 207.00 | 12225633 |
| Slavens | Adam | 19/02/2014 | trial preparation; | 0.6 | 414.00 | 12227893 |
| Slavens | Adam | 26/02/2014 | trial preparation; | 0.8 | 552.00 | 12241755 |
| Slavens | Adam | 27/02/2014 | trial preparation; | 2.5 | 1,725.00 | 12241756 |
| Atkey | Matthew | 07/02/2014 | conference call with Cleary, A. Gray and A. Slavens re certain Canadian law issues; | 0.4 | 268.00 | 12212192 |
| Reynolds | Molly | 01/02/2014 | reviewing expert witness research (0.7); | 0.7 | 434.00 | 12198092 |
| Reynolds | Molly | 03/02/2014 | reviewing transcript excerpts and discussing trial preparation with Torys team (1.4); telephone call with J. Gotowiec (.1); | 1.5 | 930.00 | 12201077 |
| Reynolds | Molly | 05/02/2014 | reviewing discovery evidence for trial; | 2.0 | 1,240.00 | 12205949 |
| Reynolds | Molly | 06/02/2014 | reviewing discovery evidence for trial (1.0), preparing evidence briefs (0.7); | 1.7 | 1,054.00 | 12208199 |
| Reynolds | Molly | 07/02/2014 | communicating with Cleary team re discovery evidence (0.2), reviewing evidence for trial (0.7); speak with J. Gotowiec regarding deadlines (.1); discussion with M. Blake regarding creation of witness prep documents (.1); | 1.1 | 682.00 | 12208997 |
| Reynolds | Molly | 08/02/2014 | reviewing correspondence from M. Blake re discovery evidence; | 0.2 | 124.00 | 12209890 |
| Reynolds | Molly | 24/02/2014 | coordinating and meeting with A. Nee, A. | 1.8 | 1,116.00 | 12235208 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 25/02/2014 | Cordo re trial preparation research; meeting with C. Walker and M. Blake re trial preparation tasks (1.0), reviewing legal research re same (0.3); | 1.3 | 806.00 | 12237491 |
| Reynolds | Molly | 26/02/2014 | communicating with B. Unger re rules of evidence research; | 0.2 | 124.00 | 12242102 |
| Reynolds | Molly | 27/02/2014 | communicating internally re trial preparation with M. Blake; | 0.5 | 310.00 | 12242221 |
| Reynolds | Molly | 28/02/2014 | communicating with Cleary team re trial prep (0.2), researching submissions (0.5); | 0.7 | 434.00 | 12242723 |
| Gotowiec | James | 03/02/2014 | telephone call with M. Reynolds regarding trial preparation (0.1); meeting with A. Gray regarding deadlines for research task (0.1); telephone call with A. Slavens regarding collection of public disclosure documents (0.2); | 0.4 | 196.00 | 12198940 |
| Gotowiec | James | 05/02/2014 | email and telephone call with A. McCown regarding document collections; | 0.2 | 98.00 | 12207437 |
| Gotowiec | James | 07/02/2014 | speaking with M. Reynolds regarding deadlines for evidence summaries (0.1); reviewing emails from I. Rozenberg re same (0.1) | 0.2 | 98.00 | 12209947 |
| Gotowiec | James | 10/02/2014 | emails to and from I. Rozenberg regarding trial preparation; | 0.1 | 49.00 | 12211703 |
| Gotowiec | James | 12/02/2014 | emails to and from I. Rozenberg regarding trial preparation (0.1); emails to S. Block re same (0.1); telephone discussion with A. Gray regarding trial preparation tasks (0.2); | 0.4 | 196.00 | 12218907 |
| Gotowiec | James | 19/02/2014 | reviewing deposition transcripts related to substantive consolidation; | 0.4 | 196.00 | 12227703 |
| Unger | Brian | 03/02/2014 | conducting research re expert reports; | 2.2 | 726.00 | 12201358 |
| Unger | Brian | 04/02/2014 | conducting research re expert reports; | 1.8 | 594.00 | 12203458 |
| Unger | Brian | 05/02/2014 | conducting research re expert reports; | 6.5 | 2,145.00 | 12206290 |
| Unger | Brian | 06/02/2014 | conducting research re expert reports; | 2.4 | 792.00 | 12208622 |
| Unger | Brian | 07/02/2014 | conducting research re expert reports; | 3.3 | 1,089.00 | 12209694 |
| Unger | Brian | 10/02/2014 | conducting research re expert reports; | 0.2 | 66.00 | 12211656 |
| Unger | Brian | 11/02/2014 | conducting research re expert reports; | 1.9 | 627.00 | 12217094 |
