# **EXHIBIT B**

# EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 01, 2014 through February 28, 2014

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Agents Fee | | $43,206.63 |
| Process Server | | $40.40 |
| Meals | | $165.20 |
| Duplicating/Printing | 23,656 pages @ .10 per pg | $2,365.97 |
| Transcripts | | $4,417.18 |
| Binding Charges/Exhibit Tabs | | $11.51 |
| E-Discovery Consulting | | $5,035.37 |
| Courier | | $147.22 |
| Computer Research | Quicklaw / Westlaw/Court Search | $23,072.98 |
| Data Management | | $93.87 |
| Telephone | Long Distance | $4.99 |
| Library Costs | | $203.54 |
| **Grand Total Expenses** | | **$78,764.86** |

**Nortel**
**February 2014 Disbursements**

| Code | Description | Date | Amount | Details |
|---|---|---|---|---|
| 308 | Agents Fees | 10/02/2014 | $ 43,206.63 | Agents Fees - -VENDOR: Hotel  DEPOSIT FOR BLOCK OF ROOMS FOR UPCOMING NORTEL TRIAL - NORTEL NETWORKS - |
| 399 | Process Servers | 19/02/2014 | $   40.40 | Process Servers - - VENDOR: Donaldson Law Clerk Services  - ADAM SLAVENS - # 09-CL-7950 |
| 800 | Telephone Call | 05/02/2014 | 0.27 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 09:47 - Dur: 5.62 |
| 800 | Telephone Call | 13/02/2014 | 0.04 | Telephone Call<br>19178562117 - New York, NY -<br>Time: 11:32 - Dur: 0.50 |
| 800 | Telephone Call | 13/02/2014 | 0.04 | Telephone Call<br>19178562117 - New York, NY -<br>Time: 11:47 - Dur: 0.87 |
| 800 | Telephone Call | 19/02/2014 | 0.22 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 10:59 - Dur: 4.95 |
| 800 | Telephone Call | 19/02/2014 | 0.09 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 12:17 - Dur: 1.67 |
| 800 | Telephone Call | 21/02/2014 | 0.18 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 13:37 - Dur: 3.67 |
| 800 | Telephone Call | 21/02/2014 | 0.09 | Telephone Call<br>12122252025 - New York, NY -<br>Time: 15:45 - Dur: 1.80 |
| 800 | Telephone Call | 24/02/2014 | 1.44 | Telephone Call<br>17199550541 - Colorado Springs, CO -<br>Time: 16:03 - Dur: 31.55 |
| 800 | Telephone Call | 25/02/2014 | 0.27 | Telephone Call<br>12122252452 - New York, NY -<br>Time: 11:52 - Dur: 5.68 |
| 800 | Telephone Call | 27/02/2014 | 1.89 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 16:03 - Dur: 41.40 |
| 800 | Telephone Call | 28/02/2014 | 0.41 | Telephone Call<br>12122252593 - New York, NY -<br>Time: 13:48 - Dur: 8.25 |
| 800 | Telephone Call | 28/02/2014 | 0.05 | Telephone Call<br>12122252086 - New York, NY -<br>Time: 14:08 - Dur: 0.97 |
|  |  |  | $    4.99 |  |
| 807 | Meals | 20/02/2014 | $  165.20 | Meals<br>Meals- Lunch (7)  Feb 07 2014, A. Slavens (McEwan) Dan Bereskin, Howard Zelbo, Marla Decker & Dan Ilan |
| 811 | Binding Charges | 27/02/2014 | 5.39 | Binding Charges<br>Feb-27-14, N Ombrell, Binding Charges, x2, EB/TW |
| 844 | Exhibit Tabs | 27/02/2014 | 3.59 | Exhibit Tabs<br>Feb-27-14, N Ombrell, Exhibit Tabs, x16, EB/TW |
| 817 | Coding (Basic) | 28/02/2014 | 2.53 | Coding (Basic) inputting searchable descriptive information regarding each scanned document, in specified database fields; |
|  |  |  | $   11.51 |  |
| 822 | Courier | 04/02/2014 | 27.39 | Courier<br>4700 Keele St,Osgoode Library  - York University<br>79 Wellington Street West,Invoice # 59589,<br>keith,1,1 |
| 822 | Courier | 05/02/2014 | 38.35 | Courier<br>3359 Mississauga Rd,University of Toronto Mississauga<br>79 Wellington Street West,Invoice # 59589,<br>Nick,1,1 |
| 822 | Courier | 05/02/2014 | 27.39 | Courier<br>4700 Keele St,Osgoode Library  - York University<br>79 Wellington Street West,Invoice # 59589,<br>Macky,1,1 |
| 822 | Courier | 11/02/2014 | 23.10 | Courier<br>From One Liberty Plaza,  to Cleary Gottlieb Steen & Hamilton LL, 79  WELLINGTON ST WEST, Ref#201235 |
| 822 | Courier | 13/02/2014 | 23.10 | Courier<br>From One Liberty Plaza,  to Cleary Gottlieb |

