IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X
                                                                                            :
In re:                                                                 :     Chapter 11
                                                                                            :
NORTEL NETWORKS INC., *et al.*,[1]           :     Case No. 09-10138 (KG)
                                                                                            :
                                Debtors.             :     (Jointly Administered)
                                                                                            :
---------------------------------------------------------------------- X

**NOTICE OF REQUEST FOR JOINT HEARING, PURSUANT TO
SECTION 15 OF THE CROSS-BORDER INSOLVENCY PROTOCOL, ON
THE JOINT ADMINISTRATORS' MOTION FOR PRODUCTION OF
DOCUMENTS IN THE CANADIAN PROCEEDINGS**

The court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[2] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the *Insolvency Act 1986*, pending before the High Court of Justice of England and Wales, hereby file this request for a joint hearing in connection with the Joint Administrators' Motion for Production of Documents filed in the Canadian Proceedings on March 11, 2014 (the "Motion"). A copy of the Motion is attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] The EMEA Debtors are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; and Nortel Networks, s.r.o.

01:15313195.1 - 068476.1001

By the Motion, the Joint Administrators seek to compel production by the Monitor and the Canadian Debtors of a certain document produced by the U.S. Debtors during the deposition of Michael Orlando (the "Disputed Document") and any related documents. The Monitor and Canadian Debtors have clawed back the Disputed Document, claiming privilege. The Joint Administrators submit that the claw back of the Disputed Document is invalid as the Monitor and Canadian Debtors have no valid claim of privilege over the Disputed Document or any related documents.

Subsequent to the filing of the Motion, the U.S. Debtors requested that the Joint Administrators seek a joint hearing on the Motion pursuant to section 15 of the Cross-Border Insolvency Protocol [D.I. 990] and section 9 of the Discovery Plan [D.I. 10566].

WHEREFORE, the Joint Administrators hereby request that a joint hearing on the Motion be held on April 17, 2014 at 10:00 a.m. (ET) or such other date convenient for the Court and the Canadian Court.

Dated: Wilmington, Delaware
April 9, 2014

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Jaime Luton Chapman
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571–6600

- and –

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
Neil J. Oxford
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000

- and -

01:15313195.1 - 068476.1001

2

**HERBERT SMITH LLP**
Gary Milner-Moore
John Whiteoak
James Norris-Jones
Exchange House
Primrose Street
London
EC2A 2HS

*Counsel for the Joint Administrators*