# EXHIBIT B

| Name | Address |
|---|---|
| ALLEN, JOHN B. | 3190 ALSTON CHAPEL RD PITTSBORO NC 27312 |
| BLANKENSHIP, CURTIS | 15611 TRAILS END DR DALLAS TX 75248 |
| BURKERT, WILLIAM K | 104 KHALSA CT. DURHAM NC 27713 |
| BURKERT, WILLIAM KENNETH, JR. | 104 KHALSA COURT DURHAM NC 27713 |
| CHEN, JIANYONG | 4649 CHAPEL CREEK DR. PLANO TX 75024 |
| COFFEY, BOBBIE | 1610 MOHEGAN DRIVE DURHAM NC 27712 |
| EISLER, MARK | 1413 BEAVER RUN RD GREENSBURG PA 15601 |
| FREY, MICHAEL SCOTT | 107 THORESBY COURT CARY NC 27519 |
| GOODIN, VICKIE | 104 POLLY PLACE CLAYTON NC 27520 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ALLEN, JOHN B. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BLANKENSHIP, CURTIS ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BURKERT, WILLIAM K ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BURKERT, WILLIAM KENNETH, JR ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHEN, JIANYONG ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COFFEY, BOBBIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: EISLER, MARK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FREY, MICHAEL SCOTT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GOODIN, VICKIE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HERRAGE, JOSEPH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HOLTON, RACHELLE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JOHNSON, ROBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LABORE, RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MILLER, TERRENCE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MOSS, JOHN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MULLER, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NOVELLINE, DAVID ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PILLOW, TIMOTHY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REMICK, RONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RUSK, ROBIN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ZANGA, JAMES M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HERRAGE, JOSEPH | 4302 SPRINGHILL ESTATES DRIVE PARKER TX 75002 |
| HOLTON, RACHELLE | 1070 DOAK DRIVE PEGRAM TN 37143 |
| JOHNSON, ROBERT | 1 TURNBERRY CIRCLE BEDFORD NH 03110 |
| LABORE, RICHARD | 43 SKY RIDGE DR. ROCHESTER NY 14625 |
| MILLER, TERRENCE | |
| MOSS, JOHN | 8234 GUNSTON COMMONS WAY LORTON VA 22079 |
| MULLER, MICHAEL | 945 CROFTER PASS ALPHARETTA GA 30022 |
| NOVELLINE, DAVID | 4801 WALLASEY WAY SALIDA CA 95368 |
| PILLOW, TIMOTHY | 26 BROOKSIDE AVE LEXINGTON MA 02421 |
| REMICK, RONALD | 575 LOVE HENRY COURT SOUTHLAKE TX 76092 |
| RUSK, ROBIN | 2732 MCDOWELL RD DURHAM NC 27705 |
| ZANGA, JAMES M. | 13430 NO. 103RD PLACE SCOTTSDALE AZ 85260 |
| | 6104 KING CROYDON CT RALEIGH NC 27603 |

Total Number of Records Printed      43

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006