## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 2/1/2014 through 2/28/2014

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $875 | 45.80 | $40,075.00 |
| J. Borow | Executive Director | $875 | 97.30 | $85,137.50 |
| B. Bingham | Executive Director | $800 | 5.20 | $4,160.00 |
| J. Hyland | Executive Director | $660 | 211.60 | $139,656.00 |
| N. Haslun | Managing Director | $635 | 179.80 | $114,173.00 |
| M. Dansky | Executive Director | $625 | 11.20 | $7,000.00 |
| A. Cowie | Managing Director | $600 | 155.80 | $93,480.00 |
| B. Kullberg | Managing Director | $525 | 18.50 | $9,712.50 |
| B. Frizzell | Director | $440 | 123.30 | $54,252.00 |
| J. Schad | Director | $430 | 11.50 | $4,945.00 |
| A. Drobish | Director | $410 | 42.20 | $17,302.00 |
| M. Haverkamp | Paraprofessional | $120 | 16.20 | $1,944.00 |
| **For the Period 2/1/2014 through 2/28/2014** | | | **918.40** | **$571,837.00** |