## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 2/1/2014 through 2/28/2014

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 661.10 | $444,439.50 |
| 05. Professional Retention/Fee Application Preparation | 27.30 | $9,509.00 |
| 08. Interaction/Mtgs w Creditors | 8.60 | $6,268.50 |
| 10. Recovery/SubCon/Lien Analysis | 31.50 | $18,368.00 |
| 11. Claim Analysis/Accounting | 1.10 | $726.00 |
| 13. Intercompany Transactions/Bal | 15.10 | $9,966.00 |
| 18. Operating and Other Reports | 6.60 | $4,673.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 2.50 | $1,714.50 |
| 33. Intellectual Property | 164.60 | $76,172.00 |
| **For the Period 2/1/2014 through 2/28/2014** | **918.40** | **$571,837.00** |