# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 2/1/2014 through 2/28/2014**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 2/3/2014 | C. Kearns | 0.20 | Prepared memo to team regarding next proceeds allocation steps based on conference call with counsel. |
| 2/3/2014 | C. Kearns | 0.30 | Emailed with counsel regarding allocation related issues. |
| 2/3/2014 | J. Borow | 0.40 | Continued to review and analyze submitted expert reports. |
| 2/3/2014 | A. Drobish | 0.50 | Researched issues related to proceeds allocation. |
| 2/3/2014 | C. Kearns | 0.50 | Participated in a conference call with D. Botter and A. Qureshi (counsel) regarding status of rebuttal experts and process and key issues to rebut. |
| 2/3/2014 | N. Haslun | 1.40 | Analyzed an estate's valuation and economics expert report in regards to the allocation process. |
| 2/3/2014 | A. Drobish | 1.80 | Continued analysis of data related to proceeds allocation. |
| 2/3/2014 | N. Haslun | 2.10 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/3/2014 | A. Cowie | 2.40 | Continued to analyze expert report recovery calculations in regard to asset allocation process. |
| 2/3/2014 | N. Haslun | 2.70 | Analyzed an estate's allocation expert report in regards to the allocation process. |
| 2/3/2014 | J. Borow | 2.80 | Continued to review and analyze submitted expert reports. |
| 2/3/2014 | A. Cowie | 2.80 | Analyzed expert reports in regard to recovery theories in regard to asset allocation process. |
| 2/3/2014 | J. Hyland | 2.90 | Analyzed proceeds allocation expert report assumptions. |
| 2/3/2014 | A. Cowie | 2.90 | Analyzed expert report recovery calculations in regard to asset allocation process. |
| 2/3/2014 | A. Drobish | 2.90 | Analyzed data related to proceeds allocation. |
| 2/4/2014 | N. Haslun | 0.40 | Analyzed alternative allocation methodologies in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/4/2014 | C. Kearns | 0.80 | Continued to read and analyze expert reports submitted by an estate. |
| 2/4/2014 | J. Borow | 0.90 | Continued to review and analyze various opposing expert's reports. |
| 2/4/2014 | J. Hyland | 2.10 | Analyzed assumption in proceeds allocation expert report. |
| 2/4/2014 | A. Cowie | 2.40 | Continued to analyze estate prepared expert reports in regard to asset allocation process. |
| 2/4/2014 | A. Cowie | 2.70 | Analyzed recovery calculations as set out in estate expert reports prepared in the asset allocation process. |
| 2/4/2014 | J. Borow | 2.90 | Reviewed and analyzed various opposing expert's reports. |
| 2/4/2014 | A. Cowie | 2.90 | Analyzed estate prepared expert reports in regard to asset allocation process. |
| 2/5/2014 | C. Kearns | 0.30 | Emailed with counsel responding to questions related to litigation/rebuttal issues. |
| 2/5/2014 | J. Borow | 1.20 | Continued to review and analyze various opposing expert's reports. |
| 2/5/2014 | N. Haslun | 2.30 | Continued to analyze an estate's allocation expert's report dated 1/24/14 in regard to the allocation process. |
| 2/5/2014 | J. Borow | 2.50 | Reviewed and analyzed various opposing expert's reports. |
| 2/5/2014 | N. Haslun | 2.60 | Analyzed an estate's allocation expert's report dated 1/24/14 in regards to the allocation process. |
| 2/5/2014 | A. Cowie | 2.90 | Analyzed recovery theories per estate expert reports prepared in the asset allocation process. |
| 2/6/2014 | N. Haslun | 0.20 | Analyzed a creditor's expert allocation expert's report in regards to the allocation process. |
| 2/6/2014 | N. Haslun | 0.70 | Analyzed an estate's transfer pricing expert's report in regards to the allocation process. |
| 2/6/2014 | C. Kearns | 0.80 | Participated in call with F. Hodara (counsel) and related emails to discuss issue regarding a specific allocation theory by an opposing expert and how to rebut. |
| 2/6/2014 | N. Haslun | 1.00 | Analyzed an estates expert's report on allocation positions in regards to the allocation process. |
| 2/6/2014 | N. Haslun | 1.20 | Continued to analyze an estate's allocation expert's report in regards to the allocation process. |
| 2/6/2014 | A. Drobish | 1.20 | Analyzed historical Nortel operational information in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/6/2014 | N. Haslun | 2.20 | Continued to analyze an estate's expert's report on allocation positions in regards to the allocation process. |
| 2/6/2014 | A. Cowie | 2.50 | Continued to analyze asset recovery calculations per expert reports in the asset allocation process. |
| 2/6/2014 | J. Hyland | 2.60 | Continued analyzing allocation approach in proceeds allocation expert report. |
| 2/6/2014 | J. Hyland | 2.70 | Continued analyzing allocation approach in proceeds allocation expert report. |
| 2/6/2014 | N. Haslun | 2.70 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/6/2014 | A. Cowie | 2.80 | Analyzed expert report recovery calculations in regard to asset allocation process. |
| 2/6/2014 | J. Hyland | 2.90 | Analyzed allocation approach in proceeds allocation expert report. |
| 2/7/2014 | C. Kearns | 0.30 | Emailed with D. Botter and F. Hodara (counsel) regarding allocation issues. |
| 2/7/2014 | N. Haslun | 0.30 | Analyzed an estate's expert report on assumption in regards to the allocation process. |
| 2/7/2014 | N. Haslun | 0.70 | Analyzed an estate's creditor's expert report on insolvency in regards to the allocation process. |
| 2/7/2014 | C. Kearns | 0.80 | Reviewed memo for counsel regarding evaluation of JP and other expert reports. |
| 2/7/2014 | N. Haslun | 0.80 | Analyzed an estate's creditor's expert report on an assumption in regards to the allocation process. |
| 2/7/2014 | N. Haslun | 0.90 | Analyzed an estate's expert report on allocation in regards to the allocation process. |
| 2/7/2014 | J. Hyland | 1.20 | Participated in a call with R. Johnson and N. Stabile re: proceeds allocation expert report. |
| 2/7/2014 | N. Haslun | 1.40 | Analyzed a creditor group's valuation expert report in regards to the allocation process. |
| 2/7/2014 | N. Haslun | 1.60 | Analyzed an estate's expert report on allocation in regards to the allocation process. |
| 2/7/2014 | A. Cowie | 1.80 | Analyzed recovery theories detailed in expert reports produced in asset allocation process. |
| 2/7/2014 | N. Haslun | 2.30 | Analyzed an estate's expert report on allocation in regards to the allocation process. |
| 2/7/2014 | J. Borow | 2.60 | Reviewed and analyzed various opposing expert's reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2014 | J. Hyland | 2.60 | Recalculated one section of proceeds allocation expert report. |
| 2/7/2014 | J. Hyland | 2.80 | Analyzed proceeds allocation expert report in preparation for discussion with counsel. |
| 2/8/2014 | A. Cowie | 0.70 | Continued to analyze expert reports and prepared summary recovery recalculations in regard to asset allocation process. |
| 2/8/2014 | A. Cowie | 2.80 | Analyzed expert reports and prepared summary recovery recalculations in regard to asset allocation process. |
| 2/9/2014 | J. Hyland | 2.30 | Prepared summary of calculations in proceeds allocation report for counsel. |
| 2/9/2014 | J. Hyland | 2.50 | Continued analyzing calculations from proceeds allocation report. |
| 2/9/2014 | J. Hyland | 2.80 | Analyzed calculations in proceeds allocation report. |
| 2/10/2014 | A. Cowie | 1.10 | Continued to analyze supporting calculation data utilized in expert reports produced in asset allocation process. |
