**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/2014 through 2/28/2014**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Auto Rental/Taxi** | | | |
| 2/14/2014 | J. Hyland | Taxi for 1/21/14 trip to NY that was not previously billed at full amount. | $5.50 |
| **Subtotal - Auto Rental/Taxi** | | | **$5.50** |
| **Meals** | | | |
| 2/27/2014 | C. Kearns | Working lunch for C. Kearns, N. Haslun, A. Cowie, J. Borow, and A. Drobish while reviewing expert report drafts. | $150.40 |
| **Subtotal - Meals** | | | **$150.40** |
| **Research** | | | |
| 2/12/2014 | CAG Direct | Research cost for historic Nortel financial information not otherwise publically available. | $85.60 |
| **Subtotal - Research** | | | **$85.60** |
| **Telecom** | | | |
| 2/4/2014 | CAG Direct | Intercall conference call charges for Nortel. | $32.10 |
| **Subtotal - Telecom** | | | **$32.10** |
| **For the Period 2/1/2014 through 2/28/2014** | | | $273.60 |

**Capstone Advisory Group, LLC**                                         **Page 1 of 1**
**Invoice for the 2/1/2014-2/28/2014 Fee Statement**