EXHIBIT A

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                          Chapter 11

NORTEL NETWORKS INC., et al.,                                   Case No. 09-10138 (KG)

                              Debtors.                          Jointly Administered

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ARMSTRONG, DRURY P
             15625 ANDOVER LN
             WAKE FOREST, NC 27587

Please note that your claim # 8444 in the above referenced case and in the amount of
        $35,078.40 has been transferred **(unless previously expunged by court order)** to:

             LIQUIDITY SOLUTIONS, INC.
             TRANSFEROR: ARMSTRONG, DRURY P
             ONE UNIVERSITY PLAZA
             SUITE 312
             HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 13305     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/10/2014                              David D. Bird, Clerk of Court


                                             /s/ Kimberly Murray
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice **was** mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 10, 2014.