# EXHIBIT B

TIME: 14:23:45　　　　　　　　　　　　　　　　　NORTEL NETWORKS INC.　　　　　　　　　　　　　　　　　PAGE: 1
DATE: 04/10/14　　　　　　　　　　　　　　　　　　　CREDITOR LISTING

| Name | Address |
|---|---|
| ARMSTRONG, DRURY P | 15625 ANDOVER LN WAKE FOREST NC 27587 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ARMSTRONG, DRURY P ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006