IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 10805** |

**MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR ENTRY OF
AN ORDER STRIKING THE EXPERT REPORTS AND TESTIMONY OF DANIEL
R. BERESKIN QC AND BRUCE W. STRATTON OR, IN THE ALTERNATIVE,
GRANTING LEAVE TO FILE THE EXPERT REPORT OF SHELDON BURSHTEIN
IN REBUTTAL TO REPORTS OF DANIEL R. BERESKIN QC AND
BRUCE W. STRATTON – CONFIDENTIAL AND FILED UNDER SEAL**

**FILED UNDER SEAL PURSUANT TO THE ORDER
ENTERING PROTECTIVE ORDER [D.I. 10805]**

Dated: April 11, 2014

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **ALLEN & OVERY LLP** |
| | Ken Coleman |
| Mary F. Caloway (No. 3059) | Jacob Pultman |
| Kathleen A. Murphy (No. 5215) | Paul B. Keller |
| 919 N. Market Street, Suite 1500 | Laura Hall |
| Wilmington, Delaware 19801 | 1221 Avenue of the Americas |
| T: (302) 552-4200 | New York, New York 10020 |
| F: (302) 552-4295 | T: (212) 610-6300 |
| mary.caloway@bipc.com | F: (212) 610-6399 |
| kathleen.murphy@bipc.com | ken.coleman@allenovery.com |
| | jacob.pultman@allenovery.com |
| | paul.keller@allenovery.com |
| | laura.hall@allenovery.com |

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Debtors*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).