**<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### ORDER STRIKING THE EXPERT REPORTS AND TESTIMONY OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON

This matter was brought before the Court upon the *Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton* (the "**Motion**") of Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**") in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), together with the Canadian Debtors (together, the "**Movants**").  By the Motion, the Movants seek the entry of an order (i) striking the expert testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the alternative, (ii) granting leave to file the expert reply of Sheldon Burshtein. Due and timely notice of the Motion was given in accordance with Local Rule 2002-1 to (i) counsel to the Core Parties; and (ii) the U.S. Trustee.  The Court has considered and reviewed the

Motion and any opposition thereto.  After due deliberation and sufficient cause appearing therefore, it is hereby:

    1.    ORDERED that the motion to strike the expert reports and testimony of Daniel R. Bereskin QC and Bruce W. Stratton is granted.

    2.    ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: Wilmington, Delaware
_____, 2014

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE