**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, | (Jointly Administered) |
| Debtors. | **Hearing Date: TBD**<br>**Objection Deadline: TBD** |

**NOTICE OF HEARING ON MOTION OF THE MONITOR AND CANADIAN
DEBTORS FOR ENTRY OF AN ORDER STRIKING THE EXPERT REPORTS AND
TESTIMONY OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON OR, IN
THE ALTERNATIVE, GRANTING LEAVE TO FILE THE EXPERT REPORT
OF SHELDON BURSHTEIN IN REBUTTAL TO REPORTS OF
DANIEL R. BERESKIN QC AND BRUCE W. STRATTON**

       **PLEASE TAKE NOTICE** that Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its Canadian direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (collectively, the "**Canadian Debtors**"), in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), together with the Canadian Debtors (together, the "**Movants**") have today filed and served the *Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton* (the "**Motion**").

       **PLEASE TAKE FURTHER NOTICE** that the Motion and Exhibits A, B, C, D, E, F, G, J, K, and O to the accompanying Declaration of Jacob S. Pultman are being filed under seal pursuant to section 8 of the protective order entered in this case [Dkt. No. 10805].

       **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a date to be determined** before the Honorable Kevin Gross in Courtroom 3 of the United States Bankruptcy Court, 824 Market Street, Sixth Floor, Wilmington, Delaware 19801. Objections to the Motion, if any, will be due on **a date to be determined**, for which further notice will be provided.

       **PLEASE TAKE FURTHER NOTICE THAT NOTICE OF THE HEARING DATE AND OBJECTION DEADLINE WILL BE SERVED ONCE THE COURT HAS RULED ON THE MOVANTS' REQUEST FOR SHORTENED NOTICE AND SPECIAL HEARING.**

Dated: Wilmington, Delaware
        April 11, 2014

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Jacob S. Pultman
Paul B. Keller
Laura R. Hall
Ken Coleman
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
jacob.pultman@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com
ken.coleman@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian
Debtors*