**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*:<br><br>Nortel Networks Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

**DECLARATION OF JACOB S. PULTMAN IN SUPPORT OF THE MOTION OF THE MONITOR AND CANADIAN DEBTORS FOR ENTRY OF AN ORDER STRIKING THE EXPERT REPORTS AND TESTIMONY OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON OR, IN THE ALTERNATIVE, GRANTING LEAVE TO FILE THE EXPERT REPORT OF SHELDON BURSHTEIN IN REBUTTAL TO REPORTS OF DANIEL R. BERESKIN QC AND BRUCE W. STRATTON**

JACOB S. PULTMAN, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a partner at the firm of Allen & Overy LLP, counsel to Ernst & Young Inc., as court-appointed monitor (the "**Monitor**") for Nortel Networks Corporation ("**NNC**") and certain of its Canadian direct and indirect subsidiaries (collectively, the "**Canadian Debtors**," and together with the Monitor, the "**Movants**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"). I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the *Motion of the Monitor and Canadian Debtors for Entry of an Order Striking the Expert Reports and Testimony of Daniel R. Bereskin QC and Bruce W. Stratton or, in the Alternative, Granting Leave to File the Expert Report of Sheldon Burshtein in Rebuttal to Reports of Daniel R. Bereskin QC and Bruce W. Stratton*.

3. Attached to this declaration is a true and correct copy of each of the following documents:

Exhibit A: Rebuttal Expert Report of Daniel R. Bereskin, dated February 28, 2014.

Exhibit B: Rebuttal Expert Report of Bruce W. Stratton, dated February 28, 2014.

Exhibit C: Expert Reply of Sheldon Burshtein to Rebuttal Reports of Daniel R. Bereskin QC and Bruce W. Stratton, dated March 24, 2014 and served March 31, 2014 (the "**Burshtein Report**").

Exhibit D: Initial Expert Report of Dr. Timothy Reichert, dated January 24, 2014.

Exhibit E: Initial Expert Report of Mark L. Berenblut and Alan J. Cox, dated January 24, 2014.

Exhibit F: Initial Expert Report of Philip Green, dated January 24, 2014.

Exhibit G: Initial Expert Report of Timothy Britven, dated January 24, 2014.

Exhibit H: Letter from Peter Ruby, counsel to the Movants, regarding the Burshtein Report, dated March 24, 2014 (the "**March 24 Movants Letter**").

Exhibit I: Letter from Peter Ruby, counsel to the Movants, regarding the Burshtein Report, dated March 30, 2014.

Exhibit J: Transcript of Deposition of Daniel R. Bereskin QC, taken on March 27, 2014.

Exhibit K: Transcript of Deposition of Bruce W. Stratton, taken on April 4, 2014.

Exhibit L: U.S. Debtors' Disclosure of Intended Expert Witnesses, submitted January 8, 2014 and dated January 8, 2013.

Exhibit M: U.K. Pension Claimants' Disclosure of Intended Expert Witnesses, dated January 8, 2014.

Exhibit N: Letter of John L. Finnigan, counsel to the U.K. Pension Claimants, dated March 25, 2014 and responding to the March 24 Movants Letter.

Exhibit O:     Expert Reply of Sheldon Burshtein to Rebuttal Reports of Daniel R. Bereskin QC and Bruce W. Stratton, dated and served on March 24, 2014 and subsequently modified by the Burshtein Report.

Exhibit P:     Letter of Sheila Block, counsel to the U.S. Debtors, dated March 25, 2014 and responding to the March 24 Movants Letter.

Exhibit Q:     Letter of Matthew P. Gottlieb, counsel to the Joint Administrators of the EMEA Debtors, dated March 25, 2014 and responding to the March 24 Movants Letter.

4.     Exhibits A, B, C, D, E, F, G, J, K, and O are being filed under seal pursuant to section 8 of the protective order entered in this case [Dkt. No. 10805].

5.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
      April 11, 2014

/s/ Jacob S. Pultman
Jacob S. Pultman

3