# EXHIBIT L

CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
JONATHAN I. BLACKMAN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
JAMES A. DUNCAN
STEVEN M. LOEB
DONALD A. STERN
CRAIG B. BROD
MITCHELL A. LOWENTHAL
EDWARD J. ROSEN
JOHN PALENBERG
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
HOWARD S. ZELBO
DAVID E. BRODSKY
MICHAEL R. LAZERWITZ
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
FILIP MOERMAN
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS

LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL

GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
HUGH C. CONROY, JR.
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
DANIEL ILAN
ANDREW WEAVER
HELENA K. GRANNIS
GRANT M. BINDER
MEYER H. FEDIDA
CAROLINE F. HAYDAY
JOHN V. HARRISON
RESIDENT COUNSEL

Writer's Direct Dial: +1 212 225 2432
E-Mail: aluft@cgsh.com

January 8, 2013

VIA EMAIL TO THE CORE PARTIES SERVICE LIST

Re: In re Nortel Networks Inc., et al., Case No. 09-10138
Nortel Networks Corporation, et al.: Court File No. 09-CL7950

To all Core Parties:

Pursuant to the order amending the litigation schedule entered in the U.S. on November 27, 2013 (D.I. 12522) and in Canada on December 3, 2013, and in accordance with Section 7 of the Discovery Plan, the U.S. Debtors[1] hereby identify the following proposed experts and the subject matter on which they currently intend to offer expert evidence:

Jeffrey Kinrich. The U.S. Debtors identify Jeffrey Kinrich, Managing Principal at Analysis Group, who will offer his expert opinion as to the value of the assets sold or relinquished in post-petition sales.

Lorraine Eden. The U.S. Debtors identify Lorraine A. Eden, Ph.D., Professor of Management and University Faculty Fellow at Texas A&M University, who will offer her expert opinion on matters related to transfer pricing.

Daniel Bereskin. The U.S. Debtors identify Daniel Bereskin, partner in Bereskin & Parr LLP, who will offer his expert opinion regarding intellectual property ownership and licensing.

Raymond Zenkich. The U.S. Debtors identify Raymond Zenkich, partner in Red Chalk Group, who will offer his expert opinion on issues related to intellectual property.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in Exhibit 1 to the Order Entering Allocation Protocol, entered in the U.S. Bankruptcy Court for the District of Delaware on May 17, 2013 [D.I. 10565-1].

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.

Core Parties Service List, p. 2

       The U.S. Debtors identify the above experts and the subject matter of their expertise in good faith and without prejudice to the exact scope and nature of opinions to be offered in any reports and testimony they may deliver.  Further, the U.S. Debtors reserve the right to deliver rebuttal reports by these or other experts as provided in the Discovery Plan.

       We expect that no party will attempt to contact the above-listed individuals, including with respect to scheduling, without consent from the U.S. Debtors.

Sincerely,

/s/ Avram E. Luft