# EXHIBIT M

Court File No.: 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

- and -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>    NORTEL NETWORKS, INC., *et al.*,[1]<br>                                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## U.K. PENSION CLAIMANTS' DISCLOSURE
## OF INTENDED EXPERT WITNESSES

   Pursuant to the Litigation Timetable and Discovery Plan, as amended, Nortel

Networks UK Pension Trust Limited (the "Trustee") and the Board of the Pension Protection

Fund (the "PPF," and, together with the Trustee, the "U.K. Pension Claimants"), by their

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

attorneys hereby submit, subject to the reservation of rights, the following designation of expert witnesses they currently intend to call at trial.

## RESERVATION OF RIGHTS

The U.K. Pension Claimants reserve the right to modify, amend and/or supplement the designations set forth herein including, without limitation, the right to designate additional expert witnesses following the designation of experts by all parties.  The U.K. Pension Claimants also reserve the right to call any expert identified by any other Core Party.

## EXPERT WITNESSES TO BE CALLED

Subject to the foregoing reservation of rights, the U.K. Pension Claimants designate the following individuals as expert witnesses they intend to call at trial:

1.      Coleman D. Bazelon, Ph.D.
        The Brattle Group, Inc.
        1850 M Street NW, Suite 1200
        Washington, DC 20036

Dr. Bazelon is a Principal at The Brattle Group, Inc.  Dr. Bazelon is expected to provide expert testimony concerning, *inter alia*, the economic principles underlying an economically rational allocation of the proceeds from the sale of the Nortel Group's business units and residual IP portfolio among the various claimants in these proceedings.

    2.       Ronald Bowie
              Hymans Robertson LLP
              20 Waterloo Street
              Glasgow G2 6DB
              Scotland

Mr. Bowie is a Senior Partner at Hymans Robertson LLP and a consulting actuary.  Mr. Bowie is expected to provide expert testimony concerning the Nortel Networks UK Limited ("NNUK") pension plan (the "Plan") including, *inter alia*, the  valuation of the Plan's liabilities under relevant U.K. legislation, regulatory guidance, and actuarial practice, the funding obligations of NNUK to the Plan, and the funding history of the Plan.

    3.       Steven D. Felgran, Ph.D.
              219 Rockingstone Avenue
              Larchmont, NY 10538

Dr. Felgran retired as a Principal from KPMG LLP in 2013, where he served as an advisor in KPMG's Global Transfer Pricing Services.  Dr. Felgran is expected to provide expert testimony concerning, *inter alia*, the Nortel Group's transfer-pricing arrangements, including whether the Nortel Group's transfer-pricing arrangements adequately reflected the economic reality of certain costs incurred by companies within the Group and the impact those arrangements had on NNUK.

    4.       Robert Ham, Q.C.
              Wilberforce Chambers
              8 New Square, Lincoln's Inn
              London WC2A 3QP
              United Kingdom

Mr. Ham is Queen's Counsel and Deputy High Court Judge practicing at Wilberforce Chambers.  Mr. Ham is expected to provide expert testimony concerning, *inter alia*, the regulatory regime embodied in the U.K. Pensions Acts of 1995 and 2004 and associated rules and regulations and the obligations of the Nortel Group to the Plan.

5.      J. Soren Reynertson
        GLC Advisors & Co., LLC
        805 Third Avenue, 20th Floor
        New York, NY  10022

        Mr. Reynertson is the Managing General Partner of GLC Advisors & Co., LLC.

Mr. Reynertson is expected to provide expert testimony on, *inter alia*, whether NNUK was

"insufficiently resourced," as defined in the U.K. Pensions Act of 2004.


6.      Roger Siefert
        StoneTurn Group LLP
        One Liberty Plaza, 23rd Floor
        New York, NY 10006

        Mr. Siefert is a Principal at StoneTurn Group LLP.  Mr. Siefert is expected to

provide expert testimony concerning, *inter alia*, accounting for defined benefit pension schemes

under US Generally Accepted Accounting Principles, and the treatment of pension costs within

the Nortel Group's transfer pricing models.  Mr. Siefert is also expected to provide expert

testimony on the preparation of certain financial statements in respect of NNUK and its

subsidiaries as of June 30, 2008.


7.      Bruce W. Stratton
        Dimock Stratton LLP
        20 Queen Street West, 32nd Floor
        Toronto, Ontario M5H 3R3
        Canada

        Mr. Stratton is a founding partner of Dimock Stratton LLP.  Mr. Stratton is

expected to provide expert testimony to prove Canadian law to assist the United States

Bankruptcy Court concerning, *inter alia*, the interpretation of intellectual property related

agreements (such as the Master R&D Agreement as amended and modified) entered into by and

among companies in the Nortel Group that are governed by the laws of the Province of Ontario.

8.      Hon. Leif M. Clark
        P. O. Box 2676
        San Antonio, TX 78299

Judge Clark is a former United States Bankruptcy Judge, who served on the

United States Bankruptcy Court for the Western District of Texas for 25 years.  He is currently

engaged as a consultant for the World Bank and for the International Monetary Fund.  Judge

Clark is expected to provide expert testimony on, *inter alia*, the theory and policy underlying the

development of international insolvency principles applicable to creditor claims in multi-

jurisdictional enterprise group insolvencies.

Dated: January 8, 2014


_____/s/ Brian E. O'Connor_____

WILLKIE FARR & GALLAGHER LLP
Marc Abrams (admitted *pro hac vice*)
Brian E. O'Connor (admitted *pro hac vice*)
Sameer Advani (admitted *pro hac vice*)
Andrew Hanrahan (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

BAYARD, P.A.
Charlene D. Davis (D.E. No. 2336)
Justin Alberto (D.E. No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Tel: (302) 655-5000
Fax: (302) 658-6395


THORNTON GROUT FINNIGAN LLP
100 Wellington Street West
Suite 3200
Toronto, Onatrio   M5K 1K7
Michael E. Barrack (LSUC# 21941W)
John L. Finnigan (LSUC# 24040L)
D. J. Miller (LSUC# 34393P)
Andrea McEwan (LSUC# 53781P)
Rebecca Lewis (LSUC# 61146S)
Michael S. Shakra (LSUC# 64604K)
Barristers and Solicitors
Tel:    (416) 304-1616
Fax:    (416) 304-1313


*Counsel for the Nortel Networks UK Pension Trust Limited*
*and the Board of the Pension Protection Fund*


10712930