# EXHIBIT Q

Case 09-10138-MFW    Doc 13318-8    Filed 04/11/14    Page 1 of 3

**MATTHEW P. GOTTLIEB**
Direct: (416) 644-5353
mgottlieb@counsel-toronto.com
File No. 12379

**LAX O'SULLIVAN SCOTT LISUS LLP**
Suite 2750, 145 King Street West
Toronto ON  M5H  1J8  Canada
Tel: 416 598 1744   Fax: 416 598 3730



March 25, 2014

**BY EMAIL**

Peter Ruby
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  MH 2S7

Dear Mr. Ruby:

    **Re:   In the Matter of Nortel Networks Limited et al.**

On behalf of the Joint Administrators of the EMEA Debtors, we adopt the position set out in Ms. Block's letter of today.  We make the following additional points.

First, your letter implies that the Monitor has objected to the Bereskin and Stratton reports since they were served weeks ago.  Notwithstanding those objections, the Monitor stayed silent and did not advise the Courts (or the parties) either that it objected to the reports, or that it intended in the alternative to serve a report contrary to the agreed upon schedule.  Your letter offers no explanation for that silence.

Second, the timing of the disclosure is particularly prejudicial given that Timothy Reichert, one of the expert witnesses put forward by the Monitor, has already testified regarding, among other issues, his interpretation of the MRDA – the very issue to which the Bereskin and Stratton reports responded.  The Monitor's counsel has also had an opportunity to depose the Joint Administrators' witness, Mr. Malackowski, who contradicted the interpretation of the MRDA offered by the Monitor's expert witnesses.  The unfortunate inference that arises from these events is that the Monitor did not like the answers given on the depositions to date and is now trying to submit new evidence on these points after expert depositions have already commenced.

Third, in the event the Monitor brings the necessary motion to have this new report admitted, the EMEA Debtors will advise the Court that, if it grants leave to file this report, the EMEA Debtors will need to file an appropriate response.  Up until this new

- 2 -

report surfaced, the EMEA Debtors did not consider it necessary to file such a report. That changes if this new report is admitted.

We share the US Debtors' view that the report has not been admitted in this matter and we will oppose any attempt to have it admitted.

Yours truly,

Matthew P. Gottlieb

MPG:amh