| Unger | Brian | 12/02/2014 | conducting research re expert reports; | 6.3 | 2,079.00 | 12219584 |
| Unger | Brian | 13/02/2014 | conducting research re expert reports; | 1.9 | 627.00 | 12221861 |
| Unger | Brian | 26/02/2014 | comparing Canadian & US evidentiary rules in preparation for trial (3.0); confer with M. Reynolds regarding same (.2); | 3.2 | 1,056.00 | 12240247 |
| Unger | Brian | 27/02/2014 | comparing Canadian & US evidentiary rules in preparation for trial; | 2.6 | 858.00 | 12242468 |
| Ruscio | Giancarlo | 02/02/2014 | conducting research re: expert reports; | 2.9 | 957.00 | 12203028 |
| Ruscio | Giancarlo | 04/02/2014 | conducting research re: expert reports; | 2.6 | 858.00 | 12203386 |
| Ruscio | Giancarlo | 05/02/2014 | conducting research re: expert reports; | 1.1 | 363.00 | 12206071 |
| Ruscio | Giancarlo | 06/02/2014 | conducting research re: expert reports (0.7); case law analysis re: trial preparation (1.9) | 2.6 | 858.00 | 12206485 |
| Ruscio | Giancarlo | 07/02/2014 | conducting research re: expert reports (1.8); | 1.8 | 594.00 | 12210285 |
| Ruscio | Giancarlo | 10/02/2014 | conducting research re: expert report; | 0.6 | 198.00 | 12212259 |
| Ruscio | Giancarlo | 11/02/2014 | conducting research re: expert report; | 2.4 | 792.00 | 12219254 |
| Levitt | Sam | 03/02/2014 | conducting research re expert reports; | 1.5 | 495.00 | 12201302 |
| Levitt | Sam | 04/02/2014 | conducting research re expert reports; | 6.8 | 2,244.00 | 12203436 |
| Lee | Jonathan | 01/02/2014 | witness document collection | 3.5 | 1,155.00 | 12197147 |
| Lee | Jonathan | 03/02/2014 | expert report citation check | 4.4 | 1,452.00 | 12200985 |
| Lee | Jonathan | 04/02/2014 | expert report citation check | 5.4 | 1,782.00 | 12201565 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Lee | Jonathan | 05/02/2014 | witness document collection | 3.1 | 1,023.00 | 12205893 |
| Lee | Jonathan | 06/02/2014 | expert report citation check | 0.2 | 66.00 | 12207116 |
| Lee | Jonathan | 10/02/2014 | witness document collection | 4.2 | 1,386.00 | 12213272 |
| Lee | Jonathan | 11/02/2014 | litigation experience chart review | 0.6 | 198.00 | 12216806 |
| Lee | Jonathan | 12/02/2014 | witness document collection | 0.1 | 33.00 | 12219323 |
| Kennedy | Nick | 01/02/2014 | research re: expert reports; | 2.9 | 957.00 | 12197149 |
| Kennedy | Nick | 03/02/2014 | research re: expert reports; | 2.6 | 858.00 | 12203026 |
| Kennedy | Nick | 04/02/2014 | research re: expert reports; | 1.8 | 594.00 | 12203382 |
| Kennedy | Nick | 05/02/2014 | research re: expert reports; | 5.0 | 1,650.00 | 12206048 |
| Kennedy | Nick | 11/02/2014 | research re: expert reports; | 1.3 | 429.00 | 12217076 |
| Kara | Irfan | 01/02/2014 | conducting research re expert reports; | 2.0 | 660.00 | 12197233 |
| Kara | Irfan | 03/02/2014 | conducting research re expert reports; | 7.2 | 2,376.00 | 12198331 |
| Kara | Irfan | 04/02/2014 | conducting research re expert reports; | 7.1 | 2,343.00 | 12201527 |
| Kara | Irfan | 05/02/2014 | conducting research re expert reports; | 6.4 | 2,112.00 | 12203614 |
| Kara | Irfan | 06/02/2014 | conducting research re expert reports; | 3.4 | 1,122.00 | 12206400 |
| Kara | Irfan | 07/02/2014 | conducting research re expert reports; | 3.6 | 1,188.00 | 12208925 |
| Kara | Irfan | 11/02/2014 | conducting research re expert reports; | 1.7 | 561.00 | 12212264 |
| Kara | Irfan | 12/02/2014 | conducting research re expert reports; | 1.6 | 528.00 | 12216488 |
| Daniels | Marissa | 01/02/2014 | conducting research re: expert reports; | 4.2 | 1,386.00 | 12197492 |
| Daniels | Marissa | 03/02/2014 | conducting research re: expert reports; | 0.9 | 297.00 | 12201020 |
| Daniels | Marissa | 03/02/2014 | conducting research re: expert reports; | 6.2 | 2,046.00 | 12210439 |
| Daniels | Marissa | 04/02/2014 | conducting research re: expert reports; | 9.3 | 3,069.00 | 12210440 |