**Nortel**
**February 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 822 | Courier | 13/02/2014 | 4.24 | Steen & Hamilton LL, 79 WELLINGTON ST WEST, Ref#201235 Courier 79 Wellington Street West,Invoice # 59697, 181 Wellington St W,Ritz Carlton, Toronto, daniela g,1,1 |
| 822 | Courier | 14/02/2014 | 3.65 | Courier 79 Wellington Street West,Invoice # 59697, 95 Charles St W,Bora Laskin Law Library, A Gibson,1,2 |
| | | | **$ 147.22** | |
| 826 | Data/Project Management | 16/02/2014 | 85.29 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. |
| 826 | Data/Project Management | 28/02/2014 | 8.58 | Data/Project Management creation of databases; performing data revisions and image redactions; quality control; parent/ attachment breakouts and merges; global replaces ; importing scanned data/images; etc. |
| | | | **$ 93.87** | |
| 827 | Transcripts | 16/02/2014 | $ 4,417.18 | Transcripts loading, checking and formatting electronic transcripts; |
| 832 | E-Discovery Processing (/GB) | 16/02/2014 | 4,345.35 | E-Discovery Processing (/GB) e-discovery project set-up, extraction of metadata and documents, OCR, Native File, Deduplication & filtering services; |
| 836 | E-Discovery Consulting | 16/02/2014 | 134.67 | E-Discovery Consulting e-discovery project consulting; |
| 836 | E-Discovery Consulting | 28/02/2014 | 419.90 | E-Discovery Consulting e-discovery project consulting; |
| 837 | E-Discovery Processing (/MB) | 28/02/2014 | 135.45 | E-Discovery Processing (/MB) E-discovery project set-up, extraction of metadata and documents, OCR, Native File, Deduplication, & filtering services; Minimum charge of $15 0 to a maximum charge of $1,100; |
| | | | **$ 5,035.37** | |
| 198 | Library Costs | 25/02/2014 | 107.74 | Library Costs |
| 498 | Library Costs | 02/02/2014 | 95.80 | Library Costs WISCONSIN TECH SEARC MADISON WI Article download Invoice no.: 401169 |
| | | | **$ 203.54** | |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 01/02/2014 | 139.16 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 01/02/2014 | 446.21 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 04/02/2014 | 1,098.91 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 04/02/2014 | 2,307.35 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 04/02/2014 | 18.85 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 06/02/2014 | 325.00 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 07/02/2014 | 18.85 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 10/02/2014 | 2,206.79 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 11/02/2014 | 1,674.40 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 12/02/2014 | 6,898.70 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 12/02/2014 | 164.30 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 13/02/2014 | 1,587.31 | On Line Research Charges -WestlaweCarswell Excl. |
| 883 | On Line Research Charges -WestlaweCarswell Excl. | 24/02/2014 | 11.67 | On Line Research Charges -WestlaweCarswell Excl. |
| 885 | On Line Research Charges - Quicklaw | 03/02/2014 | 192.58 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/02/2014 | 19.38 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/02/2014 | 1,052.55 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 07/02/2014 | 214.95 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 07/02/2014 | 14.38 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 10/02/2014 | 2.39 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 11/02/2014 | 192.58 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 11/02/2014 | 19.98 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 25/02/2014 | 168.61 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/02/2014 | 138.25 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/02/2014 | 59.93 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/02/2014 | 227.72 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 27/02/2014 | 230.92 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 27/02/2014 | 51.13 | On Line Research Charges - Quicklaw |