| 2/10/2014 | N. Haslun | 1.20 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/10/2014 | J. Hyland | 1.70 | Participated in a call with counsel re: portion of proceeds allocation report. |
| 2/10/2014 | N. Haslun | 1.70 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/10/2014 | J. Hyland | 2.00 | Prepared summary of portion of proceeds allocation expert report. |
| 2/10/2014 | J. Borow | 2.00 | Met with counsel to review and discuss various litigation positions and related strategy. |
| 2/10/2014 | C. Kearns | 2.00 | Met with counsel to discuss status of rebuttal process and issues to be addressed. |
| 2/10/2014 | J. Borow | 2.10 | Reviewed and analyzed opposing expert report relating to various claims of each estate. |
| 2/10/2014 | J. Hyland | 2.30 | Continued analyzing portion of proceeds allocation expert report. |
| 2/10/2014 | A. Cowie | 2.30 | Analyzed supporting calculation data utilized in expert reports produced in asset allocation process. |
| 2/10/2014 | N. Haslun | 2.40 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/10/2014 | J. Hyland | 2.50 | Continued analyzing portion of proceeds allocation expert report. |
| 2/10/2014 | J. Hyland | 2.60 | Analyzed portion of proceeds allocation expert report. |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2014-2/28/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/10/2014 | A. Drobish | 2.70 | Continued to analyze historical Nortel operational information in regard to asset allocation process. |
| 2/10/2014 | A. Drobish | 2.80 | Analyzed historical Nortel operational information in regard to asset allocation process. |
| 2/10/2014 | A. Cowie | 2.80 | Analyzed expert reports produced in asset allocation process. |
| 2/10/2014 | N. Haslun | 2.80 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/11/2014 | J. Hyland | 0.40 | Conducted call with counsel and US proceeds allocation expert re: allocation assumption. |
| 2/11/2014 | C. Kearns | 0.50 | Read latest summary critique of an expert's report. |
| 2/11/2014 | J. Hyland | 0.50 | Conducted follow-up call with K. Rowe (counsel) re: transfer pricing and intercompany. |
| 2/11/2014 | A. Drobish | 0.90 | Continued to prepare allocation of proceeds analysis under several scenarios. |
| 2/11/2014 | J. Hyland | 1.30 | Finalized summary of portion of proceeds allocation expert report for counsel. |
| 2/11/2014 | N. Haslun | 1.50 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/11/2014 | A. Drobish | 1.50 | Analyzed historical Nortel operational information in regard to asset allocation process. |
| 2/11/2014 | J. Hyland | 1.90 | Analyzed assumption in proceeds allocation expert report. |
| 2/11/2014 | N. Haslun | 2.10 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/11/2014 | J. Borow | 2.40 | Evaluated opposing expert reports and related computations. |
| 2/11/2014 | A. Drobish | 2.60 | Prepared allocation of proceeds analysis under several scenarios. |
| 2/11/2014 | N. Haslun | 2.60 | Analyzed an estate's allocation expert report in regards to the allocation process. |
| 2/11/2014 | A. Cowie | 2.70 | Continued to analyze recovery calculations utilized in expert reports produced in asset allocation process. |
| 2/11/2014 | N. Haslun | 2.70 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/11/2014 | A. Cowie | 2.70 | Analyzed historical company financial statements in regard to asset allocation theories set out in expert reports in the asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/11/2014 | J. Borow | 2.80 | Continued to evaluate opposing expert reports and related computations. |
| 2/11/2014 | A. Cowie | 2.80 | Analyzed expert report recovery calculations in regard to asset allocation process. |
| 2/11/2014 | J. Hyland | 2.90 | Analyzed and summarized comments on proceeds allocation expert report. |
| 2/12/2014 | J. Hyland | 0.30 | Conducted call with R. Johnson (counsel) and proceeds allocation expert re: proceeds allocation matter. |
| 2/12/2014 | C. Kearns | 1.40 | Reviewed possible rebuttal analyses. |
| 2/12/2014 | N. Haslun | 1.40 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/12/2014 | J. Borow | 1.90 | Continued to evaluate opposing expert reports and related computations. |
| 2/12/2014 | N. Haslun | 1.90 | Continued to analyze an estate's allocation expert's report in regards to the allocation process. |
| 2/12/2014 | J. Borow | 2.10 | Continued to evaluate opposing expert reports and related computations. |
| 2/12/2014 | J. Hyland | 2.20 | Continued reviewing proceeds allocation expert report for assumption. |
| 2/12/2014 | J. Hyland | 2.40 | Analyzed proceeds allocation matter for counsel. |
| 2/12/2014 | A. Drobish | 2.50 | Drafted Capstone allocation analysis memo. |
| 2/12/2014 | N. Haslun | 2.50 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/12/2014 | J. Hyland | 2.60 | Reviewed proceeds allocation expert report for assumption. |
| 2/12/2014 | N. Haslun | 2.60 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/12/2014 | A. Cowie | 2.80 | Continued to analyze expert report recovery theories in regard to asset allocation process. |
| 2/12/2014 | J. Hyland | 2.80 | Analyzed cash flows for counsel related to the proceeds allocation expert. |
| 2/12/2014 | N. Haslun | 2.80 | Analyzed an estate's allocation expert report in regards to the allocation process. |
| 2/12/2014 | A. Cowie | 2.90 | Analyzed expert report recovery theories in regard to asset allocation process. |
| 2/13/2014 | A. Drobish | 0.40 | Refined allocation analysis scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/13/2014 | C. Kearns | 0.50 | Reviewed memo by staff evaluating rebuttal alternatives to various allocation theories. |
| 2/13/2014 | J. Hyland | 0.60 | Continued analyzing assumption from proceeds allocation expert report. |
| 2/13/2014 | N. Haslun | 1.60 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/13/2014 | J. Hyland | 1.90 | Continued analyzing assumption from proceeds allocation expert report. |
| 2/13/2014 | J. Hyland | 2.00 | Continued analyzing assumption from proceeds allocation expert report. |
| 2/13/2014 | J. Borow | 2.10 | Continued to review opposing expert's report and analyze potential responses to such report. |
| 2/13/2014 | N. Haslun | 2.10 | Analyzed an estate's allocation expert report in regards to the allocation process. |
| 2/13/2014 | N. Haslun | 2.30 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/13/2014 | J. Borow | 2.40 | Reviewed opposing expert's report and analyzed potential responses to such report. |
| 2/13/2014 | N. Haslun | 2.70 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/13/2014 | N. Haslun | 2.70 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/13/2014 | J. Hyland | 2.70 | Analyzed transfer pricing calculation worksheets. |
| 2/13/2014 | A. Cowie | 2.80 | Prepared summary expert report discussion points for UCC call in regard to asset allocation process. |
| 2/13/2014 | A. Drobish | 2.80 | Drafted Capstone memo related to historical Nortel expenses as they relate to proceeds allocation. |
| 2/13/2014 | J. Hyland | 2.80 | Analyzed assumption in proceeds allocation expert report. |
| 2/13/2014 | J. Borow | 2.90 | Evaluated opposing expert reports and related computations. |
| 2/14/2014 | N. Haslun | 0.20 | Participated in a call with J. Sorkin of counsel and discussed alternative proceeds allocation assumptions. |
| 2/14/2014 | J. Hyland | 0.20 | Conducted call with J. Sorkin (counsel) re: proceeds allocation assumption. |