| Daniels | Marissa | 05/02/2014 | conducting research re: expert reports; | 1.5 | 495.00 | 12205943 |
| Daniels | Marissa | 05/02/2014 | conducting research re: expert reports; | 5.3 | 1,749.00 | 12210445 |
| Daniels | Marissa | 06/02/2014 | conducting research re: expert reports; | 2.5 | 825.00 | 12210451 |
| Daniels | Marissa | 07/02/2014 | conducting research re: expert reports; | 3.2 | 1,056.00 | 12208875 |
| Che | Eliot | 03/02/2014 | conducting research re expert reports; | 1.8 | 594.00 | 12201410 |
| Che | Eliot | 04/02/2014 | conducting research re expert reports; | 5.6 | 1,848.00 | 12203485 |
| Che | Eliot | 05/02/2014 | conducting research re expert reports; | 11.1 | 3,663.00 | 12206246 |
| Che | Eliot | 06/02/2014 | conducting research re expert reports; | 4.7 | 1,551.00 | 12208524 |
| Che | Eliot | 06/02/2014 | conducting research re expert reports; | 3.9 | 1,287.00 | 12209036 |
| Che | Eliot | 12/02/2014 | conducting research re expert reports; | 2.1 | 693.00 | 12219432 |
| Siller | Ezra | 18/02/2014 | meeting with A. Gray (0.4) | 0.4 | 144.00 | 12226368 |
| Siller | Ezra | 26/02/2014 | research for case | 1.9 | 684.00 | 12240182 |
| Siller | Ezra | 27/02/2014 | research for case | 3.9 | 1,404.00 | 12242476 |
| Siller | Ezra | 28/02/2014 | research for case; | 1.2 | 432.00 | 12243771 |
| Block | Sheila R. | 05/02/2014 | expert preparation (1.8); discussion with C. McCourt (.2); | 2.0 | 2,100.00 | 12206997 |
| Block | Sheila R. | 06/02/2014 | preparation for trial; | 2.0 | 2,100.00 | 12209106 |
| Block | Sheila R. | 07/02/2014 | trial preparation; | 0.4 | 420.00 | 12209112 |
| Block | Sheila R. | 11/02/2014 | preparation for meeting at Cleary and meeting with M. Decker regarding trial evidence; | 5.5 | 5,775.00 | 12217780 |
| Block | Sheila R. | 12/02/2014 | meeting with Cleary regarding trial evidence (7.0); telephone calls regarding trial matters with Cleary and with other counsel (0.5); | 7.5 | 7,875.00 | 12220121 |
| Block | Sheila R. | 13/02/2014 | telephone call regarding expert testimony (1.0); telephone call with H. Zelbo regarding trial (0.4); | 1.4 | 1,470.00 | 12220126 |
| Block | Sheila R. | 18/02/2014 | preparation for trial, reviewing evidence; | 9.5 | 9,975.00 | 12227066 |
| Block | Sheila R. | 19/02/2014 | emails regarding deposition issues (0.2); review expert evidence (3.7); preparation for trial (1.3); | 5.2 | 5,460.00 | 12229488 |
| Block | Sheila R. | 20/02/2014 | conference call regarding expert evidence; | 0.5 | 525.00 | 12229495 |
| Block | Sheila R. | 21/02/2014 | telephone call with D. Abbott regarding trial issues (0.5); preparation for trial; telephone call regarding expert issues; emails regarding | 3.5 | 3,675.00 | 12231993 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 23/02/2014 | same and regarding deposition issues (3.0); correspondence regarding expert witnesses (.2); compiling documents regarding same (1.3); | 1.5 | 1,575.00 | 12232817 |
| Block | Sheila R. | 24/02/2014 | reviewing deposition testimony (4.6); meet with S. Bomhof to discuss trial issues (.4); | 5.0 | 5,250.00 | 12234434 |
| Block | Sheila R. | 25/02/2014 | telephone calls regarding expert reports, email regarding same, and conference call with Cleary regarding same (1.6); conference call regarding trial preparation with Cleary (1.0); further telephone calls with Cleary regarding expert evidence (0.5); telephone call with expert (0.4); | 3.5 | 3,675.00 | 12236688 |
| Block | Sheila R. | 26/02/2014 | emails regarding experts; reviewing expert evidence (1.3); telephone call with Cleary, S. Bomhof and J. Rosenthal regarding trial issues (1.0); office conference with A. Gray; then conference calls with Cleary regarding trial issues (1.6); | 3.9 | 4,095.00 | 12243097 |
| Block | Sheila R. | 27/02/2014 | reviewing expert evidence (2.2); office conferences and telephone calls regarding same with C. McCourt and J. Rosenthal (.3); | 2.5 | 2,625.00 | 12243101 |