**Nortel**
**February 2014 Disbursements**

| | | | | |
|---|---|---|---:|---|
| 885 | On Line Research Charges - Quicklaw | 28/02/2014 | 60.28 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 01/02/2014 | 453.52 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 01/02/2014 | 109.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 03/02/2014 | 83.63 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/02/2014 | 20.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/02/2014 | 84.84 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/02/2014 | 76.76 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/02/2014 | 26.04 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/02/2014 | 40.40 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/02/2014 | 8.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/02/2014 | 84.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/02/2014 | 361.59 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/02/2014 | 317.01 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/02/2014 | 92.47 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/02/2014 | 15.26 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/02/2014 | 16.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/02/2014 | 48.93 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 10/02/2014 | 60.60 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 10/02/2014 | 103.25 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/02/2014 | 14.81 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/02/2014 | 63.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/02/2014 | 16.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 12/02/2014 | 20.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/02/2014 | 117.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/02/2014 | 71.82 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/02/2014 | 4.04 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/02/2014 | 118.06 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/02/2014 | 16.16 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/02/2014 | 333.98 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/02/2014 | 127.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/02/2014 | 138.71 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/02/2014 | 4.04 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/02/2014 | 70.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/02/2014 | 62.85 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 28/02/2014 | 271.35 | On Line Research Charges -WestlaweCarswell Incl. |
| 4147 | Computerized Court Searches | 14/02/2014 | 12.20 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 8.00 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 6.30 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 3.00 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 1.90 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 10.10 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 28.80 | Computerized Court Searches Pacer |
| 4147 | Computerized Court Searches | 14/02/2014 | 6.60 | Computerized Court Searches Pacer |
| | | | **$ 23,072.98** | |
| 499 | Copies | 12/02/2014 | 1,395.67 | Copies Ricoh |
| 801 | Copies | 03/02/2014 | 1.50 | Copies |
| 801 | Copies | 04/02/2014 | 0.20 | Copies |
| 801 | Copies | 04/02/2014 | 2.30 | Copies |
| 801 | Copies | 06/02/2014 | 0.40 | Copies |
| 801 | Copies | 07/02/2014 | 3.30 | Copies |
| 801 | Copies | 12/02/2014 | 1.00 | Copies |
| 801 | Copies | 19/02/2014 | 0.60 | Copies |
| 801 | Copies | 25/02/2014 | 0.10 | Copies |
| 801 | Copies | 25/02/2014 | 144.30 | Copies |
| 801 | Copies | 25/02/2014 | 16.20 | Copies |
| 801 | Copies | 26/02/2014 | 72.50 | Copies |
| 801 | Copies | 26/02/2014 | 2.30 | Copies |
| 808 | Laser Printing | 03/02/2014 | 0.60 | Laser Printing |
| 808 | Laser Printing | 03/02/2014 | 0.70 | Laser Printing |
| 808 | Laser Printing | 03/02/2014 | 1.50 | Laser Printing |
| 808 | Laser Printing | 03/02/2014 | 0.10 | Laser Printing |
| 808 | Laser Printing | 03/02/2014 | 4.10 | Laser Printing |
| 808 | Laser Printing | 04/02/2014 | 1.20 | Laser Printing |
| 808 | Laser Printing | 04/02/2014 | 2.70 | Laser Printing |
| 808 | Laser Printing | 04/02/2014 | 1.40 | Laser Printing |