| 2/14/2014 | C. Kearns | 0.30 | Participated in a conference call with A. Qureshi and D. Botter (counsel) regarding expert report rebuttal scenarios and timeline. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/14/2014 | N. Haslun | 0.40 | Participated in a call with J. Sorkin and J. Yecies of counsel and proceeds allocation expert re: proceeds allocation assumptions. |
| 2/14/2014 | J. Hyland | 0.40 | Conducted call with J. Sorkin, J. Yecies (both of counsel), and proceeds allocation expert re: proceeds allocation assumption. |
| 2/14/2014 | A. Cowie | 0.70 | Continued to analyze expert reports prepared in asset allocation process. |
| 2/14/2014 | C. Kearns | 0.80 | Reviewed possible rebuttal scenarios, prepared at direction of counsel. |
| 2/14/2014 | N. Haslun | 1.70 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/14/2014 | J. Borow | 2.10 | Continued to review various expert reports and related financial analyses. |
| 2/14/2014 | N. Haslun | 2.10 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/14/2014 | A. Drobish | 2.20 | Performed quality checks of Capstone's allocation scenario analyses. |
| 2/14/2014 | J. Borow | 2.40 | Reviewed various expert reports and related financial analyses. |
| 2/14/2014 | N. Haslun | 2.40 | Continued to analyze an estate's allocation expert report in regards to the allocation process. |
| 2/14/2014 | N. Haslun | 2.40 | Analyzed an estate's allocation expert report in regards to the allocation process. |
| 2/14/2014 | J. Hyland | 2.70 | Continued analyzing expert report for proceeds allocation. |
| 2/14/2014 | J. Hyland | 2.90 | Finalized analysis of expert report for proceeds allocation. |
| 2/14/2014 | A. Cowie | 2.90 | Analyzed expert reports prepared in asset allocation process. |
| 2/14/2014 | J. Hyland | 2.90 | Analyzed expert report for proceeds allocation. |
| 2/15/2014 | C. Kearns | 1.00 | Reviewed expert draft at request of counsel. |
| 2/16/2014 | C. Kearns | 2.00 | Continued to read and analyze expert reports from an estate. |
| 2/17/2014 | C. Kearns | 0.30 | Emailed with counsel regarding rebuttal related issues. |
| 2/17/2014 | J. Hyland | 1.00 | Continued analyzing exhibits for proceeds allocation expert report. |
| 2/17/2014 | N. Haslun | 1.20 | Continued to analyze an estate's creditor's expert report in regards to the allocation process. |
| 2/17/2014 | N. Haslun | 1.90 | Continued to analyze an estate's creditor's expert report in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/17/2014 | N. Haslun | 2.50 | Analyzed an estate's creditor's report in regards to the allocation process. |
| 2/17/2014 | A. Cowie | 2.60 | Continued to analyze recovery calculations set out in expert reports prepared in asset allocation process. |
| 2/17/2014 | J. Hyland | 2.60 | Continued analyzing exhibits for proceeds allocation expert report. |
| 2/17/2014 | A. Cowie | 2.70 | Continued to analyze recovery calculations set out in expert reports prepared in asset allocation process. |
| 2/17/2014 | A. Cowie | 2.80 | Analyzed expert report recovery calculations in regard to asset allocation process. |
| 2/17/2014 | J. Hyland | 2.80 | Analyzed exhibits for proceeds allocation expert report. |
| 2/17/2014 | N. Haslun | 2.90 | Analyzed Nortel calculations in regards to the allocation process. |
| 2/18/2014 | N. Haslun | 0.50 | Continued to analyze an estate's creditor's transfer pricing expert report in regards to the allocation process. |
| 2/18/2014 | C. Kearns | 0.80 | Participated in part of a working session with counsel litigation team. |
| 2/18/2014 | C. Kearns | 1.00 | Prepared memo at request of counsel regarding allocation alternatives. |
| 2/18/2014 | C. Kearns | 1.00 | Met with A. Qureshi, J. Sorkin and F. Hodara (counsel) to discuss status of rebuttal reports and approach. |
| 2/18/2014 | N. Haslun | 2.30 | Continued to analyze an estate's creditor's expert report in regards to the allocation process. |
| 2/18/2014 | N. Haslun | 2.60 | Continued to analyze an estate's creditor's expert report in regards to the allocation process. |
| 2/18/2014 | J. Hyland | 2.60 | Continued reviewing proceeds allocation expert report. |
| 2/18/2014 | N. Haslun | 2.70 | Analyzed an estate's creditor's expert report in regards to the allocation process. |
| 2/18/2014 | J. Hyland | 2.80 | Reviewed proceeds allocation expert report. |
| 2/18/2014 | A. Cowie | 2.90 | Analyzed draft rebuttal reports in regard to asset allocation process. |
| 2/19/2014 | C. Kearns | 0.20 | Read consent regarding interrogatories between bonds and CCC. |
| 2/19/2014 | J. Hyland | 0.20 | Conducted call with M. Sandberg, FTI re: assets available for distribution. |
| 2/19/2014 | J. Hyland | 0.40 | Reviewed bondholders' stipulation with CCC re: discovery. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/19/2014 | J. Borow | 0.40 | Prepared for discussion with counsel re: rebuttal and expert reports. |
| 2/19/2014 | C. Kearns | 0.50 | Reviewed draft expert rebuttal report. |
| 2/19/2014 | J. Borow | 0.50 | Participated in discussion with counsel re: rebuttal and expert reports. |
| 2/19/2014 | C. Kearns | 0.50 | Participated in debrief with counsel regarding rebuttals and related scenarios. |
| 2/19/2014 | C. Kearns | 0.60 | Reviewed analyses as requested by counsel regarding MRDA related issues. |
| 2/19/2014 | J. Borow | 0.70 | Participated in discussion with counsel, Chilmark and Cleary re: rebuttal and expert reports. |
| 2/19/2014 | C. Kearns | 0.70 | Participated in call with counsel, Chilmark and Cleary to discuss possible rebuttals. |
| 2/19/2014 | J. Hyland | 0.70 | Participated in a call with M. Kennedy (Chilmark), Cleary, and counsel re: a potential proceeds allocation methodology. |
| 2/19/2014 | N. Haslun | 0.70 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/19/2014 | A. Cowie | 1.10 | Continued to analyze supporting data in regard to expert reports produced in asset allocation process. |
| 2/19/2014 | N. Haslun | 1.10 | Analyzed an estate's creditor's transfer pricing expert's report in regards to the allocation process. |
| 2/19/2014 | J. Hyland | 1.20 | Reviewed 4th Estate settlement as it relates to proceeds allocation. |
| 2/19/2014 | N. Haslun | 1.20 | Analyzed the draft rebuttal report of an estate's allocation expert in regards to the allocation process. |
| 2/19/2014 | N. Haslun | 1.20 | Analyzed an estate's creditor's allocation expert's report in regards to the allocation process. |
| 2/19/2014 | N. Haslun | 1.40 | Analyzed an estate's creditor's allocation experts report in regards to the allocation process. |
| 2/19/2014 | J. Hyland | 1.70 | Continued analyzing revisions to potential proceeds allocation methodology. |
| 2/19/2014 | A. Cowie | 1.80 | Analyzed supporting data in regard to expert reports produced in asset allocation process. |
| 2/19/2014 | A. Drobish | 1.90 | Prepared report in regard to historical cost analysis in regard to asset allocation process. |
| 2/19/2014 | A. Drobish | 2.10 | Continued to prepare historical cost analysis in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/19/2014 | A. Cowie | 2.10 | Analyzed draft rebuttal reports in regard to asset allocation process. |
| 2/19/2014 | N. Haslun | 2.40 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/19/2014 | A. Drobish | 2.50 | Prepared historical cost analysis in regard to asset allocation process. |
| 2/19/2014 | J. Hyland | 2.90 | Analyzed revisions to potential proceeds allocation methodology. |
| 2/20/2014 | C. Kearns | 0.70 | Read draft memo for counsel on rebuttal scenarios. |
| 2/20/2014 | J. Hyland | 2.00 | Reviewed analysis of sources for expert report. |
| 2/20/2014 | C. Kearns | 2.00 | Read and analyzed draft expert rebuttal report. |