| Block | Sheila R. | 28/02/2014 | reviewing expert evidence (0.5); reviewing depositions (2.0); reviewing draft trial protocol and internal office conferences regarding same (1.3); and preparation for trial (2.5); | 6.3 | 6,615.00 | 12244910 |
| DeMarinis | Tony | 03/02/2014 | counsel exchanges on evidence process, and review and consideration of requirements and issues regarding same; | 2.5 | 2,625.00 | 12201917 |
| DeMarinis | Tony | 04/02/2014 | consideration and review of evidentiary matters (0.8); review experts information and materials and consider associated issues (1.4); | 2.2 | 2,310.00 | 12203956 |
| DeMarinis | Tony | 05/02/2014 | review materials and correspondence regarding pre-trial conference (0.6); analysis regarding expert evidence (0.7); analysis of information in regards to inter-company matters (1.0); | 2.3 | 2,415.00 | 12206882 |
| DeMarinis | Tony | 06/02/2014 | preparation for tomorrow's U.S. co-counsel meeting (1.0); planning and consideration regarding expert testimony and related matters (2.0); | 3.0 | 3,150.00 | 12208044 |
| DeMarinis | Tony | 07/02/2014 | meeting with U.S. co-counsel, IP Expert and work group on litigation matters, and review and consideration of issues in connection with same; | 2.6 | 2,730.00 | 12210653 |
| DeMarinis | Tony | 12/02/2014 | trial planning, consideration of developments and emails (3.0); update document review (.5) | 3.5 | 3,675.00 | 12299561 |
| DeMarinis | Tony | 13/02/2014 | review and analysis of materials (2.0); trial planning, review of protocol, and consideration of developments and counsel positions (2.5); compilation of trial documents (.7) | 5.2 | 5,460.00 | 12299562 |
| DeMarinis | Tony | 14/02/2014 | consideration of expert evidence; | 1.8 | 1,890.00 | 12223962 |
| DeMarinis | Tony | 18/02/2014 | review of expert testimony materials (1.5); reading documents (1.0); trial planning | 3.3 | 3,465.00 | 12227222 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 19/02/2014 | (0.8); reading U.S. documents (1.7); expert evidence review and analysis (1.5); consideration of trial matters (1.8) | 5.0 | 5,250.00 | 12299563 |
| DeMarinis | Tony | 20/02/2014 | reference U.S. materials in connection with | 2.9 | 3,045.00 | 12230996 |
| DeMarinis | Tony | 20/02/2014 | analysis and review relating to expert joint trial planning (2.0); review U.S. testimony; orders (0.9); | 2.3 | 2,415.00 | 12230999 |
| DeMarinis | Tony | 21/02/2014 | review and analysis of trial documents; | 2.5 | 2,625.00 | 12233491 |
| DeMarinis | Tony | 24/02/2014 | reading materials in connection with expert | 2.0 | 2,100.00 | 12236125 |
| DeMarinis | Tony | 24/02/2014 | consideration of U.S. proceedings and trial evidence and party rebuttals; related materials; | 1.2 | 1,260.00 | 12236128 |
| DeMarinis | Tony | 25/02/2014 | review counsel correspondence and trial documents; | 1.0 | 1,050.00 | 12238335 |
| DeMarinis | Tony | 26/02/2014 | reading documents and consideration of rebuttals and expert reports; | 2.7 | 2,835.00 | 12239691 |
| Blake | Maureen | 04/02/2014 | review emails regarding expert reports search workspaces and organize expert reports received (1.2); emails regarding organizing the deposition transcripts into the summation database and discussion regarding same (.8); review transcripts in the summation database and conduct test searches (1.2); meeting with C. Walker regarding the issues with the documents received from Cleary Casemap and review same (.5); review materials in the workroom and organize same (.5); | 4.2 | 1,827.00 | 12206821 |
| Blake | Maureen | 06/02/2014 | review emails regarding the materials requested by Cleary and consider same (.3); discussion with C. Walker regarding the process of organizing the document briefs for the Torys deponents and further emails with M. Reynolds and C. Walker regarding same; (.5); review binders of documents for Torys deponents in the workroom and email to M. Reynolds regarding same (.4): discussion with A. Gray regarding the documents binders for one of his deponents (.2); organize binders to have electronic copies made and instructions regarding same (.6); | 2.0 | 870.00 | 12208465 |