**Nortel**
**February 2014 Disbursements**

| | | | |
|---|---|---:|---|
| 808 | Laser Printing | 04/02/2014 | 2.30 Laser Printing |
| 808 | Laser Printing | 04/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 04/02/2014 | 0.70 Laser Printing |
| 808 | Laser Printing | 04/02/2014 | 0.10 Laser Printing |
| 808 | Laser Printing | 05/02/2014 | 0.70 Laser Printing |
| 808 | Laser Printing | 05/02/2014 | 8.30 Laser Printing |
| 808 | Laser Printing | 05/02/2014 | 2.60 Laser Printing |
| 808 | Laser Printing | 05/02/2014 | 3.90 Laser Printing |
| 808 | Laser Printing | 05/02/2014 | 2.20 Laser Printing |
| 808 | Laser Printing | 05/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 06/02/2014 | 1.20 Laser Printing |
| 808 | Laser Printing | 06/02/2014 | 9.30 Laser Printing |
| 808 | Laser Printing | 06/02/2014 | 1.30 Laser Printing |
| 808 | Laser Printing | 06/02/2014 | 75.20 Laser Printing |
| 808 | Laser Printing | 06/02/2014 | 0.40 Laser Printing |
| 808 | Laser Printing | 07/02/2014 | 1.20 Laser Printing |
| 808 | Laser Printing | 07/02/2014 | 3.00 Laser Printing |
| 808 | Laser Printing | 07/02/2014 | 0.50 Laser Printing |
| 808 | Laser Printing | 07/02/2014 | 2.40 Laser Printing |
| 808 | Laser Printing | 07/02/2014 | 1.40 Laser Printing |
| 808 | Laser Printing | 07/02/2014 | 8.80 Laser Printing |
| 808 | Laser Printing | 10/02/2014 | 12.20 Laser Printing |
| 808 | Laser Printing | 10/02/2014 | 0.50 Laser Printing |
| 808 | Laser Printing | 10/02/2014 | 1.20 Laser Printing |
| 808 | Laser Printing | 10/02/2014 | 18.20 Laser Printing |
| 808 | Laser Printing | 10/02/2014 | 5.50 Laser Printing |
| 808 | Laser Printing | 11/02/2014 | 0.60 Laser Printing |
| 808 | Laser Printing | 11/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 11/02/2014 | 20.60 Laser Printing |
| 808 | Laser Printing | 11/02/2014 | 0.70 Laser Printing |
| 808 | Laser Printing | 12/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 12/02/2014 | 34.40 Laser Printing |
| 808 | Laser Printing | 12/02/2014 | 0.10 Laser Printing |
| 808 | Laser Printing | 12/02/2014 | 133.70 Laser Printing |
| 808 | Laser Printing | 12/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 13/02/2014 | 1.60 Laser Printing |
| 808 | Laser Printing | 13/02/2014 | 0.60 Laser Printing |
| 808 | Laser Printing | 13/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 13/02/2014 | 30.80 Laser Printing |
| 808 | Laser Printing | 13/02/2014 | 0.70 Laser Printing |
| 808 | Laser Printing | 14/02/2014 | 3.70 Laser Printing |
| 808 | Laser Printing | 14/02/2014 | 2.80 Laser Printing |
| 808 | Laser Printing | 14/02/2014 | 0.20 Laser Printing |
| 808 | Laser Printing | 14/02/2014 | 0.10 Laser Printing |
| 808 | Laser Printing | 18/02/2014 | 3.10 Laser Printing |
| 808 | Laser Printing | 18/02/2014 | 0.60 Laser Printing |
| 808 | Laser Printing | 18/02/2014 | 19.20 Laser Printing |
| 808 | Laser Printing | 19/02/2014 | 1.00 Laser Printing |
| 808 | Laser Printing | 19/02/2014 | 4.00 Laser Printing |
| 808 | Laser Printing | 19/02/2014 | 12.80 Laser Printing |
| 808 | Laser Printing | 19/02/2014 | 0.60 Laser Printing |
| 808 | Laser Printing | 19/02/2014 | 18.40 Laser Printing |
| 808 | Laser Printing | 20/02/2014 | 4.00 Laser Printing |
| 808 | Laser Printing | 20/02/2014 | 3.50 Laser Printing |
| 808 | Laser Printing | 20/02/2014 | 5.50 Laser Printing |
| 808 | Laser Printing | 21/02/2014 | 0.40 Laser Printing |
| 808 | Laser Printing | 21/02/2014 | 1.30 Laser Printing |
| 808 | Laser Printing | 21/02/2014 | 1.20 Laser Printing |
| 808 | Laser Printing | 24/02/2014 | 4.00 Laser Printing |
| 808 | Laser Printing | 25/02/2014 | 7.20 Laser Printing |
| 808 | Laser Printing | 25/02/2014 | 1.50 Laser Printing |
| 808 | Laser Printing | 25/02/2014 | 4.20 Laser Printing |
| 808 | Laser Printing | 25/02/2014 | 2.00 Laser Printing |
| 808 | Laser Printing | 25/02/2014 | 0.40 Laser Printing |
| 808 | Laser Printing | 25/02/2014 | 44.60 Laser Printing |
| 808 | Laser Printing | 26/02/2014 | 0.40 Laser Printing |
| 808 | Laser Printing | 26/02/2014 | 6.40 Laser Printing |
| 808 | Laser Printing | 26/02/2014 | 6.00 Laser Printing |
| 808 | Laser Printing | 26/02/2014 | 25.60 Laser Printing |
| 808 | Laser Printing | 26/02/2014 | 1.00 Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 3.50 Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 2.90 Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 2.60 Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 5.20 Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 11.20 Laser Printing |

| | | | | |
|---|---|---|---|---|
| 808 | Laser Printing | 27/02/2014 | 3.00 | Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 8.00 | Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 0.40 | Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 9.00 | Laser Printing |
| 808 | Laser Printing | 27/02/2014 | 8.30 | Laser Printing |
| 808 | Laser Printing | 28/02/2014 | 1.00 | Laser Printing |
| 808 | Laser Printing | 28/02/2014 | 3.60 | Laser Printing |
| 808 | Laser Printing | 28/02/2014 | 7.50 | Laser Printing |
| 808 | Laser Printing | 28/02/2014 | 0.20 | Laser Printing |
| 808 | Laser Printing | 28/02/2014 | 0.90 | Laser Printing |
| 808 | Laser Printing | 28/02/2014 | 0.90 | Laser Printing |
| 4801 | Duplicating | 24/02/2014 | 0.70 | Duplicating |
| 4808 | Laser Printing | 04/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 04/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 04/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.50 | Laser Printing |
| 4808 | Laser Printing | 12/02/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 14/02/2014 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 18/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 18/02/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 18/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 18/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 19/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 2.00 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 20/02/2014 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 21/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 21/02/2014 | 0.40 | Laser Printing |
| 4808 | Laser Printing | 21/02/2014 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 21/02/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.80 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/02/2014 | 1.80 | Laser Printing |

**Nortel**
**February 2014 Disbursements**

| | | | |
|---|---|---|---|
| 4808 Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| 4808 Laser Printing | 24/02/2014 | 1.00 | Laser Printing |
| | | **$ 2,365.97** | |
| | | **$ 78,764.86** | |