| 2/20/2014 | A. Drobish | 2.00 | Prepared updates to draft Nortel historical expenditures memorandum. |
| 2/20/2014 | J. Hyland | 2.40 | Continued analyzing assumption from proceeds allocation expert report. |
| 2/20/2014 | A. Cowie | 2.50 | Continued to analyze draft rebuttal reports prepared in asset allocation process. |
| 2/20/2014 | J. Hyland | 2.50 | Continued analyzing assumption from proceeds allocation expert report. |
| 2/20/2014 | N. Haslun | 2.50 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/20/2014 | J. Hyland | 2.60 | Analyzed assumption in proceeds allocation expert report. |
| 2/20/2014 | A. Cowie | 2.70 | Continued to analyze draft rebuttal reports prepared in asset allocation process. |
| 2/20/2014 | N. Haslun | 2.70 | Continued to analyze an estate's allocation expert's report in regards to the allocation process. |
| 2/20/2014 | N. Haslun | 2.80 | Analyzed an estate's transfer pricing expert's report in regards to the allocation process. |
| 2/20/2014 | A. Cowie | 2.90 | Analyzed draft rebuttal reports prepared in asset allocation process. |
| 2/21/2014 | C. Kearns | 0.20 | Participated in a conference call with A. Qureshi (counsel) regarding overall approach - Expert 2. |
| 2/21/2014 | C. Kearns | 0.30 | Emailed with counsel regarding overall impressions on drafts. |
| 2/21/2014 | J. Hyland | 0.30 | Conducted call with J. Yecies, counsel re: proceeds allocation expert report scenarios. |
| 2/21/2014 | C. Kearns | 0.70 | Read draft rebuttal report - Expert 4. |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2014-2/28/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/21/2014 | C. Kearns | 0.90 | Read draft rebuttal report - Expert 2. |
| 2/21/2014 | J. Hyland | 1.00 | Replied to counsel re: files and data requested from the UCC proceeds allocation expert. |
| 2/21/2014 | C. Kearns | 1.10 | Read draft rebuttal report - Expert 3. |
| 2/21/2014 | A. Drobish | 1.30 | Prepared quality check of Capstone allocation of proceeds analysis. |
| 2/21/2014 | J. Hyland | 1.50 | Reviewed sources used in expert report. |
| 2/21/2014 | J. Hyland | 1.70 | Continued analyzing assumptions from proceeds allocation expert report. |
| 2/21/2014 | C. Kearns | 1.80 | Read draft rebuttal report - Expert 5. |
| 2/21/2014 | N. Haslun | 1.90 | Analyzed draft of an estate's rebuttal report in regards to the allocation process. |
| 2/21/2014 | A. Cowie | 2.40 | Analyzed expert reports prepared in asset allocation process. |
| 2/21/2014 | N. Haslun | 2.40 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/21/2014 | J. Borow | 2.50 | Reviewed expert rebuttal reports and listed issues/ comments for consideration. |
| 2/21/2014 | N. Haslun | 2.70 | Continued to analyze an estate's allocation expert's report in regards to the allocation process. |
| 2/21/2014 | J. Hyland | 2.80 | Continued analyzing assumptions from proceeds allocation expert report. |
| 2/21/2014 | J. Hyland | 2.90 | Analyzed assumptions used in proceeds allocation expert report. |
| 2/21/2014 | N. Haslun | 2.90 | Analyzed an estate's allocation expert's report in regards to the allocation process. |
| 2/22/2014 | N. Haslun | 1.80 | Continued to analyze an estate's creditor's expert's draft rebuttal report in regards to the allocation process. |
| 2/22/2014 | J. Borow | 2.30 | Reviewed expert rebuttal reports and listed issues/ comments for consideration. |
| 2/22/2014 | N. Haslun | 2.40 | Analyzed an estate's creditor's allocation expert rebuttal draft report in regards to the allocation process. |
| 2/22/2014 | J. Hyland | 2.50 | Continued analyzing draft rebuttal report of an expert for another expert report. |
| 2/22/2014 | J. Hyland | 2.70 | Analyzed draft rebuttal report of an expert for another expert report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/22/2014 | J. Hyland | 2.90 | Reviewed draft rebuttal report of an expert for another expert report. |
| 2/23/2014 | N. Haslun | 0.30 | Participated in a call with J. Sorkin of counsel regarding allocation methodologies in regards to the allocation process. |
| 2/23/2014 | C. Kearns | 0.90 | Read and analyzed draft rebuttal report - Expert 7. |
| 2/23/2014 | C. Kearns | 1.40 | Read and analyzed draft rebuttal report - Expert 6. |
| 2/23/2014 | N. Haslun | 1.90 | Analyzed an estate's creditor's expert's draft rebuttal report in regards to the allocation process. |
| 2/23/2014 | J. Hyland | 2.00 | Reviewed report from proceeds allocation expert. |
| 2/23/2014 | J. Borow | 2.10 | Reviewed expert rebuttal reports and listed issues/ comments for consideration. |
| 2/23/2014 | N. Haslun | 2.50 | Continued to analyze an estate's creditor's expert's draft rebuttal report in regards to the allocation process. |
| 2/23/2014 | N. Haslun | 2.60 | Continued to analyze an estate's creditor's expert's draft rebuttal report in regards to the allocation process. |
| 2/23/2014 | J. Hyland | 2.70 | Reviewed calculations in rebuttal report from a proceeds allocation expert. |
| 2/23/2014 | J. Hyland | 2.80 | Prepared comments for counsel re: expert rebuttal report. |
| 2/24/2014 | C. Kearns | 0.20 | Participated in a conference call with A. Qureshi regarding status of several rebuttal reports. |
| 2/24/2014 | C. Kearns | 0.70 | Continued to refine scenarios for consideration by counsel regarding rebuttals. |
| 2/24/2014 | J. Hyland | 0.80 | Participated in a call with counsel, proceeds allocation expert, and Cleary re: proceeds allocation rebuttal report comments. |
| 2/24/2014 | J. Borow | 0.90 | Met with counsel re: rebuttal reports. |
| 2/24/2014 | N. Haslun | 0.90 | Continued to analyze draft rebuttal report of an estate's creditor's expert in regard to the allocation process. |
| 2/24/2014 | C. Kearns | 1.20 | Read draft rebuttal reports - Expert 7. |
| 2/24/2014 | J. Hyland | 1.60 | Participated in a call with counsel re: proceeds allocation rebuttal report comments. |
| 2/24/2014 | J. Borow | 1.70 | Met with counsel re: various expert reports. |
| 2/24/2014 | N. Haslun | 1.90 | Continued to analyze draft rebuttal report of an estate's creditor's expert in regard to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/24/2014 | A. Drobish | 2.20 | Respond to counsel inquiries regarding various historical financial documents. |
| 2/24/2014 | J. Borow | 2.20 | Continued to review various rebuttal reports and related financial analyses. |
| 2/24/2014 | J. Hyland | 2.20 | Continued reviewing proceeds allocation expert report for source documents. |
| 2/24/2014 | B. Bingham | 2.30 | Continued to research accounting and valuation literature for supporting citations in regard to expert report produced in asset allocation process. |
| 2/24/2014 | N. Haslun | 2.30 | Continued to analyze draft rebuttal report of an estate's creditor's expert in regard to the allocation process. |
| 2/24/2014 | A. Drobish | 2.30 | Analyzed Capstone allocation scenarios as against expert reports. |
| 2/24/2014 | J. Borow | 2.40 | Reviewed various rebuttal reports and related financial analyses. |
| 2/24/2014 | C. Kearns | 2.40 | Participated in a working meeting with counsel to review expert rebuttal drafts and approaches. |
| 2/24/2014 | A. Cowie | 2.50 | Continued to analyze expert reports prepared in asset allocation process. |
| 2/24/2014 | J. Hyland | 2.50 | Continued reviewing proceeds allocation expert report for source documents. |
| 2/24/2014 | J. Borow | 2.60 | Continued to review financial analyses related to rebuttal reports. |
| 2/24/2014 | N. Haslun | 2.60 | Analyzed draft rebuttal report of an estate's creditor's expert in regards to the allocation process. |