| Blake | Maureen | 07/02/2014 | discussions regarding status of creating electronic copies of the Tory witness final preparation documents and issues regarding same (.5); discussion regarding the Tory witness binders (.4); further discussion with M. Reynolds regarding same; (.1); review and organize binders received from outside service provider and discussions regarding original set provided, (.5) review the electronic copies (.5); review emails from Cleary regarding the timing of forwarding the documentation to them and respond to same (0.3) | 2.3 | 1,000.50 | 12213793 |
| Blake | Maureen | 11/02/2014 | review emails regarding the annotation module | 1.5 | 652.50 | 12217046 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | review and email to James Gotowiec; (.3); review folders of documents from the preparation binders for the Torys deponents and draft letter to Paul Connolly and finalize same (1.2) | | | |
| Blake | Maureen | 13/02/2014 | internal meeting with team to discuss the Torys deponents Prep binders and issues regarding one of the deponents (.4) email to P. Connelly, review his response; finalize USB key of deponents preparation binder and letter to P. Connelly (.6) | 1.0 | 435.00 | 12221661 |
| Blake | Maureen | 21/02/2014 | search for and locate documents for Sheila Block's trial preparation and email to Litigation Technology Services regarding additional documents to be moved into the summation database (2.0) | 2.0 | 870.00 | 12231287 |
| Blake | Maureen | 25/02/2014 | review emails regarding the research materials and the organization of same; discussion with A. Slavens assistant regarding the binders; (.6) review C. Walker explanatory email regarding the materials received from Cleary and which materials have been loaded into Torys summation database and review database (1.2); meeting with Molly Reynolds and Chris Walker regarding further materials required from Cleary (1.0); drafting email to Cleary regarding additional documents required (.4) | 3.2 | 1,392.00 | 12237497 |
| Blake | Maureen | 27/02/2014 | review email from Antonia Rahneva and discussion with M. Reynolds regarding same; (.5); review binders of materials delivered to Sheila Block (.5) search database for documents referred to in the summaries of the binders (1.3) | 2.3 | 1,000.50 | 12242336 |
| Blake | Maureen | 28/02/2014 | review | 1.3 | 565.50 | 12243253 |
| Lee | Jennifer | 05/02/2014 | document retrieval/delivery of court orders | 0.1 | 39.00 | 12206126 |
| Lee | Jennifer | 05/02/2014 | document retrieval/delivery of court documents (Brian Unger ); (Nick Kennedy); | 0.1 | 39.00 | 12245031 |
| Lee | Jennifer | 24/02/2014 | library research re locating articles and commentary (Molly Reynolds); | 0.3 | 117.00 | 12245057 |
| Lee | Jennifer | 25/02/2014 | library research re locating press release (Andrew Gray); | 0.3 | 117.00 | 12245061 |
| Szydlowski | Tanya | 07/02/2014 | library research re resource retrieval; | 0.6 | 93.00 | 12209665 |
| Szydlowski | Tanya | 28/02/2014 | library research re article retrieval; | 0.5 | 77.50 | 12243043 |
| Gray | William | 03/02/2014 | Trial preparation (.7); review discovery summaries (1.3); work on allocation memoranda (1.2) | 3.2 | 3,024.00 | 12207526 |
| Gray | William | 04/02/2014 | Review discovery summaries (.8); work on allocation memoranda (1.3) | 2.1 | 1,984.50 | 12207535 |
| Gray | William | 05/02/2014 | Review discovery materials regarding allocation | 0.8 | 756.00 | 12207542 |
| Gray | William | 06/02/2014 | Work on allocation memorandum | 1.2 | 1,134.00 | 12207551 |
| Gray | William | 07/02/2014 | Work on expert reports (1.3); work on trial issues (1.8) | 3.1 | 2,929.50 | 12221237 |