| 2/24/2014 | J. Hyland | 2.70 | Reviewed proceeds allocation expert report for source documents. |
| 2/24/2014 | A. Cowie | 2.70 | Analyzed draft rebuttal reports prepared in regard to asset allocation process. |
| 2/24/2014 | N. Haslun | 2.80 | Continued to analyze draft rebuttal report of an estate's creditor's expert in regard to the allocation process. |
| 2/24/2014 | B. Bingham | 2.90 | Researched accounting and valuation literature for supporting citations in regard to expert report produced in asset allocation process. |
| 2/24/2014 | A. Cowie | 2.90 | Analyzed expert reports prepared in asset allocation process. |
| 2/25/2014 | J. Hyland | 0.20 | Participated in a call with J. Sorkin and R. Johnson (counsel) re: proceeds allocation expert rebuttal report. |
| 2/25/2014 | A. Drobish | 0.30 | Refined allocation analysis scenarios in regard to asset allocation process. |
| 2/25/2014 | C. Kearns | 0.80 | Finished reading draft rebuttal - Expert 7. |
| 2/25/2014 | N. Haslun | 0.90 | Continued to analyze the draft rebuttal report of the UCC's potential allocation expert in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/25/2014 | J. Hyland | 1.80 | Reviewed proceeds allocation expert rebuttal report update. |
| 2/25/2014 | N. Haslun | 1.80 | Continued to analyze the draft rebuttal report of the UCC's potential allocation expert in regards to the allocation process. |
| 2/25/2014 | J. Borow | 2.10 | Reviewed financial analyses relating to rebuttal reports. |
| 2/25/2014 | J. Borow | 2.20 | Continued to review financial analyses relating to rebuttal reports. |
| 2/25/2014 | A. Cowie | 2.30 | Continued to analyze draft rebuttal reports prepared in asset allocation process. |
| 2/25/2014 | J. Hyland | 2.60 | Continued analyzing source files and related assumptions of an estate's proceeds allocation expert report. |
| 2/25/2014 | J. Hyland | 2.70 | Reviewed updated proceeds allocation expert report rebuttal. |
| 2/25/2014 | J. Hyland | 2.70 | Analyzed source files and related assumptions of an estate's proceeds allocation expert report. |
| 2/25/2014 | J. Hyland | 2.80 | Recalculated amounts in updated proceeds allocation expert report rebuttal. |
| 2/25/2014 | J. Borow | 2.80 | Continued to review financial analyses relating to rebuttal reports. |
| 2/25/2014 | N. Haslun | 2.80 | Analyzed the draft rebuttal report of the UCC's potential allocation expert in regards to the allocation process. |
| 2/25/2014 | A. Cowie | 2.80 | Analyzed draft rebuttal reports prepared in regard to asset allocation process. |
| 2/25/2014 | A. Cowie | 2.90 | Continued to analyze draft rebuttal reports prepared in asset allocation process. |
| 2/26/2014 | J. Borow | 0.10 | Analyzed redline expert report prepared in regard to asset allocation process. |
| 2/26/2014 | C. Kearns | 0.50 | Reviewed redline report- Expert 1. |
| 2/26/2014 | J. Borow | 0.60 | Continued to analyze financial data used by rebuttal experts and related computations. |
| 2/26/2014 | C. Kearns | 0.80 | Began to read new draft - Expert 2. |
| 2/26/2014 | C. Kearns | 1.00 | Read draft rebuttal - Expert 8. |
| 2/26/2014 | J. Borow | 1.00 | Continued to analyze financial data used by rebuttal experts and related computations. |
| 2/26/2014 | A. Cowie | 2.10 | Prepared edits to draft rebuttal report in regard to asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/26/2014 | N. Haslun | 2.10 | Continued to analyze the draft rebuttal report of the UCC's potential allocation expert in regards to the allocation process. |
| 2/26/2014 | J. Borow | 2.30 | Reviewed and analyzed financial data used by rebuttal experts and related computations. |
| 2/26/2014 | J. Hyland | 2.40 | Recalculated results in proceeds allocation expert report from another estate. |
| 2/26/2014 | A. Cowie | 2.40 | Continued to analyze draft rebuttal reports in regard to asset allocation process. |
| 2/26/2014 | J. Borow | 2.60 | Continued to analyze new draft of expert rebuttal report. |
| 2/26/2014 | J. Hyland | 2.60 | Continued reviewing updated version of allocation expert's report. |
| 2/26/2014 | J. Borow | 2.70 | Analyzed new draft of expert rebuttal report. |
| 2/26/2014 | N. Haslun | 2.70 | Analyzed draft rebuttal report of the U.S. Debtors' potential rebuttal allocation expert in regards to the allocation process. |
| 2/26/2014 | J. Hyland | 2.80 | Reviewed updated version of allocation expert's report. |
| 2/26/2014 | N. Haslun | 2.80 | Continued to analyze the draft report of the UCC's potential rebuttal allocation expert in regards to the allocation process. |
| 2/26/2014 | N. Haslun | 2.80 | Analyzed the draft rebuttal report of the UCC's potential allocation expert in regards to the allocation process. |
| 2/26/2014 | A. Cowie | 2.90 | Analyzed draft rebuttal reports in regard to asset allocation process. |
| 2/27/2014 | J. Hyland | 0.10 | Participated in a call with J. Sorkin (counsel) re: expert rebuttal report assumption. |
| 2/27/2014 | J. Hyland | 0.10 | Conducted call with R. Johnson (counsel) re: assumption in allocation expert report. |
| 2/27/2014 | J. Hyland | 0.10 | Conducted call with R. Johnson (counsel) and proceeds allocation expert re: assumption in rebuttal allocation report. |
| 2/27/2014 | J. Hyland | 0.10 | Conducted call with M. Kennedy (Chilmark) re: expert rebuttal report assumption. |
| 2/27/2014 | J. Hyland | 0.10 | Conducted call with M. Kennedy (Chilmark) re: analysis of allocation methodologies and amounts in expert rebuttal allocation report. |
| 2/27/2014 | J. Hyland | 0.20 | Conducted call with M. Kennedy (Chilmark) re: allocation report assumption. |
| 2/27/2014 | N. Haslun | 0.30 | Participated in a call with R. Johnson of counsel to review next steps in connection with the potential rebuttal allocation expert's draft report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/27/2014 | J. Hyland | 0.30 | Participated in a call with R. Johnson (counsel) re: proceeds allocation expert rebuttal report. |
| 2/27/2014 | C. Kearns | 0.30 | Emailed with counsel regarding late comments on drafts. |
| 2/27/2014 | J. Hyland | 0.30 | Emailed with counsel re: revisions to a proceeds allocation expert rebuttal report. |
| 2/27/2014 | J. Borow | 0.30 | Continued to review and analyze financial data used by rebuttal experts and related computations. |
| 2/27/2014 | J. Hyland | 0.30 | Conducted call with R. Johnson (counsel) and proceeds allocation expert re: assumptions in rebuttal report. |
| 2/27/2014 | N. Haslun | 0.40 | Participated in a calls (3) with M. Kennedy of Chilmark to analyze the allocation methodologies in the potential rebuttal allocation expert's draft report. |
| 2/27/2014 | C. Kearns | 0.50 | Read redline draft - Expert 4. |
| 2/27/2014 | C. Kearns | 0.50 | Read draft rebuttal - Expert 8. |
| 2/27/2014 | C. Kearns | 0.60 | Read next version of rebuttal draft - Expert 1. |
| 2/27/2014 | C. Kearns | 0.90 | Provided collective comments in a meeting with counsel (J. Sorkin and B. Kahn). |
| 2/27/2014 | N. Haslun | 1.00 | Participated in a call with R. Johnson of counsel, L. Schweitzer of Cleary, M. Kennedy of Chilmark and the potential rebuttal allocation expert to review the potential rebuttal allocation expert's report draft. |
| 2/27/2014 | J. Hyland | 1.00 | Participated in a call with counsel, L. Schweitzer of Cleary, M. Kennedy of Chilmark, and UCC's rebuttal proceeds allocation expert re: comments for rebuttal expert report. |