| Gray | William | 10/02/2014 | Review expert report (1.7); review trial prep. (1.1) | 2.8 | 2,646.00 | 12221247 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 11/02/2014 | Work on expert testimony issues (1.3); review expert reports (1.3) | 2.6 | 2,457.00 | 12221263 |
| Gray | William | 12/02/2014 | Work on trial preparation issue (1.2); work on expert testimony (1.1) | 2.3 | 2,173.50 | 12221268 |
| Gray | William | 13/02/2014 | Work on trial preparation issues (1.4); review expert testimony (.8); conference call with A. Bauer and with A. Slavens regarding change of judges in Toronto court (.2); review Neubold history (.4) | 2.8 | 2,646.00 | 12221280 |
| Gray | William | 14/02/2014 | Review expert discovery materials (.8); review allocation trial issues (.6) | 1.4 | 1,323.00 | 12228751 |
| Gray | William | 18/02/2014 | Work on expert testimony (1.9); review allocation issues (.8) | 2.7 | 2,551.50 | 12228755 |
| Gray | William | 19/02/2014 | Review expert testimony and discovery statements (1.4); work on litigation issues (0.8) | 2.2 | 2,079.00 | 12228765 |
| Gray | William | 20/02/2014 | work on litigation matters (.7); review discovery materials (.3) | 1.0 | 945.00 | 12236018 |
| Gray | William | 21/02/2014 | Work on trial preparation (2.3); review discovery materials (.4) | 2.7 | 2,551.50 | 12236022 |
| Gray | William | 24/02/2014 | Work on trial matters (1.7); review discovery materials (.5); review substantive consolidation issues (.3) | 2.5 | 2,362.50 | 12236027 |
| Gray | William | 25/02/2014 | Work on allocation issues (.6); work on litigation preparation (1.3); review discovery materials (1.2) | 3.1 | 2,929.50 | 12241743 |
| Gray | William | 26/02/2014 | Work on allocation issues (1.7); work on litigation prep materials (1.3); review discovery materials (.6) | 3.6 | 3,402.00 | 12241727 |
| Gray | William | 27/02/2014 | Review allocation arguments (1.6); work on litigation matters (.8) | 2.4 | 2,268.00 | 12241735 |
| Gray | William | 28/02/2014 | Work on allocation issues | 0.8 | 756.00 | 12245003 |
| Bauer | Alison D. | 13/02/2014 | attention to issue of new Canadian Judge and conference W. Gray and A. Slavens (.2) | 0.2 | 163.00 | 12221850 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/02/2014 | research regarding Canadian legal issues related to allocation; | 6.2 | 5,580.00 | 12210379 |
| Bomhof | Scott A. | 08/02/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12210392 |
| Bomhof | Scott A. | 10/02/2014 | research Canadian legal issues related to allocation; | 3.9 | 3,510.00 | 12215731 |
| Bomhof | Scott A. | 11/02/2014 | research regarding Canadian legal issues related to allocation; | 2.1 | 1,890.00 | 12215735 |
| Bomhof | Scott A. | 12/02/2014 | research regarding Canadian legal issues related to allocation (2.2); meeting with J. Cameron, T. Yeo and A. Slavens regarding Canadian legal research (.8); | 3.0 | 2,700.00 | 12220159 |
| Bomhof | Scott A. | 13/02/2014 | legal research on Canadian issues related to allocation; | 4.7 | 4,230.00 | 12223915 |
| Bomhof | Scott A. | 14/02/2014 | research regarding Canadian legal issues related to allocation; | 1.9 | 1,710.00 | 12223918 |
| Bomhof | Scott A. | 17/02/2014 | research regarding Canadian legal issues related to allocation; | 3.5 | 3,150.00 | 12225555 |
| Bomhof | Scott A. | 18/02/2014 | research regarding Canadian legal issues related to allocation; | 4.1 | 3,690.00 | 12225557 |
| Bomhof | Scott A. | 19/02/2014 | research regarding Canadian legal issues related to allocation (6.2); preparing e-mail to J. Cameron with respect to same (.2); | 6.4 | 5,760.00 | 12227760 |
| Bomhof | Scott A. | 23/02/2014 | research regarding Canadian legal issues related to allocation; | 3.7 | 3,330.00 | 12234464 |
| Bomhof | Scott A. | 24/02/2014 | research regarding Canadian legal issues related to allocation; | 3.1 | 2,790.00 | 12234465 |