| 2/27/2014 | N. Haslun | 1.10 | Continued to analyze the draft report of an estate's creditor's potential rebuttal allocation expert in regards to the allocation process. |
| 2/27/2014 | A. Cowie | 1.20 | Analyzed draft expert rebuttal report in regard to asset allocation process. |
| 2/27/2014 | N. Haslun | 1.60 | Participated in second call with R. Johnson of counsel, L. Schweitzer of Cleary, M. Kennedy of Chilmark and the potential rebuttal allocation expert to review the potential rebuttal allocation expert's report draft. |
| 2/27/2014 | J. Hyland | 1.60 | Participated in second call with R. Johnson (counsel), M. Kennedy (Chilmark), and potential rebuttal proceeds allocation expert re: review of rebuttal expert report. |
| 2/27/2014 | N. Haslun | 1.60 | Continued to analyze the draft report of and estate's creditor's potential rebuttal allocation expert in regards to the allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/27/2014 | N. Haslun | 1.60 | Continued to analyze latest draft rebuttal of an estate's allocation expert in regards to the allocation process. |
| 2/27/2014 | C. Kearns | 1.70 | Read and analyzed latest draft - Expert 7. |
| 2/27/2014 | N. Haslun | 1.90 | Analyzed the draft report of an estate's creditor's potential rebuttal allocation expert in regards to the allocation process. |
| 2/27/2014 | A. Cowie | 2.10 | Continued to prepare edits to draft rebuttal report in regard to asset allocation process. |
| 2/27/2014 | J. Hyland | 2.30 | Reviewed draft rebuttal report from proceeds allocation expert. |
| 2/27/2014 | J. Borow | 2.30 | Continued to review and analyze financial data used by rebuttal experts and related computations. |
| 2/27/2014 | N. Haslun | 2.50 | Continued to analyze the draft report of an estate's creditor's potential rebuttal allocation expert in regards to the allocation process. |
| 2/27/2014 | J. Borow | 2.60 | Continued to review and analyze financial data used by rebuttal experts and related computations. |
| 2/27/2014 | J. Borow | 2.60 | Continued to review and analyze financial data used by rebuttal experts and related computations. |
| 2/27/2014 | J. Hyland | 2.70 | Continued reviewing updated draft of rebuttal proceeds allocation expert report. |
| 2/27/2014 | J. Borow | 2.80 | Reviewed and analyzed financial data used by rebuttal experts and related computations. |
| 2/27/2014 | J. Hyland | 2.90 | Reviewed updated draft rebuttal proceeds allocation expert report. |
| 2/27/2014 | A. Cowie | 2.90 | Prepared edits to draft rebuttal report in regard to asset allocation process. |
| 2/28/2014 | J. Hyland | 0.10 | Participated in a portion of a call with proceeds allocation expert, counsel, and M. Kennedy (Chilmark) re: proceeds allocation expert rebuttal report exhibits. |
| 2/28/2014 | J. Hyland | 0.10 | Participated in a call with R. Johnson (counsel) re: proceeds allocation expert rebuttal report and timing of subsequent report drafts. |
| 2/28/2014 | J. Hyland | 0.20 | Participated in a call with M. Kennedy (Chilmark) re: sources in allocation expert rebuttal report. |
| 2/28/2014 | J. Hyland | 0.20 | Conducted follow-up call with K. Rowe (counsel) re: tax matter included in an expert rebuttal report. |
| 2/28/2014 | J. Hyland | 0.20 | Conducted calls with K. Rowe (counsel) re: tax matter included in an expert rebuttal report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/28/2014 | N. Haslun | 0.40 | Participated in a call with A. Evans of counsel, M. Kennedy of Chilmark Partners and a potential rebuttal allocation expert in regards to the allocation process. |
| 2/28/2014 | A. Cowie | 1.10 | Continued to prepare edits to draft rebuttal report in regard to asset allocation process. |
| 2/28/2014 | N. Haslun | 1.40 | Continued to analyze draft report of U.S. Debtors' rebuttal allocation expert in regard to the allocation process. |
| 2/28/2014 | N. Haslun | 1.80 | Continued to analyze latest draft rebuttal of the U.S. Debtors' rebuttal allocation expert in regards to the allocation process. |
| 2/28/2014 | J. Hyland | 2.00 | Reviewed financial calculations in proceeds allocation expert rebuttal report. |
| 2/28/2014 | J. Hyland | 2.10 | Reviewed updated rebuttal report from proceeds allocation expert. |
| 2/28/2014 | A. Cowie | 2.10 | Prepared edits to draft rebuttal report in regard to asset allocation process. |
| 2/28/2014 | A. Cowie | 2.20 | Continued to analyze draft rebuttal reports in regard to asset allocation process. |
| 2/28/2014 | N. Haslun | 2.30 | Continued to analyze the report of the U.S. Debtors' rebuttal allocation expert in regards to the allocation process. |
| 2/28/2014 | J. Hyland | 2.40 | Reviewed draft rebuttal report prepared by proceeds allocation expert. |
| 2/28/2014 | N. Haslun | 2.40 | Analyzed latest draft of the U.S. Debtors' rebuttal allocation expert in regards to the allocation process. |
| 2/28/2014 | C. Kearns | 2.50 | Analyzed rebuttal drafts (primarily Expert 6) and related emails with counsel. |
| 2/28/2014 | J. Hyland | 2.60 | Reviewed rebuttal proceeds allocation expert report. |
| 2/28/2014 | J. Borow | 2.60 | Continued to review draft rebuttal report produced in asset allocation process. |
| 2/28/2014 | J. Borow | 2.80 | Reviewed draft rebuttal report produced in asset allocation process. |
| 2/28/2014 | J. Borow | 2.80 | Continued to review draft rebuttal report produced in asset allocation process. |
| 2/28/2014 | N. Haslun | 2.80 | Continued to analyze latest draft rebuttal of the U.S. Debtors' rebuttal allocation expert in regards to the allocation process. |
| 2/28/2014 | A. Cowie | 2.80 | Analyzed draft rebuttal report in regard to asset allocation process. |
| Subtotal | | 661.10 | |

05. Professional Retention/Fee Application Preparation

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/6/2014 | M. Haverkamp | 2.40 | Prepared December fee application. |
| 2/10/2014 | A. Cowie | 1.90 | Analyzed December fee application. |
| 2/11/2014 | M. Haverkamp | 2.50 | Prepared January fee application. |
| 2/12/2014 | M. Haverkamp | 1.10 | Prepared January fee application. |
| 2/12/2014 | A. Cowie | 1.30 | Analyzed December fee application. |
| 2/13/2014 | J. Hyland | 0.80 | Reviewed detailed time entries in December fee application. |
| 2/13/2014 | M. Haverkamp | 1.80 | Prepared January fee application. |
| 2/18/2014 | M. Haverkamp | 2.20 | Prepared December fee application. |
| 2/19/2014 | J. Hyland | 0.60 | Reviewed December fee application. |
| 2/19/2014 | M. Haverkamp | 1.40 | Prepared December fee application. |
| 2/20/2014 | M. Haverkamp | 0.90 | Prepared December fee application. |
| 2/21/2014 | M. Haverkamp | 0.40 | Prepared December fee application. |
| 2/25/2014 | J. Borow | 0.30 | Reviewed fee application. |
| 2/25/2014 | J. Hyland | 0.60 | Reviewed December fee application. |
| 2/26/2014 | J. Hyland | 0.70 | Reviewed portion of January fee application. |
| 2/26/2014 | A. Cowie | 0.70 | Analyzed December fee application. |
| 2/27/2014 | J. Hyland | 0.80 | Reviewed final January fee application. |
| 2/27/2014 | J. Borow | 1.20 | Reviewed December and November 2013 fee applications. |
| 2/27/2014 | M. Haverkamp | 2.40 | Prepared January fee application. |
| 2/28/2014 | M. Haverkamp | 0.30 | Prepared twentieth interim fee application. |
| 2/28/2014 | J. Hyland | 0.60 | Reviewed and finalized the January 2014 interim fee application. |
| 2/28/2014 | J. Borow | 0.70 | Reviewed January fee application. |
| 2/28/2014 | M. Haverkamp | 0.80 | Prepared January fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2014-2/28/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/28/2014 | J. Hyland | 0.90 | Finalized January fee application. |