| Bomhof | Scott A. | 25/02/2014 | research regarding Canadian legal issues; | 2.9 | 2,610.00 | 12237045 |
| Bomhof | Scott A. | 26/02/2014 | research regarding Canadian legal issues; | 1.7 | 1,530.00 | 12239700 |
| Bomhof | Scott A. | 27/02/2014 | research regarding Canadian legal issues related to allocation; | 3.9 | 3,510.00 | 12244755 |
| Bomhof | Scott A. | 28/02/2014 | research regarding Canadian legal issues; | 1.7 | 1,530.00 | 12244760 |
| Yeo | Thomas | 12/02/2014 | discussion with John Cameron, Adam Slavens and Scott Bomhof re: research for case; | 0.8 | 652.00 | 12220466 |
| Yeo | Thomas | 14/02/2014 | research for case (2.9); call with J. Gotowiec (.1); | 1.0 | 815.00 | 12225221 |
| Yeo | Thomas | 18/02/2014 | research for case (2.9); call with J. Gotowiec (.1); | 3.0 | 2,445.00 | 12227374 |
| Yeo | Thomas | 19/02/2014 | research for case; | 6.0 | 4,890.00 | 12229152 |
| Yeo | Thomas | 20/02/2014 | research for case; | 3.5 | 2,852.50 | 12233694 |
| Yeo | Thomas | 21/02/2014 | research for case; | 1.4 | 1,141.00 | 12233701 |
| Yeo | Thomas | 24/02/2014 | meeting with John Cameron re: research for case; | 0.8 | 652.00 | 12235693 |
| Yeo | Thomas | 24/02/2014 | research for case; | 3.6 | 2,934.00 | 12235695 |
| Yeo | Thomas | 25/02/2014 | meeting with Shane Attersly and Frazer House re: research for case (0.5); research for case (2.3); | 2.8 | 2,282.00 | 12238708 |
| Yeo | Thomas | 26/02/2014 | meeting with Ezra Siller re: research for case (0.3); research for case (3.8); | 4.1 | 3,341.50 | 12240704 |
| Yeo | Thomas | 27/02/2014 | research for case; | 4.6 | 3,749.00 | 12244889 |
| Yeo | Thomas | 28/02/2014 | meeting with J. Cameron, S. Attersley, F. House and E. Siller re: research for case; | 1.0 | 815.00 | 12244894 |
| Yeo | Thomas | 28/02/2014 | research for case; | 0.1 | 81.50 | 12244895 |
| Slavens | Adam | 06/02/2014 | conducting Canadian legal research for case (3.8) discussion with M. Atkey regarding Canadian law (.2); | 4.0 | 2,760.00 | 12209261 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---:|
| Slavens | Adam | 07/02/2014 | conducting Canadian legal research for case; | 2.5 | 1,725.00 | 12211307 |
| Slavens | Adam | 11/02/2014 | conducting Canadian legal research for case; | 7.0 | 4,830.00 | 12217409 |
| Slavens | Adam | 12/02/2014 | meeting with J. Cameron re Canadian legal | 0.3 | 207.00 | 12219546 |
| Slavens | Adam | 12/02/2014 | meeting with J. Cameron, T. Yeo and S. Bomhof | 1.8 | 1,242.00 | 12219547 |
| Slavens | Adam | 12/02/2014 | conducting Canadian legal research for case research for case; re Canadian legal research for case (0.8); (4.4); discussion with J. Cameron (.3); preparing for same (1.0); | 4.7 | 3,243.00 | 12220031 |
| Slavens | Adam | 13/02/2014 | conducting Canadian legal research for case; | 7.0 | 4,830.00 | 12222626 |
| Slavens | Adam | 14/02/2014 | conducting Canadian legal research for case and emails T. DeMarinis; | 5.1 | 3,519.00 | 12222667 |
| Atkey | Matthew | 06/02/2014 | telephone discussion with A. Slavens regarding certain issues under Canadian law (0.2); review of memorandum regarding issue under Canadian law (0.4); further research regarding issue under Canadian law and email to A. Slavens and A. Gray re same (0.4); | 1.0 | 670.00 | 12212167 |
| Gotowiec | James | 14/02/2014 | telephone calls with T. Yeo regarding updating existing legal research; | 0.1 | 49.00 | 12222904 |
| Gotowiec | James | 18/02/2014 | call with T. Yeo regarding legal research; | 0.1 | 49.00 | 12226354 |
| Attersley | Shane | 25/02/2014 | meeting with F. House and T. Yeo to discuss Nortel research; | 0.5 | 217.50 | 12236645 |
| Attersley | Shane | 26/02/2014 | conducting research (3.4); confer with C. Mauro regarding research strategy (.3); | 3.7 | 1,609.50 | 12239480 |
| Attersley | Shane | 27/02/2014 | researching case law; | 4.0 | 1,740.00 | 12241329 |