| Subtotal | | 27.30 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/5/2014 | J. Hyland | 0.30 | Conducted call with R. Johnson and J. Sorkin (counsel) re: proceeds allocation matter and other case issues. |
| 2/6/2014 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC members and professionals. |
| 2/13/2014 | J. Borow | 0.10 | Prepared for meeting with UCC and professionals. |
| 2/13/2014 | C. Kearns | 0.60 | Participated in part of a call with UCC to discuss rebuttal status and change in Canada trial judge. |
| 2/13/2014 | J. Hyland | 0.80 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 2/13/2014 | J. Borow | 0.80 | Participated in weekly meeting with UCC and professionals. |
| 2/20/2014 | J. Borow | 0.40 | Prepared for weekly meeting with UCC and counsel. |
| 2/20/2014 | J. Hyland | 0.50 | Participated in weekly UCC call with UCC professionals and UCC members. |
| 2/20/2014 | J. Borow | 0.50 | Participated in weekly meeting with UCC and counsel. |
| 2/20/2014 | C. Kearns | 0.50 | Participated in UCC call regarding litigation status and other case matters. |
| 2/27/2014 | M. Dansky | 0.20 | Prepared for call with counsel and committee in regard to asset allocation process. |
| 2/27/2014 | J. Hyland | 0.50 | Participated in UCC call with UCC members and UCC professionals. |
| 2/27/2014 | M. Dansky | 0.50 | Participated in call with counsel and committee in regard to asset allocation process. |
| 2/27/2014 | C. Kearns | 0.50 | Participated in a call with UCC regarding litigation status and case matters. |
| 2/27/2014 | A. Cowie | 1.90 | Prepared summary discussion points for weekly UCC call. |
| Subtotal | | 8.60 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/6/2014 | A. Cowie | 2.90 | Prepared recovery model calculations in regard to asset recovery theories per expert reports in the asset allocation process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2014 | A. Cowie | 2.70 | Continued to prepare recovery model calculations in regard to asset recovery theories per expert reports in the asset allocation process. |
| 2/7/2014 | A. Cowie | 2.80 | Prepared recovery model calculations in regard to asset recovery theories per expert reports in the asset allocation process. |
| 2/12/2014 | A. Cowie | 1.10 | Prepared recovery calculations in regard to expert reports prepared in asset allocation process. |
| 2/12/2014 | A. Drobish | 2.80 | Analyzed recovery model in regard to asset allocation expert reports. |
| 2/13/2014 | A. Cowie | 2.30 | Continued to prepare recovery calculations in regard to expert reports prepared in asset allocation process. |
| 2/13/2014 | A. Cowie | 2.90 | Prepared recovery calculations in regard to expert reports prepared in asset allocation process. |
| 2/18/2014 | A. Cowie | 2.30 | Continued to prepare recovery calculations based on expert reports produced in asset allocation process. |
| 2/18/2014 | A. Cowie | 2.80 | Prepared recovery calculations based on expert reports produced in asset allocation process. |
| 2/19/2014 | A. Cowie | 0.50 | Prepared creditor recovery analysis based on expert reports produced in asset allocation process. |
| 2/19/2014 | A. Cowie | 2.80 | Analyzed expert report recovery calculations in regard to asset allocation process. |
| 2/21/2014 | A. Cowie | 2.70 | Continued to prepare recovery analysis based on expert reports produced in asset allocation process. |
| 2/21/2014 | A. Cowie | 2.90 | Prepared recovery analysis based on expert reports produced in asset allocation process. |
| Subtotal | | 31.50 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2014 | J. Hyland | 1.10 | Reviewed updated Canadian claims schedule from NNL. |
| Subtotal | | 1.10 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/5/2014 | J. Hyland | 2.20 | Reviewed December 2013 APAC Restructuring Manager's report. |
| 2/5/2014 | J. Hyland | 2.80 | Continued analyzing intercompany transactions and MRDA. |
| 2/5/2014 | J. Hyland | 2.90 | Analyzed intercompany transactions and MRDA. |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2014-2/28/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/11/2014 | J. Hyland | 0.40 | Conducted call with K. Rowe (counsel) re: transfer pricing and intercompany. |
| 2/11/2014 | J. Hyland | 1.40 | Analyzed intercompany trade and loan balances. |
| 2/12/2014 | J. Hyland | 0.50 | Conducted call with K. Rowe (counsel) re: intercompany MRDA. |
| 2/18/2014 | J. Hyland | 2.90 | Analyzed TPA intercompany calculations. |
| 2/19/2014 | J. Hyland | 2.00 | Analyzed intercompany transactions and balances. |
| Subtotal | | 15.10 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2014 | A. Cowie | 0.80 | Analyzed Canadian Monitor current operational report. |
| 2/7/2014 | J. Borow | 1.30 | Reviewed and analyzed Monitor's report. |
| 2/7/2014 | J. Hyland | 2.70 | Reviewed 102nd and 103rd Monitor's reports. |
| 2/10/2014 | C. Kearns | 0.40 | Read latest Monitor's report. |
| 2/24/2014 | J. Hyland | 1.40 | Reviewed and analyzed Administrator's Progress Report for the six months ending January 2014. |
| Subtotal | | 6.60 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/5/2014 | C. Kearns | 0.10 | Emailed with counsel regarding escrow related issues. |
| 2/5/2014 | C. Kearns | 0.20 | Participated in a conference call with D. Botter (counsel) regarding changes to escrow agreement. |
| 2/11/2014 | J. Hyland | 0.70 | Reviewed revised joint escrow instructions for each Business Unit transaction. |
| 2/26/2014 | J. Hyland | 1.50 | Analyzed NNI cash balances and expenditures. |
| Subtotal | | 2.50 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/2/2014 | J. Schad | 0.70 | Reviewed expert reports re: IP proceeds allocation. |
| 2/3/2014 | B. Frizzell | 0.70 | Continued to analyze expert data re: IP proceeds allocation. |
| 2/3/2014 | B. Frizzell | 1.00 | Reviewed analyses re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/3/2014 | B. Kullberg | 1.50 | Analyzed data re: IP proceeds allocation. |
| 2/3/2014 | B. Frizzell | 1.60 | Analyzed expert data re: IP proceeds allocation. |
| 2/3/2014 | B. Kullberg | 2.00 | Reviewed documents re: IP proceeds allocation. |
| 2/3/2014 | J. Schad | 2.10 | Researched issues related to expert reports for IP proceeds allocation. |
| 2/3/2014 | B. Frizzell | 2.10 | Continued to research expert issues re: IP proceeds allocation. |
| 2/3/2014 | B. Frizzell | 2.40 | Researched expert issues re: IP proceeds allocation. |
| 2/3/2014 | B. Kullberg | 2.50 | Researched issues re: IP proceeds allocation. |
| 2/4/2014 | B. Frizzell | 2.10 | Researched issues for expert rebuttal re: IP proceeds allocation. |
| 2/4/2014 | B. Frizzell | 2.30 | Continued to analyze data for expert rebuttal re: IP proceeds allocation. |
| 2/4/2014 | B. Frizzell | 2.90 | Analyzed data for expert rebuttal re: IP proceeds allocation. |
| 2/4/2014 | J. Schad | 2.90 | Analyzed data and reviewed documents related to allocation of IP proceeds. |
| 2/5/2014 | B. Kullberg | 1.50 | Reviewed documents re: IP proceeds allocation. |
| 2/5/2014 | J. Schad | 2.60 | Reviewed documents related to IP proceeds allocation. |
| 2/5/2014 | B. Frizzell | 2.60 | Continued to research data for expert rebuttal re: IP proceeds allocation. |
| 2/5/2014 | B. Frizzell | 2.90 | Reviewed research results re: IP proceeds allocation. |
| 2/5/2014 | B. Frizzell | 2.90 | Researched data for expert rebuttal re: IP proceeds allocation. |
| 2/6/2014 | J. Schad | 0.30 | Continued to analyze data related to expert reports for IP proceeds allocation. |