| Attersley | Shane | 28/02/2014 | meeting with T. Yeo, J. Cameron, F. House and E. Siller to discuss case law research (1.0); conducting case law research (2.7); | 3.7 | 1,609.50 | 12243943 |
| House | Frazer | 25/02/2014 | Meeting with T.Yeo and S.Attersley (0.5); conducting legal research (1.5); | 2.0 | 720.00 | 12238719 |
| House | Frazer | 26/02/2014 | conducting legal research; | 4.6 | 1,656.00 | 12240387 |
| House | Frazer | 27/02/2014 | conducting legal research; | 10.6 | 3,816.00 | 12241391 |
| House | Frazer | 28/02/2014 | conducting legal research (4.0); meeting with T.Yeo, J.Cameron, S.Attersley, and E.Siller (1.0); | 5.0 | 1,800.00 | 12244144 |
| Siller | Ezra | 26/02/2014 | meeting with Thomas Yeo; | 0.3 | 108.00 | 12240183 |
| Siller | Ezra | 28/02/2014 | meeting with John Cameron, Thomas Yeo, Shane Attersley, Frazer House regarding case; | 1.0 | 360.00 | 12242732 |
| Cameron | John | 12/02/2014 | discussion with A. Slavens about Canadian | 0.3 | 315.00 | 12219386 |
| Cameron | John | 12/02/2014 | discussion with T. Yeo, S. Bomhof and A. | 0.8 | 840.00 | 12219448 |
| Cameron | John | 12/02/2014 | Canadian legal research; research; Slavens about Canadian legal research; | 0.5 | 525.00 | 12219450 |
| Cameron | John | 24/02/2014 | discussion with T. Yeo about Canadian legal research; | 0.8 | 840.00 | 12235356 |
| Cameron | John | 28/02/2014 | discuss Canadian legal research with T. Yeo, S. Attersley, F. House and E. Siller; | 1.0 | 1,050.00 | 12243372 |
| DeMarinis | Tony | 05/02/2014 | consideration of trial issues; | 0.8 | 840.00 | 12206889 |
| DeMarinis | Tony | 06/02/2014 | consideration of law in trial proceedings, and review of materials; | 2.0 | 2,100.00 | 12208045 |
| DeMarinis | Tony | 07/02/2014 | consideration of legal issues reviewed with co-counsel and expert; | 2.0 | 2,100.00 | 12210655 |
| DeMarinis | Tony | 12/02/2014 | trial analysis; | 1.5 | 1,575.00 | 12220339 |
| DeMarinis | Tony | 13/02/2014 | consideration of procedural matters; | 0.6 | 630.00 | 12222735 |
| DeMarinis | Tony | 14/02/2014 | email correspondence from Adam Slavens with | 2.4 | 2,520.00 | 12223959 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 18/02/2014 | research index (0.1); research analysis (1.0); review and consideration of accumulated research materials (1.3); analysis in relation to expert testimony evidence; | 2.0 | 2,100.00 | 12227225 |
| DeMarinis | Tony | 19/02/2014 | reading research memos; | 0.9 | 945.00 | 12228910 |
| DeMarinis | Tony | 20/02/2014 | legal review and analysis; | 1.0 | 1,050.00 | 12231001 |
| DeMarinis | Tony | 24/02/2014 | information review and analysis, and consideration of legal issues; | 1.8 | 1,890.00 | 12236126 |
| DeMarinis | Tony | 25/02/2014 | review and analysis of documents and legal issues in expert evidence and party submissions; | 3.7 | 3,885.00 | 12238334 |
| Mauro | Clare | 26/02/2014 | advising associate re research strategy (S. Attersley); | 0.3 | 117.00 | 12240203 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 03/02/2014 | review materials on inter-company matters; | 1.3 | 1,365.00 | 12201919 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Slavens | Adam | 05/02/2014 | reviewing CCAA case court documents; | 2.0 | 1,380.00 | 12206545 |
| Slavens | Adam | 18/02/2014 | reviewing and commenting on draft court documents regarding MOE application for leave to appeal; | 1.3 | 897.00 | 12225631 |
| DeMarinis | Tony | 04/02/2014 | reviewing Canadian materials, and accumulated filings; | 1.2 | 1,260.00 | 12203955 |
| DeMarinis | Tony | 05/02/2014 | review motion materials served by monitor's counsel, and related information; | 0.5 | 525.00 | 12206884 |
| DeMarinis | Tony | 14/02/2014 | review materials in the Canadian proceedings (0.7); consideration of correspondence from Justice Morawetz and trial matters (0.6); | 1.3 | 1,365.00 | 12223961 |
| DeMarinis | Tony | 21/02/2014 | review Canadian court materials; | 0.7 | 735.00 | 12233492 |