| 2/6/2014 | B. Frizzell | 0.80 | Analyzed data re: IP proceeds allocation. |
| 2/6/2014 | B. Kullberg | 1.00 | Researched issues re: IP proceeds allocation. |
| 2/6/2014 | B. Frizzell | 1.80 | Edited analysis write-up re: IP proceeds allocation. |
| 2/6/2014 | B. Frizzell | 2.00 | Continued to review research results re: IP proceeds allocation. |
| 2/6/2014 | B. Frizzell | 2.90 | Reviewed research results re: IP proceeds allocation. |
| 2/6/2014 | J. Schad | 2.90 | Analyzed data related to expert reports for IP proceeds allocation. |

Capstone Advisory Group, LLC
Invoice for the 2/1/2014-2/28/2014 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/7/2014 | B. Frizzell | 1.60 | Edited write-up of research re: IP proceeds allocation. |
| 2/7/2014 | B. Frizzell | 2.40 | Analyzed expert report issues re: IP proceeds allocation. |
| 2/7/2014 | B. Frizzell | 2.80 | Reviewed research re: IP proceeds allocation. |
| 2/10/2014 | B. Kullberg | 0.50 | Researched issues re: IP proceeds allocation. |
| 2/10/2014 | C. Kearns | 0.60 | Continued review and analysis of IP expert reports. |
| 2/10/2014 | B. Frizzell | 0.90 | Analyzed data re: IP proceeds allocation. |
| 2/10/2014 | B. Frizzell | 1.40 | Continued to edit write-up of research results re: IP proceeds allocation. |
| 2/10/2014 | B. Frizzell | 1.80 | Analyzed IP portion of proceeds allocation report assumptions from an estate. |
| 2/10/2014 | B. Frizzell | 2.20 | Reviewed documents re: IP proceeds allocation. |
| 2/10/2014 | B. Frizzell | 2.90 | Edited write-up of research results re: IP proceeds allocation. |
| 2/11/2014 | B. Frizzell | 0.40 | Continued to review documents for expert rebuttal re: IP proceeds allocation. |
| 2/11/2014 | B. Frizzell | 1.50 | Continued to edit write-up for expert rebuttal re: IP proceeds allocation. |
| 2/11/2014 | B. Frizzell | 1.80 | Analyzed data for expert rebuttal re: IP proceeds allocation. |
| 2/11/2014 | B. Frizzell | 2.00 | Reviewed documents for expert rebuttal re: IP proceeds allocation. |
| 2/11/2014 | B. Frizzell | 2.60 | Edited write-up for expert rebuttal re: IP proceeds allocation. |
| 2/12/2014 | B. Kullberg | 1.00 | Researched issues re: IP proceeds allocation. |
| 2/12/2014 | B. Frizzell | 1.20 | Edited write-up on analysis re: IP proceeds allocation. |
| 2/12/2014 | B. Frizzell | 2.40 | Edited write-up on allocation issues re: IP proceeds allocation. |
| 2/12/2014 | B. Frizzell | 2.70 | Reviewed documents re: IP proceeds allocation. |
| 2/12/2014 | B. Frizzell | 2.80 | Analyzed data re: IP proceeds allocation. |
| 2/13/2014 | B. Frizzell | 0.60 | Reviewed analysis re: IP proceeds allocation. |
| 2/13/2014 | B. Kullberg | 1.00 | Participated in call with counsel re: IP proceeds allocation. |
| 2/13/2014 | B. Frizzell | 1.10 | Reviewed documents re: IP proceeds allocation. |

**Capstone Advisory Group, LLC**
**Invoice for the 2/1/2014-2/28/2014 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/13/2014 | B. Frizzell | 1.50 | Edited analysis re: IP proceeds allocation. |
| 2/13/2014 | B. Frizzell | 2.00 | Analyzed data re: IP proceeds allocation. |
| 2/13/2014 | B. Frizzell | 2.30 | Edited write-up on expert analysis re: IP proceeds allocation. |
| 2/14/2014 | B. Frizzell | 0.60 | Researched production for expert source docs re: IP proceeds allocation. |
| 2/14/2014 | B. Frizzell | 1.80 | Reviewed analysis write-up re: IP proceeds allocation. |
| 2/18/2014 | B. Frizzell | 1.80 | Reviewed rebuttal analyses re: IP proceeds allocation. |
| 2/19/2014 | B. Kullberg | 0.50 | Reviewed report drafts re: IP allocation. |
| 2/19/2014 | B. Frizzell | 0.80 | Reviewed rebuttal analyses re: IP proceeds allocation. |
| 2/19/2014 | B. Frizzell | 0.90 | Identified documents from discovery for expert rebuttal re: IP proceeds allocation. |
| 2/19/2014 | B. Frizzell | 2.50 | Analyzed data for expert rebuttal re: IP proceeds allocation. |
| 2/20/2014 | B. Kullberg | 0.50 | Participated in call with counsel re: IP allocation in expert's reports. |
| 2/20/2014 | B. Frizzell | 0.70 | Continued to edit analysis for expert rebuttal re: IP proceeds allocation. |
| 2/20/2014 | B. Frizzell | 0.80 | Reviewed R&D related documents re: IP proceeds allocation. |
| 2/20/2014 | B. Frizzell | 1.60 | Edited analysis for expert rebuttal re: IP proceeds allocation. |
| 2/20/2014 | B. Frizzell | 2.20 | Analyzed R&D data re: IP proceeds allocation. |
| 2/20/2014 | B. Frizzell | 2.80 | Analyzed expert source document data re: IP proceeds allocation. |
| 2/21/2014 | B. Frizzell | 1.50 | Analyzed expert rebuttal data re: IP proceeds allocation. |
| 2/21/2014 | B. Frizzell | 2.00 | Continued to review expert rebuttal documents re: IP proceeds allocation. |
| 2/21/2014 | B. Frizzell | 2.20 | Reviewed expert rebuttal documents re: IP proceeds allocation. |
| 2/22/2014 | B. Kullberg | 0.50 | Reviewed draft reports re: IP allocation. |
| 2/22/2014 | M. Dansky | 1.00 | Reviewed rebuttal draft reports on IP issues. |
| 2/22/2014 | B. Frizzell | 1.40 | Reviewed expert rebuttal documents re: IP proceeds allocation. |
| 2/23/2014 | B. Frizzell | 1.80 | Reviewed expert rebuttal documents re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/24/2014 | B. Frizzell | 0.50 | Reviewed documents in preparation for call with counsel re: IP proceeds allocation. |
| 2/24/2014 | B. Frizzell | 1.80 | Participated telephonically in portions of a meeting with counsel re: IP proceeds allocation. |
| 2/24/2014 | M. Dansky | 1.90 | Reviewed draft reports for rebuttal on IP issues. |
| 2/24/2014 | B. Kullberg | 2.00 | Reviewed draft reports re: IP allocation. |
| 2/25/2014 | C. Kearns | 0.20 | Participated in a conference call with D. Botter (counsel) regarding IP rebuttal draft. |
| 2/25/2014 | B. Kullberg | 0.50 | Reviewed issues re: IP allocation. |
| 2/25/2014 | B. Frizzell | 1.60 | Continued to review expert rebuttal documents re: IP proceeds allocation. |
| 2/25/2014 | B. Frizzell | 2.90 | Reviewed expert rebuttal documents re: IP proceeds allocation. |
| 2/25/2014 | B. Frizzell | 2.90 | Continued to review expert rebuttal documents re: IP proceeds allocation. |
| 2/26/2014 | B. Frizzell | 1.10 | Researched rebuttal support re: IP proceeds allocation. |
| 2/26/2014 | B. Frizzell | 1.50 | Reviewed source documents for rebuttal re: IP proceeds allocation. |
| 2/26/2014 | M. Dansky | 1.90 | Reviewed draft rebuttal reports on IP issues. |
| 2/26/2014 | M. Dansky | 1.90 | Continued to review rebuttal reports on IP issues. |
| 2/26/2014 | M. Dansky | 1.90 | Continued to review draft rebuttal reports on IP issues. |
| 2/26/2014 | B. Kullberg | 2.00 | Reviewed draft reports re: IP allocation. |
| 2/26/2014 | B. Frizzell | 2.40 | Continued to review expert rebuttal documents re: IP proceeds allocation. |
| 2/26/2014 | B. Frizzell | 2.80 | Continued to review expert rebuttal documents re: IP proceeds allocation. |
| 2/26/2014 | B. Frizzell | 2.90 | Reviewed expert rebuttal documents re: IP proceeds allocation. |
| 2/27/2014 | B. Kullberg | 1.50 | Reviewed draft reports re: IP allocation. |
| 2/27/2014 | B. Frizzell | 2.20 | Analyzed expert rebuttal data re: IP proceeds allocation. |
| 2/27/2014 | B. Frizzell | 2.70 | Reviewed expert rebuttal documents re: IP proceeds allocation. |
| 2/28/2014 | B. Frizzell | 0.70 | Reviewed expert rebuttal analysis re: IP proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/28/2014 | M. Dansky | 1.90 | Reviewed rebuttal reports on IP issues. |
| Subtotal | | 164.60 | |
| **Total Hours** | | **918.40** | |